AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA, ET AL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-3010 |
| GOOGLE LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA .

Date: 10/20/2020

/s/Jesús M. Alvarado-Rivera
*Attorney's signature*

Jesús M. Alvarado-Rivera
*Printed name and bar number*

Antitrust Division
U.S. Department of Justice
450 5th St. NW
Washington, DC 20530
*Address*

Jesus.Alvarado-Rivera@usdoj.gov
*E-mail address*

(202) 598-8325
*Telephone number*

(202) 307-5802
*FAX number*