AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | ) | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010 |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC                                                                                                              .

Date:   10/26/2020                                              s\ Mark S. Popofsky
                                                                              *Attorney's signature*

                                                                    Mark S. Popofsky; 454213
                                                                    *Printed name and bar number*
                                                                    ROPES & GRAY LLP
                                                                    2099 Pennsylvania Avenue, N.W.
                                                                    Washington, DC 20006-6807

                                                                              *Address*

                                                                    Mark.Popofsky@ropesgray.com
                                                                              *E-mail address*

                                                                         (202) 508-4624
                                                                         *Telephone number*

                                                                              *FAX number*