AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| United States of America et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010 |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC                                                                                                       .

Date:   10/27/2020                                             /s/ Franklin M. Rubinstein
                                                                          *Attorney's signature*

                                                     Franklin M. Rubinstein (D.C. Bar No. 476674)
                                                                *Printed name and bar number*
                                                          Wilson Sonsini Goodrich & Rosati P.C.
                                                               1700 K Street, NW, Fifth Floor
                                                                    Washington, DC 20006

                                                                             *Address*

                                                                    frubinstein@wsgr.com
                                                                        *E-mail address*

                                                                       (202) 973-8800
                                                                      *Telephone number*

                                                                       (202) 973-8899
                                                                         *FAX number*