AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Kentucky                                                                    .

Date:   10/29/2020

/s/ Justin D. Clark
*Attorney's signature*

Justin D. Clark
*Printed name and bar number*

Office of the Attorney General of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
*Address*

justind.clark@ky.gov
*E-mail address*

(502) 696-5465
*Telephone number*

(502) 573-8317
*FAX number*