AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Missouri.

Date: 10/29/2020

/s/ Kimberley G. Biagioli
*Attorney's signature*

Kimberley G. Biagioli
*Printed name and bar number*

Missouri Attorney General's Office
615 E. 13th Street, Suite 401
Kansas City, MO 64106
*Address*

Kimberley.Biagioli@ago.mo.gov
*E-mail address*

(816) 889-3090
*Telephone number*

(816) 889-5006
*FAX number*