AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Indiana.

Date: 10/30/2020

/s/ Matthew Michaloski
*Attorney's signature*

Matthew Michaloski (Ind. Bar No. 35313-49)
*Printed name and bar number*

302 W Washington Street, IGCS 5th Floor,
Indianapolis, IN 46204

*Address*

matthew.michaloski@atg.in.gov
*E-mail address*

(317) 234-1479
*Telephone number*

(317) 232-7979
*FAX number*