AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Texas                                                                                     .

Date:   10/30/2020                                       /s/ Bret Fulkerson
                                                                          *Attorney's signature*

                                                           Bret Fulkerson; TX Bar No. 24032209
                                                                  *Printed name and bar number*

                                                                       300 W. 15th St.
                                                                       Austin, TX, 78701

                                                                              *Address*

                                                              bret.fulkerson@oag.texas.gov
                                                                          *E-mail address*

                                                                        (512) 463-4012
                                                                       *Telephone number*

                                                                           *FAX number*