AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Google LLC | ) |
| *Defendant* | ) |

Case No.   1:20-cv-03010-APM

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Texas                                                                                     .

Date:      10/30/2020

/s/ Kim Van Winkle
*Attorney's signature*

Kim Van Winkle: TX Bar No. 24003104
*Printed name and bar number*

300 W. 15th St.
Austin, TX 78701

*Address*

kim.vanwinkle@oag.texas.gov
*E-mail address*

(512) 463-1266
*Telephone number*

*FAX number*