# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Texas .

Date: 10/30/2020

/s/ Kelsey Paine
*Attorney's signature*

Kelsey Paine: TX Bar No. 24107889
*Printed name and bar number*

300 W. 15th St.
Austin, TX 78701

*Address*

kelsey.paine@oag.texas.gov
*E-mail address*

(512) 936-1847
*Telephone number*

*FAX number*