AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of South Carolina                                                                                                                                   .

Date:     11/02/2020

/s/ Rebecca M. Hartner
*Attorney's signature*

Rebecca Hartner (SC Bar No. 101302)
*Printed name and bar number*

South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211
*Address*

rhartner@scag.gov
*E-mail address*

(803) 734-5855
*Telephone number*

(803) 734-0097
*FAX number*