AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Montana.

Date: 11/02/2020

/s/ Mark Mattioli
*Attorney's signature*

Mark Mattioli, MT Bar No. 2927
*Printed name and bar number*
P.O. Box 200151
Helena, MT 59620-0151

*Address*

mmattioli@mt.gov
*E-mail address*

(406) 444-5791
*Telephone number*

(406) 442-1894
*FAX number*