AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Florida    .

Date:  11/04/2020

/R. Scott Palmer
*Attorney's signature*

R. Scott Palmer    Bar No. 220353
*Printed name and bar number*

Office of Florida Attorney General
PL01-The Capitol
Tallahassee, FL  32399

*Address*

Scott.Palmer@myfloridalegal.com
*E-mail address*

(850) 414-3300
*Telephone number*

(850) 488-9134
*FAX number*