AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Indiana.

Date: 11/10/2020

s/ Erica Sullivan
*Attorney's signature*

Erica Sullivan (Ind. Bar No. 29504-49)
*Printed name and bar number*

302 W Washington Street, IGCS 5th Floor,
Indianapolis, IN 46204

*Address*

erica.sullivan@atg.in.gov
*E-mail address*

(317) 232-5931
*Telephone number*

(317) 232-7979
*FAX number*