### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Civil Action No. 1:20-cv-03010 <br><br> HON. AMIT P. MEHTA |

### NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

PLEASE enter the appearance of Matthew Guice Aiken as counsel in the above-captioned matter on behalf of non-party AT&T Inc. I certify that I am admitted or otherwise authorized to practice in this Court.

Dated: November 11, 2020

Respectfully submitted,

s/ *Matthew Guice Aiken*
Matthew Guice Aiken
D.C. Bar No. 1616755
maiken@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 887-3688
Facsimile: (202) 831-6089

*Counsel for non-party AT&T, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 11, 2020, I caused a copy of the foregoing Notice of Appearance with the Clerk of Court via the CM/ECF system, which will give notice to all counsel of record.

            /s/ *Matthew Guice Aiken*
            Matthew Guice Aiken
            D.C. Bar No. 1616755