# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE THAT the undersigned, of the law firm of Orrick, Herrington & Sutcliffe LLP, is admitted to practice in this court and is hereby entering an appearance as counsel of record for non-party Microsoft Corporation in the above-captioned matter.

Dated:  November 11, 2020

Respectfully submitted,

By:  */s/ Amy W. Ray*

Amy W. Ray (D.C. Bar No. 489086)

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

1152 15th Street NW
Washington, D.C. 20005
Tel: (202) 339-8400
Fax: (202) 339-8500
Email:  amyray@orrick.com

*Attorney for non-party Microsoft Corporation*