IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Civil Action No. 1:20-cv-03010 <br><br> HON. AMIT P. MEHTA |

**NON-PARTIES REQUEST FOR ADDITIONAL TIME TO FILE POSITION STATEMENTS ON THE PROTECTIVE ORDER**

Non-Parties AT&T, Inc., Amazon.com, Inc., Comcast Corporation, Duck Duck Go, Inc., Microsoft Corporation, Oracle Corporation, Sonos, Inc., and T-Mobile US, Inc. ("Non-Parties") respectfully move this Court, under Fed. R. Civ. P. 6, for an extension of time to file their respective position statements regarding the protective order. *See* Minute Order (11/9/2020). Non-Parties request an extension of five (5) business days to Friday, November 20, 2020. Counsel for AT&T has conferred with counsel for the Parties. The United States does not oppose this request, and Google takes no position.

The briefing schedule proposed by the Parties requires third parties to make any filings on the same day that the Parties propose their respective protective orders. At this point, however, the Non-Parties have not seen the proposed protective order(s), the Parties' explanations for their positions, or a description of the terms on which the Parties "have reached agreement" or the "small number of significant issues [that] remain in dispute." (Dkt. N. 24 at 1).

One of the key issues here is the extent to which Google personnel will gain access (by virtue of being named a defendant in an antitrust lawsuit) to the Non-Parties' most sensitive confidential business documents. The Non-Parties appreciate the opportunity to review the

Parties' proposals and, if necessary, be heard on this important issue. But that opportunity will not reflect informed consideration if they are required to comment without first seeing the proposed order and the Parties' respective positions. This is particularly important in this case, because third parties have produced some of their most sensitive internal business materials, including forward-looking business plans involving high-technology products and emerging technologies, as well as documents that reveal their internal business strategies for competing with and defending their business interests against the Defendant. The production of these documents to anyone—most certainly the Defendant in this case—is a cause for serious concern and could cause harm to competition (the very thing this lawsuit is attempting to prevent).

Accordingly, the Non-Parties respectfully submit that because of the highly confidential nature of the business documents they have produced, good cause exists to provide the Non-Parties with a short extension to review the Parties' position statements and proposed protective orders and, if necessary, file responses. The Non-Parties request an extension to file their respective position statements on November 20, 2020, five (5) business days after the Parties' deadline to file their position statements and proposals.

Dated:   November 11, 2020              Respectfully submitted,

*/s/ Matthew Guice Aiken*
Kristen C. Limarzi (D.C. Bar No. 485011)
Matthew Guice Aiken (D.C. Bar No. 1616755)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. NW
Washington, D.C. 20036
Phone: (202) 887-3518
Fax: (202) 530-4225
klimarzi@gibsondunn.com
maiken@gibsondunn.com

*Counsel for non-party AT&T, Inc.*

*/s/ Richard G. Parker*
Richard G. Parker (D.C. Bar No. 327544)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Phone: (202) 955-8500
Fax:  (202) 467-0539
rparker@gibsondunn.com

*Counsel for non-party Amazon.com, Inc.*


*/s/ Arthur J. Burke*
Arthur J. Burke
Christopher Lynch
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Phone: (212) 450-4000
christopher.lynch@davispolk.com

*Counsel for non-party Comcast Corporation*


*/s/ Megan Gray*
Megan Gray (D.C. Bar No. 478479)
General Counsel and Vice-President of Public Policy
DUCK DUCK GO, INC.
20 Paoli Pike
Paoli, Pennsylvania 19301
megan@duckduckgo.com

*Counsel for non-party Duck Duck Go, Inc.*


*/s/ Amy W. Ray*
Amy W. Ray (D.C. Bar No. 489086)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Phone: (202) 339-8400
Fax: (202) 339-8500
amyray@orrick.com

*Counsel for non-party
Microsoft Corporation*

/s/ *Stephen M. Nickelsburg*
Stephen M. Nickelsburg
CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, DC 20006
Phone: (202) 912-5108
Fax: (202) 912-6000
steve.nickelsburg@cliffordchance.com

John D. Friel (to be admitted *pro hac vice*)
CLIFFORD CHANCE US LLP
31 West 52 Street
New York, NY 10019
Phone: (212) 878-8000
Fax: (212) 878-8375
john.friel@cliffordchance.com

*Counsel for non-party Oracle Corporation*


*/s/ John A. Jurata, Jr.*
John A. Jurata, Jr. (D.C. Bar No. 478602)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Phone: (202) 339-8400
Fax: (202) 339-8500
jjurata@orrick.com

*Counsel for non-party Sonos Inc.*


*/s/ Michael E. Kipling*
Michael E. Kipling (Washington State Bar
   No. 7677, to be admitted *pro hac vice*)
Marjorie A. Walter (Washington State Bar
   No. 40078, to be admitted *pro hac vice*)
WALTERKIPLING PLLC
5608 17th Ave NW #735
Seattle, WA 98107
Phone: (206) 545-0346
Fax: (206) 545-0347
mike@walterkipling.com
marjorie@walterkipling.com

*Counsel for non-party T-Mobile US, Inc.*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2020, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court.  The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.


                                              /s/ *Matthew Guice Aiken*
                                              Matthew Guice Aiken