UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>Google LLC,<br><br>                              Defendant. | 1:20-cv-03010-APM |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, of the law firm of CLIFFORD CHANCE US LLP, duly admitted to practice in this court, hereby appears as counsel of record for non-party Oracle Corporation in the above-captioned matter.

Dated: November 11, 2020

                                                                              Respectfully submitted,

                                                                              By:  S/ Stephen M. Nickelsburg
                                                                                       Stephen M. Nickelsburg
                                                                                       D.C. Bar No. 475920
                                                          CLIFFORD CHANCE US LLP
                                                          2001 K Street NW
                                                          Washington, DC 2000
                                                          (202) 912-5108 (phone)
                                                          (2020 912-6000 (fax)
                                                          steve.nickelsburg@cliffordchance.com