**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE GOOGLE ANTITRUST LITIGATION** | MDL No. __ |

**PLAINTIFF'S MOTION FOR
TRANSFER AND CONSOLIDATION OF RELATED ACTIONS
PURSUANT TO 28 U.S.C. § 1407**

Plaintiff J. Jackson Paige respectfully moves this Panel under 28 U.S.C. § 1407 and Judicial Panel on Multidistrict Litigation Rule 6.2 for an order transferring eleven related actions pending in two different district courts to a single district court for consolidated or coordinated pretrial proceedings. Plaintiff specifically requests that the related actions be transferred to and consolidated before the Honorable Amit P. Mehta in the United States District Court for the District of Columbia.

The related actions, which are listed in the Schedule of Actions accompanying this motion, include: *Epic Games, Inc. v. Google LLC, et al.,* No. 3:20-cv-05671 (N.D. Cal.); *Carr v. Google LLC, et al.,* No. 3:20-cv-05761 (N.D. Cal.); *Pure Sweat Basketball, Inc. v. Google LLC, et al.,* No. 3:20-cv-05792 (N.D. Cal.); *Peekya Services, Inc. v. Google LLC, et al.,* No. 3:20-cv-06772 (N.D. Cal.); *Bentley, et al. v. Google LLC, et al.,* No. 3:20-cv-07079 (N.D. Cal.); *McNamara v. Google LLC, et al.,* No. 3:20-cv-07361 (N.D. Cal.); *Herrera v. Google LLC,* No. 3:20-cv-07365 (N.D. Cal.); *Carroll, et al. v. Google LLC, et al.,* No. 3:20-cv-07379 (N.D. Cal.); *In re Google Digital Advertising Antitrust Litigation,* No. 5:20-cv-03556 (N.D. Cal.); *U.S., et al. v Google LLC,* No. 1:20-cv-03010 (D.D.C.); and *Paige v. Google LLC, et al.,* No. 1:20-cv-03158 (D.D.C.). For the reasons set forth in the accompanying memorandum, Plaintiff's motion to transfer and consolidate these actions for pretrial purposes should be granted.



RECEIVED
Mail Room

NOV -9 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Dated: November 5, 2020

Respectfully submitted,

*/s/ Jonathan W. Cuneo*

Jonathan W. Cuneo
Victoria Sims
Blaine Finley
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com
vicky@cuneolaw.com
bfinley@cuneolaw.com

Gerard V. Mantese
Kathryn Eisenstein
**MANTESE HONIGMAN, P.C.**
1361 E. Big Beaver Road
Troy, MI 48083
Phone: (248) 457-9200 ext. 203
Fax: (248) 457-9201
gmantese@manteselaw.com
keisenstein@manteselaw.com

*Counsel for Plaintiff J. Jackson Paige*

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

---

| | |
|---|---|
| **IN RE GOOGLE ANTITRUST LITIGATION** | MDL No. __ |

---

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS PURSUANT TO 28 U.S.C. § 1407

Pursuant to 28 U.S.C. § 1407 and Judicial Panel on Multidistrict Litigation Rule 6.2(a), Plaintiff J. Jackson Paige ("Plaintiff") respectfully moves the Panel to transfer eleven related antitrust actions ("Related Actions") in two different district courts to a single district court for consolidated or coordinated pretrial proceedings.[1] Plaintiff requests that these Related Actions be transferred to and consolidated before the Honorable Amit P. Mehta in the District of Columbia, before whom the Related Action filed by the United States Department of Justice and numerous state attorneys general is currently pending.

---

[1] The Related Actions include the following:

**Government Action:** *United States v. Google LLC*, Case No. 1:20-cv-03010 (D.D.C.).

**App Purchaser Actions:** *Carr v. Google LLC, et al.*, Case No. 3:20-cv-05761 (N.D. Cal.); *Bentley v. Google LLC, et al.*, Case No. 3:20-cv-07079 (N.D. Cal.); *McNamara v. Google LLC, et al.*, Case No. 3:20-cv-07361 (N.D. Cal.); *Herrera v. Google LLC*, Case No. 3:20-cv-07365 (N.D. Cal.); *Carroll, et al. v. Google LLC, et al.*, Case No. 3:20-cv-07379 (N.D. Cal.); and *Paige v. Google LLC, et al.*, Case No. 1:20-cv-03158 (D.D.C.).

**Developer Actions:** *Epic Games, Inc. v. Google LLC, et al.*, Case No. 3:20-cv-05671 (N.D. Cal.); *Pure Sweat Basketball, Inc. v. Google LLC, et al.*, Case No. 3:20-cv-05792 (N.D. Cal.); and *Peekya Services Inc. v. Google LLC, et al.*, Case No. 3:20-cv-06772 (N.D. Cal.).

**Advertiser Actions:** *In re Google Digital Advertising Antitrust Litigation*, No. 5:20-cv-03556 (N.D. Cal.).

RECEIVED
Mail Room

– 9 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## INTRODUCTION

All eleven Related Actions are based on related alleged conduct, overlapping facts and stories, and the same or similar legal theories. At bottom, each plaintiff alleges that Google LLC ("Google") has engaged in a course of interrelated anticompetitive conduct, including monopolization, in its search and/or Android mobile operating system businesses. All of the Related Actions brought by private parties overlap with allegations found in the complaint filed by the United States Department of Justice and numerous state attorneys general in the United States District Court for the District of Columbia. The Related Actions thus revolve around common questions of fact and law such that transfer and consolidation is warranted.

The just and efficient conduct of these Related Actions would best be served by transfer and consolidation. It would be far more efficient for the parties and the judiciary to coordinate pretrial proceedings in a single forum before Judge Mehta, who will be adjudicating the government's case against the defendants, than for the Related Actions to be litigated in parallel in multiple courts across the country, including on both coasts. Transfer and consolidation is particularly appropriate here because many of the Related Actions are nationwide class actions and because all of the Related Actions request injunctive relief, such that the Related Actions' resolution will produce effects that are wide-reaching in scope. This motion for transfer and consolidation should therefore be granted.

## BACKGROUND

### A.     Google: Its Search Franchise, Android OS, and the Google Play Store.

Google provides internet-related services and products, including online advertising technologies and a search engine. Many of the Related Actions also name as a defendant Alphabet

Inc., the parent entity of Google. Google is alleged to have engaged in a variety of forms of anticompetitive conduct. The conduct at stake in the private lawsuits against Google is as follows:

### Google's Search Franchise

It is alleged that Google operates the default internet search platform in the United States. At least 90% of all internet searches are conducted through Google Search. Consequently, Google is the dominant source for search advertising. Companies seeking to promote their products or services online are *de facto* required to purchase search advertising space from Google. Google is alleged to have taken advantage of this dominance in the search advertising market to drive out competition in the separate market for display advertising services.

It is further alleged that because of Google's pervasive monopolistic conduct, companies that wish to place online advertisements have little choice but to pay Google for its advertising services. Google's extraction of monopoly rents is alleged to have resulted in higher advertising prices, higher consumer prices, lower payments to publishers of online advertisements, and reduced competition in the purchase and placement of online advertisements.

### Android OS and the Google Play Store

Google produces the Android mobile operating system ("Android OS"), and it is alleged that Google solidified market dominance of its Android OS through a series of contracts with distributors designed to minimize competition. For example, Google requires OEMs such as LG, Motorola, and Samsung to enter "anti-forking agreements." These agreements specifically forbid OEMs from developing or distributing versions of Android that do not comply with onerous Google-controlled technical standards. As a result of Google's anticompetitive practices, Android OS represents over 95 percent of licensable mobile operating systems for smartphones and tablets in the United States.

It is further alleged that Google has required that mobile device OEMs pre-install the Google Play Store on all mobile devices and that Google refuses to allow any rival app store to be downloaded from the Google Play Store. Because the Google Play Store is the primary way users install applications on Android OS devices, the Play Store effectively functions as a gatekeeper for software distribution on all mobile devices running Android OS. As a result of its monopolistic conduct, Google has extracted supracompetitive prices for its Android app distribution services and in-app purchases made through the Google Play Store, including a 30 percent commission on sales of paid apps and a 30 percent fee for in-app purchases.

**B.     The Eleven Related Actions.**

A variety of entities have brought suits alleging that Google has engaged in related forms of anticompetitive conduct. The actions regarding Google's alleged anticompetitive, monopolistic conduct can be broken down as follows:

- **Government Action:** The United States Department of Justice and numerous state attorneys general have brought suit challenging allegedly anticompetitive conduct and practices by Google, including in regard to its search franchise and Android OS and Play Store.

