AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-3010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

T-Mobile USA, Inc.

Date: 11/16/2020

/s/ Russell B. Balikian
*Attorney's signature*

Russell B. Balikian - 1018417
*Printed name and bar number*

1050 Connecticut Ave. NW
Washington, DC 20036

*Address*

rbalikian@gibsondunn.com
*E-mail address*

(202) 955-8535
*Telephone number*

(202) 530-9542
*FAX number*