# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>             Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>             Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned, General Counsel and Vice-President of Public Policy at Duck Duck Go, Inc., is admitted to practice in this court and is hereby entering an appearance as counsel of record for non-party Duck Duck Go, Inc. in the above-captioned matter.

Dated:  November 17, 2020             Respectfully submitted,

By:   */Megan Gray/*

Megan Gray (D.C. Bar No. 478479)

**DUCK DUCK GO, INC.**

20 Paoli Pike
Paoli, Pennsylvania 19301
Tel: 267-690-7758
Fax: 202-280-1225
Email: megan@duckduckgo.com

*Attorney for non-party Duck Duck Go, Inc.*