IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                  Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                  Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned, of the law firm of Cohen & Gresser LLP, is admitted to practice in this court and is hereby entering an appearance as counsel of record for non-party Duck Duck Go, Inc. in the above- captioned matter.

Dated:  November 17, 2020

Respectfully submitted,

By:   */s/ Melissa H. Maxman*

Melissa H. Maxman (D.C. Bar No. 426231)

**COHEN & GRESSER LLP**

2001 Pennsylvania Ave, NW
Suite 300
Washington, DC 20006
Tel: (202) 851-2070
Fax: (202) 851-2081
Email: mmaxman@cohengresser.com

*Attorney for non-party Duck Duck Go, Inc.*