IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Civil Action No. 1:20-cv-03010 |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Richard G. Parker enters his appearance on behalf of Non-Party Amazon.com, Inc.  I am admitted to practice in this Court.  My address is:

Richard G. Parker
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036

I may be reached by phone at (202) 955-8503.  Email may be sent to RParker@gibsondunn.com.

Dated:   November 17, 2020          Respectfully submitted,


                                    */s/ Richard G. Parker*
                                    Richard G. Parker
                                    D.C. Bar No.: 327544
                                    GIBSON, DUNN & CRUTCHER, LLP
                                    1050 Connecticut Avenue, N.W.
                                    Washington, D.C. 20036-5306
                                    Telephone: (202) 955-8503
                                    Facsimile:  (202) 530-9518
                                    rparker@gibsondunn.com

                                    *Attorney for Non-Party Amazon.com, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2020, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court.  The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.


                                      */s/ Richard G. Parker*
                                      Richard G. Parker