IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>    Plaintiffs,<br><br> v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:20-cv-3010 (APM) |

**Proposed Order**

  At the District of Columbia this ____ day of November, 2020, having considered the Motion of T-Mobile USA, Inc. seeking the admission *pro hac vice* of Marjorie A. Walter (ECF No. ___), and the Declaration of Marjorie A. Walter submitted in support of the Motion;

  IT IS HEREBY ORDERED that the Motion is GRANTED.

               _____
               Hon. Amit P. Mehta
               United States District Judge