IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>               Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>               Defendant. | Civil Action No. 1:20-cv-3010 (APM) |

**Non-Party Petitioner T-Mobile USA, Inc.'s Motion for
Admission *Pro Hac Vice* of Michael E. Kipling**

Pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of attorney Michael E. Kipling *pro hac vice* in the above-captioned matter as counsel for Non-Party Petitioner T-Mobile USA, Inc.

This motion is supported by the Declaration of Michael E. Kipling, filed herewith. As set forth in Mr. Kipling's declaration, he is admitted, practicing, and a member in good standing of the State Bar of Washington. This motion is supported and signed by Helgi C. Walker, an active and sponsoring member of the Bar of this Court.

Dated: November 17, 2020

                                                                                     /s/ Helgi C. Walker
                                                                                     Helgi C. Walker, D.C. Bar #454300
                                                                                     GIBSON, DUNN & CRUTCHER LLP
                                                                                     1050 Connecticut Avenue, N.W.
                                                                                      Washington, D.C. 20036
                                                                                      Telephone:  (202) 877-3599
                                                                                      Facsimile:  (202) 530-9595
                                                                                      HWalker@gibsondunn.com