IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>    Plaintiffs,<br><br> v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:20-cv-3010 (APM) |

**<u>Declaration of Michael E. Kipling in Support of Motion for Admission *Pro Hac Vice*</u>**

I, MICHAEL E. KIPLING, declare as follows:

1. I am counsel for Non-Party Petitioner T-Mobile USA, Inc., in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Michael E. Kipling.

3. I am an attorney with the law firm of WalterKipling PLLC. My office address is 5608 17th Ave. NW #735, Seattle, WA 98107-5232. My telephone number is (206) 545-0346.

4. I have been admitted to the Washington State Bar (#7677), and I am a member in good standing of that bar.

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of November, 2020 in Seattle, Washington.

/s/ Michael E. Kipling
Michael E. Kipling