IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 1:20-cv-3010 (APM) |

**Proposed Order**

At the District of Columbia this _____ day of November, 2020, having considered the Motion of T-Mobile USA, Inc. seeking the admission *pro hac vice* of Michael E. Kipling (ECF No. ___), and the Declaration of Michael E. Kipling submitted in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED.

                                                                                               _____
                                                                                               Hon. Amit P. Mehta
                                                                                               United States District Judge