UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

United States of America, *et al.*,

                            Plaintiffs,

        -against-

Google LLC,

                Defendant.

Civ. Action No.1:20-cv-03010-APM

## NON-PARTY ORACLE CORPORATION'S MOTION FOR ADMISSION *Pro Hac Vice* of JOHN D. FRIEL

Pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of attorney John D. Friel *pro hac vice* in the above-captioned action as counsel for Non-Party Petitioner Oracle Corporation.

This motion is supported by the Declaration of John D. Friel, filed herewith. As set forth in Mr. Friel's declaration, he is admitted, practicing, and a member in good standing of the State Bar of New York. This motion is supported and signed by Stephen M. Nickelsburg, an active and sponsoring member of the Bar of this Court.

Dated: November 19, 2020

                                            Respectfully submitted,

                                            By:  S/ Stephen M. Nickelsburg
                                                      Stephen M. Nickelsburg
                                                      D.C. Bar No. 475920
                                          CLIFFORD CHANCE US LLP
                                          2001 K Street NW
                                          Washington, DC 2000
                                          (202) 912-5108 (phone)
                                          (2020 912-6000 (fax)
                                          steve.nickelsburg@cliffordchance.com