UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

United States of America, *et al.,*

                                      Plaintiffs,

            -against-

Google LLC,

            Defendant.

Civ. Action No. 1:20-cv-03010-APM

### Declaration of John D. Friel in Support of Motion for Admission *pro hac vice*

I, JOHN D. FRIEL, declare as follows:

1.      I am counsel for Non-Party Petitioner Oracle Corporation in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2.      My full name is John D. Friel.

3.      I am an attorney with the law firm of Clifford Chance US LLP. My office address is 31 West 52 Street, New York, NY 10019. My telephone number is (212) 878-8000; my fax number is (212) 878-8375; my email address is john.friel@cliffordchance.com .

4.      I have been admitted to the New York State Bar (Registration # 4949798), and I am a member in good standing of that bar.

5.      I have never been disciplined by any bar.

6.      In the last two years, I have not been admitted *pro hac vice* in this Court.

7.      I do not engage in the practice of law from an office located in the District of Columbia.

      I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of November, 2020, in New York, New York.

                                                                      s/ John D. Friel
                                                                      John D. Friel