**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

United States of America, *et al.*,

                            Plaintiffs,

-against-

Google LLC,

                            Defendant.

**Civ. Action No. 1:20-cv-03010-APM**

**Proposed Order**

At the District of Columbia this _____ day of November, 2020, having considered the Motion of Oracle Corporation seeking the admission *pro hac vice* of John D. Friel and the Declaration of John D. Friel submitted in support of the Motion:

IT IS HEREBY ORDERED that the Motion is GRANTED.

                                                                 _____
                                                                 Hon. Amit P. Mehta
                                                                 United States District Judge