UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,

  *Plaintiffs*,

v.

GOOGLE LLC,

  *Defendant*.

Case No. 1:20-cv-03010-APM

NOTICE OF APPEARANCE OF COUNSEL
FOR GROUPM WORLDWIDE, LLC

PLEASE TAKE NOTICE of the appearance of James D. Sadowski, an attorney with the law firm of Greenstein DeLorme & Luchs, P.C., as counsel for non-party GroupM Worldwide, LLC ("GroupM"). GroupM will be filing a Position Statement regarding the proposed protective order. *See* Dkt. # 24 and related Minute Order of November 9, 2020, Dkt. #28 and related Minute Order of November 11, 2020, Dkt. #33, and Dkt. # 34.

Respectfully submitted

Date:  November 19, 2020

/s/ James D. Sadowski
James D. Sadowski (D.C. Bar No. 446635)
Greenstein DeLorme & Luchs, P.C.
801 17th Street, NW, Suite 1000
Washington, DC  20006
Telephone:  (202) 452-1400
Facsimile:  (202) 452-1400
Email:  jds@gdllaw.com
*Counsel for Non-Party GroupM Worldwide, LLC*

9999-0101-4825-0608-6610-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2020, a true copy of the foregoing Notice of Appearance of Counsel for Non-Party Group M Worldwide, LLC should be served by Notice of Electronic Filing ("NEF") on all persons designated to receive electronic notice in this case.

/s/ James D. Sadowski
James D. Sadowski