IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>              Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>              Defendant. | Civil Action No. 1:20-cv-3010 (APM) |

## Non-Party Petitioner AT&T, Inc.'s Motion for Admission *Pro Hac Vice* of Kristen C. Limarzi

Pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of attorney Kristen C. Limarzi *pro hac vice* in the above-captioned matter as counsel for Non-Party Petitioner AT&T, Inc.

This motion is supported by the Declaration of Kristen C. Limarzi, filed herewith.  As set forth in Ms. Limarzi's declaration, she is admitted, practicing, and a member in good standing of the District of Columbia Bar.  This motion is supported and signed by Matthew Guice Aiken, an active and sponsoring member of the Bar of this Court.

Dated: November 20, 2020

/s/ Matthew Guice Aiken
Matthew Guice Aiken (D.C. Bar No. 1616755)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 887-3518
Fax: (202) 530-4225
maiken@gibsondunn.com