IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, et al.

        Plaintiffs,

v.

GOOGLE LLC,

        Defendant.

Civil Action No. 1:20-cv-3010 (APM)

**Declaration of Kristen C. Limarzi in Support of Motion for Admission *Pro Hac Vice***

I, KRISTEN C. LIMARZI, declare as follows:

1. I am counsel for Non-Party Petitioner AT&T, Inc., in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Kristen Ceara Limarzi.

3. I am an attorney with the law firm of Gibson, Dunn & Crutcher, LLP. My office address is 1050 Connecticut Ave., NW, Washington, D.C. 20036. My telephone number is (202) 887-3518.

4. I have been admitted to the District of Columbia Bar (#485011), and I am a member in good standing of that bar.

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court. My application for admission to this Court is pending.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of November, 2020 in Washington, D.C.

/s/ Kristen C. Limarzi
Kristen C. Limarzi