IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, et al.

        Plaintiffs,

v.

GOOGLE LLC,

        Defendant.

Civil Action No. 1:20-cv-3010 (APM)

**Proposed Order**

At the District of Columbia this ____ day of November, 2020, having considered the Motion of AT&T, Inc. seeking the admission *pro hac vice* of Kristen C. Limarzi (ECF No. ___), and the Declaration of Kristen C. Limarzi submitted in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED.

                                                                  _____
                                                                  Hon. Amit P. Mehta
                                                                  United States District Judge