AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.

Date: 11/20/2020

/s/ Steven C. Sunshine
*Attorney's signature*

Steven C. Sunshine (D.C. Bar # 450078)
*Printed name and bar number*

Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

*Address*

steven.sunshine@skadden.com
*E-mail address*

(202) 371-7860
*Telephone number*

(202) 661-0560
*FAX number*

Print    Save As...    Reset