AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.                                                                                    .

Date:     11/20/2020

/s/ Joseph M. Rancour
*Attorney's signature*

Joseph M. Rancour (D.C. Bar # 1003487)
*Printed name and bar number*
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

*Address*

joseph.rancour@skadden.com
*E-mail address*

(202) 371-7532
*Telephone number*

(202) 661-0532
*FAX number*

Print        Save As...                                         Reset