AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010 |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Mississippi                                                        .

Date:   11/20/2020                                           /s/ Hart Martin
                                                       *Attorney's signature*

                                                Hart Martin (MS Bar No. 106129)
                                                *Printed name and bar number*

                                                        P.O. Box 220
                                                       Jackson, MS 39205

                                                           *Address*

                                                hart.martin@ago.ms.gov
                                                       *E-mail address*

                                                        601-359-4223
                                                     *Telephone number*

                                                        601-359-2033
                                                        *FAX number*