# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

    *Plaintiffs*,

v.

GOOGLE LLC,

    *Defendant*.

Civil Action No. 1:20-cv-03010

HON. AMIT P. MEHTA

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

PLEASE enter the appearance of Kristen C. Limarzi as counsel in the above-captioned matter on behalf of non-party AT&T, Inc. I certify that I am admitted *pro hac vice* with an application for admission pending.

Dated:   November 20, 2020

Respectfully submitted,

*/s/ Kristen C. Limarzi*
Kristen C. Limarzi (D.C. Bar No. 485011)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. NW
Washington, D.C. 20036
Phone: (202) 887-3518
Fax: (202) 530-4225
klimarzi@gibsondunn.com

*Counsel for non-party AT&T, Inc.*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 20, 2020, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court.  The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                                          */s/ Kristen C. Limarzi*
                                          Kristen C. Limarzi
                                          D.C. Bar No. 485011