BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE GOOGLE ANTITRUST LITIGATION** | MDL No. 2981 |

**SUPPLEMENTAL INFORMATION**

In recognition of 28 U.S.C. § 1407(g), Plaintiff J. Jackson Paige respectfully modifies his motion to transfer to no longer request the transfer, consolidation, or coordination of *U.S., et al. v. Google LLC*, No. 1:20-cv-03010 (D.D.C.). In all other respects, Plaintiff's motion remains unchanged.



RECEIVED
Mail Room

NOV 23 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Dated: November 13, 2020                    Respectfully submitted,

*/s/ Jonathan W. Cuneo*
Jonathan W. Cuneo
Victoria Sims
Blaine Finley
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com
vicky@cuneolaw.com
bfinley@cuneolaw.com

Gerard V. Mantese
Kathryn Eisenstein
**MANTESE HONIGMAN, P.C.**
1361 E. Big Beaver Road
Troy, MI 48083
Phone: (248) 457-9200 ext. 203
Fax: (248) 457-9201
gmantese@manteselaw.com
keisenstein@manteselaw.com

*Counsel for Plaintiff J. Jackson Paige*

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE GOOGLE ANTITRUST LITIGATION | MDL No. 2981 |

PROOF OF SERVICE

I hereby certify that on November 13, 2020 a copy of the foregoing Supplemental Information and this Certificate were served via CM/ECF on counsel of record for all parties for whom counsel has appeared.

I further hereby certify that on November 16, 2020 a copy of the foregoing Supplemental Information and this Certificate will be served via USPS overnight delivery on the following recipients:

Clerk, U.S. District Court for the Northern District of California
United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Clerk, U.S. District Court for the District of the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue N.W.
Washington D.C. 20001
Room 1225

I further hereby certify that on November 16, 2020 a copy of the foregoing Supplemental Information and this Certificate will be served by USPS overnight delivery on the following recipients, for whom counsel has not yet appeared in certain actions:

| Action(s) | Party | Attorney(s) |
|---|---|---|
| N.D. Cal., No. 3:20-cv-05761;<br>N.D. Cal., No. 3:20-cv-07079;<br>N.D. Cal., No. 3:20-cv-07379 | Defendant: Google Ireland Ltd. | Google Ireland Ltd.<br>Gordon House<br>Barrow Street<br>Dublin 4<br>D04E5W5 Ireland |

| | | |
|---|---|---|
| N.D. Cal., No. 3:20-cv-05761; N.D. Cal., No. 3:20-cv-07079; N.D. Cal., No. 3:20-cv-07379 | Defendant: Google Commerce Ltd. | Google Commerce Ltd. 70 Sir John Rogerson's Quay Dublin 2 D02R296 Ireland |
| N.D. Cal., No. 3:20-cv-05761; N.D. Cal., No. 3:20-cv-07079; N.D. Cal., No. 3:20-cv-07379 | Defendant: Google Asia Pacific Pte. Ltd. | Google Asia Pacific Pte. Ltd. 70 Pasir Panjang Road, #03-71, Mapletree Business City Singapore 117371 |
| N.D. Cal., No. 3:20-cv-07079; N.D. Cal., No. 3:20-cv-07361; N.D. Cal., No. 3:20-cv-07365; N.D. Cal., No. 3:20-cv-07379; D.D.C., No. 1:20-cv-03158 | Defendant: Google LLC | Google LLC 1600 Amphitheatre Parkway Mountain View, CA 94043 |
| N.D. Cal., No. 3:20-cv-07079; N.D. Cal., No. 3:20-cv-07379 | Defendant: Google Payment Corp. | Google Payment Corp. 1600 Amphitheatre Parkway Mountain View, CA 94043 |
| N.D. Cal., No. 3:20-cv-07361; D.D.C., No. 1:20-cv-03158 | Defendant: Alphabet Inc. | Alphabet Inc. 1600 Amphitheatre Parkway Mountain View, CA 94043 |
| D.D.C., No. 1:20-cv-03010 | Plaintiff: State of Arkansas | Office of the Attorney General, State of Arkansas 323 Center Street, Suite 200 Little Rock, Arkansas 72201 Phone: 501-682-8063 |
| D.D.C., No. 1:20-cv-03010 | Plaintiff: State of Florida | Office of the Attorney General, State of Florida PL-01 The Capitol Tallahassee, Florida 32399 Phone: 850-414-3300 |
| D.D.C., No. 1:20-cv-03010 | Plaintiff: State of Georgia | Office of The Attorney General, State of Georgia 40 Capitol Square, SW Atlanta, Georgia 30334-1300 Phone: 404-651-7675 |
| D.D.C., No. 1:20-cv-03010 | Plaintiff: State of Louisiana | Office of the Attorney General, State of Louisiana Public Protection Division 1885 North Third St. Baton Rouge, Louisiana 70802 Phone: 225-326-6400 |
| D.D.C., No. 1:20-cv-03010 | Plaintiff: State of Mississippi | Office of the Attorney General, State of Mississippi P.O. Box 220 Jackson, Mississippi 39205 Phone: 601-359-4223 |

Dated: November 13, 2020            Respectfully submitted,

                                             */s/ Jonathan W. Cuneo*
                                             Jonathan W. Cuneo
                                             **CUNEO GILBERT & LADUCA, LLP**
                                             4725 Wisconsin Ave., NW Suite 200
                                             Washington, DC 20016
                                             202-789-3960
                                             jonc@cuneolaw.com

                                             *Counsel for Plaintiff J. Jackson Paige*