# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## DEFENDANT GOOGLE'S MOTION FOR LEAVE TO FILE
## REPLY SUBMISSION REGARDING PROPOSED PROTECTIVE ORDER

Defendant Google LLC ("Google") respectfully requests leave to file the attached reply submission regarding Google's proposed protective order. Google's reply submission responds to the arguments advanced in response to Google's proposed protective order in the Plaintiffs' and non-parties' submissions, ECF Nos. 34, 47, 50-52. It also attaches declarations from the two in-house attorneys Google designates to be allowed to review Confidential Information. A proposed order is attached to this motion.

Pursuant to Local Rule 7(m), counsel for Google has conferred with Plaintiffs' counsel regarding this motion. Plaintiffs take no position with respect to Google's request.

Dated: November 25, 2020

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By:  /s/ *John E. Schmidtlein*
John E. Schmidtlein
Benjamin M. Greenblum
725 12th Street, NW

Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Franklin M. Rubinstein
1700 K St, NW
Washington, DC 20006
Tel: 202-973-8833
frubinstein@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*