# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                              Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

**DECLARATION OF SHAUDY DANAYE-ELMI IN SUPPORT OF
DEFENDANT GOOGLE'S PROPOSED PROTECTIVE ORDER**

Shaudy Danaye-Elmi, a Senior Counsel, Regulatory Litigation and Investigations at Google LLC ("Google"), declares as follows:

1. I, Shaudy Danaye-Elmi, am over 21 years of age, and I am competent to make this declaration. The statements herein are true and within my personal knowledge unless stated otherwise.

2. I make this declaration in support of my application to receive access to Confidential Information described in Google's Proposed Protective Order. Access to Confidential Information is important for me to provide fully informed legal advice to Google and to assist outside counsel in formulating a defense to this action.

3. I am currently Senior Counsel, Regulatory Litigation and Investigations at Google. I have served in that role since June 2018. Prior to that role, I served as Senior Litigation Counsel in the General Litigation group where I held various titles since joining Google in June 2012. I am an attorney in good standing licensed to practice in the State of

California.

4. Prior to joining Google, I was an attorney in private practice, first as an associate at Howard Rice Nemerovski Canady Falk & Rabkin PC ("Howard Rice") from 2005 to 2011, and then as an associate at Arnold & Porter LLP from 2011 to 2012. Both at Howard Rice and Arnold & Porter, my practice was focused on litigation.

5. As Senior Counsel, Regulatory Litigation and Investigations at Google, my role is to supervise government investigations and threatened or actual litigation by regulators. My responsibilities include the supervision of outside counsel, active participation in all aspects of litigation, and government investigations, including litigation strategy. I report to Lee-Anne Mulholland, who holds the position of Director, Head of Regulatory Litigation and Investigations at Google.

6. In the Senior Counsel, Regulatory Litigation and Investigations role, I am not involved in competitive decision-making at Google. That is, I do not participate in any decisions about formulating or implementing strategies to compete with competitors or in any decisions about formulating or implementing pricing strategies. I also am not responsible for or a member of the product groups involved in business decisions regarding pricing, marketing, distribution, product or service design or development, or other competitively sensitive issues that may be the subjects of Confidential Information in this case. Nor do I participate in, or advise on, negotiations of commercial agreements with third parties. I have no responsibility for and give no advice to management about these topics. I do not participate in management or product team meetings and I do not participate in meetings in which competitive decision-making is discussed. All of the statements in this paragraph will remain true during the

pendency of this action and for two years thereafter.

7. During my time at Google, I have not supervised any litigation adverse to any of the third parties who filed submissions on the protective order with the Court in this action.

8. The present case arises out of an investigation commenced over one year ago by the Department of Justice ("Department"), along with subsequent investigations commenced by several state attorneys general. Over the course of its investigation, the Department has issued numerous requests for documents and information, and conducted investigational hearings of Google employees. I have been actively involved in all aspects of the investigation, including the process for the collection of information in response to the Department's requests and the preparation of Google witnesses for investigational hearings.

9. It is important that I be allowed to access and discuss confidential third party materials with outside counsel in order to be an effective member of the litigation team and in order to provide informed legal advice to Google.

10. As an attorney, I acknowledge and agree that I am subject to the jurisdiction of this Court and to its contempt powers. I agree to remain subject to the Court's jurisdiction at all times, including after this litigation concludes.

11. I have read Google's Proposed Protective Order submitted in this action, and understand its terms.

12. I agree to be bound by the terms of Google's Proposed Protective Order submitted in this action. I agree to access and use the information provided to me only as provided in Google's Proposed Protective Order. I will not make use of any Confidential Information, directly or indirectly, for any purpose other than the defense of this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 24, 2020.

By: _____
Shaudy Danaye-Elmi

4