**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**ORDER REGARDING DEFENDANT'S MOTION FOR LEAVE TO FILE**
**REPLY SUBMISSION REGARDING PROPOSED PROTECTIVE ORDER**

For good cause shown, Defendant's motion is granted. The Clerk is directed to file the lodged reply.

SO ORDERED this ____ day of _____, 2020.

_____
Amit P. Mehta, United States District Judge