# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, et al.

        Plaintiffs,

v.

GOOGLE LLC,

        Defendant.

Civil Action No. 1:20-cv-3010 (APM)

## NOTICE OF APPEARANCE

To the clerk of the Court and all parties of record:

PLEASE enter the appearance of Michael E. Kipling as counsel in the above-captioned matter on behalf of non-party T-Mobile USA, Inc. I certify that I am admitted *pro hac vice* (*see* Dkt. No. 42 and November 18, 2020 Minute Order).

Dated: December 1, 2020

        Respectfully submitted,

        /s/ Michael E. Kipling
        Michael E. Kipling, *pro hac vice*
        WALTERKIPLING PLLC
        5608 17th Ave NW #735
        Seattle, WA 98117
        Telephone: (206) 545-0347
        mike@walterkipling.com