IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>               Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>               Defendant. | Case No. 1:20-cv-3010 (APM) |

## DECLARATION OF ARTHUR J. BURKE

I, Arthur J. Burke, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2. I am a lawyer at Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017; telephone (212) 450-4352.

3. I have been admitted to and am a member in good standing of the bars of the State of California and the State of New York.  I am also a member in good standing of the following federal bars:  the U.S. Court of Appeals for the D.C. Circuit, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Eighth Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. District Court for the Central District of California, the U.S. District Court for the Eastern District of California, the U.S. District Court for the Northern District of California, and the U.S. District Court for the Southern District of New York.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court in the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

Date: New York, NY
December 1, 2020

_____
Arthur J. Burke