**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-3010 (APM) |

**[PROPOSED ORDER]**

Upon consideration of Third Parties Comcast Corporation and NBCUniversal Media, LLC (collectively, the "Comcast Third Parties") Motion for Admission *Pro Hac Vice* Motion for Arthur J. Burke, and the accompanying Declaration of Arthur J. Burke, it is hereby

**ORDERED** that the Comcast Third Parties' Motion for Admission *Pro Hac Vice* is **GRANTED**.

**SO ORDERED** this _____ day of _____, 2020.


_____
Hon. Amit P. Mehta
United States District Judge