IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>  Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 1:20-cv-3010 (APM) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Comcast Corporation and NBCUniversal Media, LLC (together, the "Comcast Third Parties"), by and through their undersigned counsel, Jesse Solomon, a member of the Bar of this Court, respectfully move that Christopher Lynch be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1.  Mr. Lynch is a lawyer at Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017; telephone (212) 450-4034.

2.  As set forth in the Declaration of Mr. Lynch accompanying this motion, Mr. Lynch is a member in good standing of the bar of the State of New York.  Mr. Lynch is also a member in good standing of the following federal bars:  the U.S. District Court for the Eastern District of New York and the U.S. District Court for the Southern District of New York.  He has not been disciplined by any bar.

3.  Mr. Lynch has not been admitted *pro hac vice* in this Court in the past two years.

2

WHEREFORE, the Comcast Third Parties, by and through their undersigned counsel, move that this Court enter an Order permitting Christopher Lynch to appear *pro hac vice* in the above-captioned action.

Date:  Washington, D.C.
      December 1, 2020

DAVIS POLK & WARDWELL LLP

By:  */s/ Jesse Solomon*
     Jesse Solomon
     (D.C. Bar No. 998972)

901 15th Street, N.W.
Washington, D.C. 20005
(202) 962-7138
jesse.solomon@davispolk.com

*Counsel for Third Parties Comcast Corporation and NBCUniversal Media, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that on December 1, 2020, I caused to be filed a copy of the foregoing Motion for Admission *Pro Hac Vice* to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

/s/ Jesse Solomon
Jesse Solomon
(D.C. Bar No. 998972)