IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, et al.

               Plaintiffs,

      v.

GOOGLE LLC,

               Defendant.

Case No. 1:20-cv-3010 (APM)

## DECLARATION OF CHRISTOPHER LYNCH

I, Christopher Lynch, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2. I am a lawyer at Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017; telephone (212) 450-4034.

3. I have been admitted to and am a member in good standing of the bar of the State of New York.  I am also a member in good standing of the following federal bars:  the U.S. District Court for the Eastern District of New York and the U.S. District Court for the Southern District of New York.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court in the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  New York, NY
       December 1, 2020

_____
Christopher Lynch