IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>                    Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 1:20-cv-3010 (APM) |

**[PROPOSED ORDER]**

Upon consideration of Third Parties Comcast Corporation and NBCUniversal Media, LLC (collectively, the "Comcast Third Parties") Motion for Admission *Pro Hac Vice* for Christopher Lynch, and the accompanying Declaration of Christopher Lynch, it is hereby

**ORDERED** that the Comcast Third Parties' Motion for Admission *Pro Hac Vice* is **GRANTED**.

**SO ORDERED** this _____ day of _____, 2020.

_____
Hon. Amit P. Mehta
United States District Judge