IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, et al.

        Plaintiffs,

    v.

GOOGLE LLC,

        Defendant.

Case No. 1:20-cv-3010 (APM)

**[PROPOSED ORDER]**

Upon consideration of Third Parties Comcast Corporation and NBCUniversal Media, LLC (collectively, the "Comcast Third Parties") Motion for Admission *Pro Hac Vice* Motion for Arthur J. Burke, and the accompanying Declaration of Arthur J. Burke, it is hereby

**ORDERED** that the Comcast Third Parties' Motion for Admission *Pro Hac Vice* is **GRANTED**.

**SO ORDERED** this _____ day of _____, 2020.

_____
Hon. Amit P. Mehta
United States District Judge