**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No. 1:20-cv-3010 (APM) |

**DECLARATION OF CHRISTOPHER LYNCH**

I, Christopher Lynch, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2.      I am a lawyer at Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017; telephone (212) 450-4034.

3.      I have been admitted to and am a member in good standing of the bar of the State of New York.  I am also a member in good standing of the following federal bars:  the U.S. District Court for the Eastern District of New York and the U.S. District Court for the Southern District of New York.

4.      I have never been disciplined by any bar.

5.      I have not been admitted *pro hac vice* in this Court in the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   New York, NY
        December 1, 2020

_____
Christopher Lynch