# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, et al.

            Plaintiffs,

   v.

GOOGLE LLC,

            Defendant.

Case No. 1:20-cv-3010 (APM)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Arthur J. Burke of the law firm of Davis Polk & Wardwell LLP, who is admitted to practice in this Court *pro hac vice*, hereby appears as counsel of record for Third Parties Comcast Corporation and NBCUniversal Media, LLC in the above-captioned matter, and requests that all papers in this action be served upon him at the address indicated below.

Date:   New York, NY
           December 2, 2020

DAVIS POLK & WARDWELL LLP

By:  */s/ Arthur J. Burke*
      Arthur J. Burke
      (*admitted pro hac vice*)

450 Lexington Avenue
New York, NY 10017
(212) 450-4352
arthur.burke@davispolk.com

*Counsel for Third Parties Comcast Corporation and NBCUniversal Media, LLC*

## **CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that on December 2, 2020, I caused to be filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

                                                           */s/ Arthur J. Burke*
                                                           Arthur J. Burke
                                                           (*admitted pro hac vice*)