**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>              Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>              Defendant. | Case No. 1:20-cv-3010 (APM) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Christopher Lynch of the law firm of Davis Polk & Wardwell LLP, who is admitted to practice in this Court *pro hac vice*, hereby appears as counsel of record for Third Parties Comcast Corporation and NBCUniversal Media, LLC in the above-captioned matter, and requests that all papers in this action be served upon him at the address indicated below.

Date:   New York, NY
           December 2, 2020

DAVIS POLK & WARDWELL LLP

By:  */s/ Christopher Lynch*
       Christopher Lynch
       (*admitted pro hac vice*)

450 Lexington Avenue
New York, NY 10017
(212) 450-4034
christopher.lynch@davispolk.com

*Counsel for Third Parties Comcast Corporation and NBCUniversal Media, LLC*

**CERTIFICATE OF SERVICE**

      Pursuant to LCvR 5.3, I hereby certify that on December 2, 2020, I caused to be filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

      */s/ Christopher Lynch*
      Christopher Lynch
      (*admitted pro hac vice*)