UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, *et al.*, | | |
| | Plaintiffs, | 1:20-cv-03010-APM |
| -against- | | |
| Google LLC, | | |
| | Defendant. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, of the law firm of CLIFFORD CHANCE US LLP, duly admitted to practice in this court *pro hac vice*, hereby appears as counsel of record for non-party Oracle Corporation in the above-captioned matter.

Dated: December 4, 2020

    Respectfully submitted,

By:  S/ John D. Friel
      John D. Friel (PHV)
CLIFFORD CHANCE US LLP
31 West 52 Street
New York, NY 10019
(212) 878-8000 (phone)
(212) 878-8375 (fax)
John.friel@cliffordchance.com