AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010 |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC                                                                                      .

Date:   12/9/2020                                    /s/ Colette T. Connor
                                                              *Attorney's signature*

                                              Colette T. Connor (D.C. Bar No. 991533)
                                                      *Printed name and bar number*
                                                       Williams & Connolly LLP
                                                       725 Twelfth Street, N.W.
                                                       Washington, D.C. 20005

                                                                *Address*

                                                         cconnor@wc.com
                                                             *E-mail address*

                                                          (202) 434-5000
                                                           *Telephone number*

                                                          (202) 434-5029
                                                              *FAX number*