IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC <br><br> *Defendant.* | Case No.: 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING MOVING PARTY STATE OF CALIFORNIA'S MOTION FOR JOINDER**

Having considered the facts and circumstances of this case, as well as Prospective Plaintiff State of California's Motion for Joinder, and all related and relevant pleadings, it is HEREBY ORDERED that:

1. The PROSPECTIVE PLAINTIFF STATE OF CALIFORNIA'S MOTION FOR JOINDER AS PLAINTIFF is **GRANTED**.

2. The State of California is hereby joined in this action pursuant to Federal Rule of Civil Procedure 20.

3. The Court finds that the requirements of Federal Rule of Civil Procedure 20 are satisfied. California seeks relief common to the existing plaintiffs, based on "question of law or fact common to all plaintiffs." The State of California seeks to assert equivalent rights to relief arising out the same series of transactions or occurrences, and under questions of law or fact common to all plaintiffs in this action. The Court further finds that State of California's motion

is timely and its joinder is on just terms, and that Google will not be prejudiced by granting this motion.

4. Plaintiffs are directed to file an amended complaint adding the State of California as a plaintiff in this case on or before the final deadline for amending the pleadings, as specified in any scheduling order. Until that time, all parties shall treat California as if the complaint had been so amended.

5. For the aforementioned amended complaint, in addition to adding the State of California as a plaintiff in the caption and adding a signature block for the State of California, plaintiffs shall insert the word "California," after the words "Plaintiffs Arkansas," in the introductory, unnumbered paragraph on page 2 and in paragraph 15 of the current Complaint filed on October 20, 2020.

**SO ORDERED** this ____ day of _____, 2020.

_____
Amit P. Mehta, United States District Judge