AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| GOOGLE LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant GOOGLE LLC.

Date: 12/14/2020

s/ Susan A. Creighton
*Attorney's signature*

Susan A. Creighton (Bar No.: 978486)
*Printed name and bar number*
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Fifth Floor
Washington, DC 20006

*Address*

screighton@wsgr.com
*E-mail address*

(202) 973-8800
*Telephone number*

(202) 973-8899
*FAX number*