**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**PARTIES' JOINT STATUS REPORT REGARDING THE PROTECTIVE ORDER**

The Parties met and conferred regarding appropriate revisions to the protective order, to address the issues raised by the Court during the December 2, 2020 status conference. The parties have reached an agreement on the protective order, and respectfully request that the Court enter the Stipulated Protective Order, attached here as Exhibit A.

Briefly, the parties have agreed on a protective order with two-tiers of confidentiality. *See* Exhibit A at ¶ 1(b), (g). This structure balances the need for Google's in-house counsel to have access to certain information, while also protecting only the most sensitive third-party information.

Further, the parties' Stipulated Protective Order addresses the Court's concerns about the breadth of the definitions of "Highly Confidential Information" and "Competitive Decision-Making." The parties' agreement identifies objective standards and heightens the requirement for designating information as Highly Confidential Information by requiring that the information is "is likely to cause material and significant competitive or commercial harm," providing objective categories of the types of information that would qualify, and placing time constraints to ensure that only fresh information can be so designated. *See id*. at ¶ 1(g). The parties' Stipulated

Protective Order further limits the definition of Competitive Decision-Making, notably it is no longer disqualifying for in-house counsel to participate in employment decisions and litigation.

The parties' agreement also provides a mechanism for Google's in-house counsel to review Highly Confidential Information based on consent of the third party or a showing of particularized need. *See id.* at ¶ 17.

To address the Court's concern that the restrictions placed on in-house counsel are too stringent, the parties' Stipulated Protective Order relaxes those restrictions and tailors them specifically to activities involving Protected Persons. *See id.* at ¶ 12(d).

Finally, the parties' agreement clarifies when, and under what circumstances, information can be shared among Plaintiffs and with non-parties. *See id.* at ¶ 16(d).

## CONCLUSION

For the foregoing reasons, the parties respectfully request that Court enter the Stipulated Protective Order attached as Exhibit A.

Dated: December 14, 2020

By: */s/ John E. Schmidtlein*

John E. Schmidtlein
Benjamin M. Greenblum
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
jschmidtlein@wc.com
bgreenblum@wc.com

Franklin M. Rubinstein
WILSON SONSINI
GOODRICH & ROSATI P.C.
1700 K St, NW
Washington, DC 20006
frubinstein@wsgr.com

Mark S. Popofsky
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*

Respectfully submitted,

By: */s/ Kenneth M. Dintzer*

Kenneth M. Dintzer
U.S. Department of Justice, Antitrust Division
Technology & Financial Services Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff United States*

By: */s/ Leslie Rutledge*
Leslie Rutledge, Attorney General
Johnathan R. Carter, Assistant Attorney General
Office of the Attorney General, State of Arkansas
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Johnathan.Carter@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

By: */s/ Ashley Moody*
Ashley Moody, Attorney General
R. Scott Palmer, Interim Co-Director, Antitrust Division
Nicholas D. Niemiec, Assistant Attorney General
Lee Istrail, Assistant Attorney General
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Scott.Palmer@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

By: */s/ Christopher Carr*
Christopher Carr, Attorney General
Margaret Eckrote, Deputy Attorney General
Daniel Walsh, Senior Assistant Attorney General
Dale Margolin Cecka, Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
dcecka@law.georgia.gov

*Counsel for Plaintiff State of Georgia*

By: */s/ Scott L. Barnhart*
Scott L. Barnhart, Chief Counsel and Director,
Consumer Protection Division
Curtis Hill, Attorney General
Matthew Michaloski, Deputy Attorney General
Erica Sullivan, Deputy Attorney General
Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Scott.Barnhart@atg.in.gov

*Counsel for Plaintiff State of Indiana*

By: */s/ Justin D. Clark*
Justin D. Clark, Deputy Director of Consumer
Protection
Daniel Cameron, Attorney General
J. Christian Lewis, Executive Director of
Consumer Protection
Philip R. Heleringer, Assistant Attorney General
Jonathan E. Farmer, Assistant Attorney General
Office of the Attorney General, Commonwealth of
Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Justind.Clark@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*

4

By: */s/ Jeff Landry*
Jeff Landry, Attorney General
Stacie L. Deblieux, Assistant Attorney General
Office of the Attorney General, State of Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
Deblieuxs@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

By: */s/ Kimberley G. Biagioli*
Kimberley G. Biagioli
Assistant Attorney General
Missouri Attorney General's Office
615 E. 13th Street, Suite 401
Kansas City, MO 64106
Kimberley.Biagioli@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

By: */s/ Lynn Fitch*
Lynn Fitch, Attorney General
Hart Martin, Special Assistant Attorney General
Crystal Utley Secoy, Assistant Attorney General
Office of the Attorney General, State of Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Hart.Martin@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

By: */s/ Timothy C. Fox*
Timothy C. Fox, Attorney General
Mark Mattioli, Chief, Office of Consumer Protection
Office of the Attorney General, State of Montana
P.O. Box 200151
555 Fuller Avenue, 2nd Floor
Helena, MT 59620-0151
mmattioli@mt.gov

*Counsel for Plaintiff State of Montana*

5

By: */s/ Rebecca M. Hartner*
Rebecca M. Hartner, Assistant Attorney General
Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney General
C. Havird Jones, Jr., Senior Assistant Deputy Attorney General
Mary Frances Jowers, Assistant Deputy Attorney General
Office of the Attorney General, State of South Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
RHartner@scag.gov

*Counsel for Plaintiff State of South Carolina*


By: */s/ Bret Fulkerson*
Bret Fulkerson
Office of the Attorney General, Antitrust Division
300 West 15th Street
Austin, Texas 78701
Bret.Fulkerson@oag.texas.gov

*Counsel for Plaintiff State of Texas*