IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Civil Action No. 1:20-cv-03010 <br><br> HON. AMIT P. MEHTA |

**NON-PARTIES' POSITION STATEMENT ON THE PARTIES'
STIPULATED PROTECTIVE ORDER**

The Parties' proposed two-tiered protective order provides important protections for Non-Parties' Highly Confidential materials. Accordingly, we strongly support its entry, with one important modification. The Parties' proposed order requires Protected Persons to designate Highly Confidential Investigative Materials and Litigation Materials on a page-by-page – rather than a document-by-document – basis. Stip. Protective Order ¶¶ 3(a); 6(b). This requirement would be unduly burdensome and provide no countervailing benefit to Google. Ordinary electronic discovery tools are not equipped to make page-by-page designations, meaning Non-Parties would be forced to conduct a manual review of each Highly Confidential document to determine which (if any) pages contain non-Highly Confidential information and separately stamp or label those pages. For some Non-Parties, this will add hundreds of thousands of dollars or more to the cost of responding to discovery in this case. Moreover, the more granular determination will be of little value. For example, while separately stamping the non-Confidential title page of a Highly Confidential presentation deck would be time-consuming and costly, providing just that title page to Google's in-house designees would almost certainly be useless.

1

Other provisions in the proposed protective order provide adequate safeguards against over-designation, including authorizing Parties to object to Highly Confidential designations. Stip. Protective Order ¶ 10.  Google can raise objections to the designations and confer with Non-Parties about de-designating portions of individual documents.  Accordingly, the Non-Parties request that Protected Persons be permitted to designate Highly Confidential material on a document-by-document basis.

Separately, the Parties dispute the timing and manner of production of Plaintiffs' Investigative File.  Joint Stmt. Regarding ESI and CMO at 2.  As Plaintiffs' counsel noted previously, many Non-Parties have produced confidential information related to matters not encompassed in this Complaint.  Such materials are not relevant to this case and should not be produced in this litigation.  Accordingly, the Non-Parties request an opportunity to be heard at the appropriate time on the scope of the Investigative File to be produced.

Dated:   December 15, 2020

Respectfully submitted,

*/s/ Kristen C. Limarzi*
Kristen C. Limarzi (D.C. Bar No. 485011)
Matthew Guice Aiken (D.C. Bar No. 1616755)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. NW
Washington, D.C. 20036
Phone: (202) 887-3518
Fax: (202) 530-4225
klimarzi@gibsondunn.com
maiken@gibsondunn.com

*Counsel for non-party AT&T, Inc.*

/s/ Richard G. Parker
Richard G. Parker (D.C. Bar No. 327544)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Phone: (202) 955-8500
Fax:  (202) 467-0539
rparker@gibsondunn.com

*Counsel for non-Party Amazon.com, Inc.*

/s/ Arthur J. Burke
Arthur J. Burke
Christopher Lynch
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Phone: (212) 450-4000
christopher.lynch@davispolk.com

*Counsel for non-party Comcast Corporation*

/s/ Megan Gray
Megan Gray (D.C. Bar No. 478479)
General Counsel and Vice-President of Public Policy
DUCK DUCK GO, INC.
20 Paoli Pike
Paoli, Pennsylvania 19301
megan@duckduckgo.com

*Counsel for non-party Duck Duck Go, Inc.*

/s/ Amy W. Ray
Amy W. Ray (D.C. Bar No. 489086)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Phone: (202) 339-8400
Fax: (202) 339-8500
amyray@orrick.com

*Counsel for non-party Microsoft Corporation*

/s/ Stephen M. Nickelsburg
Stephen M. Nickelsburg
CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, DC 20006
Phone: (202) 912-5108
Fax: (202) 912-6000
steve.nickelsburg@cliffordchance.com

John D. Friel (admitted *pro hac vice*)
CLIFFORD CHANCE US LLP
31 West 52 Street
New York, NY 10019
Phone: (212) 878-8000
Fax: (212) 878-8375
john.friel@cliffordchance.com

*Counsel for non-party Oracle Corporation*

/s/ John A. Jurata, Jr.
John A. Jurata, Jr. (D.C. Bar No. 478602)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Phone: (202) 339-8400
Fax: (202) 339-8500
jjurata@orrick.com

*Counsel for non-party Sonos Inc.*

*/s/ Michael E. Kipling*
Michael E. Kipling (Washington State Bar
   No. 7677, admitted *pro hac vice*)
Marjorie A. Walter (Washington State Bar
   No. 40078, admitted *pro hac vice*)
WALTERKIPLING PLLC
5608 17th Ave NW #735
Seattle, WA 98107
Phone: (206) 545-0346
Fax: (206) 545-0347
mike@walterkipling.com
marjorie@walterkipling.com

Helgi Walker
Russel Balikian
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Phone: (202) 955-8500
Fax:  (202) 467-0539
hwalker@gibsondunn.com
rbalikian@gibsondunn.com

*Counsel for non-party T-Mobile US, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2020, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court.  The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

*Kristen C. Limarzi*