AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google, LLC | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Wisconsin.

Date: 12/16/2020

s/Gwendolyn J. Lindsay Cooley
*Attorney's signature*

Gwendolyn J. Lindsay Cooley #1053856
*Printed name and bar number*

Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI  53703
*Address*

Gwendolyn.Cooley@Wisconsin.gov
*E-mail address*

(608) 261-5810
*Telephone number*

(608) 294-2907
*FAX number*