<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of December 2020, I electronically filed the foregoing Appearance of Counsel with the Clerk of the Court using the CM/EMF System which will then send a notification of such filing (NEF) to all counsel of record.

<u>/s/*Gwendolyn J. Lindsay Cooley*</u>
Gwendolyn J. Lindsay Cooley