IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant.* | Case No.: 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

**MOTION BY PROSPECTIVE PLAINTIFF STATES OF WISCONSIN AND MICHIGAN FOR JOINDER AS PLAINTIFFS IN THE INSTANT ACTION**

Pursuant to Federal Rule of Civil Procedure 20, Prospective Plaintiff State of Wisconsin ("Wisconsin"), through its counsel, Attorney General Joshua L. Kaul, and Prospective Plaintiff State of Michigan ("Michigan"), through its counsel, Attorney General Dana Nessel, respectfully move to join the States of Michigan and Wisconsin as plaintiffs in this case, and for such other and further relief as the Court deems just and proper. In support, Wisconsin and Michigan submit their Memorandum of Law, dated December 17, 2020, filed with this motion.

Dated this 17th day of December, 2020.

                                                          Respectfully submitted,

                                                          **FOR STATE OF WISCONSIN:**
                                                          Joshua L. Kaul, Attorney General

                                                          /s/ Gwendolyn J. Lindsay Cooley
                                                          Gwendolyn J. Lindsay Cooley
                                                          Assistant Attorney General
                                                          Wisconsin Department of Justice
                                                          17 W. Main St.
                                                          Madison, WI 53701
                                                          Phone: (608) 261-5810
                                                          Email: Gwendolyn.Cooley@Wisconsin.gov
                                                          *Attorneys for the State of Wisconsin*

**FOR STATE OF MICHIGAN:**

DANA NESSEL, Attorney General

/s/ Ann M. Sherman
ANN M. SHERMAN, Deputy Solicitor General
WISAM E. NAOUM, Assistant Attorney General

Michigan Department of Attorney General
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Email: ShermanA@Michigan.gov
          NaoumW1@Michigan.gov

*Attorneys for the State of Michigan*