AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-03010-APM |
| Google, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Michigan                         .

Date:   12/17/2020

/s Wisam E. Naoum
*Attorney's signature*

Wisam E. Naoum P83335
*Printed name and bar number*

Michigan Department of Attorney General
PO Box 30736
Lansing, MI 48909
*Address*

NaoumW1@michigan.gov
*E-mail address*

(517) 335-7632
*Telephone number*

(517) 335-6755
*FAX number*