AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date:   12/17/2020

/s/ Jeremy M. P. Goldstein
*Attorney's signature*

Jeremy M. P. Goldstein
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102
*Address*

Jeremy.Goldstein@usdoj.gov
*E-mail address*

(415) 229-2934
*Telephone number*

(415) 934-5399
*FAX number*