# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2981 & TITLE - IN RE: Google Antitrust Litigation

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiff: J. Jackson Paige

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Paige v. Google LLC, et al., Case No. 1:20-cv-03158 (D.D.C.)

************************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 12/9/2020 | /s/ Jonathan W. Cuneo |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Jonathan W. Cuneo, Cuneo Gilbert & LaDuca, LLP, 4725 Wisconsin Ave, NW, Suite 200 Washington, D.C. 20016

Telephone No.: (202) 789-3960        Fax No.: (202) 789-1813

Email Address: JonC@cuneolaw.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.



JPML Form 18

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE GOOGLE ANTITRUST LITIGATION | MDL No. 2981 |
|---|---|

PROOF OF SERVICE

I hereby certify that on December 9, 2020 a copy of the foregoing Notice of Appearance and this Certificate were served via CM/ECF on counsel of record for all parties for whom counsel has appeared.

I further hereby certify that on December 9, 2020 a copy of the foregoing Notice of Appearance and this Certificate will be served via USPS overnight delivery on the following recipients:

Clerk, U.S. District Court for the Northern District of California
United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Clerk, U.S. District Court for the District of the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue N.W.
Washington D.C. 20001
Room 1225

I further hereby certify that on December 9, 2020 a copy of the foregoing Notice of Appearance and this Certificate will be served by USPS overnight delivery on the following recipients, for whom counsel may not yet have appeared in certain actions:

| Action(s) | Party | Attorney(s) |
|---|---|---|
| N.D. Cal., No. 3:20-cv-05761; N.D. Cal., No. 3:20-cv-07079; N.D. Cal., No. 3:20-cv-07379 | Defendant: Google Ireland Ltd. | Google Ireland Ltd. Gordon House Barrow Street Dublin 4 D04E5W5 Ireland |



RECEIVED Mail Room
DEC 14 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

| | | |
|---|---|---|
| N.D. Cal., No. 3:20-cv-05761;<br>N.D. Cal., No. 3:20-cv-07079;<br>N.D. Cal., No. 3:20-cv-07379 | Defendant: Google Commerce Ltd. | Google Commerce Ltd.<br>70 Sir John Rogerson's Quay<br>Dublin 2<br>D02R296 Ireland |
| N.D. Cal., No. 3:20-cv-05761;<br>N.D. Cal., No. 3:20-cv-07079;<br>N.D. Cal., No. 3:20-cv-07379 | Defendant: Google Asia Pacific Pte. Ltd. | Google Asia Pacific Pte. Ltd.<br>70 Pasir Panjang Road, #03-71,<br>Mapletree Business City<br>Singapore 117371 |
| N.D. Cal., No. 3:20-cv-07079;<br>N.D. Cal., No. 3:20-cv-07361;<br>N.D. Cal., No. 3:20-cv-07365;<br>N.D. Cal., No. 3:20-cv-07379;<br>D.D.C., No. 1:20-cv-03158 | Defendant: Google LLC | Google LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| N.D. Cal., No. 3:20-cv-07079;<br>N.D. Cal., No. 3:20-cv-07379 | Defendant: Google Payment Corp. | Google Payment Corp.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| N.D. Cal., No. 3:20-cv-07361;<br>D.D.C., No. 1:20-cv-03158 | Defendant: Alphabet Inc. | Alphabet Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| D.D.C., No. 1:20-cv-03010 | Plaintiff: State of Arkansas | Office of the Attorney General, State of Arkansas<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201<br>Phone: 501-682-8063 |
| D.D.C., No. 1:20-cv-03010 | Plaintiff: State of Florida | Office of the Attorney General, State of Florida<br>PL-01 The Capitol<br>Tallahassee, Florida 32399<br>Phone: 850-414-3300 |
| D.D.C., No. 1:20-cv-03010 | Plaintiff: State of Georgia | Office of The Attorney General, State of Georgia<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334-1300<br>Phone: 404-651-7675 |
| D.D.C., No. 1:20-cv-03010 | Plaintiff: State of Louisiana | Office of the Attorney General, State of Louisiana<br>Public Protection Division<br>1885 North Third St.<br>Baton Rouge, Louisiana 70802<br>Phone: 225-326-6400 |
| D.D.C., No. 1:20-cv-03010 | Plaintiff: State of Mississippi | Office of the Attorney General, State of Mississippi<br>P.O. Box 220<br>Jackson, Mississippi 39205<br>Phone: 601-359-4223 |

Dated: December 9, 2020                     Respectfully submitted,

                                                                         */s/ Jonathan W. Cuneo*
                                                                         Jonathan W. Cuneo
                                                                         **CUNEO GILBERT & LADUCA, LLP**
                                                                         4725 Wisconsin Ave., NW Suite 200
                                                                         Washington, DC 20016
                                                                         202-789-3960
                                                                         jonc@cuneolaw.com

                                                                         *Counsel for Plaintiff J. Jackson Paige*

3




USPS PRIORITY MAIL FLAT RATE ENVELOPE

SHIP TO:
CLERK, US DISTRICT COURT FOR THE D.D.C.
333 CONSTITUTION AVE NW RM 1225
WASHINGTON DC 20001-2802

From:
CHRIS FISHER
CUNEO GILBERT LADUCA LLP
4725 WISCONSIN AVE NW STE 200
WASHINGTON DC 20016-4664

USPS TRACKING #: 9405 5036 9930 0165 8956 70

Expected Delivery Date: 12/10/20
Mailed from 20016  12/09/2020
US POSTAGE $7.75

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.