## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE GOOGLE ANTITRUST LITIGATION | MDL No. 2981 |

## DECLARATION OF JONATHAN W. CUNEO

I, Jonathan W. Cuneo, declare as follows:

1. I am the founding partner of Cuneo Gilbert & LaDuca, LLP, which represents J. Jackson Paige ("Plaintiff") in *Paige v. Google LLC, et al.*, Case No. 1:20-cv-03158 (D.D.C.) and before this Panel. I submit this declaration in support of Plaintiff's Reply Memorandum in Support of His Motion for Transfer Pursuant To 28 U.S.C. § 1407. I make this declaration based on my personal knowledge and, if called, could testify hereto the following information.

2. Attached hereto as Exhibit A is a copy of Davis, Josh Paul and Kohles, Rose, 2019 Antitrust Annual Report: Class Action Filings in Federal Court (August 2020).

3. Attached hereto as Exhibit B is a copy of Transcript of November 18, 2020 Hearing, *United States, et al. v. Google LLC*, No. 1:20-cv-03010 (D.D.C.).

4. Attached hereto as Exhibit C is a copy of Transcript of October 30, 2020 Hearing, *United States, et al. v. Google LLC*, No. 1:20-cv-03010 (D.D.C.).

5. Attached hereto as Exhibit D is a copy of Transcript of December 2, 2020 Hearing, *United States, et al. v. Google LLC*, No. 1:20-cv-03010 (D.D.C.).

6. Attached hereto as Exhibit E is a copy of the Comparison of the Digital Advertising and Government complaints, which was prepared by the staff of Cuneo Gilbert & LaDuca, LLP.



RECEIVED Mail Room DEC 14 2020 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

7.   Attached hereto as Exhibit F is a copy of the Comparison of Developer and App Purchaser Google Play complaints with the Government complaint, which was prepared by the staff of Cuneo Gilbert & LaDuca, LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 7, 2020.

/s/ Jonathan W. Cuneo
Jonathan W. Cuneo