

# Exhibit A



# 2019 Antitrust Annual Report

## Class Action Filings in Federal Court

Published August 2020



UNIVERSITY OF
SAN FRANCISCO
School of Law



Electronic copy available at: https://ssrn.com/abstract=3696575

**2019 Antitrust Annual Report**

# Foreword

We are pleased to present the 2019 Antitrust Annual Report produced in partnership with the University of San Francisco Law School and The Huntington National Bank.

Compared with last year's report, the data set was expanded to include an additional five years of information. This longer time frame makes the analysis more valuable to identify trends and evaluate the impact of federal antitrust class actions. Key findings include:

- From 2009-2019, a mean number of 117 consolidated complaints were filed per year, with outlier years as low as 72 and as high as 211.

- From 2009-2019, there were Defendant Wins in 95 cases as a result of judgments on the pleadings, summary judgment, judgment as a matter of law, or trial.

- From 2009-2019, most antitrust class actions that reached final approval did so within 5-7 years.

- The mean settlement amount varied by year from $6 million to $41 million, and the median amount varied by year from $2 million to $11 million.

- The total annual settlements ranged from $225 million to $5.3 billion per year.

- The cumulative total of settlements was $24.1 billion from 2009-2019.

We want to acknowledge several people who helped with the report including Lindsay Tejada, Matt Colon, and Abby Van Nostran. We would also like to acknowledge Lex Machina as our primary data source.

We hope that you find this information interesting and helpful.

Professor Joshua Davis
University of San Francisco Law School
davisj@usfca.edu

Rose Kohles
The Huntington National Bank
rose.kohles@huntington.com



Electronic copy available at: https://ssrn.com/abstract=3693575

2

## 2019 Antitrust Annual Report

# Table of Contents

Foreword...................................................................................................................................... 2

2019 Year at a Glance.................................................................................................................. 5

Federal Antitrust Class Action Filings:

    Consolidated Filings by Year............................................................................................ 6

    Consolidated Filings by District Court............................................................................. 7

    Time from Filing to Final Approval................................................................................... 8

Federal Antitrust Class Actions with Defendant Win:

    Defendant Wins by Case Resolution............................................................................... 9

    Defendant Wins by Length of Case Resolution............................................................. 10

    Top Defense Counsel in Defendant Wins...................................................................... 11

Federal Antitrust Class Action Settlements:

    Total Settlement Amount by Year................................................................................. 12

    Average Settlement Amount by Year............................................................................ 13

    Aggregate Settlement Value by Size............................................................................. 14

    Settlements by Industry................................................................................................ 15

    Recoveries by Class Type.............................................................................................. 16

    Settlements by Alleged Antitrust Violation.................................................................. 17

    Cases with Settlements Reaching Final Approval in 2019............................................ 18

    Top 50 Cases with Settlements Reaching Final Approval 2009-2019............................ 20

    Class Recovery by Settlement Size................................................................................ 25

Top Firms in Antitrust Class Actions:

    Top 25 Firms Acting as Defense Counsel...................................................................... 28

    Top 25 Lead Counsel in Complaints Filed..................................................................... 29

    Top 25 Lead Counsel in Number of Settlements.......................................................... 30

    Top 25 Lead Counsel in Class Recovery........................................................................ 31

    Top Claims Administrators............................................................................................ 32

Methodology and Sources........................................................................................................ 33

About Us................................................................................................................................... 34

Electronic copy available at: https://ssrn.com/abstract=3696575



Electronic copy available at: https://ssrn.com/abstract=3696575

## 2019 Year at a Glance

### Federal Antitrust Class Actions



**Total # Consolidated Filings**
211

**# Cases with Claim Defendant Win**
9

**# Cases with Settlements Reaching Final Approval**
19

**Total Settlements**
$974M

Electronic copy available at: https://ssrn.com/abstract=3696575

5

# Consolidated Filings by Year

The number of consolidated filings generally increased from 2009 through 2019. Filings reached a low point in 2011—72 filings—and increased in 5 of the 8 years since then. During the 11-year period, the 211 filings in 2019 were well above the mean of 117. In contrast, 2011 and 2017—72 and 74 filings, respectively—were below the mean by more than one standard deviation. (A standard deviation is approximately 38 filings.)

Less clear is what these numbers mean. Without 2019, the unexplained variation between years was much greater than the increasing trend over the years. The 130 filings in 2012 are similar to the 132 filings in 2016 and the 136 filings in 2018, and different from the 72 filings in 2011 and the 74 filings in 2017. Perhaps these variations from year to year are random. If so, from 2009 through 2018 we see a gradual increase in filings with a great deal of annual variability.

Then there is the puzzle of 2019. Filings increased dramatically to 211. That could just be an anomaly. If it is not—and reflects the economic or legal environment—what does it reveal? Perhaps data in the years to come will help to explain if the increase in consolidated filings in 2019 is part of a longer-term trend, or if it is truly an outlier.

Figure 1:   **Federal Antitrust Filings**
            2009 - 2019



Electronic copy available at: https://ssrn.com/abstract=3696575

**2019 Antitrust Annual Report**

# Consolidated Filings by District Court

Since 2009, there were approximately 1,300 consolidated antitrust class action filings across all federal district courts in the United States. Of these districts, the Southern District of New York (197), the Northern District of California (151), and the Eastern District of Michigan (123) have been the most frequent forums. There appears to be five district courts—add the District of New Jersey and the Northern District of Illinois to the others listed above—in which plaintiffs file the most cases.

We may wonder whether the filing behaviors are based on the law in the district and circuit, a desire for judicial expertise based on experience in antitrust law, geography of the defendants, or some combination of the three. The relatively large number of antitrust cases filed in these five courts may be a characteristic of the underlying cases and defendants themselves. For example, as indicated on page 16, antitrust settlements with defendants in the Financial Services industry have returned the most by aggregate dollars to classes compared to other industries. There is then a correlation between the center of finance in the United States—New York City—and the forum in which these cases tend to be litigated—the Southern District of New York.

Figure 2:   **Federal Antitrust Filings by District Court by Year**
            2009 - 2019



Consolidated Filings by District Court

Electronic copy available at: https://ssrn.com/abstract=3696575

**2019 Antitrust Annual Report**

## Time from Filing to Final Approval

During the period from 2009-2019, the median time from the filing of the complaint to the order granting final approval of a settlement was 5 years. Figure 3 illustrates a general increase in the length of time to reach final approval from 4.5 years in 2009 to 5.5 years in 2019.

