**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE GOOGLE ANTITRUST LITIGATION** | MDL No. 2981 |

**PROOF OF SERVICE**

I hereby certify that on December 7, 2020 a copy of Plaintiff's Reply Memorandum in Support of Motion for Transfer Pursuant to 28 U.S.C. § 1407, the accompanying Declaration of Jonathan W. Cuneo and associated exhibits, and this Certificate were served via CM/ECF on counsel of record for all parties for whom counsel has appeared.

I further hereby certify that on December 8, 2020 a copy of Plaintiff's Reply Memorandum in Support of Motion for Transfer Pursuant to 28 U.S.C. § 1407, the accompanying Declaration of Jonathan W. Cuneo and associated exhibits, and this Certificate will be served via USPS overnight delivery on the following recipients:

Clerk, U.S. District Court for the Northern District of California
United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Clerk, U.S. District Court for the District of the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue N.W.
Washington D.C. 20001
Room 1225

I further hereby certify that on December 8, 2020 a copy of Plaintiff's Reply Memorandum in Support of Motion for Transfer Pursuant to 28 U.S.C. § 1407, the accompanying Declaration of Jonathan W. Cuneo and associated exhibits, and this Certificate will be served by USPS overnight delivery on the following recipients, for whom counsel may not yet have appeared in certain actions:

| Action(s) | Party | Attorney(s) |
|---|---|---|
| N.D. Cal., No. 3:20-cv-05761;<br>N.D. Cal., No. 3:20-cv-07079;<br>N.D. Cal., No. 3:20-cv-07379 | Defendant: Google Ireland Ltd. | Google Ireland Ltd.<br>Gordon House<br>Barrow Street<br>Dublin 4<br>D04E5W5 Ireland |
| N.D. Cal., No. 3:20-cv-05761;<br>N.D. Cal., No. 3:20-cv-07079;<br>N.D. Cal., No. 3:20-cv-07379 | Defendant: Google Commerce Ltd. | Google Commerce Ltd.<br>70 Sir John Rogerson's Quay<br>Dublin 2<br>D02R296 Ireland |
| N.D. Cal., No. 3:20-cv-05761;<br>N.D. Cal., No. 3:20-cv-07079;<br>N.D. Cal., No. 3:20-cv-07379 | Defendant: Google Asia Pacific Pte. Ltd. | Google Asia Pacific Pte. Ltd.<br>70 Pasir Panjang Road, #03-71,<br>Mapletree Business City<br>Singapore 117371 |
| N.D. Cal., No. 3:20-cv-07079;<br>N.D. Cal., No. 3:20-cv-07361;<br>N.D. Cal., No. 3:20-cv-07365;<br>N.D. Cal., No. 3:20-cv-07379;<br>D.D.C., No. 1:20-cv-03158 | Defendant: Google LLC | Google LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| N.D. Cal., No. 3:20-cv-07079;<br>N.D. Cal., No. 3:20-cv-07379 | Defendant: Google Payment Corp. | Google Payment Corp.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| N.D. Cal., No. 3:20-cv-07361;<br>D.D.C., No. 1:20-cv-03158 | Defendant: Alphabet Inc. | Alphabet Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| D.D.C., No. 1:20-cv-03010 | Plaintiff: State of Arkansas | Office of the Attorney General, State of Arkansas<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201<br>Phone: 501-682-8063 |
| D.D.C., No. 1:20-cv-03010 | Plaintiff: State of Florida | Office of the Attorney General, State of Florida<br>PL-01 The Capitol<br>Tallahassee, Florida 32399<br>Phone: 850-414-3300 |
| D.D.C., No. 1:20-cv-03010 | Plaintiff: State of Georgia | Office of The Attorney General, State of Georgia<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334-1300<br>Phone: 404-651-7675 |
| D.D.C., No. 1:20-cv-03010 | Plaintiff: State of Louisiana | Office of the Attorney General, State of Louisiana<br>Public Protection Division<br>1885 North Third St.<br>Baton Rouge, Louisiana 70802<br>Phone: 225-326-6400 |

| D.D.C., No. 1:20-cv-03010 | Plaintiff: State of Mississippi | Office of the Attorney General, State of Mississippi<br>P.O. Box 220<br>Jackson, Mississippi 39205<br>Phone: 601-359-4223 |
|---|---|---|

Dated: December 7, 2020

Respectfully submitted,

/s/ Jonathan W. Cuneo

Jonathan W. Cuneo
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com

*Counsel for Plaintiff J. Jackson Paige*

3



### UNITED STATES POSTAL SERVICE®   Click-N-Ship®

usps.com
**$15.05**
**US POSTAGE**
MD Flat Rate Box

9405 5036 9930 0163 5116 02 0150 5000 0012 0001

12/08/2020          Mailed from 20016      062S0000000313

## PRIORITY MAIL 1-DAY™

CHRIS  FISHER
CUNEO GILBERT   LADUCA LLP
4725 WISCONSIN AVE NW STE 200
WASHINGTON DC 20016-4664

Expected Delivery Date: 12/09/20
Ref#: 8624
**0024**

**C003**

SHIP
TO:

CLERK, US DISTRICT COURT FOR THE D.D.C.
333 CONSTITUTION AVE NW RM 1225
WASHINGTON DC 20001-2802

### USPS TRACKING #

**9405 5036 9930 0163 5116 02**

Electronic Rate Approved #038555749