AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▼

| | |
|---|---|
| United States, et al.<br>*Plaintiff*<br>v.<br>Google, LLC<br>*Defendant* | )<br>)<br>) Case No. 1:20-cv-03010<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arkansas

Date:   12/18/2020

/s/ Johnathan R. Carter
*Attorney's signature*

Johnathan R. Carter, Ark. Bar No. 2007105
*Printed name and bar number*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201

*Address*

johnathan.carter@arkansasag.gov
*E-mail address*

(501) 682-8063
*Telephone number*

(501) 682-8118
*FAX number*