AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California    .

Date:  12/18/2020

/s/Adam Miller
*Attorney's signature*

Adam Miller: California Bar No. 168254
*Printed name and bar number*

455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
*Address*

Adam.Miller@doj.ca.gov
*E-mail address*

(415) 510-3883
*Telephone number*

*FAX number*