**CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2021, the foregoing Notice Regarding Rule 12 Motion was electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record in Case No. 1:20-cv-3010-APM who are on the CM/ECF system, and that a true and correct copy of the foregoing was transmitted by email to all counsel of record in Case No. 1:20-cv-3715-APM.

                                                  */s/ Colette T. Connor*
                                                  Colette T. Connor