AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-03010-APM |
| Google LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Washington.

Date: 01/11/2021

*Attorney's signature*

Amy N. L. Hanson, WSBA #28589
*Printed name and bar number*

TB-14
800 5th Ave., Suite 2000
Seattle, WA
*Address*

Amy.Hanson@atg.wa.gov
*E-mail address*

(206) 464-5419
*Telephone number*

(206) 464-6338
*FAX number*