AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| State of New York, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03589-JEB |
| Facebook, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Florida  .

Date:  01/14/2021

/s Lee Istrail
*Attorney's signature*

Lee Istrail (FL Bar No. 119216)
*Printed name and bar number*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399
*Address*

lee.istrail@myfloridalegal.com
*E-mail address*

(850) 414-3300
*Telephone number*

(850) 488-9134
*FAX number*