IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>         Defendant. | Case No. l:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>         Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's December 18, 2020 Minute Order, the Parties in *State of Colorado, et al. v. Google* submit this Joint Status Report updating the Court on the status of negotiations regarding a proposed Protective Order, Order Regarding Discovery Procedure, and Scheduling and Case Management Order.

1. **Protective Order.** The Parties met and conferred and have reached agreement on the protective order. The Stipulated Protective Order, applying to both of the consolidated cases, updates definitions to apply to Plaintiffs in both *United States, et al. v. Google*, No.

1:20-cv-03010-APM, and *State of Colorado, et al. v. Google*, No. 1:20-cv-03715-APM. The Stipulated Protective Order also reflects two additional changes. First, the Stipulated Protective Order now includes the following sentence at the end of Paragraph 16(d): "If Investigation Materials or Litigation Materials are requested for disclosure under a state's public information act or the equivalent, this Order prohibits disclosure to the extent the state's public information act or the equivalent provides an exception for disclosure of information protected by court order such as the Texas Public Information Act, Texas Government Code § 552.107(2)." Second, the Stipulated Protective Order reflects the addition of a sentence at the end of Paragraph B.2 stating that "This Order does not require the Plaintiffs in *United States, et al. v. Google LLC* reissue notice of this Order to Non-Parties whom already have received notice of the Protective Order in that case." The Parties request that the Court (a) enter the Stipulated Protective Order, attached here as Exhibit 1 and (b) order the Stipulated Protective Order applies to both actions (No. 1:20-cv-03010-APM and No. 1:20-cv-03715-APM) so there is one governing Protective Order. Plaintiffs in *United States, et al. v. Google* do not object.

2. **Order Regarding Discovery Procedure.** The Parties met and conferred and have reached agreement on the discovery order. The Stipulation and Order Regarding Discovery Procedure is similar to the Stipulation and Order Regarding Discovery Procedure entered in Untied States v. Google, No. 1:20-cv-03010-APM. The definitions have been updated to apply to Plaintiffs in both *United States, et al. v. Google*, No. 1:20-cv-03010-APM, and *State of Colorado, et al. v. Google*, No. 1:20-cv-03715-APM. The

Parties also updated Paragraph V.2 on privilege logs and email threading. The edits now clarify that a Party must produce a copy of an entire email thread communication with the privileged portions redacted if it wishes to log only the top-level email. The Parties request that the Court (a) enter the Stipulation and Order Regarding Discovery Procedure, attached here as Exhibit 2 and (b) order the Stipulation and Order Regarding Discovery Procedure applies to both cases so there is one governing discovery order. Plaintiffs in *United States, et al. v. Google* do not object.

3. **Scheduling and Case Management Order.** The Parties have met and conferred to discuss the Scheduling and Case Management Order and have made substantial progress. Regarding dates, the Parties agree on a proposed deadline of March 15, 2021 for the Plaintiff States in *State of Colorado, et al. v. Google* to amend pleadings and/or join additional parties as a matter of right. The Parties maintain different positions on when Plaintiff States in *State of Colorado, et al. v. Google* should begin producing the investigative materials set forth in Paragraph 7 of the Case Management Order. Plaintiff States propose March 15, 2021, and Defendant proposes January 29, 2021. The Parties present their respective positions below and will be prepared to address the dispute at the January 21, 2021 Status Conference. In addition, the Parties seek additional time after the exchange of Initial Disclosures to continue conferring regarding the number of depositions and written discovery requests. The Parties are coordinating with the Plaintiffs in *United States, et al. v. Google* on this issue. The Parties propose to submit a supplemental joint status report reflecting their further discussions to the Court on

January 27, 2021.

    **a. Plaintiff States' Position on Date for Investigative File Production.**

The Plaintiff States and Colorado disagree on the date when the production of Investigation Materials should begin. The Plaintiff States take the position that the appropriate date should be March 15, 2021, which affords Plaintiff States the same amount of time the U.S. Department of Justice had from the date of the filing of its Complaint to when it began producing its Investigation Materials. Establishing deadlines for initial actions that comport with the time that the Department of Justice had to initiate the same tasks is appropriate for this consolidated action. Thus, this Court provided the Plaintiff States with just over thirty days to file their Initial Disclosures, although counsel for Google sought an earlier date, in light of the time that had been available to the Department of Justice. And Google itself has agreed that the Plaintiff States will have until March 15th to file an amended complaint as of right, again working off the Depart of Justice schedule. Yet, Google seeks an order of this Court requiring that the Plaintiff States begin production of the Investigation Materials on January 29, 2021. The disparity is plain; where the Department of Justice had from October 20, 2020 until January 15, 2021 to begin the production of Investigation Materials, the Plaintiff States would be afforded only a week, even though the Colorado et al. Complaint includes as plaintiffs 38 states, commonwealths, territories, and the District of Columbia. Thus, the Plaintiff States request that the date for the initiation of the production of Investigation Materials commences on March 15, 2021.

