AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| STATE OF COLORADO et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-3010 |
| GOOGLE LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF NORTH DAKOTA.

Date: 01/21/2021

/s/Parrell D. Grossman
*Attorney's signature*

Parrell D. Grossman, ND ID 04684
*Printed name and bar number*

Consumer Protection and Antitrust Division
Office of Attorney General
1050 E Interstate Ave, Ste 200
Bismarck, ND  58503-5574
*Address*

pgrossman@nd.gov
*E-mail address*

(701) 328-5570
*Telephone number*

(701) 328-5568
*FAX number*