IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,     )
                                      )
          Plaintiffs,                 )
                                      )     CV No. 20-3010
        vs.                           )     Washington, D.C.
                                      )     January 21, 2021
GOOGLE LLC,                           )     11:00 a.m.
                                      )
          Defendant.                  )
_____)


TRANSCRIPT OF
STATUS CONFERENCE VIA TELECONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For Plaintiff
United States of America:          Kenneth M. Dintzer
                                   U.S. DEPARTMENT OF JUSTICE
                                   1100 L Street, NW
                                   Washington, D.C.
                                   (202) 307-0340
                                   Email:
                                   kenneth.dintzer2@usdoj.gov


For Plaintiff
State of Arkansas:                 Johnathan R. Carter
                                   Assistant Attorney General
                                   OFFICE
                                   OF THE ATTORNEY GENERAL
                                   323 Center Street
                                   Suite 200
                                   Little Rock, AK 72201
                                   (501) 682-8063
                                   Email: johnathan.carter
                                   @arkansasag.gov

APPEARANCES CONTINUED:

For Plaintiff
State of California:             Adam Miller
                                CALIFORNIA
                                DEPARTMENT OF JUSTICE
                                455 Golden Gate Avenue
                                Suite 11000
                                San Francisco, CA 94102
                                415-510-3883
                                Email: adam.miller@doj.ca.gov


For Plaintiff
State of Colorado:              Jonathan B. Sallet
                                COLORADO DEPARTMENT OF LAW
                                Consumer Protection Section,
                                Antitrust Unit
                                Ralph L. Carr Colorado
                                Judicial Center
                                2 E 14th Avenue,
                                Suite 700
                                Denver, CO 80203
                                720-508-6000
                                Email: jon.sallet@coag.gov


For Plaintiff
State of Connecticut:           Nicole Demers
                                STATE OF CONNECTICUT
                                OFFICE OF THE ATTORNEY GENERAL
                                165 Capitol Avenue
                                Ste. 5000
                                Hartford, CT 06106
                                860-808-5202
                                Email: nicole.demers@ct.gov


For Plaintiff
State of Delaware:              Michael A. Undorf
                                DELAWARE DEPARTMENT OF JUSTICE
                                Fraud and Consumer Protection
                                Division
                                820 N. French St., 5th Floor
                                Wilmington, DE 19801
                                302-577-8924
                                Email:
                                Michael.undorf@delaware.gov

```
APPEARANCES CONTINUED:

For Plaintiff
District of Columbia:          Elizabeth Gentry Arthur
                               OFFICE OF THE
                               ATTORNEY GENERAL
                               FOR THE DISTRICT OF COLUMBIA
                               400 6th Street NW
                               Washington, D.C. 20001
                               202-724-6514
                               Email: elizabeth.arthur@dc.gov


For Plaintiff
State of Florida:              R. S. Palmer
                               Lee Istrail
                               FL ATTORNEY GENERAL
                               Pl-01 The Capitol
                               Tallahassee, FL 32399-1050
                               850-414-3847
                               Email:
                               scott.palmer
                               @myfloridalegal.com
                               Email:
                               Lee.Istrail@myfloridalegal.com


For Plaintiff
State of Georgia:              Dale Cecka
                               Deputy Attorney General
                               OFFICE
                               OF THE ATTORNEY GENERAL
                               State of Georgia
                               40 Capitol Square, SW
                               Atlanta, GA 30334-1300
                               (404) 651-7675
                               Email: dcecka@law.georgia.gov


For Plaintiff
State of Kansas:               Lynette R. Bakker
                               OFFICE OF THE
                               ATTORNEY GENERAL/KS
                               Consumer
                               Protection & Antitrust
                               120 S.W. 10th Avenue
                               Ste.  2
                               Topeka, KS 66612-1597
                               785-368-8451
                               Email:
                               Lynette.bakker@ag.ks.gov
```

APPEARANCES CONTINUED:

For Plaintiff
Commonweath of Kentucky:    Justin Clark
    OFFICE OF THE
    ATTORNEY GENERAL
    Commonwealth of Kentucky
    1024 Capital Center Drive
    Suite 200
    Frankfort, Kentucky 40601
    (502) 696-5300
    Email: justin.clark@ky.gov

For Plaintiff
State of Idaho:    Brett Talmage Delange
    OFFICE OF THE
    IDAHO ATTORNEY GENERAL
    Consumer Protection Division
    700 W. Jefferson St.,
    Suite 210
    P.O. Box 83720
    Boise, ID 83720-0010
    208-334-4114
    Email:
    Brett.delange@ag.idaho.gov

For Plaintiff
State of Illinois:    Erin L. Shencopp
    OFFICE OF THE
    ATTORNEY GENERAL/IL
    100 W. Randolph St.
    Chicago, IL 60601
    312-793-3891
    Email:
    Eshencopp@atg.state.il.us

For Plaintiff
State of Indiana:    Matthew Michaloski
    Deputy Attorney General
    OFFICE OF THE
    ATTORNEY GENERAL
    State of Indiana
    Indiana Government
    Center South
    Fifth Floor
    302 West Washington Street
    Indianapolis, IN 46204
    (317) 232-6309
    Matthew.Michaloski@atg.in.gov

```
APPEARANCES CONTINUED:

For Plaintiff
State of Iowa:                  Max M. Miller
                                ATTORNEY GENERAL'S OFFICE
                                FOR THE STATE OF IOWA
                                1305 East Walnut Street
                                2nd Floor
                                Des Moines, IA 50319
                                (515) 281-5926
                                Email: Max.Miller@ag.Iowa.gov


For Plaintiff
State of Louisiana:             Stacie L. deBlieux
                                Assistant Attorney General
                                OFFICE OF THE
                                ATTORNEY GENERAL
                                State of Louisiana
                                Public Protection Division
                                1885 North Third St.
                                Baton Rouge,
                                Louisiana 70802
                                (225) 326-6400
                                Email:
                                Deblieuxs@ag.louisiana.gov

For Plaintiff
State of Maryland:              Gary Honick
                                OFFICE OF THE
                                MARYLAND ATTORNEY GENERAL
                                Antitrust
                                200 St. Paul Place
                                Baltimore, MD 21202
                                410-576-6480
                                Email: ghonick@oag.state.md.us

For Plaintiff
State of Michigan:              Wisam Naoum
                                MICHIGAN
                                DEPARTMENT OF ATTORNEY GENERAL
                                525 W. Ottawa St.
                                Lansing, MI 48909
                                248-863-7699
                                Email: naoumw1@michigan.gov
```

APPEARANCES CONTINUED:

For Plaintiff
State of Mississippi:          Elisabeth Hart Pepper Martin
                               OFFICE OF THE
                               ATTORNEY GENERAL/MS
                               Consumer Protection
                               550 High Street
                               Jackson, MS 39201
                               601-359-4223
                               Email: hart.martin@ago.ms.gov


For Plaintiff
State of Missouri:             Kimberley G. Biagioli
                               OFFICE OF THE ATTORNEY
                               GENERAL/MO
                               Consumer Protection Division
                               615 E 13th Street
                               Suite 401
                               Kansas City, MO 64106
                               816-889-3090
                               Email:
                               kimberley.biagioli@ago.mo.gov


For Plaintiff
State of Montana:              Mark Mattioli
                               Chief
                               OFFICE OF
                               CONSUMER PROTECTION
                               Office of the
                               Attorney General
                               State of Montana
                               P.O. Box 200151
                               555 Fuller Avenue
                               2nd Floor
                               Helena, MT 59620-0151
                               Email: mmattioli@mt.gov


For Plaintiff
State of Nebraska:             Joseph Conrad
                               OFFICE OF THE
                               ATTORNEY GENERAL/NE
                               Consumer Protection Division
                               2115 State Capitol Building
                               Lincoln, NE 68509
                               402-471-3840
                               Email:
                               Joseph.conrad@nebraska.gov

```
APPEARANCES CONTINUED:

For Plaintiff
State of Nevada:              Michelle Christine Newman
                             OFFICE OF THE
                             ATTORNEY GENERAL
                             100 North Carson Street
                             Carson City, NV 89701
                             775-684-1164
                             Email: mnewman@ag.nv.gov


For Plaintiff
State of New Hampshire:       Brandon Garod
                             OFFICE OF ATTORNEY GENERAL/NH
                             33 Capitol Street
                             Concord, NH 03301
                             603-271-1217
                             Email:
                             Brandon.h.garod@doj.nh.gov


For Plaintiff
State of New York:            Morgan J. Feder
                             ATTORNEY GENERAL'S OFFICE
                             FOR THE STATE OF NEW YORK
                             28 Liberty Street
                             23rd Floor
                             New York, NY 10005
                             212-416-8288
                             Email: morgan.feder@ag.ny.gov


For Plaintiff
State of North Carolina:      Jessica Vance Sutton
                             NORTH CAROLINA
                             DEPARTMENT OF JUSTICE
                             114 West Edenton Street
                             Raleigh, NC 27603
                             919-716-0998
                             Email: jsutton2@ncdoj.gov
```

```
APPEARANCES CONTINUED:

For Plaintiff
State of North Dakota:        Elin S. Alm
                             OFFICE OF THE
                             ATTORNEY GENERAL/ND
                             Consumer Protection
                             & Antitrust Division
                             1050 E. Interstate Ave.,
                             Suite 200
                             Bismarck, ND 58503
                             701-328-5570
                             Email: ealm@nd.gov


For Plaintiff
State of Oregon:             Ken Nord
                             OREGON DEPARTMENT OF JUSTICE
                             Civil Recovery Section
                             1162 Court St. NE
                             Salem, OR 97301
                             503-934-4400
                             Email:
                             Ken.Nord@doj.state.or.us


For Commonwealth
of Pennsylvania:             Norman Marden
                             OFFICE OF THE ATTORNEY GENERAL
                             16th Floor,
                             Strawberry Square
                             Harrisburg, PA 17120


For Plaintiff
State of South Carolina:     Rebecca Hartner
                             South Carolina
                             Attorney General's Office
                             P.O. Box 11549
                             Columbia, SC 29211
                             (893) 734-3970
                             Email: rhartner@scag.gov


For Plaintiff
State of Tennessee:          J. David McDowell
                             OFFICE OF THE
                             ATTORNEY GENERAL & REPORTER
                             P.O. Box 20207
                             Nashville, TN 37202
                             (615) 741-7663
                             Email:
                             David.mcdowell@ag.tn.gov
```

```
APPEARANCES CONTINUED:

For Plaintiff
State of Texas:                 Bret Fulkerson
                                Office of the
                                Attorney General
                                State of Texas
                                300 West 15th
                                Austin, Texas 78701
                                (512) 936-1674
                                Email:
                                Bret.Fulkerson@oag.texas.gov

For Plaintiff
State of Utah:                  Tara Pincock
                                ATTORNEY GENERAL'S OFFICE
                                350 North State Street
                                Suite 230
                                Salt Lake City, UT 84114
                                801-366-0305
                                Email: tpincock@agutah.gov

For Commonwealth
of Virginia:                    Tyler Timothy Henry
                                OFFICE OF THE
                                ATTORNEY GENERAL/VA
                                202 North 9th Street
                                Richmond, VA 23219
                                804-692-0485
                                Email: thenry@oag.state.va.us

For State of
West Virginia:                  Douglas L. Davis
                                OFFICE OF ATTORNEY GENERAL
                                STATE OF WEST VIRGINIA
                                P.O. Box 1789
                                812 Quarrier Street
                                1st Floor
                                Charleston, WV 25326
                                304-558-8986
                                Email: doug.davis@wvago.gov
```

```
APPEARANCES CONTINUED:

For Plaintiff
State of Wisconsin:           Gwendolyn Jean Cooley
                              OFFICE OF THE
                              ATTORNEY GENERAL OF WISCONSIN
                              17 W. Main St.
                              Madison, WI 53701
                              (608) 261-5810
                              Email:
                              Cooleygj@doj.state.wi.us


For Plaintiff
State of Wyoming:             Benjamin M. Burningham
                              WYOMING
                              ATTORNEY GENERAL'S OFFICE
                              2320 Capitol Avenue
                              Kendrick Building
                              Cheyenne, WY 82002
                              307-777-7847
                              Email: ben.burningham@wyo.gov


For the Defendant:            John E. Schmidtlein
                              WILLIAMS & CONNOLLY LLP
                              725 12th St., NW
                              Washington, D.C. 20005
                              (202) 434-5000
                              Email: jschmidtlein@wc.com


For Third-Party Defendant
Comcast
and NBCUniversal Media LLC:   Christopher Lynch
                              DAVIS POLK & WARDWELL LLP
                              450 Lexington Avenue
                              New York, NY 10029
                              212-450-4000
                              Email:
                              Christopher.
                              Lynch@davispolk.com


For Non-Party Petitioner
Amazon.com, Inc:              Richard G. Parker
                              GIBSON, DUNN & CRUTCHER, LLP
                              1050 Connecticut Avenue, NW
                              Washington, D.C. 20036
                              202-955-8503
                              Email: rparker@gibsondunn.com
```

APPEARANCES CONTINUED:

```
For Non-Party Petitioner
Apple Inc.:                     Joseph M. Rancour
                                SKADDEN, ARPS, SLATE,
                                MEAGHER & FLOM LLP
                                1440 New York Avenue, NW
                                Washington, D.C. 20005
                                (202) 371-7532
                                Email:
                                Joseph.rancour@skadden.com


For Non-Party
DuckDuckGo, Inc.:               Megan Gray
                                DUCKDUCKGO, INC
                                20 Paoli Pike
                                Paoli, PA 19301
                                (202) 265-2738
                                Email: megan@duckduckgo.com


For Non-Party Petitioner
GroupM Worldwide LLC:           James D. Sadowski
                                GREENSTEIN,
                                DELORME & LUCHS, P.C.
                                1620 L Street, NW
                                Suite 900
                                Washington, D.C. 20036
                                (202) 452-1400 ext. 5407
                                Email: jds@gdllaw.com


For Non-Party
Microsoft Corporation:          Amy Wilkie Ray
                                ORRICK
                                HERRINGTON & SUTCLIFFE LLP
                                1152 15th Street, NW
                                Washington, D.C. 20005
                                (202) 339-8400
                                Email: amyray@orrick.com


For Non-Party
Oracle Corporation:             Stephen M. Nickelsburg
                                CLIFFORD CHANCE US LLP
                                2001 K Street, NW
                                Washington, D.C. 20006
                                (202) 912-5108
                                Email:
                                Steve.nickelsburg
                                @cliffordchance.com
```

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   U.S. Courthouse
                                   333 Constitution Avenue, NW
                                   Room 6503
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1                  P R O C E E D I N G S

2           THE COURT:  Hi.  Good morning, everyone.

3           COURTROOM DEPUTY:  Good morning, Your Honor.  This

4    is Civil Action 20-3010, the United States of America,

5    et al., versus Google LLC.

6           Kenneth Dintzer for the United States of America.

7           Jonathan Carter for the State of Arkansas.

8           R. Scott Palmer and Lee Istrail for the State of

9    Florida.

10          Dale Cecka for the State of Georgia.

11          Matthew Michaloski for the State of Indiana.

12          Justin Clark for the Commonwealth of Kentucky.

13          Stacie deBlieux for the State of Louisiana.

14          Hart Martin for the State of Mississippi.

15          Kimberley Biagioli for the State of Missouri.

16          Mark Mattioli for the State of Montana.

17          Rebecca Hartner for the State of South Carolina.

18          Bret Fulkerson for the State of Texas.

19          Adam Miller for the State of California.

20          Gwendolyn Cooley for the State of Wisconsin.

21          Wisam Naoum for the State of Michigan.

22          Jonathan Sallet for the State of Colorado.

23          Jonathan Conrad for the State of Nebraska.

24          Max Miller for the State of Iowa.

25          Morgan Feder for the State of New York.

1              Jessica Sutton for the State of North Carolina.

2              J. David McDowell for the State of Tennessee.

3              Tara Pincock for the State of Utah.

4              Nicole Demers for the State of Connecticut.

5              Michael Undorf for the State of Delaware.

6              Elizabeth Arthur for the District of Columbia.

7              Brett Delange for the State of Idaho.

8              Erin Shencopp for the State of Illinois.

9              Lynette Bakker for the State of Kansas.

10             Gary Honick for the State of Maryland.

11             Michelle Newman for the State of Nevada.

12             Brandon Garod for the State of New Hampshire.

13             Elin Alm for the State of North Dakota.

14             Ken Nord for the State of Oregon.

15             Norman Marden for the Commonwealth of

16       Pennsylvania.

17             Tyler Henry for the Commonwealth of Virginia.

18             Douglas Davis for the State of West Virginia.

19             Ben Burningham for the State of Wyoming.

20             John Schmidtlein for Defendant Google LLC.

21             Christopher Lynch for Third-Party Defendants

22       Comcast Corporation and NBCUniversal Media LLC.

23             Amy Ray for Non-Party Petitioner Microsoft

24       Corporation.

25             Stephen Nickelsburg for Non-Party Petitioner

1   Oracle.

2          Megan Gray for Non-Party Petitioner DuckDuckGo,

3   Inc.

4          Richard Parker for Non-Party Petitioner

5   Amazon.com, Inc.

6          James Sadowski for Non-Party Petitioner GroupM

7   Worldwide LLC.

8          And Joseph Rancour for Non-Party Petitioner Apple

9   Inc.

10          THE COURT:  Okay.  Thank you for that introduction

11   of everyone.

