AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-AMP |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Louisiana                                                                                                              .

Date:     01/27/2021                                                                 s/ Stacie Lambert deBlieux
                                                                                             *Attorney's signature*

                                                                 Stacie Lambert deBlieux, LA Bar Roll # 29142
                                                                                      *Printed name and bar number*

                                                                                         1885 N. 3rd St.
                                                                                     Baton Rouge, LA 70802

                                                                                             *Address*

                                                                                   deblieuxs@ag.louisiana.gov
                                                                                          *E-mail address*

                                                                                          (225) 326-6458
                                                                                        *Telephone number*

                                                                                          (225) 326-6499
                                                                                          *FAX number*