# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | Case No.: 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | Case No.: 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

## [PROPOSED] ORDER

The deadline for the Parties to submit the supplemental Joint Status Report regarding a modified Case Management Order shall be extended to January 29, 2021.

SO ORDERED this _____ day of _____, 2021,

_____
HON. AMIT P. MEHTA
United States District Judge