AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Arizona                                                                                          .

Date:     01/29/2021

_____
*Attorney's signature*

Michael S. Catlett, AZ Bar 025238
*Printed name and bar number*

Arizona Attorney General's Office
Solicitor General's Office
2005 N. Central Ave
Phoenix, AZ  85004
*Address*

michael.catlett@azag.gov
*E-mail address*

(602) 542-7751
*Telephone number*

(602) 542-8308
*FAX number*