# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |
| | |
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## [PROPOSED] DISCOVERY CONSOLIDATION ORDER

The Parties in *U.S., et al. v. Google* (20-cv-03010) and *State of Colorado, et al. v. Google* (20-cv-03715) (together, the "Consolidated Actions") have met and conferred and hereby submit this Discovery Consolidation Order.

1.  **Case Management Orders**. The Case Management Orders in the Consolidated Actions remain in force. This Order sets forth principles regarding collaboration of discovery between the Consolidated Actions.

2.  **Avoidance of Duplication**. The Parties shall make good faith efforts to cooperate

in coordinating and integrating discovery in the Consolidated Actions and to avoid undue duplication and undue burden on any Party or non-Party. However, nothing in this Order is intended to obviate any Party's right to object to any discovery sought, or the right to seek a protective order or other relief, under the Federal Rules of Civil Procedure so long as such relief is not inconsistent with this Order. Furthermore, nothing in this Order requires the Parties to re-issue discovery already served.

3. **Availability of Discovery Across the Consolidated Actions**. Any request for production, response to a request for production, document production, notice of third-party subpoena, response to production received from any third party, deposition transcript (and exhibits), court paper and accompanying affidavits and exhibits and/or expert report and accompanying exhibits served or made available to any Party in either case shall be served or made available to the Parties in the Consolidated Actions.

4. **Use of Discovery Across the Consolidated Actions**. Any deposition, document, data, or other evidence produced by a Party or non-Party can be used in any proceeding of either of the Consolidated Actions. Written discovery responses (including responses to requests for admission) can only be used against the Party making the responses.

5. **Deposition Procedures**. Counsel in either case shall be entitled to participate in any deposition in each of the cases. Objections are preserved for all Parties when one Party makes the objection.

6. **Deposition Scheduling**. The Parties shall coordinate on scheduling of all Party and non-Party depositions. As a general rule, the Parties shall work in good faith not to depose a witness more than once on the same/substantially same issue. However, there will be instances in which the Plaintiffs will notice a Google witness for separate times to seek testimony on issues

that do not completely overlap with testimony from the other deposition. Google reserves the right to object to any such request.

7. **Deposition Counting and Time Limits**.

    a. **Party Depositions Noticed by One Set of Plaintiffs**. Party depositions noticed by only one Party shall not exceed 7 (or 14 if noticed as such) hours on the record Non-noticing Plaintiffs may ask questions, as agreed to by the noticing Plaintiff, so long as total time does not exceed 7 (or 14 if noticed as such) hours, without the deposition counting towards deposition limits of non-noticing plaintiffs.

    b. **Party Depositions Noticed by Both Sets of Plaintiffs.** The total time will be the combined time noticed (e.g. if the U.S. Plaintiffs notice a 14-hour deposition and the CO/NE Plaintiffs notice the same witness for 7 hours, the total time will be 21 hours). Such a deposition shall count as one for both sets of Plaintiffs.

    c. **Third-Party Depositions Noticed by One Set of Plaintiffs or Google.** Third-party depositions noticed by only one Party shall not exceed 7 hours on the record. Non-noticing Plaintiffs may ask questions, as agreed to by the noticing Plaintiff, so long as total time does not exceed 7 hours, without the deposition counting towards deposition limits.

    d. **Third-Party Depositions Noticed by Two Sets of Plaintiffs.** Third-party depositions noticed by two sets of Plaintiffs (or by one set of Plaintiffs and Google) will not exceed 11 hours, with the time split equally. The deposition shall count as one for both sets of Plaintiffs if

noticed by both sets of Plaintiffs.

e. **Third-Party Depositions Noticed by Two Sets of Plaintiffs and Google.** Third-party depositions noticed by two sets of Plaintiffs and Google will not exceed 14 hours, with the time split in three equal parts. The deposition shall count as count as one for both sets of Plaintiffs and Google.

f. **Additional Time.** The Parties may request additional time for depositions. Google reserves the right to oppose such requests.

g. **Remote Depositions.** In the event that technical issues arise during a remote deposition, including problems with loading or accessing exhibits in the virtual deposition platform, the Parties agree that they will promptly go off the record in order to address such issues without counting against the examiner's time on the record. Absent consent of all parties, the parties agree to remain on camera while off the record for this purpose.

8. **Requests for Production**. The Parties shall work to avoid duplication. However, Parties are not required to serve joint requests. Responses to requests for production, and documents produced, shall be served on all parties in all cases.

9. **Interrogatories**. The Parties shall work to avoid duplication. However, the Parties are not required to serve joint requests. Responses in one case shall be provided to the Parties in all the Consolidated Actions. Responses may only be used against the Party who makes them (i.e. responses by a Plaintiff in one case cannot be used against a separate Plaintiff in the other case).

10.     **Requests for Admission**. Parties shall work to avoid duplication. However, the Parties are not required to serve joint requests. Responses in one case shall be provided to Parties in all cases. Admissions may only be used against the Party who makes them (i.e. admissions by a Plaintiff in one case cannot be used against a separate Plaintiff in the other case).

11.     **Non-Party Subpoenas**. The obligations in Paragraph 13 of the Case Management Order in *U.S. v. Google,* including the obligations regarding serving non-party subpoenas and producing written record of any oral or written modifications, extensions, or postponements to the discovery requests, shall apply across cases. Non-Party Subpoenas and written modifications shall be provided to all Parties in the Consolidated Actions.

12.     **Meet and Confers.** Plaintiffs in the Consolidated Actions shall participate in all meet and confer meetings with Google. However, resolution of dispute between one set of Parties (e.g. U.S. Plaintiffs and Google) may not be controlling as to dispute between another set of Parties (e.g. CO/NE Plaintiffs and Google).

SO ORDERED:

_____
Honorable Amit P. Mehta
United States District Judge