IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA, *et al.*,

                Plaintiffs,

- against -

GOOGLE LLC,

                Defendant.

Case No.: 1:20-cv-03010-APM
Hon. Amit P. Mehta

---

STATE OF COLORADO, *et al.*,

                Plaintiffs,

- against -

GOOGLE LLC,

              Defendant.

Case No.: 1:20-cv-3715-APM
Hon. Amit P. Mehta

---

## NOTICE OF APPEARANCE OF WENDY H. WASZMER

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Wendy H. Waszmer of Wilson Sonsini Goodrich & Rosati, P.C. hereby enters an appearance as counsel of record on behalf of Defendant Google LLC in the above-captioned matter. Ms. Waszmer has been admitted to practice before this Court.

Dated: February 3, 2021

                Respectfully submitted,

                WILSON SONSINI GOODRICH & ROSATI
                Professional Corporation

                *s/ Wendy H. Waszmer*
                Wendy H. Waszmer
                1301 Avenue of the Americas, 40th Floor
                New York, New York 10019
                Telephone: (212) 497-7702
                Facsimile: (212) 999-5899
                Email: wwaszmer@wsgr.com

                *Counsel for Defendant Google LLC*