AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Washington.

Date:   02/11/2021

*Linh Tran*
*Attorney's signature*

Linh Tran WSBA #43344
*Printed name and bar number*

TB-14
800 5th Ave., Suite 2000
Seattle, WA

*Address*

Linh.Tran@atg.wa.gov
*E-mail address*

(206) 389-2075
*Telephone number*

(206) 464-6338
*FAX number*