# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>          Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS

Upon consideration of the Plaintiffs' Motion for Leave to File Supplemental Materials, it is hereby

**ORDERED** that Plaintiffs' Unopposed Motion for Leave to File Supplemental Materials is **GRANTED**.

Dated: _____, 2021

                      _____
                      Hon. Amit Mehta
                      UNITED STATES DISTRICT JUDGE