IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,    )
                                     )
          Plaintiffs,                )
                                     )    CV No. 20-3010
     vs.                             )    Washington, D.C.
                                     )    February 25, 2021
GOOGLE LLC,                          )    11:00 a.m.
                                     )
          Defendant.                 )
_____    )


TRANSCRIPT OF
STATUS CONFERENCE VIA TELECONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov


For Plaintiff
State of Colorado:           Jonathan B. Sallet
                             COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
                             Antitrust Unit
                             Ralph L. Carr Colorado
                             Judicial Center
                             2 E 14th Avenue,
                             Suite 700
                             Denver, CO 80203
                             720-508-6000
                             Email: jon.sallet@coag.gov

APPEARANCES CONTINUED:

For the Defendant:              John E. Schmidtlein
                                WILLIAMS & CONNOLLY LLP
                                725 12th St., NW
                                Washington, D.C. 20005
                                (202) 434-5000
                                Email: jschmidtlein@wc.com

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

<pre>
 1                    P R O C E E D I N G S

 2             COURTROOM DEPUTY:  Good morning, Your Honor.

 3             This is Civil Action 20-3010, United States of

 4   America, et al., versus Google LLC.

 5             Kenneth Dintzer and John Sallet for the

 6   United States.

 7             John Schmidtlein for Google.

 8             THE COURT:  All right.  Counsel, good morning.

 9             I want to just make sure lead counsel for Colorado

10   is on as well.

11             MR. SALLETT:  Yes, sir.  This is John Sallet.

12             THE COURT:  All right.  Good morning.

13             Please -- the rest of you, please take no offense,

14   I asked the Courtroom Deputy to only announce lead counsel

15   so we didn't have a long recitation of names just in the

16   interest of efficiency.  So I know you're out there, but I

17   just thought we'd short-circuit the introduction.

18             I hope everybody is well, and I hope everybody's

19   families are safe and healthy.

20             So let's turn to the matters at hand.  We're here

21   for our monthly status conference to see how things are

22   progressing.

23             I appreciate the parties' efforts at putting

24   forward and compiling the Joint Status Report; it was very

25   helpful in understanding where things stand in both cases.
</pre>

1    And I'm grateful to the parties for the progress that

2    they've made in producing the materials pursuant to the

3    scheduling order, and it looks like a lot of work has been

4    done and a lot of progress has been made.

5            So here's how I would propose to proceed.  What

6    I would suggest is that we -- if there are any initial

7    matters anybody wants to deal with or raise in either case,

8    we could start there.  And then we'll turn to the specific

9    disputed matters concerning discovery and the DOJ matter and

10   turn to those issues.  And then if there's anything left at

11   the end, we can take care of that.

12           So why don't we just start off generally.  And if

13   there's anything anybody wants to discuss before we turn to

14   the specific that's described in the Joint Status Report,

15   I'm happy to hear it and discuss it.

16           So why don't we start with the government,

17   Mr. Dintzer.

18           MR. DINTZER:  Thank you, Your Honor.

19           And we appreciate the chance to catch the Court up

20   on where we're at and where we're going.

21           With respect to our production to Google, as the

22   Court will recall, our production was required by the Case

23   Management Order, and we have completed that production on

24   time.  We hit each of the benchmarks on January 15th and

25   29th, and February 12th and 19th.

1          We have received Google's first request for

2  production.  Our responses are due March 4th, and we intend

3  to -- we expect to complete our production under that RFP by

4  the end of March.

5          THE COURT:  Just to be clear, your responses are

6  due March the 4th --

7          MR. DINTZER:  Yes.

8          THE COURT:  -- is that right?

9          MR. DINTZER:  Yes.

10          THE COURT:  And then in terms of actual production

11  of documents, do you have an estimated schedule in mind at

12  this point?

13          MR. DINTZER:  Yes, Your Honor.

14          We expect to make a first production on

15  March 12th, and completing production on March 26th.

16          THE COURT:  Okay.  Terrific.

17          And that's both for the United States and for the

18  states that have joined in the DOJ action?

19          MR. DINTZER:  With our co-plaintiffs.

20          THE COURT:  All right.  Very good.

21          All right.  Terrific.

22          Anything else you want to add, Counsel?

23          MR. DINTZER:  Nothing from me, Your Honor.

24          I mean, obviously, there's the issues that we've

25  put in the Status Report.

1          But as far as background, the only other thing is

2     we should make the Court aware that we are -- as the Court

3     has asked, we are working with the Colorado and Nebraska

4     plaintiffs to make sure that, as we have been working out,

5     that the DOJ plaintiffs have sent out 40 subpoenas to third

6     parties.

7          And we have been working with the

8     Colorado-Nebraska Plaintiffs to ensure efficiency on those

9     productions, to make sure that the recipients of our

10    subpoenas only have to go to the level once, as far as

11    pulling documents and producing them.  And so we're trying

12    to work closely with those plaintiffs as well.

13          THE COURT:  Well, I appreciate that.  Thank you.

14          All right.  Why don't we turn -- before I turn to

15    Mr. Schmidtlein, why don't we turn to counsel for Colorado

16    and get any preliminary remarks or observations you wanted

17    to make.

18          MR. SALLETT:  Well, Your Honor -- this is

19    John Sallet.

20          Simply to note, we have put in a joint statement

21    with Google as part of the Status Report.  And I won't

22    belabor that.  I'll just make two points which are contained

23    in it.

24          We have begun, of course, our disclosure

25    production of investigation materials on February 4th, as

1   the Court ordered.

2          Overwhelming majority of materials have been

3   supplied.  We have agreed with Google -- and this is in the

4   status report -- that we will complete the production on or

5   before March 8th.

6          And then just to note the point that Mr. Dintzer

7   made, as we also explained in the last status conference, we

8   began the issuance of our own subpoenas by doing

9   supplemental or follow-on subpoenas to those that have been

10  issued by DOJ.  We felt that would move the discovery

11  process forward most expeditiously.  As of now, we have

12  served 29 of the 40 parties that DOJ subpoenaed.  We expect

13  to serve all 40 by the end of the day on Monday.

14         Otherwise, our positions are set out in the Status

15  Report.

16         THE COURT:  One question for you is that your

17  Joint Status Report indicated that you were planning on

18  serving your first request of production on February 24th.

19         Did that occur?

20         MR. SALLETT:  Yes, it did, Your Honor.  I should

21  have said that.

22         THE COURT:  That's okay.

23         MR. SALLETT:  We did send it last night.

24         THE COURT:  And can you just -- just for my own

25  edification --

```
1          MR. SALLETT:  Yes, sir.

2          THE COURT:  -- were those requests, what I'll just

3   sort of describe as discrete requests, for information and

4   records, or did you all adopt what the Department of Justice

5   has done in their first request for production and to ask

6   for use of search terms across various custodians as an

7   initial matter?

8          MR. SALLETT:  Yes, sir.  We did both.

9          We adopted both of the requests of subpoenas

10  issued by the Department of Justice, including the first

11  that includes the search terms in the second, which I think

12  is going to be the subject of additional discussion today.

13         And then we propounded a set of additional

14  inquiries, which we have crafted, we hope, to avoid

15  duplication with the requests from the Department of

16  Justice.

17         And to the point that Mr. Dintzer made, the Status

18  Report, on behalf of all the parties, notes that we will

19  confer jointly with the Department of Justice, and the

20  Colorado Plaintiffs will confer jointly with Google, on

21  pending requests as we go forward and once all the parties

22  have a chance to review the pending request.

23         THE COURT:  Okay.

24         Well, it's helpful to know that, because the

25  discussion we're about to have about the Department's --
```

1    about DOJ's initial request for production sounds like it

2    will implicate what you all have done as well.  So we'll

3    give you an opportunity, to the extent you want heard on

4    these issues, to do so.

5              MR. SALLETT:  Thank you, Your Honor.

6              THE COURT:  Okay.

7              Let me turn to you, Mr. Schmidtlein.  And if

8    there's anything preliminary you want to talk about before

9    we talk about the document disputes --

10             MR. SCHMIDTLEIN:  Thank you, Your Honor.

11             We have also been engaged in third-party discovery

12   as well.

13             You know, we had -- one of the reasons why we had

14   pressed for the expedited production of the government's

15   third-party materials was to allow us to evaluate and try to

16   make judgments about certain types of discovery as to third

17   parties, particularly those who had been the subject of

18   pre-complaint discovery.

19             Obviously, we did not get the bulk of the

20   materials that were provided or produced by third parties

21   who are now subject to subpoena until late January or early

22   February.

23             We didn't get the CIDs that had been served in the

24   investigation until the last productions in the middle of

25   February.  So that material is still under review by our

1    team.   Nonetheless, we have tried to begin issuing subpoenas

2    to some of the third parties, and that process will

3    obviously continue.

4              You know, as for the discovery requests that the

5    United States and the associated states from the first

6    complaint have served, I understand we'll be talking about

7    those.

8              I guess I will just note that the meet-and-confers

9    in earnest for those started about a week ago.  And I think,

10   from our perspective, there's still more meeting and

11   conferring that one would expect to occur for a set of

12   requests that lengthy and that broad and encompassing.

13             And, you know, obviously, we've made progress.

14   We have made some representations about deadlines that we're

15   going to try to meet.

16             But I will confess that having last night received

17   from the Colorado Plaintiffs 70 more documents that I have

18   not had a chance to review with my client but which,

19   obviously, look like they were very broad and burdensome as

20   well, you know, that will obviously factor into the timing

21   and the resources that will be needed to move forward with

22   the production of documents from Google.

23             THE COURT:  Okay.

24             All right.  Well, thanks for the update,

25   Mr. Schmidtlein.

1          Let's, then, turn to the issue at hand, and that

2     concerns some of the disputes that have arisen concerning

3     DOJ and the associated plaintiffs, and then the DOJ action,

4     those first two document requests.

5          It was helpful to actually get the document

6     requests, so thank you for submitting those yesterday,

7     because it's helpful to sort of eyeball what you all have

8     described in the Joint Status Report.

9          So let me start with Mr. Dintzer and get to what

10    I think is sort of really the nub of the issue here, at

11    least from my perspective.

12         And that is, I want to try and understand what the

13    Department and the DOJ Plaintiffs think they are obtaining

14    in the way of relevant material pursuant to their first

15    request or the first -- the request for production that

16    would fall outside of what's responsive to the second

17    request for production.

18         You know, the second request for production spells

19    out in great detail categories of records, including various

20    subparts, that are being sought.  And so it wasn't clear to

21    me what relevant material you are hoping to obtain from the

22    first request that wouldn't be captured by responses to the

23    second set of requests.

24         MR. DINTZER:  Thank you, Your Honor.

25         So the goal of the first request, it was

two-prong:

The first was speed.  So beyond sort of the scope of it, because these had been keywords that Google had already agreed to in the investigation and because we provided specific named custodians, including those on their disclosure list, the goal was that it would be simple and easy to -- and non-controversial for them to produce documents under that first request so that the documents would start flowing almost immediately.

That was the hope of that.  So beyond the scope, we had anticipated on sort of the 31st day after these were served on January 5th, on the 31st day after that that documents would start flowing.

Beyond that, as far as the scope goes, honestly, Your Honor, it would depend on how Google produces under the second RFP.

You know, ultimately, what they're going to produce -- and we have concerns about how they're producing under the second RFP and how they're defining search terms, and I'd like to get to that.

But the -- whether -- as we see the Venn Diagram, Your Honor, there's certainly overlap, there's no question about that.  But because they don't have to produce a document more than once or even touch a document more than once, the idea was that if they performed RFP 1 properly and

1    produced those documents, then whatever was left under the

2    second one, which we still think would be very significant,

3    but whatever was left on the second one would be sort of in

4    the part of the Venn Diagram that does not overlap with the

5    first one.  So there really was not a concern about overlap.

6              Because they --

7              THE COURT:  But there was --

8              MR. DINTZER:  I'm sorry, Your Honor.

9              THE COURT:  That's okay, Mr. Dintzer.

10             What about -- my concern, and I think Google's

11   articulated it, too, is essentially by putting some of the

12   search strings that were presented in connection with the

13   CID requests or based on a subset of them, aren't you going

14   to be pulling -- or asking Google to pull records that are

15   now beyond the scope of the complaint that you've brought

16   and the theories on which you've ultimately rested?

17             Because I mean, look, I presumed, and maybe it's

18   an incorrect presumption, but I presumed that the

19   investigation was broader than what the ultimate theory of

20   liability throughout this -- throughout the complaint.

21             And so while you have a lot of running room in

22   terms of what you demand in an investigative phase, you

23   don't have the same amount of running room once you filed a

24   complaint.  And there are -- at that point, you're now

25   limited to seeking relevant material, or relevant to any

1    claim that's made or defenses raised.

2         And so my concern about your approach is that

3    you're asking Google to produce records that are not

4    relevant to the claims you've made or the defenses they've

5    raised, if it's drawing largely from the search results --

6    excuse me, the search strings that you used during the

7    investigative phase.

8         MR. DINTZER:  Absolutely, Your Honor.  Let me

9    address that, because that's a really important question.

10        And the answer is this:  So during the

11   investigative stage, we negotiated a number of search terms.

12        We cut out a significant number of those when we

13   went to RFP 1.  We left everything back that even could be

14   reading beyond the pale of the complaint.  So our first step

15   was, we don't want any of the stuff that was sought in the

16   complaint -- in the investigation that -- search terms that

17   aren't...

18        The second thing is that, any search term -- any

19   keyword search term that anybody ever applies is going to

20   produce -- I mean, the nature of not doing this search by

21   hand will produce documents that are not relevant.

22        And so what we would -- and we've communicated

23   this to Google.  All they are being asked to do is apply the

24   search terms, the keywords that we've provided to the

25   custodians, and produce only the relevant documents, in the

1    same way that in the investigation, they went through and

2    looked at all the -- everything that was hit on and only

3    produced the relevant documents.  We're only asking them to

4    produce the relevant documents under the complaint here.

5            And so there's -- we don't want documents that are

6    not relevant to the complaint.  If they don't want to do the

7    relevance review, they're welcome to produce the whole

8    thing, but that's certainly not what we want.  We're

9    actually better off if they do a relevance review and only

10   produce the relevant documents.

11           So that's all we're asking for and we've made that

12   clear to Google, and there's no reason that they can't do

13   that analysis.  They have not come back -- and just to be

14   clear, Your Honor, they have not come back and claimed that

15   any of this is overly burdensome or that it's unreasonable.

16   All they've claimed is that we're asking for irrelevant

17   documents, and we're expressly not doing that.  We only

18   wanted them to produce the relevant ones.

19           So if they had started out, applied the keywords

20   to the custodians and produced just the relevant documents

21   under the complaint, I believe that they would be done by

22   now, or pretty close to being done by now, and we'd only be

23   talking about the second RFP.

24           THE COURT:  Well, I guess, you know, the issue,

25   though, it seems to me, is how one defines "relevance" and

1    to what standard.

2            And what I mean by that is, it seems to me there

3    are two sources to determine relevance:

4            One is the primary source of the complaint and the

5    answer and is the search string that you have constructed

6    and put to Google designed to elicit documents that are

7    relevant within the four corners of those two pleadings,

8    that's one.

9            Two is something that is more specific, which is

10   usually relevance is determined by -- or assessed by what

11   somebody has asked for specifically; in other words, you

12   know, something more like your second request for records,

13   which specifies sort of 77 different categories of records

14   that you're asking for.

15           And so I guess the question in the context of the

16   first RFP, the request for production, is, how are you

17   asking for Google to determine relevance if not against the

18   second RFP, which is more specific in terms of categories of

19   records you're looking for?

20           MR. DINTZER:  Sure.

21           We're asking them to do, basically, what they do

22   in depositions and what they do throughout the rest of the

23   case and evaluate relevance based on the complaint, the

24   answer, and the affirmative defenses.  And so that -- with

25   every question that's asked in a deposition, they do that

1    analysis.

2          And under these circumstances, we don't believe

3    that that would be overly burdensome to ask them to look at

4    the documents.  These are keywords that they themselves --

5    so this is not the case where we've just come up with any

6    keyword and asking them to throw them into the hopper.

7    These are keywords they've actually agreed are focused

8    enough and relevant enough that they work.  And so we have

9    asked them to do that and then sort out whatever the

10   non-relevant documents are, if they want to go that route,

11   and then produce the relevant ones.

