AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| STATE OF COLORADO, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:20-cv-3715; 3010 - APM |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF STATE OF UTAH.

Date:   02/25/2021

s/Scott R. Ryther
*Attorney's signature*

Scott R. Ryther (Utah Bar No. 05540)
*Printed name and bar number*

160 East 300 South, Fifth Floor
Salt Lake City, UT 84114

*Address*

sryther@agutah.gov
*E-mail address*

(385) 881-3742
*Telephone number*

*FAX number*