# EXHIBIT 1

**Plaintiffs' March 16, 2021 Search Term Proposal**

GRAY strings are Google strings that Plaintiffs have adopted, sometimes with slight modifications.

| RFP Specification[1] | Custodians[2] | Revised Terms Clean Version |
|---|---|---|
| 1.      Produce all documents discussing (a) the lawsuit, or (b) the investigation into the allegations in the lawsuit, including:<br>   a.  Internal communications; and<br>   b.  Communications between the company (including its outside counsel) and any non-party (including the non-party's counsel) identified in Plaintiffs' initial disclosures or likely to have discoverable information regarding Google's defenses. For the avoidance of doubt, such communications include draft and executed declarations and affidavits. | All<br><br>Plaintiffs are willing to limit time period to 2019 to present | (complain* OR investig* OR inquir* OR alleg* OR claim* OR argu* OR CID* OR ("civil investigative" pre/1 demand*) OR subpoena* OR litig* OR lawsuit* OR suing OR suit) /20 (compet* OR anticompet* OR antitrust OR "anti-trust" OR monopol* OR oligopol* OR monopson* OR dominan* OR "Sherman Act" OR "Clayton Act" OR FTC OR "Federal Trade Commission" OR DOJ OR "Department of Justice" OR "Justice Department" OR ((Judge OR Hon*) /3 Mehta) OR * OR (state pre/1 #AG) OR (Attorney pre/1 General*) OR Colorado OR Utah OR Nebraska) |
| 2.      From January 1, 2002, to the present, produce all documents addressing or discussing:<br>   a.  Google's market share of the general search market, including those documents addressing or discussing third party estimates or analysis of Google's market share of that market; and | All<br><br>invisible-hands@google.com<br><br>In addition, Plaintiffs request that Google identify any other third-party sources of market share data which | (compet* OR rival* OR (market* /5 (share* OR entry OR exit OR foreclose* OR dominan* OR leader OR position OR concentrate* OR HHI OR disrupt*))) /10 (search* OR result* OR answer* OR link* OR page* OR (adver* /5 sales*)) |

---

[1] Plaintiffs have requested that Google manually retrieve response information for requests not included in this chart.

[2] Including all predecessors and successors.

| | | |
|---|---|---|
| b. Google's market share of the search advertising or digital advertising markets, including those documents addressing or discussing third party estimates or analysis of Google's market share of those markets. | Google regularly purchases or obtains or subscribes to. | ((Yahoo* OR "Y!" OR Yale OR duck* OR DDG OR Bing* OR Apple OR Sherlock OR "live search" OR Redmond OR Microsoft* OR MS OR MSFT OR (search /5 engine) OR Amazon* OR AZN OR AMZ OR AMZN OR Bezos OR Facebook* OR FB OR Zuckerberg) /20 ("defensive value" OR threat OR compet* OR (market /3 (share* OR protect* OR defend* OR forclos* OR domina*)) OR (code /5 red) OR (code /5 yellow) OR headwind*)) |
| | | ("US Online Panel Search Session Share" OR "Adsense U.S. Click Share" OR (Emarketer* /5 (advertising /5 share)) OR "Comscore U.S. Explicit Search Share") |
| 4. From January 1, 2002, to the present, produce all documents addressing or discussing barriers to entry or expansion in general search services, general search text advertising, or search advertising, including documents addressing or discussing: <br> a. The possible entry of Apple, or any other third party, into general search services (including the development or potential development of search engines), general search text advertising, or search advertising; <br> b. Efforts by Apple, or any other third party, to crawl the web or otherwise index websites; and <br> c. The possible entry of specialized search services into general search services, general search text advertising, or search advertising. | Cross-Product Execs <br> Search <br> Ads | (Search OR SERP OR (Search pre/1 (#Ad OR #advertise))) /20 (business OR "short term" OR "long term" OR pric* OR budget* OR cost* OR financial OR revenue* OR compet* OR expand* OR expansion* OR entrance OR entrant) /10 (project* OR forecast* OR analy* OR playbook OR plan* OR strateg* OR objective* OR goal* OR projection* OR forecast* OR decision* OR improv*) |
| | | ((Apple* OR Andes OR AAPL OR APL OR NYC OR Sherlock OR Siri OR (voice pre/1 assist*) OR spotlight OR Cupertino OR "Tim Cook" OR FB OR facebook* OR Zuckerberg OR Amazon* OR AZN OR AMZ OR AMZN OR Bezos OR competit*) /25 ((entr* OR expan* OR develop* OR unveil* OR create) /20 (index* OR (search /5 engine) OR crawl* OR compet*))) |

| | | |
|---|---|---|
| 5.    From January 1, 2005, to the present, produce all documents addressing or discussing:<br>    a.  The quality of Google's general search engine (including changes to quality over time);<br>    b.  The quality of other alternative search engines, including Bing and DuckDuckGo (including changes to quality over time);<br>    c.  Comparisons between Google's search engine and alternative search engines, including for factors such as ease of use, speed, relevance of results, the protection, safety, and security of consumers' identities and information, and consumers' control over tracking and advertising (e.g., providing "ad blocking");<br>    d.  The relative brand strength or weakness of general search engines or services;<br>    e.  Competition among search engines; and<br>    f.  Any investments, actions, or changes Google made to its search engine in response to alternative search engines. | Cross-Product Execs<br>Search<br>Ads<br><br>invisible-hands@google.com | (relevance OR scale OR quality OR privacy OR "search results" OR SERP OR index OR speed OR security OR safety OR investment OR R&D OR research OR "user experience" OR UX OR (ad pre/1 block*) OR tracking) /20 (Bing* OR "live search" OR Microsoft OR redmond OR MSFT OR Yahoo* OR "Y!" OR Yale OR duck* OR DDG OR ask.com OR askj OR askjeeves* OR "ask jeeves" OR (search pre/1 engine*) OR (Google pre/1 contributor*) OR Apple OR Sherlock) |

| | | |
|---|---|---|
| 6.      From January 1, 2000, to the present, produce all documents addressing or discussing Google's general search engine functionality as compared to search engines on social media sites (such as Facebook), retail marketplaces (such as Amazon), and specialized search engines, and addressing or discussing changes made to Google's general search engine based on any findings of such comparative analysis. | Cross-Product Execs<br>Search<br>Ads | (compet* OR "defensive value" OR rival* OR strength* OR weakness* OR (compar* /5 (feature* OR function*)) OR analy* OR (market /3 (share* OR position)) OR strat* OR "deep dive") /20 (Apple* OR Siri OR (voice pre/1 assist*) OR spotlight OR APPL OR APL OR Andes OR Cupertino OR Sherlock OR Duck* OR DDG OR Yahoo* OR "Y!" OR Yale OR Bing* OR "Live search" OR Microsoft OR MSFT OR Redmond* OR (local /3 search) OR Yelp* OR (travel /3 listing*) OR TripAdvisor* OR Priceline* OR Expedia* OR Hotels.com OR Booking* OR Airbnb* OR Kayak OR "OpenTable" OR "Open Table" OR Amazon* OR AMZ OR AZN OR AMZN OR Ebay* OR Walmart* OR Wal-mart OR Indeed* OR LinkedIn* OR Facebook* OR FB OR Instagram* OR Pinterest* OR Twitter* OR aggregator* OR ((vertical* OR specialized) /3 search*) OR "alternative search" OR "image search") |
| 7.      From January 1, 2005, to the present, produce all documents addressing or discussing:<br>   a.  User preferences regarding privacy protections and advertisements with regard to general search services;<br>   b.  Google's requests for, or receipt of, consumer or third party data as part of Google's provision of general search services;<br>   c.  The use of technology to limit or block ads provided by Google's search engine, and Google's efforts to avoid or defeat these efforts, including agreements with companies that develop and sell ad-blocking technology; and | Cross-Product Execs<br>Search<br>Ads<br><br>In addition, Plaintiffs request that Google any individuals outside of these categories that should be custodians for privacy-related issues. | ((user OR customer OR consumer) /10 (prefer* OR switch* OR behavior OR consent OR disabl* OR choice)) /20 (privacy OR private OR "personal information" OR PII OR "user data" OR safety OR track* OR targeting OR cookie* OR block* OR incognito)<br><br>(search OR Chrome OR youtube*) /25 ((#ad OR banner* OR display OR #pop-up OR (pop pre/1 #up) OR video) /10 (block* OR filter* OR ad-block* OR adblock* OR tracker*)) |

