AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arizona.

Date:   03/22/2021

/s/ Dana R. Vogel
*Attorney's signature*

Dana R. Vogel
*Printed name and bar number*

Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004

*Address*

Dana.Vogel@azag.gov
*E-mail address*

(602) 542-3725
*Telephone number*

*FAX number*