# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arizona                                                                                                                .

Date:        03/22/2021                                             /s/ Christopher M. Sloot
                                                                                      *Attorney's signature*

                                                                          Christopher M. Sloot (034196)
                                                                          *Printed name and bar number*
                                                                          Arizona Attorney General's Office
                                                                          2005 North Central Avenue
                                                                          Phoenix, Arizona 85004


                                                                                           *Address*

                                                                          Christopher.Sloot@azag.gov
                                                                                      *E-mail address*

                                                                               (602) 542-7728
                                                                                  *Telephone number*


                                                                                      *FAX number*