# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Kentucky                                                                .

Date:    03/25/2021

/s/ Philip R. Heleringer
*Attorney's signature*

Philip R. Heleringer (KY: 96748)
*Printed name and bar number*

Office of the Attorney General of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601

*Address*

philip.heleringer@ky.gov
*E-mail address*

(502) 696-5647
*Telephone number*

(502) 564-2894
*FAX number*