# EXHIBIT 2

| Request from Plaintiffs' Second RFP | Plaintiffs' Position | Google's search strings with narrower timeframes than those requested by Plaintiffs and already agreed upon by Google. |
|---|---|---|
| 5. *From January 1, 2005*, to the present, produce all documents addressing or discussing:<br>a. The quality of Google's general search engine (including changes to quality over time);<br>b. The quality of other alternative search engines, including Bing and DuckDuckGo (including changes to quality over time);<br>c. Comparisons between Google's search engine and alternative search engines, including for factors such as ease of use, speed, relevance of results, the protection, safety, and security of consumers' identities and information, and consumers' control over tracking and advertising (e.g., providing "ad blocking");<br>d. The relative brand strength or weakness of general search engines or services;<br>e. Competition among search engines; and<br>f. Any investments, actions, or changes Google made to its search engine in response to alternative search engines. | Google did not object to the date range of this request but has offered to run search strings to locate information responsive to this request that are limited to a narrower time range.<br><br>Therefore, the time period for which these search string should be run is from 2005 to the present as originally requested by Plaintiffs. | 2014–Present: Terms for Specs 6–7, 46, 41, 25<br><br>2010–Present: Terms for Specs 13, 14, 17, 18, 20, 51, 26, 49(a)–(b)<br><br>2007–Present: Terms for Spec 52 |
| 6. From January 1, 2000, to the present, produce all documents addressing or discussing Google's general search engine functionality as compared to search engines on social media sites (such as Facebook), retail marketplaces (such as Amazon), and specialized search engines, and addressing or discussing changes made to Google's general search engine based on any findings of such comparative analysis. | Google has agreed to produce information responsive to this request *from 2002 to the present* but has offered run search strings to locate information responsive to this request that are limited to a narrower time range.<br><br>Therefore, the time period for which all of these search strings should be run is from 2002 to the present. | 2014–Present: Terms for Specs 6–7, 46, 41, 25<br><br>2010–Present: Terms for Specs 13, 14, 17, 18, 20, 51, 26, 49(a)–(b)<br><br>2007–Present: Terms for Specs 52<br><br>2005–Present: Terms for Specs 21, 21(c), 21 (d), 21 (f), 21 (h), 21 (m), 53, 24 |

| | | |
|---|---|---|
| 13. *From January 1, 2008*, to the present, produce all documents addressing or discussing the setting of Chrome's default search feature, including the number or percentage of devices with Google, Bing, Yahoo, DuckDuckGo, or any other general search service set as the default in Chrome at particular points in time. | Google did not object to the date range of this request but has offered to run a search string to locate information responsive to this request that is limited to a narrower time range.<br><br>Therefore, the time period for which this search string should be run is 2008 to the present as originally requested by Plaintiffs. | 2010–Present: Terms for Spec 43 |
| 16. *From January 1, 2007*, to the present, produce all documents addressing or discussing the impact, value, or desirability of application preinstallation, application placement, or preset defaults on devices. | Google did not object to the date range of this request but has offered run a search string to locate information responsive to this request that is limited to a narrower time range.<br><br>Therefore, the time period for which this search string should be run is 2008 to the present as originally requested by Plaintiffs. | 2010–Present: Terms for Spec 43 |
| 19. *From January 1, 2002*, to the present, produce all communications between Google and Apple relating to Google's search partnerships with Apple, including partnerships in general search and map-based searches. | Google did not object to the date range of this request but has offered run search strings to locate information responsive to this request that are limited to a narrower time range.<br><br>Therefore, the time period for which all of these search strings should be run is from 2002 to the present as originally requested by Plaintiffs. | 2005–Present: Terms for Specs 21(b), 21(j), 21(k)<br><br>2007–Present: Terms for Spec 28<br><br>2010–Present: Terms for Spec 43 |
| 21. *From January 1, 2007*, to the present, produce all documents addressing or discussing:<br>a. Competition between Google's Android OS and Apple's iOS operating systems;<br>b. Consumer switching behavior between Android and iOS on mobile devices;<br>c. Competition between Apple Maps and Google Maps/Waze; and<br>d. Consumer switching behavior between Apple Maps and Google Maps/Waze. | Google did not object to the date range of this request but has offered run search strings to locate information responsive to this request that are limited to a narrower time range.<br><br>Therefore, the time period for which all of these search strings should be run is from 2007 to the present as originally requested by Plaintiffs. | 2014–Present: Terms for Specs 6–7, 46, 41<br><br>2010–Present: Terms for Specs 13, 14, 17, 18, 20, 51, 26, 49(a)–(b) |