AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America, et al. <br> *Plaintiff* <br> v. <br> Google LLC <br> *Defendant* | ) <br> ) <br> ) Case No. 1:20-cv-03010-APM <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                              .

Date: 03/29/2021

/s/ Diana A. Aguilar Aldape
*Attorney's signature*

Diana A. Aguilar Aldape
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102
*Address*

diana.aguilar@usdoj.gov
*E-mail address*

(202) 257-3959
*Telephone number*

(415) 934-5399
*FAX number*