UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-3715 (APM) |

## ORDER AMENDING SCHEDULING AND CASE MANAGEMENT ORDER

For the reasons stated on the record at the March 30, 2021 status hearing, the Amended Scheduling and Case Management Order entered on February 3, 2021, ECF No. 108-1, is hereby amended to add the following deadlines:

| Event | Calculation of Date | Calendar Date |
|---|---|---|
| Deadline for Google to serve subpoenas on third parties already subpoenaed by Plaintiffs as of March 30, 2021 | April 13, 2021 | April 13, 2021 |
| Deadline for serving a subpoena on a third party already in receipt of a subpoena from another party after March 30, 2021 | 7 days following service of the subpoena on the third party by another party | TBD |

Dated: March 30, 2021

Amit P. Mehta
United States District Court Judge