IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,   )
                                    )
          Plaintiffs,               )
                                    )       CV No. 20-3010
       vs.                          )       Washington, D.C.
                                    )       March 30, 2021
GOOGLE LLC,                         )       11:00 a.m.
                                    )
          Defendant.                )
_____ )



TRANSCRIPT OF
STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For Plaintiff U.S.A.:        Kenneth Michael Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov


For Plaintiff
State of Colorado:           Jonathan Bruce Sallet
                             Diane Rebecca Hazel
                             COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
                             Antitrust Unit
                             Ralph L. Carr
                             Colorado Judicial Center
                             1300 Broadway
                             Suite 7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: jon.sallet@coag.gov
                             Email: diane.hazel@coag.gov

APPEARANCES CONTINUED:

For the Defendant:                    John E. Schmidtlein
                                      WILLIAMS & CONNOLLY LLP
                                      725 12th St., NW
                                      Washington, D.C. 20005
                                      (202) 434-5000
                                      Email: jschmidtlein@wc.com
                                      Email: cconnor@wc.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1                    P R O C E E D I N G S

2           COURTROOM DEPUTY:  Good morning, Your Honor.  This

3    is Civil Action 20-3010, the United States of America, et

4    al., versus Google LLC.

5           Kenneth Dintzer, Jonathan Sallet, and Diane Hazel

6    for the government.

7           John Schmidtlein for the defendant.

8           THE COURT:  All right, Counsel.  Good morning to

9    all of you.  It's nice to see your faces, as opposed to

10   being disembodied voices on the phone.  And I thought we'd

11   upgrade our technological efforts here.  This is, after all,

12   a case involving Google, so maybe I ought to get caught up

13   in terms of how we're using technology here.  So in any

14   event, it's nice to see all of you.  I hope everybody is

15   doing well and healthy.

16          So we're back for one of our regular status

17   reports -- status hearings, excuse me.  And I've had a

18   chance to review closely the parties' Joint Status Report

19   that was filed, I believe it was last Friday.

20          But before we sort of dive into the issues that

21   are outlined there, I guess we've been at this now for about

22   three months since the parties have come to agreement on the

23   parameters of the Case Management Order, and so I think

24   I wanted to just start this afternoon or this morning with

25   an assessment from counsel about where you all see things in

1    terms of the overall picture.  We're still a year out from

2    the end of fact discovery and the start of expert discovery,

3    but there's still a lot that needs to be done in terms of

4    document production and obviously the depositions that will

5    follow.  And so I'd be curious to hear your assessment of

6    where things stand, and, particularly, an assessment of

7    where things stand relative to our Case Management Order and

8    our expectation for a trial next fall.

9            So why don't we start with Mr. Dintzer and then

10   we'll turn to Mr. Sallet and then to Mr. Schmidtlein.

11           MR. DINTZER:  Thank you, Your Honor.  And we

12   appreciate the chance to update the Court.

13           So in our Joint Status Report, we've identified

14   three specific areas, but I understand the Court is asking

15   us to take a broader approach right this minute.

16           Broadly speaking, it's going slowly.  The

17   documents are not coming in quickly.  Working with Google

18   has not been as productive as we had hoped; on the other

19   hand, we have been working with the Colorado, Nebraska

20   states, we have found a way to work together to make sure

21   that we are trying to keep the burden as small as possible

22   on those who are receiving our subpoenas.

23           Just to give you -- just an example, Your Honor,

24   of something that's slowing us down is the fact that we've

25   sent out third-party document subpoenas to a variety of

1   third parties, and they've come back to us and said that

2   they'd like to wait until they get subpoenas from Google so

3   that they can only search once for things.  And Google has

4   told them and told us that they would be getting out

5   subpoenas that -- some have arrived and some haven't, but

6   that that is slowing things down on the third-party front.

7   So there are things that are not going as fast and

8   efficiently as we had hoped.

9          With respect to our request and what we've been

10  trying to do, we have some concerns about the breadth of

11  Google's production.  In our complaint, we have alleged

12  Google's monopoly maintenance covers ten years.  We pled

13  that in the complaint.  That was not challenged on a motion

14  to dismiss.

15         For example, there's a figure 6 in our complaint

16  that shows Google's market share from 2009 on.  And in

17  paragraph 93, we actually talk about Google's market share

18  from 2007.  And so we have -- this goes back to the

19  mid-2000s, and we have document requests dating back this

20  far to capture documents and to capture those actions dating

21  back that far to show the durability of Google's monopoly.

22         We have grave concerns about the fact that Google

23  has unilaterally decided what we and can't see as far as

24  date ranges, and we believe that that is -- that, if allowed

25  to stand, that that will undermine our ability to prepare

1    our case.

2          So we have some concerns about sort of lines that

3    they've drawn in the sand, both with respect to that and

4    with respect to -- and I can go into more detail with that,

5    but just for an overview, with respect to code words.

6          And we have an instance where -- with respect to

7    code words, Your Honor, within Google, they have code words

8    for projects --

9          THE COURT:  Mr. Dintzer, I'm going to interrupt

10   you --

11         MR. DINTZER:  Yes.

12         THE COURT:  -- because I don't want us to

13   necessarily veer into -- I didn't want to use this opening

14   issue or opening topic to veer into some of the details

15   about the --

16         MR. DINTZER:  Okay.

17         THE COURT:  -- issues that the government has

18   raised in the Joint Status Report.

19         So obviously I want to hear you about that, but I

20   don't want to veer into those details just yet.

21         MR. DINTZER:  So if I could back up, then,

22   Your Honor, maybe, and just hit a couple more things.

23         So the Court has indicated that we can have

24   20 custodians and 20 search strings, which we are putting

25   together and we hope to get to Google by the end of next

1    week.

2              And other than that, you know, we are

3    communicating with Google regularly, so that's a plus.  But

4    we do find ourselves at loggerheads on some of these prime

5    issues to keep things moving along with respect to

6    documents.

7              THE COURT:  Okay.

8              Maybe it's early for you to make this assessment,

9    but can you make a prediction at this point by when you

10   think the government will be in a position to start noticing

11   depositions?

12             MR. DINTZER:  I have written in pencil on my

13   calendar "October 1st."  So to be able to do that --

14   because, I mean, Your Honor, the Court has given us

15   60 depositions and we want to make sure we make -- and then

16   20 more for the Colorado and Nebraska Plaintiffs, we want to

17   make sure that the plaintiffs use these and use them

18   efficiently.  And to use them efficiently, we need to get

19   through the documents.  So we need to get them in hand and

20   then we need to read them.

21             So the hope is that we can start that in early

22   October, but that really depends on getting the documents in

23   hand and getting through them.

24             THE COURT:  Okay.  That's actually later than

25   I thought you were going to say, just because, I mean, that

1   suggests that you're contemplating -- at least the

2   plaintiffs are contemplating -- 60 depositions -- excuse me,

3   80 depositions in six months, which is a pretty --

4          MR. DINTZER:  It is.

5          THE COURT:  And that doesn't even include Google's

6   noticed depositions.

7          MR. DINTZER:  Yes, Your Honor.

8          At the same time, reading through all of Google's

9   documents and the third-party documents, which we have

10  started getting in, which we are reading as they come in,

11  but getting through all of them and putting together

12  depositions that will hit the points, that will take some

13  time.

14         And as the time runs on Google's production, the

15  farther -- the longer it takes us to get it in place and

16  obviously to get through it -- ideally in a perfect world,

17  we would start some of the sort of introductory and sort of

18  unique sort of cabined-off depositions in August and

19  September.

20         But we would have to get their documents in and

21  we'd have to get -- feel like we're comfortable that we have

22  a complete set of them, because the alternative is, if we

23  get sort of an incomplete set with the documents, then what

24  we end up doing is that we have to revisit -- I'll give you

25  an example.  Like, say, you know, Joe Smith is someone that

1   is of interest.  We get an incomplete set of Joe Smith and

2   we get through -- Google finishes this first production, and

3   we realize that there's another place either time-wise or

4   subject-wise for Joe Smith, we have to get those documents

5   in for Joe Smith before we can notice Joe Smith's

6   deposition.  So getting the documents and getting them read

7   as efficiently as possible without a second -- without

8   needing to go back to the well is important on this.

9          THE COURT:  And just to confirm, since my order of

10  last week, you've received at least one production from

11  Google of just north of 100,000 documents, and then I think

12  there was a second production that Google said it was going

13  to make today of 150,000; is that right?

14         MR. DINTZER:  The exact dates, I don't think

15  that's exactly right.  But effectively in the last -- we

16  have received -- I can get the exact number, because I've

17  got it here.

18         Let's see.  They produced 3,000 documents on

19  March 23rd, before March 23rd.  And then on March 18th, we

20  got 105,000 documents.  And on March 23rd, Google found

21  another 150,000 to produce to us after the Court's order.

22  So those are the three productions that we've received.

23         And they were troubling to us.  Among other

24  things, the fact that it required the Court's order for

25  Google -- I mean, they had accumulated 150,000 documents

1   without turning them over to us until the Court told them

2   to.  So I mean, there should be a rolling production.  When

3   they got 50,000, 100,000 documents, those should be coming

4   to us so that they're not sitting on them.  But that is

5   right.

6         I can talk about what we would like to see as far

7   as a production schedule if the Court would like to hear

8   that.

9         THE COURT:  No, let's off hold on that.  Let's

10  sort of talk about that toward the end, because I do want to

11  sort of talk about that, it's on my list of things today to

12  discuss here.

13        All right.  Let me turn to Mr. Sallet and hear

14  your thoughts and observations and where you think things

15  stand in the overall scheme of our schedule.

16        MR. SALLET:  Thank you, Your Honor.

17        Just to put this in context, to state the obvious,

18  we have in both complaints allegations of continuing harm to

19  competition and prayers for relief that reflect that.

20        So from our perspective, holding to the schedule

21  is extremely important, because that's the quickest way to

22  be able to get a resolution that, if we and the DOJ are

23  successful, would cease that continuing harm.  To that end,

24  we're doing what we can to keep the schedule going.

25        As Mr. Dintzler has said and is true, we're

1    working very closely with the Department of Justice to

2    eliminate any duplication.  And we're working with the

3    Department of Justice to move forward on future discovery.

4    For example, the 80 depositions that you've given jointly to

5    us and the Department of Justice.

6           That said, I'd like to just note a couple of

7    specific -- and I will say, Your Honor, your involvement in

8    providing us with guidance, even within the parameters

9    between the times of the status hearings, has been very

10   helpful, because there's a lot to be sorted through here.

11   So let me touch on just a couple of areas.

12          As our Joint Status Report with Google

13   indicates -- and this was a shared report -- we are moving

14   towards the discussion, a meet-and-confer that will be

15   scheduled for next week, on the broader issues that arise

16   out of our complaint.  As Your Honor knows, we have a

17   separate request for production.

18          As predicted in the Joint Status Report, Google

19   did supply us with search terms yesterday on schedule, and

20   so we are going to work through those.  And we have jointly

21   said in the Status Report that we will be beginning

22   discussions next week.  I would think, Your Honor, that by

23   the time of the next status conference, which, I believe, is

24   April 30th, we will have a better sense of the progress that

25   we're able to make.

1          A separate issue does arise on the question of

2    third parties.  As Your Honor knows, the Department of

3    Justice began by issuing 40 third-party subpoenas.  We

4    issued subpoenas to all of those parties as of March 1st,

5    and we are going to continue to issue subpoenas.

6          It would be very helpful if all of the parties

7    that intended to subpoena a third party did so in the

8    schedule that would ease the burden on third parties.

9    I know everyone is working hard on this, but we are running

10   into a situation where some third parties have raised the

11   question of compliance with the DOJ or our subpoenas

12   awaiting a Google subpoena.

13         So to the extent that the parties can work

14   together to make sure that if subpoenas are going to be

15   issued, they are, in fact, issued as promptly as possible to

16   third parties, that will expedite the third-party discovery

17   process, which is a very important part of this case.

18              THE COURT:  And so, Mr. Sallet --

19              MR. SALLET:  Of course -- sorry.

20              THE COURT:  -- let me ask you to put some greater

21   detail on that, if you would.

22         If you had your druthers, what would that look

23   like?  What would a deadline or a schedule look like for the

24   parties to issue third-party subpoenas, with an

25   understanding that there may be some instances where, once

1    you're in the case, a third-party subpoena occurs to a party

2    that might not have at the outset.  So what do you think is

3    the reasonable --

4              MR. SALLET:  Of course.

5              THE COURT:  -- deadline or schedule?

6              MR. SALLET:  Your Honor, I think what's most

7    important here is a circumstance where one party subpoenas a

8    third party, and the third party is awaiting to know whether

9    other parties are going to subpoena that; in other words,

10   I don't think it's a deadline for the initial filing of a

11   subpoena to a third party that's not yet been noticed.  It's

12   the situation that arises when one of us subpoenas a party

13   and the party wants to know when the full three will arrive.

14             THE COURT:  So you're envisioning something like,

15   you know, if a subpoena is issued to a third party, all

16   other parties have seven days or ten days within which --

17   after that initial service of a subpoena in which to serve

18   that third party?

19             MR. SALLET:  If they wish to serve the subpoena.

20   Yes, Your Honor, that --

21             THE COURT:  Okay.

22             MR. SALLET:  -- absolutely captures the notion

23   that I'm expressing.

24             THE COURT:  Yeah.  Okay.

25             MR. SALLET:  And then if I could note one last

1    issue that you asked about:  Of course, depositions, the 80

2    we share with DOJ, of course, there's a contingency based on

3    discovery.  But we share the aspiration of the Department of

4    Justice to begin depositions, let's say, before the fall

5    equinox, while summer is still here.

6              Because we recognize that with the depositions and

7    the number and the scheduling issues and roughly six months

8    from the beginning of October to the end of fact discovery,

9    there would be a lot that would have to be done.  So that --

10   we will be working hard to try to meet the kind of timeline

11   that Mr. Dintzer noted, August, September, so we can get

12   moving as promptly as possible.

13             And then maybe particular kinds of depositions, I

14   don't want to speculate yet which kind, but there may be

15   some that are more amenable to going earlier than others,

16   and we would move those to the front of the line for

17   purposes of timing.

18             THE COURT:  Okay.

19             All right.  Thank you, Mr. Sallet.  That's very

20   helpful.

21             All right.  Let me turn to Mr. Schmidtlein and

22   we'll hear from you and then we'll get into the specifics of

23   the discovery issues that are raised in the Joint Status

24   Report.

25             MR. SCHMIDTLEIN:  Thank you, Your Honor.

1          I guess just a couple of observations on some of

2     the issues that I heard Mr. Dintzer and Mr. Sallet raise:

3          In terms of Google's document production to date,

4     we have produced approximately 250,000 documents, which is

5     the equivalent or translates into about 1.4 million pages of

6     documents that have been produced to date.

7          We have made productions -- a substantial volume

8     of those productions in the last several weeks, because

9     I think as I told you at the last status conference, there

10    is a great deal of work that has to go on in the front end

11    in terms of gathering, processing, and being able to put in

12    place the ability to push those documents out.  So we have

13    not been sitting on documents.

14         And we have made productions -- the two

15    substantial productions we've made were on March 19th, and,

16    I believe, March 28th.  It doesn't make a whole lot of sense

17    to push documents out every two or three days.  We do them,

18    you know, in sort of reasonable chunks, because it disrupts

19    the process to have to push out big chunks of documents.

20         We have pushed out another large collection of

21    documents to our vendor this week that we think will result

22    in approximately 200,000 more documents being produced

23    probably next Monday or Tuesday.  Again, this is now out of

24    our hands.  These are documents that have been reviewed and

25    have been sent to our vendor for the final processing so

 1    that they can be produced to the plaintiffs.

 2             So that we anticipate that by April 5th or

 3    April 6th, we're looking at about 450,000 documents.

 4    I can't give you a page count, because I don't know what the

 5    pages of this last chunk are, but it's going to be north

 6    of -- it's almost certainly going to be north of 2 million

 7    pages of documents.

 8             So we are doing our level best to review.  And as

 9    Your Honor knows, what's a little bit unusual about this

10    situation, at least in my experience is, we are doing this

11    while we are continuing to exchange proposals and battle

12    over what the entire contour of discovery is going to be.

13    So we are literally juggling with sort of both hands here to

14    try to accomplish and push out the documents as quickly as

15    we can.

16             THE COURT:  So let me ask you, Mr. Schmidtlein:

17    I think about this in terms of -- it's a little like the

18    pace of vaccinations.  There's a little bit of a ramp-up

19    period, and then ultimately you can hit max capacity.

20             So where do you think Google is in that ramp-up?

21    I mean, do we think -- if you're in a position -- are you in

22    a position to produce 200,000 records a week?  I mean, what

23    does a full-blown, full-bore production look like?

24             MR. SCHMIDTLEIN:  So, Your Honor, what we have

25    also tried to do is, using some of the technology-assisted

1    methodologies, we have tried to use those to push to the

2    front of the line the documents that are most likely to be

3    responsive so that we are pushing out and gathering those

4    quickly.

5           That makes it a little bit difficult to predict

6    sort of like what the chunks will look like as we get

7    further back in the queue of documents that are less likely

8    to be responsive, if that makes sense to Your Honor,

9    because --

10          THE COURT:  Yes.

11          MR. SCHMIDTLEIN:  -- we are looking at these and

12   we're being engaged against the responsiveness to the

13   document requests.

14          But I expect, and we fully, at this point,

15   continue to believe that the initial proposal that we

16   made -- and this was sort of the 76 custodians and the --

17   you know, all the search strings that we had agreed to,

18   I believe we had committed to an estimated -- we would be

19   done with that production by the end of May.

20          And then as Your Honor remembers from the last --

21   some of the last submissions, we agreed to 20 additional

22   custodians that I think brought us somewhere in the

23   neighborhood of 93, 94, 95, somewhere in the mid 90s of

24   custodians.  And we estimated that we will be done with all

25   of them, again, using the parameters of what we've agreed

 1    to, by the end of June.

 2              Candidly, Your Honor, I was very surprised to hear

 3    Mr. Dintzer say that, you know, Your Honor ordered or gave

 4    them leave to give us 20 more custodians and 20 more search

 5    strings last Tuesday, a week ago, March 23rd.  And I believe

 6    he said today that they're not going to get us those 20

 7    custodians and those additional search strings until the end

 8    of next week.  That's almost three weeks after Your Honor

 9    allowed them to provide those to us.  So we're a little

10    surprised that --

11              THE COURT:  Maybe I misheard.

12              I thought Mr. Dintzer said "this week."

13              Mr. Dintzer, did Mr. Schmidtlein hear you

14    correctly or did I hear you correctly?

15              You're on mute.

16              MR. SCHMIDTLEIN:  If I misheard, I apologize.

17    I thought he said, "at the end of next week."

18              MR. DINTZER:  This week.  We will have those to

19    Google by the end of this week, Your Honor.

20              THE COURT:  All right.

21              MR. DINTZER:  If I said the opposite, I misspoke.

22    But the Court understood what I was saying, because it is

23    this week.

24              THE COURT:  Okay.

25              MR. SCHMIDTLEIN:  We can evaluate, you know, what

1   is that's going to mean to -- what that's going to mean to

2   the total volume of our production.

3         But to your original point, Your Honor, you are

4   correct that we are sort of -- we are much more fully ramped

5   up, and we're going to be able to make, I think, fairly

6   regular, sizable productions now that we have that material

7   kind of in the pipeline.

8         But we do need to kind of reach agreement on what

9   the additional material that has to go through that pipeline

10  looks like.  And, you know, candidly, we don't think the

11  proposals that the plaintiffs have been making are going to

12  accomplish that.  They are -- and we'll get into this later

13  today.  We think they are moving backwards and trying to

14  sort of re-litigate issues that could have been raised in

15  the many, many weeks that we have been at this process with

16  them and with Your Honor.

17        The last point I'll just make very quickly has to

18  do with the third parties:  Your Honor will remember that

19  I was harping and harping very early on in this case about

20  getting access to all of the third-party productions that

21  the plaintiffs had access to during the investigation.

22        One of the reasons why we wanted that access as

23  early as we could get it was so that we could get on a level

24  playing field, we could get -- you know, we could understand

25  the contours of what had been produced, what hadn't been

1   produced, and so we would have the benefit of some of that

2   as we were shaping our subpoenas.

3           The plaintiffs had the benefit all that material

4   as they decided how they wanted to issue additional

5   subpoenas to these very same parties.  Most of these -- a

6   lot of these parties have already been subpoenaed during the

7   investigation and some produced documents.  So those

8   materials, as Your Honor knows, were not produced to us

9   until January, February, and in some cases, into March.

10          So we have issued, I think, 28, somewhere between

11  25 and 30 of these third-party subpoenas.  We are surely not

12  looking to delay doing that, but we are also trying to take

13  into consideration and digest some of the materials that

14  have been produced to us so that we're not operating or

15  shooting completely in the dark with respect to those

16  subpoenas.  So we are getting those out, and I expect that

17  we will be getting additional subpoenas out in the coming

18  weeks.

19          THE COURT:  So before we turn to the issues that

20  are in the Joint Status Report, let me see if I can get a

21  little bit more concrete on this third-party subpoena issue.

22          The first question is:  How many third parties are

23  we talking about that have received subpoenas from the

24  plaintiffs but are waiting on Google to see whether Google

25  will issue a third-party subpoena to that target?  I mean,

1  are we talking about dozens?  Are we talking about 10?  5?

2          MR. SCHMIDTLEIN:  I think we're talking closer to

3  10, Your Honor, somewhere in the 10 to 12 range or, I think,

4  is the delta between subpoenas to third parties by the

5  Department of Justice and/or the states and subpoenas that

6  we issued.  I think it's in the, roughly, a dozen.

7          THE COURT:  And, Mr. Schmidtlein, I mean, give me

8  a realistic date by which -- with respect to those 10 to 12,

9  you think you will have a decision -- not just a decision

10  but an actual subpoena to issue, if you decide to issue a

11  subpoena to that third party?

12          MR. SCHMIDTLEIN:  Certainly -- there are subpoenas

13  that are going out this week.

14          But as to, I would think, that universe, all of

15  them:  Certainly, no more than two weeks.  And I know that

16  there are subpoenas being finalized and going through the

17  process check that will go out this week and next week.

18          THE COURT:  All right.  That's helpful.

19          MR. DINTZER:  Could we be heard on that, Your

20  Honor, on that subject?

21          THE COURT:  Sure, Mr.Dintzer.  I mean, I just

22  wanted to get a few data points, but if you want to add

23  something, go ahead.

24          MR. DINTZER:  Sure.

25          So just briefly, we sent out -- just as an

1   example, we sent out a subpoena to Apple on February 1st.

2   Google sent one out on March 12th.  And so they took -- and

3   they sent a me-too subpoena.  So all they did was say, give

4   us the same thing you're giving the government.

