AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF STATE OF COLORADO.

Date:  04/02/2021

/s/ William F. Cavanaugh, Jr.
*Attorney's signature*

William F. Cavanaugh, Jr.
*Printed name and bar number*

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

*Address*

wfcavanaugh@pbwt.com
*E-mail address*

(212) 336-2793
*Telephone number*

(212) 336-2222
*FAX number*