# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>      Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Kim Van Winkle hereby withdraws as attorney of record for Plaintiff State of Texas in the above-captioned matter.

Dated: April 28, 2021

Respectfully submitted,

*/s/ Kim Van Winkle*
Kim Van Winkle

*/s/ Bret Fulkerson*
Bret Fulkerson

*/s/ Kelsey Paine*
Kelsey Paine

TEXAS ATTORNEY GENERAL
300 W. 15th St.
Austin, TX 78701
512-463-1266
Email: kim.vanwinkle@oag.texas.gov

*Counsel for Plaintiff State of Texas*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 28, 2021, I filed the foregoing document with the Court via the Case Management and Electronic Case (CM/ECF) System which will send a notice of electronic filing to all counsel of record.

_/s/ Kim Van Winkle_
Kim Van Winkle

_Counsel for Plaintiff State of Texas_