```
                 IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )    CV No. 20-3010
      vs.                          )    Washington, D.C.
                                   )    April 30, 2021
GOOGLE LLC,                        )    11:00 a.m.
                                   )
          Defendant.               )
_____)



                          TRANSCRIPT OF
              STATUS CONFERENCE VIA ZOOM PROCEEDINGS
                BEFORE THE HONORABLE AMIT P. MEHTA
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:        Kenneth M. Dintzer
                           U.S. DEPARTMENT OF JUSTICE
                           1100 L Street, NW
                           Washington, D.C.
                           (202) 307-0340
                           Email:
                           kenneth.dintzer2@usdoj.gov

                           William Cavanaugh
                           PATTERSON BELKNAP
                           WEBB & TAYLOR LLP
                           1133 Avenue of the Americas
                           New York, NY 10036-6710
                           (212) 335-2793
                           Email: wfcavanuagh@pbwt.com

                           Diane Hazel
                           OFFICE OF THE ATTORNEY GENERAL
                           1300 Broadway
                           7th Floor
                           Denver, CO 80203
                           Email: diane.hazel@coag.com
```

APPEARANCES CONTINUED:

For the Defendant:          John E. Schmidtlein
                            WILLIAMS & CONNOLLY LLP
                            725 12th St., NW
                            Washington, D.C. 20005
                            (202) 434-5000
                            Email: jschmidtlein@wc.com

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            U.S. Courthouse
                            333 Constitution Avenue, NW
                            Room 6503
                            Washington, D.C. 20001
                            (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

COURTROOM DEPUTY:  Good morning, Your Honor.
This is Civil Action 20-3010, the United States of America,
et al., versus Google LLC.

Kenneth Dintzer, William Cavanaugh, and Diane
Hazel for the government.

John Schmidtlein for Google.

THE COURT:  Okay, Counsel.  Good morning,
everyone.  I hope everybody is doing well, everybody is
safe, healthy, and families are doing well.

All right.  Well, we're back just for one of our
monthly status reports.  I know the parties have been busy
resolving discovery disputes that you all had late last
month, and it seems like a great deal of progress has been
made in the interim.  And I want to start there and thank
everybody for all your efforts.  I'm really grateful for all
the work that you all have put in, and it seems like -- and
we'll get some more detail on this in a minute, but this
latest Joint Status Report indicated that the parties had
resolved the disputes that we were -- that was the subject
of our last hearing, and hopefully that means things are
proceeding at pace, and if there are any other disputes,
we'll talk about them this morning.

But why don't we begin -- let me just -- before we
get started, Mr. Sallet, is he -- what's our status here in

1    terms of Mr. Sallet?  Is he --

2              MR. SALLET:  Your Honor --

3              THE COURT:  Is he moving to a different team, from

4    what I read in the newspaper?

5              MR. SALLET:  Your Honor, this is Mr. Sallet, if I

6    can speak briefly.

7              THE COURT:  There you are.

8              MR. SALLET:  I am on this team and I'm proud to be

9    on this team and I have no plans to be on any other team.

10             But, Your Honor, for logistical reasons, my lead

11   co-counsel, William Cavanaugh, is handling the issues for

12   this morning; I think it gives you a chance to interact

13   directly with him, which I think will be good for the

14   progress of the litigation.

15             THE COURT:  Okay.  Very good.

16             And I also just don't see you, so I wasn't sure if

17   you were on.

18             MR. SALLET:  Yes.  Thank you, Your Honor.

19             THE COURT:  Thank you, Mr. Sallet.

20             Okay.  Well, why don't we begin with the DOJ *U.S.*

21   *v. Google* matter and just get an update on where things

22   stand in terms of discovery.

23             The government's indicated that it did make a

24   production on April the 9th, at least according to the last

25   Status Report I received about seven days ago.  And so what

1    does that mean in terms of the overall arc of discovery

2    production by the United States to Google?

3              MR. DINTZER:  Good morning, Your Honor.  This is

4    Kenneth Dintzer.

5              We have made the productions that were required by

6    Google of us, and so we are up to date at this time with

7    respect to the materials that they have sought from us.

8              THE COURT:  Okay.

9              So from your perspective or -- there's no further

10   discovery that is due at this juncture in terms of document

11   discovery?

12             MR. DINTZER:  That is correct, Your Honor.

13             As things go along, we -- as materials arise,

14   there are certain materials that we've agreed to produce as

15   they arise.

16             But other than that, when we do third-party

17   production, which I'll get to in a bit when the Court gives

18   me a chance, when we do third-party production, those third

19   parties are also producing to Google so that they get the

20   documents when we get the documents -- or shortly

21   thereafter, they should.

22             THE COURT:  All right.  Okay.

23             But that doesn't -- you're not suggesting that

24   that involves any further obligation on your part to make

25   disclosures or just knowing the third parties are producing

1   to both sides when subpoenas are due?

2           MR. DINTZER:  Just that sometimes we -- I mean, we

3   have an interaction with Google where we have an

4   understanding; and if it hasn't happened, they've asked us

5   to go back to the third party and nudge them into that.  And

6   so we've been working with them; that hasn't been a problem.

7           THE COURT:  I see.  Okay.

8           MR. DINTZER:  But we agreed to produce ongoing

9   correspondence with subpoena recipients, and the next

10  production would be in July under the current schedule.

11          THE COURT:  All right.  Terrific.

12          Mr. Schmidtlein, do you have anything you want to

13  add in terms of where discovery stands from your perspective

14  from the United States?

15          MR. SCHMIDTLEIN:  No, Your Honor.

16          We're obviously reviewing the documents that are

17  coming in from the government and from the plaintiff states,

18  and we don't have any issues to raise at this time.

19          THE COURT:  Okay.  Terrific.

20          All right.  Well, let's, then, talk about Google's

21  production to the United States and to the Colorado

22  Plaintiffs.  Insofar as there's some overlap, we'll talk

23  about the sort of Colorado-specific discovery momentarily,

24  but let's start with the overlap portion.

25          So, you know, as I said earlier, much of what

1    we've been talking about to date, it seems like the parties

2    have resolved in terms of search terms and custodians, and

3    so, as I said, I'm grateful.

4              Looks like there were some additional productions

5    made over the end of March through mid April that amounts to

6    about a half a million pages; some additional data was

7    produced.

8              And so, Mr. Schmidtlein, where are things from

9    your perspective in terms of anything that's transpired in

10   the last seven days and what you expect in the weeks ahead?

11             MR. SCHMIDTLEIN:  Your Honor, we -- as you noted,

12   there have been several productions that have been made

13   since the last status conference, and there has been an

14   additional production made since we submitted the Joint

15   Status Report to you last week.  I think all told, to date,

16   Google has produced over 650,000 documents; that translates

17   into about 3.8 million pages of documents.

18             I think you may recall, Your Honor, very early on,

19   we gave some benchmark, you know, production schedules based

20   on the original proposals that we had made.  Just to go back

21   for a moment, we made some original estimates of timing for

22   production based upon what the parties had agreed to, and

23   then we had begun sort of moving on those productions while

24   we still discussed, fought, and litigated back and forth

25   over some of the unresolved issues.

1          We have met all of those production benchmarks

2    that we provided to the DOJ.  And I think I can report that,

3    as to all of those benchmarks that we provided, again, based

4    on some of those agreed-upon custodians, initially agreed

5    upon search terms, we project that we're going to make all

6    of those production benchmarks.

7          So everything is proceeding according to pace from

8    our perspective.  And we're obviously taking on board all of

9    the additional new obligations that we have agreed to as

10   part of resolving search terms, resolving custodians.

11         And we are working out how much time and effort

12   that's going to take to get us current through all of those

13   additional obligations, which are quite substantial.  You

14   know, the estimates, we don't need to give you all the

15   details unless you want them, but the additional obligations

16   that we have undertaken to resolve the search term and the

17   custodian issues will result in millions of additional

18   documents being reviewed in the coming months.

19         So we are working very diligently, very hard.

20   I have a very large team of people working to process,

21   review, and produce those materials on a rolling basis.

22   We're making productions every, roughly, 10 to 14 days to

23   the DOJ as new responsive materials come available.

24         THE COURT:  So, Mr. Schmidtlein, my recollection

25   is that some of the benchmarks that you had proposed

1   previously were -- your thought was at the end of May, you

2   would have substantially produced all of the records for the

3   90 or so custodians.  And then we talked about some

4   additional custodians.  I had ordered the government or

5   allowed the government to identify additional custodians,

6   and I think then you said that would probably push things

7   out to June.

8        Is that where you -- do you think you're still on

9   track to meet those benchmarks and those dates?

10       MR. SCHMIDTLEIN:  So, yes.  Let me just -- I want

11  to be very precise here, Your Honor.

12       You are correct that we initially gave a benchmark

13  for end of May for the original 76 custodians that we had

14  very original agreement on.  And the search terms and the

15  scope that Google had agreed to in the early phase that we

16  had agreed we would be substantially complete as to that

17  universe by the end of May, we are on track to meet that.

18       We next had an end-of-June benchmark.  After

19  additional negotiations with the government, the parties

20  agreed to roughly a 20 additional custodians, and we made

21  some more progress.  We said that we estimated that we would

22  be done with folding all of that in by the end of June.

23  We believe we are on track to meet that.

24       As a result of our most recent negotiations and

25  resolution -- and that includes adding the 20 additional

1    custodians on top of the roughly 96 we previously agreed to

2    that Your Honor had afforded the government and all of the

3    additional search strings that Your Honor had permitted the

4    government and some further negotiations and back and

5    forth -- as you may recall, I think at the last status

6    conference we talked to you about some disagreements we had

7    over date ranges as to certain RFPs, the parties spent a lot

8    of time hashing some of those issues out and hashing out, as

9    you may remember, the question of what would Google's

10   obligation be, if any, to re-review documents that had

11   previously been reviewed but deemed non-responsive to the

12   pre-complaint CID.

13           THE COURT:  Right.

14           MR. SCHMIDTLEIN:  That entire package has been

15   resolved.  And I believe that our current best estimates,

16   sort of wrapping all of those additional obligations in,

17   that we believe that we will be substantially complete with

18   all of that by the end of July.

19           THE COURT:  Okay.

20           Okay.  Terrific.  Well, that -- I'll turn to

21   Mr. Dintzer in a moment, but certainly it's heartening that

22   the original estimates of the end of May and the end of

23   June, we're on course for those, to meet those dates, and

24   Google has been doing rolling productions, as we've talked

25   about.

1          And it doesn't surprise me, of course, that given

2    the disputes that we talked about previously and how we've

3    been resolving, that's likely to involve some more time too.

4    So it doesn't surprise me, Mr. Schmidtlein, that you're

5    talking about July now.

6          MR. SCHMIDTLEIN:  I would also just add very

7    briefly, Your Honor, we have also produced -- I don't want

8    to short-change my colleagues who have spent an enormous

9    amount of time working on our data productions -- we have

10   produced to date over 10 terabytes of data to the

11   government, and we have another 4 terabytes that are in

12   process.

13         We actually tried to make a significant production

14   earlier this week, but the production was so large we

15   actually couldn't do it via the electronic transfer system

16   and we're now converting that on to hard drive, which is a

17   fairly time-consuming process.  But we will have to the

18   government, I think, early next week, another 4 terabytes of

19   data responsive to the data portions of the document

20   request.

21         THE COURT:  Okay.

22         Yeah, I'd like to talk about documents and pages,

23   because I can actually sort of picture what that means when

24   you start talking about terabytes.  It's a little harder to

25   understand that.  But I'm sure that also has been a

1    substantial undertaking.

2              All right.  Well, Mr. Dintzer, let me turn to you

3    and Ms. Hazel and see what your reactions are,

4    Mr. Cavanaugh, to where things stand from your perspective.

5              MR. DINTZER:  Thank you, Your Honor.

6              So I would break this down -- we are definitely

7    making progress and we have made progress and we appreciate

8    the Court's assistance in making that progress.

9              I would break sort of the areas down into three

10   parts.  The first part is the custodians and search terms

11   that we've been talking about.  And we do have an agreement

12   in place that what we would ask the Court, and I appreciate

13   Mr. Schmidtlein providing a schedule to the Court, this

14   is -- we hadn't heard this before, but this is -- and what

15   we would ask is that there be a more accelerated schedule

16   than that.

17             The last time we were in front of the Court, the

18   Court suggested that, given the fact-discovery deadline in

19   March of '22, that we should be looking at starting

20   depositions in August.  And quite honestly, Your Honor, if

21   Google doesn't complete their document production until the

22   end of July, it means that -- I mean, we have to review

23   these millions of documents or however many, it means that

24   August becomes really undoable.  And so we would ask that

25   they meet a July 1st document production schedule.

