AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Idaho                                .

Date:     05/25/2021

/s/ John K. Olson
*Attorney's signature*

John K. Olson (ID Bar No. 6807)
*Printed name and bar number*

Consumer Protection Division
Idaho Office of the Attorney General
954 W. Jefferson St., 2nd Fl., PO Box 83720
Boise, ID  83720-0010
*Address*

john.olson@ag.idaho.gov
*E-mail address*

(208) 332-3549
*Telephone number*

(208) 334-4151
*FAX number*