AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. No. 1:20-cv-03010-APM |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Massachusetts                                              .

Date:    May 26, 2021

Matthew B. Frank /s/
*Attorney's signature*

Matthew B. Frank, MA Bar 698482
*Printed name and bar number*

Massachusetts Office of the Attorney General
One Ashburton Place, 18th Fl.
Boston, MA 02108
*Address*

matthew.frank@mass.gov
*E-mail address*

(617) 727-2200
*Telephone number*

617-727-5765
*FAX number*