AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Massachusetts.

Date: 05/26/2021

s/ Michael MacKenzie
*Attorney's signature*

Michael MacKenzie, MA BBO# 683305
*Printed name and bar number*
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108

*Address*

michael.mackenzie@mass.gov
*E-mail address*

(617) 963-2369
*Telephone number*

(617) 722-0184
*FAX number*