AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA et al <br> *Plaintiff* <br> v. <br> GOOGLE LLC <br> *Defendant* | ) <br> ) <br> ) Case No. 1:20-CV-03010 APM <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF STATE OF COLORADO .

Date:   05/27/2021

/s/ Matt Schock
*Attorney's signature*

Matt Schock #1531265
*Printed name and bar number*
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203

*Address*

matt.schock@coag.gov
*E-mail address*

(720) 508-6000
*Telephone number*

(720) 508-6040
*FAX number*