AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-CV-03010 APM |
| GOOGLE LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF STATE OF COLORADO.

Date: 05/27/2021

/s/ Erica L. Fruiterman
*Attorney's signature*

Erica L. Fruiterman #1643252
*Printed name and bar number*
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203

*Address*

erica.fruiterman@coag.gov
*E-mail address*

(720) 508-6000
*Telephone number*

(720) 508-6040
*FAX number*