UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>  Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO, et al.,<br><br>  Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 20-cv-3715 (APM) |

**ORDER AMENDING SCHEDULING AND CASE MANAGEMENT ORDER**

Pursuant to the parties' Joint Status Report filed on May 24, 2021, ECF No. 135, the Amended Scheduling and Case Management Order entered on February 3, 2021, ECF No. 108-1, is hereby amended to add the following paragraph:

  31.  **Sharing of Materials Across Cases.** A Party may provide to all other Parties: (a) materials produced in response to a subpoena issued in the DOJ Action or the Colorado Action; (b) materials produced in response to a request for production made in the DOJ Action or the Colorado Action. Such materials shall retain the designation the producing party made under the Protective Order or during the investigation if the producing party has not yet designated under the Protective Order. A Party shall provide to all other Parties: (c) Investigation Materials

produced by Google in response to U.S Department of Justice CID Nos. 30092 and 30120; (d) materials originally produced by Google in response to CID Nos. 30121, 30178, 30357, 30358, or the Second Request issued to Google in connection with Google's acquisition of Fitbit that are reproduced by agreement of the Parties in this litigation or are otherwise agreed, or found by the Court, to be part of the litigation; (e) Investigation Materials produced by Google in response to Utah CID Nos. 2007211 and 2007212 and Nebraska CIDs and Subpoenas dated January 17, 2020 and August 15, 2020; and (f) Investigation Materials produced by any third party.

Dated: May 27, 2021

Amit P. Mehta
United States District Court Judge