IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,     )
                                      )
          Plaintiffs,                 )
                                      )    CV No. 20-3010
      vs.                             )    Washington, D.C.
                                      )    May 27, 2021
GOOGLE LLC,                           )    1:00 p.m.
                                      )
          Defendant.                  )
_____)



TRANSCRIPT OF
STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov

                             Ryan Sandrock
                             U.S. DEPARTMENT OF JUSTICE
                             450 Golden Gate Ave
                             Suite 10-0101
                             San Francisco, CA 94102
                             (415) 583-9211
                             Email:
                             Ryan.Sandrock@usdoj.gov

APPEARANCES CONTINUED:

For the Defendant:            John E. Schmidtlein
                             WILLIAMS & CONNOLLY LLP
                             725 12th St., NW
                             Washington, D.C. 20005
                             (202) 434-5000
                             Email: jschmidtlein@wc.com

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

1
2          COURTROOM DEPUTY:  Good afternoon, Your Honor.

3          This is Civil Action 20-3010, United States of

4    America versus Google LLC.

5          Kenneth Dintzer, Ryan Sandrock, Diane Hazel,

6    William Cavanaugh, and Jon Sallet for the government.

7          John Schmidtlein on behalf of Google.

8          THE COURT:  Good afternoon, everyone.

9          I was just trying to hide all the non-video

10   participants so I could just see those of you who are here

11   and I've managed to figure out how to do that.

12          All right.  Good afternoon, everybody, I hope

13   everybody is well.  It's nice to see you all.

14          So we're back for one of our status hearings,

15   monthly status hearings.  And I had a chance to review the

16   parties' submission, the Joint Status Report that was

17   prepared and filed back on the 24th, and so we'll get to

18   those disputed issues that are set forth in the status

19   report in a few minutes.

20          But why don't we start with where we usually start

21   which is in terms of the status of discovery, and

22   particularly e-Discovery, from Google to the United States.

23   It seems like things are continuing apace and document

24   productions have continued to the tune of over 200,000

25   documents since our last hearing at least, if not more.  And

1    I wanted to just check with Mr. Schmidtlein in terms of your

2    continued belief that we're on pace to meet the benchmarks

3    that we've talked about in terms of completing

4    electronic-document discovery.

5            MR. SCHMIDTLEIN:  Thank you, Your Honor.  This is

6    John Schmidtlein for Google.

7            You are correct, we have made several substantial

8    productions of both documents and data since our last status

9    conference.

10           We have sent to our vendor -- we've notified the

11   plaintiffs that we have sent to our vendor another

12   production that will be ready for delivery to them

13   probably -- it probably could have been Monday, but Monday

14   is a holiday, so we will have it to them by Tuesday, June

15   the 1st, another 130,000 documents.  And with that

16   production, we will be substantially complete in the

17   production of documents from the original 76 custodians

18   using the original universe of search terms that we all

19   agreed upon back in March, and we will meet that initial

20   benchmark.

21           Obviously, we are continuing to do review and

22   production of other additional custodian -- or additional

23   types of documents that are called for by the document

24   requests, and I can report that we believe we are on track

25   to meet all of our subsequent benchmarks that we have

1   previously discussed with Your Honor.  So as to the DOJ's

2   productions, I think we're in good shape.

3             THE COURT:  Okay.

4             And, Mr. Schmidtlein, just in terms of your

5   planning and your preparation, you know, at some point,

6   you're going to reach an agreement with the Colorado

7   Plaintiffs about their electronic search requests.  I take

8   it that your estimates with respect to meeting the

9   production targets for the United States won't be affected

10  by the additional demands that are about to get made by

11  the -- or finalized by the Colorado Plaintiffs?

12            MR. SCHMIDTLEIN:  That is correct, Your Honor.

13            As we have both scaled the resources necessary and

14  as we have tried to anticipate or forecast likely demands,

15  we have built those things into our schedule.

16            So I'm very happy to report that we've made a lot

17  of progress with the Colorado Plaintiffs as well, and we

18  have reached, I believe, agreement on really all of the key

19  parameters around electronic discovery with them as well,

20  and that agreement is not going to cause us to shift any of

21  our benchmarks for the DOJ production.

22            THE COURT:  And while we're on the topic of

23  e-Discovery and Colorado, I know you all have suggested a

24  Joint Status Report on June 10, certainly would welcome

25  that.

1          I think the question I have is, again, you know,

2    our schedule anticipates the starting of depositions and

3    doing that in a coordinated way, hopefully, in August, and

4    we're going to get a sense from Google and the Colorado

5    Plaintiffs whether we think, over the summer, that

6    production is likely to be substantially completed to enable

7    the Colorado Plaintiffs to be in a position to start the

8    depositions in August.

9          MR. SCHMIDTLEIN:  Your Honor, that is our goal.

10         I think a lot of the outstanding issues we have

11   right now with Colorado -- or the ones where I know we're

12   continuing work on, some of those relate to data and are not

13   necessarily document or custodial types of searches.

14         We are working with them on go-get request, as we

15   did, and continue to work with the DOJ on.  But those are,

16   I think, lesser in scope and volume than the custodial --

17   you know, the massive email types of productions that we've

18   been making.  And I think this may be a little bit of a

19   preview to our deposition scheduling dispute that I think we

20   flagged for you.

21         One of the issues that we have is sort of trying

22   to get a head start on which custodians they're really

23   focused on for kind of their first wave of depositions, if

24   you will, whether that's August or whether that's September,

25   whatever date or what time frame they're talking about,

1    it would be very helpful to us, because although we can't,

2    I think, sit here today and give you a precise date when

3    we'll be done with Colorado, I do anticipate that we should

4    be done with the Colorado custodian productions -- again,

5    based on my current best estimates, and I will caveat that a

6    little bit, Judge, because we literally just reached

7    agreement with them Monday night and it's still a little bit

8    of a moving target as to once we get everything loaded and

9    de-duplicated and everything sort of exactly what the

10   precise volumes are going to be, but we've got an idea of

11   the order of magnitude, I am hopeful that we will be able to

12   be done with all of the Colorado kind of supplemental

13   production by the end of August.

14         Now, within that and within the DOJ productions

15   that we have lined up, if we are told, for example, hey,

16   here are five people or here are ten people who we know are

17   going to be kind of in the first tranche of depositions, and

18   if there was a way, Google, that you could try to reorder

19   your queue, if you will, or sort of bring to the top

20   particular custodians' documents that are hitting on the

21   search terms to make sure we're done with those, I'm just

22   picking a date, by the end of June, so that we can then be

23   comfortable, we can get those all reviewed and we'll be able

24   to take depositions in August.  That's what we've been

25   trying to ask the DOJ, and we'd ask Colorado, to do for us,

1    so that they can get the documents in a timely fashion.

2         But without that, we're sort of left -- we can't

3    push everything through sooner, we've got these dates, but

4    we might be able to reorder them a little bit to accommodate

5    particular deposition scheduling, and that's what we're

6    trying to ask the parties to do here.

7         THE COURT:  And while we're on the subject, can

8    you -- I mean, one of the issues that the United States has

9    raised is, they've asked for sort of metrics of

10   completeness, if you will, with respect to individual

11   custodians.

12        You know, Mr. Pichai, for example, they've asked,

13   I assume, you know, what percentage of his custodial file

14   has been collected, processed, reviewed, and produced.  And

15   I gather you've told them that that's not such an easy thing

16   to do.  And so can you help me understand what the

17   limitations are on your ability to do that, if any?

18        MR. SCHMIDTLEIN:  Yeah.

19        It's certainly something we can do.  I mean, if

20   you pick a date in time and then say, okay, as of this date,

21   because our document review is going on every single day and

22   we're pulling documents, I think as I explained to you

23   previously, based on TAR, we're not doing it sort of in a

24   linear custodial review, where we have one custodian loaded

25   behind the other, we're trying to push to the top the

1   documents we think are most likely to be responsive based on

2   the technology-assistance review.

3           The issue, quite candidly, Judge, was, they were

4   asking us for a whole other round of metrics and hit reports

5   and all these things at the exact same time that our

6   colleagues in Colorado were pressing us for an enormous

7   volume of different reports as we were trying to negotiate

8   the ending of all of the document production and the

9   negotiations on all the Colorado requests.

10          And so all of our e-Discovery resources really

11  were focused on Colorado and trying to get all the custodial

12  information they needed, because they were asking for an

13  enormous number of hit reports, iterations, you know, every

14  other day as we were trying to get down to the final strokes

15  of which search terms we were going to agree to.  So sort of

16  going in and saying, providing to Mr. Dintzer, oh, no,

17  here's 76 more hit reports across all of these custodians,

18  was just something we weren't going to prioritize at that

19  point in time.

20          They obviously can see -- they have the hit

21  reports from what we agreed to with them, and they can

22  obviously see, based on the documents that are getting

23  produced, they can see what the custodial sources of those

24  are.  So I think they have -- you know, they have their own

25  rough metrics that they can calculate internally as to sort

1    of what volumes of documents they have for particular

2    custodians.

3          THE COURT:  Do they have them -- do they, then,

4    have the denominator number, too; in other words, do they

5    have the number that would tell you how many documents would

6    be expected for a particular custodian so that they could

7    determine, based upon the documents they've received, what

8    percentage of the overall custodial file has been produced?

9          MR. SCHMIDTLEIN:  I mean, they don't have a

10   precise number, but I think they've got enough data that

11   they could make rough assessments at this point in time as

12   to sort of which custodians they have that seem to be

13   appearing on larger percentages of documents.

14         Now, obviously, different custodians are going to

15   have different responsiveness rates --

16         THE COURT:  Okay.

17         MR. SCHMIDTLEIN:  -- based on some of the

18   custodians only apply to a narrower set of search strings

19   than others.  So it's a little bit kind of tricky to do

20   that, but I think they've got data that gives them a rough

21   idea of sort of where they are.

22         And the point I think that we've tried to make

23   more broadly is, they've been at this for years, they know

24   who our -- they know who our people are, they've been

25   reviewing our documents for years, and they've taken

1    depositions of lots and lots of people.  Surely they must

2    know who the first wave of people are, people they know for

3    sure they're going to want to depose.  And so why they want

4    to hold that information closely until the last second when

5    we're going to have scheduling issues is something that we

6    just don't think is merited.  That's our position.

7                THE COURT:  Let's put a pause on that issue for a

8    moment.

9                Let me turn to Mr. Sallet and Mr. Cavanaugh and

10   just get your observations regarding your expectations of

11   when your e-Discovery, whether you agree with

12   Mr. Schmidtlein in terms of where you are with e-Discovery,

13   and your expectation to be able to have that done through

14   the summer to get going with depositions in August.

15               MR. SALLET:  Yes, Your Honor.  Thank you.

16               I am joined by Mr. Cavanaugh and by Diane Hazel

17   from Colorado.  And no doubt throughout the course of the

18   litigation, you will hear from all of us, but today it's me.

19               THE COURT:  I didn't mean to exclude Ms. Hazel.

20   Trust me.

21               MR. SALLET:  No, no, I didn't mean to suggest

22   that.

23               Your Honor, our requests really to Google fall

24   into three parts, and it's worth noting the three.  The

25   first are traditional search terms and custodians of

1    requests that are distinct from what DOJ asked for.  On

2    those, as we said in the Joint Status Report, we have

3    reached agreement with Google on what is to be searched and

4    from whom.

5              The second part, which is important, is, of

6    course, since DOJ had filed its subpoena, there are very

7    many, very critical issues to us in the DOJ subpoena that go

8    to our case, but we didn't duplicate them.  So we have as

9    much of an interest in the DOJ RFPs being satisfied as

10   I think DOJ does.

11             The third issue is the question of data sets.  We

12   are talking with Google, we are exchanging information.

13   I'll say, I don't think the constant iteration day after day

14   is my understanding.  I think we've received two or three

15   hit reports from Google and we're engaged in conversations

16   and we hope to be able to tie that up, which is why we asked

17   Your Honor for the ability to file a joint additional Status

18   Report on June 10th.

19             Today, Mr. Schmidtlein has said that the

20   information will get to us by the end of August.  I don't

21   think we had heard that before.  We obviously had hoped it

22   would get to us by the end of July so that it would be in

23   advance of any depositions that would be taken.  As I said

24   two status conferences ago, our goal was to begin before the

25   fall equinox, I think was our representation, and we want to

1   do that, and August and September make sense.

2          But I do think, Your Honor, since this is a

3   discussion of how we proceed, that it's important to

4   recognize that there's a great deal of litigation strategy

5   to be made in the scheduling of depositions, right.  It's

6   not just a question of someone's vacation schedule, although

7   that is very important, right, but how we take depositions

8   is tied up in a series of very critical strategic issues.

9          First, and, Your Honor, when you amended the Case

10  Management Order, you very directly told us that there were

11  80 depositions to be shared between DOJ and the Colorado

12  Plaintiffs, and we should work together on one side.

13         So we need to coordinate.  We need to coordinate,

14  for example, on whether there are third parties we want to

15  take in advance of taking Google depositions.  That might be

16  important to understanding the ecosystem in which Google

17  operates.

18         We need to understand in what order one wants to

19  take Google depositions.  They are not random, right,

20  there's often litigation strategy in the order one takes

21  them.  We need to think about what our experts need and

22  getting the information that they require.

23         And, finally, fourthly, of course, with the set of

24  depositions at 80, any deposition we take in August counts

25  against our deadline, our overall set.

1          And so I think it's important, Your Honor, that I
2    emphasize that nobody wants this case to move forward more
3    quickly than the Colorado Plaintiffs, and I'm sure DOJ
4    concurs in this, because our complaints allege that there is
5    continuing harm to competition and to consumers every day
6    from Google's ongoing conduct.
7          We have all the motivation in the world to move
8    forward quickly.  We will respect the schedule.  But it's a
9    little bit like a basketball game:  We'll not go out of
10   bounds, we won't run the shot clock, but we need the
11   discretion to call our plays.
12         And we believe that the Google request, that the
13   Court intervene, without a meet-and-confer even on this
14   issue in advance of this issue, would improperly interfere
15   with our ability to make legitimate litigation strategy
16   decisions.
17         THE COURT:  So we're on the topic, so let's just
18   get to it then.
19         Let me just share my general observations with
20   everyone, and they are as follows.  And I'll reiterate what
21   I've said probably at every single status hearing, which is
22   that:  My primary interest here is to get us to the trial
23   date as has been set, and that means keeping the parties to
24   the schedule that you all have agreed to.
25         And part of that, I think, means that, and you're

1    right, Mr. Sallet, sequencing depositions in a way that sort

2    of optimizes both sides' need to collect evidence.  It does

3    strike me that -- and this -- you know -- and obviously

4    Google is producing most of the records in this case in a

5    sense -- for the plaintiffs, both sets of plaintiffs to

6    identify who they want to depose, certainly sooner than what

7    our local rule contemplates.  You know, we're used to cases

8    involving relatively small dollar amounts and a finite set

9    of factual concerns, where, you know, a 14-day advanced

10   notice for a deposition isn't unreasonable.  It strikes me

11   that that's a harder thing to accept in a case like this.

12          If for no other reason than there is a real

13   benefit to the plaintiffs saying to Google, whether it's

14   30 days out or 45 days out, you know, this is the time frame

15   in which we expect to depose this person or the following

16   people, that puts Google on notice that, look, we need to

17   finish up the production with respect to that custodian by

18   that date.

19          And that has the other benefit of -- two things;

20   one, it demonstrates diligence by the plaintiff, such that

21   if there are documents that somehow leak out later that may

22   relate to somebody who's already been deposed, you'll get a

23   better chance in front of me of being able to re-open the

24   deposition.

25          On the other hand, if you haven't given Google a

1  sufficient advance notice about who they -- about who you'd

2  like to depose and you wait till too late to give them the

3  information and Google and you all go forward with that

4  deposition and custodians' production is not complete,

5  you're less likely to be able to re-open that deposition if

6  there's a document that hasn't been produced before the

7  deposition that turns out to be important.

8          So my bottom line is this:  That I think in terms

9  of moving things forward efficiently, I do think plaintiffs

10  ought to make disclosures about target dates and times for

11  the individuals they intend to depose.

12          I don't think you need to do that by the end of

13  May, I mean, we're still relatively early from our August

14  objective, but I do think, you know, if the plan was to sit

15  back and start identifying deponents in mid to late July, I

16  do think that is coming a little too late.

17          And it is going to benefit everyone to make sure

18  that the schedule is identified and clear and Google knows

19  who's coming or who you're seeking to depose, and that you

20  can have the comfort in knowing that Google will be on

21  notice that they need to get you all the documents for that

22  custodian by that deposition date.

23          MR. DINTZER:  Your Honor, Mr. Dintzer.

24          THE COURT:  I saw you wince for a second, so I'll

25  turn to you.

1          MR. DINTZER:  I appreciate it.  Thank you,

2    Your Honor.

3          THE COURT:  There's no hiding your wincing on

4    Zoom.

5          MR. DINTZER:  I fear that if you ask my kids,

6    there's no hiding in their classroom either.

7          So I want to make sure that we're not conflating

8    two points.  I completely understand the Court's point about

9    14 days, not an extra 30 days, they should have 30 days'

10   notice, and presumably they'll be giving us that when

11   they're going to depose people for a deposition.  That's

12   not -- that's different from what they're asking and I want

13   to make sure that we're not being -- what they're asking is

14   that by some date certain, we owe them a list of witnesses,

15   and I want to make sure the Court understands why that's

16   hugely problematic, okay?

