AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA et al *Plaintiff* v. GOOGLE LLC *Defendant* | Case No. 1:20-cv-03010-APM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF STATE OF COLORADO.

Date: 06/07/2021

/s/ Carla J. Baumel
*Attorney's signature*

Carla J. Baumel, 56003
*Printed name and bar number*

Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203

*Address*

Carla.Baumel@coag.gov
*E-mail address*

(720) 508-6000
*Telephone number*

(720) 508-6040
*FAX number*