# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS UNDER SEAL

Upon consideration of Plaintiffs' Motion for Leave to File Supplemental Materials Under Seal, it is hereby **ORDERED** that Plaintiffs' Motion for Leave to File Supplemental Materials Under Seal is **GRANTED**.

Dated: _____, 2021

_____
Hon. Amit Mehta
UNITED STATES DISTRICT JUDGE