# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Supplemental Materials Under Seal, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. The sensitive information contained in the personnel files warrants under seal treatment, and that personal interest in privacy outweighs the public's right of access in resolving the present discovery dispute.

*Dated:* _____, 2021

_____
Hon. Amit Mehta
UNITED STATES DISTRICT JUDGE