# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*<br><br>　　　Plaintiffs,<br><br>vs.<br><br>Google LLC,<br><br>　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>Hon. Amit P. Mehta |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Defendant Google LLC moves for the admission and appearance of attorney Matthew L. McGinnis *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Matthew McGinnis, filed herewith. As set forth in Mr. McGinnis's declaration, he has been admitted to and is an active member in good standing in both the Massachusetts Bar and New York Bar. This motion is supported and signed by Mark S. Popofsky, an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

Date: June 28, 2021

　　　　　　　　　　　　　　　　　　　　　*/s/ Mark S. Popofsky*
　　　　　　　　　　　　　　　　　　　　　Mark S. Popofsky (D.C. Bar No. 454213)
　　　　　　　　　　　　　　　　　　　　　Ropes & Gray LLP
　　　　　　　　　　　　　　　　　　　　　2099 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006-6807
　　　　　　　　　　　　　　　　　　　　　Tel: (202) 508-4624
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 383-9377
　　　　　　　　　　　　　　　　　　　　　mark.popofsky@ropesgray.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America, *et al.*

    Plaintiffs,

vs.

Google LLC,

    Defendant.

Case No. 1:20-cv-03010-APM

Hon. Amit P. Mehta

DECLARATION OF MATTHEW L. MCGINNIS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Matthew L. McGinnis, hereby declare:

1. My name, office address, and telephone number are as follows:

    Matthew L. McGinnis
    Ropes & Gray LLP
    800 Boylston Street
    Boston, MA 02199-3600
    Tel:  617-951-7000

2. I have been admitted to the following courts and bars:

    - Massachusetts Supreme Judicial Court (Jan. 9, 2007) (BBO#: 666120)

    - New York State Bar (Dec. 11, 2019) (#5737010)

    - U.S. District Court for the District of Massachusetts

    - U.S. Court of Appeals for the First Circuit

    - U.S. Court of Appeals for the Tenth Circuit

3. I have not been disciplined by any bar.  I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not previously been admitted pro hac vice in this Court.

-2-

5. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar. I do not have an application for membership pending in the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Boston, Massachusetts, on this 28th day of June, 2021.

Respectfully submitted,

*/s/ Matthew L. McGinnis*
Matthew L. McGinnis
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: 617-951-7000
matthew.mcginnis@ropesgray.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United States of America, *et al.*

    Plaintiffs,

vs.

Google LLC,

    Defendant.

Case No. 1:20-cv-03010-APM

Hon. Amit P. Mehta

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
## OF ATTORNEY MATTHEW L. MCGINNIS *PRO HAC VICE*

The Court has reviewed the Plaintiffs' motion for admission of attorney Matthew L. McGinnis *pro hac vice*. Upon consideration of that motion, the Court grants attorney Matthew L. McGinnis *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

                                                HON. AMIT P. MEHTA
                                                United States District Judge