UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America, *et al.*

    Plaintiffs,

vs.

Google LLC,

    Defendant.

Case No. 1:20-cv-03010-APM

Hon. Amit P. Mehta

DECLARATION OF MATTHEW L. MCGINNIS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Matthew L. McGinnis, hereby declare:

1. My name, office address, and telephone number are as follows:

    Matthew L. McGinnis
    Ropes & Gray LLP
    800 Boylston Street
    Boston, MA 02199-3600
    Tel:  617-951-7000

2. I have been admitted to the following courts and bars:

    - Massachusetts Supreme Judicial Court (Jan. 9, 2007) (BBO#: 666120)

    - New York State Bar (Dec. 11, 2019) (#5737010)

    - U.S. District Court for the District of Massachusetts

    - U.S. Court of Appeals for the First Circuit

    - U.S. Court of Appeals for the Tenth Circuit

3. I have not been disciplined by any bar.  I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not previously been admitted pro hac vice in this Court.

-2-

5.      I do not engage in the practice of law from an office located in the District of Columbia.  I am not a member of the District of Columbia Bar.  I do not have an application for membership pending in the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Boston, Massachusetts, on this 28th day of June, 2021.

                                                                Respectfully submitted,

                                                                */s/ Matthew L. McGinnis*
                                                                Matthew L. McGinnis
                                                                Ropes & Gray LLP
                                                                800 Boylston Street
                                                                Boston, MA 02199-3600
                                                                Tel:  617-951-7000
                                                                matthew.mcginnis@ropesgray.com