# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United States of America, *et al.*

    Plaintiffs,

vs.

Google LLC,

    Defendant.

Case No. 1:20-cv-03010-APM

Hon. Amit P. Mehta

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
## OF ATTORNEY MATTHEW L. MCGINNIS *PRO HAC VICE*

The Court has reviewed the Defendant's motion for admission of attorney Matthew L. McGinnis *pro hac vice*. Upon consideration of that motion, the Court grants attorney Matthew L. McGinnis *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

                                                              HON. AMIT P. MEHTA
                                                              United States District Judge