IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,     )
                                      )
          Plaintiffs,                 )
                                      )     CV No. 20-3010
        vs.                           )     Washington, D.C.
                                      )     June 29, 2021
GOOGLE LLC,                           )     11:00 a.m.
                                      )
          Defendant.                  )
_____)



TRANSCRIPT OF
STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA

APPEARANCES:

For the Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov

                             William F. Cavanaugh, Jr.
                             PATTERSON BELKNAP
                             WEBB & TYLER LLP
                             1133 Avenue of the Americas
                             Suite 2200
                             New York, NY 10036-6710
                             (212) 335-2793
                             Email: wfcavanaugh@pbwt.com

```
APPEARANCES CONTINUED:

For the Defendant:          John E. Schmidtlein
                            WILLIAMS & CONNOLLY LLP
                            725 12th St., NW
                            Washington, D.C. 20005
                            (202) 434-5000
                            Email: jschmidtlein@wc.com

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

1                    P R O C E E D I N G S

2           COURTROOM DEPUTY:  Good morning, Your Honor.

3    This is Civil Action 20-3010, the United States of America,

4    et al., versus Google LLC.

5           Kenneth Dintzer and William Cavanaugh for the

6    government.

7           John Schmidtlein for the defendant.

8           THE COURT:  All right, Counsel.  It's nice to see

9    all of you and nice to be with you again.  I hope everyone

10   is doing well.

11          All right.  So we're back for our monthly status

12   conference to see how things are progressing.  I appreciate

13   the parties' submission of the Joint Status Report back on

14   the 24th.  It's always nice to get the Status Report that

15   has more signature blocks than text, so I take that as a

16   good sign.

17          So why don't we start with Mr. Dintzer.  And

18   there's at least one loose end from the prior conference and

19   that's the personnel review documents, and we'll get to

20   those in a moment.  But Mr. Dintzer, why don't you provide

21   us an update of where things stand from your perspective and

22   how things are progressing.

23          MR. DINTZER:  Thank you, Your Honor, and

24   good morning.

25          If the Court will hear it, I'd like to briefly

1    address the performance reviews.  But if the Court would

2    prefer to put that off for a few minutes, then I can go to

3    the other matters.

4            THE COURT:  Let's put that off for a moment.

5    Let's just get an update on progress with respect to

6    documents and -- two things:  Documents, data, and then

7    depositions which we had talked about last time and I had

8    not actually ordered it, I had strongly asked the parties or

9    urged the parties to begin identifying August deponents by

10   the end of June and we're sort of at the near end of June

11   and where things stand on that front.

12           MR. DINTZER:  And we've taken the Court up on its

13   suggestion, which is always a wise thing to do.

14           And so what we've identified to Google, the DOJ

15   plaintiffs' first three deponents for deposition in August.

16   We've asked Google to complete the relevant document

17   production by mid July for those three.  As the Court may

18   remember, Google's expected to complete its entire document

19   production by the end of July, but for these three, we've

20   asked that the relevant documents be produced by mid July so

21   that we have them to review and prepare for the deposition.

22           As we explained last time, the CMO provides that

23   we can do our 30(b)(6) in parts, and it is our plan to do

24   the first part in August.  We have not gotten the notice to

25   Google.  It is our hope to get that notice out in early

1   July, still putting the final touches on that.

2            And, more generally, Your Honor, we wanted to let

3   the Court know that it is our hope to do all or most of

4   these depositions in person.  We believe that the first

5   three witnesses that we've identified to Google are in

6   California, and it is our understanding that California has

7   re-opened.  And so, of course, we will listen to individuals

8   who have concerns and we don't want to put anybody in an

9   uncomfortable or difficult position.  But that barring that,

10  it's time to do these in person and how to proceed.

11           THE COURT:  All right.  Well, that certainly

12  sounds like things are progressing in terms of documents you

13  received, Mr. Dintzer.  You received another 500,000 pages,

14  or document, I should say, this past month.  Are you

15  satisfied thus far with the pace of what you've received and

16  anything you want to raise about those disclosures?

17           MR. DINTZER:  The pace is as we have expected, and

18  we certainly expect -- we haven't heard anything from Google

19  to suggest that they won't be meeting their July 31st

20  deadline.

21           We have raised with Google some concerns that we

22  have with respect to the breadth of Google's privilege

23  claims.  Those are not ripe yet; we are working with Google

24  to resolve these.  These issues sometimes come up, of

25  course.  So there's nothing ripe for action right now, but

1    the Court asked and so we, of course, want to work our way

2    through them.

3              THE COURT:  Okay.  Terrific.

4              Anything else you want to discuss before we turn

5    to Mr. Schmidtlein?

6              MR. DINTZER:  Just generally, Your Honor, it is --

7    you know, along the lines of the depositions, as things are

8    beginning to return to normal, we are willing and, in fact,

9    eager to be back in front of the Court in person, of course,

10   at the Court's convenience.  But we at least wanted to let

11   the Court know that the Department of Justice is ready to do

12   that when the Court is comfortable with that.

13             THE COURT:  Okay.

14             MR. DINTZER:  And then we have a third-party

15   issue, but we can get to that sort of at the end, if that's

16   okay with the Court.

17             THE COURT:  Yeah, who don't we flag that toward

18   the end.

19             Okay.  Let's turn to Mr. Schmidtlein and get an

20   update from you.

21             MR. SCHMIDTLEIN:  Good morning, Your Honor.

22             As Mr. Dintzer noted, we have made all of our June

23   benchmarks for document production, and we remain on track

24   to meet our end-of-July benchmark for completion or

25   substantial completion of all documents produced in response

1    to the DOJ's first two arguments.

2              THE COURT:  Mr. Schmidtlein, can I --

3              COURTROOM DEPUTY:  This is Jean-Claude, the

4    Courtroom Deputy.

5              I'll notify the Judge.  Just give me one moment.

6              (Pause)

7              COURTROOM DEPUTY:  This is Jean-Claude.  The Judge

8    is going to reconnect.  This may just take a minute or two.

9              THE COURT:  Okay.  How about now?

10             All right.  Sorry about that, everyone.  My WiFi

11   decided to go on the fritz, and so now I'm plugged in and

12   hopefully we won't have the same problem.

13             MR. DINTZER:  We've all been there, Your Honor.

14             THE COURT:  That's true.

15             Okay.  So, Mr. Schmidtlein, I lost you literally

16   when you began your response.  So if you could start at the

17   beginning, that would be great.

18             MR. SCHMIDTLEIN:  Sure.

19             Your Honor, we are on course to make our June 30

20   benchmark production, as we had previously discussed with

21   the Court.

22             We are also on course to make our end-of-July

23   benchmark, which, I think as Mr. Dintzer made reference to,

24   was substantial completion of all documents produced in

25   connection with the DOJ's first and second RFPs.

1          I'll also just note -- jump ahead to the states,

2    the *Colorado* case, we are also on course at this point to

3    meet our end-of-August benchmark for completion --

4    substantial completion of all document productions in

5    response to the states' RFPs as well.  So I think we are in

6    good shape and we are continuing to make regular rolling

7    productions as we have significant chunks of documents

8    available.  We are also regularly having conversations with

9    the plaintiffs in connection with data productions, I think,

10   as we've reported to you, and we are making progress on

11   those issues as well.

12          In connection with the depositions, we were given

13   notice by email late Friday of three individuals that the

14   Department of Justice is interested in deposing in very late

15   August.  Two of those three individuals no longer work at

16   Google; in fact, they have not worked at Google -- one left

17   in 2013, one left in 2011.  So we are in the process of

18   getting in touch with those folks and will work with DOJ in

19   connection with representation of them.

20          And we will take on board -- this is the first

21   we've heard DOJ making reference to wanting to do the

22   depositions in person, and we will obviously be talking to

23   the witnesses about that, too, as well, and we will get back

24   in touch with the Department around logistics, scheduling,

25   what have you for those individuals.

1        In terms of the request to ensure that document

2   productions for those three individuals are complete by July

3   the 16th, since we got this request late Friday, I've been

4   working with my team, and I believe that is a request that

5   we can accommodate and we are working to make happen.

6   So I think all is -- we are on course for getting started

7   with those issues.

8        We have not heard or seen anything further about a

9   30(b)(6) deposition, and, you know, obviously, if -- once we

10  get that, we will engage with the Department and see where

11  we go with that.

12       THE COURT:  Mr. Schmidtlein, you've discussed what

13  Google has done in terms of responsiveness.  And let me make

14  one observation before I -- or one comment before I ask you

15  a question, which is why -- I'm really appreciative of the

16  efforts that you and your team have made and don't

17  underestimate for a moment the amount of work it's taken and

18  the number of hours and the number of bodies that have been

19  put to work to try and meet these deadlines and I'm really

20  grateful and I think everybody should be grateful for the

21  progress and meeting these deadlines that you committed to

22  very early on.  So that's one observation.

23       The question I had is, in terms of your proactive

24  discovery, do you intend to notice any depositions for

25  August, either -- I don't know whether you would -- whether

1   there would be anybody that's sort of associated with the

2   Department of Justice that you would seek to depose or more

3   likely third parties?

4            MR. DINTZER:  There may come a time when we seek

5   to depose people at the Department or with some of the other

6   plaintiffs.  That is not our intention to begin doing in

7   August.  I think we will probably be focused, in the first

8   instance, more on third parties.

9            And I think one issue that we did want to discuss

10  with you today is third-party discovery.  And, you know,

11  I can wait until the end.  I think I heard Mr. Dintzer say

12  he may have an issue to raise there as well.  But as is

13  normally the case in a matter like this, the third-party

14  discovery, you know, lags a little bit behind some of the

15  party discovery.

16           And we have been working diligently with the

17  dozens of third parties that have been subpoenaed in the

18  case, but we are reaching, very shortly here, I think we are

19  going to be at an impasse with some of them.  I know we

20  talked to Your Honor, I think, at the last status, and you

21  were very encouraging to us about if we were having trouble

22  getting third parties to commit to production deadlines and

23  schedules, to come to Your Honor and use you as a resource

24  to help get them in line.

25           I think we're actually at a point where we are

1   headed towards some substantive disputes with those third

2   parties about what they are going to agree to do to respond

3   to our subpoenas.  And so at the appropriate time today,

4   I just want to talk with you just for a few moments about

5   process and what your expectations are there so that we can

6   move that along efficiently and in a manner that you find

7   most helpful in moving those issues along.

8           THE COURT:  Okay.

9           All right.  Well, let's put a hold on that topic

10  for a moment and let's turn to Mr. Cavanaugh and hear from

11  him about the Colorado Plaintiffs and their view of where

12  things stand with discovery and then we can turn to the

13  third-party discovery issue.

14          Mr. Cavanaugh.

15          MR. CAVANAUGH:  Thank you, Your Honor.

16          On document production, I'm encouraged to hear

17  from Mr. Schmidtlein that they believe they'll have

18  substantial completion by the end of August.

19          On depositions, in addition to the three witnesses

20  that DOJ notified Google on Friday, we also -- we added one

21  additional witness, who is a current Google employee.  In

22  connection with that, we've asked that Google prioritize

23  this individual's document production, as well as two other

24  individuals who work with that individual.  We're awaiting

25  Google's response to that, whether that's doable and whether

1    they're agreeable to that.

2            Along with DOJ, we are working with DOJ on a

3    30(b)(6) notice, or notices, for August, and, as Mr. Dintzer

4    indicated, I believe we'll have that out in early July.  We

5    would also join in DOJ's request that these depositions be

6    done live, if at all possible.

7            The open issue with respect to discovery of Google

8    at this point for the Colorado Plaintiffs is really a data

9    issue.  We're continuing to work with them on that data

10   issue.

11           I think Your Honor will see that in the Joint

12   Status Report, we referred to making a supplemental

13   submission on July 14th to let you know where that issue

14   stands.  And we're hopeful that by the 14th, we'll have the

15   issue resolved or have gone a long way toward resolving the

16   issue.  I won't bore the Court with the details of what the

17   issue is, I'll simply say that we're moving to try and

18   resolve it, and if not, we'll bring it to the Court for

19   resolution.

20           THE COURT:  Okay.

21           I appreciate that and I'm not going to invite a

22   preview of an issue I may not need to resolve.  So we'll

23   keep our fingers crossed and hope you can resolve it.

24           Okay.  So anything else, then, from any of the

25   parties about discovery in general?

1          MR. SCHMIDTLEIN:  Your Honor, just -- and I can

2    just confirm with Mr. Cavanaugh today that the three

3    individuals that they have asked for priority, we believe we

4    can accommodate as well, and we're working to make that

5    happen.  So, again, barring any unforeseen problems or

6    issues on our end, we anticipate being able to complete

7    document productions for those three individuals by

8    somewhere in that middle-of-July time period.

9          MR. CAVANAUGH:  Thank you.

10          THE COURT:  Okay.  Let's talk about third-party

11    discovery and any issues that are arising with respect to

12    third parties.

13          Mr. Dintzler, you flagged the issue first, so

14    we'll start with you and then I'll turn it over to

15    Mr. Schmidtlein.

16          MR. DINTZER:  Thank you, Your Honor.

17          So focusing on one third party, who I'm not going

18    to name here because we're still hoping to make some

19    progress, but we do have problems with the pace of

20    production and their willingness to cooperate on giving us

21    visibility so that we understand what they're doing and how

22    they're doing it.  In fact, we told them that we had

23    considered raising these issues here today, if there was no

24    compromise, and we proposed a compromise with them yesterday

25    and they have not gotten back to us.

1          So depending on their response, we may have

2     something that we might actually want to tee up for the

3     Court within the next few days, and I know the Court has

4     invited us to not necessarily wait for the monthly meetings.

5     So we're hoping to make progress, we've been extraordinary

6     patient with this third party, and we're hoping that we can

7     continue to make some progress.  So that's the primary.

8          We have had a few other third parties that are --

9     that have, after the Court's statement last month, have

10    pushed things forward, and so we found the Court's statement

11    extremely helpful in making sure that the third parties

12    understood their responsibilities, and we appreciated that.

13    So that was the one issue I wanted to raise, Your Honor.

14          THE COURT:  And is this a party that's been

15    cross-subpoenaed by Google?

16          MR. DINTZER:  I believe every third party.

17          We have a practice, both sides have a practice,

18    that the moment a third party gets subpoenaed, the other

19    side sends out, sometimes it's what we call a me-too

20    subpoena, Your Honor, where it basically just mirrors it,

21    and then sometimes we either add or change -- and Google's

22    been following the same practice.

23          THE COURT:  I guess I should have been more

24    precise in my question, and that is, did Google -- has

25    Google asked for additional records or made document

 1    requests pursuant to subpoena in addition to the Department

 2    of Justice?

 3              MR. DINTZER:  Just the me-too, Your Honor.

 4              THE COURT:  Okay.

 5              All right.  Well, why don't we hold off on dealing

