# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM |

## NOTICE OF APPEARANCE

To the clerk of the Court and all parties of record:

PLEASE enter the appearance of Matthew L. McGinnis as counsel in the above-captioned matter on behalf of Defendant Google LLC. I certify that I am admitted *pro hac vice* (*see* Dkt. No. 150 and June 28, 2021 Minute Order).

Dated: July 1, 2021

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Matthew L. McGinnis
　　　　　　　　　　　　　　　　　　　　　Matthew L. McGinnis, *pro hac vice*
　　　　　　　　　　　　　　　　　　　　　Ropes & Gray LLP
　　　　　　　　　　　　　　　　　　　　　800 Boylston Street
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02199-3600
　　　　　　　　　　　　　　　　　　　　　Telephone: (617) 951-7000
　　　　　　　　　　　　　　　　　　　　　matthew.mcginnis@ropesgray.com