AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Microsoft Corporation.

Date: 07/06/2021

*Attorney's signature*

Haley P. Tynes 1720466
*Printed name and bar number*
Orrick, Herrington & Sutcliffe LLP
1152 15th Street N.W.
Washington, D.C. 20005

*Address*

htynes@orrick.com
*E-mail address*

(202) 339-8654
*Telephone number*

(202) 339-8500
*FAX number*