**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, et al.,<br>Plaintiffs,<br>v.<br>Google LLC,<br>Defendant. | Case No. 1:20-cv-03010-APM<br><br>Judge: HON. AMIT P. MEHTA |
| State of Colorado, et al.,<br>Plaintiffs,<br>v.<br>Google LLC,<br>Defendant. | Case No. 1:20-cv-03715-APM<br><br>Judge: HON. AMIT P. MEHTA |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Haley P. Tynes, a member of the bar of this Court and an attorney of record for non-party Microsoft Corporation, respectfully moves the Court for an order permitting Caroline Simons to participate as counsel *pro hac vice* in these proceedings on behalf of non-party Microsoft Corporation.

In support thereof, Movant and proposed admittee certify the following:

1. The proposed admittee's full name is Caroline Koo Simons.

2. Ms. Simons is a licensed attorney with the law firm Orrick, Herrington & Sutcliffe LLP, 222 Berkeley Street, Suite 2000, Boston, MA 02116.

3. Ms. Simons is a member in good standing of the bar of the Commonwealth of Massachusetts, to which she was admitted in 2011. She also is a member in good standing of the

bar of the State of New York, to which she was admitted in 2009.

4. Ms. Simons has not been disciplined by any bar. She is not currently disbarred in any court and has not been denied admission to the courts of any state or any court of the United States.

5. Ms. Simons has not appeared *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

6. Ms. Simons does not practice law from an office in the District of Columbia. She is not admitted to the District of Columbia Bar and does not have an application to the DC bar pending.

7. A Declaration signed by Ms. Simons is attached hereto, certifying the statements made in this motion.

I, Haley P. Tynes, attorney of record and Counsel for non-party Microsoft Corporation, respectfully requests that the Court grant this Motion and order that Caroline Simons be authorized to appear *pro hac vice* and to participate in the proceedings captioned above on behalf of Microsoft Corporation.

Dated: July 6, 2021

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Haley P. Tynes

Haley P. Tynes
htynes@orrick.com

Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: +1 202 339 8400
Facsimile: +1 202 339 8500

*Counsel for Non-Party Microsoft Corporation*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 6, 2021, the foregoing document was filed with the Court via CM/ECF, which will serve all counsel of record.

Haley P. Tynes