IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| United States of America et al. | ) | State of Colorado et al. | ) | |
|---|---|---|---|---|
| *Plaintiff* | ) ) | *Plaintiff* | ) ) | Civil Action No. |
| v. | ) | v. | ) | 1:20-cv-03010 (APM) |
| Google LLC | ) ) | Google LLC | ) ) | 1:20-cv-03715 (APM) |
| *Defendant* | ) | *Defendant* | ) | |

**DECLARATION OF CAROLINE SIMONS IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

1. My full name is Caroline Koo Simons. I am counsel for non-party Microsoft Corporation. I am an attorney at the law firm Orrick, Herrington & Sutcliffe LLP.

2. My office is located at 222 Berkeley Street, Suite 2000, Boston, Massachusetts, telephone number (617) 880-1800. My email address is csimons@orrick.com.

3. I am a member in good standing of the bar of the Commonwealth of Massachusetts. I was admitted on June 13, 2011.

4. I also am a member in good standing of the bar of the State of New York. I was admitted on June 23, 2009.

5. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

6. I have not been admitted *pro hac vice* before this Court within the last two years.

7. I do not engage in the practice of law in the District of Columbia.

8. I do not have an application for membership pending with this Court.

9. I understand that this admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

-2-

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Boston, Massachusetts.

Dated: July 6, 2021                                              Respectfully Submitted,

                                                                                                                                          _____
                                                                                                                                       Caroline Koo Simons