IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>    Defendant. | Case No. 1:20-cv-03010-APM<br><br><br>Judge:    HON. AMIT P. MEHTA |
| State of Colorado, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>    Defendant. | Case No. 1:20-cv-03715-APM<br><br><br>Judge:    HON. AMIT P. MEHTA |

**[PROPOSED] ORDER**

Upon consideration of the motion of Haley P. Tynes, counsel for non-party Microsoft Corporation and a member in good standing of the Bar of the District of Columbia and of this Court, to permit Caroline Koo Simons to participate in this matter *pro hac vice* for the purpose of representing Microsoft Corporation, it is hereby

**ORDERED** that the motion is **GRANTED** and that Caroline Koo Simons is permitted to practice before this Court for the purposes of the instant matter.

It is **SO ORDERED** this _____ day of _____ 2021.

_____
United States District Judge