AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▾

| | |
|---|---|
| United States of America et al. | ) |
| *Plaintiff* | ) |
| v. | )     Case No.    1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Microsoft Corporation                              .

Date:    July 9, 2021                                       /s/ Caroline Simons

*Attorney's signature*

Caroline Simons- *pro hac vice*

*Printed name and bar number*

Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116

*Address*

csimons@orrick.com

*E-mail address*

617-880-1800

*Telephone number*

617-880-1801

*FAX number*

**Print**         **Save As...**                                     **Reset**