IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>              Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>              Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>              Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>              Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DEFENDANT GOOGLE LLC'S STATEMENT REGARDING
DISPUTES INVOLVING COMPLIANCE WITH
<u>SUBPOENAS ISSUED TO THIRD PARTIES</u>**

In accordance with the Court's Minute Order of June 29, 2021, Google submits the following statement regarding outstanding disputes involving third-party subpoenas.

These consolidated cases involve a large number of third-party subpoenas and many of these third parties are working diligently to respond, and have engaged in discussions with the parties' counsel to negotiate modifications and/or compromises regarding subpoena compliance. At the time of the last status conference on June 29, however, Google asked the Court to set an interim date to raise disputes with third parties that were ripe for Court consideration based on

the failure of a number of third parties to adequately respond to and negotiate compliance with subpoenas issued by Google. The Court's setting of firm dates for briefing and argument for disputes jump-started negotiations with various third parties and has led to sufficient progress such that Google does not have any issues to raise at this time and further believes that there is no longer a need for the July 14, 2021 hearing in light of the fact that no party has any issues to raise regarding third-party discovery at this time.

Depending on progress made in the coming weeks, Google may bring disputes regarding third-party discovery to the Court's attention for consideration at the July 30 status conference.

Dated: July 9, 2021

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
725 12th Street, NW
Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
Wendy Huang Waszmer (D.C. Bar No. 478725)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com
wwaszmer@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
Matthew McGinnis (*pro hac vice*)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*