AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-03010 |
| Google LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of North Carolina.

Date: 07/19/2021

/s/ Kunal J. Choksi
*Attorney's signature*

Kunal Choksi (DC 1016399; NC 55666)
*Printed name and bar number*
North Carolina Department of Justice Consumer Protection Division
PO Box 629, Raleigh NC 27602

*Address*

kchoksi@ncdoj.gob
*E-mail address*

(919) 716-6032
*Telephone number*

(919) 716-6050
*FAX number*