AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-3010 |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA.

Date: 07/27/2021

/s/ Karl E. Herrmann
*Attorney's signature*

Karl E. Herrmann (D.C. Bar #1022464)
*Printed name and bar number*

Antitrust Division
U.S. Department of Justice
450 5th St. NW
Washington, DC 20530
*Address*

karl.herrmann@usdoj.gov
*E-mail address*

(202) 476-0316
*Telephone number*

(202) 616-8544
*FAX number*