**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, et al., | Case No. 1:20-cv-03010-APM |
| Plaintiffs, | |
| v. | |
| Google LLC, | Judge:    HON. AMIT P. MEHTA |
| Defendant. | |

| | |
|---|---|
| State of Colorado, et al., | Case No. 1:20-cv-03715-APM |
| Plaintiffs, | |
| v. | |
| Google LLC, | Judge:    HON. AMIT P. MEHTA |
| Defendant. | |

# EXHIBIT B

Letter from Caroline Simons, Orrick, Herrington & Sutcliffe, LLP, to Benjamin M. Greenblum, Williams & Connelly LLP (July 21, 2021)



July 21, 2021

***Via E-Mail***

Benjamin M. Greenblum
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

**Orrick, Herrington & Sutcliffe LLP**
222 Berkeley Street
Suite 2000
Boston, MA 02116-3740

+1 617 880 1800
**orrick.com**

**Caroline Koo Simons**

**E** csimons@orrick.com
**D** +1 617 880 1885
**F** +1 617 880 1801

Re:    U.S. et al. v. Google LLC, No. 1:20-cv-03010-APM (D.D.C.)
       C.O. et al. v. Google LLC, 1:20-cv-03715-APM (D.D.C.)

Dear Ben:

In accordance with our email agreement on July 9, 2021, non-Party Microsoft Corporation (Microsoft) makes the below proposal with respect to Google LLC's (Google) (together with Microsoft, the Companies) subpoena to Microsoft dated April 13, 2021 (Subpoena). This proposal represents Microsoft's good faith consideration of Google's subpoena requests, Google's proposed search terms (Google's Search Term Proposal) and custodians as of July 9 (Google's Custodian Proposal), and the claims and defenses of the Parties at issue in the above-captioned litigations.

- **Search Term Proposal:** Microsoft's search term counterproposal to Google's Search Term Proposal of May 27, 2021 is attached hereto as **Exhibit 1**.[1]

- **Go-and-Get Documents:** Without waiving Microsoft's position as to the sufficiency of its production of, and good faith offers to produce, targeted collections of non-custodial documents to respond to certain requests in the Subpoena in lieu of custodial searches, Microsoft includes in its Proposal search terms that address those requests. Accordingly, as part of its counterproposal to Google's Search Term Proposal, Microsoft provides the following:

  - **Request No. 8:** Microsoft offered, collected and produced as Go-and-Get documents ███████ ████████████████████████████████████████████████ It is Microsoft's position that such documents are sufficient to respond to this request. Nevertheless, Microsoft has proposed a search term for Request No. 8 which, when coupled with Microsoft's prior production, is sufficient to respond to this request.

  - **Request No. 17:** Microsoft offered, collected and produced as a Go-and-Get document ████████████████ responsive to this request. ███████████████████████

---

[1] The number(s) reflected in the column titled "String No." indicate the corresponding string number(s), if any, for each RFP included in Google's Search Term Proposal. Microsoft is providing this information to assist Google in its review of Microsoft's Search Term Proposal and expedite negotiations between the Companies.



Benjamin M. Greenblum
July 21, 2021
Page 2

████████████████████ It is Microsoft's position that this document is sufficient to respond to this request. Nevertheless, Microsoft has proposed a search term for Request No. 17 which, when coupled with Microsoft's prior production, is sufficient to respond to this request.

- o **Request No. 25, 30, 39 and 43:** Microsoft offered, collected and produced Go-and-Get materials responsive to these requests. *See* A. Ray Ltr. re Fifteenth Subpoena Production, dated June 17, 2021. To date, Google has not indicated that such documents are insufficient to respond to these requests, though that appears to be Google's position. *See* Letter from Benjamin M. Greenblum, Williams & Connelly LLP, to Caroline K. Simons, Orrick, Herrington & Sutcliffe LLP (July 6, 2021). Nevertheless, Microsoft has proposed search terms for Request Nos. 25, 30, 39 and 43 which, when coupled with Microsoft's prior production, is sufficient to respond to this request.

