DIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>          Defendant. | Case No. 1:20-cv-03010-APM<br><br><br><br><br>Judge:    HON. AMIT P. MEHTA |
| State of Colorado, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>          Defendant. | Case No. 1:20-cv-03715-APM<br><br><br><br><br>Judge:    HON. AMIT P. MEHTA |

# EXHIBIT C

Email from Benjamin M. Greenblum, Williams & Connelly LLP, to Haley P. Tynes, et al., Orrick, Herrington & Sutcliffe LLP (July 9, 2021) and response from Haley P. Tynes, Orrick, Herrington & Sutcliffe LLP, to Benjamin M. Greenblum et al., Williams & Connelly LLP (July 9, 2021)

**Archived:** Tuesday, July 27, 2021 9:32:46 AM
**From:** Tynes, Haley
**Mail received time:** Fri, 9 Jul 2021 18:00:52
**Sent:** Fri, 9 Jul 2021 18:00:52
**To:** Greenblum, Benjamin
**Cc:** Yeager, Christopher  Yuan, Youlin  Davis, Allen  Simons, Caroline
**Subject:** RE: DOJ v. Google: Microsoft
**Importance:** Normal
**Sensitivity:** None

---

Ben,

Confirming the below.

Best,
Haley

---

**From:** Greenblum, Benjamin <BGreenblum@wc.com>
**Sent:** Friday, July 9, 2021 6:50 PM
**To:** Simons, Caroline <csimons@orrick.com>; Tynes, Haley <htynes@orrick.com>; Davis, Allen <allen.davis@orrick.com>
**Cc:** Yeager, Christopher <CYeager@wc.com>; Yuan, Youlin <YYuan@wc.com>
**Subject:** DOJ v. Google: Microsoft

Counsel:

This will memorialize our agreement with respect to Google's subpoena of April 13, 2021 and the particular disputes we were to raise with the Court today that Microsoft shall do as follows:  No later than July 21, 2021,

1. Microsoft will transmit to Google counterproposals, if any, as to the 36 of 43 search strings that Google proposed to Microsoft on May 27, 2021 and to which Microsoft has not responded.
2. Microsoft will transmit to Google a proposal for the custodians across which it will run its custodial searches, including a response as to the 18 custodians Google proposed but about whom Microsoft has not yet responded.
3. Microsoft will transmit to Google a proposed substantial completion deadline for Microsoft's production to Google. Microsoft may seek to condition that proposed substantial completion deadline on the date by which Microsoft and Google reach agreement on custodial search parameters.

Microsoft further agrees that Google may request, and that Microsoft shall provide, deconstructed hit reports with respect to Google's proposed search strings, provided, that Google agrees that it will not request more than 20 permutations of each of 40 different search strings, provided further that Google may redistribute permutations amongst such search strings for a total of 800 different permutations.

In view of the foregoing, neither Google nor Microsoft shall submit to the Court today disputes regarding Google's subpoena, and shall not present any such disputes to the Court at the July 14, 2021 conference.

Please confirm.

**Benjamin Greenblum**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5919 | VCard | www.wc.com/bgreenblum

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.