**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, et al., | Case No. 1:20-cv-03010-APM |
| Plaintiffs, | |
| v. | |
| Google LLC, | Judge:    HON. AMIT P. MEHTA |
| Defendant. | |

| | |
|---|---|
| State of Colorado, et al., | Case No. 1:20-cv-03715-APM |
| Plaintiffs, | |
| v. | |
| Google LLC, | Judge:    HON. AMIT P. MEHTA |
| Defendant. | |

# EXHIBIT D

Letter from Caroline Simons, Orrick, Herrington & Sutcliffe LLP, to Benjamin M. Greenblum, Williams and Connolly LLP (July 25, 2021)

# EXHIBIT 1

**GOC RFP** ▬▬▬▬



| Str'g Nos. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 1; 21 | | | | | 13,920 |
| 1; 21 | | | | | 3,573 |
| 1; 21 | | | | | 17,619 |

**GOC RFP** ██████

| String Nos. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 2; 19 | | ████████████████████████████ | ████████████ | █████████████████████████ | 3,253 |

**GOC RFP** 

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 3 | | | | | 22,181 |
| 3 | | | | | 954 |

**GOC RFP** 

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 5; 6; 28 | | | | | 12,488 |



5; 6;

4,101

**GOC RFP**

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 7 | | | | | 11,251 |

**GOC RFP** ████████

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 8 | ████ | ████████████████████ | ████████ | ████████████████████ | 697 |

**GOC RFP** <span style="background:black;color:black">████████</span>

| String Nos. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 10; 13 | | | | | 42,909 |



**GOC RFP** ███████

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 11 | ██████████████████████████████████████████████████████████████████████████████ | | | | 11,535 |

**GOC RFP** ■

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 12 | | | | | 17,822 |

GOC RFP 

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 15 | | | | | 47,926 |

**GOC RFP** 

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 16 | | | | | 1,440 |
| 16 | | | | | 9,184 |

**GOC RFP** 

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 17 | | | | | 2,255 |



**GOC RFP** ███

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 18 |  | | | | 19,199 |

**GOC RFP** ■

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 20 | | | | | 7,990 |

**GOC RFP** ███████



| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 21 | | | | | 17,065 |

**GOC RFP** <span style="background:black"> </span>

| String Nos. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 13; 23; 40; 41; 42; 43 | | | | | 59,133 |







**GOC RFP** ████

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 24 | | | | | 1,386 |



**GOC RFP** ███

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 25 | ███ | ███ | ███ | ███ | 6,156 |

**GOC RFP** 

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 26 | | | | | 4,787 |

**GOC RFP** ███████

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 27 | ███ | ████████████ | ████████ | ████████████ | 10,961 |

**GOC RFP** ▮

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 28 | | | | | 503 |

**GOC RFP** ██████

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 29 | | ████████████████████ | ████████████ | ████████████████████ | 2,777 |

**GOC RFP** ███████

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 30 | ███████ | ███████ | ███████ | ███████ | 4,781 |

**GOC RFP** ███

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 31 | ██████████████████████████████████████████████████████████████████████████████████████████ | | | | 242 |

**GOC RFP** 

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 32 | | | | | 10,476 |

GOC RFP 

| String Nos. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 33; 34; 35 | | | | | 63,454 |





**GOC RFP** ███████

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 36 | ████████████████████████████████████████████████████████████████████████████████████████ | | | | 341 |

GOC RFP 

| String No. | RFP Nos. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 38 | | | | | 17,231 |

**GOC RFP** 

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 39 | | | | | 481 |

**GOC RFP** ███

| String No. | RFP No. | Google's Proposed Search Term | Microsoft's Proposed Custodians | Microsoft's Proposed Search Term | Parent-Level Hits |
|---|---|---|---|---|---|
| 41 | | | | | 1,298 |