- **App Purchaser Actions:** Persons and entities that purchased or subscribed to applications or purchased content on applications available via the Google Play Store have brought suit alleging that they paid overcharges as a result of Google's allegedly anticompetitive conduct and request injunctive relief.

- **Developer Actions:** Application developers that sold applications via Google's Play Store have brought suit for financial losses suffered as a result of Google's allegedly anticompetitive conduct and/or request injunctive relief.

- **Advertiser Action:** Persons and entities that purchased digital advertising services from Google have brought suit for financial losses allegedly suffered as a result of anticompetitive conduct engaged in by Google and request injunctive relief.

## ARGUMENT

**I.     The Panel Should Transfer and Consolidate the Related Actions Pursuant to 28 U.S.C. § 1407.**

Transfer and consolidation is appropriate here because the factual allegations in the eleven Related Actions unquestionably overlap. Under 28 U.S.C. § 1407, when actions "involving one or more common questions of fact are pending in different districts," the Panel may transfer the cases to a single district for consolidated pretrial proceedings. 28 U.S.C. § 1407(a). The Panel "shall" order transfer and consolidation when it determines that a transfer "will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions." *Id.* Each of these criteria is easily satisfied here.

**A.     The Related Actions Involve Common Questions of Fact and Law.**

The Related Actions are deeply interrelated as far as both the allegations at stake and proposed remedies are concerned. In addition to relating to a common course of conduct by Google that is alleged to be illegal under Section 2 of the Sherman Act, among other statutes and causes of action, a number of the various Related Actions are class actions that are nationwide in scope, and all of the Related Actions request injunctive relief.

Where antitrust class actions involve common questions of fact, this Panel has found that "centralization under Section 1407 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation" and is "necessary in order to avoid duplication of discovery, prevent inconsistent or repetitive pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary." *In re Visa/MasterCard Antitrust*

*Litigation*, 295 F.Supp.2d 1379, 1380 (J.P.M.L. 2003). Although the allegations in each Related Action vary according to the emphasis placed on related anticompetitive conduct by Google, each of the Related Actions rests on core factual allegations and legal theories that overlap with the anticompetitive, single-firm conduct alleged in the complaint filed by the Department of Justice and numerous state attorneys general in the United States District Court for the District of Columbia. The overlap among the Related Actions includes that:

- Plaintiffs all assert claims under Section 2 of the Sherman Act, among other statutes and causes of action asserted by various plaintiffs;

- All plaintiffs request some form of injunctive relief;

- Multiple private plaintiffs request some form of damages relief; and

- The putative classes in multiple Related Actions overlap in whole or in part.

**B.      Transfer Is Necessary to Coordinate and Avoid Inconsistent Rulings.**

The Related Actions present factual and legal issues, the resolution of which will have ramifications that are nationwide in scope and effect. Because many of the Related Actions are nationwide class actions, consolidation should occur so that lead counsel is appointed only once for each class, in order to avoid a potential reverse auction. All of the Related Actions involve requests for injunctive relief, and the only sensible procedure is that this relief, which will be nationwide in its applicability if granted, is adjudicated in the context of consistent pre-trial rulings and procedures across the Related Actions.

Antitrust class action cases have repeatedly been found by the Panel to be appropriate for consolidation to eliminate duplicative discovery and prevent inconsistent pretrial rulings. *See In re Intern. Air Transp. Surcharge Antitrust Litigation*, 460 F.Supp.2d 1377 (J.P.M.L. 2006); *In re Parcel Tanker Shipping Services Antitrust Litigation*, 296 F.Supp.2d 1370 (J.P.M.L. 2003). *See*

*also In re Peruvian Road Litigation*, 380 F. Supp. at 798 (transfer was necessary to "eliminate the possibility of inconsistent decisions"). Antitrust actions involving allegations that Microsoft leveraged its Windows operating system dominance to gain an advantage in the Internet browser market were found by the Panel to be appropriate for consolidation. *See* Transfer Order, *In re Microsoft Corp. Windows Operating Systems Antitrust Litigation*, MDL 1332 (J.P.M.L. Apr. 28, 2000). The allegations in these Microsoft cases parallel the allegations here that Google uses its dominance in Search and Android OS to extract supracompetitive profits via the Play Store.

### C.     Transfer Would Be Convenient For The Parties And Witnesses And Would Promote Judicial Efficiency.

It would be a waste of judicial resources to have multiple judges address the same factual and legal issues simultaneously. It would be equally wasteful to have the parties and their counsel litigating the same issues in multiple fora. The Panel has found that the convenience requirement is met when transfer and consolidation or coordination prevent duplicative discovery and inconsistent pretrial rulings. See *In re Commodity Exchange, Inc., Gold Futures & Options Trading Litig Gold*, 38 F. Supp. 3d 1394, 1395 (J.P.M.L. 2014) ("centralization will eliminate duplicative discovery . . . prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary."). Centralizing the Related Actions for pretrial proceedings will eliminate duplicative discovery because the plaintiffs in the Related Actions will seek to develop similar evidence, including evidence of Google's alleged monopolization. *See In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, 24 F. Supp. 3d 1361, 1363 (J.P.M.L. 2014) (holding that "[c]entralization will eliminate duplicative discovery; prevent inconsistent pretrial rulings (particularly with respect to class certification and preliminary injunctive relief); and conserve the resources of the parties, their counsel and the judiciary" where at least 25 related actions by direct purchaser plaintiff classes, indirect purchaser plaintiff classes,

and individual actions raised "virtually identical factual questions" concerned Keurig Green Mountain, Inc.'s unlawful monopolization of the relevant market.); *In re Online DVD Rental Antitrust Litig.*, 609 F. Supp. 2d 1376, 1377 (J.P.M.L. 2009) (cases "share factual questions arising out of allegations that defendants conspired to divide the online DVD rental market in violation of federal antitrust laws. Centralization will eliminate duplicative discovery; prevent inconsistent pretrial rulings, including with respect to class certification; and conserve the resources of the parties, their counsel, and the judiciary.").

## II.     The Related Actions Should Be Transferred to and Consolidated in the District of Columbia.

### A.     The District of Columbia Is The Most Appropriate Venue For Adjudication of The Related Actions.

The Panel has frequently found that the location of an ongoing government action is an important factor in selecting a transferee court. *See, e.g., In re Liquid Aluminum Sulfate Antitrust Litig.*, 159 F. Supp. 3d 1382, 1383 (J.P.M.L. 2016) (transferring to the district where "[a] related criminal action is pending" and "a majority of actions already are pending"); *In re Polyurethane Foam Antitrust Litig.*, 753 F. Supp. 2d 1376, 1378 (J.P.M.L. 2010) (transferring to the district of an ongoing government investigation provided "efficiencies in the pretrial proceedings of the private lawsuits"). The efficiencies here are likely to be even greater, since the U.S. Department of Justice and numerous state attorneys general have brought a civil suit that will likely generate evidence usable by the plaintiffs in the private Related Actions, but may also seek injunctive relief that overlaps with that sought in the private Related Actions.

As a general matter, the District Court for the District of Columbia has considerable expertise handling the myriad issues presented by complex, multidistrict litigation, in general, and antitrust class actions, specifically. *See, e.g., In re Rail Freight Fuel Surcharge Antitrust Litig.*,

MDL No. 1869., No. 1:07-mc-00489-PLF-GMH (D.D.C.); *In re Papst Licensing GMBH & Co. KG Litig.*, MDL No. 1880, Misc. No. 07-00493 (RMC) (D.D.C.); *In re Fed. Nat'l Mortgage Assoc. Securities, Derivative & ERISA Litig.*, MDL No. 1668, No. 04-1639 (RJL) (D.D.C.); *In re Endangered Species Act Section 4 Deadline Litig.*, MDL No. 2165, No. 1:10-mc-00377-EGS (D.D.C.); *In re Health Mgmt. Assocs., Inc. Qui Tam Litig.*, (No. II), No. 1:14-mc-00339-RBW (D.D.C.). The District is, therefore, ideally suited to oversee this complicated MDL from a procedural perspective.