Figure 3:   **Percentage of Cases Settled by Number of Years from Filing to Final Approval**
2009 - 2019

| Percentage of Cases Settled by Number of Years from Filing to Final Approval | | | | | |
|---|---|---|---|---|---|
| Year | ≤2 years | 3-4 years | 5-7 years | 8+ years | Mean Years |
| 2009 | 15.4% | 34.6% | 46.2% | 3.8% | 4.5 |
| 2010 | 17.9% | 43.6% | 33.3% | 5.1% | 4.3 |
| 2011 | 10.0% | 52.2% | 33.3% | 4.4% | 4.2 |
| 2012 | 13.4% | 41.8% | 37.3% | 7.5% | 4.7 |
| 2013 | 8.5% | 14.9% | 53.2% | 23.4% | 5.5 |
| 2014 | 6.0% | 11.9% | 50.7% | 31.3% | 7.4 |
| 2015 | 21.2% | 21.2% | 26.9% | 30.8% | 5.1 |
| 2016 | 27.9% | 37.0% | 16.9% | 18.2% | 4.5 |
| 2017 | 6.5% | 58.7% | 26.1% | 8.7% | 4.4 |
| 2018 | 11.4% | 24.4% | 60.2% | 4.0% | 4.9 |
| 2019 | 1.9% | 42.1% | 48.6% | 7.5% | 5.5 |
| All Years | 13.4% | 34.7% | 38.7% | 13.1% | 5.0 |

Figure 4:   **Number of Years from Filing to Final Approval for Federal Cases**
2009 - 2019



Number of Years from Filing to Final Approval

Electronic copy available at: https://ssrn.com/abstract=3696575

8

## 2019 Antitrust Annual Report

# Defendant Wins by Case Resolution

Of the 95 cases won by defendants between 2009-2019, over half were based upon judgment on the pleadings. One third of them were won at summary judgment.

Figure 5:    **Defendant Wins by Case Resolution**
            **2009 - 2019**

| Defendant Wins by Case Resolution | | |
|---|---|---|
| **Case Resolution** | **# of Cases** | **% of Cases** |
| Judgment on the Pleadings | 54 | 57% |
| Summary Judgment | 31 | 33% |
| Trial | 8 | 8% |
| Judgment as a Matter of Law | 2 | 2% |
| Total | 95 | 100% |

Figure 6:    **Percentage of Defendant Wins by Case Resolution**
            **2009 - 2019**



Defendant Wins by Case Resolution

■ Judgment on the Pleadings    ■ Summary Judgment    ■ Trial    ▫ Judgment as a Matter of Law

Electronic copy available at: https://ssrn.com/abstract=3696575

9

## 2019 Antitrust Annual Report

# Defendant Wins by Length of Case Resolution

Comparing figures 5, 6, and 7, judgment on the pleadings was the quickest resolution in favor of defendants, and the most frequently awarded by the courts. Judgments on the pleadings were ordered on average 1.6 years after filing. Summary judgment was ordered on average 4.3 years after filing, and was also a frequent way for a defendant to win. Judgment as a matter of law during trial was ordered on average 3.7 years after filing.
As expected, a resolution by trial was the most time consuming, lasting on average for 8 years between filing and a court's order to resolve a case.

Figure 7:   **Defendant Wins by Length of Case Resolution**
2009 - 2019



Electronic copy available at: https://ssrn.com/abstract=3696575

## Top Defense Counsel in Defendant Wins

| Rank | Firm | # of Cases 2009-2019 |
|------|------|----------------------|
| 1 | Morgan Lewis & Bockius LLP | 10 |
| 2 | Gibson, Dunn & Crutcher LLP | 9 |
| 3 | Kirkland & Ellis LLP | 9 |
| 4 | O'Melveny & Myers LLP | 7 |
| 5 | Boies, Schiller & Flexner LLP | 7 |
| 6 | Baker Botts LLP | 7 |
| 7 | Winston & Strawn LLP | 7 |
| 8 | Sidley Austin LLP | 7 |
| 9 | Skadden, Arps, Slate, Meagher & Flom LLP | 6 |
| 10 | Locke Lord LLP | 6 |
| 11 | Morrison & Foerster LLP | 5 |
| 12 | Latham & Watkins LLP | 5 |
| 13 | Faegre Drinker Biddle & Reath LLP | 5 |
| 14 | U.S. Department of Justice | 5 |
| 15 | Howrey LLP | 5 |
| 16 | Paul, Weiss, Rifkind, Wharton & Garrison LLP | 5 |
| 17 | DLA Piper LLP | 5 |
| 18 | Mayer Brown LLP | 5 |

Note:  Cases with more than one law firm as listed on complaint are attributed to each firm.

Electronic copy available at: https://ssrn.com/abstract=3696575

**2019 Antitrust Annual Report**

# Total Settlement Amount by Year

From the data analyzed, 2016 and 2018 stand out for the total settlement amount by year. These years are also notable for the number of settlements reaching final approval. In 2016, 154 settlements reached final approval, while in 2018, 176 settlements did the same.

High dollar settlements in 2016 include:
- In re: Credit Default Swaps Antitrust Litigation: $1.8B
- In re: Urethane Antitrust Litigation: $835M
- In re: Automotive Parts Antitrust Litigation: $224M for end payors class (first round of settlements)

High dollar settlements in 2018 include:
- In re: Foreign Exchange Benchmark Rates Antitrust Litigation: $2.3B
- In re: LIBOR Based Financial Instruments Antitrust Litigation: $590M
- In re: ISDAfix Antitrust Litigation: $504M

After a record year in 2018 of $5.3B, the settlements in 2019 declined significantly to only $974M.

Figure 8:   **Total Settlement Amount by Year**
              2009 - 2019



## Total Settlement Amount by Year
### $24.1B from 2009 - 2019

Electronic copy available at: https://ssrn.com/abstract=3696575

12

**2019 Antitrust Annual Report**

## Average Settlement Amount by Year

Figure 9:   **Mean and Median Federal Case Settlement Amount by Year**
2009 - 2019