    **b. Defendant Google's Position on Date for Investigative File Production.**

Plaintiffs should begin production of the investigative materials described in Paragraph 7 of the CMO[1] no later than January 29, 2021, rather than waiting until March 15, 2021. As

---

[1] Paragraph 7 requires production of basic materials that should be easily produced, such as any

Defendant explained at the recent status conferences in now-consolidated Case No. 1:20-cv-03010-APM, until Plaintiffs complete production of these materials, the Parties cannot determine "whether the discovery the government has taken largely will accomplish what we all need for purposes of litigation, or whether it looks like [Plaintiffs'] pre-complaint discovery isn't close to being what's going to be required and we're going to have to start much closer to – from scratch." Status Tr. 19:19–24, Nov. 18, 2020. Plaintiffs have been aware of the importance of this issue for months, as Google has raised it repeatedly on the record at prior status conferences that Plaintiffs listened in on, and again at the most recent status conference, where Plaintiffs were active participants. As the Court observed in addressing production of the Department of Justice's investigative materials, "this material is going to get produced," and it represents "a good way in which to get things going and ensuring that that the defendants have the material that sort of, perhaps, rests with the core of the government's case so that we can get things started in a productive and effective way." Dec. 18, 2020 Status Conf. Tr. 33:7–13. The only reasons why the Department of Justice's production did not begin sooner were (1) to allow the parties to negotiate a Protective Order, and (2) the December holidays.

In light of Plaintiffs' familiarity with this issue and the fact that a Protective Order has been agreed to by the parties in this case, Plaintiffs should be prepared to produce their investigative materials. Plaintiffs' delay is particularly disruptive now that their case has been consolidated, at their request, with Case No. 1:20-cv-03010-APM. The Department of Justice was ordered to begin producing its investigative file on January 15, and the Plaintiffs' unjustifiable delay undermines Plaintiffs' own proposal for keeping these cases on the same track.

---

CIDs issued by Plaintiffs to the third parties identified in their initial disclosures, and the documents produced to Plaintiffs in response to those CIDs.

DATED:  January 19, 2021          Respectfully submitted,

By:  /s/ Jonathan B. Sallet

Jonathan B. Sallet, Special Assistant
Attorney General (D.C. Bar No. 336198)
Steven Kaufmann, Deputy Attorney General
(D.C. Bar No. 1022365, *inactive*)
Diane R. Hazel, First Assistant Attorney
General (D.C. Bar No. 1011531, *inactive*)
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Tel: 720-508-6000
Jon.Sallet@coag.gov
Steve.Kaufmann@coag.gov
Diane.Hazel@coag.gov

*Counsel for Plaintiff Colorado*


Joseph Conrad
Office of the Attorney General of Nebraska
Consumer Protection Division
2115 State Capitol Building
Lincoln, NE 68509
402-471-3840
joseph.conrad@nebraska.gov

*Counsel for Plaintiff Nebraska*

6

Brunn W. (Beau) Roysden III, Solicitor General
Michael S. Catlett, Deputy Solicitor General
Dana R. Vogel, Unit Chief Counsel
Christopher M. Sloot, Assistant Attorney General
Arizona Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Tel: (602) 542-3725
Dana.Vogel@azag.gov

*Counsel for Plaintiff Arizona*


Max Merrick Miller
Attorney General's Office for the State of Iowa
1305 East Walnut Street, 2nd Floor
Des Moines, IA 50319
(515) 281-5926
Max.Miller@ag.Iowa.gov

*Counsel for Plaintiff Iowa*


Elinor R. Hoffmann
John D. Castiglione
Morgan J. Feder
Office of the Attorney General of New York
28 Liberty Street, 21st Floor
New York, NY 10005
212-416-8513
elinor.hoffmann@ag.ny.gov
john.castiglione@ag.ny.gov
morgan.feder@ag.ny.gov

*Counsel for Plaintiff New York*

Jonathan R. Marx
Jessica Vance Sutton
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
919-716-6000
Jmarx@Ncdoj.Gov
jsutton2@ncdoj.gov