12          I hope everybody is doing well.  I hope you had

13   nice and safe holidays and that everybody is safe and

14   healthy.  And it's good to be with everybody this morning.

15          Okay.  So we're sort of here on a status hearing

16   to see where things stand, both in the *Colorado* matter and

17   in the *U.S. versus Google* matter.

18          My sort of agenda for the day was to start with

19   the *Colorado* case and then turn to *U.S. v. Google*.  So let's

20   start with *Colorado*.

21          I've, obviously, reviewed what the parties filed a

22   couple days ago.  And assuming that you all are in agreement

23   as to the stipulated protective order and discovery

24   procedural order.  You're continuing to work on the Case

25   Management Order.  And there's some agreements as to dates,

 1   including for amendment of pleadings and joining additional

 2   parties by March 15th.

 3            There's a remaining dispute about when the states

 4   in *Google v. Colorado* will begin producing their

 5   investigative material.

 6            And other than that, it seems like you all have

 7   requested that you just update me in terms of

 8   case-management issues and any modifications to the Case

 9   Management Order by the 27th.

10            So let's turn -- before we get to the one issue

11   that is sort of in dispute, just in terms of the fundamental

12   orders, the stipulated protective order, discovery procedure

13   order, Case Management Order, is there anything we need

14   to -- I need to resolve this morning other than the

15   investigative material production date, or are we -- are

16   there other issues that either side wishes to raise?

17            MR. SALLET:  Your Honor, this is Jonathan Sallet

18   for the State of Colorado.

19            We believe that issue concerning the deadline to

20   begin production of investigation materials is the only

21   issue that you need to decide today.

22            We have put in what is the protective order and

23   the electronic discovery orders in agreed form that would

24   apply to both cases, and we, I think, all believe that's the

25   most efficient course forward.

1           THE COURT:  Okay.

2           I think while I have you, Counsel, just a quick

3    question:  In terms of the investigative material, you know,

4    obviously, the *Colorado versus Google* case is broader in

5    scope, and so, therefore, there is different discovery, but

6    can you tell me whether the states conducted -- any of the

7    states actually conducted their own separate investigations,

8    or was all the material sort of received by the

9    United States and then sort of siphoned to the states?

10          So I guess the question is:  Were there separate

11   investigations which would involve separate requests for

12   documents and the like, or is what you've received, was that

13   filtered through the United States' investigation?

14          MR. SALLET:  Your Honor, there were separate

15   materials that were raised.  They were separate CIDs and

16   there was separate mechanisms by which materials were

17   received from third parties, from multiple third parties,

18   and received by multiple states.

19          And this is part of the reason why we believe the

20   time is necessary to be able to begin production, the time

21   that we asked for in mid March.

22          THE COURT:  Okay.

23          MR. SCHMIDTLEIN:  And, Your Honor --

24          THE COURT:  And have -- I'm sorry?

25          MR. SCHMIDTLEIN:  Your Honor, this is

```
 1   John Schmidtlein for Google.

 2           I guess I would just add that, while it appears to

 3   us, based on the minimal materials we're starting to see

 4   from the DOJ and from the initial disclosures we got last

 5   night, it would appear to us that the overwhelming majority

 6   of materials -- and I don't have full transparency into

 7   it -- but it certainly appears to us that the overwhelming

 8   majority of the materials that the states have are the same

 9   materials that were produced to the DOJ.

10           THE COURT:  Okay.

11           MR. SALLET:  Your Honor -- sorry.

12           THE COURT:  Go ahead.

13           Go ahead, Counsel.

14           Counsel?

15           Did we lose counsel for the State of Colorado

16   there?

17           MR. SALLET:  Yes, yes, Your Honor.  I apologize.

18           THE COURT:  That's okay.

19           MR. SALLET:  My ability to use a phone is

20   apparently more limited than one would wish.

21           THE COURT:  That's a problem in a case against a

22   tech company.

23           MR. SALLET:  It is a problem.

24           I was hoping you wouldn't know it this early in

25   the litigation, but Your Honor is exactly right.
```

1        If one includes materials from Google, that may be

2   right that the majority comes from what came to DOJ.  But,

3   of course, that's not the subject of investigation

4   materials.  It's focused on third parties.

5        Now, Your Honor, because there's not been a

6   protective order entered, we have not seen what DOJ has

7   produced, so we're not in any ability -- we're not in a

8   position to know what DOJ's initial disclosures are, and,

9   therefore, to be any more specific.

10       But what we do know is that there are a few

11  factors that we face here of practical importance.  One is,

12  the protective order, when it is entered, will give third

13  parties 60 days to be -- after the receipt of the order, to

14  designate whether they think investigation materials are

15  highly confidential.  That date runs in late March, much

16  closer to March 15th.  We would work with --

17            THE COURT:  Mr. Sallet, can I interrupt you?

18            MR. SALLET:  -- third parties to try to get that

19  done.

20            THE COURT:  Mr. Sallet, can I interrupt you?

21            I mean, how many third parties are unique third

22  parties?

23            MR. SALLET:  Well --

24            THE COURT:  In other words, you know, are we

25  talking about a handful?  Are we talking about dozens?

1    Do you have any sense?  I can't imagine it's many.

2              MR. SALLET:  I don't know, Your Honor, because we

3    haven't seen the initial disclosures.

4              But what we do know is we have claims, we have

5    conduct alleged that goes beyond the DOJ.

6              For example, specialized vertical providers, the

7    entities that some people call specialized search, engaged

8    in travel or local service in other verticals.  The DOJ's

9    liability claim includes none of them, and there are plenty

10   of them.

11             Secondly, there may be entities involved in the

12   search-advertising issues that we depict at SA360 that I

13   expect would not be picked up by the Department of Justice

14   based on what we know now.  We go into greater detail on

15   next-generation search than the DOJ complaint does involving

16   issues like connected calls.

17             And our market definition, although consistent

18   with the Department of Justice's, is not identical, and,

19   therefore, there would have to be additional third parties,

20   we think, likely to talk to in connection with that.

21             So given the fact -- I think Your Honor, at the

22   last status conference, described our complaint as built

23   upon but extending beyond the DOJ complaint.  That is a good

24   description of it.  And it explains why, to the extent we

25   know, we feel like there may well be a number of third

1    parties that are not within the DOJ's initial disclosures.

2    But as I say, until the protective order is entered, we

3    won't know for sure.

4            THE COURT:  Okay.

5            MR. SCHMIDTLEIN:  Your Honor --

6            THE COURT:  Hang on one second, Mr. Schmidtlein.

7            Can I ask as a practical matter, Mr. Sallet, that

8    have the states made an effort -- it's been 30 days since

9    you filed your complaint.  Have you made an effort to sort

10   of centralize whatever materials have been collected?

11           In other words, you've described a landscape in

12   which different states -- and I don't know whether this is

13   being coordinated or not, but different states conducted

14   investigations, they issued their own subpoenas or

15   investigative demands.

16           Have you all begun the process of centralizing

17   that material under the management of one or more Attorneys

18   General?  I mean, you know, at some point, you've got to go

19   out and collect all that material --

20           MR. SALLET:  Yes.

21           THE COURT:  -- so that you can produce it.

22           So what's the status of that process?

23           MR. SALLET:  Yes.

24           The status is that we finalized our initial

25   disclosures yesterday.  Of course, the investigation

1    materials work off of the initial disclosures.

2           We are in the process of going to states to

3    collect and centralize.  But we are in the beginning stages

4    of that, which is a reason why commencing production a week

5    from now, as Google suggests, we think is not within the

6    realm of the possible, nor do we think is in the fact that

7    there are materials coming from the Department of Justice to

8    Google.  We think the timeline we've suggested will provide

9    Google with material which it deserves in a timely fashion,

10   given the discovery schedule that Your Honor has put in

11   place.

12          THE COURT:  All right.

13          Well, Mr. Sallet, what is in the realm of the

14   possible?  Because I've got to tell you, you know,

15   March 15th is not going to work for me.

16          I mean -- and the reason is --

17          MR. SALLET:  Yes, Your Honor.

18          THE COURT:  -- that will be four months after

19   you've filed your complaint.

20          MR. SALLET:  Yes.

21          THE COURT:  And, you know, everybody is in

22   agreement that what we want to do is coordinate these cases

23   as closely as possible.  Your case is, by all accounts --

24   you know, it encompasses the government's, the

25   United States' case, and then some, and nobody yet quite

1  knows what that "then some" is.

2         MR. SALLET:  Yeah.

3         THE COURT:  And so if I push that to March 15th,

4  just either starting to roll out production, that's going to

5  put this case well behind *U.S. versus Google*, and there's

6  more material at issue, more witnesses, more documents, more

7  of everything, because it's a bigger case.  So I need you to

8  give me a date that is in your estimation realistic.

9         MR. SALLET:  Sure.

10         THE COURT:  And it's not going to start with the

11  date of March.  I would urge you to think about something

12  earlier in February.

13         MR. SALLET:  So, Your Honor, hoping that my math

14  is roughly better than my ability to operate telephones,

15  I believe March 15th is roughly ten weeks from now.

16         If we went out half that distance, five weeks, and

17  we're in something like February 24th or 25th, so the 25th

18  would be a few -- you know, based off today, the 24th, 25th,

19  then we believe we could commence the implementation of the

20  production.

21         We're not representing how much of what we have

22  would be produced then, but in good faith, we believe we

23  would be able to start the production then.

24         THE COURT:  Yeah.  I've got to -- Mr. Sallet,

25  I don't want to be -- that's just not going to work.

1          I mean, again --

2          MR. SALLET:  Okay.

3          THE COURT:  -- the goal here is to try and get

4    these cases on track as closely as possible.

5          MR. SALLET:  Yes, sir.

6          THE COURT:  And I just don't want to be in a

7    position where Google is saying, look, we're still waiting

8    on documents from the state, so, therefore, we're not going

9    to be able to start deposing for another 60 days or 90 until

10   we get that material.  And, you know, you've got small

11   armies of Attorneys General here on the line, and so the

12   resources are there.

13         So I'll give you a little extra time, but you're

14   going to have to start producing this stuff by February 4th.

15   It doesn't, obviously, all have to be by February 4th, but,

16   you know, the initial investigative material that ought to

17   be readily available, such as subpoenas, CID demands and the

18   like, you know, you ought to be in a position to start

19   rolling out the production of those by February 4th.  And

20   I don't think that's unreasonable to do that, because, as I

21   said, you know, the goal here is for you all to catch up so

22   that when we start talking about depositions --

23         MR. SALLET:  Yes, Your Honor.

24         THE COURT:  -- everybody is able to sit around the

25   same table, and hopefully we're at a point in time where

 1    everybody can sit around the same table to do that.  And I

 2    don't want there to be delays in the production of this case

 3    to slow down the *U.S. v. Google* case moving forward, okay?

 4              MR. SALLET:  Yes, Your Honor.

 5              And we subscribe absolutely that we do not want

 6    delays in the discovery schedule of any kind.  And we will,

 7    of course, be cordial with your order, that we begin

 8    production on February 4th.

 9              THE COURT:  And, again, you know, I just -- that

10    date is a begin-production date, but I would urge you to

11    begin in earnest to whatever consolidating that needs to be

12    done, centralizing of files, et cetera.  And that's a little

13    unwieldy.  You've got 48 states, I don't know how many

14    different investigations we're talking about, but, you know,

15    the sooner you do that, the better off we'll all be.

16              Mr. Schmidtlein --

17              MR. SALLET:  Yes, Your Honor.  We will do that,

18    Your Honor.

19              THE COURT:  Mr. Schmidtlein, I interrupted you.

20    Did you want to comment on this issue any further?

21              MR. SCHMIDTLEIN:  Yes.  Very briefly, Your Honor.

22              In the initial disclosures we received last night

23    from Colorado and the other states, they identified 13

24    third-party sources of documents that they were relying on

25    in this case.  That's a much smaller number than the DOJ

1    identified, and I believe all of the 13 that they identified

2    are within the group identified by the Department of

3    Justice.

4         I heard Mr. Sallet refer to the fact that they

5    have four vertical search entities in their -- you know,

6    within their group that they've gotten discovery from.

7         I can tell you that I will not name them by name,

8    but based on the Bates ranges that they identified in their

9    initial disclosures, the four -- one of them produced 266

10   pages of documents, another produced 14 pages of documents,

11   another produced 137 pages, and the last one produced 92

12   pages.  There are -- of the other 13, the majority of them

13   have produced anywhere from a couple hundred pages, to a

14   couple thousand pages.

15        This material should all be produced, frankly, on

16   the front end.  And as to -- there are only a couple of

17   entities that made anything remotely approaching a

18   substantial production.  And although we can't tell

19   specifically yet, I fully expect that those entities, the

20   materials that they produced that are identified by the

21   states, which range in the hundred thousand to the, in one

22   case, almost 2 million pages of documents, those are

23   documents that we believe were produced to the DOJ.  And the

24   DOJ has not yet produced those documents to us; we are

25   meeting and conferring with them today to press them for the

1   production of those documents and the timeline.  The DOJ

2   began producing last Friday.

3          But we believe that all of these documents should

4   be produced very quickly and that the February 4th date

5   should be a date where we get all or nearly all of the

6   documents that the states have.

7          MR. SALLET:  Your Honor, could I just make one

8   more -- we will, of course, do what Your Honor has ordered,

9   and we will work hard to produce what can be produced.

10          I will say, I don't recognize the numbers used by

11   counsel for Google.  Our initial disclosure notes, we think,

12   just under 40 entities.

13          But in any event, we take to heart what Your Honor

14   has said about keeping on schedule.  We will do our best

15   beginning productions to move forward.

16          And, of course, to the extent once the protective

17   order is entered, then we can work to understand what the

18   Department of Justice is producing.  That may well increase

19   our efficiency.  And if that means it can be done more

20   quickly, we will do so.

21          THE COURT:  Okay.

22          Well, look, I appreciate the sentiments,

23   Mr. Sallet.

24          And, you know, I don't have the benefit of having

25   the disclosures in front of me, but I would urge you to do

1    what you need to do to get as much as you can to Google as

2    early as possible.  As I said, that's the goal here.  And

3    I've asked the Department of Justice to do the same.  And

4    the Attorneys General will be held to the same standard.

5            So we'll leave it at that.  And you'll start your

6    production on the 4th.  And we'll -- hopefully, it will be a

7    substantial one, and certainly one that will start this case

8    moving in the right direction.

9            All right.  So we talked about that issue.  So

10   I guess the next deadline, then, is, you all will -- in the

11   *Colorado v. Google* case, and, I guess, in both cases, will

12   be proposing something to me on the 27th that's a

13   modification of the Case Management Order -- do I understand

14   that correctly -- so that it reflects the fact that we're

15   now in a consolidated posture.  Is that a fair expectation

16   of the 27th?

17           MR. SALLET:  Your Honor, yes, the 27th is the date

18   designated in our Joint Status Report.

19           But I do want to emphasize:  We do not by this

20   mean to suggest that we will be seeking wholesale revisions

21   of the schedule that Your Honor has put into place, because

22   to Your Honor's comments a few minutes ago, although the

23   State of Colorado and all the sister states goes to maintain

24   the current schedule, but there are issues that we think

25   could benefit from discussions with Google, and that is why

1    we have requested the chance to provide a supplemental

2    Status Report.  We're having those discussions on

3    January 27th and we hope to make progress quickly on that,

4    the topics to be discussed.

5                 THE COURT:  Okay.

6                 Let's talk, then, briefly about the initial

7    disclosures; those were due on the 20th -- or they should

8    have been exchanged on the 20th.  Mr. Schmidtlein alluded to

9    those earlier, so I take it that was done.