12         And I understand, Your Honor, that this is not

13   sort of the common way where you have this step where we

14   give them a sentence, produce all documents related to X and

15   Y, and then they create keywords and they do the search.

16         But there's nothing in the Federal Rules that

17   prohibit us from doing it this way.  In fact, we concluded

18   that this was the most efficient way to get them started on

19   their document production, because they've already agreed to

20   do these keywords.  And some of the custodians are their

21   own -- are people that they themselves have disclosed.

22         So I do understand what you're saying, Your Honor;

23   it's not necessarily the standard.  But under these

24   circumstances, there's no reason why and they haven't

25   claimed that it's overly burdensome, they haven't given us

1    anything like it.

2           And I'll get to this more later, but they haven't

3    produced a document count.  Oh, Your Honor, they produced X

4    number of documents.  And we've done a sampling and Y number

5    are relevant.  They haven't done any of that.  There's no

6    visibility.  All they've said is they refuse to.

7           And so this is not --

8           THE COURT:  Yeah.

9           Mr. Dintzer, one last question before I turn to

10   Mr. Schmidtlein.

11          And I understand what Google has done thus far is

12   they've said, all right, we're going to run these searches,

13   the proposed -- at least as I understand it, they are

14   running the proposed search strings that you've submitted,

15   not on the full complement of custodians that you had asked

16   for, but about 70 percent of them.  And then they have

17   proposed some additional search strings on top of that and

18   said, we'll run these.  I assume those are the same number

19   of custodians.

20          If that's a correct description of the state of

21   play in terms of what Google has committed to, what do those

22   searches not capture that is being demanded in the second

23   RFP?

24          MR. DINTZER:  Sure.

25          So the thing -- so let me trigger the second RFP.

1    The second RFP is more sensitive and it involves a lot of

2    the terms that we are looking for.

3            What they have said is, okay, well, we'll just

4    import your first RFP keywords to the second.

5            Well, Your Honor, they were never designed to

6    flesh out all of the elements in the second RFP.  That was

7    meant to -- the first set of keywords were only raised from

8    what we had during the investigation.  So they were never

9    meant to be exhaustive of what we're looking for in the

10   second RFP.

11           But also, they're not a good fit.  Some of them

12   may, to some extent, match up with the second RFP, but

13   they're not a good fit.

14           And the thing is, Google has not seriously done

15   the homework to fill it out.  I mean, obviously, it's their

16   responsibility to produce all the relevant, non-privileged

17   documents called for in the second RFP.  But the application

18   of one to the other and mixing these up, not only has it

19   slowed it down so that we did not get the accelerated

20   production under RFP 1 that we were looking for, but their

21   efforts at putting this together are not really serious.

22           I'll just give the Court an example of this.  In

23   RFP 2 at No. 12, we have requests to produce all documents

24   addressing or discussing, and a little "b" there, we ask:

25   "The effect of the *United States versus Microsoft* consent

1    decree on the success of Chrome."

2            And under little "e" there, we have:  "The effect

3    of the European Union's 2010 Microsoft browser choice screen

4    remedy on Chrome usage or adoption in the European Union."

5    So those are just two that are directly -- expressly called

6    for Microsoft.

7            They have not offered Microsoft as even a search

8    term in any of their proposed keywords.  Now, we didn't

9    include it in ours, because it was not in any of the

10   pre-approved strings.  But they've not even proposed that in

11   any of their search terms.  And as we understand it, they

12   haven't done the homework of going back and making sure that

13   they understand what would properly capture all of these

14   documents.  And we're not in a position at this point to do

15   it for them, which is what they've asked us to do.

16           I'll give the Court another example.  We know from

17   reading some of their documents that sometimes they use the

18   word "Redmond" to refer to *Microsoft*.  So they've also not

19   included the word "Redmond" in any of their search terms.

20   And that's just one example that we happen to know about

21   using a term that -- instead of another term.

22           But if we didn't know about that, and I'm sure

23   there's many that we don't know in a lot of these, we would

24   be leaving all of these documents, all the *Microsoft*

25   documents, all the Redmond documents on the table for us to,

1   then, in June and July when we find out that their

2   productions are half baked, for us to, then, try to go back

3   and get them.

4          So the problem that we have with the second one

5   not only is that they provided keywords that facially are

6   problematic.  But they haven't gone through the processes,

7   we understand it, that produces reliable search key terms.

8   And that the likelihood of these being insufficient and us

9   finding ourselves at the end of May, which is what they've

10  proposed, without anything, without a completed production,

11  is very problematic.

12         We'd also like to call the Court's attention to

13  the very idea that they're not going to complete by May.

14  The plaintiffs have provided no benchmark, no promise of

15  getting X number -- even though they demanded benchmarks for

16  our production under the CMO, no benchmarks on when we could

17  expect anything.

18         And --

19         THE COURT:  Well, hang on, Mr. Dintzer, because

20  I want to -- we'll talk about benchmarks and timing of

21  production in a moment.

22         MR. DINTZER:  Yeah.

23         THE COURT:  But let's take this sort of a step at

24  a time.

25         MR. DINTZER:  Sure.

1              THE COURT:  I'm going to turn to Mr. Schmidtlein.

2         Before I do, let me just make the following

3    observation, and don't take this as a criticism:

4              I understand the sentiment of the Department and

5    the plaintiff states and wanting speed and wanting to get

6    records quickly.  But it feels like the first RFP has thrown

7    a wrench in the system and is creating distractions that it

8    is having just the opposite effect, which is that because

9    it's an unusual way of approaching things, Google has raised

10   objections to it, and it's creating greater problems in

11   terms of, it seems to me, addressing what the ultimate real

12   issue is here, which is, how to get you the records that are

13   responsive to the 77 specific -- and that's just the

14   top-line number, the 77 specific document requests that are

15   being made in the second RFP.  I mean, that's the guts of

16   what it seems like you're looking for.

17             And to the extent that the first RFP captures

18   anything else outside the second RFP, it just either -- is

19   probably either tangential or sort of serendipitously

20   related to something that's in the complaint or defense.

21             I mean, that second RFP is pretty darn

22   comprehensive, at least from the eyes of an uneducated

23   observer.

24             And the focus really ought to be, it seems to me,

25   and this is directed to both sides, on crafting the search

1  terms that are necessary, and identifying the custodians who

2  possess the records that are responsive to the second RFP.

3        Now, there very well may be an overlap and the

4  search strings that were used in the investigation may

5  provide a useful starting point.  But there's no reason to

6  think that those search strings alone are going to capture

7  everything that the second RFP requests.

8        And so I think it's created a distraction that

9  could have been avoided if the focus had simply been on the

10  second RFP and the search strings and the custodians that

11  need to be identified to get those records out.

12        Might there have been a delay between the issuance

13  of the RFP and the crafting of the search strings?  Of

14  course.  That's going to happen.  It's going to take some

15  time to reach -- to have those negotiations and agree on

16  something.

17        But it just feels like to me that this first RFP,

18  that however well-intentioned, has sort of created a

19  distraction in terms of getting to what really matters here

20  and that's responsive records to the second RFP.

21        All right.  Well, with that observation, let me

22  turn to Mr. Schmidtlein.

23        And let me just ask you, Mr. Schmidtlein.  Look,

24  you know, it seems to me what Google needs to do here is

25  what's sort of the latter part of my observation, which is,

1  we need to get to a point where there are search strings and

2  custodians identified to cull the records that are requested

3  for and asked for in the second RFP.

4       And I'm not jumping over the possibility that what

5  they've asked for in the second RFP isn't met with some

6  other objections, so leave that to the side.

7       But assuming everything that is requested in there

8  is, in fact, relevant and producible and non-privileged, you

9  know, what is the impediment, in your view, to getting a

10  final agreement as to search strings that would produce the

11  records responsive to those for the second request?

12       MR. SCHMIDTLEIN:  Your Honor, we 100 percent agree

13  with you, and the approach, I think, that you have outlined

14  is the approach that we urged and have made to the

15  Department of Justice.

16       We have evaluated the search strings, which many

17  of which are -- were used, or some variation of them were

18  used during the investigation.

19       Mr. Dintzer left out a very, very important step

20  in the investigation, which is, those -- the search strings

21  were, then, applied to actual CID document requests and

22  relevant documents or responsive documents were produced in

23  respect to particular requests.

24       So we said -- we looked at the second set of RFPs.

25  There was substantial overlap with the requests that were

1    made during the investigation and the CID.  And so our

2    starting-off point was, yes, you know, we could fight you

3    over these terms or we could engage in all that, but we're

4    not doing that.  We'll agree to your search terms.  And

5    we will agree to the overwhelming majority of the

6    custodians, our initial response was, and, you know, subject

7    obviously to our certain objections that we made to certain

8    of the requests.

9         But the overwhelming majority of these, our

10   response was, we'll apply these search terms to the

11   custodians we have proposed, and we will, then, make

12   relevant and responsiveness determinations against the

13   specific requests in the second set of RFPs.

14        And, you know, we came to the Department with that

15   proposal.  And when they said, well, we don't think that all

16   of the search terms necessarily cover all of the RFPs -- and

17   I should have mentioned, Your Honor, the first substantive

18   meet and confer on our objections to the second set of RFPs

19   took place about a week ago.  So it's relatively early in a

20   process that even in an expedited fashion sometimes can take

21   a little bit.

22        We said, okay, well, can you give us examples?

23   And you tell us, are there particular requests that you are

24   concerned about, that you don't think is this enormous set

25   of search strings.

1          And my e-Discovery people tell me that when you

2     break those out, when you stare at them, Judge, it's hard to

3     make sense of them.  But there are, within there, like it's

4     embedded -- thousands and thousands of searches are embedded

5     within these large strings.  We said, if you have additional

6     search strings that you want us to consider that you

7     don't -- that you think are missing, please let us know,

8     we'll evaluate those.  If there are particular other issues

9     or things that you think aren't covered, let us know.  Their

10    response was, no, we won't.  It's your obligation.

11         We went back, we evaluated the requests again.

12    And we came back with, in very short order, an additional

13    set of search strings that apply to particular additional

14    requests that we thought may not be covered by their initial

15    set of strings from the first set, we gave those to them and

16    said, you know, consider these; and, again, if you think

17    there are more that you need, let us know.

18         And that's where we are in the meet and confer.

19    They have not come back to us with any counterproposals,

20    which is, frankly, the way this works in meet-and-confers

21    and negotiations, particularly over document requests that

22    are as broad and as burdensome as these are.  So that's

23    where we are in this process.  We are committed to meeting

24    and conferring with them and trying to reach agreement.

25         And I will tell you, Your Honor, that in the --

1    that during that process, while we meet and confer and we

2    continue to try to hash out our differences, we are moving

3    forward with respect to all of the -- to process, gather,

4    collect, do all the things that are needed to gather the

5    dozens and dozens of custodians that we've agreed to, and we

6    will begin running and sort of begin the process of getting

7    documents and data from those custodians based on the search

8    terms that we've agreed to.  So we are not, as what happens

9    in cases that I've been involved in, where oftentimes you

10   wait until the negotiations are complete because you only

11   want to do it once, we haven't begun the process of trying

12   to get this moving.

13            And I will tell you, it will take a Herculean

14   effort to meet the end of May deadline for substantial

15   completion that we have proposed, because we are talking

16   about amounts of data that are, frankly, mind boggling.  It

17   is huge, huge amounts of data that need to be ingested,

18   processed, and reviewed.

19            THE COURT:  So, Mr. Schmidtlein -- so from a

20   process standpoint, I want to understand what Google's

21   doing.

22            It's been a while since I've been involved in one

23   of these, but it seems to me that there's sort of two ways

24   that you can go about doing this.

25            One is that you actually harvest the electronic

1    files of the relevant custodians.  And you've got all that

2    on hand and then you can sort of run searches as needed

3    across that full universe of material.

4          The other option is to sort of take the search

5    terms and run those across the universe of material and then

6    that becomes your data center -- and if you're following me

7    in terms of the two ways I'm thinking about this.

8          You know, in a case like this where you may need

9    to run multiple strings at multiple times and in multiple

10   points along the way, I hate to think you have to kind of

11   recreate the universe every single time you have to go back

12   and find more records that you've already searched for for a

13   particular custodian.

14         So can you give me some more -- give me some

15   insight as to how Google is approaching that issue and how

16   you're going about your document collection to avoid that

17   kind of inefficiency?

18         MR. SCHMIDTLEIN:  Yes.  Absolutely, Your Honor.

19         We do not want to create that sort of

20   inefficiency.

21         So the way the process works is, the first step is

22   sort of like the data extraction and ingestion step, which

23   is, you know, the data is extracted from Google's systems,

24   which takes a certain amount of time, given the large number

25   of custodians and the vast amount of data that those

1    custodians have, particularly given the time periods that

2    the government is asking for here.

3              THE COURT:  And is that extraction done

4    irrespective of search terms?  In other words, you're

5    extracting the raw data, period?

6              MR. SCHMIDTLEIN:  That is correct, Your Honor.

7              THE COURT:  Okay.

8              MR. SCHMIDTLEIN:  And then that data is then

9    transferred to an outside vendor who loads all of that data,

10   which takes a long time.

11             But that data is then reviewed -- you know, is

12   loaded on to sort of a review tool that then can be

13   accessed, documents can be reviewed from.

14             And it is from that platform that search terms can

15   then be used.  And then, you know, once you've got that

16   platform set, you know, you can run different iterations of

17   search terms, extract data based on those searches, and then

18   exploit that over into a place where people then do

19   substantive review.

20             And if you need to go back and run additional

21   terms on that kind of original corpus of data, you can do

22   that without necessarily disrupting the work that's being

23   done on the other material that has been extracted for

24   review based on your prior search-term hits.  So that is the

25   process that we are employing to try to make this as

1   efficient as possible.

2            THE COURT:  And I take it at some place along that

3   process, you're using predictive coding to separate the

4   wheat from the chaff, even after search terms have been

5   applied?

6            MR. SCHMIDTLEIN:  You know, it sort of depends.

7   There's a number of different ways that you can do that,

8   Your Honor.

9            Oftentimes, what is done is you don't necessarily

10  do the predictive coding to make an ultimate responsiveness

11  call so that nobody has reviewed it.

12           But what you can do and what we will anticipate

13  that we will do here is, we will -- after a period, we will

14  use the predictive coding to try to organize and prioritize

15  the documents that are most likely to be determined to be

16  responsive.  So those get loaded and prioritized first.  And

17  so that the responsive material is more likely to be pushed

18  out the door first, as opposed to sort of having lumps down

19  the road.

20           THE COURT:  And at some point along the way, too,

21  I assume there's a de-duplication process.

22           I mean, I did notice in the government's

23  instructions that they're not asking you to reproduce

24  material that's already -- that was already produced in the

25  investigation.  So do I assume correctly that at some stage,

 1    you're also de-duplicating from what's already been

 2    produced?

 3            MR. SCHMIDTLEIN:  That is correct, Your Honor.

 4            I mean, that is another step, slight complication

 5    in the process.  But we understand that's what they want and

 6    there's certainly efficiency for -- so that it will make it

 7    easier for them.

 8            But we both de-duplicate as to the CID production.

 9    And, of course, there's a -- you try to de-duplicate across

10    the ongoing production as well so that you're not producing

11    10 million documents but 2 million of them are duplicates of

12    things you've already produced.  So we are trying to

13    accomplish all of that.

14            THE COURT:  Okay.

15            All right.  Mr. Dintzer, let me turn back to you

16    and see if you've got any reaction to what Mr. Schmidtlein

17    has sort of just described the process to be, and I don't

18    know whether you have much insight into that or not until

19    today.

20            And then let's talk about how we proceed from

21    here, because I think I have a decent sense of the lay of

22    the land now.

23            MR. DINTZER:  Yes, Your Honor.

24            And so we understand the Court is asking us to

25    move on from RFP 1 and focus on RFP 2, and I'll do that in

1   this analysis.

2          What they have done with RFP 2 is they have

3   imported the keywords from RFP 1, which, as I noted to the

4   Court and as the Court understands, those were developed

5   during the investigation, and so they obviously don't expand

6   what we're looking for in RFP 2.