| | | |
|---|---|---|
| d. Google's competitive response to the privacy innovations of alternative search engines. | | ((DDG OR Duck* OR APPL OR APL OR Apple* OR Andes OR Cupertino OR (Google pre/1 contributor*)) /30 (priva* OR "ad block" OR "block ads" OR "ad-blocking" OR track*)) |
| | | ("Private Searching" /5 (Google OR Google.com)) |
| 8. From January 1, 2005, to the present, produce all documents addressing or discussing the impact of data or scale on the quality of search or search advertising products or services, including the use of data to improve search or search advertising products or services. | Search<br>Ads<br>Cross-Product Execs<br><br>invisible-hands@google.com<br>eval-analyst-team@google.com<br>webranking-leads@google.com | ((scale OR ((datum OR data OR quer*) /3 (volume OR corp*)) OR (tail pre/1 quer*) OR (fresh pre/1 quer*)) /15 (relevanc* OR quality OR import* OR (attract /10 (user* OR people OR consumer* OR customer* OR searcher*)) OR (Michael /5 Katz) OR (Andres /5 Lerner) OR (Emmett /5 Dacey) OR "advertising network" OR (network pre/1 effect*) OR (monetiz* /5 (ads OR search)) OR CTC OR CPC OR RPM OR ML OR "machine learning" OR engineer* OR "user experience" OR (search /5 improv*) OR perform* OR match* OR RankBrain OR "rank brain" OR Panda OR ((click OR quer*) /5 data) OR index* OR indices OR result* OR (local /15 (data OR datum OR quer* OR user* OR consumer* OR customer* OR searcher* OR result* OR search*)) OR algorithm OR (data pre/1 corp*) OR Bing* OR Microsoft OR MS OR MSFT OR Yahoo* OR Y! OR Yale OR Duck* OR DDG OR facebook* OR FB OR amazon* OR AMZN OR AZN OR AMZ OR Apple OR Sherlock)) |
| | | (Scale AND ((MSFT OR Microsoft OR Redmond OR Yahoo* OR "Y!" OR Yale) /50 (aquir* OR acqui* OR deal* OR #buy))) |

| 9. From January 1, 2005, to the present, produce all documents addressing or discussing exclusive agreements with web hosting companies or publishers to crawl their websites, or otherwise gain access to information displayed on their websites. | Search<br>Cross Product Execs<br><br>In addition, Plaintiffs request that Google identify source for contracts. | (agree* OR contract OR arrang* OR understanding OR commit*) /30 ((host* OR publish* OR VPS OR "virtual private server" OR Cloud) /50 (index* OR crawl* OR "robots.txt" OR cach* OR access OR share OR view OR catalog* OR download)) |
|---|---|---|
| 11. From January 1, 2007, to the present, produce all documents or data relating to:<br>   a. Whether mobile users can delete preloaded search access points, change preloaded default settings on search access points, or add new search access points;<br>   b. How often mobile users change:<br>      i. The preset default search engine on preloaded browsers;<br>      ii. The preset default search engine on preloaded search widgets;<br>      iii. The preset default search engine on preloaded voice assistants; and<br>   c. Desktop or mobile user propensity to use, avoid using, change, or delete preloaded or default search access points or search engines. | Search<br>Chrome<br>Android<br>Cross-Product Execs<br>Global Partnerships<br>Behavioral Economist | ((delet* OR remov* OR reset OR switch* OR (clawback /3 traffic) OR "defensive value") /20 ((desktop /5 user*) OR (mobile /5 user*) OR default* OR DSE OR DHP OR" OR setting* OR pre-instal* OR preinstall* OR preset* OR preload* OR (pre pre/1 load*) OR (pre pre/1 #set)) OR widget OR (access /10 point*)) /20 (chrome OR browser OR Edge OR "internet explorer" OR IE OR firefox OR ff OR brave OR Opera OR Safari OR "quick search bar" OR QSB OR "google app" OR DuckDuckGo OR DDG OR "Samsung Browser" OR "SS Browser") |
| 12. From January 1, 2005, to the present, produce all documents addressing or discussing:<br>   a. Google's strategy related to the development of the Chrome browser;<br>   b. The effect of the *United States v. Microsoft* consent decree on the success of Chrome;<br>   c. The quality of Chrome browser and any comparisons to alternative web browsers, including for factors such as ease of use, speed, relevance of results, the protection, safety, and security of consumers' identities and information, and consumers' control over tracking and advertising (e.g., providing "ad blocking"); | Search<br>Chrome<br>Cross-Product Execs<br><br>Plaintiffs are willing to limit time period for search string 12-3 to 2009 to present | ((stud* OR analy* OR surv* OR statistic* OR strateg* OR report OR data* OR datum OR compar*) /25 (((chrome OR browser) /20 (develop* OR #create or quality) OR ((switch OR change) /5 browser*)))<br><br>((analy* OR strateg* OR report OR data* OR stud* OR surv* OR statistic* OR compar*) /25 (Microsoft OR MS OR MSFT OR Redmond OR "Internet Explorer" OR Explorer OR IE OR Edge) /25 (decree OR injunction OR DOJ OR "Department of Justice" OR "Justice Department")) AND Chrome |

| | | |
|---|---|---|
| d. Any studies, surveys, or analyses conducted on browser usage and switching between browsers (including any underlying data); and<br>e. The effect of the European Union's 2010 Microsoft browser choice screen remedy on Chrome usage or adoption in the European Union. | | ((analy* OR strateg* OR report* OR data* OR stud* OR statistic* OR compar*) /25 (EU OR "European Union" OR remedy OR "EC" OR "European Commission" OR Brussels OR Brux* OR "DG Comp") AND (browser OR screen OR chrome)) |
| 13. From January 1, 2008, to the present, produce all documents addressing or discussing the setting of Chrome's default search feature, including the number or percentage of devices with Google, Bing, Yahoo, DuckDuckGo, or any other general search service set as the default in Chrome at particular points in time. | Chrome<br>Android<br>Search<br>Cross-Product Execs<br>Global Partnerships | (frequency OR frequent* OR "how often" OR "many times" or percentage) /25 ((chrome OR browser* OR Bing* OR Microsoft OR MS OR MSFT OR Redmond OR Yahoo OR Y! OR Yale OR duck* OR DDG) /15 (default* OR DES OR DHP OR setting* OR pre-instal* OR preinstall* OR preset* OR preload* OR pre-load* OR (access /10 point*) OR (clawback /3 traffic) OR "defensive value")) |
| 14. From January 1, 2008, to the present, produce all documents or data addressing or discussing the frequency with which Chrome browser users (1) enter search queries into the monobar (or "address bar"), and (2) navigate to a search engine before entering a search query. | Cross-Product Execs<br>Search<br>Chrome<br>Ads<br>Global Partnerships | (Chrome /10 (frequency OR frequent* OR "how often" OR "many times")) /10 ((enter OR search OR quer*) /5 (monobar OR "address bar" OR omnibar OR (direct pre/1 navig*) OR Google OR Googled OR Bing* OR duck* OR yahoo* OR Microsoft OR MS OR MSFT OR "Y!" OR Yale  OR duck* OR DDG OR (search pre/1 engine*))) |
| | | Chrome AND ((("Google home page" OR "Google.com" OR Bing* OR duck* OR ddg* OR monobar* OR (address pre/1 #bar) OR (search pre/1 #bar) OR "invalid url" OR (direct* pre/1 navigat*) OR Microsoft OR MS OR MSFT OR Redmond OR yahoo* OR "Y!" OR Yale) /50 (frequen* OR propens* OR number OR often OR likel* OR unlikel*)) /50 (search* OR quer*)) |

| | | |
|---|---|---|
| 16.      From January 1, 2007, to the present, produce all documents addressing or discussing the impact, value, or desirability of application preinstallation, application placement, or preset defaults on devices. | All | (preload* OR preinstall* OR pre-instal* OR "pre-set" OR "pre-sets" OR preload* OR (pre pre/1 load*) OR ((search OR chrome OR app OR apps OR #application) /3 (position OR placement)) OR (access /10 point) OR "home screen" OR "DHS" OR default OR DSE OR DHP) /25 (value OR benefit* OR advantage OR utility OR worth OR profit* OR revenue* OR monetiz* OR (behavioral pre/1 economi*) OR (behavioral pre/1 scien*) OR bsci) |
| 17.      From January 1, 2007, to the present, produce all documents addressing or discussing how Google's payments to third parties have affected, or are intended to affect, device prices. | Cross-Product Execs Search, Chrome Android<br><br>Global Partnerships | (RSA OR "revenue share" OR "rev share" OR revshare OR "rev sharing" OR "revenue-share" OR agreement OR deal OR partnership OR relationship OR payment OR MIA OR "mobile incentive agreement") /50 ((effect* OR affect* OR impact* OR influenc* OR change* OR #cheap OR expensive OR passthrough OR pass-through OR "pass through" OR "pass on") /20 ((device OR phone OR handset OR tablet OR laptop) /10 (price OR rate))) |
| | | ((low /5 (pric* OR cost)) OR (lower* /5 (pric* OR cost)) OR (lowest /5 (pric* OR cost)) OR (high* /5 (pric* OR cost)) OR (higher /5 (pric* OR cost)) OR (highest /5 (pric* OR cost)) OR (raises /5 (pric* OR cost)) OR (increas* /5 (pric* OR cost)) OR (decreas* /5 (pric* OR cost)) OR passthrough OR "pass through" OR "pass-through" OR "pass on" OR saving* OR discount* OR offset) /25 (Android OR device* OR tablet* OR phone* OR cellphone* OR smartphone* OR laptop* OR computer* OR desktop* OR RSA OR "revenue share" OR "rev share" OR revshare OR "rev sharing" OR "revenue-share") |