5          And so while we've only got a dozen left, just to

6   put it in context, we have had third parties waiting for

7   subpoenas and ultimately getting -- basically, give us the

8   same thing you've given the government.  And, of course, you

9   know, Google has had our materials actually since January.

10  And so just to fill out the rest of the picture on that,

11  Your Honor.

12         THE COURT:  All right.  This is helpful as a way

13  of sort of framing what we need to do next, and that is sort

14  of tackle these issues that have been raised in the parties'

15  Joint Status Report.

16         Let me just preface the discussion we're about to

17  have with the following:  The first is that, it is my

18  primary objective here to get the parties to the finish line

19  in the time that they have indicated and that I've now

20  ordered.

21         And so the parties should be proceeding in the

22  coming months on the assumption that there won't be any

23  extensions granted here and that we will be directing this

24  all toward a trial to happen next fall.  And so what that

25  means is that all the work we do now, and have to do now, is

1   critically important to ensure that we stay on track moving

2   forward.

3            You know, Mr. Dintzer, I'm not -- you know,

4   I don't know whether you take issue with the way Google has

5   characterized the raising of some of these issues or at

6   least the first two issues and the timing of these,

7   particularly with respect to the date ranges and the code

8   words, but I will say, you know, it sure as heck would have

9   helped to sort of had this teed up sooner rather than later.

10           I mean, I will tell you my concern now is:  What

11  does this mean for the scope of the universe of potentially

12  responsive documents and production?  You know, we had been

13  dealing with numbers in the tens of millions with respect to

14  the last dispute that was put before me, I sort of relied on

15  those numbers in thinking through how I would try and

16  resolve this.  And it won't come as a surprise to both sides

17  that I'm trying to accommodate both sides here on some of

18  these issues in a more global way, rather than getting down

19  into the weeds.

20           My concern here, particularly when it comes to

21  these date extensions, is:  You know, what does this mean?

22  I mean, are we talking now about if we were to run -- if we

23  Google were to run these searches that are being requested

24  across the broader date parameters that, until now, have not

25  been sort of brought to my attention, you know, are we

 1   talking about another million documents, or are we talking

 2   about another 8 to 10 million documents?

 3           And given some of the breadth of what is -- you

 4   know, some of the breadth of these searches, for example,

 5   with respect to markets, you know, it's a pretty broad and

 6   important topic.  And if we dial it back from 2014 to 2005

 7   or even 2010, you know, the amount of material here could

 8   grow exponentially.  And as a consequence of that, it's

 9   going to delay where we all want to be and need to be by the

10   late summer, early fall, if it does grow exponentially.  And

11   so that is my concern here about where we find ourselves

12   today, and I want to try and work through this in a way that

13   makes the most sense.

14           But, you know, to be perfectly candid with

15   everybody, you know, a judge is not in a terribly good

16   position to drill down, for example, on each of the numbers

17   that are presented in Exhibit 1 and say, you know, what's

18   relevant in terms of timing and what's unduly burdensome in

19   terms of timing.  You know, that would ordinarily be the

20   role of a magistrate or a Special Master, but, you know,

21   I haven't gone that route in part because of timing.  I

22   don't want to spend the time having a Special Master look at

23   this and spend weeks and weeks poring over these details, to

24   then have it presented to me potentially for ultimate

25   resolution.  My hope was that the parties would be able

1      to -- it looks like we may have lost Mr. Dintzer.  Did we

2      lose him, JC?  I'm sorry, we lost Mr. Schmidtlein.

3                  MR. DINTZER:  I'm here, Your Honor.

4                  THE COURT:  I'm sorry?

5                  MR. DINTZER:  I'm here.

6                  COURTROOM DEPUTY:  Your Honor, I believe we lost

7      Mr. Schmidtlein.

8                  THE COURT:  Mr. Schmidtlein, right.  That's what I

9      meant.

10                 COURTROOM DEPUTY:  I will email him.

11                 THE COURT:  His feed was a little wonky, so maybe

12     his WiFi went south on us just as I was getting going.

13                 (Pause)

14                 THE COURT:  Any word from Mr. Schmidtlein?

15                 You're on mute, JC.

16                 Maybe we should go back to the telephone.

17                 (Pause)

18                 MR. SCHMIDTLEIN:  I apologize, Your Honor.  I had

19     Internet issues there.

20                 THE COURT:  Not a problem.  Happens all the time.

21                 Okay.  So I don't remember exactly where I was in

22     my little soliloquy here in terms of my concerns.

23                 Look, the bottom line is that these issues about

24     search, parameters of search, document volume, in whatever

25     permutation they may take, we really need to place a premium

1    on getting those issues resolved now.  And these sort of --

2    you know, these big disputes that are still cropping up is

3    only going to delay what our overall objective is here, and

4    so that's my concern.  But let's talk about the three issues

5    that have been teed up here.

6            I guess the question to the parties is as follows.

7    As I was saying -- let me just make the following two

8    points:  One is that, to the extent that the government is

9    asserting that some of these searches are time delimited in

10   a way that is not consistent with the allegations in the

11   complaint --

12           COURTROOM DEPUTY:  Your Honor, sorry to interrupt.

13   I believe we lost Mr. Schmidtlein again.  Oh, he's

14   reconnected.

15           Mr. Schmidtlein, I'm also sending you the dial-in

16   info, but we have you back now.

17           THE COURT:  All right.  Mr. Schmidtlein, can you

18   hear us?

19           MR. SCHMIDTLEIN:  (Nodding head.)

20           THE COURT:  Okay.

21           The observation I was attempting to make was that:

22   To the extent that particular searches are delimited in

23   ways, from a timing standpoint, that are not consistent with

24   the complaint and the government's allegations, the

25   government is entitled to prove its case consistent with the

1    allegations it's made in the complaint.  And so if the

2    monopoly is alleged to have dated back to 2010, then I think

3    there is certainly an argument to be made that there's a

4    relevance to documents or certain groups of documents back

5    to 2010.

6              That said, you know, taking a document search back

7    from 2015 or 2014 to 2010 or earlier, the question of burden

8    and what additional burden that's going to place on Google

9    is one that I'm really in no position right now to assess.

10             I can speculate to about what it will mean to open

11   up a document request and take it back five or ten years.

12   But given that, for example, I have no hit report that would

13   say, for example, this search string will produce an

14   additional 250,000 documents if we go back five years, or

15   this search string, if we go back ten years, will produce a

16   million documents, it's hard for me to assess whether the

17   probative value of what the government is seeking and

18   balance that against the burden it's going to cause Google,

19   and, as importantly, what it's going to mean for production

20   timeline and for the timeline of this case.  So I'm a little

21   bit in the dark in a sense, but, you know, those two factors

22   are really the guiding -- are guiding my thinking in terms

23   of how we handle this issue.

24             And so given that Google, in a sense, at least

25   according to their narrative, this was not really brought to

```
 1    their attention, certainly not in the detail that it seems

 2    to be in the Joint Status Report, you know, whether the

 3    parties need to make some further efforts here to try and

 4    reach agreement here before I can really provide an

 5    intelligent assessment of whether some of these requests are

 6    too broad, too burdensome, or spot on.

 7              So let me start with Mr. Dintzer and Mr. Sallet.

 8    Then, Mr. Schmidtlein, I'll get your reaction to all of

 9    this.

10              MR. DINTZER:  Thank you, Your Honor.

11              The first thing I want to do is I want to

12    emphasize this is not an ancillary issue.  This is a

13    monopoly case with nationwide and historic ramifications.

14    And we asked for those documents.  We need these documents.

15    These documents go back --

16              THE COURT:  Mr. Dintzer, I don't think it is an

17    ancillary issue --

18              MR. DINTZER:  Okay.

19              THE COURT:  -- and that's why I'm --

20              MR. DINTZER:  We appreciate that.

21              THE COURT:  -- surprised it's taken so long to get

22    this teed up.

23              MR. DINTZER:  Only, Your Honor, because there

24    were -- I mean, quite honestly, we were -- I mean, two

25    things:  One, it didn't take as long as Google suggests.
```

1    But, second, I mean, we were focused on trying to negotiate

2    search strings.  And quite honestly, I mean, there's so many

3    variables at issue.

4            But we never agreed to the date limitations that

5    they suggested.  In 3/16, March 16th, and they acknowledge

6    this, we sent them a letter that made this point.  And in

7    our March 18th filing to the Court, we wrote, "Google has

8    severely limited the scope of the search protocol by

9    imposing unilateral date restrictions."  So we've never

10   conceded this issue.  I mean, we've tried to do this in a

11   way that we can methodically go through these.  So, I mean,

12   we understand and we respect, Your Honor, the concerns

13   Your Honor has about burden and time, we do.

14           And the thing I can say is this:  One, there's

15   only one party that knows the burden, and it was part of

16   their duty when objecting and cutting back what was clearly

17   labeled in our document request, it was their burden to tell

18   us, to tell the Court so that you wouldn't be flying blind,

19   what their burden is.  And what they chose is, they chose to

20   put in the date limitation and not to provide any

21   information at all.  So, Your Honor, to the extent that

22   there's a dearth of information, it's because -- I mean --

23   and the rules are very clear.  They can't just say, we're

24   not going to do something without defining the burden.

25           That said, we also believe that these documents

1    are important.  And given the nature of the case law,

2    especially regarding antitrust cases, that unless this is

3    some outrageously large number, that this is something that

4    Google should be expected to manage.  And that -- so we're

5    willing to see the numbers, they should have them soon, they

6    should run these against these dates that we've asked for,

7    because those were the dates.

8         And I would say this, Your Honor:  If they come

9    back, if Mr. Schmidtlein comes back and says, we don't know

10   those numbers, then that's really troubling, because before

11   they objected and said, we're not going to produce those,

12   they should have known those numbers.  In fact, that's the

13   basis of a burden objection is saying, we've done this, and,

14   wow, it's big.  So he should have them sitting right in

15   front of him.  So if he doesn't, that's a problem in and of

16   itself that they raise the burden objection without having

17   done their homework.  The second -- they never gave those

18   hit reports to us.  So if they had a concern about it, they

19   should have provided those hit reports to us.

20        With respect to time, we want to go as fast as the

21   Court for all the reasons that Mr. Sallet said.  But it's

22   even more important that we do this right and that we do

23   this fairly for the American people, for all the states, we

24   get these documents so that we have the chance to look

25   through them and to make the case that we're entitled to

 1    make against Google.

 2            And so we will go fast.  You have our commitment

 3    to stay up late and read these things and to move things

 4    along.  Absolutely.  And we've been staying up late just to

 5    get the JSRs done.  So we will absolutely do these things,

 6    Your Honor.

 7            But as the Court recognizes, we asked for these.

 8    And we've pled a case that requires these.  And so we're

 9    entitled to these, barring a showing of relevance, which

10    Google hasn't suggested, because it's in our complaint, and

11    burden, which they should be able to substantiate

12    immediately.  Thank you, Your Honor.

13            THE COURT:  Mr. Sallet, did you want to add

14    anything before I turn to Mr. Schmidtlein?

15            MR. SALLET:  Just briefly, Your Honor.

16            Of course, one understands the circumstances that

17    you described the Court is in, having to go through these

18    issues.

19            One principle that's applied in law and, indeed,

20    in antitrust law is, the -- it's most efficient for the

21    party with information to be responsible for the production

22    of that information.  Very straightforward.

23            So, for example, the Department of Justice's

24    submission, and Your Honor referred to Exhibit 1, tells the

25    story of relevance.  And whatever is the case law on this,

1    that's, I think, reasonable, since, after all, it is the

2    Department of Justice, and on our side, our plaintiffs, who

3    have, perhaps, a keen understanding of why the requests were

4    made and how they link the theories in the complaint.

5            But, of course, it is the defendant that has the

6    most information, the best information as to burden.  And

7    there's a reason why the case law calls upon defendants in

8    this circumstance to give specified burden, not as some kind

9    of arcane pleading requirement but because it is in the best

10   position to move forward.

11           And with that explanation of relevance from the

12   plaintiffs and a specification of burden from the defendant,

13   one would think that the parties in the first instance and

14   Your Honor, if necessary, would be placed in the most

15   informed position to be able to move forward and work these

16   issues out.

17           One other comment just repeating what Mr. Dintzer

18   said but quickly:  I don't think anybody's arguing that

19   every request needs to go back into the first decade of this

20   century, but it is important to note that the very genesis

21   of the agreements, the relationships that DOJ pleads and

22   that we incorporate and plead separately go back to these

23   dates:  Significant events in 2002, 2005, 2007, the years

24   2006, 2009 that the DOJ has detailed.

25           It is very important in a monopoly made in this

 1    case that one understands the genesis of agreements, because

 2    that may be the time at which the parties to an agreement

 3    explain why they are doing it, after which the agreement is

 4    just carried forward.

 5            Amendments that follow a decade later may not tell

 6    us what the early information would as to the reasons why a

 7    defendant -- the defendant in this case wanted agreements in

 8    place.  So focusing on those, supplying relevance from the

 9    plaintiffs and burden from the defendant would be, I think,

10    the best way to move forward together to try to resolve

11    these issues or to create a record for Your Honor.

12            THE COURT:  Mr. Dintzer, can I just ask you, as a

13    point of reference:  What were the parameters of the

14    investigation when it came to timing?  You know, it may be

15    that it depends on what the search request was, but can you

16    just give me a general sense of what the investigation --

17    you know, the investigatory phase involved in terms of time

18    period for search?

19            MR. DINTZER:  During the investigation?

20            THE COURT:  Yes.

21            MR. DINTZER:  I don't know off the top of my head,

22    but I'm going to get a text from somebody in about two

23    seconds that's going to answer that question, I hope.

24            MR. SCHMIDTLEIN:  Both of the requests in the CID

25    were dated going back to 2014.

1          MR. DINTZER:  Okay.

2          THE COURT:  Okay.  That's helpful.

3          All right.  Mr. Schmidtlein, why don't we turn to

4  you next.

5          And look, I'm sympathetic, based on the narrative

6  that you've put forward, that much of this is -- or at least

7  some of this is new, arguably, later than anybody -- later

8  than we might have hoped, but it is, in my estimation, an

9  important issue and certainly a valid one to raise, because,

10  at the end of the day, it does sort of go directly toward

11  the government's burden of proof here and its ability to

12  obtain evidence to support the scope of its claims.

13          So give me your thoughts on what progress you

14  think Google is prepared to make on this front, having now

15  had the opportunity to look more closely at what the

16  government has put forward.

17          MR. SCHMIDTLEIN:  Thank you, Your Honor.

18          I think what's lost in a lot of this is the fact

19  that Google has agreed to go back and do very, very broad

20  searches for lots of these requests, going back to 2010,

21  going back to dates pre 2010.

22          When we made our objections, and we served those

23  in early February, I believe February 10, the second RFPs,

24  we gave a lot of thought to what were the reasonable time

25  periods given, the allegations in the complaint, given the

1    relevancy and given sort of how things have progressed, we

2    certainly read all the time about how technology changes

3    very quickly.

4         You know, going back ten years in an antitrust

5    case is a long time to begin with, and we've gone back

6    ten-years-plus for a lot of these requests.  Going back 15

7    to 20 years, in my judgment, that's sort of unprecedented.

8    But we tried to make some very thoughtful judgments based on

9    what we knew about how our product developed, how the

10   conduct in the case evolved.

11        We made those objections on February 10th.  I'm a

12   little bit mystified by Mr. Dintzer saying, as of February

13   10th, we should have run hit reports, and been able to,

14   in 30 days, document sort of all these different pieces

15   around how much was the incremental burden.

16        I don't think -- as Your Honor, I think, correctly

17   observed, you don't need to run hit reports to know that if

18   you start expanding broad document requests by five, six,

19   seven years, it's going to be burdensome, it's going to pull

20   in a lot more information, and it's going to be timely and

21   costly.  We knew that straightaway; we didn't need to run

22   hit reports to give you a specific number.

23        We made our objections, we met and conferred with

24   them.  We said, if you don't like the time period we're

25   proposing, come back and explain to us why you think they're

1   not valid, come back and justify for us why we need to go

2   back in these additional periods, because, again, we agreed

3   to a lot of their time periods.  There were 77 requests.

4   If you look at their -- the submission here, they identify a

5   very small number of RFPs that they're complaining about.

6   They're very broad, but they're very small in number.

7            So we tried to meet them and tried to sort of get

8   to the bottom of what were the issues.  They refused to

9   engage with us.  They didn't want to do that.  They wanted

10  to do all these other things in the weeks and weeks that

11  went by.  And as you know, we made our submissions to you

12  previously.  And Mr. Dintzer says, oh, we mentioned in

13  passing this time-period thing, but they never raised it

14  with you.  So no, we haven't gone back and done all of this,

15  because we've been doing 100 other things to meet all of

16  their other requests.

17            THE COURT:  Right.

18            So, Mr. Schmidtlein, if I can interrupt you.

19  Look, I want to reiterate that I am sympathetic to what you

20  say.  And I have not heard Mr. Dintzer push back very much

21  on the narrative timeline, as you've explained it and put it

22  in the Joint Status Report.

23            But the reality is that --

24            MR. SCHMIDTLEIN:  Your Honor, may I raise one

25  other point that I meant to -- I wanted to emphasize?

1          THE COURT:  Sure.

2          MR. SCHMIDTLEIN:  To this earlier time period,

3     part of our thinking, and certainly part of our

4     proportionality objection to some of these broad topics,

5     was, in 2010, 2011, and 2012 and then, I guess, concluding

6     in 2013, the Federal Trade Commission investigated these

7     same subject matters, and we made voluminous productions to

8     the Federal Trade Commission in 2011 and 2012, in that time

9     period, during that investigation.

10         We reproduced -- and as you might imagine, that

11    touches on a lot of the same subjects that went back earlier

12    in time prior to them that the FTC was looking at.  We

13    reproduced all of those documents, hundreds and hundreds of

14    thousands of documents to the DOJ as part of its

15    investigation here.

16         So, you know, from our perspective, part of our

17    thinking was, you all are almost, like, going back and

18    reinvestigating and asking us to reinvent the wheel from the

19    FTC's investigation which resulted in huge productions, and

20    we've already produced those to you.  So the incremental

21    "why do we need to go back" was really a combination of all

22    of these things, from our perspective.

23         THE COURT:  I was not aware of that, and that's

24    actually helpful to know.

25         Mr. Dintzer, it looks like you want to say

1   something, but you're on mute.

2          MR. DINTZER:  Could I just respond?  Because

3   Mr. Schmidtlein is actually inconsistent with Google's own

4   filing.

5          So Google, in the JSR that they filed, this is

6   what they wrote:  "Plaintiffs offer to compromise for

7   certain requests seeking information back" -- and this on

8   page 25 -- "information back to 2002 by offering to agree to

9   begin with 2005, but only if Google would exchange" --

10  I'm sorry, I lost the page -- okay.  I'm sorry.  It was

11  page 24:  "Google offered to discuss date ranges."  This is

12  at the very first meet-and-confer.  This is what they write:

13  "Google offered to discuss date ranges request by request.

14  The plaintiffs declined to do so.  Plaintiffs, instead,

15  asked that Google provide comparative volume amounts for the

16  objected-to time periods.  Google declined to do so."  This

17  is what they're saying.

18         Okay.  So we asked:  "Tell us why this is

19  burdensome."  And they said:  "No."

20         THE COURT:  All right.

21         Well, look, I want to try and move past this,

22  because we can spend lot of time trying to characterize the

23  last eight weeks and it really won't get us very far.

24         Look, what I need to know and what I -- and not

25  even so much need to know but what I think needs to happen

1    is:  You all need to try to resolve this amongst yourselves;

2    and if you can't do it quickly, I will have to make the

3    calls as necessary.

4         But what is -- in an ideal world, this would have

5    been teed up sooner.  In an ideal world, we would know what

6    the actual burden is by expanding the dates and be able to

7    talk about that intelligently.  But, you know, we are where

8    we are today, and we don't have the full picture, at least

9    in terms of what -- in terms of the number of documents this

10   is going to generate.

11        I suspect, I'm a betting man, this is going to

12   expand the number of records and hits dramatically, okay,

13   and not just by a million here or there.  I would be

14   surprised if some of these do not generate hit reports in

15   the millions range themselves.

16        I mean, these are really broad topics; and if

17   you're reaching back to 2002, for example, on issues

18   concerning market, you know, Google search distribution and

19   strategic relationships with partners back in 2002, I mean,

20   an additional eight years of records could be stratospheric.

21        So I think both -- the government, to the extent

22   it is looking for information that dates back earlier, being

23   precise here would be really helpful.  And, you know, there

24   is some precision, obviously, built into the search terms

25   themselves.  But, you know, if after you all talk about this

1    and Google runs this and they find out that going back to

2    2002 is going to produce an additional 5 million hits, you

3    know, Mr. Dintzer, I don't know that that's going to put us

4    in a terribly good position.

5              MR. DINTZER:  I understand that, Your Honor.

6              And so what we would ask -- I mean, is the same

7    thing that we asked on that very first meet-and-confer.

8    They should give us a right hit report of everything, and

9    they should do it within the next week, as quickly as

10   possible, and then we can -- I mean, then we can have that

11   conversation that we suggested that we should have in the

12   very first meet-and-confer that they refused us.

13             So I understand the Court's concern.  I'm more

14   optimistic, but I understand the Court's concern, and they

15   should go back and they should do what we asked them on the

16   very first time and give us the hit reports and then we can

17   have an intelligent conversation about this.

18             THE COURT:  Mr. Schmidtlein.

19             MR. SCHMIDTLEIN:  Yeah.

20             The only thing I would say, Your Honor, we will

21   obviously go back and have further discussion with respect

22   to which particular requests the Department is pressing on,

23   that they've raised in this very last submission.

24             And, you know, we've obviously got this open

25   question of, they're going to be giving us 20 more

1    custodians, now they tell us by the end of this week, you

2    know, and how do we factor that into these figures.  So, you

3    know, we can do it as to the 90-plus we've already agreed to

4    or we can begin to try to sort of do that.  But it won't be

5    perfect if we don't have the other 20 custodians that

6    they're asking for.

7              THE COURT:  Here's what I would suggest, and that

8    is:  As much as we want to find out what these other 20

9    search strings and 20 custodians are, you know, say

10   hypothetically one of these requests -- you know, for

11   example, Google has -- I mean, the government, for example,

12   with respect to document request 3, you know, is seeking

13   records all the way back to 2002.  And as justification for

14   that, it notes that Mr. Schmidt was on both the board of

15   Apple and Google for a three-year period.

16             You know, that's the kind of document request, if

17   that's what you really care about, if that's what really

18   matters to you, then use one of your additional 20 search

19   strings for that purpose.  Instead of asking for opening up

20   an eight-year window that is going to pull in a bunch of

21   records that really aren't going to the core of your case,

22   and only you know what that is.