1           When we first started this whole process,

2    Mr. Schmidtlein suggested that, you know, they needed time

3    to ramp up and to get a structure in place, and the Court

4    provided that.  And so at first, there was sort of a

5    slowness to the production.

6           When the Court encouraged Google to accelerate

7    things, they immediately did.  And what we would ask is that

8    the Court encourage them to do so again by giving them a

9    deadline of July 1st to complete their production.  And if

10   they do that, I believe we can start our depositions in

11   August, that's -- our Google depositions in August.  That's

12   the hope.

13          And so we would ask for a tiered -- of the

14   documents remaining, 25 percent come by May 15th, 50 percent

15   by June 1st, 75 percent by June 15th, and then them

16   completed by July 1st, with the understanding that they have

17   had many of these custodians.  I mean, we did add 20

18   custodians, but they've had many of these custodians since

19   they proposed them.  They have gathered these documents.

20   They have their pipeline set and they have materials in the

21   pipeline.  So we ask that they have that type of schedule

22   apply.

23          And we would also note that for efficiency sake,

24   the best way to produce these is by custodian, so that, you

25   know, each time they produce, say -- in each of these

1    tranches, 29 custodians or some number of custodians so that

2    the entire custodian is completed and that custodian could

3    be read.

4            If they pull them in a different fashion, then we

5    are waiting -- if Joe Smith gets produced over a series of

6    time, we can't really read Joe Smith, we certainly can't

7    depose Joe Smith, until all of Joe Smith's documents are

8    with us.

9            So if they're producing in a manner that --

10   whenever the deadline is, but let's say July 1st is the

11   deadline, that we don't get all of Joe Smith's documents

12   until July 1st.  Then we can't start reading them -- I mean,

13   we can start reading them, but we can't complete reading

14   them and start preparing for the deposition and look at how

15   we're going to depose Joe Smith until we get all those

16   documents.

17           So we would say that the most efficient way that

18   Google could produce these, as far as helping this process

19   along, would be by custodian.  So that's where we are with

20   the search and custodian parts of Google's production.

21           We agree with Google that --

22           THE COURT:  Hang on.

23           Can you just repeat the dates that you've

24   proposed?

25           MR. DINTZER:  Of course, Your Honor.

1           We would say that -- I mean, Google has produced

2     documents, so I don't want to minimize that at all.  But

3     starting now, everything -- if you took everything that's

4     left for them to produce, we would ask that 25 percent of

5     that come in by May 15th, the 50 percent mark would be hit

6     by June 1st, the 75 percent mark would be hit by June 15th,

7     and then 100 percent by July 1st.

8           THE COURT:  All right.

9           MR. DINTZER:  So that's the schedule that we would

10    ask for.

11          THE COURT:  Okay.

12          Well, let me just ask while we're on the topic,

13    Mr. Schmidtlein, can you provide me with some insight as to

14    how the productions are happening and specifically on this

15    issue of custodians; in other words, you know -- did we

16    lose --

17          MR. SCHMIDTLEIN:  Your Honor, I think --

18          THE COURT:  Hang on one second, Mr. Schmidtlein.

19          COURTROOM DEPUTY:  Your Honor, I see that he's

20    still connected but that his video is off.

21          Mr. Dintzer, are you still on the line?

22          THE COURT:  Oh, there he is.  Okay.

23          MR. DINTZER:  I am.

24          Unfortunately, I'm getting a thing saying my

25    Internet connection is unstable, so I just turned off the

1   video just to make sure that I wasn't overcasting.  But I am

2   here.

3            THE COURT:  Okay.

4            So Mr. Schmidtlein, if you could comment on this

5   question of whether the productions are being done by a

6   custodian or how they're being grouped, to the extent that

7   they're being grouped, in any way that you can describe.

8            MR. SCHMIDTLEIN:  Well, Your Honor, I think, maybe

9   not surprisingly, the government is not as familiar with how

10  to do these massive document productions as private parties

11  are.

12           We, I think as we explained previously to you and

13  in response to the government's desire to sort of front load

14  productions, we have used technology-assisted review.  So we

15  have used technology to try to identify, across the entire

16  sort of corpus of materials we have, the things that are

17  most likely to be responsive.

18           So we take that across everybody and we sort of

19  try to push that to the top for review so that we are then

20  pushing out the most relevant materials more quickly.  So we

21  have not been doing it by -- we can do it by custodian, sort

22  of, you know, kind of have certain document reviewers sort

23  of do it by custodian or sort of assigned that way, but

24  that's going to slow the production down and result in what

25  the government has always been complaining about or worried

1   about, which is, oh, don't save all the good stuff till the

2   end and backload this on us.

3          We have actually pushed out and we were getting to

4   a point where we were actually producing slightly smaller

5   productions here more recently, because we were getting

6   further down the funnel of the most relevant materials.

7   It's not that we're not reviewing huge amounts, but it's the

8   amount of responsive documents, the hit rates sort of don't

9   produce as much responsive material.

10         As we now go unload this next very large

11   collection of material as a result of our agreements --

12   I mean, if they're telling us we want certain people

13   prioritized, we can talk to them about that.  But they can't

14   have it both ways.  They can't say, produce everything as

15   quickly as you can and also do it by custodian.  There's a

16   certain tension there.

17         I'd also suggest the sort of notion that they have

18   to wait for every last document for every custodian before

19   they take their deposition, I think, is erroneous.  And we

20   can certainly work with them to try to prioritize particular

21   custodians, but the way we've been doing this, Your Honor,

22   frankly, is to try to push out the productions as quickly as

23   possible.

24         THE COURT:  That's helpful.  It's helpful to

25   understand that.

1          I mean -- you know, look, I think, Mr. Dintzer,

2    here's my view on this, which is, you know, we've been at

3    this since, I guess, sort of mid January, give or take.

4    There's, not surprisingly, been some haggling and disputes

5    among the parties early on.  As I said, you know, I'm really

6    grateful that you all have resolved, at least so far, these

7    really big-picture disputes, and so it doesn't surprise me

8    that as these disputes become resolved and negotiated, that

9    the production date will be pushed out a little bit.

10          What I will say is this -- I'm not going to sort

11   of ask Google to move things up by 30 days, but I will say

12   this:  That to the extent that you would like to have

13   documents for a particular deponent that you're interested

14   in in deposing by August, then, by all means, you ought to

15   communicate that to Mr. Schmidtlein and let him know that

16   these are the ten folks we want to depose in August and we'd

17   like you to try to prioritize their document production, and

18   so, you know, I think you won't run into the problem that

19   you've described.

20          And, look, you know, this is not a short discovery

21   timeline.  So that if for whatever reason you depose

22   somebody in August and for whatever reason some document

23   turns up that you would like to have shown that deponent and

24   you didn't get to it -- you didn't receive it until after

25   the deposition, you know, we can always talk then about

1    having to re-open the deposition if need be.  It's not

2    something anybody is desirous of, but these things don't

3    happen in a straight line always, it seems to me.

4            And so, you know, I'm not -- I think at this

5    point, I think Google's been acting in good faith.  They've

6    stuck to the deadlines that they initially -- or at least

7    they projected they're going to meet the deadlines that they

8    announced at least 30 days ago, and so I'm sort of satisfied

9    with where things are from that standpoint.

10           All right.  So you had sort of three things,

11   Mr. Dintzer.  We've talked about custodians and search

12   terms.  Let's talk about item 2 and item 3.

13           MR. DINTZER:  Sure.

14           So item 2 has two parts.  It's the data that

15   Mr. Schmidtlein had discussed, which we agree is being --

16   there are ongoing productions and negotiations of those,

17   there's no need to involve the Court, just to let you know

18   that that's going on.

19           THE COURT:  Okay.

20           MR. DINTZER:  And to put things in perspective

21   just so that -- while the data can be enormous in volume,

22   it's of a different nature as far as -- the review of --

23   unlike the documents where somebody may sit in a room and

24   look at every document, nobody is sitting in any room and

25   looking at terabytes of data.  So it's of a different kind.

1    So when Mr. Schmidtlein talks about terabytes, there's no

2    equivalency of that in documents.  These are just two

3    separate things.

4              THE COURT:  I think --

5              MR. DINTZER:  But that is going forward.

6              THE COURT:  Mr. Dintzer, before you move on to --

7              MR. DINTZER:  Sure.

8              THE COURT:  -- your point 3, I did want to raise

9    one thing, because there was something that was said in

10   the -- in your last Status Report, I just didn't want to

11   lose it, but you all had said that there were some open

12   discovery issues, including noncustodial searches, and

13   I didn't quite understand what that meant.

14             MR. DINTZER:  That's No. 3.

15             That's the next item, Your Honor.  So that's

16   perfect.

17             THE COURT:  Oh, okay.

18             MR. DINTZER:  So there are some searches where the

19   best way to get the materials is not with custodians and

20   search terms, and that statement, I think -- I don't think

21   Google would disagree with that.  There are some -- and so

22   from the beginning, there was an understanding that some of

23   these searches -- some of the materials that we requested

24   would be given that way.

25             And just to give you an example, Your Honor, one

1    of our requests was for a set of Board of Directors

2    documents.  Well, yeah, you can use a search term to do

3    those, but if there's a folder where they're at, the best

4    way to do them is you just go to the folder and you have

5    somebody look through the folder and take them out of it.

6          THE COURT:  Right.

7          MR. DINTZER:  And so we call those go-gets.

8          And we've been negotiating with Google on the

9    go-gets, the noncustodial searches.  And so we had some

10   letters and we went back and forth.

11         Last night, we reached agreement on sort of the

12   first slate of go-gets.  And so we don't -- and including

13   the board materials that I just mentioned.  So there's no

14   issue being raised there, it's just -- that was just an

15   example.  I believe we've reached substantial agreement on

16   that.

17         We have others that we are in the process of

18   negotiating.  None of them are at an impasse or teed up for

19   the Court at this time.  So all we want to do is just make

20   sure the Court understands there's this other set that we're

21   continuing to negotiate on.

22         But we are making progress.  Like I said, last

23   night, we got to "yes" on a number of them, which I think,

24   among other things, Your Honor, shows the importance of

25   these status conferences, to get the parties to a point, and

1   we appreciate that.  So that's sort of the other part of my

2   second point, which is just what's still on deck.

3            The third point has to do with third parties.  So

4   we've issued 48 third-party subpoenas, most or all of which

5   either Google has joined us or we have joined them.  But

6   I believe all of them have both parties on the subpoenas.

7   And we've had positive negotiations with many of the third

8   parties, and a number of them have started their

9   productions.

10           We have seen a bit of foot dragging by a few,

11  where the pace of getting things to where they should be is

12  not where it should be.  We're not ready to ask for the

13  Court's assistance yet.  It's just something that we wanted

14  to also put on your radar.  It is something that we think,

15  in its own way, is as important as getting materials from

16  Google, but it's not ready yet.  But we did want to let the

17  Court know.  And for the most part, we are making

18  significant progress on the third parties.

19           And so basically, Your Honor, that's where we see

20  where we're at with respect to the materials being produced.

21           THE COURT:  Okay.

22           And just for my own information, are we at a point

23  yet where we've run into issues with third parties in terms

24  of how they want documents designated, in terms of a level

25  of confidentiality to be tagged on particular documents?

1    Is that something that's come up yet or perhaps we're not

2    there yet?

3         MR. DINTZER:  We have been working with them.

4         And my understanding is that we have had them --

5    I mean, they have been identifying them as they've been

6    coming in.

7         I don't think -- as far as I know -- and I'll get

8    a little ping here if I'm wrong, but as far as I know, there

9    is no outstanding issue on that.  I think the process that

10   we have in place has been working.

11        I think there are some third parties that may feel

12   that at some point they may wish to ask for more, but at

13   this point, that hasn't been teed up for us, and

14   I don't think it's teed up for the Court.

15        THE COURT:  Okay.

16        All right.  Mr. Schmidtlein, let me just turn to

17   you before we -- it sounds like we may be coming to a

18   wrapping up on the *U.S. v. Google* matter, but any response

19   or anything you'd like to add to the points Mr. Dintzer has

20   raised or anything new you'd like to inject?

21        MR. SCHMIDTLEIN:  No, Your Honor.

22        I think -- I agree with Mr. Dintzer.  We're

23   continuing to try to work cooperatively to resolve these

24   other categories of discovery that are included within the

25   DOJ plaintiffs' RFPs.  And we are simultaneously working

1  with many, many third parties to try to accommodate some of

2  their concerns, both for the burden and the breadth of the

3  subpoenas.