17          Starting with Mr. Schmidtlein's point that we must

18   know who we're going to depose, okay.  Everybody that we

19   identified as a custodian is a potential deponent.  That's

20   why we identified them as custodians.

21          But we have more custodians, of course, than we

22   have depositions, as Mr. Sallet noted.  And so one of the

23   things we have to figure out is we have to start going

24   through the funnel of, okay, we have this many custodians,

25   how many are we going to tee up.

1          And that means we need to read documents not just

2     for people -- I mean, we have to read documents for X number

3     of people to find -- figure out which of these we're going

4     to depose and which of these either we're not going to

5     depose now or we may never, because we don't have enough

6     depositions.

7          We're going to then have to communicate with

8     Mr. Sallet and his team after they've had a chance to read

9     documents and they've had a chance to figure out.  And then

10    hopefully we're going to agree, but if not, Mr. Sallet is

11    going to try to convince me.

12         THE COURT:  So, Mr. Dintzer, let me interrupt you.

13         You don't need to convince me today that it's a

14    bridge too far to -- for Google to demand that the plaintiff

15    states, and the government and the United States, identify

16    who they're deposing -- or who they seek to depose during

17    the month of August today.

18         MR. DINTZER:  Thank you, Your Honor.

19         THE COURT:  And so I'm not going to order that

20    today.

21         However, to the extent, you know, the

22    United States' position was that you're prepared to -- you

23    know, that the local rule, for example, contemplates 14 days

24    as reasonable notice, you know, I don't think this is the

25    ordinary case.  And so I think, you know, this is a case

1   where both sides will benefit by providing more than

2   sufficient advance notice.

3           Now, we can all agree today, if you'd like, on

4   what that's going to look like, but I also fear that given

5   the vagaries of people's schedules and all the things that

6   happen in litigation, that if we set a firm 30 days, for

7   example, that we're going to end up having a lot of issues

8   with that.

9           We can do that if you all want to, sort of include

10  a presumptive 30-day notice period, with the understanding

11  that if there's notice less than 30 days, that that's not

12  automatically disqualifying, and that 30 days is a target

13  date, and if it turns out to be 25 or 20, that it doesn't

14  automatically mean that the deposition is inappropriately

15  noticed.

16          But if that is something that everybody could

17  agree upon, it certainly seems reasonable to me, but you all

18  are the litigants and you all tell me whether that makes

19  sense from your perspective.

20          MR. DINTZER:  30 days, generally, I have found, is

21  a reasonable number.

22          And so I will say that, as we get -- because we

23  all want to make this end date as we get closer to the end

24  and as we sort of get into the swing of things, my guess is

25  that we're going to be asking to shrink that a little bit.

1   But we have no -- I mean, we have no interest in jamming up

2   Google and saying, ha-ha, you've got 14 days to prepare.

3            So, as a general thing, 30 days -- and our goal is

4   to get these started.  I mean, once we get the documents --

5   and it would help if we got the hit reports.  I will say

6   that we don't have individual custodial hit reports; it

7   would certainly help if Mr. Schmidtlein provided those.

8            But once we have the documents, once we figure it

9   out, we will get those names out, and with 30 days' notice,

10  for certain with these first ones at least, to make sure

11  that they have a chance to load the pipeline and get things

12  started.

13           THE COURT:  Well, then, I think, you know --

14           MR. SCHMIDTLEIN:  Your Honor --

15           THE COURT:  You know -- hang on one second,

16  Mr. Schmidtlein.

17           Look, you don't need a judge to tell you when to

18  start thinking about who you want to depose.  And I suspect

19  you all are already having those discussions, at least the

20  plaintiffs are among themselves.

21           And so, you know, you all have been through an

22  investigative phase, you've been collecting documents now

23  for five months, so you certainly have the information

24  I think you need to start sequencing these custodians and

25  30 days certainly seems ample time to me to start -- to give

1   Google notice.

2           Let me first turn to Mr. Sallet and then I'll turn

3   to you, Mr. Schmidtlein, get his reaction first and then

4   I'll turn to Mr. Schmidtlein.

5           MR. SALLET:  Yes, Your Honor.

6           As you stated, it sounds absolutely right to us.

7   A presumptive 30 days makes sense.

8           Mr. Dintzer notes that will probably be more

9   important early in the process when Google is being asked to

10  prioritize production, rather than later in the process when

11  all the production is in.  And as Mr. Dintzer rightly notes,

12  the end of fact discovery often involves scrambling within

13  deadlines.  But I think as a presumption, as Your Honor has

14  articulated, it makes good sense, and we support it.

15          THE COURT:  Mr. Schmidtlein.

16          MR. SCHMIDTLEIN:  Yeah, I guess the only thing I

17  would note is, there are a lot of people with a lot of

18  vacations that have been backed up for a long time right

19  now.  And I'm talking about witnesses, and I'm talking about

20  in-house lawyers who were involved in all this process.

21          THE COURT:  Because Williams & Connolly lawyers

22  don't get vacations?

23          MR. SCHMIDTLEIN:  No comment, Your Honor.

24          But I am mindful of scheduling difficulties for

25  any case for the month of August.  I think the month of

1   August 2021 is going to be a particularly difficult one.

2           So I'm happy to begin the discussions as soon as

3   possible with the plaintiffs, but, you know, what I don't

4   want to walk away with is, they send me a notice on July 10

5   and say, yeah, you've got to produce this person on

6   August 10, because -- or August 25th, we get a notice on

7   July 25th and says, hey, we want this person on August 25th,

8   I just think that's going to be unrealistic.  I have no idea

9   how many.

10          And so we would just encourage the plaintiffs, if

11  you want to get moving seriously, the sooner you give us

12  these notices, the better chance we have to arrange things

13  amongst all the different moving parts on our end that are

14  going to be necessary to make these depositions happen and

15  to prioritize some of these document issues as well.

16          THE COURT:  Look, I think -- I don't hear much

17  disagreement in terms of a 30-day presumptive period.

18          And what I would add to that, and, again, none of

19  this is meant to be judicial fiat.  But I would certainly

20  hope that the plaintiffs, certainly by no later than the end

21  of June, would start identifying who they want to depose in

22  August.

23          Now, maybe you all don't envision depositions by

24  August 1, so that date slips a little bit, but, you know,

25  you still have another five weeks or so to identify the

1    people you want in your first wave.  And I think, you know,

2    it behooves everybody to figure out who they are and will

3    ensure Mr. Schmidtlein, to the extent he needs to, can speed

4    up productions for particular individuals, and not just

5    those who are being deposed but others who may be closely

6    related to those people who you think might have relevant

7    documents that you might want to show the deponent.

8            I'm not suggesting that you only need the

9    custodial files of the actual deponent, you may need the

10   custodial files of others.  I just think the sooner

11   plaintiffs start making those decisions and articulating

12   some of these plans to Google, the better off everybody will

13   be.

14           MR. DINTZER:  The one thing that we can,

15   Your Honor, disclose, is that so for 30(b)(6) in the CMO, we

16   did something a little different than we've done before,

17   where what we've done is we established a process where we

18   could do the 30(b)(6) in pieces over time and then we'd

19   gather up, and every seven hours would count as one day of

20   our days of depositions, that was the agreement.

21           And so we expect the first piece of this will take

22   place in August, and we will give them notice on that with

23   at least 30 days, but we'll try for 40, to give them extra

24   time, but we expect the first piece of that to happen in

25   August.  So we can give them -- I mean, now they know now,

1   but we will give them the topics for that very first piece

2   of the 30(b)(6) with significant notice.

3          THE COURT:  And notice is particularly going to be

4   important, obviously, for the 30(b)(6) notice.

5          MR. DINTZER:  Sure.

6          THE COURT:  And there may be more than one that is

7   needed; in fact, I suspect there will be more than one --

8          MR. DINTZER:  Sure.

9          THE COURT:  -- for the topics that you want such

10  testimony for.

11         So, look, I think the bottom line is this:

12  Two things, I think, come out of this discussion; one is

13  that we will, moving forward, have sort of a 30-day

14  presumptive notice period.  Again, it's not a judicial order

15  that if it's under the 30 days, that somehow that is going

16  to disqualify the deposition request.  I can take that up on

17  a case-by-case basis if the notice of less than 30 days

18  proves to be unduly burdensome for counsel or for the

19  witness.

20         And then secondly, you know, regardless of what

21  date in August you all wish to get started with depositions,

22  that it would be a real good-faith effort of starting to

23  identify the August deponents by the end of June.  And

24  I think that should satisfy Mr. Schmidtlein's concerns and

25  enable -- at least hopefully smooth the road for scheduling

1   given summer schedules, okay?

2            MR. SALLET:  Your Honor, may I just note one fact?

3            THE COURT:  Okay.

4            MR. SALLET:  Mr. Schmidtlein makes reasonable

5   observations about the difficulty of scheduling.

6            I would just like to note, Mr. Schmidtlein earlier

7   represented that he thought the conclusion of production in

8   Colorado would come at the end of August.  I presume that

9   when one identifies deponents, that's where the emphasis

10  will be.

11           So I just want to note that we are not constrained

12  to the set of 76 deponents -- sorry, custodians, there are

13  more custodians, and that there are Colorado search strings

14  that hit against those even original 76 custodians.

15           So I'm hopeful that Google will respond in a way,

16  consistent with Mr. Schmidtlein's suggestions to us, to be

17  able to move forward in the kind of timeline Your Honor

18  contemplates.

19           THE COURT:  All right.  Well, let's talk next --

20  and I think we've discussed the -- we've talked about

21  e-Discovery and the status of where that stands.

22           Let's then -- we've talked about that for both

23  sets of plaintiffs.  I think very quickly I'll just touch on

24  the parties' request to amend the CMO, that is certainly

25  something I'm happy to do and you don't need to submit

1    anything further.  What we'll just do is we'll take what

2    you've given us and put that into an amended -- we'll just

3    title it "Amended Order" and I don't think we need to

4    incorporate it into a brand new Case Management Order,

5    I think all the parties understand that this will be part of

6    and incorporated it into the larger Case Management Order.

7            All right.  Let's talk, then -- unless there's

8    anything else anybody wants to raise, let's -- I'm now

9    prepared to sort of turn to the contested issues.  And we've

10   already resolved one of them, but let me ask whether there's

11   anything else anybody wants to raise before we turn to those

12   contested issues?

13           Okay.  Hearing none, let's start with the issue of

14   the performance reviews and the self-assessments of the

15   custodians.  You know, I've read the parties' positions,

16   I've read the cases that you all have cited.  So I'll give

17   everybody an opportunity, if you want to add something more,

18   I'm happy to hear it, but, otherwise, I've certainly thought

19   about it and I'm prepared to share my thoughts.

20           MR. DINTZER:  Yes, Your Honor.

21           And I'll do my best not to repeat what's in our

22   files:  Our request is targeted.  So to the extent that

23   Google is saying, we want their personnel files, we don't

24   want their personnel files.  Our request is targeted to

25   performance reviews and self-assessments and specific things

1    in them.

2          So obviously if something is about, you know,

3    somebody has health issues, they can redact all that, we're

4    not looking for that.  We're looking for specific things

5    where they discuss issues that are relevant to this case.

6    And we have found -- we've gotten these in the past, these

7    are typically produced in antitrust cases; in fact, one of

8    the cases we cited was an antitrust case.  There's no

9    privilege on any of these materials.  So Google kind of

10   suggests that there's this quasi-privilege where there's

11   this expectation that if we get -- these people might not be

12   honest in these.  Well, these things have always been

13   producible in a variety of litigations, from labor law to

14   antitrust to unions, everything.

15         THE COURT:  Mr. Dintzer, if I can interrupt you.

16         When you say "it's targeted," I mean, it may be

17   targeted to the file, but you've sort of come out of the

18   box -- I mean, some of the cases that you cited, you know,

19   for example, were really quite different.  I mean, one of

20   the cases from the Eastern District of Michigan actually was

21   just a judge ordering what the parties had consented to, a

22   multimedia decision from the Southern District of California

23   involved a single relator, and it's very differently

24   situated than what you've asked for, which is, at the start,

25   custodial files for all 76 of the custodians, when it's not

1   even clear to me, for example, that you intend to depose all

2   76 of them.

3           And it just struck me, as I read your request,

4   that it was a little overbroad; and that while not

5   discounting the possibility -- not just the possibility,

6   I'm not discounting that those files not only might but do

7   contain relevant information, they also contain fairly

8   sensitive information, and it just struck me that it was a

9   little -- the request was broader and less targeted than,

10   perhaps, it ought to be given the sensitivity of the kind of

11   information you're seeking.

12           MR. DINTZER:  Let me clarify that, Your Honor.

13           So, first of all, we're only seeking the

14   performance reviews and self-assessments.  So we take out

15   everything else that's in the file, that's the first thing.

16           The second thing is, the categories that we seek

17   are the company's goals, so such as security and exclusive

18   distribution agreements, market facts, as well as the

19   interpretation of those facts.  So if somebody says, you

20   know, Google's got an 85 percent market share and we're

21   trying to keep that up, that would be something that, we, of

22   course, we would be interested in.  So market facts and

23   interpretation, and the employees' roles and

24   responsibilities with those subjects.

25           And I have to say, Your Honor, we've never even

1    received an org chart from Google.  So we don't even know

2    who reports to whom.  So getting that type of information,

3    the roles and responsibilities and who they report to and

4    the like, those are the three categories we've asked for.

5            We understand -- and, in fact, in our document

6    request, we say we expect you to redact PII, health III,

7    sensitive health, we're not looking for that.  But these

8    three factors are clearly relevant and across the board, not

9    just for -- so for all the custodians.

10           And you're right, Your Honor, in the sense that we

11   haven't narrowed this to the people we're deposing, but

12   that's sort of a chicken and egg thing.  One of the things

13   we would be looking at in deciding which of these people to

14   depose would be all of their documents, including what's in

15   these.  And we find, quite honestly, Your Honor, that people

16   are most honest when they're describing what they've done

17   and most, you know, clear about what they've done that year

18   and what they've been asked to do and then the feedback that

19   they get.

20           Now, the other thing is that we don't know where

21   these are kept.  So we have no reason to believe that these

22   would be swept up by what's -- the search terms that are

23   already out there, because they may not be kept as a routine

24   matter in people's hard drives.  On the other hand, Google

25   knows exactly, presumably they're in these people's folders

1    somewhere, and there's no burden argument here, because they

2    can just reach in and pull these out and then redact them

3    and review them like they do everything else.

4           So we have done our best to make this as narrow as

5    possible, not on the number of people, because we're not

6    ready to narrow the number of people, but substantively, on

7    the substance of what we're looking for.

8           THE COURT:  Mr. Schmidtlein, I mean, I don't get

9    the sense that your position is that these are not relevant,

10   full stop.

11          MR. SCHMIDTLEIN:  Your Honor, I have a couple of

12   things, I guess, in response.

13          There's no demonstration here that there is going

14   to be anything particularly relevant in any of these files,

15   right?  He, Mr. Dintzer, is speculating or imagining what

16   might or might not be in a personnel review.

17          I find it hard to believe that an antitrust case

18   is going to be broken open by a self-assessment, given the

19   millions of other pages we are producing of internal emails,

20   PowerPoints, correspondence, agreements, all the incredible

21   litany of documents that we're producing in this case has to

22   encompass all of the relevant information that they need.

23          And I will tell you, I'm not sure who put

24   Mr. Dintzer's talking points together, but they're wrong.

25   The document request is not limited to all the stuff they

1    said.   The document request reads:   "Produce all personnel

2    files for all document custodians."   That's the document

3    request, number one.

4            Number two, I've been doing antitrust cases for

5    nearly 30 years.   Production of personnel files in antitrust

6    cases?   I've never heard of that.   That's not something that

7    is routinely requested of all of your document custodians.

8            You need a -- you need the reviews and the

9    self-assessments of somebody to produce an -- to make an

10   antitrust case?   That is also not correct.   There's not a

11   single case he cited that I see is an antitrust case in

12   their brief.   And Your Honor is absolutely correct that the

13   circumstances in which courts allow people to invade

14   personnel files is pretty limited and pretty targeted to

15   specific factual circumstances, none of which he has made

16   here today.

17           So at a broad brush, my position is, he's not

18   entitled to go fishing for these personnel files unless he's

19   got some particular reason to think that there's something

20   in that person's file that goes particularly to the issues

21   in this case.

22           The argument that they don't know who these people

23   report to and we haven't produced org work charts, we have

24   manually created huge documents for them detailing all sorts

25   of people and where they fit within Google's organization,

1    and they've taken depositions of all sorts of people and
2    asked them all sorts of questions about who reports to who.
3    So the justification for these documents is completely
4    lacking on the record before Your Honor right now.
5            So we don't think we have to produce and we have
6    to search for and review and then go back and redact out
7    personnel information, that is hugely burdensome, and
8    compared to all of the other heavy lifting we're doing in
9    this case isn't warranted.
10           THE COURT:  Let me ask the following,
11   Mr. Schmidtlein, to the extent that you know:  You know, to
12   the extent that -- Mr. Dintzer has suggested that the files
13   would contain information about company goals, marketing
14   facts, an interpretation of market facts, those being the
15   two primary issues, and then he also mentioned employee
16   roles and the like, responsibilities.
17           Is that the kind of information one would expect
18   to find in Google's personnel files?
19           MR. SCHMIDTLEIN:  Candidly, Your Honor, I mean,
20   these are not files that we've had to typically produce, so
21   we haven't gone back and pulled all of them.
22           We certainly didn't produce this information
23   during the investigation, it was never asked for, we never
24   produced this to the Federal Trade Commission.  We've never
25   produced this information, as far as I know, to any

1    regulatory authority with respect to antitrust ever.