 6    with that question and how we approach it.  So let me hear

 7    from Mr. Schmidtlein and then perhaps we can -- we'll come

 8    up with a solution or a plan forward in how to deal with

 9    these types of issues.

10              MR. SCHMIDTLEIN:  Thank you, Your Honor.

11              We have several third parties who we have been

12    meeting and conferring with, you know, fairly regularly here

13    for weeks, some cases probably months, about

14    document-production issues.

15              The subpoenas in the case, in light of the

16    document requests issued to Google and the Department and

17    the other plaintiffs' views at this point of relevant time

18    periods, our subpoenas necessarily had to mirror those in

19    some respects, and we're getting, with respect to a number

20    of third parties, a great deal of resistance in terms of how

21    far back in time they are willing to go to review and search

22    for documents.

23              And there are a number of these parties that,

24    I can tell at this juncture, we are not going to reach

25    agreement with, and we would like to sort of bring that to a

1   close and get rulings from you or get directions from you so

2   that we can push them, because I think they're not going to

3   begin doing some of the significant searching and some of

4   the significant productions until we get these issues

5   resolved.

6        So I think we are in a position where we'd like to

7   be able to, in the weeks ahead, bring those to you --

8   probably not wait necessarily, unless we get a change of

9   heart, not have to wait until the very next status

10  conference to bring these to you, and would welcome

11  direction, whether you want motions to compel, whether you

12  want something less formal than that.  But whatever process

13  you want, we will obviously accommodate and follow, but we

14  wanted to check in with you and get a little bit of

15  direction, because, you know, you've been very helpful to us

16  in tailoring what you want to help resolve a lot of the

17  issues that the parties have gone back for.

18       THE COURT:  So let me ask you this:  In terms of

19  where you all stand with these third parties, are you in a

20  position where you would say we've reached an impasse or do

21  you think some -- it would be warranted to have some

22  additional time built in to try and reach agreement?

23       Because I will just tell you that I'm inclined to

24  try and address this sooner rather than later.  My trial

25  schedule gets really messy, and everything else associated

1  with my docket gets very messy, as we get to the third week

2  of July.  And if this is something that needs to be

3  resolved, I'd rather do it sooner rather than later if for

4  no other reason than my docket.  There's a bit of a window

5  to do it in the next couple weeks.

6          But if you tell me, you know, Judge, we think over

7  the next two weeks we can reach a resolution, we can push

8  it.  But otherwise, what we can do is we can set a date now

9  for sort of an omnibus conference and set aside the time we

10  need and set a date in advance of the conference for parties

11  to set out their position statements so that we can

12  comprehensive -- or I can comprehensively address whatever

13  the issues are and do it that way.

14          MR. SCHMIDTLEIN:  I think that -- I think

15  it would be useful to set some dates now.  Sometimes --

16  I'm sure Your Honor is familiar, sometimes that act in and

17  of itself prompts more reasonable movement on the parts of

18  the people involved in some of the disputes.  So I would

19  sort of respectfully ask if Your Honor does have time on the

20  calendar, to try to set a time.

21          THE COURT:  What do you suggest, Mr. Schmidtlein,

22  as a -- I mean, if we work backwards, from my thought of

23  having a global conference, if you will, with all third

24  parties as to with whom -- I mean, I guess the question

25  is -- I should ask, before I get in over my head here but:

1    How many third parties are we talking about, ballpark?

2              MR. SCHMIDTLEIN:  Yeah.

3              At least on our side, I think at this point, we're

4    probably talking about five or fewer at this point, and I'm

5    hopeful that it won't -- the number won't be that large.

6              And I should clarify that in some cases, we're on

7    somewhat different tracks, where we've got document

8    discussions going on and then we've got data discussions

9    going on, sort of like has happened with the parties in the

10   case.  And I think the document discussions are further

11   along than the data discussions, but I don't think we

12   should -- I don't think we should push -- wait for the data

13   issues to necessarily ripen, I think the document issues

14   will ripen sooner.

15             I guess my proposal, recognizing we do have a 4th

16   of July holiday upon us here soon, would be that we try to

17   get something before Your Honor by the end of the week of

18   July 5th.  So that would be, I guess, the end of a week from

19   this Friday would be July the 9th.  And then we would be

20   available for Your Honor the following week at a time that's

21   convenient for you.  But, again, I'm just thinking

22   realistically about, I know where we are with some of these

23   folks, but obviously we'll accommodate your schedule,

24   depending upon how your calendar looks.

25             THE COURT:  So that would work for me.

1          Let's work backwards.  I can -- my best two days

2    right now are July, I think I'd prefer to do it on the 14th,

3    if everybody is available, at, say -- I assume we may have

4    some lawyers on the West Coast?

5          MR. SCHMIDTLEIN:  That could be the case, yes.

6    I mean, in-house lawyers for sure.  Whether there will be --

7    they're outside counsel or --

8          THE COURT:  So what I'm going to do is set it at

9    9:00 a.m. East Coast time to convince them to be more

10   cooperative.

11         No.  All right.  Why don't we sit down July the

12   14th at, I think, 2:30 in the afternoon, if that works for

13   everyone.

14         MR. SCHMIDTLEIN:  That works for us.

15         MR. DINTZER:  The Department of Justice is fine

16   with that, Your Honor.

17         MR. CAVANAUGH:  That's fine for Colorado.

18         THE COURT:  So we'll sit down 2:30 July 14th for a

19   conference to deal with any disputes, outstanding disputes,

20   involving subpoenas to third parties.

21         So what I'll ask the parties before me and any

22   third parties which may be listening, others, you may simply

23   need to notify of this, Mr. Schmidtlein and Mr. Dintzler,

24   make any submissions in advance of that hearing that you'd

25   like to make by July the 9th.  Obviously Google and the

1   Department of Justice should make sort of an omnibus

2   submission as to all third-party disputes, and that

3   submission ought to set forth what the issue is and what the

4   parties' positions are with respect to that issue so that

5   I'm prepared in advance of the 14th to have a sense of what

6   the issues are and be able to ask any questions and

7   hopefully resolve them.

8           You know, my hope is that I'll be able to resolve

9   them on the 14th.  If it's a really complicated question,

10  I may need some briefing, but I'd like to minimize that

11  possibility, if at all possible, to keep things moving,

12  okay?

13          MR. SCHMIDTLEIN:  Thank you, Your Honor.

14          THE COURT:  All right.  So we have that schedule,

15  then, in place.

16          So does that take care of the third-party

17  discovery issues that you all may -- that are sort of on the

18  horizon?

19          MR. DINTZER:  It does for the Department of

20  Justice, Your Honor.

21          MR. SCHMIDTLEIN:  Same for Google, Your Honor.

22          THE COURT:  All right.  Great.

23          So then the last thing, at least on my agenda, is

24  that the personnel files that the Department of Justice had

25  requested, and DOJ made a request for personnel files, of

1   dozens of Google employees.  Google had resisted those, that

2   request.  And I then asked Google to submit, I think it was,

3   five sample personnel reviews for my consideration.  It

4   looks like the Department of Justice has found where -- that

5   there were some other draft personnel review records that

6   were found just in the ordinary course of the searches that

7   were turned over and the Department of Justice flagged some

8   of those for me and identified some portions that it thought

9   were relevant to -- were relevant, and, therefore, justified

10  disclosure more broadly.  So that's where we are.

11          I've reviewed what the parties have submitted in

12  camera, and if either side wants to add more to the

13  discussion, I'm happy to hear from you; otherwise, we can

14  sort of figure out a way forward.

15          MR. DINTZER:  If we may, Your Honor, now that

16  we've provided these materials, the first thing is, we just

17  want to emphasize that we need these documents to properly

18  depose Google's witnesses.  Google's employees are very

19  careful about what they put in their emails and what they

20  put in their writings.  This has been reported in the press,

21  and it's just, I think, common knowledge.

22          They are based on these three examples and others

23  and also our experiences in other cases and are less careful

24  in what they put in these assessments.  So these are not,

25  like, overlapping, where you could just find it elsewhere.

1    It's not -- we can't get this information.  We want an

2    honest assessment of what they believe, what their intent

3    is, what their thinking is, what their goals are.  That's

4    the first thing, Your Honor.

5         The second thing, last time we were talking,

6    Mr. Schmidtlein suggested that he never heard of any case

7    where materials like these were presented.  In our filing

8    with the Court, we specifically cited to the *Amex* trial

9    transcript, where these identical documents to the ones

10   we're talking about here were admitted at trial.  So we're

11   not only talking about these materials having been

12   processed, but they were relevant and they were -- that they

13   were admitted at trial and they played a role in the case.

14   We have found other cases where there are references to

15   these materials as well.  So we're not asking for anything

16   exceptional, we've shown how they contain important

17   information, how they can contain important information.

18        I'd also like to point out that last time Google

19   suggested that there was this overarching burden, without

20   actually describing what it is.  In their filing, they noted

21   that all of these things that they pulled were an essential

22   repository.  So this is not a question of asking them to go

23   on people's hard drives or -- there's a central repository,

24   and for the custodians in this case, they could go there,

25   pull the ten years for each custodian and provide those

1    documents to us.

2         We understand that -- and the CMO and the

3    protective order provide we don't want their PII, we don't

4    want any -- obviously any health information.  And if

5    there's something specific in one that's beyond that that is

6    truly something we can -- I mean, we're not into getting

7    into these people's personal lives; that's not what we want.

8         THE COURT:  I guess the question, Mr. Dintzer, is,

9    look, there's a fair amount in this case that's already

10   sensitive business information.  I would put this, based on

11   what I've read, in an even higher degree of sensitivity.

12   These records contain not only references to work that's

13   done by individuals, business goals, accomplishments, but it

14   also reflects sort of subjective evaluations of -- by

15   colleagues, and, you know, that is, obviously, quite

16   sensitive, what other people think of the person that's

17   doing the assessment.

18        And so what proposals or have you thought about

19   ways in which the distribution of these kind of records, if

20   I were to allow them to be distributed, would be limited

21   within your teams?

22        MR. DINTZER:  Sure.

23        So there's several things.  The first is that we

24   could limit the people who see each one to the people who

25   are preparing for either considering the deposition of this

1    individual or preparing for the deposition of this

2    individual, because that's what we need.  If these are used

3    in a deposition, we will ask that the deposition be sealed

4    and we will ask that -- so that anything in there will be

5    sealed, at least those portions of it will be sealed so that

6    they won't find their way out.

7         And so we can come up with a list of approaches --

8    I'm used to dealing in cases that have extremely sensitive

9    competitive information, and we can -- so that parties can't

10   see it, certainly no third party will see these materials,

11   we won't file anything, we take the care that we did with

12   those three that we actually have.

13        And that's one thing to note to the Court.  We do

14   have some of these.  And, in fact, Google has told us that

15   to the extent that these materials are in the custodial

16   files, we'll get them, which means that -- I mean, it's hit

17   or miss, but they're not saying we can't have them and

18   we will be professional about how we use them.

19        I'd be happy to come up with a list of proposals

20   to make sure that they don't find their way out, because we

21   have no interest in embarrassing any of these individuals.

22   But, you know, given -- subject to some sort of list of

23   agreements on how we'll ensure that they get a level of

24   protection that they're due, allowing my team to have access

25   to these and to review them and to use them if there's

1    material that's relevant to this case, I think serves an

2    important need in the Department of Justice in the

3    preparation of our case.

4            THE COURT:  Let me ask Mr. Schmidtlein.  I mean,

5    you've probably now had an opportunity to reflect on this a

6    little bit more, the samples that you sent me I've reviewed

7    and I'll just sort of preface my question to you with the

8    following observation, which is that, you know, some of

9    these samples, at a very general level, they do make

10   reference to transactions that Google has had or is engaging

11   with, business transactions with various partners.  There's

12   reference to market share improvements, for example, and

13   certain -- at least in one self-assessment.  And then, quite

14   curiously, one self-assessment actually references potential

15   for antitrust litigation and the deposition that person sat

16   for in connection with an antitrust matter.

17           So there's certainly, it seems to me, some

18   relevant information in these self-assessments based upon my

19   limited review of what I've seen, but what are your

20   thoughts, Mr. Schmidtlein, and is it still your position

21   that these documents all contain potentially relevant

22   information?

23           MR. SCHMIDTLEIN:  Your Honor, I think our position

24   has always been that we're talking about a bit of a

25   proportionality here.

1          The information that's in these -- that is

2     potentially relevant is not unique to these documents,

3     I think, has been our position; in other words, in the

4     submission that the Department made in connection with the

5     documents that they submitted to you, I think make that

6     clear.

7          The descriptions or the things they highlight in

8     those documents are just, you know, noting that somebody

9     negotiated a deal and describing a deal that Google did with

10    a particular third party.  Well, the Department doesn't need

11    a performance review where somebody touts the fact that,

12    hey, I was able to get a deal done distributing Google's

13    search with this third party.  They've got the agreement.

14    They've got reams and reams and reams of documents regarding

15    the negotiation of the agreement.

16          THE COURT:  No doubt about that.  You're right,

17    Mr. Schmidtlein.

18          But, I mean, at least in, for example, one of the

19    self-assessments I reviewed, there are the subjective

20    evaluations of the deal and the success of the deal.  Those

21    are, it would seem to me -- well, you tell me, but it seems

22    to be less likely that those kind of impressions,

23    first-party impressions, are likely to be found in deal

24    documents or in emails.

25          MR. SCHMIDTLEIN:  Well, I think as -- given the

1   fact that we are producing kind of the negotiation

2   documents, the actual final agreements themselves and then

3   they're getting the internal emails within Google about what

4   are we projecting, you know, what are we discussing, how are

5   we evaluating different terms or different parts of

6   negotiations, and having myself been through a lot of those

7   documents, I didn't find anything earth-shattering or new or

8   materially different in terms of the characterization of

9   these types of documents.  Certainly they talk about

10  projections about revenues, things like that.  You know,

11  there are certainly other documents where those types of

12  issues are not, surprisingly, discussed.

13          I think our point from the beginning has been, we

14  think the amount of relevant information in there is not

15  substantial.  The chances that there are these types of more

16  sensitive things, as you, I think, correctly comment, you

17  know, some of these do contain reviews by other individuals

18  in the company, sometimes the individuals have seen those

19  reviews, sometimes they haven't, and you see more sort of

20  candid discussions of people.  That's not really relevant

21  information and is sensitive to us.

22          And while, you know, given the enormous burden

23  that we have already undertaken, one can always say, oh,

24  well, what's just making Google do some more burden.  The

25  idea that we're going to go and have to call out -- you