- o **Request No. 51:** Microsoft collected and produced as Go-and-Get documents ██████ ██████████████████████████████████████████████████████████████████ It is Microsoft's position that such documents are sufficient to respond to this request. Nevertheless, Microsoft has proposed a search term for Request No. 51 which, when coupled with Microsoft's prior production, is sufficient to respond to this request.

- o **Request No. 79:** Microsoft collected and produced custodial documents responsive to this request in response to the DOJ's Subpoena to Microsoft. Microsoft served a copy of this production on Google contemporaneous with its production to the DOJ. *See* A. Ray Ltr to DOJ re Seventh Subpoena Production, dated April 26, 2021. Nevertheless, Microsoft has proposed a search term for Request No. 79 which, when coupled with Microsoft's prior production, is sufficient to respond to this request.

- • **Custodian Proposal:** In response to Google's Custodian Proposal, Microsoft proposes to search the files of the twenty-seven (27) individuals listed below (Custodians[2]), as outlined in Exhibit 1 and subject to the date ranges provided herein (Microsoft's Custodian Proposal)[3]. Microsoft's Custodian Proposal and Search Term Proposal (the Proposals) are based on Microsoft's reasonable investigation to date into the roles and responsibilities of each individual listed herein and/or included in Google's Custodian Proposal during his or her tenure at Microsoft.

---

[2] * designates Custodians who are no longer at Microsoft.

[3] Microsoft proposes searching the time frames provided below, unless Google's Search Term Proposal indicates a shorter time period be searched or Exhibit 1 notes otherwise.



Benjamin M. Greenblum
July 21, 2021
Page 3

| Custodians Proposed by Google | Additional Custodian Proposed by Microsoft |
|---|---|
| Steve Ballmer*<br>(Jan. 1, 2003 – present) | Joe Belfiore<br>(Nov. 1, 2009 – Feb. 1, 2020) |
| Shirley Heath<br>(Aug. 1, 2015 – present) | Matt Dahlin<br>(Jan. 1, 2010 – present) |
| David Ku*<br>(Oct. 1, 2010 – present) | Chuck Friedman<br>(Jan. 1, 2009 – Nov. 1, 2020) |
| Qi Lu*<br>(Jan. 1, 2009 – present) | Eduardo Indacochea*<br>(May 1, 2017 – present) |
| Yusuf Mehdi<br>(Jan. 1, 2003 – Nov. 30, 2011; Jun. 1, 2015 – present) | Rik van der Kooi<br>(Dec. 1, 2008 – present) |
| Satya Nadella<br>(Jan. 1, 2003 – Feb. 9, 2011; Feb. 4, 2014 - present) | Sachin Malhotra<br>(Jan. 1, 2008 – present) |
| Richard Qian<br>(Jan. 1, 2006 – present) | JC Mao*<br>(Jan. 1, 2012 – present) |
| Ganesh Rao<br>(Sept. 1, 2019 – present) | Panos Panay<br>(Jan. 1, 2010 – present) |
| | David Pann<br>(Jan. 1, 2010 – present) |
| | Jordi Ribas<br>(Oct. 1, 2010 – present) |
| | Kya Sainsbury-Carter<br>(May 1, 2015 – present) |
| | Michael Schechter<br>(Jan. 1, 2010 – present) |
| | Rajesh Sundaram<br>(Nov. 1, 2009 – May 31, 2015; Jul. 1, 2018 – present) |
| | Jon Tinter<br>(Jan. 1, 2007 – present) |
| | Brian Utter<br>(Nov. 22, 2010 – present) |
| | Liat Ben-Zur<br>(Sept. 1, 2018 – present) |
| | Rukmini Iyer<br>(Jan. 1, 2019 – present) |
| | Brendan McCabe<br>(Jan. 1, 2012 – present) |
| | Mikhail Parakhin<br>(Sept. 1, 2019 – present) |



Benjamin M. Greenblum
July 21, 2021
Page 4

- **Target Date for Substantial Completion of Document Production:** Microsoft proposes a target date of October 20, 2021 for the substantial completion of its production of responsive non-privileged documents in response to the Subpoena, subject to the Companies' agreement on search terms by July 30, 2021 and with the understanding that a review of potentially privileged documents and submission of a privilege log will occur after this date.