As mentioned above, this Panel frequently has found that the location of a pending government investigation is an important factor in selecting a transferee court. *See, e.g., In re Polyurethane Foam Antitrust Litig.*, 753 F. Supp. 2d 1376, 1378 (J.P.M.L. 2010) (finding the presence of grand jury proceedings and government investigation in the district provided efficiencies in the pretrial proceedings of the private lawsuits); *In re: Foundry Resins Antitrust Litig.*, 342 F. Supp. 2d 1346, 1347 (J.P.M.L. 2004) ("The presence of government investigation and federal grand jury in" a district "tilts toward centralization in" that district); *In re Amino Acid Lysine Antitrust Litig.*, 910 F. Supp. 696, 698 (J.P.M.L. 1995) (selecting appropriate transferee forum based on, inter alia, the site of the government investigation); *In re Hawaiian Hotel Room Rate Antitrust Litig.*, 438 F. Supp. 935, 936 (J.P.M.L. 1977) (finding that the fact that the grand jury convened in the District of Hawaii was "an important factor favoring th[at] District"); *In re Refrigerant Gas Antitrust Litig.*, 334 F. Supp. 996, 997 (J.P.M.L. 1971) (despite the fact that the government's criminal action had been stayed shortly after filing and no discovery had commenced, subsequent private class actions were transferred to district in which grand jury action was proceeding); *In re Ampicillin Antitrust Litig.*, 315 F. Supp. 317, 319 (J.P.M.L. 1970) (when

selecting a transferee district, "[p]erhaps the most important factor is the pendency of the Government action.").

The Panel's decision in *In re Hawaiian Hotel* demonstrates the often-dispositive nature of this factor. In spite of the general inconvenience of the District of Hawaii as a forum, the Panel in *Hawaiian Hotel* transferred to and consolidated related class actions in the District of Hawaii because it was where the government had brought suit and therefore could "best facilitate the coordination of the private actions with the seminal Government civil action that [wa]s still pending there." 438 F. Supp. at 936; *see also In re South Central States Bakery Prods. Antitrust Litig.*, 433 F. Supp. 1127, 1130 (J.P.M.L. 1977); *In re Griseofulvin Antitrust Litigation*, 395 F. Supp. 1402, 1403 (J.P.M.L. 1975).

**B.      Judge Mehta Is Experienced in Antitrust Litigation and Is Not Currently Assigned To Any MDL Actions.**

Judge Mehta adjudicated the Federal Trade Commission's suit to enjoin a proposed merger between Sysco Corporation and US Foods. Ultimately, Judge Mehta issued an injunction blocking the proposed transaction in a lengthy ruling. *See Fed. Trade Comm'n v. Sysco Corp.*, 113 F. Supp. 3d 1 (D.D.C. 2015). In addition, a number of the Related Actions are class actions, and Judge Mehta possesses experience in adjudicating complex class action litigation. *See Molock v. Whole Foods Market, Inc.*, Case No. 1:16-cv-02483 (putative class action against employer, alleging breach of contract, breach of duty of good faith and fair dealing, unjust enrichment, failure to pay wages upon discharge, fraud, and related claims); *Harris, et al., v. Medical Transportation Management, Inc.*, Case No. 1:17-01371 (putative class action on behalf of drivers who allege that they were underpaid in violation of federal and local wage laws).

10

C.      **The District of Columbia Is A Convenient Forum For The Parties And Witnesses.**

The District of Columbia possesses a variety of transportation entry points for the convenience of the parties and witnesses. The District of Columbia is located near three airports and contains a train station. Google maintains an office in the District of Columbia and has sought to do business with the U.S. military.[2] Witnesses and documents will be available to litigants in the District of Columbia as a result of the pending government Related Action. Appearances on behalf of Google in various Related Actions have been made by D.C.-based attorneys at major law firms, including Wilson Sonsini Goodrich & Rosati; Ropes & Gray LLP; Morgan, Lewis & Bockius LLP; and Williams & Connolly LLP. In fact, Washington, D.C. serves as the headquarters of Williams & Connolly LLP.

D.      **Any Subsequently Filed Tag-Along Actions Should Be Transferred To The District Of Columbia.**

Plaintiff anticipates that additional "copycat" complaints may be filed in the coming weeks. Plaintiff respectfully requests that any such subsequently filed actions be treated as tagalong actions under Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, subject to consolidation in the same venue as these actions in order to "promote the just and efficient conduct of the cases." 28 U.S.C. § 1407.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Panel transfer the Related Actions to a single district court for consolidated or coordinated pretrial proceedings under 28

---

[2] Joshua Brustein and Mark Bergen, *Google Wants to Do Business With the Military—Many of Its Employees Don't*, Nov. 21, 2019, Bloomberg, *available at* https://www.bloomberg.com/features/2019-google-military-contract-dilemma/.

U.S.C. § 1407. Plaintiff specifically requests that the Panel order the cases transferred to the District of Columbia and consolidated before the Honorable Amit P. Mehta.

Dated: November 5, 2020                    Respectfully submitted,

                                           /s/ Jonathan W. Cuneo
                                           Jonathan W. Cuneo
                                           Victoria Sims
                                           Blaine Finley
                                           **CUNEO GILBERT & LADUCA, LLP**
                                           4725 Wisconsin Ave., NW Suite 200
                                           Washington, DC 20016
                                           202-789-3960
                                           jonc@cuneolaw.com
                                           vicky@cuneolaw.com
                                           bfinley@cuneolaw.com

                                           Gerard V. Mantese
                                           Kathryn Eisenstein
                                           **MANTESE HONIGMAN, P.C.**
                                           1361 E. Big Beaver Road
                                           Troy, MI 48083
                                           Phone: (248) 457-9200 ext. 203
                                           Fax: (248) 457-9201
                                           gmantese@manteselaw.com
                                           keisenstein@manteselaw.com

                                           *Counsel for Plaintiff J. Jackson Paige*

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE GOOGLE ANTITRUST LITIGATION | MDL No. __ |

**CORRECTED SCHEDULE OF ACTIONS**

| | Case Captions | Court | Case Number | Judge |
|---|---|---|---|---|
| A | **Plaintiff:** Epic Games, Inc. **Defendants:** Google LLC, Google Ireland Ltd., Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp. **Interested Parties:** Pure Sweat Basketball, Inc., Mary Carr, Peekya Services, Inc., Dianne Bentley, Jennifer Grace, Adan Moya, Robert Wing, Kondomar Herrera, Brian McNamara, Daniel Carroll, Daniel Egerter, and Brenda Keegan | N.D. Cal. (San Francisco) | 3:20-cv-05671 | James Donato |
| B | **Plaintiff:** Mary Carr **Defendants:** Google LLC, Google Ireland Ltd., Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp. **Interested Parties:** Dianne Bentley, Jennifer Grace, Adan Moya, Coresa Trimble, Robert Wing, and Epic Games, Inc. | N.D. Cal. (San Francisco) | 3:20-cv-05761 | James Donato |
| C | **Plaintiff:** Pure Sweat Basketball Inc. **Defendants:** Google LLC, Google Ireland Ltd., Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp. **Interested Party:** Mary Carr **Miscellaneous:** Epic Games, Inc. | N.D. Cal. (San Francisco) | 3:20-cv-05792 | James Donato |
| D | **Plaintiffs:** Peekya Services, Inc. and Pure Sweat Basketball, Inc. **Defendants:** Google LLC, Google Ireland Ltd., Google Commerce Ltd., and Google Asia Pacific Pte. Ltd. | N.D. Cal. (San Francisco) | 3:20-cv-06772 | James Donato |
| E | **Plaintiffs:** Dianne Bentley, Jennifer Grace, Adan Moya, Coresa Trimble, and Robert Wing **Defendants:** Google LLC, Google Ireland Ltd., Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp. | N.D. Cal. (San Francisco) | 3:20-cv-07079 | James Donato |

RECEIVED
Mail Room

-9 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

| F | **Plaintiff:** Brian McNamara<br>**Defendants:** Google LLC and Alphabet Inc. | N.D. Cal.<br>(San Francisco) | 3:20-cv-07361 | James Donato |
|---|---|---|---|---|
| G | **Plaintiffs:** Kondomar Herrera<br>**Defendant:** Google LLC | N.D. Cal.<br>(San Francisco) | 3:20-cv-07365 | James Donato |
| H | **Plaintiffs:** Daniel Carroll, Daniel Egerter and Brenda Keegan<br>**Defendants:** Google LLC, Google Ireland Ltd., Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp. | N.D. Cal.<br>(San Francisco) | 3:20-cv-07379 | James Donato |
| I | **Plaintiffs:** Surefreight Global LLC d/b/a Prana Pets, Hanson Law Firm, PC, Michael Devaney, Nicholas Arrieta, Sara Yberra, Michael Stellman, and Vitor Lindo<br>**Defendants:** Google LLC and Alphabet Inc. | N.D. Cal.<br>(San Jose) | 5:20-cv-03556 | Beth Labson Freeman |
| J | **Plaintiffs:** United States of America, State of Arkansas, State of Florida, State of Georgia, State of Indiana, Commonwealth of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of South Carolina, and State of Texas<br>**Defendant:** Google LLC | D.D.C. | 1:20-cv-03010 | Amit P. Mehta |
| K | **Plaintiff:** J. Jackson Paige<br>**Defendants:** Google LLC and Alphabet Inc. | D.D.C. | 1:20-cv-03158 | Amit P. Mehta |