Electronic copy available at: https://ssrn.com/abstract=3696575

13

**2019 Antitrust Annual Report**

# Aggregate Settlement Value by Size

Figure 10:   **Aggregate Federal Settlement Value by Size**
2009 - 2019



Electronic copy available at: https://ssrn.com/abstract=3696575

## Settlements by Industry

Figure 11:   **Aggregate Settlement Amount by Industry**
2009 - 2019

| Industry | Aggregate Settlement Amount | # of Settlements | Average Settlement Amount |
|---|---|---|---|
| Financial Services | $7,503,289,307 | 89 | $84,306,621 |
| Pharmaceuticals | $2,850,016,778 | 64 | $44,531,512 |
| Electronics Manufacturing | $2,660,189,566 | 117 | $22,736,663 |
| Automotive Manufacturing | $2,173,918,069 | 358 | $6,072,397 |
| Chemical Manufacturing | $1,680,789,300 | 51 | $32,956,653 |
| Airlines | $1,493,809,442 | 43 | $34,739,754 |
| Agriculture | $725,962,500 | 28 | $25,927,232 |
| Publishing | $584,419,000 | 9 | $64,935,444 |
| Logistics and Freight | $526,565,228 | 30 | $17,552,174 |
| Media | $474,000,000 | 5 | $94,800,000 |
| Manufacturing - Wood Products | $376,400,000 | 3 | $125,466,667 |
| Healthcare | $310,086,687 | 48 | $6,460,139 |
| Entertainment | $729,566,763 | 9 | $81,062,974 |
| Telecommunications | $270,258,618 | 2 | $135,129,309 |
| Manufacturing - Metals | $236,558,749 | 13 | $18,196,827 |
| Energy | $233,900,000 | 18 | $12,994,444 |
| Athletics | $213,414,445 | 2 | $106,707,223 |
| Construction / Manufacturing | $209,450,000 | 8 | $26,181,250 |
| Insurance | $131,975,769 | 3 | $43,991,923 |
| Food Processing | $112,795,500 | 11 | $10,254,136 |
| All Others | $1,520,705,907 | 58 | $26,219,067 |

Electronic copy available at: https://ssrn.com/abstract=3696575

**2019 Antitrust Annual Report**

# Recoveries by Class Type

The number of settlements and the amount of the class recoveries are strikingly different for direct purchaser class actions than for indirect purchaser class actions. From 2009 through 2019, direct purchaser actions recovered far more in total than indirect purchaser actions—$20.2 billion and $3.5 billion, respectively. That is because there were over twice as many direct purchaser settlements as indirect purchaser settlements, and because the direct purchaser settlements averaged slightly over $30 million while the indirect purchaser settlements averaged slightly over $12 million. The ultimate result is that direct purchaser settlements recovered almost six times as much—5.75 times as much, to be precise—as indirect purchaser actions.

Figure 12: **Recoveries by Class Type**
2009 - 2019

| Recoveries by Class Type | # of Settlements | % of Settlements | Aggregate Amount | % of Amount |
|---|---|---|---|---|
| Direct Purchaser Classes | 669 | 69.0% | $20,202,853,745 | 84% |
| Indirect Purchaser / End Payor Purchaser Classes | 289 | 29.8% | $3,510,556,401 | 15% |
| Class of Direct & Indirect Purchasers | 5 | 0.5% | $294,025,769 | 1% |
| Other Classes | 6 | 0.6% | $109,100,000 | 0% |
| Total | | 100% | $24,116,535,915 | 100% |



Recoveries by Class Type

Electronic copy available at: https://ssrn.com/abstract=3696575

16

## Settlements by Alleged Antitrust Violation

The vast majority of antitrust recoveries in federal court—just shy of 90%—were in cases brought only under Section 1 of the Sherman Act. These entail allegations of a contract, combination or conspiracy—sometimes called concerted action—and would include traditional horizontal agreements to fix prices. Far fewer recoveries occurred in actions—slightly over 2%—based solely on Section 2 of the Sherman Act, which does not require concerted action and would include illegal monopolization. Almost 9% of recoveries came in actions pursuing claims under both Section 1 and Section 2. The recoveries were more balanced when measured not by number of settlements but by amounts recovered. Section 1 claims accounted for slightly over $18 billion of recoveries—75%—Section 2 claims for slightly over $1 billion—5%—and cases involving claims under Section 1 and Section 2 for almost $5 billion—20%.

Figure 13: **Recoveries by Class Type**
2009 - 2019

| Alleged Antitrust Violation | # of Settlements | % of Settlements | Aggregate Amount | % of Amount |
|---|---|---|---|---|
| Sherman Act 1 | 861 | 89% | $18,069,049,766 | 75% |
| Sherman Act 2 | 20 | 2% | $1,115,200,000 | 5% |
| Sherman Act 1 & Sherman Act 2 | 85 | 9% | $4,820,461,149 | 20% |
| Other Alleged Antitrust Violations | 3 | 0% | $111,825,000 | 0% |
| Total | | 100% | $24,116,535,915 | 100% |



**Settlements by Alleged Antitrust Violation**

Electronic copy available at: https://ssrn.com/abstract=3696575

**2019 Antitrust Annual Report**

# Cases with Settlements Reaching Final Approval in 2019

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount in 2019 |
|------|-----------|-----------------|-------------------------------------|
| 1 | Sullivan v. Barclays PLC et al (Euribor) - Direct Purchasers | Lovell Stewart Halebian Jacobson LLP<br>Lowey Dannenberg PC | $182,500,000 |
| 2 | Automotive Parts Antitrust Litigation - Dealership Actions | Barrett Law Group PA<br>Cuneo Gilbert & LaDuca LLP<br>Larson King LLP | $104,240,160 |
| 3 | Liquid Aluminum Sulfate Antitrust Litigation - Direct Purchasers | Carella, Byrne, Cecchi, Olstein, Brody & Agnello | $81,700,000 |
| 4 | Dental Supplies Antitrust Litigation | Berger Montague PC<br>Cohen Milstein Sellers & Toll PLLC<br>Hausfeld LLP<br>Susman Godfrey LLP | $80,000,000 |
| 5 | Laydon v. Mizuho Bank, Ltd. et al (Euroyen) | Lowey Dannenberg PC | $71,000,000 |
| 6 | Beltran, et al v. Interexchange, Inc., et al | Boies Schiller Flexner<br>Towards Justice | $65,500,000 |
| 7 | Automotive Parts Antitrust Litigaton - Direct Purchasers | Freed Kanner London & Millen LLC<br>Kohn Swift & Graf PC<br>Preti Flaherty Beliveau & Pachios LLP | $61,060,074 |
| 8 | Domestic Airline Travel Antitrust Litigation | Cotchett, Pitre & McCarthy LLP<br>Hausfeld LLP | $60,000,000 |
| 9 | Transpacific Passenger Air Transportation Antitrust Litigation | Cotchett Pitre & McCarthy LLP<br>Hausfeld LLP | $58,000,000 |
| 10 | Seaman v. Duke University, et al | Elliot Morgan & Parsonage<br>Lieff Cabraser Heimann & Bernstein | $54,500,000 |