*Counsel for Plaintiff North Carolina*


J. David McDowell
Jeanette Pascale
Christopher Dunbar
Office of The Attorney General & Reporter
P.O. Box 20207
Nashville, TN 37202
615-741-3519
david.mcdowell@ag.tn.gov
jenna.pascale@ag.tn.gov
chris.dunbar@ag.tn.gov

*Counsel for Plaintiff Tennessee*


Tara Pincock
Attorney General's Office Utah
160 E 300 S, Ste 5th Floor
PO Box 140874
Salt Lake City, UT 84114
801-366-0305
tpincock@agutah.gov

*Counsel for Plaintiff Utah*

Jeff Pickett
Senior Assistant Attorney General
jeff.pickett@alaska.gov
State of Alaska, Department of Law
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Tel: (907) 269-5100

*Counsel for Plaintiff Alaska*


Nicole Demers
State of Connecticut Office of the Attorney General
165 Capitol Avenue, Ste 5000
Hartford, CT 06106
860-808-5202
nicole.demers@ct.gov

*Counsel for Plaintiff Connecticut*


Michael Andrew Undorf
Delaware Department of Justice
Fraud and Consumer Protection Division
820 N. French St., 5th Floor
Wilmington, DE 19801
302-577-8924
michael.undorf@delaware.gov

*Counsel for Plaintiff Delaware*

Catherine A. Jackson (D.C. Bar No. 1005415)
Elizabeth Gentry Arthur
David Brunfeld
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, DC 20001
202-724-6514
elizabeth.arthur@dc.gov
david.brunfeld@dc.gov
catherine.jackson@dc.gov

*Counsel for Plaintiff District of Columbia*


Leevin Taitano Camacho, Attorney General
Fred Nishihira, Chief, Consumer Protection Division
Benjamin Bernard Paholke, Assistant Attorney General
Office of the Attorney General of Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Tel: (671)-475-3324
bpaholke@oagguam.org

*Counsel for Plaintiff Guam*


Rodney I. Kimura
Office of the Attorney General of Hawaii
Commerce & Economic Development
425 Queen Street
Honolulu, HI 96813
808-586-1180
rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff Hawaii*

Brett DeLange
John Olson
Office of the Idaho Attorney General
Consumer Protection Division
954 W. State St., 2nd Fl.
PO Box 83720
Boise, ID 83720-0010
208-334-4114
brett.delange@ag.idaho.gov
john.olson@ag.idaho.gov

*Counsel for Plaintiff Idaho*


Erin L. Shencopp
Blake Harrop
Joseph Chervin
Office of the Attorney General of Illinois
100 W. Randolph St.
Chicago, IL 60601
312-793-3891
eshencopp@atg.state.il.us
bharrop@atg.state.il.us
jchervin@atg.state.il.us

*Counsel for Plaintiff Illinois*


Lynette R. Bakker
Office of the Attorney General of Kansas
Consumer Protection & Antitrust
120 S.W. 10th Avenue, Ste 2nd Floor
Topeka, KS 66612-1597
785-368-8451
lynette.bakker@ag.ks.gov

*Counsel for Plaintiff Kansas*

Christina M. Moylan
Office of the Attorney General of Maine
6 State House Station
Augusta, ME 04333-0006
207-626-8838
christina.moylan@maine.gov

*Counsel for Plaintiff Maine*


Schonette J. Walker
Assistant Attorney General
Deputy Chief, Antitrust Division
Office of the Attorney General
swalker@oag.state.md.us

Gary Honick
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
410-576-6480
ghonick@oag.state.md.us

*Counsel for Plaintiff Maryland*


Matthew B. Frank, Assistant Attorney
General Antitrust Division
William T. Matlack, Assistant Attorney
General
Chief, Antitrust Division
Michael B. MacKenzie, Assistant Attorney
General
Deputy Chief, Antitrust Division
Office of the Attorney General
One Ashburton Place, 18th Fl.
Boston, MA 02108
Tel: (617) 727-2200
Matthew.Frank@mass.gov
William.Matlack@mass.gov
Michael.Mackenzie@mass.gov

*Counsel for Plaintiff Massachusetts*

12

Justin Moor, Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
(651) 757-1060
justin.moor@ag.state.mn.us

*Counsel for Plaintiff Minnesota*


Marie W.L. Martin
Michelle Christine Newman
Lucas J. Tucker
Nevada Office of the Attorney General
Bureau of Consumer Protection
100 N. Carson Street
Carson City, NV 89701
775-624-1244
mwmartin@ag.nv.gov
mnewman@ag.nv.gov
ltucker@ag.nv.gov