10                Are -- let me ask this:  In terms of those

11   disclosures, is either side anticipating that it will be

12   supplementing those disclosures in the near future or are

13   you fairly certain that the information that's contained in

14   those initial disclosures is sort of fair and accurate in

15   terms of what you know and anticipate as of today?

16                MR. SALLET:  Your Honor, we absolutely believe

17   that the initial disclosures that we sent to Google

18   yesterday are fair and accurate.

19                We are continuing investigating, and we absolutely

20   take seriously our obligation to supplement initial

21   disclosures as new information becomes available to us.

22                THE COURT:  Okay.

23                But it sounds like, Mr. Sallet, that what you've

24   provided isn't simply just kind of a round one, it's not a

25   work in progress --

1          MR. SALLET:  Correct, Your Honor.

2          THE COURT:  -- and you'll update us fairly often

3    so it's comprehensive.

4          MR. SALLET:  Yes, sir.

5          THE COURT:  Okay.

6          And, Mr. Schmidtlein, I take it the same is true

7    for you?

8          MR. SCHMIDTLEIN:  That is correct, Your Honor.

9          THE COURT:  Okay.

10         All right.  So those were the agenda topics in

11   *Colorado versus Google* for me.

12         Before we turn to *U.S. v. Google*, is there

13   anything about the *Colorado* case that either side wants to

14   raise?

15         I'll obviously sign the protective order and the

16   discovery procedure order this afternoon and get those

17   docketed, so you'll have those this afternoon.

18         MR. SCHMIDTLEIN:  Nothing for Google, Your Honor.

19         MR. SALLET:  Nothing for Colorado, Your Honor.

20         THE COURT:  Okay.

21         All right.  So let's, then, turn to Mr. Dintzer

22   and Mr. Schmidtlein on *U.S. v. Google*.  I have a few things

23   and then I'll open it up to the parties.

24         The first is that the initial production of

25   investigative material was set to begin on the 15th of

1    January, and so we're about six days past that deadline.

2              So where does that process stand?

3              Why don't we start with Mr. Dintzer.

4              MR. DINTZER:  Good morning, Your Honor.

5              The government, on that date, produced 800,000

6    documents.  Now, that's not pages, that's documents.  And

7    for -- and that was all the documents of 30 parties.  And

8    so -- and we did the second thing that we were -- so we --

9              THE COURT:  I'm sorry -- Mr. Dintzer, I'm sorry to

10   interrupt you.

11             You said those were the documents of third

12   parties.  Is that what I heard you say?

13             MR. DINTZER:  30 third parties.

14             THE COURT:  Okay.

15             MR. DINTZER:  And we also gave the defendants a

16   timeline on the rest of our production, which would be

17   subsequent production on 9 -- on 1/29, 2/12, and 2/19.

18             So we completed and we are diligently working to

19   process the materials so that they will have those -- so

20   we will make significant productions on the 29th and then

21   clean-up productions on the subsequent dates.

22             THE COURT:  Okay.

23             So did I -- are you saying that you anticipate --

24   you hope to be completed with your -- with the investigative

25   file by the 19th of February?

1          MR. DINTZER:  Yes, yes.  That's what we've

2    represented to the defendants, and that is our expectation.

3          THE COURT:  Okay.

4          MR. DINTZER:  And just to be clear, though,

5    Your Honor, to complete our production as called for under

6    the CMO, that is correct.

7          THE COURT:  All right.

8          Okay.  No, I understand there obviously will be

9    separate written discovery.

10          But in terms of, I think it was paragraph 7 in the

11    production of the investigative file, I'm pleased to hear

12    that you all have -- or that the government has made a

13    production that it has and has set forward a schedule trying

14    to get all that completed within the next 30 days.

15          Okay.  Anything you want to add to that,

16    Mr. Dintzer, before I turn to Mr. Schmidtlein?

17          MR. DINTZER:  Just, Your Honor, that we are not --

18    based on the instructions in the CMO and what's called for,

19    we are not withholding any documents called for by the CMO.

20          The CMO provided a procedure if we wanted to

21    object and withhold.  We have concluded that the documents

22    called for in the CMO, we are not going to withhold

23    anything.  So that won't be an issue.

24          THE COURT:  Okay.  Terrific.

25          All right.  Mr. Schmidtlein -- well, actually,

 1    before I turn to Mr. Schmidtlein, is counsel for the State

 2    of California on?

 3            I had a note to myself that the Case Management

 4    Order excluded the State of California from its -- from

 5    producing investigative material on the 15th in the *U.S. v.*

 6    *Google* matter, and that California and Google would

 7    negotiate a separate date for the production of

 8    investigative material by California.

 9            So where does that stand?

10            MR. MILLER:  Yes, Your Honor.  Good morning.  This

11    is Adam Miller on behalf of the State of California.

12            As we agreed at the last case management

13    conference, we met and conferred with Google, we reached an

14    agreement as to the schedule.

15            California served our Rule 26 initial disclosures

16    on July 15th, and we will commence a rolling production of

17    our investigation materials tomorrow, starting tomorrow,

18    January 22nd.

19            We anticipate completing our production no later

20    than when the U.S. Department of Justice complete its

21    production.  Thus, we're now caught up and on the same

22    schedule as the U.S. Department of Justice and the other

23    plaintiffs under the Case Management Order.

24            THE COURT:  Okay.  Terrific.  Thank you,

25    Mr. Miller.  I appreciate that.

  1          And has California -- well, I guess we don't know

  2  yet, but do you anticipate withholding any material under --

  3  go ahead, Mr. Miller.

  4          MR. MILLER:  When we spoke and then conferred with

  5  Google, we pointed out that nearly all of our subpoenas --

  6  and we sent out a couple of subpoenas -- were essentially

  7  "me too" subpoenas, where we requested information that had

  8  produced from DOJ.

  9          And we have represented to Google that we're not

 10  going to duplicate production of materials that was

 11  essentially stuff that we received from Department of

 12  Justice.

 13          And we've made efforts to talk to Department of

 14  Justice and also the third parties that we've met with to

 15  make sure that's the case and that we believe that's the

 16  case.  So we won't be re-duplicating.

 17          And obviously, we're not going to produce any

 18  privileged materials; but other than that, I don't think

 19  we're going to be withholding documents.

 20          THE COURT:  Okay.  Good.

 21          All right.  Thank you, Mr. Miller.

 22          All right.  Mr. Schmidtlein.

 23          MR. DINTZER:  Your Honor --

 24          THE COURT:  I'm sorry?

 25          MR. DINTZER:  This is Ken Dintzer from DOJ.

1          Before you just turn to Mr. Schmidtlein,

2    I realized that there might have been an ambiguity in what I

3    said, and I wanted to make sure that the record was clear.

4          We have produced the documents for 30 parties.

5    And I understand that the word "document" is hugely

6    ambiguous.  So I want to be clear:  We've produced the

7    document that those 30 third parties produced to us.

8          We have data and correspondence from some of

9    those -- of course, wanted some, I think, probably most, if

10   not all -- but data from some of those third parties.  And

11   that -- we have not produced that.  That will -- a lot of

12   that will be produced on the 29th.  So I just wanted to

13   clarify the use of the term "document" there.

14         But we have produced all of the documents for

15   those third parties.

16         THE COURT:  Okay.

17         All right.  Well, thank you.

18         Let me turn, then, to Mr. Schmidtlein and your

19   reactions and thoughts about what you've received so far and

20   what you anticipate receiving in the next 30 days.

21         MR. SCHMIDTLEIN:  Thank you, Your Honor.

22         In terms of the productions that we've received

23   thus far, you know, we have gotten materials for quite a few

24   of the third parties.  Most of those productions are,

25   candidly, quite small.

1          The DOJ apparently did not obtain very much from

2     many of the third parties that they have identified.

3     Indeed, 600,000, roughly, of the 800,000 documents that were

4     produced appear to have been produced by a company that

5     Google has acquired called Fitbit that appear to have been

6     produced by Fitbit in connection with the merger

7     investigation there, and that, you know, candidly, we think,

8     has little or nothing to do with this matter.  So the

9     universe of documents that are central to this case is much,

10    much smaller.

11          And there are several very notable exceptions as

12    to parties that we have received nothing from.  The most

13    notable being, and as they have acknowledged because they've

14    appeared and their counsel is on the phone here today in

15    terms of having produced documents, we have not received a

16    single piece of paper that Microsoft produced to the

17    Department of Justice to date.

18          And based on the initial disclosures we have from

19    the State of Colorado in that case, we know that that is a

20    very, very, very, very large -- indeed, we expect that the

21    material produced by Microsoft will, frankly, dwarf the

22    productions of every other third party in this case.  So we

23    are still waiting on getting the very first pages of

24    Microsoft's production in this case.  And several other

25    notable third parties.

1          And as Mr. Dintzer just acknowledged, we have

2    received absolutely no data, transactional data or

3    otherwise, that the Department of Justice has from any third

4    parties.

5          So we think that that material, as we've said

6    before, needs to be turned over quickly.  We, candidly,

7    think that February 19th is longer than we expected and

8    would have anticipated, given the amount of time that we've

9    been seeking this material, and we would like to see all of

10   these productions done much more quickly than February the

11   19th.

12         THE COURT:  Okay.

13         Mr. Dintzer, what's your expectation of the

14   Microsoft material and the three tranches that you've

15   described?  At least I thought I heard you say that you're

16   expecting another large production on the 29th, and then

17   cleanup, what I think I heard you describe as cleanup

18   productions on the 12th and the 19th.

19         So what's your expectation of what will be

20   produced on the 29th and will it address the issues that

21   Mr. Schmidtlein has identified?

22         MR. DINTZER:  It will --

23         THE COURT:  And that includes both Microsoft and

24   the data, which I'm not sure how many -- what the volume of

25   that is likely to be, I imagine it's likely to be quite

1  large.

2          MR. DINTZER:  It is, Your Honor.  So let me do the

3  documents first.

4          On January 29th, it is our intention to finish

5  producing all documents received from third parties based on

6  compulsory requests; that is, the documents called for in

7  paragraph 7.

8          So we will get all of Microsoft, there are a few

9  other big players whose documents we have.  And we will

10  close out the -- it is our expectation and plan to close out

11  the production of the third-party documents at that time.

12  So that's January 29th.

13          On the data side, we have -- 29 third parties'

14  produced data.  And to give the Court a sense, it's 660

15  gigabytes of data.

16          The -- it is our -- we believe that we will be

17  able to produce the data from 25 of those 29 third parties

18  through the JEFS platform.  And I don't know if the Court is

19  familiar with it, but it's a government-secured sort of

20  Dropbox-type platform, where we would be able to produce the

21  data for 25 of the 29 third parties from whom we have data

22  for, through that by the 29th.  So that'll take care of 25

23  of them.

24          We have three large data productions that are too

25  big to use that process.  They will require -- we have to

1    basically load the stuff on to a hard drive.  Of those three

2    big ones, it is our hope that we will be able to load at

3    least one, and, hopefully, two of the big data productions

4    on to either hard drives or some hard medium by the 29th.

5    So we're going to give them at least one of the three;

6    hopefully, two of the three.

7            Just so that the Court understands the challenges

8    we've been facing, this is something that that can only be

9    done by people who go into the office.  And both because of

10   COVID restrictions, which limit the number of people who can

11   go in, and because our office is very close to the court,

12   which means that there's been days in the past two weeks

13   where people haven't been able to go because of the

14   unpleasantness we've all been reading about and because of

15   the inauguration, that has made it more challenging to get

16   some of this stuff done.  But we are going to give them at

17   least one of the three big ones, and, hopefully, two.

18           And then there's a part of the data production

19   that we have had some tech issues with; that I don't

20   understand exactly what the tech issues are, but we are

21   working to resolve those.  And once we get those resolved,

22   we'll get those produced as well.

23           THE COURT:  Okay.

24           Well, look, Mr. Schmidtlein, I can understand the

25   need and the desire to get more sooner, but it sounds like,

1   from Mr. Dintzer, that you are going to be getting quite a

2   bit more, including some of the material that you've

3   identified, in relatively short order by the 29th, and then

4   there ought to be some additional productions soon

5   thereafter.

6            But certainly from my perspective, I think the

7   government has been diligent and done exactly what I would

8   hope they would have done, which is:  Collect this material

9   quickly and turn it over in as expeditious a fashion as

10  possible.

11           So, you know, I'm not going to, at this point,

12  urge the government to move up these dates that it's

13  identified.  That, I think, is on -- that is going to --

14  that's upon the assumption that the production that

15  Mr. Dintzer's just described for the 29th, if that happens

16  on the 29th -- you know, if that second tranche is delayed

17  or is smaller than what's been described, then, perhaps,

18  I'll intervene and set some dates.

19           But as of now, I'm certainly satisfied with what

20  the government is doing and the dates by which they're

21  promising to make these productions.

22           Okay.  So that is what I wanted to discuss in

23  terms of *U.S. v. Google*.  So let me open the floor to both

24  sides to ask if there are any other issues either side

25  wanted to raise this morning or -- it's still this morning,

1    yes.

2           MR. DINTZER:  Nothing from the government,

3    Your Honor.

4           MR. SCHMIDTLEIN:  And nothing at this time for

5    Google, Your Honor.

6           THE COURT:  Okay.

7           All right.  Well, before I -- I just had a couple

8    of housekeeping issues.  But before I do that, I know there

9    are a number of third parties on the line.

10          And I will say that it's not my expectation that

11   the third parties will need to appear for future status

12   hearings; I mean, you're welcome to be here if you'd like,

13   but certainly it's not required.

14          But let me just pause for a moment and ask whether

15   any of the third parties, if there's anything any of them

16   wish to raise at this point before I turn to the final

17   issues that I have on my agenda here.

18          MR. PARKER:  This is Rich Parker.

19          I have nothing to add or nothing to raise at this

20   time.

21          THE COURT:  Thanks, Mr. Parker.

22          Okay.  Hearing nothing further, then, from third

23   parties, just a couple housekeeping matters:

24          One, I did ask to be posted on the docket the

25   recent Standing Order that the Chief issued regarding highly

42

1    sensitive documents due to various cyber threats.

2           Our administrative office has asked District

3    Courts to adopt policies for highly sensitive documents that

4    would involve the filing of such documents not

5    electronically on CM/ECF, but, rather, they would need to be

6    filed not on ECM and would actually be kept separate and

7    apart from our electronic filing system and actually be

8    filed independent of any access to the outside world.

9           You know, I don't know whether any of the material

10   that parties have exchanged and will receive in this case

11   will fall into that category of highly sensitive documents;

12   I can imagine some of it will.

13          But I wanted the parties to be aware of that new

14   standing order and that new procedure.  And that goes not

15   only for the parties but also the third parties, to the

16   extent that any of their material was implicated, they

17   should be aware of that new policy as well.

18          Any questions or concerns about that issue?

19          MR. DINTZER:  Not from the government, Your Honor.

20          MR. SCHMIDTLEIN:  No.  Thank you, Your Honor.

21          THE COURT:  All right.

22          On the notice I issued concerning my financial

23   holdings, I had asked the parties to get back to me by the

24   20th if they had any concerns about that disclosure.  And

25   nobody has, so I take it that that disclosure has not caused

1    any concerns for anyone?

2              MR. DINTZER:  No concerns from the government,

3    Your Honor.

4              MR. SCHMIDTLEIN:  Yeah, none from Google,

5    Your Honor.

6              MR. SALLET:  And none from Colorado, Your Honor.

7              THE COURT:  Okay.  Very good.

8              All right.  Then the last thing I wanted to do is

9    just get some dates on everyone's calendar so that we have

10   these dates locked in moving forward.

11             So what I would propose is the following dates for

12   status hearings moving forward over the next three months or

13   so:  So February 25th, I propose that we gather again,

14   again, at 11:00 a.m.  Then again on March 30th at 11:00 a.m.

15   And then April 30th at 11:00 a.m.  And if all of those dates

16   are acceptable to counsel for the parties, we can lock those

17   in so we can avoid any conflicts.

18             MR. DINTZER:  Those are acceptable for the

19   Department of Justice, Your Honor.

20             MR. SALLET:  And for the State of Colorado,

21   Your Honor.

22             MR. SCHMIDTLEIN:  And okay for Google as well,

23   Your Honor.  Thank you.

24             THE COURT:  Okay.

25             All right.  And so those will be our next status

1   hearings.

2          And, again, just to remind everybody, you know, if

3   there are discovery disputes that are more emergent, then

4   just let chambers know; otherwise, any issues that can wait

5   until those status hearings, you know, I can take those up

6   then.

7          We'll continue to do these status hearings via

8   telephone conference call.  And hopefully, the world will

9   look better and more amenable to in-person hearings possibly

10  in the spring.  And so maybe at least counsel that are

11  local, we can actually come back in the courtroom, but we'll

12  just have to wait and see until that's possible.