7          And the keywords that they've added are not

8   sufficient.  So when they say we haven't met and conferred,

9   we're not seeing in the -- for RFP 2, separate from RFP 1,

10  we're not seeing in RFP 2 a proffering of keywords for a lot

11  of these -- the search -- a lot of the paragraphs, document

12  requests that are serious or anywhere near inclusive.  And

13  for them to kick it to us and say, okay, government, you

14  tell us what to search for.

15         I'll give the Court an example.  Google has sort

16  of creative names for a lot of their projects and a lot of

17  the things that they do, whether it's ice cream or Star Wars

18  or whatever.  If we don't know the names of those sort of

19  creative projects, then we can't know what search terms to

20  use.  They have to know what search terms to use.  They have

21  to go in, have to talk to the people and find out -- so if

22  we asked about this analysis or this discussion, we can't

23  come up with the search terms.  And for them to kick it to

24  us and say, well, government, you haven't proposed other

25  ones...

1          The one thing we do know is that the keywords that

2     were developed in the investigation, the subset of them that

3     we've put in RFP 1 were not sufficient to gather everything

4     that we're looking for in RFP 2 and the additional ones that

5     they proposed two days ago.

6          And they talked about a week of meet and confer,

7     but they've had our RFP 2 since January 11th.  So they've

8     had significant time to start developing search terms for

9     RFP 2, and they haven't done it.  They provided us with them

10    two days ago, and facially, they do not look sufficient.

11         So, Your Honor, what we would ask, separate from

12    RFP 1, putting that completely aside, what we would ask for

13    RFP 2 is that they continue the process of gathering for all

14    92 custodians who we've identified, gathering and harvesting

15    the documents and processing them; that they give us

16    insight, which they've refused to, into how many documents

17    have been gathered and how many documents have been

18    processed; and that they develop realistic search terms for

19    all of our document requests in RFP 2 so that when --

20         I mean, we're happy to negotiate with them.  And,

21    in fact, we did that in the investigative stage.  But they

22    haven't -- the rules put the burden on them to come up in

23    the first instance with realistic search terms.  And so like

24    I said, with the Microsoft example, if they put together

25    search terms that don't include the word "Microsoft,"

1    I mean, facially, that's just falling short.  And so they

2    need to go back and provide us with a set of -- quickly so

3    that it doesn't create a delay -- of realistic search terms

4    so that these can be negotiated and agreed upon as quickly

5    as possible.

6            So they need to identify them spec by spec so we

7    can apply them and work with them.  And if that means, you

8    know, jettisoning all of the RFP 1 key terms so that they

9    produce realistic ones that match these -- then I understand

10   the Court isn't really interested in us pursuing RFP 1, and

11   I understand that, so we'll put that aside.  But we need RFP

12   2 to be done as quickly as possible, we are two months in

13   now, and that's what we have right now.

14           MR. SCHMIDTLEIN:  Your Honor --

15           THE COURT:  Yes.

16           MR. SCHMIDTLEIN:  May I just briefly respond?

17           THE COURT:  Sure.

18           MR. SCHMIDTLEIN:  Mr. Dintzer talks as if the

19   investigation and the lawsuit are, like, night and day; that

20   they are -- that the poor DOJ is sitting here in February of

21   2021 without any idea of how to locate relevant Google

22   documents.

23           They have 2.1 million documents that we produced

24   to them during the investigation.  Your Honor, I know, has

25   reviewed or at least taken a perusal of the 77 requests that

1    are included in the second request for production.

2          The notion that, like, the search terms that were

3    used for the investigation, just throw them out the window

4    and start from scratch because they don't have anything to

5    do with the second set which are chasing something

6    completely different is what I'm hearing, is ludicrous.

7          Now, if they want to start from scratch, this

8    process is going to take a very, very long time.  We thought

9    that the way to move this forward and to expedite this

10   process was to build on all of that work.  If they want to

11   scratch that and start from scratch, is what I'm hearing,

12   then this is going to take much longer.  But what we have

13   done is to take that learning, to take the things we've

14   already negotiated over and try to leverage that in a

15   sensible way.

16         We are prepared to meet and confer with them and

17   to identify other things.  But for them to sit here, after

18   having all of the documents, all the information that they

19   have -- they're not like a plaintiff who's just starting a

20   private lawsuit never having seen anything.  They've had

21   massive pre-complaint discovery.  And for them to sit here

22   and issue a massive second request and say, Google, you

23   should just start from scratch and begin producing

24   everything out of the heavens is not reasonable.

25         We will, of course, meet and confer and try to

1    find a path forward.  But what I'm hearing is really

2    inefficient and not productive, from our perspective.

3            MR. DINTZER:  Your Honor, if we could be heard on

4    this, just because he's raised something that's different

5    and I would really like to address it.

6            THE COURT:  Quickly, Mr. Dintzer, because I do

7    want to move forward here.

8            Go ahead.

9            MR. DINTZER:  Sure.

10           There are areas that we have sued on that we did

11   not get documents in, and I don't hear them denying that.

12           In the *Sysco* case, which the defendant cited

13   repeatedly during the protective-order phase, this Court

14   acknowledged -- analyzed that the two parties produced

15   14.8 million documents in months.  So for Google to complain

16   about 2 million documents that we've already received, and

17   that was a much simpler case, Your Honor, that's a drop in

18   the ocean of the types of documents and the type of

19   productions in a case of this size and this complexity.  And

20   that was going to be two months, 14.8 million documents.

21           So it's both them saying that there's no way that

22   they could start from first -- their duty under the document

23   requests that we sent them is to provide all non-privileged,

24   relevant documents, all of them.  And nothing gives them a

25   pass on that duty.

1        So that's all, Your Honor.  I understand you want

2  to move forward.

3        THE COURT:  So, look, I think the following:  This

4  is really not something that requires, it seems to me, a

5  firm resolution at this point, and what I think needs to

6  happen here is as follows:

7        You know, folks, this is not a simple case,

8  obviously.  It's complicated.  The volume of records here is

9  going to be through the roof, and the speed with which both

10  sides are proposing to make those productions in time to use

11  them effectively for depositions and expert evidence is

12  really lightning fast.  That makes it all the more of

13  paramount importance for the parties to cooperate and work

14  through these issues.

15        And, again, I'm not -- don't take this as a

16  criticism.  I think the first RFP, while well-intentioned,

17  has created a distraction, and I think, in part, because it

18  is outside the norm.  I think, you know, Mr. Dintzer has

19  recognized that, and, I think, in candor, has acknowledged

20  that.

21        Look, I think that the end goal here is to get to,

22  as quickly as possible, two goals:  One is a set of search

23  strings that captures the records that are being sought in

24  that second RFP.

25        It seems to me that the first set of search

1   strings that are identified in the first RFP is as good a

2   starting point as any.  But unless there's a dialogue about

3   how those first set of search strings are either

4   over-inclusive or under-inclusive in terms of capturing

5   what's in the second RFP, we're going to be at this for a

6   very long time, folks.

7          And, you know, time is not there to dither about

8   whether the precise words have been put in play to make sure

9   we've captured subsection B of request 67.  If we approach

10  it in that manner, we're going to be here for a very long

11  time.

12         You know, we're not going to be in a position --

13  we don't have the luxury to have 250 search strings that

14  precisely match up each of the 250 categories of records

15  that are being sought in that second request for production.

16  We don't have that luxury, we don't have the time, because

17  if we're at it that way, we won't even start producing

18  records until sometime in the middle of the summer.

19         So what the parties need to do is think

20  big-picture.  The government's got to figure out exactly

21  what it needs and figure out what words need to be used to

22  get that information.

23         And Google's got to do its homework to figure out

24  if there are code words or other types of particular lexicon

25  or lingo that is particular to Google and that Google is

1    aware of that would capture this information, to make sure

2    the Department of Justice is aware of it.

3            And, folks, I just don't know of any other better

4    way to do this other than to literally -- we can't sit

5    across a table from one another these days, or not without

6    sufficient distance and masking -- but to literally just

7    continue hammering at this and starting, perhaps, from the

8    search strings that have already been identified in

9    connection with the first RFP and continue to work at it and

10   figure out, well, what doesn't -- what don't they capture,

11   and continuing to make proposals in order to capture

12   everything that's in that second RFP, because that seems to

13   me where the rubber meets the road, and this sort of notion

14   of just running search strings across a bunch of custodians

15   is really throwing a wrench in the process.

16           So I think the question -- the second obvious

17   thing that needs to be agreed upon is the custodians.  It

18   sounds like Google has agreed to at least 70-some-odd

19   custodians of the 97 that are now identified.  It's not

20   clear to me what Google's objection is to the delta.  But

21   that's got to be also something you all are working through

22   and trying to resolve.

23           The question seems to me is what is a realistic

24   time frame in which to try and accomplish all of this and

25   still try and stay on track with our Case Management Order.

1          And, you know, today's February 25th.  Do you all

2    think you can make meaningful progress by the end of next

3    week?

4          MR. DINTZER:  Yes, Your Honor.

5          MR. SCHMIDTLEIN:  We will do our best, Your Honor.

6          THE COURT:  All right.  Let's do this.

7          Why don't we -- I'd like to get a report from you

8    all by next Friday.  And depending on where things are, you

9    know, we may need to convene sooner than our next scheduled

10   date, which I think is the -- I don't know what the next

11   scheduled date is, if we even have one.

12         But based on that report, we'll see where things

13   stand.  And I'm hopeful that you all will have closed the

14   divide here, because I think at the end of the day, there's

15   really no substitute for the hard work of meeting and

16   conferring and trying to work through some of these

17   difficulties.

18         And I'm not -- you know, it's easy enough for me

19   to say that it's simple to sit down to come up with search

20   terms.  But it's a hard job, but I'm confident you all are

21   more than capable of doing it.

22         Let's talk production timing, then.

23         Mr. Schmidtlein, you've already started viewing

24   the collection of records and the processing of records so

25   that you could produce material.

1          Give me a better sense, if you will, of your

2   ability to start making productions, at least with respect

3   to -- assuming you all can agree to some search terms in the

4   near term, how quickly those search terms can be run across

5   what you've collected and you can start producing records.

6          MR. SCHMIDTLEIN:  Your Honor, we're obviously

7   committed to making rolling productions.

8          I don't know -- you know, to get through and make

9   a meaningful production after we have both run the search

10  terms across at least some of the data, right -- what we're

11  trying to do is as data becomes processed and ready for

12  review, we're going to sort of release data for review.

13         I don't have a schedule for that right this moment

14  that I can say based on the search terms we've agreed to.

15  But my -- certainly within the next 30 days, we're going

16  making -- we're going to be making an initial production.

17         THE COURT:  Well, Mr. Schmidtlein, here's what I'm

18  going to ask you to do:  You know, by next week, after

19  you've had the chance to meet and confer, I'm going to ask

20  you, in that Status Report that you file next week, to give

21  me your best estimate as to when productions can begin and

22  to develop a timeline that meets the current deadline by the

23  end of May.

24         I just think we've got to have some benchmarks or

25  interim deadlines for Google to shoot at in order to meet

1  the deadline.  If we don't have those, I fear we're going to

2  fall behind at the start.  And if we fall behind at the

3  start, everything else is going to fall behind as well.

4          So, you know, I'll give you another week, a few

5  days, to think with your team and with your e-Discovery

6  people about a realistic timetable, given the volume of

7  material that is at issue here, to propose a schedule to try

8  and meet the end-of-May deadline, okay?

9          MR. SCHMIDTLEIN:  Yes, Your Honor.

10          THE COURT:  Okay.

11          All right.  You know, I have sort of neglected

12  Mr. Sallet in all this.

13          And I should have turned to you sooner,

14  Mr. Sallet, but -- and I don't mean to cut you out of this

15  discussion and certainly don't mean that you should be cut

16  out of the discussion for purposes of developing these

17  search terms and the meet-and-confer and the Joint Status

18  Report I'd like to get from everybody next Friday.

19          But what are your thoughts?  Anything you'd like

20  to add to this discussion?

21          MR. SALLET:  Yes.

22          Well, Your Honor, I think the process that you've

23  outlined is one that we will obviously join.

24          And as we noted at the beginning of this

25  conference, the Joint Status Report that we made on all

1   three parties notes that the Department of Justice and the

2   Colorado Plaintiff states will be conferring with Google.

3   So we will all be in these discussions; I think that's

4   appropriate.

5           I simply want to note one aspect of why we believe

6   it is appropriate to do it this way, and that is the

7   following:  There has been discussion about relevance

8   measures on discovery requests, quite appropriately.  And

9   there's been mention made of the allegations of a complaint

10  in assessing the relevance of the request.

11          Our requests that we made last night include the

12  requests made by the Department of Justice in its second

13  RFP.

14          It's important to note, and the Court has

15  described it this way, that we have a broader complaint.

16  There are topics discussed in our complaint that are not

17  emphasized in the DOJ complaint.

18          And the reason we think the process including all

19  three of us is so important is that, therefore, a question

20  of relevance as to our request needs to be measured against

21  our broader complaint, and we're prepared to engage with the

22  schedule Your Honor has outlined to move that process

23  forward.

24          THE COURT:  Mr. Sallet, do you have or do your

25  state parties, do you have a set of search terms that you

1    used in whatever investigative phase was brought by you all

2    or can you piggyback off of whatever search terms the

3    Department of Justice might have used in its request for

4    purposes of your non-overlapping portion of your Complaint?

5              MR. SALLETT:  Your Honor, there was a CID issued

6    by Utah that was the subject of extensive discussions

7    between Google and the State of Utah.  And our requests in

8    our second RFP, in significant respects, are modeled on

9    those.

10             So we intend to draw on both of those discussions

11   in order to help us with an understanding of custodians and

12   search terms and the search terms the Department of Justice

13   used to craft a set that covers, as you say, the

14   non-overlapping portions.  We will rely on both sources of

15   information as we move forward.

16             THE COURT:  Okay.

17             All right.  Well, you know, the fact that there is

18   something to start from, I think, is going to -- I mean,

19   it's obviously better than starting from scratch, and I'm

20   pleased to hear that there is something that you all can at

21   least use as a starting point.

22             MR. SALLETT:  Yes, Your Honor.

23             THE COURT:  Okay.

24             All right.  I think that -- I think, frankly,

25   that's about as good as we're going to get done today in

1    terms of moving forward.  I think the parties sort of

2    understand what I'd like you all to try and accomplish in

3    the next eight days, and hopefully you will have meaningful

4    progress on that front.

5            If disputes remain at the end of that time, we'll

6    just have to figure it out, and figure it out even as

7    granularly as particular searches and the like, how we deal

8    with that.

9            But what I hope we can achieve, if not complete

10   agreement and unanimity on what needs to happen is at least

11   try to get a fair amount of this subject to agreement.

12           And if there remain outlying issues about whether

13   this particular search is appropriate or this particular

14   custodian is not -- and I hope we can minimize those

15   disputes -- then we'll just have to take those up as they

16   come.

17           You know, the truth is, it seems to me that those

18   kind of disputes in a case like this, I think it's in

19   everybody's interest to minimize them, because they take up

20   more time and energy than gives them probably worth.

21           You know, having a discussion about whether a

22   particular search string is going to return relevant

23   material in a case that's producing tens of millions of

24   documents seems to me to be kind of not the optimal use of

25   everybody's time and resources.

1           All right.  With that, anything else anybody wants

2   to discuss this afternoon?

3           MR. DINTZER:  Not for the government, Your Honor.

4           MR. SALLET:  And not for Colorado, Your Honor.

5           MR. SCHMIDTLEIN:  No.  Thank you for your time,

6   Your Honor.

7           THE COURT:  Okay.

8           So I'm just looking at my calendar.  We've got

9   another date scheduled for March the 30th.  But, you know,

10  I'll look forward to receiving your report next Friday, and,

11  based upon that, we may need to convene earlier, but

12  hopefully not, if you all have been able to make progress

13  and come to some agreement on these issues.

14          Okay.  Thank you, everybody.  Stay safe and stay

15  well, everyone.

16          (Proceedings concluded at 12:09 p.m.)