| | | |
|---|---|---|
| 18.        From January 1, 2007, to the present, produce all documents addressing or discussing the efficacy of different channels for advertising, promoting, or distributing search engines, including documents comparing or contrasting different channels. | Cross-Product Execs<br>Search<br>Chrome<br>Android<br>Product Heads<br>Ads<br>Global Partnerships | (distribut* OR promot* OR advertis*) /50 ((#google OR MTV OR MS OR MSFT OR bing* OR Microsoft OR redmond OR yahoo* OR "Y!" OR Yale  OR duck* OR ddg OR Yandex OR naver OR baidu OR (search pre/1 engine*) OR (general pre/1 search*)) /25 (billboard OR radio OR tv OR television OR interstitial OR popup OR "pop-up" OR "project soy" OR "code red" OR download* OR bundl* OR prompt* OR banner* OR browser*)) |
| 19.        From January 1, 2002, to the present, produce all communications between Google and Apple relating to Google's search partnerships with Apple, including partnerships in general search and map-based searches. | Cross-Product Execs | (FROM=apple.com OR RECIPIENT=apple.com)<br><br>*[Note: confirm that Recipient includes CC or BCC.  If not, Plaintiffs request that those categories be included.]* |
| 20.        From January 1, 2004, to the present, produce all documents addressing or discussing:<br>    a.   Any agreements and payments between Google and any third party, including Apple, regarding the provision of map-based searches; and<br>    b.   The functionality or usage of general search services as compared to map-based search services (such as Google Maps, Waze, Apple Maps, and Bing Maps), local search services (such as Yelp), or any other specialized search service. | Cross-Product Execs<br>Search<br>Product Heads<br>Android<br>Ads<br>Global Partnerships<br>Geo | ((map OR maps OR waze OR geo) /15 ((rev* pre/1 shar*) OR revshare OR RSA OR pay*) /15 (Apple OR APPL OR APL OR Andes))<br><br>(compet* OR strength* OR weakness* OR (compar* /5 (feature* OR function*)) OR analy* OR strat* OR "deep dive") /50 ((map OR maps) /25 (("google search" OR google.com) /15 (Microsoft OR redmond OR MSFT OR Bing OR yahoo* OR "Y!" OR Yale OR duck* OR ddg OR Yandex OR naver OR baidu OR yelp* OR expedia* OR tripadvisor* OR "trip advisor" OR angi OR angie* OR kayak OR booking* OR Kayak OR "OpenTable" OR "Open Table" OR (vertical /3 search) OR (specialized /3 search) OR amazon* OR AMZN OR AZN OR AMZ))) |

| | | |
|---|---|---|
| 21.      From January 1, 2007, to the present, produce all documents addressing or discussing:<br>    a.  Competition between Google's Android OS and Apple's iOS operating systems;<br>    b.  Consumer switching behavior between Android and iOS on mobile devices;<br>    c.  Competition between Apple Maps and Google Maps/Waze; and<br>    d.  Consumer switching behavior between Apple Maps and Google Maps/Waze. | Cross-Product Execs<br>Search<br>Android<br>Product Heads<br>Ads<br>Global Partnerships<br>Geo | ((#Google or Android) /50 (Apple* OR Andes OR NYC OR Sherlock OR iOS OR APL OR APPL OR "steve jobs" OR "jobs, steve" OR "tim cook" OR "cook, tim")) /25 (compet* OR rival* OR strength OR weakness OR compar* OR analy* OR strat* OR switch*)<hr>((Map OR maps) /50 (#Google OR Android OR Apple* OR Andes OR iOS OR Waze OR APL OR APPL)) /25 (compet* OR switch* OR gain* OR loss* OR market) |
| 22.      Produce all documents addressing or discussing John Giannandrea's departure from Google. | Cross-Product Execs<br>Search<br>Global Partnerships<br><br>Plaintiffs are willing to limit time period to 2017 to present | (JG OR giannandrea) AND (resign* OR quit OR quits OR quitting OR fire* OR firing OR terminat* OR leav* OR Apple* OR Andes OR APL OR APPL OR Sherlock OR poach* OR steal OR depart*) |
| 23.      From January 1, 2004, to December 31, 2007, produce all documents addressing or discussing Google's purchase of Android and Google's plans to license Android. | Cross-Product Execs<br>Search<br>Android<br>Product Heads | (analy* OR plan* OR strategy OR aquir* OR acqui* OR deal* OR #buy OR purchase* OR roadmap OR licens*) /5 (Android OR Rubin OR "mobile start-up" OR "mobile OS") |
| 24.      From January 1, 2007, to the present, produce all communications between Google and the Open Handset Alliance (including individual members) addressing or discussing:<br>    a.  The commitment to develop Android as an open platform;<br>    b.  The availability of the Android Software Development Kit;<br>    c.  The APIs available through the Android Open Source Project (including nay changes to the APIs available); and<br>    d.  The ability or inability of Open Handset Alliance members adopting Android to innovate and/or differentiate their products from one another. | Cross-Product Execs<br>Android<br>Global Partnerships | ("Open Handset Alliance" OR OHA) w/20 Android<hr>((FROM=openhandsetalliance.com) OR (RECIPIENT=openhandsetalliance.com))<br><br>*[Note: confirm that Recipient includes CC or BCC. If not, Plaintiffs request that those categories be included.]* |

| 25. From January 1, 2007, to the present, produce all documents addressing or discussing the following agreements or licenses:<br><br>   a.  Android Compatibility Commitments (ACC)<br>   b.  Anti-Fragmentation Agreements (AFA)<br>   c.  Google Assistant Distribution Agreements (GADA)<br>   d.  Google Automotive Services (GAS)<br>   e.  Google Mobile Services (GMS)<br>   f.  Google Play Services (GPS)<br>   g.  Mobile Application Distribution Agreements (MADA)<br>   h.  Mobile Incentive Agreements (MIA)<br>   i.  Revenue Share Agreements (RSA)<br>For clarity, this includes:<br>   i.  The agreements themselves, exchanged drafts of the agreements, discussions of drafts, or improvements of the agreements;<br>   ii.  Communications with third parties about the agreements; and<br>   iii.  Documents addressing or discussing the agreements' purpose, effect, negotiation, implementation, operation, function, enforcement, requirements, restrictions, changes over time, revenue, cost, and value. | Geo<br>Cross Product Execs<br>Search<br>Android<br><br>In addition, Plaintiffs request that Google manually pull contract and draft contracts. | ("defensive value" OR (clawback /3 traffic) OR compar* OR analy* OR strateg*) /25 (("Android Compatibility" pre/1 Commitment*) OR ACC OR ACCs OR Anti-Fragmentation OR antifragmentation OR antifrag* OR anti-frag* OR AFA OR AFAs OR ("Google Assistant" /5 agree*) OR GADA* OR "Google Assistant-Enabled Compliant Device Distribution Agreement" OR ((deal* or agree*) /5 ("Google Automotive Services" OR (GAS) OR ("Google Mobile Services") OR (GMS) OR ("Google Play Services") OR (GPS))) OR ("Mobile Application Distribution" pre/1 Agreement*) OR MADA* OR ("Mobile Incentive" pre/1 Agreement*) OR MIA OR MIAs OR Waterloo OR "incentive agreement" OR (rev* pre/1 shar*) OR revshare OR RSA* OR TAC OR (traffic /5 acqui*) OR ISA OR (income pre/1 shar*) OR (incremental pre/1 Rev*) OR (Rev* pre/1 Agree*) OR (search /3 deal*) OR (platform /3 deal*) OR (distrib* pre/1 agreement*) OR (distrib* pre/1 contract*) OR (distrib* /3 "Android Framework") OR GDAF) |
|  |  | (("Android Compatibility" pre/1 Commitment*) OR ACC OR ACCs OR "Anti-Fragmentation" OR antifragmentation OR antifrag* OR anti-frag* OR AFA OR AFAs OR ("Google Assistant" /5 agree*) OR GADA* OR "Google Assistant-Enabled Compliant Device Distribution Agreement" OR ((deal* or agree*) w/5 ("Google Automotive Services" OR (GAS) OR ("Google Mobile Services") OR (GMS) OR ("Google Play Services") OR (GPS))) OR ("Mobile Application Distribution" pre/1 Agreement*) OR MADA OR RSA OR MIA OR "mobile incentive agreement" OR |

| | | |
|---|---|---|
| | | ("Mobile Incentive" pre/1 Agreement*) OR MIAs OR "incentive agreement" OR (rev* pre/1 shar*) OR revshare OR RSA* OR TAC OR (traffic /5 acqui*) OR ISA OR (income pre/1 shar*) OR (incremental pre/1 Rev*) OR (Rev* pre/1 Agree*) OR (search /3 deal*) OR (platform /3 deal*) OR (distrib* pre/1 agreement*) OR (distrib* pre/1 contract*) OR (distrib* /3 "Android Framework") OR GDAF) /15 (OEM* OR ODM* OR manufacturer* OR Samsung OR Sierra OR SS OR Huawei OR Xiaomi OR Oppo OR Motorola OR Moto OR Vivo OR LG OR LGE OR Sony OR Lenovo OR MNO* OR Carrier* OR Verizon OR VZN OR ASUS OR "AT&T" OR ATT OR "T-Mobile" OR Tmo OR tmobile OR Sprint OR "US cellular" OR USCC OR phone OR tablet OR "mobile device" OR Sonos OR Panasonic OR Bose OR JBL OR Garmin OR Fossil OR Fitbit OR Audi OR Bentley OR BMW OR Buick OR Stellantis OR Ferrari OR Fiat OR FCA OR Ford OR GM OR "General Motors" OR Honda OR Hyundai OR Jaguar OR Jeep OR Kia OR "Land Rover" OR Maserati OR Mazda OR Mercedes OR Nissan OR Porsche OR Renault OR Subaru OR Suzuki OR Toyota OR Volkswagen OR Volvo) |
| 28.    From January 1, 2007, to the present, produce:<br>  a.   All documents sent to or from search-rev-team@google.com;<br>  b.   All documents addressing or discussing incremental revenue from search distribution deals; and<br>  c.   All documents addressing or discussing Google's rationale for entering into RSAs, including those agreements' expected effects on search market share. | Plaintiffs request that Google produce all emails (including attachments) with search-rev-team@google.com the To, From, CC, OR BCC field | (FROM=search-rev-team@google.com OR RECIPIENT=search-rev-team@google.com)<br><br>*[Note: confirm that Recipient includes CC or BCC. If not, Plaintiffs request that those categories be included.]* |
| 29.    From January 1, 2007, to the present, produce all documents addressing or discussing: | Geo<br>Cross Product Execs<br>Android | (Android) /50 ("Material design guidelines") OR (AOSP) /50 ("Material design guidelines") OR ("open source") /50 |