23             And, you know, you've got the advantage,

24   Mr. Dintzer and Mr. Sallet, of having done the

25   investigation.  And so this isn't -- you're not positioned

1    like an ordinary plaintiff that is conducting discovery

2    sometimes literally to find out what the facts are.  You've

3    got a head start here in ways that the ordinary plaintiff

4    does not.

5            And so if there are specific events, issues,

6    transactions that pre-date what Google has currently agreed

7    to, you know, giving up one or two of your extra 20 may not

8    be the worst thing, and will ultimately, at the end of the

9    day, move things forward in a more efficient manner than, I

10   think, where we are right now.

11           You know, I'm just -- neither I nor a Special

12   Master or any magistrate can micromanage this.  You know, in

13   a case of this magnitude, importance, and size, it really

14   does rely -- a judge has to rely on the parties to act in

15   good faith.

16           And I'm not suggesting anyone here is not acting

17   in good faith.  And, in fact, I would say to all of you, you

18   deserve a lot of credit for the amount of work that is being

19   done and is going to be done.  But at the end of the day,

20   there's got to be some give-and-take here, and you all, in

21   the first instance, are going to have to be the people that

22   do that.

23           And if it really comes down to the brass tacks of

24   where there is a dispute as to which there is an impasse as

25   to which the government says, we really need this and Google

1    pushes back and says, this is too burdensome for us or this

2    is irrelevant, I can resolve that.  But these more global

3    issues, it seems to me, are something that you all are going

4    to have to work at in the first instance.

5              MR. DINTZER:  If we get the hit reports,

6    Your Honor, I feel confident that we can have a meaningful

7    discussion with Google.

8              And we understand your concern.

9              THE COURT:  All right.

10             Let's talk about the second issue and then we'll

11   talk about timing.

12             I mean, I feel the same way, frankly, about the

13   code names that I do about this timing issue, about the

14   scope of -- the temporal scope of discovery.

15             You know, again, if the government, as it's done

16   here on page 13, believes that these are -- 13 through 15,

17   believes that these are the types of search terms that are

18   likely to produce relevant evidence, then, you know, Google

19   ought to be thinking about -- Google ought to accommodate

20   those requests.

21             But, again, this is all about proportionality and

22   ultimately what's needed in the government's case.  And, you

23   know, I don't know, do you need the merely four dozen or

24   maybe three dozen code names that have been identified with

25   respect to search ads?

1           Obviously, the government, again, you've got --

2    you all -- there's been a lot of expressions of concern that

3    Google hasn't brought forth the names, these code names.

4    But from where I stand, the government seems like it knows a

5    lot of what the code words are.  Now, there may be more out

6    there.  Again, I'm not suggesting that you all -- that

7    Google itself doesn't know that there may not be others,

8    but, you know, I've been presented with another 70 or so

9    right here.

10           And so, again, this seems to me to be an instance

11   in which these search terms can very easily be embedded into

12   what's already being done, unless there's a reason not to

13   include a particular search term, either because it's purely

14   irrelevant or because it's going to produce too much in the

15   way of documents, but it seems to me that this is something

16   that ought not to keep us occupied for too long.

17           MR. DINTZER:  Your Honor, we've asked them to put

18   these in.

19           I mean, first of all, just for some context,

20   Google launches thousands of new projects each year and

21   experiments, and we've put them in the JCR -- I'm not going

22   to verbally say what some of them are, because Google's

23   asked to seal it, so I'm not going to identify what the

24   individual actually ones are listed there.  But just the

25   fact that Google wants to seal it shows how important these

1    are to Google.

2           And the Court ordered, on February 25th, ordered

3    Google to provide those words to us to aid us.  And they

4    should be included in Google's search terms, and if I could

5    just have a minute of the Court's time to explain why that's

6    so important to us.

7           I'm not going to use any of the real search

8    terms -- I mean, any of the real project terms, because I

9    don't want to give heartburn to my colleague at the Bar.

10   But let's say they had a project named "Dakota."  If

11   everybody -- and some of them are -- it's used to set

12   prices, it's used to change the way that the display -- the

13   search engine result looks, important things in our case.

14   If "Dakota" is not one of the search terms, we don't get it,

15   I mean, right, because --

16           THE COURT:  Mr. Dintzer, I'm sorry to interrupt,

17   but I get all that --

18           MR. DINTZER:  Okay.

19           THE COURT:  -- and I understand.

20           MR. DINTZER:  Then I apologize, Your Honor.

21           THE COURT:  I mean, I appreciate what the issue

22   is, I understand the importance of the issue, and I get all

23   that.

24           My point is a different one, which is:  To the

25   extent the Department of Justice and the Attorneys General

1   are aware of code names -- and clearly you're, you've listed

2   about 70 of them here, I haven't done the count, but there's

3   quite a few, and I want to leave aside for the moment when

4   these were introduced to Google or not.

5          But the bottom line is, the fact that Google may

6   not have come forward with them isn't terribly satisfactory.

7   Maybe they should have.  But the Department of Justice ought

8   to make sure Google has these, is incorporating them into

9   their searches, and at least giving Google an opportunity to

10  say why this is relevant or why it's not.  And if ultimately

11  I've got to decide whether a particular code word is

12  something that ought to be run, I guess I'll do that, but

13  I think we can all spend our time doing something more

14  important than fighting over whether "Dakota" should be in a

15  search string that is otherwise dozens-of-terms long among a

16  document production that's going to be in the millions and

17  millions of pages.  So, again, you know, proportionality,

18  moving forward, and getting to where we need to go next seem

19  to me to be the guiding principles over what we ought to be

20  doing and what ultimately comes before me to actually

21  resolve.

22          So, look, I think the question, Mr. Schmidtlein,

23  is as follows:  You now have -- and I don't know when this

24  was first shown to you, but you now have a list of

25  additional terms that the government is asking to have

1   incorporated into searches.  Again, this is going to expand

2   the number of documents that -- and hits.  What is your

3   position on what these terms -- or the addition of an

4   integration of these terms into existing searches that have

5   been agreed upon?

6           MR. SCHMIDTLEIN:  So, Your Honor, a couple of

7   things:  A number of these names, or project names, were

8   incorporated into the last go-around of search term

9   proposals that we presented to Your Honor.

10          THE COURT:  I know that -- and I mean, I looked,

11  and I saw some of them were.

12          For example, I guess I'm not sure whether I should

13  be using them or not, but the search term that's associated

14  with the certain Ivy League university in the Northeast,

15  I noticed was included in the search protocol.  But it's

16  certainly not true for all of those.

17          MR. SCHMIDTLEIN:  No.

18          My point is simply, Your Honor, we'd had this sort

19  of dispute with the government, and they didn't really raise

20  this with us, they never came back to us, we had our dueling

21  proposals, and Your Honor resolved that by saying, you can

22  have 20 more -- you can have 20 more search strings.

23          And our position is, you know, we think, frankly,

24  a lot of these -- the code names that are on page 13 and 14

25  are not relevant, they're not sort of germane or they don't

1  rise to the level, and we expect they are going to generate

2  a lot of documents that aren't -- shouldn't have to be

3  produced in the case, particularly with respect to the

4  search advertising, where Your Honor knows there's no

5  anti-competitive conduct alleged as to search advertising.

6       All the conduct are the distribution agreements

7  for search, and they say from that, somehow there's been a

8  monopoly that flows into search advertising.  There is not a

9  single allegation in the complaint that says, Google's done

10  something wrong in the way it constructs advertising, and

11  that's illegal.

12       So the fact that they have dozens and dozens of

13  launch names of different things we've done in advertising

14  doesn't mean it's necessarily responsive or relevant to this

15  case.  And so we were shocked last Thursday night at

16  whatever late hour it was to receive this long laundry list

17  of names that they'd never come to us and said, you

18  absolutely have to include these.  We will certainly go back

19  and talk and evaluate them further, but I don't think we're

20  going to be able to agree or we should have to agree to all

21  of these.

22       And as to the various permutations and code names

23  on page 15 of the report that pertain to various particular

24  companies, including a code name that pertains to that Ivy

25  League school in the Northeast that you just referenced,

1   we've actually included a lot of these.

2          At the last status conference, Mr. Dintzer

3   complained primarily that, gee, you don't include the name

4   "Microsoft" or you don't include "Redmond" or, you know,

5   names like that.  We went back and responded to that concern

6   and added all of the names you see on page 15 have been

7   added to certain search strings that we have proposed and

8   agreed to.  So we did think that we were responding to what

9   Your Honor asked for.

10         If they have -- if they now believe that, well,

11  you know what, you only add them to these particular strings

12  and you should have added them to certain other ones, we'll

13  obviously listen to that, it may or may not be reasonable

14  depending on what the hit counts look like and things like

15  that.

16         But the point, I guess, again, Your Honor is, we

17  didn't hear about any of this until late Thursday night, and

18  then we were basically threatened with, agree to all of this

19  or we're going to the judge, and that's really not a

20  reasonable time or way to meet and confer.

21         We will go back and so if Your Honor instructs;

22  and if we can't reach agreement, we'll come back to you with

23  more precision on this.

24         THE COURT:  All right.  Let's talk timing in terms

25  of these two issues and then we'll talk about the third.

1          Today is March 30th.  What do both sides think is

2    a realistic time frame within which you can think about

3    these issues, meet and confer, and hopefully reach a

4    resolution as to at least, hopefully, a good portion of

5    these disputes?

6          MR. DINTZER:  Your Honor, if they can get us the

7    hit reports for the timelines and for these added code words

8    and the lexicon, if they can give us a hit report for that,

9    we would be immediately willing to jump into conversations

10   with them about what's reasonable and what's not.  And so we

11   could take whatever we can agree upon as reasonable, and

12   then if there's any dispute, it would be whatever we

13   couldn't agree upon, but we can leave that off the table.

14   We can jump into that immediately.

15         THE COURT:  Mr. Schmidtlein, I have to confess, in

16   a prior life, I obviously did some electronic discovery, but

17   I don't have a great sense of how long it takes to generate

18   hit reports.  If you were to ask your vendor to do that,

19   what would the turnaround for something like that be?

20         MR. SCHMIDTLEIN:  Well, Your Honor, I am surely

21   not the absolute expert on that on my team.

22         But I can tell you this:  You know, it's one thing

23   to say, you know, here's a proposal, break all of these

24   down, run all of this, and give me a total count, that takes

25   time.  But it actually takes sometimes more time to say, you

1  know, here are 70 code names --

2         THE COURT:  Yeah.  Right.

3         MR. SCHMIDTLEIN:  -- and deconstruct the tens of

4  thousands of searches and tell me, you know, sort of for

5  each code name, what's the delta.  That does take time.

6         I would ask Your Honor -- and I'm a little bit in

7  the dark here, but I'm trying to give my colleagues who do

8  this, who really have to carry the water on this, I would

9  like two weeks to have to talk to the government, run our

10  strings, be able to go back to them and have more

11  conversation, because this is not something that we can

12  produce in 24 or 48 hours.

13         Just the computing time necessary across the tens

14  of millions and millions and millions of records that, like,

15  90-plus custodians that we've agreed to, it just takes a lot

16  of -- it takes a lot of engineering time just to submit the

17  query to isolate all of these different names and numbers.

18         So I would ask for two weeks; and hopefully if you

19  grant that, I will not get -- I will not be physically

20  harmed by my people who tell me that two weeks is not even

21  enough time to get that done.

22         THE COURT:  I don't want to put you in harm's way.

23         MR. DINTZER:  We can agree to two weeks,

24  Your Honor.

25         If we get Google's commitment to make absolute

 1    best efforts, we can give a two-week -- we can agree to a

 2    two-week time frame.

 3              THE COURT:  Let's talk two weeks.

 4              I mean, look, I think at the outset of this

 5    make -- it makes some sense for you all, before Google just

 6    runs in and starts generating hit reports, it may be,

 7    frankly, useful now that Google has the information it's

 8    received from the government as part of this Joint Status

 9    Report, for you all to sit down and see whether you could at

10    least consider narrowing some of these parameters first,

11    before just sending Google off into its servers to just

12    start generating a bunch of hit reports.

13              You know, that's just a suggestion, because,

14    frankly, it seems to me -- and I think Mr. Schmidtlein is

15    100 percent right about this -- you know, this isn't --

16    it would be one thing if what you were asking to do is

17    expand the time frame for one search or two searches, that's

18    easy.  But you all, for example, with respect to a

19    particular request, have multiple search strings, right?  So

20    figuring out the hit report for document request 2, for

21    example, that you want to go back to 2008, might involve, I

22    don't know what the number is, 2, 3, 4, 5, and I think in

23    one case, a dozen different search strings.

24              So, you know, maybe doing kind of the gumshoe work

25    in advance of getting these hit reports run, to try and

1    narrow what it is that -- narrow the number of hit reports

2    that actually need to be generated, it would actually be a

3    useful way of approaching this.

4             MR. SALLET:  Your Honor --

5             THE COURT:  Just a suggestion.

6             Mr. Sallet.

7             MR. SALLET:  Yeah.

8             Yes, Your Honor.  Of course, we will do that, and

9    I'm sure the parties will work as you've suggested to move

10   forward expeditiously.

11            Excuse me for talking about a relevance issue, but

12   because Mr. Schmidtlein addressed it, I do think it's

13   important just to be clear on this:  The Department of

14   Justice complaint alleges very specific harm to advertisers.

15   That's in paragraph 168 of the complaint, asserting that

16   Google's exclusionary conduct also substantially forecloses

17   competition, and then it describes advertising markets,

18   advertise -- harming advertisers.  And then it goes on to

19   say that Google has acted in ways that allow it to charge

20   advertisers more than it could in a competitive market.

21   That is an express allegation of harm to a well-defined

22   product market that's in the Department of Justice's

23   complaint.

24            Secondly, as we have talked about at previous

25   status conferences, the states have adopted the DOJ request,

1    request number 2, in our separate RFPs.  Of course, we're

2    proceeding to get it all done within the context, to the

3    extent there's the overlap, to the extent we're

4    incorporating our request, as part of the conversation we're

5    discussing now.  But the Colorado complaint very expressly

6    alleges exclusionary conduct in the manner in which strict

7    advertising is sold.

8              So as we come into the relevance arguments,

9    I think as Your Honor suggested in an earlier status

10   hearing, going to the complaint and understanding what's

11   being alleged will speed and expedite the process of

12   discussion.  Thank you, Your Honor, for this.

13             THE COURT:  Let's talk -- thank you, Mr. Sallet.

14             Let's talk about this last issue, which, I have to

15   confess, I don't quite get.

16             Here's my basic question:  I understand that

17   during the investigation, there were some number of -- well,

18   just like we've been talking about here, the Department of

19   Justice and Google agreed to certain search strings, those

20   search strings were run across custodians, and then there

21   was a responsiveness review done for the production to the

22   Department of Justice.  As part of that process, some number

23   of documents were put to the side because they weren't

24   responsive to what the government was asking for.  I got

25   that.

1        What I don't understand is, what seems to be

2  implicit in the dispute here, and maybe I'm missing

3  something, is that those documents that were set aside as

4  non-responsive are somehow now off limits when it comes to

5  the new searches that are being run, and I guess I don't

6  understand that.

7        And if that's what has happened, that is, somehow

8  these documents that were deemed nonresponsive during the

9  investigative phase are somehow now segregated or not being

10  subject to the new search strings, I don't understand why

11  that is, if that's, in fact, the state of play.  So could

12  somebody help me understand and elucidate this issue a bit

13  more.  Maybe Mr. Schmidtlein is the place to start.

14        MR. SCHMIDTLEIN:  Thank you, Your Honor.

15        Yeah, this issue arose right from the beginning

16  when we reviewed the second set of RFPs.  They contained

17  substantial overlap, in our judgment, with -- not

18  surprisingly, with requests and issues that had already been

19  the subject of related requests during the investigation

20  period.

21        Again, sort of trying to move forward in a very

22  programmatic fashion, for trying to get to how -- you know,

23  what's really the critical universe of documents that the

24  Department wants us to review, recognizing they want

25  different time periods, they may want different -- you know,

1    slightly different search terms.  But the subject matter is

2    not sort of dissimilar, obviously, that this all arose out

3    of the investigation.

4            And so our position from the beginning has been,

5    well, we shouldn't have to go back and re-review all the

6    documents that were deemed non-responsive.  And remember

7    that a lot of the search terms that we used, that we agreed

8    to from that first set of RFPs that were used for the

9    investigation, are going to hit on these same documents.

10           And so our point was, okay, well, we shouldn't

11   have to reinvent the wheel here and have an army of document

12   reviewers re-reviewing the exact same documents that they've

13   already reviewed as part of the same investigation, you

14   know, with respect to the same subject matters.

15           And, you know, given the numbers that we were

16   already seeing in the hit reports and the breadth and

17   everything else, our view was, if you all want to get

18   through this in any sort of reasonable time frame, you can't

19   put back on the table the five and a half million documents

20   that we reviewed and deemed were nonresponsive during the

21   investigation.  We thought that would be a reasonable

22   compromise to make as we were looking at, you know, what's

23   the right scope, what's the right size, and what's the right

24   timing for this investigation.

25           We heard --

1          THE COURT:  But help me understand -- but I guess

2     I'm still not clear.  Help me understand.  You know, just

3     take -- pick a custodian, Mr. Pichai, the CEO of Google.

4     During the investigation, he was undoubtedly a custodian,

5     documents were produced from his custodial file, some were

6     deemed relevant, some were deemed not relevant.

7          When Google is now going back and using the search

8     terms that are at issue here in this case and runs those

9     across Mr. Pichai's custodial file, presumably it sweeps in

10    both what was relevant previously, determined to be relevant

11    previously, and some additional records.  Some of those

12    records might have been deemed irrelevant before, some of

13    those records might just be brand new, right?

14         So I guess the question I have is, for the stuff

15    that's been deemed irrelevant before, are your reviewers

16    simply not looking at those records because there's a check

17    box in your document-review system that says "irrelevant" or

18    deemed non-responsive in connection with the investigation?

19              MR. SCHMIDTLEIN:  That's right, Your Honor.

20              THE COURT:  Okay.

21              MR. SCHMIDTLEIN:  That's right, Your Honor.

22              THE COURT:  Okay.

23         And so what do we do, Mr. Schmidtlein, about the

24    possibility that records that were deemed non-responsive to

25    the investigation might now be responsive to the RFPs at

 1   issue in the case?

 2              MR. SCHMIDTLEIN:  Well, I hate to sound like a

 3   broken record, Your Honor, but we flagged this very early

 4   on.

 5              The Department's -- initially, their only question

 6   of us in the weeks we went back and forth on this was, so

 7   are you excluding documents that were somehow excluded by

 8   computer technology or are you actually talking about

 9   attorney review?

10              And we said no, no, no, we're talking about

11   documents that were reviewed by attorneys and deemed

12   non-responsive.  And they said, okay.  I think that they

13   wanted to confirm that somehow documents that were being

14   excluded by some -- our review or something else.

15              And we never -- you know, in the course of all the

16   weeks and weeks and weeks of back and forth, we didn't hear

17   any pushback on that, because it obviously was going to --

18   it impacted our proposals and the things that we were

19   willing to give on on other respects, because we're looking

20   at large numbers -- you know, many, many millions of

21   documents.  And if we're going to bring back in five and a

22   half million documents for a re-review, that is a serious --

23   that's going to double or make the order of magnitude much

24   larger, and we thought, well, that's reasonable to exclude

25   those.

1              On the eve of the submission that I think went in

2     March 16th, after not having heard anything -- and remember,

3     our objections were filed February 10th.  So a month goes

4     by, we answer one question.  And on March -- I believe it

5     was March 16th, they write to us with a last-minute proposal

6     and say, hey, we have a problem with this.  If you agree to

7     this, you know -- either you agree to this or we're not

8     going to agree to any other of your proposals at the

9     eleventh hour.  And we said, no, we're not going to agree

10    with that.  And it didn't get raised for, really, resolution

11    at the last submission.  So that's where we find ourselves

12    today, Your Honor.

13             We don't believe -- you know, by and large, we

14    don't think going back and re-reviewing these is the best

15    use of our time.  If they came to us and said, hey, there's

16    a very, very narrow set of things that we want you to run

17    over that that we think might not have been covered, you

18    know, that's something we might have considered, but we

19    never got such a proposal throughout the entire time period.

20    So that's, unfortunately, where we are today, Your Honor.

21             THE COURT:  Okay.

22             Sorry, I'm just thinking this through a little

23    bit.

24             I think the disconnect here ultimately, if you

25    will, is that -- look, I have to acknowledge the following,

 1    which is that:  It is possible that documents that were not

 2    relevant during the investigative phase are now relevant to

 3    the government's case.  And it just -- it cannot be that

 4    just because something was deemed not responsive during the

 5    investigation, it necessarily is not responsive to the

 6    second request for production of documents here.  I mean,

 7    the two just don't equate to one another.

 8              Now, that said, you know, again, this seems like

 9    it could be an area, and I take Mr. Schmidtlein's

10    suggestion, that if the government has -- and it's done so,

11    can be more precise in terms of the overlap, or I should say

12    the non-overlap, areas in which it has expanded its interest

13    beyond what was true in the investigation, and you've

14    outlined a couple in your Joint Status Report, that it may

15    be possible -- not just possible, but it seems more

16    practical to do targeted searches across what's been deemed

17    non-responsive to see what that looks like.

18              Because I agree with Mr. Schmidtlein that the

19    wholesale review of 5.5 million documents, I don't think is

20    in anybody's interest here.  And so I think obviously part

21    of what you all need to talk about in the next two weeks,

22    I think, ought to be along the lines of what Mr. Schmidtlein

23    has suggested, which is a targeted approach with respect to

24    these 5 million documents.

25              Now, maybe we leave for another day, although I

1   don't want to, whether if their searches that are going to

2   be run across those 5 million documents, whether that counts

3   against the 20 or not.

4          But the bottom line is, I agree with Google that

5   sort of doing a wholesale review of that 5-million plus,

6   which has already been determined not to be responsive -- it

7   looks like we may have lost Mr. Schmidtlein.  Did we lose

8   Mr. Schmidtlein again?

9          COURTROOM DEPUTY:  Yes.  Give me one moment,

10  please.

11         Mr. Schmidtlein.

12         MR. SCHMIDTLEIN:  Sorry, Your Honor.

13         I heard your remarks that seem to be that we

14  should be -- we should add to our list of things to meet and

15  confer.