4           The confidential issue may or may not turn out to

5  be an issue that we're going to need your help on, but as of

6  right now, there's nothing to bring to your attention.

7           THE COURT:  Okay.  Good.

8           All right.  Mr. Cavanaugh, why don't we turn to

9  you and get your thoughts at least with respect to the

10 overlap issue and then we'll sort of segue into the

11 particulars of the *Colorado* case.

12          MR. SALLET:  Sure.  Thank you, Your Honor.  Bill

13 Cavanaugh from Patterson Belknap on behalf of Colorado and

14 Nebraska.

15          Your Honor, initially as to Mr. Salet, I watched

16 the NFL draft last night; he was not drafted by any team.

17          THE COURT:  That just means he's not a first-round

18 guy.

19          MR. CAVANAUGH:  All right.

20          Well, I was going to give him credit, Your Honor.

21          THE COURT:  There's still more to come.

22          MR. CAVANAUGH:  All right.

23          Your Honor, we're making progress in terms of

24 Google -- our document requests to Google.  We've had four

25 meet-and-confers with them, three as to documents, one as to

1    data.

2              We're largely working within the 118, I believe,

3    custodians that DOJ and Google agreed upon, and then

4    identifying specific custodians that would relate to

5    requests and search terms developed as to the Colorado

6    Plaintiffs.

7              We have proposed two additional custodians; we're

8    waiting for Google's response as to those two custodians.

9              We've agreed upon 19 search terms as it relates to

10   21 of our requests.

11             There are unresolved objections -- I should say,

12   we're close to agreement on those, the 19 and 21 I just

13   referenced.

14             There are --

15             THE COURT:  What are those numbers?  You said

16   19 -- can you repeat the search terms?

17             MR. CAVANAUGH:  19 search terms as to 21 of our

18   requests.

19             THE COURT:  Okay.

20             MR. CAVANAUGH:  There are roughly 15 to 17

21   requests as to which there are unresolved objections, and

22   I don't think there's anything to bring to the Court's

23   attention at this point.  It largely turns on whether our

24   requests are duplicative of a DOJ request.

25             And the parties have disagreed on this as to

1    specific requests.  We're going through each one trying to

2    resolve it.  I would just put the Court -- advise the Court

3    that perhaps we might have an issue down the road as to a

4    couple of requests where we can't -- where we can't reach

5    agreement.  But as you can imagine, Your Honor, it's a

6    highly particularized issue; it's as to a specific request.

7              THE COURT:  Right.

8              MR. CAVANAUGH:  I'm hopeful we can resolve all of

9    this.

10             So, you know, I think we are making progress, and

11   I suspect the parties -- I know we're trying to schedule

12   another meet-and-confer for next week.

13             THE COURT:  So let's talk bigger picture.

14             You know, one of my goals here is to get to a

15   point where things are moving on parallel tracks and

16   intersecting when appropriate.  So my hope is that once

17   depositions start and people start providing testimony,

18   they're going to want to be only having to do that once.

19             The production in the *Colorado* matter hasn't yet

20   started.  How do you think -- well, do you perceive that

21   we will still be in a place where we can sort of meet the

22   objective of having all records produced or all -- that the

23   parties need to depose people they have and have at one

24   point in time, as opposed to forcing deponents to come back

25   for a second or third round?

1          MR. CAVANAUGH:  Your Honor, it is absolutely our

2     objective to have these cases run on parallel paths and that

3     we're not moving along different timelines as to the DOJ

4     case and our case.

5          I am hopeful that the supplemental -- the

6     productions that will have to be made to us in connection

7     with our unique requests will not be so voluminous that it

8     will require us to somehow be on a separate path with DOJ.

9          THE COURT:  Okay.

10          Because my concern is that once you all reach a

11     final resolution, Mr. Schmidtlein will announce -- and

12     I'm not saying this as a criticism -- that, well, that

13     portion of production is now going to be delayed until

14     September or something like that, into the fall or late,

15     late summer, such that that could cause delays in getting

16     started with depositions just because this aspect of the

17     document discovery is not completed.

18          MR. CAVANAUGH:  Well, I think, Your Honor, what

19     would mitigate against that happening is that, for example,

20     on our request, we are working out specific search terms, as

21     well as specific custodians who would be searched as to that

22     request and that -- as to whom those search terms would be

23     applied, as opposed to the whole universe of 118 DOJ

24     custodians.

25          THE COURT:  Okay.

1          MR. CAVANAUGH:  So that's why I'm optimistic that

2     once we resolve all of these remaining open issues as to our

3     request, that this is not going to create a situation in

4     which we're working somehow behind where DOJ is.

5          THE COURT:  All right.

6          Mr. Schmidtlein, your thoughts about matters in

7     the *Colorado* case.

8          MR. SCHMIDTLEIN:  Your Honor, I think, at a high

9     level, I agree with Mr. Kavanaugh in terms of where we are

10    in the process.

11         While we have been trying to deal with all the DOJ

12    requests, we have in parallel been talking to the Colorado

13    Plaintiffs about their separate 71 RFPs and trying to deal

14    with a process for dealing with those.  We've made some

15    progress.  There are still more issues to be discussed and

16    resolved.

17         I will tell you, Your Honor, on timing, we have

18    made what we thought was a very comprehensive and reasonable

19    proposal for trying to deal with the *Colorado* requests, both

20    in terms of custodians and in terms of sort of search

21    parameters.  We think there are large chunks of those

22    requests that overlap sufficiently with the DOJ requests,

23    that what we've agreed to do with DOJ should suffice, but

24    those conversations are continuing.

25         I think we have represented to Colorado that we

1   estimate that, based on the proposal we've made, we believe

2   that we will be substantially complete in that production by

3   the middle of July.  So we absolutely want to stay in

4   parallel.  I do not want to be producing my senior

5   executives multiple times for depositions, and we are going

6   to work very, very hard to make that happen.

7          The only place where I don't think I can fully

8   join -- lock arms with Mr. Cavanaugh this morning is

9   whether, in fact, they are going to be ultimately reasonable

10  in the additional asks that they are making of us to go

11  above and beyond what the DOJ has asked for.  I hope that

12  his predictions about them being narrow and supplemental

13  turn out to be true, but right now we're not in a position

14  to say that that's where we are.  But we made a lot of

15  progress with DOJ, and we're going to work hard to make the

16  same sorts of progress with the Colorado Plaintiffs.

17         THE COURT:  So, Mr. Schmidtlein, let me ask you

18  this:  If your estimate is mid July, based on what proposal

19  you've made, by when would you need to have final custodians

20  and search terms in place to meet that mid-July deadline?

21         MR. SCHMIDTLEIN:  Well, Your Honor, just as we did

22  with DOJ, we're not sort of waiting, if you will; in other

23  words, we are taking on board kind of the baseline offer

24  that we've made and that I think Colorado is trying to sort

25  of build on top of, we are sorted pushing all of that into

1   the review so that those materials -- we are not being

2   delayed while we have these further negotiations.

3          THE COURT:  The reason for my question is, I'm

4   trying to decide whether it makes sense to place some

5   deadline on these negotiations.  I don't want -- you know, I

6   don't want these to drag on in such a way that it's going to

7   affect your target of mid July.

8          MR. SCHMIDTLEIN:  I appreciate that, Your Honor.

9          I mean, I think that realistically -- I mean, we

10  have a lot in the pipeline right now based upon our --

11  what's left from our original deal with DOJ and all the new

12  things we've agreed to.  So the pipeline is running at full

13  capacity right now.

14         But I take your point, Your Honor, and I think

15  it's a very important one.  I think we should be -- and,

16  again, you know, the parties are working very hard.  I think

17  we should be aiming towards a final, final agreement with

18  the Colorado Plaintiffs by the next time we see you in sort

19  of the normal cadence, which I'm assuming -- I know we don't

20  have dates, but I assume you want to talk about that today.

21         THE COURT:  Yeah.

22         MR. SCHMIDTLEIN:  But assuming we're going to get

23  back together with you sometime before Memorial Day, that

24  last week of May, I think that the parties should be sort of

25  targeting sort of roughly that -- the run-up to that as the

1  time period to get resolution.

2         THE COURT:  Mr. Cavanaugh, your thoughts?

3         MR. CAVANAUGH:  Yeah, Your Honor, we would

4  absolutely agree with that.  I think having a deadline here

5  by the time of the next conference absolutely makes sense.

6  If we've identified issues that the parties can't resolve,

7  we can then bring it promptly to the Court for a resolution.

8         I would say our requests are designed to be

9  targeted to the unique issues we've brought up in our

10  complaint which differ from those in DOJ, to some extent.

11  So I don't think our requests -- and our interpretation of

12  our requests and what we think are relevant and responsive

13  is going to create any real logistical burdens on Google.

14         THE COURT:  All right.

15         Well, look, you know, I raised this just so that

16  everybody understands what the goal is here, the end goal is

17  here, and being mindful of not letting that slip by letting

18  some of these early negotiations take longer than they need

19  to.

20         So I'll hold everybody to their prediction that if

21  you can reach agreement by the end of next month, that

22  should still leave you on course to finish Google's

23  production by mid July.  And if that holds and also

24  Mr. Schmidtlein's promise there is to complete the

25  production by the end of July for the *U.S.* case, then

1   I think that'll put us in pretty good shape for fall, and

2   moving forward into the fall, winter, and early next year.

3           All right.  Is there anything else anybody wants

4   to raise at this time, then we can talk scheduling?

5           MR. DINTZER:  Not for the Department of Justice,

6   Your Honor.

7           MR. CAVANAUGH:  Not for the Colorado and Nebraska

8   Plaintiffs, Your Honor.

9           MR. SCHMIDTLEIN:  And not for Google, Your Honor.

10          THE COURT:  Okay.

11          Before we talk scheduling, Mr. Douyon,

12  do you remember, what day did we pick for the closings in

13  *Haroon Gul* yesterday?  Was it the 28th, is that what we

14  decided?

15          COURTROOM DEPUTY:  I believe we picked the 28th,

16  May 28th.

17          THE COURT:  All right.

18          So for our next get-together, what's everybody's

19  availability on May 27th, and let's say at 1:00?  1:00 p.m.

20  Eastern?

21          MR. DINTZER:  For the Department of Justice,

22  Your Honor, that would be terrific for us.

23          MR. CAVANAUGH:  Your Honor, that works for the

24  Colorado and Nebraska Plaintiffs.

25          MR. SCHMIDTLEIN:  That's good for Google as well,

1    Your Honor.

2            THE COURT:  Okay.  So we'll sit down May the 27th.

3            And I'll just ask for a Joint Status Report by

4    May 24th, by the close of business on May the 24th, to

5    preview any issues that summarizes what's transpired and

6    then previews any issues that the parties want to raise on

7    the 27th.  But it doesn't need to be on the close of

8    business, but just by the 24th is fine.  That gives me two

9    full days to digest what you all have submitted.

10           And then let's go ahead and set something for June

11   as well while we're all together.

12           How does June 29th look for everyone?  And we can

13   do that at 11:00 a.m.

14           MR. DINTZER:  Just checking my calendar,

15   Your Honor.

16           MR. CAVANAUGH:  It's good for the states,

17   Your Honor.

18           MR. DINTZER:  It's good for the Department of

19   Justice, Your Honor.

20           MR. SCHMIDTLEIN:  And that's fine for Google,

21   Your Honor.

22           THE COURT:  Okay.

23           So if we have our June session on the 29th, I'll

24   ask the parties to submit their Status Report by the 24th,

25   and that'll give me time to prepare for the hearing.

1          Okay.  With that, I think that'll be our schedule

2    moving forward.  Is there anything else anybody wants to

3    raise this morning?

4          MR. DINTZER:  Not from the Department of Justice,

5    Your Honor.

6          MR. CAVANAUGH:  Not from the states, Your Honor.

7          THE COURT:  Okay.

8          MR. SCHMIDTLEIN:  Not for Google.  Thank you for

9    your time this morning.

10          THE COURT:  Thank you, all, very much.  Be well,

11    and we look forward to seeing you in 30 days, if not sooner.

12          MR. DINTZER:  Thank you, Your Honor.

13          MR. SCHMIDTLEIN:  Thank you, Your Honor.

14          (Proceedings concluded at 11:47 a.m.)

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

   I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.

   Please note:  This hearing occurred during
the COVID-19 pandemic and is therefore subject to the
technological limitations of court reporting remotely.