2         THE COURT:  So here's my current thought on this,

3    it's twofold; one is, as it's currently framed, both in the

4    actual document request itself and even as narrowed by

5    Mr. Dintzer, the request is overbroad.

6         You know, I have no reason to believe that it's

7    just simply because somebody is a custodian of relevant

8    records, that something that's in their personnel file may

9    necessarily inform the government's theory of the case,

10   particularly since -- I certainly am not in a position to

11   say whether every custodian actually has worked on matters

12   relating to the government's antitrust theory.  It may be

13   and it's probably logical that they've had some involvement

14   in the markets and business lines that are the subject of

15   the complaint, but that isn't necessarily so and it's not

16   evident to me that's so at least for the first 76 custodians

17   and probably for all 100-plus of them.

18        You know, that said, you know, I take the

19   government at its word that there may be some relevance to

20   these files, but I'm also reluctant to just have them turned

21   over, because they do contain sensitive information, and,

22   frankly, it's going to take time and effort and be fairly

23   burdensome to remove that information.

24        So I think here's what I'm prepared to do, which

25   is:  If the government would like to identify a sample of

1    six -- personnel files of six people that it believes -- six

2    people, I think six is -- a half dozen folks, that Google

3    can then find and pull and it can then review those to

4    determine whether the kind of information that Mr. Dintzer

5    is seeking is actually in those files, I think we can then

6    have probably a better conversation and more concrete

7    conversation about whether these kinds of materials are

8    relevant and producible.

9          But in the current posture where the government is

10   simply asking for, in broad brush strokes, custodial files

11   of each and every single custodian without giving me reason

12   to believe that those custodial files, in fact, are going to

13   contain relevant information, my concern is twofold; one,

14   it's about the burden it's going to place on Google to both

15   identify the files and then redact information from them,

16   when particularly I have no real confidence at this point

17   that they're going to produce relevant information, one;

18   and, two, there is a lot of sensitive information in these

19   files.  And, you know, I don't think that federal courts

20   ought to be in the business of simply producing or

21   compelling parties to produce personnel files just because a

22   litigant demands it.

23         So I'm happy to hear this out when the factual

24   setting is more concrete.  And so I'll leave it to you all

25   to sort of follow the path that I've just pointed out, which

1   is, provide a sample of names, Mr. Schmidtlein will pull

2   those personnel files and evaluate them and then report back

3   as to the contents of those files and whether they may

4   contain something of value.

5            On the other hand, I'm also, if it's a small

6   number of files -- and, by the way, the one other thing

7   I didn't raise about this:  It's not clear to me what time

8   frame the government is asking for these documents.  I know

9   for some document requests, you've asked for ten years.

10  That's a lot of personnel files, especially if there are

11  annual personnel reviews and self-assessments.  So that's

12  another critical component of this that I forgot to mention

13  earlier that wasn't clear to me in terms of the time frame

14  of these.

15           So let's go that way.  And, you know, if, instead

16  of having Mr. Schmidtlein do a review and sort of report to

17  us, you want me to review those in camera, I'm happy to do

18  that, too, if it's a limited number -- if it's a discrete

19  number of documents, I can take a look, because it will give

20  me a sense of what these things look like and the kind of

21  information they contain, I'm happy to do that, okay?

22           MR. DINTZER:  We'd appreciate that, Your Honor.

23           And, quite honestly, just so that we could all be

24  on the same page, what we would -- our ask would be that

25  they do a redaction of the PII for that and produce those

1   six to us so that we can all be -- I mean, we understand

2   he's going to take out the PII for these six, there's no

3   burden, it's only six of them, and then we and the Court and

4   Mr. Schmidtlein can be on the same page.

5        And to be honest, Your Honor, Google deprived us

6   of any information about where these are kept, how much

7   energy it would take to get them, whether they were

8   centralized in one file cabinet somewhere, but also on what

9   they look like, you know, whether their format is something

10   that's easier.

11        So this would give us -- if we got six that were

12   produced to us and the Court with information redacted that

13   is sensitive in any way and obviously all protected under

14   the protective order, that would give us all an equal

15   playing field on discussing sort of the import of the

16   material.

17        THE COURT:  Look, I mean, I'm just hazarding a

18   guess here, but I've got to believe that Google has some

19   software, whether it's from a Google-produced software or

20   from one of these human resource companies, human resource

21   benefits management companies that has all of this in

22   electronic form.  I don't think it's sitting in a cabinet

23   somewhere, but maybe I'm wrong about that, but it would

24   surprise me if that's the way it was.

25        Look, I'm not yet prepared to have this redacted

```
 1   and disclosed.  I will say, Mr. Schmidtlein, if you get your
 2   six, you don't have to include the PII for me, you can
 3   redact that, but produce it all to me first and then I'll
 4   figure out what to do with it, okay?
 5              MR. SCHMIDTLEIN:  Thank you, Your Honor.
 6              MR. DINTZER:  Thank you, Your Honor.
 7              THE COURT:  All right.
 8              Hang on, everybody, if everybody would just bear
 9   with me for one second, I just need to send a note, because
10   I have a hearing I need to -- that's supposed to come online
11   at 2:00.  So just hang on, everybody.
12              (Discussion held off the record.)
13              THE COURT:  All right.
14              Well, let's keep going, and if some new faces pop
15   up that aren't familiar to all of you, you're not being Zoom
16   bombed, it's just that there are parties coming in for a
17   2:00 hearing.
18              All right.  So the last issue concerns
19   communications with third parties and what to do with those,
20   and Google has essentially suggested that it's prepared to
21   produce them, but produce them as to certain topics or
22   certain subject matters as to those communications.
23              I guess the question to you, Mr. Schmidtlein, is:
24   It just struck me, from the standpoint of time and effort,
25   to sort of produce those communications, and presumably
```

1  they're all email communications, without sort of going

2  through the process of reviewing them and categorizing them.

3       I mean, look, I understand that if you've made

4  dinner plans with a third-party lawyer or just even let's

5  talk at 3:00, it's not something Mr. Sallet or Mr. Dintzer

6  need.  On the other hand, to take the time and effort to

7  weed those kind of communications out, I'm not sure how

8  valuable that is.

9       And so help me understand what your concern is

10  about simply just turning these over based upon what I

11  presume would be a search for the names of others at their

12  email addresses, the way I identify these communications.

13       MR. SCHMIDTLEIN:  Sure, Your Honor.

14       I think as you know, we have three law firms that

15  are retained to represent Google in this matter, and each of

16  the law firms is dealing with different third-party subpoena

17  recipients.

18       The issue really is, when we have sort of a

19  substantive correspondence with one of those parties, here's

20  a for-example:  We're going to agree to limit our subpoena

21  in this way or here's a proposal to limit the subpoena, or

22  we get from a third party a proposal to limit a subpoena,

23  each of our firms, that sort of gets filed into an actual

24  kind of correspondence file for the case, or for maybe even

25  depending on how people organize it, they may even have it

1    by individual subpoena recipients.  So we've got the

2    substantive communications with them.

3            We also, then, I'm sure, have, do you have time

4    for a meet-and-confer today; do you -- hey, we had a problem

5    with your production, when do you think we're going to get

6    that disk; or I didn't get something or other, can you

7    resend that, what I kind of refer to as more kind of routine

8    non-substantive communications.

9            I am not having my associates, nor my colleagues,

10   my co-counsel, they are not filing all of those religiously

11   into some correspondence file.  Those are not the meaty

12   substantive things when I want to go back and check on, hey,

13   what did we exactly -- you know, what were the parameters of

14   a negotiation or what did we learn about this?  I'm not

15   searching all of my emails for that.  So it's really,

16   Your Honor, a question of, can we find a way that will more

17   easily streamline this sort of production.

18           I mean, the plaintiffs' document request here,

19   they ask for all communications -- they say they ask for all

20   communications regarding legal claims and defenses.  The

21   problem is that they ask for all documents discussing

22   lawsuits.

23           Our subpoena or our document requests ask for all

24   communications about legal claims.  So we're looking for

25   like substantive meaty conversations that a third party

1    emailed to DOJ and said, hey, we have these problems with

2    Google or, hey, we think your lawsuit has these problems, we

3    expect them to produce that to us.

4            If they're having communications with a third

5    party about setting up a meet-and-confer, that's not what

6    we've asked for, and we're sort of surprised that they think

7    that's what they've asked us for.

8            THE COURT:  I think the question I have at the end

9    of the day is, what is easier for you to produce?  Is it

10   something that's broader, that sweeps up both the

11   substantive communications, as well as the less substantive

12   ones, or something that sweeps up only the substantive ones?

13           And I don't think Mr. Dintzer cares that there's

14   an email that says, you know, let's have a call at 3:00 to

15   discuss these issues.  What he cares about are what the

16   issues that were discussed and if that was done in a way

17   that was memorialized in an email.

18           And so if what you're telling me is that it's

19   easier to, for example, if you've got subfiles in folders at

20   law firms that have saved all of these communications that

21   are substantive and then just produced those, then that

22   makes some degree of sense to me.

23           MR. SCHMIDTLEIN:  That's where we are, Your Honor.

24           THE COURT:  Okay.

25           MR. DINTZER:  Could I be heard on this,

1  Your Honor --

2             THE COURT:  Yeah.  Sure.

3             MR. DINTZER:  -- because our take on it is very

4  different.

5             So what Google has told us, and if you look at

6  page 7 of the JSR, they have told us that these are the

7  seven categories or five categories of things that they will

8  give us, and there are categories of substance.

9             So they haven't done it in a negative way.  They

10 haven't said, we're going to give you our invites to lunch,

11 okay, that would -- we would be having a completely

12 different conversation.  So it wasn't a negative, it was a,

13 these are the only categories we're going to give you.

14            So anything that's not in these categories, and we

15 can -- we're lawyers, so of course we can imagine things

16 that are not in these categories.  We can -- you know, if

17 somebody sends them an email saying -- if one of the

18 subpoena recipients sends them an email saying, we got a

19 subpoena, what do you guys think about this, that doesn't

20 fall into one of these categories, we wouldn't get it.

21            And so what --

22            THE COURT:  Can I interrupt you for a second,

23 Mr. Dintzer?

24            MR. DINTZER:  Sure.

25

1         THE COURT:  As a matter of routine, have you all

2    been asking the third parties for communications with the

3    issuer of the subpoena?

4         MR. DINTZER:  I'm going to get an answer on that

5    pretty quick, I imagine, but I don't -- yes, yes, we have.

6         THE COURT:  So there isn't a --

7         MR. SCHMIDTLEIN:  I think that is undoubtedly a

8    request going to your actual document custodians.

9         They're not putting requests on the outside

10   lawyers for communications with us.  That's what we're

11   talking about is the lawyers.  If our employees are talking

12   to their third parties about the lawsuit and those get swept

13   up, those get produced.

14        MR. DINTZER:  We are only talking about the

15   lawyers, and so I can agree with Mr. Schmidtlein there.  But

16   because there are no searches being done --

17        THE COURT:  I want to be clear about what my

18   question was, which is:  If you are -- say you've sent a

19   subpoena to Oracle, for example, and Google sends a subpoena

20   to Oracle, does that subpoena to Oracle also contemplate the

21   production of communications between Oracle's outside

22   counsel and Mr. Schmidtlein in response to the subpoena?

23        MR. DINTZER:  Typically what would happen is

24   Oracle would tell us, you should get that from Google.  And

25   so we -- I mean, in all honesty -- and it's easier for

1    Google to make those productions than for Oracle or whoever

2    the third party is.

3            THE COURT:  Well, I don't know that it's easier.

4    I mean, it's all an email.

5            My question is whether you're asking for it.  And

6    the reason I'm asking is, is there a sort of second line of

7    defense here, for example, of another source for the same

8    exact communication such that if what Mr. Schmidtlein is

9    proposing is we'll give you everything in our electronic

10   files, which would necessarily exclude some of the less

11   important stuff, you've got a second line of defense from

12   the subpoena target, and the subpoena target's lawyer if

13   that target is also being required to produce these same

14   communications.

15           MR. DINTZER:  We've had at least one saying that

16   they object, and are -- I won't say refusing, because we

17   haven't had an impasse -- but that they don't -- I mean,

18   that they don't plan on doing that.  So this is a wrestling

19   match we may have to have with somebody.

20           But I would say this, Your Honor:  What we would

21   need from Google, Google right now has given -- first of

22   all, and we are producing all this stuff.  I mean,

23   Mr. Schmidtlein is describing this as some epic challenge,

24   but we are doing exactly what we are asking Google to do,

25   and it's no more -- I mean, all you do is every time you

1    have a communication, you ask that party, you put it into

2    the special file, it's really not a big deal.

3              But what he's saying is, is that they have

4    given -- I mean, they've given us a list of things that they

5    will, not what they won't.  And so what we would ask is that

6    if we turn this on its head and say that they say, okay,

7    we're not going to put our party invites and our luncheon

8    dates on this and everything else that goes between us and

9    the subpoenas that counsel subpoenas.

10             THE COURT:  Maybe I'm reading this more generously

11   than I should, and if I am, then shame on me.

12             But I sort of read what Google put forward on

13   page 7 here as an effort to summarize the kinds of

14   substantive communications one would typically have between

15   counsel, not as a, we're going to draw a picket fence around

16   the communications that we're not going to give you.  And if

17   I'm wrong about that, then, as I said, shame on me.

18             But what I hear Mr. Schmidtlein saying is that,

19   look, we're not resisting producing the kind of things you

20   want, because they're not saying you're not entitled to

21   them, you are.  It just sounds like to me what he's saying

22   is that it will be less burdensome for them to basically

23   just duplicate what are already in files they've created to

24   preserve these communications, rather than having to develop

25   search terms, which I presume would be consistent with

1   lawyers' email addresses, and run all of that and produce

2   it.

3          And if you're comfortable, Mr. Dintzer, with

4   Mr. Schmidtlein's representations that he and his colleagues

5   have done exactly what he's described, then that seems to me

6   to be a reasonable way to approach this.  You're going to

7   get what you want, and you're not going to get what is sort

8   of beside the point.

9          MR. DINTZER:  And maybe it's the lawyer in me,

10  Your Honor, and if it's that, then shame on me, because

11  maybe I'm being overly literal, but, for example, Google's

12  only describing that they're going to produce the

13  conversations related to Google subpoenas.  There's nothing

14  about communications about ours or the Colorado Plaintiffs'

15  subpoenas.

16         And so maybe the answer here is that we come to an

17  understanding with Google that they will produce, basically,

18  all of their communications with third-party subpoenas,

19  except for a list of non-substantive appointments and the

20  like that have zero substance, and something like that.  But

21  for them to basically tell us that this is the list of what

22  we're going to produce makes us nervous.

23         MR. SALLET:  Your Honor, can I just say, I agree

24  with Mr. Dintzer's approach.  I think if the parties could

25  confer, try to draw the line between substantive and

1   non-substantive communications, that would be helpful,

2   Your Honor.

3          For example, I read the list on page 7 differently

4   than you did, I may be wrong about that.  But I think having

5   the representation be joined in by Mr. Schmidtlein through

6   the conferral that Mr. Dintzer suggests would be a

7   productive way to move forward.

8          THE COURT:  Well, look, you know, I think you all

9   should talk, see if you can get comfortable with where each

10  side is.  As I said, I don't think there's much of a real

11  dispute here.  Beyond that, I think all of you are pros and

12  terrific counsel, and I don't think anybody is trying to

13  hide anything here.  And the idea that you're trying to hide

14  a substantive communication with a third party seems to me

15  to be a fairly risky proposition, especially when you can

16  subpoena the third party and get the same communication.

17  So, you know, if you're going to try and hide the ball

18  somewhere, this is not where you ought to be trying to do

19  it.

20         So I'm happy to have you all discuss this further,

21  and if there continues to be issues with this, you'll let me

22  know, but I think the discussion we've had here is probably

23  a good start to resolving whatever concerns both sides have.

24         MR. DINTZER:  We appreciate that, Your Honor.

25         THE COURT:  Okay.

1      So I think that covers everything that you all

2  have identified in the Joint Status Report.  Am I missing

3  anything or is there anything anybody else would like to add

4  to the discussion?

5           MR. SALLET:  No, Your Honor.

6           MR. DINTZER:  Just that we're working with the

7  third parties and we've made some progress.

8           We're still missing production timelines from some

9  of them that we are hoping to get, and so there's still some

10  hurdles there but we are making some progress.

11          THE COURT:  Well, I will say the following, and

12  I think I've said this specifically, and probably third

13  parties' counsel, maybe they're on, maybe they're not, but,

14  you know, my concern about ensuring that we have an

15  efficient fact discovery period, particularly with

16  depositions, includes the production of records from third

17  parties.