```
 1   know, they're asking for all 116 document custodians.  They
 2   want us to go back, pull, try to identify and locate, from a
 3   database, every last review for every year the person worked
 4   at Google.  Now, that may not sound like a big deal to
 5   Mr. Dintzer, and in the scope of everything we've done, one
 6   could sort of shrug that off, but it all does add up,
 7   Your Honor, and we'd say, given the balance here, it doesn't
 8   make sense.
 9           THE COURT:  Can I ask you a question,
10   Mr. Schmidtlein, which is that, you know, as Mr. Dintzer
11   pointed out, your submission or your cover letter, I think,
12   said something to the effect of that at least the samples
13   you provided to me were found in this central repository.
14   Can you shed any more light on that in terms of where these
15   are located and how they would be found if they were to
16   be -- if you were to need to make a query for these types of
17   records?
18           MR. SCHMIDTLEIN:  In terms of the final
19   documentation, it's my understanding that there is a
20   database where these materials exist.  You know, how far
21   back and how complete they are may vary, but that there is a
22   database and that what we would have to do for every single
23   person would be to go back and search names, you know,
24   employees' names, data about the employee.
25             And then I think you'd have to try to specify if
```

1   there was a particular time period that you were looking for

2   to try to locate whether there, in fact, are documents,

3   reviews associated for that employee for a particular time

4   period.  And then we would have to review them individually

5   to see if, in fact, there was any information that we would

6   want to redact for personal reasons.

7           THE COURT:  Sure.

8           All right.  Well, look, I think the following,

9   which is:  Based on my review, as I said, the

10  self-assessments certainly do contain -- have the potential

11  to contain evidence that meets the standard of relevance in

12  the sense of might it lead to the production of and the

13  development of admissible evidence.  That's obviously not

14  the complete standard of relevance, and I'm supposed to

15  consider other factors like the burden it would impose and

16  the benefit of these records.

17          But as I said, you know, I do think these records

18  are unique, they do provide sort of an interesting insight

19  and window into the thinking of the assessor in terms of

20  reflecting on the work that they've done and how they think

21  that benefited the company and, frankly, ultimately

22  benefited them, and so I do think sort of the standard test

23  of relevance is met.

24          I am concerned about the breadth of the

25  government's ask here in terms of asking these for every

1  single custodian.  It's not clear to me that just because
2  somebody is a custodian, that their self-assessment should
3  necessarily be produced; on the other hand, if somebody is
4  being deposed, then I think that's probably a stronger case
5  for providing a self-assessment.  If the government thinks
6  somebody is important enough to depose them, then it seems
7  to me that that person's self-assessment has a greater
8  bearing on the government's case than simply somebody who
9  happens to be a document custodian as to whom the government
10 has no intention of deposing.

11         So I'm not prepared to order the disclosure of all
12 of these to each of the custodians over the time period.
13 I think what I'd like you all to do is as follows:

14         I'm prepared to say, as a preliminary matter, that
15 these will be disclosable.  As I said, I'm not prepared to
16 grant the government's request to produce each of them for
17 every custodian, I think there's now -- there's at least 96,
18 and I think maybe we're up to 120-something, if memory
19 serves.  That level of production the government hasn't, at
20 this point, in my mind, justified.

21         But certainly as to those who you intend to
22 depose, I think you probably have met my standard insofar as
23 relevance.  And given the description that Mr. Schmidtlein
24 has provided about where these are located, it seems that
25 the burden of obtaining them is relatively modest, let's put

1    it that way.

2          And so what I'll ask you all to do is as follows:

3    I'll ask you all to work out a protocol for requesting these

4    and when they can be requested.  What I have in mind is

5    something like making a request for these types of -- for

6    these self-assessments 30 days in advance of somebody's

7    deposition, for example, something along that line the

8    government can make the request as you are making with

9    respect to the individual custodial files that you're

10   seeking the person's self-assessments.

11          In that same request, you'll identify the time

12   period that you're seeking a self-assessment for.  There

13   needs to, obviously, be some time that Google will have to

14   review those documents and to make sure that any

15   particularly sensitive material is removed, and by that

16   I mean anything that really does deal with sort of personal

17   issues, you know, that might involve the person's health,

18   welfare, family issues, that sort of thing.

19          And then finally, I'd like there to be some

20   agreement in place as to limitation on distribution.

21   I don't want these to just end up in the DOJ and the

22   Colorado Plaintiffs' general database of records that can be

23   accessed by anybody who's on the team in any office

24   throughout the country.  I want to make sure that these are

25   limited in availability, whether that's -- they're found in

1   some password-protected location that's only accessible to a

2   handful -- to relevant lawyers, but I leave it to you --

3           COURTROOM DEPUTY:  And this Jean-Claude again,

4   Judge Mehta Courtroom's Deputy.  I'll notify him that he may

5   have disconnected again.

6           THE COURT:  Hi, everyone.  Can you hear me?

7           MR. SCHMIDTLEIN:  Yes, Your Honor.

8           MR. DINTZER:  Yes, Your Honor.

9           THE COURT:  All right.  How about now?

10          MR. SCHMIDTLEIN:  Yes, Your Honor.

11          MR. DINTZER:  We can hear you.

12          THE COURT:  All right.  I can't hear you.

13  All right.  Great.  There we go.  Finally.

14          Sorry, everyone.  This has not been my day.

15  My computer literally crashed.  There's one of those blue

16  screens of death that is on my screen right now, so I don't

17  know what's going on.  So sorry about that.

18          In any event, so as I was saying, the last

19  component of this is that the self-assessment should be

20  secure and their distribution limited to a small group of

21  people.  So with those parameters in place, I'm prepared to

22  grant the government's request to have Google disclose these

23  types of records and I'll leave it to you all to work out

24  the details.

25          Mr. Schmidtlein.

1          MR. SCHMIDTLEIN:  Yes.

2          Your Honor, I want to raise just one, I guess,

3     potential point of clarification or to get some guidance

4     from you, maybe to ask for a slight modification of what's

5     said or maybe a clarification.

6          The documents that we provided to you were all the

7     documents that, as I understand it, are to be viewed by an

8     employee's manager.  There are sort of two different views

9     of these records.  There is what the employee's manager

10    sees, which could be a variety of reviews or assessments by

11    others within the organization, and then there is what the

12    employee himself can see, kind of an employee view, which

13    I think is probably -- is sometimes maybe limited to what

14    the employee's self-assessment was.  As you saw, there were

15    some of these documents that were clearly generated by the

16    employee, and then there may be reviews that that employee

17    could see made by others, because those people chose to

18    provide a review that was reviewable by the employee.

19         And so I guess one potential point of

20    clarification -- did we lose the Judge?

21         THE COURT:  I'm still here.

22         MR. SCHMIDTLEIN:  Okay.  I lost you on my screen.

23         One point of clarification is:  Do you want us,

24    within the protocols you described, to produce sort of the

25    broader look, which is what we gave you because we wanted

1   you to see everything, or could we limit this to just what

2   the employee, him or herself, has viewed potentially as part

3   of the process, if the point of this is that they may want

4   to use this to ask the employee something about during the

5   deposition?  Because, otherwise I'm going to have to prepare

6   the employee, I'm going to have to show the employee a bunch

7   of documents and records that people intentionally decided

8   not to show that employee, if that makes sense.

9          THE COURT:  So, Mr. Dintzer --

10         MR. DINTZER:  Yeah, I would just -- we can,

11  I mean, to the extent that counsel -- so, two things,

12  Your Honor.  The first is:  To the extent that counsel

13  provided the Court with these full packets, it was

14  presumably because they understood that that was what we

15  were asking for, the full packets.

16         And it's not our intent -- and, of course, Google

17  can always come back to the Judge if they see us abusing

18  this way -- it's not our intent to say, ha-ha, your boss

19  didn't think very much of you.  We have zero interest in

20  that kind of -- we do have an interest, though, if the boss

21  thought that, you know, look, they did this and it was my

22  intent -- my impression that that increased our market share

23  or that that helped make an agreement exclusive.  We need

24  that.

25         And so we would want the broader materials, with

```
1    the understanding that we will be careful and we can talk

2    over with Google the protocols to make sure that we don't

3    put anybody in a position where they should --

4            THE COURT:  I'll tell you based on -- and I

5    would -- you know, Mr. Schmidtlein, I guess two

6    observations:  One is, I did notice, obviously, that there

7    were -- the assessment seems to have two parts to it; one is

8    a true self-assessment, which is the employee evaluating him

9    or herself and talking about what he or she has done in the

10   past and then what he or she hopes to do in the future.

11           Then there's a second part of it where I --

12   there's one of these sort of 360-type evaluations, where

13   direct reports, for example, can comment about the person's

14   management abilities or how they might be a better manager,

15   that kind of thing.  You know, it certainly, it seems to me

16   that latter category is arguably less relevant material.

17           That said, it seems hard for me to kind of take a

18   hatchet and kind of cut it off between those two categories,

19   not knowing with respect to each individual, what that

20   second bucket, that is, other people's assessment of the

21   assessor might contain.

22           I think what you all ought to do, what I suggest,

23   is talk over how that particular material might be used.