The Proposals that are the subject of this letter are made without waiver of Microsoft's objections to the Subpoena. Without undertaking any responsibility to do so, Microsoft reserves the right to propose modifications and amendments to the Proposals, including following additional conferrals with Google, and to assert additional objections and limitations concerning the Subpoena at any time Microsoft may deem necessary. Microsoft designates this letter and Exhibit 1 attached hereto as Confidential pursuant to the Protective Orders entered in the above-captioned cases.

We look forward to continued discussions with you on these Proposals.


Very truly yours,

Caroline Simons

# EXHIBIT 1

**GOC RFP** ███████

| String Nos. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 1; 21 | █ | ██████████ | ████ | ██████████ |
| 1; 21 | █ | ██████████ | ████ | ██████████ |
| 1; 21 | █ | ██████████ | ████ | ██████████ |

**GOC RFP** ███

| String Nos. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 2; 19 | ███ | ███████████ | ███████ | ███████████ |



| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 3 | ██ | ████████████ | ████ | ████████████ |
| 3 | ██ | ████████████ | ████ | ████████████ |

**GOC RFP**



| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 5; 6; 28 | | | | |



**GOC RFP** ▮

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 7 | ▮ | ██████████ | ██████ | ████████████████ |

GOC RFP ███

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 8 | ███ | ████████████ | ███████ | ██████████████ |

**GOC RFP** 

| String Nos. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 10; 13 | | | | |

**GOC RFP** ███

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 11 | ███ | ████████████████ | ███████ | ████████████████ |

**GOC RFP** █

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 12 | █ | ███ | ███ | ███ |

**GOC RFP** ■

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 15 | ■ | ████████████ | ████████████ | ████████████ |

**GOC RFP** ████████████████

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 16 | ██ | ████████████████████████████ | ██████ | ████████████████ |
| 16 | ██ | ████████████████████████████ | ██████ | ████████████████ |

**GOC RFP** ▮▮▮▮▮

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 17 | ▮ | ▮ | ▮ | ▮ |



**GOC RFP** ▉

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 18 | ▉ | ▉ | ▉ | ▉ |

**GOC RFP** ███

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 20 | █ | ████████ ███████ █████████ ████████ █████████ ████████ ████████ ████ ████████████ | ████████ █████████ ███████ █████████ | ████████████████████ ████████████████████ ███████████████ |

**GOC RFP** █████



| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 21 | ███ | ███████ | ███████ | ███████ |

**GOC RFP** ███████████████████████████

| String Nos. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 13; 23; 40; 41; 42; 43 | ▮ | ████████ | ████████ | ████████████████ |







**GOC RFP** ██████

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 24 | ██ |  | | |

GOC RFP █

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 25 | █ | ███████ | ███████ | ███████ |



| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 26 | ███ | ██████████ | ████████ | ██████████ |

**GOC RFP** ███████

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 27 | ███ | ████████████ | ████ | ████████████████ |

**GOC RFP** ███

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 28 | ██ | ████████████████ ████ | ███████████ | ████████████████████████ ██████ |

GOC RFP█████



| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 29 | ██ | ███████ | ███ | ███████ |

**GOC RFP** ██████████

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 30 | ██ | ████████████████ | ████████ | ████████████████████ |

**GOC RFP** █

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 31 | █ | ██████ | ██████ | ██████ |

**GOC RFP** ▮

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 32 | ▮ |  | | |



| String Nos. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 33; 34; 35 | | | | |



**GOC RFP** █████

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 36 | ████ | ███████████ | ██████ | █████████████████ |

**GOC RFP** <span style="background:black">▮▮▮▮▮</span>



| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 38 | ▮ | ▮ | ▮ | ▮ |

**GOC RFP** ▮

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 39 | ▮ |  | | |

**GOC RFP** ▆

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term |
|---|---|---|---|---|
| 41 | ▆ | ███████████████<br>█████████<br><br>█████████████████<br>██████<br><br>████████████<br>██ | ████████<br>█████ | ████████████████████████<br>██████████████████████<br>██████████████████<br>████████████████ |