2

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE GOOGLE ANTITRUST LITIGATION** | MDL No. ___ |

### CORRECTED PROOF OF SERVICE

I hereby certify that on November 6, 2020, a copy of the foregoing Motion, Memorandum, Corrected Schedule of Actions, and this Certificate was served via USPS overnight delivery on the following recipients:

Clerk, U.S. District Court for the Northern District of California
United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Clerk, U.S. District Court for the District of the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue N.W.
Washington D.C. 20001
Room 1225

I further certify that on November 6, 2020, a copy of the foregoing Motion, Memorandum, and Corrected Schedule of Actions, and this Certificate was served via email, or by USPS where counsel has not yet appeared, on the following recipients:

| Action | Party | Attorney(s) |
|---|---|---|
| N.D. Cal., No. 3:20-cv-05671 | Plaintiff: Epic Games, Inc. | Christine A. Varney<br>Gary A. Bornstein<br>Katherine B. Forrest<br>Yonatan Even<br>Lauren Ann Moskowitz<br>M. Brent Byars<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br>Email: cvarney@cravath.com<br>Email: gbornstein@cravath.com |

RECEIVED
Mail Room

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

| | | Email: kforrest@cravath.com<br>Email: yeven@cravath.com<br>Email: lmoskowitz@cravath.com<br>Email: mbyars@cravath.com<br><br>Paul J. Riehle<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>Four Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br>Email: paul.riehle@faegredrinker.com |
| | Defendant: Google LLC | Brian C. Rocca<br>Michelle Park Chiu<br>Minna L. Naranjo<br>Rishi Pankaj Satia<br>Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: (415) 442-1001<br>Email: brian.rocca@morganlewis.com<br>Email: michelle.chiu@morganlewis.com<br>Email: minna.naranjo@morganlewis.com<br>Email: rishi.satia@morganlewis.com<br>Email: sujal.shah@morganlewis.com<br><br>Richard S. Taffet<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>(212) 309-6000<br>Fax: (212) 309-6001<br>Email: richard.taffet@morganlewis.com<br><br>Willard K. Tom<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004<br>(202) 739-3000<br>Fax: (202) 739-3001<br>Email: willard.tom@morganlewis.com |
| | Defendant: Google Ireland Limited | Brian C. Rocca<br>Michelle Park Chiu<br>Minna L Naranjo<br>Rishi Pankaj Satia |

| | | Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: (415) 442-1001<br>Email: brian.rocca@morganlewis.com<br>Email: michelle.chiu@morganlewis.com<br>Email: minna.naranjo@morganlewis.com<br>Email: rishi.satia@morganlewis.com<br>Email: sujal.shah@morganlewis.com |
| | Defendant: Google<br>Commerce Limited | Brian C. Rocca<br>Michelle Park Chiu<br>Minna L Naranjo<br>Rishi Pankaj Satia<br>Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: (415) 442-1001<br>Email: brian.rocca@morganlewis.com<br>Email: michelle.chiu@morganlewis.com<br>Email: minna.naranjo@morganlewis.com<br>Email: rishi.satia@morganlewis.com<br>Email: sujal.shah@morganlewis.com |
| | Defendant: Google Asia<br>Pacific Pte. Limited | Brian C. Rocca<br>Michelle Park Chiu<br>Minna L Naranjo<br>Rishi Pankaj Satia<br>Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: (415) 442-1001<br>Email: brian.rocca@morganlewis.com<br>Email: michelle.chiu@morganlewis.com<br>Email: minna.naranjo@morganlewis.com<br>Email: rishi.satia@morganlewis.com<br>Email: sujal.shah@morganlewis.com |
| | Defendant: Google Payment<br>Corp. | Brian C. Rocca<br>Michelle Park Chiu<br>Minna L Naranjo<br>Rishi Pankaj Satia<br>Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP |

| | | |
|---|---|---|
| | | One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: (415) 442-1001<br>Email: brian.rocca@morganlewis.com<br>Email: michelle.chiu@morganlewis.com<br>Email: minna.naranjo@morganlewis.com<br>Email: rishi.satia@morganlewis.com<br>Email: sujal.shah@morganlewis.com<br><br>Richard S. Taffet<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>(212) 309-6000<br>Fax: (212) 309-6001<br>Email: richard.taffet@morganlewis.com<br><br>Willard K. Tom<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004<br>(202) 739-3000<br>Fax: (202) 739-3001<br>Email: willard.tom@morganlewis.com |
| | Interested Party: Pure Sweat Basketball, Inc. | Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292<br>Fax: (206) 623-0594<br>Email: steve@hbsslaw.com |
| | Interested Party: Mary Carr | Jamie L Boyer<br>KOREIN TILLERY, LLC<br>505 N. 7th Street<br>Suite 3600<br>Saint Louis, MO 63101<br>314-241-4844<br>Email: jboyer@koreintillery.com |
| | Interested Party: Peekya Services, Inc. | Bonny E. Sweeney<br>HAUSFELD LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>(415) 633-1908<br>Fax: (415) 358-4980<br>Email: bsweeney@hausfeld.com |

| | | |
|---|---|---|
| | Interested Party: Dianne Bentley | David E. Azar<br>MILBERG PHILLIPS GROSSMAN LLP<br>16755 Von Karman Avenue<br>Suite 200<br>Irvine, CA 92606<br>212-594-5300<br>Fax: 212-868-1229<br>Email: dazar@milberg.com |
| | Interested Party: Jennifer Grace | David E. Azar<br>MILBERG PHILLIPS GROSSMAN LLP<br>16755 Von Karman Avenue<br>Suite 200<br>Irvine, CA 92606<br>212-594-5300<br>Fax: 212-868-1229<br>Email: dazar@milberg.com |
| | Interested Party: Adan Moya | David E. Azar<br>MILBERG PHILLIPS GROSSMAN LLP<br>16755 Von Karman Avenue<br>Suite 200<br>Irvine, CA 92606<br>212-594-5300<br>Fax: 212-868-1229<br>Email: dazar@milberg.com |
| | Interested Party: Robert Wing | David E. Azar<br>MILBERG PHILLIPS GROSSMAN LLP<br>16755 Von Karman Avenue<br>Suite 200<br>Irvine, CA 92606<br>212-594-5300<br>Fax: 212-868-1229<br>Email: dazar@milberg.com |
| | Interested Party: Kondomar Herrera | Mario M. Choi<br>KAPLAN FOX & KILSHEIMER LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>(415) 772-4700<br>Fax: (415) 772-4707<br>Email: mchoi@kaplanfox.com |
| | Interested Party: Brian McNamara | Elizabeth Tran Castillo<br>COTCHETT, PITRE AND MCCARTHY<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010<br>650-697-6000<br>Fax: 650-697-6340<br>Email: ecastillo@cpmlegal.com |

| | | |
|---|---|---|
| | | Noorjahan Rahman<br>COTCHETT, PITRE & MCCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>650-697-6000<br>Fax: 650-607-0577<br>Email: nrahman@cpmlegal.com |
| | Interested Party: Daniel Carroll | Elizabeth Cheryl Pritzker<br>PRITZKER LEVINE LLP<br>1900 Powell Street<br>Suite 450<br>Emeryville, CA 94608<br>415-692-0772<br>Fax: 415-366-6110<br>Email: ecp@pritzkerlevine.com |
| | Interested Party: Daniel Egerter | Elizabeth Cheryl Pritzker<br>PRITZKER LEVINE LLP<br>1900 Powell Street<br>Suite 450<br>Emeryville, CA 94608<br>415-692-0772<br>Fax: 415-366-6110<br>Email: ecp@pritzkerlevine.com |
| | Interested Party: Brenda Keegan | Elizabeth Cheryl Pritzker<br>PRITZKER LEVINE LLP<br>1900 Powell Street<br>Suite 450<br>Emeryville, CA 94608<br>415-692-0772<br>Fax: 415-366-6110<br>Email: ecp@pritzkerlevine.com |
| N.D. Cal., No. 3:20-cv-05761 | Plaintiff: Mary Carr | Jamie L. Boyer<br>Carol L. O'Keefe<br>Stephen Matthew Tillery<br>Michael E. Klenov<br>KOREIN TILLERY, LLC<br>505 North 7th Street<br>Suite 3600<br>St. Louis, MO 63101<br>(314) 241-4844<br>Fax: (314)241-3525<br>Email: jboyer@koreintillery.com<br>Email: cokeefe@koreintillery.com<br>Email: stillery@koreintillery.com<br>Email: mklenov@koreintillery.com |