Electronic copy available at: https://ssrn.com/abstract=3696575

## 2019 Antitrust Annual Report

*Cases with Settlements Reaching Final Approval in 2019 (Continued)*

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount in 2019 |
|---|---|---|---|
| 11 | Capacitors Antitrust Litigation - Indirect Purchasers | Cotchett, Pitre & McCarthy LLP | $34,590,000 |
| 12 | Dealer Management Systems Antitrust Litigation - Dealership Actions | Milberg Tadler Phillips Grossman LLP | $29,750,000 |
| 13 | Liquid Aluminum Sulfate Antitrust Litigation - Indirect Purchasers | Miller Law LLC<br>Stearns Weaver Miller Weissler Alhadeff & Sitterson PA | $29,250,000 |
| 14 | Insurance Brokerage Antitrust Litigation (MDL 1663) - Syndicate Class | Bonnett, Fairbourn, Friedman & Balint PC<br>Cafferty Clobes Meriwether & Sprengel LLP<br>Foote, Mielke, Chavez & O'Neil LLC<br>Robbins Geller Rudman & Dowd LLP<br>Zwerling, Schachter & Zwerling LLP | $21,950,000 |
| 15 | Parking Heaters Antitrust Litigation - Direct Purchasers | Hausfeld LLP<br>Roberts Law Firm PA | $15,000,000 |
| 16 | Western States Wholesale Natural Gas Antitrust Litigation - Kansas & Missouri Classes | Barry Law Offices LLC<br>McCallister Law Group LLC<br>Polsinelli PC | $11,750,000 |
| 17 | Parking Heaters Antitrust Litigation - Indirect Purchasers | Cooper & Kirkham PC<br>Law Offices of Francis O. Scarpulla | $7,700,000 |
| 18 | Aftermarket Automobile Sheet Metal Parts Antitrust Litigation (MDL 2113) | Hartley LLP<br>Heins Mills & Olson PLC | $3,250,000 |
| 19 | Asacol Antitrust Litigation | Wagstaff & Cartmell LLP<br>Wexler Wallace LLP | $2,745,528 |

19

Electronic copy available at: https://ssrn.com/abstract=3696575

**2019 Antitrust Annual Report**

# Top 50 Cases with Settlements Reaching Final Approval 2009-2019

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount |
|------|-----------|-----------------|------------------------------|
| 1 | Foreign Exchange Benchmark Rates Antitrust Litigation - Direct Purchasers | Hausfeld LLP<br>Scott+Scott Attorneys at Law LLP | $2,310,275,000 |
| 2 | Credit Default Swaps Antitrust Litigation - Direct Purchasers | Pearson Simon & Warshaw LLP<br>Quinn Emanuel Urquhart & Sullivan LLP | $1,864,650,000 |
| 3 | Air Cargo Shipping Services Antitrust Litigation - Direct Purchasers | Hausfeld LLP<br>Kaplan Fox & Kilsheimer LLP<br>Levin Sedran & Berman<br>Robins Kaplan LLP | $1,235,907,422 |
| 4 | TFT-LCD (Flat Panel) Antitrust Litigation - Indirect Purchasers | Alioto Law Firm<br>Zelle LLP | $1,082,055,647 |
| 5 | Automotive Parts End Payors - Round 3 | Cotchett Pitre & McCarthy LLP<br>Robins Kaplan LLP<br>Susman Godfrey LLP | $1,036,892,658 |
| 6 | Urethane Antitrust Litigation - Direct Purchasers | Cohen Milstein Sellers & Toll PLLC<br>Fine Kaplan and Black RPC | $919,000,000 |
| 7 | Klein et al v. Bain Capital Partners, LLC et al (Leveraged Buyouts) - Direct Purchasers | Robbins Geller Rudman & Dowd LLP<br>Robins Kaplan LLP<br>Scott + Scott Attorneys at Law LLP | $590,500,000 |
| 8 | LIBOR Based Financial Instruments Antitrust Litigation (MDL 2262) - OTC Class | Hausfeld LLP<br>Susman Godfrey LLP | $590,000,000 |
| 9 | Electronic Books Antitrust Litigation - Direct Purchasers | Cohen Milstein Sellers & Toll PLLC<br>Hagens Berman Sobol Shapiro LLP | $566,119,000 |
| 10 | King Drug Company of Florence, Inc v. Cephalon, Inc., et al (Provigil) - Direct Purchasers | Garwin Gerstein & Fisher LLP | $512,000,000 |

Electronic copy available at: https://ssrn.com/abstract=3696575

## 2019 Antitrust Annual Report

*Top 50 Cases with Settlements Reaching Final Approval 2009-2019 (Continued)*

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount |
|------|-----------|-----------------|------------------------------|
| 11 | ISDAfix Antitrust Litigation - Direct Purchasers | Quinn Emanuel Urquhart & Sullivan LLP<br>Robbins Geller Rudman & Dowd LLP<br>Scott+Scott Attorneys at Law LLP | $504,500,000 |
| 12 | Sullivan v. Barclays PLC et al (Euribor) - Direct Purchasers | Lovell Stewart Halebian & Jacobson LLP<br>Lowey Dannenberg PC | $491,500,000 |
| 13 | Automotive Parts Antitrust Litigation - Direct Purchasers | Freed Kanner London & Millen LLC<br>Kohn Swift & Graf PC<br>Preti Flaherty Beliveau & Pachios LLP<br>Spector Roseman & Kodroff PC | $483,495,394 |
| 14 | TFT-LCD - Direct Purchasers | Lieff Cabraser Heimann & Bernstein LLP<br>Pearson Simon & Warshaw | $473,022,242 |
| 15 | High-Tech Employee Antitrust Litigation - Direct Purchasers | Berger Montague PC<br>Grant & Eisenhofer PA<br>Joseph Saveri Law Firm Inc.<br>Lieff Cabraser Heimann & Bernstein LLP | $435,000,000 |
| 16 | Automotive Parts Antitrust Litigaton - Dealership Actions | Barrett Law Group PA<br>Cuneo Gilbert & LaDuca LLP<br>Larson King LLP | $402,379,787 |
| 17 | Currency Conversion Fee Antitrust Litigation - Direct Purchasers | Berger & Montague PC<br>Hulett Harper Stewart<br>Robbins Geller Rudman & Dowd LLP | $385,500,000 |
| 18 | Kleen Products LLC et al v. International Paper et al - Direct Purchasers | Freed Kanner London & Millen LLC<br>MoginRubin LLP | $376,400,000 |
| 19 | Precision Associates Inc et al v. Panalpina World Transport (Freight Forwarders) | Cotchett Pitre & McCarthy LLP<br>Gustafson Gluek PLLC<br>Lockridge Grindal Nauen PLLP<br>Lovell Stewart Halebian & Jacobson LLP | $344,315,228 |
| 20 | Laydon v Mizuho Bank, Ltd. et al (Euroyen) - Direct Purchasers | Berman Tabacco<br>Lovell Stewart Halebian & Jacobson LLP<br>Lowey Dannenberg | $307,000,000 |