*Counsel for Plaintiff Nevada*


Brandon Garod
Office of Attorney General of New Hampshire
33 Capitol Street
Concord, NH 03301
603-271-1217
brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff New Hampshire*


Robert Holup
New Jersey Attorney General's Office
124 Halsey Street, 5th Floor
Newark, NJ 07102
239-822-6123
robert.holup@law.njoag.gov

*Counsel for Plaintiff New Jersey*

Mark F. Swanson
Cholla Khoury
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87504
Tel: 505.490.4885
mswanson@nmag.gov
ckhoury@nmag.gov

*Counsel for Plaintiff New Mexico*


Parrell D. Grossman
Director
Elin S. Alm
Assistant Attorney General
Consumer Protection & Antitrust Division
Office of the Attorney General
1050 E. Interstate Ave., Suite 200
Bismarck, ND 58503
701-328-5570
pgrossman@nd.gov
ealm@nd.gov

*Counsel for Plaintiff North Dakota*


Beth Ann Finnerty
Mark Kittel
Jennifer Pratt
Office of The Attorney General of Ohio,
Antitrust Section
30 E Broad Street, 26th Floor
Columbus, OH 43215
614-466-4328
beth.finnerty@ohioattorneygeneral.gov
mark.kittel@ohioattorneygeneral.gov
jennifer.pratt@ohioattorneygeneral.gov

*Counsel for Plaintiff Ohio*

Caleb J. Smith Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
313 NE 21st St
Oklahoma City, OK 73105
Tel: (405) 522-1014
Caleb.Smith@oag.ok.gov

*Counsel for Plaintiff Oklahoma*


Cheryl Hiemstra
Oregon Department of Justice
1162 Court St NE
Salem, OR 97301
503-934-4400
cheryl.hiemstra@doj.state.or.us

*Counsel for Plaintiff Oregon*


Tracy W. Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
Tel: (717) 787-4530
jbetsko@attorneygeneral.gov
twertz@attorneygeneral.gov

*Counsel for Plaintiff Pennsylvania*


Johan M. Rosa Rodríguez
Assistant Attorney General Antitrust Division
Puerto Rico Department of Justice
PO Box 9020192
San Juan, Puerto Rico 00902-0192
Tel: (787) 721-2900, ext. 1201
jorosa@justicia.pr.gov

*Counsel for Plaintiff Puerto Rico*

15

David Marzilli
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
dmarzilli@riag.ri.gov

*Counsel for Plaintiff Rhode Island*


Yvette K. Lafrentz
Office of The Attorney General of
South Dakota
1302 E. Hwy 14, Suite1
Pierre, SD 57501
605-773-3215
yvette.lafrentz@state.sd.us

*Counsel for Plaintiff South Dakota*


Ryan G. Kriger
Office of The Attorney General of
Vermont
109 State St.
Montpelier, VT 05609
802-828-3170
ryan.kriger@vermont.gov

*Counsel for Plaintiff Vermont*


Sarah Oxenham Allen
Tyler Timothy Henry
Office of the Attorney General of Virginia
Antitrust Unit/Consumer Protection Section
202 N. 9th Street
Richmond, VA 23219
804-786-6557
soallen@oag.state.va.us
thenry@oag.state.va.us

*Counsel for Plaintiff Virginia*

Amy Hanson
Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-5419
amy.hanson@atg.wa.gov

*Counsel for Plaintiff Washington*

Douglas Lee Davis
Tanya L. Godfrey
Office of Attorney General, State of West Virginia
P.O. Box 1789
812 Quarrier Street, 1st Floor
Charleston, WV 25326
304-558-8986
doug.davis@wvago.gov
tanya.l.godfrey@wvago.gov

*Counsel for Plaintiff West Virginia*

Benjamin Mark Burningham
Amy Pauli
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002
(307) 777-6397
ben.burningham@wyo.gov
amy.pauli@wyo.gov

*Counsel for Wyoming*

DATED: January 19, 2021                Respectfully submitted,

                                       WILLIAMS & CONNOLLY LLP

                                       By: /s/ *John E. Schmidtlein*
                                       John E. Schmidtlein (D.C. Bar No. 441261)
                                       Benjamin M. Greenblum (D.C. Bar No. 979786)

17

Colette T. Connor (D.C. Bar No. 991533)
725 12th Street, NW
Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
mark.popofsky@ropesgray.com

*Counsel for Defendant Google LLC*