13         All right.  With that, is there anything else

14  anybody else wants to raise this morning?

15         MR. DINTZER:  Not for the Department of Justice,

16  Your Honor.

17         MR. SCHMIDTLEIN:  None for Google, Your Honor.

18         MR. SALLET:  And none for the states represented

19  by Colorado.

20         THE COURT:  Okay.

21         All right.  Thank you, all, very much.  Be safe

22  and be well.

23         Thanks, everybody.

24         (Proceedings concluded at 11:58 a.m.)

25

C E R T I F I C A T E

   I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.

   Please note:  This hearing occurred during
the COVID-19 pandemic and is therefore subject to the
technological limitations of court reporting remotely.


Date:__January 23, 2021____   /S/__William P. Zaremba_____

          William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [1] 13/3
MR. DINTZER: [15]
31/4 31/13 31/15 32/1
32/4 32/17 34/23 34/25
37/22 38/2 41/2 42/19
43/2 43/18 44/15
MR. MILLER: [2]
33/10 34/4
MR. PARKER: [1]
41/18
MR. SALLET: [30]
16/17 17/14 18/11
18/17 18/19 18/23
19/18 19/23 20/12 21/20
21/23 22/17 22/20 23/2
23/9 23/13 24/2 24/5
24/23 25/4 25/17 27/7
28/17 29/16 30/1 30/4
30/19 43/6 43/20 44/18
MR. SCHMIDTLEIN:
[12] 17/23 17/25 21/5
25/21 30/8 30/18 35/21
41/4 42/20 43/4 43/22
44/17
THE COURT: [52]

/
/S [1] 45/10

0
0010 [1] 4/11
01 [1] 3/9
0151 [1] 6/18
0305 [1] 9/10
03301 [1] 7/8
0340 [1] 1/15
0485 [1] 9/15
06106 [1] 2/16
0998 [1] 7/19

1
1/29 [1] 31/17
100 [2] 4/16 7/4
10005 [1] 7/14
10029 [1] 10/18
1024 [1] 4/4
1050 [3] 3/9 8/5 10/22
10th [1] 3/22
1100 [1] 1/14
11000 [1] 2/4
114 [1] 7/18
1152 [1] 11/18
11549 [1] 8/18
1162 [1] 8/10
1164 [1] 7/5
11:00 [3] 1/6 43/14
43/15
11:00 a.m [1] 43/14
11:58 [1] 44/24
12 [1] 31/17
120 [1] 3/22
1217 [1] 7/9
12th [2] 10/13 37/18
13 [3] 25/23 26/1 26/12
1300 [1] 3/17
1305 [1] 5/4

13th [1] 6/9
14 [1] 26/10
1400 [1] 11/14
1440 [1] 11/4
14th [1] 2/10
1597 [1] 3/23
15th [10] 9/4 11/18
16/2 19/16 22/15 23/3
23/15 30/25 33/5 33/16
1620 [1] 11/13
165 [1] 2/15
1674 [1] 9/5
16th [1] 8/14
17 [1] 10/4
17120 [1] 8/15
1789 [1] 9/18
1885 [1] 5/11
19 [2] 31/17 45/6
19301 [1] 11/9
19801 [1] 2/21
19th [4] 31/25 37/7
37/11 37/18
1st [1] 9/19

2
2/12 [1] 31/17
2/19 [1] 31/17
20 [1] 11/8
20-3010 [2] 1/4 13/4
200 [4] 1/20 4/5 5/17
8/5
20001 [2] 3/5 12/5
20005 [3] 10/13 11/4
11/18
20006 [1] 11/22
2001 [1] 11/22
200151 [1] 6/17
20036 [2] 10/23 11/14
202 [9] 1/15 9/14 10/14
11/5 11/9 11/14 11/19
11/23 12/6
202-724-6514 [1] 3/5
202-955-8503 [1] 10/23
20207 [1] 8/23
2021 [2] 1/5 45/10
208-334-4114 [1] 4/12
20th [3] 29/7 29/8
42/24
21 [1] 1/5
210 [1] 4/10
2115 [1] 6/22
212-416-8288 [1] 7/14
212-450-4000 [1] 10/18
21202 [1] 5/17
225 [1] 5/12
22nd [1] 33/18
23 [1] 45/10
230 [1] 9/9
232-6309 [1] 4/24
2320 [1] 10/9
23219 [1] 9/14
23rd [1] 7/13
248-863-7699 [1] 5/22
24th [2] 23/17 23/18
25 [3] 38/17 38/21
38/22
25326 [1] 9/20

23/18 43/13
26 [1] 33/15
261-5810 [1] 10/5
265-2738 [1] 11/9
266 [1] 26/9
2738 [1] 11/9
27603 [1] 7/18
27th [5] 16/9 28/12
28/16 28/17 29/3
28 [1] 7/13
281-5926 [1] 5/5
29 [4] 31/17 38/13
38/17 38/21
29211 [1] 8/19
29th [1] 31/20 35/12
37/16 37/20 38/4 38/12
38/22 39/4 40/3 40/15
40/16
2nd [2] 5/4 6/18

3
30 [7] 21/8 31/7 31/13
32/14 35/4 35/7 35/20
300 [1] 9/4
3010 [2] 1/4 13/4
302 [1] 4/23
302-577-8924 [1] 2/22
30334-1300 [1] 3/17
304-558-8986 [1] 9/20
307-0340 [1] 1/15
307-777-7847 [1] 10/10
3090 [1] 6/11
30th [2] 43/14 43/15
312-793-3891 [1] 4/17
317 [1] 4/24
323 [1] 1/20
32399-1050 [1] 3/9
3249 [1] 12/6
326-6400 [1] 5/12
33 [1] 7/8
333 [1] 12/4
339-8400 [1] 11/19
350 [1] 9/9
354-3249 [1] 12/6
371-7532 [1] 11/5
37202 [1] 8/23
3840 [1] 6/23
3847 [1] 3/10
3883 [1] 2/5
3891 [1] 4/17
39201 [1] 6/5
3970 [1] 8/19

4
40 [2] 3/16 27/12
400 [1] 3/4
4000 [1] 10/18
401 [1] 6/10
402-471-3840 [1] 6/23
404 [1] 3/17
40601 [1] 4/5
410-576-6480 [1] 5/18
4114 [1] 4/12
415-510-3883 [1] 2/5
4223 [1] 6/5
434-5000 [1] 10/14
4400 [1] 8/11

452-1400 [1] 11/14
455 [1] 2/4
46204 [1] 4/24
48 [1] 25/13
48909 [1] 5/22
4th [6] 24/14 24/15
24/19 25/8 27/4 28/6

5
5000 [2] 2/16 10/14
501 [1] 1/21
502 [1] 4/6
503-934-4400 [1] 8/11
50319 [1] 5/5
5108 [1] 11/23
512 [1] 9/5
515 [1] 5/5
5202 [1] 2/17
525 [1] 5/21
5300 [1] 4/6
53701 [1] 10/4
5407 [1] 11/14
550 [1] 6/4
555 [1] 6/17
5570 [1] 8/6
5810 [1] 10/5
58503 [1] 8/6
5926 [1] 5/5
59620-0151 [1] 6/18
5th [1] 2/21

6
60 [2] 19/13 24/9
600,000 [1] 36/3
6000 [1] 2/12
601-359-4223 [1] 6/5
603-271-1217 [1] 7/9
60601 [1] 4/16
608 [1] 10/5
615 [2] 6/9 8/24
6309 [1] 4/24
6400 [1] 5/12
64106 [1] 6/10
6480 [1] 5/18
6503 [1] 12/5
651-7675 [1] 3/17
6514 [1] 3/5
660 [1] 38/14
66612-1597 [1] 3/23
682-8063 [1] 1/21
68509 [1] 6/23
696-5300 [1] 4/6
6th [1] 3/4

7
700 [2] 2/11 4/10
701-328-5570 [1] 8/6
70802 [1] 5/12
720-508-6000 [1] 2/12
72201 [1] 1/21
725 [1] 10/13
734-3970 [1] 8/19
741-7663 [1] 8/24
7532 [1] 11/5
7663 [1] 8/24
7675 [1] 3/17
7699 [1] 5/22

575-684-1164 [1] 7/5
7847 [1] 10/10
785-368-8451 [1] 3/23
78701 [1] 9/5

8
800,000 [2] 31/5 36/3
801-366-0305 [1] 9/10
80203 [1] 2/11
804-692-0485 [1] 9/15
8063 [1] 1/21
812 [1] 9/19
816-889-3090 [1] 6/11
820 [1] 2/21
82002 [1] 10/10
8288 [1] 7/14
83720 [1] 4/11
83720-0010 [1] 4/11
8400 [1] 11/19
84114 [1] 9/10
8451 [1] 3/23
850-414-3847 [1] 3/10
8503 [1] 10/23
860-808-5202 [1] 2/17
8924 [1] 2/22
893 [1] 8/19
89701 [1] 7/4
8986 [1] 9/20

9
90 [1] 24/9
900 [1] 11/13
912-5108 [1] 11/23
919-716-0998 [1] 7/19
92 [1] 26/11
936-1674 [1] 9/5
94102 [1] 2/5
97301 [1] 8/10
9th [1] 9/14

A
a.m [5] 1/6 43/14 43/14
43/15 44/24
ability [3] 18/19 19/7
23/14
able [8] 17/20 23/23
24/9 24/24 38/17 38/20
39/2 39/13
about [15] 16/3 19/25
19/25 23/11 24/22
25/14 27/14 28/9 29/6
30/13 31/1 35/19 39/14
42/18 42/24
above [1] 45/4
above-titled [1] 45/4
absolutely [4] 25/5
29/16 29/19 37/2
acceptable [2] 43/16
43/18
access [1] 42/8
accounts [1] 22/23
accurate [2] 29/14
29/18
acknowledged [2]
36/13 37/1
acquired [1] 36/5
Action [1] 13/4
actually [5] 17/7 32/25

**A**

ambiguous [1] 35/2

actually... [3] 42/6 42/7
44/11
Adam [3] 2/2 13/19
33/11
adam.miller [1] 2/6
add [3] 18/2 32/15
41/19
additional [3] 16/1
20/19 40/4
address [1] 37/20
administrative [1] 42/2
adopt [1] 42/3
advertising [1] 20/12
after [2] 19/13 22/18
afternoon [3] 30/16
30/17
ag.idaho.gov [1] 4/13
ag.iowa.gov [1] 5/6
ag.ks.gov [1] 3/24
ag.louisiana.gov [1]
5/13
ag.nv.gov [1] 7/5
ag.ny.gov [1] 7/15
ag.tn.gov [1] 8/25
again [6] 24/1 25/9
43/13 43/14 43/14 44/2
against [1] 18/21
agenda [3] 15/18 30/10
41/17
ago [2] 15/22 28/22
ago.mo.gov [1] 6/12
ago.ms.gov [1] 6/6
agreed [2] 16/23 33/12
agreement [3] 15/22
22/22 33/14
agreements [1] 15/25
agutah.gov [1] 9/11
ahead [3] 18/12 18/13
34/3
aided [1] 12/7
AK [1] 1/21
al [2] 1/3 13/5
all [44] 15/22 16/6
16/24 17/8 21/16 21/19
22/12 22/23 24/15
24/21 25/15 26/1 26/15
27/3 27/5 27/5 28/9
28/10 28/23 30/10
30/21 31/7 32/7 32/12
32/14 32/25 34/5 34/21
34/22 35/10 35/14
35/17 37/9 38/5 38/8
41/9 41/7 42/21 43/8
43/15 43/25 44/13
44/21 44/21
All right [1] 42/21
alleged [1] 20/5
alluded [1] 29/8
Alm [2] 8/2 14/13
almost [1] 26/22
also [3] 31/15 34/14
42/15
although [3] 20/17
26/18 28/22
Amazon.com [2] 10/21
15/5
ambiguity [1] 35/2

amenable [1] 44/9
amendment [1] 16/1
AMERICA [4] 1/3 1/13
13/4 13/6
AMIT [1] 1/10
amount [1] 37/8
Amy [2] 11/16 14/23
amyray [1] 11/19
another [4] 24/9 26/10
26/11 37/16
anticipate [5] 29/15
31/23 33/19 34/2 35/20
anticipated [1] 37/8
anticipating [1] 29/11
Antitrust [4] 2/9 3/21
5/16 8/4
any [23] 16/8 17/6 19/7
19/9 20/1 25/6 25/20
27/13 32/19 34/2 34/17
37/3 40/24 41/15 41/15
42/8 42/9 42/16 42/18
42/24 43/1 43/17 44/4
anybody [1] 44/14
anyone [1] 43/1
anything [7] 16/13
26/17 30/13 32/15
32/23 41/15 44/13
anywhere [1] 26/13
apart [1] 42/7
apologize [1] 18/17
apparently [2] 18/20
36/1
appear [4] 18/5 36/4
36/5 41/11
APPEARANCES [12]
1/12 1/23 2/24 3/25
4/25 5/23 6/25 7/20
8/25 9/21 10/24 11/25
appeared [1] 36/14
appears [2] 18/12 18/7
Apple [2] 11/2 15/8
apply [1] 16/24
appreciate [2] 27/22
33/25
approaching [1] 26/17
April [1] 43/15
are [49]
Arkansas [2] 1/18 13/7
arkansasag.gov [1]
1/22
armies [1] 24/11
around [2] 24/24 25/1
ARPS [1] 11/3
Arthur [2] 3/2 14/6
as [35] 15/23 15/25
20/22 21/2 21/7 22/5
22/23 22/23 24/4 24/4
24/17 24/20 26/16 28/1
28/1 28/1 28/2 28/2
29/15 29/21 32/5 33/12
33/14 33/22 36/11
36/13 37/1 37/5 37/17
39/22 40/9 40/9 40/19
42/17 43/22
ask [5] 21/7 29/10
40/24 41/14 41/24
asked [4] 17/21 28/3

Assistant [2] 1/18 5/8
assuming [1] 15/22
assumption [1] 40/14
atg.in.gov [1] 4/25
atg.state.il.us [1] 4/18
Atlanta [1] 3/17
Attorney [35] 1/18 1/19
2/15 3/3 3/8 3/14 3/15
3/20 4/3 4/9 4/15 4/20
4/21 5/3 5/8 5/9 5/16
5/21 6/3 6/8 6/16 6/21
7/3 7/7 7/12 8/3 8/14
8/18 8/22 9/3 9/8 9/13
9/17 10/3 10/8
Attorneys [3] 21/17
24/11 28/4
Austin [1] 9/5
available [2] 24/17
29/21
Ave [1] 8/5
Avenue [10] 2/4 2/10
2/15 3/22 6/17 10/9
10/17 10/22 11/4 12/4
avoid [1] 43/17
aware [2] 42/13 42/17

**B**

back [2] 42/23 44/11
Bakker [3] 3/19 14/9
Baltimore [1] 5/17
based [7] 18/3 20/14
23/18 26/8 32/18 36/18
38/5
basically [1] 39/1
Bates [1] 26/8
Baton [1] 5/11
be [63]
because [11] 19/5 20/2
22/14 23/7 24/20 28/21
36/13 39/9 39/11 39/13
39/14
becomes [1] 29/21
been [14] 19/5 21/8
21/10 29/8 35/2 36/4
36/5 37/9 39/8 39/12
39/13 39/14 40/7 40/17
before [10] 1/10 16/10
30/12 32/16 33/1 35/1
37/6 41/7 41/8 41/16
began [1] 27/2
begin [7] 16/4 16/20
17/20 25/7 25/10 25/11
30/25
begin-production [1]
25/10
beginning [2] 22/3
27/15
begun [1] 21/16
behalf [1] 33/11
behind [1] 23/5
being [2] 21/13 36/13
believe [12] 16/19
16/24 17/19 23/15
23/19 23/22 26/1 26/23
27/3 29/16 34/15 38/16
Ben [1] 14/19
ben.burningham [1]

benefit [2] 27/24 28/25
Benjamin [1] 10/7
best [1] 27/14
better [3] 23/14 25/15
44/9
beyond [2] 20/5 20/23
Biagioli [2] 6/7 13/15
big [5] 38/9 38/25 39/2
39/3 39/17
bigger [1] 23/7
Bismarck [1] 8/6
bit [1] 40/2
Boise [1] 4/11
both [6] 15/16 16/24
28/11 37/23 39/9 40/23
Box [5] 4/11 6/17 8/18
8/23 9/18
Brandon [2] 7/7 14/12
Brandon.h.garod [1]
7/10
Bret [2] 9/2 13/18
Bret.Fulkerson [1] 9/6
Brett [2] 4/8 14/7
Brett.delange [1] 4/13
briefly [2] 25/21 29/6
broader [1] 17/4
Building [2] 6/22 10/9
built [1] 20/22
Burningham [2] 10/7
14/19