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

   I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

   Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__February 25, 2021____   /S/__William P. Zaremba_____

          William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [1]** 3/2
**MR. DINTZER: [18]** 4/18 5/7 5/9 5/13 5/19 5/23 11/24 13/8 14/8 16/20 18/24 21/22 21/25 31/23 36/3 36/9 40/4 46/3
**MR. SALLET: [2]** 42/21 46/4
**MR. SALLETT: [9]** 3/11 6/18 7/20 7/23 8/1 8/8 9/5 44/5 44/22
**MR. SCHMIDTLEIN: [14]** 9/10 24/12 28/18 29/6 29/8 30/6 31/3 34/14 34/16 34/18 40/5 41/6 42/9 46/5
**THE COURT: [39]** 3/8 3/12 5/5 5/8 5/10 5/16 5/20 6/13 7/16 7/22 7/24 8/2 8/23 9/6 10/23 13/7 13/9 15/24 18/8 21/19 21/23 22/1 27/19 29/3 29/7 30/2 30/20 31/14 34/15 34/17 36/6 37/3 40/6 41/17 42/10 43/24 44/16 44/23 46/7

**/**

**/S [1]** 47/10

**0**

**0340 [1]** 1/15

**1**

**10 [1]** 31/11
**100 [1]** 24/12
**1100 [1]** 1/14
**11:00 [1]** 1/6
**11th [1]** 33/7
**12 [1]** 19/23
**12:09 [1]** 46/16
**12th [3]** 2/3 4/25 5/15
**14.8 million [2]** 36/15 36/20
**14th [1]** 1/20
**15th [1]** 4/24
**19 [1]** 47/6
**19th [1]** 4/25

**2**

**2.1 million [1]** 34/23
**20-3010 [2]** 1/4 3/3
**20001 [1]** 2/8
**20005 [1]** 2/3
**2010 [1]** 20/3
**202 [3]** 1/15 2/4 2/9
**2021 [3]** 1/5 34/21 47/10
**24th [1]** 7/18
**25 [2]** 1/5 47/10
**250 [2]** 38/13 38/14
**25th [1]** 40/1
**26th [1]** 5/15
**29 [1]** 7/12
**29th [1]** 4/25

**3**

**30 [1]** 41/15
**3010 [2]** 1/4 3/3
**307-0340 [1]** 1/15
**30th [1]** 46/9
**31st [2]** 12/11 12/12
**3249 [1]** 2/9
**333 [1]** 2/8
**354-3249 [1]** 2/9

**4**

**40 [3]** 6/5 7/12 7/13
**434-5000 [1]** 1/4
**4th [3]** 5/2 5/6 6/25

**5**

**5000 [1]** 1/4
**5th [1]** 12/12

**6**

**6000 [1]** 1/22
**67 [1]** 38/9

**7**

**70 [2]** 10/17 18/16
**70-some-odd [1]** 39/18
**700 [1]** 1/21
**720-508-6000 [1]** 1/22
**725 [1]** 2/3
**77 [4]** 16/13 22/13 22/14 34/25

**8**

**80203 [1]** 1/21
**8th [1]** 7/5

**9**

**92 [1]** 33/14
**97 [1]** 39/19

**A**

**a.m [1]** 1/6
**ability [1]** 41/2
**able [1]** 46/12
**about [36]** 8/25 8/25 9/1 9/8 9/9 9/16 10/6 10/9 10/14 12/18 12/23 13/5 13/10 14/2 15/23 18/16 20/20 20/22 21/20 25/19 25/24 27/16 27/24 28/7 28/16 31/20 32/22 33/6 36/16 38/2 38/7 42/6 43/7 44/25 45/12 45/21
**above [1]** 47/4
**above-titled [1]** 47/4
**Absolutely [2]** 14/8 28/18
**accelerated [1]** 19/19
**accessed [1]** 29/13
**accomplish [3]** 31/13 39/24 45/2
**achieve [1]** 45/9
**acknowledged [2]** 36/14 37/19
**across [8]** 8/6 28/3 28/5 31/9 39/5 39/14 41/4 41/10

**account [1]** 3/3
**actual [2]** 5/10 24/21
**actually [4]** 11/5 15/9 17/7 27/25
**add [2]** 5/22 42/20
**added [1]** 32/7
**additional [8]** 8/12 8/13 18/17 26/5 26/12 26/13 29/20 33/4
**address [2]** 14/9 36/5
**addressing [2]** 19/24 22/11
**adopt [1]** 8/4
**adopted [1]** 8/9
**adoption [1]** 20/4
**affirmative [1]** 16/24
**after [7]** 12/11 12/12 30/4 30/13 35/17 41/9 41/18
**afternoon [1]** 46/2
**again [3]** 26/11 26/16 37/15
**against [3]** 16/17 25/12 43/20
**ago [4]** 10/9 25/19 33/5 33/10
**agree [5]** 23/15 24/12 25/4 25/5 41/3
**agreed [10]** 7/3 12/4 17/7 17/19 27/5 27/8 34/4 39/17 39/18 41/14
**agreement [5]** 24/10 26/24 45/10 45/11 46/13
**ahead [1]** 36/8
**aided [1]** 2/10
**al [2]** 1/3 3/4
**all [66]**
**all right [1]** 18/12
**allegations [1]** 43/9
**allow [1]** 9/15
**almost [1]** 12/9
**alone [1]** 23/6
**along [3]** 28/10 30/2 30/20
**already [11]** 12/4 17/19 28/12 30/24 30/24 31/1 31/12 35/14 36/16 39/8 40/23
**also [7]** 7/7 9/11 19/11 20/18 21/12 31/1 39/21
**AMERICA [2]** 1/3 3/4
**AMIT [1]** 1/10
**amount [4]** 14/23 28/24 28/25 45/11
**amounts [2]** 27/16 27/17
**analysis [4]** 15/13 17/1 32/1 32/22
**analyzed [1]** 36/14
**announce [1]** 3/14
**another [6]** 20/16 20/21 31/4 39/5 42/4 46/9
**answer [3]** 14/10 16/5 16/24
**anticipate [1]** 30/12
**anticipated [1]** 12/11

**any [18]** 4/6 6/16 13/25 14/15 14/18 14/18 15/15 17/5 18/5 20/8 20/9 20/11 20/19 26/19 31/16 34/21 38/2 39/3
**anybody [4]** 4/7 4/13 14/19 46/1
**anything [12]** 4/10 4/13 5/22 9/8 18/1 21/10 21/11 27/22 28/18 35/4 35/20 42/19 46/1
**anywhere [1]** 32/12
**APPEARANCES [2]** 1/12 1/24
**application [1]** 19/17
**applied [3]** 15/19 24/21 30/5
**applies [1]** 14/19
**apply [4]** 14/23 25/10 26/13 34/7
**appreciate [3]** 3/23 4/19 6/13
**approach [4]** 14/2 24/13 24/14 38/9
**approaching [2]** 22/9 28/15
**appropriate [3]** 43/4 43/6 45/13
**appropriately [1]** 43/8
**approved [1]** 20/10
**are [90]**
**areas [1]** 36/10
**aren't [3]** 13/13 14/17 26/9
**aren't you [1]** 13/13
**arisen [1]** 11/2
**articulated [1]** 13/11
**as [66]**
**aside [2]** 33/12 34/11
**ask [8]** 8/5 17/3 19/24 23/23 33/11 33/12 41/18 41/19
**asked [11]** 3/14 6/3 14/23 16/11 16/25 17/9 18/15 20/15 24/3 24/5 32/22
**asking [12]** 13/14 14/3 15/3 15/11 15/16 16/14 16/17 16/21 17/6 29/2 30/23 31/24
**aspect [1]** 43/5
**assessed [1]** 16/10
**assessing [1]** 41/4
**associated [2]** 10/5 11/3
**assume [3]** 18/18 30/21 30/25
**assuming [2]** 24/7 41/3
**attention [1]** 21/12
**Avenue [2]** 1/20 2/8
**avoid [2]** 8/14 28/16
**avoided [1]** 23/9
**aware [3]** 6/2 39/1 39/2

**B**

**back [12]** 14/13 15/13 15/14 20/12 21/2 26/11

**36/12 26/19 28/11 29/20 31/15 34/2
**background [1]** 6/1
**baked [1]** 21/2
**Barrett [1]** 2/7
**based [8]** 13/13 16/23 27/7 29/17 29/24 40/12 41/14 46/11
**basically [1]** 16/21
**be [46]** 5/5 8/12 10/6 10/21 11/22 12/6 13/2 13/3 13/14 14/13 15/13 15/21 15/22 17/23 19/19 20/24 22/24 23/3 23/11 26/14 27/17 29/12 29/13 29/15 30/15 30/15 30/17 31/17 34/4 34/12 36/3 36/20 37/9 38/5 38/10 38/12 38/21 39/17 39/21 41/4 41/16 42/15 43/2 43/3 43/20 45/24
**because [23]** 8/24 11/7 12/3 12/4 12/23 13/6 13/17 14/9 17/19 20/9 21/19 22/8 27/10 27/15 31/21 35/4 36/4 36/6 37/17 38/16 39/12 40/14 45/19
**becomes [2]** 28/6 41/11
**been [26]** 4/3 4/4 6/4 6/7 7/2 7/9 9/11 9/17 9/23 12/3 23/9 23/9 23/12 27/9 27/22 27/22 29/23 30/4 31/1 33/17 33/17 38/8 39/8 43/7 43/9 46/12
**before [7]** 1/10 4/13 6/14 7/5 9/8 18/9 22/2
**began [1]** 7/8
**begin [5]** 10/1 27/6 27/6 35/23 41/21
**beginning [1]** 41/21
**begun [2]** 6/24 27/11
**behalf [1]** 8/18
**behind [3]** 42/2 42/2 42/3
**being [9]** 11/20 14/23 15/22 18/22 21/8 22/15 29/22 37/23 38/15 5
**belabor [1]** 6/22
**believe [3]** 15/21 17/2 43/5
**benchmark [1]** 21/14
**benchmarks [5]** 4/24 21/15 21/16 21/20 41/24
**best [2]** 40/5 41/21
**better [4]** 15/9 39/3 41/1 44/19
**between [2]** 23/12 44/7
**beyond [5]** 12/2 12/10 12/14 13/15 14/14
**big [1]** 38/20
**big-picture [1]** 38/20
**bit [1]** 25/21
**boggling [1]** 27/16

**B**

**both [11]** 3/25 5/17 8/8 8/9 22/25 31/8 36/21 37/9 41/9 44/10 44/14
**break [1]** 26/2
**briefly [1]** 34/16
**broad [3]** 10/12 10/19 26/22
**broader [3]** 13/19 43/15 43/21
**brought [2]** 13/15 44/1
**browser [1]** 20/3
**build [1]** 35/10
**bulk [1]** 9/19
**bunch [1]** 39/14
**burden [1]** 33/22
**burdensome [5]** 10/19 15/15 17/3 17/25 26/22

**C**

**calendar [1]** 46/8
**call [2]** 21/12 30/11
**called [2]** 19/17 20/5
**came [2]** 25/14 26/12
**can [26]** 4/11 7/24 25/20 25/22 27/24 28/2 28/14 29/12 29/13 29/14 29/16 29/21 30/7 30/12 34/4 34/7 40/2 41/3 41/4 41/5 41/14 41/21 44/2 44/20 45/9 45/14
**can't [4]** 15/12 32/19 32/22 39/4
**candor [1]** 37/19
**capable [1]** 40/21
**capture [6]** 18/22 20/13 23/6 39/1 39/10 39/11
**captured [2]** 11/22 38/9
**captures [2]** 22/17 37/23
**capturing [1]** 38/4
**care [1]** 4/11
**Carr [1]** 1/19
**case [12]** 4/7 4/22 16/23 17/5 28/8 36/12 36/17 36/19 37/7 39/25 45/18 45/23
**cases [2]** 3/25 27/9
**catch [1]** 4/19
**categories [4]** 11/19 16/13 16/18 38/14
**center [2]** 1/20 28/6
**certain [4]** 9/16 25/7 25/7 28/24
**certainly [5]** 12/22 15/8 31/6 41/15 42/15
**Certified [1]** 2/6
**certify [1]** 47/2
**CH [1]** 2/7
**chaff [1]** 30/4
**chance [4]** 4/19 8/22 10/18 41/19
**chasing [1]** 35/5
**choice [1]** 20/3
**Chrome [2]** 20/1 20/4
**CID [5]** 12/13 24/21 25/1 31/8 44/5
**CIDs [1]** 9/23
**circuit [1]** 3/17
**circumstances [2]** 17/2 17/24
**cited [1]** 36/12
**Civil [1]** 3/3
**claim [1]** 14/1
**claimed [3]** 15/14 15/16 17/25
**claims [1]** 14/4
**clear [5]** 5/5 11/20 15/12 15/14 39/20
**client [1]** 10/18
**close [1]** 15/22
**closed [1]** 40/13
**closely [1]** 6/12
**CMO [1]** 21/16
**co [2]** 1/21 5/19
**co-plaintiffs [1]** 5/19
**coag.gov [1]** 1/22
**code [1]** 38/24
**coding [3]** 30/3 30/10 30/14
**collect [1]** 27/4
**collected [1]** 41/5
**collection [2]** 28/16 40/24
**Colorado [11]** 1/17 1/18 1/19 3/9 6/3 6/8 6/15 8/20 10/17 43/2 46/4
**Colorado-Nebraska [1]** 6/8
**COLUMBIA [1]** 1/1
**come [9]** 15/13 15/14 17/5 26/19 32/23 33/22 40/19 45/16 46/13
**committed [3]** 18/21 26/23 41/7
**common [1]** 17/13
**communicated [1]** 14/22
**compiling [1]** 3/24
**complain [1]** 36/15
**complaint [20]** 9/18 10/6 13/15 13/20 13/24 14/14 14/16 15/4 15/6 15/21 16/4 16/23 22/20 35/21 43/9 43/15 43/16 43/17 43/21 44/4
**complement [1]** 18/15
**complete [5]** 5/3 7/4 21/13 27/10 45/9
**completed [2]** 4/23 21/10
**completely [2]** 33/12 35/6
**completing [1]** 5/15
**completion [1]** 27/15
**complexity [1]** 36/19
**complicated [1]** 37/8
**complication [1]** 31/4
**comprehensive [1]** 22/22
**computer [1]** 2/10
**computer-aided [1]** 2/10
**concern [3]** 13/5 13/10 14/2
**concerned [1]** 25/24
**concerning [2]** 4/9 11/2
**concerns [2]** 11/2 12/18
**concluded [2]** 17/17 46/16
**confer [10]** 8/19 8/20 25/18 26/18 27/1 33/6 35/16 35/25 41/19 42/17
**conference [4]** 1/9 3/21 7/7 42/25
**conferred [1]** 32/8
**conferring [4]** 10/11 26/24 40/16 43/2
**confers [2]** 10/8 26/20
**confess [1]** 10/16
**confident [1]** 40/20
**connection [2]** 13/12 39/9
**CONNOLLY [1]** 2/2
**consent [1]** 19/25
**consider [2]** 26/6 26/16
**Constitution [1]** 2/8
**constructed [1]** 16/5
**Consumer [1]** 1/18
**contained [1]** 6/22
**context [1]** 16/15
**continue [5]** 10/3 27/2 33/13 39/7 39/9
**CONTINUED [1]** 2/1
**continuing [1]** 39/11
**controversial [1]** 12/7
**convene [2]** 40/9 46/11
**cooperate [1]** 37/13
**corners [1]** 16/7
**corpus [1]** 29/21
**correct [4]** 18/20 29/6 31/3 47/3
**correctly [1]** 30/25
**could [9]** 4/8 14/13 21/16 23/9 25/2 25/3 36/3 36/22 40/25
**counsel [5]** 3/8 3/9 3/14 5/22 6/15
**count [1]** 18/3
**counterproposals [1]** 26/19
**course [4]** 6/24 23/14 31/9 35/25
**court [18]** 1/1 2/5 2/7 4/19 4/22 6/2 6/2 7/1 19/22 20/16 31/24 32/4 32/4 32/15 34/10 36/13 43/14 47/7
**Court's [1]** 21/12
**Courtroom [1]** 3/14
**cover [1]** 25/16
**covered [2]** 26/9 26/14
**covers [1]** 44/13
**COVID [1]** 47/6
**COVID-19 [1]** 47/6
**craft [1]** 44/13
**crafted [1]** 8/14
**crafting [2]** 22/25 23/13
**cream [1]** 32/17
**create [3]** 17/15 28/19 34/3
**created [3]** 23/8 23/18 37/17
**creating [2]** 22/7 22/10
**creative [2]** 32/16 32/19
**criticism [2]** 22/3 37/16
**CRR [2]** 47/2 47/11
**cull [1]** 24/2
**current [1]** 41/22
**custodian [2]** 28/13 45/14
**custodians [22]** 8/6 12/5 14/25 15/20 17/20 18/15 18/19 23/1 23/10 24/2 25/6 25/11 27/5 27/7 28/1 28/25 29/1 33/14 39/14 39/17 39/19 44/11
**cut [3]** 14/12 42/14 42/15
**CV [1]** 1/4