| | Search | |
|---|---|---|
| a. The requirement that manufacturers sign any Anti-Fragmentation Agreements or Mobile Application Distribution Agreements as a prerequisite to accessing Google Mobile Services or Google Play Services;<br>b. Any requirement that, for devices running Google Android, third parties conform to specific user interface designs (e.g., conforming to the Material Design guidelines);<br>c. Any requirement that, for devices running Google Android, third parties conform to specific hardware designs (including display requirements such as screen size, physical screen resolution, or logical screen resolution);<br>d. Any requirement that, for devices running Google Android, third parties manufacture or ship devices running a particular OS version of Google Android (and related requirements including security patch provisions, bug fixes, and OS updatability);<br>e. Any requirement that, for devices running Google Android, third parties participate or comply with certain initiatives, including Project Mainline or Project Treble;<br>f. Any requirement that, for devices running Google Android, third parties conform to certain functionality requirements (e.g., camera characteristics, cellular and other forms connectivity, battery charging, biometric sensors, secure enclave processor speeds, device memory, or device storage capacity);<br>g. The application of Google's Anti-Fragmentation Agreements, Android Compatibility Commitments, or similar agreements to non-mobile devices, including smart speakers, smart TVs, wearable devices, and automotive devices; and<br>h. How Google's agreements with device manufacturers affect Google's counterparties' ability to distribute devices that run on operating systems other than Google Android. | | ("Material design guidelines") OR (Android) /50 ((hardware pre/1 require*)) OR (AOSP) /50 ((hardware pre/1 require*)) OR ("open source") /50 ((hardware pre/1 require*)) OR (Android) /50 ("hardware design") OR (AOSP) /50 ("hardware design") OR ("open source") /50 ("hardware design") OR (Android) /50 ((OS /10 requir*)) OR (AOSP) /50 ((OS /10 requir*)) OR ("open source") /50 ((OS /10 requir*)) OR (Android) /50 ((camera /10 requir*)) OR (AOSP) /50 ((camera /10 requir*)) OR ("open source") /50 ((camera /10 requir*)) OR (Android) /50 ((security /10 updat*)) OR (AOSP) /50 ((security /10 updat*)) OR ("open source") /50 ((security /10 updat*)) OR (Android) /50 ((display pre/1 require*)) OR (AOSP) /50 ((display pre/1 require*)) OR ("open source") /50 ((display pre/1 require*)) OR (Android) /50 ((("screen resolution") /10 requir*)) OR (AOSP) /50 ((("screen resolution") /10 requir*)) OR ("open source") /50 ((("screen resolution") /10 requir*)) OR (Android) /50 ((("user interface") /10 requir*)) OR (AOSP) /50 ((("user interface") /10 requir*)) OR ("open source") /50 ((("user interface") /10 requir*)) OR (Android) /50 ((("UI") /10 requir*)) OR (AOSP) /50 ((("UI") /10 requir*)) OR ("open source") /50 ((("UI") /10 requir*)) OR (Android) /50 (((biometric) /10 requir*)) OR (AOSP) /50 (((biometric) /10 requir*)) OR ("open source") /50 (((biometric) /10 requir*)) OR (Android) /50 ((((chip pre/1 require*)) /10 requir*)) OR (AOSP) /50 ((((chip pre/1 require*)) /10 requir*)) OR ("open source") /50 ((((chip pre/1 require*)) /10 requir*)) OR (Android) /50 ((design pre/1 require*)) OR (AOSP) /50 ((design pre/1 require*)) OR ("open source") /50 ((design pre/1 require*)) OR (Android) /50 ("Project Mainline") OR |

| | | |
|---|---|---|
| | | (AOSP) /50 ("Project Mainline") OR ("open source") /50 ("Project Mainline") OR (Android) /50 ("Project Treble") OR (AOSP) /50 ("Project Treble") OR ("open source") /50 ("Project Treble") OR (Android) /50 ((functionality pre/1 requir*)) OR (AOSP) /50 ((functionality pre/1 requir*)) OR ("open source") /50 ((functionality pre/1 requir*)) OR (Android) /50 (((chip) /10 requir*)) OR (AOSP) /50 (((chip) /10 requir*)) OR ("open source") /50 (((chip) /10 requir*)) OR (Android) /50 (((design) /10 requir*)) OR (AOSP) /50 (((design) /10 requir*)) OR ("open source") /50 (((design) /10 requir*)) OR (Android) /50 (((functionality) /10 requir*)) OR (AOSP) /50 (((functionality) /10 requir*)) OR ("open source") /50 (((functionality) /10 requir*)) OR (Android) /50 ("Project Mainline") OR (AOSP) /50 ("Project Mainline") OR ("open source") /50 ("Project Mainline") OR (Android) /50 ("Project Treble") OR (AOSP) /50 ("Project Treble") OR ("open source") /50 ("Project Treble") |

| | | |
|---|---|---|
| | Geo<br>Cross Product Execs<br>Android<br>Search | ((strateg* OR analys* OR analyz* OR plan OR restrict* OR decision OR implement* OR overview OR exclud* OR exclus* OR foreclos*) /20 ((Android OR AOSP OR "open source") /20 (("Material design guidelines") OR (hardware pre/1 require*) OR ("hardware design") OR (OS /5 requir*) OR (camera /5 requir*) OR (security /5 updat*) OR (display pre/1 requir*) OR ("screen resolution" /5 requir*) OR ("user interface" /5 requir*) OR (UI /5 requir*) OR (UT /5 requir*) OR (biometric /5 requir*) OR (chip /5 requir*) OR (design pre/1 requir*) OR (functionality pre/1 requir*) OR "Project Mainline" OR "Project Treble"))) |
| 30.    From January 1, 2007, to the present, produce all documents addressing or discussing:<br>   a.  The effect of Google's compatibility tests, including the Compatibility Test Suite, Vendor Test Suite, and Google Mobile Services Test Suite on manufacturers' ability to distribute devices running Google Android or forked versions of Android;<br>   b.  Changes to Google's compatibility tests, including the Compatibility Test Suite, Vendor Test Suite, and Google Mobile Services Test Suite;<br>   c.  Google's decision to approve or deny the distribution of any devices that failed to meet the standards set out in the Android Compatibility Definition Document, the Compatibility Test Suite, Vendor Test Suite, or Google Mobile Services Test Suite;<br>   d.  The effect of the Google's Anti-Fragmentation Agreements and Android Compatibility Commitments on the development of forked versions of Android; and | Geo<br>Cross Product Execs<br>Search<br>Android<br>Global Partnerships | ("Compatibility test" OR "vendor test" OR "test suite" OR "compatibility definition" OR CDD OR (compatibility /3 commit*) OR AFA OR "anti-fragmentation" OR "anti fragmentation" OR (Android /3 fork*)) /10 ((effect OR affect OR impact OR (influence /5 distrib*) OR sell) OR approve OR deny OR exempt) AND (non-Android OR (alternat* OR compet* /5 OS))<br><br>((compatibility pre/1 #test) OR "Compatibility Test Suite" OR "Vendor Test Suite" OR VTS* OR "Google Mobile Services Test Suite" OR GMSTS OR "Compatibility Definition Document" OR ACDD* OR CDD) /25 ((effect* OR affect* OR impact* OR (influenc* /5 distrib*) OR Approv* OR deny* OR exempt*) OR competitor* OR rival*)) |

| | | |
|---|---|---|
| e. How a forked version of Android would affect (i) the sale of mobile devices with Android, or (ii) the sale of non-mobile devices with Android. | | ((compatibility pre/1 #test) OR "Compatibility Test Suite" OR CTS* OR "Vendor Test Suite" OR VTS* OR "Google Mobile Services Test Suite" OR GMSTS OR GTS OR "Compatibility Definition Document" OR ACDD* OR CDD) /25 (((android pre/1 fork*) OR (Fork* OR alternat* OR fragment* OR "open source") /15 android) OR "Android alternative" OR "Amazon Fire" OR "Fire OS" OR FireOS OR ColorOS OR "Color OS" OR CyanogenMod OR "Cyanogen Mod" OR Emteria.OS OR LineageOS OR "Lineage OS" OR "/e/" OR Halium OR MicroG OR "Micro G" OR "Nokia X" OR NokiaX) /25 (effect OR affect* OR impact* OR (influenc* /5 distrib*) OR sell* OR Approv* OR deny* OR exempt*) |
| 31. From January 1, 2007, to the present, produce all documents relating to how forked versions of Android would or could affect Google's search and search advertising businesses. | Cross-Product Execs Search, Android Product Heads Ads Global Partnerships | ((Fork* OR alternat* OR compet* OR fragment* OR "open source") /15 android) OR ("Android alternative" OR "Amazon Fire" OR "Fire OS" OR FireOS OR ColorOS OR "Color OS" OR CyanogenMod OR Cyanogen OR "Emteria.OS" OR Emteria OR LineageOS OR "Lineage OS" OR "/e/" OR Halium OR MicroG OR "Micro G" OR "Nokia X" OR NokiaX) /50 ((effect* OR affect* OR impact* OR cause) /5 (revenue OR sales OR profits OR price* OR search OR ads OR advertising)) |
| 32. From January 1, 2007, to the present, produce all documents addressing or discussing:<br>a. The value, importance, desirability, or effect of preinstalling Google Play on Android devices, including any effect failing to install Google Play | Cross-Product Execs Search Chrome Android Product Heads Ads | ((Android OR #Play OR "app store") /10 (value OR import* OR desire* OR effect OR revenue* OR profit*)) /10 (preinstall* OR pre-install* OR access* OR preset OR pre-set) |