16         THE COURT:  Mr. Schmidtlein, you're frozen.

17         (Pause)

18         THE COURT:  There we go.

19         MR. SCHMIDTLEIN:  Can you hear me, Your Honor?

20         THE COURT:  Yes, I can hear you.

21         Yes.  So I was saying that part of the

22  meet-and-confer ought to be focused on sort of targeted

23  searches of this non-responsive universe.  And if there

24  are -- again, you know, my guiding principle throughout all

25  of this is, what is the government trying to get at that

 1   might not already be captured by what's been done before.
 2   And so I'll ask you all to turn to that as well in the next
 3   two weeks, okay?
 4          All right.  Let's sort of tie up a couple of loose
 5   ends from earlier, and that is, first, let's just talk about
 6   third parties.
 7          And I think what I will do is I'll put a two-week
 8   deadline as well on the third-party subpoenas for these
 9   dozen or so third parties that Mr. Schmidtlein identified
10   that Google is still deciding whether to issue a subpoena or
11   not.  And so within two weeks, so by April 13th, Google, as
12   to those third parties, should either issue its subpoena or
13   presumptively stand down.
14          Mr. Schmidtlein, are you with us?  It looks like
15   you've frozen and we've lost him.  I don't know whether he's
16   at home or at Williams & Connolly, but...
17          (Pause)
18          THE COURT:  JC, have you been able to get back in
19   touch with him?
20          Hi, Ms. Connor.
21          MS. CONNOR:  Colette Connor for Google from
22   Williams & Connolly.
23          We can keep going while we wait for him to come
24   in.
25          THE COURT:  All right.

1          And is Mr. Schmidtlein at home or is he at

2   Williams & Connolly?

3          MS. CONNOR:  He's at home, Your Honor.  He's not

4   in the office.

5          THE COURT:  All right.

6          MR. DINTZER:  Fios, Your Honor.

7          THE COURT:  This will be an opportunity for me to

8   make a joke that your client has an excellent product for

9   this, Google WiFi; I use it my own home.  Hopefully, that's

10  not a basis for recusal, but it's something I'll recommend

11  to Mr. Schmidtlein.

12          Anyway, all right.  So as I was saying, so by the

13  13th, which is two weeks from today, Google must, to the

14  extent there are issued -- subpoenas already issued to third

15  parties that are waiting for Google to determine whether

16  it's going to issue a subpoena, that needs to be done by the

17  13th.  I'm not suggesting that that forecloses Google from

18  subpoenaing those same third parties down the road if

19  something arises, but the presumption will be that Google

20  needs to issue that subpoena by the 13th.  So there's that.

21          Insofar as any future third-party subpoenas, and

22  this rule will apply to both sides, if a third-party

23  subpoena is issued, any other party must issue its -- a

24  follow-on subpoena to that same third party within seven

25  days.  So if a third party is subpoenaed by the State of

1    Colorado in that case, Google will have seven days to issue

2    its own subpoena to that same third party.

3           So I think that'll, hopefully, Mr. Sallet, resolve

4    the issue that -- and, Mr. Dintzer, the issue that you've

5    raised about third parties expressing concerns about doing

6    more than one search.

7           MR. DINTZER:  Thank you, Your Honor.

8           THE COURT:  All right.

9           So let's talk, then -- we've got another date for

10   April 30th, but -- to discuss you all having a couple of

11   weeks.  So why don't we do the following:  How about you

12   submit a report to me by the 15th that updates me on where

13   things stand with the various issues that we've talked about

14   today.  And once I get that report, I'll just -- I'll decide

15   whether we need to come back in before the 30th to resolve

16   any issues as to which you all may have reached an impasse.

17          So you'll have two weeks for your negotiations and

18   try to reach resolutions.  We'll get a Joint Status Report

19   on the 15th; and then I'll decide, once -- upon reading that

20   Joint Status Report, whether we ought to have a hearing

21   sooner than the 30th, okay?  Does that make sense as far as

22   a plan forward?

23          MR. DINTZER:  That works for the plaintiffs,

24   Your Honor.

25          THE COURT:  All right.

1          All right.  With that, is there anything else?

2    We've been at this for about an hour and 45 minutes.

3    I'm sure everybody is hungry.  Anything else we ought to

4    take up before we adjourn?

5          MR. DINTZER:  Not from the Department of Justice,

6    Your Honor.

7          MR. SALLET:  Not from the Colorado Plaintiffs,

8    Your Honor.

9          MR. SCHMIDTLEIN:  And not from Google, Your Honor.

10   Thank you.

11         THE COURT:  Thank you, all, very much.

12         (Proceedings concluded at 12:45 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.

Please note:  This hearing occurred during
the COVID-19 pandemic and is therefore subject to the
technological limitations of court reporting remotely.


Date:__March 30, 2021_____    /S/__William P. Zaremba_____

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [5]** 4/2 26/6 26/10 27/12 62/9
**MR. DINTZER: [33]** 5/11 7/11 7/16 7/21 8/12 9/4 9/7 10/14 19/18 19/21 22/19 22/24 26/3 26/5 29/10 29/18 29/20 29/23 34/19 34/21 35/1 39/2 41/5 44/5 45/17 46/18 46/20 51/6 52/23 64/6 65/7 65/23 66/5
**MR. SALLET: [11]** 11/16 13/19 14/4 14/6 14/19 14/22 14/25 32/15 54/4 54/7 66/7
**MR. SCHMIDTLEIN: [25]** 15/25 17/24 18/11 19/16 19/25 22/2 22/12 26/18 27/19 34/24 35/17 37/24 38/2 41/19 48/6 48/17 51/20 52/3 56/14 58/19 58/21 59/2 62/12 62/19 66/9
**MS. CONNOR: [2]** 63/21 64/3
**THE COURT: [72]**
**/**
**/S [1]** 67/10

**0**
**0340 [1]** 1/15

**1**
**1.4 million [1]** 16/5
**10 [6]** 22/1 22/3 22/3 22/8 25/2 35/23
**100 [2]** 37/15 53/15
**100,000 [2]** 10/11 11/3
**105,000 [1]** 10/20
**10th [3]** 36/11 36/13 60/3
**1100 [1]** 1/14
**11:00 [1]** 1/6
**12 [2]** 22/3 22/8
**12:45 [1]** 66/12
**12th [2]** 2/3 23/2
**13 [3]** 44/16 44/16 48/24
**1300 [1]** 1/21
**13th [4]** 63/11 64/13 64/17 64/20
**14 [1]** 48/24
**15 [4]** 36/6 44/16 49/23 50/6
**150,000 [3]** 10/13 10/21 10/25
**15th [2]** 65/12 65/19
**16 [1]** 30/5
**168 [1]** 54/15
**16th [3]** 30/5 60/2 60/5
**18th [2]** 10/19 30/7
**19 [1]** 67/6
**19th [1]** 16/15
**1st [1]** 8/13 13/4 23/1

**20 [16]** 7/24 8/16 18/21 19/4 19/4 19/6 36/7 41/25 42/5 42/8 42/9 42/18 43/7 48/22 48/22 62/3
**20 custodians [1]** 7/24
**20-3010 [2]** 1/4 4/3
**200,000 [2]** 16/22 17/22
**20001 [1]** 3/5
**20005 [1]** 2/3
**2000s [1]** 6/19
**2002 [6]** 33/23 39/8 40/17 40/19 41/2 42/13
**2005 [3]** 25/6 33/23 39/9
**2006 [1]** 33/24
**2007 [2]** 6/18 33/23
**2008 [1]** 53/21
**2009 [2]** 6/16 33/24
**2010 [7]** 25/7 28/2 28/5 28/7 35/20 35/21 38/5
**2011 [2]** 38/5 38/8
**2012 [2]** 38/5 38/8
**2013 [1]** 38/6
**2014 [3]** 25/6 28/7 34/25
**2015 [1]** 28/7
**202 [3]** 1/15 2/4 3/5
**2021 [2]** 1/5 67/10
**23rd [4]** 10/19 10/19 10/20 19/5
**24 [2]** 39/11 52/12
**25 [2]** 21/11 39/8
**250,000 [2]** 16/4 28/14
**25th [1]** 46/2
**28 [1]** 21/10
**28th [1]** 16/16

**3**
**3,000 [1]** 10/18
**3/16 [1]** 30/5
**30 [4]** 1/5 21/11 36/14 67/10
**3010 [2]** 1/4 4/3
**307-0340 [1]** 1/15
**30th [5]** 12/24 51/1 65/10 65/15 65/21
**3249 [1]** 3/5
**333 [1]** 3/4
**354-3249 [1]** 3/5

**4**
**40 [1]** 13/3
**434-5000 [1]** 2/4
**45 [1]** 66/2
**450,000 [1]** 17/3
**48 [1]** 52/12

**5**
**5-million [1]** 62/5
**5.5 million [1]** 61/19
**50,000 [1]** 11/3
**5000 [1]** 2/4
**508-6000 [1]** 1/22
**5th [1]** 17/2

**60 [1]** 9/2
**60 depositions [1]** 8/15
**6000 [1]** 1/22
**6th [1]** 17/3

**7**
**70 [3]** 45/8 47/2 52/1
**720 [1]** 1/22
**725 [1]** 2/3
**76 [1]** 18/16
**77 [1]** 37/3
**7th [1]** 1/21

**8**
**80 [3]** 9/3 12/4 15/1
**80203 [1]** 1/22

**9**
**90-plus [2]** 42/3 52/15
**90s [1]** 18/23
**93 [2]** 6/17 18/23
**94 [1]** 18/23
**95 [1]** 18/23

**A**
**a.m [1]** 1/6
**ability [2]** 6/25 16/12 35/11
**able [13]** 8/13 11/22 12/25 16/11 20/5 25/25 32/11 33/15 36/13 40/6 49/20 52/10 63/18
**about [65]** 4/21 4/25 6/10 6/17 6/22 7/2 7/15 7/19 11/6 11/10 11/11 15/1 16/5 17/3 17/9 17/17 20/19 21/23 22/1 22/1 23/16 24/22 25/1 25/2 25/11 26/23 27/4 28/10 30/13 31/18 34/22 36/2 36/9 37/5 40/7 40/25 41/17 42/17 44/10 44/11 44/12 44/13 44/13 44/19 44/21 47/2 50/17 50/25 51/2 51/10 53/15 54/11 54/24 55/14 55/18 58/23 59/8 59/10 61/21 63/5 65/5 65/5 65/11 65/13 66/2
**above [1]** 67/4
**above-titled [1]** 67/4
**absolute [2]** 51/21 52/25
**absolutely [4]** 14/22 32/4 32/5 49/18
**access [3]** 20/20 20/21 20/22
**accommodate [2]** 24/17 44/19
**accomplish [2]** 17/14 20/12
**according [1]** 28/25
**accumulated [1]** 10/25
**acknowledge [2]** 30/5 62/5

**across [6]** 49/21 50/2 55/20 58/9 61/16 62/2
**act [1]** 43/14
**acted [1]** 54/19
**acting [1]** 43/16
**Action [1]** 4/3
**actions [1]** 6/20
**actual [2]** 22/10 40/6
**actually [12]** 6/17 8/24 23/9 38/24 39/3 45/24 47/20 50/1 51/25 54/2 54/2 59/8
**add [4]** 22/22 32/13 50/11 62/14
**added [4]** 50/6 50/7 50/12 51/7
**addition [1]** 48/3
**additional [13]** 18/21 19/7 20/9 21/4 21/17 28/8 28/14 37/2 40/20 41/2 42/18 47/25 58/11
**addressed [1]** 54/12
**adjourn [1]** 66/4
**adopted [1]** 54/25
**ads [1]** 44/25
**advance [1]** 53/25
**advantage [1]** 42/23
**advertise [1]** 54/18
**advertisers [3]** 54/14 54/18 54/20
**advertising [7]** 49/4 49/5 49/8 49/10 49/13 54/17 55/7
**after [8]** 4/11 10/21 14/17 19/8 33/1 34/3 40/25 60/2
**afternoon [1]** 4/24
**again [16]** 16/23 18/25 27/13 37/2 44/15 44/21 45/1 45/6 45/10 47/17 48/1 50/16 56/21 61/8 62/8 62/24
**against [5]** 18/12 28/18 31/6 32/1 62/3
**ago [1]** 19/5
**agree [14]** 39/8 49/20 49/20 50/18 51/11 51/13 52/23 53/1 60/6 60/7 60/8 60/9 61/18 62/4
**agreed [13]** 18/17 18/21 18/25 30/4 35/19 37/2 42/3 43/6 48/5 50/8 52/15 55/19 57/7
**agreement [6]** 4/22 20/8 29/4 34/2 34/3 50/22
**agreements [4]** 33/21 34/1 34/7 49/6
**ahead [1]** 22/23
**aid [1]** 46/3
**aided [1]** 3/7
**al [2]** 1/3 4/4
**all [86]**
**All right [3]** 4/8 19/20 27/17
**allegation [1]** 49/9
**allegations [2]** 49/22 54/21

**allegations [5]** 11/18 27/10 27/24 28/1 35/25 49/2 49/2 49/2 49/5 55/11
**alleged [4]** 6/11 28/2 49/5 55/11
**alleges [2]** 54/14 55/6
**allow [1]** 54/19
**allowed [2]** 6/24 19/9
**almost [3]** 17/6 19/8 38/17
**along [3]** 8/5 32/4 61/22
**already [10]** 21/6 38/20 42/3 45/12 56/18 57/13 57/16 62/6 63/1 64/14
**also [5]** 17/25 21/12 27/15 30/25 54/16
**alternative [1]** 9/22
**although [1]** 61/25
**am [2]** 37/19 51/20
**Amendments [1]** 34/5
**AMERICA [2]** 1/3 4/3
**American [1]** 31/23
**AMIT [1]** 1/10
**among [2]** 10/23 47/15
**amongst [1]** 40/1
**amount [2]** 25/7 43/18
**amounts [1]** 39/15
**ancillary [2]** 29/12 29/17
**another [9]** 10/3 10/21 16/20 25/1 25/2 45/8 61/7 61/25 65/9
**answer [2]** 34/23 60/4
**anti [1]** 49/5
**anti-competitive [1]** 49/5
**anticipate [1]** 17/2
**antitrust [4]** 1/19 31/2 32/20 36/4
**any [14]** 4/13 12/2 23/22 26/14 30/20 43/12 46/7 46/8 50/17 51/12 57/18 59/17 60/8 64/21 64/23 65/16
**anybody [1]** 35/7
**anybody's [2]** 33/18 61/20
**anyone [1]** 43/16
**anything [4]** 32/14 60/2 66/1 66/3
**Anyway [1]** 64/12
**apologize [3]** 19/16 26/18 46/20
**APPEARANCES [3]** 1/12 1/24 2/6
**Apple [2]** 23/1 42/15
**applied [1]** 32/19
**apply [1]** 64/22
**appreciate [3]** 5/12 29/20 46/21
**approach [2]** 5/15 61/23
**approaching [1]** 54/3
**approximately [2]** 16/4 16/22
**April [5]** 12/24 17/2 17/3 63/11 65/10

**A**

**April 6th [1]** 17/3
**arcane [1]** 33/9
**are [104]**
**area [1]** 61/9
**areas [3]** 5/14 12/11 61/12
**aren't [2]** 42/21 49/2
**arguably [1]** 35/7
**arguing [1]** 33/18
**argument [1]** 28/3
**arguments [1]** 55/8
**arise [2]** 12/15 13/1
**arises [2]** 14/12 64/19
**army [1]** 57/11
**arose [2]** 56/15 57/2
**around [2]** 36/15 48/8
**arrive [1]** 14/13
**arrived [1]** 6/5
**as [94]**
**aside [2]** 47/3 56/3
**ask [8]** 13/20 17/16 34/12 41/6 51/18 52/6 52/18 63/2
**asked [11]** 15/1 29/14 31/6 32/7 39/15 39/18 41/7 41/15 45/17 45/23 50/9
**asking [5]** 5/14 38/18 42/6 42/19 47/25 53/16 55/24
**aspiration [1]** 15/3
**asserting [2]** 27/9 54/15
**assess [2]** 28/9 28/16
**assessment [5]** 4/25 5/5 5/6 8/8 29/5
**assisted [1]** 17/25
**associated [1]** 48/13
**assumption [1]** 23/22
**attempting [1]** 27/21
**attention [2]** 24/25 29/1
**attorney [1]** 59/9
**attorneys [2]** 46/25 59/11
**August [2]** 9/18 15/11
**Avenue [1]** 3/4
**awaiting [2]** 13/12 14/8
**aware [2]** 38/23 47/1

**B**

**back [64]** 4/16 6/1 6/18 6/19 6/21 7/21 10/8 18/7 25/6 26/16 27/16 28/2 28/4 28/6 28/11 28/14 28/15 29/15 30/16 31/9 31/9 33/19 33/22 34/25 35/19 35/20 35/21 36/4 36/5 36/6 36/25 37/1 37/2 37/14 37/20 38/11 38/17 38/21 39/7 39/8 40/17 40/19 40/22 41/1 41/15 41/21 42/13 44/1 48/20 49/18 50/5 50/21 50/22 52/10 53/21 57/5 57/19 58/7 59/6 59/16

**backwards [1]** 20/13
**balance [1]** 28/18
**Bar [1]** 46/9
**Barrett [1]** 3/4
**barring [1]** 32/9
**based [3]** 15/2 35/5 36/8
**basic [1]** 55/16
**basically [2]** 23/7 50/18
**basis [2]** 31/13 64/10
**battle [1]** 17/11
**be [104]**
**because [41]** 7/12 8/14 8/25 9/22 10/16 11/10 11/21 12/10 15/6 16/8 16/18 17/4 18/9 19/22 25/21 29/23 30/22 31/7 31/10 32/10 33/9 34/1 35/9 37/2 37/15 39/2 39/22 45/13 45/14 45/22 46/8 46/15 52/11 53/13 54/12 55/23 58/16 59/17 59/19 61/4 61/18
**been [42]** 4/21 5/18 5/19 6/9 12/9 14/11 16/6 16/13 16/24 16/25 20/11 20/14 20/15 20/25 20/25 21/6 21/14 23/14 24/12 24/25 27/5 32/4 36/13 37/15 40/5 44/24 45/2 45/8 48/5 49/7 50/6 55/18 56/18 57/4 58/12 58/15 60/17 61/16 62/6 63/1 63/18 66/2
**before [18]** 1/10 4/20 10/5 10/19 15/4 21/19 24/14 29/4 31/10 32/14 47/20 53/5 53/11 58/12 58/15 63/1 65/15 66/4
**began [1]** 13/3
**begin [4]** 15/4 36/5 39/9 42/4
**beginning [4]** 12/21 15/8 56/15 57/4
**being [13]** 4/10 16/11 16/22 18/12 22/16 24/23 40/22 43/18 45/12 55/11 56/5 56/9 59/13
**believe [14]** 4/19 6/24 12/23 16/16 18/15 18/18 19/5 26/6 27/13 30/25 35/23 50/10 60/4 60/13
**believes [2]** 44/16 44/17
**benefit [2]** 21/1 21/3
**best [6]** 17/8 33/6 33/9 34/10 53/1 60/14
**better [1]** 12/24
**betting [1]** 40/11
**between [3]** 12/9 21/10 22/4

**big [3]** 16/19 27/2 31/14
**bit [9]** 17/9 17/18 18/5 21/21 28/21 36/12 52/6 56/12 60/23
**blind [1]** 30/18
**blown [1]** 17/23
**board [1]** 42/14
**bore [1]** 17/23
**both [11]** 7/3 11/18 17/13 24/16 24/17 34/24 40/21 42/14 51/1 58/10 64/22
**bottom [4]** 26/23 37/8 47/5 62/4
**box [1]** 58/17
**brand [1]** 58/17
**brass [1]** 43/23
**breadth [4]** 6/10 25/3 25/4 57/16
**break [1]** 51/23
**briefly [2]** 22/25 32/15
**bring [1]** 59/21
**broad [7]** 25/5 29/6 35/19 36/18 37/6 38/4 40/16
**broader [3]** 5/15 12/15 24/24
**Broadly [1]** 5/16
**Broadway [1]** 1/21
**broken [1]** 59/3
**brought [4]** 18/22 24/25 28/25 45/3
**Bruce [1]** 1/17
**built [1]** 40/24
**bunch [2]** 42/20 53/12
**burden [20]** 5/21 13/8 28/7 28/8 28/18 30/13 30/15 30/17 30/19 30/24 31/13 31/16 32/11 33/6 33/8 33/12 34/9 35/11 36/15 40/6
**burdensome [5]** 25/18 29/6 36/19 39/19 44/11

**C**

**cabined [1]** 9/18
**cabined-off [1]** 9/18
**calendar [1]** 8/13
**calls [2]** 33/7 40/3
**came [3]** 34/14 48/20 60/15
**can [52]** 6/3 7/4 7/23 8/9 8/21 10/5 10/16 11/6 11/24 13/13 15/11 17/1 17/15 17/19 19/25 21/20 27/17 28/10 29/4 30/11 30/14 34/12 34/15 37/18 39/22 41/10 41/10 41/16 42/23 42/4 43/12 44/2 44/6 45/11 47/13 48/21 48/22 51/2 51/6 51/8 51/11 51/13 51/14 51/22 52/11 52/23 53/1 53/1 61/11 62/19 62/20 63/23
**candid [1]** 25/14
**candidly [2]** 19/2 20/10
**cannot [1]** 61/3
**capacity [1]** 17/19
**capture [2]** 6/20 6/20
**captured [1]** 63/1
**captures [1]** 14/22
**care [1]** 42/17
**Carr [1]** 1/20
**carried [1]** 34/4
**carry [1]** 52/8
**case [30]** 4/12 4/23 5/7 7/1 13/17 14/1 20/19 27/25 28/20 29/13 31/1 31/25 32/8 32/25 33/7 34/1 34/7 36/5 36/10 42/21 43/13 44/22 46/13 49/3 49/15 53/23 58/8 59/1 61/3 65/1
**cases [2]** 21/9 31/2
**caught [1]** 4/12
**cause [1]** 28/18
**cconnor [1]** 2/5
**cease [1]** 11/23
**Center [1]** 1/20
**century [1]** 33/20
**CEO [1]** 58/3
**certain [6]** 28/4 39/7 48/14 50/7 50/12 55/19
**certainly [10]** 17/6 22/12 22/15 28/3 29/1 35/9 36/2 38/3 48/16 49/18
**Certified [1]** 3/3
**certify [1]** 67/2
**CH [1]** 3/4
**challenged [1]** 6/13
**chance [3]** 4/18 5/12 31/24
**change [1]** 46/12
**changes [1]** 36/2
**characterize [1]** 39/22
**characterized [1]** 24/5
**charge [1]** 54/19
**check [2]** 22/17 58/16
**chose [2]** 30/19 30/19
**chunk [1]** 17/5
**chunks [3]** 16/18 16/19 18/6
**CID [1]** 34/24
**circumstance [2]** 14/7 33/8
**circumstances [1]** 32/16
**Civil [1]** 4/3
**claims [1]** 35/12
**clear [3]** 30/23 54/13 58/2
**clearly [2]** 30/16 47/1
**client [1]** 64/8
**closely [3]** 4/18 12/1 35/15
**closer [1]** 22/2
**CO [1]** 1/22
**coag.gov [1]** 1/23 1/23 62/23