Date:__April 30, 2021_____   /S/__William P. Zaremba_____

            William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [3]  3/2 15/19
32/15
MR. CAVANAUGH:
[13]  24/19 24/22 25/7
25/20 26/8 27/1 27/18
28/1 31/3 32/7 32/23
33/16 34/6
MR. DINTZER: [22]
5/3 5/12 6/2 6/8 12/5
14/25 15/9 15/23 19/13
19/20 20/5 20/7 20/14
20/18 21/7 23/3 32/5
32/21 33/14 33/18 34/4
34/12
MR. SALLET: [5]  4/2
4/5 4/8 4/18 24/12
MR. SCHMIDTLEIN:
[17]  6/15 7/11 9/10
10/14 11/6 15/17 16/8
23/21 28/8 29/21 30/8
30/22 32/9 32/25 33/20
34/8 34/13
THE COURT: [50]

'

'22 [1]  12/19

/

/S [1]  35/10

0

0340 [1]  1/15

1

10 [2]  8/22 11/10
100 [1]  15/7
10036-6710 [1]  1/19
1100 [1]  1/14
1133 [1]  1/18
118 [2]  25/2 27/23
11:00 [2]  1/6 33/13
11:47 [1]  34/14
12th [1]  2/3
1300 [1]  1/22
14 [1]  8/22
15 [1]  25/20
15th [4]  13/14 13/15
15/5 15/6
17 [1]  25/20
19 [5]  25/9 25/12 25/16
25/17 35/6
1:00 [2]  32/19 32/19
1st [8]  12/25 13/9
13/15 13/16 14/10
14/12 15/6 15/7

2

20 [3]  9/20 9/25 13/17
20-3010 [2]  1/4 3/3
20001 [1]  2/9
20005 [1]  2/3
202 [3]  1/15 2/4 2/9
2021 [2]  1/5 35/10
21 [3]  25/10 25/12
25/17
212 [1]  1/19

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 [1] Action 13/3
33/24
25 [2]  13/14 15/4
2793 [1]  1/19
27th [3]  32/19 33/2
33/7
28th [3]  32/13 32/15
32/16
29 [1]  14/1
29th [2]  33/12 33/23

3

3.8 million [1]  7/17
30 [5]  1/5 18/11 19/8
34/11 35/10
3010 [2]  1/4 3/3
307-0340 [1]  1/15
3249 [1]  2/9
333 [1]  2/8
335-2793 [1]  1/19
354-3249 [1]  2/9

4

434-5000 [1]  2/4
48 [1]  22/4

5

50 [2]  13/14 15/5
5000 [1]  2/4

6

650,000 [1]  7/16
6503 [1]  2/8
6710 [1]  1/19

7

71 [1]  28/13
725 [1]  2/3
75 [2]  13/15 15/6
76 [1]  9/13
7th [1]  1/22

8

80203 [1]  1/23

9

90 [1]  9/3
96 [1]  10/1
9th [1]  4/24

A

a.m [3]  1/6 33/13 34/14
about [26]  3/23 4/25
6/20 6/23 7/1 7/6 7/17
9/3 10/6 10/25 11/2
11/5 11/22 11/24 12/11
16/25 17/1 17/13 18/25
19/11 19/12 20/1 28/6
28/13 29/12 30/20
above [2]  29/11 35/4
above-titled [1]  35/4
absolutely [4]  27/1
29/3 31/4 31/5
accelerate [1]  13/6
accelerated [1]  12/15
accommodate [1]  24/1
according [2]  4/24 8/7
across [2]  16/15 16/18
acting [1]  19/5

actually [5]  11/13
11/15 11/23 17/17 17/4
add [4]  6/13 11/6 13/17
23/19
adding [1]  9/25
additional [16]  7/4 7/6
7/14 8/9 8/13 8/15 8/17
9/4 9/5 9/19 9/20 9/25
10/3 10/16 25/7 29/10
advise [1]  26/2
affect [1]  30/7
afforded [1]  10/2
after [2]  9/18 18/24
again [3]  8/3 13/8
30/16
against [1]  27/19
ago [2]  4/25 19/8
agree [5]  14/21 19/15
23/22 28/9 31/4
agreed [14]  5/14 6/8
7/22 8/4 8/4 8/9 9/15
9/16 9/20 10/1 25/3
25/9 28/23 30/12
agreed-upon [1]  8/4
agreement [8]  9/14
12/11 21/11 21/15
25/12 26/5 30/17 31/21
agreements [1]  17/11
ahead [2]  7/10 33/10
aided [1]  2/11
aiming [1]  30/17
al [2]  1/3 3/4
all [53]
All right [4]  3/11 15/8
24/19 28/5
allowed [1]  9/5
along [3]  5/13 14/19
27/3
also [10]  4/16 5/19
11/6 11/7 11/25 13/23
17/15 17/17 22/14
31/23
always [3]  16/25 18/25
19/3
am [4]  4/8 15/23 16/1
27/5
AMERICA [2]  1/3 3/3
Americas [1]  1/18
AMIT [1]  1/10
among [2]  18/5 21/24
amount [1]  11/9 17/8
amounts [2]  7/5 17/7
announce [1]  27/11
announced [1]  19/8
another [3]  11/11
11/18 26/12
any [12]  3/22 4/9 5/24
6/18 10/10 16/7 19/24
23/18 24/16 31/13 33/5
33/6
anybody [3]  19/2 32/3
34/2
anything [7]  6/12 7/9
23/19 23/20 25/22 32/3
34/2
APPEARANCES [2]
1/12 1/24

applied [1] Action 13/3
apply [1]  13/22
appreciate [4]  12/7
12/12 22/1 30/8
appropriate [1]  26/16
April [4]  1/5 4/24 7/5
35/10
arc [1]  5/1
are [66]
areas [1]  12/9
arise [2]  5/13 5/15
arms [1]  29/8
as [66]
ask [15]  12/12 12/15
12/24 13/7 13/13 13/21
15/4 15/10 15/12 18/11
22/12 23/12 29/17 33/3
33/24
asked [2]  6/4 29/11
asks [1]  29/10
aspect [1]  27/16
assigned [1]  16/23
assistance [2]  12/8
22/13
assisted [1]  16/14
assume [1]  30/20
assuming [2]  30/19
30/22
attention [2]  24/6
25/23
ATTORNEY [1]  1/21
August [7]  12/20 12/24
13/11 13/11 18/14
18/16 18/22
availability [1]  32/19
available [1]  8/23
Avenue [2]  1/18 2/8

B

back [8]  3/11 6/5 7/20
7/24 10/4 21/10 26/24
30/23
backload [1]  17/2
based [6]  7/19 7/22 8/3
29/1 29/18 30/10
baseline [1]  29/23
basically [1]  22/19
basis [1]  8/21
be [46]
because [5]  11/23 17/5
20/9 27/10 27/16
become [1]  18/8
becomes [1]  12/24
been [28]  3/12 3/14 6/6
6/7 6/7 7/12 7/12 7/13
10/11 10/14 10/24 11/3
11/25 12/11 16/21
16/25 17/21 18/2 18/4
19/5 21/8 23/3 23/5
23/5 23/10 23/13 28/11
28/12
before [8]  1/10 3/24
12/14 17/18 20/6 23/17
30/23 32/11
begin [1]  3/24 4/20
beginning [1]  20/22
begun [1]  7/23
behalf [1]  24/13

behind [1]  28/4

being [10]  8/18 16/5
16/6 16/7 19/15 21/14
22/20 29/12 30/1 31/17
believe [9]  9/23 10/15
10/17 13/10 21/15 22/6
25/2 29/1 32/15
BELKNAP [2]  1/17
24/13
benchmark [3]  7/19
9/12 9/18
benchmarks [5]  8/1
8/3 8/6 8/25 9/9
best [4]  10/15 13/24
20/19 21/3
beyond [1]  29/11
big [1]  18/7
big-picture [1]  18/7
bigger [1]  26/13
Bill [1]  24/12
bit [3]  5/17 18/9 22/10
board [4]  8/8 21/1
21/13 29/23
both [5]  6/1 17/14 22/6
24/2 28/19
breadth [1]  24/2
break [2]  12/6 12/9
briefly [2]  4/6 11/7
bring [3]  24/6 25/22
31/7
Broadway [1]  1/22
brought [1]  31/9
build [1]  29/25
burden [1]  24/2
burdens [1]  31/13
business [2]  33/4 33/8
busy [1]  3/12

C

cadence [1]  30/19
calendar [1]  33/14
call [1]  21/7
can [24]  4/6 8/2 11/23
13/10 14/13 14/23
15/13 16/7 16/21 17/13
17/15 17/20 18/25
19/21 21/2 25/16 26/5
26/8 26/21 29/7 31/7
31/21 32/4 33/12
can't [9]  14/6 14/6
14/12 14/13 17/13
17/14 26/4 26/4 31/6
capacity [1]  30/13
case [5]  24/11 27/4
27/4 28/7 31/25
cases [1]  27/2
categories [1]  23/24
cause [1]  27/15
Cavanaugh [8]  1/17
3/5 4/11 12/4 24/8
24/13 29/8 31/2
certain [5]  5/14 10/7
16/22 17/12 17/16
certainly [3]  10/21 14/6
17/20
Certified [1]  2/6
certify [1]  35/2
chance [2]  4/12 5/18

**C**

change [1] 11/8
checking [1] 33/14
chunks [1] 28/21
CID [1] 10/12
Civil [1] 3/3
close [3] 25/12 33/4
33/7
closings [1] 32/12
co [2] 1/23 4/11
co-counsel [1] 4/11
coag.com [1] 1/23
colleagues [1] 11/8
collection [1] 17/11
Colorado [15] 6/21
6/23 24/11 24/13 25/5
26/19 28/7 28/12 28/19
28/25 29/16 29/24
30/18 32/7 32/24
Colorado-specific [1]
6/23
COLUMBIA [1] 1/1
come [6] 8/23 13/14
15/5 23/1 24/21 26/24
coming [4] 6/17 8/18
23/6 23/17
comment [1] 16/4
communicate [1]
18/15
complaining [1] 16/25
complaint [2] 10/12
31/10
complete [7] 9/16
10/17 12/21 13/9 14/13
29/2 31/24
completed [3] 13/16
14/2 27/17
comprehensive [1]
28/18
computer [1] 2/11
computer-aided [1]
2/11
concern [1] 27/10
concerns [1] 24/2
concluded [1] 34/14
confer [1] 26/12
conference [4] 1/9
7/13 10/6 31/5
conferences [1] 21/25
confers [1] 24/25
confidential [1] 24/4
confidentiality [1]
22/25
connected [1] 15/20
connection [2] 15/25
27/6
CONNOLLY [1] 2/2
Constitution [1] 2/8
consuming [1] 11/17
CONTINUED [1] 2/1
continuing [3] 21/21
23/23 28/24
conversations [1]
28/24
converting [1] 11/16
cooperatively [1]
23/23
corpus [1] 16/16

correct [3] 18/2 19/2
35/3
correspondence [1]
6/9
could [4] 14/2 14/18
16/4 27/15
couldn't [1] 11/15
counsel [2] 3/8 4/11
couple [1] 26/4
course [4] 10/23 11/1
14/25 31/22
court [20] 1/1 2/5 2/7
5/17 12/12 12/13 12/17
12/18 13/3 13/6 13/8
19/17 21/19 21/20
22/17 23/14 26/2 26/2
31/7 35/7
Court's [3] 12/8 22/13
25/22
Courthouse [1] 2/7
COVID [1] 35/6
COVID-19 [1] 35/6
create [2] 28/3 31/13
credit [1] 4/20
criticism [1] 27/12
CRR [2] 35/2 35/11
current [5] 6/10 8/12
10/15
custodian [11] 8/17
13/24 14/2 14/2 14/19
14/20 16/6 16/21 16/23
17/15 17/18
custodians [27] 7/2
8/4 8/10 9/3 9/4 9/5
9/13 9/20 10/1 12/10
13/17 13/18 13/18 14/1
14/1 15/15 17/21 19/11
20/19 25/3 25/4 25/7
25/8 27/21 27/24 28/20
29/19
CV [1] 1/4

**D**

D.C [4] 1/5 1/14 2/3 2/9
data [9] 7/6 11/9 11/10
11/19 11/19 19/14
19/21 19/25 25/1
date [7] 5/6 7/1 7/15
10/7 11/10 18/9 35/10
dates [4] 9/9 10/23
14/23 30/20
day [2] 30/23 32/12
days [7] 4/25 7/10 8/22
18/11 19/8 33/9 34/11
deadline [7] 12/18 13/9
14/10 14/11 29/20 30/5
31/4
deadlines [2] 19/6 19/7
deal [5] 3/14 28/11
28/13 28/19 30/11
dealing [1] 28/14
decide [1] 30/4
decided [1] 32/14
deck [1] 22/2
deemed [1] 10/11
Defendant [2] 1/7 2/2
definitely [1] 12/6
delayed [2] 27/13 30/2