18          And so, you know, I'm not going to be happy if a

19  third party has been dragging its feet and thus delaying

20  depositions when you all want to take them.  And so if

21  either side is finding that happening, you need to let me

22  know -- and it doesn't need to wait until one of these

23  calls, it can happen sooner -- so that we can get the third

24  party on the phone and figure out where things are and put

25  them to a schedule that has a judicial stamp on it if

```
1    necessary, okay?

2              MR. DINTZER:  Thank you, Your Honor.

3              MR. SALLET:  Thank you, Your Honor.

4              MR. DINTZER:  We appreciate that, Your Honor.

5              THE COURT:  Thank you, all.

6              I think our next call is on June the 29th.  And do

7    we have a -- I just want to confirm:  Do we have a date for

8    a Joint Status Report in advance of that next hearing?

9              MR. SALLET:  I believe the -- I'm sorry.  I think

10   I interrupted, Mr. Dintzer.

11             MR. DINTZER:  No.

12             THE COURT:  Okay.

13             We do.  It looks like 6/24.  I'm told June 24th.

14             Okay.  Very good.  Thank you, all, take care, and

15   we'll look forward to seeing you in a few weeks.

16             MR. DINTZER:  Thank you, Your Honor.

17             (Proceedings concluded at 2:10 p.m.)

18

19

20

21

22

23

24

25
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__May 28, 2021_____     /S/__William P. Zaremba_____

                                William P. Zaremba, RMR, CRR

**COURTROOM**
**DEPUTY: [1]** 3/2
**MR. DINTZER: [26]**
16/23 17/1 17/5 18/18
19/20 23/14 24/5 24/8
26/20 28/12 32/22 37/6
40/25 41/3 41/24 42/4
42/14 42/23 43/15 45/9
46/24 47/6 48/2 48/4
48/11 48/16
**MR. SALLET: [9]**
11/15 11/21 21/5 25/2
25/4 45/23 47/5 48/3
48/9
**MR. SCHMIDTLEIN:**
**[15]** 4/5 5/12 6/9 8/18
10/9 10/17 20/14 21/16
21/23 30/11 32/19 37/5
38/13 40/23 42/7
**THE COURT: [44]** 3/8
5/3 5/22 8/7 10/3 10/16
11/7 11/19 14/17 16/24
17/3 18/12 18/19 20/13
20/15 21/15 21/21
22/16 24/3 24/6 24/9
25/3 25/19 27/15 30/8
32/10 33/2 36/17 37/7
37/13 40/8 40/24 41/2
41/22 41/25 42/6 42/17
43/3 44/10 46/8 46/25
47/11 48/5 48/12

/
**/S [1]** 49/10

**0**
**0101 [1]** 1/18
**0340 [1]** 1/15

**1**
**10 [3]** 5/24 22/4 22/6
**10-0101 [1]** 1/18
**100-plus [1]** 33/17
**10th [1]** 12/18
**1100 [1]** 1/14
**12th [1]** 2/3
**130,000 [1]** 4/15
**14 [2]** 17/9 18/23
**14 days [1]** 20/2
**14-day [1]** 15/9
**19 [1]** 49/6
**1:00 [1]** 1/6
**1st [1]** 4/15

**2**
**20 [1]** 19/13
**20-3010 [2]** 1/4 3/3
**200,000 [1]** 3/24
**20001 [1]** 2/8
**20005 [1]** 2/3
**202 [3]** 1/15 2/4 2/9
**2021 [3]** 1/5 22/1 49/10
**24 [1]** 48/13
**24th [2]** 3/17 48/13
**25 [1]** 19/13
**25th [3]** 22/6 22/7 22/7
**27 [1]** 1/5

**29th [1]** 48/6
**2:00 [2]** 37/11 37/17
**2:10 [1]** 48/17

**3**
**30 [17]** 17/9 17/9 19/6
19/11 19/12 19/20 20/3
20/9 21/7 23/15 23/18
23/23 24/2 24/4 24/15
24/17 31/5
**30 days [1]** 15/14
20/25
**30-day [3]** 19/10 22/17
24/13
**3010 [2]** 1/4 3/3
**307-0340 [1]** 1/15
**3249 [1]** 2/9
**333 [1]** 2/8
**354-3249 [1]** 2/9
**3:00 [2]** 38/5 40/14

**4**
**40 [1]** 23/23
**415 [1]** 1/19
**434-5000 [1]** 2/4
**45 [1]** 15/14
**450 [1]** 1/18

**5**
**5000 [1]** 2/4
**583-9211 [1]** 1/19

**6**
**6/24 [1]** 48/13

**7**
**725 [1]** 2/3
**76 [7]** 4/17 9/17 25/12
25/14 27/25 28/2 33/16

**8**
**80 [2]** 13/11 13/24
**85 [1]** 28/20

**9**
**9211 [1]** 1/19
**94102 [1]** 1/19

**A**
**ability [3]** 8/17 12/17
14/15
**able [8]** 7/11 7/23 8/4
11/13 12/16 15/23 16/5
25/17
**about [40]** 4/3 5/7 5/10
6/25 13/21 16/1 16/1
16/10 17/8 20/18 21/19
21/19 25/5 25/20 25/22
26/19 27/2 29/17 32/2
32/13 34/7 34/14 35/7
36/6 36/23 38/10 39/14
39/24 40/5 40/15 41/19
42/11 42/12 42/14
42/17 44/17 45/14
45/14 46/4 47/14
**above [1]** 49/4
**above-titled [1]** 49/4
**absolutely [2]** 21/6

**accept [1]** 15/11
**accommodate [1]** 3/1
**across [2]** 9/17 29/8
**Action [1]** 3/3
**actual [4]** 23/9 33/4
38/23 42/8
**actually [2]** 27/20
33/11 34/5
**add [3]** 22/18 26/17
47/3
**additional [4]** 4/22
4/22 5/10 12/17
**addresses [2]** 38/12
45/1
**advance [6]** 12/23
13/15 14/14 16/1 19/2
48/8
**advanced [1]** 15/9
**affected [1]** 5/9
**after [2]** 12/13 18/8
**afternoon [3]** 3/2 3/8
3/12
**again [4]** 6/1 7/4 22/18
24/14
**against [2]** 13/25 25/14
**ago [1]** 12/24
**agree [8]** 9/15 11/11
18/10 19/3 19/17 38/20
42/15 45/23
**agreed [2]** 4/19 9/21
14/24
**agreement [6]** 5/6 5/18
5/20 7/7 12/3 23/20
**agreements [2]** 28/18
30/20
**aided [1]** 2/10
**AL [1]** 1/3
**all [89]**
**All right [1]** 37/13
**allege [1]** 14/4
**allow [1]** 31/13
**already [5]** 15/22 20/19
26/10 29/23 44/23
**also [10]** 19/4 28/7
31/10 32/15 33/20 35/5
36/8 39/3 42/20 43/13
**although [2]** 7/1 13/6
**always [1]** 27/12
**am [7]** 7/11 11/16
21/24 33/10 39/9 44/11
47/2
**amend [1]** 25/24
**amended [3]** 13/9 26/2
26/3
**AMERICA [2]** 1/3 3/4
**AMIT [1]** 1/10
**among [1]** 20/20
**amongst [1]** 22/13
**amounts [1]** 15/8
**ample [1]** 20/25
**annual [1]** 35/11
**another [5]** 4/11 4/15
22/25 35/12 43/7
**answer [2]** 42/4 45/16
**anticipate [2]** 5/14 7/3
**anticipates [1]** 6/2
**antitrust [10]** 27/7 27/8

31/10 31/11 33/1 33/12
**any [10]** 5/20 8/17
12/23 13/24 21/25 27/9
30/14 32/25 36/6 36/13
**anybody [4]** 26/8 26/11
46/12 47/3
**anything [8]** 26/1 26/8
26/11 30/14 41/14
46/13 47/3 47/3
**apace [1]** 3/23
**APPEARANCES [2]**
1/12 1/21
**appearing [1]** 10/13
**apply [1]** 10/18
**appointments [1]**
45/19
**appreciate [4]** 17/1
35/22 46/24 48/4
**approach [2]** 45/6
45/24
**are [87]**
**aren't [1]** 37/15
**argument [2]** 30/1
31/22
**around [2]** 5/19 44/15
**arrange [2]** 22/12
**articulated [1]** 21/14
**articulating [1]** 23/11
**as [59]**
**ask [13]** 7/25 7/25 8/6
17/5 26/10 32/10 35/24
39/19 39/19 39/21
39/23 44/1 44/5
**asked [13]** 8/9 8/12
12/1 12/16 21/9 27/24
29/4 29/18 32/2 32/23
35/9 40/6 40/7
**asking [1]** 9/4 9/12
17/12 17/13 19/25
34/10 35/8 42/2 43/5
43/6 43/24
**assessment [1]** 30/18
**assessments [6]** 10/11
26/14 26/25 28/14 31/9
35/11
**assistance [1]** 9/2
**associates [1]** 39/9
**assume [1]** 8/13
**August [23]** 6/3 6/8
6/24 7/13 7/24 11/14
12/20 13/1 13/24 16/13
18/17 21/25 22/1 22/6
22/6 22/7 22/22 22/24
23/22 23/25 24/21
24/23 25/8
**August 10 [1]** 22/6
**authority [1]** 33/1
**automatically [2]**
19/12 19/14
**Ave [1]** 1/18
**Avenue [1]** 2/8
**away [1]** 22/4

**B**
**back [8]** 3/14 3/17 4/19
16/15 32/6 32/21 35/2
39/12

**acked [1]** 21/18
**ball [1]** 46/17
**Barrett [1]** 2/7
**based [7]** 7/5 8/23 9/1
9/22 10/7 10/17 38/10
**basically [3]** 44/22
45/17 45/21
**basis [1]** 24/17
**basketball [1]** 14/9
**be [84]**
**bear [1]** 37/8
**because [22]** 7/1 7/6
8/21 9/12 14/4 18/5
19/22 21/21 22/6 29/23
30/1 30/5 33/7 33/21
34/21 35/19 37/9 41/3
42/16 43/16 44/20
45/10
**been [18]** 4/13 6/18
7/24 8/14 10/8 10/23
10/24 14/23 15/22 16/6
20/21 20/22 21/18
27/12 29/18 31/4 42/2
47/19
**before [7]** 1/10 12/21
12/24 16/6 23/16 26/11
32/4
**begin [2]** 12/24 22/2
**behalf [1]** 3/7
**behind [1]** 8/25
**behooves [1]** 23/2
**being [10]** 12/9 15/23
17/13 21/9 23/5 32/14
37/15 42/16 43/13
45/11
**belief [1]** 4/2
**believe [9]** 4/24 5/18
14/12 29/21 30/17 33/6
34/12 36/18 48/9
**believes [1]** 34/1
**benchmark [1]** 4/20
**benchmarks [2]** 4/2
4/25 5/21
**benefit [4]** 15/13 15/19
16/17 19/1
**benefits [1]** 36/21
**beside [1]** 45/8
**best [3]** 7/5 26/21 30/4
**better [6]** 15/23 22/12
23/12 34/6
**between [5]** 13/11
42/21 44/8 44/14 45/25
**Beyond [1]** 46/11
**big [1]** 44/2
**bit [8]** 6/18 7/6 7/7 8/4
10/19 14/9 19/25 22/24
**board [1]** 29/8
**bombed [1]** 37/16
**both [6]** 4/8 5/13 15/2
15/5 19/1 25/22 33/3
34/14 40/10 46/23
**bottom [2]** 16/5 16/6
**bounds [1]** 14/10
**box [1]** 27/18
**brand [1]** 26/4
**bridge [1]** 18/14
**brief [1]** 31/12
**bring [1]** 7/19

**B**

broad [2] 31/17 34/10
broader [2] 28/9 40/10
broadly [1] 10/23
broken [1] 30/18
brush [1] 31/17 34/10
built [1] 5/15
burden [3] 30/1 34/14 36/3
burdensome [4] 24/18 32/7 33/23 44/22
business [2] 33/14 34/20

**C**

CA [1] 1/19
cabinet [2] 36/8 36/22
calculate [1] 9/25
California [1] 27/22
call [3] 14/11 40/14 48/6
called [1] 4/23
calls [1] 47/23
camera [1] 35/17
can [40] 4/24 7/22 7/23 8/1 8/7 8/16 8/19 9/20 9/21 9/23 15/25 16/20 19/3 19/9 23/3 23/14 23/25 24/16 27/3 27/15 30/2 34/3 34/3 34/5 35/19 36/1 36/4 37/2 39/6 39/16 41/15 41/15 41/16 41/22 42/15 45/23 46/9 46/15 47/23 47/23
can't [2] 7/1 8/2
candidly [2] 9/3 32/19
care [1] 48/14
cares [2] 40/13 40/15
case [23] 12/8 13/9 14/2 15/4 15/11 18/25 18/25 21/25 24/17 24/17 26/4 26/6 27/5 27/8 30/17 30/21 31/10 31/11 31/11 31/21 32/9 33/9 38/24
cases [8] 15/7 26/16 27/7 27/8 27/18 27/20 31/4 31/6
categories [9] 28/16 29/4 41/7 41/7 41/8 41/13 41/14 41/16 41/20
categorizing [1] 38/2
cause [1] 5/20
Cavanaugh [3] 3/6 11/9 11/16
caveat [1] 7/5
centralized [1] 36/8
certain [4] 17/14 20/10 37/21 37/22
certainly [13] 5/24 8/19 15/6 19/17 20/7 20/23 20/25 22/19 22/20 25/24 26/18 32/22 33/10
Certified [1] 2/6
certify [1] 49/2

challenge [1] 43/23
chance [6] 3/15 15/23 18/8 18/9 20/11 22/12
chart [1] 29/1
charts [1] 31/23
check [2] 4/1 39/12
chicken [1] 29/12
circumstances [2] 31/13 31/15
cited [4] 26/16 27/8 27/18 31/11
Civil [1] 3/3
claims [3] 39/20 39/24
clarify [1] 28/12
classroom [1] 17/6
clear [6] 16/18 28/1 29/17 35/7 35/13 42/17
clearly [1] 29/8
clock [1] 14/10
closely [1] 11/4 23/5
closer [1] 19/23
CMO [2] 23/15 25/24
co [1] 39/10
co-counsel [1] 39/10
colleagues [3] 9/6 39/9 45/4
collect [1] 15/2
collected [1] 8/14
collecting [1] 20/22
Colorado [20] 5/6 5/11 5/17 5/23 6/4 6/7 6/11 7/3 7/4 7/12 7/25 9/6 9/9 9/11 11/17 13/11 14/3 25/8 25/13 45/14
COLUMBIA [1] 1/1
come [5] 24/12 25/8 27/17 37/10 45/16
comfort [1] 16/20
comfortable [1] 7/23 45/3 46/9
coming [1] 16/16 16/19 37/16
comment [1] 21/23
Commission [1] 32/24
communicate [1] 18/7
communication [4] 43/8 44/1 46/14 46/16
communications [24] 37/19 37/22 37/25 38/1 38/7 38/12 39/2 39/8 39/19 39/20 39/24 40/4 40/11 40/20 42/2 42/10 42/21 43/14 44/14 44/16 44/24 45/14 45/18 46/1
companies [2] 36/20 36/21
company [1] 32/13
company's [1] 28/17
compared [1] 32/8
compelling [1] 34/21
competition [1] 14/5
complaint [1] 33/15
complaints [1] 14/4
complete [2] 4/16 16/4
completed [1] 6/6
completely [1] 47/8

completeness [1] 8/10
completing [1] 4/3
component [1] 35/12
computer [1] 2/10
computer-aided [1] 2/10
concern [1] 34/13 38/9 47/14
concerns [4] 15/9 24/24 37/18 46/23
concluded [1] 48/17
conclusion [1] 25/7
concrete [2] 34/6 34/24
concurs [1] 14/4
conduct [1] 14/6
confer [4] 14/13 39/4 40/5 45/25
conference [2] 1/9 4/9
conferences [1] 12/24
conferral [1] 46/6
confidence [1] 34/16
confirm [1] 48/7
conflating [1] 17/7
CONNOLLY [2] 2/2 2/21
consented [1] 27/21
consistent [2] 25/16 44/25
constant [1] 12/13
Constitution [1] 2/8
constrained [1] 25/11
consumers [1] 14/5
contain [7] 28/7 28/7 32/13 33/21 34/13 35/4 35/21
contemplate [1] 42/20
contemplates [3] 15/7 18/23 25/18
contents [1] 35/3
contested [2] 26/9 26/12