24   So, for example, if the Department of Justice receives it

25   and intends to make use of it at a deposition, for example,
```

1   either of the person who drafted the assessment or the

2   person who made the comment, that some notice ought to be

3   given to Google in advance so that they can be prepared to

4   deal with that.

5          That seems to me to be reasonable, given the

6   sensitivity of this material and the fact that Mr. Dintzer

7   has indicated that there may be some relevance to it.  But

8   as I said, based upon my limited review, a lot of it is sort

9   of what I'll call more sort of soft assessments, rather than

10  actual commentary about the person's performance relative to

11  the business objectives of the company.

12         But nevertheless, there may be something in there

13  and it's hard for me to simply say in a categorical way that

14  there's just not any possibility that there may be something

15  relevant in those kind of assessments.  So it seems to me

16  that that could be something you all work out in terms of

17  how you deal with that procedurally.

18         MR. DINTZER:  We appreciate that, Your Honor.

19         We also had a second request.  And we understand

20  what the Court is saying about the depositions.  We would

21  ask that for the approximately 29, I don't have an exact

22  number of the people that Google put on their initial

23  disclosures, they're all Google employees or former

24  employees, Google has themselves identified these are people

25  who are relevant.  We'd ask that they go ahead and not wait

1    for a deposition notice for these people, that they go ahead

2    and provide us with these materials after we have the

3    procedures in place, given that they themselves have

4    identified them.

5              THE COURT:  Well, look, I think I will ultimately

6    leave this to you all -- and if there's a dispute -- but my

7    inclination is to still stick with this idea of the

8    Department of Justice, if you're going to depose somebody,

9    you give notice, as opposed to just, Google has identified

10   somebody in their 30(b)(6) as somebody with relevant

11   information.

12             As I said, if the Department of Justice or the

13   Colorado Plaintiffs don't think somebody is worth deposing,

14   it seems to me that getting their self-assessment is a

15   little less -- you've shown a little less of a need for a

16   non-deponent's self-assessment.

17             So I would prefer we stick with that way, and if

18   there's some compelling reason to ask for a mass disclosure,

19   you can try to convince me of that, but I think providing

20   notice and then doing it on a deponent-by-deponent basis

21   probably makes the most sense.

22             MR. DINTZER:  We appreciate that, Your Honor.

23             THE COURT:  All right.  Anything else, Counsel?

24             Do we have a next date insofar as a next status

25   conference goes?

1        MR. DINTZER:  I don't believe so, Your Honor, but

2    I'm not sure, I'm waiting for a text.

3        No, we don't.

4        THE COURT:  All right.

5        Bear with me.  I just -- in my rush to come over

6    to my law clerk's computer, I left my calendar behind.  So

7    let me go grab it and I'll be right back.

8        MR. DINTZER:  Thank you, Your Honor.

9        (Pause)

10       THE COURT:  So today is the 29th of June.

11   Are folks available either on the 29th of July or the

12   30th of July?

13       MR. DINTZER:  The United States is available,

14   Your Honor.

15       MR. CAVANAUGH:  So is Colorado, Your Honor.

16       MR. SCHMIDTLEIN:  And is Google, Your Honor.

17       THE COURT:  Okay.

18       So why don't we set the 30th of July at 11:00 a.m.

19       And then let's also go ahead and set our August

20   hearing.  And I don't know what folks -- hopefully you all

21   are getting some kind of vacation in the next coming months.

22   So how about August 31st at 11:00?

23       MR. DINTZER:  That works for the United States,

24   Your Honor.

25       MR. CAVANAUGH:  I believe it works for Colorado.

 1          MR. SCHMIDTLEIN:  And I think that works for us as

 2    well, Your Honor.

 3          THE COURT:  Okay.

 4          Yeah.  And look, just let me know if anybody's

 5    schedule changes.  And I'm certainly back -- my kids are

 6    back in school as of late August, so I'll be around if we

 7    need to adjust the schedule a little bit.

 8          Okay.  Anything else anybody would like to raise?

 9          And then we'll include in our Minute Order the

10    date for the Joint Status Reports in advance of those

11    conferences.

12          And, then, again, we've got a schedule in place

13    for third-party discovery disputes, and then obviously if

14    anything comes up in the interim, you know how to reach us.

15          MR. DINTZER:  Thank you, Your Honor.  Nothing more

16    for the Department of Justice.

17          MR. CAVANAUGH:  Nothing further for the Colorado

18    Plaintiffs.  Thank you, Judge.

19          MR. SCHMIDTLEIN:  Nothing, Your Honor.

20          THE COURT:  Thank you all.  Take care.  See you

21    soon.

22          (Proceedings concluded at 12:04 p.m.)

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

        Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__June 29, 2021_____     /S/__William P. Zaremba_____

                       William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [4] 3/2 7/3
7/7 32/3
MR. CAVANAUGH: [6]
11/15 13/9 19/17 38/15
38/25 39/17
MR. DINTZER: [24]
3/23 4/12 5/17 6/6 6/14
7/13 10/4 13/16 14/16
15/3 19/15 20/19 21/15
23/22 32/8 32/11 34/10
36/18 37/22 38/1 38/8
38/13 38/23 39/15
MR. SCHMIDTLEIN:
[20] 6/21 7/18 13/1
15/10 17/14 18/2 19/5
19/14 20/13 20/21
25/23 26/25 28/18 32/7
32/10 33/1 33/22 38/16
39/1 39/19
THE COURT: [41]

/

/S [1] 40/10

0

0340 [1] 1/14

1

10036-6710 [1] 1/18
1100 [1] 1/13
1133 [1] 1/17
116 [1] 28/1
11:00 [2] 1/6 38/22
11:00 a.m [1] 38/18
120-something [1]
30/18
12:04 [1] 39/22
12th [1] 2/3
14th [7] 12/13 12/14
19/2 19/12 19/18 20/5
20/9
16th [1] 9/3
19 [1] 40/6

2

20-3010 [2] 1/4 3/3
20001 [1] 2/8
20005 [1] 2/3
2011 [1] 8/17
2013 [1] 8/17
202 [3] 1/14 2/4 2/9
2021 [2] 1/5 40/10
212 [1] 1/19
2200 [1] 1/18
24th [1] 3/14
2793 [1] 1/19
29 [3] 1/5 36/21 40/10
29th [2] 38/10 38/11
2:30 [2] 19/12 19/18

3

30 [6] 4/23 7/19 9/9
12/3 31/6 37/10
3010 [2] 1/4 3/3
307-0340 [1] 1/14
30th [1] 38/18

31st [2] 5/19 38/22
3249 [1] 2/9
333 [1] 2/8
335-2793 [1] 1/19
354-3249 [1] 2/9
360-type [1] 35/12

4

434-5000 [1] 2/4
4th [1] 18/15

5

500,000 [1] 5/13
5000 [1] 2/4
5th [1] 18/18

6

6710 [1] 1/18

7

725 [1] 2/3

9

96 [1] 30/17
9:00 [1] 19/9
9th [2] 18/19 19/25

A

a.m [3] 1/6 19/9 38/18
abilities [1] 35/14
able [5] 13/6 16/7 20/6
20/8 26/12
about [37] 4/7 5/16 7/9
7/10 8/23 9/8 10/21
11/2 11/4 11/11 12/25
13/10 15/13 18/1 18/4
18/22 21/19 22/10
22/11 23/18 24/18
25/24 26/16 27/3 27/9
27/10 28/24 29/9
30/24 32/9 32/17 34/4
35/9 35/13 36/10 36/20
38/22
above [1] 40/4
above-titled [1] 40/4
abusing [1] 34/17
access [1] 24/24
accessed [1] 31/23
accessible [1] 32/1
accommodate [4] 9/5
13/4 16/13 18/23
accomplishments [1]
23/13
act [1] 17/16
action [2] 3/3 5/25
actual [1] 27/2 36/10
actually [6] 4/8 10/25
14/2 22/20 24/12 25/14
add [3] 14/21 21/12
28/6
added [1] 11/20
addition [2] 11/19 15/1
additional [1] 11/21
14/25 16/22
address [3] 4/1 16/24
17/12
adjust [1] 39/7
admissible [1] 29/13

22/13
advance [6] 17/10
19/24 20/5 31/6 36/3
39/10
after [2] 14/9 37/2
afternoon [1] 19/12
again [6] 3/9 13/5
18/21 32/3 32/5 39/12
agenda [1] 20/23
agree [1] 11/2
agreeable [1] 12/1
agreement [6] 15/25
16/22 26/13 26/15
31/20 34/23
agreements [2] 24/23
27/2
ahead [5] 8/1 16/7
36/25 37/1 38/19
aided [1] 2/10
al [2] 1/3 3/4
All [45]
All right [2] 3/8 32/13
allow [1] 23/20
allowing [1] 24/24
along [6] 6/7 11/6 11/7
12/2 18/11 31/7
already [2] 23/9 27/23
also [11] 7/22 8/1 8/2
8/8 11/20 12/5 21/23
22/18 23/14 36/19
38/19
always [5] 3/14 4/13
25/24 27/23 34/17
am [1] 29/24
AMERICA [2] 1/3 3/3
Americas [1] 1/17
Amex [1] 22/8
AMIT [1] 1/10
amount [3] 9/17 23/9
27/14
another [1] 5/13
anticipate [1] 13/6
antitrust [2] 25/15
25/16
any [18] 9/24 12/24
13/5 13/11 19/19 19/21
19/24 20/6 22/6 23/4
23/4 24/21 28/14 29/5
31/14 31/23 32/18
36/14
anybody [5] 5/8 10/1
31/23 35/3 39/8
anybody's [1] 39/4
anything [13] 5/16
5/18 6/4 9/8 12/24
22/15 24/4 24/11 27/7
31/16 37/23 39/8 39/14
APPEARANCES [2]
1/11 1/20
appreciate [4] 3/12
12/21 36/18 37/22
appreciated [1] 14/12
appreciative [1] 9/15
approach [1] 15/6
approaches [1] 24/7
appropriate [1] 11/3
approximately [1]

are [77]
Are folks [1] 38/11
arguably [1] 35/16
arguments [1] 7/1
arising [1] 13/11
around [2] 8/24 39/6
as [50]
aside [1] 17/9
ask [18] 9/14 16/18
17/19 17/25 19/21 20/6
24/3 24/4 25/4 28/9
29/25 31/2 31/3 33/4
34/4 36/21 36/25 37/18
asked [8] 4/8 4/16 4/20
6/1 11/22 13/3 14/25
21/2
asking [5] 22/15 22/22
28/1 29/25 34/15
assessment [16] 22/2
23/17 25/13 25/14 30/2
30/5 30/7 31/12 32/19
33/14 35/7 35/8 35/20
36/1 37/14 37/16
assessments [9] 21/24
25/18 26/19 29/10 31/6
31/10 33/10 36/9 36/15
assessor [2] 29/19
35/21
associated [3] 10/1
16/25 29/3
assume [1] 19/3
August [12] 4/9 4/15
4/24 8/3 8/15 9/25 10/7
11/18 12/3 38/19 38/22
39/6
availability [1] 31/25
available [5] 8/8 18/20
19/3 38/11 38/13
Avenue [2] 1/17 2/8
awaiting [1] 11/24

B

back [14] 3/11 3/13 6/9
8/23 13/25 15/21 16/17
28/2 28/21 28/23 34/17
38/7 39/5 39/6
backwards [2] 17/22
19/1
balance [1] 28/7
ballpark [1] 18/1
Barrett [1] 2/7
barring [2] 5/9 13/5
based [6] 21/22 23/10
25/18 29/9 35/4 36/8
basically [1] 14/20
basis [1] 37/20
be [61]
Bear [1] 38/5
bearing [1] 30/8
because [11] 13/18
16/2 16/15 16/23 24/2
24/20 30/1 33/17 33/25
34/5 34/14
been [18] 7/13 9/3 9/18
10/16 10/17 14/5 14/14
14/22 14/23 15/11
16/15 21/20 22/11

8/24 26/3 27/6 27/13
32/14
before [7] 1/10 6/4
9/14 9/14 17/25 18/17
19/21
began [1] 7/16
begin [3] 4/9 10/6 16/3
beginning [3] 6/8 7/17
27/13
behind [2] 10/14 38/6
being [2] 13/6 30/4
believe [9] 9/4 9/4
11/17 12/4 13/3 14/16
22/2 38/1 38/25
BELKNAP [1] 1/16
benchmark [4] 6/24
7/20 7/23 8/3