| | | George A. Zelcs |
|---|---|---|
| | | Jonathon D. Byrer |
| | | Randall P. Ewing, Jr. |
| | | KOREIN TILLERY, LLC |
| | | 205 North Michigan, Suite 1950 |
| | | Chicago, IL 60601 |
| | | Telephone: (312) 641-9750 |
| | | Facsimile: (312) 641-9751 |
| | | Email: gzelcs@koreintillery.com |
| | | Email: jbyrer@koreintillery.com |
| | | Email: rewing@koreintillery.com |
| | | |
| | | Ann Miller Ravel |
| | | MCMANIS FAULKNER |
| | | 10th Floor |
| | | 50 West San Fernando Street |
| | | 10th FL |
| | | San Jose, CA 95113 |
| | | 408-279-8700 |
| | | Fax: 408-279-3244 |
| | | Email: aravel@mcmanislaw.com |
| | | |
| | | Glen E. Summers |
| | | Jameson R. Jones |
| | | Karma M. Giulianelli |
| | | BARTLIT BECK LLP |
| | | 1801 Wewetta St. Suite 1200, |
| | | Denver, Colorado 80202 |
| | | Telephone: (303) 592-3100 |
| | | Facsimile: (303) 592-3140 |
| | | Email: glen.summers@bartlitbeck.com |
| | | Email: jameson.jones@bartlitbeck.com |
| | | Email: karma.giulianelli@bartlitbeck.com |
| | Defendant: Google LLC | Brian C. Rocca |
| | | Michelle Park Chiu |
| | | Minna L Naranjo |
| | | Rishi Pankaj Satia |
| | | Sujal Shah |
| | | MORGAN, LEWIS & BOCKIUS LLP |
| | | One Market, Spear Street Tower |
| | | San Francisco, CA 94105 |
| | | (415) 442-1000 |
| | | Fax: (415) 442-1001 |
| | | Email: brian.rocca@morganlewis.com |
| | | Email: michelle.chiu@morganlewis.com |
| | | Email: minna.naranjo@morganlewis.com |
| | | Email: rishi.satia@morganlewis.com |

| | | Email: sujal.shah@morganlewis.com<br><br>Richard S. Taffet<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>(212) 309-6000<br>Fax: (212) 309-6001<br>Email: richard.taffet@morganlewis.com<br><br>Willard K. Tom<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004<br>(202) 739-3000<br>Fax: (202) 739-3001<br>Email: willard.tom@morganlewis.com |
|---|---|---|
| | Defendant: Google Ireland Ltd. | Google Ireland Ltd.<br>Gordon House<br>Barrow Street<br>Dublin 4<br>D04E5W5 Ireland |
| | Defendant: Google Commerce Ltd. | Google Commerce Ltd.<br>70 Sir John Rogerson's Quay<br>Dublin 2<br>D02R296 Ireland |
| | Defendant: Google Asia Pacific Pte. Ltd. | Google Asia Pacific Pte. Ltd.<br>70 Pasir Panjang Road, #03-71,<br>Mapletree Business City<br>Singapore 117371 |
| | Defendant: Google Payment Corp. | Brian C. Rocca<br>Michelle Park Chiu<br>Minna L Naranjo<br>Rishi Pankaj Satia<br>Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: (415) 442-1001<br>Email: brian.rocca@morganlewis.com<br>Email: michelle.chiu@morganlewis.com<br>Email: minna.naranjo@morganlewis.com<br>Email: rishi.satia@morganlewis.com<br>Email: sujal.shah@morganlewis.com<br><br>Richard S. Taffet |

| | | MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>(212) 309-6000<br>Fax: (212) 309-6001<br>Email: richard.taffet@morganlewis.com<br><br>Willard K. Tom<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004<br>(202) 739-3000<br>Fax: (202) 739-3001<br>Email: willard.tom@morganlewis.co |
| | Interested Party: Dianne Bentley | Peggy Wedgworth<br>MILBERG PHILLIPS GROSSMAN LLP<br>One Pennsylvania Plaza, Suite 1920<br>New York, NY 10119<br>(212) 594-5300<br>Fax: (212) 868-1229<br>Email: pwedgworth@milberg.com |
| | Interested Party: Jennifer Grace | Peggy Wedgworth<br>MILBERG PHILLIPS GROSSMAN LLP<br>One Pennsylvania Plaza, Suite 1920<br>New York, NY 10119<br>(212) 594-5300<br>Fax: (212) 868-1229<br>Email: pwedgworth@milberg.com |
| | Interested Party: Adan Moya | Peggy Wedgworth<br>MILBERG PHILLIPS GROSSMAN LLP<br>One Pennsylvania Plaza, Suite 1920<br>New York, NY 10119<br>(212) 594-5300<br>Fax: (212) 868-1229<br>Email: pwedgworth@milberg.com |
| | Interested Party: Coresa Trimble | Peggy Wedgworth<br>MILBERG PHILLIPS GROSSMAN LLP<br>One Pennsylvania Plaza, Suite 1920<br>New York, NY 10119<br>(212) 594-5300<br>Fax: (212) 868-1229<br>Email: pwedgworth@milberg.com |
| | Interested Party: Robert Wing | Peggy Wedgworth<br>MILBERG PHILLIPS GROSSMAN LLP<br>One Pennsylvania Plaza, Suite 1920<br>New York, NY 10119<br>(212) 594-5300 |

| | | |
|---|---|---|
| | | Fax: (212) 868-1229<br>Email: pwedgworth@milberg.com |
| | Interested Party: Epic Games, Inc. | Paul J. Riehle<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>Four Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br>Email: paul.riehle@faegredrinker.com |
| N.D. Cal., No. 3:20-cv-05792 | Plaintiff: Pure Sweat Basketball, Inc. | Benjamin J. Siegel<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>Email: bens@hbsslaw.com<br><br>Robert F. Lopez<br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>Email: robl@hbsslaw.com<br>Email: steve@hbsslaw.com<br><br>Paul Ethan Slater<br>Alberto Rodriguez<br>Eamon P. Kelly<br>Joseph M. Vanek<br>Martin Amaro<br>SPERLING & SLATER, P.C.<br>55 W. Monroe Street, 32nd Floor<br>Chicago, IL 60603<br>Telephone: (312) 676-5845<br>Facsimile: (312) 641-6492<br>Email: pes@sperling-law.com<br>Email: arodriguez@sperling-law.com<br>Email: ekelly@sperling-law.com<br>Email: jvanek@sperling-law.com<br>Email: mamaro@sperling-law.com |
| | Defendant: Google LLC | Brian C. Rocca<br>Michelle Park Chiu<br>Minna L. Naranjo<br>Rishi Pankaj Satia<br>Sujal Shah |

| | | MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: (415) 442-1001<br>Email: brian.rocca@morganlewis.com<br>Email: michelle.chiu@morganlewis.com<br>Email: minna.naranjo@morganlewis.com<br>Email: rishi.satia@morganlewis.com<br>Email: sujal.shah@morganlewis.com<br><br>Richard S. Taffet<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>(212) 309-6000<br>Fax: (212) 309-6001<br>Email: richard.taffet@morganlewis.com<br><br>Willard K. Tom<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004<br>(202) 739-3000<br>Fax: (202) 739-3001<br>Email: willard.tom@morganlewis.com |
| | Defendant: Google Ireland Ltd. | Brian C. Rocca<br>Michelle Park Chiu<br>Minna L. Naranjo<br>Rishi Pankaj Satia<br>Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: (415) 442-1001<br>Email: brian.rocca@morganlewis.com<br>Email: michelle.chiu@morganlewis.com<br>Email: minna.naranjo@morganlewis.com<br>Email: rishi.satia@morganlewis.com<br>Email: sujal.shah@morganlewis.com |
| | Google Commerce Ltd. | Brian C. Rocca<br>Michelle Park Chiu<br>Minna L. Naranjo<br>Rishi Pankaj Satia<br>Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP |

| | | One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: (415) 442-1001<br>Email: brian.rocca@morganlewis.com<br>Email: michelle.chiu@morganlewis.com<br>Email: minna.naranjo@morganlewis.com<br>Email: rishi.satia@morganlewis.com<br>Email: sujal.shah@morganlewis.com |
| | Google Asia Pacific Pte. Ltd. | Brian C. Rocca<br>Michelle Park Chiu<br>Minna L. Naranjo<br>Rishi Pankaj Satia<br>Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: (415) 442-1001<br>Email: brian.rocca@morganlewis.com<br>Email: michelle.chiu@morganlewis.com<br>Email: minna.naranjo@morganlewis.com<br>Email: rishi.satia@morganlewis.com<br>Email: sujal.shah@morganlewis.com |
| | Defendant: Google Payment Corp. | Brian C. Rocca<br>Michelle Park Chiu<br>Minna L. Naranjo<br>Rishi Pankaj Satia<br>Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: (415) 442-1001<br>Email: brian.rocca@morganlewis.com<br>Email: michelle.chiu@morganlewis.com<br>Email: minna.naranjo@morganlewis.com<br>Email: rishi.satia@morganlewis.com<br>Email: sujal.shah@morganlewis.com<br><br>Richard S. Taffet<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>(212) 309-6000<br>Fax: (212) 309-6001<br>Email: richard.taffet@morganlewis.com |

| | | |
|---|---|---|
| | | Willard K. Tom<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004<br>(202) 739-3000<br>Fax: (202) 739-3001<br>Email: willard.tom@morganlewis.com |
| | Interested Party: Mary Carr | Jamie L Boyer<br>KOREIN TILLERY, LLC<br>505 N. 7th Street<br>Suite 3600<br>Saint Louis, MO 63101<br>314-241-4844<br>Email: jboyer@koreintillery.com |
| | Miscellaneous: Epic Games, Inc. | Paul Jeffrey Riehle<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>415-591-7500<br>Fax: 415-591-7510<br>Email: paul.riehle@faegredrinker.com |
| N.D. Cal., No. 3:20-cv-06772 | Plaintiff: Peekya Services, Inc. | Bonny E. Sweeney<br>Samantha J. Stein<br>HAUSFELD LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94104<br>Telephone: (415) 633-1908<br>Facsimile: (415) 358-4980<br>Email: bsweeney@hausfeld.com<br>Email: sstein@hausfeld.com<br><br>Irving Scher<br>Scott A. Martin<br>HAUSFELD LLP<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>(646) 357-1100<br>Fax: (212) 202-4322<br>Email: ischer@hausfeld.com<br>Email: smartin@hausfeld.com<br><br>Katie R. Beran<br>HAUSFELD LLP<br>325 Chestnut Street<br>Philadelphia, PA 19106<br>(215) 985-3270 |

| | | Fax: (267) 702-3215<br>Email: kberan@hausfeld.com<br><br>Melinda R. Coolidge<br>HAUSFELD LLP<br>1700 K Street NW<br>Suite 650<br>Washington, DC 20006<br>212-540-7200<br>Fax: 212-540-7201<br>Email: mcoolidge@hausfeldllp.com<br><br>Michael Lewis<br>THE LEWIS FIRM PLLC<br>1300 I Street NW<br>Suite 400E<br>Washington, DC 20005<br>(202) 355-8895<br>Fax: (888) 430-6695<br>Email: mlewis@lewis-firm.com<br><br>Eamon Padraic Kelly<br>SPERLING & SLATER P.C.<br>55 West Monroe Street<br>Suite 3200<br>Chicago, IL 60603<br>312-641-3200<br>Email: ekelly@sperling-law.com |
| | Plaintiff: Pure Sweat Basketball, Inc. | Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292<br>Fax: (206) 623-0594<br>Email: steve@hbsslaw.com<br><br>Eamon Padraic Kelly<br>SPERLING & SLATER P.C.<br>55 West Monroe Street<br>Suite 3200<br>Chicago, IL 60603<br>312-641-3200<br>Email: ekelly@sperling-law.com |
| | Defendant: Google LLC | Brian C. Rocca<br>Michelle Park Chiu<br>Minna L. Naranjo<br>Rishi Pankaj Satia |

| | | Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: (415) 442-1001<br>Email: brian.rocca@morganlewis.com<br>Email: michelle.chiu@morganlewis.com<br>Email: minna.naranjo@morganlewis.com<br>Email: rishi.satia@morganlewis.com<br>Email: sujal.shah@morganlewis.com |
| | Defendant: Google Ireland Ltd. | Brian C. Rocca<br>Michelle Park Chiu<br>Minna L. Naranjo<br>Rishi Pankaj Satia<br>Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: (415) 442-1001<br>Email: brian.rocca@morganlewis.com<br>Email: michelle.chiu@morganlewis.com<br>Email: minna.naranjo@morganlewis.com<br>Email: rishi.satia@morganlewis.com<br>Email: sujal.shah@morganlewis.com |
| | Defendant: Google Commerce Ltd. | Brian C. Rocca<br>Michelle Park Chiu<br>Minna L. Naranjo<br>Rishi Pankaj Satia<br>Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: (415) 442-1001<br>Email: brian.rocca@morganlewis.com<br>Email: michelle.chiu@morganlewis.com<br>Email: minna.naranjo@morganlewis.com<br>Email: rishi.satia@morganlewis.com<br>Email: sujal.shah@morganlewis.com |
| | Defendant: Google Asia Pacific Pte. Ltd. | Brian C. Rocca<br>Michelle Park Chiu<br>Minna L. Naranjo<br>Rishi Pankaj Satia<br>Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP |

| | | One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: (415) 442-1001<br>Email: brian.rocca@morganlewis.com<br>Email: michelle.chiu@morganlewis.com<br>Email: minna.naranjo@morganlewis.com<br>Email: rishi.satia@morganlewis.com<br>Email: sujal.shah@morganlewis.com |
| N.D. Cal., No. 3:20-cv-07079 | Plaintiff: Dianne Bentley | Peggy J. Wedgworth<br>Blake Yagman<br>Elizabeth McKenna<br>Michael Acciavatti<br>Robert A. Wallner<br>MILBERG PHILLIPS GROSSMAN LLP<br>One Penn Plaza, Suite 1920<br>New York, New York 10119<br>Telephone: 212-594-5300<br>Facsimile: 212-868-1229<br>Email: pwedgworth@milberg.com<br>Email: byagman@milberg.com<br>Email: emckenna@milberg.com<br>Email: macciavatti@milberg.com<br>Email: rwallner@milberg.com<br><br>David Azar<br>MILBERG PHILLIPS GROSSMAN LLP<br>16755 Von Karman Avenue, Suite 200<br>Irvine, California 92606<br>Telephone: 212-594-5300<br>Facsimile: 212-868-1229<br>Email: dazar@milberg.com |
| | Plaintiff: Jennifer Grace | Peggy J. Wedgworth<br>Blake Yagman<br>Elizabeth McKenna<br>Michael Acciavatti<br>Robert A. Wallner<br>MILBERG PHILLIPS GROSSMAN LLP<br>One Penn Plaza, Suite 1920<br>New York, New York 10119<br>Telephone: 212-594-5300<br>Facsimile: 212-868-1229<br>Email: pwedgworth@milberg.com<br>Email: byagman@milberg.com<br>Email: emckenna@milberg.com<br>Email: macciavatti@milberg.com<br>Email: rwallner@milberg.com |