Electronic copy available at: https://ssrn.com/abstract=3696575

## 2019 Antitrust Annual Report

*Top 50 Cases with Settlements Reaching Final Approval 2009-2019 (Continued)*

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount |
|------|-----------|-----------------|----------------------------:|
| 21 | Southeastern Milk Antitrust Litigation - Direct Purchasers | Baker Hostetler<br>Brewer & Terry PC | $303,600,000 |
| 22 | Dynamic Random Access Memory - Indirect Purchasers | Cooper & Kirkham<br>Gustafson Gluek PLLC<br>MoginRubin LLP<br>Straus & Boies | $287,650,000 |
| 23 | Polyurethane Foam Antitrust Litigation - Direct Purchasers | Boies Schiller Flexner LLP<br>Quinn Emanuel Urquhart & Sullivan LLP | $275,500,000 |
| 24 | Tricor Direct Purchaser Antitrust Litigation - Direct Purchasers | Berger Montague PC<br>Garwin Gerstein & Fisher LLP<br>Kaplan Fox & Kilsheimer LLP<br>Odom & Des Roches<br>Rosenthal Monhait & Goddess<br>The Smith Foote Law Firm | $250,000,000 |
| 25 | Dial Corporation, et al v. News Corporation et al - Direct Purchasers | Kellogg Hansen Todd Figel & Frederick PLLC<br>Susman Godfrey LLP | $244,000,000 |
| 26 | Pharmaceutical Industry Average Wholesale Price Litigation (MDL 1456) - Indirect Purchasers | Hagens Berman Sobol Shapiro LLP<br>Hoffman & Edelson LLC<br>Spector, Roseman, Kodroff & Willis PC<br>Wexler Wallace LLP | $234,000,000 |
| 27 | Municipal Derivatives Antitrust Litigation (DL 1950) - Direct Purchasers | Boies Schiller Flexner LLP<br>Hausfeld LLP<br>Susman Godfrey LLP | $223,514,307 |
| 28 | Cathode Ray Tube (MDL 1917) - Direct Purchasers | Saveri & Saveri | $212,200,000 |
| 29 | National Collegiate Athletic Association Athletic Grant-in-Aid Cap AntitrustLitigation - Direct Purchasers | Hagens Berman Sobol Shapiro LLP<br>Pearson Simon & Warshaw LLP | $208,664,445 |
| 30 | Steel Antitrust Litigation - Direct Purchasers | Fine Kaplan and Black RPC Kellogg Hansen Todd Figel & Frederick PLLC | $193,899,999 |

Electronic copy available at: https://ssrn.com/abstract=3696575

## 2019 Antitrust Annual Report

*Top 50 Cases with Settlements Reaching Final Approval 2009-2019 (Continued)*

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount |
|------|-----------|-----------------|-----------------------------|
| 31 | Domestic Drywall Antitrust Litigation - Direct Purchasers | Berger Montague PC<br>Cohen Milstein Sellers & Toll PLLC<br>Spector Roseman Kodroff & Willis PC | $192,500,000 |
| 32 | Neurontin Antitrust Litigation (MDL 1479) | Garwin Gerstein & Fisher LLP<br>Kaplan Fox & Kilsheimer LLP | $190,000,000 |
| 33 | Blessing v. Sirius XM Radio Inc. - Direct Purchasers | Cook, Hall & Lampros LLP<br>Grant & Eisenhofer PA<br>Milberg LLP | $180,000,000 |
| 34 | Marchese v. CableVision Systems Corporation, et al - Direct Purchasers | Taus, Cebulash & Landau LLP | $179,093,858 |
| 35 | Animation Workers Antitrust Litigation | Cohen Milstein Sellers & Toll PLLC<br>Hagens Berman Sobol Shapiro LLP<br>Susman Godfrey LLP | $168,950,000 |
| 36 | Lidoderm Antitrust Litigation - Direct Purchasers | Faruqi & Faruqi LLP<br>Garwin Gerstein & Fisher LLP<br>Hagens Berman Sobol Shapiro LLP | $166,000,000 |
| 37 | Haley Paint Company, et al v. Kronos Worldwide, Inc. (Titanium Dioxide) - Direct Purchasers | Cera LLP<br>Joseph Saveri Law Firm Inc<br>Lieff Cabraser Heimann & Bernstein LLP<br>Shapiro Sher Guinot & Sandler | $163,500,000 |
| 38 | Polyurethane Foam Antitrust Litigation - Indirect Purchasers | Miller Law LLC | $151,250,000 |
| 39 | Flonase Antitrust Litigation - Direct Purchasers | Hagens Berman Sobol Shapiro LLP<br>Kessler Topaz Meltzer & Check LLP | $150,000,000 |
| 40 | Transpacific Passenger Air Transportation Antitrust Litigation - Direct and Indirect Purchasers | Cotchett Pitre & McCarthy LLP<br>Hausfeld LLP | $147,902,000 |

Electronic copy available at: https://ssrn.com/abstract=3696575

## 2019 Antitrust Annual Report

*Top 50 Cases with Settlements Reaching Final Approval 2009-2019 (Continued)*

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount |
|------|-----------|-----------------|------------------------------|
| 41 | Aggrenox Antitrust Litigation (MDL 2516) - Direct Purchasers | Garwin Gerstein & Fisher LLP | $146,000,000 |
| 42 | Lithium Ion Batteries Antitrust Litigation - Direct Purchasers | Berman Tabacco<br>Pearson Simon & Warshaw LLP<br>Saveri & Saveri | $139,300,000 |
| 43 | Processed Egg Products Antitrust Litigation - Direct Purchasers | Bernstein Liebhard<br>Hausfeld LLP<br>Lite DePalma Greenberg<br>Susman Godfrey LLP<br>Weinstein Kitchenoff & Asher LLC | $136,425,000 |
| 44 | Universal Delaware, Inc. v. Ceridian Corporation, et al - Direct Purchasers | Berger Montague PC<br>Lieff Cabraser Heimann & Bernstein LLP<br>Quinn Emanuel Urquhart & Sullivan LLP | $130,000,000 |
| 45 | Insurance Brokerage Antitrust Litigation (MDL 1663) - Direct Purchasers | Cafferty Clobes Meriwether & Sprengel LLP<br>Whatley Drake & Kallas LLC | $110,025,769 |
| 46 | Lidoderm Antitrust Litigation - Indirect Purchasers | Cohen Milstein Sellers & Toll PLLC<br>Girard Gibbs LLP<br>Heins Mills & Olson PLC | $104,750,000 |
| 47 | Capacitors Antitrust Litigation | Joseph Saveri Law Firm Inc | $99,500,000 |
| 48 | Prograf Antitrust Litigation - Direct Purchasers | Garwin Gerstein & Fisher LLP<br>Hagens Berman Sobol Shapiro LLP | $98,000,000 |
| 49 | Celebrex Direct Purchaser Antitrust Litigation | Berger Montague PC<br>Faruqi & Faruqi LLP<br>Glasser & Glasser PLC<br>Hagens Berman Sobol Shapiro LLP<br>Nussbaum Law Group<br>Radice Law Firm PC<br>Taus, Cebulash & Landau LLP | $94,000,000 |
| 50 | Liquid Aluminum Sulfate Antitrust Litigation - Direct Purchasers | Carella, Byrne, Cecchi, Olstein, Brody & Agnello | $92,546,800 |