**C**

CA [1] 2/5
calendar [1] 43/9
California [11] 2/2 2/3
13/19 33/2 33/4 33/6
33/8 33/11 33/15 34/1
call [2] 20/7 44/8
called [6] 32/5 32/18
32/19 32/22 36/5 38/6
calls [2] 10/16
came [1] 19/2
can [20] 17/6 19/17
19/20 21/7 21/21 25/1
26/7 27/9 27/17 27/19
28/1 39/8 39/10 39/24
42/12 43/16 43/17 44/4
44/5 44/11
can't [2] 20/1 26/18
candidly [3] 35/25 36/7
37/6
Capital [1] 4/4
Capitol [6] 2/15 3/9
3/16 6/22 7/8 10/9
care [1] 38/22
Carolina [6] 7/16 7/17
8/17 8/17 13/17 14/1
Carr [1] 2/9
Carson [2] 7/4 7/4
Carter [2] 1/18 13/7
case [29] 15/19 15/24
16/8 16/8 16/13 17/4
18/21 22/23 22/25 23/5
23/7 25/2 25/3 25/25
26/22 28/7 28/11 28/13
30/13 33/3 33/12 33/23
34/1 34/16 36/9 36/19

36/22 36/24 42/10

case-management [1]
16/8
cases [4] 16/24 22/22
24/4 28/11
catch [1] 24/21
category [1] 42/11
caught [1] 33/21
caused [1] 42/25
Cecka [2] 3/14 13/10
Center [1] 1/20 2/10
4/4 4/22
central [1] 36/9
centralize [2] 21/10
22/3
centralizing [2] 21/16
25/12
certain [1] 29/13
certainly [5] 18/7 28/7
40/6 40/19 41/13
Certified [1] 12/3
certify [1] 45/2
cetera [1] 25/12
challenges [1] 39/7
challenging [1] 39/15
chambers [1] 44/4
chance [2] 11/21 29/1
Charleston [1] 9/20
Cheyenne [1] 10/16
Chicago [1] 4/16
Chief [2] 6/14 41/25
Christine [1] 7/2
Christopher [3] 10/16
10/19 14/21
CID [1] 24/17
CIDs [1] 17/15
City [3] 6/10 7/4 9/10
Civil [2] 8/9 13/4
claim [1] 20/9
claims [1] 20/4
clarify [1] 35/13
Clark [2] 4/2 13/12
clean [1] 31/21
clean-up [1] 31/21
cleanup [2] 37/17
37/17
clear [3] 32/4 35/3 35/6
CLIFFORD [1] 11/21
cliffordchance.com [1]
11/24
close [3] 38/10 38/10
39/11
closely [2] 22/23 24/4
closer [1] 19/16
CM [1] 42/5
CM/ECF [1] 42/5
CMO [2] 32/6 32/18
32/19 32/20 32/22
CO [1] 2/11
coag.gov [1] 2/12
collect [3] 21/19 22/3
40/8
collected [1] 21/10
Colorado [21] 2/7 2/8
2/9 13/22 15/16 15/19
15/20 16/4 16/18 17/4
18/15 25/23 28/11
28/23 30/11 30/13

**C**

Colorado... [5] 30/19 36/19 43/6 43/20 44/19
COLUMBIA [5] 1/1 3/2 3/4 8/19 14/6
Comcast [2] 10/16 14/22
come [1] 44/11
comes [1] 19/2
coming [1] 22/7
commence [2] 23/19 33/16
commencing [1] 22/4
comment [1] 25/20
comments [1] 28/22
Commonwealth [6] 4/4 8/13 9/12 13/12 14/15 14/17
Commonweath [1] 4/2
company [2] 18/22 36/4
complaint [5] 20/15 20/22 20/23 21/9 22/19
complete [2] 32/5 33/20
completed [3] 31/18 31/24 32/14
completing [1] 33/19
comprehensive [1] 30/3
compulsory [1] 38/6
computer [1] 12/7
computer-aided [1] 12/7
concerning [2] 16/19 42/22
concerns [4] 42/18 42/24 43/1 43/2
concluded [2] 32/21 44/24
Concord [1] 7/8
conduct [1] 20/5
conducted [2] 17/6 17/7 21/13
conference [4] 1/9 20/22 33/13 44/8
conferred [2] 33/13 34/4
conferring [1] 26/25
confidential [1] 19/15
conflicts [1] 43/17
connected [1] 20/16
Connecticut [4] 2/14 2/14 10/22 14/4
connection [2] 20/20 36/6
CONNOLLY [1] 10/12
Conrad [2] 6/20 13/23
consistent [1] 20/17
consolidated [1] 28/15
consolidating [1] 25/11
Constitution [1] 12/4
Consumer [9] 2/8 2/20 3/21 4/9 6/4 6/9 6/15 6/22 8/4
contained [1] 29/13
continue [1] 44/7

**CONTINUED [1]** 3/1 4/1 5/1 6/1 7/1 8/1 9/1 10/1 11/1 12/1
continuing [2] 15/24 29/19
Cooley [2] 10/2 13/20
Cooleygj [1] 10/6
coordinate [1] 22/22
coordinated [1] 21/13
cordial [1] 25/7
Corporation [4] 11/16 11/21 14/22 14/24
correct [4] 30/1 30/8 32/6 45/3
correctly [1] 28/14
correspondence [1] 35/8
could [3] 23/19 27/7 28/25
counsel [9] 17/2 18/13 18/14 18/15 27/11 33/1 36/14 43/16 44/10
couple [5] 15/22 26/13 26/14 26/16 34/6 41/7 41/23
course [7] 16/25 19/3 21/25 25/7 27/8 27/16 35/9
court [9] 1/1 8/10 12/2 12/3 38/14 38/18 39/7 39/11 45/7
Courthouse [1] 12/4
courtroom [1] 44/11
Courts [1] 42/3
COVID [2] 39/10 45/6
COVID-19 [1] 45/6
CRR [2] 45/2 45/11
CRUTCHER [1] 10/22
CT [1] 2/16
ct.gov [1] 2/17
current [1] 28/24
CV [1] 1/4
cyber [1] 42/1

**D**

D.C [10] 1/5 1/15 3/5 10/13 10/23 11/4 11/14 11/18 11/22 12/5
Dakota [2] 8/2 14/13
Dale [2] 3/14 13/10
data [14] 35/8 35/10 37/2 37/2 37/24 38/13 38/14 38/15 38/17 38/21 38/21 38/24 39/3 39/18
date [13] 16/15 19/15 23/8 23/11 25/10 25/10 27/4 27/5 28/17 31/5 33/7 36/17 45/10
dates [9] 15/25 31/21 40/12 40/18 40/20 43/9 43/10 43/11 43/15
David [2] 8/21 14/2
David.mcdowell [1] 8/25
Davis [3] 9/17 10/17 14/18
davispolk.com [1]

day [1] 15/18
days [8] 15/22 19/13 21/8 24/9 31/1 32/14 35/20 39/12
dc.gov [1] 3/6
dcecka [1] 3/18
DE [1] 2/21
deadline [1] 16/19 28/10 31/1
deBlieux [2] 5/8 13/13
Deblieux's [1] 5/13
decide [1] 16/21
Defendant [4] 7/17 10/12 10/15 14/20
defendants [3] 14/21 31/15 32/2
definition [1] 20/17
Delange [2] 4/8 14/7
Delaware [3] 2/19 2/19 14/5
delaware.gov [1] 2/23
delayed [1] 40/16
delays [2] 25/2 25/6
DELORME [1] 11/12
demands [2] 21/15 24/17
Demers [2] 2/14 14/4
Denver [1] 2/11
DEPARTMENT [21] 1/14 2/3 2/8 2/19 5/21 7/17 8/9 9/13 20/18 22/7 26/2 27/18 28/3 33/20 33/22 34/11 34/13 36/17 37/3 43/19 44/15
depict [1] 20/12
deposing [1] 24/9
depositions [1] 24/22
Deputy [2] 3/14 4/20
Des [1] 5/5
describe [1] 37/17
described [5] 20/22 21/11 37/15 40/15 40/17
description [1] 20/24
deserves [1] 22/9
designate [1] 19/14
designated [1] 28/18
desire [1] 39/25
detail [1] 20/14
did [6] 18/15 25/20 31/8 31/23 36/1 41/24
different [4] 17/5 21/12 21/13 25/14
diligent [1] 40/7
diligently [1] 31/18
Dintzer [10] 1/13 13/6 30/21 31/3 31/9 32/16 34/25 37/1 37/13 40/1
Dintzer's [1] 40/15
direction [1] 28/8
disclosure [3] 27/11 42/24 42/25
disclosures [17] 18/4 19/8 20/3 21/1 21/25 22/1 25/22 26/9 27/25 29/7 29/11 29/12 29/14

discovery [10] 15/23 16/12 16/23 17/5 22/10 25/6 26/6 30/16 32/9 44/3
discuss [1] 40/22
discussed [1] 29/4
discussions [2] 28/25 29/2
dispute [2] 16/3 16/11
disputes [1] 44/3
distance [1] 23/16
DISTRICT [7] 1/1 1/1 1/10 3/2 3/4 14/6 42/2
Division [6] 2/20 4/9 5/10 6/9 6/22 8/4
do [25] 19/10 20/1 20/4 22/6 22/22 24/20 25/1 25/5 25/15 25/17 27/8 27/14 27/20 27/25 28/1 28/3 28/13 28/19 34/2 36/8 38/2 41/8 43/8 44/7
do you [1] 34/2
Do you have [1] 20/1
docket [1] 41/24
docketed [1] 30/17
document [3] 35/5 35/7 35/13
documents [33] 17/12 23/6 24/8 25/24 26/10 26/10 26/22 26/23 26/24 27/1 27/3 27/6 31/6 31/6 31/7 31/11 32/19 32/21 34/19 35/4 35/14 36/3 36/9 36/15 38/3 38/5 38/6 38/9 38/11 42/1 42/3 42/4 42/11
does [3] 20/15 31/2 33/9
doesn't [1] 24/15
doing [2] 15/12 40/20
DOJ [14] 18/4 18/9 19/2 19/6 20/5 20/15 20/23 25/25 26/23 26/24 27/1 34/8 34/25 36/1
DOJ's [3] 19/8 20/8 21/1
doj.ca.gov [1] 2/6
doj.nh.gov [1] 7/10
doj.state.or.us [1] 8/12
doj.state.wi.us [1] 10/6
don't [16] 18/6 20/2 21/12 23/25 24/6 24/20 25/2 25/13 27/10 27/24 31/3 34/1 34/18 38/18 39/19 42/9
don't know [1] 20/2
done [9] 19/19 25/12 27/19 29/9 37/10 39/9 39/16 40/7 40/8
doug.davis [1] 9/21
Douglas [2] 9/17 14/18
down [1] 25/3

**E**

ealm [1] 8/7
earlier [2] 23/12 29/9
early [2] 18/24 28/2
earnest [1] 25/11
East [1] 5/4
ECF [1] 42/5
ECM [1] 42/6
Edenton [1] 7/18
efficiency [1] 27/19
efficient [1] 16/2
effort [2] 21/8 21/9
efforts [1] 34/13
either [6] 16/16 23/4 29/11 30/13 39/4 40/24
electronic [2] 16/23 42/7
electronically [1] 42/5
Elin [2] 8/2 14/13
Elisabeth [1] 6/2
Elizabeth [3] 3/2 14/6
elizabeth.arthur [1] 3/6
else [3] 14/3 14/23 44/14
Email [44] 1/16 1/22 2/6 2/12 2/17 2/22 3/6 3/10 3/12 3/18 3/24 4/6 4/12 4/17 5/6 5/13 5/18 5/23 6/6 6/11 6/19 6/24 7/5 7/9 7/15 7/19 8/7 8/11 8/20 8/24 9/6 9/11 9/15 9/21 10/5 10/11 10/14 10/19 10/24 11/5 11/10 11/15 11/19 11/23
emergent [1] 44/3
emphasize [1] 28/19
encompasses [1] 22/24
end [1] 26/16
engaged [1] 20/7
entered [4] 19/6 19/12 21/2 27/17
entities [6] 20/7 20/11 26/5 26/16 26/19 27/12
Erin [2] 4/14 14/8
Eshencopp [1] 4/18
essentially [2] 34/6 34/11
estimation [1] 23/8
et [3] 1/3 13/5 25/12

dozens [1] 19/25
drive [2] 4/4 39/1
drives [1] 39/4
Dropbox [1] 38/20
Dropbox-type [1] 38/20
DuckDuckGo [3] 11/7 11/8 15/2
duckduckgo.com [1] 11/10
due [2] 29/7 42/1
DUNN [1] 10/22
duplicate [1] 34/10
duplicating [1] 34/16
during [1] 45/5
dwarf [1] 36/21

**E**

et al [1]  13/5
et cetera [1]  25/12
event [1]  27/13
every [1]  36/22
everybody [8]  15/12
15/13 15/14 22/21
24/24 25/1 44/2 44/23
everyone [2]  13/2
15/11
everyone's [1]  43/9
everything [1]  23/7
exactly [3]  18/25 39/20
40/7
example [1]  20/6
exceptions [1]  36/11
exchanged [2]  29/8
42/10
excluded [1]  33/4
expect [3]  20/13 26/19
36/20
expectation [6]  28/15
32/2 37/13 37/19 38/10
41/10
expected [1]  37/7
expecting [1]  37/16
expeditious [1]  40/9
explains [1]  20/24
ext [1]  11/14
extending [1]  20/23
extent [3]  20/24 27/16
42/16
extra [1]  24/13

**F**

face [1]  19/11
facing [1]  39/8
fact [4]  20/21 22/6 26/4
28/14
factors [1]  19/11
fair [3]  28/15 29/14
29/18
fairly [2]  29/13 30/2
faith [1]  23/22
fall [1]  42/11
familiar [1]  38/19
far [2]  35/19 35/23
fashion [2]  22/9 40/9
February [1]  23/12
23/17 24/14 24/15
24/19 25/8 27/4 31/25
37/7 37/10 43/13
Feder [2]  7/11 13/25
feel [1]  20/25
few [6]  19/10 23/18
28/22 30/22 35/23 38/8
Fifth [1]  4/23
file [2]  31/25 32/11
filed [5]  15/21 21/9
22/19 42/6 42/8
files [1]  25/12
filing [2]  42/4 42/7
filtered [1]  17/13
final [1]  41/16
finalized [1]  21/24
financial [1]  42/22
finish [1]  38/4
first [3]  30/24 36/23

**F**

Fitbit [2]  36/5 36/6
five [1]  23/16
FL [2]  3/8 3/9
FLOM [1]  11/3
floor [8]  2/21 4/23 5/4
6/18 7/13 8/14 9/19
40/23
Florida [2]  3/7 13/9
focused [1]  19/4
following [1]  43/11
foregoing [1]  45/3
form [1]  16/23
forward [6]  16/25 25/3
27/15 32/13 43/10
43/12
four [3]  22/18 26/5
26/9
Francisco [1]  2/5
Frankfort [1]  4/5
frankly [2]  26/15 36/21
Fraud [1]  2/20
French [1]  2/21
Friday [1]  27/2
front [2]  26/16 27/25
Fulkerson [2]  9/2
13/18
full [1]  18/6
Fuller [1]  6/17
fully [1]  26/19
fundamental [1]  16/11
further [2]  25/20 41/22
future [2]  29/12 41/11

**G**

GA [1]  3/17
Garod [2]  7/7 14/12
Gary [2]  5/15 14/10
Gate [1]  2/4
gather [1]  43/13
gave [1]  31/15
gdllaw.com [1]  11/15
General [33]  1/18 1/19
2/15 3/3 3/8 3/14 3/15
3/20 4/3 4/9 4/15 4/20
4/21 5/8 5/9 5/16 5/21
6/3 6/8 6/16 6/21 7/3
7/7 8/3 8/14 8/22 9/3
9/13 9/17 10/3 21/18
24/11 28/4
GENERAL'S [5]  5/3
7/12 8/18 9/8 10/8
GENERAL/IL [1]  4/15
GENERAL/KS [1]  3/20
GENERAL/MO [1]  6/8
GENERAL/MS [1]  6/3
GENERAL/ND [1]  8/3
GENERAL/NE [1]  6/21
GENERAL/NH [1]  7/7
GENERAL/VA [1]  9/13
generation [1]  20/15
Gentry [1]  3/2
Georgia [3]  3/14 3/16
13/10
get [15]  16/10 19/18
24/3 24/10 27/5 28/1
30/16 32/14 38/8 39/15
39/21 39/22 39/25