**D**

**D.C [4]** 1/5 1/14 2/3 2/8
**darn [1]** 22/21
**data [16]** 27/7 27/16 27/17 28/6 28/22 28/23 28/25 29/5 29/8 29/9 29/11 29/17 29/21 41/10 41/11 41/12
**date [4]** 40/10 40/11 46/9 47/10
**day [5]** 7/13 12/11 12/12 34/19 40/14
**days [6]** 33/5 33/10 39/5 41/15 42/5 45/3
**de [4]** 30/21 31/1 31/8 31/9
**de-duplicate [2]** 31/8 31/9
**de-duplicating [1]** 31/1
**de-duplication [1]** 30/21
**deadline [4]** 27/14 41/22 42/1 42/8
**deadlines [2]** 10/14 41/25
**deal [2]** 4/7 45/7
**decent [1]** 31/21
**decree [1]** 20/1
**defendant [3]** 1/7 2/2 36/12
**defense [1]** 22/20
**defenses [3]** 14/1 14/4 16/24
**defines [1]** 15/25
**defining [1]** 12/19
**delay [2]** 23/12 34/3
**delta [1]** 39/20
**demand [1]** 13/22
**demanded [2]** 18/22 21/15
**Denver [1]** 1/21
**denying [1]** 36/11
**DEPARTMENT [15]** 1/13 1/18 8/4 8/10 8/15 8/19 11/13 22/4 24/15 25/14 39/2 43/1 43/12 44/3 44/12
**Department's [1]** 8/25
**depend [1]** 12/15
**depending [1]** 40/8
**depends [1]** 30/6
**deposition [1]** 16/25
**depositions [2]** 16/22 37/11
**Deputy [1]** 3/14
**describe [1]** 8/3
**described [4]** 4/14 11/8 31/17 43/15
**description [1]** 18/20
**designed [2]** 16/6 19/5
**detail [1]** 11/19
**determinations [1]** 25/12
**determine [2]** 16/3 16/17
**determined [2]** 16/10 30/15
**develop [2]** 33/18 41/22
**developed [2]** 32/4 33/2
**developing [2]** 33/8 42/16
**Diagram [2]** 12/21 13/4
**dialogue [1]** 38/2
**did [10]** 7/19 7/20 7/23 8/4 8/8 9/19 19/19 30/22 33/21 36/10
**did you [1]** 8/4
**didn't [4]** 3/15 9/23 20/8 20/22
**differences [1]** 27/2
**different [5]** 16/13 29/16 30/7 35/6 36/4
**difficulties [1]** 40/17
**Dintzer [14]** 1/13 3/5 4/17 7/6 8/17 11/9 13/9 18/9 21/19 24/19 31/15 34/18 36/6 37/18
**directed [1]** 22/25
**directly [1]** 20/5
**disclosed [1]** 17/21
**disclosure [2]** 6/24 12/6
**discovery [10]** 4/9 7/10 9/11 9/16 9/18 10/4 26/1 35/21 42/5 43/8
**discrete [1]** 8/3
**discuss [3]** 4/13 4/15 46/2
**discussed [1]** 43/16
**discussing [1]** 19/24
**discussion [8]** 8/12 8/25 32/22 42/15 42/16 42/20 43/7 45/21
**discussions [3]** 43/3 44/6 44/10
**disputed [1]** 4/9

50

**D**

disputes [5]  9/9 11/2 45/5 45/15 45/18
disrupting [1]  29/22
distance [1]  39/6
distraction [3]  23/8 23/19 37/17
distractions [1]  22/7
DISTRICT [3]  1/1 1/1 1/10
dither [1]  38/7
divide [1]  40/14
do [47]  5/11 9/4 14/23 15/6 15/9 15/12 16/21 16/21 16/22 16/25 17/9 17/15 17/20 17/22 18/21 20/14 20/15 22/2 23/24 27/4 27/11 28/19 29/18 29/21 30/7 30/10 30/12 30/13 30/25 31/25 32/17 33/1 33/10 35/5 36/6 38/19 38/23 39/4 40/1 40/5 40/6 41/11 41/18 43/6 43/24 43/24 43/25
do you have [3]  5/11 43/24 43/25
document [14]  9/9 11/4 11/5 12/24 12/24 17/19 18/3 22/14 24/21 26/21 28/16 32/11 33/19 36/22
documents [47]  5/11 6/11 10/17 10/22 12/8 12/8 12/13 13/1 14/21 14/25 15/3 15/4 15/5 15/10 15/17 15/20 16/6 17/4 17/10 17/14 18/4 19/17 19/23 20/14 20/17 20/24 20/25 20/25 24/22 24/22 27/7 29/13 30/15 31/11 33/15 33/16 33/17 34/22 34/23 35/18 36/11 36/15 36/16 36/18 36/20 36/24 45/24
does [1]  13/4
doesn't [2]  34/3 39/10
doing [8]  7/8 14/20 15/17 17/17 25/4 27/21 27/24 40/21
DOJ [10]  4/9 5/18 6/5 7/10 7/12 11/3 11/3 11/13 34/20 43/17
DOJ's [1]  9/1
don't [35]  4/12 4/16 6/14 6/15 12/23 13/23 14/15 15/5 15/6 17/2 20/23 22/3 25/15 25/24 26/7 30/9 31/17 32/5 32/18 33/25 35/4 36/11 37/15 38/13 38/16 38/16 39/3 39/10 40/7 40/10 41/8 41/13 42/1 42/14 42/15
done [18]  4/4 8/5 9/2 15/21 15/22 18/4 18/5
29/23 30/9 32/2 33/9 34/12 35/13 44/25
door [1]  30/18
down [3]  19/19 30/18 40/19
dozens [2]  27/5 27/5
draw [1]  44/10
drawing [1]  14/5
drop [1]  36/17
due [2]  5/2 5/6
duplicate [2]  31/8 31/9
duplicates [1]  31/11
duplicating [1]  31/1
duplication [2]  8/15 30/21
during [10]  14/6 14/10 19/8 24/18 25/1 27/1 32/5 34/24 36/13 14 47/5
duty [2]  36/22 36/25

**E**

e-Discovery [2]  26/1 42/5
each [2]  4/24 38/14
earlier [1]  46/11
early [2]  9/21 25/19
earnest [1]  10/9
easier [1]  31/7
easy [2]  12/7 40/18
edification [1]  7/25
effect [3]  19/25 20/2 22/8
effectively [1]  37/11
efficiency [3]  3/16 6/8 31/6
efficient [2]  17/18 30/1
effort [1]  27/14
efforts [2]  3/23 19/21
eight [1]  45/3
either [4]  4/7 22/18 22/19 38/3
electronic [1]  27/25
elements [1]  11/19
elicit [1]  16/6
else [4]  5/22 22/18 42/3 46/1
Email [3]  1/15 1/22 2/4
embedded [2]  26/4 26/4
emphasized [1]  43/17
employing [1]  29/25
encompassing [1]  10/12
end [11]  4/11 5/4 7/13 21/9 27/14 37/21 40/2 40/14 41/23 42/8 45/5
energy [1]  45/20
engage [2]  25/3 43/21
engaged [1]  4/12
enormous [1]  25/24
enough [3]  17/8 17/8 40/18
ensure [1]  6/8
essentially [1]  13/11
estimate [1]  41/21
estimated [1]  5/11
et [2]  1/3 3/4
evaluate [3]  9/15 16/23 26/8
evaluated [2]  24/16 26/11
even [10]  12/24 14/13 20/7 20/10 21/15 25/20 30/4 38/17 40/11 45/6
ever [1]  14/19
every [2]  16/25 28/11
everybody [1]  3/18 42/18 46/14
everybody's [3]  3/18 45/19 45/25
everyone [1]  46/15
everything [8]  14/13 15/2 23/7 24/7 33/3 35/24 39/12 42/3
evidence [1]  37/11
exactly [1]  38/20
example [5]  19/22 20/16 20/20 32/15 33/24
examples [1]  25/22
excuse [1]  14/6
exhaustive [1]  19/9
expand [1]  32/5
expect [5]  5/3 5/14 7/12 10/11 21/17
expedite [1]  35/9
expedited [2]  9/14 25/20
expeditiously [1]  7/11
expert [1]  37/11
explained [1]  7/7
exploit [1]  29/18
expressly [2]  15/17 20/5
extensive [1]  44/6
extent [3]  9/3 19/12 22/17
extract [2]  29/17
extracted [2]  28/23 29/23
extracting [1]  29/5
extraction [2]  28/22 29/3
eyeball [1]  11/7
eyes [1]  22/22

**F**

facially [3]  21/5 33/10 34/1
fact [4]  17/17 24/8 33/21 44/17
factor [1]  10/20
fair [1]  45/11
fall [4]  11/16 42/2 42/2 42/3
falling [1]  34/1
families [1]  3/19
far [4]  6/1 6/10 12/14 18/11
fashion [1]  15/20
fast [1]  37/12
fear [1]  42/1
February [9]  1/5 4/25 6/25 7/18 9/22 9/25
Federal [1]  17/16
feels [2]  22/6 23/17
felt [1]  7/10
few [1]  42/4
fight [1]  25/2
figure [6]  38/20 38/21 38/23 39/10 45/6 45/6
file [1]  41/20
filed [1]  13/23
files [1]  28/1
fill [1]  19/15
final [1]  24/10
find [4]  21/1 28/12 32/21 36/1
finding [1]  21/9
firm [1]  37/5
first [33]  5/1 5/14 7/18 8/5 8/10 10/5 11/4 11/14 11/15 11/22 11/25 12/2 12/8 13/5 14/14 16/16 19/4 19/7 22/6 22/17 23/17 25/17 26/15 28/21 30/16 30/18 33/23 36/22 37/16 37/25 38/1 38/3 39/9
fit [2]  19/11 19/13
flesh [1]  19/6
flowing [2]  12/9 12/13
focus [3]  22/24 23/9 31/25
focused [1]  17/7
folks [3]  37/7 38/6 39/3
follow [1]  7/9
follow-on [1]  7/9
following [4]  22/2 28/6 37/3 43/7
follows [1]  37/6
foregoing [1]  47/3
forward [13]  3/24 7/11 8/21 10/21 27/3 35/9 36/1 36/7 37/2 43/23 44/15 45/1 46/10
four [1]  16/7
frame [1]  39/24
frankly [2]  26/20 27/16 44/24
Friday [3]  40/8 42/18 46/10
front [1]  45/4
full [2]  18/15 28/3

**G**

gather [3]  27/3 27/4 33/3
gathered [1]  33/17
gathering [2]  33/13 33/14
gave [1]  26/15
generally [1]  4/12
get [24]  6/16 9/19 9/23 11/5 11/9 12/20 17/18 18/2 19/19 21/3 22/5 22/12 23/11 24/1 27/12 30/16 36/11 37/21 38/22 40/7 41/8 42/18 44/25 45/11
getting [4]  21/15 23/19 24/9 27/6
give [12]  9/3 17/14 19/22 19/26 25/22 28/14 28/14 32/15 33/15 41/1 41/20 42/4
given [4]  17/25 28/24 29/1 42/6
gives [2]  36/24 45/20
go [10]  6/10 8/21 17/10 21/2 27/24 28/11 29/20 32/21 34/2 36/8
Go ahead [1]  36/8
goal [1]  11/25 12/6 37/21
goals [1]  37/22
goes [1]  12/14
going [31]  4/20 8/12 10/15 12/17 13/13 14/19 18/12 20/12 21/13 22/1 23/6 23/14 23/14 28/16 35/8 35/12 36/20 37/9 38/5 38/10 38/12 41/12 41/15 41/16 41/18 41/19 42/1 42/3 44/18 44/25 45/22
gone [1]  21/6
good [8]  3/2 3/8 3/12 5/20 19/11 19/13 38/1 44/25
good morning [3]  3/2 3/8 3/12
GOOGLE [32]  1/6 3/4 3/7 4/21 6/21 7/3 8/20 10/22 12/3 12/15 13/14 14/3 14/23 15/12 16/6 16/17 18/11 18/21 19/14 22/9 23/24 28/15 32/15 34/21 35/22 36/15 38/25 38/25 39/18 41/25 43/2 44/7
Google LLC [1]  3/4
Google's [6]  5/1 13/10 27/20 28/23 38/23 39/20
got [8]  28/1 29/15 31/16 38/20 38/23 39/21 41/24 46/8
government [4]  4/16 29/2 32/13 32/24 46/3
government's [3]  9/14 30/22 38/20
granularly [1]  45/7
grateful [1]  41/1
great [1]  11/19
greater [1]  22/10
guess [3]  10/8 15/24 16/15
guts [1]  22/15

**H**

had [16]  9/13 9/13 9/17 9/23 10/18 12/3 12/3 12/11 15/19 18/15 19/8 23/9 33/7 33/8 35/20 41/19
half [1]  21/2
hammering [1]  39/7

# H

hand [4]  3/20 11/1
14/21 28/2
hang [1]  21/19
happen [4]  20/20 23/14
37/6 45/10
happens [1]  27/8
happy [4]  4/15 33/20
hard [3]  26/2 40/15
40/20
harvest [1]  27/25
harvesting [1]  33/14
has [24]  4/3 4/4 6/3 8/5
16/11 18/11 18/21
19/14 19/18 22/6 22/9
23/18 29/23 30/11
31/17 32/15 34/24
37/17 37/18 37/19
39/18 43/7 43/14 43/22
hash [1]  27/2
hate [1]  28/10
have [96]
haven't [11]  17/24
17/25 18/2 18/5 20/12
21/6 27/11 32/8 32/24
33/9 33/22
having [6]  10/16 22/8
30/18 35/18 35/20
45/21
he's [1]  36/4
healthy [1]  3/19
hear [4]  4/15 36/11
44/20
heard [2]  9/3 36/3
hearing [4]  35/6 35/11
36/1 47/5
heavens [1]  35/24
help [1]  44/11
helpful [4]  3/25 8/24
11/5 11/7
Herculean [1]  27/13
here [19]  3/20 11/10
15/4 22/12 23/19 23/24
29/2 30/13 31/21 34/20
35/17 35/21 36/7 37/6
37/8 37/21 38/10 40/14
42/7
here's [2]  4/5 41/17
hit [2]  4/24 15/2
hits [1]  29/24
homework [3]  19/15
20/12 38/23
honestly [1]  12/14
Honor [43]  3/2 4/18
5/13 5/23 6/18 7/20 9/5
9/10 11/24 12/15 12/22
13/8 14/8 15/14 17/12
17/22 18/3 19/5 24/12
25/17 26/25 28/18 29/6
30/8 31/3 31/23 33/11
34/14 34/24 36/3 36/17
37/1 40/4 40/5 41/6
42/9 42/22 43/22 44/5
44/22 46/3 46/4 46/6
HONORABLE [1]  1/10
hope [6]  3/18 3/18 8/14
12/10 45/9 45/14
hopeful [1]  40/13

hopefully [2]  45/3
46/12
hoping [1]  11/21
hopper [1]  17/6
how [17]  3/21 4/5
12/15 12/18 12/19
15/25 16/16 22/12
28/15 28/15 31/20
33/16 33/17 34/21 38/3
41/4 45/7
however [1]  23/18
huge [2]  27/17 27/17