| | | |
|---|---|---|
| would have on the commercial value or viability of devices;<br>b. Manufacturer, carrier, developer, or consumer demand for, or use of, the Google Play Store or any alternative app store;<br>c. What specific APIs are offered through Google Mobile Services or Google Play Services, and how those have changed over time;<br>d. Why the APIs offered through Google Mobile Services or Google Play Services in Android were not offered through the Android Open Source Project; and<br>e. The importance of access to Google Mobile Services and Google Play Services' APIs to manufacturers, carriers, developers, and consumers. | Global Partnerships | ("Amazon Appstore" OR "App Store" OR Appland OR Aptoide OR "BlackBerry World" OR "Cafe Bazaar" OR Cydia OR "F-Droid" OR GamersGate OR "Gamers Gate" OR GetJar OR "Get Jar" OR AppGallery OR "App Gallery" OR "Microsoft Store" OR MiKandi OR "Mi Kandi" OR OpenStore OR "Open Store" OR "Opera Mobile Store" OR "Opera Store" OR "PureOS Software Center" OR "Galaxy Store" OR "Samsung Store" OR SlideME OR "Slide Me" OR "Snap Store" OR SnapStore OR "Google Play alternative" OR (API* OR ((#app pre/1 program*) pre/1 interface))) /20 (GMS OR GPS OR "Google Mobile Services" OR "Google Play Services" OR MADA OR (distribution pre/1 agreement* OR MSDA OR ASOP OR "open source")) |
| | | (((android OR google OR play OR #app OR amazon OR AMZN OR microsoft OR MSFT OR blackberry OR bberry OR samsung OR galaxy OR Apple OR Andes OR APL OR APPL OR NYC OR mac OR itunes) /10 (store OR market)) /25 (demand* OR seek* OR necess* OR sought OR import* OR valu* OR profit)) |
| | | (("Google Mobile Services" OR "Google Play Services" OR GMS OR GPS OR MADA) /20 (demand* OR seek* OR necess* OR sought OR importan* OR valu*)) |

17

| | | |
|---|---|---|
| 33.      From January 1, 2007, to the present, produce all documents addressing or discussing:<br>  a.  Any agreement preventing a third party from preinstalling an application, or from distributing a device containing an application; and<br>  b.  Any agreement preventing a third party from using any Google products or services on all or a defined subset of devices the third party manufactures or sells. | Cross-Product Execs<br>Search<br>Chrome<br>Android<br>Product Heads<br>Global Partnerships | (("alternative search" pre/1 service*) OR ("alternate search" pre/1 service*) OR "general web search" OR agree* OR RSA OR MADA OR MIA OR preinstall* OR pre-load* OR preload* OR preset* OR distribut* OR default*) /20 (violat* OR breach* OR fail* OR protect* OR prevent* OR barrier* OR wall* OR moat* OR ((cut* OR drop* OR ceas* OR stop*) /10 (pay* OR shar*)) OR (compet* /5 (#app OR device* OR feature* OR service*))) AND ("out-of-the-box" OR OOBE OR OOB OR "sent to device") |
| 34.      Produce all documents addressing or discussing:<br>  a.  Any considerations of or plans to develop or acquire specialized search services; and<br>  b.  The effect of Google's agreements with third parties on the success or failure of competing specialized search services. | Cross-Product Execs<br>Product Heads<br>Search<br>Global Partnerships | (vertical pre/1 search* OR specialized pre/1 search* OR alternative pre/1 search* OR private pre/1 search* OR image pre/1 search* OR commercial pre/1 search* OR social pre/1 search* OR app pre/1 search* OR "cross-app" OR "cross-app" OR application pre/1 search* OR aggregator OR branch OR evie OR NTENT OR Neeva OR travel OR #hotel OR local pre/1 search* OR shopping OR job OR jobs OR ranking* OR finance OR cook* OR recipe* OR (home /5 listing*) OR movie* OR flight* OR (real /5 estate) OR OTA OR yelp* OR pinterest*) /20 (acqui* OR fund* OR JV OR venture OR invest* OR purchas* OR fail* OR doom* OR crush* OR merg* OR kill*) |

|  |  |  |
|---|---|---|
|  |  | ((vertical pre/1 search*) OR (specialized pre/1 search*) OR (alternative pre/1 search*) OR (private pre/1 search*) OR (image pre/1 search*) OR (commercial pre/1 search*) OR local OR (social pre/1 search*) OR (app pre/1 search*) OR "cross-app" OR "cross-app" OR (application pre/1 search)) /20 ("third-party" OR "third party" OR 3P OR "non-Google" OR external OR compet* or rival*) /20 (restrict* OR limit* OR restrain* OR prevent* OR conflict* OR stop* OR block* OR prohibit* OR exclud* OR ban OR banned OR banning) |
| 35. | Produce all documents:<br>c. Comparing the relative qualities or desirability of Google Assistant and alternative assistants; and<br>d. Addressing or discussing required "hotwords" or dedicated hardware buttons used to activate Google Assistant or alternative assistants. | Cross-Product Execs<br>Android<br>Product Heads<br>Geo<br><br>And<br><br>Manuel Bronstein (Search)<br>Nick Fox (Search)<br>Chris Gklaros-Stavropoulos (Chrome)<br>Donald Harrison (Global Partnerships)<br>Scott Huffman (Search)<br>Carol Lin (Global Partnerships, New Custodian)<br>Emily Moxley (Search) | ("VUI" OR "voice-user interface" OR (voice pre/1 assistant*) OR (voice pre/1 control*) OR "google assistant" OR GA OR "ok google" OR "hey google" OR hotword OR wakeword OR "wake word" OR "dedicated button" OR alexa OR bixby OR siri OR Cortana OR concurrency OR concurrence OR concurrent OR DSP OR JAWS OR Lockhart OR OPA OR "one personal assistant" OR "1p agents" OR Jasper OR Manhattan OR Matterhorn OR (voice pre/1 search*) OR Lockhart OR "Zero State") /20 (analy* OR study OR studies OR assess* OR qualit* OR preferenc* OR choice* OR compar* OR report*) |

| | | |
|---|---|---|
| | | ("VUI" OR "voice-user interface" OR (voice pre/1 assistant*) OR voice pre/1 control* OR "google assistant" OR GA OR "ok google" OR "hey google" OR hotword OR wakeword OR "wake word" OR alexa OR bixby OR siri OR Cortana OR concurrency OR concurrence OR concurrent OR DSP OR JAWS OR Lockhart OR OPA OR "one personal assistant" OR "1p agents" OR Jasper OR Manhattan OR voice pre/1 search* OR Lockhart OR "Zero State") /20 (hardware OR button OR trigger) |
| 36.      Produce all documents addressing or discussing the distribution of Google Assistant or Google search services on IoT devices, including smart speakers, smart TVs, wearables, and automotive devices. For clarity, this includes:<br>    e.   Google's product plans for IoT devices;<br>    f.   Google's rationale for distributing IoT devices, or for partnering to distribute Google products such as Google Assistant on third parties' IoT devices;<br>    g.   Google's decision to manufacture its own IoT devices, including devices that distribute Google Assistant;<br>    h.   Google's strategy for controlling search access points on IoT devices;<br>    i.   The advantages of preinstallation of Google Assistant on IoT devices; and<br>    j.   Voice assistant concurrency and Google's lack of participation in the Voice Interoperability Initiative. | Cross-Product Execs<br>Android<br>Product Heads<br>Global Partnerships; and the below to the extent not included in the former categories:<br><br>Manuel Bronstein (Search)<br>Nick Fox (Search)<br>Chris Gklaros-Stavropoulos (Chrome)<br>Donald Harrison (Global Partnerships)<br>Scott Huffman (Search)<br>Carol Lin (Global Partnerships, New Custodian)<br>Emily Moxley (Search) | ("VUI" OR "voice-user interface" OR voice pre/1 assistant* OR "voice control" OR "google assistant" OR GA OR assistant OR alexa OR bixby OR siri OR Cortana) /25 (strategy OR ecosystem OR platform OR gateway OR roadmap OR "future of search" OR "defensive value" OR "search entry point" OR "search revenue" OR "toll booth" OR distrib* OR cannibali* OR disintermediat* OR "search access" OR (access pre/1 point*) OR "internet of things" OR IoT OR concurrency OR concurrence OR concurrent OR DSP OR JAWS OR Lockhart OR OPA OR "one personal assistant" OR "1p agents" OR 1P OR 3P OR Jasper OR Manhattan OR "voice search" OR Lockhart OR "Zero State" OR "smart tv" OR androidtv OR "android tv" OR atv OR #TV OR firetv OR "firetv" OR fireos OR amazon OR "firefox OS" OR firefoxos OR "android wear" OR linux OR roku OR tizen OR smart pre/1 speaker* OR Speaker* OR bisto OR "Asteroid OS" OR asteroidos OR Huawei OR Huaweios OR "GoogleTV" OR googletv OR rokutv OR "Roku TV" OR roku OR xiaomi OR clockwork OR sonos OR bose OR JBL OR anker OR sony OR TCL OR rohan OR |