**73/7 44/13 44/24 45/3 45/5 47/1 47/11 48/24 49/22 49/24 51/7 52/1 52/5**
**Colette [1]** 63/21
**colleague [1]** 46/9
**colleagues [1]** 52/7
**collection [1]** 16/20
**Colorado [8]** 1/17 1/18 1/20 5/19 8/16 55/5 65/1 66/7
**COLUMBIA [1]** 1/1
**combination [1]** 38/21
**come [13]** 4/22 6/1 9/10 24/16 31/8 36/25 37/1 47/6 49/17 50/22 55/8 63/23 65/15
**comes [5]** 24/20 31/9 43/23 47/20 56/4
**comfortable [1]** 9/21
**coming [4]** 5/17 11/3 21/17 23/22
**comment [1]** 33/17
**Commission [2]** 38/6 38/8
**commitment [2]** 32/2 52/25
**committed [1]** 18/18
**communicating [1]** 8/3
**companies [1]** 49/24
**comparative [1]** 39/15
**competition [2]** 11/19 54/17
**competitive [2]** 49/5 54/20
**complained [1]** 50/3
**complaining [1]** 37/5
**complaint [16]** 6/11 6/13 6/15 12/16 27/11 27/24 28/1 32/10 33/4 35/25 49/9 54/14 54/15 54/23 55/5 55/10
**complaints [1]** 11/18
**complete [1]** 9/22
**completely [1]** 21/15
**compliance [1]** 13/11
**compromise [1]** 39/6 57/22
**computer [2]** 3/7 59/8
**computer-aided [1]** 3/7
**computing [1]** 52/13
**conceded [1]** 30/10
**concern [10]** 24/10 24/20 25/11 27/4 31/18 41/13 41/14 44/8 45/2 50/5
**concerning [1]** 40/18
**concerns [6]** 6/10 6/22 7/2 26/22 30/12 65/5
**concluded [1]** 66/12
**concluding [1]** 38/5
**concrete [1]** 21/21
**conduct [5]** 36/10 49/5 49/6 54/16 55/6
**conducting [1]** 43/1
**confer [8]** 12/14 39/12 41/7 41/12 50/20 51/3

## C

confer... [2] 62/15 62/22
conference [4] 1/9 12/23 16/9 50/2
conferences [1] 54/25
conferred [1] 36/23
confess [2] 51/15 55/15
confident [1] 44/6
confirm [2] 10/9 59/13
connection [1] 58/18
CONNOLLY [4] 2/2 63/16 63/22 64/2
Connor [2] 63/20 63/21
consequence [1] 25/8
consider [1] 53/10
consideration [1] 21/13
considered [1] 60/18
consistent [3] 27/10 27/23 27/25
Constitution [1] 3/4
constructs [1] 49/10
Consumer [1] 1/19
contained [1] 56/16
contemplating [2] 9/1 9/2
context [4] 11/17 23/6 45/19 55/2
contingency [1] 15/2
continue [2] 13/5 18/15
CONTINUED [2] 2/1 3/1
continuing [3] 11/18 11/23 17/11
contour [1] 17/12
contours [1] 20/25
conversation [4] 41/11 41/17 52/11 55/4
conversations [1] 51/9
core [1] 42/21
correct [2] 20/4 67/3
correctly [3] 19/14 19/14 36/16
costly [1] 36/21
could [17] 7/21 14/25 20/14 20/23 20/20 20/24 20/24 22/19 25/7 39/2 40/20 46/4 51/11 53/9 54/20 56/11 61/9
couldn't [1] 51/13
counsel [2] 4/8 4/25
count [3] 17/4 47/2 51/24
counts [2] 50/14 62/2
couple [8] 7/22 12/6 12/11 16/1 48/6 61/14 63/4 65/10
course [10] 13/19 14/4 15/1 15/2 23/8 32/16 33/5 54/8 55/1 59/15
court [17] 1/1 3/2 3/3 5/12 5/14 7/23 8/14 11/1 11/7 19/22 30/7 30/18 31/21 32/7 32/17 46/2 67/7
covered [1] 60/17
covers [1] 6/12
COVID [1] 67/6
COVID-19 [1] 67/6
create [1] 34/11
credit [1] 43/18
critical [1] 56/23
critically [1] 24/1
cropping [1] 27/2
CRR [2] 67/2 67/11
curious [1] 5/5
currently [1] 43/6
custodial [2] 58/5 58/9
custodian [2] 58/3 58/4
custodians [1] 7/24 18/16 18/22 18/24 19/4 19/7 42/1 42/5 42/9 52/15 55/20
cutting [1] 30/16
CV [1] 1/4

## D

D.C [4] 1/5 1/14 2/3 3/5
Dakota [3] 46/10 46/14 47/14
dark [3] 21/15 28/21 52/7
data [1] 22/22
date [15] 6/24 16/3 16/6 22/8 24/7 24/21 24/24 30/4 30/9 30/20 39/11 39/13 43/6 65/9 67/10
dated [2] 28/2 34/25
dates [7] 10/14 31/6 31/7 33/23 35/21 40/6 40/22
dating [2] 6/19 6/20
day [4] 35/10 43/9 43/19 61/25
days [6] 14/16 14/16 16/17 36/14 64/25 65/1
deadline [4] 13/23 14/5 14/10 63/8
deal [1] 16/10
dealing [1] 24/13
dearth [1] 30/22
decade [2] 33/19 34/5
decide [2] 22/10 47/11 65/14 65/19
decided [2] 6/23 21/4
deciding [1] 63/10
decision [2] 22/9 22/9
declined [2] 39/14 39/16
deconstruct [1] 52/3
deemed [12] 56/8 57/6 57/20 58/6 58/6 58/12 58/15 58/18 58/24 59/11 61/4 61/16
defendant [8] 1/7 2/2 4/7 33/5 33/12 34/7 34/7 34/9
defendants [1] 33/7
defined [1] 54/21
delay [3] 21/12 25/9 27/3
delimited [2] 27/9 27/22
delta [2] 22/4 52/5
Denver [1] 1/22
DEPARTMENT [19] 1/13 1/18 12/1 12/3 12/5 13/2 15/3 22/5 32/23 33/2 41/22 46/25 47/7 54/13 54/22 55/18 55/22 56/24 65/18
Department's [1] 59/5
depending [1] 50/14
depends [2] 8/22 34/15
deposition [1] 10/6
depositions [13] 5/4 8/11 8/15 9/2 9/3 9/12 9/18 12/4 15/1 15/4 15/6 15/13
described [1] 32/17
describes [1] 54/17
deserve [1] 43/18
detail [3] 7/4 13/21 29/1
detailed [1] 33/24
details [3] 7/14 7/20 25/23
determine [1] 64/15
determined [2] 58/10 62/6
developed [1] 36/9
dial [2] 25/6 27/15
dial-in [1] 27/15
Diane [2] 1/18 4/5
diane.hazel [1] 1/23
did [10] 12/19 13/7 19/13 19/14 23/3 26/1 32/13 50/8 51/16 62/7
didn't [8] 7/13 29/25 36/21 37/9 48/19 50/17 59/16 60/10
different [8] 36/14 46/24 49/13 52/17 53/23 56/25 56/25 57/1
difficult [1] 18/5
digest [1] 21/13
Dintzer [24] 1/13 4/5 5/9 7/9 15/11 16/2 19/3 19/12 19/13 24/3 26/1 29/7 29/16 33/17 34/12 36/12 37/12 37/20 38/25 41/3 42/24 46/16 50/2 65/4
Dintzler [1] 11/25
directing [1] 23/23
directly [1] 35/10
disconnect [1] 60/24
discovery [11] 5/2 5/2 12/3 13/16 15/3 15/8 15/23 17/12 43/1 44/14 51/16
discuss [4] 11/12 39/11 39/13 65/10
discussing [1] 55/5
discussion [5] 12/14 23/16 41/21 44/7 55/12
disembodied [1] 4/10
dismiss [1] 6/14
display [1] 46/12
dispute [5] 24/14 43/24 48/19 51/12 56/2
disputes [2] 27/2 51/5
disrupts [1] 16/18
dissimilar [1] 57/2
distribution [2] 40/18 49/6
DISTRICT [3] 1/1 1/1 1/10
dive [1] 4/20
do [49] 6/10 8/4 8/13 11/10 14/2 16/17 17/20 17/21 17/25 20/8 20/18 23/13 23/25 23/25 29/11 30/10 30/13 30/24 31/22 31/22 32/5 35/19 37/9 37/10 38/21 39/14 39/16 40/2 40/14 41/9 41/15 42/2 42/3 42/4 43/22 44/13 44/23 47/12 51/1 51/18 52/7 53/16 54/8 54/12 58/23 58/23 61/16 63/7 65/11
do you [1] 44/23
document [17] 5/4 5/25 6/19 16/3 18/13 26/24 28/6 28/11 30/17 36/14 36/18 42/12 42/16 47/16 53/20 57/11 58/17
document-review [1] 58/17
documents [68]
does [10] 13/1 17/23 24/11 24/21 25/10 35/10 43/4 43/14 52/5 65/21
doesn't [5] 9/5 16/16 31/15 45/7 49/14
doing [13] 4/15 9/24 11/24 17/8 17/10 21/12 34/3 37/15 47/13 47/20 53/24 62/5 65/5
DOJ [7] 11/22 13/11 15/2 33/21 33/24 38/14 54/25
don't [44] 5/9 7/12 7/20 10/14 14/10 15/14 17/4 20/10 24/4 25/22 26/21 29/16 31/9 33/18 34/21 35/3 36/16 36/17 36/24 40/8 41/3 42/5 44/23 46/9 46/14 47/23 48/25 49/19 50/3 50/4 51/17 52/22 53/22 55/15 56/1 56/5 56/10 60/13 60/14 61/7 61/19 62/1 63/15 65/11
done [22] 5/3 15/9 18/19 18/24 31/13 31/17 32/5 37/14 42/24 43/19 43/19 44/15 45/12 47/2 49/9 49/13 52/6 52/25 61/10
double [1] 59/23
down [9] 5/24 6/6 24/18 25/16 43/23 51/24 53/9 63/13 64/18
dozen [2] 22/6 23/5
dozens [4] 22/1 47/15 49/12 49/12
dozens [4] 22/1 47/15 49/12 49/12
dramatically [1] 40/12
drawn [1] 7/3
drill [1] 25/16
druthers [1] 13/22
dueling [1] 48/20
duplication [1] 12/2
durability [1] 6/21
during [12] 20/21 21/6 34/19 38/9 55/17 56/8 56/19 57/20 58/4 61/2 61/4 67/5
duty [1] 30/16

## E

each [3] 25/16 45/20 52/5
earlier [7] 15/15 28/7 38/2 38/11 40/22 55/9 63/5
early [8] 8/8 8/21 20/19 20/23 25/10 34/6 35/23 59/3
ease [1] 13/8
easily [1] 45/11
easy [1] 53/18
effectively [1] 10/15
efficient [2] 32/20 43/9
efficiently [4] 6/8 8/18 8/18 10/7
efforts [3] 4/11 29/3 53/1
eight [3] 39/23 40/20 42/20
eight-year [1] 42/20
either [4] 10/3 45/13 60/7 63/12
electronic [1] 51/16
eleventh [1] 60/9
eliminate [1] 12/2
else [4] 57/17 59/14 66/1 66/3
elucidate [1] 56/12
email [6] 1/15 1/23 1/23 2/4 2/5 26/10
embedded [1] 45/1
emphasize [2] 29/12 37/25
end [16] 5/2 7/25 9/24 11/10 11/23 15/8 16/10 18/19 19/1 19/7 19/17 19/19 35/10 42/1 43/8 43/19
ends [1] 63/5
engage [1] 37/9
engaged [1] 18/12
engine [1] 46/13
engineering [1] 52/16
enough [1] 52/21
ensure [1] 24/1

## E

entire [2] 17/12 60/19
entitled [3] 27/25 31/25 32/9
envisioning [1] 14/14
equate [1] 61/7
equinox [1] 15/5
equivalent [1] 16/5
especially [1] 31/2
estimated [2] 18/18 18/24
estimation [1] 35/8
et [2] 1/3 4/3
evaluate [2] 19/25 49/19
eve [1] 60/1
even [6] 9/5 12/8 25/7 31/22 39/25 52/20
event [1] 4/14
events [2] 33/23 43/5
every [2] 16/17 33/19
everybody [4] 4/14 25/15 46/11 66/3
everyone [1] 13/9
everything [2] 41/8 57/17
evidence [2] 35/12 44/18
evolved [1] 36/10
exact [3] 10/14 10/16 57/12
exactly [2] 10/15 26/21
example [16] 5/23 6/15 9/25 12/4 23/1 25/4 25/16 28/12 28/13 32/23 40/17 42/11 42/11 48/12 53/18 53/21
excellent [1] 64/8
exchange [2] 17/11 39/9
exclude [1] 59/24
excluded [2] 59/7 59/14
excluding [1] 59/7
exclusionary [2] 54/16 55/6
excuse [3] 4/17 9/2 54/11
Exhibit [2] 25/17 32/24
existing [1] 48/4
expand [3] 40/12 48/1 53/17
expanded [1] 61/12
expanding [2] 36/18 40/6
expect [2] 18/14 21/16 49/1
expectation [1] 5/8
expected [1] 31/4
expedite [2] 13/16 55/11
expeditiously [1] 54/10
experience [1] 17/10
experiments [1] 45/21
expert [2] 5/2 51/21
explain [2] 34/3 36/25

explained [1] 37/21
explanation [1] 33/11
exponentially [2] 25/8 25/10
express [1] 54/21
expressing [2] 14/23 65/5
expressions [1] 45/2
expressly [1] 55/5
extensions [2] 23/23 24/21
extent [9] 13/13 27/8 27/22 30/21 40/21 46/25 55/3 55/3 64/14
extra [1] 43/7
extremely [1] 11/21

## F

faces [1] 4/9
fact [13] 5/2 5/24 6/22 10/24 13/15 15/8 31/12 35/18 43/17 45/25 47/5 49/12 56/11
factor [1] 42/2
factors [1] 28/21
facts [1] 43/2
fairly [2] 20/5 31/23
faith [2] 43/15 43/17
fall [4] 5/8 15/4 23/24 25/10
far [6] 6/20 6/21 6/23 11/6 39/23 65/21
farther [1] 9/15
fashion [1] 56/22
fast [3] 6/7 31/20 32/2
February [8] 21/9 23/1 35/23 35/23 36/11 36/12 46/2 60/3
Federal [2] 38/6 38/8
feed [1] 26/11
feel [3] 9/21 44/6 44/12
few [2] 22/22 47/3
field [1] 20/24
fighting [1] 47/14
figure [1] 6/15
figures [1] 42/2
figuring [1] 53/20
file [2] 58/5 58/9
filed [3] 4/19 39/5 60/3
filing [3] 14/10 30/7 39/4
fill [1] 23/10
final [1] 16/25
finalized [1] 22/16
find [6] 8/4 25/11 41/1 42/8 43/2 60/11
finish [1] 23/18
finishes [1] 10/2
Fios [1] 64/6
first [18] 10/2 21/22 23/17 24/6 29/11 33/13 33/19 39/12 41/7 41/12 41/16 43/21 44/4 45/19 47/24 53/10 57/8 63/5
five [5] 28/11 28/14 36/18 57/19 59/21
flagged [1] 59/3

flows [1] 49/8
flying [1] 30/18
focused [2] 30/1 62/22
focusing [1] 34/8
follow [3] 5/5 34/5 64/24
follow-on [1] 64/24
following [4] 23/17 27/7 60/25 65/11
follows [2] 27/6 47/23
forecloses [2] 54/16 64/17
foregoing [1] 67/3
forth [3] 45/3 59/6 59/16
forward [14] 12/3 24/2 33/10 33/15 34/4 34/10 35/6 35/16 43/9 47/6 47/18 54/10 56/21 65/22
found [2] 5/20 10/20
four [1] 44/23
frame [4] 51/2 53/2 53/17 57/18
framing [1] 23/13
frankly [4] 44/12 48/23 53/7 53/14
Friday [1] 4/19
front [6] 6/6 15/16 16/10 18/2 31/15 35/14
frozen [2] 62/16 63/15
FTC [1] 38/12
FTC's [1] 38/19
full [4] 14/13 17/23 17/23 40/8
full-blown [1] 17/23
full-bore [1] 17/23
fully [2] 18/14 20/4
further [4] 18/7 29/3 41/21 49/19
future [2] 12/3 64/21

## G

gathering [2] 16/11 18/3
gave [2] 19/3 31/17 35/24
gee [1] 50/3
general [2] 34/16 46/25
generate [4] 40/10 40/14 49/1 51/17
generated [1] 54/2
generating [2] 53/6 53/12
genesis [2] 33/20 34/1
germane [1] 48/25
get [50] 4/12 6/2 7/25 8/18 8/19 9/15 9/16 9/20 9/21 9/23 10/1 10/2 10/4 10/16 11/22 15/11 15/22 18/6 19/6 20/12 20/23 20/23 20/24 21/20 22/22 23/18 29/8 29/21 31/24 44/5 46/14 46/17 46/22 51/6 52/19 52/21 52/25

60/10 62/25 63/18 65/14 65/18
getting [16] 6/4 8/22 8/23 9/10 9/11 10/6 10/6 20/20 21/16 21/17 23/7 24/18 26/12 27/1 47/18 53/25
give [21] 5/23 9/24 17/4 19/4 22/7 23/3 23/7 33/8 34/16 35/13 36/22 41/8 41/16 43/20 46/9 51/8 51/24 52/7 53/1 59/19 62/9
given [11] 8/14 12/4 23/8 25/3 28/12 28/24 31/1 35/25 35/25 36/1 57/15
giving [4] 23/4 41/25 43/7 47/9
global [2] 24/18 44/2
go [30] 7/4 10/8 16/10 20/9 22/17 22/23 26/16 28/14 28/15 29/15 30/11 31/20 32/2 32/17 33/19 33/22 35/10 35/19 37/1 38/21 41/15 41/21 47/18 48/8 49/18 50/21 52/10 53/21 57/5 62/18
go ahead [1] 22/23
go-around [1] 48/8
goes [3] 6/18 54/18 60/3
going [72]
gone [3] 25/21 36/5 37/14
good [7] 4/2 4/8 25/15 41/4 43/15 43/17 51/4
Good morning [2] 4/2 4/8
GOOGLE [79]
Google's [15] 6/11 6/12 6/16 6/17 6/21 9/5 9/8 9/14 16/3 39/3 45/22 46/4 49/9 52/25 54/16
got [13] 10/17 10/20 11/3 23/5 41/24 42/23 43/3 43/20 45/1 47/11 55/24 60/19 65/9
government [22] 4/6 7/17 8/10 23/4 23/8 27/8 27/25 28/7 37/16 40/21 42/11 43/25 44/15 45/1 45/4 47/25 48/19 52/9 53/8 55/24 61/10 62/25
government's [4] 27/24 35/11 44/22 61/3
grant [1] 52/19
granted [1] 23/23
grave [1] 6/22
great [2] 16/10 51/17
greater [1] 13/20
groups [1] 28/4
grow [2] 25/8 25/10
guess [10] 4/21 16/1

50/16 38/5 47/12 48/12 50/16 56/5 58/1 58/14
guidance [1] 12/8
guiding [4] 28/22 28/22 47/19 62/24
gumshoe [1] 53/24

## H

had [21] 4/17 5/18 6/8 10/25 13/22 18/17 18/18 20/21 20/25 21/3 23/6 23/9 24/9 24/12 26/18 31/18 35/5 46/10 48/18 48/20 56/18
hadn't [1] 20/25
half [2] 57/19 59/22
hand [3] 5/19 8/19 8/23
handle [1] 28/23
hands [2] 16/24 17/13
happen [2] 23/24 39/25
happened [1] 56/7
Happens [1] 26/20
hard [3] 13/9 15/10 28/16
harm [4] 11/18 11/23 54/14 54/21
harm's [1] 52/22
harmed [1] 52/20
harming [1] 54/18
harping [2] 20/19 20/19
has [32] 5/18 6/3 6/23 7/17 7/23 8/14 11/25 12/9 16/10 20/9 20/17 23/9 24/4 30/7 30/13 33/5 33/24 35/16 35/19 42/11 43/6 43/14 47/8 53/7 54/19 56/7 57/4 61/10 61/12 61/23 62/6 64/8
hasn't [2] 32/10 45/3
hate [1] 59/2
have [128]
haven't [4] 6/5 25/21 37/14 47/2
having [7] 25/22 31/16 32/17 35/14 42/24 60/2 65/10
Hazel [2] 1/18 4/5
he [6] 19/6 19/17 31/14 31/15 58/4 64/1
he said [1] 19/17
he's [4] 27/13 63/15 64/3 64/3
head [3] 27/19 34/21 43/3
healthy [1] 4/15
hear [13] 5/5 7/19 11/7 11/13 15/22 19/2 19/13 19/14 27/18 50/17 59/16 62/19 62/20
heard [6] 16/2 22/19 37/20 57/25 60/2 62/13
hearing [3] 55/10 65/20 67/5
hearings [2] 4/17 12/9
heartburn [1] 46/9

**H**

**heck [1]** 24/8
**help [3]** 56/12 58/1 58/2
**helped [1]** 24/9
**helpful [5]** 12/10 13/6 15/20 22/18 23/12 35/2 38/24 40/23
**here [41]** 4/11 4/13 10/17 11/12 12/10 14/7 15/5 17/13 23/18 23/23 24/17 24/20 25/7 25/11 26/3 26/5 26/22 27/3 27/5 29/3 29/4 35/11 37/4 38/15 40/13 40/23 43/3 43/16 43/20 44/16 45/9 47/2 52/1 52/7 55/18 56/2 57/11 58/8 60/24 61/6 61/20
**here's [3]** 42/7 51/23 55/16
**hey [2]** 60/6 60/15
**Hi [1]** 63/20
**him [6]** 26/2 26/10 31/15 63/15 63/19 63/23
**his [3]** 26/11 26/12 58/5
**historic [1]** 29/13
**hit [24]** 7/22 9/12 17/19 28/12 31/18 31/19 36/13 36/17 36/22 40/14 41/8 41/16 44/5 50/14 51/7 51/8 51/18 53/6 53/12 53/20 53/25 54/1 57/9 57/16
**hits [3]** 40/12 41/2 48/2
**hold [1]** 11/9
**holding [1]** 11/20
**home [4]** 63/16 64/1 64/3 64/9
**homework [1]** 31/17
**honestly [2]** 29/24 30/2
**Honor [85]**
**HONORABLE [1]** 1/10
**hope [5]** 4/14 7/25 8/21 25/25 34/23
**hoped [3]** 5/18 6/8 35/8
**hopefully [5]** 51/3 51/4 52/18 64/9 65/3
**hour [1]** 49/16 60/9 66/2
**hours [1]** 52/12
**how [16]** 4/13 21/4 21/22 24/15 28/23 33/4 36/1 36/2 36/9 36/9 36/15 42/2 45/25 51/17 56/22 65/11
**huge [1]** 38/19
**hundreds [2]** 38/13 38/13
**hungry [1]** 66/3
**hypothetically [1]** 42/10