Denver [1] 1/23
DEPARTMENT [1] 1/13
32/5 32/21 33/18 34/4
deponent [2] 18/13
18/23
deponents [1] 26/24
depose [5] 14/7 14/15
18/16 18/21 26/23
deposing [1] 18/14
deposition [4] 14/14
17/19 18/25 19/1
depositions [2] 12/20
13/10 13/11 26/17
27/16 29/5
describe [1] 16/7
described [1] 18/19
designated [1] 22/24
designed [1] 31/8
desire [1] 16/13
desirous [1] 19/2
detail [1] 3/18
details [1] 8/15
developed [1] 25/5
Diane [2] 1/21 3/5
diane.hazel [1] 1/23
did [8] 4/23 13/7 13/17
15/15 20/8 22/16 29/21
32/12
didn't [4] 18/24 18/24
20/10 20/13
differ [1] 31/10
different [5] 4/3 14/4
19/22 19/25 27/3
digest [1] 33/9
diligently [1] 8/19
Dintzer [11] 1/13 3/5
5/4 10/21 12/2 15/21
18/1 19/11 20/6 23/19
23/22
directly [1] 4/13
Directors [1] 21/1
disagree [1] 20/21
disagreed [1] 25/25
disagreements [1]
10/6
disclosures [1] 5/25
discovery [12] 3/13
4/22 5/1 5/10 5/11 6/13
6/23 12/18 18/20 20/12
23/24 27/17
discussed [3] 7/24
19/15 28/15
disputes [5] 3/13 3/20
3/22 11/2 18/4 18/7
18/8
DISTRICT [3] 1/1 1/1
1/10
do [23] 5/16 5/18 6/12
9/8 11/15 12/11 13/8
13/10 16/10 16/21
16/23 17/15 21/2 21/4
21/19 22/3 26/18 26/20
26/20 28/23 29/4 32/12
33/13
do you [2] 26/20 26/20
do you have [1] 6/12
do you remember [1]

document [12] 5/10
11/19 12/21 12/25
16/10 16/22 17/18
18/17 18/22 19/24
24/24 27/17
documents [23] 5/20
5/20 6/16 7/16 7/17
8/18 10/10 11/22 12/23
13/14 13/19 14/7 14/11
14/16 15/2 17/8 18/13
19/23 20/2 21/2 22/24
22/25 24/25
does [2] 5/1 33/12
doesn't [6] 5/23 11/1
11/4 12/21 18/7 33/7
doing [5] 3/9 3/10
10/24 16/21 17/21
DOJ [18] 4/20 8/2 8/23
23/25 25/3 25/24 27/3
27/8 27/23 28/4 28/11
28/22 28/23 29/11
29/15 29/22 30/11
31/10
don't [22] 3/24 4/16
4/20 6/18 8/14 11/7
14/11 15/2 17/1 17/8
19/2 20/20 21/12 23/7
23/14 24/8 25/22 29/7
30/5 30/6 30/19 31/11
done [2] 9/22 16/5
Douyon [1] 32/11
down [6] 12/6 12/9
16/24 17/6 26/3 33/2
draft [1] 24/16
drafted [1] 24/16
drag [1] 30/6
dragging [1] 22/10
drive [1] 11/16
due [2] 5/10 6/1
duplicative [1] 25/24
during [1] 35/5

**E**

each [3] 13/25 13/25
26/1
earlier [2] 6/25 11/14
early [6] 7/18 9/15
11/18 18/5 31/18 32/2
Eastern [1] 32/20
efficiency [1] 13/23
efficient [1] 14/17
effort [1] 8/11
efforts [1] 3/16
either [1] 22/5
electronic [1] 11/15
else [2] 32/3 34/2
Email [4] 1/15 1/20
1/23 2/4
encourage [1] 13/8
encouraged [1] 13/6
end [14] 7/5 9/1 9/13
9/17 9/18 9/22 10/18
10/22 10/22 12/22 17/2
31/16 31/21 31/25
enormous [2] 11/8
19/21
entire [3] 10/14 14/2

equivalency [1] 20/2
erroneous [1] 17/19
estimate [2] 29/1 29/18
estimated [1] 9/21
estimates [4] 7/21 8/14
10/15 10/22
et [2] 1/3 3/4
et al [1] 3/4
every [4] 8/22 17/18
17/18 19/24
everybody [6] 3/9 3/9
3/16 16/18 31/16 31/20
everybody's [1] 32/18
everyone [2] 3/9 33/12
everything [4] 8/7 15/3
15/3 17/14
example [2] 20/25
21/15 27/19
executives [1] 29/5
expect [1] 7/10
explained [1] 16/12
extent [3] 16/6 18/12
31/10

**F**

fact [2] 12/18 29/9
fact-discovery [1]
12/18
fairly [1] 11/17
faith [1] 19/5
fall [3] 27/14 32/1 32/2
familiar [1] 16/9
families [1] 3/10
far [5] 14/18 18/6 19/22
23/7 23/8
fashion [1] 14/4
feel [1] 23/11
few [1] 22/10
final [4] 27/11 29/19
30/17 30/17
fine [2] 33/8 33/20
finish [1] 31/22
first [5] 12/10 13/1 13/4
21/12 24/17
first-round [1] 24/17
Floor [1] 1/22
folder [3] 21/3 21/4
21/5
folding [1] 9/22
folks [1] 18/16
foot [1] 22/10
forcing [1] 26/24
foregoing [1] 35/3
forth [3] 7/24 10/5
21/10
forward [4] 20/5 32/2
34/2 34/11
fought [1] 7/24
four [1] 24/24
frankly [1] 11/17
front [2] 12/17 16/13
full [2] 30/12 33/9
fully [1] 29/7
funnel [1] 17/6
further [5] 5/9 5/24
10/4 17/6 30/2

**G**

gave [2] 7/19 9/12
GENERAL [1] 1/21
get [19] 3/18 3/25 4/21
5/17 5/19 5/20 8/12
13/3 14/11 14/15 18/24
20/19 21/25 23/7 24/9
26/14 30/22 31/1 32/18
get-together [1] 32/18
gets [4] 14/5 21/7 21/9
21/12
getting [6] 15/24 17/3
17/5 22/11 22/15 27/15
give [5] 8/14 18/3
20/25 24/20 33/25
given [3] 11/1 12/18
20/24
gives [3] 4/12 5/17
33/8
giving [1] 13/8
go [10] 5/13 6/5 7/20
17/10 21/4 21/7 21/9
21/12 29/10 33/10
go ahead [1] 33/10
go-gets [2] 21/7 21/9
21/12
goal [2] 31/16 31/16
goals [1] 26/14
going [20] 8/5 8/12
14/15 16/24 18/10 19/7
19/18 20/5 24/5 24/20
26/1 26/18 27/13 28/3
29/5 29/9 29/15 30/6
30/22 31/13
good [12] 3/2 3/8 4/13
4/15 5/3 17/1 19/5 24/7
32/1 32/25 33/16 33/18
Good morning [2] 3/2
3/8
GOOGLE [31] 1/6 3/4
3/7 4/21 5/2 5/6 5/19
6/3 7/16 9/15 10/24
12/21 13/6 13/11 14/18
14/21 15/1 18/11 20/21
21/8 22/5 22/16 23/18
24/24 24/24 25/3 31/13
32/9 32/25 33/20 34/8
Google LLC [1] 3/4
Google's [6] 6/20 10/9
14/20 19/5 25/8 31/22
got [1] 21/23
government [11] 3/6
6/17 9/4 9/5 9/19 10/2
10/4 11/11 11/18 16/9
16/25
government's [2] 4/23
16/13
grateful [3] 3/16 7/3
18/6
great [1] 3/14
grouped [2] 16/6 16/7
guess [1] 18/3
Gul [1] 32/13
guy [1] 24/18

**H**

had [24] 3/13 3/19 7/20
7/22 7/23 8/25 9/4 9/13

10/3 10/6 10/10 13/7
13/18 19/10 19/15
20/11 21/9 22/7 23/4
24/24
hadn't [1] 12/14
haggling [1] 18/4
half [1] 7/6
handling [1] 4/11
Hang [2] 14/22 15/18
happen [2] 19/3 29/6
happened [1] 6/4
happening [2] 15/14
27/19
hard [5] 8/19 11/16
29/6 29/15 30/16
harder [1] 11/24
Haroon [1] 32/13
has [14] 3/14 7/13 7/16
10/14 10/24 11/25 15/1
16/25 19/14 22/23 22/5
23/10 23/19 29/11
hashing [2] 10/8 10/8
hasn't [4] 6/4 6/6 23/13
26/19
have [68]
having [4] 19/1 26/18
26/22 31/4
Hazel [3] 1/21 3/6 12/3
he [5] 3/25 4/1 4/3
15/22 24/16
he's [2] 15/19 24/17
healthy [1] 3/10
heard [1] 12/14
hearing [3] 3/21 33/25
35/5
heartening [1] 10/21
help [1] 24/5
helpful [2] 17/24 17/24
helping [1] 14/18
here [9] 3/25 9/11 16/2
17/5 23/8 26/14 31/4
31/16 31/17
here's [1] 18/2
high [1] 28/8
highly [1] 26/6
him [3] 4/13 18/15
24/20
his [2] 15/20 29/12
hit [3] 15/5 15/6 17/8
hold [1] 31/20
holds [1] 31/23
honestly [1] 12/20
Honor [53]
HONORABLE [1] 1/10
hope [2] 3/9 13/12
26/16 29/11
hopeful [2] 26/8 27/5
hopefully [1] 3/21
how [9] 8/11 11/2
14/14 15/14 16/6 16/9
22/24 26/20 33/12
however [1] 12/23
huge [1] 17/7

**I**

I also [1] 4/16
I am [3] 15/23 16/1

I assume [1] 30/20
I believe [6] 10/15
13/10 11/15 22/6 25/2
32/15
I can [3] 8/2 11/23 29/7
I did [1] 20/8
I didn't [1] 20/13
I don't think [5] 20/20
23/7 23/14 25/22 31/11
I guess [1] 18/3
I have [1] 8/20
I hope [2] 3/9 29/11
I just [4] 15/25 20/10
21/13 25/12
I know [4] 3/12 23/7
23/8 26/11
I mean [7] 6/2 13/17
14/12 17/12 18/1 23/5
30/9
I should [1] 25/11
I think [34] 4/12 4/13
7/15 7/18 8/2 9/6 10/5
11/18 15/17 16/8 16/12
17/19 18/1 18/18 19/4
20/4 20/20 21/23 23/9
23/11 23/22 26/10
27/18 28/8 28/25 29/24
30/9 30/14 30/15 30/16
30/24 31/4 32/1 34/1
I want [2] 3/15 9/10
I was [1] 14/20
I will [2] 18/11 28/17
I'd [2] 11/22 17/17
I'll [6] 5/17 10/20 23/7
31/20 33/3 33/22
I'm [15] 3/16 4/8 7/3
11/25 15/24 18/5 18/10
19/4 19/8 23/8 26/8
27/12 28/1 30/3 30/19
I'm not [2] 18/10 19/4
27/12
I'm sure [1] 11/25
identified [1] 31/6
identify [2] 9/5 16/15
identifying [2] 23/5
25/4
imagine [1] 26/5
immediately [1] 13/7
impasse [1] 21/18
importance [1] 21/24
important [2] 22/15
30/15
included [1] 23/24
includes [1] 9/25
including [2] 20/12
21/12
indicated [2] 3/19 4/23
information [1] 22/22
initially [4] 8/4 9/12
19/6 24/15
inject [1] 23/20
insight [1] 15/13
Insofar [1] 6/22
interact [1] 4/12
interaction [1] 6/3
interested [1] 18/13
interim [1] 3/15

Internet [1] 22/23
interpretation [1]
31/11
intersecting [1] 26/16
involve [2] 11/3 19/17
involves [1] 5/24
is [72]
Is that [1] 23/1
Is there [2] 32/3 34/2
issue [8] 15/15 21/14
23/9 24/4 24/5 24/10
26/3 26/6
issued [1] 22/4
issues [13] 4/11 6/18
7/25 8/17 10/8 20/12
22/23 28/2 28/15 31/6
31/9 33/5 33/6
it [34] 3/14 3/17 4/12
4/23 6/4 7/1 11/1 11/4
11/15 12/22 12/23
16/21 16/21 16/23
17/14 17/15 18/7 18/24
18/24 19/3 20/11 21/5
22/12 22/14 23/17 25/9
25/23 26/2 27/1 27/7
30/4 31/7 32/13 33/7
it's [19] 10/21 11/24
17/7 17/7 17/24 19/1
19/14 19/22 19/25
21/14 22/13 22/16
23/14 26/5 26/6 30/6
30/15 33/16 33/18
item [4] 19/12 19/12
19/12 19/12
its [1] 22/15