continue [1] 6/15
continued [3] 2/1 3/24 4/2
continues [1] 46/21
continuing [4] 3/23 4/21 6/12 14/5
conversation [3] 34/6 34/7 41/12
conversations [3] 12/15 39/25 45/13
convince [2] 18/11 18/13
coordinate [2] 13/13 13/13
coordinated [1] 6/3
correct [5] 4/7 5/12 31/10 31/12 49/3
correspondence [4] 30/20 38/19 38/24 39/11
could [10] 3/20 4/13 7/18 10/6 10/11 19/16 23/18 35/23 40/25 45/24
counsel [7] 24/18

count [1] 23/19
counts [1] 13/24
couple [1] 30/11
course [6] 11/17 12/6 13/23 17/21 28/22 41/15
court [8] 1/1 2/5 2/7 14/13 17/15 36/3 36/12 49/7
Court's [1] 17/8
courts [2] 31/13 34/19
covers [1] 47/1
COVID [1] 49/6
COVID-19 [1] 49/6
created [2] 31/24 44/23
critical [2] 12/7 13/8 35/12
CRR [2] 49/2 49/11
current [1] 7/5 33/2 34/9
currently [1] 33/3
custodial [13] 6/13 6/16 8/13 8/24 9/11 9/23 10/8 20/6 23/9 23/10 27/25 34/10 34/12
custodian [10] 4/22 7/4 8/24 10/6 15/17 16/22 17/19 33/7 33/11 34/11
custodians [23] 4/17 6/22 8/11 9/17 10/2 10/12 10/14 10/18 11/25 17/20 17/21 17/24 20/24 25/12 25/13 25/14 26/15 27/25 29/9 31/2 31/7 33/16 42/8
custodians' [1] 7/20 16/4
CV [1] 1/4

**D**

D.C [4] 1/5 1/14 2/3 2/8
data [5] 4/8 6/12 10/10 10/20 12/11
date [15] 6/25 7/2 7/22 8/20 8/20 14/23 15/18 16/22 17/14 19/13 19/23 22/24 24/21 48/7 49/10
dates [3] 8/3 16/10 44/8
day [11] 8/21 9/14 12/13 12/13 14/5 15/9 19/10 22/17 23/19 24/13 40/9
days [17] 15/14 15/14 17/9 17/9 18/23 19/6 19/11 19/12 19/20 20/2 20/3 20/25 21/7 23/20 23/23 24/15 24/17
days' [2] 17/9 20/9
de [1] 7/9
de-duplicated [1] 7/9
deadline [1] 13/25

deadlines [1] 21/13
deal [2] 13/4 44/2
dealing [1] 38/16
deciding [1] 29/13
decision [1] 27/22
decisions [2] 14/16 23/11
Defendant [1] 1/7 2/2
defense [2] 43/7 43/11
defenses [1] 39/20
degree [1] 40/22
delaying [1] 47/19
delivery [1] 4/12
demand [1] 18/14
demands [3] 5/10 5/14 34/22
demonstrates [1] 15/20
demonstration [1] 30/13
denominator [1] 10/4
DEPARTMENT [2] 1/13 1/17
depending [1] 38/25
deponent [3] 17/19 23/7 23/9
deponents [4] 16/15 24/23 25/9 25/12
depose [15] 11/3 15/6 15/15 16/2 16/11 16/19 17/11 17/18 18/4 18/5 18/16 20/18 22/21 28/1 29/14
deposed [2] 15/22 23/5
deposing [2] 18/16 29/11
deposition [12] 6/19 8/5 13/24 15/10 15/24 16/4 16/5 16/7 16/22 17/11 19/14 24/16
depositions [24] 6/2 6/8 6/23 7/17 7/24 11/1 11/14 12/23 13/5 13/7 13/11 13/15 13/19 13/24 15/1 15/1 17/22 18/6 22/14 22/23 23/20 24/21 32/1 47/16 47/20
deprived [1] 36/5
described [1] 45/5
describing [3] 29/16 43/23 45/12
detailing [1] 31/24
determine [2] 10/7 34/4
develop [1] 44/24
Diane [2] 3/5 11/16
did [5] 6/15 23/16 39/13 39/14 46/4
didn't [6] 11/19 11/21 12/8 32/22 35/7 39/6
different [10] 9/7 10/14 10/15 17/12 22/13 23/16 27/19 38/16 41/4 41/12
differently [2] 27/23 46/3
difficult [1] 22/1
difficulties [1] 21/24

**D**

difficulty [1] 25/5
diligence [1] 15/20
dinner [1] 38/4
Dintzer [18] 1/13 3/5
9/16 16/23 18/12 21/8
21/11 27/15 30/15
32/12 33/5 34/4 38/5
40/13 41/23 45/3 46/6
48/10
Dintzer's [2] 30/24
45/24
directly [1] 13/10
disagreement [1]
22/17
disclose [1] 23/15
disclosed [1] 37/1
disclosures [1] 16/10
discounting [2] 28/5
28/6
discovery [11] 3/21
3/22 4/4 5/19 5/23 9/10
11/11 11/12 21/12
25/21 47/15
discrete [1] 35/18
discretion [1] 14/11
discuss [3] 27/5 40/15
46/20
discussed [3] 5/1
25/20 40/16
discussing [2] 36/15
39/21
discussion [5] 13/3
24/12 37/12 46/22 47/4
discussions [2] 20/19
22/2
disk [1] 39/6
dispute [2] 6/19 46/11
disputed [1] 3/2
disqualify [1] 24/16
disqualifying [1] 19/12
distinct [1] 12/1
distribution [1] 28/18
DISTRICT [5] 1/1 1/1
1/10 27/20 27/22
do [44] 3/11 4/21 7/3
7/25 8/6 8/16 8/17 8/19
10/3 10/3 10/4 10/19
13/1 13/2 16/9 16/12
16/14 16/16 19/9 23/18
25/25 26/1 26/21 28/6
29/18 30/3 33/21 33/24
35/16 35/17 35/21
35/25 37/4 37/19 39/3
39/4 39/5 41/19 43/24
43/25 46/18 48/6 48/7
48/13
do you [2] 39/4 41/19
do you have [1] 39/3
document [19] 3/23
4/4 4/23 6/13 8/21 9/8
16/6 22/15 29/5 30/25
31/1 31/2 31/2 31/7
33/4 35/9 39/18 39/23
42/8
documents [31] 3/25
4/8 4/15 4/17 4/23 7/20
8/1 8/22 9/1 9/22 10/1

15/1 16/21 18/1 18/2
18/9 20/4 20/8 20/22
23/7 29/14 30/21 31/24
32/3 35/8 35/19 39/21
does [3] 12/10 15/2
42/20
doesn't [3] 19/13 41/19
47/22
doing [6] 6/3 8/23 31/4
32/8 43/18 43/24
DOJ [12] 5/21 6/15
7/14 7/25 12/1 12/6
12/7 12/9 12/10 13/11
14/3 40/1
DOJ's [1] 5/1
dollar [1] 15/8
don't [33] 3/20 10/9
11/6 12/13 12/20 16/12
18/5 18/13 18/24 20/6
20/17 21/22 22/3 22/16
22/23 25/5 26/3 26/23
29/1 29/20 30/8 31/22
32/5 34/19 36/22 37/2
40/13 42/5 43/3 43/17
43/18 46/10 46/12
done [14] 7/3 7/4 7/12
7/21 11/13 23/16 23/17
29/16 29/17 30/4 40/16
41/9 42/16 45/5
doubt [1] 11/17
down [1] 9/14
dozen [1] 34/2
dragging [1] 47/19
draw [2] 44/15 45/25
drives [1] 29/24
duplicate [2] 12/8
44/23
duplicated [1] 7/9
during [3] 18/16 32/23
49/5

**E**

e-Discovery [6] 3/22
5/23 9/10 11/11 11/12
25/21
each [4] 34/11 38/15
38/23 46/9
earlier [2] 25/6 35/13
early [2] 16/13 21/9
easier [5] 36/10 40/9
40/19 42/25 43/3
easily [1] 39/17
Eastern [1] 27/20
easy [1] 8/15
ecosystem [1] 13/16
efficient [1] 47/15
efficiently [1] 16/9
effort [5] 24/22 33/22
37/24 38/6 44/13
egg [1] 29/12
either [3] 17/6 18/4
47/21
electronic [5] 4/4 5/7
5/19 36/22 43/9
electronic-document
[1] 4/4
else [1] 26/8 26/11

email [12] 1/15 1/20
2/4 6/17 38/1 38/10
40/14 40/17 41/17
41/18 43/4 45/1
emailed [1] 40/1
emails [2] 30/19 39/15
emphasis [1] 25/9
emphasize [1] 14/2
employee [1] 32/15
employees [1] 42/11
employees' [1] 28/23
enable [2] 6/6 24/25
encompass [1] 30/22
encourage [1] 22/10
end [14] 7/13 7/22
12/20 12/22 16/12 19/7
19/23 19/23 21/12
22/13 22/20 24/23 25/8
40/8
ending [1] 9/8
energy [1] 36/7
engaged [1] 12/15
enormous [2] 9/6 9/13
enough [2] 10/10 18/5
ensure [1] 23/3
ensuring [1] 47/14
entitled [2] 31/18 44/20
envision [1] 22/23
epic [1] 43/23
equal [1] 36/14
equinox [1] 12/25
especially [2] 35/10
46/15
essentially [1] 37/20
established [1] 23/17
estimates [2] 5/8 7/5
ET [1] 1/3
evaluate [1] 35/2
even [9] 14/13 25/14
28/1 28/25 29/1 33/4
38/4 38/24 38/25
ever [1] 33/1
every [8] 8/21 9/13
14/5 14/21 23/19 33/11
34/11 43/25
everybody [10] 3/12
3/13 17/18 19/16 23/2
23/12 26/17 37/8 37/8
37/11
everyone [3] 3/8 14/20
16/17
everything [9] 7/8 7/9
8/3 27/14 28/15 30/3
43/9 44/8 47/1
evidence [1] 15/2
evident [1] 33/16
exact [2] 9/5 43/8
exactly [5] 7/9 29/25
39/13 43/24 45/5
example [13] 7/15 8/12
13/14 18/23 19/7 27/19
28/1 38/20 40/19 42/19
43/7 45/11 46/3
except [1] 45/19
exchanging [1] 12/12
exclude [2] 11/19
43/10

exclusive [1] 30/2
expect [6] 15/15 23/21
23/24 29/6 32/17 40/3
expectation [2] 11/13
27/11
expectations [1] 11/10
expected [1] 10/6
experts [1] 13/21
explained [1] 8/22
extent [5] 18/21 23/3
26/22 32/11 32/12
extra [2] 17/9 23/23

**F**

faces [1] 37/14
fact [7] 21/12 24/7 25/2
27/7 29/5 34/12 47/15
factors [1] 29/8
facts [5] 28/18 28/19
28/22 32/14 32/14
factual [3] 15/9 31/15
34/23
fairly [3] 28/7 33/22
46/15
faith [1] 24/22
fall [3] 11/23 12/25
41/20
familiar [1] 37/15
far [2] 18/14 32/25
fashion [1] 8/1
fear [2] 17/5 19/4
federal [2] 32/24 34/19
feedback [1] 29/18
feet [1] 47/19
fence [1] 44/15
few [2] 3/19 48/15
fiat [1] 22/19
field [1] 36/15
figure [3] 3/11 17/23
18/3 18/9 20/8 23/2
37/4 47/24
file [11] 8/13 10/8
12/17 27/17 28/15
31/20 33/8 36/8 38/24
39/11 44/2
filed [3] 3/17 12/6
38/23
files [29] 23/9 23/10
26/22 26/23 26/24
27/25 28/6 30/14 31/2
31/5 31/14 31/18 32/12
32/18 32/20 33/20 34/1
34/5 34/10 34/12 34/15
34/19 34/21 35/2 35/3
35/6 35/10 43/10 44/23
filing [1] 39/10
final [1] 9/14
finalized [1] 5/11
finally [1] 13/23
find [6] 18/3 29/15
30/17 32/18 34/3 39/16
finding [1] 47/21
finish [1] 15/17
finite [1] 15/8
firm [1] 19/6
firms [4] 38/14 38/16
38/23 40/20
first [17] 6/23 7/17 11/2

8/25 13/9 20/10 21/2
21/3 23/1 23/21 23/24
24/1 28/13 28/15 33/16
37/3 43/21
fishing [1] 31/18
fit [1] 31/25
five [4] 7/16 20/23
22/25 41/7
flagged [1] 6/20
focused [2] 6/23 9/11
folders [2] 29/25 40/19
folks [1] 34/2
follow [1] 34/25
following [3] 15/15
32/10 47/11
follows [1] 14/20
forecast [1] 5/14
foregoing [1] 49/3
forgot [1] 35/12
form [1] 36/22
format [1] 36/9
forth [1] 3/18
forward [9] 14/2 14/8
16/3 16/9 24/13 25/17
44/12 46/7 48/15
found [2] 19/20 27/6
fourthly [1] 13/23
frame [6] 6/25 15/14
35/8 35/13
framed [1] 33/3
Francisco [1] 1/19
frankly [1] 33/22
front [1] 15/23
full [1] 30/10
funnel [1] 17/24
further [2] 26/1 46/20

**G**

game [1] 14/9
Gate [1] 1/18
gather [2] 8/15 23/19
general [2] 14/19 20/3
generally [1] 19/20
generously [1] 44/10
get [49] 3/17 5/10 6/4
6/14 6/22 7/8 7/23 8/1
9/11 9/14 11/10 11/14
12/20 12/22 14/18
14/22 15/22 16/21
19/22 19/23 19/24 20/4
20/4 20/9 20/11 21/3
21/22 22/6 22/11 24/21
27/11 29/19 30/8 36/7
37/1 38/22 39/5 39/6
41/20 42/4 42/12 42/13
42/24 45/7 45/7 46/9
46/16 47/9 47/23
gets [1] 38/23
getting [3] 9/22 13/22
29/2
give [17] 7/2 16/2
20/25 22/11 23/22
23/23 23/25 24/1 26/16
35/19 36/11 36/14 41/8
41/10 41/13 43/9 44/16
given [9] 15/25 19/4
25/1 26/22 28/10 30/18
43/21 44/4 44/4

**G**

gives [1]  10/20
giving [2]  17/10 34/11
go [8]  6/14 12/7 14/9
16/3 31/18 32/6 35/15
39/12
go-get [1]  6/14
goal [3]  6/9 12/24 20/3
goals [2]  28/17 32/13
goes [2]  31/20 44/8
going [56]
Golden [1]  1/18
gone [1]  32/21
good [8]  3/2 3/8 3/12
5/2 21/14 24/22 46/23
48/14
good-faith [1]  24/22
GOOGLE [50]
Google LLC [1]  3/4
Google's [5]  14/6
28/20 31/25 32/18
45/11
Google-produced [1]
36/19
got [15]  7/10 8/3 10/10
10/20 20/2 20/5 22/5
28/20 31/19 36/11
36/18 39/1 40/19 41/18
43/11
gotten [1]  27/6
government [6]  3/6
18/15 33/19 33/25 34/9
35/8
government's [2]  33/9
33/12
great [1]  13/4
guess [1]  19/24 21/16
30/12 36/18 37/23
guys [1]  41/19

**H**

ha [2]  20/2 20/2
ha-ha [1]  20/2
had [13]  3/15 12/6
12/21 12/21 18/8 18/9
27/21 32/20 33/13 39/4
43/15 43/17 46/22
half [1]  34/2
hand [4]  15/25 29/24
35/5 38/6
hang [3]  20/15 37/8
37/11
happen [5]  19/6 22/14
23/24 42/23 47/23
happening [1]  47/21
happy [9]  5/16 22/2
25/25 26/18 34/23
35/17 35/21 46/20
47/18
hard [2]  29/24 30/17
harder [1]  15/11
harm [1]  14/5
has [20]  8/8 8/14 10/8
12/19 14/23 15/19
21/13 27/3 30/21 31/15
32/12 33/11 36/18
36/21 37/20 40/2 41/5
43/21 47/19 47/25

have [99]
haven't [7]  15/25 29/11
31/23 32/21 41/9 41/10
43/17
having [8]  19/7 20/19
35/16 39/9 40/4 41/11
44/24 46/4
hazarding [1]  36/17
Hazel [3]  3/5 11/16
11/19
he [8]  23/3 25/7 30/15
31/11 31/15 32/15
40/15 45/4
he's [6]  31/17 31/18
36/2 44/3 44/21 45/5
head [2]  6/22 44/6
health [3]  27/3 29/6
29/7
hear [5]  11/18 22/16
26/18 34/23 44/18
heard [3]  12/21 31/6
40/25
hearing [7]  3/25 14/21
26/13 37/10 37/17 48/8
49/5
hearings [2]  3/14 3/15
heavy [1]  32/8
held [1]  37/12
help [4]  8/16 20/5 20/7
38/9
helpful [2]  7/1 46/1
here [17]  3/10 7/2 7/16
7/16 8/6 14/22 30/1
30/13 31/16 36/18
39/18 43/7 44/13 45/16
46/11 46/13 46/22
here's [5]  9/17 33/2
33/24 38/19 38/21
hey [6]  7/15 22/7 39/4
39/12 40/1 40/2
hide [4]  3/9 46/13
46/13 46/17
hiding [2]  17/3 17/6
his [4]  8/13 18/8 21/3
45/4
hit [8]  9/4 9/13 9/17
9/20 12/15 20/5 20/6
25/14
hitting [1]  7/20
hold [1]  11/4
holiday [1]  4/14
honest [3]  27/12 29/16
36/5
honestly [2]  29/15
35/23
honesty [1]  42/25
Honor [48]  3/2 4/5 5/1