benchmarks [1] 6/23
benefit [1] 29/16
benefited [2] 29/21
29/22
best [1] 19/1
better [1] 35/14
between [1] 35/18
beyond [1] 23/5
big [1] 28/4
bit [6] 10/14 16/14 17/4
25/6 25/24 39/7
blocks [1] 3/15
blue [1] 32/15
board [1] 8/20
bodies [1] 9/18
bore [1] 12/16
boss [2] 34/18 34/20
both [1] 14/17
breadth [2] 5/22 29/24
briefing [1] 20/10
briefly [1] 3/25
bring [4] 12/18 15/25
16/7 16/10
broader [2] 33/25
34/25
broadly [1] 21/10
bucket [1] 35/20
built [1] 16/22
bunch [1] 34/6
burden [5] 22/19 27/22
27/24 29/15 30/25
business [4] 23/10
23/13 25/11 36/11

C

calendar [3] 17/20
18/24 38/6
California [2] 5/6 5/6
call [3] 14/19 27/25
36/9
camera [1] 21/12
can [42]
can't [4] 22/1 24/9
24/17 32/12
candid [1] 27/20
care [3] 20/16 24/11
39/20
careful [1] 21/19 21/23
35/1
case [14] 8/2 10/13
10/18 15/15 18/10 19/5

**C**

**case... [8]** 22/6 22/13 22/24 23/9 25/1 25/3 30/4 30/8
**cases [5]** 15/13 18/6 21/23 22/14 24/8
**categorical [1]** 36/13
**categories [1]** 35/18
**category [1]** 35/16
**Cavanaugh [5]** 1/16 3/5 11/10 11/14 13/2
**central [2]** 22/23 28/13
**certain [1]** 25/13
**certainly [10]** 5/11 5/18 24/10 25/17 27/9 27/11 29/10 30/21 35/15 39/5
**Certified [1]** 2/6
**certify [1]** 40/2
**CH [1]** 2/7
**chances [1]** 27/15
**change [2]** 14/21 16/8
**changes [1]** 39/5
**characterization [1]** 27/8
**check [1]** 16/14
**chose [1]** 33/17
**chunks [1]** 8/7
**cited [1]** 22/8
**Civil [1]** 3/3
**claims [1]** 5/23
**clarification [4]** 33/3 33/5 33/20 33/23
**clarify [1]** 18/6
**Claude [3]** 7/1 7/7 32/3
**clear [2]** 26/6 30/1
**clearly [1]** 33/15
**clerk's [1]** 38/6
**close [1]** 16/1
**CMO [2]** 4/22 23/2
**Coast [2]** 19/4 19/9
**colleagues [1]** 23/15
**Colorado [9]** 8/2 11/11 12/8 19/17 31/22 37/13 38/15 38/25 39/17
**COLUMBIA [1]** 1/1
**come [8]** 5/24 10/4 10/23 15/7 24/7 24/19 34/17 38/5
**comes [1]** 39/14
**comfortable [1]** 6/12
**coming [1]** 38/21
**comment [4]** 9/14 27/16 35/13 36/2
**commentary [1]** 36/10
**commit [1]** 10/22
**committed [1]** 9/21
**common [1]** 21/21
**company [3]** 27/18 29/21 36/11
**compel [1]** 16/11
**compelling [1]** 37/18
**competitive [1]** 24/9
**complete [6]** 4/16 4/18 9/2 13/6 28/21 29/14
**completion [6]** 6/24 6/25 7/24 8/3 8/4 11/18
**complicated [1]** 20/9
**component [1]** 32/19

**comprehensive [1]** 17/12
**comprehensively [1]** 17/12
**compromise [2]** 13/24 13/24
**computer [3]** 2/10 32/15 38/6
**computer-aided [1]** 2/10
**concerned [1]** 29/24
**concerns [2]** 5/8 5/21
**concluded [1]** 39/22
**conference [9]** 1/9 3/12 3/18 16/10 17/9 17/10 17/23 19/19 37/25
**conferences [1]** 39/11
**conferring [1]** 15/12
**confirm [1]** 13/2
**connection [7]** 7/25 8/9 8/12 8/19 11/22 25/16 26/4
**CONNOLLY [1]** 2/2
**consider [1]** 29/15
**consideration [1]** 21/3
**considered [1]** 13/23
**considering [1]** 23/25
**Constitution [1]** 2/8
**contain [8]** 22/16 22/17 23/12 25/21 27/17 29/10 29/11 35/21
**continue [1]** 14/7
**CONTINUED [1]** 2/1
**continuing [2]** 8/6 12/9
**convenience [1]** 6/10
**convenient [1]** 18/21
**conversations [1]** 8/8
**convince [2]** 19/9 37/19
**cooperate [1]** 13/20
**cooperative [1]** 19/10
**correct [1]** 40/3
**correctly [1]** 27/16
**could [10]** 7/16 19/5 21/25 22/24 23/24 28/6 33/10 33/17 34/1 36/16
**counsel [5]** 3/8 19/7 34/11 34/12 37/23
**country [1]** 31/24
**couple [1]** 17/5
**course [10]** 5/7 5/25 6/1 6/9 7/19 7/22 8/2 9/6 21/6 34/16
**court [23]** 1/1 2/5 2/7 3/25 4/1 4/12 4/17 5/3 6/1 6/9 6/11 6/12 6/16 7/21 12/16 12/18 14/3 14/3 22/8 24/13 34/13 36/20 40/7
**Court's [3]** 6/10 14/9 14/10
**Courtroom [1]** 7/4
**Courtroom's [1]** 32/4
**cover [1]** 28/11
**COVID [1]** 40/6
**COVID-19 [1]** 40/6
**crashed [1]** 32/15

**cross-subpoenaed [1]** 14/15
**crossed [1]** 12/23
**CRR [2]** 40/2 40/11
**curiously [1]** 25/14
**current [1]** 11/21
**custodial [2]** 24/15 31/9
**custodian [5]** 22/25 30/1 30/2 30/9 30/17
**custodians [1]** 22/24 28/1 30/12
**cut [1]** 35/18
**CV [1]** 1/4

**D**

**D.C [4]** 1/5 1/13 2/3 2/8
**data [8]** 4/6 8/9 12/8 12/9 18/8 18/11 18/12 28/24
**database [4]** 28/3 28/20 28/22 31/22
**date [5]** 17/8 17/10 17/24 39/10 40/10
**dates [1]** 17/15
**day [1]** 32/14
**days [3]** 14/3 19/1 31/6
**deadline [1]** 5/20
**deadlines [3]** 9/19 9/21 10/22
**deal [13]** 15/8 15/20 19/19 26/9 26/9 26/12 26/20 26/20 26/23 28/4 31/16 36/4 36/17
**dealing [2]** 15/5 24/8
**death [1]** 32/16
**decided [2]** 7/11 34/7
**defendant [3]** 1/7 2/2 2/7
**degree [1]** 23/11
**DEPARTMENT [22]** 1/12 6/11 8/14 8/24 9/10 10/2 10/5 15/1 15/16 19/15 20/1 20/19 20/24 21/4 21/7 25/2 26/4 26/10 35/24 37/8 37/12 39/16
**depending [2]** 14/1 18/24
**deponent [2]** 37/20 37/20
**deponent's [1]** 37/16
**deponents [2]** 4/9 4/15
**depose [6]** 10/2 10/5 21/18 30/6 30/22 37/8
**deposed [1]** 30/4
**deposing [3]** 8/14 30/10 37/13
**deposition [12]** 4/15 4/21 9/9 23/25 24/1 24/3 24/3 25/15 31/7 34/5 35/25 37/1
**depositions [9]** 4/7 5/4 6/7 8/12 8/22 9/24 11/19 12/5 36/20
**Deputy [1]** 7/4 32/4
**described [1]** 33/24

**describing [1]** 25/24 26/9
**description [1]** 30/23
**descriptions [1]** 26/7
**details [2]** 12/16 32/24
**development [1]** 29/13
**did [7]** 10/9 14/24 24/11 26/9 33/20 34/21 35/6
**didn't [2]** 27/7 34/19
**different [5]** 18/7 27/5 27/5 27/8 33/8
**difficult [1]** 5/9
**diligently [1]** 10/16
**Dintzer [14]** 1/12 3/5 3/17 3/20 5/13 6/22 7/23 10/11 12/3 23/8 28/5 28/10 34/9 36/6
**Dintzler [2]** 13/13 19/23
**direct [1]** 35/13
**direction [2]** 16/11 16/15
**directions [1]** 16/1
**disclosable [1]** 30/15
**disclose [1]** 32/22
**disclosure [2]** 21/10 30/11 37/18
**disclosures [2]** 5/16 36/23
**disconnected [1]** 32/5
**discovery [11]** 9/24 10/10 10/14 10/15 11/12 11/13 12/7 12/25 13/11 20/17 39/13
**discuss [2]** 6/4 10/9
**discussed [2]** 7/20 9/12 27/12
**discussing [1]** 27/4
**discussion [1]** 21/13
**discussions [5]** 18/8 18/8 18/10 18/11 27/20
**dispute [1]** 37/6
**disputes [6]** 11/1 17/18 19/19 19/19 20/2 39/13
**distributed [1]** 23/20
**distributing [1]** 26/12
**distribution [3]** 23/19 31/20 32/20
**DISTRICT [2]** 1/1 1/1
**do [35]** 4/13 4/23 4/23 5/3 5/10 6/11 8/21 9/24 11/2 13/19 16/20 17/3 17/5 17/8 17/13 17/21 18/15 19/2 19/8 24/13 25/9 27/17 27/24 28/22 29/10 29/17 29/18 29/22 30/13 31/2 33/23 34/20 35/10 35/22 37/24
**do you [2]** 9/24 17/21
**doable [1]** 11/25
**docket [2]** 17/1 17/4
**document [17]** 4/16 4/18 5/14 6/23 8/4 9/1 11/16 11/23 13/7 14/25 15/14 15/16 18/7 18/10 18/13 28/1 30/9

**document-production [1]** 15/14
**documentation [1]** 28/19
**documents [28]** 3/19 4/6 4/6 4/20 5/12 6/25 7/24 8/7 15/22 21/17 22/9 23/1 25/21 26/2 26/5 26/8 26/14 26/24 27/2 27/7 27/9 27/11 29/2 31/14 33/6 33/7 33/15 34/7
**does [5]** 17/9 20/16 20/19 28/6 31/16
**doesn't [2]** 26/10 28/7
**doing [7]** 3/10 10/6 13/21 13/22 16/3 23/17 30/18
**DOJ [8]** 4/14 8/18 8/21 11/20 12/2 12/2 20/25 31/21
**DOJ's [3]** 7/1 7/25 12/5
**don't [22]** 3/17 3/20 5/8 6/17 9/16 9/25 15/5 18/11 18/12 19/11 23/3 23/3 24/20 31/21 32/16 35/2 36/21 37/13 38/1 38/3 38/18 38/20
**done [7]** 9/13 12/6 23/13 26/12 28/5 29/20 35/9
**doubt [1]** 26/16
**down [2]** 19/11 19/18
**dozens [2]** 10/17 21/1
**draft [1]** 21/5
**drafted [1]** 36/1
**drives [1]** 22/23
**due [1]** 24/24
**during [2]** 34/4 40/5

**E**

**each [5]** 22/25 23/24 30/12 30/16 35/19
**eager [1]** 6/9
**early [4]** 4/25 9/22 12/4
**earth [1]** 27/7
**earth-shattering [1]** 27/7
**East [1]** 19/9
**effect [1]** 28/12
**efficiently [1]** 11/6
**efforts [1]** 9/16
**either [6]** 9/25 14/21 21/12 23/25 36/1 38/11
**else [6]** 6/4 12/24 16/25 37/23 39/8
**elsewhere [1]** 21/25
**email [4]** 1/14 1/19 2/4 8/13
**emails [3]** 21/19 26/24 27/3
**embarrassing [1]** 24/21
**emphasize [1]** 21/17
**employee [14]** 11/21 28/24 29/3 33/12 33/12 33/16 33/16 33/18 34/2 34/4 34/6 34/6 34/8

E

employee... [1]  35/8
employee's [3]  33/8
 33/9 33/14
employees [4]  21/1
 21/18 36/23 36/24
employees' [1]  28/24
encouraged [1]  11/16
encouraging [1]  10/21
end [15]  3/18 4/10 4/10
 4/19 6/15 6/18 6/24
 7/22 8/3 10/11 11/18
 13/6 18/17 18/18 31/21
engage [1]  9/10
engaging [1]  25/10
enormous [1]  27/22
enough [1]  30/6
ensure [2]  9/1 24/23
entire [1]  4/18
essential [1]  22/21
et [2]  1/3 3/4
et al [1]  3/4
evaluating [2]  27/5
 35/8
evaluations [3]  23/14
 26/20 35/12
even [1]  23/11
event [1]  32/18
every [6]  14/16 28/3
 28/3 28/22 29/25 30/17
everybody [2]  9/20
 19/3
everyone [5]  3/9 7/10
 19/13 32/6 32/14
everything [1]  16/25
 28/5 34/1
evidence [2]  29/11
 29/13
exact [1]  36/21
example [6]  25/12
 26/18 31/7 35/13 35/24
 35/25
examples [1]  21/22
exceptional [1]  22/16
exclusive [1]  34/23
exist [1]  28/20
expect [1]  5/18
expectations [1]  11/5
expected [2]  4/18 5/17
experiences [1]  21/23
explained [1]  4/22
extent [3]  24/15 34/11
 34/12
extraordinary [1]  14/5
extremely [2]  14/11
 24/8

F

fact [9]  6/8 8/16 13/22
 24/14 26/11 27/1 29/2
 29/5 36/6
factors [1]  29/15
fair [1]  23/9
fairly [1]  15/12
familiar [1]  17/16
family [1]  31/18
far [3]  5/15 15/21 28/20
few [4]  4/2 11/4 14/3

fewer [1]  18/4
figure [1]  21/14
file [1]  24/11
files [4]  20/24 20/25
 24/16 31/9
filing [2]  22/7 22/20
final [3]  5/1 27/2 28/18
finally [2]  31/19 32/13
find [5]  11/6 21/25 24/6
 24/20 27/7
fine [2]  19/15 19/17
fingers [1]  12/23
first [13]  4/15 4/24 5/4
 7/1 7/25 8/20 10/7
 13/13 21/16 22/4 23/23
 26/23 34/12
first-party [1]  26/23
five [2]  18/4 21/3
flag [1]  6/17
flagged [2]  13/13 21/7
focused [1]  10/7
focusing [1]  13/17
folks [4]  8/18 18/23
 38/11 38/20
follow [1]  16/13
following [4]  14/22
 18/20 25/8 29/8
follows [2]  30/13 31/2
foregoing [1]  40/3
formal [1]  16/12
former [1]  36/23
forth [1]  20/3
forward [3]  14/10 15/8
 21/14
found [8]  14/10 21/4
 21/6 22/14 26/23 28/13
 28/15 31/25
frankly [1]  29/21
Friday [4]  8/13 9/3
 11/20 18/19
fritz [1]  7/11
front [2]  4/11 6/9
full [2]  34/13 34/15
further [2]  9/8 18/10
 39/17
future [1]  35/10

G

gave [1]  33/25
general [3]  12/25 25/9
 31/22
generally [2]  5/2 6/6
generated [1]  33/15
get [22]  3/14 3/19 4/5
 4/25 6/15 6/19 8/23
 9/10 10/24 16/1 16/1
 16/4 16/8 16/14 17/1
 17/25 18/17 22/1 24/16
 24/23 26/12 33/3
gets [3]  14/18 16/25
 17/1
getting [8]  8/18 9/6
 10/22 15/19 23/6 27/3
 37/14 38/21
give [2]  7/5 37/9