| | | David Azar<br>MILBERG PHILLIPS GROSSMAN LLP<br>16755 Von Karman Avenue, Suite 200<br>Irvine, California 92606<br>Telephone: 212-594-5300<br>Facsimile: 212-868-1229<br>Email: dazar@milberg.com |
|---|---|---|
| | Plaintiff: Adan Moya | Peggy J. Wedgworth<br>Blake Yagman<br>Elizabeth McKenna<br>Michael Acciavatti<br>Robert A. Wallner<br>MILBERG PHILLIPS GROSSMAN LLP<br>One Penn Plaza, Suite 1920<br>New York, New York 10119<br>Telephone: 212-594-5300<br>Facsimile: 212-868-1229<br>Email: pwedgworth@milberg.com<br>Email: byagman@milberg.com<br>Email: emckenna@milberg.com<br>Email: macciavatti@milberg.com<br>Email: rwallner@milberg.com<br><br>David Azar<br>MILBERG PHILLIPS GROSSMAN LLP<br>16755 Von Karman Avenue, Suite 200<br>Irvine, California 92606<br>Telephone: 212-594-5300<br>Facsimile: 212-868-1229<br>Email: dazar@milberg.com |
| | Plaintiff: Coresa Trimble | Peggy J. Wedgworth<br>Blake Yagman<br>Elizabeth McKenna<br>Michael Acciavatti<br>Robert A. Wallner<br>MILBERG PHILLIPS GROSSMAN LLP<br>One Penn Plaza, Suite 1920<br>New York, New York 10119<br>Telephone: 212-594-5300<br>Facsimile: 212-868-1229<br>Email: pwedgworth@milberg.com<br>Email: byagman@milberg.com<br>Email: emckenna@milberg.com<br>Email: macciavatti@milberg.com<br>Email: rwallner@milberg.com |

|  |  | David Azar<br>MILBERG PHILLIPS GROSSMAN LLP<br>16755 Von Karman Avenue, Suite 200<br>Irvine, California 92606<br>Telephone: 212-594-5300<br>Facsimile: 212-868-1229<br>Email: dazar@milberg.com |
|---|---|---|
|  | Plaintiff: Robert Wing | Peggy J. Wedgworth<br>Blake Yagman<br>Elizabeth McKenna<br>Michael Acciavatti<br>Robert A. Wallner<br>MILBERG PHILLIPS GROSSMAN LLP<br>One Penn Plaza, Suite 1920<br>New York, New York 10119<br>Telephone: 212-594-5300<br>Facsimile: 212-868-1229<br>Email: pwedgworth@milberg.com<br>Email: byagman@milberg.com<br>Email: emckenna@milberg.com<br>Email: macciavatti@milberg.com<br>Email: rwallner@milberg.com<br><br>David Azar<br>MILBERG PHILLIPS GROSSMAN LLP<br>16755 Von Karman Avenue, Suite 200<br>Irvine, California 92606<br>Telephone: 212-594-5300<br>Facsimile: 212-868-1229<br>Email: dazar@milberg.com |
|  | Defendant: Google LLC | Google LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
|  | Defendant: Google Ireland Ltd. | Google Ireland Ltd.<br>Gordon House<br>Barrow Street<br>Dublin 4<br>D04E5W5 Ireland |
|  | Defendant: Google Commerce Ltd. | Google Commerce Ltd.<br>70 Sir John Rogerson's Quay<br>Dublin – 2<br>D02 R296 Ireland |
|  | Defendant: Google Asia Pacific Pte. Ltd. | Google Asia Pacific Pte. Ltd.<br>70 Pasir Panjang Road, #03-71,<br>Mapletree Business City<br>Singapore 117371 |

| | Defendant: Google Payment Corp. | Google Payment Corp.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
|---|---|---|
| N.D. Cal., No. 3:20-cv-07361 | Plaintiff: Brian McNamara | Elizabeth T. Castillo<br>Noorjahan Rahman<br>Mark C. Molumphy<br>Tamarah P. Prevost<br>COTCHETT, PITRE & McCARTHY, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>Email: ecastillo@cpmlegal.com<br>Email: nrahman@cpmlegal.com<br>Email: mmolumphy@cpmlegal.com<br>Email: tprevost@cpmlegal.com |
| | Defendant: Google LLC | Google LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| | Defendant: Alphabet Inc. | Alphabet Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| N.D. Cal., No. 3:20-cv-07365 | Plaintiff: Kondomar Herrera | Mario M. Choi<br>Laurence D. King<br>KAPLAN FOX & KILSHEIMER LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Tel.: (415) 772-4700<br>Fax: (415) 772-4707<br>Email: mchoi@kaplanfox.com<br>Email: lking@kaplanfox.com |
| | Defendant: Google LLC | Google LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| N.D. Cal., No. 3:20-cv-07379 | Plaintiff: Daniel Carroll | Elizabeth C. Pritzker<br>Bethany Caracuzzo<br>Caroline C. Corbitt<br>Jonathan K. Levine<br>PRITZKER LEVINE LLP<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Telephone: (415) 692-0772<br>Facsimile: (415) 366-6110<br>E-mail: ecp@pritzkerlevine.com<br>Email: bc@pritzkerlevine.com<br>Email: ccc@pritzkerlevine.com |

| | | Email: jkl@pritzkerlevine.com<br><br>Heidi M. Silton<br>Justin R. Erickson<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>E-mail: hmsilton@locklaw.com<br>E-mail: jrerickson@locklaw.com |
|---|---|---|
| | Plaintiff: Daniel Egerter | Elizabeth C. Pritzker<br>Bethany Caracuzzo<br>Caroline C. Corbitt<br>Jonathan K. Levine<br>PRITZKER LEVINE LLP<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Telephone: (415) 692-0772<br>Facsimile: (415) 366-6110<br>E-mail: ecp@pritzkerlevine.com<br>Email: bc@pritzkerlevine.com<br>Email: ccc@pritzkerlevine.com<br>Email: jkl@pritzkerlevine.com<br><br>Heidi M. Silton<br>Justin R. Erickson<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>E-mail: hmsilton@locklaw.com<br>E-mail: jrerickson@locklaw.com |
| | Plaintiff: Brenda Keegan | Elizabeth C. Pritzker<br>Bethany Caracuzzo<br>Caroline C. Corbitt<br>Jonathan K. Levine<br>PRITZKER LEVINE LLP<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Telephone: (415) 692-0772<br>Facsimile: (415) 366-6110<br>E-mail: ecp@pritzkerlevine.com<br>Email: bc@pritzkerlevine.com<br>Email: ccc@pritzkerlevine.com<br>Email: jkl@pritzkerlevine.com |

| | | |
|---|---|---|
| | | Heidi M. Silton<br>Justin R. Erickson<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>E-mail: hmsilton@locklaw.com<br>E-mail: jrerickson@locklaw.com |
| | Defendant: Google LLC | Google LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| | Defendant: Google Ireland Ltd. | Google Ireland Ltd.<br>Gordon House<br>Barrow Street<br>Dublin 4<br>D04E5W5 Ireland |
| | Defendant: Google Commerce Ltd. | Google Commerce Ltd.<br>70 Sir John Rogerson's Quay<br>Dublin – 2<br>D02 R296 Ireland |
| | Defendant: Google Asia Pacific Pte. Ltd. | Google Asia Pacific Pte. Ltd.<br>70 Pasir Panjang Road, #03-71,<br>Mapletree Business City<br>Singapore 117371 |
| | Defendant: Google Payment Corp. | Google Payment Corp.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| N.D. Cal., No. 5:20-cv-03556 | Plaintiff: Surefreight Global LLC d/b/a Prana Pets | Adam E. Polk<br>Jordan Elias<br>Scott M. Grzenczyk<br>Christina C. Sharp<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>E-mail: apolk@girardsharp.com<br>E-mail: jelias@girardsharp.com<br>E-mail: scottg@girardsharp.com<br>E-mail: dsharp@girardsharp.com |
| | Plaintiff: Hanson Law Firm | Adam E. Polk<br>Jordan Elias<br>Scott M. Grzenczyk<br>Christina C. Sharp<br>GIRARD SHARP LLP |

| | | 601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>E-mail: apolk@girardsharp.com<br>E-mail: jelias@girardsharp.com<br>E-mail: scottg@girardsharp.com<br>E-mail: dsharp@girardsharp.com |
|---|---|---|
| | Plaintiff: Michael Devaney | Tina Wolfson<br>Christopher E. Stiner<br>Theodore W. Maya<br>AHDOOT & WOLFSON, PC<br>10728 Lindbrook Drive<br>Los Angeles, California 90024<br>Telephone: (310) 474-9111<br>Facsimile: (310) 474-8585<br>E-mail: twolfson@ahdootwolfson.com<br>E-mail: cstiner@ahdootwolfson.com<br>E-mail: tmaya@ahdootwolfson.com<br><br>Christina C. Sharp<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>E-mail: dsharp@girardsharp.com |
| | Plaintiff: Nicholas Arrieta | Tina Wolfson<br>Christopher E. Stiner<br>Theodore W. Maya<br>AHDOOT & WOLFSON, PC<br>10728 Lindbrook Drive<br>Los Angeles, California 90024<br>Telephone: (310) 474-9111<br>Facsimile: (310) 474-8585<br>E-mail: twolfson@ahdootwolfson.com<br>E-mail: cstiner@ahdootwolfson.com<br>E-mail: tmaya@ahdootwolfson.com<br><br>Christina C. Sharp<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>E-mail: dsharp@girardsharp.com |
| | Plaintiff: Sara Yberra | Tina Wolfson |