Electronic copy available at: https://ssrn.com/abstract=3696575

# Class Recovery by Settlement Size

This report analyzes class recoveries by dividing settlements by a category, with the smallest settlements included in a single category of recoveries under $10 million and the largest settlements in a category of $1 billion or more.

Generally speaking, the larger the class settlement recovery by category, the higher the median percentage the class retained, the lower the median percentage awarded in attorney's fees, and the lower the median percentage paid in expenses. As shown in Figure 15, for recoveries under $10 million, the median percentage the class received was 64% and the median fees and costs awarded were 30% and 6%, respectively. In contrast, for settlement recoveries greater than or equal to $1 billion the median class recovery was 85%, the median fee award 14%, and the median expenses 1%.

While the median class recovery on the whole increased incrementally as a percentage of the class settlement, and the median expenses incrementally decreased, the awards of attorney's fees varied less. The median award of attorney's fees remained largely between 28 and 30% for recoveries up to $1 billion. The median fee award decreased significantly—again, to 14%—only for recoveries greater than or equal to $1 billion.

There was one category—recoveries of $250-$499 million—that did not fit the general pattern. In this category, the median recovery by the class was slightly higher than would be expected—74%—and the median award of attorney's fees was slightly lower—25%. It is not clear why. The best explanation may just be random variation, particularly because the discrepancies are not that large.

Looking at the data as a whole, Figure 16 illustrates the median class recovery was 67% of the settlement amount, the median award of attorney's fees was 30%, and the median expenses were 3%. When we move from the median to totals, we see that plaintiff classes received 75% of the total settlement recoveries between 2009 and 2019, attorney's fees awards were 23%, and expenses were 2%.

Many of these numbers would be expected. For example, as the settlement recoveries increase in size, the percentage allocated in expenses decreases. That likely reflects economies of scale, ones that have generally been recognized by commentators.

The median numbers in this Report, however, reveal that a typical award in antitrust class actions is actually 28 to 30%. They also indicate that 30% is typical unless the recovery is greater than $100 million. Further, they suggest that so-called "mega-funds"—in which attorneys receive a significantly smaller percentage fee award when there is a really large class recovery—arise only when there is a settlement in excess of $1 billion. To confirm this last point, additional analyses of awards just below and just above $1 billion would be helpful.

Electronic copy available at: https://ssrn.com/abstract=3696575

## 2019 Antitrust Annual Report

*Class Recovery by Settlement Size (continued)*

This analysis largely involves medians. It does so because median are informative about typical cases. It protects against weighing larger settlements more heavily than smaller settlements in assessing patterns. Note, for example, that we get different results when we analyze the median fees and expenses for all of the settlements than when we consider the total percentages allocated to fees and expenses. Yet these results are perfectly consistent. As for the typical antitrust class action from 2009 through 2019, the court awarded 30% of the class recovery in fees and 3% in expenses, and 67% of the recovery was available to class members. Medians help to analyze a typical case, weighing large and small cases equally.

In contrast, an analysis of overall percentages as illustrated in Figure 17, weighs cases with larger recoveries more heavily than cases with smaller recoveries. But that approach can be valuable too. The overall amounts and percentages can be particularly instructive if we want to assess the benefits and efficiency of private antitrust enforcement. In that case, it is useful to know that the total recovery over 11 years was slightly in excess of $24 billion, that lawyers received 23% of this amount—about $5.5 billion—that expenses totaled 2%—about $480 million—that the plaintiff classes had available 75% of the total settlements—about $18 billion.

Figure 14:   **Class Recovery by Settlement Size - Median**
2009 - 2019

| Settlement Amount | Class Recovery | Attys Fees | Expenses | Total |
|---|---|---|---|---|
| $1B + | 85% | 14% | 1% | 100% |
| $500-$999M | 72% | 28% | 1% | 100% |
| $250-$499M | 74% | 25% | 1% | 100% |
| $100-$249M | 71% | 28% | 1% | 100% |
| $50-$99M | 68% | 30% | 2% | 100% |
| $10-$49M | 65% | 31% | 4% | 100% |
| <$10M | 64% | 30% | 6% | 100% |
| All Settlements | 67% | 30% | 3% | 100% |

Electronic copy available at: https://ssrn.com/abstract=3696575

## 2019 Antitrust Annual Report

*Class Recovery by Settlement Size (continued)*

Figure 15:   **Class Recovery by Settlement Size - Median**
2009 - 2019



Figure 16:   **Class Recovery by Settlement Size - Total Percentages**
2009 - 2019



Electronic copy available at: https://ssrn.com/abstract=3696575

27

**2019 Antitrust Annual Report**

# Top 25 Firms Acting as Defense Counsel

| Rank | Firm | # Cases Defended 2009-2019 |
|---|---|---|
| 1 | Gibson, Dunn & Crutcher LLP | 372 |
| 2 | Latham & Watkins LLP | 359 |
| 3 | Kirkland & Ellis LLP | 288 |
| 4 | Skadden, Arps, Slate, Meagher & Flom LLP | 253 |
| 5 | Hogan Lovells US LLP | 241 |
| 6 | Freshfields Bruckhaus Deringer LLP | 234 |
| 7 | Morgan Lewis & Bockius LLP | 234 |
| 8 | O'Melveny & Myers LLP | 224 |
| 9 | Jones Day | 210 |
| 10 | Simpson Thacher & Bartlett LLP | 195 |
| 11 | Covington & Burling LLP | 191 |
| 12 | Paul, Weiss, Rifkind, Wharton & Garrison LLP | 184 |
| 13 | Arnold & Porter Kaye Scholer LLP | 183 |
| 14 | Vinson & Elkins LLP | 181 |
| 15 | Cleary Gottlieb Steen & Hamilton LLP | 172 |
| 16 | WilmerHale | 171 |
| 17 | Winston & Strawn LLP | 166 |
| 18 | Wilson Sonsini Goodrich & Rosati | 161 |
| 19 | Sullivan & Cromwell LLP | 157 |
| 20 | White & Case | 155 |
| 21 | Sidley Austin LLP | 154 |
| 22 | Foley & Lardner LLP | 151 |
| 23 | Faegre Drinker Biddle & Reath LLP | 150 |
| 24 | Boies, Schiller & Flexner LLP | 140 |
| 25 | Mayer Brown LLP | 138 |

Note: Cases with more than one law firm listed on the docket are attributed to each firm.