**G**

getting [3]  36/23 40/1
ghonick [1]  5/18
GIBSON [1]  10/22
gibsondunn.com [1]
10/24
gigabytes [1]  38/15
give [6]  19/12 22/8
24/13 38/14 39/5 39/16
given [3]  20/21 22/10
37/8
go [8]  18/12 18/13
20/14 21/18 34/3 39/9
39/11 39/13
go ahead [3]  18/12
18/13 34/3
goal [2]  24/3 24/21
28/2
goes [3]  20/5 28/23
42/14
going [16]  22/2 22/15
23/4 23/10 23/25 24/8
24/14 32/22 34/10
34/17 34/19 39/5 39/16
40/1 40/11 40/13
Golden [1]  2/4
good [9]  13/2 13/3
15/14 20/23 23/22 31/4
33/10 34/20 43/7
Good morning [3]
13/2 13/3 33/10
GOOGLE [35]  1/6 13/5
14/20 15/17 15/19 16/4
17/4 18/1 19/1 22/5
22/8 22/9 23/5 24/7
25/3 27/11 28/1 28/11
28/25 29/17 30/11
30/12 30/18 30/22 33/6
33/6 33/13 34/5 34/9
36/5 40/23 41/5 43/4
43/22 44/17
HERRINGTON [1]
11/17
Hi [1]  13/2
High [1]  6/4
highly [4]  19/15 41/25
42/3 42/11
holdings [1]  42/23
holidays [1]  15/13
Honick [2]  5/15 14/10
Honor [49]
Honor's [1]  28/22
HONORABLE [1]  1/10
hope [6]  15/12 15/12
29/3 31/24 39/2 40/8
hopefully [6]  24/25
28/6 39/3 39/6 39/17
44/8
hoping [2]  18/24 23/13
housekeeping [2]  41/8
41/23
how [4]  19/21 23/21
25/13 37/24
hugely [1]  35/5
hundred [2]  26/13
26/21

**H**

had [7]  15/12 33/3 34/7
39/19 41/7 42/23 42/24
half [1]  23/16

**I**

I apologize [1]  18/17
I believe [2]  23/15 26/1
I can [4]  26/7 39/24

Hampshire [1]  7/7
14/12
handful [1]  19/25
Hang [1]  21/6
happens [1]  40/15
hard [4]  27/9 39/1 39/4
39/4
Harrisburg [1]  8/15
Hart [2]  6/2 13/14
hart.martin [1]  6/6
Hartford [1]  2/16
Hartner [2]  8/17 13/17
has [57]  19/6 22/10
26/24 27/8 27/14 28/21
32/12 32/13 32/13 34/1
36/5 36/8 37/3 37/21
39/15 40/7 42/2 42/25
42/25
have [57]
haven't [2]  20/3 39/13
having [2]  27/24 29/2
36/15
healthy [1]  15/14
hear [1]  32/11
heard [4]  26/4 31/12
37/15 37/17
hearing [1]  15/15
41/22 45/5
hearings [6]  41/12
43/12 44/1 44/5 44/7
44/9
heart [1]  27/13
held [1]  28/4
Helena [1]  6/18
Henry [2]  9/12 14/17
here [9]  15/15 19/11
24/3 24/11 24/21 28/2
36/14 41/12 41/17

**I**

et cetera [1]  25/12
I did [1]  41/24
I don't [2]  23/25 27/10
I don't have [2]  18/6
27/24
I don't know [1]  25/13
I don't think [2]  24/20
34/18
I guess [4]  18/2 28/10
28/11 34/1
I have [4]  17/2 30/22
41/17 41/19
I hope [2]  15/12 15/12
I just [4]  24/6 25/9 27/7
35/12
I know [1]  41/8
I mean [3]  22/16 24/1
41/12
I realized [1]  35/2
I say [1]  21/2
I think [7]  16/24 17/2
32/10 35/9 37/17 40/6
40/13
I thought [1]  37/15
I understand [2]  28/13
35/5
I want [1]  35/6
I wanted [4]  35/3 40/22
42/13 43/8
I was [1]  18/24
I will [2]  26/7 27/10
I'll [4]  24/13 30/15
30/23 40/18
I'm [8]  17/24 31/9 31/9
32/11 34/24 37/24
40/11 40/19
I'm not [1]  40/11
I'm not sure [1]  37/24
I'm sorry [3]  17/24
31/9 34/24
I've [4]  15/21 22/14
23/24 28/3
IA [1]  5/5
ID [1]  4/11
Idaho [3]  4/8 4/9 14/7
identical [1]  20/18
identified [10]  25/23
26/1 26/1 26/2 26/8
26/20 36/2 37/21 40/3
40/13
IL [2]  4/15 4/16
Illinois [2]  4/14 14/8
imagine [3]  20/1 37/25
42/12
implementation [1]
23/19
implicated [1]  42/16
importance [1]  19/11
inauguration [1]  39/15
Inc [7]  10/21 11/2 11/7
11/8 15/3 15/5 15/9
includes [3]  19/1 20/9
37/23
including [2]  16/1 40/2
increase [1]  27/18
indeed [2]  36/3 36/20
independent [1]  42/8
Indiana [4]  4/19 4/21

**I**

**Indiana... [2]** 4/22
13/11
**Indianapolis [1]** 4/24
**information [3]** 29/13
29/21 34/7
**initial [17]** 18/4 19/8
20/3 21/1 21/24 22/1
24/16 25/22 26/9 27/11
29/6 29/14 29/17 29/20
30/24 33/15 36/18
**instructions [1]** 32/18
**intention [1]** 38/4
**interrupt [3]** 19/17
19/20 31/10
**interrupted [1]** 25/19
**Interstate [1]** 8/5
**intervene [1]** 40/18
**introduction [1]** 15/10
**investigating [1]** 29/19
**investigation [7]** 16/20
17/13 19/3 19/14 21/25
33/17 36/7
**investigations [4]** 17/7
17/11 21/14 25/14
**investigative [10]** 16/5
16/15 17/3 21/15 24/16
30/25 31/24 32/11 33/5
33/8
**involve [2]** 17/11 42/4
**involved [1]** 20/11
**involving [1]** 20/15
**Iowa [3]** 5/2 5/3 13/24
**is [91]**
**is there [2]** 16/13 30/12
44/13
**isn't [1]** 29/24
**issue [8]** 16/10 16/19
16/21 23/6 25/20 28/9
32/23 42/18
**issued [3]** 21/14 41/25
42/22
**issues [12]** 16/8 16/16
20/12 20/16 28/24
37/20 39/19 39/20
40/24 41/8 41/17 44/4
**Istrail [2]** 3/8 13/8
**it [38]** 16/6 18/2 18/5
18/7 18/7 18/23 18/24
19/12 20/24 20/24
21/21 22/9 22/24 24/15
27/19 28/5 28/6 28/14
29/9 29/11 29/23 30/6
30/23 32/10 32/13
37/20 37/22 38/2 38/4
38/10 38/16 38/19 39/2
39/15 39/25 40/9 42/12
42/25
**it's [15]** 15/14 19/4
20/1 21/8 23/7 23/10
29/24 30/3 37/25 38/14
38/19 40/12 40/25
41/10 41/13
**its [2]** 33/4 33/20

**J**

**Jackson [1]** 6/5
**James [2]** 11/11 15/6

January [1] 29/24
31/1 33/18 38/4 38/12
45/10
**January 27th [1]** 29/3
**jds [1]** 11/15
**Jean [1]** 10/2
**Jefferson [1]** 4/10
**JEFS [1]** 38/18
**Jessica [2]** 7/16 14/1
**John [3]** 10/12 14/20
18/1
**John Schmidtlein [1]**
18/1
**Johnathan [1]** 1/18
**johnathan.carter [1]**
1/22
**joining [1]** 16/1
**Joint [1]** 28/18
**jon.sallet [2]** 2/12
**Jonathan [5]** 2/7 13/7
13/22 13/23 16/17
**Joseph [3]** 6/20 11/2
15/8
**Joseph.conrad [1]**
6/24
**Joseph.rancour [1]**
11/6
**jschmidtlein [1]** 10/14
**jsutton2 [1]** 7/19
**JUDGE [1]** 1/10
**Judicial [1]** 2/10
**July [1]** 33/16
**just [25]** 16/7 16/11
17/2 18/2 23/4 23/25
24/6 25/9 27/7 27/12
29/24 32/4 32/17 35/1
35/12 37/1 39/7 40/15
41/7 41/14 41/23 43/9
44/2 44/4 44/12
**JUSTICE [18]** 1/14 2/3
2/19 7/17 8/9 20/13
22/7 26/3 27/18 28/3
33/20 33/22 34/12
34/14 36/17 37/3 43/19
44/15
**Justice's [1]** 20/18
**Justin [2]** 4/2 13/12
**Justin Clark [1]** 13/12
**justin.clark [1]** 4/6

**K**

**Kansas [3]** 3/19 6/10
14/9
**keeping [1]** 27/14
**Ken [3]** 8/8 14/14 34/25
**Ken.Nord [1]** 8/12
**Kendrick [1]** 10/9
**Kenneth [2]** 1/13 13/6
**kenneth.dintzer2 [1]**
1/16
**Kentucky [4]** 4/2 4/4
4/5 13/12
**kept [1]** 42/6
**Kimberley [2]** 6/7
13/15
**kimberley.biagioli [1]**
**kind [2]** 25/6 29/24

19/8 19/10 19/24 20/2
20/4 20/14 20/25 21/3
21/12 21/18 22/14
22/21 22/24 23/18
24/10 24/16 24/18
24/21 25/9 25/13 25/14
26/5 27/24 29/15 34/1
35/23 36/7 36/19 38/18
40/11 40/16 41/8 42/9
42/9 44/2 44/4 44/5
**knows [1]** 23/1
**KS [2]** 3/20 3/23
**ky.gov [1]** 4/6

**L**

**Lake [1]** 9/10
**landscape [1]** 21/11
**Lansing [1]** 5/22
**large [4]** 36/20 37/16
38/1 38/24
**last [7]** 18/4 20/22
25/22 26/11 27/2 33/12
43/8
**late [1]** 19/15
**later [1]** 33/19
**LAW [1]** 2/8
**law.georgia.gov [1]**
3/18
**least [5]** 37/15 39/3
39/5 39/17 44/10
**leave [1]** 28/5
**Lee [2]** 3/8 13/8
**Lee.Istrail [1]** 3/12
**let [6]** 29/10 35/18 38/2
40/23 41/14 44/4
**let's [4]** 15/19 16/10
29/6 30/21
**Lexington [1]** 10/17
**liability [1]** 20/9
**Liberty [1]** 7/11
**like [10]** 16/6 17/12
20/16 20/25 23/17
24/18 29/23 37/9 39/25
41/12
**likely [3]** 20/20 37/25
37/25
**limit [1]** 39/10
**limitations [1]** 45/7
**limited [1]** 18/20
**Lincoln [1]** 6/23
**line [2]** 24/11 41/9
**litigation [1]** 18/25
**little [4]** 1/21 24/13
25/12 36/8
**LLC [7]** 1/6 10/16
11/11 13/5 14/20 14/22
15/7
**LLP [6]** 10/12 10/17
10/22 11/3 11/17 11/21
**load [2]** 39/1 39/2
**local [2]** 20/8 44/11
**lock [1]** 43/16
**locked [1]** 43/10
**longer [1]** 37/7
**look [4]** 24/7 27/22
39/24 44/9
**lose [1]** 18/15

**Louisiana [4]** 5/8 5/10
5/12 13/13
**LUCHS [1]** 11/12
**Lynch [3]** 10/16 10/20
14/21
**Lynette [2]** 3/19 14/9
**Lynette.bakker [1]**
3/24

**M**

**made [6]** 21/8 21/9
26/17 32/12 34/13
39/15
**Madison [1]** 10/4
**Main [1]** 10/4
**maintain [1]** 28/23
**majority [4]** 18/5 18/8
19/2 26/12
**make [6]** 27/7 29/3
31/20 34/15 35/3 40/21
**management [9]** 15/25
16/8 16/9 16/13 21/17
28/13 33/3 33/12 33/23
**many [5]** 19/21 20/1
25/13 36/2 37/24
**March [9]** 16/2 17/21
19/15 19/16 22/15 23/3
23/11 23/15 43/14
**March 15th [1]** 22/15
**Marden [2]** 8/13 14/15
**Mark [2]** 6/13 13/16
**market [1]** 20/17
**Martin [2]** 6/2 13/14
**Maryland [3]** 5/15 5/16
14/10
**material [23]** 16/5
16/15 17/3 17/8 21/17
21/19 22/9 23/6 24/10
24/16 26/15 30/25 33/5
33/8 34/2 36/21 37/5
37/9 37/14 40/2 40/8
42/9 42/16
**materials [19]** 16/20
17/15 17/16 18/3 18/6
18/8 18/9 19/1 19/4
19/14 21/10 22/1 22/7
26/20 31/19 33/17
34/10 34/18 35/23
**math [1]** 23/13
**matter [6]** 15/16 15/17
21/7 33/6 36/8 45/4
**matters [1]** 41/23
**Matthew [2]** 4/19 13/11
**Matthew Michaloski**
**[1]** 13/11
**Matthew.Michaloski**
**[1]** 4/25
**Mattioli [2]** 6/13 13/16
**Max [2]** 5/2 13/24
**Max.Miller [1]** 5/6
**may [4]** 19/1 20/11
20/25 27/18
**maybe [1]** 44/10
**McDowell [2]** 8/21 14/2
**MD [1]** 5/17
**me [14]** 16/7 17/6
22/15 23/8 27/25 28/12

38/10 30/11 34/7 35/18
38/2 40/23 41/14 42/23
**MEAGHER [1]** 11/3
**mean [6]** 19/21 21/18
22/16 24/1 28/20 41/12
**means [2]** 27/19 39/12
**mechanical [1]** 12/7
**mechanisms [1]** 17/16
**Media [2]** 10/16 14/22
**medium [1]** 39/4
**meeting [1]** 26/25
**megan [3]** 11/7 11/10
15/2
**MEHTA [1]** 1/10
**merger [1]** 36/6
**Merit [1]** 12/2
**met [2]** 33/13 34/14
**MI [1]** 5/22
**Michael [2]** 2/19 14/5
**Michael.undorf [1]**
2/23
**Michaloski [2]** 4/19
13/11
**Michelle [2]** 7/2 14/11
**Michigan [3]** 5/20 5/20
13/21
**michigan.gov [1]** 5/23
**Microsoft [7]** 11/16
14/23 36/16 36/21
37/14 37/23 38/8
**Microsoft's [1]** 36/24
**mid [1]** 17/21
**might [1]** 35/2
**Miller [8]** 2/2 5/2 13/9
13/24 33/11 33/25 34/3
34/21
**million [1]** 26/22
**minimal [1]** 18/3
**minutes [1]** 28/22
**Mississippi [2]** 6/2
13/14
**Missouri [2]** 6/7 13/15
**mmattioli [1]** 6/19
**mnewman [1]** 7/5
**MO [2]** 6/8 6/10
**modification [1]** 28/13
**modifications [1]** 16/8
**Moines [1]** 5/5
**moment [1]** 41/14
**Montana [3]** 6/13 6/16
13/16
**months [2]** 22/18
43/12
**more [15]** 18/20 19/9
21/17 23/6 23/6 23/6
23/6 27/8 27/19 37/10
39/15 39/25 40/2 44/3
44/9
**Morgan [2]** 7/11 13/25
**morgan.feder [1]** 7/15
**morning [9]** 13/2 13/3
15/14 16/14 31/4 33/10
40/25 40/25 44/14
**most [4]** 16/25 35/9
35/24 36/12
**move [2]** 27/15 40/12
**moving [4]** 25/3 28/8
43/10 43/12