# I

I asked [1]  3/14
I assume [2]  30/21
30/25
I can [1]  41/14
I did [1]  30/22
I don't [1]  36/11
I don't have [1]  41/13
I guess [3]  10/8 15/24
16/15
I have [3]  10/17 31/21
42/11
I hope [4]  3/18 3/18
45/9 45/14
I just [2]  34/16 41/24
I know [2]  3/16 34/24
I mean [9]  5/24 14/20
16/2 19/15 22/21 30/22
31/4 33/20 34/1
I should [3]  7/20 25/17
42/13
I think [22]  8/11 10/9
11/10 13/10 23/8 24/13
31/21 37/3 37/5 37/16
37/17 37/18 37/19
37/21 40/10 42/22 43/3
44/18 44/24 44/24 45/1
45/18
I understand [7]  10/6
17/12 18/11 18/13 22/4
34/9 37/1
I want [2]  11/12 21/20
I will [2]  10/8 10/16
I would [1]  4/6
I'd [4]  12/20 40/7 42/18
45/2
I'll [9]  6/22 8/2 18/2
19/22 20/16 31/25
32/15 42/4 46/10
I'm [18]  4/1 4/15 13/8
20/22 22/21 24/4 28/7
35/6 35/11 36/1 37/15
40/13 40/18 40/20
41/17 41/19 44/19 46/8
I'm going [2]  22/1
43/18
I'm not [3]  24/4 37/15
40/18
I'm sure [1]  20/22
I'm thinking [1]  28/7
I've [2]  27/9 27/22
ice [1]  32/17
idea [3]  12/25 21/13
34/21
identified [6]  23/11

39/19
identify [2]  34/6 35/17
identifying [1]  23/1
immediately [1]  12/9
impediment [1]  24/9
implicate [1]  9/2
import [1]  19/4
importance [1]  37/13
important [4]  14/9
24/19 43/14 43/19
imported [1]  32/3
include [3]  20/9 33/25
43/11
included [2]  20/19
35/1
includes [1]  8/11
including [4]  8/10
11/19 12/5 43/18
inclusive [3]  32/12
38/4 38/4
incorrect [1]  13/18
indicated [1]  7/17
inefficiency [2]  28/17
28/20
inefficient [1]  36/2
information [5]  8/3
35/18 38/22 39/1 44/15
ingested [1]  27/17
ingestion [1]  28/22
initial [6]  4/6 8/7 9/1
25/6 26/14 41/16
inquiries [1]  8/14
insight [3]  28/15 31/18
33/16
instance [1]  33/23
instead [1]  20/21
instructions [1]  30/23
insufficient [1]  21/8
intend [1]  5/2 44/10
intentioned [2]  23/18
37/16
interest [2]  3/16 45/19
interested [1]  34/10
interim [1]  41/25
introduction [1]  3/17
investigation [17]  6/25
9/24 12/4 13/19 14/16
15/1 19/8 23/4 24/18
24/20 25/1 30/25 32/5
33/2 34/19 34/24 35/3
investigative [5]  13/22
14/7 14/11 33/21 44/1
involved [2]  27/9 27/22
involves [1]  19/1
irrelevant [1]  15/16
irrespective [1]  29/4
is [137]
is that right [1]  5/8
isn't [2]  24/5 34/10
issuance [2]  7/8 23/12
issue [7]  11/1 11/10
15/24 22/12 28/15
35/22 42/7
issued [1]  7/10 8/10
44/5
issues [7]  4/10 5/24
9/4 26/8 37/14 45/12

issuing [1]  10/1
it [70]
it would be [1]  12/6
it's [27]  8/24 11/7
13/17 14/5 15/15 17/23
17/25 19/15 22/9 22/10
23/8 23/14 25/19 26/2
26/3 26/10 27/22 32/17
36/21 37/8 39/19 40/18
40/19 40/20 43/14
44/19 45/18
iterations [1]  29/16
its [3]  38/23 43/12 44/3

# J

January [4]  4/24 9/21
12/12 33/7
jettisoning [1]  34/8
job [1]  40/20
John [5]  2/2 3/5 3/7
3/11 6/19
John Sallet [1]  6/19
John Schmidtlein [1]
3/7
join [1]  42/23
joined [1]  5/18
joint [7]  3/24 4/14 6/20
7/17 11/8 42/17 42/25
jointly [2]  8/19 8/20
jon.sallet [1]  1/22
Jonathan [1]  1/17
jschmidtlein [1]  1/24
JUDGE [1]  1/10 26/2
judgments [1]  9/16
Judicial [1]  1/20
July [1]  21/1
jumping [1]  24/4
June [1]  21/1
just [38]  3/9 3/15 3/17
4/12 5/5 6/22 7/6 7/24
7/24 8/2 10/8 15/13
15/20 17/5 19/3 19/22
20/5 20/20 22/2 22/8
22/13 22/18 23/17
22/23 31/17 34/1 34/16
35/3 35/19 35/23 36/4
39/3 39/6 39/14 41/24
45/6 45/15 46/8
JUSTICE [11]  1/13 8/4
8/10 8/16 8/19 24/15
39/2 43/1 43/12 44/3
44/12

# K

Kenneth [2]  1/13 3/5
kenneth.dintzer2 [1]
1/16
key [2]  21/7 34/8
keyword [2]  14/19 17/6
keywords [15]  12/3
14/24 15/19 17/4 17/7
17/15 17/20 19/4 19/7
20/8 21/5 32/3 32/7
32/10 33/1
kick [2]  31/23 32/23
kind [5]  28/10 28/17
29/21 45/18 45/24

# L

land [1]  31/22
large [2]  26/5 28/24
largely [1]  14/5
last [6]  7/7 7/23 9/24
10/16 18/9 43/11
late [1]  9/21
later [1]  18/2
latter [1]  23/25
LAW [1]  1/18
lawsuit [2]  34/19 35/20
lay [1]  31/21
lead [2]  3/9 3/14
learning [1]  35/13
least [9]  11/11 18/13
22/22 34/25 39/18 41/2
41/10 44/21 45/10
leave [1]  24/6
leaving [1]  20/24
left [5]  4/10 13/1 13/3
14/13 24/19
lengthy [1]  10/12
let [11]  9/7 11/9 14/8
18/25 22/2 23/21 23/23
26/7 26/9 26/17 31/15
let's [6]  3/20 11/1
21/23 31/20 40/6 40/22
level [1]  6/10
leverage [1]  35/14
lexicon [1]  38/24
liability [1]  13/20
lightning [1]  37/12
like [25]  4/3 9/1 10/19
12/20 16/12 18/1 21/12
22/6 22/16 23/17 26/3
28/8 28/22 33/23 34/19
35/2 35/19 36/5 39/18
40/7 42/18 42/19 45/2
45/7 45/18
likelihood [1]  21/8
likely [3]  30/15 30/17
limitations [1]  47/7
limited [1]  13/25
line [1]  22/14
lingo [1]  38/25
list [1]  12/6
literally [2]  39/4 39/6
little [3]  19/24 20/2
25/21
LLC [1]  1/6 3/4
LLP [1]  2/2
loaded [2]  29/12 30/16
loads [1]  29/9
locate [1]  34/21
long [5]  3/15 29/10
35/8 38/6 38/10
longer [1]  35/12
look [8]  10/19 13/17
17/3 23/23 33/10 37/3
37/21 46/10
looked [2]  15/2 24/24
looking [8]  16/19 19/2
19/9 19/20 22/16 32/6
33/4 46/8
looks [1]  4/3
lot [9]  4/3 4/4 13/21

**L**

**lot... [6]** 19/1 20/23 32/10 32/11 32/16 32/16
**ludicrous [1]** 35/6
**lumps [1]** 30/18
**luxury [2]** 38/13 38/16

**M**

**made [17]** 4/2 4/4 7/7 8/17 10/13 10/14 14/1 14/4 15/11 22/15 24/14 25/1 25/7 42/25 43/9 43/11 43/12
**majority [3]** 7/2 25/5 25/9
**make [21]** 3/9 5/14 6/2 6/4 6/9 6/17 6/22 9/16 22/2 25/11 26/3 29/25 30/10 31/6 37/10 38/8 39/1 39/11 40/2 41/8 46/12
**makes [1]** 37/12
**making [5]** 20/12 41/2 41/7 41/16 41/16
**Management [2]** 4/23 39/25
**manner [1]** 38/10
**many [4]** 20/23 24/16 33/16 33/17
**March [7]** 5/2 5/4 5/6 5/15 5/15 7/5 46/9
**March 12th [1]** 5/15
**masking [1]** 39/6
**massive [2]** 35/21 35/22
**match [3]** 19/12 34/9 38/14
**material [12]** 9/25 11/14 11/21 13/25 28/3 28/5 29/23 30/17 30/24 40/25 42/7 45/23
**materials [5]** 4/2 6/25 7/2 9/15 9/20
**matter [4]** 4/9 8/7 47/4 4/9 23/19
**matters [4]** 3/20 4/7 4/9 23/19
**may [13]** 19/12 21/9 21/13 23/3 23/4 26/14 27/14 28/8 34/16 40/9 41/23 42/8 46/11
**maybe [1]** 13/17
**me [32]** 5/23 9/7 11/9 11/21 14/6 14/8 15/25 16/2 18/25 22/2 22/11 22/24 23/17 23/21 23/23 23/24 26/1 27/23 28/6 28/14 28/14 31/15 37/4 37/25 39/13 39/20 39/23 40/18 41/1 41/21 45/17 45/24
**mean [14]** 5/24 13/17 14/20 16/2 19/15 22/15 22/21 30/22 31/4 33/20 34/1 42/14 42/15 44/18
**meaningful [3]** 40/2 41/9 45/3
**means [1]** 34/7

**measured [1]** 43/20
**measures [1]** 43/8
**mechanical [1]** 2/10
**meet [14]** 10/8 10/15 25/18 26/18 26/20 27/1 27/14 33/6 35/16 35/25 41/19 41/25 42/8 42/17
**meeting [3]** 10/10 26/23 40/15
**meets [2]** 39/13 41/22
**MEHTA [1]** 1/10
**mention [1]** 43/9
**mentioned [1]** 25/17
**Merit [1]** 2/6
**met [2]** 24/5 32/8
**Microsoft [8]** 19/25 20/3 20/6 20/7 20/18 20/24 33/24 33/25
**middle [2]** 9/24 38/18
**might [2]** 23/12 44/3
**million [3]** 31/11 31/11 34/23 36/15 36/16 36/20
**millions [1]** 45/23
**mind [2]** 5/11 27/16
**minimize [2]** 45/14 45/19
**missing [1]** 26/7
**mixing [1]** 19/18
**modeled [1]** 44/8
**moment [2]** 21/21 41/13
**Monday [1]** 7/13
**monthly [1]** 3/21
**months [2]** 34/12 36/15 36/20
**more [16]** 10/10 10/17 12/24 12/24 16/9 16/12 16/18 18/2 19/1 26/17 28/12 28/14 30/17 37/12 40/21 45/20
**morning [3]** 3/2 3/8 3/12
**most [3]** 7/11 17/18 30/15
**move [8]** 7/10 10/21 31/25 35/9 36/7 37/2 43/22 44/15
**moving [3]** 27/2 27/12 45/1
**Mr. [26]** 4/17 6/15 7/6 8/17 9/7 10/25 11/9 13/9 18/9 18/10 21/19 22/1 23/22 23/23 24/19 27/19 31/15 31/16 34/18 36/6 37/18 40/23 41/17 42/12 42/14 43/24
**Mr. Dintzer [12]** 4/17 7/6 8/17 11/9 13/9 18/9 21/19 24/19 31/15 34/18 36/6 37/18
**Mr. Sallet [3]** 42/12 42/14 43/24
**Mr. Schmidtlein [11]** 6/15 9/7 10/25 18/10 22/1 23/22 23/23 27/19

**much [3]** 31/18 35/12 36/17
**multiple [3]** 28/9 28/9 28/9
**my [9]** 7/24 10/18 11/11 13/10 14/2 23/25 26/1 41/15 46/8

**N**

**named [1]** 12/5
**names [3]** 3/15 32/16 32/18
**nature [1]** 14/20
**near [2]** 32/12 41/4
**Nebraska [2]** 6/3 6/8
**necessarily [4]** 17/23 25/16 29/22 30/9
**necessary [1]** 23/1
**need [13]** 23/11 24/1 26/17 27/17 28/8 29/20 34/2 34/6 34/11 38/19 38/21 40/9 46/11
**needed [1]** 10/21 27/4 28/2
**needs [6]** 23/24 37/5 38/21 39/17 43/20 45/10
**neglected [1]** 42/11
**negotiate [1]** 33/20
**negotiated [3]** 14/11 34/4 35/14
**negotiations [3]** 23/15 26/21 27/10
**never [3]** 19/5 19/8 35/20
**next [10]** 40/2 40/8 40/9 40/10 41/15 41/18 41/20 42/18 45/3 46/10
**night [4]** 7/23 10/16 34/19 43/11
**no [15]** 1/4 3/13 12/22 15/12 17/24 18/5 19/23 21/14 21/14 21/16 23/25 26/10 36/21 40/15 46/5
**nobody [1]** 30/11
**non [7]** 12/7 17/10 19/16 24/8 36/23 44/4 44/14
**non-controversial [1]** 12/7
**non-overlapping [2]** 44/4 44/14
**non-privileged [3]** 19/16 24/8 36/23
**non-relevant [1]** 17/10
**Nonetheless [1]** 10/1
**norm [1]** 37/18
**not [65]**
**note [6]** 6/20 7/6 10/8 43/5 43/14 47/5
**noted [2]** 32/3 42/24
**notes [2]** 8/18 43/1
**nothing [3]** 5/23 17/16 36/24
**notice [1]** 30/22
**notion [2]** 35/2 39/13
**now [13]** 7/11 9/21

**nub [1]** 11/10
**number [9]** 14/11 14/12 18/4 18/4 18/18 21/15 22/14 28/24 30/7 32/10
**NW [3]** 1/14 2/3 2/8

**O**

**objection [1]** 39/20
**objections [4]** 22/10 24/6 25/7 25/18
**obligation [1]** 26/10
**observation [3]** 22/3 23/21 23/25
**observations [1]** 6/16
**observer [1]** 22/23
**obtain [1]** 11/21
**obtaining [1]** 11/13
**obvious [1]** 39/16
**obviously [13]** 5/24 9/19 10/3 10/13 10/19 10/20 19/15 25/7 32/5 37/8 41/6 42/23 44/19
**occur [2]** 7/19 10/11
**occurred [1]** 47/5
**ocean [1]** 36/18
**odd [1]** 39/18
**off [4]** 4/12 15/9 25/2 44/2
**offense [1]** 3/13
**offered [1]** 20/7
**Official [1]** 2/7
**oftentimes [2]** 27/9 30/9
**Oh [1]** 18/3
**okay [17]** 5/16 7/22 8/23 9/6 10/23 13/9 19/3 25/22 29/7 31/14 32/13 42/8 42/10 44/16 44/23 46/7 46/14
**once [7]** 6/10 8/21 12/24 12/25 13/23 27/11 29/15
**one [21]** 7/16 9/13 10/11 13/2 13/3 13/5 15/25 16/4 16/8 18/9 19/18 20/20 21/4 27/22 27/25 33/1 37/22 39/5 40/11 42/23 43/5
**ones [5]** 15/18 17/11 32/25 33/4 34/9
**ongoing [1]** 31/10
**only [13]** 3/14 6/1 6/10 14/25 15/2 15/3 15/9 15/17 15/22 19/7 19/18 21/5 27/10
**opportunity [1]** 9/3
**opposed [1]** 30/18
**opposite [1]** 22/8
**optimal [1]** 45/24
**option [1]** 28/4
**order [8]** 4/3 4/23 26/12 36/13 39/11 39/25 41/25 44/11
**ordered [1]** 7/1
**organize [1]** 30/14

**original [1]** 29/21
**other [13]** 6/1 16/11 19/18 24/6 26/8 28/4 29/4 29/23 32/24 35/17 38/24 39/3 39/4
**Otherwise [1]** 22/24
**ought [1]** 22/24
**our [32]** 3/21 4/21 4/22 5/2 5/3 5/19 6/9 6/24 7/8 7/14 9/25 10/10 14/14 21/16 25/1 25/6 25/7 25/9 25/18 27/2 33/7 33/19 36/2 39/25 40/5 40/9 43/11 43/16 43/20 43/21 44/7 44/8
**ours [1]** 20/9
**ourselves [1]** 21/9
**out [27]** 3/16 6/4 6/5 7/14 11/19 14/12 15/19 17/9 19/6 19/15 21/1 23/11 24/19 26/2 27/2 30/18 32/21 35/3 35/24 38/20 38/21 38/23 39/10 42/14 42/16 45/6 45/6
**outlined [1]** 24/13
**42/23 43/22**
**outlying [1]** 45/12
**outside [4]** 11/16 22/18 29/9 37/18
**over [6]** 24/4 25/3 26/21 29/18 35/14 38/4
**over-inclusive [1]** 38/4
**overlap [5]** 12/22 13/4 13/5 23/3 24/25
**overlapping [2]** 44/4 44/14
**overly [3]** 15/15 17/3 17/25
**overwhelming [3]** 7/2 25/5 25/9
**own [3]** 7/8 7/24 17/21