| | | matterhorn OR Samsung OR LG OR Panasonic OR "wear OS" OR wearos OR "androidwear" OR "wear 2.0" OR webOS OR wearable* OR fitbit OR mobvoi OR casio OR misfit OR asus OR "form factor" OR fossil OR garmin OR Watch* OR "google automotive" OR "google auto" OR "android auto" OR "Android Automotive" OR GAS OR cerence OR Renault OR Nissan OR Mitsubishi OR volvo OR GM OR "General motors" OR Hyundai OR Chevrolet OR buick OR GMC OR Cadillac OR Chrysler OR Ford OR Mercedes OR BMW OR Audi OR Porsche OR fiat) |
|---|---|---|
| 39.      Produce all documents addressing or discussing the similarities or differences between forms of advertising, including search advertising, general search text advertising, display advertising, social-media advertising, and any other forms of digital or non-digital advertising. | Cross-Product Execs<br>Product Heads<br>Ads<br>Global Partnerships<br><br>advertiser.feedback@google.com<br>competitors@google.com | ((ads OR ad OR advertis*) AND ((search /50 text) OR (search /50 display) OR (search /50 social) OR (search /50 tradition*) OR (digital /50 tradition*) OR (non-digital /50 digital)) AND (compar* OR contrast* OR similar* OR dissimilar OR "not similar" OR alik* OR complement* OR compet* OR differen* OR substit* OR alternat* OR better OR worse OR worst OR best OR interchang* OR advantage* OR disadvantage* OR superior OR inferior)) |
| | | ("search vs PLA" OR "search vs shopping" OR "search vs social" OR "search vs display" OR "search vs social" OR ("digital vs" pre/1 tradit*)  OR "digital vs non-digital" OR "search vs. PLA" OR "search vs. shopping" OR "search vs. social" OR "search vs. display" OR "search vs. social" OR ("digital vs." pre/1 tradit*) OR "digital vs. non-digital") |
| | | ((search OR text OR digital OR PLA OR shopping) /15 (complement* OR substitute*)) |

| | | |
|---|---|---|
| | | (("search campaign" OR "shopping campaign" OR "display campaign" OR "discovery campaign" OR "local campaign" OR PLA OR "product listing" OR shopping OR SCU) /20 ((campaign /5 type) OR goal OR choose OR advantage* OR disadvantage* OR better OR worse OR worst OR best OR different OR social OR superior OR inferior OR "customer engagement" OR "brand awareness" OR reach OR scale OR attribution OR KPI)) |
| | | ((search OR text OR display OR PLA OR shopping OR social) /15 (different /10 (market* OR product* OR goal* OR purpose*))) |
| | | ("PLA vs text" OR "shopping vs text" OR "different types of ads" OR ("types of Google" pre/1 #ad)) |
| | | ((((#Ad OR advert*) /5 (digital OR search OR text OR display OR social OR shopping or campaign OR "product listing")) OR PLA) /25 (compar* OR contrast* OR similar* OR different* OR substit* OR alternat* OR purpos* OR quality OR ROI OR ROA OR return OR (cost pre/1 pric*)) |
| 41.   Produce all documents addressing or discussing Google's search advertising monetization metrics including:<br>a.   Revenue;<br>b.   RPM;<br>c.   Query volume;<br>d.   Clicks;<br>e.   Top CPC;<br>f.   Top Ad CTR;<br>g.   Top Coverage; and | Cross-Product Execs<br>Product Heads<br>Ads<br>Global Partnerships | ((#Ad /50 (moneti* OR reven* OR profit* OR value OR grow* OR drive*)) AND ((RPM OR (volume /5 quer*) OR (volume /5 search*)) OR "clicks" OR *CPC OR *CTR OR "Top Coverage" OR "Top Depth" OR (code /5 red) OR (code /5 yellow) OR "ads/q" OR (("y/y" OR "m/m" OR "w/w") /5 growth) OR DAU OR "daily active user" OR MAU OR "monthly active user"))) |

| | | |
|---|---|---|
| h.  Top Depth. | | ((#ad pre/1 "revenue stats") OR (#ad pre/1 headwinds) OR "revenue headwinds" OR "search headwinds" OR ("commercial unit" /5 (click OR CTR)) OR "magic eye" OR "growth metrics" OR ("true north" /10 metric*) OR (revenue /10 ("active user" OR "clicked user" OR "ad served")) OR "ad engagement" OR "BFM Metrics" OR (search /5 "revenue funnel") OR "monetization funnel" OR querynav OR "rev kit") |
| | | (Adstats OR ((search OR reven* OR product) /3 staple*) OR searchstaples OR ("search-staples") OR "staples.corp.google.com" OR "go/staples" OR (revteam /5 ("search ads" OR "text ads"))) |
| 43.    Produce all documents addressing or discussing IS 4 (referenced in the CID deposition of Ben Gomes at pages 140-142), PQ (referenced in the CID deposition of Ben Gomes at page 141), IS 4 dashboards (referenced in the CID deposition of Ben Gomes at page 143), IS 1-3, or other metrics comparing Google to Bing or other general search engines. | Cross-Product Execs<br>Search<br>Product Heads<br>Geo<br>Ads<br><br>In addition, Plaintiffs request that Google identify any database, dashboard, system, structured data, or other repository comparing search quality. | (("information satisfaction" OR "PQ" OR "search rater" OR "quality") /10 (Bing* OR MSFT OR Duck* OR DDG OR Yahoo* OR Yale OR Microsoft OR MS OR Redmond OR "Y!" OR AZN OR Amazon* OR AMZN OR AMZ OR Facebook OR FB)) |
| | | ("IS4" OR "is 4" OR PQ OR "is 1-3" OR ((bing* OR msft OR Microsoft OR Redmond OR DDG OR duck* OR Yandex OR baidu OR naver OR "Y!" OR Yahoo* OR Yale) /25 (quality* OR assess* OR compar* OR rating*))) |
| | | ("competitive intelligence" /20 (duck* OR DDG OR Bing* OR Microsoft* OR MSFT OR MS OR Redmond OR Yahoo* OR "Y!" OR Yale OR AZN OR Amazon* OR AMZN OR AMZ OR Facebook* OR FB)) |

| | | |
|---|---|---|
| 44.     Produce all documents describing Google's methodology in selecting which advertiser wins each search ad slot, including:<br><br>    a.  All components of Google's search advertising auction and algorithms;<br><br>    b.  The nature and effect of any changes or modifications thereto (including all reports describing the measures of any such inputs such as beta, or the quality cost of an ad used in the LTV auction scoring formula over time). By way of example and not limitation, some exemplar measurements can be found in GOOG-DOJ-10776576;<br><br>    c.  Respond simulation tools, including AR-SIM; and<br><br>    d.  Advertiser experiment framework, including advertiser experiments. | Cross-Product Execs<br>Product Heads<br>Ads<br>Global Partnerships<br>Ads | (("Search ad" OR "search auction" OR "ad slot") /20 (measur* OR beta OR LTV OR "auction scoring")) /20 (change* OR modif*)<br><br>"Advertiser experiment framework"<br><br>((customer OR advertiser* OR client*) /50 ((#win OR earn* OR select* OR choose* OR chose* OR pick* OR determin* OR identif*) /50 (method* OR methodology OR calculat* OR score* OR scoring OR formula* OR develop* OR LTV OR analy* OR study OR stud* OR research* OR report OR assess* OR algorithm* OR auction* OR simulat* OR framework OR experiment*)))<br><br>("Ad Load" OR (Depth /10 #ad) OR "Quality Score" OR "Expected Clickthrough" OR AdRelevance OR "Landing Page Experience" OR pLQ OR pCQ OR "click-through rate" OR LTV OR VCAP OR Blindness OR "Mantel-Haenszel" OR Mercury OR VCAP OR "auction score" OR "ad relevance" OR "landing page quality" OR LPQ OR eRPM OR "optimization score" OR "ad rank")<br><br>((allocat* OR rank*) /20 ("search ads" OR SERP))<br><br>((reserve OR threshold) /20 (pric* OR auction OR LTV OR quality OR impression OR beta OR click OR value OR smartass* OR fuji OR qspace OR "holy grail")) OR (auction /10 (algos OR algorithms)) OR (LTV /10 (*CPC OR *CTR OR pCQ OR pLQ)) |