**I**

**I am [2]** 37/19 51/20

**I apologize [1]** 26/2
**I** 46/20
**I believe [8]** 12/23 16/16 18/18 19/5 26/6 27/13 35/23 60/4
**I can [8]** 7/4 10/16 11/6 28/10 29/4 30/14 44/2 51/22
**I can't [1]** 17/4
**I don't [4]** 7/12 24/4 26/21 55/15
**I don't have [1]** 51/17
**I don't think [7]** 10/14 14/10 29/16 33/18 36/16 49/19 61/19
**I guess [10]** 4/21 16/1 27/6 38/5 47/12 48/12 50/16 56/5 58/1 58/14
**I have [5]** 8/12 37/20 51/15 58/14 60/25
**I haven't [1]** 25/21
**I hope [2]** 4/14 34/23
**I just [2]** 22/21 39/2
**I know [3]** 13/9 22/15 48/10
**I mean [21]** 8/14 10/25 11/2 17/21 17/22 21/25 24/10 24/22 29/24 29/24 30/1 30/10 30/22 40/16 40/19 41/6 41/10 42/11 45/19 48/10 61/6
**I misspoke [1]** 19/21
**I noticed [1]** 48/15
**I should [2]** 48/12 61/11
**I think [26]** 10/11 14/6 16/9 17/17 18/22 20/5 21/10 22/2 22/3 22/6 28/2 33/1 34/9 35/18 36/16 39/25 47/13 47/22 53/14 53/22 55/9 59/12 60/21 60/24 61/22 63/7
**I thought [4]** 4/10 8/25 19/12 19/17
**I told [1]** 16/9
**I understand [7]** 5/14 41/5 41/13 41/14 46/19 46/22 55/16
**I want [6]** 7/19 25/12 29/11 37/19 39/21 47/3
**I wanted [2]** 4/24 37/25 48/8
**I was [10]** 19/2 19/22 20/19 26/12 26/21 27/7 27/21 38/23 62/21 64/12
**I will [7]** 24/8 24/10 26/10 40/2 52/19 52/19 63/7
**I would [3]** 40/13 41/20 52/6
**I'd [2]** 5/5 12/6
**I'll [10]** 9/24 20/17 29/8 47/12 63/2 63/7 64/10 65/14 65/14 65/19
**I'm [35]** 7/9 14/23 24/3 24/17 26/2 26/3 26/4 26/5 27/15 28/9 28/20

39/10 39/10 40/11 41/13 43/11 43/15 45/21 45/23 46/7 46/16 48/12 52/6 52/7 54/9 56/2 58/2 60/22 64/17 66/3
**I'm going [2]** 7/9 34/22
**I'm just [2]** 43/11 60/22
**I'm not [7]** 24/3 43/16 45/6 45/21 45/23 46/7 64/17
**I'm not sure [1]** 48/12
**I'm sorry [1]** 26/4 39/10 39/10
**I'm sure [2]** 54/9 66/3
**I've [5]** 4/17 10/16 23/19 45/8 47/11
**ideal [2]** 40/4 40/5
**ideally [1]** 9/16
**identified [3]** 5/13 44/24 63/9
**identify [2]** 37/4 45/23
**illegal [1]** 49/11
**imagine [1]** 38/10
**immediately [3]** 32/12 51/9 51/14
**impacted [1]** 59/18
**impasse [2]** 43/24 65/16
**implicit [1]** 56/2
**importance [2]** 43/13 46/22
**important [16]** 10/8 11/21 13/17 14/7 24/1 25/6 31/1 31/22 33/20 33/25 35/9 45/25 46/6 46/13 47/14 54/13
**importantly [1]** 28/19
**imposing [1]** 30/9
**include [5]** 9/5 45/13 49/18 50/3 50/4
**included [3]** 46/4 48/15 50/1
**including [1]** 49/24
**incomplete [2]** 9/23 10/1
**inconsistent [1]** 39/3
**incorporate [1]** 33/22
**incorporated [2]** 48/1 48/8
**incorporating [2]** 47/8 55/4
**incremental [2]** 36/15 38/20
**indeed [1]** 32/19
**indicated [2]** 7/23 23/19
**indicates [1]** 12/13
**individual [1]** 45/24
**info [1]** 27/16
**information [12]** 30/21 30/22 32/21 32/22 33/6 33/6 34/6 36/20 39/7 39/8 40/22 53/7
**informed [1]** 33/15
**initial [3]** 14/10 14/17 18/15

**Insofar [1]** 64/21
**instance [5]** 7/6 33/13 43/21 44/4 45/10
**instances [1]** 13/25
**instead [2]** 39/14 42/19
**instructs [1]** 50/21
**integration [1]** 48/4
**intelligent [2]** 29/5 41/17
**intelligently [1]** 40/7
**intended [1]** 13/7
**interest [3]** 10/1 61/12 61/20
**Internet [1]** 26/19
**interrupt [4]** 7/9 27/12 37/18 46/16
**introduced [1]** 47/4
**introductory [1]** 9/17
**investigated [1]** 38/6
**investigation [21]** 20/21 21/7 34/14 34/16 34/19 38/9 38/15 38/19 42/25 55/17 56/19 57/3 57/9 57/13 57/21 57/24 58/4 58/18 58/25 61/5 61/13
**investigative [2]** 56/9 61/2
**investigatory [1]** 34/17
**involve [1]** 53/21
**involved [1]** 34/17
**involvement [1]** 12/7
**involving [1]** 4/12
**irrelevant [5]** 44/2 45/14 58/12 58/15 58/17
**is [175]**
**is there [1]** 66/1
**isn't [3]** 42/25 47/6 53/15
**isolate [1]** 52/17
**issue [35]** 7/14 13/1 13/5 13/24 15/1 21/4 21/21 21/25 22/10 22/10 24/4 28/23 29/12 29/17 30/3 30/10 35/9 44/10 44/13 46/21 46/22 54/11 55/14 56/12 56/15 58/8 59/1 63/10 63/12 64/16 64/20 64/23 65/1 65/4 65/4
**issued [9]** 13/4 13/15 13/15 14/15 21/10 22/6 64/14 64/14 64/23
**issues [29]** 4/20 7/17 8/5 12/15 15/7 15/23 16/2 20/14 21/19 23/14 24/5 24/6 24/18 26/19 26/23 27/1 27/4 32/18 33/16 34/11 37/8 40/17 43/5 44/3 50/25 51/3 56/18 65/13 65/16
**issuing [1]** 13/3
**it [99]**
**it would be [2]** 13/6 53/16

**its [9]** 27/25 35/11 35/12 38/14 53/11 61/12 63/12 64/23 65/2
**itself [2]** 31/16 45/7
**Ivy [2]** 48/14 49/24

**J**

**January [2]** 21/9 23/9
**JC [3]** 26/2 26/15 63/18
**JCR [1]** 45/21
**Joe [5]** 9/25 10/1 10/4 10/5 10/5
**Joe Smith [4]** 9/25 10/1 10/4 10/5
**Joe Smith's [1]** 10/5
**John [2]** 2/2 2/4
**Joint [14]** 4/18 5/13 7/18 12/12 12/18 15/23 21/20 23/15 29/2 37/22 53/8 61/14 65/18 65/20
**jointly [2]** 12/4 12/20
**joke [1]** 64/8
**jon.sallet [1]** 1/23
**Jonathan [2]** 1/17 4/5
**jschmidtlein [1]** 2/4
**JSR [1]** 39/5
**JSRs [1]** 32/5
**judge [4]** 1/10 25/15 43/14 50/19
**judgment [2]** 36/7 56/17
**judgments [1]** 36/8
**Judicial [1]** 1/20
**juggling [1]** 17/13
**jump [2]** 51/9 51/14
**June [1]** 19/1
**just [56]** 4/24 5/23 5/23 7/5 7/20 7/22 8/25 10/9 10/11 11/17 12/6 12/11 16/1 20/17 22/9 22/21 22/25 22/25 23/5 23/10 23/16 26/12 27/7 30/23 32/4 32/15 33/17 34/4 34/12 34/16 39/2 40/13 43/11 45/19 45/24 46/5 49/25 52/13 52/15 52/16 53/5 53/11 53/11 53/13 54/5 54/13 55/18 58/2 58/13 60/22 61/3 61/4 61/7 61/15 63/5 65/14
**JUSTICE [14]** 1/13 12/1 12/3 12/5 13/3 15/4 22/5 33/2 46/25 47/7 54/14 55/19 55/22 66/5

**J**

**Justice's** [2] 32/23 54/22
**justification** [1] 42/13
**justify** [1] 37/1

**K**

**keen** [1] 33/3
**keep** [5] 5/21 8/5 11/24 45/16 63/23
**Kenneth** [1] 1/13 4/5
**kenneth.dintzer2** [1] 1/16
**kind** [7] 15/10 15/14 20/7 20/8 33/8 42/16 53/24
**kinds** [1] 15/13
**knew** [2] 36/9 36/21
**know** [98]
**known** [1] 31/12
**knows** [7] 12/16 13/2 17/9 21/8 30/15 45/4 49/4

**L**

**labeled** [1] 30/17
**large** [4] 16/20 31/3 59/20 60/13
**larger** [1] 59/24
**last** [20] 4/19 10/10 10/15 14/25 16/8 16/9 17/5 18/20 18/21 19/5 20/17 24/14 39/23 41/23 48/8 49/15 50/2 55/14 60/5 60/11
**last-minute** [1] 60/5
**late** [5] 25/10 32/3 32/4 49/16 50/17
**later** [6] 8/24 20/12 24/9 34/5 35/7 35/7
**launch** [1] 49/13
**launches** [1] 45/10
**laundry** [1] 49/16
**law** [6] 1/18 31/1 32/19 32/20 32/25 33/7
**League** [2] 48/14 49/25
**least** [10] 9/1 10/10 17/10 24/6 28/24 35/6 40/8 47/9 51/4 53/10
**leave** [4] 19/4 47/3 51/13 61/25
**left** [1] 23/5
**less** [1] 18/7
**let** [9] 11/13 12/11 13/20 15/21 17/16 21/20 23/16 27/7 29/7
**let's** [14] 10/18 11/9 11/9 15/4 27/4 44/10 46/10 50/24 53/5 53/13 55/14 63/4 63/5 65/9
**Let's see** [1] 10/18
**letter** [1] 30/6
**level** [3] 17/8 20/23 49/1
**lexicon** [1] 51/8
**life** [1] 51/16
**like** [32] 6/2 9/21 9/25 11/6 11/7 12/6 13/23

17/23 18/6 18/6 20/10 26/1 36/24 38/17 38/25 43/1 45/4 50/5 50/14 50/14 51/19 52/9 52/14 55/18 59/2 61/8 61/17 62/7 63/14
**likely** [3] 18/2 18/7 44/18
**limitation** [1] 30/20
**limitations** [2] 30/4 67/7
**limited** [1] 30/8
**limits** [1] 56/4
**line** [6] 15/16 18/2 23/18 26/23 47/5 62/4
**lines** [2] 7/2 61/22
**link** [1] 33/4
**list** [4] 11/11 47/24 49/16 62/14
**listed** [2] 45/24 47/1
**listen** [1] 50/13
**literally** [2] 17/13 43/2
**litigate** [1] 20/14
**little** [12] 17/9 17/17 17/18 18/5 19/9 21/21 26/11 26/22 28/20 36/12 52/6 60/22
**LLC** [2] 1/6 4/4
**LLP** [1] 2/2
**loggerheads** [1] 8/4
**long** [7] 29/21 29/25 36/5 45/16 47/15 49/16 51/17
**longer** [1] 9/15
**look** [17] 13/22 13/23 17/23 18/6 25/22 26/23 31/24 35/5 35/15 37/4 37/19 39/21 39/24 47/22 50/14 53/4 60/25
**looked** [1] 48/10
**looking** [8] 17/3 18/11 21/12 38/12 40/22 57/22 58/16 59/19
**looks** [7] 20/10 26/1 38/25 46/13 61/17 62/7 63/14
**loose** [1] 63/4
**lose** [2] 26/2 62/7
**lost** [8] 26/1 26/2 26/6 27/13 35/18 39/10 62/7 63/15
**lot** [21] 5/3 12/10 15/9 16/16 21/6 35/18 35/24 36/6 36/20 37/3 38/11 39/22 43/18 45/2 45/5 48/24 49/2 50/1 52/15 52/16 57/7
**lots** [1] 35/20

**M**

**made** [14] 16/7 16/14 16/15 18/16 28/1 28/3 30/6 33/4 33/25 35/22 36/11 36/23 37/11 38/7
**magistrate** [2] 25/20 43/12
**magnitude** [1] 43/13

**maintenance** [1] 6/12
**make** [27] 5/20 8/8 8/9 8/15 8/15 8/17 10/13 12/25 13/14 16/16 20/5 20/17 27/7 27/21 29/21 31/25 32/1 35/14 36/8 40/2 47/8 52/25 53/5 57/22 59/23 64/8 65/21
**makes** [4] 18/5 18/8 25/13 53/5
**making** [2] 20/11
**man** [1] 40/11
**manage** [1] 31/4
**Management** [2] 4/23 5/7
**manner** [2] 43/9 55/6
**many** [6] 20/15 20/15 21/22 30/2 59/20 59/20
**March** [1] 1/5 10/19 10/19 10/19 10/20 13/4 16/15 16/16 19/5 21/9 23/2 30/5 30/7 51/1 60/2 60/4 60/5 67/10
**March 23rd** [1] 10/19
**market** [5] 6/16 6/17 40/18 54/20 54/22
**market share** [2] 6/16 6/17
**markets** [2] 25/5 54/17
**Master** [3] 25/20 25/22 43/12
**material** [4] 20/6 20/9 21/3 25/7
**materials** [3] 21/8 21/13 23/9
**matter** [2] 57/1 67/4
**matters** [3] 38/7 42/18 57/14
**max** [1] 17/19
**may** [20] 13/25 15/14 18/19 26/1 26/25 34/2 34/5 34/14 37/24 43/7 45/5 45/7 47/5 50/13 50/13 54/6 56/25 61/14 62/7 65/16
**maybe** [13] 4/12 7/22 8/8 15/13 19/11 26/11 26/16 44/24 47/7 53/24 56/2 56/13 61/25
**me** [36] 4/17 9/2 11/13 12/11 13/20 15/21 17/16 21/20 22/7 23/3 23/16 24/14 25/24 27/7 28/16 29/7 34/16 35/13 44/3 45/10 45/15 47/17 47/20 51/24 52/4 52/20 53/14 54/1 56/12 58/1 58/2 62/9 62/19 64/7 65/12 65/12
**me-too** [1] 23/3
**mean** [38] 8/14 8/25 10/25 11/2 17/21 17/22 20/1 20/1 21/25 22/7 22/21 24/10 24/11 24/21 24/22 28/10 28/19 29/24 29/24 30/1 30/2 30/10 30/11 30/22

42/11 44/12 45/19 46/8 46/15 46/21 48/10 49/14 53/4 61/6
**meaningful** [1] 44/6
**means** [1] 23/25
**meant** [2] 26/9 37/25
**mechanical** [1] 3/6
**meet** [11] 12/14 15/10 37/7 37/15 39/12 41/7 41/12 50/20 51/3 62/14 62/22
**MEHTA** [1] 1/10
**mentioned** [1] 37/12
**merely** [1] 44/23
**Merit** [1] 3/2
**met** [1] 36/23
**methodically** [1] 30/11
**methodologies** [1] 18/1
**Michael** [1] 1/13
**micromanage** [1] 43/12
**Microsoft** [1] 50/4
**mid** [2] 6/19 18/23
**mid-2000s** [1] 6/19
**might** [10] 14/2 35/8 38/10 53/21 58/12 58/13 58/25 60/17 60/18 63/1
**million** [16] 16/5 17/6 25/1 25/2 28/16 40/13 41/2 57/19 59/22 61/19 61/24 62/2 62/5
**millions** [8] 24/13 40/15 47/16 47/17 52/14 52/14 52/14 59/20
**minute** [3] 5/15 46/5 60/5
**minutes** [1] 66/2
**misheard** [2] 19/11 19/16
**missing** [1] 56/2
**misspoke** [1] 19/21
**moment** [2] 47/3 62/9
**Monday** [1] 16/23
**monopoly** [6] 6/12 6/21 28/2 29/13 33/25 49/8
**month** [1] 60/3
**months** [4] 4/22 9/3 15/7 23/22
**more** [30] 7/4 7/22 8/16 15/15 16/22 19/4 19/4 20/4 21/21 22/15 24/18 31/22 35/15 36/20 41/13 41/25 43/9 44/2 45/5 47/13 48/22 48/22 50/23 51/25 52/10 54/20 56/13 61/11 61/15 65/6
**morning** [3] 4/2 4/8 4/24
**most** [7] 14/6 18/2 21/5 25/13 32/20 33/6 33/14
**motion** [1] 6/13
**move** [10] 12/3 15/16

32/3 33/10 33/15 34/10 39/21 43/9 54/9 56/21
**moving** [6] 8/5 12/13 15/12 20/13 24/1 47/18
**Mr.** [74]
**Mr. Dintzer** [22] 5/9 7/9 15/11 16/2 19/3 19/12 19/13 24/3 26/1 29/7 29/16 33/17 34/12 36/12 37/12 37/20 38/25 41/3 42/24 46/16 50/2 65/4
**Mr. Dintzler** [1] 11/25
**Mr. Pichai** [1] 58/3
**Mr. Pichai's** [1] 58/9
**Mr. Sallet** [12] 5/10 11/13 13/18 15/19 16/2 29/7 31/21 32/13 42/24 54/6 55/13 65/3
**Mr. Schmidt** [1] 42/14
**Mr. Schmidtlein** [35] 5/10 15/21 17/16 19/13 22/7 26/2 26/7 26/8 26/14 27/13 27/15 27/17 29/8 31/9 32/14 35/3 37/18 39/3 41/18 47/22 51/15 53/14 54/12 56/13 58/23 61/18 61/22 62/7 62/8 62/11 62/16 63/9 63/14 64/1 64/11
**Mr. Schmidtlein's** [1] 61/9
**Mr.Dintzer** [1] 22/21
**Ms** [1] 63/20
**much** [9] 20/4 35/6 36/15 37/20 39/25 42/8 45/14 59/23 66/11
**multiple** [1] 53/19
**must** [6] 64/13 64/23
**mute** [3] 19/15 26/15 39/1
**my** [26] 8/12 10/9 11/11 17/10 23/17 24/10 24/20 24/25 25/11 25/25 26/22 26/22 27/4 28/22 34/21 35/8 36/7 46/9 46/24 48/18 51/21 52/7 52/20 55/16 62/24 64/9
**mystified** [1] 36/12

**N**

**name** [3] 49/24 50/3 52/5
**named** [1] 46/10
**names** [15] 44/13 44/24 45/3 45/3 47/1 48/7 48/7 48/24 49/13 49/17 49/22 50/5 50/6 52/1 52/17
**narrative** [3] 28/25 35/5 37/21
**narrow** [3] 54/1 54/1 60/16
**narrowing** [1] 53/10
**nationwide** [1] 29/13
**nature** [1] 31/1

**N**

Nebraska [2]  5/19 8/16
necessarily [3]  7/13
49/14 61/5
necessary [3]  33/14
40/3 52/13
need [22]  8/18 8/19
8/20 20/8 23/13 25/9
26/25 29/3 29/14 36/17
36/21 37/1 38/21 39/24
39/25 40/1 43/25 44/23
47/18 54/2 61/21 65/15
needed [1]  44/22
needing [1]  10/8
needs [5]  5/3 33/19
39/25 64/16 64/20
negotiate [1]  30/1
negotiations [1]  65/17
neighborhood [1]
18/23
neither [1]  43/11
never [8]  30/4 30/9
31/17 37/13 48/20
49/17 59/15 60/19
new [5]  35/7 45/20
56/5 56/10 58/13
next [16]  5/8 7/25
12/15 12/22 12/23
16/23 19/8 19/17 22/17
23/13 23/24 35/4 41/9
47/18 61/21 63/2
nice [2]  4/9 4/14
night [2]  49/15 50/17
no [13]  1/4 11/9 22/15
28/9 28/12 37/14 39/19
48/17 49/4 59/10 59/10
59/10 60/9
Nodding [1]  27/19
non [8]  56/4 57/6 58/18
58/24 59/12 61/12
61/17 62/23
non-overlap [1]  61/12
non-responsive [7]
56/4 57/6 58/18 58/24
59/12 61/17 62/23
nonresponsive [2]
56/8 57/20
north [3]  10/11 17/5
17/6
Northeast [2]  48/14
49/25
not [87]
note [4]  12/6 14/25
33/20 67/5
noted [1]  15/11
notes [1]  42/14
notice [1]  10/5
noticed [3]  9/6 14/11
48/15
noticing [1]  8/10
notion [1]  14/22
now [28]  4/21 16/23
20/6 23/19 23/25 23/25
24/10 24/22 24/24 27/1
27/16 28/9 35/14 42/1
43/10 45/5 47/23 47/24
50/10 53/7 55/5 56/4
56/9 58/7 58/25 61/2