**J**

January [1] 18/3
Joe [6] 14/5 14/6 14/7
14/7 14/11 14/15
Joe Smith [1] 14/5
14/6 14/7 14/15
Joe Smith's [1] 14/11
John [2] 2/2 3/7
join [1] 29/8
joined [2] 22/5 22/5
Joint [3] 3/19 7/14 33/3
jschmidtlein [1] 2/4
JUDGE [1] 1/10
July [16] 6/10 10/18
11/5 12/22 12/25 13/9
13/16 14/10 14/12 15/7
29/3 29/18 29/20 30/7
31/23 31/25
juncture [1] 5/10
June [11] 9/7 9/18 9/22
10/23 13/13 13/15 15/6
15/6 33/10 33/12 33/23
just [36]
JUSTICE [5] 1/13 32/5
32/21 33/19 34/4

**K**

Kavanaugh [1] 28/9
Kenneth [3] 1/13 3/5
5/4
kenneth.dintzer2 [1]
1/16

kind [3] 16/22 19/25
29/23
know [27] 3/12 6/25
7/19 8/14 13/2 13/25
15/15 15/22 18/1 18/2
18/5 18/15 18/18 18/20
18/25 19/4 19/17 22/17
23/7 23/8 26/10 26/11
26/14 30/5 30/16 30/19
31/15
knowing [1] 5/25

**L**

large [4] 8/20 11/14
17/10 28/21
largely [2] 25/2 25/23
last [14] 3/13 3/21 4/24
7/10 7/13 7/15 10/5
12/17 17/18 20/10
21/11 21/22 24/16
30/24
late [3] 3/13 27/14
27/15
latest [1] 3/19
lead [1] 4/10
least [5] 4/24 18/6 19/6
19/8 24/9
leave [1] 31/22
left [2] 15/4 30/11
let [9] 3/24 9/10 12/2
15/12 18/15 19/17
22/16 23/16 29/17
let's [7] 6/20 6/24
14/10 19/12 26/13
32/19 33/10
letters [1] 21/10
letting [2] 31/17 31/17
level [2] 22/24 28/9
like [13] 3/14 3/17 7/1
7/4 11/22 18/12 18/17
18/23 21/22 23/17
23/19 23/20 27/14
likely [2] 11/3 16/17
limitations [1] 35/7
line [2] 15/21 19/3
litigated [1] 7/24
litigation [1] 4/14
little [3] 11/24 18/9
23/8
LLC [2] 1/6 3/4
LLP [2] 1/18 2/2
load [1] 16/13
lock [1] 29/8
logistical [2] 4/10
31/13
longer [1] 31/18
look [8] 14/14 18/1
18/20 19/24 21/5 31/15
33/12 34/11
looking [2] 12/19
19/25
Looks [1] 7/4
lose [2] 15/16 20/11
lot [3] 10/7 29/14 30/10

**M**

made [16] 3/15 5/5 7/5
7/12 7/14 7/20 7/21

**M**

**made...** [9] 9/20 12/7 27/6 28/14 28/18 29/1 29/14 29/19 29/24
**make** [8] 4/23 5/24 8/5 11/13 16/1 21/19 29/6 29/15
**makes** [2] 30/4 31/5
**making** [8] 8/22 12/7 12/8 21/22 22/17 24/23 26/10 29/10
**manner** [1] 14/9
**many** [6] 12/23 13/17 13/18 22/7 24/1 24/1
**March** [2] 7/5 12/19
**mark** [2] 15/5 15/6
**massive** [1] 16/10
**material** [2] 17/9 17/11
**materials** [15] 5/7 5/13 5/14 8/21 8/23 13/20 16/16 16/20 17/6 20/19 20/23 21/13 22/15 22/20 30/1
**matter** [4] 4/21 23/18 26/19 35/4
**matters** [1] 28/6
**may** [21] 7/18 9/1 9/13 9/17 10/5 10/9 10/22 13/14 15/5 19/23 23/11 23/12 23/17 24/4 24/4 30/24 32/16 32/19 33/2 33/4 33/4
**May 24th** [1] 33/4
**maybe** [1] 16/8
**me** [14] 3/24 5/18 9/10 11/1 11/4 12/2 15/12 15/13 18/7 19/3 23/16 29/17 33/8 33/25
**mean** [11] 5/1 6/2 12/22 13/17 14/12 15/1 17/12 18/1 23/5 30/9 30/9
**means** [6] 3/21 11/23 12/22 12/23 18/14 24/17
**meant** [1] 20/13
**mechanical** [1] 2/10
**meet** [10] 9/9 9/17 9/23 10/23 12/25 19/7 24/25 26/12 26/21 29/20
**MEHTA** [1] 1/10
**Memorial** [1] 30/23
**mentioned** [1] 21/13
**Merit** [1] 2/6
**met** [1] 8/1
**mid** [6] 7/5 18/3 29/18 29/20 30/7 31/23
**mid-July** [1] 29/20
**middle** [1] 29/3
**might** [1] 26/3
**million** [2] 7/6 7/17
**millions** [2] 8/17 12/23
**mindful** [1] 31/17
**minimize** [1] 15/2
**minute** [1] 3/18
**mitigate** [1] 27/19
**moment** [2] 7/21 10/21
**momentarily** [1] 6/23

**monthly** [1] 3/12
**months** [1] 8/18
**more** [9] 3/18 9/21 11/3 12/15 16/20 17/5 23/12 24/21 28/15
**morning** [8] 3/2 3/8 3/23 4/12 5/3 29/8 34/3 34/9
**most** [7] 9/24 14/17 16/17 16/20 17/6 22/4 22/17
**move** [2] 18/11 20/6
**moving** [6] 4/3 7/23 26/15 27/3 32/2 34/2
**Mr** [1] 24/15
**Mr.** [35] 3/25 4/1 4/5 4/19 6/12 7/8 8/24 10/21 4/11 4/18 12/2 12/4 12/13 13/2 15/13 15/18 15/21 16/4 18/1 18/15 19/11 19/15 20/1 20/6 23/16 23/19 23/22 24/8 27/11 28/6 28/9 29/8 29/17 31/2 31/24 32/11
**Mr. Cavanaugh** [4] 12/4 24/8 29/8 31/2
**Mr. Dintzer** [8] 10/21 12/2 15/21 18/1 19/11 20/6 23/19 23/22
**Mr. Douyon** [1] 32/11
**Mr. Kavanaugh** [1] 28/9
**Mr. Sallet** [4] 3/25 4/1 4/5 4/19
**Mr. Schmidtlein** [16] 6/12 7/8 8/24 11/4 12/13 13/2 15/13 15/18 16/4 18/15 19/15 20/1 23/16 27/11 28/6 29/17
**Mr. Schmidtlein's** [1] 31/24
**Ms.** [1] 12/3
**Ms. Hazel** [1] 12/3
**much** [4] 6/25 8/11 17/9 34/10
**multiple** [1] 29/5
**my** [14] 4/10 8/24 11/8 15/24 18/2 22/1 22/22 23/4 26/14 26/16 27/10 29/4 30/3 33/14

**N**

**narrow** [1] 29/12
**nature** [1] 19/22
**Nebraska** [3] 24/14 32/7 32/24
**need** [8] 8/14 19/1 19/17 24/5 26/23 29/19 31/18 33/7
**needed** [1] 13/2
**negotiate** [1] 21/21
**negotiated** [1] 18/8
**negotiating** [2] 21/8 21/18
**negotiations** [8] 9/19 9/24 10/4 19/16 22/7 30/2 30/5 31/18

**monal** [2] 3/12 31/2
**23/20 30/11
**newspaper** [1] 4/4
**next** [11] 6/9 9/18 11/18 17/10 20/15 26/12 30/18 31/5 31/21 32/2 32/18
**NFL** [1] 24/16
**night** [3] 21/11 21/23 24/16
**no** [10] 1/4 4/9 5/9 6/15 19/17 20/1 20/14 21/13 23/9 23/21
**nobody** [1] 19/24
**non** [1] 10/11
**non-responsive** [1] 10/11
**noncustodial** [2] 20/12 21/9
**None** [1] 21/18
**normal** [1] 30/19
**not** [36]
**note** [2] 13/23 35/5
**noted** [1] 7/11
**nothing** [1] 24/6
**notion** [1] 17/17
**now** [9] 11/5 11/16 15/3 17/10 24/6 27/13 29/13 30/10 30/13
**nudge** [1] 6/5
**number** [3] 14/1 21/23 22/8
**numbers** [1] 25/15
**NW** [3] 1/14 2/3 2/8
**NY** [1] 1/19

**O**

**objections** [2] 25/11 25/21
**objective** [2] 26/22 27/2
**obligation** [2] 5/24 10/10
**obligations** [4] 8/9 8/13 8/15 10/16
**obviously** [2] 6/16 8/8
**occurred** [1] 35/5
**off** [2] 15/20 15/25
**offer** [1] 29/23
**OFFICE** [1] 1/21
**Official** [1] 2/7
**oh** [3] 15/22 17/1 20/17
**okay** [26] 3/8 4/15 4/20 5/8 5/22 6/7 6/19 10/19 10/20 11/21 15/11 15/22 16/3 19/19 20/17 22/21 23/15 24/7 25/19 27/9 27/25 32/10 33/2 33/22 34/1 34/7
**once** [4] 26/16 26/18 27/10 28/2
**one** [9] 3/11 15/18 20/9 20/25 24/25 26/1 26/14 26/23 30/15
**ongoing** [2] 6/8 19/16
**only** [2] 26/18 29/7
**open** [3] 19/1 20/11 28/2

**opposed** [2] 2/20 27/23
**optimistic** [1] 28/1
**ordered** [1] 9/4
**original** [6] 7/20 7/21 9/13 9/14 10/22 30/11
**other** [3] 3/22 4/9 5/16 15/15 21/20 21/24 22/1 23/24 29/22
**others** [1] 21/17
**ought** [1] 18/14
**our** [30] 3/11 3/21 3/25 8/8 9/24 10/15 11/9 13/10 13/11 17/11 21/1 24/24 25/10 25/17 25/23 27/1 27/4 27/7 27/20 28/2 30/10 30/11 31/8 31/9 31/11 31/11 31/12 32/18 33/23 34/1 34/11 32/18 33/23 34/1
**out** [12] 8/11 9/7 10/8 10/8 16/20 17/3 17/22 18/9 21/5 24/4 27/20 29/13
**outstanding** [1] 23/9
**over** [6] 7/5 7/16 7/25 10/7 11/10 14/5
**overall** [1] 5/1
**overcasting** [1] 16/1
**overlap** [4] 6/22 6/24 24/10 28/22
**own** [2] 22/15 22/22

**P**

**p.m** [1] 32/19
**pace** [3] 3/22 8/7 22/11
**package** [1] 10/14
**pages** [3] 7/6 7/17 11/22
**pandemic** [1] 35/6
**parallel** [4] 26/15 27/2 28/12 29/4
**parameters** [1] 28/21
**part** [5] 5/24 8/10 12/10 22/1 22/17
**particular** [3] 17/20 18/13 22/25
**particularized** [1] 26/6
**particulars** [1] 24/11
**parties** [26] 3/12 3/19 5/19 5/25 7/1 7/22 9/19 10/7 16/10 18/5 21/25 22/3 22/6 22/8 22/18 22/23 23/11 24/1 25/25 26/11 26/23 30/16 30/24 31/6 33/6 33/24
**parts** [3] 12/10 14/20 19/14
**party** [4] 5/16 5/18 6/5 22/4
**path** [1] 27/8
**paths** [1] 27/2
**PATTERSON** [2] 1/17 24/13
**pbwt.com** [1] 1/20
**people** [4] 8/20 17/12 26/17 26/23
**perceive** [1] 26/20
**percent** [7] 13/14