5/12 6/9 11/15 11/23
12/17 13/2 13/9 14/1
16/23 17/2 18/18 20/14
21/5 21/13 21/23 23/15
25/2 25/17 26/20 28/12
28/25 29/10 29/15
30/11 31/12 32/4 32/19
35/22 36/5 37/5 37/6
38/13 39/16 40/23 41/1
43/20 45/10 45/23 46/2

48/4 48/16
HONORABLE [1]  1/10
hope [3]  3/12 12/16
22/20
hoped [1]  12/21
hopeful [2]  7/11 25/15
hopefully [3]  6/3 18/10
24/25
hoping [1]  47/9
hours [1]  23/19
house [1]  21/20
how [9]  3/11 10/5 13/3
13/7 17/25 22/9 36/6
38/7 38/25
However [1]  18/21
huge [1]  31/24
hugely [2]  17/16 32/7
human [3]  36/20 36/20
hurdles [1]  47/10

**I**

I also [1]  19/4
I am [4]  7/11 11/16
21/24 39/9
I assume [1]  8/13
I believe [2]  5/18 48/9
I can [4]  4/24 24/16
35/19 42/15
I didn't [3]  11/19 35/7
39/6
I don't [12]  12/13 12/20
16/12 18/24 22/16 26/3
30/8 34/19 36/22 40/13
46/10 46/12
I guess [2]  21/16 37/23
I have [8]  6/1 19/20
22/8 30/11 33/6 34/16
37/10 40/8
I hope [1]  3/12
I just [5]  22/8 23/10
25/2 37/9 48/7
I know [2]  5/23 32/25
I mean [12]  8/8 8/19
10/9 23/25 27/16 27/18
27/19 38/3 39/18 42/25
43/4 43/22
I should [1]  44/11
I think [38]  5/2 6/1 6/10
6/16 6/18 6/19 7/2 8/22
10/10 10/20 10/22
12/10 14/25 16/8 20/13
20/24 21/13 21/25
22/16 23/1 24/11 24/12
24/24 25/20 25/23 26/5
34/2 34/5 38/14 40/8
42/7 45/24 46/8 46/11
46/22 47/12 48/6 48/9
I understand [1]  38/3
I want [2]  17/7 17/12
I was [1]  3/9
I will [5]  19/22 20/5
30/23 37/1 47/11
I would [1]  43/20
I'll [10]  12/13 14/20
16/24 21/2 21/4 25/23
26/16 26/21 34/24 37/3
I'm [36]  5/16 7/21 14/3

23/8 25/15 25/25 26/8
26/18 26/19 28/6 33/20
33/20 33/24 34/23 35/5
35/17 35/21 36/17
36/23 36/25 38/7 39/3
39/14 42/4 43/6 44/10
44/17 45/11 46/20
47/18 48/9 48/13
I'm going [1]  42/4
I'm just [2]  7/21 36/17
I'm not [5]  18/19 23/8
28/6 36/25 47/18
I'm not sure [2]  30/23
38/7
I'm sorry [1]  48/9
I'm sure [2]  14/3 39/3
I've [10]  3/11 14/21
26/15 26/16 26/18 31/4
31/6 34/25 36/18 47/12
idea [4]  7/10 10/21
22/8 46/13
identified [4]  16/18
17/19 17/20 47/2
identifies [1]  25/9
identify [7]  15/6 18/15
22/25 24/23 33/25
34/15 38/12
identifying [2]  16/15
22/21
III [1]  29/6
imagine [2]  41/15 42/5
imagining [1]  30/15
impasse [1]  43/17
import [1]  36/15
important [9]  12/5 13/3
13/7 13/16 14/1 16/7
21/9 24/4 43/11
improperly [1]  14/14
inappropriately [1]
19/14
include [2]  19/9 37/2
includes [1]  47/16
including [1]  29/14
incorporate [1]  26/4
incorporated [1]  26/6
incredible [1]  30/20
individual [3]  8/10 20/6
39/1
individuals [2]  16/11
23/4
inform [1]  33/9
information [27]  9/12
11/4 12/12 12/20 13/22
16/3 20/23 28/7 28/8
28/11 29/2 30/22 32/7
32/13 32/17 32/22
32/25 33/21 33/23 34/4
34/13 34/15 34/17
34/18 35/21 36/6 36/12
initial [1]  4/19
instead [1]  35/15
intend [2]  16/11 28/1
interest [3]  12/9 14/22
20/1
interested [1]  28/22
interfere [1]  14/14
internal [1]  30/19

internally [1]  9/25
interpretation [3]
28/19 28/23 32/14
interrupt [1]  18/12
27/15 41/22
interrupted [1]  48/10
intervene [1]  14/13
invade [1]  31/13
investigation [1]  32/23
investigative [1]  20/22
invites [2]  41/10 44/7
involved [1]  21/20
27/23
involvement [1]  33/13
involves [1]  21/12
involving [1]  15/8
is [141]
is there [2]  43/6 47/3
isn't [4]  15/10 32/9
33/15 42/6
issue [8]  9/3 11/7
12/11 14/14 14/14
26/13 37/18 38/18
issuer [1]  42/3
issues [18]  3/18 6/10
6/21 8/8 11/5 12/7 13/8
19/7 22/15 26/9 26/12
27/3 27/5 31/20 32/15
40/15 40/16 46/21
it [68]
it would be [2]  7/1
12/22
it's [44]  3/13 7/7 8/19
10/19 11/18 11/24 13/3
13/5 14/1 14/8 15/13
18/13 24/14 24/15
27/16 27/21 27/25 33/3
33/3 33/6 33/13 33/15
33/22 34/14 34/14 35/5
35/7 35/18 35/18 36/3
36/19 36/22 37/16
37/20 38/5 39/15 40/18
42/25 43/3 43/4 43/25
44/2 45/9 45/10
iteration [1]  12/13
iterations [1]  9/13
its [4]  12/6 33/19 44/6
47/19
itself [1]  33/4

**J**

jamming [1]  20/1
John [3]  2/2 3/7 4/6
joined [2]  11/16 46/6
joint [6]  3/16 5/24 12/2
12/17 47/2 48/8
Jon [1]  3/6
jschmidtlein [1]  2/4
JSR [1]  41/6
judge [5]  1/10 7/6 9/3
20/17 27/21
judicial [3]  22/19 24/14
47/25
July [4]  12/22 16/15
22/4 22/7
June [8]  4/14 5/24 7/22
12/18 22/21 24/23 48/6
48/13

**J**

just [48] 3/9 3/10 4/1 5/4 7/6 7/21 9/18 11/6 11/10 13/6 14/17 14/19 18/1 22/8 22/10 23/4 23/10 25/2 25/6 25/11 25/23 26/1 26/2 27/21 28/3 28/5 28/8 29/9 30/2 33/7 33/20 34/21 34/25 35/23 36/17 37/8 37/9 37/11 37/16 37/24 38/4 38/10 40/21 44/21 44/23 45/23 47/6 48/7

JUSTICE [2] 1/13 1/17

justification [1] 32/3

**K**

keep [2] 28/21 37/14

keeping [1] 14/23

Kenneth [2] 1/13 3/5

kenneth.dintzer2 [1] 1/16

kept [3] 29/21 29/23 36/6

key [1] 5/18

kids [1] 17/5

kind [15] 6/23 7/12 7/17 10/19 25/17 27/9 28/10 32/17 34/4 35/20 38/7 38/24 39/7 39/7 44/19

kinds [2] 34/7 44/13

know [61]

knowing [1] 16/20

knows [2] 16/18 29/25

**L**

labor [1] 27/13

lacking [1] 32/4

larger [2] 10/13 26/6

last [4] 3/25 4/8 11/4 37/18

late [3] 16/2 16/15 16/16

later [3] 15/21 21/10 22/20

law [4] 27/13 38/14 38/16 40/20

lawsuit [2] 40/2 42/12

lawsuits [1] 39/22

lawyer [3] 38/4 43/12 45/9

lawyers [6] 21/20 21/21 41/15 42/10 42/11 42/15

lawyers' [1] 45/1

leak [1] 15/21

learn [1] 39/14

least [7] 3/25 20/10 20/19 23/23 24/25 33/16 43/15

leave [1] 34/24

left [1] 8/2

legal [2] 39/20 39/24

legitimate [1] 14/15

less [7] 16/5 19/11 24/17 28/9 40/11 43/10 44/22

**M**

made [7] 4/7 5/10 5/16 13/5 31/15 38/3 47/7

magnitude [1] 7/11

let [9] 11/9 14/19 18/12 21/2 26/10 28/12 32/10 46/21 47/21

let's [11] 11/7 14/17 25/19 25/22 26/7 26/8 26/13 35/15 37/14 38/4 40/14

lifting [1] 32/8

like [19] 3/23 14/9 15/11 16/2 19/13 19/4 25/6 29/4 30/3 32/16 33/25 35/20 36/9 39/25 44/21 45/20 45/20 47/3 48/13

likely [4] 5/14 6/6 9/1 16/5

limit [3] 38/20 38/21 38/22

limitations [2] 8/17 49/7

limited [3] 30/25 31/14 35/18

line [5] 16/8 24/11 43/6 43/11 45/25

linear [1] 8/24

lined [1] 7/15

lines [1] 33/14

list [5] 17/14 44/4 45/19 45/21 46/3

litany [1] 30/21

literal [1] 45/11

literally [1] 7/6

litigant [1] 34/22

litigants [1] 19/18

litigation [5] 1/18 13/4 13/20 14/15 19/6

litigations [1] 27/13

little [12] 6/18 7/6 7/7 8/4 10/19 14/9 16/16 19/25 22/24 23/16 28/4 28/9

LLC [2] 1/6 3/4

LLP [1] 2/2

load [1] 20/11

loaded [2] 7/8 8/24

local [2] 15/7 18/23

logical [1] 33/13

long [1] 21/18

look [15] 15/16 19/4 20/17 22/16 24/11 35/19 35/20 36/9 36/17 36/25 38/3 41/5 44/19 46/8 48/15

looking [6] 27/4 27/4 29/7 29/13 30/7 39/24

looks [1] 48/13

lot [7] 5/16 6/10 19/7 21/17 21/17 34/18 35/10

lots [2] 11/1 11/1

lunch [1] 41/10

luncheon [1] 44/7

10/22 13/1 14/15 16/10 16/17 17/7 17/13 17/15 19/23 20/10 22/14 30/4 31/9 43/1

makes [6] 19/18 21/7 21/14 25/4 40/22 45/22

making [3] 6/18 23/11 47/10

managed [1] 3/11

management [4] 13/10 26/4 26/6 36/21

manually [1] 31/24

many [5] 10/5 12/7 17/24 17/25 22/9

March [1] 4/19

market [4] 28/18 28/20 28/22 32/14

marketing [1] 32/13

markets [1] 33/14

massive [1] 6/17

match [1] 43/19

material [1] 36/16

materials [2] 27/9 34/7

matter [4] 29/24 38/15 42/1 49/4

matters [2] 33/11 37/22

may [19] 1/5 6/18 15/21 16/13 18/5 23/5 23/9 24/6 25/2 27/16 29/23 33/8 33/12 33/19 35/3 38/25 43/19 46/4 49/10

maybe [9] 22/23 36/23 38/24 44/10 45/9 45/11 45/16 47/13 47/13

me [45] 8/16 11/9 11/18 11/20 14/19 15/3 15/10 15/23 18/11 18/12 18/13 19/17 19/18 20/25 21/2 22/4 26/10 28/1 28/3 28/8 28/12 32/10 33/16 34/11 35/7 35/13 35/17 35/20 36/24 37/2 37/3 37/9 37/24 38/9 40/18 40/22 44/11 44/17 44/21 45/5 45/9 45/10 46/14 46/21 47/21

mean [26] 8/8 8/19 10/9 11/19 11/21 16/13 18/2 19/14 20/1 20/4 23/25 27/16 27/18 27/19 30/8 32/19 36/1 36/17 38/3 39/18 42/25 43/4 43/17 43/22 43/25 44/4

means [3] 14/23 14/25 18/1

meant [1] 22/19

meaty [2] 39/11 39/25

mechanical [1] 2/10

meet [6] 4/2 4/19 4/25 14/13 39/4 40/5

meeting [1] 5/8

MEHTA [1] 1/10

memorialized [1]

mention [1] 35/12

mentioned [1] 32/15

Merit [1] 2/6

merited [1] 11/6

metrics [3] 8/9 9/4 9/25

Michigan [1] 27/20

mid [1] 16/15

might [8] 8/4 13/15 23/6 23/7 27/11 28/6 30/16 30/16

millions [1] 30/19

mindful [1] 21/24

minutes [1] 3/19

missing [2] 47/2 47/8

moment [1] 11/8

Monday [3] 4/13 4/13 7/7

month [3] 18/17 21/25 21/25

monthly [1] 3/15

months [1] 20/23

more [17] 3/25 9/17 10/23 14/2 17/21 19/1 21/8 24/6 24/7 25/13 26/17 34/6 34/24 39/7 39/16 43/25 44/10

most [4] 9/1 15/4 29/16 29/17

motivation [1] 14/7

move [4] 14/2 14/7 25/17 46/7

moving [5] 7/8 16/9 22/11 22/13 24/13

Mr. [57]

Mr. Cavanaugh [2] 11/9 11/16

Mr. Dintzer [16] 9/16 16/23 18/12 21/8 21/11 27/15 30/15 32/12 33/5 34/4 38/5 40/13 41/23 45/3 46/6 48/10

Mr. Dintzer's [2] 30/24 45/24

Mr. Pichai [1] 8/12

Mr. Sallet [7] 11/9 15/1 17/22 18/8 18/10 21/2 38/5

Mr. Schmidtlein [25] 4/1 5/4 11/12 12/19 20/7 20/16 21/3 21/4 21/15 23/3 25/4 25/6 30/8 32/11 35/1 35/16 36/4 37/1 37/23 42/15 42/22 43/8 43/23 44/18 46/5

Mr. Schmidtlein's [4] 17/17 24/24 25/16 45/4

Ms. [1] 11/19

Ms. Hazel [1] 11/19

much [4] 12/9 22/16 36/6 46/10

multimedia [1] 27/22

must [2] 11/1 17/17

my [19] 7/5 12/14 14/19 14/22 16/8 17/5 19/24 26/19 26/21 31/17 33/2 34/13 39/9

names [3] 20/9 35/1 38/11

**N**

narrow [2] 30/4 30/6

narrowed [2] 29/11 33/4

narrower [1] 10/18

nearly [1] 31/5

necessarily [4] 6/13 33/9 33/15 43/10

necessary [5] 5/13 22/14 48/1

need [27] 13/13 13/13 13/18 13/21 13/21 14/10 15/2 15/16 16/12 16/21 18/1 18/13 20/17 20/24 23/8 23/9 25/25 26/3 30/22 31/8 31/8 37/9 37/10 38/6 43/21 47/21 47/22

needed [2] 9/12 24/7

needs [1] 23/3

negative [2] 41/9 41/12

negotiate [1] 9/7

negotiation [1] 39/14

negotiations [1] 9/7

nervous [1] 45/22

never [6] 18/5 28/25 31/6 32/23 32/23 32/24

new [2] 26/4 37/14

next [3] 25/19 48/6 48/8

nice [1] 3/13

night [1] 7/7

no [24] 1/4 9/16 11/7 11/21 11/21 15/12 17/3 17/6 20/1 20/1 21/23 22/8 22/20 27/8 29/21 30/1 30/13 33/6 34/16 36/2 42/16 43/25 47/5 48/11

nobody [1] 14/2

non [4] 3/9 39/8 45/19 46/1

non-substantive [3] 39/8 45/19 46/1

non-video [1] 3/9

none [3] 22/18 26/13 31/15

not [71]

note [6] 21/17 25/2 25/6 25/11 37/9 49/5

noted [1] 17/22

notes [2] 21/8 21/11

nothing [1] 45/13

notice [19] 15/10 15/16 16/1 16/21 17/10 18/24 19/2 19/10 19/11 20/9 21/1 22/4 22/6 23/22 24/2 24/3 24/4 24/14 24/17

noticed [1] 19/15

notices [1] 22/12

notified [1] 4/10

noting [1] 11/24

**N**

now [14]  6/11 7/14
10/14 18/5 19/3 20/22
21/19 22/23 23/25
23/25 26/8 29/20 32/4
43/21
number [13]  9/13 10/4
10/5 10/10 18/2 19/21
30/5 30/6 31/3 31/4
35/6 35/18 35/19
NW [3]  1/14 2/3 2/8

**O**

object [1]  43/16
objective [1]  16/14
observations [3]  11/10
14/19 25/5
obviously [9]  4/21 9/20
9/22 10/14 12/21 15/3
24/4 27/2 36/13
occurred [1]  49/5
off [2]  23/12 37/12
Official [1]  2/7
often [2]  13/20 21/12
oh [1]  9/16
okay [18]  5/3 8/20
10/16 17/16 17/18
17/24 25/1 25/3 26/13
35/21 37/4 40/24 41/11
44/6 46/25 48/1 48/12
48/14
once [4]  7/8 20/4 20/8
20/8
one [37]  3/14 6/21 8/8
8/24 13/12 13/18 13/20
15/20 17/22 20/15 22/1
23/14 23/19 24/6 24/7
24/12 25/2 25/9 26/10
27/7 27/19 29/12 31/3
32/17 33/3 34/13 34/17
35/6 36/8 36/20 37/9
38/19 41/17 41/20
43/15 44/14 47/22
ones [4]  6/11 20/10
40/12 40/12
ongoing [1]  14/6
online [1]  37/10
only [10]  10/18 21/16
23/8 28/6 28/13 36/3