given [9]  8/12 24/22
 26/25 27/22 28/7 30/23

giving [1]  13/20
global [1]  17/23
go [14]  4/2 7/11 9/11
 15/21 22/22 22/24
 27/25 28/2 28/23 32/13
 36/25 37/1 38/7 38/19
go ahead [3]  36/25
 37/1 38/19
goals [2]  22/3 23/13
goes [1]  37/25
going [15]  7/8 10/19
 11/2 12/21 13/17 15/24
 16/2 18/8 18/9 19/8
 27/25 32/17 34/5 34/6
 37/8
gone [2]  12/15 16/17
good [5]  3/2 3/16 3/24
 6/21 8/6
good morning [2]  3/24
 6/21
GOOGLE [42]
Google LLC [1]  3/4
Google's [7]  4/18 5/22
 11/25 14/21 21/18
 21/18 26/12
got [6]  9/3 18/7 18/8
 26/13 26/14 39/12
gotten [2]  4/24 13/25
government [5]  3/6
 30/5 30/9 30/19 31/8
government's [4]
 29/25 30/8 30/16 32/22
grab [1]  38/7
grant [2]  30/16 32/22
grateful [2]  9/20 9/20
great [4]  7/17 15/20
 20/22 32/13
greater [1]  30/7
group [1]  32/20
guess [8]  14/23 17/24
 18/15 18/18 23/8 33/2
 33/19 35/5
guidance [1]  33/3

H

ha [1]  34/18 34/18
ha-ha [1]  34/18
had [13]  4/7 4/7 4/8
 7/20 9/23 13/22 14/8
 15/18 20/24 21/1 25/5
 25/10 36/19
hand [1]  30/3
handful [1]  32/2
happen [2]  9/5 13/5
happened [1]  18/9
happens [1]  30/9
happy [2]  21/13 24/19
hard [3]  22/23 35/17
 36/13
has [22]  3/15 5/6 9/13
 14/3 14/24 18/9 21/4
 21/20 24/14 25/10
 25/24 26/3 27/13 30/7
 30/10 30/24 32/14 34/2
 35/9 36/7 36/24 37/9
hasn't [1]  30/19
hatchet [1]  35/18

haven't [2]  5/18 27/19
having [5]  8/8 10/21
 17/23 22/11 27/6
he [5]  10/12 22/6 32/4
 35/9 35/10
head [1]  17/25
headed [1]  11/1
health [2]  23/4 31/17
hear [8]  3/25 11/10
 11/16 15/6 21/13 32/6
 32/11 32/12
heard [5]  5/18 8/21 9/8
 10/11 22/6
hearing [3]  19/24
 38/20 40/5
heart [1]  16/9
help [2]  10/24 16/16
helped [1]  34/23
helpful [3]  11/7 14/11
 16/15
here [11]  10/18 13/18
 13/23 15/12 17/25
 18/16 22/10 25/25 28/7
 29/25 33/21
herself [2]  34/2 35/9
hey [1]  26/12
Hi [1]  32/6
higher [1]  23/11
highlight [1]  26/7
him [4]  11/11 32/4 34/2
 35/8
himself [1]  33/12
hit [1]  24/16
hold [1]  11/9 15/5
holiday [1]  18/19
honest [1]  22/2
Honor [45]
HONORABLE [1]  1/10
hope [5]  3/9 4/25 5/3
 12/23 20/8
hopeful [2]  12/14 18/5
hopefully [3]  7/12 20/7
 38/20
hopes [1]  35/10
hoping [3]  13/18 14/5
 14/6
horizon [1]  20/18
hours [1]  9/18
house [1]  19/6
how [25]  3/12 3/22
 5/10 7/9 12/21 15/6
 15/8 15/20 18/1 18/24
 22/16 22/17 24/18
 24/23 27/4 28/15 28/20
 28/21 29/20 32/9 35/14
 35/23 36/17 38/22
 39/14

I

I am [1]  29/24
I assume [1]  19/3
I believe [4]  9/4 12/4
 14/16 38/25
I can [5]  4/2 10/11
 15/24 17/12 19/1
I can't [1]  32/12
I did [1]  35/6

I don't [4]  18/11 18/12
 31/21 38/1
I don't have [1]  36/21
I guess [6]  14/23 17/24
 18/15 33/2 33/19 35/5
I have [1]  31/4
I hope [1]  3/9
I just [2]  11/4 38/5
I know [2]  10/19 18/22
I may [1]  20/10
I mean [6]  17/24 19/6
 25/4 26/18 31/16 34/11
I should [3]  14/23
 17/25 18/6
I think [40]  7/23 8/5 8/9
 9/20 10/7 10/9 10/18
 10/20 10/25 12/11 16/2
 17/14 17/14 18/3 18/10
 18/13 19/2 19/12 21/2
 21/21 25/1 25/23 26/3
 26/5 26/25 27/13 27/16
 28/11 28/25 29/8 30/4
 30/13 30/17 30/18
 30/22 33/13 35/22 37/5
 37/19 39/1
I understand [1]  33/7
I want [2]  31/24 33/2
I was [2]  26/12 32/18
I will [1]  16/23
I'd [8]  3/25 17/3 19/2
 20/10 22/18 24/19
 30/13 31/19
I'll [15]  7/5 8/1 12/17
 13/14 19/21 20/8 25/7
 31/2 31/3 32/4 32/23
 35/4 36/9 38/7 39/6
I'm [25]  7/11 9/15 9/19
 11/16 12/21 13/17
 16/23 17/16 18/14 18/21
 19/8 20/5 21/13 24/8
 29/14 30/11 30/14
 30/15 32/21 33/21 34/5
 34/6 38/2 38/2 39/5
I'm going [1]  19/8 34/5
 34/6
I'm just [1]  18/21
I'm not [5]  12/21 13/17
 30/11 30/15 38/2
I'm prepared [1]  30/14
I'm sure [1]  17/16
I've [5]  9/3 21/11 23/11
 25/6 25/19
idea [2]  27/25 37/7
identical [1]  32/2
identified [6]  4/14 5/5
 21/8 36/24 37/4 37/9
identify [2]  28/2 31/11
identifying [1]  4/9
impasse [2]  10/19
 16/20
important [4]  22/16
 22/17 25/2 30/6
impose [1]  29/15
impression [1]  34/22
impressions [2]  26/22
 26/23
improvements [1]
 25/12

**I**

inclination [1] 37/7
inclined [1] 16/23
include [1] 39/9
increased [1] 34/22
indicated [2] 12/4 36/7
individual [5] 11/24
24/1 24/2 31/9 35/19
individual's [1] 11/23
individually [1] 29/4
individuals [12] 5/7
8/13 8/15 8/25 9/2
11/24 13/3 13/7 23/13
24/21 27/17 27/18
information [13] 22/1
22/17 22/17 23/4 23/10
24/9 25/18 25/22 26/1
27/14 27/21 29/5 37/11
initial [1] 36/22
insight [1] 29/18
insofar [2] 30/22 37/24
instance [1] 10/8
intend [1] 9/24 30/21
intends [1] 35/25
intent [4] 22/2 34/16
34/18 34/22
intention [2] 10/6
30/10
intentionally [1] 34/7
interest [3] 24/21
34/19 34/20
interested [1] 8/14
interesting [1] 29/18
interim [1] 39/14
internal [1] 27/3
invite [1] 12/21
invited [1] 14/4
involve [1] 31/17
involved [1] 17/18
involving [1] 19/20
is [94]
issue [16] 6/15 10/9
10/12 11/13 12/7 12/9
12/10 12/13 12/15
12/16 12/17 12/22
13/13 14/13 20/3 20/4
issued [1] 15/16
issues [19] 5/24 8/11
9/7 11/7 13/6 13/11
13/23 15/9 15/14 16/4
16/17 17/13 18/13
18/13 20/6 20/17 27/12
31/17 31/18
it [64]
it would be [2] 16/21
17/15
it's [14] 3/8 3/14 5/10
9/17 14/19 20/9 21/21
22/1 24/16 28/19 30/1
34/16 34/18 36/13
its [2] 4/12 4/18
itself [1] 17/17

**J**

Jean [3] 7/3 7/7 32/3
Jean-Claude [3] 7/3
7/7 32/3
John [2] 2/2 3/7

Joint [3] 3/13 12/11
39/10
Jr [1] 1/16
jschmidtlein [1] 2/4
Judge [7] 7/5 7/7 17/6
32/4 33/20 34/17 39/18
Judge Mehta [1] 32/4
July [22] 4/17 4/19
4/20 5/1 5/19 6/24 7/22
9/2 12/4 12/13 13/8
17/2 18/16 18/18 18/19
19/2 19/11 19/18 19/25
38/11 38/12 38/18
jump [1] 8/1
juncture [1] 15/24
June [7] 1/5 4/10 4/10
6/22 7/19 38/10 40/10
just [29] 4/5 6/6 7/5 7/8
8/1 11/4 11/4 13/1 13/2
14/20 15/3 16/23 18/21
21/6 21/16 21/21 21/25
25/7 26/8 27/24 30/1
31/21 33/2 34/1 34/10
36/14 37/9 38/5 39/4
JUSTICE [16] 1/12
6/11 8/14 10/2 15/2
19/15 20/1 20/20 20/24
21/4 21/7 25/2 35/24
37/8 37/12 39/16
justified [2] 21/9 30/20

**K**

keep [2] 12/23 20/11
Kenneth [2] 1/12 3/5
kenneth.dintzer2 [1]
1/15
kids [1] 39/5
kind [10] 23/19 26/22
27/1 33/12 34/20 35/15
35/17 35/18 36/15
38/21
know [36] 5/3 6/7 6/11
9/9 9/25 10/10 10/14
10/19 12/13 14/3 15/12
16/15 17/6 18/22 20/8
23/15 24/22 25/8 26/8
27/4 27/10 27/17 27/22
28/1 28/10 28/20 28/23
29/17 31/17 32/17
34/21 35/5 35/15 38/20
39/4 39/14
knowing [1] 35/19
knowledge [1] 21/21

**L**

lags [1] 10/14
large [1] 18/5
last [9] 4/7 4/22 10/20
14/9 20/23 22/5 22/18
28/3 32/18
late [4] 8/13 8/14 9/3
39/6
later [2] 16/24 17/3
latter [1] 35/16
law [1] 38/6
lawyers [3] 19/4 19/6
32/2

least [9] 3/18 6/10 18/3
20/23 24/5 25/13 26/18
28/12 30/17
leave [3] 32/2 32/23
37/6
left [8] 8/16 8/17 38/6
less [6] 16/12 21/23
26/22 35/16 37/15
37/15
let [9] 5/2 6/10 9/13
12/13 15/6 16/18 25/4
38/7 39/4
let's [9] 4/4 4/5 6/19
11/9 11/10 13/10 19/1
30/25 38/19
letter [1] 28/11
level [3] 24/23 25/9
30/19
light [2] 15/15 28/14
like [19] 3/25 5/12
10/13 15/25 16/6 18/9
19/25 20/10 21/4 21/25
22/7 22/18 27/10 28/4
29/15 30/13 31/5 31/19
39/8
likely [3] 10/3 26/22
26/23
limit [2] 23/24 34/1
limitation [1] 31/20
limitations [1] 40/7
limited [6] 23/20 25/19
31/25 32/20 33/13 36/8
line [2] 10/24 31/7
lines [1] 6/7
list [3] 24/7 24/19
24/22
listen [1] 5/7
listening [1] 19/22
literally [2] 7/15 32/15
litigation [1] 25/15
little [6] 10/14 16/14
25/6 37/15 37/15 39/7
live [1] 12/6
lives [1] 23/7
LLC [2] 1/6 3/4
LLP [2] 1/17 2/2
locate [2] 28/2 29/2
located [2] 28/15 30/24
location [1] 32/1
logistics [1] 8/24
long [1] 12/15
longer [1] 8/15
look [6] 23/9 29/8
33/25 34/21 37/5 39/4
looking [1] 29/1
looks [2] 18/24 21/4
loose [1] 3/18
lose [1] 33/20
lost [2] 7/15 33/22
lot [3] 16/16 27/6 36/8

**M**

made [8] 6/22 7/23
9/16 14/25 20/25 26/4
33/17 36/2
make [23] 7/19 7/22
8/6 9/5 9/13 13/4 13/18

least [9] 3/18 6/10 18/3
20/1 24/20 25/9 26/5
28/8 28/16 31/8 31/14
31/24 34/23 35/2 35/25
makes [2] 34/8 37/21
making [7] 8/10 8/21
12/12 14/11 27/24 31/5
31/8
management [1] 35/14
manager [3] 33/8 33/9
35/14
manner [1] 11/6
many [1] 18/1
market [1] 25/12 34/22
market share [2] 25/12
34/22
mass [1] 37/18
material [5] 31/1 31/15
35/16 35/23 36/6
materially [1] 27/8
materials [19] 21/16
22/7 22/11 22/15 24/10
24/15 28/20 34/25 37/2
matter [4] 10/13 25/16
30/14 40/4
matters [1] 4/3
may [20] 4/17 7/8 10/4
10/12 12/22 14/1 19/3
19/22 19/22 20/10
20/17 21/15 28/4 28/21
32/4 33/16 34/3 36/7
36/12 36/14
maybe [4] 30/18 33/4
33/5 33/13
me [29] 7/5 9/13 14/19
15/3 15/6 16/18 17/6
18/25 19/21 21/8 25/4
25/6 25/17 26/21 26/21
28/13 30/1 30/7 32/6
33/15 35/17 36/5 36/13
36/15 37/14 37/19 38/5
38/7 39/4
me-too [2] 14/19 15/3
mean [9] 17/22 17/24
19/6 23/6 24/16 25/4
26/18 31/16 34/11
means [1] 24/16
mechanical [1] 2/10
meet [3] 6/24 8/3 9/19
meeting [3] 5/19 9/21
15/12
meetings [1] 14/4
meets [1] 29/11
MEHTA [2] 1/10 32/4
memory [1] 30/18
Merit [1] 2/6
messy [2] 16/25 17/1
met [2] 29/23 30/22
mid [2] 4/17 4/20
middle [1] 13/8
might [6] 14/2 29/12
31/17 35/14 35/21
35/23
mind [2] 30/20 31/4
minimize [1] 20/10
minute [2] 7/8 39/9
minutes [1] 4/2
mirror [1] 15/18

mirrors [1] 14/20
miss [1] 24/17
modest [1] 30/25
modification [1] 33/4
moment [6] 3/20 4/4
7/5 9/17 11/10 14/18
moments [1] 11/4
month [2] 5/14 14/9
monthly [2] 3/11 14/4
months [2] 15/13
38/21
more [16] 3/15 5/2 10/2
10/8 14/23 17/17 19/9
21/10 21/12 25/6 27/15
27/19 27/24 28/14 36/9
39/15
morning [3] 3/2 3/24
6/21
most [3] 5/3 11/7 37/21
motions [1] 16/11
move [1] 11/6
movement [1] 17/17
moving [3] 11/7 12/17
20/11
Mr [1] 5/13
Mr. [34] 3/17 3/20 6/5
6/19 6/22 7/2 7/15 7/23
9/12 10/11 11/10 11/14
11/17 12/3 13/2 13/13
13/15 15/7 17/21 19/23
19/23 22/6 23/8 25/4
25/20 26/17 28/5 28/10
28/10 30/3 32/25 34/9
35/5 36/6
Mr. Cavanaugh [3]
11/10 11/14 13/2
Mr. Dintzer [11] 3/17
3/20 6/22 7/23 10/11
12/3 23/8 28/5 28/10
34/9 36/6
Mr. Dintzler [2] 13/13
19/23
Mr. Schmidtlein [18]
6/5 6/19 7/2 7/15 9/12
11/17 13/15 15/7 17/21
19/23 22/6 25/4 25/20
26/17 28/10 30/23
32/25 35/5
much [1] 34/19
my [32] 7/10 9/4 14/24
16/24 17/1 17/4 17/22
17/25 18/15 19/1 20/8
20/23 21/3 24/24 25/7
25/18 28/19 29/9 30/20
30/22 32/14 32/15
32/16 33/22 34/21
34/22 36/8 37/6 38/5
38/6 38/6 39/5
My computer [1] 32/15
myself [1] 27/6

**N**

name [1] 13/18
names [2] 28/23 28/24
near [4] 4/10
necessarily [5] 14/4
15/18 16/8 18/13 30/13
need [2] 12/22 17/10

**N**

need... [10] 19/23
20/10 21/17 24/2 25/2
26/10 28/16 34/23
37/15 39/7
needs [2] 17/2 31/13
negotiated [1] 26/9
negotiation [2] 26/15
27/1
negotiations [1] 27/6