| | | |
|---|---|---|
| | | Christopher E. Stiner<br>Theodore W. Maya<br>AHDOOT & WOLFSON, PC<br>10728 Lindbrook Drive<br>Los Angeles, California 90024<br>Telephone: (310) 474-9111<br>Facsimile: (310) 474-8585<br>E-mail: twolfson@ahdootwolfson.com<br>E-mail: cstiner@ahdootwolfson.com<br>E-mail: tmaya@ahdootwolfson.com<br><br>Christina C. Sharp<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>E-mail: dsharp@girardsharp.com |
| | Plaintiff: Michael Stellman | Christina C. Sharp<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>E-mail: dsharp@girardsharp.com |
| | Plaintiff: Vitor Lindo | Christina C. Sharp<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>E-mail: dsharp@girardsharp.com |
| | Defendant: Google LLC | John Edward Schmidtlein<br>Benjamin M. Greenblum<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, N.W.<br>Washington, DC 20005-5901<br>(202) 434-5901<br>Fax: 434-5029<br>Email: jschmidtlein@wc.com<br>Email: bgreenblum@wc.com<br><br>David H. Kramer<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>650/493-9300 |

| | | |
|---|---|---|
| | | Fax: 650-493-6811<br>Email: dkramer@wsgr.com |
| | Defendant: Alphabet Inc. | John Edward Schmidtlein<br>Benjamin M. Greenblum<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, N.W.<br>Washington, DC 20005-5901<br>(202) 434-5901<br>Fax: 434-5029<br>Email: jschmidtlein@wc.com<br>Email: bgreenblum@wc.com<br><br>David H. Kramer<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>650/493-9300<br>Fax: 650-493-6811<br>Email: dkramer@wsgr.com |
| D.D.C., No. 1:20-cv-03010 | Plaintiff: United States of America | Kenneth Michael Dintzer<br>U.S. DEPARTMENT OF JUSTICE<br>1100 L Street, NW<br>Washington<br>202-307-034 0<br>Email: kenneth.dintzer2@usdoj.gov<br><br>Chaim Alexander Cohen<br>U.S. DEPARTMENT OF JUSTICE<br>450 Fifth Street NW<br>Washington, DC 20530<br>347-244-2502<br>Email: alex.cohen@usdoj.gov<br><br>Elizabeth Skjelborg Jensen<br>U.S. DEPARTMENT OF JUSTICE<br>450 Golden Gate Ave<br>Suite 10-0101<br>San Francisco, CA 94102<br>415-583-9211<br>Email: Elizabeth.Jensen@usdoj.gov<br><br>Jesus Manuel Alvarado-Rivera<br>U.S. DEPARTMENT OF JUSTICE<br>Antitrust Division<br>450 5th St NW<br>Washington, DC 20530<br>202-598-8325 |

| | | Email: jesus.alvarado-rivera@usdoj.gov<br><br>Ryan M. Sandrock<br>U.S. DEPARTMENT OF JUSTICE<br>Antitrust Division<br>450 Golden Gate<br>San Francisco, CA 94102<br>202-316-6905<br>Email: ryan.sandrock@usdoj.gov |
| | Plaintiff: State of Arkansas | Office of the Attorney General, State of Arkansas<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201<br>Phone: 501-682-8063 |
| | Plaintiff: State of Florida | Office of the Attorney General, State of Florida<br>PL-01 The Capitol<br>Tallahassee, Florida 32399<br>Phone: 850-414-3300 |
| | Plaintiff: State of Georgia | Office of The Attorney General, State of Georgia<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334-1300<br>Phone: 404-651-7675 |
| | Plaintiff: State of Indiana | Matthew Alan Michaloski<br>Scott Leroy Barnhart<br>OFFICE THE ATTORNEY GENERAL, STATE OF INDIANA<br>302 W Washington St<br>5th Floor<br>Indianapolis, IN 46204-2770<br>317-234-1479<br>Email: matthew.michaloski@atg.in.gov<br>Email: Scott.Barnhart@atg.in.gov |
| | Plaintiff: Commonwealth of Kentucky | Justin D. Clark, Deputy Director of Consumer Protection<br>OFFICE OF THE ATTORNEY GENERAL, COMMONWEALTH OF KENTUCKY<br>1024 Capital Center Drive, Suite 200<br>Frankfort, Kentucky 40601<br>Phone: 502-696-5300<br>Email: justind.clark@ky.gov |
| | Plaintiff: State of Louisiana | Office of the Attorney General, State of Louisiana<br>Public Protection Division<br>1885 North Third St.<br>Baton Rouge, Louisiana 70802<br>Phone: 225-326-6400 |
| | Plaintiff: State of Mississippi | Office of the Attorney General, State of Mississippi |

| | | P.O. Box 220<br>Jackson, Mississippi 39205<br>Phone: 601-359-4223 |
|---|---|---|
| | Plaintiff: State of Missouri | Kimberley G. Biagioli<br>OFFICE OF THE ATTORNEY GENERAL, STATE OF MISSOURI<br>Consumer Protection Division<br>615 E 13th Street<br>Suite 401<br>Kansas City, MO 64106<br>816-889-3090<br>Email: kimberley.biagioli@ago.mo.gov |
| | Plaintiff: State of Montana | Mark W. Mattioli<br>MONTANA DEPARTMENT OF JUSTICE<br>Office of Consumer Protection<br>P.O. Box 200151<br>Helena, MT 59620-0151<br>406-444-2026<br>Fax: 406-442-1894<br>Email: mmattioli@mt.gov |
| | Plaintiff: State of South Carolina | Rebecca McCormack Hartner<br>OFFICE OF THE ATTORNEY GENERAL, STATE OF SOUTH CAROLINA<br>1000 Assembly Street<br>P.O. Box 11549<br>Columbia, SC 29211-1549<br>803-734-5855<br>Email: rhartner@scag.gov |
| | Plaintiff: State of Texas | Bret Fulkerson<br>Kim Van Winkle<br>Kelsey Paine<br>TEXAS ATTORNEY GENERAL<br>300 W. 15th St.<br>Austin, TX 78701<br>512-517-5184<br>Email: bret.fulkerson@oag.texas.gov<br>Email: kim.vanwinkle@oag.texas.gov<br>Email: kelsey.paine@oag.texas.gov |
| | Defendant: Google LLC | John Edward Schmidtlein<br>Benjamin M. Greenblum<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, N.W.<br>Washington, DC 20005-5901<br>(202) 434-5901<br>Fax: 434-5029<br>Email: jschmidtlein@wc.com<br>Email: bgreenblum@wc.com |

| | | Mark Samuel Popofsky<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 508-4624<br>Fax: (202) 383-9377<br>Email: mark.popofsky@ropesgray.com |
|---|---|---|

Dated: November 6, 2020                    Respectfully submitted,

*/s/ Jonathan W. Cuneo*

Jonathan W. Cuneo
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com

*Counsel for Plaintiff J. Jackson Paige*

27

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE GOOGLE ANTITRUST LITIGATION** | MDL No. ___ |

## AMENDMENT TO CORRECTED PROOF OF SERVICE

I hereby further certify that on November 6, 2020, copies of the foregoing Motion, Memorandum, Corrected Schedule of Actions, Corrected Proof of Service, and this Certificate were served by USPS next day service on the following recipients:

| Action | Party | Attorney(s) |
|---|---|---|
| D.D.C., No. 1:20-cv-03158 | Defendant: Google LLC | Google LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| | Defendant: Alphabet Inc. | Alphabet Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |

Dated: November 6, 2020

Respectfully submitted,

*/s/ Jonathan W. Cuneo*

Jonathan W. Cuneo
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com

*Counsel for Plaintiff J. Jackson Paige*



UNITED STATES POSTAGE

02 1P
0003218354
MAILED FROM ZIP

CERTIFIED MAIL

7019 1640 0000 8798 0895



**CUNEO
GILBERT &
LADUCA, LLP**

4725 Wisconsin Avenue, NW • Suite 200
Washington, DC 20016

Clerk, U.S. District Court for the
District of the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue N.W., Rm 1225
Washington, D.C. 20001