Electronic copy available at: https://ssrn.com/abstract=3696575

**2019 Antitrust Annual Report**

## Top 25 Lead Counsel in Complaints Filed

| Rank | Firm | # of Complaints Filed 2009-2019 |
|------|------|-------------------------------|
| 1 | Hausfeld LLP | 241 |
| 2 | Hagens Berman Sobol Shapiro LLP | 237 |
| 3 | Spector Roseman & Kodroff PC | 236 |
| 4 | Berger Montague PC | 214 |
| 5 | Cohen Milstein Sellers & Toll PLLC | 202 |
| 6 | Lockridge Grindal Nauen PLLP | 191 |
| 7 | Gustafson Gluek PLLC | 190 |
| 8 | Cuneo Gilbert & LaDuca LLP | 178 |
| 9 | Cotchett, Pitre & McCarthy LLP | 168 |
| 10 | Susman Godfrey LLP | 165 |
| 11 | The Miller Law Firm (Rochester, MI) | 157 |
| 12 | Barrett Law Group PA | 157 |
| 13 | Freed Kanner London & Millen LLC | 156 |
| 14 | NastLaw LLC | 156 |
| 15 | Nussbaum Law Group PC | 155 |
| 16 | Grant & Eisenhofer PA | 152 |
| 17 | Labaton Sucharow LLP | 148 |
| 18 | Mantese Honigman PC | 143 |
| 19 | Kohn, Swift & Graf PC | 131 |
| 20 | Glancy Prongay & Murray LLP | 130 |
| 21 | Kaplan Fox & Kilsheimer LLP | 129 |
| 22 | Scott+Scott Attorneys at Law LLP | 124 |
| 23 | Robins Kaplan LLP | 124 |
| 24 | Pomerantz LLP | 115 |
| 25 | Heins Mills & Olson PLC | 114 |

Note:  Filings with more than one law firm as listed on complaint are attributed to each firm.

Electronic copy available at: https://ssrn.com/abstract=3696575

## Top 25 Lead Counsel in Number of Settlements

| Rank | Firm | # of Settlements 2009-2019 |
|---|---|---|
| 1 | Cotchett Pitre & McCarthy LLP | 168 |
| 2 | Susman Godfrey LLP | 155 |
| 3 | Cuneo Gilbert & LaDuca LLP | 152 |
| 4 | Barrett Law Group PA | (tie) 145 |
| 4 | Larson King LLP | (tie) 145 |
| 6 | Robins Kaplan LLP | 133 |
| 7 | Hausfeld LLP | 110 |
| 8 | Berger Montague PC | 66 |
| 9 | Freed Kanner London & Millen LLC | 65 |
| 10 | Labaton Sucharow LLP | 61 |
| 11 | Spector Roseman & Kodroff PC | 60 |
| 12 | Kohn Swift & Graf PC | 58 |
| 13 | Preti Flaherty Beliveau & Pachios LLP | 55 |
| 14 | Lovell Stewart Halebian & Jacobson LLP | 50 |
| 15 | Gustafson Gluek PLLC | 48 |
| 16 | Kaplan Fox & Kilsheimer LLP | 46 |
| 17 | Cohen Milstein Sellers & Toll PLLC | 44 |
| 18 | Quinn Emanuel Urquhart & Sullivan LLP | 41 |
| 19 | Hagens Berman Sobol & Shapiro LLP | (tie) 38 |
| 19 | Pearson Simon & Warshaw LLP | (tie) 38 |
| 19 | Scott+Scott Attorneys at Law LLP | (tie) 38 |
| 22 | Levin Sedran & Berman LLP | (tie) 34 |
| 22 | Saveri & Saveri Inc. | (tie) 34 |
| 24 | Lockridge Grindal Nauen PLLP | 33 |
| 25 | Garwin Gerstein & Fisher LLP | 31 |

Note: Settlements with more than one law firm as lead counsel are attributed to each firm.

Electronic copy available at: https://ssrn.com/abstract=3696575

**2019 Antitrust Annual Report**

## Top 25 Lead Counsel in Class Recovery

| Rank | Firm | Aggregate Settlement Class Recovery 2009-2019 | # of Settlements 2009-2019 | Average Settlement Class Recovery 2009-2019 |
|------|------|------|------|------|
| 1 | Hausfeld LLP | $5,199,341,749 | 110 | $47,266,743 |
| 2 | Scott+Scott Attorneys at Law LLP | $3,472,275,000 | 38 | $91,375,658 |
| 3 | Susman Godfrey LLP | $2,813,703,437 | 155 | $18,152,925 |
| 4 | Quinn Emanuel Urquhart & Sullivan LLP | $2,781,050,000 | 41 | $67,830,488 |
| 5 | Pearson Simon & Warshaw LLP | $2,777,886,687 | 38 | $73,102,281 |
| 6 | Cohen Milstein Sellers & Toll PLLC | $2,446,372,989 | 44 | $55,599,386 |
| 7 | Robins Kaplan LLP | $2,321,485,100 | 133 | $17,454,775 |
| 8 | Hagens Berman Sobol & Shapiro LLP | $2,074,236,895 | 38 | $54,585,181 |
| 9 | Berger Montague PC | $2,062,585,568 | 66 | $31,251,296 |
| 10 | Kaplan Fox & Kilsheimer LLP | $1,856,444,942 | 46 | $40,357,499 |
| 11 | Cotchett Pitre & McCarthy LLP | $1,718,097,363 | 168 | $10,226,770 |
| 12 | Garwin Gerstein & Fisher LLP | $1,627,999,000 | 31 | $52,516,097 |
| 13 | Robbins Geller Rudman & Dowd LLP | $1,555,900,000 | 29 | $53,651,724 |
| 14 | Levin Sedran & Berman LLP | $1,331,023,917 | 34 | $39,147,762 |
| 15 | Lieff Cabraser Heimann & Bernstein LLP | $1,310,822,242 | 26 | $50,416,240 |
| 16 | Lovell Stewart Halebian & Jacobson LLP | $1,289,995,228 | 50 | $25,799,905 |
| 17 | Zelle LLP | $1,142,427,647 | 29 | $39,394,057 |
| 18 | Fine Kaplan and Black RPC | $1,141,868,749 | 19 | $60,098,355 |
| 19 | Alioto Law Firm | $1,083,199,397 | 17 | $63,717,612 |
| 20 | Spector Roseman & Kodroff PC | $1,057,445,394 | 60 | $17,624,090 |
| 21 | Freed Kanner London & Millen LLC | $980,589,144 | 65 | $15,085,987 |
| 22 | Labaton Sucharow LLP | $858,035,750 | 61 | $14,066,160 |
| 23 | Boies Schiller Flexner LLP | $796,295,778 | 27 | $29,492,436 |
| 24 | Gustafson Gluek PLLC | $707,981,703 | 48 | $14,749,619 |
| 25 | Joseph Saveri Law Firm LLC | $698,000,000 | 13 | $53,692,308 |