**M**

Mr [1]  19/17
**Mr. [33]**  19/20 21/6
21/7 22/13 23/24 25/16
25/19 26/4 27/23 29/8
29/23 30/6 30/21 30/22
31/3 31/9 32/16 32/16
32/25 33/1 33/25 34/3
34/21 34/22 35/1 35/18
37/1 37/13 37/21 39/24
40/1 40/15 41/21
**Mr. Dintzer [7]**  30/21
31/3 31/9 32/16 37/1
37/13 40/1
**Mr. Dintzer's [1]**  40/15
**Mr. Miller [1]**  33/25
34/3 34/21
**Mr. Parker [1]**  41/21
**Mr. Sallet [7]**  19/20
21/7 22/13 23/24 26/4
27/23 29/23
**Mr. Schmidtlein [14]**
21/6 25/16 25/19 29/8
30/6 30/22 32/16 32/25
33/1 34/22 35/1 35/18
37/21 39/24
**MS [2]**  6/3 6/5
**MT [1]**  6/18
mt.gov [1]  6/19
**much [9]**  19/15 23/21
25/25 28/1 36/1 36/9
36/10 37/10 44/21
**multiple [2]**  17/17
17/18
**my [8]**  15/18 18/19
23/13 23/14 40/6 41/10
41/17 42/22
myfloridalegal.com [2]
3/11 3/12
**myself [1]**  33/3

**N**

name [2]  26/7 26/7
**Naoum [2]**  5/3 16/1
**naoumw1 [1]**  5/23
**Nashville [1]**  8/23
**NBCUniversal [2]**
10/16 14/22
**NC [1]**  7/18
ncdoj.gov [1]  7/19
**ND [2]**  8/3 8/6
**nd.gov [1]**  8/7
**NE [5]**  6/21 6/23 8/10
near [1]  29/12
**nearly [2]**  27/5 34/5
**Nebraska [2]**  6/20
13/23
nebraska.gov [1]  6/24
**necessary [1]**  17/20
**need [8]**  16/13 16/14
16/21 23/7 28/1 39/25
41/11 42/5
**needs [2]**  25/11 37/6
**negotiate [1]**  33/7
**Nevada [2]**  7/7 14/6
**new [12]**  7/7 7/11 7/12
7/14 10/18 11/4 13/25
14/12 29/21 42/13

New York [1]  13/25
**Newman [2]**  7/2 14/11
**next [6]**  20/15 28/10
32/14 35/20 43/12
43/25
next-generation [1]
20/15
**NH [2]**  7/7 7/8
**nice [1]**  15/13
**Nickelsburg [2]**  11/21
14/25
**Nicole [2]**  2/14 14/4
nicole.demers [1]  2/17
**night [2]**  18/5 25/22
**no [6]**  1/4 32/8 33/19
37/2 42/20 43/2
**nobody [2]**  22/25
42/25
**Non [12]**  10/21 11/2
11/7 11/11 11/16 11/20
14/23 14/25 15/2 15/4
15/6 15/8
Non-Party [12]  10/21
11/2 11/7 11/11 11/16
11/20 14/23 14/25 15/2
15/4 15/6 15/8
**none [5]**  20/9 43/4 43/6
44/17 44/18
**Nord [2]**  8/8 14/14
**Norman [2]**  8/13 14/15
**North [9]**  5/11 7/4 7/16
7/17 8/2 9/9 9/14 14/1
14/13
North Carolina [1]
14/1
**not [40]**  19/3 19/5 19/6
19/7 19/7 20/13 20/18
21/1 21/13 22/5 22/15
23/10 23/21 23/25 24/8
25/5 26/7 26/24 28/19
29/24 31/6 32/17 32/19
32/22 34/9 34/17 35/10
35/11 36/1 36/15 37/24
40/11 41/10 41/13 42/4
42/6 42/14 42/19 42/25
44/15
**notable [3]**  36/11 36/13
36/25
**note [2]**  33/3 45/5
notes [1]  27/11
**nothing [9]**  30/18
30/19 36/8 36/12 41/2
41/4 41/19 41/19 41/22
**notice [1]**  42/22
**now [8]**  19/5 20/14
22/5 23/15 28/15 31/6
33/21 40/19
**number [4]**  20/25
25/25 39/10 41/9
numbers [1]  27/10
**NV [1]**  7/4
**NW [9]**  1/14 3/4 10/13
10/22 11/4 11/13 11/18
11/22 12/4
**NY [2]**  7/14 10/18

oag.state.md.us [1]
5/18
oag.state.va.us [1]
9/15
oag.texas.gov [1]  9/6
**object [1]**  32/21
**obligation [1]**  29/20
**obtain [1]**  36/1
**obviously [6]**  15/21
17/4 24/15 30/15 32/8
34/17
**occurred [1]**  45/5
**off [3]**  22/1 23/18 25/15
**office [33]**  1/19 2/15
3/3 3/15 3/20 4/3 4/8
4/15 4/20 5/3 5/9 5/15
6/3 6/8 6/14 6/15 6/21
7/3 7/7 7/12 8/3 8/14
8/18 8/22 9/3 9/8 9/13
9/17 10/3 10/8 39/9
39/11 42/2
**Official [1]**  12/3
**often [1]**  30/2
**okay [33]**  15/10 15/15
17/1 17/22 18/10 18/18
21/4 24/2 25/3 27/21
29/5 29/22 30/5 30/9
30/20 31/14 31/22 32/3
32/8 32/15 32/24 33/24
34/20 35/16 37/12
39/23 40/22 41/6 41/22
43/7 43/22 43/24 44/20
**once [2]**  27/16 39/21
**one [17]**  16/10 18/20
19/1 19/11 21/6 21/17
26/9 26/11 26/21 27/7
28/7 28/7 29/24 39/3
39/5 39/17 41/24
**ones [2]**  39/2 39/17
**only [4]**  16/20 26/16
39/8 42/15
**open [2]**  30/23 40/23
**operate [1]**  23/14
**Oracle [2]**  11/21 15/1
**order [22]**  15/23 15/24
15/25 16/9 16/12 16/13
16/13 16/22 19/6 19/12
19/13 21/2 25/7 27/17
28/13 30/15 30/16 33/4
33/23 40/3 41/25 42/14
**ordered [1]**  27/8
**orders [2]**  16/12 16/23
**Oregon [3]**  8/8 8/9
14/14
**ORRICK [1]**  11/17
orrick.com [1]  11/19
**other [14]**  16/6 16/14
16/16 19/24 20/8 21/11
25/23 26/12 33/22
34/18 36/22 36/24 38/9
40/24
**otherwise [2]**  37/3
44/4
**Ottawa [1]**  5/21
**ought [3]**  24/16 24/18
40/4
**our [23]**  20/17 20/22

27/19 28/18 29/20
31/16 32/22 32/5 33/15
33/17 33/19 34/5 38/4
38/10 38/16 39/2 39/11
42/2 42/7 43/25
**out [8]**  21/19 23/4
23/16 24/19 34/5 34/6
38/10 38/10
**outside [1]**  42/8
**over [3]**  37/6 40/9
43/12
**overwhelming [2]**  18/5
18/7
**own [2]**  17/7 21/14

**P**

**P.C [1]**  11/12
**P.O [5]**  4/11 6/17 8/18
8/23 9/18
**PA [2]**  8/15 11/9
**pages [9]**  26/10 26/10
26/11 26/12 26/13
26/14 26/22 31/6 36/23
**Palmer [2]**  3/7 13/8
**pandemic [1]**  45/6
**Paoli [2]**  11/8 11/9
**paper [1]**  36/16
**paragraph [2]**  32/10
38/7
**Parker [4]**  10/21 15/4
41/18 41/21
**part [2]**  17/19 39/18
**parties [38]**  15/21 16/2
17/17 17/17 19/4 19/13
19/18 19/21 19/22 19/22
20/19 21/1 30/23 31/7
31/12 31/13 34/14 35/4
35/7 35/10 35/15 35/24
36/2 36/12 36/25 37/4
38/5 38/17 38/21 41/9
41/11 41/15 41/23
42/10 42/13 42/15
42/15 42/23 43/16
**parties' [1]**  38/13
**party [17]**  10/15 10/21
11/2 11/7 11/11 11/16
11/20 14/21 14/23
14/25 15/2 15/4 15/6
15/8 25/24 36/22 38/11
**past [2]**  31/1 39/12
**Paul [1]**  5/17
**pause [1]**  41/14
**Pennsylvania [2]**  8/13
14/16
**people [4]**  20/7 39/9
39/10 39/13
**Pepper [1]**  6/2
**perhaps [1]**  40/17
**person [1]**  44/9
**perspective [1]**  40/6
**Petitioner [9]**  10/21
11/2 11/11 14/23 14/25
15/2 15/4 15/6 15/8
**phone [2]**  18/19 36/14
**picked [1]**  20/13
**piece [1]**  36/16
**Pike [1]**  11/8

**Pinnock [2]**  9/8 14/3
**PI [1]**  3/9
**PI-01 [1]**  3/9
**place [3]**  5/17 22/11
28/21
**Plaintiff [34]**  1/13 1/17
2/2 2/7 2/13 2/18 3/2
3/7 3/13 3/19 4/2 4/7
4/14 4/19 5/2 5/7 5/14
5/19 6/2 6/7 6/13 6/20
7/2 7/6 7/11 7/16 8/2
8/8 8/16 8/21 9/2 9/7
10/2 10/7
plaintiffs [2]  1/4 33/23
**plan [1]**  38/10
**platform [2]**  38/18
38/20
**players [1]**  38/9
**pleadings [1]**  16/1
**Please [1]**  45/5
**pleased [1]**  32/11
**plenty [1]**  20/9
**point [4]**  21/18 24/25
40/11 41/16
pointed [1]  34/5
**policies [1]**  42/3
**policy [1]**  42/17
**POLK [1]**  10/17
**position [3]**  19/8 24/7
24/18
**possible [7]**  22/6 22/14
22/23 24/4 28/2 40/10
44/12
**possibly [1]**  44/9
**posted [1]**  41/24
**posture [1]**  28/15
**practical [2]**  19/11 21/7
**press [1]**  26/25
**privileged [1]**  34/18
**probably [1]**  35/9
**problem [2]**  18/21
18/23
**procedural [1]**  15/24
**procedure [4]**  16/12
30/16 32/20 42/14
**proceedings [4]**  1/9
12/7 44/24 45/4
**process [6]**  21/16
21/22 22/2 31/2 31/19
38/25
**produce [5]**  21/21 27/9
34/17 38/17 38/20
**produced [32]**  12/7
18/9 19/7 23/22 26/9
26/10 26/11 26/11
26/13 26/15 26/20
26/23 26/24 27/4 27/9
31/5 34/8 35/4 35/6
35/7 35/11 35/12 35/14
36/4 36/4 36/6 36/15
36/16 36/21 37/20
38/14 39/22
**producing [6]**  16/4
24/14 27/2 27/18 33/5
38/5
**production [30]**  16/15
16/20 17/20 22/4 23/4
23/20 23/23 24/19 25/2

**P**

**production... [21]** 25/8 25/10 26/18 27/1 28/6 30/24 31/16 31/17 32/5 32/11 32/13 33/7 33/16 33/19 33/21 34/10 36/24 37/16 38/11 39/18 40/14
**productions [12]** 27/15 31/20 31/21 35/22 35/24 36/22 37/10 37/18 38/24 39/3 40/4 40/21
**progress [2]** 29/3 29/25
**promising [1]** 40/21
**propose [2]** 43/11 43/13
**proposing [1]** 28/12
**Protection [10]** 2/8 2/20 3/21 4/9 5/10 6/4 6/9 6/15 6/22 8/4
**protective [8]** 15/23 16/12 16/22 19/6 19/12 21/2 27/16 30/15
**provide [2]** 22/8 29/1
**provided [2]** 29/24 32/20
**providers [1]** 20/6
**Public [1]** 5/10
**push [1]** 23/3
**put [4]** 16/22 22/10 23/5 28/21

**Q**

**Quarrier [1]** 9/19
**question [2]** 17/3 17/10
**questions [1]** 42/18
**quick [1]** 17/2
**quickly [6]** 27/4 27/20 29/3 37/6 37/10 40/9
**quite [5]** 22/25 35/23 35/25 37/25 40/1

**R**

**raise [6]** 16/16 30/14 40/25 41/16 41/19 44/14
**raised [1]** 17/15
**Raleigh [1]** 7/18
**Ralph [1]** 2/9
**Rancour [2]** 11/2 15/8
**Randolph [1]** 4/16
**range [1]** 26/21
**ranges [1]** 26/8
**rather [1]** 42/5
**Ray [2]** 11/16 14/23
**re [1]** 34/16
**re-duplicating [1]** 34/16
**reached [1]** 33/13
**reactions [1]** 35/19
**readily [1]** 24/17
**reading [1]** 39/14
**realistic [1]** 23/8
**realized [1]** 35/2
**realm [2]** 22/6 22/13

**reason [3]** 17/19 22/4 22/16
**Rebecca [2]** 8/17 13/17
**receipt [1]** 19/13
**receive [1]** 42/10
**received [12]** 17/8 17/12 17/17 17/18 25/22 34/11 35/19 35/22 36/12 36/15 37/2 38/5
**receiving [1]** 35/20
**recent [1]** 41/25
**recognize [1]** 27/10
**record [2]** 35/3 45/3
**recorded [1]** 12/7
**Recovery [1]** 8/9
**refer [1]** 26/4
**reflects [1]** 28/14
**regarding [1]** 41/25
**Registered [1]** 12/2
**relatively [1]** 40/3
**relying [1]** 25/24
**remaining [1]** 16/3
**remind [1]** 44/2
**remotely [2]** 26/17 45/7
**Report [2]** 28/18 29/2
**REPORTER [5]** 8/22 12/2 12/2 12/3 12/3
**reporting [1]** 45/7
**represented [2]** 32/2 34/9 44/18
**representing [1]** 23/21
**requested [3]** 16/7 29/1 34/7
**requests [2]** 17/11 38/6
**require [1]** 38/25
**required [1]** 41/13
**resolve [2]** 16/14 39/21
**resolved [1]** 39/21
**resources [1]** 24/12
**rest [1]** 31/16
**restrictions [1]** 39/10
**reviewed [1]** 15/21
**revisions [1]** 28/20
**rhartner [1]** 8/20
**Rich [1]** 41/18
**Richard [2]** 10/21 15/4
**Richmond [1]** 9/14
**right [18]** 18/25 19/2 22/12 28/8 28/9 30/10 30/21 32/7 32/25 34/21 34/22 35/17 41/7 42/21 43/8 43/25 44/13 44/21
**RMR [2]** 45/2 45/11
**Rock [1]** 1/21
**roll [1]** 23/4
**rolling [2]** 24/19 33/16
**Room [1]** 12/5
**Rouge [1]** 5/11
**roughly [3]** 23/14 23/15 36/3
**round [1]** 29/24
**rparker [1]** 10/24
**Rule [1]** 33/15
**Rule 26 [1]** 33/15

**S**

**S.W [1]** 3/22
**SA360 [1]** 20/12
**Sadowski [2]** 11/11 15/6
**safe [5]** 15/13 15/13 44/21
**said [6]** 24/21 27/14 28/2 31/11 35/3 37/5
**Salem [1]** 8/10
**Sallet [11]** 2/7 13/22 16/17 19/17 19/20 21/7 22/13 23/24 26/4 27/23 29/23
**Salt [1]** 9/10
**same [7]** 18/8 24/25 25/1 28/3 28/4 30/6 33/21
**San [1]** 2/5
**satisfied [1]** 40/19
**say [5]** 21/2 27/10 31/12 37/15 41/10
**saying [2]** 24/7 31/23
**SC [1]** 8/19
**scag.gov [1]** 8/20
**schedule [8]** 22/10 25/6 27/14 28/21 28/24 32/13 33/14 33/22
**Schmidtlein [17]** 10/12 14/20 18/1 21/6 25/16 25/19 29/8 30/6 30/22 32/16 32/25 33/1 34/22 35/1 35/18 37/21 39/24
**scope [1]** 17/5
**Scott [1]** 13/8
**scott.palmer [1]** 3/11
**search [4]** 20/7 20/12 20/15 26/5
**search-advertising [1]** 20/12
**second [3]** 21/6 31/8 40/16
**Secondly [1]** 20/11
**Section [2]** 2/8 8/9
**secured [1]** 38/19
**see [4]** 15/16 18/3 37/9 44/12
**seeking [1]** 28/20 37/9
**seems [1]** 16/6
**seen [1]** 19/6 20/3
**sense [2]** 20/1 38/14
**sensitive [3]** 42/1 42/3 42/11
**sent [2]** 29/17 34/6
**sentiments [1]** 27/22
**separate [9]** 17/7 17/10 17/11 17/14 17/15 17/16 32/9 33/7 42/6
**seriously [1]** 29/20
**served [1]** 33/15
**service [1]** 20/8
**set [3]** 30/25 32/13 40/18
**several [2]** 36/11 36/24
**Shencopp [1]** 4/14 14/8