**P**

**p.m [1]** 46/16
**pale [1]** 14/14
**pandemic [1]** 47/6
**paragraphs [1]** 32/11
**paramount [1]** 37/13
**part [4]** 6/21 13/4 23/25 37/17
**particular [11]** 24/23 25/23 26/8 26/13 28/13 38/24 38/25 45/7 45/13 45/13 45/22
**particularly [3]** 9/17 26/21 29/1
**parties [14]** 4/1 6/6 7/12 8/18 8/21 9/17 9/20 10/2 36/14 37/13 38/19 43/1 43/25 45/1
**parties' [1]** 3/23
**party [2]** 9/11 9/15
**pass [1]** 36/25
**path [1]** 36/1
**pending [2]** 8/21 8/22
**people [5]** 17/21 26/1 29/18 32/21 42/6

**P**

percent [2] 18/16
24/12
performed [1] 12/25
perhaps [1] 39/7
period [2] 29/5 30/13
periods [1] 29/1
perspective [3] 10/10
11/11 36/2
perusal [1] 34/25
phase [4] 13/22 14/7
36/13 44/1
picture [1] 38/20
piggyback [1] 44/2
place [3] 25/19 29/16
30/2
plaintiff [4] 1/17 22/5
35/19 43/2
plaintiffs [12] 1/4 1/13
5/19 6/4 6/5 6/8 6/12
8/20 10/17 11/3 11/13
21/14
planning [1] 7/17
platform [2] 29/14
29/16
play [2] 18/21 38/8
pleadings [1] 16/7
please [4] 3/13 3/13
26/7 47/5
pleased [1] 44/20
point [12] 5/12 7/6
8/17 13/24 20/14 23/5
24/1 25/2 30/20 37/5
38/2 44/21
points [2] 6/22 28/10
poor [1] 34/20
portion [1] 44/4
portions [1] 44/14
position [2] 20/14
38/12
positions [1] 7/14
possess [1] 37/2
possibility [1] 24/4
possible [6] 30/1 34/5
34/12 37/22
pre [3] 9/18 20/10
35/21
pre-approved [1]
20/10
pre-complaint [2] 9/18
35/21
precise [1] 38/8
precisely [1] 38/14
predictive [3] 30/3
30/10 30/14
preliminary [2] 6/16
9/8
prepared [2] 35/16
43/21
presented [1] 13/12
pressed [1] 9/14
presumed [2] 13/17
13/18
presumption [1] 13/18
pretty [5] 15/22 22/21
Prettyman [1] 2/7
primary [1] 16/4
prior [1] 29/24

prioritize [1] 30/11
prioritized [1] 30/16
private [1] 35/20
privileged [3] 19/16
24/8 36/23
probably [2] 22/19
45/20
problem [1] 21/4
problematic [2] 21/6
21/11
problems [1] 22/10
proceed [2] 4/5 31/20
proceedings [4] 1/9
2/10 46/16 47/4
process [22] 7/11 10/2
25/20 26/23 27/1 27/3
27/6 27/11 27/20 28/21
29/25 30/3 30/21 31/5
31/17 33/13 35/8 35/10
39/15 42/22 43/18
43/22
processed [3] 27/18
33/18 41/11
processes [1] 21/6
processing [2] 33/15
40/24
produce [18] 12/7
12/18 12/23 14/3 14/20
14/21 14/25 15/4 15/7
15/10 15/18 17/11
17/14 19/16 19/23
24/10 34/9 40/25
produced [13] 2/10
9/20 13/1 15/3 15/20
18/3 18/3 24/22 30/24
31/2 31/12 34/23 36/4
produces [2] 12/15
21/7
producible [1] 24/8
producing [8] 4/2 6/11
12/18 31/10 35/23
38/17 41/5 45/23
production [31] 4/21
4/22 4/23 5/2 5/3 5/10
5/14 5/15 6/25 7/4 7/18
8/5 9/1 9/14 10/22
11/15 11/17 11/18
16/16 17/19 19/20
21/10 21/16 21/21 31/8
31/10 35/1 38/15 40/22
41/9 41/16
productions [8] 6/9
9/24 21/2 36/19 37/10
41/2 41/7 41/21
productive [1] 36/2
proffering [1] 32/10
progress [6] 4/1 4/4
10/13 40/2 45/4 46/12
progressing [1] 3/22
prohibit [1] 17/17
projects [2] 32/16
32/19
promise [1] 21/14
prong [1] 12/1
properly [2] 12/25
20/13
proposal [1] 25/15
proposals [1] 39/11

proposed [10] 18/13
18/14 18/17 20/8 20/10
21/10 25/11 27/15
32/24 33/5
proposing [1] 37/10
propounded [1] 8/13
Protection [1] 1/18
protective [1] 36/13
protective-order [1]
36/13
provide [3] 23/5 34/2
36/23
provided [6] 9/20 12/5
14/24 21/5 21/14 33/9
pull [1] 13/14
pulling [2] 6/11 13/14
purposes [2] 42/16
44/4
pursuant [2] 4/2 11/14
pursuing [1] 34/10
pushed [1] 30/17
put [8] 5/25 6/20 16/6
33/3 33/22 33/24 34/11
38/8
putting [4] 3/23 13/11
19/21 33/12

**Q**

question [9] 7/16
12/22 14/9 16/15 16/25
18/9 39/16 39/23 43/19
quickly [7] 22/6 34/2
34/4 34/12 36/6 37/22
41/4
quite [1] 43/8

**R**

raise [1] 4/7
raised [5] 14/1 14/5
19/7 22/9 36/4
Ralph [1] 1/19
raw [1] 29/5
reach [2] 23/15 26/24
reaction [1] 31/16
reading [2] 14/14
20/17
ready [1] 41/11
real [1] 32/11
realistic [6] 33/18
33/23 34/3 34/9 39/23
42/6
really [13] 11/10 13/5
14/9 19/21 22/24 23/19
34/10 36/1 36/5 37/4
37/12 39/15 40/15
Realtime [1] 2/6
reason [4] 15/12 17/24
23/5 43/18
reasonable [1] 35/24
reasons [1] 9/13
recall [1] 4/22
received [3] 5/1 10/16
36/16
receiving [1] 46/10
recipients [1] 6/9
recitation [1] 3/15
recognized [1] 37/19

recorded [1] 2/10
records [22] 8/4 11/19
13/14 14/3 16/12 16/13
16/19 22/6 22/12 23/2
23/11 23/20 24/2 24/11
28/12 37/8 37/23 38/14
38/18 40/24 40/24 41/5
recreate [1] 28/11
Redmond [3] 20/18
20/19 20/25
refer [1] 20/18
refuse [1] 18/6
refused [1] 33/16
Registered [1] 2/6
related [2] 17/14 22/20
relatively [1] 25/19
release [1] 41/12
relevance [10] 15/7
15/9 15/25 16/3 16/10
16/17 16/23 43/7 43/10
43/20
relevant [26] 11/14
11/21 13/25 13/25 14/4
14/21 14/25 15/3 15/4
15/6 15/10 15/18 15/20
16/7 17/8 17/10 17/11
18/5 19/16 24/8 24/22
25/12 28/1 34/21 36/24
45/22
reliable [1] 21/7
rely [1] 44/14
remain [2] 45/5 45/12
remarks [1] 6/16
remedy [1] 20/4
remotely [1] 47/7
repeatedly [1] 36/13
report [15] 3/24 4/14
5/25 6/21 7/4 7/15 7/17
8/18 11/8 40/7 40/12
41/20 42/18 42/25
46/10
Reporter [4] 2/5 2/6
2/6 2/7
reporting [1] 47/7
representations [1]
10/14
reproduce [1] 30/23
request [22] 5/1 7/18
8/5 8/22 9/1 11/15
11/15 11/17 11/18
11/22 11/25 12/8 16/12
16/16 24/11 35/1 35/22
38/9 38/15 43/10 43/20
44/3
requested [2] 24/2
24/7
requests [31] 8/2 8/3
8/9 8/15 8/21 10/4
10/12 11/4 11/6 11/23
13/13 19/23 22/14 23/7
24/21 24/23 24/25 25/8
25/13 25/23 26/11
26/14 26/21 32/12
33/19 34/25 36/23 43/8
43/11 43/12 44/7
required [1] 4/22
requires [1] 37/4

resolution [1] 37/5
resolve [1] 39/22
resources [2] 10/21
45/25
respect [4] 4/21 24/23
27/3 41/2
respects [1] 44/8
respond [1] 34/16
response [3] 25/6
25/10 26/10
responses [3] 5/2 5/5
11/22
responsibility [1]
19/16
responsive [8] 11/16
22/13 23/2 23/20 24/11
24/22 30/16 30/17
responsiveness [2]
25/12 30/10
rest [2] 3/13 16/22
rested [1] 13/16
results [1] 14/5
return [1] 45/22
review [10] 8/22 9/25
10/18 15/7 15/9 29/12
29/19 29/24 41/12
41/12
reviewed [5] 27/18
29/11 29/13 30/11
34/25
RFP [57]
RFPs [4] 24/24 25/13
25/16 25/18
right [18] 3/8 3/12 5/8
5/20 5/21 6/14 10/24
18/12 23/21 31/15
34/13 40/6 41/10 41/13
42/11 44/17 44/24 46/1
RMR [2] 47/2 47/11
road [2] 30/19 39/13
rolling [1] 41/7
roof [1] 37/9
room [2] 13/21 13/23
route [1] 17/10
rubber [1] 39/13
rules [2] 17/16 33/22
run [9] 18/12 18/18
28/2 28/5 28/9 29/16
29/20 41/4 41/9
running [5] 13/21
13/23 18/14 27/6 39/14

**S**

safe [2] 3/19 46/14
said [11] 7/21 18/6
18/12 18/18 19/3 24/24
25/15 25/22 26/5 26/16
33/24
Sallet [7] 1/17 3/5 3/11
6/19 42/12 42/14 43/24
same [3] 13/23 15/1
18/18
sampling [1] 18/4
say [7] 32/8 32/13
32/24 35/22 40/19
41/14 44/13
saying [2] 17/22 36/21
schedule [4] 5/11

schedule... [3] 41/13 42/7 43/22
scheduled [3] 40/9 40/11 46/9
scheduling [1] 4/3
Schmidtlein [13] 2/2 3/7 6/15 9/7 10/25 18/10 22/1 23/22 23/23 27/19 31/16 40/23 41/17
scope [4] 12/2 12/10 12/14 13/15
scratch [6] 35/4 35/7 35/11 35/11 35/23 44/19
screen [1] 20/3
search [71]
search-term [1] 29/24
searched [1] 28/12
searches [6] 18/12 18/22 26/4 28/2 29/17 45/7
second [44] 8/11 11/16 11/18 11/23 12/16 12/19 13/2 13/3 14/18 15/23 16/12 16/18 18/22 18/25 19/1 19/4 19/6 19/10 19/12 19/17 21/4 22/15 22/18 22/21 24/3 24/5 24/11 24/24 25/13 25/18 35/1 35/5 35/22 37/24 38/5 38/15 39/12 39/16 43/12 44/8
Section [1] 1/18
see [4] 3/21 12/21 31/16 40/12
seeing [2] 32/9 32/10
seeking [1] 13/25
seems [13] 15/25 16/2 22/11 22/16 22/24 23/24 27/23 37/4 37/25 39/12 39/23 45/17 45/24
seen [1] 35/20
send [1] 7/23
sense [3] 26/3 31/21 41/1
sensible [1] 35/15
sensitive [1] 19/1
sent [2] 6/5 36/23
sentence [1] 17/14
sentiment [1] 22/4
separate [3] 30/3 32/9 33/11
serendipitously [1] 22/19
serious [2] 19/21 32/12
seriously [1] 19/14
serve [1] 7/13
served [4] 7/12 9/23 10/6 12/12
serving [1] 7/18
set [20] 7/14 8/13 10/11 11/23 19/7 24/24 25/13 25/18 25/24 26/13 26/15 26/15

37/25 38/3 43/25 44/13
shoot [1] 41/25
short [3] 3/17 26/12 34/1
short-circuit [1] 3/17
should [6] 6/2 7/20 25/17 35/23 42/13 42/15
side [1] 24/6
sides [2] 22/25 37/10
significant [4] 13/2 14/12 33/8 44/8
simple [3] 12/6 37/7 40/19
simpler [1] 36/17
simply [3] 6/20 23/9 43/5
since [2] 27/22 33/7
single [1] 28/11
sir [3] 3/11 8/1 8/8
sit [4] 35/17 35/21 39/4 40/19
sitting [1] 34/20
size [1] 36/19
slight [1] 31/4
slowed [1] 19/19
so [85]
So I think [1] 39/16
So it's [1] 25/19
so this is [2] 17/5 18/7
some [23] 10/2 10/14 11/2 13/11 17/20 18/17 19/11 19/12 20/17 23/14 24/5 24/17 28/14 28/14 30/2 30/20 30/25 39/18 40/16 41/3 41/10 41/24 46/13
somebody [1] 16/11
something [10] 16/9 16/12 22/20 23/16 35/5 36/4 37/4 39/21 44/18 44/20
sometime [1] 38/18
sometimes [2] 20/17 25/20
sooner [2] 40/9 42/13
sorry [1] 13/8
sort [29] 8/3 11/7 11/10 12/2 12/11 13/3 16/13 17/9 17/13 21/23 22/19 23/18 23/25 27/6 27/23 28/2 28/4 28/19 28/22 29/12 30/6 30/18 31/17 32/15 32/18 39/13 41/12 42/11 45/11 45/17 46/7
sought [4] 11/20 14/15 37/23 38/15
sounds [2] 9/1 39/18
source [1] 16/4
sources [2] 16/3 44/14
spec [2] 34/6 34/6
specific [8] 4/8 4/14 12/5 16/9 16/18 22/13 22/14 25/13
specifically [1] 16/11
specifies [1] 16/13
speed [3] 12/2 22/5

spells [1] 11/18
St [1] 2/3
stage [3] 14/11 10/25 33/21
stand [2] 3/25 40/13
standard [2] 16/1 17/23
standpoint [1] 27/20
Star [1] 32/17
stare [1] 22/5
start [18] 4/8 4/12 4/16 11/9 12/9 12/13 33/8 35/4 35/7 35/11 35/23 36/22 38/17 41/2 41/5 42/2 42/3 44/18
started [4] 10/9 15/19 17/18 40/23
starting [7] 23/5 25/2 35/19 38/2 39/7 44/19 44/21
starting-off [1] 25/2
state [4] 1/17 18/20 43/25 44/7
statement [1] 6/20
states [12] 1/1 1/3 1/10 3/3 3/6 5/17 5/18 10/5 10/5 19/25 22/5 43/2
status [15] 1/9 3/21 3/24 4/14 5/25 6/21 7/4 7/7 7/14 7/17 8/17 11/8 41/20 42/17 42/25
stay [3] 39/25 46/14 46/14
stenography [1] 2/10
step [7] 14/14 17/13 21/23 24/19 28/21 28/22 31/4
still [4] 9/25 10/10 13/2 39/25
Street [1] 1/14
string [2] 16/5 45/22
strings [25] 13/12 14/6 18/14 18/17 20/10 23/4 23/6 23/10 23/13 24/1 24/10 24/16 24/20 25/25 26/5 26/6 26/13 26/15 28/9 37/23 38/1 38/3 38/13 39/8 39/14
stuff [1] 14/15
subject [7] 8/12 9/17 9/21 25/6 44/6 45/11 47/6
submitted [1] 18/14
submitting [1] 11/6
subparts [1] 11/20
subpoena [1] 9/21
subpoenaed [1] 7/12
subpoenas [6] 6/5 6/10 7/8 7/9 8/9 10/1
subsection [1] 38/9
subset [2] 13/13 33/2
substantial [2] 24/25 27/14
substantive [2] 25/17 29/19
substitute [1] 40/15
success [1] 20/1

sufficient [4] 32/8 33/3 33/10 39/6
suggest [1] 4/6
Suite [1] 1/21
summer [1] 38/18
supplemental [1] 7/9
supplied [1] 7/3
sure [12] 3/9 6/4 6/9 16/20 18/24 20/12 20/22 21/25 34/17 36/9 38/8 39/1
Sysco [1] 36/12
system [1] 22/7
systems [1] 28/23