| | | |
|---|---|---|
| | | (GSP OR "second price" OR "first price" OR Vickrey OR VCG OR "whole page auction" OR WPA OR TPS OR showability OR ((growth OR price OR bid OR auction) /5 (tuning OR knob OR lever))) |
| | | (LIPI OR "Launch Interim Pricing Improvements" OR (Fine pre/1 Grain*) OR FIA OR "Formats in Auction" OR "Bad Bottom" OR Squash* OR Butternut OR "Google Action Marketing Engine" OR "computational advertising" OR "Mega Launch" OR MegaLaunch OR MegaTitle OR MegaVisurl OR "Black Adam" OR "Ad Label" OR (Precept /10 (project OR format OR value)) OR "PaidRank" OR "Paid Rank" OR "Gamma Gamma" OR Lucid OR "Red Sox" OR DACA OR Momiji OR "Cost Improved Auction" OR AlphaRed OR "Holy Load" OR "Holy Grail" OR ((Refocus OR Repent OR rethink) /20 (project OR tune OR tuning OR launch OR ads)) OR "Action Bid Adjust" OR "Green Ad" OR "Ad Badge" OR (Smart pre/1 Default*) OR PinX OR Kumamon OR Vasco OR "Dynamic Alpha" OR "Conversion Rate Adjusted Bidding" OR Burpee OR Honeynut OR "Iron Pot" OR Potiron OR Sweeper OR "Melting Pot" OR (Holistic /10 (pricing OR filtering)) OR Sugarmaple OR "Prominence Pricing" OR "Bop- It" OR Unimodal OR Pelican OR Swift OR Zeeland OR Sugarshack OR Butterbeer OR Stateful OR "Big Beta" OR Firewhiskey OR rGSP OR Polyjuice OR Epsilon OR Shikra OR "Eagle Lunar" OR "Linear Alpha" OR Sapporo OR (value /5 pricing) OR (format /5 pricing) OR "fractional formats" OR OpenQuery OR kabocha OR Yuzu OR AQER OR Omega OR TPS OR "ROI constrained" OR "volume constrained" OR |

| | | Paco OR Endor OR robosequencer OR Apollo OR BetaOrange OR GammaYellow OR "free formats" OR "expensive formats" OR Paradox OR pBid OR DRIAD) |
| --- | --- | --- |
| | | (("launch doc" OR PRD OR Clusters) /25 (ads OR advertis* OR auction OR algorithm)) |
| | | (GAME /15 (auction OR algorithm)) |
| 45.     Produce all documents addressing or discussing search advertising headroom and price indices, including:<br>  a.  How Google calculates search advertising headroom and price indices;<br>  b.  The role of customer data (including ROI or ROAS information) in calculating or capturing search advertising headroom and price indices;<br>  c.  Any studies or analyses related to search advertising headroom and price indices; and<br>  d.  Any documents discussing the impact of Google's search advertising auction or algorithms on search advertising headroom and price indices (including the impact of changes such as Holy Load, Holy Grail, and any change to the number or size of the search ads). | Cross-Product Execs<br>Product Heads<br>Ads<br>Global Partnerships | ((headroom OR "price index" OR "price indices") /50 (method* OR calculat* OR formulat* OR develop* OR ROI OR ROAS OR "holy load" OR "holy grail" OR analys* OR analyz* OR study OR studie* OR research* OR report OR assess* OR algorithm* OR auction* OR Momiji OR stateful OR reserve OR threshold OR "ad load" OR depth OR #top OR format* OR captur*))<br><br>(#ad OR customer OR client OR auction) /10 (surplus OR windfall OR "runaway winners" OR (value /10 (pric* OR reserve*)) OR "Addressable Market" OR "hanging fruit" OR ((growth OR price OR bid OR auction) /5 lever) OR "zero headroom" OR "discover dashboard" OR "thin auction" OR "competitive auction" OR (price /10 pressure)) |
| 46.     Produce all documents comparing, contrasting, or analyzing search advertising pricing or competition in vertical search. | Cross-Product Execs<br>Product Heads<br>Ads<br>Global Partnerships<br><br>advertiser.feedback@google.com<br>competitors@google.com | (compet* OR compar* OR respond OR response OR contrast* OR swot OR strength* OR weak* OR opportun* OR threat* OR analy* OR review*) /30 (search OR SERP OR universal OR onebox OR answer OR carousel OR snippet OR "commercial unit" OR "knowledge panel" OR organic OR website* OR "results page" OR "search |

| | | |
|---|---|---|
| | In addition, Plaintiffs request that Google identify the names of any systems, databases, structured data for advertiser complaints. | results" OR results OR ad OR ads OR advertis* OR pric* OR cost* OR #compete OR quality* OR ROI OR ROA OR "return on investment" OR ("return on" pre/1 #ad)) /30 ("vertical search" OR "specialized search" OR "alternative search" OR "image search" OR "commercial search" OR "social search" OR "app search" OR "application search" OR travel OR local OR #shop OR job OR jobs OR #hotel OR flight* OR movie* OR cook* OR recipe* OR childcare OR sports OR home OR ranking* OR finance OR (real /5 estate) OR OTA OR DuckDuckGo* OR "Duck Duck Go" OR DDG OR "Duck-Duck-Go" OR Bing OR Bing.com OR Apple OR NYC OR Andes OR Microsoft OR MSFT OR MS OR Redmond OR Yahoo OR Yahoo.com OR "Y!" OR Yale OR Amazon OR Amazon.com OR AZN OR AMZ OR AMZN OR Bezos OR Facebook OR Facebook.com OR FB or Zuckerberg OR ask.com OR ask OR askjeeves OR "ask jeeves" OR Yelp OR Yelp.com OR TripAdvisor OR Tripadvisor.com OR Priceline OR Priceline.com OR Expedia OR Expedia.com OR Kayak OR kayak.com OR Airbnb OR Airbnb.com OR OpenTable OR Opentable.com OR "Open Table" OR Ebay* OR Walmart OR Walmart.com OR Wal-Mart OR Indeed OR indeed.com OR Linkedin OR Linkedin.com OR Instagram OR Instagram.com OR Pinterest OR Pinterest.com OR Twitter OR Twitter.com OR aggregator) |

| | | |
|---|---|---|
| 47.    Produce all documents addressing or discussing complaints from advertisers relating to Google's pricing or quality of advertising. | Cross-Product Execs<br>Product Heads<br>Ads<br>Global Partnerships<br><br>advertiser.feedback@google.com<br><br>In addition, Plaintiffs request that Google (1) identify any database, dashboard, system, structured data, or other repository of advertiser complaints; (2) the "Head of Industry" responsible for insurance, auto, financial services, retail small businesses; and (3) employees responsible for the customer relationship with subpoena recipients, including the employees identified in response to RFP 38. | ((customer* OR advertiser* OR ads OR product* OR service* OR feature* OR platform* OR client*) /25 (complain* OR whin* OR request* OR inquir* OR concern* OR disappoint* OR problem OR toll OR tax OR (protect* /3 money)) /25 (pric* OR quality* OR CPC OR return OR "return on investment" OR ROI OR ROAS)) |

| | | |
|---|---|---|
| | | ((complain* OR whin* OR concern* OR problem OR "own brand" OR expensive OR conquest*) /10 (pric* OR qual* OR service OR CPC OR RPM OR ROAS)) /15 (AirBnB OR Allstate OR Amazon OR AMZN OR AZN OR AMZ OR ANGI OR "Angie's List" OR "Angies List" OR Apple OR AAPL OR APL OR Andes OR Cupertino OR AT&T OR ATT OR "Bank of America" OR BOA OR "Booking.com" OR Bose OR Citi* OR (Crate /2 Barrel) OR dentsu OR duck* OR "Estee Lauder" OR Expedia* OR Farmers OR Fiat OR Chrysler OR GEICO OR "Government Employees Insurance Company" OR "General Motors" OR GM OR GroupM OR IPG OR "JP Morgan" OR "J.P. Morgan" OR JPM* OR LendingClub OR "Lending Club" OR LG OR Microsoft OR MSFT OR MS OR Redmond* OR Mediacom OR Motorola OR Mozilla OR Nike OR Nissan OR "North Face" OR Omnicom OR Progressive* OR Publicis OR Samsung OR Skechers OR Sony OR Southwest pre/1 (Air or #airline) OR SWA OR LUV OR "State Farm" OR "T-Mobile" OR Tmobile OR TripAdvisor* OR "Trip Advisor" OR United pre/1 (Air or #airline) OR UAL OR "US Cellular" OR "U.S. Cellular" OR Verizon OR VZ OR Volvo OR "Wells Fargo" OR WFC OR WPP OR Yelp*) |
| | | ((Basecamp OR shopify) /20 (complain* OR whin* OR concern OR issue* OR problem OR ransom OR shakedown OR force* OR toll OR tax OR (protect* /3 money))) |