**NW [3]**  1/14 2/3 3/4

**O**

objected [2]  31/11
39/16
objected-to [1]  39/16
objecting [1]  30/16
objection [3]  31/13
31/16 38/4
objections [4]  35/22
36/11 36/23 60/3
objective [2]  23/18
27/3
observation [1]  27/21
observations [2]  11/14
16/1
observed [1]  36/17
obtain [1]  35/12
obvious [1]  11/17
obviously [12]  5/4 7/19
9/16 40/24 41/21 41/24
45/1 50/13 51/16 57/2
59/17 61/20
occupied [1]  45/16
occurred [1]  67/5
occurs [1]  14/1
October [3]  8/13 8/22
15/8
off [6]  9/18 11/9 34/21
51/13 53/11 56/4
offer [1]  39/6
offered [2]  39/11 39/13
offering [1]  39/8
office [1]  64/4
Official [1]  3/3
oh [2]  27/13 37/12
okay [23]  7/16 8/7 8/24
14/21 14/24 15/18
19/24 26/21 27/20
29/18 35/1 35/2 39/10
39/18 40/12 46/18
57/10 58/20 58/22
59/12 60/21 63/3 65/21
once [4]  6/3 13/25
65/14 65/19
one [32]  4/16 10/10
14/7 14/12 14/25 20/22
23/2 27/8 28/9 29/25
30/14 30/15 32/16
32/19 33/13 33/17 34/1
35/9 37/24 42/10 42/18
43/7 46/14 46/24 51/22
53/16 53/17 53/23 60/4
61/7 62/9 65/6
ones [2]  45/24 50/12
only [10]  6/3 23/5 27/3
29/23 30/15 39/9 41/20
42/22 50/11 59/5

opening [3]  7/13 7/14
42/19
operating [1]  21/14
opportunity [3]  35/15
47/9 64/7
opposed [1]  4/9
opposite [1]  19/21
optimistic [1]  41/14
order [6]  4/23 5/7 10/9
10/21 10/24 59/23
ordered [4]  19/3 23/20
46/2 46/2
ordinarily [1]  25/19
ordinary [2]  43/1 43/3
original [1]  20/3
other [17]  5/18 8/2
10/23 14/9 14/9 14/16
33/17 37/10 37/15
37/16 37/25 42/5 42/8
50/12 59/19 60/8 64/25
others [2]  15/15 45/7
otherwise [1]  47/15
ought [11]  4/12 44/19
44/19 45/16 47/7 47/12
47/19 61/22 62/22
65/20 66/3
our [55]  4/11 4/16 5/7
5/8 5/13 5/22 6/9 6/11
6/15 6/25 7/1 11/15
11/20 12/12 12/16
13/11 16/21 16/24
16/25 17/8 20/2 21/2
23/9 27/3 30/7 30/17
32/2 32/10 33/2 33/2
35/22 36/9 36/23 37/11
38/3 38/3 38/16 38/16
38/22 46/13 47/13
48/20 48/23 52/9 55/1
55/4 56/17 57/4 57/10
57/17 59/14 59/18 60/3
60/15 62/14
ourselves [3]  8/4 25/11
60/11
out [26]  5/1 5/25 6/4
12/16 16/12 16/17
16/19 16/20 16/23
17/14 18/3 21/16 21/17
22/13 22/17 22/25 23/1
23/2 23/10 33/16 41/1
42/8 43/2 45/5 53/20
57/2
outlined [2]  4/21 61/14
outrageously [1]  31/3
outset [2]  14/2 53/4
over [6]  11/1 17/12
25/23 47/14 47/19
60/17
overall [5]  5/1 11/15
27/3
overlap [4]  55/3 56/17
61/11 61/12
overview [1]  7/5
own [3]  39/3 64/9 65/2

**P**

p.m [1]  66/12
pace [1]  17/18

39/10 39/11 44/16
48/24 49/23 50/6
page 24 [1]  39/11
pages [4]  16/5 17/5
17/7 47/17
pandemic [1]  67/6
paragraph [2]  6/17
54/15
parameters [7]  4/23
12/8 18/25 24/24 26/24
34/13 53/10
part [12]  13/17 25/21
30/15 38/3 38/3 38/14
38/16 53/8 55/4 55/22
57/13 61/20 62/21
particular [8]  15/13
27/22 41/22 45/13
47/11 49/23 50/11
53/19
particularly [4]  5/6
24/7 24/20 49/3
parties [33]  4/22 6/1
13/2 13/4 13/6 13/8
13/10 13/13 13/16
13/24 14/9 14/16 20/18
21/5 21/6 21/22 22/4
23/6 23/18 23/21 25/25
27/6 29/3 33/13 34/2
43/14 54/9 63/6 63/9
63/12 64/15 64/18 65/5
parties' [2]  4/18 23/14
partners [1]  40/19
party [31]  5/25 6/6 9/9
13/3 13/7 13/16 13/24
14/1 14/1 14/7 14/8
14/8 14/11 14/12 14/13
14/15 14/18 20/20
21/11 21/21 21/25
22/11 30/15 32/21 63/8
64/21 64/22 64/23
64/24 64/25 65/2
passing [1]  37/13
past [1]  39/21
Pause [4]  26/13 26/17
62/17 63/17
pencil [1]  8/12
people [3]  31/23 43/21
52/20
percent [1]  53/15
perfect [2]  9/16 42/5
perfectly [1]  25/14
perhaps [1]  33/3
period [9]  17/19 34/18
36/24 37/13 38/2 38/9
42/15 56/20 60/19
periods [5]  35/25 37/2
37/3 39/16 56/25
permutation [1]  26/25
permutations [1]  49/22
perspective [3]  11/20
18/16 38/22
pertain [1]  49/23
pertains [1]  49/24
phase [3]  34/17 56/9
61/2
phone [1]  4/10
physically [1]  52/19

Pichai [1]  58/3
Pichai's [1]  58/9
pick [1]  58/3
picture [3]  5/1 23/10
40/8
pieces [1]  36/14
pipeline [2]  20/7 20/9
place [7]  9/15 10/3
16/12 26/25 28/8 34/8
56/13
placed [1]  33/14
plaintiff [4]  1/13 1/17
43/1 43/3
plaintiffs [17]  1/4 8/16
8/17 9/2 17/1 20/11
20/21 21/3 21/24 33/2
33/12 34/9 39/6 39/14
39/14 65/23 66/7
plan [1]  65/22
play [1]  56/11
playing [1]  20/24
plead [1]  33/22
pleading [1]  33/9
pleads [1]  33/21
please [2]  62/10 67/5
pled [2]  6/12 32/8
plus [5]  8/3 36/6 42/3
52/15 62/5
point [11]  8/9 18/14
20/3 20/17 30/6 34/13
37/25 46/24 48/18
50/16 57/10
points [3]  9/12 22/22
27/8
poring [1]  25/23
portion [1]  51/4
position [11]  8/10
17/21 17/22 25/16 28/9
33/10 33/15 41/4 48/3
48/23 57/4
positioned [1]  42/25
possibility [1]  58/24
possible [8]  5/21 10/7
13/15 15/12 41/10 61/1
61/15 61/15
potentially [2]  24/11
25/24
practical [1]  61/16
prayers [1]  11/19
pre [2]  35/21 43/6
pre-date [1]  43/6
precise [2]  40/23 61/11
precision [2]  40/24
50/23
predict [1]  18/5
predicted [1]  12/18
prediction [1]  8/9
preface [1]  23/16
premium [1]  11/5
prepare [1]  6/25
prepared [1]  35/14
presented [4]  25/17
25/24 45/8 48/9
pressing [1]  41/22
presumably [1]  58/9
presumption [1]  64/19
presumptively [1]
63/13

**P**

pretty [2]  9/3 25/5
Prettyman [1]  3/4
previous [1]  54/24
previously [3]  37/12
58/10 58/11
prices [1]  46/12
primarily [1]  50/3
primary [1]  23/18
prime [1]  8/4
principle [2]  32/19
62/24
principles [1]  47/19
prior [2]  38/12 51/16
probably [1]  16/23
probative [1]  28/17
problem [3]  26/20
31/15 60/6
proceeding [2]  23/21
55/2
proceedings [4]  1/9
3/6 66/12 67/4
process [6]  13/17
16/19 20/15 22/17
55/11 55/22
processing [2]  16/11
16/25
produce [9]  10/21
17/22 28/13 28/15
31/11 41/2 44/18 45/14
52/12
produced [14]  3/7
10/18 16/4 16/6 16/22
17/1 20/25 21/1 21/7
21/8 21/14 38/20 49/3
58/5
product [3]  36/9 54/22
64/8
production [19]  5/4
6/11 9/14 10/2 10/10
10/12 11/2 11/7 12/17
16/3 17/23 18/19 20/2
24/12 28/19 32/21
47/15 55/21 61/6
productions [9]  10/22
16/7 16/8 16/14 16/15
20/6 20/20 38/7 38/19
productive [1]  5/18
programmatic [1]
56/22
progress [2]  12/24
35/13
progressed [1]  36/1
project [3]  46/8 46/10
48/7
projects [2]  7/8 45/20
promptly [2]  13/15
15/12
proof [1]  35/11
proportionality [3]
38/4 44/21 47/17
proposal [4]  18/15
51/23 60/5 60/19
proposals [6]  17/11
20/11 48/9 48/21 59/18
60/8
proposed [1]  50/7
proposing [1]  36/25

protection [1]  32/21
protocol [2]  30/8 48/15
prove [1]  27/25
provide [5]  19/9 29/4
30/20 39/15 46/3
provided [1]  31/19
providing [1]  12/8
pull [2]  36/19 42/20
purely [1]  45/13
purpose [1]  42/19
purposes [1]  15/17
push [6]  16/12 16/17
16/19 17/14 18/1 37/20
pushback [1]  59/17
pushed [1]  16/20
pushes [1]  44/1
pushing [1]  18/3
put [16]  11/17 13/20
16/11 23/6 24/14 30/20
35/6 35/16 37/21 41/3
45/17 45/21 52/22
55/23 57/19 63/7
putting [2]  7/24 9/11

**Q**

query [1]  52/17
question [12]  13/1
13/11 21/22 27/6 28/7
34/23 41/25 47/22
55/16 58/14 59/5 60/4
queue [1]  18/7
quickest [1]  11/21
quickly [8]  5/17 17/14
18/4 20/17 33/18 36/3
40/2 41/9
quite [4]  29/24 30/2
47/3 55/15

**R**

raise [5]  16/2 31/16
35/9 37/24 48/19
raised [9]  7/18 13/10
15/23 20/14 23/14
37/13 41/23 60/10 65/5
raising [1]  24/5
Ralph [1]  1/20
ramifications [1]  29/13
ramp [2]  17/18 17/20
ramp-up [2]  17/18
17/20
ramped [1]  20/4
range [2]  22/3 40/15
ranges [4]  6/24 24/7
39/11 39/13
rather [2]  24/9 24/18
re [5]  20/14 57/5 57/12
59/22 60/14
re-litigate [1]  20/14
re-review [2]  57/5
59/22
re-reviewing [2]  57/12
60/14
reach [5]  20/8 29/4
50/22 51/3 65/18
reached [1]  65/16
reaching [1]  40/17
reaction [1]  29/8
read [4]  8/20 10/6 32/3

reading [3]  9/8 9/10
65/19
real [2]  46/7 46/8
realistic [1]  22/8 51/2
reality [1]  37/23
realize [1]  10/3
really [22]  8/22 26/25
28/9 28/22 28/25 29/4
31/10 38/21 39/23
40/16 40/23 42/17
42/17 42/21 42/13
43/23 43/25 48/19
50/19 52/8 56/23 60/10
Realtime [1]  3/3
reason [2]  33/7 45/12
reasonable [11]  14/3
16/18 33/1 35/24 50/13
50/20 51/10 51/11
57/18 57/21 59/24
reasons [2]  20/22
31/21 34/6
Rebecca [1]  1/18
receive [1]  49/16
received [5]  10/10
10/16 10/22 21/23 53/8
receiving [1]  5/22
recognize [1]  15/6
recognizes [2]  32/7
recognizing [1]  56/24
recommend [1]  64/10
reconnected [1]  27/14
record [3]  34/11 59/3
67/3
recorded [1]  3/6
records [11]  17/22
40/12 40/20 42/13
42/21 52/14 58/11
58/12 58/13 58/16
58/24
recusal [1]  64/10
Redmond [1]  50/4
reference [1]  34/13
referenced [1]  49/25
referred [1]  32/24
reflect [1]  11/19
refused [2]  37/8 41/12
regarding [1]  31/2
Registered [1]  3/2
regular [2]  4/16 20/6
regularly [1]  8/3
reinvent [2]  38/18
57/11
reinvestigating [1]
38/18
reiterate [1]  37/19
related [1]  56/19
relationships [2]  33/21
40/19
relative [1]  5/7
relevance [7]  28/4 32/9
32/25 33/11 34/8 54/11
55/8
relevancy [1]  36/1
relevant [11]  25/18
44/18 47/10 48/25
49/14 58/6 58/6 58/10
58/10 61/2 61/2

relief [1]  11/19
rely [2]  43/14 43/14
remarks [1]  62/13
remember [4]  20/18
26/21 57/6 60/2
remembers [1]  18/20
remotely [1]  67/7
repeating [1]  33/17
report [23]  4/18 5/13
7/18 12/12 12/13 12/18
12/21 15/24 21/20
23/15 28/12 29/2 37/22
41/8 49/23 51/8 53/9
53/20 61/14 65/12
65/14 65/18 65/20
Reporter [4]  3/2 3/2
3/3 3/3
reporting [1]  67/7
reports [16]  4/17 31/18
31/19 36/13 36/17
36/22 40/14 41/16 44/5
51/7 51/18 53/6 53/12
53/25 54/1 57/16
reproduced [2]  38/10
38/13
request [16]  6/9 12/17
28/11 30/17 33/19
34/15 39/13 39/13
42/12 42/16 53/19
53/20 54/25 55/1 55/4
61/6
requested [1]  24/23
requests [16]  6/19
18/13 29/5 33/3 34/24
35/20 36/6 36/18 37/3
37/16 39/7 41/22 42/10
44/20 56/18 56/19
required [1]  10/24
requirement [1]  33/9
requires [1]  32/8
resolution [4]  11/22
25/25 51/4 60/10
resolutions [1]  65/18
resolve [7]  24/16 34/10
40/1 44/2 47/21 65/3
65/15
resolved [2]  27/1 48/21
respect [20]  6/9 7/3 7/4
7/5 7/6 8/5 21/15 22/8
24/7 24/13 25/5 30/12
31/20 41/21 42/12
44/25 49/3 53/18 57/14
61/23
respects [1]  59/19
respond [1]  39/2
responded [1]  50/5
responding [1]  50/8
responsible [1]  32/21
responsive [16]  18/3
18/8 24/12 49/14 55/24
56/4 57/6 58/18 58/24
58/25 59/12 61/4 61/5
61/17 62/6 62/23
responsiveness [2]
18/12 55/21
rest [1]  23/10
restrictions [1]  30/9

result [2]  16/21 46/13
resulted [1]  38/19
review [7]  4/18 17/8
55/21 56/24 57/5 58/17
59/9 59/14 59/22 61/19
62/15
reviewed [5]  16/24
56/16 57/13 57/20
59/11
reviewers [1]  57/12
58/15
reviewing [2]  57/12
60/14
revisit [1]  9/24
RFPs [6]  35/23 37/5
55/1 56/16 57/8 58/25
right [42]  4/8 5/15
10/13 10/15 11/5 11/13
15/19 15/21 19/20
22/18 23/12 26/8 27/17
28/9 31/14 31/22 35/3
37/17 39/20 41/8 43/10
44/9 45/9 46/15 50/24
52/2 53/15 53/19 56/15
57/23 57/23 57/23
58/13 58/19 58/21 63/4
63/25 64/5 64/12 65/8
65/25 66/1
rise [1]  49/1
RMR [2]  67/2 67/11
road [1]  64/18
role [1]  25/20
rolling [1]  11/2
roughly [2]  15/7 22/6
route [1]  25/21
rule [1]  64/22
rules [1]  30/23
run [14]  24/22 24/23
31/6 36/13 36/17 36/21
47/12 51/24 52/9 53/25
55/20 56/5 60/16 62/2
running [1]  13/9
runs [4]  9/14 41/1 53/6
58/8

**S**

said [22]  6/1 10/12
11/25 12/6 12/21 19/6
19/12 19/17 19/21 28/6
30/25 31/11 31/21
33/18 36/24 39/19
49/17 59/10 59/12 60/9
60/15 61/8
Sallet [14]  1/17 4/5
5/10 11/13 13/18 15/19
16/2 29/7 31/21 32/13
42/24 54/6 55/13 65/3
same [15]  9/8 21/5
23/4 23/8 38/7 38/11
41/6 44/12 57/9 57/12
57/13 57/14 64/18
64/24 65/2
sand [1]  7/3
satisfactory [1]  47/6
saw [1]  48/11
say [26]  8/25 9/25 12/7
15/4 19/3 23/3 24/8
25/17 28/13 30/14

**S**

say... [16] 30/23 31/8 37/20 38/25 41/20 42/9 43/17 45/22 46/10 47/10 49/7 51/23 51/25 54/19 60/6 61/11

saying [19] 19/22 27/7 31/13 36/12 39/17 48/21 62/21 64/12

says [6] 31/9 37/12 43/25 44/1 49/9 58/12

schedule [8] 11/7 11/15 11/20 11/24 12/19 13/8 13/23 14/5

scheduled [1] 12/15

scheduling [1] 15/7

scheme [1] 11/15

Schmidt [1] 42/14

Schmidtlein [37] 2/2 4/7 5/10 15/21 17/16 19/13 22/7 26/2 26/7 26/8 26/14 27/13 27/15 27/17 29/8 31/9 32/14 35/3 37/18 39/3 41/18 47/22 51/15 53/14 61/18 61/22 62/7 62/8 62/11 62/16 63/9 63/14 64/1 64/11

Schmidtlein's [1] 61/9

school [1] 49/25

scope [6] 24/11 30/8 35/12 44/14 44/14 57/23

seal [2] 45/23 45/25

search [47] 6/3 7/24 12/19 18/17 19/4 19/7 26/24 26/24 28/6 28/13 28/15 30/2 30/8 34/15 34/18 40/18 40/24 42/9 42/18 44/17 44/25 45/11 45/13 46/4 46/7 46/13 46/14 47/15 48/8 48/13 48/15 48/22 49/4 49/5 49/7 49/8 50/7 53/17 53/19 53/23 55/19 55/20 56/10 57/1 57/7 58/7 65/6

searches [14] 24/23 25/4 27/9 27/22 35/20 47/9 48/1 48/4 52/4 53/17 56/5 61/16 62/1 62/23

second [8] 10/7 10/12 30/1 31/17 35/23 44/10 56/16 61/6

Secondly [1] 54/24

seconds [1] 34/2

Section [1] 1/19

see [12] 4/9 4/14 4/25 6/23 10/18 11/6 21/20 21/24 31/5 50/6 53/9 61/17

seeing [1] 57/16

seeking [3] 28/17 39/7 42/12

seem [2] 47/18 62/13

seems [9] 29/1 44/3

56/1 61/8 61/15

segregated [1] 56/9

sending [2] 27/15 53/11

sense [10] 12/24 16/16 18/8 25/13 28/21 28/24 34/16 51/17 53/5 65/21

sent [7] 5/25 16/25 22/25 23/1 23/2 23/3 30/6

separate [3] 12/17 13/1 55/1

separately [1] 33/22

September [2] 9/19 15/11

serious [1] 59/22

serve [2] 14/17 14/19

served [1] 35/22

servers [1] 53/11

service [1] 14/17

set [8] 9/22 9/23 10/1 46/11 56/3 56/16 57/8 60/16

seven [4] 14/16 36/19 64/24 65/1

several [1] 16/8

severely [1] 30/8

shaping [1] 21/2

share [4] 6/16 6/17 15/2 15/3

shared [1] 12/13

shocked [1] 49/15

shooting [1] 21/1

should [27] 11/2 11/3 23/21 26/16 31/4 31/5 31/6 31/12 31/14 31/19 32/11 36/13 41/8 41/9 41/11 41/15 41/15 46/4 47/7 47/14 48/12 49/20 50/12 61/11 62/14 62/14 63/12

shouldn't [3] 49/2 57/5 57/10

show [1] 6/21

showing [1] 32/9

shown [1] 47/24

shows [2] 6/16 45/25

side [2] 33/2 55/23

sides [4] 24/16 24/17 51/1 64/22

Significant [1] 33/23

simply [2] 48/18 58/16

since [4] 4/22 10/9 23/9 33/1

single [1] 49/9

sit [1] 53/9

sitting [3] 11/4 16/13 31/14

situation [3] 13/10 14/12 17/10

six [3] 9/3 15/7 36/18

sizable [1] 20/6

size [2] 43/13 57/23

slightly [1] 57/1

slowing [2] 5/24 6/6

slowly [1] 5/16

small [3] 5/21 37/5

Smith [4] 9/25 10/1 10/4 10/5

Smith's [1] 10/5

so [137]

so I think [4] 4/23 40/21 61/20 65/3

so this isn't [1] 42/25

sold [1] 55/7

soliloquy [1] 26/22

some [49] 6/5 6/5 6/10 7/2 7/14 8/4 9/12 9/17 13/10 13/20 13/25 15/15 16/1 17/25 18/21 21/1 21/7 21/9 21/13 24/5 24/17 25/3 25/4 27/9 29/3 29/5 31/3 33/8 35/7 36/8 38/4 40/14 40/24 43/20 45/19 45/22 46/1 48/11 51/16 53/5 53/10 55/17 55/22 58/5 58/6 58/11 58/11 58/12 59/14

somebody [2] 34/22 56/12

somehow [6] 49/7 56/4 56/7 56/9 59/7 59/13

someone [1] 9/25

something [19] 5/24 14/14 22/23 30/24 31/3 39/1 44/3 45/15 47/12 47/13 49/10 51/19 52/11 56/3 59/14 60/18 61/4 64/10 64/19

sometimes [2] 43/2 51/25

somewhere [4] 18/22 18/23 21/10 22/3

soon [1] 31/5

sooner [2] 24/9 40/5 65/21

sorry [9] 13/19 26/2 26/4 27/12 39/10 39/10 46/16 60/22 62/12

sort [35] 4/20 7/2 9/17 9/17 9/18 9/23 11/10 11/11 16/18 17/13 18/6 18/16 20/4 20/14 23/13 23/13 24/9 24/14 24/25 27/1 35/10 36/1 36/7 36/14 37/7 42/4 48/18 48/25 52/4 56/21 57/2 57/18 62/5 62/22 63/4

sorted [1] 12/10

sound [1] 59/2

south [1] 26/12

speaking [1] 5/16

Special [3] 25/20 25/22 43/11

specific [5] 5/14 12/7 36/22 43/5 54/14

specification [1] 33/12

specifics [1] 15/22

specified [1] 33/8

speculate [2] 15/14 28/10

speed [1] 55/11

spend [1] 6/11 7/21 39/22 47/13

spot [1] 29/6

St [1] 2/3

stand [7] 5/6 5/7 6/25 11/15 45/4 63/13 65/13

standpoint [1] 27/23

start [11] 4/24 5/2 5/9 8/10 8/21 9/17 29/7 36/18 43/3 53/12 56/13

started [1] 9/10

starts [1] 53/6

state [4] 1/17 11/17 56/11 64/25

states [8] 1/1 1/3 1/10 4/3 5/20 22/5 31/23 54/25

status [24] 1/9 4/16 4/17 4/18 5/13 7/18 12/9 12/12 12/18 12/21 12/23 15/23 16/9 21/20 23/15 29/2 37/22 50/2 53/8 54/25 55/9 61/14 65/18 65/20

stay [2] 24/1 32/3

staying [1] 32/4

stenography [1] 3/6

still [6] 5/1 5/3 15/5 27/2 58/2 63/10

story [1] 32/25

straightaway [1] 36/21

straightforward [1] 32/22

strategic [1] 40/19

stratospheric [1] 40/20

Street [1] 1/14

strict [1] 55/6

string [3] 28/13 28/15 47/15

strings [16] 7/24 18/17 19/5 19/7 30/2 42/9 42/19 48/22 50/7 50/11 52/10 53/19 53/23 55/19 55/20 56/10 stuff [1] 58/14

subject [8] 10/4 22/20 38/7 56/10 56/19 57/1 57/14 67/6

subject-wise [1] 10/4

subjects [1] 38/11

submission [5] 32/24 37/4 41/23 60/1 60/11

submissions [1] 38/21 37/11

submit [2] 52/16 65/12

subpoena [21] 13/7 13/12 14/1 14/9 14/11 14/15 14/17 14/19 21/21 21/25 22/10 22/11 23/1 23/3 63/10 63/12 64/16 64/20 64/23 64/24 65/2

subpoenaed [2] 21/6 64/25

subpoenaing [1] 64/18

subpoenas [26] 5/22 5/25 6/2 6/5 13/3 13/4 13/5 13/11 13/14 13/24

spending [4] 62/25 [missing entries]