**month** [2] 31/2
**27/23
**perfect** [1] 20/16
**perhaps** [2] 23/1 26/3
**period** [1] 31/1
**permitted** [1] 10/3
**perspective** [6] 5/9 6/13 7/9 8/8 12/4 19/20
**phase** [1] 9/15
**pick** [1] 32/12
**picked** [1] 32/15
**picture** [3] 11/23 18/7 26/13
**ping** [1] 23/8
**pipeline** [4] 13/20 13/21 30/10 30/12
**place** [7] 12/12 13/3 23/10 26/21 29/7 29/20 30/4
**plaintiff** [1] 6/17
**Plaintiffs** [9] 1/4 1/13 6/22 25/6 28/13 29/16 30/18 32/8 32/24
**plaintiffs'** [1] 23/25
**plans** [1] 4/9
**Please** [1] 35/5
**point** [13] 17/4 19/5 20/8 21/25 22/2 22/3 22/22 23/12 23/13 25/23 26/15 26/24 30/14
**points** [1] 23/19
**portion** [2] 6/24 27/13
**portions** [1] 11/19
**position** [1] 29/13
**positive** [1] 22/7
**possible** [1] 17/23
**pre** [1] 10/12
**pre-complaint** [1] 10/12
**precise** [1] 9/11
**prediction** [1] 31/20
**predictions** [1] 29/12
**prepare** [1] 33/25
**preparing** [1] 14/14
**pretty** [1] 32/1
**preview** [1] 33/5
**previews** [1] 33/6
**previously** [5] 9/1 10/1 10/11 11/2 16/12
**prioritize** [2] 17/20 18/17
**prioritized** [1] 17/23
**private** [1] 16/10
**probably** [1] 9/6
**problem** [2] 6/6 18/18
**proceeding** [2] 3/22 8/7
**proceedings** [4] 1/9 2/10 34/14 35/4
**process** [9] 8/20 11/12 11/17 13/1 14/18 21/17 23/9 28/10 28/14
**produce** [9] 5/14 6/8 8/21 13/24 13/25 14/18 15/4 17/9 17/14
**produced** [10] 2/11 7/7 7/16 9/2 11/7 11/10

**P**

**produced...** [4] 14/5
15/1 22/20 26/22
**producing** [5] 5/19
5/25 14/9 17/4 29/4
**production** [26] 4/24
5/2 5/17 5/18 6/10 6/21
7/14 7/19 7/22 8/1 8/6
11/13 11/14 12/21
12/25 13/5 13/9 14/20
16/24 18/9 18/17 26/19
27/13 29/2 31/23 31/25
**productions** [16] 5/5
5/4 7/12 7/23 8/22
10/24 11/9 15/14 16/5
16/10 16/14 17/5 17/22
19/16 22/9 27/6
**progress** [13] 3/14
4/14 9/21 12/7 12/7
12/8 21/22 22/18 24/23
26/10 28/15 29/15
29/16
**project** [1] 8/5
**projected** [1] 19/7
**promise** [1] 31/24
**promptly** [1] 31/7
**proposal** [3] 28/19
29/1 29/18
**proposals** [1] 7/20
**proposed** [4] 8/25
13/19 14/24 25/7
**proud** [1] 4/8
**provide** [1] 15/13
**provided** [3] 8/2 8/3
13/4
**providing** [2] 12/13
26/17
**pull** [1] 14/4
**push** [3] 9/6 16/19
17/22
**pushed** [2] 17/3 18/9
**pushing** [2] 16/20
29/25
**put** [5] 3/17 19/20
22/14 26/2 32/1

**Q**

**question** [3] 10/9 16/5
30/3
**quickly** [3] 16/20 17/15
17/22
**quite** [3] 8/13 12/20
20/13

**R**

**radar** [1] 22/14
**raise** [6] 6/18 20/8 32/4
33/6 34/3
**raised** [3] 21/14 23/20
31/15
**ramp** [1] 13/3
**ranges** [1] 10/7
**rates** [1] 17/8
**re** [2] 10/10 19/1
**re-open** [1] 19/1
**re-review** [1] 10/10
**reach** [3] 26/4 27/10
31/21

**reached** [2] 7/11
21/15
**reactions** [1] 12/3
**read** [3] 4/4 14/3 14/6
**reading** [3] 14/12
14/13 14/13
**ready** [2] 22/12 22/16
**real** [1] 31/13
**realistically** [1] 30/9
**really** [5] 3/16 12/24
14/6 18/5 18/7
**Realtime** [1] 2/6
**reason** [3] 18/21 18/22
30/3
**reasonable** [2] 28/18
29/9
**reasons** [1] 4/10
**recall** [2] 7/18 10/5
**receive** [1] 18/24
**received** [1] 4/25
**recent** [1] 9/24
**recently** [1] 17/5
**recipients** [1] 6/9
**recollection** [1] 8/24
**record** [1] 35/3
**recorded** [1] 2/10
**records** [2] 9/2 26/22
**referenced** [1] 25/13
**Registered** [1] 2/6
**relate** [1] 25/4
**relates** [1] 25/9
**relevant** [3] 16/20 17/6
31/12
**remaining** [2] 13/14
28/2
**remember** [2] 10/9
32/12
**remotely** [1] 35/7
**repeat** [2] 14/23 25/16
**report** [7] 3/19 4/25
7/15 8/22 20/10 33/3
33/24
**Reporter** [4] 2/5 2/6
2/6 2/7
**reporting** [1] 35/7
**reports** [1] 3/12
**represented** [1] 28/25
**request** [6] 11/20
25/24 26/6 27/20 27/22
28/3
**requested** [1] 20/23
**requests** [17] 21/1
24/24 24/25 25/10 25/18
25/21 25/24 26/1 26/4
26/7 27/28/12 28/19 28/22
28/22 31/8 31/11 31/12
**require** [1] 27/8
**required** [1] 5/5
**resolution** [4] 9/25
27/11 31/1 31/7
**resolve** [6] 8/16 23/23
26/2 26/8 28/2 31/6
**resolved** [6] 3/20 7/2
10/15 18/6 18/8 28/16
**resolving** [4] 3/13 8/10
8/10 11/3
**respect** [5] 5/7 22/20
24/9

**realtime** [3]
23/18 25/8
**responsive** [7] 8/23
10/11 11/19 16/17 17/8
17/9 31/12
**result** [4] 8/17 9/24
16/24 17/11
**review** [7] 8/21 10/10
12/22 16/14 16/19
19/22 30/1
**reviewed** [2] 8/18
10/11
**reviewers** [1] 16/22
**reviewing** [2] 6/16 17/7
**RFPs** [3] 10/7 23/25
24/10
**right** [22] 3/11 5/22
6/11 6/20 10/13 12/2
15/8 19/10 21/6 23/16
24/6 24/8 24/19 24/22
26/7 28/5 29/13 30/10
30/13 31/14 32/3 32/17
**RMR** [2] 35/2 35/11
**road** [1] 26/3
**rolling** [2] 8/21 10/24
**room** [2] 18/8 19/23
19/24
**roughly** [5] 8/22 9/20
10/1 25/20 30/25
**round** [2] 24/17 26/25
**run** [4] 18/18 22/23
27/2 30/25
**run-up** [1] 30/25
**running** [1] 30/12

**S**

**safe** [1] 3/10
**said** [9] 6/25 7/3 9/6
9/21 18/5 20/9 20/11
21/22 25/15
**sake** [1] 13/23
**Salet** [1] 24/15
**Sallet** [4] 3/25 4/1 4/5
4/19
**same** [1] 29/16
**satisfied** [1] 19/8
**save** [1] 17/1
**say** [11] 13/25 14/10
14/17 15/1 17/14 18/10
18/11 25/11 29/14 31/8
32/19
**saying** [1] 15/24 27/12
**schedule** [8] 6/10
12/13 12/15 12/25
13/21 15/9 26/11 34/1
**schedules** [1] 7/19
**scheduling** [2] 32/4
32/11
**Schmidtlein** [18] 2/2
3/7 6/12 7/8 8/24 11/4
12/13 13/2 15/13 15/18
16/4 18/15 19/15 20/1
23/16 27/11 28/6 29/17
**Schmidtlein's** [1]
31/24
**scope** [1] 9/15
**search** [19] 9/5 10/3
8/10 8/16 9/14 10/3

**responsive** [3]
20/20 21/2 25/5 25/9
25/16 25/17 27/20
27/22 28/20 29/20
**searched** [1] 27/21
**searches** [4] 20/12
20/18 20/23 21/9
**second** [3] 15/18 22/2
26/25
**see** [6] 4/16 6/7 12/3
15/19 22/19 30/18
**seeing** [1] 34/11
**seems** [4] 3/14 3/17
7/1 19/3
**seen** [1] 22/10
**segue** [1] 24/10
**senior** [1] 29/4
**sense** [2] 30/4 31/5
**separate** [2] 20/3 27/8
28/13
**September** [1] 27/14
**series** [1] 14/5
**session** [1] 33/23
**set** [4] 13/20 21/1
21/20 33/10
**seven** [2] 4/25 7/10
**several** [1] 7/12
**shape** [1] 32/1
**short** [2] 11/8 18/20
**short-change** [1] 11/8
**shortly** [1] 5/20
**should** [10] 5/21 12/19
22/11 22/12 25/11
23/22 30/15 30/17
30/24 31/22
**shown** [1] 18/23
**shows** [1] 21/24
**sides** [1] 6/1
**significant** [2] 11/13
22/18
**simultaneously** [1]
23/25
**since** [4] 7/13 7/14
13/18 18/3
**sit** [2] 19/23 33/2
**sitting** [1] 19/24
**situation** [1] 28/3
**slate** [1] 21/12
**slightly** [1] 17/4
**slip** [1] 31/17
**slow** [1] 16/24
**slowness** [1] 13/5
**smaller** [1] 17/4
**Smith** [4] 14/5 14/6
14/7 14/15
**Smith's** [2] 14/7 14/11
**so** [72]
**So it's** [1] 19/25
**some** [32] 3/18 6/22
7/4 7/6 7/19 7/21 7/25
8/4 8/25 9/3 9/21 10/4
10/6 10/8 11/3 14/1
15/13 18/4 18/22 20/11
20/18 20/21 20/23
20/23 21/9 23/11 23/12
24/1 28/14 30/4 31/10
31/18
**somebody** [3] 18/22

**somehow** [2] 27/8 28/4
**something** [7] 19/2
20/9 22/13 22/14 23/1
27/14 33/10
**sometime** [1] 30/23
**sometimes** [1] 6/2
**sooner** [1] 34/11
**sort** [28] 6/23 7/13
10/16 11/23 12/9 13/4
16/13 16/16 16/18
16/21 16/22 16/23 17/8
17/22 18/3 18/10 19/8
19/10 21/11 22/1 24/10
26/21 28/20 29/22
29/24 30/18 30/24
30/25
**sorted** [1] 29/25
**sorts** [1] 29/16
**sought** [1] 5/7
**sounds** [1] 23/17
**speak** [1] 4/6
**specific** [6] 6/23 25/4
26/1 26/6 27/20 27/21
**specifically** [1] 15/14
**spent** [2] 10/7 11/8
**St** [1] 2/3
**stand** [2] 4/22 12/4
**standpoint** [1] 19/9
**stands** [1] 6/13
**start** [9] 3/15 6/24
11/24 13/10 14/12
14/13 14/14 26/17
26/17
**started** [5] 3/25 13/1
22/8 26/20 27/16
**starting** [2] 12/19 15/3
**statement** [1] 20/20
**states** [10] 1/1 1/3 1/10
3/3 5/2 6/14 6/17 6/21
33/16 34/6
**status** [12] 1/9 3/12
3/19 3/25 4/25 7/13
7/15 10/5 20/10 21/25
33/3 33/24
**stay** [1] 29/3
**stenography** [1] 2/10
**still** [9] 7/24 9/8 15/20
15/21 22/22 24/21 26/21
28/15 31/22
**straight** [1] 19/3
**Street** [1] 1/14
**strings** [1] 10/3
**structure** [1] 13/3
**stuck** [1] 19/6
**stuff** [1] 17/1
**subject** [2] 3/20 35/6
**submit** [1] 33/24
**submitted** [2] 7/14
33/9
**subpoena** [1] 6/9
**subpoenas** [4] 6/1
22/4 22/6 24/3
**substantial** [3] 8/13
12/1 21/15
**substantially** [4] 2/2
9/16 10/17 29/2
**such** [2] 27/15 30/6

**S**

suffice [1] 28/23
sufficiently [1] 28/22
suggest [1] 17/17
suggested [2] 12/18 13/2
suggesting [1] 5/23
summarizes [1] 33/5
summer [1] 27/15
supplemental [2] 27/5 29/12
sure [7] 4/16 11/25 16/1 19/13 20/7 21/20 24/12
surprise [3] 11/1 11/4 18/7
surprisingly [2] 16/9 18/4
suspect [1] 26/11
system [1] 11/15