40/12 41/13 42/14
45/12
open [3]  15/23 16/5
30/18
operates [1]  13/17
opportunity [1]  26/17
optimizes [1]  15/2
Oracle [5]  42/19 42/20
42/20 42/24 43/1
Oracle's [1]  42/21
order [10]  7/11 13/10
13/18 13/20 18/19
24/14 26/3 26/4 26/6
36/14
ordering [1]  27/21
ordinary [1]  18/25
org [2]  29/1 31/23
organization [1]  31/25
organize [1]  38/25

other [16]  4/22 8/25
9/4 9/14 10/4 15/12
15/19 15/25 29/20
29/24 30/19 32/8 35/5
35/6 38/6 39/6
others [4]  10/19 23/5
23/10 38/11
otherwise [1]  26/18
ought [4]  16/10 28/10
34/20 46/18
our [50]
ours [1]  45/14
out [25]  3/11 14/9
15/14 15/14 15/21 16/7
17/23 18/3 18/9 19/13
20/9 20/9 23/2 24/12
27/17 28/14 29/23 30/2
32/6 34/23 34/25 36/2
37/4 38/7 47/24
outside [2]  42/9 42/21
outstanding [1]  6/10
over [5]  3/24 6/5 23/18
33/21 38/10
overall [2]  10/8 13/25
overbroad [1]  28/4
33/5
overly [1]  45/11
owe [1]  17/14
own [1]  9/24

**P**

p.m [2]  1/6 48/17
pace [1]  4/2
page [5]  35/24 36/4
41/6 44/13 46/3
page 7 [1]  44/13
pages [1]  30/19
pandemic [1]  49/6
parameters [2]  5/19
39/13
part [3]  12/5 14/25 26/5
participants [1]  3/10
particular [6]  7/20 8/5
10/1 10/6 23/4 31/19
particularly [8]  3/22
22/1 24/3 30/14 31/20
33/10 34/16 47/15
parties [14]  8/6 13/14
14/23 26/5 27/21 34/21
37/16 37/19 38/19 42/2
42/12 45/24 47/7 47/17
parties' [4]  3/16 25/24
26/15 47/13
parts [2]  11/24 22/13
party [13]  38/4 38/16
38/22 39/25 40/5 43/2
44/1 44/7 45/18 46/14
46/16 47/19 47/24
past [1]  27/6
path [1]  34/25
pause [1]  11/7
people [26]  7/16 7/16
10/24 11/1 11/2 11/2
15/16 17/11 18/2 18/3
21/17 23/1 23/6 27/11
29/11 29/13 29/6 30/5

**P**

32/1 34/1 34/2 38/25
people's [3]  19/5 29/24
29/25
percent [1]  28/20
percentage [2]  8/13
10/8
percentages [1]  10/13
performance [3]  26/14
26/25 28/14
perhaps [1]  28/10
period [4]  19/10 22/17
24/14 47/15
person [3]  15/15 22/5
22/7
person's [1]  31/20
personnel [15]  26/23
26/24 30/16 31/1 31/5
31/14 31/18 32/7 32/18
33/8 34/1 34/21 35/2
35/10 35/11
perspective [1]  19/19
phase [1]  20/22
phone [1]  47/24
Pichai [1]  8/12
pick [1]  8/20
picket [1]  44/15
picking [1]  7/22
piece [3]  23/21 23/24
24/1
pieces [1]  23/18
PII [4]  29/6 35/25 36/2
37/2
pipeline [1]  20/11
place [2]  23/22 34/14
plaintiff [2]  15/20
18/14
plaintiffs [20]  1/4 1/13
4/11 5/7 5/11 5/17 6/5
6/7 13/12 14/3 15/5
15/5 15/13 16/9 20/20
22/3 22/10 22/20 23/11
25/23
plaintiffs' [2]  39/18
45/14
plan [2]  16/14 43/18
planning [1]  5/5
plans [2]  23/12 38/4
playing [1]  36/15
plays [1]  14/11
Please [1]  49/5
plus [1]  33/17
point [8]  5/5 9/19
10/11 10/22 17/8 17/17
34/16 45/8
pointed [1]  34/25
points [2]  17/8 30/24
pop [1]  37/14
position [6]  6/7 11/6
18/22 30/9 31/7 33/10
positions [1]  26/15
possibility [2]  28/5
28/5
possible [2]  22/3 30/5
posture [1]  34/9
potential [1]  17/19
PowerPoints [1]  30/20
precise [2]  7/2 7/10

preparation [1]  5/5
prepare [1]  20/2
prepared [7]  3/17
18/22 26/9 26/19 33/24
36/25 37/20
preserve [1]  44/24
pressing [1]  9/6
presumably [2]  17/10
29/25 37/25
presume [3]  25/8
38/11 44/25
presumption [1]  21/13
presumptive [4]  19/10
21/7 22/17 24/14
pretty [3]  31/14 31/14
42/5
Prettyman [1]  2/7
preview [1]  6/19
previously [2]  5/1 8/23
primary [1]  14/22
32/15
prioritize [1]  9/18
priority [2]  21/10 22/15
privilege [2]  27/9 27/10
probably [4]  4/13 4/13
14/21 21/8 33/13 33/17
34/6 46/22 47/12
problem [2]  39/4 39/21
problematic [1]  17/16
problems [2]  40/1 40/2
proceed [1]  13/3
proceedings [4]  1/9
2/10 48/17 49/4
process [5]  21/9 21/10
21/20 23/17 38/2
processed [1]  8/14
produce [20]  22/5 31/1
31/9 32/5 32/20 32/22
34/17 34/21 35/25 37/3
37/21 37/21 37/25 40/3
40/9 43/13 45/1 45/12
45/17 45/22
produced [13]  2/10
8/14 9/23 10/8 16/6
27/7 31/23 32/24 32/25
36/12 36/19 40/21
42/13
producible [2]  27/13
34/8
producing [6]  15/4
30/19 30/21 34/20
43/22 44/19
production [20]  4/12
4/16 4/17 4/22 5/9 5/21
6/6 7/13 9/8 15/17 16/4
21/10 21/11 25/7 31/5
39/5 39/17 42/21 47/8
47/16
productions [8]  3/24
4/8 5/2 6/17 7/4 7/14
23/4 43/1
productive [1]  46/7
progress [3]  5/17 47/7
47/10
proposal [2]  38/21
38/22
proposing [1]  43/9

preposition [1]  46/15
pros [1]  46/11
protected [1]  36/13
protective [1]  36/14
proves [1]  24/18
provide [1]  35/1
provided [1]  20/7
providing [2]  9/16 19/1
pull [3]  30/2 34/3 35/1
pulled [1]  32/21
pulling [1]  8/2
push [2]  8/3 8/25
put [7]  11/7 26/2 30/23
44/1 44/7 44/12 47/24
puts [1]  15/16
putting [1]  42/9

**Q**

quasi [1]  27/10
quasi-privilege [1]
27/10
question [8]  6/1 12/11
13/6 37/23 39/16 40/8
42/18 43/5
questions [1]  32/2
queue [1]  7/19
quick [1]  42/5
quickly [3]  14/3 14/8
25/23
quite [4]  9/3 27/19
29/15 35/23

**R**

raise [3]  26/8 26/11
35/7
raised [1]  8/9
random [1]  13/19
rates [1]  10/15
rather [2]  21/10 44/24
re [2]  15/23 16/5
re-open [2]  15/23 16/5
reach [2]  5/6 30/2
reached [3]  5/18 7/6
12/3
reaction [1]  21/3
read [8]  18/1 18/2 18/8
26/15 26/16 28/3 44/12
46/3
reading [1]  44/10
reads [1]  31/1
ready [2]  4/12 30/6
real [4]  15/12 24/22
34/16 46/10
really [8]  5/18 6/22
9/10 11/23 27/19 38/18
39/15 44/2
Realtime [1]  2/6
reason [6]  15/12 29/21
31/19 33/6 34/11 43/6
reasonable [5]  18/24
19/17 19/21 25/4 45/6
received [4]  10/7 12/14
29/1
recipients [3]  38/17
39/1 41/18
recognize [1]  13/4
record [3]  32/4 37/12
49/3

**recorded** [1] 2/10
**records** [3] 15/4 33/8
47/16
**redact** [6] 27/3 29/6
30/2 32/6 34/15 37/3
**redacted** [2] 36/12
36/25
**redaction** [1] 35/25
**refer** [1] 39/7
**refusing** [1] 43/16
**regarding** [2] 11/10
39/20
**regardless** [1] 24/20
**Registered** [1] 2/6
**regulatory** [1] 33/1
**reiterate** [1] 14/20
**relate** [2] 6/12 15/22
**related** [2] 23/6 45/13
**relating** [1] 33/12
**relatively** [2] 15/8
16/13
**relator** [1] 27/23
**relevance** [1] 33/19
**relevant** [11] 23/6 27/5
28/7 29/8 30/9 30/14
30/22 33/7 34/8 34/13
34/17
**religiously** [1] 39/10
**reluctant** [1] 33/20
**remotely** [1] 49/7
**remove** [1] 33/23
**reorder** [2] 7/18 8/4
**repeat** [1] 26/21
**report** [13] 3/16 3/19
4/24 5/16 5/24 12/2
12/18 29/3 31/23 35/2
35/16 47/2 48/8
**Reporter** [4] 2/5 2/6
2/6 2/7
**reporting** [1] 49/7
**reports** [10] 9/4 9/7
9/13 9/17 9/21 12/15
20/5 20/6 29/2 32/2
**represent** [1] 38/15
**representation** [2]
12/25 46/5
**representations** [1]
45/4
**represented** [1] 25/7
**request** [16] 6/14
14/12 24/16 25/24
26/22 26/24 28/3 28/9
29/6 30/25 31/1 31/3
33/4 33/5 39/18 42/8
**requested** [1] 31/7
**requests** [8] 4/24 5/7
9/9 11/23 12/1 35/9
39/23 42/9
**require** [1] 13/22
**required** [1] 43/13
**resend** [1] 39/7
**resisting** [1] 44/19
**resolved** [1] 26/10
**resolving** [1] 46/23
**resource** [2] 36/20
36/20
**resources** [2] 5/13

**respect** [5] 5/8 8/10
14/8 15/17 33/1
**respond** [1] 25/15
**response** [2] 30/12
42/22
**responsibilities** [3]
28/24 29/3 32/16
**responsive** [1] 9/1
**responsiveness** [1]
10/15
**retained** [1] 38/15
**review** [11] 3/15 4/21
8/21 8/24 9/2 30/3
30/16 32/6 34/3 35/16
35/17
**reviewed** [2] 7/23 8/14
**reviewing** [2] 10/25
38/2
**reviews** [5] 26/14
26/25 28/14 31/8 35/11
**RFPs** [1] 12/9
**right** [17] 3/12 6/11
13/5 13/7 13/19 15/1
21/6 21/18 25/19 26/7
29/10 30/15 32/4 37/7
37/13 37/18 43/21
**rightly** [1] 21/11
**risky** [1] 46/15
**RMR** [2] 49/2 49/11
**road** [1] 24/23
**roles** [3] 28/23 29/3
32/16
**rough** [3] 9/25 10/11
10/20
**round** [1] 9/4
**routine** [3] 29/23 39/7
42/1
**routinely** [1] 31/7
**rule** [2] 15/7 18/23
**run** [2] 14/10 45/1
**Ryan** [2] 1/17 3/5
**Ryan.Sandrock** [1]
1/20

**S**

**said** [11] 12/2 12/19
12/23 14/21 31/1 33/18
40/1 41/10 44/17 46/10
47/12
**Sallet** [8] 3/6 11/9 15/1
17/22 18/8 18/10 21/2
38/5
**same** [6] 9/5 35/24
36/4 43/7 43/13 46/16
**sample** [2] 33/25 35/1
**San** [1] 1/19
**Sandrock** [2] 1/17 3/5
**satisfied** [1] 12/9
**satisfy** [1] 24/24
**saved** [1] 40/20
**saw** [1] 16/24
**say** [18] 8/20 12/13
19/22 20/5 22/5 27/16
28/25 29/6 33/11 37/1
39/19 42/18 43/16
42/20 44/6 44/6 45/23
47/11

**saying** [14] 9/11 16/2
20/2 26/23 41/7 41/18
43/15 44/3 44/18 44/20
44/21
**says** [3] 22/7 28/19
40/14
**scaled** [1] 5/13
**schedule** [7] 5/15 6/2
13/6 14/8 14/24 16/18
47/25
**schedules** [2] 19/5
25/1
**scheduling** [7] 6/19
8/5 11/5 13/5 21/24
24/25 25/5
**Schmidtlein** [28] 2/2
3/7 4/1 4/6 5/4 11/12
12/19 20/7 20/16 21/3
21/4 21/15 23/3 25/4
25/6 30/8 32/11 35/1
35/16 36/4 37/1 37/23
42/15 42/22 43/8 43/23
44/18 46/5
**Schmidtlein's** [4]
17/17 24/24 25/16 45/4
**scope** [1] 6/16
**scrambling** [1] 21/12
**search** [11] 4/18 5/7
7/21 9/15 10/18 11/25
25/13 29/22 32/6 38/11
44/25
**searched** [1] 12/3
**searches** [2] 6/13
42/16
**searching** [1] 39/15
**second** [9] 11/4 12/5
16/24 20/15 28/16 37/9
41/22 43/6 43/11
**secondly** [1] 24/20
**security** [1] 28/17
**see** [7] 3/10 3/13 9/20
9/22 9/23 31/11 46/9
**seeing** [1] 48/15
**seek** [2] 18/16 28/16
**seeking** [4] 16/19
28/11 28/13 34/5
**seem** [1] 10/12
**seems** [5] 3/23 19/17
20/25 45/5 46/14
**self** [6] 26/14 26/25
28/14 30/18 31/9 35/11
**self-assessment** [1]
30/18
**self-assessments** [5]
26/14 26/25 28/14 31/9
35/11
**send** [2] 22/4 37/9
**sends** [3] 41/17 41/18
42/19
**sense** [10] 6/4 13/1
15/5 19/19 21/7 21/14
29/10 30/9 35/20 40/22
**sensitive** [5] 28/8 29/7
33/21 34/18 36/13
**sensitivity** [1] 28/10
**sent** [3] 4/10 4/11
42/18
**September** [1] 6/24

**sequencing** [1] 15/1
20/24
**series** [1] 13/8
**seriously** [1] 22/11
**set** [8] 3/18 10/18
13/23 13/25 14/23 15/8
19/6 25/12
**sets** [3] 12/11 15/5
25/23
**setting** [2] 34/24 40/5
**seven** [2] 23/19 41/7
**several** [1] 4/7
**shame** [3] 44/11 44/17
45/10
**shape** [1] 5/2
**share** [3] 14/19 26/19
28/20
**shared** [1] 13/11
**shift** [1] 5/20
**shot** [1] 14/10
**should** [7] 7/3 13/12
17/9 24/24 42/24 44/11
46/9
**show** [1] 23/7
**shrink** [1] 19/7
**side** [3] 13/12 46/10
47/21
**sides** [2] 19/1 46/23
**sides'** [1] 15/2
**significant** [1] 24/2
**simply** [4] 33/7 34/10
34/20 38/10
**since** [5] 3/25 4/8 12/6
13/2 33/10
**single** [5] 8/21 14/21
27/23 31/11 34/11
**sit** [2] 7/2 16/14
**sitting** [1] 36/22
**situated** [1] 27/24
**six** [9] 34/1 34/1 34/1
34/2 36/1 36/2 36/3
36/11 37/2
**slips** [1] 22/24
**small** [2] 15/8 35/5
**smooth** [1] 24/25
**so** [97]
**so I think** [5] 9/24 14/1
18/25 33/24 47/1
**So it's** [2] 10/19 39/15
**So this is** [1] 43/18
**software** [2] 36/19
36/19
**some** [21] 5/5 6/12
10/17 17/14 22/15
23/12 27/18 31/19
33/13 33/19 35/9 36/18
37/14 39/11 40/22
43/10 43/23 47/7 47/8
47/9 47/10
**somebody** [7] 15/22
27/3 28/19 31/9 33/7
41/17 43/19
**somehow** [2] 15/21
24/15
**someone's** [1] 13/6
**something** [19] 8/19
9/18 11/5 19/16 23/16

**sometimes** [6] 25/20
25/26 26/17 27/2 28/21
31/6 31/19 33/8 35/4
36/9 38/5 39/6 40/10
40/12 45/20
**somewhere** [4] 30/1
36/8 36/23 46/18
**soon** [1] 22/2
**sooner** [5] 8/3 15/6
22/11 23/10 47/23
**sorry** [2] 25/12 48/9
**sort** [29] 6/21 7/9 7/19
8/2 8/9 8/23 9/15 9/25
10/12 10/21 15/1 19/9
19/24 24/13 26/9 27/17
29/12 34/25 35/16
36/15 37/25 38/1 38/18
38/23 39/17 40/6 43/6
44/12 45/7
**sorts** [3] 31/24 32/1
32/2