never [1] 22/6
nevertheless [1] 36/12
new [2] 1/18 27/7
next [7] 14/3 16/9 17/5
17/7 37/24 37/24 38/21
nice [3] 3/8 3/9 3/14
no [10] 1/4 8/15 13/23
17/4 19/11 24/10 24/21
26/16 30/10 38/3
non [1] 37/16
non-deponent's [1]
37/16
normal [1] 6/8
normally [1] 10/13
not [42]
note [3] 8/1 24/13 40/5
noted [2] 6/22 22/20
nothing [4] 5/25 39/15
39/17 39/19
notice [10] 4/24 4/25
8/13 9/24 12/3 35/6
36/2 37/1 37/9 37/20
notices [1] 12/3
notified [1] 11/20
notify [5] 7/5 19/23
32/4
noting [1] 26/8
now [12] 5/25 7/9 7/11
17/8 17/15 19/2 21/15
25/5 28/4 30/17 32/9
32/16
number [6] 9/18 9/18
15/19 15/23 18/5 36/22
NW [3] 1/13 2/3 2/8
NY [1] 1/18

**O**

objectives [1] 36/11
observation [3] 9/14
9/22 25/8
observations [1] 35/6
obtaining [1] 30/25
obviously [11] 8/22 9/9
16/13 18/23 19/25 23/4
23/15 29/13 31/13 35/6
39/13
occurred [1] 40/5
off [5] 4/2 4/4 15/5 28/6
35/18
office [1] 31/23
Official [1] 2/7
oh [1] 37/23
okay [16] 6/3 6/13 6/16
6/19 7/9 7/15 11/8
12/20 12/24 13/10 15/4
20/12 33/22 38/17 39/3
39/8
omnibus [2] 17/9 20/1

one [26] 3/18 7/5 8/16
8/17 9/14 9/14 9/22
10/9 11/20 13/17 14/13
23/5 23/24 24/13 25/13
25/14 26/18 27/23 28/5
32/15 33/23 39/23 33/23
35/6 35/7 35/12
ones [1] 22/9
only [3] 22/11 23/12
32/1
open [1] 12/7
opened [1] 5/7
opportunity [1] 25/5
opposed [1] 37/9
order [3] 23/3 30/11
39/9
ordered [1] 4/8
ordinary [1] 21/6
organization [1] 33/11
other [17] 4/3 10/5
11/23 14/8 14/18 15/17
17/4 21/5 21/23 22/14
23/16 26/3 27/11 27/17
29/15 30/3 35/20
others [4] 19/22 21/22
33/11 33/17
otherwise [3] 17/8
21/13 34/5
ought [3] 20/3 35/22
36/2
our [29] 3/11 4/23 4/23
4/25 5/3 5/6 6/1 6/22
6/24 7/19 7/22 8/3 10/6
11/3 12/23 13/6 15/18
18/3 21/23 22/7 25/3
25/23 26/3 27/13 34/16
34/18 34/22 38/19 39/9
out [13] 4/25 12/4
14/19 17/11 21/14
22/18 24/6 24/20 27/25
28/11 31/3 32/23 36/16
outside [1] 19/7
outstanding [1] 19/19
over [8] 13/14 17/6
17/25 21/7 30/12 35/2
35/23 38/5
overarching [1] 22/19
overlapping [1] 21/25

**P**

p.m [1] 39/22
pace [3] 5/15 5/17
13/19
packets [2] 34/13
34/15
pages [1] 5/13
pandemic [1] 40/6
parameters [1] 32/21
part [3] 4/24 34/2 35/11
particular [4] 26/10
29/1 29/3 35/23
particularly [1] 31/15
parties [25] 4/8 4/9
10/3 10/8 10/17 10/22
11/2 12/25 13/12 14/8
14/15 15/11 15/20
15/23 16/17 16/19

19/20 19/21 19/22
21/11 24/9
parties' [2] 3/13 20/4
partners [1] 25/11
parts [4] 4/23 17/17
27/5 35/7
party [18] 6/14 10/10
10/13 10/15 11/13
13/10 13/17 14/6 14/14
14/16 14/18 20/2 20/16
24/10 26/10 26/13
26/23 39/13
password [1] 32/1
password-protected
[1] 32/1
past [5] 5/14 35/10
patient [1] 14/6
PATTERSON [1] 1/16
Pause [2] 7/6 38/9
pbwt.com [1] 1/19
people [12] 10/5 17/18
23/16 23/24 23/24
27/20 32/21 33/17 34/7
36/22 36/24 37/1
people's [3] 22/23 23/7
35/20
performance [3] 4/1
26/11 36/10
perhaps [1] 15/7
period [5] 13/8 29/1
29/4 30/12 31/12
periods [1] 15/18
person [10] 5/4 5/10
6/9 8/22 23/16 26/15
28/3 28/23 36/1 36/2
person's [5] 30/7
31/10 31/17 35/10
36/10
personal [3] 23/7 29/6
31/16
personnel [5] 3/19
20/24 20/25 21/3 21/5
perspective [1] 3/21
PII [1] 23/3
place [5] 20/15 31/20
32/21 37/3 39/12
plaintiffs [8] 1/4 1/12
8/9 10/6 11/11 12/8
37/13 39/18
plaintiffs' [3] 4/15
15/17 31/22
plan [2] 4/23 15/8
played [1] 22/13
Please [1] 40/5
plugged [1] 7/11
point [13] 8/2 10/25
12/8 15/17 18/3 18/4
22/18 27/13 30/20 33/3
33/19 33/23 34/3
pointed [1] 28/11
portions [2] 21/8 24/5
position [8] 5/9 16/6
16/20 17/11 25/20
25/23 26/3 35/3
positions [1] 20/4
possibility [2] 20/11
36/14

potential [4] 25/14
29/10 33/3 33/19
potentially [3] 25/21
26/2 34/2
practice [3] 14/17
14/17 14/22
precise [1] 14/24
preface [1] 25/7
prefer [3] 4/2 19/2
37/17
preliminary [1] 30/14
preparation [1] 25/3
prepare [2] 4/21 34/5
prepared [6] 20/5
30/11 30/14 30/15
32/21 36/3
preparing [2] 23/25
24/1
presented [1] 22/7
press [1] 21/20
presumably [1] 34/14
Prettyman [1] 2/7
preview [1] 12/22
previously [1] 7/20
primary [1] 14/7
prior [1] 3/18
prioritize [1] 11/22
priority [1] 13/3
privilege [1] 5/22
proactive [1] 9/23
probably [9] 10/7
15/13 16/8 18/4 25/5
30/4 30/22 33/13 37/21
problem [1] 7/12
problems [2] 13/5
13/19
procedurally [1] 36/17
procedures [1] 37/3
proceed [1] 5/10
proceedings [4] 1/9
2/10 39/22 40/4
process [4] 8/17 11/5
16/12 34/3
processed [1] 22/12
produce [2] 30/16
33/24
produced [5] 2/10 4/20
6/25 7/24 30/3
producing [1] 27/1
production [11] 4/17
4/19 6/23 7/20 10/22
11/16 11/23 13/20
15/14 29/12 30/19
productions [6] 8/4
8/7 8/9 9/2 13/7 16/4
professional [1] 24/18
progress [6] 4/5 8/10
9/21 13/19 14/5 14/7
progressing [3] 3/12
3/22 5/12
projecting [1] 27/4
projections [1] 27/10
prompts [1] 21/17
properly [1] 21/17
proportionality [1]
25/25
proposal [1] 18/15

proposals [2] 23/18
24/19
proposed [1] 13/24
protected [1] 32/1
protection [1] 24/24
protective [1] 23/3
protocol [1] 31/3
protocols [2] 33/24
35/2
provide [6] 3/20 22/25
23/3 29/18 33/18 37/2
provided [5] 21/16
28/13 30/24 33/6 34/13
provides [1] 4/22
providing [2] 30/5
37/19
pull [2] 22/25 28/2
pulled [1] 22/21
pursuant [1] 15/1
push [3] 16/2 17/7
18/12
pushed [1] 14/10
put [12] 4/2 4/4 5/8
17/19 21/9 21/19 21/20
21/24 23/10 30/25 35/3
36/22
putting [1] 5/1

**Q**

query [1] 28/16
question [10] 9/15
9/23 14/24 15/6 17/24
20/9 22/22 23/8 25/7
28/9
questions [1] 20/6
quite [2] 23/15 25/13

**R**

raise [5] 5/16 10/12
14/13 33/2 39/8
raised [1] 5/17
raising [1] 13/23
rather [4] 16/24 17/3
17/3 36/9
re [1] 5/7
re-opened [1] 5/7
reach [4] 15/24 16/22
17/7 39/14
reached [1] 16/20
reaching [1] 10/18
read [1] 23/11
ready [1] 6/11
realistically [1] 18/22
really [7] 5/9 9/19
12/8 16/25 20/9 27/20
31/16
Realtime [1] 2/6
reams [3] 26/14 26/14
26/14
reason [2] 17/4 37/18
reasonable [2] 17/17
36/5
reasons [1] 29/6
received [3] 5/13 5/13
5/15
receives [1] 35/24
recognizing [1] 18/15
reconnect [1] 7/8

**R**

**record** [1] 40/3
**recorded** [1] 2/10
**records** [11] 14/25
21/5 23/12 23/19 28/17
29/16 29/17 31/22
32/23 33/9 34/7
**redact** [1] 29/6
**reference** [4] 7/23 8/21
25/10 25/12
**references** [3] 22/14
23/12 25/14
**referred** [1] 12/12
**reflect** [1] 25/5
**reflecting** [1] 29/20
**reflects** [1] 23/14
**regarding** [1] 26/14
**Registered** [1] 2/6
**regular** [1] 8/6
**regularly** [2] 8/8 15/12
**relative** [1] 36/10
**relatively** [1] 30/25
**relevance** [5] 29/11
29/14 29/23 30/23 36/7
**relevant** [17] 4/16 4/20
15/17 21/9 21/9 22/12
25/1 25/18 25/21 26/2
27/14 27/20 32/2 35/16
36/15 36/25 37/10
**remain** [1] 6/23
**remember** [1] 4/18
**remotely** [1] 40/7
**removed** [1] 31/15
**Report** [3] 3/13 3/14
12/12
**reported** [2] 8/10 21/20
**Reporter** [4] 2/5 2/6
2/6 2/7
**reporting** [1] 40/7
**reports** [2] 35/13 39/10
**repository** [3] 22/22
22/23 28/13
**representation** [1]
8/19
**request** [12] 9/1 9/3
9/4 12/5 20/25 21/2
30/16 31/5 31/8 31/11
32/22 36/19
**requested** [2] 20/25
31/4
**requesting** [1] 31/3
**requests** [2] 15/1
15/16
**resistance** [1] 15/20
**resisted** [1] 21/1
**resolution** [2] 12/19
17/7
**resolve** [7] 5/24 12/18
12/22 12/23 16/16 20/7
20/8
**resolved** [3] 12/15 16/5
17/3
**resolving** [1] 12/15
**resource** [1] 10/23
**respect** [8] 4/5 5/22
12/7 13/11 15/19 20/4
31/9 35/19
**respectfully** [1] 17/19

**respects** [1] 29/19

**respond** [1] 11/2
**response** [5] 6/25 7/16
8/5 11/25 14/1
**responsibilities** [1]
14/12
**responsiveness** [1]
9/13
**return** [1] 6/8
**revenues** [1] 27/10
**review** [13] 3/19 4/21
15/21 21/5 24/25 25/19
26/11 28/3 29/4 29/9
31/14 33/18 36/8
**reviewable** [1] 33/18
**reviewed** [3] 21/11
25/6 26/19
**reviews** [7] 4/1 21/3
27/17 27/19 29/3 33/10
33/16
**RFPs** [2] 7/25 8/5
**right** [20] 3/8 3/11 5/11
5/25 7/10 11/9 15/5
19/2 19/11 20/14 20/22
26/16 29/8 32/9 32/12
32/13 32/16 37/23 38/4
38/7
**ripe** [2] 5/23 5/25
**ripen** [2] 18/13 18/14
**RMR** [2] 40/2 40/11
**role** [1] 22/13
**rolling** [1] 8/6
**rulings** [1] 16/1
**rush** [1] 38/5

**S**

**said** [8] 28/12 29/9
29/17 30/15 33/5 35/17
36/8 37/12
**same** [4] 7/12 14/22
20/21 31/11
**sample** [1] 21/3
**samples** [3] 25/6 25/9
28/12
**sat** [1] 25/15
**satisfied** [1] 5/15
**saw** [1] 33/14
**say** [10] 5/14 10/11
12/17 16/20 19/3 27/23
28/7 30/14 34/18 36/13
**saying** [3] 24/17 32/18
36/20
**schedule** [6] 16/25
18/23 20/14 39/5 39/7
39/12
**schedules** [1] 10/23
**scheduling** [1] 8/24
**Schmidtlein** [20] 2/2
3/7 6/5 6/19 7/2 7/15
9/12 11/17 13/15 15/7
17/21 19/23 22/6 25/4
25/20 26/17 28/10
30/23 32/25 35/5
**school** [1] 39/6
**scope** [1] 28/5
**screen** [2] 32/16 33/22
**screens** [1] 32/16
**sealed** [3] 24/3 24/5

**search** [3] 15/21 26/13
28/23
**searches** [1] 21/6
**searching** [1] 16/3
**second** [5] 7/25 22/5
35/11 35/20 36/19
**secure** [1] 32/20
**see** [14] 3/8 3/12 9/10
12/11 23/24 24/10
24/10 27/19 29/5 33/12
33/17 34/1 34/17 39/20
**seek** [2] 10/2 10/4
**seeking** [1] 31/10
31/12
**seem** [1] 26/21
**seems** [10] 25/17
26/21 30/6 30/24 35/7
35/15 35/17 36/5 36/15
37/14
**seen** [3] 9/8 25/19
27/18
**sees** [1] 33/10
**self** [16] 25/13 25/14
25/18 26/19 29/10 30/2
30/5 30/7 31/6 31/10
31/12 32/19 33/14 35/8
37/14 37/16
**self-assessment** [11]
25/13 25/14 30/2 30/5
30/7 31/12 32/19 33/14
35/8 37/14 37/16
**self-assessments** [5]
25/18 26/19 29/10 31/6
31/10
**sends** [1] 14/19
**sense** [5] 20/5 28/8
29/12 34/8 37/21
**sensitive** [6] 23/10
23/16 24/8 27/16 27/21
31/15
**sensitivity** [2] 23/11
36/6
**sent** [1] 25/6
**serves** [2] 25/1 30/19
**set** [10] 17/8 17/9
17/10 17/11 17/15
17/20 19/8 20/3 38/18
38/19
**several** [2] 15/11 23/23
**shape** [1] 8/6
**share** [2] 25/12 34/22
**shattering** [1] 27/7
**she** [2] 35/9 35/10
**shed** [1] 28/14
**shortly** [1] 10/18
**should** [11] 5/14 9/20
14/23 17/25 18/6 18/12
18/12 20/1 30/2 32/19
35/3
**show** [2] 34/6 34/8
**shown** [2] 22/16 37/15
**shrug** [1] 28/6
**side** [3] 14/19 18/3
21/12
**sides** [1] 14/17
**sign** [1] 3/16
**signature** [1] 3/15

**significant** [2] 8/24
16/4
**simply** [4] 12/17 19/22
30/8 36/13
**since** [1] 9/3
**single** [2] 28/22 30/1
**sit** [2] 19/11 19/18
**slight** [1] 33/4
**small** [1] 32/20
**so** [77]
**So I think** [2] 9/6 16/6
**So this is** [1] 22/22
**soft** [1] 36/9
**solution** [1] 15/8
**some** [37] 5/21 10/5
10/14 10/19 11/1 13/18
14/7 15/13 15/19 16/3
16/3 16/21 16/21 17/15
17/18 18/6 18/22 19/4
20/10 21/5 21/7 21/8
24/14 24/22 25/8 25/17