Note: Settlements with more than one law firm as lead counsel are attributed to each firm.

Electronic copy available at: https://ssrn.com/abstract=3696575

**2019 Antitrust Annual Report**

# Top Claims Administrators

Figure 17:  **Top Claims Administrators by Aggregate Settlement Amount**
2009 - 2019

| Rank | Claims Administrator | Aggregate Settlement Amount 2009-2019 | # of Settlements 2009-2019 | Average Settlement Amount 2009-2019 |
|------|---------------------|---------------------------------------|----------------------------|-------------------------------------|
| 1 | Epiq | $11,291,439,899 | 349 | $32,664,101 |
| 2 | Rust Consulting | $5,811,210,285 | 153 | $37,981,767 |
| 3 | KCC | $2,751,260,902 | 223 | $12,285,629 |
| 4 | A.B. Data | $1,726,891,500 | 79 | $21,796,644 |
| 5 | Heffler Claims | $610,550,000 | 23 | $26,545,652 |
| 6 | RG/2 Claims Administration | $323,569,068 | 49 | $6,603,450 |
|   | Other | $1,623,849,261 | 97 | $16,740,714 |

Figure 18:  **Top Claims Administrators by Number of Settlements**
2009 - 2019



Top Claims Administrators by # of Settlements

Notes:
1. Epiq includes the Garden City Group (GCG)
2. Rust Consulting includes Complete Claims Solutions and Kinsella Media
3. KCC includes Administar and Rosenthal & Company

Electronic copy available at: https://ssrn.com/abstract=3696575

32

# Methodology and Sources

**Cases Analyzed**

The cases analyzed in the preceding report represent three individual data sets: complaints filed from 2009-2019, cases won by defendants from 2009-2019, and cases with settlements reaching final approval or verdicts awarded within the time period of 2009-2019. Settlement data analyzed within the 2009-2019 period are not first evaluated by complaint filing date; which is to say, any settlement granted final approval during the eleven year analysis period is represented in the data, regardless of when the complaint was filed. Only settlements granted final approval within the eleven year analysis period are represented in the data. Regarding cases with multiple settlements, settlements reaching final approval outside of the eleven-year period of the study are excluded. Settlement Amounts refer to the full dollar value awarded by the court, inclusive of awards to lead plaintiffs, attorneys' fees, expenses, etc.

**Sources**

Data for this report are collected primarily through Lex Machina's Legal Analytics Platform. Lex Machina uses artificial intelligence to categorize federal court case data from PACER (Public Access to Court Electronic Records). The case data obtained from Lex Machina was verified by the supporting court docket and supplemented with additional data points also available through the Lex Machina platform. All analysis, commentary, and conclusions were reviewed by each member of the authoring team.

Historical data in this report may vary from last year's edition due to updates in case status, additional sources of information, or new methodology for analysis. The authors will continually update the data set for accuracy to provide the most recent information available.

The data gathered are not necessarily exhaustive of every settlement during the analyzed period. While this is intended to be an accurate reflection of class action matters in federal courts, there is a possibility that cases have been excluded due to source limitations or unintentional error.

**Disclaimer**

The information in this document is provided solely for informational purposes and with the understanding that neither the University of San Francisco School of Law nor The Huntington National Bank, their respective affiliates, or any other party is rendering financial, legal, technical, or other professional advice or services. This information should be used only in consultation with a qualified and licensed professional who can take into account all relevant factors and desired outcomes in the context of the facts of your particular circumstances.

*This information is not intended as a solicitation, is not intended to convey or constitute legal advice, and is not a substitute for obtaining legal advice from a qualified attorney. The authors make no express or implied warranties or representations with respect to the information.*

Electronic copy available at: https://ssrn.com/abstract=3696575

# About Us

**University of San Francisco School of Law**

Founded in 1912, the University of San Francisco School of Law has a tradition of educating effective lawyers who graduate with the professional skills and theoretical foundation necessary to succeed in the legal profession. The USF School of Law offers a rigorous education with a global perspective in a diverse, supportive community. Our graduates are skilled, ethical professionals prepared for any legal career — from intellectual property law to litigation and more — with a commitment to social justice as their enduring foundation. The USF School of Law is fully accredited by the American Bar Association and is a member of the Association of American Law Schools.

**The Huntington National Bank**

Huntington's National Settlement Team provides one of the leading settlement account programs in the country. Our National Settlement Team has handled more than 2,500 settlements for law firms, claims administrators and regulatory agencies. These cases represent over $50 Billion with more than 135 million checks. Huntington Bancshares Incorporated is a regional bank holding company headquartered in Columbus, Ohio, with $118 billion in assets and a network of 839 branches across seven Midwestern states. Select financial services and other activities are also conducted in various other states. ⬡®, Huntington® and ⬡Huntington® are federally registered service marks of Huntington Bancshares Incorporated.

Electronic copy available at: https://ssrn.com/abstract=3696575



Credit: All photos contained herein courtesy of Melissa Villain, Senior Vice President, The Huntington National Bank

Electronic copy available at: https://ssrn.com/abstract=3696575



University of San Francisco Law School
2130 Fulton Street
San Francisco, CA 94117
www.usfca.edu/law

The Huntington National Bank
41 South High Street
Columbus, OH 43287
www.huntington.com

Copyright © 2020
University of San Francisco Law School
and Huntington Bancshares Incorporated

Electronic copy available at: https://ssrn.com/abstract=3696575