**should [5]** 26/15 27/3 27/5 29/7 42/17
**side [5]** 16/16 29/11 30/13 38/13 40/24
**sides [1]** 40/24
**sign [1]** 30/15
**significant [1]** 31/20
**simply [1]** 29/24
**since [1]** 21/8
**single [1]** 36/16
**siphoned [1]** 17/9
**sir [2]** 24/5 30/4
**sister [1]** 28/23
**sit [2]** 24/24 25/1
**six [1]** 31/1
**SKADDEN [1]** 11/3
**skadden.com [1]** 11/6
**SLATE [1]** 11/3
**slow [1]** 25/3
**small [2]** 24/10 35/25
**smaller [3]** 25/25 36/10 40/17
**so [62]**
**some [16]** 15/25 20/7 21/18 22/25 23/1 35/8 35/9 35/10 39/4 39/16 39/19 40/2 40/4 40/18 42/12 43/9
**something [4]** 23/11 23/17 28/12 39/8
**soon [1]** 40/4
**sooner [2]** 25/15 39/25
**sorry [5]** 17/24 18/11 31/9 31/9 34/24
**sort [8]** 15/15 15/18 16/11 17/8 17/9 21/9 29/14 38/19
**sounds [2]** 29/23 39/25
**sources [1]** 25/24
**South [4]** 4/22 8/17 8/17 13/17
**specialized [2]** 20/6 20/7
**specific [1]** 19/9
**specifically [2]** 26/19
**spoke [1]** 34/4
**spring [1]** 44/10
**Square [2]** 3/16 8/15
**St [9]** 2/21 4/10 4/16 5/11 5/17 5/21 8/10 10/4 10/13
**Stacie [2]** 5/8 13/13
**stages [1]** 33/9
**stand [3]** 15/16 31/2 33/9
**standard [1]** 28/4
**standing [2]** 41/25 42/14
**start [11]** 15/18 15/20 23/10 23/23 24/9 24/14 24/18 24/22 28/5 28/7 31/3
**starting [3]** 18/3 23/4 33/17
**state [84]**
**states [23]** 1/1 1/3 1/10 1/13 13/4 13/6 16/3

**States' [2]** 17/13 22/25
**status [12]** 1/9 15/15 20/22 21/22 21/24 28/18 29/2 41/11 43/12 43/25 44/5 44/7
**Ste [2]** 2/16 3/22
**stenography [1]** 12/7
**Stephen [1]** 11/21 14/25
**Steve.nickelsburg [1]** 11/24
**still [3]** 24/7 36/23 40/25
**stipulated [2]** 15/23 16/12
**Strawberry [1]** 8/15
**Street [17]** 1/14 1/20 3/4 4/23 5/4 6/4 6/9 7/4 7/8 7/13 7/18 9/9 9/14 9/19 11/13 11/18 11/22
**stuff [4]** 24/14 34/11 39/1 39/16
**subject [2]** 19/3 45/6
**subpoenas [5]** 21/14 24/17 34/5 34/6 34/7
**subscribe [1]** 25/5
**subsequent [2]** 31/17 31/21
**substantial [2]** 26/18 27/8
**such [2]** 24/17 42/4
**suggest [1]** 28/20
**suggested [1]** 22/8
**suggests [1]** 22/5
**Suite [9]** 1/20 2/4 2/11 4/5 4/10 6/10 8/5 9/9 11/13
**supplement [1]** 29/20
**supplemental [1]** 29/1
**supplementing [1]** 29/12
**sure [5]** 21/3 23/9 34/15 35/3 37/24
**SUTCLIFFE [1]** 11/17
**Sutton [2]** 7/16 14/1
**SW [1]** 3/16
**system [1]** 42/7

**T**

**table [2]** 24/25 25/1
**take [7]** 27/13 29/9 29/20 30/6 38/22 42/25 44/5
**talk [3]** 20/20 29/6 34/13
**talked [1]** 28/9
**talking [4]** 19/25 19/25 24/22 25/14
**Tallahassee [1]** 3/9
**Talmage [1]** 4/8
**Tara [2]** 9/8 14/3
**tech [3]** 18/22 39/19 39/20
**technological [1]** 45/7

**T**

TELECONFERENCE
[1] 1/9
telephone [1] 44/8
telephones [1] 23/14
tell [4] 17/6 22/14 26/7 26/18
ten [1] 23/15
Tennessee [2] 8/21 14/2
term [1] 35/13
terms [9] 16/7 16/11 17/3 29/10 29/15 32/10 35/22 36/15 40/23
Terrific [2] 32/24 33/24
Texas [4] 9/2 9/4 9/5 13/18
than [1] 16/6 16/14 18/20 20/15 23/14 25/25 33/20 34/18 37/7 37/10 40/17
thank [8] 15/10 33/24 34/21 35/17 35/21 42/20 43/23 44/21
Thank you [6] 15/10 33/24 34/21 35/21 42/20 43/23
Thanks [2] 41/21 44/23
that [204]
that'll [1] 38/22
that's [20] 16/24 18/18 18/21 19/3 23/4 23/25 24/20 25/12 25/25 28/2 28/12 29/13 31/6 31/6 32/1 34/15 34/15 38/12 40/14 44/12
their [8] 16/4 17/7 21/14 26/5 26/6 26/8 36/14 42/16
them [11] 20/9 20/10 26/7 26/9 26/12 26/25 26/25 38/23 39/5 39/16 41/15
then [25] 15/19 17/9 22/25 23/1 23/19 23/22 23/23 27/17 28/10 29/6 30/21 30/23 31/20 34/4 35/18 37/16 39/18 40/3 40/17 41/22 43/8 43/14 43/15 44/3 44/6
thenry [1] 9/15
there [30] 16/13 16/16 17/5 17/10 17/14 17/16 18/16 19/10 20/9 20/11 20/19 20/25 22/7 24/12 25/2 26/12 26/16 28/24 30/12 32/8 35/2 35/13 36/7 36/11 38/8 40/4 40/24 41/8 44/3 44/13
there's [7] 15/25 16/3 19/5 23/5 39/12 39/18 41/15
thereafter [1] 40/5
therefore [5] 17/5 19/9 20/19 24/8 45/6
these [8] 22/22 24/4 27/3 37/10 40/12 40/21 43/10 44/7

they [18] 19/12 19/24 21/14 25/23 25/24 26/1 26/4 26/8 26/20 29/7 31/19 36/2 36/13 38/25 40/8 42/5 42/16 42/24
they're [1] 40/20
they've [2] 26/6 36/13
thing [2] 31/8 43/8
things [2] 15/16 30/22
think [21] 16/24 17/2 19/14 20/20 20/21 22/25 22/6 22/8 23/11 24/20 27/11 28/24 32/10 34/18 35/9 36/7 37/5 37/7 37/17 40/6 40/13
third [34] 5/11 10/15 14/21 17/17 17/17 19/4 19/12 19/18 19/21 19/21 20/19 20/25 25/24 31/11 31/13 34/14 35/7 35/10 35/15 35/24 36/22 36/25 37/3 38/5 38/11 38/13 38/17 38/21 41/9 41/11 41/15 41/22 42/15
third-party [4] 10/15 14/21 25/24 38/11
this [39] 13/3 15/14 16/14 16/17 17/19 17/25 18/24 21/12 23/5 24/14 25/2 25/20 25/25 26/15 28/7 28/19 29/10 30/16 30/17 33/10 34/25 36/8 36/9 36/22 36/24 37/9 39/8 39/16 40/8 40/11 40/25 40/25 41/4 41/16 41/18 41/19 42/10 44/14 45/5
those [32] 24/19 26/19 26/22 26/24 27/1 29/2 29/7 29/9 29/10 29/12 29/14 30/10 30/16 30/17 31/11 31/19 35/7 35/9 35/10 35/15 35/24 38/17 39/1 39/21 39/21 39/22 43/15 43/16 43/18 43/25 44/5 44/5
though [1] 32/4
thought [1] 37/15
thoughts [1] 35/19
thousand [2] 26/14 26/21
threats [1] 42/1
three [7] 37/14 38/24 39/1 39/5 39/6 39/17 43/12
through [3] 17/13 38/18 38/22
thus [2] 33/21 35/23
time [8] 17/20 17/20 24/13 24/25 37/8 38/11 41/4 41/20
timeline [3] 22/8 27/1 31/16
timely [1] 22/9
Timothy [1] 9/12
titled [1] 45/4
TN [1] 8/23

today [5] 16/2 18/3 26/25 29/15 36/14
tomorrow [2] 33/17 33/17
too [2] 34/7 38/24
Topeka [1] 3/23
topics [2] 29/4 30/10
tpincock [1] 9/11
track [1] 24/4
tranche [1] 40/16
tranches [1] 37/14
transactional [1] 37/2
transcript [3] 1/9 12/7 45/3
transcription [1] 12/7
transparency [1] 18/6
travel [1] 20/8
true [1] 39/18
try [2] 19/16 24/3
trying [1] 32/13
turn [10] 15/19 16/10 30/12 30/21 32/16 33/1 35/1 35/18 40/9 41/16
turned [1] 37/6
two [4] 39/3 39/6 39/12 39/17
Tyler [2] 9/12 14/17
type [1] 38/20

**U**

U.S [11] 1/14 12/4 15/17 15/19 23/5 25/3 30/12 30/22 33/20 33/22 40/23
U.S. [1] 33/5
U.S. v [1] 33/5
under [5] 21/17 27/12 32/5 33/23 34/2
understand [6] 27/17 28/13 32/8 35/5 39/20 39/24
understands [1] 39/7
Undorf [2] 2/19 14/5
unique [1] 19/21
Unit [1] 2/9
UNITED [9] 1/1 1/3 1/10 1/13 13/4 13/6 17/9 17/13 22/25
United States [1] 17/9
United States of [2] 13/4 13/6
United States' [2] 17/13 22/25
universe [1] 36/9
unpleasantness [1] 39/14
unreasonable [1] 24/20
until [4] 21/2 24/9 44/5 44/12
unwieldy [1] 25/13
up [7] 20/13 24/21 30/23 31/21 33/21 40/12 44/5
update [2] 16/7 30/2
upon [2] 20/23 40/14
urge [4] 23/11 25/10 37/25 40/12

[5] 15/6 21/11 23/8 26/25 36/21
usdoj.gov [1] 1/16
use [3] 18/19 35/13 38/25
used [1] 27/10
UT [1] 9/10
Utah [2] 9/8 14/3

**V**

VA [2] 9/13 9/14
Vance [1] 7/16
various [1] 42/1
versus [5] 13/5 15/17 17/4 23/5 30/11
vertical [2] 20/6 26/5
verticals [1] 20/8
very [12] 25/21 27/4 36/1 36/11 36/20 36/20 36/20 36/20 36/23 39/11 43/7 44/21
via [2] 1/9 44/7
Virginia [5] 9/12 9/17 9/18 14/17 14/18
volume [1] 37/24
vs [1] 1/5

**W**

wait [1] 44/4 44/12
waiting [2] 24/7 36/23
Walnut [1] 5/4
want [9] 22/22 23/25 24/6 25/2 25/20 28/19 32/15 35/6
wanted [8] 32/20 35/3 35/9 35/12 40/22 40/25 42/13 43/8
wants [2] 30/13 44/14
WARDWELL [1] 10/17
was [12] 15/18 17/8 17/12 17/16 18/24 29/9 30/25 31/7 32/10 34/10 35/3 42/16
Washington [11] 1/5 1/15 3/5 4/23 10/13 10/23 11/4 11/14 11/18 11/22 12/5
wc.com [1] 10/14
we [135]
we believe [8] 16/19 17/19 23/19 23/22 26/23 27/3 34/15 38/16
we will [12] 25/6 27/8 27/9 27/14 27/20 28/20 31/20 33/16 38/8 38/9 38/16 39/2
we'll [6] 25/15 28/5 28/6 39/22 44/7 44/11
we're [18] 15/15 18/3 19/7 19/7 23/17 23/21 24/7 24/8 24/25 25/14 28/14 29/2 31/1 33/21 34/9 34/17 34/19 36/10
we've [10] 22/8 32/1 34/13 34/14 35/6 35/22 37/5 37/8 39/8 39/14
week [1] 22/4

weeks [3] 23/15 23/16 39/12
welcome [1] 41/12
well [16] 15/12 19/23 20/25 22/13 23/5 27/18 27/22 32/25 34/1 35/17 39/22 39/24 41/7 42/17 43/22 44/22
went [1] 23/16
were [14] 17/10 17/14 17/15 17/15 17/16 18/9 25/24 26/23 29/7 30/10 31/8 31/11 34/6 36/13
West [6] 4/23 7/18 9/4 9/17 9/18 14/18
West Virginia [1] 14/18
what [33] 15/21 16/22 17/12 19/2 19/6 19/8 19/10 20/4 20/14 22/13 22/22 23/1 23/21 27/8 27/9 27/13 27/17 28/1 29/15 29/23 31/12 32/1 35/2 35/19 35/20 37/17 37/19 37/24 39/20 40/7 40/19 40/22 43/11
what's [5] 21/22 32/18 37/13 37/19 40/17
whatever [2] 21/10 25/11
when [5] 16/3 19/12 24/22 33/20 34/4
where [9] 15/16 24/7 24/25 27/5 31/2 33/9 34/7 38/20 39/13
whether [5] 17/6 19/14 21/12 41/14 42/9
which [12] 17/11 17/16 21/12 22/4 22/9 26/21 31/16 37/24 39/10 39/12 40/8 40/20
while [2] 17/2 18/2
who [2] 39/9 39/10
wholesale [1] 28/20
whom [1] 38/21
whose [1] 38/9
why [5] 17/19 20/24 22/4 28/25 31/3
WI [1] 10/4
Wilkie [1] 11/16
will [41] 16/4 19/12 22/8 22/18 25/6 25/17 26/7 27/8 27/10 27/14 27/20 28/4 28/6 28/7 28/10 28/11 28/20 29/11 31/19 31/20 32/8 33/16 35/11 35/12 36/21 37/19 37/20 37/22 38/8 38/9 38/16 38/25 39/2 41/10 41/11 42/10 42/11 42/12 43/25 44/8
William [4] 12/2 45/2 45/10 45/11
WILLIAMS [1] 10/12
Wilmington [1] 2/21
Wisam [2] 5/20 13/21
Wisconsin [3] 10/2 10/3 13/20

53

**W**

**wish [2]**  18/20 41/16
**wishes [1]**  16/16
**withhold [2]**  32/21
32/22
**withholding [3]**  32/19
34/2 34/19
**within [5]**  21/1 22/5
26/2 26/6 32/14
**witnesses [1]**  23/6
**won't [3]**  21/3 32/23
34/16
**word [1]**  35/5
**words [2]**  19/24 21/11
**work [8]**  15/24 19/16
22/1 22/15 23/25 27/9
27/17 29/25
**working [2]**  31/18
39/21
**world [2]**  42/8 44/8
**Worldwide [2]**  11/11
15/7
**would [25]**  16/23 17/11
18/2 18/5 18/20 19/16
20/13 20/19 23/11
23/18 23/22 23/23
25/10 27/25 31/16 33/6
37/8 37/9 38/20 40/7
40/8 42/4 42/5 42/6
43/11
**wouldn't [1]**  18/24
**written [1]**  32/9
**WV [1]**  9/20
**wvago.gov [1]**  9/21
**WY [1]**  10/10
**wyo.gov [1]**  10/11
**Wyoming [3]**  10/7 10/8
14/19

**Y**

**Yeah [3]**  23/2 23/24
43/4
**yes [17]**  18/17 18/17
21/20 21/23 22/17
22/20 24/5 24/23 25/4
25/17 25/21 28/17 30/4
32/1 32/1 33/10 41/1
**yesterday [2]**  21/25
29/18
**yet [4]**  22/25 26/19
26/24 34/2
**York [6]**  7/11 7/12 7/14
10/18 11/4 13/25
**you [77]**
**you know [2]**  24/16
40/16
**you'd [1]**  41/12
**you'll [3]**  28/5 30/2
30/17
**you're [4]**  15/24 24/13
37/15 41/12
**you've [10]**  17/12
21/11 21/18 22/19
24/10 25/13 29/23
35/19 37/14 40/2
**your [60]**
**Your Honor [43]**  13/3
16/17 17/14 17/25

20/2 20/21 22/10 22/17
23/13 24/23 25/4 25/17
25/18 25/21 27/7 27/8
27/13 28/17 29/16 30/1
30/8 30/18 30/19 31/4
32/5 32/17 33/10 34/23
35/21 41/3 42/19 42/20
43/5 43/6 43/19 43/21
43/23 44/16 44/17
**Your Honor's [1]**  28/22

**Z**

**Zaremba [4]**  12/2 45/2
45/10 45/11