**T**

table [2] 20/25 39/5
take [16] 3/13 4/11 21/23 22/3 23/14 25/20 27/13 28/4 30/2 35/8 35/12 35/13 35/13 37/15 45/15 45/19
taken [1] 34/25
takes [2] 28/24 29/10
talk [6] 9/8 9/9 21/20 31/20 32/21 40/22
talked [1] 33/6
talking [3] 10/6 15/23 27/15
talks [1] 34/18
tangential [1] 22/19
team [2] 10/1 42/5
technological [1] 47/7
TELECONFERENCE [1] 1/9
tell [5] 25/23 26/1 26/25 27/13 32/14
tens [1] 45/23
term [7] 14/18 14/19 20/8 20/21 20/21 29/24 41/4
terms [51]
Terrific [2] 5/16 5/21
than [8] 12/24 12/24 13/19 39/4 40/9 40/21 44/19 45/20
thank [8] 4/18 6/13 9/5 9/10 11/6 11/24 46/5 46/14
thank you [5] 6/13 9/5 9/10 11/6 46/14
thanks [1] 10/24
that [330]
that's [32] 4/14 5/17 7/22 13/9 14/1 14/9 15/8 15/11 16/8 16/25 18/20 20/20 22/13 22/15 22/20 23/14 23/20 26/18 26/22 29/22 30/24 31/5 34/1 34/13 36/4 36/17 37/1 39/12 39/21 43/3 44/25 45/23
their [16] 8/5 11/14 12/5 17/19 17/20 19/15 19/20 20/8 20/11 20/17 20/19 21/1 26/9 26/14

them [46] 6/11 12/7 13/13 15/3 15/18 16/21 17/3 17/6 17/6 17/9 17/14 17/18 18/16 19/11 20/15 21/3 24/17 26/2 26/3 26/15 26/24 31/7 31/11 32/13 32/23 33/2 33/9 33/15 33/20 33/22 34/6 34/7 34/7 34/24 35/3 35/16 35/17 35/21 36/11 36/21 36/23 36/24 36/24 37/11 45/19 45/20
themselves [2] 17/4 17/21
then [32] 4/8 4/10 5/10 7/6 8/13 11/1 11/3 13/1 17/9 17/11 17/15 18/16 21/1 21/2 24/21 25/11 28/2 28/5 29/8 29/8 29/11 29/12 29/15 29/15 29/17 29/18 31/20 32/19 34/9 35/12 40/22 45/15
theories [1] 13/16
theory [1] 13/19
there [28] 3/16 4/6 4/8 13/5 13/7 13/24 16/2 19/24 20/2 23/3 23/12 24/1 24/7 24/25 25/23 26/3 26/3 26/8 26/17 36/10 38/7 38/24 43/7 43/16 44/5 44/17 44/20 45/12
there's [23] 4/10 4/13 5/24 9/8 10/10 12/22 12/22 15/5 15/12 17/16 17/24 18/5 20/23 23/5 27/23 30/7 30/21 31/6 31/9 36/21 38/2 40/14 43/9
therefore [2] 43/19 47/6
these [31] 9/4 12/3 12/11 17/2 17/4 17/7 17/20 17/23 18/12 18/18 19/18 20/13 20/23 20/24 21/8 25/3 25/9 25/10 26/5 26/16 26/22 27/23 32/11 34/4 34/9 37/14 39/5 40/16 42/16 43/3 46/13
they [74]
they're [9] 12/17 12/18 12/19 15/7 19/11 19/13 21/13 30/23 35/19
they've [17] 4/2 14/4 15/16 17/7 17/19 18/6 18/12 20/10 20/15 20/18 21/9 24/5 32/7 33/7 33/7 33/16 33/20
thing [7] 6/1 14/18 15/8 18/25 19/14 33/1 39/17
things [11] 3/21 3/25 22/9 26/9 27/4 31/12 32/17 35/13 35/17 40/8

**T**

**things... [1]** 40/12
**think [38]** 8/11 10/9 11/10 11/13 13/2 13/10 23/6 23/8 24/13 25/15 25/24 26/7 26/9 26/16 28/10 31/21 37/3 37/5 37/16 37/17 37/18 37/19 37/21 38/19 39/16 40/2 40/10 40/14 41/24 42/5 42/22 43/3 43/18 44/18 44/24 44/24 45/1 45/18
**thinking [1]** 28/7
**third [6]** 6/5 9/11 9/15 9/16 9/20 10/2
**third-party [2]** 9/11 9/15
**this [67]**
**those [41]** 4/10 6/8 6/12 7/9 8/2 9/17 10/7 10/9 11/4 11/6 12/5 13/1 14/12 16/7 18/18 18/21 20/5 23/6 23/11 23/15 24/11 24/20 26/2 26/8 26/15 27/7 28/5 28/25 29/17 30/16 32/4 32/18 37/10 38/3 41/4 42/1 44/9 44/10 45/14 45/15 45/17
**though [2]** 15/25 21/15
**thought [3]** 3/17 26/14 35/8
**thoughts [1]** 42/19
**thousands [2]** 26/4 26/4
**three [2]** 43/1 43/19
**through [7]** 15/1 21/6 37/9 37/14 39/21 40/16 41/8
**throughout [3]** 13/20 13/20 16/22
**throw [2]** 17/6 35/3
**throwing [1]** 39/15
**thrown [1]** 22/6
**thus [1]** 18/11
**time [19]** 4/24 21/24 23/15 28/11 28/24 29/1 29/10 33/8 35/8 37/10 38/6 38/7 38/11 38/16 39/24 45/5 45/20 45/25 46/5
**timeline [1]** 41/22
**times [1]** 28/9
**timetable [1]** 42/6
**timing [3]** 10/20 21/20 40/22
**titled [1]** 47/4
**today [3]** 8/12 31/19 44/25
**today's [1]** 40/1
**together [2]** 19/21 33/24
**too [2]** 13/11 30/20
**took [1]** 25/19
**tool [1]** 29/12
**top [2]** 18/17 22/14
**top-line [1]** 22/14

**topics [1]** 43/6
**touch [1]** 12/24
**track [1]** 39/25
**transcript [3]** 1/9 2/10 47/3
**transcription [1]** 2/10
**transferred [1]** 29/9
**tried [1]** 10/1
**trigger [1]** 18/25
**truth [1]** 45/17
**try [15]** 9/15 10/15 11/12 21/2 27/2 29/25 30/14 31/9 35/14 35/25 39/24 39/25 42/7 45/2 45/11
**trying [7]** 6/11 26/24 27/11 31/12 39/22 40/16 41/11
**turn [13]** 3/20 4/8 4/10 4/13 6/14 6/14 6/15 9/7 11/1 18/9 22/1 23/22 31/15
**turned [1]** 42/13
**two [15]** 6/22 11/4 12/1 16/3 16/7 16/9 20/5 27/23 28/7 33/5 33/10 34/12 36/14 36/20 37/22
**two-prong [1]** 12/1
**type [1]** 36/18
**types [3]** 9/16 36/18 38/24

**U**

**U.S [1]** 1/13
**ultimate [3]** 13/19 22/11 30/10
**ultimately [2]** 12/17 13/16
**unanimity [1]** 45/10
**under [15]** 5/3 9/25 12/8 12/15 12/19 13/1 15/4 15/21 17/2 17/23 19/20 20/2 21/16 36/22 38/4
**under-inclusive [1]** 38/4
**understand [17]** 10/6 11/12 17/12 17/22 18/11 18/13 20/11 20/13 21/7 22/4 27/20 31/5 31/24 34/9 34/11 37/1 45/2
**understanding [2]** 3/25 44/11
**understands [1]** 32/4
**uneducated [1]** 22/22
**Union [1]** 20/4
**Union's [1]** 20/3
**Unit [1]** 1/19
**UNITED [8]** 1/1 1/3 1/10 3/3 3/6 5/17 10/5 19/25
**United States [3]** 3/6 5/17 10/5
**United States of [1]** 3/3
**universe [3]** 28/3 28/5

**unless [1]** 38/2
**unreasonable [1]** 15/15
**until [5]** 9/21 9/24 27/10 31/18 38/18
**unusual [1]** 22/9
**up [10]** 4/19 17/5 19/12 19/18 32/23 33/22 38/14 40/19 45/15 45/19
**update [1]** 10/24
**upon [3]** 34/4 39/17 46/11
**urged [1]** 24/14
**us [24]** 9/15 17/17 17/25 20/15 20/25 21/2 21/8 25/22 25/23 26/6 26/7 26/9 26/17 26/19 31/24 32/13 32/14 32/24 33/9 33/15 34/2 34/10 43/19 44/11
**usage [1]** 20/4
**usdoj.gov [1]** 1/16
**use [8]** 8/6 20/17 30/14 32/20 32/20 37/10 44/21 45/24
**used [10]** 14/6 23/4 24/17 24/18 29/15 35/3 38/21 44/1 44/3 44/13
**useful [1]** 23/5
**using [2]** 20/21 30/3
**usually [1]** 16/10
**Utah [2]** 44/6 44/7

**V**

**variation [1]** 24/17
**various [2]** 8/6 11/19
**vast [1]** 28/25
**vendor [1]** 29/9
**Venn [2]** 12/21 13/4
**versus [2]** 3/4 19/25
**very [14]** 3/24 5/20 10/19 13/2 21/11 21/13 23/3 24/19 24/19 26/12 35/8 35/8 38/6 38/10
**VIA [1]** 1/9
**view [1]** 24/9
**viewing [1]** 40/23
**visibility [1]** 18/6
**volume [2]** 37/8 42/6
**vs [1]** 1/5

**W**

**wait [1]** 27/10
**want [21]** 3/9 5/22 9/3 9/8 11/12 14/15 15/5 15/6 15/8 17/10 21/20 26/6 27/11 27/20 28/19 31/5 35/7 35/10 36/7 37/1 43/5
**wanted [2]** 6/16 15/18
**wanting [2]** 22/5 22/5
**wants [3]** 4/7 4/13 46/1
**Wars [1]** 32/17
**was [32]** 3/24 4/22 9/15 11/5 11/25 12/2 12/6 12/10 12/25 13/1

14/15 14/15 15/2 17/18 19/6 20/9 25/4 25/22 25/6 25/10 26/10 30/24 35/10 36/17 36/20 44/1 44/5 44/6
**Washington [4]** 1/5 1/14 2/3 2/8
**wasn't [1]** 11/20
**way [17]** 11/14 15/1 17/13 17/17 17/18 22/9 26/20 28/10 28/21 30/20 35/9 35/15 36/21 38/17 39/4 43/6 43/15
**ways [3]** 27/23 28/7 30/7
**wc.com [1]** 2/4
**we [176]**
**we believe [1]** 43/5
**We have [1]** 10/14
**we will [13]** 7/4 8/18 25/5 25/11 30/12 30/13 30/13 30/13 35/25 40/5 42/23 43/3 44/14
**we'd [3]** 3/17 15/22 21/12
**we'll [13]** 4/8 9/2 10/6 18/18 19/3 21/20 25/4 25/10 26/8 34/11 40/12 45/5 45/15
**we're [33]** 3/20 4/20 4/20 6/11 8/25 10/14 15/3 15/8 15/11 15/16 15/17 16/21 18/12 19/9 20/14 25/3 32/6 32/9 32/10 33/4 33/20 38/5 38/10 38/12 38/17 41/6 41/10 41/12 41/15 41/16 42/1 42/21 44/25 44/24 46/8
**we've [17]** 5/24 10/13 14/22 14/24 15/11 17/5 18/4 27/5 27/8 33/3 33/14 35/13 36/16 38/9 41/14 41/24 46/8
**week [7]** 10/9 25/19 33/6 40/3 41/18 41/20 42/4
**welcome [1]** 15/7
**well [28]** 3/10 3/18 6/12 6/13 6/18 8/24 9/2 9/12 10/20 10/24 15/24 19/3 19/5 21/19 23/3 23/18 23/21 25/15 25/22 31/10 32/24 37/16 39/10 41/17 42/3 42/22 44/17 46/15
**well-intentioned [2]** 23/18 37/16
**went [3]** 14/13 15/1 26/11
**were [20]** 7/17 8/2 9/20 10/19 12/11 13/12 19/5 19/7 19/8 19/20 23/4 24/17 24/17 24/21 24/22 24/25 32/4 33/2 33/3 35/2
**what [70]**
**what's [4]** 11/16 23/25

**whatever [6]** 13/1 13/3 17/9 32/18 44/1 44/2
**wheat [1]** 30/4
**when [9]** 14/12 21/1 21/16 25/15 26/1 26/2 32/8 33/19 41/21
**where [15]** 3/25 4/20 4/20 17/5 17/13 17/13 24/1 26/18 26/23 27/9 28/8 29/18 39/13 40/8 40/12
**whether [6]** 12/21 31/18 32/17 38/8 45/12 45/21
**which [28]** 6/22 8/11 8/14 10/18 13/2 13/16 16/9 16/13 16/18 20/15 21/9 22/8 22/12 23/25 24/16 24/17 24/20 26/20 28/22 28/24 29/10 32/3 33/16 35/5 36/12 37/9 39/24 40/10
**while [4]** 13/21 27/1 27/22 37/16
**who [5]** 9/17 9/21 23/1 29/9 33/14
**who's [1]** 35/19
**whole [1]** 15/7
**why [8]** 4/12 4/16 6/14 6/15 9/13 17/24 40/7 43/5
**will [31]** 4/22 7/4 8/18 8/20 9/2 10/2 10/8 10/16 10/20 10/21 14/21 25/5 25/11 26/25 27/6 27/13 27/13 30/12 30/13 30/13 30/13 31/6 35/25 40/5 40/3 41/1 42/23 43/2 43/3 44/14 45/3
**William [4]** 2/5 47/2 47/10 47/11
**WILLIAMS [1]** 2/2
**window [1]** 35/3
**within [4]** 16/7 26/3 26/5 41/15
**without [5]** 21/10 21/10 29/22 34/21 39/5
**won't [3]** 6/21 26/10 38/17
**word [3]** 20/18 20/19 33/25
**words [5]** 16/11 29/4 38/8 38/21 38/24
**work [10]** 4/3 6/12 17/8 29/22 34/7 35/10 37/13 39/9 40/15 40/16
**working [4]** 6/3 6/4 6/7 39/21
**works [2]** 26/20 28/21
**worth [1]** 45/20
**would [21]** 4/5 4/6 7/10 10/11 11/16 12/6 12/9 12/13 12/15 13/2 13/3 14/22 15/21 17/3 20/13 20/23 24/10 33/11 33/12 36/5 39/1

**W**

**wouldn't [1]**  11/22
**wrench [2]**  22/7 39/15

**Y**

**Yeah [2]**  18/8 21/22
**yes [15]**  3/11 5/7 5/9
5/13 7/20 8/1 8/8 25/2
28/18 31/23 34/15 40/4
42/9 42/21 44/22
**yesterday [1]**  11/6
**you [139]**
**you know [1]**  40/1
**you'd [1]**  42/19
**you're [13]**  3/16 13/24
14/3 16/14 16/19 17/22
22/16 28/6 28/16 29/4
30/3 31/1 31/10
**you've [13]**  13/15
13/16 14/4 18/14 28/1
28/12 29/15 31/12
31/16 40/23 41/5 41/19
42/22
**your [65]**
**Your Honor [40]**  3/2
4/18 5/13 5/23 6/18
7/20 9/5 9/10 11/24
12/15 12/22 14/8 15/14
17/12 17/22 18/3 19/5
25/17 26/25 28/18 29/6
30/8 31/3 31/23 33/11
34/14 34/24 36/3 36/17
37/1 40/4 40/5 41/6
42/9 43/22 44/5 44/22
46/3 46/4 46/6

**Z**

**Zaremba [4]**  2/5 47/2
47/10 47/11