| 48. Produce all documents provided to advertisers showing or explaining the advantages of using Google advertising platforms over Amazon or Facebook's platforms. | Cross-Product Execs<br>Product Heads<br>Ads<br>Global Partnerships<br><br>competitors@google.com | ((RFP OR propos* OR bid OR submission OR pitch OR marketing* OR compar* OR promot*) /50 (ads OR advertis*)) AND ((RFP OR propos* OR bid OR submission OR pitch OR marketing* OR compar* OR promot*) /50 (Amazon OR AMZN OR AZN OR AMZ OR Facebook OR FB)) |
|---|---|---|
| | | ("Google vs Amazon" OR "Google vs Facebook") |
| | | ((compar* OR contrast* OR evaluat* OR review*) AND ((ads OR advertis* OR offering OR better OR superior OR quality OR ROI OR "return on investment") /50 (AirBnB OR Allstate OR Amazon OR AMZN OR AZN OR ANGI OR "Angie's List" OR "Angies List" OR Apple OR AAPL OR APL OR Andes OR Cupertino OR AT&T OR ATT OR "Bank of America" OR BOA OR "Booking.com" OR Bose OR Citi* OR (Crate /2 Barrel) OR dentsu OR duck* OR "Estee Lauder" OR Expedia* OR Farmers OR Fiat OR Chrysler OR GEICO OR "Government Employees Insurance Company" OR "General Motors" OR GM OR GroupM OR IPG OR "JP Morgan" OR "J.P. Morgan" OR JPM* OR LendingClub OR "Lending Club" OR LG OR Microsoft OR MSFT OR MS OR Redmond* OR Mediacom OR Motorola OR Mozilla OR Nike OR Nissan OR "North Face" OR Omnicom OR Progressive* OR Publicis OR Samsung OR Skechers OR Sony OR Southwest pre/1 (Air or #Airline) OR SWA OR LUV OR "State Farm" OR "T-Mobile" OR Tmobile OR TripAdvisor* OR "Trip Advisor" OR United pre/1 (Air or Airline) OR UAL OR "US Cellular" OR "U.S. Cellular" OR Verizon OR VZ OR |

| | | Volvo OR "Wells Fargo" OR WFC OR WPP OR Yelp\*))) |
|---|---|---|
| 49.       Produce all documents addressing or discussing Google introduction and use of product listing ads (PLAs) including:<br>a. Why Google introduced PLAs;<br>b. Whether Google worried about PLAs cannibalizing text ads; and<br>c. Any studies, analysis, or experiments relating to PLAs (including any comparisons to text ads). | Cross-Product Execs<br>Product Heads<br>Ads<br>Global Partnerships | (((PLA OR PLAs) OR "product listing" OR shopping OR SCU OR carousel) AND ((introduc\* OR cannibaliz\* OR erosion OR erod\*) OR ((analy\* OR study OR studie\* OR research\* OR report OR assess\*) /10 "text ad"))) |
| | | ((PLA OR "product listing" OR shopping OR SCU) /30 (experiment\* OR analy\* OR study OR studie\* OR advantage\* OR disadvantage\* OR superior OR inferior OR better OR worse OR best OR worst OR plan OR strat\* OR Amazon\* OR AMZN OR AZN OR AMZ)) |
| 50.       Produce all documents relating to Google's behavioral economics group's analysis or discussion of defaults, keyword auctions, or application positioning. | Behavior Economist | (default\* OR DSE OR DHP OR (app\* /5 (posit\* OR place\*)) OR auction\* OR keyword\*) |
| | | (preinstall\* OR "pre-install" OR "pre-installation" OR hotword OR exclusive\* OR engage\* OR acquir\* OR acquisition\* OR (survival /5 rate) OR (choice /5 architecture) OR stick\* OR friction\* OR nudg\* OR "opt in" OR "opt-in" OR persist\* OR attrition) |

| | | |
|---|---|---|
| | | (Behavioral OR bsci OR present-bias* OR "present bias" OR "prospect theory" OR inattenti* OR naïve* OR naive* OR naif* OR (activ* /2 (choos* OR chos* OR choice*)) OR (forc* /2 (choos* OR chos* OR choice*)) OR sophisticate* OR loyal* OR (switch* /10 (cost* OR pric*)) OR switchback OR "switch back" OR churn OR (edge /10 (bing* OR Microsoft* OR MS OR MSFT OR Redmond)) OR (mozilla /10 (bing* OR Microsoft* OR MS OR MSFT OR Redmond)) OR "decision making" OR "status quo") |
| | | (Auction* OR keyword* OR algorithm* OR "winner's curse" OR "winners curse" OR (over /2 bid*) OR (under /2 bid*)) |
| | | ((Top /5 screen*) OR (app* /20 (prominen* OR place* OR screen* OR position*))) |
| | | ((experiment OR test) /25 ("AB" OR "A-B" OR "A/B" OR RCT OR (random* /2 control) OR natural OR "growth lab")) |
| | | (Thaler OR Ariely OR Madrian OR Shea OR Thaler OR Sunstein OR Benartzi OR "irrational labs") |
| 51.      Produce all documents created by Google's smartASS group addressing or discussing potential or executed launches. | Search

In addition, Plaintiffs request that Google identify the individual members of the smartASS group. | (("melting pot" OR panda OR pigeon OR possum OR caffeine OR bert OR "butternut squash" OR smartass* OR "big daddy" OR "iron pot") /10 (quality OR revenue OR experience OR UX)) |
| | | (("quality" OR "user experience" OR UX) /10 revenue*) |

| | | |
|---|---|---|
| | | ((update OR launch OR experiment) /10 ((revenue* OR quality OR "user experience" OR UX) /10 (search OR #ad))) |
| 52.      Produce all documents, including all projections, forecasts, reports, studies, or analyses, relating to the impacts of the (1) 2015 Russian FAS Decision, and (2) 2017 European Union Android Decision, on Google's search and search advertising business. Documents responsive to this request should include documents sufficient to show Google's strategic responses, both actual and contemplated, to the aforementioned regulatory actions. | All<br><br>Plaintiffs are willing to limit time period to 2014 to present | ("FAS" OR "Federal Antimonopoly Service" OR Russia* OR "European Union" OR EC OR "European Commission" OR "DG Comp" OR DGCOMP OR RF OR Moscow OR Brussels OR Brux* OR Agassi OR Becker) AND ((decision OR opinion OR report OR finding*) /10 search) |
| | | ("FAS" OR "Federal Antimonopoly Service" OR "European Union" OR EC OR "European Commission" OR "DG Comp" OR DGCOMP OR RF OR Agassi OR Becker) /25 ((decision OR opinion OR order OR forecast* OR Report OR Analy* OR Impact*) /15(search OR advertis*)) |
| 53.      Produce all communications with third parties regarding any form of cooperation in responding to antitrust investigations or litigation, including communications with Facebook regarding 'Jedi Blue.' | All  (excluding Behavioral Economists) | (investig* OR inquir* OR alleg* OR claim* OR argu*) /40 (anticompet* OR (anti /3 compet*) OR antitrust OR "anti-trust" OR monopol* OR oligopol* OR monopson* OR dominan* OR Sherman OR Clayton OR FTC OR "Federal Trade Commission" OR DOJ OR "Department of Justice" OR "Justice Department" OR FB OR Facebook OR "jedi blue") |

| | | |
|---|---|---|
| 54.  Produce all documents addressing or discussing:<br>a.  Changes, updates, or revisions to Google's blog pages on the topic of search quality or search distribution;<br>b.  Changes, updates, or revisions to pages on ads.google.com discussing 'search campaigns,' 'shopping campaigns,' or 'display campaigns,' including but not limited to https://ads.google.com/home/resources/advanced/; and<br>c.  Changes, updates, or revisions to Google's blog, website, or other promotional material in order to support Google's defenses or arguments against antitrust scrutiny. | All | (((Chang* OR Revis* OR Updat* OR Amend* OR Edit* OR Delet* OR addition) /30 (blog OR website OR site OR webpage OR promot* OR "ads.google.com" OR campaign OR article OR "right campaign type")) /25 ((search /5 quality) OR (search /5 distribution) OR ((update OR change OR revision) /10 (search OR shopping OR display)) OR antitrust OR "anti-trust" OR DOJ OR "Department of Justice")) |
| 55.  Produce all documents addressing or discussing Google's funding of any think tank, foundation, organization, academic institution, or individual,  including any funding of specific projects, academic papers, or articles. | All | ((fund* OR support* OR initiate* OR sponsor* OR grant OR pay OR buy OR allocat* OR finance* OR assist* OR patron* OR donat* OR contribut*) /50 (("think tank" OR foundation* OR organization* OR academic OR university* OR college* OR institution* OR professor* OR consultant* OR article* OR paper* OR faculty OR fellow OR instructor* OR seminar ) /25 ((priva* /5 (search OR online)) OR ((scale OR data) /10 (relevance OR quality)) OR ("user behavior" /10 default*) OR (compet* /5 (search OR attention OR advertis*)) OR econo*))) |
| 58.  Produce all documents addressing or discussing Google's guidance to its employees to avoid using certain words, terms, or phrases in internal and external communications and documents. | All | ((should* OR No OR "not" OR Don* OR avoid* OR lawyercat OR "lawyer cat" OR never OR careful) /15 (discuss* OR mention* OR talk OR writ* OR say* OR email* OR refer* OR (use /5 (word* OR term* OR language OR buzzword*)))) /25 (((market* OR industry* OR rival* OR search*) /5 (share* OR percent*)) OR "anti-trust" OR antitrust OR compet* OR dominan* OR buzz* OR leader OR barrier* OR power OR war OR kill OR foreclose OR "network effects") |

| | | "Five Rules of Thumb for Written Communications" OR (communicat* /5 care) OR (assume /5 public) |
|---|---|---|
| 62.    Produce all documents relating to the removal and subsequent restoration of Blixt to Google's Play Store. | All (excluding Behavioral Economists)<br><br>Plaintiffs are willing to limit time period to 2020 to present | ((Blix OR bluemail* OR Volach) /50 (retal* OR (App OR Apps OR application OR Applications) OR Remov* OR #Play OR Store OR restor* OR "take down" OR termin* OR "put up" OR "Putback" OR antitrust OR "anti-trust" OR flagged OR "policy enforcement" OR "congressional hearing" OR kick*)) |