13/7 14/12 21/2 21/5 21/11 21/16 21/17 21/23 22/4 22/5 22/12 22/16 23/7 63/8 64/14 64/21

substantial [3] 16/7 16/15 56/17

substantially [1] 54/16

substantiate [1] 32/11

successful [1] 11/23

such [1] 60/19

suggest [1] 42/7

suggested [6] 30/5 32/10 41/11 54/9 55/9 61/23

suggesting [3] 43/16 45/6 64/17

suggestion [3] 53/13 54/5 61/10

suggests [2] 9/1 29/25

Suite [1] 1/21

summer [2] 15/5 25/10

supply [1] 12/19

supplying [1] 34/8

support [1] 35/12

sure [12] 5/20 8/15 8/17 13/14 22/21 22/24 24/8 38/1 47/8 48/12 54/9 66/3

surely [1] 21/11 51/20

surprise [1] 24/16

surprised [1] 19/2 19/10 29/21 40/14

surprisingly [1] 56/18

suspect [1] 40/11

sweeps [1] 58/9

sympathetic [2] 35/5 37/19

system [1] 58/17

**T**

table [2] 51/13 57/19

tackle [1] 23/14

tacks [1] 43/23

take [13] 5/15 9/12 21/12 24/4 26/25 28/11 29/25 43/20 51/11 52/5 58/3 61/9 66/4

taken [1] 29/21

takes [6] 9/15 51/17 51/24 51/25 52/15 52/16

taking [1] 28/6

talk [19] 6/17 11/6 11/10 11/11 27/4 40/7 40/25 44/10 44/11 49/19 50/24 50/25 52/9 53/5 55/13 55/14 61/21 63/5 65/9

talked [1] 54/24 65/13

talking [11] 21/23 22/1 22/1 22/2 24/22 25/1 25/1 54/11 55/18 59/8 59/10

target [1] 21/25

targeted [3] 61/16 61/23 62/22

team [1] 51/21

T

technological [4] 4/11
67/7
technology [4] 4/13
17/25 36/2 59/8
technology-assisted
[1] 17/25
teed [4] 24/9 27/5
29/22 40/5
telephone [1] 26/16
tell [9] 24/10 30/17
30/18 34/5 39/18 42/1
51/22 52/4 52/20
tells [1] 32/24
temporal [1] 44/14
ten [6] 6/12 14/16
28/11 28/15 36/4 36/6
ten-years-plus [1] 36/6
tens [3] 24/13 52/3
52/13
term [3] 45/13 48/8
48/13
terms [30] 4/13 5/1 5/3
12/19 16/3 16/11 17/17
25/18 25/19 26/22
28/22 34/17 40/9 40/9
40/24 44/17 45/11 46/4
46/8 46/8 46/14 47/15
47/25 48/3 48/4 50/24
57/1 57/7 58/8 61/11
terribly [3] 25/15 41/4
47/6
text [1] 34/22
than [13] 8/2 8/24
15/15 22/15 24/9 24/18
35/7 35/8 43/9 47/14
54/20 65/6 65/21
thank [13] 5/11 11/16
15/19 15/25 29/10
32/12 35/17 55/12
55/13 56/14 65/7 66/10
66/11
Thank you [9] 5/11
11/16 15/19 15/25
32/12 35/17 55/12
56/14 65/7
that [417]
that'll [1] 65/3
that's [48] 5/24 8/3
8/24 10/15 11/21 14/11
15/19 19/8 20/1 20/1
22/18 26/8 27/4 28/8
29/19 31/10 31/12
31/15 32/19 33/1 34/23
35/2 36/7 38/23 41/3
42/16 42/17 42/17 46/5
47/16 48/13 49/11
50/19 53/13 53/17
54/15 54/22 56/7 56/11
58/15 58/19 58/21
59/23 59/24 60/11
60/18 60/20 64/9
their [13] 9/20 28/25
29/1 30/16 30/17 30/19
31/17 37/3 37/4 37/16
47/9 59/5 62/1
them [40] 6/4 8/17 8/18
8/19 8/20 8/23 9/11

11/4 16/17 18/25 19/4
19/9 20/16 22/15 30/6
31/5 31/14 31/25 36/24
37/7 38/12 41/15 45/17
45/21 45/22 46/11 47/2
47/6 47/8 48/11 48/13
49/19 50/11 50/12
51/10 52/10
themselves [2] 40/15
40/25
then [33] 5/9 5/10 7/21
8/15 8/20 9/23 10/11
10/19 14/25 15/13
15/22 17/19 18/20
25/24 28/2 29/8 31/10
38/5 41/10 41/10 41/16
42/18 44/10 44/18
46/20 50/18 50/25
51/12 54/17 54/18
55/20 65/9 65/19
theories [1] 33/4
there [31] 4/21 6/7
10/12 11/2 13/25 15/9
15/14 16/9 22/12 22/16
23/22 26/19 28/3 29/23
37/3 40/13 40/23 43/5
43/24 43/24 45/5 45/6
45/7 45/24 49/8 55/17
55/20 62/18 62/23
64/14 66/1
there's [22] 5/3 6/15
10/3 12/10 15/2 17/18
28/3 30/2 30/14 30/22
33/7 43/20 45/2 45/12
47/2 49/4 49/7 51/12
55/3 58/16 60/15 64/20
therefore [1] 67/6
these [80]
they [75]
they'd [2] 6/2 49/17
they're [10] 11/4 19/6
36/25 37/5 37/6 37/6
39/17 41/25 42/6 48/25
they've [4] 6/1 7/3
41/23 57/12
thing [10] 23/4 23/8
29/11 30/14 37/13 41/7
41/20 43/8 51/22 52/8
things [28] 4/25 5/6
5/7 6/3 6/6 6/7 7/22 8/5
10/24 11/11 11/14
29/25 32/3 32/3 32/5
36/1 37/10 37/15 38/22
43/9 46/13 48/7 49/13
50/14 59/18 60/16
62/14 65/13
think [60] 4/23 8/10
10/11 10/14 11/14
12/22 14/2 14/6 14/10
16/9 16/21 17/17 17/20
17/21 18/22 20/5 20/10
20/13 21/10 22/2 22/3
22/9 22/19 22/14 28/2
29/16 33/1 33/13 33/18
34/9 35/14 35/18 36/16
36/16 36/25 39/25
40/21 43/10 47/13

51/1 51/2 53/4 53/14
53/22 54/12 55/9 59/12
60/1 60/14 60/17 60/24
61/19 61/20 61/22 63/7
65/3
thinking [6] 24/15
28/22 38/3 38/17 44/19
60/22
third [40] 5/25 6/1 6/6
9/9 13/2 13/3 13/7 13/8
13/10 13/16 13/16
13/24 14/1 14/8 14/8
14/11 14/15 14/18
20/18 20/20 21/11
21/21 21/22 21/25 22/4
22/11 23/6 50/25 63/6
63/8 63/9 63/12 64/14
64/18 64/21 64/22
64/24 64/25 65/2 65/5
third-party [14] 5/25
6/6 9/9 13/3 13/16
13/24 14/1 20/20 21/11
21/21 21/25 63/6 64/21
64/22
this [145]
those [49] 5/22 6/20
7/20 10/4 10/22 11/3
12/20 13/4 15/16 16/8
16/12 18/1 18/3 19/6
19/7 19/9 19/18 21/7
21/15 21/16 22/8 24/15
27/1 28/21 29/14 31/7
31/10 31/11 31/12
31/17 31/19 34/8 35/22
36/11 38/13 38/20
44/20 46/3 48/16 55/19
56/3 58/8 58/11 58/13
58/16 59/25 62/2 63/12
64/18
thought [7] 4/10 8/25
19/12 19/17 35/24
57/21 59/24
thoughtful [1] 36/8
thoughts [2] 11/14
35/13
thousands [3] 38/14
45/20 52/4
threatened [1] 50/18
three [9] 4/22 5/14
10/22 14/13 16/17 19/8
27/4 42/15 44/24
three-year [1] 42/15
through [18] 8/19 8/23
9/8 9/11 9/16 10/2
12/10 12/20 20/9 22/16
24/15 25/12 30/11
31/25 32/17 44/16
57/18 60/22
throughout [2] 60/19
62/24
Thursday [2] 49/15
50/17
tie [1] 63/4
time [41] 9/8 9/13 9/14
10/3 12/23 23/19 25/22
26/20 27/9 30/13 31/20
34/2 34/17 35/24 36/2

38/2 38/8 38/12 39/16
39/22 41/16 46/5 47/13
50/20 51/2 51/25 51/25
52/5 52/13 52/16 52/21
53/2 53/17 56/25 57/18
60/15 60/19
time-period [1] 37/13
time-wise [1] 10/3
timeline [4] 15/10
28/20 28/20 37/21
timelines [1] 51/7
timely [1] 36/20
times [1] 12/9
timing [11] 15/17 24/6
25/18 25/19 25/21
27/23 34/14 44/11
44/13 50/24 57/24
titled [1] 67/4
today [11] 10/13 11/11
19/6 20/13 25/12 40/8
51/1 60/12 60/20 64/13
65/14
together [5] 5/20 7/25
9/11 13/14 34/10
told [4] 6/4 6/4 11/1
16/9
too [6] 23/3 29/6 29/6
44/1 45/14 45/16
took [1] 23/2
top [1] 34/21
topic [2] 7/14 25/6
topics [2] 38/4 40/16
total [2] 20/2 51/24
touch [2] 12/11 63/19
touches [1] 38/11
toward [3] 11/10 23/24
35/10
towards [1] 12/14
track [1] 24/1
Trade [2] 38/6 38/8
transactions [1] 43/6
transcript [3] 1/9 3/6
67/3
transcription [1] 3/7
translates [1] 16/5
trial [2] 5/8 23/24
tried [6] 17/25 18/1
30/10 36/8 37/7 37/7
troubling [1] 10/23
31/10
true [3] 11/25 48/16
61/13
try [11] 15/10 17/14
24/15 25/12 29/3 34/10
39/21 40/1 42/4 53/25
65/18
trying [11] 5/21 6/10
20/13 21/12 24/17 30/1
39/22 52/7 56/21 56/22
62/25
Tuesday [2] 16/23 19/5
turn [7] 5/10 11/13
15/21 21/19 32/14 35/3
63/2
turnaround [1] 51/19
turning [1] 11/1
two [25] 16/14 16/17

72/15 24/6 27/7 28/21
29/24 34/22 43/7 50/25
52/9 52/18 52/20 52/23
53/1 53/2 53/3 53/17
61/7 61/21 63/3 63/7
63/11 64/13 65/17
two-week [3] 53/1 53/2
63/7
types [1] 44/17

U

U.S [1] 1/13
U.S.A [1] 1/13
ultimate [1] 25/24
ultimately [7] 17/19
23/7 43/8 44/22 47/10
47/20 60/24
undermine [1] 6/25
understand [16] 5/14
20/24 30/12 41/5 41/13
41/14 44/8 46/19 46/22
55/16 56/1 56/6 56/10
56/12 58/1 58/2
understanding [3]
13/25 33/3 55/10
understands [2] 32/16
34/1
understood [1] 19/22
undoubtedly [1] 58/4
unduly [1] 25/18
unfortunately [1]
60/20
unilateral [1] 30/9
unilaterally [1] 6/23
unique [1] 9/18
Unit [1] 1/19
UNITED [4] 1/1 1/3
1/10 4/3
United States of [1]
4/3
universe [4] 22/14
24/11 56/23 62/23
university [1] 48/14
unless [2] 31/2 45/12
unprecedented [1]
36/7
until [6] 6/2 11/1 19/7
21/9 24/24 50/17
unusual [1] 17/3
up [18] 4/12 7/21 9/24
17/18 17/20 20/5 24/9
27/2 27/5 28/11 29/22
32/3 32/4 40/5 42/19
43/7 63/4 66/4
update [1] 5/12
updates [1] 65/12
upgrade [1] 4/11
upon [5] 33/7 48/5
51/11 51/13 65/19
us [56] 5/15 5/24 6/1
6/4 7/12 8/14 9/15
10/21 10/23 11/1 11/4
12/5 12/8 12/19 14/12
18/22 19/4 19/6 19/9
21/8 21/14 23/4 23/7
26/12 27/18 30/18
31/18 31/19 34/6 36/25
37/1 37/9 38/18 39/18

**U**

**us... [22]** 39/23 41/3 41/8 41/12 41/16 41/25 42/1 44/1 45/16 46/3 46/3 46/6 48/20 48/20 49/17 51/6 51/8 56/24 59/6 60/5 60/15 63/14
**usdoj.gov [1]** 1/16
**use [9]** 7/13 8/17 8/17 8/18 18/1 42/18 46/7 60/15 64/9
**used [4]** 46/11 46/12 57/7 57/8
**useful [2]** 53/7 54/3
**using [5]** 4/13 17/25 18/25 48/13 58/7

**V**

**vaccinations [1]** 17/18
**valid [2]** 35/9 37/1
**value [1]** 28/17
**variables [1]** 30/3
**variety [1]** 5/25
**various [3]** 49/22 49/23 65/13
**veer [3]** 7/13 7/14 7/20
**vendor [3]** 16/21 16/25 51/18
**verbally [1]** 45/22
**versus [1]** 4/4
**very [35]** 12/1 12/9 13/6 13/17 15/19 19/2 20/17 20/19 21/5 30/23 32/22 33/20 33/25 35/19 35/19 36/3 36/8 37/5 37/6 37/6 37/20 39/12 39/23 41/7 41/12 41/16 41/23 45/11 54/14 55/5 56/21 59/3 60/16 60/16 66/11
**VIA [1]** 1/9
**view [1]** 57/17
**voices [1]** 4/10
**volume [4]** 16/7 20/2 26/24 39/15
**voluminous [1]** 38/7
**vs [1]** 1/5

**W**

**wait [2]** 6/2 63/23
**waiting [3]** 21/24 23/6 64/15
**want [30]** 7/12 7/13 7/19 7/20 8/15 8/16 11/10 15/14 22/22 25/9 25/12 25/22 29/11 29/11 31/20 32/13 37/9 37/19 38/25 39/21 42/8 46/9 47/3 52/22 53/21 56/24 56/25 57/17 60/16 62/1
**wanted [8]** 4/24 20/22 21/4 22/22 34/7 37/9 37/25 59/13
**wants [3]** 14/13 45/25 56/24
**was [49]** 4/19 4/19 6/13 10/12 10/12 12/13

20/23 23/3 24/14 25/25 26/11 26/12 26/21 27/7 27/21 27/21 28/25 30/15 30/16 30/17 34/15 36/15 38/5 38/12 38/17 38/21 38/23 39/10 42/14 47/24 48/15 49/16 55/21 55/24 57/10 57/17 58/4 58/10 59/6 59/17 60/5 61/4 61/13 62/21 64/12
**Washington [4]** 1/5 1/14 2/3 3/5
**water [1]** 52/8
**way [17]** 5/20 11/21 23/12 24/4 24/18 25/12 27/10 30/11 34/10 42/13 44/12 45/15 46/12 49/10 50/20 52/22 54/3
**ways [3]** 27/23 43/3 54/19
**wc.com [2]** 2/4 2/5
**we [293]**
**we believe [1]** 6/24
**we will [12]** 12/21 12/24 18/24 19/18 21/17 23/23 32/2 32/5 41/20 49/18 50/21 54/8
**we would [2]** 9/17 9/20
**we'd [3]** 4/10 9/21 48/18
**we'll [9]** 5/10 15/22 15/22 20/12 44/10 50/12 50/22 50/25 65/18
**we're [31]** 4/13 4/16 5/1 9/21 11/24 11/25 12/2 12/25 17/3 18/12 19/9 20/5 21/14 22/2 23/16 30/23 31/4 31/11 31/25 32/8 36/24 49/19 50/19 55/1 55/3 55/4 59/10 59/19 59/21 60/7 60/9
**we've [29]** 4/21 5/13 5/24 6/9 10/22 16/15 18/25 23/5 30/9 30/10 31/6 31/13 32/4 32/8 36/5 37/15 38/20 41/24 42/3 45/17 45/21 49/13 50/1 52/15 55/18 63/15 65/9 65/13 66/2
**weeds [1]** 24/19
**week [21]** 8/1 10/10 12/15 12/22 16/21 17/22 19/5 19/8 19/12 19/17 19/18 19/19 19/23 22/13 22/17 22/17 41/9 42/1 53/1 53/2 63/7
**weeks [25]** 16/8 19/8 20/15 21/18 22/15 25/23 25/23 37/10 37/10 39/23 52/9 52/18 52/20 52/23 53/3 59/6 59/16 59/16 59/16

65/11 65/17
**well [13]** 4/15 10/8 39/21 50/10 51/20 54/21 55/17 57/5 57/10 59/2 59/24 63/2 63/8
**well-defined [1]** 54/21
**went [6]** 26/12 37/11 38/11 50/5 59/6 60/1
**were [45]** 8/25 10/23 16/15 21/2 21/8 24/22 24/23 29/24 29/24 30/1 31/7 33/3 34/13 34/25 35/24 37/3 37/8 47/4 48/7 48/11 49/15 50/8 50/18 51/18 53/16 55/17 55/20 55/23 56/3 56/8 57/6 57/8 57/15 57/20 57/22 58/5 58/5 58/6 58/24 59/7 59/11 59/13 59/18 60/3 61/1
**weren't [1]** 55/23
**what [91]**
**what's [17]** 14/6 17/9 25/17 25/18 35/18 44/22 45/12 51/10 51/10 52/5 55/10 56/23 57/22 57/23 57/23 61/16 63/1
**whatever [5]** 26/24 32/25 49/16 51/11 51/12
**wheel [2]** 38/18 57/11
**when [13]** 8/9 11/2 14/12 14/13 14/20 30/16 34/14 35/22 47/3 47/23 56/4 56/16 58/7
**where [21]** 4/25 5/6 5/7 7/6 11/14 13/10 13/25 14/7 17/20 25/9 25/11 26/21 40/7 43/10 43/24 45/4 47/18 49/4 60/11 60/20 65/12
**whether [17]** 14/8 21/24 24/4 28/16 29/2 29/5 47/11 47/14 48/12 53/9 62/1 62/2 63/10 63/15 64/15 65/15 65/20
**which [30]** 7/24 9/3 9/9 9/10 12/23 13/17 14/16 14/17 15/14 16/4 22/8 32/9 32/11 34/2 34/3 38/19 41/22 43/24 43/25 45/11 46/24 51/2 55/6 55/14 61/1 61/12 61/23 62/6 64/13 65/16
**while [4]** 15/5 17/11 23/5 63/23
**who [5]** 5/22 33/2 52/7 52/8 52/20
**whole [1]** 16/16
**wholesale [2]** 61/19 62/5
**why [17]** 5/9 20/22 29/19 33/3 33/7 34/3 34/6 35/3 36/25 37/1 38/21 39/18 46/5 47/10

**WiFi [2]** 26/12 64/9
**will [46]** 5/4 6/25 8/10 9/12 9/12 12/7 12/14 14/13 15/10 16/21 18/6 18/24 19/18 20/18 21/17 21/25 22/9 22/17 22/23 24/8 24/10 26/10 28/10 28/13 28/15 32/2 32/5 40/2 41/20 43/8 49/18 50/21 52/19 52/19 54/8 54/9 55/11 60/25 63/7 64/7 64/19 64/22 65/1
**William [1]** 3/2 67/2 67/10 67/11
**WILLIAMS [4]** 2/2 63/16 63/22 64/2
**willing [3]** 31/5 51/9 59/19
**window [1]** 42/20
**wise [2]** 10/3 10/4
**wish [1]** 14/19
**within [8]** 7/7 12/8 14/16 41/9 51/2 55/2 63/11 64/24
**without [5]** 10/7 10/7 11/1 30/24 31/16
**won't [4]** 23/22 24/16 39/23 42/4
**wonky [1]** 26/11
**word [2]** 26/14 47/11
**words [8]** 7/5 7/7 7/7 14/9 24/8 45/5 46/3 51/7
**work [11]** 5/20 12/20 13/13 16/10 23/25 25/12 33/15 43/18 44/4 53/24 54/9
**working [6]** 5/17 5/19 12/1 12/12 13/9 15/10
**works [1]** 65/23
**world [3]** 9/16 40/4 40/5
**worst [1]** 43/8
**would [46]** 6/4 9/17 9/20 11/6 11/7 11/23 12/22 13/6 13/8 13/21 13/22 13/23 15/9 15/9 15/16 18/18 21/1 22/14 24/8 24/15 25/19 25/25 28/12 31/8 33/13 33/14 34/6 34/9 39/9 40/4 40/5 40/13 40/23 41/6 41/20 42/7 43/17 51/9 51/12 51/19 52/6 52/8 52/18 53/16 54/2 57/21
**wouldn't [1]** 30/18
**wow [1]** 31/14
**write [2]** 39/12 60/5
**written [1]** 8/12
**wrong [1]** 49/10
**wrote [2]** 30/7 39/6

**Y**

**Yeah [5]** 14/24 41/19 52/2 54/7 56/15

**year [4]** 5/1 42/15 42/20 45/20
**years [10]** 6/12 28/11 28/14 28/15 33/23 36/4 36/6 36/7 36/19 40/20
**Yes [9]** 7/11 9/7 14/20 18/10 34/20 54/8 62/9 62/20 62/21
**yesterday [1]** 12/19
**yet [3]** 7/20 14/11 15/14
**you [202]**
**you know [12]** 9/25 25/5 28/6 29/2 42/12 42/23 43/7 48/23 53/15 57/15 61/8 62/24
**you'll [1]** 65/17
**you're [12]** 9/1 14/1 14/14 17/21 19/15 23/4 26/15 39/1 40/17 42/25 47/1 62/16
**you've [13]** 10/10 12/4 23/8 35/6 37/21 42/23 43/2 45/1 47/1 54/9 61/13 63/15 65/4
**your [106]**
**Your Honor [83]**
**yourselves [1]** 40/1

**Z**

**Zaremba [4]** 3/2 67/2 67/10 67/11
**ZOOM [1]** 1/9