**T**

tagged [1] 22/25
take [7] 8/12 16/18 17/19 18/3 21/5 30/14 31/18
taking [2] 8/8 29/23
talk [11] 3/23 6/20 6/22 11/22 17/13 18/25 19/12 26/13 30/20 32/4 32/11
talked [5] 9/3 10/6 10/24 11/2 19/11
talking [5] 7/1 11/5 11/24 12/11 28/12
talks [1] 20/1
target [1] 30/7
targeted [1] 31/9
targeting [1] 30/25
TAYLOR [1] 1/18
team [6] 4/3 4/8 4/9 4/9 8/20 24/16
technological [1] 35/7
technology [2] 16/14 16/15
technology-assisted [1] 16/14
teed [3] 21/18 23/13 23/14
tell [1] 28/17
telling [1] 17/12
ten [1] 18/16
tension [1] 17/16
terabytes [6] 11/10 11/11 11/18 11/24 19/25 20/1
term [2] 8/16 21/2
terms [27] 4/1 4/22 5/1 5/10 6/13 7/2 7/2 7/9 8/5 8/10 9/14 12/10 19/12 20/20 22/23 22/24 24/23 25/5 25/9 25/16 25/17 27/20 27/22 28/9 28/20 28/20 29/20
terrific [4] 6/11 6/19 10/20 32/22
testimony [1] 26/17

thank [9] 3/15 4/18 4/19 12/5 24/12 34/8 34/10 34/12 34/13
Thank you [7] 4/18 4/19 12/5 24/12 34/8 34/12 34/13
that [219]
that'll [3] 32/1 33/25 34/1
that's [21] 7/9 8/12 11/3 13/11 13/11 14/19 15/3 15/9 16/24 17/24 19/18 20/14 20/15 20/15 22/1 22/19 23/1 28/1 29/14 32/25 33/20
their [10] 12/21 13/9 13/20 17/19 18/17 22/8 24/2 28/13 31/20 33/24
them [27] 3/23 6/5 6/6 8/15 13/8 13/8 13/15 13/19 14/4 14/12 14/13 14/14 15/4 17/13 17/20 21/4 21/5 21/18 21/23 22/5 22/6 22/8 23/3 23/4 23/5 24/25 29/12
then [18] 6/20 7/23 9/3 9/6 13/15 14/4 14/12 15/7 16/19 18/14 18/25 24/10 25/3 31/7 31/25 32/4 33/6 33/10
there [30] 3/15 3/22 4/7 5/14 7/4 7/12 7/13 12/15 13/4 15/22 17/16 19/16 20/9 20/11 20/18 20/21 20/22 21/14 23/2 23/8 23/11 25/11 25/14 25/20 25/21 28/15 28/21 31/24 32/3 34/2
there's [12] 5/9 6/22 17/15 18/4 19/17 20/1 21/3 21/13 21/20 24/6 24/21 25/22
thereafter [1] 5/21
therefore [1] 35/6
these [22] 12/23 13/17 13/18 13/19 13/24 13/25 14/18 16/10 18/6 18/8 18/16 19/2 20/2 20/23 21/25 23/23 27/2 28/2 30/2 30/5 30/6 31/18
they [31] 5/7 5/15 5/19 5/21 12/25 13/2 13/7 13/10 13/16 13/19 13/19 13/20 13/20 13/21 13/25 14/4 17/13 17/14 17/17 17/19 19/6 19/7 19/7 22/11 22/24 23/5 23/12 26/23 29/9 29/10 31/18
they're [7] 14/9 16/6 16/7 17/12 19/7 21/3 26/18
they've [4] 6/4 13/18 19/5 23/5
thing [1] 15/24 20/9

5/13 7/8 9/6 12/4 13/7 16/16 18/11 19/12 19/19 19/10 19/20 20/3 21/24 22/11 26/15 30/12
think [46]
third [14] 5/16 5/18 5/18 5/25 6/5 22/3 22/3 22/4 22/7 22/18 22/23 23/11 24/1 26/25
third-party [3] 5/16 5/18 22/4
this [46]
This is [1] 3/3
those [27] 5/18 7/23 8/1 8/3 8/4 8/6 8/12 8/21 9/9 9/9 10/8 10/16 10/23 10/23 14/15 19/16 21/3 21/7 25/8 25/12 25/15 27/22 28/14 28/21 28/24 30/1 31/10
thought [2] 9/1 28/18
thoughts [3] 24/9 28/6 31/2
three [3] 12/9 19/10 24/25
through [4] 7/5 8/12 21/5 26/1
tiered [1] 13/13
till [1] 17/1
time [19] 5/6 6/18 8/11 10/8 11/3 11/9 11/17 12/17 13/2 13/25 14/6 21/19 26/24 30/18 31/1 31/5 32/4 33/25 34/9
time-consuming [1] 11/17
timeline [1] 18/21
timelines [1] 27/3
times [1] 29/5
timing [2] 7/21 28/17
titled [1] 35/4
today [1] 30/20
together [3] 30/23 32/18 33/11
told [1] 7/15
too [1] 11/3
took [1] 14/2
top [3] 10/1 16/19 29/25
topic [1] 15/12
towards [1] 30/17
track [3] 9/9 9/17 9/23
tracks [1] 26/15
tranches [1] 14/1
transcript [3] 1/9 2/10 35/3
transcription [1] 2/11
transfer [1] 11/15
translates [1] 7/16
transpired [2] 7/9 33/5
tried [1] 11/13
true [1] 29/13
try [7] 16/15 16/19 17/20 17/22 18/17 23/23 24/1
trying [1] 26/1 26/11

29/24 30/4
turn [5] 10/20 12/2 23/16 24/4 24/8 29/13
turned [1] 15/25
turns [2] 18/23 25/23
two [5] 19/14 20/2 25/7 25/8 33/8
type [1] 13/21

**U**

U.S [5] 1/13 2/7 4/20 23/18 31/25
ultimately [1] 29/9
under [1] 6/10
understand [3] 11/25 17/25 20/13
understanding [4] 6/4 13/16 20/22 23/4
understands [2] 21/20 31/16
undertaken [1] 8/16
undertaking [1] 12/1
undoable [1] 12/24
Unfortunately [1] 15/24
unique [1] 27/7 31/9
UNITED [7] 1/1 1/3 1/10 3/3 5/2 6/14 6/21
United States [2] 6/14 6/21
United States of [1] 3/3
universe [2] 9/17 27/23
unless [1] 8/15
unlike [1] 19/23
unload [1] 17/10
unresolved [3] 7/25 15/21 25/21
unstable [1] 15/25
until [6] 12/21 14/7 14/12 14/15 18/24 27/13
up [11] 5/6 13/3 18/11 18/23 21/18 23/1 23/13 23/14 23/18 30/25 31/9
update [1] 4/21
upon [6] 7/22 8/4 8/5 25/3 25/9 30/10
us [14] 5/6 5/7 6/4 8/12 14/8 17/2 17/12 22/5 23/13 27/6 27/8 29/10 32/1 32/22
usdoj.gov [1] 1/16
use [1] 21/2
used [2] 16/14 16/15

**V**

versus [1] 3/4
very [15] 4/15 7/18 8/19 8/19 8/20 9/11 9/14 11/6 17/10 28/18 29/6 29/6 30/15 30/16 34/10
via [2] 1/9 11/15
video [2] 15/20 16/1
view [1] 18/2
volume [1] 19/21

voluminous [1] 27/7
vs [1] 1/5

**W**

wait [1] 17/18
waiting [3] 14/5 25/8 29/22
want [20] 3/15 6/12 8/15 9/10 11/7 15/2 17/12 18/16 20/8 20/10 21/19 22/16 22/24 26/18 29/3 29/4 30/5 30/6 30/20 33/6
wanted [1] 22/13
wants [2] 32/3 34/2
was [14] 3/20 7/6 9/1 11/14 13/4 20/9 20/9 20/22 21/1 21/14 24/16 24/20 28/18 32/13
Washington [4] 1/5 1/14 2/3 2/9
wasn't [2] 4/16 16/1
watched [1] 24/15
way [10] 13/24 14/17 16/7 16/23 17/21 20/19 20/24 21/4 22/15 30/6
ways [1] 17/14
wc.com [1] 2/4
we [182]
we believe [2] 9/23 10/17
we will [4] 10/17 11/17 26/21 29/2
we'd [1] 18/16
we'll [5] 3/18 3/23 6/22 24/10 33/2
we're [29] 3/11 6/16 8/5 8/8 8/22 10/23 11/16 14/15 15/12 17/7 21/20 22/12 22/20 23/1 23/22 24/5 24/23 25/2 25/7 25/12 26/11 26/11 27/3 28/4 29/13 29/15 29/22 30/22 33/1
we've [23] 5/14 6/6 7/1 10/24 11/2 12/11 17/21 18/2 19/11 21/8 21/15 22/4 22/7 22/23 24/24 25/9 28/14 28/23 29/1 29/24 30/12 31/6 31/9
WEBB [1] 1/18
week [5] 7/15 11/14 11/18 26/12 30/24
weeks [1] 7/10
well [20] 3/9 3/10 3/11 4/20 6/20 10/20 12/2 15/12 16/8 21/2 24/20 26/20 27/12 27/18 27/21 29/21 31/15 32/25 33/11 34/10
went [1] 21/10
were [10] 3/20 4/17 5/5 7/4 9/1 12/17 17/3 17/4 17/5 20/11
wfcavanuagh [1] 1/20
what [25] 4/4 4/25 6/25 7/10 7/22 10/9 11/23 12/3 12/12 12/14 13/7

**W**

**what... [14]**  16/24 18/10 20/13 25/15 27/18 28/18 28/23 29/11 29/18 31/12 31/16 32/12 32/13 33/9
**what's [5]**  3/25 22/2 30/11 32/18 33/5
**whatever [2]**  18/21 18/22
**when [11]**  5/16 5/17 5/18 5/20 6/1 11/23 13/1 13/6 20/1 26/16 29/19
**whenever [1]**  14/10
**where [26]**  4/21 6/3 6/13 7/8 9/8 12/4 14/19 17/4 19/9 19/23 20/18 21/3 22/11 22/11 22/12 22/19 22/20 22/23 26/4 26/4 26/15 26/21 28/4 28/9 29/7 29/14
**whether [4]**  16/5 25/23 29/9 30/4
**which [14]**  4/13 5/17 8/13 11/16 17/1 18/2 19/15 21/23 22/2 22/4 25/21 28/4 30/19 31/10
**while [6]**  7/23 15/12 19/21 28/11 30/2 33/11
**who [2]**  11/8 27/21
**whole [2]**  13/1 27/23
**whom [1]**  27/22
**why [4]**  3/24 4/20 24/8 28/1
**will [15]**  4/13 8/17 10/17 11/17 18/9 18/10 18/11 26/21 27/6 27/7 27/8 27/11 28/17 29/2 29/22
**William [7]**  1/17 2/5 3/5 4/11 35/2 35/10 35/11
**WILLIAMS [1]**  2/2
**winter [1]**  32/2
**wish [1]**  23/12
**within [2]**  23/24 25/2
**won't [1]**  18/18
**words [2]**  15/15 29/23
**work [5]**  3/17 17/20 23/23 29/6 29/15
**working [12]**  6/6 8/11 8/19 8/20 11/9 23/3 23/10 23/25 25/2 27/20 28/4 30/16
**works [1]**  32/23
**worried [1]**  16/25
**would [35]**  6/10 9/2 9/6 9/16 9/21 10/9 11/6 12/6 12/9 12/12 12/15 12/24 13/7 13/13 13/23 14/17 14/19 15/1 15/4 15/5 15/6 15/9 18/12 18/23 20/21 20/24 25/4 26/2 27/19 27/21 27/22 29/19 31/3 31/8 32/22
**wrapping [2]**  10/16 23/18
**wrong [1]**  23/8

**Y**

**yeah [4]**  11/22 21/2 30/21 31/3
**year [1]**  32/2
**yes [3]**  4/18 9/10 21/23
**yesterday [1]**  32/13
**yet [6]**  22/13 22/16 22/23 23/1 23/2 26/19
**York [1]**  1/19
**you [97]**
**you know [1]**  31/15
**you'd [2]**  23/19 23/20
**you're [4]**  5/23 9/8 11/4 18/13
**you've [3]**  14/23 18/19 29/19
**your [73]**
**Your Honor [51]**

**Z**

**Zaremba [4]**  2/5 35/2 35/10 35/11
**ZOOM [1]**  1/9