**sounds** [2] 21/6 44/21
**source** [1] 43/7
**sources** [1] 9/23
**Southern** [1] 27/22
**special** [1] 44/2
**specific** [3] 26/25 27/24
31/15
**specifically** [1] 47/12
**speculating** [1] 30/15
**speed** [1] 23/3
**St** [1] 2/3
**stamp** [1] 47/25
**standpoint** [1] 37/24
**stands** [1] 25/21
**start** [14] 3/20 3/20 6/7
6/22 16/15 17/23 20/18
20/24 20/25 22/21
23/11 26/13 27/24
46/23
**started** [3] 20/4 20/12
24/21
**starting** [3] 6/2 17/17
24/22
**stated** [1] 21/6
**states** [9] 1/1 1/3 1/10
3/3 3/22 5/9 8/8 18/15
18/15
**States'** [1] 18/22
**status** [15] 1/9 3/14
3/15 3/16 3/18 3/21 4/8
5/24 12/22 12/17 12/24
14/21 25/21 47/2 48/8
**stenography** [1] 2/10
**still** [5] 7/7 16/13 22/25
47/8 47/9
**stop** [1] 30/10
**strategic** [1] 13/8
**strategy** [3] 13/4 13/20
14/15
**streamline** [1] 39/17
**Street** [1] 1/14
**strike** [1] 15/3
**strikes** [1] 15/10
**strings** [2] 10/18 25/13
**strokes** [2] 9/14 34/10
**struck** [3] 28/3 28/8
37/24
**stuff** [3] 30/25 43/11

**S**

stuff... [1] 43/22
subfiles [1] 40/19
subject [4] 8/7 33/14 37/22 49/6
subjects [1] 28/24
submission [1] 3/16
submit [1] 25/25
subpoena [18] 12/6 12/7 38/16 38/20 38/21 38/22 39/1 39/23 41/18 41/19 42/3 42/19 42/19 42/20 42/22 43/12 43/12 46/16
subpoenas [5] 44/9 44/9 45/13 45/15 45/18
subsequent [1] 4/25
substance [3] 30/7 41/8 45/20
substantial [1] 4/7
substantially [2] 4/16 6/6
substantive [14] 38/19 39/2 39/8 39/12 39/25 40/11 40/11 40/12 40/21 44/14 45/19 45/25 46/1 46/14
substantively [1] 30/6
such [5] 8/15 15/20 24/9 28/17 43/8
sufficient [2] 16/1 19/2
suggest [1] 11/21
suggested [3] 5/23 32/12 37/20
suggesting [1] 23/8
suggestions [1] 25/16
suggests [2] 27/10 46/6
Suite [1] 1/18
summarize [1] 44/13
summer [3] 6/5 11/14 25/1
supplemental [1] 7/12
support [1] 21/14
supposed [1] 37/10
sure [16] 7/21 11/3 14/3 16/17 17/7 17/13 17/15 20/10 24/5 24/8 30/23 38/7 38/13 39/3 41/2 41/24
Surely [1] 11/1
surprise [1] 36/24
surprised [1] 40/6
suspect [2] 20/18 24/7
sweeps [2] 40/10 40/12
swept [2] 29/22 42/12
swing [1] 19/24

**T**

take [19] 5/7 7/24 13/7 13/15 13/19 13/24 23/21 24/16 26/1 28/14 33/18 33/22 35/19 36/2 36/7 38/6 41/3 47/20 48/14
taken [3] 10/25 12/23 32/1
taking [1] 13/15
talk [4] 25/19 26/7 38/5 46/9
talked [3] 4/3 25/20 25/22
talking [8] 6/25 12/12 21/19 21/19 30/24 42/11 42/11 42/14
TAR [1] 8/23
target [5] 7/8 16/10 19/12 43/12 43/13
target's [1] 43/12
targeted [6] 26/22 26/24 27/16 27/17 28/9 31/14
targets [1] 5/9
team [1] 18/8
technological [1] 49/7
technology [1] 9/2
technology-assistance [1] 9/2
tee [1] 17/25
tell [6] 10/5 19/18 20/17 30/23 42/24 45/21
telling [1] 40/18
ten [2] 7/16 35/9
terms [14] 3/21 4/1 4/3 4/18 5/4 7/21 9/15 11/12 11/25 16/8 22/17 29/22 35/13 44/25
terrific [1] 46/12
testimony [1] 24/10
than [20] 6/16 10/19 14/3 15/6 15/12 17/21 19/1 19/11 21/10 22/20 23/16 24/6 24/7 24/17 27/24 28/9 43/1 44/11 44/24 46/4
Thank [11] 4/5 11/15 17/1 18/18 37/5 37/6 48/2 48/3 48/5 48/14 48/16
Thank you [9] 4/5 17/1 18/18 37/5 48/2 48/3 48/5 48/14 48/16
that [328]
that's [33] 6/24 6/24 7/24 8/5 8/15 11/6 15/11 17/11 17/12 17/15 17/19 19/4 19/11 22/8 25/9 28/15 28/15 29/12 31/2 31/6 33/8 33/16 35/10 35/11 36/10 36/24 37/10 40/5 40/7 40/10 40/23 41/14 42/10
their [13] 5/7 6/23 9/24 17/6 26/23 26/24 29/14 31/12 33/8 36/9 38/11 42/12 45/18
them [47] 4/12 4/14 5/19 6/14 7/7 8/4 8/15 9/21 10/3 10/20 12/8 13/21 16/2 17/14 17/20 23/22 23/23 23/25 24/1 26/10 27/1 28/2 30/2
then [31] 7/22 8/20 10/3 14/18 18/7 18/9 20/13 21/2 21/3 23/18 24/20 25/22 26/7 29/18 30/2 32/6 32/15 34/3 34/3 34/5 34/15 35/2 36/3 37/3 39/3 40/21 40/21 44/11 44/17 45/5 45/10
theory [2] 33/9 33/12
there [26] 7/18 12/6 13/10 13/14 14/4 15/12 15/21 21/17 24/6 24/7 25/12 25/13 29/23 30/13 33/19 34/18 35/10 37/16 41/8 42/6 42/15 42/16 43/6 46/21 47/3 47/10
there's [20] 13/4 13/20 16/6 17/3 17/6 19/11 26/7 26/10 27/8 27/10 27/10 30/1 30/13 31/10 31/19 36/2 40/13 45/13 46/10 47/9
therefore [1] 49/6
these [54]
they [76]
they'll [1] 17/10
they're [18] 6/22 6/25 11/3 17/11 17/12 17/13 18/16 29/16 29/25 30/24 34/17 38/1 40/4 42/9 44/20 45/12 47/13 47/13
they've [18] 8/9 8/12 10/7 10/10 10/20 10/23 10/24 10/25 18/8 18/9 29/16 29/17 29/18 32/1 33/13 40/7 44/4 44/23
thing [10] 8/15 15/11 20/3 21/16 23/14 28/15 28/16 29/12 29/20 35/6
things [23] 3/23 5/15 9/5 15/19 16/9 17/23 19/5 19/24 20/11 22/12 24/12 26/25 27/4 27/10 29/12 30/12 35/20 39/12 41/7 41/15 44/4 44/19 47/24
think [73]
thinking [1] 20/18
third [19] 12/11 13/14 37/19 38/4 38/16 38/22 39/25 40/4 42/2 42/12 43/2 45/18 46/14 46/16 47/7 47/12 47/16 47/19 47/23
third-party [3] 38/4 38/16 45/18
this [68]
33/17 33/20 34/15 35/2 36/3 36/7 37/21 37/21 38/2 38/2 39/2 40/3 41/17 41/18 44/21 44/22 45/21 47/9 47/20 47/25
themselves [1] 20/20
time [17] 6/25 8/20 9/5 9/19 10/11 15/14 20/25 21/18 23/18 23/24 33/22 35/7 35/13 37/24 38/6 39/3 43/25
timeline [1] 25/17
timelines [1] 47/8
timely [1] 8/1
times [1] 16/10
title [1] 26/3
titled [1] 49/4
today [9] 7/2 11/18 12/19 18/13 18/17 18/20 19/3 31/16 39/4
together [2] 13/12 30/24
told [6] 7/15 8/15 13/10 41/5 41/6 48/13
too [5] 10/4 16/2 16/16 18/14 35/18
top [2] 7/19 8/25
topic [2] 5/22 14/17
topics [3] 24/1 24/9 37/21
touch [1] 25/23
track [1] 4/24
Trade [1] 32/24
traditional [1] 11/25
tranche [1] 7/17
transcript [3] 1/9 2/10 49/3
transcription [1] 2/10
trial [1] 14/22
tricky [1] 10/19
tried [2] 5/14 10/22
Trust [1] 11/20
try [5] 7/18 18/11 23/23 45/25 46/17
trying [12] 3/9 6/21 7/25 8/6 8/25 9/7 9/11 9/14 28/21 46/12 46/13 46/18
Tuesday [1] 4/14
tune [1] 3/24
turn [8] 11/9 16/25
5/15 6/12 6/15 7/21 7/23 9/23 12/2 20/7 20/9 20/19 23/5 23/6 23/11 25/14 26/11 28/6 28/19 28/24 29/4 32/14 34/3 34/5 34/12 35/2 35/3 35/17 35/25 37/19 37/22 37/25 38/7 38/19 39/10 39/11 40/21 42/12 42/13 43/1
thought [3] 25/7 26/18 33/2
thoughts [1] 26/19
three [6] 11/24 11/24 12/14 29/4 29/8 38/14
through [6] 8/3 11/13 17/24 20/21 38/2 46/5
throughout [1] 11/17
thus [1] 47/19
tie [1] 12/16
tied [1] 13/8
till [1] 16/2

**U**

U.S [2] 1/13 1/17
under [2] 24/15 36/13
understand [8] 8/16 13/18 17/8 26/5 29/5 36/1 38/3 38/9
understanding [4] 12/14 13/16 19/10 45/17
understands [1] 17/15
undoubtedly [1] 42/7
unduly [1] 24/18
unions [1] 27/14
UNITED [9] 1/1 1/3 1/10 3/3 3/22 5/9 8/8 18/15 18/22
United States [4] 3/22 5/9 8/8 18/15
United States of [1] 3/3
United States' [1] 18/22
universe [1] 4/18
unless [2] 26/7 31/18
unrealistic [1] 22/8
unreasonable [1] 15/10
until [2] 11/4 47/22
up [18] 7/15 12/16 13/8 15/17 17/25 19/7 20/1 21/18 23/4 23/19 24/16 28/21 29/22 37/15 40/5 40/10 40/12 42/13
upon [4] 4/19 10/7 19/17 38/10
us [33] 5/20 7/1 7/25 9/4 9/6 11/18 12/7 12/20 12/22 13/10 14/22 17/10 21/6 22/11 25/16 26/2 35/17 36/1 36/5 36/11 36/12 36/14 40/3 40/7 41/5 41/6 41/8 42/10 42/24 44/4 44/8 45/21 45/22
usdoj.gov [2] 1/16 1/20
used [1] 15/7
using [1] 4/18
usually [1] 3/20

**V**

vacation [1] 13/6

**V**

**vacations [2]** 21/18 21/22
**vagaries [1]** 19/5
**valuable [1]** 38/8
**value [1]** 35/4
**variety [1]** 27/13
**vendor [2]** 4/10 4/11
**versus [1]** 3/4
**very [12]** 5/16 7/1 12/6 12/7 13/7 13/8 13/10 24/1 25/23 27/23 41/3 48/14
**VIA [1]** 1/9
**video [1]** 3/9
**volume [2]** 6/16 9/7
**volumes [2]** 7/10 10/1
**vs [1]** 1/5

**W**

**wait [2]** 16/2 47/22
**walk [1]** 22/4
**want [29]** 11/3 11/3 12/25 13/14 15/6 17/7 17/12 17/15 19/9 19/23 20/18 22/4 22/7 22/11 22/21 23/1 23/7 24/9 25/11 26/17 26/23 26/24 35/17 39/12 42/17 44/20 45/7 47/20 48/7
**wanted [1]** 4/1
**wants [4]** 13/18 14/2 26/8 26/11
**warranted [1]** 32/9
**was [21]** 3/9 3/16 7/18 9/3 9/18 12/24 12/25 16/14 18/22 23/20 27/8 27/20 28/4 28/8 28/9 32/23 36/24 40/16 40/17 41/12 42/18
**Washington [4]** 1/5 1/14 2/3 2/8
**wasn't [2]** 35/13 41/12
**wave [3]** 6/23 11/2 23/1
**way [15]** 6/3 7/18 15/1 25/15 35/6 35/15 36/13 36/24 38/12 38/21 39/16 40/16 41/9 45/6 46/7
**wc.com [1]** 2/4
**we [192]**
**we believe [2]** 4/24 14/12
**we will [9]** 4/14 4/16 4/19 7/11 14/8 20/9 23/22 24/1 24/13
**we'd [3]** 7/25 23/18 35/22
**we'll [10]** 3/17 7/3 7/23 14/9 23/23 26/1 26/1 26/2 43/9 48/15
**we're [52]**
**we've [25]** 4/3 4/10 5/16 6/17 7/10 7/24 8/3 10/22 12/14 23/16 23/17 25/20 25/20 25/22 26/9 27/6 28/25

40/6 43/15 46/22 47/7
**weed [1]** 38/7
**weeks [2]** 22/25 48/15
**welcome [1]** 5/24
**well [13]** 3/13 5/17 5/19 20/13 22/15 25/19 27/12 28/18 37/14 40/11 43/3 46/8 47/11
**were [14]** 9/3 9/6 9/7 9/11 9/12 9/14 9/15 13/10 21/20 27/19 36/7 36/11 39/13 40/16
**weren't [1]** 9/18
**what [71]**
**what's [3]** 26/21 29/14 29/22
**whatever [2]** 6/25 46/23
**when [19]** 7/2 11/4 11/11 13/9 17/10 20/17 21/9 21/10 25/9 27/16 27/25 29/16 34/16 34/23 38/18 39/5 39/12 46/15 47/20
**where [21]** 3/20 6/11 8/24 10/21 11/12 15/9 19/1 23/17 23/17 25/9 25/21 27/5 27/10 29/20 31/25 34/9 36/6 40/23 46/9 46/18 47/24
**whether [16]** 6/5 6/24 6/24 11/11 13/14 15/13 19/18 26/10 33/11 34/4 34/7 35/3 36/7 36/9 36/19 43/5
**which [20]** 3/21 6/22 9/15 10/12 12/5 12/16 13/16 14/21 15/15 18/3 18/4 27/24 29/13 31/13 31/15 33/24 34/25 42/18 43/10 44/25
**while [3]** 5/22 8/7 28/4
**who [25]** 3/10 7/16 10/24 10/24 11/2 15/6 16/1 16/1 16/19 17/18 18/16 18/16 20/18 21/20 22/21 23/2 23/5 23/5 23/6 29/2 29/3 30/23 31/22 32/2 32/2
**who's [2]** 15/22 16/19
**whoever [1]** 43/1
**whole [1]** 9/4
**whom [2]** 12/4 29/2
**why [5]** 3/20 11/3 12/16 17/15 17/20
**will [38]** 4/12 4/14 4/16 4/19 6/24 7/5 7/11 7/19 8/10 11/18 12/20 14/8 16/20 19/1 19/22 20/5 20/9 21/8 23/2 23/12 23/21 23/22 24/1 24/7 24/13 25/10 25/15 26/5 30/23 35/1 35/19 37/1 39/16 41/7 44/5 44/22 45/17 47/11
**William [5]** 2/5 3/6 49/2 49/10 49/11

21/21
**wince [1]** 16/24
**wincing [1]** 17/3
**wish [1]** 24/21
**within [4]** 7/14 7/14 21/12 31/25
**without [4]** 8/2 14/13 34/11 38/1
**witness [1]** 24/19
**witnesses [2]** 17/14 21/19
**won't [4]** 5/9 14/10 43/16 44/5
**word [1]** 33/19
**words [1]** 10/4
**work [4]** 6/12 6/15 13/12 31/23
**worked [1]** 33/11
**working [2]** 6/14 47/6
**world [1]** 14/7
**worth [1]** 11/24
**would [48]** 5/24 7/1 10/5 10/5 12/22 12/22 12/23 14/14 20/5 20/7 21/17 22/10 22/18 22/19 22/21 23/19 24/22 25/6 25/8 28/21 28/22 29/13 29/14 29/22 32/13 32/17 33/25 35/24 35/24 36/7 36/11 36/14 36/23 37/8 38/11 41/11 41/11 42/23 42/24 43/10 43/20 43/20 44/5 44/14 44/25 46/1 46/6 47/3
**wouldn't [1]** 41/20
**wrestling [1]** 43/18
**wrong [4]** 30/24 36/23 44/17 46/4

**Y**

**yeah [4]** 8/18 21/16 22/5 41/2
**year [1]** 29/17
**years [4]** 10/23 10/25 31/5 35/9
**yes [5]** 11/15 21/5 26/20 42/5 42/5
**yet [1]** 36/25
**you [161]**
**you know [2]** 5/5 34/19
**you'd [2]** 16/1 19/3
**you'll [2]** 15/22 46/21
**you're [16]** 5/6 14/25 16/5 16/19 18/22 28/11 29/10 37/15 40/18 43/5 44/20 45/3 45/6 45/7 46/13 46/17
**you've [12]** 8/15 20/2 20/22 22/5 26/2 27/17 27/24 35/9 38/3 40/19 42/18 43/11
**your [69]**
**Your Honor [47]** 3/2 4/5 5/1 5/12 6/9 11/23 12/17 13/2 13/9 14/1 16/23 17/2 18/18 20/14

25/2 25/17 26/20 28/12 28/25 29/10 29/15 30/11 31/12 32/4 32/19 35/22 36/5 37/5 37/6 38/13 39/16 40/23 41/1 43/20 45/10 45/23 46/2 46/24 47/5 48/2 48/3 48/4 48/16

**Z**

**Zaremba [4]** 2/5 49/2 49/10 49/11
**zero [1]** 45/20
**ZOOM [3]** 1/9 17/4 37/15