27/17 27/24 31/13
31/19 32/1 33/3 33/15
36/2 36/7 37/18 38/21
**somebody** [10] 26/8
26/11 30/2 30/3 30/6
30/8 37/8 37/10 37/10
37/13
**somebody's** [1] 31/6
**something** [14] 14/2
16/12 17/2 18/17 23/5
23/6 28/12 30/18 31/5
31/7 34/4 36/12 36/14
36/16
**sometimes** [8] 5/24
14/19 14/21 17/15
17/16 27/18 27/19
33/13
**somewhat** [1] 18/7
**somewhere** [1] 13/8
**soon** [2] 18/16 39/21
**sooner** [3] 16/24 17/3
18/14
**sorry** [3] 7/10 32/14
32/17
**sort** [24] 4/10 6/15 10/1
15/25 17/9 17/19 18/9
20/1 20/17 21/14 23/14
24/22 25/7 27/19 28/6
29/18 29/22 31/16
31/18 33/8 33/24 35/12
36/8 36/9
**sound** [1] 28/4
**sounds** [1] 5/12
**specific** [1] 23/5
**specifically** [1] 22/8
**specify** [1] 28/25
**St** [1] 2/3
**stand** [4] 3/21 4/11
11/12 16/19
**standard** [4] 29/11
29/14 29/22 30/22
**stands** [1] 12/14
**start** [3] 3/17 7/16
13/14
**started** [1] 9/6
**statement** [2] 14/9
14/10

**statements** [1] 17/11
**states** [6] 1/1 1/3 3/3
8/1 38/13 38/23
**states'** [1] 8/5
**status** [9] 1/9 3/11 3/13
3/14 10/20 12/12 16/9
37/24 39/10
**stenography** [1] 2/10
**stick** [2] 37/7 37/17
**still** [5] 5/1 13/18 25/20
33/21 37/7
**Street** [1] 1/13
**stronger** [1] 30/4
**strongly** [1] 4/8
**subject** [2] 24/22 40/6
**subjective** [2] 23/14
26/19
**submission** [6] 3/13
12/13 20/2 20/3 26/4
28/11
**submissions** [1] 19/24
**submit** [1] 21/2
**submitted** [2] 21/11
26/5
**subpoena** [2] 14/20
15/1
**subpoenaed** [3] 10/17
14/15 14/18
**subpoenas** [4] 11/3
15/15 15/18 19/20
**substantial** [5] 6/25
7/24 8/4 11/18 27/15
**substantive** [1] 11/1
**success** [1] 26/20
**suggest** [3] 5/19 17/21
35/22
**suggested** [2] 22/6
22/19
**suggestion** [1] 4/13
**Suite** [1] 1/18
**supplemental** [1]
12/12
**supposed** [1] 29/14
**sure** [12] 7/18 14/11
17/16 19/6 23/22 24/20
29/7 31/14 31/24 35/2
38/2
**surprisingly** [1] 27/12

**T**

**tailoring** [1] 16/16
**take** [7] 3/15 7/8 8/20
20/16 24/11 35/17
39/20
**taken** [2] 4/12 9/17
**talk** [5] 11/4 13/10 27/9
35/1 35/23
**talked** [2] 4/7 10/20
**talking** [8] 3/18 18/1
18/4 22/5 22/10 22/11
25/24 35/9
**team** [4] 9/4 9/16 24/24
31/23
**teams** [1] 23/21
**technological** [1] 40/7
**tee** [1] 14/2
**tell** [5] 15/24 16/23
17/6 26/21 35/4

**T**
**ten** [1] 22/25
**terms** [13] 5/12 9/1
9/13 9/23 15/20 16/18
27/5 27/8 28/14 28/18
29/19 29/25 36/16
**Terrific** [1] 6/3
**test** [1] 29/22
**text** [2] 3/15 38/2
**than** [8] 3/15 16/12
16/24 17/3 17/4 18/11
30/8 36/9
**Thank** [10] 3/23 11/15
13/9 13/16 15/10 20/13
38/8 39/15 39/18 39/20
**Thank you** [7] 3/23
11/15 13/9 13/16 20/13
38/8 39/15
**that** [255]
**that's** [26] 3/19 6/15
7/14 9/22 10/1 11/25
14/7 14/14 18/20 19/17
21/10 22/3 23/5 23/7
23/9 23/12 23/16 24/2
24/13 25/1 26/1 27/20
29/13 30/4 31/25 32/1
**their** [20] 5/19 11/11
13/20 14/1 14/12 17/11
21/19 21/20 22/2 22/3
22/3 22/20 23/3 24/6
24/20 30/2 32/20 36/22
37/10 37/14
**them** [25] 4/21 6/2 8/19
10/19 10/24 12/9 13/22
13/24 16/2 19/9 20/7
20/9 22/22 23/20 24/16
24/17 24/18 24/25
24/25 29/4 29/22 30/6
30/16 30/25 37/4
**themselves** [1] 27/2
36/24 37/3
**then** [29] 4/2 4/6 6/14
11/12 12/24 13/14
14/21 15/7 18/8 18/19
20/15 20/23 21/2 25/13
27/2 28/25 29/4 30/4
30/6 31/19 33/11 33/16
35/10 35/11 37/20
38/19 39/9 39/12 39/13
**there** [35] 7/13 10/1
10/4 10/12 11/5 13/23
15/23 19/6 21/5 22/14
22/19 22/24 24/4 26/19
27/11 27/14 27/15
28/19 28/21 29/1 29/2
29/5 31/12 31/19 32/13
33/8 33/9 33/11 33/14
33/16 35/6 36/7 36/12
36/12 36/14
**there's** [18] 3/18 5/25
17/4 22/23 23/5 23/9
23/23 24/25 25/11
25/17 30/17 30/17
32/15 35/11 35/12
36/14 37/6 37/18
**therefore** [2] 21/9 40/6
**these** [64]
**they** [46]

**they're** [11] 12/1 13/21
13/22 16/2 19/7 24/17
24/24 27/3 28/1 31/25
36/23
**they've** [3] 26/13 26/14
29/20
**thing** [4] 4/13 20/23
21/16 22/4 22/5 24/13
31/18 35/15
**things** [16] 3/12 3/21
3/22 4/6 4/11 5/12 6/7
11/12 14/10 20/11
22/21 23/23 26/7 27/10
27/16 34/11
**think** [54]
**thinking** [3] 18/21 22/3
29/19
**thinks** [1] 30/5
**third** [31] 6/14 10/3
10/8 10/10 10/13 10/17
10/22 11/1 11/13 13/10
13/12 13/17 14/6 14/8
14/11 14/16 14/18
15/11 15/20 16/19 17/1
17/23 18/1 19/20 19/22
20/2 20/16 24/10 26/10
26/13 39/13
**third-party** [8] 6/14
10/10 10/13 11/13
13/10 20/2 20/16 39/13
**this** [48]
**This is** [1] 3/3
**those** [34] 3/20 4/17
5/16 5/23 8/11 8/15
8/18 8/25 9/2 9/7 11/1
11/7 13/7 15/18 16/7
21/1 21/8 22/25 24/5
24/12 26/8 26/20 26/22
27/6 27/11 27/18 30/21
31/14 32/15 32/21
33/17 35/16 36/15
39/10
**though** [1] 34/20
**thought** [4] 17/22 21/8
23/18 34/21
**thoughts** [1] 25/20
**three** [12] 4/15 4/17
4/19 5/5 8/13 8/15 9/2
11/19 13/2 13/7 21/22
24/12
**through** [2] 6/2 27/6
**throughout** [1] 31/24
**thus** [1] 5/15
**time** [21] 4/7 4/22 5/10
10/4 11/3 13/8 15/17
15/21 16/22 17/9 17/19
17/20 18/20 19/9 22/5
22/18 29/1 29/3 30/12
31/11 31/13
**titled** [1] 40/4
**today** [5] 10/10 11/3
13/2 13/23 38/10
**told** [2] 13/22 24/14
**too** [3] 8/23 14/19 15/3
**topic** [1] 11/9
**touch** [2] 8/18 8/24
**touches** [1] 5/1

**toward** [2] 6/17 12/15
**towards** [1] 11/1
**track** [1] 6/23
**tracks** [1] 18/7
**transactions** [2] 25/10
25/11
**transcript** [4] 1/9 2/10
22/9 40/3
**transcription** [1] 2/10
**trial** [4] 16/24 22/8
22/10 22/13
**trouble** [1] 10/21
**true** [2] 7/14 35/8
**truly** [1] 23/6
**try** [10] 9/19 12/17
16/22 16/24 17/20
18/16 28/2 28/25 29/2
37/19
**turn** [5] 6/4 6/19 11/10
11/12 13/14
**turned** [1] 21/7
**two** [12] 4/6 7/1 7/8
8/15 11/23 17/7 19/1
33/8 34/11 35/5 35/7
35/18
**TYLER** [1] 1/17
**type** [1] 35/12
**types** [7] 15/9 27/9
27/11 27/15 28/16 31/5
32/23

**U**
**U.S** [1] 1/12
**ultimately** [2] 29/21
37/5
**uncomfortable** [1] 5/9
**underestimate** [1] 9/17
**understand** [4] 13/21
23/2 33/7 36/19
**understanding** [3] 5/6
28/19 35/1
**understood** [2] 14/12
34/14
**undertaken** [1] 27/23
**unforeseen** [1] 13/5
**unique** [2] 26/2 29/18
**UNITED** [5] 1/1 1/3 3/3
38/13 38/23
**United States of** [1]
3/3
**unless** [1] 16/8
**until** [3] 10/11 16/4
16/9
**up** [10] 4/12 5/24 14/2
15/8 24/7 24/19 28/6
30/18 31/21 39/14
**update** [3] 3/21 4/5
6/20
**upon** [4] 18/16 18/24
25/18 36/8
**urged** [1] 4/9
**us** [17] 3/21 10/21
13/20 13/25 14/4 16/15
18/16 19/14 23/1 24/14
27/21 28/2 33/23 34/17
37/2 39/1 39/14
**usdoj.gov** [1] 1/15

**use** [21] 18/18 24/9
24/25 34/4 35/25
**used** [3] 24/2 24/8
35/23
**useful** [1] 17/15

**V**
**vacation** [1] 38/21
**variety** [1] 33/10
**various** [1] 25/11
**vary** [1] 28/21
**versus** [1] 3/4
**very** [10] 8/14 9/22
10/18 10/21 16/9 16/15
17/1 21/18 25/9 34/19
**VIA** [1] 1/9
**view** [2] 11/11 33/12
**viewed** [2] 33/7 34/2
**views** [2] 15/17 33/8
**visibility** [1] 13/21
**vs** [1] 1/5

**W**
**wait** [6] 10/11 14/4
16/8 16/9 18/12 36/25
**waiting** [1] 38/2
**want** [24] 5/8 5/16 6/1
6/4 10/9 11/4 14/2
16/11 16/12 16/13
16/16 21/17 22/1 23/3
23/4 23/7 28/2 29/6
31/21 31/24 33/2 33/23
34/3 34/25
**wanted** [5] 5/2 6/10
14/13 16/14 33/25
**wanting** [1] 8/21
**wants** [1] 21/12
**warranted** [1] 16/21
**was** [14] 7/24 13/23
14/13 21/2 22/19 26/12
29/1 29/5 32/18 33/14
33/18 34/13 34/14
34/21
**Washington** [4] 1/5
1/13 2/3 2/8
**way** [10] 6/1 12/15
17/13 21/14 24/6 24/20
31/1 34/18 36/13 37/17
**ways** [1] 23/19
**wc.com** [1] 2/4
**we** [179]
**we believe** [2] 5/4 13/3
**we will** [11] 5/7 8/20
8/22 8/23 9/10 10/7
16/13 24/3 24/4 24/18
35/1
**we would** [1] 28/22
**we'd** [3] 16/6 28/7
36/25
**we'll** [12] 3/19 12/4
12/14 12/18 12/22
13/14 15/7 18/23 19/18
24/16 24/23 39/9
**we're** [21] 3/11 4/10
10/25 11/24 12/9 12/14
12/17 13/4 13/18 14/5
14/6 15/19 18/3 18/6
22/10 22/10 22/15 23/6

**we've** [17] 4/12 4/14
4/16 4/19 5/5 7/13 8/10
8/21 11/22 14/5 16/20
18/7 18/8 21/16 22/16
28/5 39/12
**WEBB** [1] 1/17
**week** [4] 17/1 18/17
18/18 18/20
**weeks** [4] 15/13 16/7
17/5 17/7
**welcome** [1] 16/10
**welfare** [1] 31/12
**well** [18] 3/10 5/11 8/5
8/11 8/23 10/12 11/9
11/23 13/4 15/5 22/15
26/10 26/21 26/25
27/24 29/8 37/5 39/2
**were** [25] 8/12 10/21
10/21 21/5 21/6 21/7
21/9 21/9 22/5 22/7
22/10 22/12 22/12
22/13 22/21 23/20
28/13 28/15 28/16 29/1
33/6 33/14 33/15 34/15
35/7
**West** [1] 19/4
**wfcavanaugh** [1] 1/19
**what** [53]
**what's** [5] 27/24 32/17
33/4
**whatever** [2] 16/12
17/12
**when** [4] 6/12 7/16
10/4 31/4
**where** [26] 3/21 4/11
9/10 10/25 11/11 12/13
14/20 16/6 16/19 16/20
18/7 18/22 21/4 21/10
21/25 22/7 22/9 22/14
26/11 27/11 28/14
28/20 30/24 35/3 35/11
35/12
**whether** [9] 9/25 9/25
11/25 11/25 16/11
16/11 19/6 29/2 37/14
**which** [14] 4/7 4/13
7/23 9/15 19/22 23/19
24/16 25/8 28/10 29/9
33/10 33/12 33/25 35/8
**while** [1] 27/22
**who** [13] 5/8 6/17
11/21 11/24 13/17
15/11 23/24 23/24 30/8
30/21 36/1 36/2 36/25
**who's** [1] 31/23
**whom** [2] 17/24 30/9
**why** [6] 3/17 3/20 9/15
15/5 19/11 38/18
**WiFi** [1] 7/10
**will** [24] 3/25 5/7 8/18
8/20 8/22 8/23 9/10
10/7 12/11 16/13 16/23
17/23 18/14 19/6 24/3
24/4 24/4 24/5 24/10
24/18 30/15 31/13 37/5
37/5
**William** [6] 1/16 2/5 3/5

**W**

**William... [3]**  40/2
40/10 40/11
**WILLIAMS [1]**  2/2
**willing [2]**  6/8 15/21
**willingness [1]**  13/20
**window [2]**  17/4 29/19
**wise [1]**  4/13
**within [5]**  14/3 23/21
27/3 33/11 33/24
**without [1]**  22/19
**witness [1]**  11/21
**witnesses [4]**  5/5 8/23
11/19 21/18
**won't [7]**  5/19 7/12
12/16 18/5 18/5 24/6
24/11
**words [1]**  26/3
**work [15]**  6/1 8/15 8/18
9/17 9/19 11/24 12/9
17/22 18/25 19/1 23/12
29/20 31/3 32/23 36/16
**worked [2]**  8/16 28/3
**working [6]**  5/23 9/4
9/5 10/16 12/2 13/4
**works [5]**  19/12 19/14
38/23 38/25 39/1
**worth [1]**  37/13
**would [32]**  4/1 7/17
9/25 10/1 10/2 12/5
15/25 16/10 16/20
16/21 17/15 17/18
18/16 18/18 18/19
18/19 18/25 23/10
23/20 26/21 28/15
28/22 28/23 29/4 29/5
29/15 34/10 34/25 35/5
36/20 37/17 39/8
**writings [1]**  21/20

**Y**

**Yeah [4]**  6/17 18/2
34/10 39/4
**year [1]**  28/3
**years [1]**  22/25
**yes [5]**  19/5 32/7 32/8
32/10 33/1
**yesterday [1]**  13/24
**yet [1]**  5/23
**York [1]**  1/18
**you [129]**
**you know [2]**  10/10
28/23
**you'd [2]**  19/24 28/25
**you'll [1]**  31/11
**you're [4]**  26/16 31/9
31/12 37/8
**you've [5]**  5/15 9/12
16/15 25/5 37/15
**your [58]**
**Your Honor [43]**

**Z**

**Zaremba [4]**  2/5 40/2
40/10 40/11
**zero [1]**  34/19
**ZOOM [1]**  1/9