IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,    )
                                     )
          Plaintiffs,                )
                                     )    CV No. 20-3010
        vs.                          )    Washington, D.C.
                                     )    July 30, 2021
GOOGLE LLC,                          )    11:00 a.m.
                                     )
          Defendant.                 )
_____)


TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov

APPEARANCES CONTINUED:

For the Defendant:               John E. Schmidtlein
                                 WILLIAMS & CONNOLLY LLP
                                 725 12th St., NW
                                 Washington, D.C. 20005
                                 (202) 434-5000
                                 Email: jschmidtlein@wc.com

For Defendant
State of Colorado:               Jonathan Bruce Sallet
                                 COLORADO DEPARTMENT OF LAW
                                 Consumer Protection Section,
                                 Antitrust Unit
                                 Ralph L. Carr
                                 Colorado Judicial Center
                                 1300 Broadway
                                 Suite 7th Floor
                                 Denver, CO 80203
                                 (720) 508-6000
                                 Email: jon.sallet@coag.gov

                                 Diane Rebecca Hazel
                                 OFFICE OF THE
                                 ATTORNEY GENERAL/CO
                                 1300 Broadway
                                 Ste 7th Floor
                                 Denver, CO 80203
                                 (720) 508-6231
                                 Email: diane.hazel@coag.gov

For Non-Party
Microsoft Corporation:           Caroline Koo Simons
                                 Orrick,
                                 Herrington & Sutcliffe LLP
                                 222 Berkeley Street
                                 Suite 2000
                                 Boston, Massachusetts 02116
                                 (617) 880-1800
                                 csimons@orrick.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                  Registered Merit Reporter
                                  Certified Realtime Reporter
                                  Official Court Reporter
                                  E. Barrett Prettyman CH
                                  333 Constitution Avenue, NW
                                  Washington, D.C. 20001
                                  (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  All rise.  This court is now in

3    session; the Honorable Amit P. Mehta presiding.

4          THE COURT:  Good morning.  Please be seated,

5    everyone.

6          COURTROOM DEPUTY:  Your Honor, this is

7    Civil Action 20-3010, United States of America, et al.,

8    versus Google LLC.

9          Kenneth Dintzer, John Sallet, and Diane Hazel will

10   be speaking on behalf of the plaintiffs.

11         John Schmidtlein on behalf of the defendants.

12         THE COURT:  Okay.

13         Welcome, everyone.  It's nice to see everybody.

14   Particularly those of you who are from out of town, welcome

15   to Washington.

16         All right.  So we're here for a status hearing

17   this morning.  Let me just -- it looks like everybody has

18   sort of gotten the memo, but unless you're addressing me,

19   I'm going to ask you to keep your masks on.  We've just

20   reverted to full masking throughout the courthouse in light

21   of the new CDC guidance and changes in the policy in D.C.

22   So just keep your masks on unless you're addressing the

23   Court, and so let's get started.

24         All right.  Let's talk about where things are with

25   document production.  Why don't we start with Mr. Dintzer

1    and see where things stand.  We were going to have --

2    I think the substantial-completion deadline for Google was

3    estimated to be the end of July, so let's talk about where

4    things stand on that front.

5              MR. DINTZER:  From the podium, Your Honor?

6              THE COURT:  Yeah.  I'll ask you to come to the

7    podium and speak into one of the microphones.

8              MR. DINTZER:  Thank you, Your Honor, and

9    good morning.

10             The documents have been flowing.  I am told by

11   counsel for Google that if they don't wrap it up exactly on

12   the 31st, which was their target date, that we'll see the

13   documents wrap up from them next week, and so we're

14   satisfied with that.  And so at least for those documents,

15   we are satisfied.

16             THE COURT:  Okay.  Terrific.

17             So that encompasses the responses to the,

18   I think -- remind me -- two requests for productions you've

19   issued, is that right, or are there more?

20             MR. DINTZER:  It includes the RFP 1 and RFP 2, if

21   grouped together.

22             THE COURT:  Right.

23             MR. DINTZER:  There are some data issues that are

24   still outstanding, which at this time we don't have anything

25   to bring before the Court.  We are trying -- there are some

1   areas that we are trying to get to yes on, and so they are

2   subject to negotiation, but at least one of them looks

3   promising that we won't need the Court's intervention on.

4           THE COURT:  Okay.

5           And just out of curiosity, and maybe you've made a

6   decision, maybe you haven't:  Do you expect that there will

7   be additional requests for productions coming down the pike

8   from the United States at some point?

9           MR. DINTZER:  Yes, Your Honor.  We have already

10  issued RFP No. 3 and 4.  I believe we've issued 3 and 4.

11          The third one has to do with a privilege issue

12  that is still being negotiated.  So because we're in the --

13  it may ultimately come before the Court, but at this point,

14  in fairness, we're still talking about it, so I won't raise

15  that issue.

16          I will say more broadly, we have had a number of

17  concerns regarding privilege.  We've reached some agreements

18  with Google, and they're reviewing or re-reviewing

19  documents, especially priority documents, for some of the

20  depositions we have coming up.

21          There's several important issues that are

22  outstanding that we are negotiating with them.  So if we hit

23  an impasse, especially given that we want to make sure that

24  these issues are resolved for the upcoming depositions so

25  that there aren't documents we don't see before the

1    depositions.

2              THE COURT:  So there are potential privilege

3    issues coming up in advance of the depositions?

4              MR. DINTZER:  If we can't reach an understanding

5    on the outstanding issues, yes, Your Honor.

6              THE COURT:  Okay.

7              So when do you -- what's the timing of when that

8    might get teed up?

9              MR. DINTZER:  The first deposition that the DOJ

10   Plaintiffs have is set for September 2nd.  And so it would

11   likely be teed up sometime before mid-August so the Court

12   would have a chance to see it, resolve it, and we get the

13   documents before the deposition.  So that would be the

14   latest that we'd tee it up for the Court.

15             THE COURT:  Okay.

16             All right.  And then in terms of your -- and then

17   you said you've got Request for Production 3.  3 you

18   described as concerning or focused on privilege.  What's 4

19   and what are we doing?

20             MR. DINTZER:  4 is about data, Your Honor.

21             THE COURT:  Okay.

22             MR. DINTZER:  And so that at this point we don't

23   have any reason to believe that we're not going to get what

24   we're looking for.  So at this point, we don't have anything

25   to raise on that one.

1           THE COURT:  All right.

2           Well, while you're up there, so where do we stand

3    then on the self-assessments and the reviews?

4           Where we left it is I had ruled that I did think

5    that they were relevant and producible, but left it to you

6    all to come up with a process by which they would be

7    produced, and, importantly, you know, maintained in a

8    confidential posture.

9           MR. DINTZER:  Yes, Your Honor.

10           And the parties have engaged in that process

11    seriously.  We understand what the Court is looking for.

12           We have completed our negotiations with respect to

13    those documents regarding the production, storage and

14    maintenance, and Google has produced the first four of them

15    for the people who have been identified for upcoming

16    depositions.

17           We are still negotiating exactly how the use

18    during the depositions and after the depositions will work,

19    and that's not teed up for the Court.  I think both sides

20    are hoping we can make progress on that and not have to ask

21    for the Court's intervention.  If we do, in the same way

22    that the -- privilege issues, we would do that sort of

23    mid-August to make sure that we have that in place before

24    the depositions take place.  But as I said, I believe we're

25    both looking for a resolution on that.

1          THE COURT:  When's our next standing -- looks like
2    it's August 30th --
3          MR. DINTZER:  30th I believe.
4          THE COURT:  -- 31st.
5          MR. DINTZER:  Is it the 31st?
6          THE COURT:  So one of the takeaways from today
7    ought to be setting, perhaps, a control date in mid-August
8    by which if there are going to be any issues that need to be
9    teed up before these events in September, that we should do
10   that, because just looking -- knowing my schedule, I'm out,
11   and you all probably, hopefully, have some time off, some at
12   least, scheduled this month -- I'm away the week of the
13   16th, and so I will be at much peril if I do much work that
14   week.  I am back on the week of the 23rd, but I'm supposed
15   to be in a jury trial, so we can figure that out.  It's a
16   civil case so we've got some more flexibility, but I want to
17   make sure that everybody's mindful of the schedule if we're
18   going to have to deal with issues pre-depositions.
19          MR. DINTZER:  We appreciate that, Your Honor.
20          THE COURT:  Okay.
21          MR. DINTZER:  We do have a third-party issue, but
22   what I would prefer to do, if it's okay with the Court,
23   because I know that there's some looming third-party issues
24   to be resolved, we could raise it at that point.
25

1          THE COURT:  Yeah, let's do that.

2          My schedule or my agenda was, let's talk document

3     production, August depositions, although we've already

4     started doing some of that, and then get to third-party

5     issues.  So let's reserve that.

6          So let's turn to -- let me just turn to

7     Mr. Sallet; I think we'll turn to him first in terms of

8     documents.  I know we've got a data discussion we want to

9     talk about, but let's stick with documents.  And the

10    deadline, substantial-completion deadline was estimated to

11    be the end of August to your request for productions, and so

12    where do things stand from your perspective?

13         MR. SALLET:  Yes, Your Honor, thank you and

14    good morning.

15         We are seeing documents being produced from the

16    specific custodians that we have noted by Google.  We expect

17    the production to be done by the end of August.  We have no

18    information to suggest it will not be at this time.

19         In terms of future discovery requests, Your Honor,

20    which is a topic you've raised, we certainly intend to seek

21    additional data requests.  Indeed, the data requests that

22    have been briefed in the Joint Status Report are a predicate

23    to those full-fledged data requests.  What we're going to be

24    talking about today is getting us preliminary data:

25    Understanding what kind of datasets Google has, how it

1    measures impact on consumers, what it sees about consumer

2    behavior.  We will be getting the preliminary data so we can

3    form the full-fledged data requests between -- which we

4    intend to make as soon as possible.  Our hope, if everything

5    is done in time, is to make them by the end of September.

6         To that end, Your Honor, we have two different

7    processes that work in conjunction pending.  One is the

8    question of the timing of the production of the preliminary

9    data requests, which is what we've briefed.  But separately,

10   we have noticed a 30(b)(6) deposition, we've noticed it for

11   September 14th, which would allow us to ask questions on the

12   record to pin down our understanding of the structure and

13   organization of the datasets that we've requested, which

14   would allow us to move expeditiously to the full-fledged

15   data requests.

16        As to documents, if Your Honor would like to

17   address it briefly, I think it's very likely we will seek

18   additional document requests, but it would be premature to

19   make that judgment at this time.  The current document

20   production is occurring.  As it reaches its conclusion or

21   shortly thereafter, we would be in a more informed position

22   to make that judgment, but it wouldn't be surprising to me

23   if we come back with such requests.

24             THE COURT:  Okay.

25             All right.  Thank you, Mr. Sallet.

1            I think -- look, this data issue, we'll talk about

2     that after we kind of get through the preliminaries.

3            MR. SALLET:  Sure.

4            THE COURT:  But the data issues have sort of

5     loomed in the background for many months now, and the

6     parties have certainly been diligent in trying to work

7     through them, but it looks like some of these issues may be

8     coming to the fore.  And I'll say some of the data issues

9     are quite perplexing and complicated, but we'll do the best

10    we can to work through them.

11           MR. SALLET:  Your Honor, one thing I might note

12    that might simplify the process is, the only question on

13    those data issues that's before the Court today is the

14    timing of production.

15           There's no objection to the substance of what

16    we're now seeking, that's been worked through with Google,

17    starting with our RFPs that were filed last February.  The

18    question of timing is important to us, because sometime in

19    August, I think, we're going to hit halfway through the

20    discovery period.

21           THE COURT:  Right.

22           MR. SALLET:  And so moving rapidly at this point,

23    especially with more data requests to come, is very

24    important to allow us to conduct depositions and to do the

25    work we need on expert reports.

```
 1                 THE COURT:  Understood.  Understood.
 2                 All right.  Let me turn -- unless there's anything
 3       further, Mr. Sallet, on documents, let's turn to
 4       Mr. Schmidtlein and Google and we'll hear from you in terms
 5       of where things stand in terms of production schedule and
 6       whether we're on course to meet those substantial completion
 7       deadlines and anything else you'd like to raise about
 8       documents.
 9                 MR. SCHMIDTLEIN:  Good morning, Your Honor.
10                 THE COURT:  Good morning.
11                 MR. SCHMIDTLEIN:  It's nice to see you in person.
12                 THE COURT:  It's good to see you, too.
13                 MR. SCHMIDTLEIN:  I generally agree with my
14       colleagues.  We have been working diligently, as we have
15       throughout the case.  And by "we," that really is the royal
16       "we" here, it is literally dozens of lawyers, dozens of
17       people in-house at the company and contractors and vendors.
18                 We have made --
19                 THE COURT:  I won't dare ask the actual number.
20                 MR. SCHMIDTLEIN:  Yeah, it takes a village to do a
21       case of this magnitude, and people have worked incredibly
22       diligently.  And to be fair, the parties have worked very
23       diligently to try to meet, confer, and to try to narrow
24       things where possible.
25                 We have made, as we have in between each of the
```

1   status conferences, we've made a number of rolling

2   productions, hundreds of thousands of more documents have

3   been produced, and to the DOJ's requests, the last sort of

4   major tranche of documents is out to our vendor right now.

5   These productions are so large, you might imagine,

6   Your Honor --

7               THE COURT:  Sure.

8               MR. SCHMIDTLEIN:  -- that they actually go out to

9   the vendor and take a number of days --

10              THE COURT:  Right.

11              MR. SCHMIDTLEIN:  -- to actually be converted.

12  And we anticipate, from our vendor, that that last sort of

13  substantial production will be made available to the

14  plaintiffs, both sides, next week.

15              THE COURT:  Okay.  Terrific.

16              MR. SCHMIDTLEIN:  So we are on track.

17          We did not try to meet July 31st and try to send

18  something over the weekend, but we will have it to them next

19  week, and that will make us substantially complete, as

20  Mr. Dintzer said, on RFPs 1 and 2 from the DOJ.

21          He is correct that RFP 3 is a -- it's a

22  privilege-log issue that I will not bend Your Honor's ear on

23  right now because the parties are still trying to work

24  through and address that.  RFP 4 was served just this last

25  week, and so we're in the very earliest stages of assessing

1    that.

2           In terms of document production for the Colorado

3    Plaintiffs, I am happy to report we are on track to make all

4    of our commitments there by the end of August.  We have sort

5    of re-prioritized and tried as best we can to push out the

6    documents for certain custodians that Colorado asked us to

7    prioritize in connection with an upcoming deposition.  And

8    I think, as I said, we are on track to make all of our

9    benchmarks and all of our deadlines there.  And that's where

10   we are on document production.

11          THE COURT:  Okay.

12          MR. SCHMIDTLEIN:  In terms of the data, I'll --

13   I understand you want to take that up separately and we can

14   do that.

15          THE COURT:  Yeah, we'll take that up separately in

16   a moment.

17          MR. SCHMIDTLEIN:  Okay.

18          THE COURT:  Just while you're up there,

19   Mr. Schmidtlein, let me ask a question about the depositions

20   and then I'll turn back to your colleagues.

21          But just reviewing my notes, I want to just

22   confirm, you all had indicated that you would accelerate

23   production for the deponents who were scheduled for August;

24   it sounds like no one's actually being deposed in August but

25   1st of September.

 1          MR. SCHMIDTLEIN:  We have one deponent who is

 2   being deposed in August.

 3          THE COURT:  I'm sorry.  All right.  So Google has

 4   decided to depose someone in August then?

 5          MR. SCHMIDTLEIN:  No.  I'm sorry.  The Colorado

 6   Plaintiffs noticed a deposition for August.

 7          THE COURT:  Okay.

 8          MR. SCHMIDTLEIN:  That deposition is going to take

 9   place in Seattle in the middle of August.

10          THE COURT:  Okay.

11          And so then are the documents for that deponent,

12   have they been produced?

13          MR. SCHMIDTLEIN:  They have.

14          THE COURT:  Okay.

15          MR. SCHMIDTLEIN:  There are -- we are continuing a

16   process whereby both plaintiffs have asked us to go back and

17   re-review certain privilege entries.  And we are in the

18   process of going back and trying to prioritize, if there are

19   any documents that, as a result of that re-review, are going

20   to be produced relevant to the upcoming witnesses, we are

21   trying to prioritize and push those out as quickly as we

22   can.

23          But in terms of the sort of custodial review, the

24   normal flow of documents coming from that custodian's files,

25   those have all been produced --

1           THE COURT:  Okay.

2           MR. SCHMIDTLEIN:  -- and I believe were produced a

3    couple weeks ago.  And we met our mid July -- the request

4    they made of us to try to push those all out by mid July.

5    So they have the overwhelming majority.  There may be a few

6    more that trickle out as a part of this re-review process,

7    but we are doing our level best to get those out as quickly

8    as we can.

9           THE COURT:  Okay.  Terrific.

10          And then, again, just while you're up there so I

11   won't make you get back up a second time, in terms of other

12   depositions, we've got one in August, there's DOJ's first

13   depositions 1st of September, have those records been

14   produced for the DOJ-requested deponents?

15          MR. SCHMIDTLEIN:  Yes, Your Honor.

16          THE COURT:  Okay.

17          MR. SCHMIDTLEIN:  There are three individuals that

18   the DOJ has asked for depositions:  A current employee who

19   is set to be deposed on September the 2nd.  And then we have

20   two former employees, one of whom we have confirmed for

21   September the 8th, and the other former employee we are

22   still trying to nail down a date in, hopefully, the first

23   part -- first couple of weeks of September.  And we're still

24   in discussions with DOJ to try to get the logistics based on

25   this witness's schedule.  But documents for all of those

1    witnesses have been substantially produced.

2                THE COURT:  Okay.  Terrific.

3                All right.  Anything then -- Mr. Schmidtlein, do

4    you want to talk about document productions or depositions

5    for August, September?

6                MR. SCHMIDTLEIN:  No.

7                The only issue I would say is that the -- both the

8    DOJ and the state of Colorado have issued 30(b)(6) notices.

9                As Mr. Sallet alluded to, the 30(b)(6) notice for

10   Colorado is a very, very, very technical data-related

11   30(b)(6).  In my experience, these types of technical data

12   questions are best addressed almost in written

13   correspondence, almost like informal interrogatories, like

14   tell us what the meaning of this is, or if there are very

15   specific focused questions they have -- and the parties have

16   been informally doing this for weeks and weeks and weeks

17   now.

18                THE COURT:  Sure.

19                MR. SCHMIDTLEIN:  Trying to get a 30(b)(6) witness

20   to sit for deposition about, tell us all about Google's

21   data, is not, frankly, feasible or a good use of all of our

22   time.  And, again, in my experience, these things typically

23   can get worked out through informal back and forth.  I'm

24   hoping that we will be able to do that.

25                We've asked them, and I think they've agreed, that

 1    they are going to send us a follow-up sort of detailed

 2    letter asking for specific information that gives more

 3    detail and color as to exactly the types of open issues that

 4    they're still looking for by 30(b)(6) or otherwise.  And

 5    we're going to try to work with them to sort of resolve

 6    that, because, again, I'm not sure a 30(b)(6) deposition is

 7    going to be a particularly good vehicle for that, but we're

 8    not at the point where we're at a dispute.

 9              The DOJ has issued a 30(b)(6) notice for the

10    middle of September that goes to a number of other issues.

11    We're going to be engaging with them, I think, in the coming

12    weeks about the feasibility and about the utility of that

13    type of deposition.

14              But DOJ may raise an issue that I think could come

15    up, a longer term issue that I wanted to flag for

16    Your Honor, which is, the Department appears to intend to

17    want to issue, sort of seriatim throughout the case,

18    multiple 30(b)(6) deposition notices, covering I don't know

19    what variety of topics.

20              The feasibility of doing that, while at the same

21    time trying to depose executives, including executives who

22    would be the 30(b)(6) deponents, I think raises some

23    practical problems.

24              THE COURT:  Sure.

25              MR. SCHMIDTLEIN:  And I think that's going to be

1    an issue we're going to want to discuss.

2           And, again, in my experience, a party oftentimes

3    will send you a single long 30(b)(6) notice, you then sort

4    of break it off into chunks and bits and pieces and you say,

5    okay, for these topics, Ms. So-and-So will address those,

6    but I'm going to produce Ms. So-and-So once, you can take

7    her deposition as a 30(b)(6) and you can take her personal

8    deposition in that seven-hour day, but I'm not bringing her

9    back sort of multiple times.  That is an issue that we may

10   have to bring to Your Honor sort of down the road, but we're

11   still in early days on how we're going to address that.

12           THE COURT:  Okay.

13           So let me ask you one last question,

14   Mr. Schmidtlein:  Do you have a sense of when you think

15   Google will begin deposing -- I think when we met last, you

16   said you probably would start with -- well, most likely

17   would be third parties.  And I suppose that would probably

18   be the bulk of your depositions is third parties.  I don't

19   know whether there's anybody other than experts associated

20   with the government that you would seek to depose.  But

21   what's your sense of when your schedule of depositions would

22   begin?

23           MR. SCHMIDTLEIN:  I am targeting that we can start

24   depositions, I'm hoping, in October.

25           THE COURT:  Okay.

1         MR. SCHMIDTLEIN:  We are still pushing and pulling

2    and cajoling various third parties to produce documents in

3    the case.  And our deposition schedule, obviously, is going

4    to peg off when we get those productions and when we have a

5    chance to review them.

6         So we're looking to begin that process as quickly

7    as possible, but as is often the case in these types of

8    cases, the third-party discovery lags a little bit.

9         THE COURT:  Sure.

10        MR. SCHMIDTLEIN:  And that's where we are, but we

11   are pushing very hard to get that completed.

12        THE COURT:  Okay.  Very good.

13        All right.  Anything else you want to raise,

14   Mr. Schmidtlein?

15        MR. SCHMIDTLEIN:  That's it, Your Honor.

16        THE COURT:  Okay.  Terrific.  Thank you.

17        All right.  Let me turn back then to Mr. Dintzer

18   and Mr. Sallet with respect to depositions and ask whether

19   either of you want to raise anything about the upcoming

20   depositions or the deposition schedule going forward?

21        MR. DINTZER:  Yes, Your Honor.

22        Thank you, Your Honor.

23        The only thing I wanted to raise was what

24   Mr. Schmidtlein just addressed with respect to the 30(b)(6).

25   We raised in both May and June our understanding of the CMO

 1     which allowed us to do this.

 2               THE COURT:  Right.

 3               MR. DINTZER:  And they had agreed to that in the

 4     CMO, where we're being measured by the seven-hour period.

 5     Every seven hours of 30(b)(6) deposition that we take, that

 6     counts as one against us.

 7               This is the first I'm hearing from them that they

 8     want to do it a different way.  And I'm surprised that

 9     they're raising it with the Court without having any

10     discussion with us about it, but it is our understanding

11     that the CMO entitles us to that.  But beyond that, it's

12     also much more efficient than waiting till the end of the

13     case and doing a huge 30(b)(6) that would last days and that

14     wouldn't give us the information that we need so that we

15     could do better, more thoughtful depositions of the

16     individuals in the interim.

17               So it doesn't sound at this point like Google is

18     actually raising an issue, so I try not to argue against

19     issues that haven't been raised, because if I lose them,

20     then I'm in a lot of trouble.  But I would just put a

21     placeholder in it.  In May, at page 23 of the transcript,

22     in June, page 4 of the transcript, we have raised this,

23     haven't heard anything from them about it.  And so, you

24     know, if -- we're happy to talk to them, as he suggested,

25     and see what they have in mind, but we believe that we have

 1    staked out a position that is understood in the CMO.

 2              THE COURT:  Okay.

 3              Well, look, there's nothing for me to resolve at

 4    this point, obviously, but I think what Mr. Schmidtlein is

 5    raising is, frankly, the theme -- or the common thread

 6    that's run throughout all of our hearings in these months is

 7    the effort to try and be as efficient as possible.

 8              And if there are -- I would obviously encourage

 9    both sides, primarily the government parties, to conduct

10    both the 30(b)(6) at the same time you're doing a fact

11    deposition of the same person.  Now, what that means, of

12    course, is getting your 30(b)(6) notices out sooner rather

13    than later so that if a fact witness is going to also serve

14    as a 30(b)(6) witness, that can be scheduled and prepared

15    for.  I understand that, the vagaries of litigation being

16    what they are, that's not always going to be possible.

17              MR. DINTZER:  And respectfully, Your Honor, since

18    they get to choose who the 30(b)(6) witness is, I mean --

19    you know -- and I would never accuse Google of making things

20    more difficult on us than they might, but the reality is

21    that if we depose Joe and then -- if we depose anybody --

22    and then two weeks later we send a 30(b)(6) on any subject,

23    they could -- I mean, we can't be in a position when they

24    say, oh, well, you deposed Joe and we were going to pick him

25    and tough luck.  That can't be sort of -- so like I said,

1    there's no issue before the Court, but we are trying to do

2    this as efficiently as possible.  We understand what the

3    Court is saying, but we also need the flexibility to do --

4    to build our case so that we can make sure that we get all

5    the information that we need.

6             THE COURT:  Okay.

7             Mr. Schmidtlein, I saw you move and maybe you'd

8    like to respond.

9             MR. SCHMIDTLEIN:  Yeah, we will certainly work --

10   and we certainly agree with Your Honor.  I mean, efficiency

11   here if -- the parties have plenty to do, if they do

12   everything, as efficiently as humanly possible.  If we get

13   into inefficiencies, it's going to be a mess.

14            I will just say, 30(b)(6) deposition notices, as

15   Your Honor is well aware, are typically for types of issues

16   where the opposing party really doesn't know who should I

17   depose, who likely has information about a certain topic or

18   issue?

19            To be fair, Mr. Sallet -- they have sent us a

20   30(b)(6) that's very targeted on these data issues.  I get

21   why they don't necessarily know from their investigation who

22   knows about these very, very technical data issues.  And as

23   I said, I think we're going to hopefully try to resolve that

24   offline.

25            Without getting into the details, the details of

1   what the DOJ's 30(b)(6) deposition goes to are broader

2   subject matters in the litigation, that they have plenty of

3   people they know who they can ask those questions to, and so

4   that's a little bit of the rub here.  And as I said, we'll

5   work to try to be as efficient as possible, but a 30(b)(6)

6   deposition, you know, the reason that rule was brought into

7   being --

8                  THE COURT:  Right.

9                  MR. SCHMIDTLEIN:  -- was this practice where a

10  party would just start throwing darts in the dark.  Like,

11  I'd ask Joe and Mary and Bill and Tom and they'd all say,

12  I don't know, I don't know, I don't know, I need to find

13  somebody who can answer a particular question and I've

14  wasted a bunch of time in depositions.

15                 If we're going to get a bunch of 30(b)(6) notices

16  throughout this case that are going to kind of some of the

17  main issues and subject matters they've been investigating

18  for many, many, many, many, many months, they've got

19  documents from 100-plus people, they have millions of pages,

20  they know which witnesses --

21                 THE COURT:  Right.

22                 MR. SCHMIDTLEIN:  -- are knowledgeable.  That's my

23  only point, Your Honor.

24                 MR. DINTZER:  May I have a chance to respond to

25  that, Your Honor?

1          THE COURT:  Sure.  Why don't we just wrap this up.

2     One second.

3     Come on up.

4          MR. DINTZER:  So just to respond to what counsel

5     has said, first and foremost, the 30(b)(6) rule was --

6     while, in part, it's to avoid the finger pointing, it's also

7     a way for a litigant to lock the other side, as opposed to

8     the other side's employees, into a specific position.

9          I can't call Google and have Google sit in the

10    chair unless I use a 30(b)(6), which does require that

11    Google put all their information in one human being about a

12    subject, put that person in the chair and answer my

13    questions for Google, and the 30(b)(6) tool is terribly

14    important in that process.

15          So, again, there's not an issue to decide, but

16    I want to make sure that it's clear:  This is no small thing

17    for us.  The ability to lock a Google -- Google's an immense

18    organization, and the idea that we know who this person

19    is -- my guess is that without preparing that person, and,

20    of course, a 30(b)(6) requires them to prepare an individual

21    with all the information Google has about what the --

22    whatever the subject is, that's what the rule says, and

23    that's what attorneys do in preparation.

24          There is no way that any one individual, even any

25    five individuals, inquiring into their personal knowledge,

1    I could get, and know for a fact that I've gotten,

2    everything that Google knows about subject X, Y and Z.

3           We will talk with Google about the subjects that

4    we've identified.  We have been very careful about how we've

5    written our 30(b)(6), but they misstate the purpose of

6    30(b)(6), and we want to make sure the Court understands

7    these are important to us.

8           THE COURT:  Okay.

9           Mr. Sallet.

10          MR. SALLET:  Your Honor, on depositions, as

11   Mr. Schmidtlein has noted, the states are taking the first

12   deposition in the case on August 12th, and that seems to be

13   coming along, we did receive the documents in a timely

14   manner, and Mr. Schmidtlein has explained the possibility

15   that a re-review will produce more.

16          On the data deposition that we've noticed for

17   September 14th, one correction to Mr. Schmidtlein.  We

18   proposed the idea of sending a letter that could result in

19   written correspondence that could help narrow the issues,

20   provide us with information.  We did that because we thought

21   that could lessen what needs to be done in a deposition,

22   eliminate some areas potentially, and we're pleased to have

23   Mr. Schmidtlein endorse it as a way to go, but very

24   importantly, it's very important that the date for that

25   deposition be set, because there's no deadline to informal

1    exchanges of correspondence.

2         I said to you a few minutes ago, Your Honor, that

3    we hope to get our full-fledge data request in to you by the

4    end of September, maybe it's October, but our ability to

5    meet those, meet that kind of time period, is dependent on

6    getting the pending data requests answered in August, and

7    then on September 14th having the opportunity to ask

8    questions to get on the record anything else we don't

9    understand.

10        So while we fully endorse the idea that the

11   informal correspondence can help move things along more

12   efficiently, it's why we proposed it, it is not a substitute

13   for Google finding a person, agreeing with us on a date, and

14   getting that deposition locked down.

15        THE COURT:  So let me just ask a question, which

16   is, I thought I understood one of you to say that the

17   30(b)(6) that the states have noticed is scheduled for

18   mid-August, correct?

19        MR. SALLET:  No, Your Honor.

20        THE COURT:  Okay.

21        MR. SALLET:  I think -- we have noticed it for

22   September 14th.

23        THE COURT:  Okay.  September 14th.  All right.

24        So there are no August depositions?

25        MR. SALLET:  No, Your Honor.

1    We are taking a fact deposition --

2    THE COURT:  Oh, you are taking a fact deposition.

3    MR. DINTZER:  -- on August 12th.

4    THE COURT:  Oh, okay.

5    MR. SALLET:  That's the mid-August reference that

6  Mr. Schmidtlein made.

7    The one in Seattle he said was being taken, that's

8  the first fact deposition.

9    THE COURT:  That's a fact deposition.  All right.

10  Understood.

11    I'm sorry, I misunderstood.  I got that in the

12  30(b)(6) that you've issued for the data.  I got those mixed

13  up.

14    All right.  Understood.

15    MR. SALLET:  Okay.  Thank you, Your Honor.

16    THE COURT:  Okay.

17    So that makes sense from a timing standpoint;

18  otherwise, I was a little confused about the deadline

19  request you were making and the --

20    MR. SALLET:  Yes, Your Honor.

21    THE COURT:  -- timing of the 30(b)(6).

22    Okay.  Terrific.

23    All right.  Let's next talk about third-party

24  discovery generally, and then we'll get into -- well,

25  actually, before we -- let's talk about third party

1   generally, third-party discovery generally and just the

2   state of that, and if there's anything anybody wants to

3   bring to my attention, let's do that.  I would then propose

4   we talk about the data dispute regarding the states -- with

5   the states, and then we can turn to the issue involving

6   Microsoft.

7          So on third-party discovery, does anybody want to

8   be heard about the state of things or how things are

9   proceeding?

10          Mr. Sallet?

11          MR. SALLET:  Your Honor, very briefly.

12          We're making progress, but not with all third

13   parties.  For example, one third party asked us why we

14   needed documents now since discovery is open until March of

15   2022.

16          And, Your Honor, you've been very helpful in

17   previous status conferences in sending the signal that

18   third-party discovery should move forward promptly.  And the

19   reasons for that is obvious:  Getting documents now will

20   allow us to prepare for depositions, seek documents,

21   perhaps, from other entities, prepare expert reports.

22          So, Your Honor, we would be very appreciative if

23   the Court would reiterate the need for third-party discovery

24   to move forward in a prompt manner.

25          THE COURT:  Look, I mean, if anybody thinks that

 1    the discovery deadline is the time third parties need to
 2    move, they've got another thing coming.
 3             MR. SALLET:  Right.
 4             THE COURT:  I mean, to state the obvious, when you
 5    issue your subpoenas, there's a 30-day turnaround, at least
 6    presumptively, and if parties aren't cooperating in getting
 7    you the documents, you need to let me know and you need not
 8    wait until one of these status conferences to do it.
 9             I mean, you know how to contact chambers, you know
10    how to contact me.  And it is in everyone's interest here,
11    including my own, to continue to move things forward.  And
12    we're not going to allow third parties to slow roll either
13    side.  And so everybody should be on notice that it's --
14    we're not looking at 2022 to begin production for
15    third-party subpoenaed material.
16             MR. SALLET:  Thank you, Your Honor.
17             THE COURT:  All right.
18             Okay.  Mr. Dintzer.
19             MR. DINTZER:  On to third parties?
20             THE COURT:  Yes.
21             MR. DINTZER:  We wanted to let the Court know
22    of -- and if this is not the time for the Court, there is
23    one that we are struggling with that we're not ready to
24    bring, but it may result in something early next week.
25             We have one third party where we have -- they've

1    proffered X number of documents.  We are continuing to

2    negotiate about increasing that number because we think it's

3    insufficient.  And they had started -- have started

4    reviewing the ones that they've proffered and that we both

5    agree would be part of any production.  But they have

6    threatened not -- to stop reviewing and to let the pipeline

7    run dry.  And we view that as a negotiating tactic to force

8    us into accepting a woefully -- what we believe is a

9    woefully insufficient production.

10           And so we're negotiating with them later today,

11   and we'll find out if -- but we view the letting the

12   pipeline run dry basically, them stopping the reviewing of

13   documents, as being a trigger, and that if they do that,

14   tell us they're going to do that, then that's something we

15   may have to raise sooner.  We would have raised it already,

16   but there have been documents in the pipeline, but the -- so

17   we just want to put the Court on notice.  So if that comes

18   up that --

19           THE COURT:  Okay.

20           You know, I'll say this not just for the benefit

21   of the parties but to the extent counsel for third parties

22   are listening in, you know, these issues with respect to

23   third-party productions, you know, I don't view that as

24   something that's ancillary, it's a key feature and central

25   to discovery continuing to move forward and for us being

1   able to meet the various target dates in this scheduling

2   order that we have, which is already ambitious enough as it

3   is.

4           So I don't view third-party discovery to be any

5   different than any discovery disputes that arise between the

6   parties.  And so if matters come to an impasse at any point

7   in time, you don't have to wait until one of these

8   conferences to phone chambers to try and get something

9   scheduled to try and get it resolved.  And I will tell you

10  my schedule is challenging, as it is for everybody in this

11  room, but, nevertheless, I'll make it a priority to make

12  sure things keep moving forward in this case as best as

13  I can, okay?

14          MR. DINTZER:  We appreciate that, Your Honor.

15          THE COURT:  All right.

16          Mr. Schmidtlein, anything you'd like to add at

17  this point?

18          MR. SCHMIDTLEIN:  Your Honor, I think on this

19  point, I think this is one area where the parties are in

20  heated agreement.

21          THE COURT:  Okay.

22          MR. SCHMIDTLEIN:  Your continued oversight and

23  your willingness to make yourself available and to have

24  these regular check-ins, I think, has been very, very

25  helpful in motivating and incentivizing third parties to

1   move forward, and we appreciate your assistance in that

2   regard.

3                THE COURT:  Okay.

4                All right.  Let's talk about the two matters that

5   have been briefed then for today.  The first is the data

6   dispute with the states.  Let me just first make the

7   observation that I've never heard the term "pebibyte"

8   before, so there's a first for everything.  It sounds like a

9   lot, and it clearly is.

10               But let's just talk about where things are.  And

11  it seems to me that -- and maybe I'm overly optimistic in my

12  review of what the parties have submitted -- is that the

13  states would like to have much, if not all, of this

14  preliminary data, sample data, produced by the end of

15  August.  Google, at least based on its description, is

16  making good-faith efforts to try and do that.  It's

17  promised, with respect to a number of these categories, to

18  provide that preliminary data by the middle of August, and

19  most of it by the end of August.

20               So why don't we start with Mr. Schmidtlein and

21  then I'll turn to you, Mr. Sallet.  I mean, I think your

22  position is fairly laid out in what you're seeking, but

23  I think the bigger question in my mind is exactly how

24  certain Google is that it will be able to meet these

25  estimated deadlines that it's put forward and that

1    ultimately what the states have requested is that all of

2    this, or certainly most of it, be produced in good faith by

3    the end of the month, by the end of August, and so let's see

4    where we are on that front.

5            MR. SCHMIDTLEIN:   I think Your Honor accurately

6    summarizes where we are.

7            The parties have devoted an extraordinary amount

8    of time meeting and conferring, going back and forth on the

9    data issues.  And we have produced lots of data to the DOJ

10   and we've also produced lots of data to Colorado.

11           The issue, I think, in a nutshell, has been,

12   you know, they have gone out and made extraordinarily broad

13   asks of data, data that is, like, physically almost

14   impossible to describe.

15           I, like Your Honor, had never heard of a pebibyte

16   before.  And I actually looked around and somewhere on the

17   Internet found that one pebibyte is equivalent to storage

18   for one trillion pages of plain-text documents.  And, you

19   know, the metics are just -- they're hard to wrap your head

20   around.  So we're dealing with very, very large datasets.

21           And we have encouraged, throughout the process --

22   you know, we've sort of said to Colorado, tell us

23   specifically what you want.  Instead of asking for sort of

24   everything, tell us specifically the types of data or the

25   types of fields or things, and that might help us really

1    narrow it down, and it might help us extract and be able to

2    pull it.

3            And they have -- they've sort of not gone along

4    with that approach.  I think their approach has been, well,

5    no, we want to know about everything and then we'll tell you

6    what we want.

7            That, again, in my experience, is a little bit

8    unusual.  I usually confront plaintiff lawyers, and

9    typically it's the experts sitting behind the plaintiff

10   lawyers who want -- of course, more data is more better for

11   expert witnesses, and so they typically want more.  But my

12   experience has been they can define what the more is.

13           Here, it is literally, well, just tell us what's

14   in these sessions logs.  Well, I think, as Your Honor --

15   you've reviewed the Status Report, the sessions logs contain

16   hundreds and hundreds of thousands of individual variables.

17           THE COURT:  Is that literally -- I mean, if I sit

18   down and type in a search query, it is the pathway that I

19   travel once I enter that search query, and you multiply that

20   by the millions of people who do that on a daily basis, and

21   those are -- that's a sessions log?

22           MR. SCHMIDTLEIN:  That is -- a session could be an

23   individual person's sort of session of searching for some

24   period of time.

25           THE COURT:  Okay.

1          MR. SCHMIDTLEIN:  And that data is maintained for

2     some period of time, in part because, you know, if people

3     click on ads, those ads get paid on and that has to be at

4     least maintained for some period of time for financial

5     reasons.

6          But we have been working in good faith to try to

7     help them understand -- they don't, not surprisingly; they

8     filed a lawsuit.  They didn't understand what's in our data,

9     and they've been sort of searching and searching and

10    searching and trying to -- instead of telling us, we want

11    the following 10 things or 20 things or 50 things, they've

12    been basically saying, we want everything, and then we'll

13    tell you -- or give us samples of everything and then we'll

14    come back and figure out these later, I guess, more data

15    requests that they're going to issue us at some later date.

16         We've been trying in good faith to get them what

17    they need.  We've been trying in good faith, you know, with

18    all of the engineers -- a lot of this requires, frankly,

19    bespoke code and things that we do not have sitting on the

20    shelf.  And so we have been working with them.

21         We think we can get nearly all of it done by the

22    end of August.  I think there is an open question as to some

23    pieces, because, frankly, we're still working through what

24    it's going to take to extract some of the data.

25         We are going to move heaven and earth to try to

1    make the end of August.  And, really, Your Honor, that's the

2    commitment I can give you is, we're going to try to shoot

3    for that.  But we're dealing with requests that have never

4    been made before and volumes of data that our engineers

5    haven't been asked to extract before.  So making perfect

6    predictions as to when we're going to get it, how long it

7    will take to make sure it's in a readable, producible format

8    and get it extracted, copied, and transmitted is something

9    we're going to try our very best to do.

10           THE COURT:  So, I mean, just, again -- and maybe

11   I don't need to familiarize myself with this in any great

12   detail and maybe I do, but let's just take the sessions

13   request, for example.  I mean, are you quite literally being

14   asked to produce the search histories, I think it was for a

15   sample of three days, and that's what you're being asked to

16   produce?

17           MR. SCHMIDTLEIN:  That is right.

18           It started with everything.  We then said to them,

19   well, why don't we give you a couple hundred sessions, we'll

20   give you, like, a sample of sessions, we'll produce those to

21   you, because we could actually do those on an anonymized

22   basis, we could make sure that's a reasonable number that we

23   could manually review.  We produced those, and they came

24   back and said, no, we want more than that.  First they asked

25   for us for 10 percent, and this is 10 percent of everything

1    on a particular day.  That is a massive number.  They then

2    came back and said 5 percent.  That is still a massive,

3    massive number.  And we have been working through with them

4    a process whereby how are we going to produce that data in a

5    privacy protected way; in other words, cull out data that

6    might reveal particular users.

7            And we have now, I think, finally agreed upon a

8    negotiated way that we can do that on a scalable way, in

9    other words, a computerized way, rather than a manual way.

10   And we're now at the point where we're going to go back and

11   we've begun the process of trying to write the code to

12   figure out how we're going to produce this 5 percent sample

13   for these particular days.

14           THE COURT:  And are the samples -- I mean, again,

15   this may be more detail than I know, but the samples --

16   I mean, the concern that's been -- or at least the theory as

17   to which these data requests are tethered, at least as it's

18   put forward in the Joint Status Report, is the theory with

19   respect to, you know, specialized vertical providers and

20   whether Google is taking steps to prevent or favor its own

21   search versus whether people can freely move to these

22   vertical providers.

23           I mean, are there -- are you being asked to

24   provide specific data that would specifically capture data

25   that's relevant to that question or is it broader than that?

1    I mean, for example, I mean, you know, I may have searched

2    something about the Olympics today and that obviously has

3    nothing to do with specialized vertical providers, but is

4    that being captured within the data requests?

5            MR. SCHMIDTLEIN:  It is.

6            THE COURT:  Okay.

7            Because, I mean, for example, if they're asking

8    for just a percentage of all sessions, then clearly it would

9    capture things that are seemingly irrelevant.

10           MR. SCHMIDTLEIN:  That's my understanding,

11   Your Honor.

12           THE COURT:  Okay.

13           All right.  Let me turn to Mr. Sallet and get his

14   view on all of this and then we'll figure out what, if

15   anything, I ought to do about any of it.

16           MR. SALLET:  Thank you, Your Honor.

17           Let me address Mr. Schmidtlein's statements.

18           THE COURT:  Before you do that, can I ask you a

19   quick question, Mr. Sallet?

20           MR. SALLET:  Yes, of course.

21           THE COURT:  Just on page 7 of the Joint Status

22   Report, I was curious what -- you had sort of provided an

23   example:  This data can determine if a set of users searched

24   for hotels in Denver and then clicked on Google's hotel

25   unit?

1              MR. SALLET:  Yes.

2              THE COURT:  What is Google's hotel unit?

3    I didn't know what that meant.

4              MR. SALLET:  As Your Honor has noted, we are

5    seeking this information largely, although it's important to

6    note not exclusively, to deal with the issues around

7    specialized vertical providers.  It also goes to market

8    definition, and that can be a reason why the requests are

9    broader, because market definition is not defined by

10   verticals, it's defined by a series of substitution across

11   queries.

12             But the theory of our case, if I might just say

13   briefly, because I think it will explain this, is that

14   Google uses monopoly power to provide, on a results page,

15   different kinds of features or change what consumers see in

16   a way that will blunt competitive forces to its incumbent

17   monopolies and that that affects specialized vertical

18   providers specifically, and these specialized vertical

19   providers, many times, are very big advertisers of Google,

20   so they show up in different places on the page.

21             So what we're trying to do is to see what Google's

22   actions are, not when a search request is made, but after a

23   search request is made.  What Google calls a journey.  In

24   the ordinary course of business, we have an ordinary-course

25   document that Google knows -- that we've talked to Google

1    about, where Google wants to do exactly this, and it's

2    about, I believe, hotels, it's in the travel area.  Google

3    says, okay, people provide this kind of search, what happens

4    next?  Do they go, for example, to the classic text ad that

5    tends to be at the top of page, we've all seen that.

6         But what Google does, what Google has, and it's

7    the hotel example, is a box that appears on the results

8    page.  It typically has a map on it and some lists of hotels

9    on the left.  Google calls that an immersive, we've called

10   it a hotel box, a hotel unit.

11        THE COURT:  Okay.  So that's what you're talking

12   about.

13        MR. SALLET:  That's what we're talking about.

14        But if one thinks about the page, Your Honor,

15   there tends to be text ads at the top, the hotel unit, and

16   then to the extent there's space on the first page, organic

17   links, the old-style free results that come.

18        So what we're seeking is to understand Google's

19   conduct when it returns search results and thereafter that

20   could shift consumers to a place it wants them to go and

21   away from competitive threats or entities that could be

22   competitive threats.

23        Now, Your Honor has asked why don't we just ask

24   about the verticals.

25        Now, one answer, and it's an important answer, is,

1    this is also relevant to market definition, but there is a

2    second.

3            The way we've pled the issue around verticals is

4    that we see that Google, we allege that Google, in sectors

5    that are monetarily important to it, treats verticals

6    differently than it does in other sectors.

7            We say in our complaint in travel, the verticals

8    are treated differently than in recipes.  Well, that's, in

9    some sense, a claim of discrimination.  One can only make a

10   discrimination complaint if one can make a comparison.

11           And so in seeking data, we seek comparisons before

12   or after Google does things, across different verticals,

13   including verticals that are not monetized, because it's

14   part of our theory that if you ask about the Olympics,

15   Your Honor, or typed a query into how many players did the

16   Washington Nationals trade last night, if Google treats you

17   differently then --

18           THE COURT:  Far too many, but...

19           MR. SALLET:  But, you know, Google has a lot --

20           MR. DINTZER:  Five.

21           MR. SALLET:  -- so much data that it can even

22   answer that question.

23           But how Google treats you in that query, how the

24   results page is organized, what it tries to get you to do

25   next, is an important comparison to what it might do if it's

1   a vertical that has a monetary importance to Google.

2           Now, if I might, Your Honor, in terms of what

3   we're seeking, Google has said, it says it in the papers, we

4   should not be asking -- we shouldn't be starting from

5   scratch.

6           But, Your Honor, the issue here -- and I just want

7   to remind the Court, we do not have a current dispute over

8   what should be produced; Google has agreed to this.  But why

9   we're here today -- because this case is built on data --

10  Google is a data machine in a real sense, and we're simply

11  seeking an equal opportunity to analyze Google's conduct

12  with access to the same kind of data Google uses in the

13  ordinary course of business.  It's the same kind of data

14  that its economists are probably studying at this moment.

15          Now, in pursuit of that, we've tried to be --

16  we've tried to pay attention to the size of data --

17  I didn't know what a pebibyte was, I thought that's what

18  happened when my dog got angry.  But what we have learned is

19  Google itself has been giving us a series --

20          THE COURT:  I just want you to know your

21  colleagues are shaking their heads.

22          MR. SALLET:  I wanted to give them something other

23  than my legal arguments to which they could shake their

24  heads.

25          But, Your Honor, we have been working, but we've

1   been getting inconsistent answers.  So, for example, we

2   asked about a sessions data log, and we were told first --

3   we were told during the investigation that a day of a

4   sessions log was 10 terabytes.  Then we got several

5   different size estimates, and not until June 10th did we get

6   the 2.5 pebibytes that Mr. Schmidtlein cites.

7              So, Your Honor, we've asked questions that are

8   being measured against -- that should be measured against

9   the answers we had gotten at the time.  We have been working

10  to try to focus and narrow as we have learned from Google

11  the different answers.

12             Indeed, it's important to note that Google has

13  revised its estimate for the size of session data four

14  times, and it's revised its estimate for the number of

15  variables five times.

16             So, Your Honor, where we came out, to which Google

17  has agreed, is 5 percent on four days.  Four days -- excuse

18  me, Your Honor.  Two days in 2019, two days in 2021.  That's

19  not that many days in terms of the scope of this case.  And

20  5 percent is not an unreasonable sample.  And as

21  Mr. Schmidtlein said, we came in with a larger number and we

22  compromised on the 5 percent.

23             But it's important because what we've begun to see

24  is things we didn't know.  And, of course, why would we?

25  We are not the data company.

1          Let me give an example.  We have found that Google

2     uses a metric on how what it does affects consumers that we

3     didn't know about.

4          THE COURT:  Hang on for a second.

5          MR. SCHMIDTLEIN:  Your Honor, if Mr. Sallet is

6     about to reveal --

7          MR. DINTZER:  No.

8          MR. SCHMIDTLEIN:  -- highly confidential

9     information, I'd advise him not to.

10         MR. SALLET:  Yes.

11         And I'm not going to say anything more than I

12    said, which has not revealed any highly confidential

13    information.

14         When we find things that Google is measuring that

15    we didn't know about, well, that informs our requests going

16    forward.  There was no way we could know about that in

17    advance.

18         So, Your Honor, we believe that we have found with

19    Google, and Google has spent a lot of time with us on this,

20    Your Honor, with Google an agreement on what should be

21    produced now as part of this preliminary data.

22         All we seek is to have Your Honor put in place the

23    requirements that this be done by the end of August.  We've

24    asked for a production schedule on August 2nd, a beginning

25    response by August 13th.  Indeed, to be fair to

1   Mr. Schmidtlein, on one of the requests, they've offered

2   mid-August, and so they may be complete by then.  But in any

3   event, complete by the end of August.

4             And we do that, Your Honor, only because we've had

5   deadlines that were -- that Google itself set for July, for

6   example, that were not met.  And given the timing issues

7   that I have previously noted, where we are in discovery,

8   what we have to do to get the full-fledged data provisions

9   in place, it's critical that we have these requests

10  fulfilled by the end of August.

11            THE COURT:  Okay.

12            All right.  Well, let me ask Mr. Schmidtlein, on

13  page 10 of the Joint Status Report as a proposed schedule,

14  Google hasn't, at least if I remember correctly in its

15  position statement, taken a firm position on the schedule.

16  I think what it has said alternatively is that much of

17  what's being requested, it expects to be able to produce

18  more or less either in the middle of August or by the end of

19  August.

20            And so if I were to set such a schedule, let me

21  ask you what that would mean and whether it would be

22  realistic for you to meet these deadlines, given all else

23  that is happening in this matter.

24            MR. SCHMIDTLEIN:  I guess, Your Honor, what I

25  would suggest is -- and I don't have my calendar in front of

1   me, so I don't know what day August the 13th is -- but I

2   would say that we will begin producing the data by no later

3   than August 15 or whatever the -- whatever the true middle

4   of August is, we will effort to begin that production.

5           And that we, again, are going to do everything we

6   can to be done by the end of August.  But I literally don't

7   have a sworn, you know, in oath from the data engineers

8   right now who are working on this request presently, that

9   they'll be done by the end of August, but we can certainly

10  tell them that that is the date that we're shooting for and

11  we're going to do our level best to meet.

12          THE COURT:  Okay.

13          So let's do this.  I think mid-August, the 15th is

14  a Sunday.  So, you know, why don't we say the beginning of

15  production by no later than August 17th and substantial

16  completion by August 31st.  Is that manageable?

17          MR. SCHMIDTLEIN:  Yes, Your Honor.

18          And if we reach a point or if we encounter a

19  problem or an issue, you know, along the way --

20          THE COURT:  Sure.

21          MR. SCHMIDTLEIN:  -- that we see, we will

22  obviously promptly let Mr. Sallet know of that and explain

23  sort of where we are in the process.

24

25

```
 1                    THE COURT:  Okay.

 2                    Mr. Sallet, is that acceptable to you?

 3                    MR. SALLET:  Can I raise one thing?

 4                    Yes, Your Honor, and thank you.

 5                    Just one small point that I don't think

 6     Mr. Schmidtlein means to contradict:  There is one request

 7     we make, it has to do with RFPs 37, 38, that Google has said

 8     it will actually provide the data by the middle of August.

 9     So I take Your Honor's schedule to be the latest something

10     could be done, but it doesn't mean that Google shouldn't go

11     ahead and fulfill the promise it's already made as to this

12     request.

13                    THE COURT:  Yeah, I don't think Mr. Schmidtlein is

14     looking to do that.  And once data is available to be

15     produced, he'll produce it.

16                    MR. SALLET:  I agree.

17                    Thank you very much, Your Honor.

18                    THE COURT:  Okay.

19                    So I think that takes care of the data issue.

20     I think we've exhausted that question.

21                    All right.  Let's turn to what I think is the last

22     issue, and that's the dispute with Microsoft and the issue

23     of custodians.

24                    So I don't remember if counsel for Microsoft was

25     introduced at the start of this, but I'll ask counsel for
```

1    Microsoft to at least just make your presence known and

2    enter -- or just announce yourself for the record.

3              MS. SIMONS:  Good morning, Your Honor.

4              This is Caroline Simons from Orrick on behalf of

5    Non-Party Microsoft Corporation.

6              THE COURT:  Hello, Ms. Simons.  Welcome.

7              MS. SIMONS:  Thank you.

8              THE COURT:  Okay.

9              So let's just talk this through.  And I will tell

10   you, I found the parties' numbers a little confusing in

11   terms of custodians.  And to be clear, that's the only issue

12   that's really before me.  And if I'm wrong about that,

13   somebody will let me know.

14             But I found it a little confusing.  But what I

15   kind of ultimately ended up understanding is that Microsoft

16   has agreed to make 20 -- has agreed to search with over 27

17   custodians, those custodians are identified on -- as an

18   attachment to the letter that was dated July 21st, and that

19   Google is seeking an additional 19 custodians on top of

20   that.  Do I have that right?

21             MS. SIMONS:  That's my understanding, Your Honor.

22             THE COURT:  All right.

23             So, Ms. Simons, why don't I just hear from you and

24   get your thoughts on the request, because I sort of read

25   your response and perhaps it -- it wasn't clear to me -- it

1    sort of described where things are with Google, but may not

2    have specifically addressed what Google -- Microsoft's

3    position is with respect to these additional 19, and if

4    they're resisting the additional 19, the basis for that.

5           MS. SIMONS:  Sure, Your Honor.

6           It's Microsoft's position that we are not at this

7    stage refusing to search or collect from any of these

8    19 custodians as a categorical matter.  In fact, 12 out of

9    the 19 were proposed as recently as -- in the week leading

10   up to the submission to the Court, and so we are still in

11   the process of investigating and assessing the impact of

12   adding these custodians to the burden of our compliance with

13   the subpoena.

14          As we've alluded to in our brief, Your Honor, it's

15   hard to take custodians as a separate issue from the overall

16   search term proposal which Google and Microsoft are still in

17   the process of negotiating.

18          There was quite a bit of distance, I think, in

19   terms of the volume and hit counts that arose from Google's

20   initial proposal of search terms and our revisions.  And so

21   until we come to an agreement on what search strings are,

22   it's really hard to say adding these custodians will --

23          THE COURT:  Sure.

24          MS. SIMONS:  Yeah.

25

1          THE COURT:  So if I could interrupt you -- just to

2    make sure as I understand the number -- I think the number

3    was just south of 1.5 million documents was in your report.

4    That is based on what?  What was the input that resulted in

5    the output of 1.5 million?

6          MS. SIMONS:  Sure, Your Honor.

7          THE COURT:  The question is sort of what stage

8    that would involve in terms of search strings and then how

9    many custodians.

10          MS. SIMONS:  No.  Of course.

11          On our July 21st comprehensive proposal, we made a

12   comprehensive proposal of search terms, custodians, date

13   ranges that we would search, as well as a substantial

14   completion date.

15          The dozens of search strings that we've proposed

16   run against the 27 custodians across the date ranges that we

17   specified in the proposal and that have since been expanded

18   actually, that's what's resulting in the 1.49 estimated

19   total volume of hits.

20          THE COURT:  Okay.

21          And do we know at this point, because I think that

22   was a pre de-duplication number, do we know what the number

23   is post de-duplication, if that's occurred yet.

24          MS. SIMONS:  No, we don't, Your Honor.

25          It's hard to say at this point until the documents

1    are actually processed.  There's both de-duplication that

2    needs to be done across the custodians, as well as across

3    time periods, because we've agreed, at Google's request, to

4    expand the date ranges to include the 2018 to 2020 period

5    that was already covered in earlier investigation production

6    that took place last year.  And so until that processing is

7    done, it's hard to say where we'll land after

8    de-duplication.

9            THE COURT:  Okay.

10           And has Microsoft begun the process of trying to

11   determine how many additional -- let's say hypothetically

12   the searches that you propose are accepted by Google.  Have

13   you taken steps to determine how many additional documents

14   or have done a hit report on the additional 19 custodians

15   that have been proposed?

16           MS. SIMONS:  We have started, Your Honor, and

17   that's still in progress.

18           And, again, we -- we have come to an agreement on

19   several search strings with Google a while back that,

20   notwithstanding our dispute over which custodians are

21   appropriate, we've started at least pushing out documents

22   with respect to the subset that I think there's no dispute

23   that they would yield responsive documents.

24           So there are steps taken to facilitate the

25   discovery process and not build in any more delay as far as

1   we can.  But, no, we're still in the process of testing

2   those 19 custodians that Google has proposed.

3            THE COURT:  Okay.

4            MS. SIMONS:  And I should flag for Your Honor that

5   at least one since that was proposed, I think, on Monday or

6   Tuesday, we've since determined also does not have data.  So

7   in terms of the 19, we're down to now 18, where we believe

8   we actually have data to search for those custodians.

9            THE COURT:  And, Ms. Simons, I may have preempted

10  a lot of what you wanted to say, and if I have, by all

11  means, I don't mean to do that, but -- so the bottom line

12  is, where do you see things at this juncture and the need

13  for me to intervene?  Do I need, in your view, to make a

14  ruling today to say, yes, 19 more, or is Microsoft amenable

15  to continuing discussions about these additional 19 -- I'll

16  say this to both sides:  These are hard issues for any judge

17  to resolve in a way that's objective and meaningful.

18  I mean, there is something, why not 21, why not only 10, you

19  know.  And that's particularly so given that, at least with

20  respect to the additional custodians, I don't have any sense

21  of the additional volume that would produce.  I mean, I

22  could come up with a rough estimate and what that would

23  mean, but I don't have any sort of volume data here, and

24  more importantly, from my perspective, what the additional

25  volume would mean in terms of timing for production, which

1    is really one of the key concerns that I have ultimately is

2    to make sure all of these documents get pushed out in a

3    timely way.  So where do you see things at this point from

4    your perspective?

5            MS. SIMONS:  Your Honor, I think, as we said in

6    our papers, we would absolutely welcome the Court's guidance

7    as to what you would view as the appropriate burden for

8    Microsoft to bear in complying with the subpoena.

9            Just for context, the initial proposal that Google

10   made with respect to search terms across 15 custodians

11   yielded 15 million -- over 15 million documents as hit

12   counts, and so there's obviously quite a delta.

13           We're prepared to move forward with our proposal

14   which produced that 1.49 million.  So somewhere in between

15   that.  We just -- there is obviously a disagreement as to

16   the appropriate burden, and so that's where I think

17   it would be helpful to get a little guidance so the parties

18   -- the companies can know where to shoot toward.

19           THE COURT:  All right.

20           Anything further, Ms. Simons?

21           MS. SIMONS:  No, nothing further.

22           THE COURT:  Thank you.

23           MS. SIMONS:  Thank you, Your Honor.

24           THE COURT:  All right.  Mr. Schmidtlein.

25           MR. SCHMIDTLEIN:  Your Honor, the reason we

1   brought this dispute to you today is, we just weren't

2   getting the sort of movement and the sort of commitment to

3   move this process forward.

4          We issued the subpoena to Microsoft in April, they

5   served objections to the subpoena in late May.  The

6   objections and responses they submitted were fairly typical

7   boilerplate objections and promises to meet and confer.

8          When we asked them, make a proposal, make a

9   proposal on sort of custodians and search terms, they

10  basically wouldn't or didn't, so we made one.  We said, you

11  know, based on our review of the documents thus far and what

12  we've been able to put together, we started making proposals

13  to them.

14         And, frankly, it took long periods of time to get

15  responses.  Their initial position was, well, we're not

16  going to produce information outside of the period we gave

17  to the government during the CID investigation which was

18  quite remarkably nothing before 2018.

19         As Your Honor knows or will recall from the

20  conversations we've had about the burdens that Google has

21  undergone in this case, we have produced documents going

22  back decades.  And I think as I made reference to you, they

23  are deposing -- two of the first three deponents they're

24  deposing left Google in 2013 and 2011.  So clearly the

25  plaintiffs think that there's something relevant to this

1    case that goes back a long period of time.

2           It took us a very long time to try to get a

3    commitment to go back further in time.  They've done that in

4    some limited fashion, although not entirely clear where

5    that's going to land.  And we have pressed them for, get us

6    de-duplicated hit reports, because I think, as counsel for

7    Microsoft acknowledged, that 1.5 million number is a little

8    bit difficult to actually truly measure, because how much

9    that duplicates the documents they've produced during the

10   CID phase and how much that duplicates even across strings

11   and across custodians is really anybody's guess right now.

12   So it sounds like a big number, but I would suggest to

13   Your Honor that number is going to shrink and it could

14   shrink very, very substantially.  They haven't given us that

15   information, and we candidly didn't get a proposal out of

16   them, or a counterproposal from them, until July 21st, which

17   was sort of on the -- or it was an agreement that we got

18   from them on the eve of the last status conference.

19          So what we need for you to do, if you're not going

20   to order them to include these custodians, which we think

21   we've made a very clear showing that all of these people are

22   obviously relevant -- they have responsive documents, these

23   are executives who go further back in time that are relevant

24   to the case -- we want them part of the mix going forward,

25   and we need hit reports, we need de-duplication, we need

1    them to begin moving in earnest.  They have produced

2    approximately a thousand documents in response to this

3    subpoena to date.

4         THE COURT:  You've answered the question I was

5    just about to ask which is whether you've received any

6    production so far.

7         MR. SCHMIDTLEIN:  So, frankly, we threatened to

8    make this sort of submission before the last status

9    conference, and that is what got us the sort of initial

10   proposal which, in our judgment, was woefully insufficient.

11        We think the custodian issue is something that can

12   be resolved today that will then send us back to begin

13   continuing to discuss the search terms so we can hopefully

14   arrive at a reasonable production, but reasonable in the

15   context of, this is the primary antagonist in this story,

16   okay?  This is not just another third party.  This is the

17   third party who we need substantial production and documents

18   from in the case.  Thank you, Your Honor.

19        THE COURT:  Before you're seated, Mr. Schmidtlein,

20   let me just make sure I understand a few things:  One, the

21   27 custodians that are identified in the July 21 letter, are

22   all of those folks people that you are seeking documents

23   from?

24        MR. SCHMIDTLEIN:  Yes, those are -- mostly, those

25   are the custodians they agreed to with the government --

1           THE COURT:  I see.

2           MR. SCHMIDTLEIN:  -- during the CID phase --

3           THE COURT:  Okay.

4           MR. SCHMIDTLEIN:  -- and they've agreed to add

5      some additional people --

6           THE COURT:  Right.

7           MR. SCHMIDTLEIN:  -- to get to the 27.

8           THE COURT:  Okay.

9           And have you taken a position yet on the proposed

10     searches that they've proposed?

11          MR. SCHMIDTLEIN:  So, as I said, we asked them for

12     an initial proposal, they wouldn't make one.  We made one

13     instead.  It yielded a lot of hits.  They went back and

14     basically either cut strings we asked for or redid them to

15     basically reduce 90 percent of the documents that hit on the

16     strings we asked for.

17          As part of the agreement that we reached in

18     advance of the last status, because we anticipated we would

19     have this problem, they have agreed that they will allow us

20     to put to them additional kind of substrings.  We are in the

21     process of coming up with those additional strings we'd

22     asked them to run and to sort of pull apart the strings so

23     we can really isolate, like, where are the hit numbers

24     really coming from, is it from things that we really care

25     about or we don't care about, and I believe we are going to

1    be in a position to make that counter to them this week

2    coming up.  So we are trying to push that search string

3    negotiation on as quickly as we can.

4              THE COURT:  Okay.

5              All right.  Ms. Simons, why don't you come on back

6    up.

7              Look, I think the question -- one of the questions

8    I have is -- and I should have asked you when you were up

9    before, is when does -- look, there's clearly a core here of

10   documents that Microsoft agrees are producible, a core of

11   custodians.  What is your -- do you have in mind a date by

12   which substantial completion -- productions will begin in

13   earnest?  I mean, I don't consider a thousand documents to

14   be in earnest.  And assuming that there's no more that is

15   added to your burden, by when do you think production would

16   be completed?

17             MS. SIMONS:  We've put -- and we've offered a

18   substantial completion date of October 20th.  And by that,

19   we anticipate completing non-privileged responsive documents

20   with maybe some privilege review coming afterwards, but

21   that's the date that we've offered to Google and we haven't

22   received a counterproposal on the date there.

23             THE COURT:  Okay.

24             Mr. Schmidtlein, your response to a substantial

25   completion based at least on -- I know it's a bit of a

1    moving target, but in your ideal world realistically, what

2    would be a substantial completion date for Microsoft?

3          MR. SCHMIDTLEIN:  Well, again, Your Honor, the

4    challenge we have is, we don't know what the number of

5    documents that we're viewing is.

6          THE COURT:  Right.  No.  I know.

7          MR. SCHMIDTLEIN:  In other words, this 1.5 million

8    universe is sort of an elusory number right now.  And we

9    think there's going to be a lot more that needs to be done

10   in addition.

11         I can't believe, based on what I suspect that

12   number is going to get reduced by, that they shouldn't be

13   done by the end of September.

14         THE COURT:  Okay.

15         So I guess.

16         MS. SIMONS:  Your Honor, may I respond?

17         THE COURT:  Yeah, of course.

18         MS. SIMONS:  I think I've heard my colleague

19   Mr. Schmidtlein refer to a certain amount of delay, and

20   I think it arises from a difference in approach in how

21   Microsoft and Google have approached proposing a production

22   universe.

23         We've come at it from an iterative standpoint,

24   understanding that it's hard to tell pre de-duplication what

25   the ultimate universe would be.  We've asked Google to

1  identify priority requests so we can get those documents,

2  process them, assess where we are, and then see what more

3  they need.  And that's always been the approach that we've

4  tried to take, and I think Google has taken that as our

5  refusal to provide a proposal which we do disagree with.

6          And so I want to definitely express Microsoft's

7  willingness to get Google the documents it needs for its

8  defenses.  We're absolutely open if the de-duplication

9  process brings the volume down to a number.

10          THE COURT:  How long do you think it will take for

11  you to be able to get a number post de-duplication?

12          MS. SIMONS:  I don't have the answer to that,

13  Your Honor.  I could get that information for you.

14  I don't have it right at my fingertips.

15          THE COURT:  Okay.

16          All right.  I interrupted you.  Did you want to

17  add anything else?

18          MS. SIMONS:  No, I think that's all.  Thank you.

19          THE COURT:  Okay.

20          So I will say the following, which is, one is --

21  let me just -- look, it's hard to, as I said earlier,

22  resolve these things in a way that is truly principled and

23  objective, right?  I mean, it's really hard to make some of

24  the distinctions here between 27 versus why not 35, why not

25  40.

1          I mean, I will say that Mr. Schmidtlein's

2    submission and the description of the people who he's

3    identified as additional custodians certainly struck me as

4    not reaching, and I haven't heard Microsoft, today at least,

5    say that some of these folks, really, there's no chance or

6    there's minimal chance that they are likely to either have

7    records at all that are responsive and relevant or that they

8    are likely to have records that are largely duplicative of

9    what you would find elsewhere.  So, you know, in terms of

10   does this and does the request as to these people meet the

11   general definition of relevancy, the answer is yes, it's

12   likely to result in material that's -- that may lead to

13   admissible evidence.

14          In terms of burden, I don't have a lot of

15   information about what the burden is going to be on the

16   other side of that equation.  I mean, you've told me you've

17   got 1.5 as the number that's pre de-duplication, so I don't

18   even know what that means in terms of what's likely -- how

19   much that's likely to come down, you know.  Is it going to

20   be half, is it going to be a third?  I would just be

21   speculating.  So that's one component.  The other component

22   is, I don't have a sense of what's the number going to be if

23   you run these searches across the other 19.

24          What I will say is this, that I do think the best

25   I can do for you today is to give you a deadline by which to

1   get back to me with concrete information, which would mean

2   exchanging that information amongst yourselves and trying to

3   reach some compromises in order to do so.

4          So that would mean, for example, Microsoft needs

5   to get a de-dupe number.  We need to know what that number

6   is short of 1.5.  We need to know what the number is going

7   to be if the searches are run across the other 19.  You

8   know, if that number doubles, triples, quadruples the

9   return, that's going to cause me to think one way; frankly,

10  it might cause Mr. Schmidtlein to think one way.  And so

11  until we have that data, it's -- I don't know that I can

12  really do something that is meaningful and principled, as

13  opposed to just kind of shooting at a dartboard and hoping

14  it strikes the right balance.

15         So what I'm going to ask the parties to do is get

16  back to me within a week.  I think that ought to be

17  sufficient time, unless somebody vehemently says otherwise.

18         Ms. Simons, do you think that's --

19         MS. SIMONS:  I do think there may be an issue with

20  that, Your Honor, in terms of the work that's required to

21  process the custodial collections.  I don't know whether

22  that can be completed in a week for us to be able to assess

23  the de-duplication impact.

24         THE COURT:  Okay.

25         Well, let's do this.  Let's set a week and you'll

1   go back and find out whether that's possible or not.  And if

2   you need more time, you'll let me know.  But let's -- you

3   know, you've got a set that's already available and waiting

4   to be de-duped, I don't know how many days that might take,

5   and then you've got to run some hit reports, and then Google

6   needs to talk to you about the searches that you've

7   proposed.  And if you all can get back to me by next Friday

8   about where things stand, that would be helpful.

9        And if you continue to be at an impasse, then what

10  we'll do is we'll set a following date the following week

11  where I can just resolve some of these issues, because as I

12  said right now, I don't think I have enough information

13  other than -- I don't think I have sufficient information to

14  make principled decisions about the request for an

15  additional 19.  As I said, my reaction is that the

16  additional 19 seem to be custodians who would have -- who

17  are likely to have potentially relevant information, but I

18  don't know what that means in terms of the burden to

19  Microsoft.

20       And, you know, while Microsoft is a third party in

21  this case, it's a third party -- it's a first party among

22  third parties, let's put it that way.  And it's, you know,

23  certainly not a small entity, and so the burden issue here

24  is different than it would be in an ordinary litigation, it

25  seems to me.

1      So I think let's do it that way, and I think

2   that'll hopefully motivate both sides to start talking and

3   getting the information each side needs to try and really

4   resolve this.  And if you need me to actually ultimately

5   resolve it, I'll do that, and we can do that in short order

6   once I have what I think is the necessary information to do

7   that, okay?

8          MS. SIMONS:  Thank you, Your Honor.

9          THE COURT:  Mr. Schmidtlein, thoughts from you?

10         MR. SCHMIDTLEIN:  Thank you, Your Honor.

11         THE COURT:  All right.

12         All right.  So those are the two issues that were

13   teed up and briefed by the parties and by Microsoft.

14   Is there anything anybody else wants to raise before we --

15         Oh, yes.  There was the question of privilege and

16   sort of the pre-deposition issues that might get teed up,

17   and I had suggested that we ought to have a date by which

18   any of those issues that aren't resolved ought to be brought

19   to my attention, so that if they do need to be resolved,

20   they can be resolved before these depositions happen.

21         So who wants to throw out a date that you think is

22   going to work, being mindful of the fact that at least

23   I'm going to be out the week of the 16th, meaning if we need

24   to sit down in person or do it virtually, the earliest I

25   could really do it realistically is the week of the 23rd.

```
 1              Mr. Sallet, Mr. Dintzer?

 2              MR. SALLET:  Your Honor, we have been largely not

 3     active in this issue, but we are affected by it potentially

 4     because we have our first deposition on August 12th.

 5              So it would obviously be helpful and avoid the

 6     need to come back to a witness potentially later if

 7     Your Honor set a date that Google and the United States

 8     agreed to that was timely in terms of August 12th.  Like,

 9     for example, that Monday, the 9th.  But they're closer to it

10     than we are.  I just wanted to note the pendency of that one

11     August deposition.

12              THE COURT:  Okay.

13              I mean, is that a realistic date, August the 9th?

14              I mean, you know, I don't know who this witness is

15     and to what extent these issues about privilege might affect

16     this witness.  You all are in a much better position to --

17              MR. SCHMIDTLEIN:  I think we will be done with the

18     re-review process by August 9th for the witness who's teed

19     up for August the 12th, Your Honor.

20              THE COURT:  Okay.

21              So let's do this.  If there are issues that are

22     specific to the witness who is scheduled to appear on

23     August 12th, you will let me know that by August 9th.  I am

24     available the next couple days after that to do something

25     remotely and can do that.  So by August 9th, any issues
```

1    concerning the witness deposition that's scheduled for the

2    12th.

3              For those that are scheduled in September, if you

4    get back to me by August 20th and there remains an issue,

5    I can -- I will find time the week of the 23rd to get

6    everybody in to discuss it if I feel like we need to do

7    that.

8              Does that seem reasonable?

9              MR. DINTZER:  Yes, Your Honor.

10             Just for clarity, when you say get back to you, if

11   we decide that these issues might need some paper to resolve

12   them, what we would suggest is that we do paper that week

13   leading up to the 20th so that then we can come to the 23rd

14   ready to resolve them.

15             THE COURT:  Yeah.

16             I mean, I think what I was suggesting is that if

17   you're going to file something that reflects a dispute, that

18   that paper be filed by the 20th of August, and then I'll

19   take a look at it and we'll figure out a time the week of

20   the 23rd where we can get together and try and resolve it.

21             MR. DINTZER:  We appreciate that, Your Honor.

22             THE COURT:  Okay.

23             Mr. Schmidtlein, does that work for you?

24             MR. SCHMIDTLEIN:  We can certainly make our filing

25   by the 20th.

1          I will be on vacation the week of the 23rd, but

2     we will be able to deal with that issue whenever Your Honor

3     wants to deal with it.

4          THE COURT:  Okay.

5          MR. SCHMIDTLEIN:  Hopefully, there's no issue.

6          THE COURT:  Hopefully, there's no issue.

7          And, Mr. Schmidtlein, you should have your

8     vacation on the week of the 23rd, I'm sure your family wants

9     you there and not distracted.

10          All right.  So that'll be our schedule insofar as

11     the next four weeks and some of the issues that are

12     percolating.  Hopefully -- you know, as I said, I mean, the

13     parties so far have been very good about resolving them and

14     that'll continue to be the trend, but if not, those will be

15     the dates for making submissions to resolve any disputes.

16          Okay.  With that, our next formal date of getting

17     back together is August 31.  Just stay tuned, folks, in

18     terms of whether we're going to be able to do this in person

19     as we've done today.  As I think I said at the beginning, we

20     have kind of rolled back some of our courthouse policies

21     going forward.  So we are being asked now to return to

22     virtual hearings unless absolutely necessary to minimize the

23     number of people coming through the courthouse.  So we'll

24     just see where we are in about 30 days and hopefully things

25     will improve, but we'll just have to stay tuned and see

1    where things are.

2             Okay.  Anything else from anyone else before we

3    adjourn?

4             All right.  Thank you, all, very much, stay safe,

5    it's nice to be with you all today.

6             COURTROOM DEPUTY:  All rise.

7             This court stands adjourned.

8             (Proceedings concluded at 12:36 p.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__July 30, 2021_____    /S/__William P. Zaremba_____

                                   William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [3]** 4/2 4/6 70/6

**MR. DINTZER: [27]** 5/5 5/8 5/20 5/23 6/9 7/4 7/9 7/20 7/22 8/9 9/3 9/5 9/19 9/21 21/21 22/3 23/17 25/24 26/4 29/3 31/19 31/21 33/14 43/20 46/7 68/9 68/21

**MR. SALLET: [26]** 10/13 12/3 12/11 12/22 27/10 28/19 28/21 28/25 29/5 29/15 29/20 30/11 31/3 31/16 40/16 40/20 41/1 41/4 42/13 43/19 43/21 44/22 46/10 49/3 49/16 67/2

**MR. SCHMIDTLEIN: [53]** 13/9 13/11 13/13 13/20 14/8 14/11 14/16 15/12 15/17 16/1 16/5 16/8 16/13 16/15 17/2 17/15 17/17 18/6 18/19 19/25 20/23 21/1 21/10 21/15 24/9 25/9 25/22 33/18 33/22 35/5 36/22 37/1 38/17 40/5 40/10 46/5 46/8 47/24 48/17 48/21 55/25 58/7 58/24 59/2 59/4 59/7 59/11 61/3 61/7 66/10 67/17 68/24 69/5

**MS. SIMONS: [20]** 50/3 50/7 50/21 51/5 51/24 52/6 52/10 52/24 53/16 54/4 55/5 55/21 55/23 60/17 61/16 61/18 62/12 62/18 64/19 66/8

**THE COURT: [122]**

**/**

**/S [1]** 71/7

**0**

**02116 [1]** 2/19
**0340 [1]** 1/14

**1**

**1.49 [1]** 52/18
**1.49 million [1]** 55/14
**1.5 [3]** 61/7 63/17 64/6
**1.5 million [1]** 52/3 52/5 57/7
**10 [6]** 37/11 38/25 38/25 45/4 47/13 54/18
**100-plus [1]** 25/19
**10th [1]** 45/5
**1100 [1]** 1/13
**11:00 [1]** 1/6
**12 [1]** 51/8
**12:36 [1]** 70/8
**12th [8]** 2/3 27/12 29/3 67/4 67/8 67/19 67/23 68/2
**1300 [1]** 2/9 2/13

**14th [5]** 11/11 27/17 28/7 28/22 28/23
**15 [4]** 48/3 55/10 55/11 55/11
**15th [1]** 48/13
**16th [2]** 9/13 66/23
**17th [1]** 48/15
**18 [1]** 54/7
**1800 [1]** 2/20
**19 [13]** 50/19 51/3 51/4 51/9 53/14 54/2 54/7 54/14 54/15 63/23 64/7 65/15 65/16
**19 custodians [1]** 51/8
**1st [2]** 15/25 17/13

**2**

**2.5 [1]** 45/6
**20 [2]** 37/11 50/16
**20-3010 [2]** 1/4 4/7
**2000 [1]** 2/19
**20001 [1]** 3/5
**20005 [1]** 2/3
**2011 [1]** 56/24
**2013 [1]** 56/24
**2018 [2]** 53/4 56/18
**2019 [1]** 45/18
**202 [3]** 1/14 2/4 3/5
**2020 [1]** 53/4
**2021 [3]** 1/5 45/18 71/7
**2022 [2]** 30/15 31/14
**20th [5]** 60/18 68/4 68/13 68/18 68/25
**21 [2]** 54/18 58/21
**21st [3]** 50/18 52/11 57/16
**222 [1]** 2/18
**23 [1]** 22/21
**23rd [7]** 9/14 66/25 68/5 68/13 68/20 69/1 69/8
**27 [5]** 50/16 52/16 58/21 59/7 62/24
**2nd [3]** 7/10 17/19 46/24

**3**

**30 [37]** 1/5 11/10 18/8 18/9 18/11 18/19 19/4 19/6 19/9 19/18 19/22 20/3 20/7 21/24 22/5 22/13 23/10 23/12 23/14 23/18 23/22 24/14 24/20 25/1 25/5 25/15 26/5 26/10 26/13 26/20 27/5 27/6 28/17 29/12 29/21 69/24 71/7
**30-day [1]** 31/5
**3010 [2]** 1/4 4/7
**307-0340 [1]** 1/14
**30th [2]** 9/2 9/3
**31 [1]** 69/17
**31st [5]** 51/2 9/4 9/5 14/17 48/16
**3249 [1]** 3/5
**333 [1]** 3/4
**35 [1]** 62/24

**37 [1]** 49/7
**38 [1]** 49/7

**4**

**40 [1]** 62/25
**434-5000 [1]** 2/4

**5**

**50 [1]** 37/11
**5000 [1]** 2/4
**508-6000 [1]** 2/10
**508-6231 [1]** 2/15

**6**

**6000 [1]** 2/10
**617 [1]** 2/20
**6231 [1]** 2/15

**7**

**720 [2]** 2/10 2/15
**725 [1]** 2/3
**7th [2]** 2/9 2/14

**8**

**80203 [2]** 2/10 2/14
**880-1800 [1]** 2/20
**8th [1]** 17/21

**9**

**90 [1]** 59/15
**9th [5]** 67/9 67/13 67/18 67/23 67/25

**A**

**a.m [1]** 1/6
**ability [2]** 26/17 28/4
**able [10]** 18/24 33/1 34/24 36/1 47/17 56/12 62/11 64/22 69/2 69/18
**about [61]** 4/24 5/3 6/14 7/20 10/9 10/24 11/1 12/1 13/7 15/19 18/4 18/20 18/20 19/12 19/12 21/19 22/10 22/23 24/17 24/22 26/11 26/21 27/2 27/3 27/4 29/18 29/23 29/25 30/4 30/8 32/2 34/4 34/10 36/5 40/2 40/15 42/1 42/2 42/12 42/13 42/14 42/24 43/14 45/2 46/3 46/6 46/15 46/16 50/12 54/15 56/20 58/5 59/25 59/25 63/15 65/6 65/8 65/14 67/15 69/13 69/24
**above [1]** 71/4
**above-titled [1]** 71/4
**absolutely [3]** 55/6 62/8 69/22
**accelerate [1]** 15/22
**acceptable [1]** 49/2
**accepted [1]** 53/12
**accepting [1]** 32/8
**access [1]** 44/12
**accurately [1]** 35/5
**accuse [1]** 23/19
**acknowledged [1]**

**across [10]** 41/10 43/12 52/16 53/2 53/2 55/10 57/10 57/11 63/23 64/7
**Action [1]** 4/7
**actions [1]** 41/22
**active [1]** 67/3
**actual [1]** 13/19
**actually [13]** 14/8 14/11 15/24 22/18 29/25 35/16 38/21 49/8 52/18 53/1 54/8 57/8 66/4
**ad [1]** 42/4
**add [3]** 33/16 59/4 62/17
**added [1]** 60/15
**adding [2]** 51/12 51/22
**addition [1]** 61/10
**additional [19]** 6/7 10/21 11/18 50/19 51/3 51/4 53/11 53/13 53/14 54/15 54/20 54/21 54/24 59/5 59/20 59/21 63/3 65/15 65/16
**address [5]** 11/17 14/24 20/5 20/11 40/17
**addressed [3]** 18/12 21/24 51/2
**addressing [2]** 4/18 4/22
**adjourn [1]** 70/3
**adjourned [1]** 70/7
**admissible [1]** 63/13
**ads [3]** 37/3 37/3 42/15
**advance [1]** 7/3 46/17 59/18
**advertisers [1]** 41/19
**advise [1]** 46/9
**affect [1]** 67/15
**affected [1]** 67/3
**affects [2]** 41/17 46/2
**after [6]** 8/18 12/2 41/22 43/12 53/7 67/24
**afterwards [1]** 60/20
**again [11]** 17/10 18/22 19/6 20/2 26/15 36/7 38/10 39/14 48/5 53/18 61/3
**against [5]** 22/6 22/18 45/8 45/8 52/16
**agenda [1]** 10/2
**ago [2]** 17/3 28/2
**agree [4]** 13/13 24/10 32/5 49/16
**agreed [12]** 18/25 22/3 39/7 44/8 45/17 50/16 50/16 53/3 58/25 59/4 59/19 67/8
**agreeing [1]** 28/13
**agreement [6]** 33/20 46/20 51/21 53/18 57/17 59/17
**agreements [1]** 6/17
**agrees [1]** 60/10
**ahead [1]** 49/11
**aided [1]** 3/7

**[2]** 1/3 4/7
**all [67]** 4/2 4/16 4/24 7/16 8/1 8/6 9/4 11/25 13/2 15/3 15/8 15/9 15/22 16/3 16/25 17/4 17/25 18/3 18/20 18/21 21/13 21/17 23/6 24/4 25/11 26/11 26/21 28/23 29/9 29/14 29/23 30/12 31/17 33/15 34/4 34/13 35/1 37/18 37/21 40/8 40/13 40/14 42/5 46/22 47/12 47/22 49/21 50/22 54/10 55/2 55/19 55/24 57/21 58/22 60/5 62/16 62/18 63/7 65/7 66/11 66/12 67/16 69/10 70/4 70/4 70/5 70/6
**allege [1]** 43/4
**allow [6]** 11/11 11/14 12/24 30/20 31/12 59/19
**allowed [1]** 22/1
**alluded [2]** 18/9 51/14
**almost [3]** 18/12 18/13 35/13
**along [4]** 27/13 28/11 36/3 48/19
**already [7]** 6/9 10/3 32/15 33/2 49/11 53/5 65/3
**also [8]** 22/12 23/13 24/3 26/6 35/10 41/7 43/1 54/6
**alternatively [1]** 47/16
**although [3]** 10/3 41/5 57/4
**always [2]** 23/16 62/3
**am [5]** 5/10 9/14 15/3 20/23 67/23
**ambitious [1]** 33/2
**amenable [1]** 54/14
**AMERICA [1]** 1/3 4/7
**AMIT [2]** 1/9 4/3
**among [1]** 65/21
**amongst [1]** 64/2
**amount [2]** 35/7 61/19
**analyze [1]** 44/11
**ancillary [1]** 32/24
**angry [1]** 44/18
**announce [1]** 50/2
**anonymized [1]** 38/21
**another [2]** 31/3 58/16
**answer [7]** 25/13 26/12 42/25 42/25 43/22 62/12 63/11
**answered [2]** 28/6 58/4
**answers [3]** 45/1 45/9 45/11
**antagonist [1]** 58/15
**anticipate [2]** 14/12 60/19
**anticipated [1]** 59/18
**Antitrust [1]** 2/7
**any [24]** 7/23 9/8 16/19 22/9 23/22 26/24 26/24 32/5 33/4 33/5 33/6

**A**

**any... [13]** 38/11 40/15 46/12 47/2 51/7 53/25 54/16 54/20 54/23 58/5 66/18 67/25 69/15
**anybody [6]** 20/19 23/21 30/2 30/7 30/25 66/14
**anybody's [1]** 57/11
**anyone [1]** 70/2
**anything [17]** 5/24 7/24 13/2 13/7 18/3 21/13 21/19 22/23 28/8 30/2 33/16 40/15 46/11 55/20 62/17 66/14 70/2
**apart [1]** 59/22
**appear [1]** 67/22
**APPEARANCES [3]** 1/11 1/15 2/21
**appears [2]** 19/16 42/7
**appreciate [4]** 9/19 33/14 34/1 68/21
**appreciative [1]** 30/22
**approach [4]** 36/4 36/4 61/20 62/3
**approached [1]** 61/21
**appropriate [3]** 53/21 55/7 55/16
**approximately [1]** 58/2
**April [1]** 56/4
**are [131]**
**area [2]** 33/19 42/2
**areas [2]** 6/1 27/22
**aren't [3]** 6/25 31/6 66/18
**argue [1]** 22/18
**arguments [1]** 44/23
**arise [1]** 33/5
**arises [1]** 61/20
**arose [1]** 51/19
**around [4]** 35/16 35/20 41/6 43/3
**arrive [1]** 58/14
**as [96]**
**ask [20]** 4/19 5/6 8/20 11/11 13/19 15/19 20/13 21/18 25/3 25/11 28/7 28/15 40/18 42/23 43/14 47/12 47/21 49/25 58/5 64/15
**asked [22]** 15/6 16/16 17/18 18/25 30/13 38/5 38/14 38/15 38/24 39/23 42/23 45/2 45/7 46/24 56/8 59/11 59/14 59/16 59/22 60/8 61/25 69/21
**asking [4]** 19/2 35/23 40/7 44/4
**asks [1]** 35/13
**assess [2]** 62/2 64/22
**assessing [2]** 14/25 51/11
**assessments [1]** 8/3
**assistance [1]** 34/1
**associated [1]** 20/19
**assuming [1]** 60/14
**attachment [1]** 50/18

**attention [3]** 30/3 35/1 44/16 66/19
**ATTORNEY [1]** 2/13
**attorneys [1]** 26/23
**August [58]** 7/11 8/23 9/2 9/7 10/3 10/11 10/17 12/19 15/4 15/23 15/24 16/2 16/4 16/6 16/9 17/12 18/5 27/12 28/6 28/18 28/24 29/3 29/5 34/15 34/18 34/19 35/3 37/22 38/1 46/23 46/24 46/25 47/2 47/3 47/10 47/18 47/19 48/1 48/3 48/4 48/6 48/9 48/13 48/15 48/16 49/8 67/4 67/8 67/11 67/13 67/18 67/19 67/23 67/23 67/25 68/4 68/18 69/17
**August 12th [1]** 67/23
**available [5]** 14/13 33/23 49/14 65/3 67/24
**Avenue [1]** 3/4
**avoid [2]** 26/6 67/5
**aware [1]** 24/15
**away [2]** 9/12 42/21

**B**

**back [31]** 9/14 11/23 15/20 16/16 16/18 17/11 18/23 20/9 21/17 35/8 37/14 38/24 39/2 39/10 53/19 56/22 57/1 57/3 57/23 58/12 59/13 60/5 64/1 64/16 65/1 65/7 67/6 68/4 68/10 69/17 69/20
**background [1]** 12/5
**balance [1]** 64/14
**Barrett [1]** 3/4
**based [6]** 17/24 34/15 52/4 56/11 60/25 61/11
**basically [5]** 32/12 37/12 56/10 59/14 59/15
**basis [3]** 36/20 38/22 51/4
**be [119]**
**bear [1]** 55/8
**because [28]** 6/12 9/10 9/23 12/18 14/23 19/6 22/19 27/20 27/25 32/2 37/2 37/23 38/21 40/7 41/9 41/13 43/13 44/9 45/23 47/4 50/24 52/21 53/3 57/6 57/8 59/18 65/11 67/4
**been [42]** 5/10 8/15 10/22 12/6 12/16 13/14 14/3 16/12 16/25 17/13 18/1 18/16 22/19 25/17 27/4 30/16 32/16 33/24 34/5 35/11 36/4 36/12 37/6 37/9 37/12 37/16 37/17 37/20 38/4 38/5 39/3 39/16 44/19 44/25 45/1 45/9 52/17 53/15

**before [21]** 1/9 5/25 6/13 6/25 7/11 7/13 8/23 9/9 12/13 24/1 29/25 34/8 35/16 38/4 38/5 40/18 43/11 50/12 56/18 58/8 58/19 60/9 66/14 66/20 70/2
**begin [9]** 20/15 20/22 21/6 31/14 48/2 48/4 58/1 58/12 60/12
**beginning [1]** 46/24 48/14 69/19
**begun [1]** 39/11 45/23 53/10
**behalf [3]** 4/10 4/11 50/4
**behavior [1]** 11/2
**behind [1]** 36/9
**being [19]** 6/12 10/15 15/24 16/2 22/4 23/15 25/7 26/11 29/7 32/13 32/25 38/13 38/15 39/23 40/4 45/8 47/17 66/22 69/21
**believe [12]** 6/10 7/23 8/24 9/3 17/2 22/25 32/8 42/2 46/18 54/7 59/25 61/11
**benchmarks [1]** 15/9
**bend [1]** 14/22
**benefit [1]** 32/20
**Berkeley [1]** 2/18
**bespoke [1]** 37/19
**best [8]** 12/9 15/5 17/7 18/12 33/12 38/9 48/11 63/24
**better [3]** 22/15 36/10 67/16
**between [5]** 11/3 13/25 33/5 55/14 62/24
**beyond [1]** 22/11
**big [2]** 41/19 57/12
**bigger [1]** 34/23
**Bill [1]** 25/11
**bit [6]** 21/8 25/4 36/7 51/18 57/8 60/25
**bits [1]** 20/4
**blunt [1]** 41/16
**boilerplate [1]** 56/7
**Boston [1]** 2/19
**both [12]** 8/19 8/25 14/14 16/16 18/7 21/25 23/9 23/10 32/4 53/1 54/16 66/2
**bottom [1]** 54/11
**box [2]** 42/7 42/10
**break [1]** 20/4
**brief [1]** 51/14
**briefed [4]** 10/22 11/9 34/5 66/13
**briefly [5]** 11/17 30/11 41/13
**bring [4]** 5/25 20/10 30/3 31/24
**bringing [1]** 20/8
**brings [1]** 62/9
**broad [1]** 35/12

**broader [3]** 25/16 37/25 41/9
**broadly [1]** 6/16
**Broadway [2]** 2/9 2/13
**brought [3]** 25/6 56/1 66/18
**Bruce [1]** 2/6
**build [2]** 24/4 53/25
**built [1]** 44/9
**bulk [1]** 20/18
**bunch [2]** 25/14 25/15
**burden [8]** 51/12 55/7 55/16 60/15 63/14 63/15 65/18 65/23
**burdens [1]** 56/20
**business [2]** 41/24 44/13

**C**

**cajoling [1]** 21/2
**calendar [1]** 47/25
**call [1]** 26/9
**called [1]** 42/9
**calls [2]** 41/23 42/9
**came [4]** 38/23 39/2 45/16 45/21
**can [52]** 8/20 9/15 11/2 12/10 15/5 15/13 16/22 17/8 18/23 20/6 20/7 20/23 23/14 24/4 25/3 25/13 28/11 30/5 33/13 36/12 37/21 38/2 39/8 39/21 40/18 40/23 41/8 43/9 43/10 43/21 48/6 48/9 49/3 54/1 55/18 58/11 58/13 59/23 60/3 62/1 63/25 64/11 64/22 65/7 65/11 66/5 66/20 67/25 68/5 68/13 68/20 68/24
**can't [5]** 7/4 23/23 23/25 26/9 61/11
**candidly [1]** 57/15
**capture [2]** 39/24 40/9
**captured [1]** 40/4
**care [3]** 49/19 59/24 59/25
**careful [1]** 27/4
**Caroline [2]** 2/17 50/4
**Carr [1]** 2/8
**case [19]** 9/16 13/15 13/21 19/17 21/3 21/7 22/13 24/4 25/16 27/12 33/12 41/12 44/9 45/19 56/21 57/1 57/24 58/18 65/21
**cases [1]** 21/8
**categorical [1]** 51/8
**categories [1]** 34/17
**cause [2]** 64/9 64/10
**CDC [1]** 4/21
**Center [1]** 2/8
**central [1]** 32/24
**certain [5]** 15/6 16/17 24/17 34/24 61/19
**certainly [9]** 10/20 12/6 24/9 24/10 35/2 48/9 63/2 65/23 68/24

**Certified [1]** 3/3
**certify [1]** 71/2
**CH [1]** 3/4
**chair [2]** 26/10 26/12
**challenge [1]** 61/4
**challenging [1]** 33/10
**chambers [2]** 31/9 33/8
**chance [5]** 7/12 21/5 25/24 63/5 63/6
**change [1]** 41/15
**changes [1]** 4/21
**check [1]** 33/24
**check-ins [1]** 33/24
**choose [1]** 23/18
**chunks [1]** 20/4
**CID [3]** 56/17 57/10 59/2
**cites [1]** 45/6
**civil [2]** 4/7 9/16
**Civil Action [1]** 4/7
**claim [1]** 43/9
**clarity [1]** 68/10
**classic [1]** 42/4
**clear [5]** 26/16 50/11 50/25 57/4 57/21
**clearly [4]** 34/9 40/8 56/24 60/9
**click [1]** 37/3
**clicked [1]** 40/24
**closer [1]** 67/9
**CMO [4]** 21/25 22/4 22/11 23/1
**CO [3]** 2/10 2/13 2/14
**coag.gov [2]** 2/11 2/15
**code [2]** 37/19 39/11
**colleague [1]** 61/18
**colleagues [3]** 13/14 15/20 44/21
**collect [1]** 51/7
**collections [1]** 64/21
**color [1]** 19/3
**Colorado [10]** 2/6 2/6 2/8 15/2 15/6 16/5 18/8 18/10 35/10 35/22
**COLUMBIA [1]** 1/1
**come [18]** 5/6 6/13 8/6 11/23 12/23 19/14 26/3 33/6 37/14 42/17 51/21 53/18 54/22 60/5 61/23 63/19 67/6 68/13
**comes [1]** 32/17
**coming [13]** 6/7 6/20 7/3 12/8 16/24 19/11 27/13 31/2 59/21 59/24 60/2 60/20 69/23
**commitment [3]** 38/2 56/2 57/3
**commitments [1]** 15/4
**common [1]** 23/5
**companies [1]** 55/18
**company [2]** 13/17 45/25
**comparison [2]** 43/10 43/25
**comparisons [1]** 43/11
**competitive [3]** 41/16 42/21 42/22

**complaint [2]** 43/7 43/10
**complete [3]** 14/19 47/2 47/3
**completed [4]** 8/12 21/11 60/16 64/22
**completing [1]** 60/19
**completion [9]** 5/2 10/10 13/6 48/16 52/14 60/12 60/18 60/25 61/2
**compliance [1]** 51/12
**complicated [1]** 12/9
**complying [1]** 55/8
**component [2]** 63/21 63/21
**comprehensive [2]** 52/11 52/12
**compromised [1]** 45/22
**compromises [1]** 64/3
**computer [1]** 3/7
**computer-aided [1]** 3/7
**computerized [1]** 39/9
**concern [1]** 39/16
**concerning [2]** 7/18 68/1
**concerns [2]** 6/17 55/1
**concluded [1]** 70/8
**conclusion [1]** 11/20
**concrete [1]** 64/1
**conduct [4]** 12/24 23/9 42/19 44/11
**confer [2]** 13/23 56/7
**conference [3]** 1/9 57/18 58/9
**conferences [4]** 14/1 30/17 31/8 33/8
**conferring [1]** 35/8
**confidential [3]** 8/8 46/8 46/12
**confirm [1]** 15/22
**confirmed [1]** 17/20
**confront [1]** 36/8
**confused [1]** 29/18
**confusing [2]** 50/10 50/14
**conjunction [1]** 11/7
**connection [1]** 15/7
**CONNOLLY [1]** 2/2
**consider [1]** 60/13
**Constitution [1]** 3/4
**consumer [2]** 2/7 11/1
**consumers [4]** 11/1 41/15 42/20 46/2
**contact [2]** 31/9 31/10
**contain [1]** 36/15
**context [2]** 55/9 58/15
**continue [3]** 31/11 65/9 69/14
**continued [3]** 2/1 3/1 33/22
**continuing [5]** 16/15 32/1 32/25 54/15 58/13
**contractors [1]** 13/17
**contradict [1]** 49/6
**control [1]** 9/7

conversations [1] 56/20
**converted [1]** 14/11
**cooperating [1]** 31/6
**copied [1]** 38/8
**core [2]** 60/9 60/10
**Corporation [2]** 2/17 50/5
**correct [3]** 14/21 28/18 71/3
**correction [1]** 27/17
**correctly [1]** 47/14
**correspondence [4]** 18/13 27/19 28/1 28/11
**could [22]** 9/24 19/14 22/15 23/23 27/1 27/18 27/19 27/21 36/22 38/21 38/22 38/23 42/20 42/21 44/23 46/16 49/10 52/1 54/22 57/13 62/13 66/25
**counsel [6]** 5/11 26/4 32/21 49/24 49/25 57/6
**counter [1]** 60/1
**counterproposal [2]** 57/16 60/22
**counts [2]** 22/6 51/19 55/12
**couple [4]** 17/3 17/23 38/19 67/24
**course [11]** 13/6 23/12 26/20 36/10 40/20 41/24 41/24 44/13 45/24 52/10 61/17
**court [24]** 1/1 3/2 3/3 4/2 4/23 5/25 6/13 7/11 7/14 8/11 8/19 9/22 12/13 22/9 24/1 24/3 27/6 30/23 31/21 31/22 32/17 44/7 51/10 70/7
**Court's [3]** 6/3 8/21 55/6
**courthouse [3]** 4/20 69/20 69/23
**covered [1]** 53/5
**covering [1]** 19/18
**critical [1]** 47/9
**CRR [2]** 71/2 71/8
**csimons [1]** 2/20
**cull [1]** 39/5
**curiosity [1]** 6/5
**curious [1]** 40/22
**current [3]** 11/19 17/18 44/7
**custodial [2]** 16/23 64/21
**custodian [1]** 58/11
**custodian's [1]** 16/24
**custodians [29]** 10/16 15/6 49/23 50/11 50/17 50/17 50/19 51/8 51/12 51/15 51/22 52/9 52/12 52/16 53/2 53/14 53/20 54/2 54/8 54/20 55/10 56/9 57/11 57/20 58/21 58/25 60/11 63/3 65/16
**cut [1]** 59/14
**CV [1]** 1/4

**D.C [5]** 1/5 1/13 2/3 3/5 4/21
**daily [1]** 36/20
**dare [1]** 13/19
**dark [1]** 25/10
**dartboard [1]** 64/13
**darts [1]** 25/10
**data [71]** 5/23 7/20 10/8 10/21 10/21 10/23 10/24 11/2 11/3 11/9 11/15 12/1 12/4 12/8 12/13 12/23 15/12 18/10 18/11 18/21 24/20 24/22 27/16 28/3 28/6 29/12 30/4 34/5 34/14 34/14 34/18 35/9 35/9 35/10 35/13 35/13 35/24 36/10 37/1 37/8 37/14 37/24 38/4 39/4 39/5 39/17 39/24 39/24 40/4 40/23 43/11 43/21 44/9 44/10 44/12 44/13 44/16 45/2 45/13 45/25 46/21 47/8 48/2 48/7 49/8 49/14 49/19 54/6 54/8 54/23 64/11
**data-related [1]** 18/10
**datasets [3]** 10/25 11/13 35/20
**date [24]** 5/12 9/7 17/22 27/24 28/13 37/15 48/10 52/12 52/14 52/16 53/4 58/3 60/11 60/18 60/21 60/22 61/2 65/10 66/17 66/21 67/7 67/13 69/16 71/7
**dated [1]** 50/18
**dates [2]** 33/1 69/15
**day [5]** 20/8 31/5 39/1 45/3 48/1
**days [13]** 14/9 20/11 22/13 38/15 39/13 45/17 45/17 45/18 45/18 45/19 65/4 67/24 69/24
**de [13]** 52/22 52/23 53/1 53/8 57/6 57/25 61/24 62/8 62/11 63/17 64/5 64/23 65/4
**de-dupe [1]** 64/5
**de-duped [1]** 65/4
**de-duplicated [1]** 57/6
**de-duplication [10]** 52/22 52/23 53/1 53/8 57/25 61/24 62/8 62/11 63/17 64/23
**deadline [7]** 5/2 10/10 10/10 27/25 29/18 31/1 63/25
**deadlines [5]** 13/7 15/9 34/25 47/5 47/22
**deal [4]** 9/18 41/6 69/2 69/3
**dealing [1]** 35/20 38/3
**decades [1]** 56/22
**decide [2]** 26/15 68/11

decided [1] 22/4
**decision [1]** 6/6
**decisions [1]** 65/14
**Defendant [3]** 1/7 2/2 2/5
**defendants [1]** 4/11
**defenses [1]** 62/8
**define [1]** 36/12
**defined [2]** 41/9 41/10
**definitely [1]** 62/6
**definition [4]** 41/8 41/9 43/1 63/11
**delay [2]** 53/25 61/19
**delta [1]** 55/12
**Denver [3]** 2/10 2/14 40/24
**DEPARTMENT [3]** 1/12 2/6 19/16
**dependent [1]** 28/5
**deponent [2]** 16/1 16/11
**deponents [4]** 15/23 17/14 19/22 56/23
**depose [6]** 16/4 19/21 20/20 23/21 23/21 24/17
**deposed [4]** 15/24 16/2 17/19 23/24
**deposing [2]** 20/15 56/23 56/24
**deposition [32]** 7/9 7/13 11/10 15/7 16/6 16/8 18/20 19/6 19/13 19/18 20/7 20/8 21/3 21/20 22/5 23/11 24/14 25/1 25/6 27/12 27/16 27/21 27/25 28/14 29/1 29/2 29/8 29/9 66/16 67/4 67/11 68/1
**depositions [27]** 6/20 6/24 7/1 7/3 8/16 8/18 8/18 8/24 9/18 10/3 12/24 15/19 17/12 17/13 17/18 18/4 20/18 20/21 20/24 21/18 21/20 22/15 25/14 27/10 28/24 30/20 66/20
**describe [1]** 35/14
**described [2]** 7/18 51/1
**description [2]** 34/15 63/2
**detail [3]** 19/3 38/12 39/15
**detailed [1]** 19/1
**details [2]** 24/25 24/25
**determine [3]** 40/23 53/11 53/13
**determined [1]** 54/6
**devoted [1]** 35/7
**Diane [2]** 4/2 4/9
**diane.hazel [1]** 2/15
**did [7]** 8/4 14/17 27/13 27/20 43/15 45/5 62/16
**didn't [8]** 37/8 41/3 44/17 45/24 46/3 46/15 56/10 57/15

**difference [1]** 61/20
**different [9]** 11/6 22/8 33/5 41/15 41/20 43/12 45/5 45/11 65/24
**differently [3]** 43/6 43/8 43/17
**difficult [2]** 23/20 57/8
**diligent [1]** 12/6
**diligently [3]** 13/14 13/22 13/23
**Dintzer [7]** 1/12 4/9 4/25 14/20 21/17 31/18 67/1
**disagree [1]** 62/5
**disagreement [1]** 55/15
**discovery [15]** 10/19 12/20 21/8 29/24 30/1 30/7 30/14 30/18 30/23 31/1 32/25 33/4 33/5 47/7 53/25
**discrimination [2]** 43/9 43/10
**discuss [2]** 20/1 58/13 68/6
**discussion [2]** 10/8 22/10
**discussions [2]** 17/24 54/15
**dispute [9]** 19/8 30/4 34/6 44/7 49/22 53/20 53/22 56/1 68/17
**disputes [2]** 33/5 69/15
**distance [1]** 51/18
**distinctions [1]** 62/24
**distracted [1]** 69/9
**DISTRICT [3]** 1/1 1/1 1/10
**do [88]**
**do you [2]** 6/6 7/7
**do you have [2]** 20/14 60/11
**do you see [2]** 54/12 55/3
**document [8]** 4/25 10/2 11/18 11/19 15/2 15/10 18/4 41/25
**documents [53]** 5/10 5/13 5/14 6/19 6/19 6/25 7/13 8/13 10/8 10/9 10/15 11/16 13/3 13/8 14/2 14/4 15/6 16/11 16/19 16/24 17/25 21/2 25/19 27/13 30/14 30/19 30/20 31/7 32/1 32/13 32/16 35/18 52/3 52/25 53/13 53/21 53/23 55/2 55/11 56/11 56/19 57/9 57/22 58/2 58/17 58/22 59/15 60/10 60/13 60/19 61/5 62/1 62/7
**does [12]** 26/10 30/7 42/6 43/6 43/12 46/2 54/6 60/9 63/10 63/10 68/8 68/23
**doesn't [3]** 22/17 24/16 49/10

**D**

dog [1]  44/18
doing [7]  7/19 10/4
 17/7 18/16 19/20 22/13
 23/10
DOJ [9]  7/9 14/20
 17/14 17/18 17/24 18/8
 19/9 19/14 35/9
DOJ's [3]  14/3 17/12
 25/1
DOJ-requested [1]
 17/14
don't [50]  4/25 5/11
 5/24 6/25 7/22 7/24
 19/18 20/18 24/21
 25/12 25/12 25/12 26/1
 28/8 32/23 33/4 33/7
 34/20 37/7 38/11 38/19
 42/23 47/25 48/1 48/6
 48/14 49/5 49/13 49/24
 50/23 52/24 54/11
 54/20 54/23 59/25 60/5
 60/13 61/4 62/12 62/14
 63/14 63/17 63/22
 64/11 64/21 65/4 65/12
 65/13 65/18 67/14
done [16]  10/17 11/5
 27/21 37/21 46/23 48/6
 48/9 49/10 53/2 53/7
 53/14 57/3 61/9 61/13
 67/17 69/19
doubles [1]  64/8
down [11]  6/7 11/12
 17/22 20/10 28/14 36/1
 36/18 54/7 62/9 63/19
 66/24
dozens [3]  13/16 13/16
 52/15
dry [2]  32/7 32/12
dupe [1]  64/5
duped [1]  65/4
duplicated [1]  57/6
duplicates [2]  57/9
 57/10
duplication [10]  52/22
 52/23 53/1 53/8 57/25
 61/24 62/8 62/11 63/17
 64/23
duplicative [1]  63/8
during [5]  8/18 45/3
 56/17 57/9 59/2

**E**

each [2]  13/25 66/3
ear [1]  14/22
earlier [2]  53/5 62/21
earliest [2]  14/25 66/24
early [2]  20/11 31/24
earnest [3]  58/1 60/13
 60/14
earth [1]  37/25
economists [1]  44/14
efficiency [1]  24/10
efficient [3]  22/12 23/7
 25/5
efficiently [3]  24/2
 24/12 28/12
effort [2]  23/7 48/4

either [5]  21/19 31/12
 47/18 59/14 63/6
eliminate [1]  27/22
else [8]  13/7 21/13
 28/8 47/22 62/17 66/14
 70/2 70/2
elsewhere [1]  63/9
elusory [1]  61/8
Email [4]  1/14 2/4 2/11
 2/15
employee [2]  17/18
 17/21
employees [2]  17/20
 26/8
encompasses [1]  5/17
encounter [1]  48/18
encourage [1]  23/8
encouraged [1]  35/21
end [21]  5/3 10/11
 10/17 11/5 11/6 15/4
 22/12 28/4 34/14 34/19
 35/3 35/3 37/22 38/1
 46/23 47/3 47/10 47/18
 48/6 48/9 61/13
ended [1]  50/15
endorse [2]  27/23
 28/10
engaged [1]  8/10
engaging [1]  19/11
engineers [3]  37/18
 38/4 48/7
enough [2]  33/2 65/12
enter [2]  36/19 50/2
entirely [1]  57/4
entities [2]  30/21 42/21
entitles [1]  22/11
entity [1]  65/23
entries [1]  16/17
equal [1]  44/11
equation [1]  63/16
equivalent [1]  35/17
especially [3]  6/19
 6/23 12/23
estimate [3]  45/13
 45/14 54/22
estimated [4]  5/3 10/10
 34/25 52/18
estimates [1]  45/5
et [2]  1/3 4/7
et al [1]  4/7
eve [1]  57/18
even [4]  26/24 43/21
 57/10 63/18
event [1]  47/3
events [1]  9/9
Every [1]  22/5
everybody [5]  4/13
 4/17 31/13 33/10 68/6
everybody's [1]  9/17
everyone [2]  4/5 4/13
everyone's [1]  31/10
everything [11]  11/4
 24/12 27/2 34/8 35/24
 36/5 37/12 37/13 38/18
 38/25 48/5
evidence [1]  63/13
exactly [5]  5/11 8/17

example [12]  30/13
 38/13 40/1 40/7 40/23
 42/4 42/7 45/1 46/1
 47/6 64/4 67/9
exchanges [1]  28/1
exchanging [1]  64/2
exclusively [1]  41/6
excuse [1]  45/17
executives [3]  19/21
 19/21 57/23
exhausted [1]  49/20
expand [1]  53/4
expanded [1]  52/17
expect [2]  6/6 10/16
expects [1]  47/15
expeditiously [1]
 11/14
experience [5]  18/11
 18/22 20/2 36/7 36/12
expert [2]  12/25 30/21
 36/11
experts [2]  20/19 36/9
explain [2]  41/13 48/22
explained [1]  27/14
express [1]  62/6
extent [3]  32/21 42/16
 67/15
extract [3]  36/1 37/24
 38/5
extracted [1]  38/8
extraordinarily [1]
 35/12
extraordinary [1]  35/7

**F**

facilitate [1]  53/24
fact [9]  23/10 23/13
 27/1 29/1 29/2 29/8
 29/9 51/8 66/22
fair [3]  13/22 24/19
 46/25
fairly [2]  34/22 56/6
fairness [1]  6/14
faith [5]  34/16 35/2
 37/6 37/16 37/17
familiarize [1]  38/11
family [1]  69/8
far [5]  43/18 53/25
 56/11 58/6 69/13
fashion [1]  57/4
favor [1]  39/20
feasibility [2]  19/12
 19/20
feasible [1]  18/21
feature [1]  32/24
features [1]  41/15
February [1]  12/17
feel [1]  68/6
few [3]  17/5 28/2 58/20
fields [1]  35/25
figure [5]  9/15 37/14
 39/12 40/14 68/19
file [1]  68/17
filed [2]  12/17 37/8
 68/18
files [1]  16/24
filing [1]  68/24

financial [1]  37/4
find [6]  25/12 32/11
 46/14 63/9 65/1 68/5
finding [1]  28/13
finger [1]  26/6
fingertips [1]  62/14
firm [1]  47/15
first [19]  7/9 8/14 10/7
 17/12 17/22 17/23 22/7
 26/5 27/11 29/8 34/5
 34/6 34/8 38/24 42/16
 45/2 56/23 65/21 67/4
five [3]  26/25 43/20
 45/15
flag [2]  19/15 54/4
fledge [1]  28/3
fledged [4]  10/23 11/3
 11/14 47/8
flexibility [2]  9/16 24/3
Floor [2]  2/9 2/14
flow [1]  16/24
flowing [1]  5/10
focus [1]  45/10
focused [2]  7/18 18/15
folks [3]  58/22 63/5
 69/17
follow [1]  19/1
follow-up [1]  19/1
following [4]  37/11
 62/20 65/10 65/10
force [1]  32/7
forces [1]  41/16
fore [1]  12/8
foregoing [1]  71/3
foremost [1]  26/5
form [1]  11/3
formal [1]  69/16
format [1]  38/7
former [2]  17/20 17/21
forth [2]  18/23 35/8
forward [14]  21/20
 30/18 30/24 31/11
 32/25 33/12 34/1 34/25
 39/18 46/16 55/13 56/3
 57/24 69/21
found [5]  35/17 46/1
 46/18 50/10 50/14
four [5]  8/14 45/13
 45/17 45/17 69/11
frankly [7]  18/21 23/5
 37/18 37/23 56/14 58/7
 64/9
free [1]  42/17
freely [1]  39/21
Friday [1]  65/17
front [3]  5/4 35/4 47/25
fulfill [1]  49/11
fulfilled [1]  47/10
full [6]  4/20 10/23 11/3
 11/14 28/3 47/8
full-fledge [1]  28/3
full-fledged [4]  10/23
 11/3 11/14 47/8
fully [1]  28/10
further [5]  13/3 55/20
 55/21 57/3 57/23
future [1]  10/19

gave [1]  56/16
general [2]  2/13 63/11
GENERAL/CO [1]  2/13
generally [4]  13/13
 29/24 30/1 30/1
get [56]  4/23 6/1 7/8
 7/12 7/23 10/4 12/2
 17/7 17/11 17/24 18/19
 18/23 21/4 21/11 23/18
 24/4 24/12 24/20 25/15
 27/1 28/3 28/8 29/24
 33/8 33/9 37/3 37/16
 37/21 38/6 38/8 40/13
 43/24 45/5 47/8 50/24
 55/2 55/17 56/14 57/2
 57/5 57/15 59/7 61/12
 62/1 62/7 62/11 62/13
 64/1 64/5 64/15 65/7
 66/16 68/4 68/5 68/10
 68/20
getting [12]  10/24 11/2
 23/12 24/25 28/6 28/14
 30/19 31/6 45/1 56/2
 66/3 69/16
give [8]  22/14 37/13
 38/2 38/19 38/20 44/22
 46/1 63/25
given [5]  6/23 47/6
 47/22 54/19 57/14
gives [1]  19/2
giving [1]  44/19
go [10]  14/8 16/16
 27/23 39/10 42/4 42/20
 49/10 57/3 57/23 65/1
goes [4]  19/10 25/1
 41/7 57/1
going [64]  4/19 5/1
 7/23 9/8 9/18 10/23
 12/19 16/8 16/18 16/19
 19/1 19/5 19/7 19/11
 19/25 20/1 20/6 20/11
 21/3 21/20 23/13 23/16
 23/24 24/13 24/23
 25/15 25/16 31/12
 32/14 35/8 37/15 37/24
 37/25 38/2 38/6 38/9
 39/4 39/10 39/12 46/11
 46/15 48/5 48/11 56/16
 56/21 57/5 57/13 57/19
 57/24 59/25 61/9 61/12
 63/15 63/19 63/20
 63/22 64/6 64/9 64/15
 66/22 66/23 68/17
 69/18 69/21
gone [2]  35/12 36/3
good [16]  4/4 5/9
 10/14 13/9 13/10 13/12
 18/21 19/7 21/12 34/16
 35/2 37/6 37/16 37/17
 50/3 69/13
good morning [4]  5/9
 10/14 13/9 13/12
good-faith [1]  34/16
GOOGLE [77]
Google LLC [1]  4/8
Google's [9]  18/20
 26/17 40/24 41/2 41/21

**G**

Google's... [4] 42/18 44/11 51/19 53/3
got [15] 7/17 9/16 10/8 17/12 25/18 29/11 29/12 31/2 44/18 45/4 57/17 58/9 63/17 65/3 65/5
gotten [3] 4/18 27/1 45/9
government [4] 20/20 23/9 56/17 58/25
great [1] 38/11
grouped [1] 5/21
guess [5] 26/19 37/14 47/24 57/11 61/15
guidance [3] 4/21 55/6 55/17

**H**

had [11] 6/16 8/4 15/22 22/3 32/3 35/15 40/22 45/9 47/4 56/20 66/17
half [1] 63/20
halfway [1] 12/19
Hang [1] 46/4
happen [1] 66/20
happened [4] 44/18
happening [1] 47/23
happens [1] 42/3
happy [2] 15/3 22/24
hard [10] 21/11 35/19 51/15 51/22 52/25 53/7 54/16 61/24 62/21 62/23
has [40] 4/17 6/11 8/14 10/25 16/3 17/18 19/9 24/17 26/5 26/21 27/11 27/14 33/24 35/11 36/4 36/12 37/3 40/2 41/4 44/1 44/3 44/8 44/19 45/12 45/17 46/12 46/19 47/16 49/7 49/7 50/16 50/16 53/10 54/2 56/20 62/4
hasn't [1] 47/14
have [150]
haven't [17] 6/6 22/19 22/23 38/5 57/14 60/21 63/4
having [2] 22/9 28/7
Hazel [1] 2/12 4/9
he [3] 14/21 22/24 29/7
he'll [1] 49/15
he's [1] 63/2
head [1] 35/19
heads [2] 44/21 44/24
hear [2] 13/4 50/23
heard [6] 22/23 30/8 34/7 35/15 61/18 63/4
hearing [2] 4/16 22/7
hearings [2] 23/6 69/22
heated [1] 33/20
heaven [1] 37/25
Hello [1] 50/6
help [5] 27/19 28/11

helpful [5] 30/16 33/25 55/17 65/8 67/5
her [3] 20/7 20/7 20/8
here [12] 4/16 13/16 24/11 25/4 31/10 36/13 44/6 44/9 54/23 60/9 62/24 65/23
Herrington [1] 2/18
highly [2] 46/8 46/12
him [3] 10/7 23/24 46/9
his [1] 40/13
histories [1] 38/14
hit [10] 6/22 12/19 51/19 53/14 55/11 57/6 57/25 59/15 59/23 65/5
hits [2] 52/19 59/13
Honor [89]
Honor's [2] 14/22 49/9
HONORABLE [2] 1/9 4/3
hope [2] 11/4 28/3
hopefully [9] 9/11 17/22 24/23 58/13 66/2 69/5 69/6 69/12 69/24
hoping [4] 8/20 18/24 20/24 64/13
hotel [6] 40/24 41/2 42/7 42/10 42/10 42/15 42/24
hotels [4] 40/24 42/2 42/8
hour [2] 20/8 22/4
hours [1] 22/5
house [1] 13/17
how [24] 8/17 10/25 20/11 27/4 30/8 31/9 31/10 34/23 38/6 39/4 39/12 43/15 43/23 43/23 46/2 52/8 53/11 53/13 57/8 57/10 61/20 62/10 63/18 65/4
huge [1] 22/13
human [1] 26/11
humanly [1] 24/12
hundred [1] 38/19
hundreds [3] 14/2 36/16 36/16
hypothetically [1] 53/11

**I**

I am [5] 5/10 9/14 15/3 20/23 67/23
I believe [5] 6/10 8/24 9/3 17/2 59/25
I can [5] 33/13 38/2 63/25 64/11 68/5
I can't [1] 26/9
I could [1] 27/1
I did [1] 8/4
I didn't know [2] 41/3 44/17
I don't [11] 25/12 32/23 33/4 38/11 45/9 49/13 49/24 60/13 63/17 65/12 65/13
I don't have [7] 47/25 54/20 54/23 62/12

I guess [3] 37/14 47/24 61/15
I have [6] 47/7 50/20 60/8 65/12 65/13 66/6
I haven't [1] 63/4
I just [4] 44/6 44/20 50/23 67/10
I know [4] 9/23 10/8 39/15 60/25
I mean [19] 23/18 24/10 30/25 31/9 38/10 38/13 39/14 39/16 39/23 40/1 40/1 40/7 54/18 54/21 60/13 63/1 67/13 67/14 68/16
I should [1] 60/8
I think [51] 5/2 5/18 8/19 10/7 11/17 12/1 12/19 15/8 18/25 19/11 19/14 19/22 20/15 23/4 24/23 28/21 33/18 33/19 33/24 34/21 34/23 35/5 35/11 36/4 36/14 37/22 38/14 39/7 41/13 47/16 48/13 49/20 49/21 51/18 52/21 53/22 54/5 55/16 56/22 57/6 60/7 61/17 61/20 62/4 62/18 64/16 66/1 66/6 67/17 68/16 69/19
I thought [1] 28/16
I understand [4] 15/13 23/15 52/2 58/20
I want [3] 9/16 26/16 62/6
I was [4] 29/18 40/22 58/4 68/16
I will [9] 6/16 9/13 14/22 24/14 62/20 63/1 63/24 68/5 69/1
I would [2] 18/7 57/12
I'd [2] 25/11 46/9
I'll [11] 5/6 12/8 15/12 15/20 32/20 33/11 34/21 49/25 54/15 66/5 68/18
I'm [21] 4/19 9/10 9/12 9/14 16/3 16/5 18/23 19/6 20/6 20/8 20/24 22/7 22/8 22/20 29/11 34/11 46/11 50/12 64/15 66/23 69/8
I'm going [4] 4/19 20/6 64/15 66/23
I'm not [2] 20/8 46/11
I'm not sure [1] 19/6
I'm sorry [3] 16/3 16/5 29/11
I'm sure [1] 69/8
I've [4] 25/13 27/1 34/7 61/18
idea [3] 26/18 27/18 28/10
ideal [1] 61/1
identified [5] 8/15 27/4 50/17 58/21 63/3

identify [1] 8/9
imagine [1] 14/5
immense [1] 26/17
immersive [1] 42/9
impact [3] 11/1 51/11 64/23
impasse [2] 6/23 33/6 65/9
importance [1] 44/1
important [12] 6/21 12/18 12/24 26/14 27/7 27/24 41/5 42/25 43/5 43/25 45/12 45/23
importantly [1] 8/7 27/24 54/24
impossible [1] 35/14
improve [1] 69/25
incentivizing [1] 33/25
include [3] 53/4 57/20
includes [1] 5/20
including [3] 19/21 31/11 43/13
inconsistent [1] 45/1
increasing [1] 32/2
incredibly [1] 13/21
incumbent [1] 41/16
Indeed [3] 10/21 45/12 46/25
indicated [1] 15/22
individual [4] 26/20 26/24 36/16 36/23
individuals [3] 17/17 22/16 26/25
inefficiencies [1] 24/13
informal [4] 18/13 18/23 27/25 28/11
informally [1] 18/16
information [22] 10/18 19/2 22/14 24/5 24/17 26/11 26/21 27/20 41/5 46/9 46/13 56/16 57/15 62/13 63/15 64/1 64/2 65/12 65/13 65/17 66/3 66/6
informed [1] 11/21
informs [1] 46/15
initial [5] 51/20 55/9 56/15 58/9 59/12
input [1] 52/4
inquiring [1] 26/25
ins [1] 33/24
insofar [1] 69/10
instead [3] 35/23 37/10 59/13
insufficient [3] 32/3 32/9 58/10
intend [3] 10/20 11/4 19/16
interest [1] 31/10
interim [1] 22/16
Internet [1] 35/17
interrogatories [1] 18/13
interrupt [1] 52/1
interrupted [1] 62/16
intervene [1] 54/13
intervention [2] 6/3 8/21

introduced [1] 49/25
investigating [2] 25/17 51/11
investigation [4] 24/21 45/3 53/5 56/17
involve [1] 52/8
involving [1] 30/5
irrelevant [1] 40/9
is [201]
Is there [1] 66/14
isolate [1] 59/23
issue [35] 6/11 6/15 9/21 12/1 14/22 18/7 19/14 19/15 19/17 20/1 20/9 22/18 24/1 24/18 26/15 30/5 31/5 35/11 37/15 43/3 44/6 48/19 49/19 49/22 49/22 50/11 51/15 58/11 64/19 65/23 67/3 68/4 69/2 69/5 69/6
issued [7] 5/19 6/10 6/10 18/8 19/9 29/12 56/4
issues [36] 5/23 6/21 6/24 7/3 7/5 8/22 9/8 9/18 9/23 10/5 12/4 12/7 12/8 12/13 19/3 19/10 22/19 24/15 24/20 24/22 25/17 27/19 32/22 35/9 41/6 47/6 54/16 65/11 66/12 66/16 66/18 67/15 67/21 67/25 68/11 69/11
it [125]
it would be [4] 11/18 47/21 55/17 65/24
it's [54] 4/13 9/2 9/15 9/22 11/17 13/11 13/12 14/21 22/11 24/13 26/6 26/6 26/16 27/24 28/4 28/12 31/13 32/2 32/24 34/16 34/25 36/9 37/24 38/7 39/17 41/5 41/10 42/1 42/2 42/6 42/25 43/13 43/25 44/13 45/12 45/14 45/23 47/9 49/11 51/6 51/14 51/22 52/25 53/7 60/25 61/24 62/21 62/23 63/11 64/11 65/21 65/22 70/5
iterative [1] 61/23
its [9] 11/20 34/15 39/20 41/16 44/14 45/13 45/14 47/14 62/7
itself [2] 44/19 47/5

**J**

Joe [3] 23/21 23/24 25/11
John [3] 2/2 4/9 4/11
John Schmidtlein [1] 4/11
Joint [4] 10/22 39/18 40/21 47/13
jon.sallet [1] 2/11

**J**

**Jonathan** [1] 2/6
**journey** [1] 41/23
**jschmidtlein** [1] 2/4
**judge** [2] 1/10 54/16
**judgment** [3] 11/19
11/22 58/10
**Judicial** [1] 2/8
**July** [11] 1/5 5/3 14/17
17/3 17/4 47/5 50/18
52/11 57/16 58/21 71/7
**juncture** [1] 54/12
**June** [3] 21/25 22/22
45/5
**jury** [1] 9/15
**just** [55] 4/17 4/19 4/22
6/5 9/10 10/6 14/24
15/18 15/21 15/21
17/10 21/24 22/20
24/14 25/10 26/1 26/4
28/15 30/1 32/17 32/20
34/6 34/10 35/19 36/13
38/10 38/12 40/8 40/21
41/12 42/23 44/6 44/20
49/5 50/1 50/2 50/9
50/23 52/1 52/3 55/9
55/15 56/1 58/5 58/16
58/20 62/21 63/20
64/13 65/11 67/10
68/10 69/17 69/24
69/25
**JUSTICE** [1] 1/12

**K**

**keep** [3] 4/19 4/22
33/12
**Kenneth** [2] 1/12 4/9
**kenneth.dintzer2** [1]
1/15
**key** [2] 32/24 55/1
**kind** [11] 10/25 12/2
25/16 28/5 42/3 44/12
44/13 50/15 59/20
64/13 69/20
**kinds** [1] 41/15
**know** [73]
**knowing** [1] 9/10
**knowledge** [1] 26/25
**knowledgeable** [1]
25/22
**known** [1] 50/1
**knows** [4] 24/22 27/2
41/25 56/19
**Koo** [1] 2/17

**L**

**lags** [1] 21/8
**laid** [1] 34/22
**land** [2] 53/7 57/5
**large** [2] 14/5 35/20
**largely** [3] 41/5 63/8
67/2
**larger** [1] 45/21
**last** [13] 12/17 14/3
14/12 14/24 20/13
20/15 22/13 43/16
49/21 53/6 57/18 58/8
59/18

**later** [8] 23/13 23/22
32/10 37/14 37/15 48/2
48/15 67/6
**latest** [2] 7/14 49/9
**LAW** [1] 2/6
**lawsuit** [1] 37/8
**lawyers** [3] 13/16 36/8
36/10
**lead** [1] 63/12
**leading** [2] 51/9 68/13
**learned** [2] 44/18 45/10
**least** [16] 5/14 6/2 9/12
31/5 34/15 37/4 39/16
39/17 47/14 50/1 53/21
54/5 54/19 60/25 63/4
66/22
**left** [4] 8/4 8/5 42/9
56/24
**legal** [1] 44/23
**less** [1] 47/18
**lessen** [1] 27/21
**let** [22] 4/17 10/6 13/2
15/19 20/13 21/17
28/15 31/7 31/21 32/6
34/6 40/13 40/17 46/1
47/12 47/20 48/22
50/13 58/20 62/21 65/2
67/23
**let's** [26] 4/23 4/24 5/3
10/1 10/2 10/5 10/6
10/9 13/3 29/23 29/25
30/3 34/4 34/10 35/3
38/12 48/13 49/21 50/9
53/11 64/25 64/25 65/2
65/22 66/1 67/21
**let's see** [1] 35/3
**letter** [4] 19/2 27/18
50/18 58/21
**letting** [1] 32/11
**level** [2] 17/7 48/11
**light** [1] 4/20
**like** [22] 4/17 9/1 11/16
12/7 13/7 15/24 18/13
18/13 22/17 23/25 24/8
25/10 33/16 34/8 34/13
35/13 35/15 38/20
57/12 59/23 67/8 68/6
**likely** [10] 7/11 11/17
20/16 24/17 63/6 63/8
63/12 63/18 63/19
65/17
**limited** [1] 57/4
**line** [1] 54/11
**links** [1] 42/17
**listening** [1] 32/22
**lists** [1] 42/8
**literally** [5] 13/16 36/13
36/17 38/13 48/6
**litigant** [1] 26/7
**litigation** [3] 23/15
25/2 65/24
**little** [8] 21/8 25/4
29/18 36/7 50/10 50/14
55/17 57/7
**LLC** [2] 1/6 4/8
**LLP** [2] 2/2 2/18
**lock** [1] 26/7 26/17

**log** [4] 14/22 36/21
45/2 45/4
**logistics** [1] 17/24
**logs** [2] 36/14 36/15
**long** [6] 20/3 38/6
56/14 57/1 57/2 62/10
**longer** [1] 19/15
**look** [7] 12/1 23/3
30/25 60/7 60/9 62/21
68/19
**looked** [1] 35/16
**looking** [8] 7/24 8/11
8/25 9/10 19/4 21/6
31/14 49/14
**looks** [4] 4/17 6/2 9/1
12/7
**loomed** [1] 12/5
**looming** [1] 9/23
**lose** [1] 22/19
**lot** [22] 22/20 34/9 37/18
43/19 46/19 54/10
59/13 61/9 63/14
**lots** [2] 35/9 35/10
**luck** [1] 23/25

**M**

**machine** [1] 44/10
**made** [18] 6/5 13/18
13/25 14/1 14/13 17/4
29/6 35/12 38/4 41/22
41/23 49/11 52/11
55/10 56/10 56/22
57/21 59/12
**magnitude** [1] 13/21
**main** [1] 25/17
**maintained** [3] 8/7
37/1 37/4
**maintenance** [1] 8/14
**major** [1] 14/4
**majority** [1] 17/5
**make** [39] 6/23 8/20
8/23 9/17 11/4 11/5
11/19 11/22 14/19 15/3
15/8 17/11 24/4 26/16
27/6 33/11 33/11 33/23
34/6 38/1 38/7 38/22
43/9 43/10 49/7 50/1
50/16 52/2 54/13 55/2
56/8 56/8 58/8 58/20
59/12 60/1 62/23 65/14
68/24
**makes** [1] 29/17
**making** [7] 23/19 29/19
30/12 34/16 38/5 56/12
69/15
**manageable** [1] 48/16
**manner** [2] 27/14
30/24
**manual** [1] 39/9
**manually** [1] 38/23
**many** [14] 12/5 25/18
25/18 25/18 25/18
25/18 41/19 43/15
43/18 45/19 52/9 53/11
53/13 65/4
**map** [1] 42/8
**March** [1] 30/14

**market** [3] 40/24 41/17
43/1
**Mary** [1] 25/11
**masking** [1] 4/20
**masks** [2] 4/19 4/22
**Massachusetts** [1]
2/19
**massive** [3] 39/1 39/2
39/3
**material** [2] 31/15
63/12
**matter** [3] 47/23 51/8
71/4
**matters** [4] 25/2 25/17
33/6 34/4
**may** [19] 6/13 12/7
17/5 19/14 20/9 21/25
22/21 25/24 31/24
32/15 39/15 40/1 47/2
51/1 54/9 56/5 61/16
63/12 64/19
**maybe** [8] 6/5 6/6 24/7
28/4 34/11 38/10 38/12
60/20
**me** [39] 4/17 4/18 5/18
10/6 11/22 13/2 15/19
20/13 21/17 23/3 28/15
31/7 31/10 34/6 34/11
40/13 40/17 45/18 46/1
47/12 47/20 48/1 50/12
50/13 50/25 54/13
58/20 62/21 63/3 63/16
64/1 64/9 64/16 65/2
65/7 65/25 66/4 67/23
68/4
**mean** [33] 23/18 23/23
24/10 30/25 31/4 31/9
34/21 36/17 38/10
38/13 39/14 39/16
39/23 40/1 40/1 40/7
47/21 49/10 54/11
54/18 54/21 54/23
54/25 60/13 62/23 63/1
63/16 64/1 64/4 67/13
67/14 68/16 69/12
**meaning** [2] 18/14
66/23
**meaningful** [2] 54/17
64/12
**means** [5] 23/11 49/6
54/11 63/18 65/18
**meant** [1] 41/3
**measure** [1] 57/8
**measured** [3] 22/4
45/8 45/8
**measures** [1] 11/1
**measuring** [1] 46/14
**mechanical** [1] 3/6
**meet** [11] 13/6 13/23
14/17 28/5 28/5 33/1
34/24 47/22 48/11 56/7
63/10
**meeting** [1] 35/8
**MEHTA** [2] 1/9 4/3
**memo** [1] 4/18
**Merit** [1] 3/2
**mess** [1] 24/13
**met** [3] 17/3 20/15 47/6

**metics** [1] 35/19
**metric** [1] 46/2
**microphones** [1] 5/7
**Microsoft** [21] 2/17
30/6 49/22 49/24 50/1
50/5 50/15 51/16 53/10
54/14 55/8 56/4 57/7
60/10 61/2 61/21 63/4
64/4 65/19 65/20 66/13
**Microsoft's** [3] 51/2
51/6 62/6
**mid** [9] 7/11 8/23 9/7
17/3 17/4 28/18 29/5
47/2 48/13
**mid-August** [7] 7/11
8/23 9/7 28/18 29/5
47/2 48/13
**middle** [6] 16/9 19/10
34/18 47/18 48/3 49/8
**might** [16] 7/8 12/11
12/12 14/5 23/20 35/25
36/1 39/6 41/12 43/25
44/2 64/10 65/4 66/16
67/15 68/11
**million** [7] 52/3 52/5
55/11 55/11 55/14 57/7
61/7
**millions** [2] 25/19
36/20
**mind** [3] 22/25 34/23
60/11
**mindful** [1] 9/17 66/22
**minimal** [1] 63/6
**minimize** [1] 69/22
**minutes** [1] 28/2
**misstate** [1] 27/5
**misunderstood** [1]
29/11
**mix** [1] 57/24
**mixed** [1] 29/12
**moment** [2] 15/16
44/14
**Monday** [2] 54/5 67/9
**monetarily** [1] 43/5
**monetary** [1] 44/1
**monetized** [1] 43/13
**monopolies** [1] 41/17
**monopoly** [1] 41/14
**month** [2] 9/12 35/3
**months** [3] 12/5 23/6
25/18
**more** [29] 5/19 6/16
9/16 11/21 12/23 14/2
17/6 19/2 22/12 22/15
23/20 27/15 28/11
36/10 36/10 36/11
36/12 37/14 38/24
39/15 46/11 47/18
53/25 54/14 54/24
60/14 61/9 62/2 65/2
**morning** [7] 4/4 4/17
5/9 10/14 13/9 13/10
50/3
**most** [3] 20/16 34/19
35/2
**mostly** [1] 58/24
**motivate** [1] 66/2
**motivating** [1] 33/25

**M**

move [13] 11/14 24/7 28/11 30/18 30/24 31/2 31/11 32/25 34/1 37/25 39/21 55/13 56/3
movement [1] 56/2
moving [4] 12/22 33/12 58/1 61/1
Mr. [51] 4/25 10/7 11/25 13/3 13/4 14/20 15/19 18/3 18/9 20/14 21/14 21/17 21/18 21/24 23/4 24/7 24/19 27/9 27/11 27/14 27/17 27/23 29/6 30/10 31/18 33/16 34/20 34/21 40/13 40/17 40/19 45/6 45/21 46/5 47/1 47/12 48/22 49/2 49/6 49/13 55/24 58/19 60/24 61/19 63/1 64/10 66/9 67/1 67/1 68/23 69/7
Mr. Dintzer [5] 4/25 14/20 21/17 31/18 67/1
Mr. Sallet [15] 10/7 11/25 13/3 18/9 21/18 24/19 27/9 30/10 34/21 40/13 40/19 46/5 48/22 49/2 67/1
Mr. Schmidtlein [29] 13/4 15/19 18/3 20/14 21/14 21/24 23/4 24/7 27/11 27/14 27/17 27/23 29/6 30/10 34/20 45/6 45/21 47/1 47/12 49/6 49/13 55/24 58/19 60/24 61/19 64/10 66/9 68/23 69/7
Mr. Schmidtlein's [2] 40/17 63/1
Ms [1] 54/9
Ms. [7] 20/5 20/6 50/6 50/23 55/20 60/5 64/18
Ms. Simons [5] 50/6 50/23 55/20 60/5 64/18
much [12] 9/13 9/13 22/12 34/13 43/21 47/16 49/17 57/8 57/10 63/19 67/16 70/4
multiple [2] 19/18 20/9
multiply [1] 36/19
my [28] 9/10 10/2 10/2 13/13 15/21 18/11 18/22 20/2 25/22 26/12 26/19 30/3 31/11 33/10 34/11 34/23 36/7 36/11 40/10 44/18 44/23 47/25 50/21 54/24 61/18 62/14 65/15 66/19
myself [1] 38/11

**N**

nail [1] 17/22
narrow [4] 13/23 27/19 36/1 45/10
Nationals [1] 43/16
nearly [1] 37/21

necessarily [1] 24/2
necessary [2] 66/6 69/22
need [30] 6/3 9/8 12/25 22/14 24/3 24/5 25/12 30/23 31/1 31/7 31/7 37/17 38/11 54/12 54/13 57/19 57/25 57/25 57/25 58/17 62/3 64/5 64/6 65/2 66/4 66/19 66/23 67/6 68/6 68/11
needed [1] 30/14
needs [7] 27/21 53/2 61/9 62/7 64/4 65/6 66/3
negotiate [1] 32/2
negotiated [2] 6/12 39/8
negotiating [5] 6/22 8/17 32/7 32/10 51/17
negotiation [2] 6/2 60/3
negotiations [1] 8/12
never [4] 23/19 34/7 35/15 38/3
nevertheless [1] 33/11
new [1] 4/21
next [12] 5/13 9/1 14/14 14/18 29/23 31/24 42/4 43/25 65/7 67/24 69/11 69/16
nice [3] 4/13 13/11 70/5
night [1] 43/16
no [31] 1/4 6/10 10/17 12/15 15/24 16/5 18/6 24/1 26/16 26/24 27/25 28/19 28/24 28/25 36/5 38/24 46/7 46/16 48/2 48/15 52/10 52/24 53/22 54/1 55/21 60/14 61/6 62/18 63/5 69/5 69/6
non [3] 2/16 50/5 60/19
Non-Party [2] 2/16 50/5
non-privileged [1] 60/19
normal [1] 16/24
not [58] 7/23 8/19 8/20 10/18 14/17 14/22 18/21 19/6 19/8 20/8 22/18 23/16 26/15 28/12 30/12 31/7 31/12 31/14 31/22 31/23 32/24 32/20 34/13 36/3 37/7 37/19 41/6 41/9 41/22 43/13 44/4 44/7 45/5 45/19 45/20 45/25 46/9 46/11 46/12 47/6 51/1 51/6 53/25 54/6 54/18 54/18 56/15 57/4 57/19 58/16 62/24 62/24 63/4 65/1 65/23 67/2 69/9 69/14
note [4] 12/11 41/6 45/12 67/10

41/4 47/7
notes [1] 15/21
nothing [4] 23/3 40/3 55/21 56/18
notice [5] 18/9 19/9 20/3 31/13 32/17
noticed [6] 11/10 11/10 16/6 27/16 28/17 28/21 23/12 24/14 25/15
notices [5] 18/8 19/18 23/12 24/14 25/15
notwithstanding [1] 53/20
now [22] 4/2 12/5 12/16 14/4 14/23 18/17 23/11 30/14 30/19 39/7 39/10 42/23 42/25 44/2 44/15 46/21 48/8 54/7 57/11 61/8 65/12 69/21
number [32] 6/16 13/19 14/1 14/9 19/10 32/1 32/2 34/17 38/22 39/1 39/3 45/14 45/21 52/2 52/2 52/22 52/22 57/7 57/12 57/13 61/4 61/8 61/12 62/9 62/11 63/17 63/22 64/5 64/5 64/6 64/8 69/23
numbers [2] 50/10 59/23
nutshell [1] 35/11
NW [3] 1/13 2/3 3/4

**O**

oath [1] 48/7
objection [1] 34/7
objections [3] 56/5 56/6 56/7
objective [2] 54/17 62/23
observation [1] 34/7
obvious [2] 30/19 31/4
obviously [9] 21/3 23/4 23/8 40/2 48/22 55/12 55/15 57/22 67/5
occurred [1] 52/23
occurring [1] 11/20
October [2] 20/24 28/4
off [3] 9/11 20/4 21/4
offered [3] 47/1 60/17 60/21
OFFICE [1] 2/12
Official [1] 3/3
offline [1] 24/24
often [1] 21/7
oftentimes [1] 20/2
oh [4] 23/24 29/2 29/4 66/15
okay [67] 4/12 5/16 6/4 7/6 7/15 7/21 9/20 9/22 11/24 14/15 15/11 15/17 16/7 16/10 16/14 17/1 17/9 17/16 18/2 20/5 20/12 20/25 21/12 21/16 23/2 24/6 27/8 28/20 28/23 29/4 29/15 29/16 29/22 31/18

36/25 40/6 40/12 42/3 42/11 47/11 48/12 48/24 49/18 50/8 52/20 53/9 54/3 58/16 59/3 59/8 60/4 60/23 61/14 62/15 62/19 64/24 66/7 67/12 67/20 68/22 69/4 69/16 70/2
old [1] 42/17
old-style [1] 42/17
Olympics [2] 40/2 43/14
once [4] 20/6 36/19 49/14 66/6
one [46] 5/7 6/2 6/11 7/25 9/6 11/7 12/11 16/1 17/12 17/20 20/13 22/6 26/2 26/11 26/24 27/17 28/16 29/7 30/13 31/8 31/23 31/25 33/7 33/19 35/17 35/18 42/14 42/25 43/9 43/10 47/1 49/3 49/5 49/6 54/5 55/1 56/10 58/20 59/12 59/12 60/2 60/20 63/21 64/9 64/10 67/20
one's [1] 15/24
ones [1] 32/3
only [8] 12/12 18/7 21/23 25/23 43/9 47/4 50/11 54/18
open [4] 19/3 30/14 37/22 62/8
opportunity [2] 28/7 44/11
opposed [2] 26/7 64/13
opposing [1] 24/16
optimistic [1] 34/11
order [4] 33/2 57/20 64/3 66/5
ordinary [4] 41/24 41/24 44/13 65/24
ordinary-course [1] 41/24
organic [1] 42/16
organization [2] 11/13 26/18
organized [1] 43/24
Orrick [2] 2/17 50/4
orrick.com [1] 2/20
other [17] 17/11 17/21 19/10 20/19 26/7 26/8 30/21 39/5 39/9 43/6 44/22 61/7 63/16 63/21 63/23 64/7 65/13
otherwise [3] 19/4 29/18 64/17
ought [5] 9/7 40/15 64/16 66/17 66/18
our [44] 8/12 9/1 11/4 11/12 12/17 14/4 14/12 15/4 15/8 15/9 17/3 17/7 18/21 21/3 21/25 22/10 23/6 24/4 27/5 28/3 28/4 37/8 38/4 38/9 41/12 43/7 43/14

36/15 48/11 51/12 51/14 51/20 52/11 53/20 55/6 55/13 56/11 58/10 62/4 67/4 68/24 69/10 69/16 69/20
out [30] 4/14 6/5 9/10 9/15 14/4 14/8 15/5 16/21 17/4 17/6 17/7 18/23 23/1 23/12 32/11 34/22 35/12 37/14 39/5 39/12 40/14 45/16 51/8 53/21 55/2 57/15 65/1 66/21 66/23 68/19
output [1] 52/5
outside [1] 56/16
outstanding [3] 5/24 6/22 7/5
over [5] 14/18 44/7 50/16 53/20 55/11
overall [1] 51/15
overly [1] 34/11
oversight [1] 33/22
overwhelming [1] 17/5
own [2] 31/11 39/20

**P**

p.m [1] 70/8
page [11] 22/21 22/22 40/21 41/14 41/20 42/5 42/8 42/14 42/16 43/24 47/13
pages [2] 25/19 35/18
paid [1] 37/3
paper [3] 68/11 68/12 68/18
papers [2] 44/3 55/6
part [9] 17/6 17/23 26/6 32/5 37/2 43/14 46/21 57/24 59/17
particular [4] 25/13 39/1 39/6 39/13
particularly [3] 4/14 19/7 54/19
parties [7] 8/10 12/6 13/22 14/23 18/15 20/17 20/18 21/2 23/9 24/11 30/13 31/1 31/6 31/12 31/19 32/21 32/21 33/6 33/19 33/25 34/12 35/7 55/17 64/15 65/22 66/13 69/15
parties' [1] 50/10
party [25] 2/16 9/21 9/23 10/4 20/2 21/8 24/16 25/10 29/23 29/25 30/1 30/7 30/13 30/18 30/23 31/15 31/25 32/23 33/4 50/5 58/16 58/17 65/20 65/21 65/21
pathway [1] 36/18
pay [1] 44/16
pebibyte [4] 34/7 35/15 35/17 44/17
pebibytes [1] 45/6
peg [1] 21/4
pendency [1] 67/10
pending [2] 11/7 28/6

**P**

**people [15]** 8/15 13/17 13/21 25/3 25/19 36/20 37/2 39/21 42/3 57/21 58/22 59/5 63/2 63/10 69/23
**percent [8]** 38/25 38/25 39/2 39/12 45/17 45/20 45/22 59/15
**percentage [1]** 40/8
**percolating [1]** 69/12
**perfect [1]** 38/5
**perhaps [3]** 9/7 30/21 50/25
**peril [1]** 9/13
**period [9]** 12/20 22/4 28/5 36/24 37/2 37/4 53/4 56/16 57/1
**periods [2]** 53/3 56/14
**perplexing [1]** 12/9
**person [8]** 13/11 23/11 26/12 26/18 26/19 28/13 66/24 69/18
**person's [1]** 36/23
**personal [2]** 20/7 26/25
**perspective [3]** 10/12 54/24 55/4
**phase [2]** 57/10 59/2
**phone [1]** 33/8
**physically [1]** 35/13
**pick [1]** 23/24
**pieces [2]** 20/4 37/23
**pike [1]** 6/7
**pin [1]** 11/12
**pipeline [3]** 32/6 32/12 32/16
**place [7]** 8/23 8/24 16/9 42/20 46/22 47/9 53/6
**placeholder [1]** 22/21
**places [1]** 41/20
**plain [1]** 35/18
**plain-text [1]** 35/18
**plaintiff [2]** 36/8 36/9
**plaintiffs [9]** 1/4 1/12 4/10 7/10 14/14 15/3 16/6 16/16 56/25
**players [1]** 43/15
**Please [1]** 4/4
**pleased [1]** 27/22
**pled [1]** 43/3
**plenty [2]** 24/11 25/2
**plus [1]** 25/19
**podium [2]** 5/5 5/7
**point [19]** 6/8 6/13 7/22 7/24 9/24 12/22 19/8 22/17 23/4 25/23 33/6 33/17 33/19 39/10 48/18 49/5 52/21 52/25 55/3
**pointing [1]** 26/6
**policies [1]** 69/20
**policy [1]** 4/21
**position [13]** 11/21 23/1 23/23 26/8 34/22 47/15 47/15 51/3 51/6 56/15 59/9 60/1 67/16

**possibility [1]** 27/10
**possible [9]** 11/4 13/24 21/7 23/7 23/16 24/2 24/12 25/5 65/1
**post [2]** 52/23 62/11
**posture [1]** 8/8
**potential [1]** 7/2
**potentially [4]** 27/22 65/17 67/3 67/6
**power [1]** 41/14
**practical [1]** 19/23
**practice [1]** 25/9
**pre [5]** 9/18 52/22 61/24 63/17 66/16
**pre-deposition [1]** 66/16
**pre-depositions [1]** 9/18
**predicate [1]** 10/22
**predictions [1]** 38/6
**preempted [1]** 54/9
**prefer [1]** 9/22
**preliminaries [1]** 12/2
**preliminary [6]** 10/24 11/2 11/8 34/14 34/18 46/21
**premature [1]** 11/18
**preparation [1]** 26/23
**prepare [3]** 26/20 30/20 30/21
**prepared [2]** 23/14 55/13
**preparing [1]** 26/19
**presence [1]** 50/1
**presently [1]** 48/8
**presiding [1]** 4/3
**pressed [1]** 57/5
**presumptively [1]** 31/6
**Prettyman [1]** 3/4
**prevent [1]** 39/20
**previous [1]** 30/17
**previously [1]** 47/7
**primarily [1]** 23/9
**primary [1]** 58/15
**principled [3]** 62/22 64/12 65/14
**prioritize [3]** 15/7 16/18 16/21
**prioritized [1]** 15/5
**priority [3]** 6/19 33/11 62/1
**privacy [1]** 39/5
**privilege [10]** 6/11 6/17 7/2 7/18 8/22 14/22 16/17 60/20 66/15 67/15
**privilege-log [1]** 14/22
**privileged [1]** 60/19
**probably [4]** 9/11 20/16 20/17 44/14
**problem [2]** 48/19 59/19
**problems [1]** 19/23
**proceeding [1]** 30/9
**proceedings [4]** 1/9 3/6 70/8 71/4
**process [23]** 8/6 8/10 12/12 16/16 16/18 17/6

**person [1]** (continued) 39/11 48/23 51/11 51/17 53/10 53/25 54/1 56/3 59/21 62/2 62/9 64/21 67/18
**processed [1]** 53/1
**processes [1]** 11/7
**processing [1]** 53/6
**produce [12]** 20/6 21/2 27/15 38/14 38/16 38/20 39/4 39/12 47/17 49/15 54/21 56/16
**produced [23]** 3/7 8/7 8/14 10/15 14/3 16/12 16/20 16/25 17/2 17/14 18/1 34/14 35/2 35/9 35/10 38/23 44/8 46/21 49/15 55/14 56/21 57/9 58/1
**producible [3]** 8/5 38/7 60/10
**producing [1]** 48/2
**production [26]** 4/25 7/17 8/13 10/3 10/17 11/8 11/20 12/14 13/5 14/13 15/2 15/10 15/23 31/14 32/5 32/9 46/24 48/4 48/15 53/5 54/25 58/6 58/14 58/17 60/15 61/21
**productions [9]** 5/18 6/7 10/11 14/2 14/5 18/4 21/4 32/23 60/12
**proffered [2]** 32/1 32/4
**progress [3]** 8/20 30/12 53/17
**promise [1]** 49/11
**promised [1]** 34/17
**promises [1]** 56/7
**promising [1]** 6/3
**prompt [1]** 30/24
**promptly [2]** 30/18 48/22
**proposal [13]** 51/16 51/20 52/11 52/12 52/17 55/9 55/13 56/8 56/9 57/15 58/10 59/12 62/5
**proposals [1]** 56/12
**propose [2]** 30/3 53/12
**proposed [11]** 27/18 28/12 47/13 51/9 52/15 53/15 54/2 54/5 59/9 59/10 65/7
**proposing [1]** 61/21
**protected [1]** 39/5
**Protection [1]** 2/7
**provide [7]** 27/20 34/18 39/24 41/14 42/3 49/8 62/5
**provided [1]** 40/22
**providers [6]** 39/19 39/22 40/3 41/7 41/18 41/19
**provisions [1]** 47/8
**pull [2]** 36/2 59/22
**pulling [1]** 21/1
**purpose [1]** 27/5

**push [4]** 15/5 16/21 17/4 60/2
**pushed [1]** 55/2
**pushing [3]** 21/1 21/11 53/21
**put [11]** 22/20 26/11 26/12 32/17 34/25 39/18 46/22 56/12 59/20 60/17 65/22

**Q**

**quadruples [1]** 64/8
**queries [1]** 41/11
**query [4]** 36/18 36/19 43/15 43/23
**question [17]** 11/8 12/12 12/18 15/19 20/13 25/13 28/15 34/23 37/22 39/25 40/19 43/22 49/20 52/7 58/4 60/7 66/15
**questions [8]** 11/11 18/12 18/15 25/3 26/13 28/8 45/7 60/7
**quick [1]** 40/19
**quickly [4]** 16/21 17/7 21/6 60/3
**quite [2]** 12/9 38/13 51/18 55/12 56/18

**R**

**raise [11]** 6/14 7/25 9/24 13/7 19/14 21/13 21/19 21/23 32/15 49/3 66/14
**raised [5]** 10/20 21/25 22/19 22/22 32/15
**raises [1]** 19/22
**raising [3]** 22/9 22/18 23/5
**Ralph [1]** 2/8
**ranges [3]** 52/13 52/16 53/4
**rapidly [1]** 12/22
**rather [2]** 23/12 39/9
**re [7]** 6/18 15/5 16/17 16/19 17/6 27/15 67/18
**re-prioritized [1]** 15/5
**re-review [5]** 16/17 16/19 17/6 27/15 67/18
**re-reviewing [1]** 6/18
**reach [3]** 7/4 48/18 64/3
**reached [2]** 6/17 59/17
**reaches [1]** 11/20
**reaching [1]** 63/4
**reaction [1]** 65/15
**read [1]** 50/24
**readable [1]** 38/7
**ready [2]** 31/23 68/14
**real [1]** 44/10
**realistic [2]** 47/22 67/13
**realistically [2]** 61/1 66/25
**reality [1]** 23/20
**really [16]** 13/15 24/16

32/25 38/1 50/12 51/22 55/1 57/11 59/23 59/24 59/24 62/23 63/5 64/12 66/3 66/25
**Realtime [1]** 3/3
**reason [4]** 7/23 25/6 41/8 55/25
**reasonable [4]** 38/22 58/14 58/14 68/8
**reasons [2]** 30/19 37/5
**Rebecca [1]** 2/12
**recall [1]** 56/19
**receive [1]** 27/13
**received [2]** 58/5 60/22
**recently [1]** 51/9
**recipes [1]** 43/8
**record [4]** 11/12 28/8 50/2 71/3
**recorded [1]** 3/6
**records [3]** 17/13 63/7 63/8
**redid [1]** 59/14
**reduce [1]** 59/15
**reduced [1]** 61/12
**refer [1]** 61/19
**reference [2]** 29/5 56/22
**reflects [1]** 68/17
**refusal [1]** 62/5
**refusing [1]** 51/7
**regard [1]** 34/2
**regarding [5]** 6/17 8/13 30/4
**Registered [1]** 3/2
**regular [1]** 33/24
**reiterate [1]** 30/23
**related [1]** 18/10
**relevancy [1]** 63/11
**relevant [9]** 8/5 16/20 39/25 43/1 56/25 57/22 57/23 63/7 65/17
**remains [1]** 68/4
**remarkably [1]** 56/18
**remember [2]** 47/14 49/24
**remind [2]** 5/18 44/7
**remotely [1]** 67/25
**report [8]** 10/22 15/3 36/15 39/18 40/22 47/13 52/3 53/14
**Reporter [2]** 3/2 3/2 3/3 3/3
**reports [5]** 12/25 30/21 57/6 57/25 65/5
**request [15]** 7/17 10/11 17/3 28/3 29/19 38/13 41/22 41/23 48/8 49/6 49/12 50/24 53/3 63/10 65/14
**requested [4]** 11/13 17/14 35/1 47/17
**requests [23]** 5/18 6/7 10/19 10/21 10/21 10/23 11/3 11/9 11/15 11/18 11/23 12/23 14/3 28/6 37/15 38/3 39/17 40/4 41/8 46/15 47/1 47/9 62/1

**R**

require [1] 26/10
required [1] 64/20
requirements [1] 46/23
requires [2] 26/20
37/18
reserve [1] 10/5
resisting [1] 51/4
resolution [1] 8/25
resolve [13] 7/12 19/5
23/3 24/23 54/17 62/22
65/11 66/4 66/5 68/11
68/14 68/20 69/15
resolved [7] 6/24 9/24
33/9 58/12 66/18 66/19
66/20
resolving [1] 69/13
respect [10] 8/12 21/18
21/24 32/22 34/17
39/19 51/3 53/22 54/20
55/10
respectfully [1] 23/17
respond [4] 24/8 25/24
26/4 61/16
response [4] 46/25
50/25 58/2 60/24
responses [3] 5/17
56/6 56/15
responsive [4] 53/23
57/22 60/19 63/7
result [4] 16/19 27/18
31/24 63/12
resulted [1] 52/4
resulting [1] 52/18
results [5] 41/14 42/7
42/17 42/19 43/24
return [2] 64/9 69/21
returns [1] 42/19
reveal [2] 39/6 46/6
revealed [1] 46/12
reverted [1] 4/20
review [11] 16/17
16/19 16/23 17/6 21/5
27/15 34/12 38/23
56/11 60/20 67/18
reviewed [1] 36/15
reviewing [6] 6/18 6/18
15/21 32/4 32/6 32/12
reviews [1] 8/3
revised [2] 45/13 45/14
revisions [1] 51/20
RFP [5] 5/20 5/20 6/10
14/21 14/24
RFPs [3] 12/17 14/20
49/7
right [50] 4/16 4/24
5/19 5/22 7/16 8/1
11/25 12/21 13/2 14/4
14/10 14/23 16/3 18/3
21/13 21/17 22/2 25/8
25/21 28/23 29/9 29/14
29/23 31/3 31/17 33/15
34/4 38/17 40/13 47/12
48/8 49/21 50/20 50/22
55/19 55/24 57/11 59/6
60/5 61/6 61/8 62/14
62/16 62/23 64/14
65/12 66/11 66/12

rise [2] 4/2 70/6
RMR [2] 71/2 71/8
road [1] 20/10
roll [1] 31/12
rolled [1] 69/20
rolling [1] 14/1
room [1] 33/11
rough [1] 54/22
royal [1] 13/15
rub [1] 25/4
rule [3] 25/6 26/5 26/22
ruled [1] 8/4
ruling [1] 54/14
run [8] 23/6 32/7 32/12
52/16 59/22 63/23 64/7
65/5

**S**

safe [1] 70/4
said [28] 7/17 8/24
14/20 15/8 20/16 23/25
24/23 25/4 26/5 28/2
29/7 35/22 38/18 38/24
39/2 44/3 45/21 46/12
47/16 49/7 55/5 56/10
59/11 62/21 65/12
65/15 69/12 69/19
Sallet [17] 2/6 4/9 10/7
11/25 13/3 18/9 21/18
24/19 27/9 30/10 34/21
40/13 40/19 46/5 48/22
49/2 67/1
same [8] 8/21 19/20
23/10 23/11 44/12
44/13
sample [5] 34/14 38/15
38/20 39/12 45/20
samples [3] 37/13
39/14 39/15
satisfied [2] 5/14 5/15
saw [1] 24/7
say [26] 6/16 12/8 18/7
20/4 23/24 24/14 25/11
28/16 32/20 41/12 43/7
46/11 48/2 48/14 51/22
52/25 53/7 53/11 54/10
54/14 54/16 62/20 63/1
63/5 63/24 68/10
saying [2] 24/3 37/12
says [4] 26/22 42/3
44/3 64/17
scalable [1] 39/8
schedule [15] 9/10
9/17 10/2 13/5 17/25
20/21 21/3 21/20 33/10
46/24 47/13 47/15
47/20 49/9 69/10
scheduled [8] 9/12
15/23 23/14 28/17 33/9
67/22 68/1 68/3
scheduling [1] 33/1
Schmidtlein [31] 2/2
4/11 13/4 15/19 18/3
20/14 21/14 21/24 23/4
24/7 27/11 27/14 27/17
27/23 29/6 33/16 34/20
45/6 45/21 47/1 47/12

served [2] 14/24 56/5
session [4] 4/3 36/22
36/23 45/13
sessions [9] 36/14
36/15 36/21 38/12
38/19 38/20 40/8 45/2
45/24
set [10] 7/10 17/19
27/25 40/23 47/5 47/20
64/25 65/3 65/10 67/7
setting [1] 9/7
seven [3] 20/8 22/4
22/5
seven-hour [2] 20/8
22/4
several [3] 6/21 45/4
53/19
shake [1] 44/23
shaking [1] 44/21
shelf [1] 37/20
shift [1] 42/20
shoot [2] 38/2 55/18
shooting [2] 48/10
64/13
short [2] 64/6 66/5
shortly [1] 11/21
should [11] 9/9 24/16
30/18 31/13 44/4 44/8
45/8 46/20 54/4 60/8
69/7
shouldn't [3] 44/4
49/10 61/12
show [1] 41/20
showing [1] 57/21
shrink [2] 57/13 57/14
side [4] 26/7 31/13
63/16 66/3
side's [1] 26/8
sides [5] 8/19 14/14
23/9 54/16 66/2
signal [1] 30/17
Simons [8] 2/17 50/4
50/6 50/23 54/9 55/20
60/5 64/18
simplify [1] 12/12
simply [1] 44/10
since [5] 23/17 30/14
52/17 54/5 54/6
single [1] 20/3
sit [4] 18/20 26/9 36/17
66/24
sitting [2] 36/9 37/19
size [3] 44/16 45/5
45/13
slow [1] 31/12
small [2] 26/16 49/5
65/23
so [139]
So I think [2] 49/19
66/1
some [34] 5/23 5/25
6/8 6/17 6/19 9/11 9/11
9/16 9/23 10/4 12/7
12/8 19/22 25/16 27/22
36/23 37/2 37/4 37/15
37/22 37/24 42/8 43/9
57/4 59/5 60/20 62/23

served … (continued)

served [2] 14/24 56/5

**—**

5/5 64/3 65/5 65/11
68/11 69/11 69/20
somebody [3] 25/13
50/13 64/17
someone [1] 16/4
something [15] 14/18
31/24 32/14 32/24 33/8
38/8 40/2 44/22 49/9
54/18 56/25 58/11
64/12 67/24 68/17
sometime [2] 7/11
12/18
somewhere [2] 35/16
55/14
soon [1] 11/4
sooner [2] 23/12 32/15
sorry [5] 16/3 16/5
29/11
sort [34] 4/18 8/22 12/4
14/3 14/12 15/4 16/23
19/1 19/5 19/17 20/3
20/9 20/10 23/25 35/22
35/23 36/3 36/23 37/9
40/22 48/23 50/24 51/1
52/7 54/23 56/2 56/2
56/9 57/17 58/8 58/9
59/22 61/8 66/16
sound [1] 22/17
sounds [3] 15/24 34/8
57/12
south [1] 42/16
space [1] 42/16
speak [1] 5/7
speaking [1] 4/10
specialized [5] 39/19
40/3 41/7 41/17 41/18
specific [6] 10/16
18/15 19/2 26/8 39/24
67/22
specifically [5] 35/23
35/24 39/24 41/18 51/2
specified [1] 52/17
speculating [1] 63/21
spent [1] 46/19
St [1] 2/3
stage [2] 51/7 52/7
stages [1] 14/25
staked [1] 23/1
stand [6] 5/1 5/4 8/2
10/12 13/5 65/8
standing [1] 9/1
standpoint [2] 29/17
61/23
stands [1] 70/7
start [7] 4/25 20/16
20/23 25/10 34/20
49/25 66/2
started [8] 4/23 10/4
32/3 32/3 38/18 53/16
53/21 56/12
starting [2] 12/17 44/4
state [5] 2/6 18/8 30/2
30/8 31/4
statement [1] 47/15
statements [1] 40/17
states [13] 1/1 1/3 1/10
4/7 6/8 27/11 28/17
30/4 30/5 34/6 34/13

**states... [2]** 35/1 67/7
**status [13]** 1/9 4/16
10/22 14/1 30/17 31/8
36/15 39/18 40/21
47/13 57/18 58/8 59/18
**stay [3]** 69/17 69/25
70/4
**Ste [1]** 2/14
**stenography [1]** 3/6
**steps [3]** 39/20 53/13
53/24
**stick [1]** 10/9
**still [16]** 5/24 6/12 6/14
8/17 14/23 17/22 17/23
19/4 20/11 21/1 37/23
39/2 51/10 51/16 53/17
54/1
**stop [1]** 32/6
**stopping [1]** 32/12
**storage [2]** 8/13 35/17
**story [1]** 58/15
**Street [1]** 1/13 2/18
**strikes [1]** 64/14
**string [1]** 60/2
**strings [9]** 51/21 52/8
52/15 53/19 57/10
59/14 59/16 59/21
59/22
**struck [1]** 63/3
**structure [1]** 11/12
**struggling [1]** 31/23
**studying [1]** 44/14
**style [1]** 42/17
**subject [7]** 6/2 23/22
25/2 25/17 26/12 26/22
27/2
**subjects [1]** 27/3
**submission [3]** 51/10
58/8 63/2
**submissions [1]** 69/15
**submitted [2]** 34/12
56/6
**subpoena [5]** 51/13
55/8 56/4 56/5 58/3
**subpoenaed [1]** 31/15
**subpoenas [1]** 31/5
**subset [1]** 53/22
**substance [1]** 12/15
**substantial [11]** 5/2
10/10 13/6 14/13 48/15
52/13 58/17 60/12
60/18 60/24 61/2
**substantial-completio
n [2]** 5/2 10/10
**substantially [3]** 14/19
18/1 57/14
**substitute [1]** 28/12
**substitution [1]** 41/10
**substrings [1]** 59/20
**such [2]** 11/23 47/20
**sufficient [2]** 64/17
65/13
**suggest [4]** 10/18
47/25 57/12 68/12
**suggested [2]** 22/24
66/17
**suggesting [1]** 68/16

**summarizes [1]** 35/6
**Sunday [1]** 48/14
**suppose [1]** 20/17
**supposed [1]** 9/14
**sure [24]** 6/23 8/23
9/17 12/3 14/7 18/18
19/6 19/24 21/9 24/4
26/1 26/16 27/6 33/12
38/7 38/22 48/20 51/5
51/23 52/2 52/6 55/2
58/20 69/8
**surprised [1]** 22/8
**surprising [1]** 11/22
**surprisingly [1]** 37/7
**suspect [1]** 61/11
**Sutcliffe [1]** 2/18
**sworn [1]** 48/7

**T**

**tactic [1]** 32/7
**take [17]** 8/24 14/9
15/13 15/15 16/8 20/6
20/7 22/5 37/24 38/7
38/12 49/9 51/15 62/4
62/10 65/4 68/19
**takeaways [1]** 9/6
**taken [6]** 29/7 47/15
53/13 53/24 59/9 62/4
**takes [2]** 13/20 49/19
**taking [4]** 27/11 29/1
29/2 39/20
**talk [15]** 4/24 5/3 10/2
10/9 12/1 18/4 22/24
27/3 29/23 29/25 30/4
34/4 34/10 50/9 65/6
**talked [1]** 41/25
**talking [5]** 6/14 10/24
42/11 42/13 66/2
**target [3]** 5/12 33/1
61/1
**targeted [1]** 24/20
**targeting [1]** 20/23
**technical [3]** 18/10
18/11 24/22
**tee [1]** 7/14
**teed [7]** 7/8 7/11 8/19
9/9 66/13 66/16 67/18
**tell [12]** 18/14 18/20
32/14 33/9 35/22 35/24
36/5 36/13 37/13 48/10
50/9 61/24
**telling [1]** 37/10
**tends [2]** 42/5 42/15
**terabytes [1]** 45/4
**term [3]** 19/15 34/7
51/16
**terms [28]** 7/16 10/7
10/19 13/4 13/5 15/2
15/12 16/23 17/11 44/2
45/19 50/11 51/19
51/20 52/8 52/12 54/7
54/25 55/10 56/9 58/13
63/9 63/14 63/18 64/20
65/18 67/8 69/18
**terribly [1]** 26/13
**Terrific [6]** 5/16 14/15
17/9 18/2 21/16 29/22

**tethered [1]** 39/17
**text [3]** 35/18 42/4
42/15
**than [18]** 20/19 22/12
23/13 23/20 33/5 38/24
39/9 39/15 39/25 43/6
43/8 44/23 46/11 48/3
48/15 65/13 65/24
67/10
**thank [18]** 5/8 10/13
11/25 21/16 21/22
29/15 31/16 40/16 49/4
49/17 50/7 55/22 55/23
55/18 62/18 66/8 66/10
70/4
**thank you [15]** 5/8
11/25 21/16 21/22
29/15 40/16 49/4 50/7
55/22 55/23 55/18
62/18 66/8 66/10 70/4
**Thank you very much
[1]** 49/17
**that [430]**
**that'll [3]** 66/2 69/10
69/14
**that's [55]** 8/19 12/13
12/16 15/9 19/25 21/10
21/15 23/6 23/16 24/20
25/4 25/22 26/22 26/23
29/5 29/7 29/9 32/14
32/24 36/21 38/1 38/15
38/22 39/16 39/25
40/10 42/11 42/13 43/8
44/17 45/18 49/22
50/11 50/12 50/21
52/18 52/23 53/17
54/17 54/19 55/16 57/5
60/21 62/3 62/18 63/12
63/17 63/19 63/21 64/9
64/18 64/20 65/1 65/3
68/1
**their [8]** 5/12 24/21
26/11 26/25 36/4 44/21
44/23 56/15
**them [45]** 5/13 6/2 6/22
8/14 11/5 12/7 12/10
14/18 18/25 19/5 19/11
21/5 22/7 22/19 22/23
22/24 26/20 32/10
32/12 37/7 37/16 37/20
38/18 39/3 42/20 44/22
48/10 56/8 56/13 57/5
57/16 57/16 57/18
57/20 57/24 58/1 59/11
59/14 59/20 59/22 60/1
62/2 68/12 68/14 69/13
**theme [1]** 23/5
**then [42]** 7/16 7/16 8/3
10/4 15/20 16/4 16/11
17/10 17/19 18/3 20/3
21/17 22/20 23/20 23/1
23/22 28/7 29/24 30/3
30/5 32/14 34/5 34/21
36/5 37/12 37/13 38/18
39/1 40/8 40/14 40/24
42/16 43/17 45/4 47/2
52/8 58/12 62/2 65/5

**theory [4]** 39/16 39/18
41/12 43/14
**there [39]** 5/19 5/23
5/25 6/6 6/25 7/2 8/2
9/8 15/4 15/9 15/18
16/15 16/18 17/5 17/10
17/17 18/14 23/8 26/24
28/24 31/22 32/16
37/22 39/23 42/15 43/1
46/16 49/6 51/18 53/24
54/18 55/15 60/22
64/19 66/14 66/15
67/21 68/4 69/9
**there's [25]** 6/21 9/23
12/15 13/2 17/12 20/19
23/3 24/1 26/15 27/25
30/2 31/5 34/8 42/16
53/1 53/22 55/12 56/25
60/9 60/14 61/9 63/5
63/6 69/5 69/6
**thereafter [2]** 11/21
42/19
**these [44]** 6/24 9/9
12/7 14/5 18/11 18/22
20/5 21/7 23/6 24/20
24/22 27/7 31/8 32/22
33/7 33/24 34/17 34/24
36/14 37/14 39/13
39/17 39/21 41/18 47/9
47/22 51/3 51/7 51/12
51/22 54/15 54/16 55/2
57/20 57/21 57/22
62/22 63/5 63/10 63/23
65/11 66/20 67/15
68/11
**they [65]** 5/11 6/1 8/5
8/6 14/8 16/12 16/13
17/4 17/5 18/15 19/1
22/3 22/7 22/25 23/16
23/18 23/20 23/23
23/23 24/11 24/19
24/21 25/2 25/3 25/3
25/19 25/20 27/5 32/3
32/5 32/13 35/12 36/3
36/11 36/12 37/7 37/7
37/8 37/17 38/23 38/24
39/1 41/20 42/4 44/23
47/2 53/23 56/4 56/6
56/9 56/22 57/14 57/22
58/1 58/25 59/12 59/13
59/19 59/19 61/12 62/3
63/6 63/7 66/19 66/20
**they'd [2]** 25/11
**they'll [1]** 48/9
**they're [10]** 6/18 19/4
22/9 32/14 35/19 37/15
40/7 51/4 56/23 67/9
**they've [14]** 18/25
25/17 25/18 31/2 31/25
32/4 36/3 37/9 37/11
47/1 57/3 57/9 59/4
59/10
**thing [5]** 12/11 21/23
26/16 31/2 49/3
**things [32]** 4/24 5/1
5/4 10/12 13/5 13/24
18/22 23/19 28/11 30/8

**[39]** 8/8 31/11 33/12 34/10
35/25 37/11 37/11
37/11 37/19 40/9 43/12
45/24 46/14 51/1 54/12
55/3 58/20 59/24 62/22
65/8 69/24 70/1
**think [76]**
**thinks [3]** 30/25 42/14
**third [31]** 6/11 9/21
9/23 10/4 20/17 20/18
21/2 21/8 29/23 29/25
30/1 30/7 30/12 30/13
30/18 30/23 31/1 31/12
31/15 31/19 31/25
32/21 32/23 33/4 33/25
58/16 58/17 63/20
65/20 65/21 65/22
**third-party [12]** 9/21
9/23 10/4 21/8 29/23
30/1 30/7 30/18 30/23
31/15 32/23 33/4
**this [95]**
**those [34]** 4/14 5/14
8/13 10/23 12/13 13/6
16/21 16/25 17/4 17/7
17/13 17/25 20/5 21/4
25/3 28/5 29/12 36/21
37/3 38/20 38/21 38/23
50/17 54/2 54/8 58/22
58/24 58/24 59/21 62/1
66/12 66/18 68/3 69/14
**thought [3]** 27/20
28/16 44/17
**thoughtful [1]** 22/15
**thoughts [2]** 50/24
66/9
**thousand [2]** 58/2
60/13
**thousands [2]** 14/2
36/16
**thread [1]** 23/5
**threatened [2]** 32/6
58/7
**threats [2]** 42/21 42/22
**three [3]** 17/17 38/15
56/23
**through [11]** 12/2 12/7
12/10 12/16 12/19
14/24 18/23 37/23 39/3
50/9 69/23
**throughout [6]** 4/20
13/15 19/17 23/6 25/16
35/21
**throw [1]** 66/21
**throwing [1]** 25/10
**thus [1]** 56/11
**till [1]** 22/12
**time [30]** 5/24 9/11
10/18 11/5 11/19 17/11
18/22 19/21 23/10
25/14 28/5 31/1 31/22
33/7 35/8 36/24 37/2
37/4 45/9 46/19 53/3
56/14 57/1 57/2 57/3
57/23 64/17 65/2 68/5
68/19
**timely [3]** 27/13 55/3
67/8

**T**

times [4] 20/9 41/19 45/14 45/15
timing [8] 7/7 11/8 12/14 12/18 29/17 29/21 47/6 54/25
titled [1] 71/4
today [14] 9/6 10/24 12/13 32/10 34/5 40/2 44/9 54/14 56/1 58/12 63/4 63/25 69/19 70/5
together [4] 5/21 56/12 68/20 69/17
told [4] 5/10 45/2 45/3 63/16
Tom [1] 25/11
too [2] 13/12 43/18
took [3] 53/6 56/14 57/2
tool [1] 26/13
top [3] 42/5 42/15 50/19
topic [2] 10/20 24/17
topics [2] 19/19 20/5
total [1] 52/19
tough [1] 23/25
toward [1] 55/18
town [1] 4/14
track [3] 14/16 15/3 15/8
trade [1] 43/16
tranche [1] 14/4
transcript [5] 1/9 3/6 22/21 22/22 71/3
transcription [1] 3/7
transmitted [1] 38/8
travel [3] 36/19 42/2 43/7
treated [1] 43/8
treats [3] 43/5 43/16 43/23
trend [1] 69/14
trial [1] 9/15
trickle [1] 17/6
tried [4] 15/5 44/15 44/16 62/4
tries [1] 43/24
trigger [1] 32/13
trillion [1] 35/18
triples [1] 64/8
trouble [1] 22/20
true [1] 48/3
truly [2] 57/8 62/22
try [22] 13/23 13/23 14/17 14/17 17/14 17/24 19/5 22/18 23/7 24/23 25/5 33/8 33/9 34/16 37/6 37/25 38/2 38/9 45/10 57/2 66/3 68/20
trying [18] 5/25 6/1 12/6 14/23 16/18 16/21 17/22 18/19 19/21 24/1 37/10 37/16 37/17 39/11 41/21 53/10 60/2 64/2
Tuesday [1] 54/6
tuned [2] 69/17 69/25
turn [11] 10/6 10/6 21/17 30/5 34/21 40/13 49/21
turnaround [1] 31/5
two [9] 5/18 11/6 17/20 23/22 34/4 45/18 45/18 56/23 66/12
type [2] 19/13 36/18
typed [1] 43/15
types [6] 18/11 19/3 21/7 24/15 35/24 35/25
typical [1] 56/6
typically [5] 18/22 24/15 36/9 36/11 42/8

**U**

U.S [1] 1/12
ultimate [1] 61/25
ultimately [5] 6/13 35/1 50/15 55/1 66/4
undergone [1] 56/21
understand [10] 8/11 15/13 23/15 24/2 28/9 37/7 37/8 42/18 52/2 58/20
understanding [9] 7/4 10/25 11/12 21/25 22/10 40/10 50/15 50/21 61/24
understands [1] 27/6
understood [6] 13/1 13/1 23/1 28/16 29/10 29/14
unit [5] 2/7 40/25 41/2 42/10 42/15
UNITED [6] 1/1 1/3 1/10 4/7 6/8 67/7
United States [2] 6/8 67/7
United States of [1] 4/7
universe [3] 61/8 61/22 61/25
unless [6] 4/18 4/22 13/2 26/10 64/17 69/22
unreasonable [1] 45/20
until [9] 30/14 31/8 33/7 45/5 51/21 52/25 53/6 57/16 64/11
unusual [1] 36/8
up [34] 5/11 5/13 6/20 7/3 7/8 7/11 7/14 8/2 8/6 8/19 9/9 15/13 15/15 15/18 17/10 17/11 19/1 19/15 26/1 26/3 29/13 32/18 41/20 50/15 51/10 54/22 59/21 60/2 60/6 60/8 66/13 66/16 67/19 68/13
upcoming [5] 6/24 8/15 15/7 16/20 21/19
upon [1] 39/7
us [46] 10/24 11/11 11/14 12/18 12/24 14/19 15/6 16/16 17/4 18/14 18/20 19/1 20/1 23/20 24/19 26/17 27/7 27/20 28/13 30/13 30/20 32/8 32/14 32/25 35/22 35/24 35/25 36/1 36/13 37/10 37/13 37/15 38/25 44/19 46/19 57/2 57/5 57/14 58/9 58/12 59/19 64/22
usdoj.gov [1] 1/15
use [3] 8/17 18/21 26/10
users [2] 36/9 40/23
uses [3] 41/14 44/12 46/2
usually [1] 36/8
utility [1] 19/12

**V**

vacation [2] 69/1 69/8
vagaries [1] 23/15
variables [2] 36/16 45/15
variety [1] 19/19
various [2] 21/2 33/1
vehemently [1] 64/17
vehicle [1] 19/7
vendor [2] 14/4 14/9 14/12
vendors [1] 13/17
versus [3] 4/8 39/21 62/24
vertical [2] 39/19 39/22 40/3 41/7 41/17 41/18 44/1
verticals [7] 41/10 42/24 43/3 43/5 43/7 43/12 43/13
very [32] 11/17 12/23 13/22 14/25 18/10 18/10 18/10 18/14 21/11 21/12 24/20 24/22 24/22 27/4 27/23 27/24 30/11 30/16 30/22 33/24 33/24 35/20 35/20 38/9 41/19 49/17 57/2 57/14 57/14 57/21 69/13 70/4
view [7] 32/7 32/11 32/23 33/4 40/14 54/13 55/7
viewing [1] 61/5
village [1] 13/20
virtual [1] 69/22
virtually [1] 66/24
volume [6] 51/19 52/19 54/21 54/23 54/25 62/9
volumes [1] 38/4
vs [1] 1/5

**W**

wait [2] 31/8 33/7
waiting [2] 22/12 65/3
want [28] 6/23 9/16 10/8 15/13 15/21 18/4 19/17 20/1 21/13 21/19 22/8 26/16 27/6 30/7 32/17 35/23 36/5 36/6
wanted [6] 19/15 21/23 31/21 44/22 54/10 67/10
wants [7] 30/2 42/1 42/20 66/14 66/21 69/3 69/8
was [34] 5/2 5/12 10/2 10/10 14/24 21/23 25/6 25/9 26/5 29/7 29/18 38/14 40/22 44/17 45/4 46/16 49/24 50/18 51/18 52/3 52/3 52/4 52/22 53/5 54/5 56/15 56/17 57/17 57/17 58/4 58/10 66/15 67/8 68/16
Washington [6] 1/5 1/13 2/3 3/5 4/15 43/16
wasn't [1] 50/25
wasted [1] 25/14
way [21] 8/21 22/8 26/7 26/24 27/23 39/5 39/8 39/8 39/9 39/9 41/16 43/3 46/16 48/19 54/17 55/3 62/22 64/9 64/10 65/22 66/1
wc.com [1] 2/4
we [307]
We are [1] 45/25
we believe [3] 32/8 46/18 54/7
we will [11] 11/2 11/17 14/18 18/24 24/9 27/3 48/2 48/4 48/21 67/17 69/2
we'd [2] 7/14 59/21
we'll [32] 5/12 10/7 12/1 12/9 13/4 15/15 25/4 29/24 32/11 36/5 37/12 37/13 38/19 38/20 40/14 53/7 65/10 65/10 68/19 69/23 69/25
we're [56] 4/16 5/13 6/12 6/14 7/23 7/24 8/24 9/17 10/23 12/16 12/19 13/6 14/25 17/23 19/5 19/7 19/8 19/11 20/1 20/10 20/11 21/6 22/4 22/24 24/23 25/15 27/22 30/12 31/12 31/14 31/23 32/10 35/20 37/23 38/2 38/3 38/6 38/9 39/10 39/10 39/12 41/21 42/13 42/18 44/3 44/9 44/10 48/10 48/11 54/1 54/7 55/13 56/15 61/5 62/8 69/18
we've [47] 4/19 6/10 6/17 9/16 10/3 10/8 11/9 11/10 11/13 14/1 17/12 18/25 27/4 27/4 27/16 35/10 35/22 37/16 37/17 39/11 41/25 42/5 42/9 43/3
44/15 44/16 44/25 45/7 45/23 46/23 47/4 49/20 51/14 52/15 53/3 53/21 54/6 56/12 56/20 57/21 60/17 60/17 60/21 61/23 61/25 62/3 69/19
week [21] 5/13 9/12 9/14 9/14 14/14 14/19 14/25 31/24 51/9 60/1 64/16 64/22 64/25 65/10 66/23 66/25 68/15 68/12 68/19 69/1 69/8
weekend [1] 14/18
weeks [8] 17/3 17/23 18/16 18/16 18/16 19/12 23/22 69/11
welcome [4] 4/13 4/14 50/6 55/6
well [18] 8/2 20/16 23/3 23/24 24/15 29/24 36/4 36/13 36/14 38/19 43/8 46/15 47/12 52/13 53/2 56/15 61/3 64/25
went [1] 59/13
were [16] 5/1 8/5 12/17 15/23 17/2 23/24 29/19 45/2 45/3 47/5 47/6 47/20 51/9 56/6 60/8 66/12
weren't [1] 56/1
what [96]
what's [9] 7/7 7/18 20/21 36/13 37/8 47/17 52/18 63/18 63/22
whatever [3] 26/22 48/3 48/3
when [19] 7/7 7/7 20/14 20/15 20/21 21/4 21/4 23/23 31/4 38/6 41/22 42/19 44/18 46/14 56/8 60/8 60/9 60/15 68/10
When's [1] 9/1
whenever [1] 69/2
where [39] 4/24 5/1 5/3 8/2 8/4 10/12 13/5 13/24 15/9 19/8 21/10 22/4 24/16 25/9 31/25 33/19 34/10 35/4 35/6 39/10 42/1 45/16 47/7 48/23 51/1 53/7 54/7 54/12 55/3 55/16 55/18 57/4 59/23 62/2 65/8 65/11 68/20 69/24 70/1
whereby [2] 16/16 39/4
whether [10] 13/6 20/19 21/18 39/20 39/21 47/21 58/5 64/21 65/1 69/18
which [34] 5/12 5/24 8/6 9/8 10/20 11/3 11/9 11/11 11/13 19/16 22/1 25/20 26/10 28/15 33/2 39/17 44/23 45/16 46/12 51/16 53/20 54/25 55/14 56/17 57/16 57/20 58/5 58/10 60/12 62/5 62/20 63/25

**W**

**which... [2]** 64/1 66/17
**while [8]** 8/2 15/18
17/10 19/20 26/6 28/10
53/19 65/20
**who [24]** 4/14 8/15
15/23 16/1 17/18 19/21
23/18 24/16 24/17
24/21 25/3 25/13 26/18
36/10 36/20 48/8 57/23
58/17 63/2 65/16 65/16
66/21 67/14 67/22
**who's [1]** 67/18
**whom [1]** 17/20
**why [18]** 4/25 24/21
26/1 28/12 30/13 34/20
38/19 41/8 42/23 44/8
45/24 48/14 50/23
54/18 54/18 60/5 62/24
62/24
**will [48]** 4/9 6/6 6/16
8/18 9/13 10/18 11/2
11/17 14/13 14/18
14/19 14/22 18/24 20/3
20/5 20/15 24/9 24/14
27/3 27/15 30/19 33/9
34/24 38/7 41/13 41/16
48/2 48/4 48/21 49/8
50/9 50/13 51/22 56/19
58/12 59/19 60/12
62/10 62/20 63/1 63/24
67/17 67/23 68/5 69/1
69/2 69/14 69/25
**William [4]** 3/2 71/2
71/7 71/8
**WILLIAMS [1]** 2/2
**willingness [2]** 33/23
62/7
**within [2]** 40/4 64/16
**without [3]** 22/9 24/25
26/19
**witness [10]** 18/19
23/13 23/14 23/18 67/6
67/14 67/16 67/18
67/22 68/1
**witness's [1]** 17/25
**witnesses [4]** 16/20
18/1 25/20 36/11
**woefully [3]** 32/8 32/9
58/10
**won't [4]** 6/3 6/14
13/19 17/11
**words [3]** 39/5 39/9
61/7
**work [13]** 8/18 9/13
11/7 12/6 12/10 12/25
14/23 19/5 24/9 25/5
64/20 66/22 68/23
**worked [4]** 12/16 13/21
13/22 18/23
**working [8]** 13/14 37/6
37/20 37/23 39/3 44/25
45/9 48/8
**world [1]** 61/1
**would [60]** 7/10 7/12
7/13 8/6 8/22 9/22
11/11 11/14 11/16
11/18 11/21 15/22 18/7

20/17 20/20 20/21
22/13 22/20 23/8 23/19
25/10 30/3 30/22 30/23
32/5 32/15 34/13 39/24
40/8 45/24 47/21 47/21
47/25 48/2 52/8 52/13
53/23 54/21 54/22
54/25 55/6 55/7 55/17
57/12 59/18 60/15 61/2
61/25 63/9 63/20 64/1
64/4 65/8 65/16 65/24
67/5 68/12
**wouldn't [4]** 11/22
22/14 56/10 59/12
**wrap [4]** 5/11 5/13 26/1
35/19
**write [1]** 39/11
**written [3]** 18/12 27/5
27/19
**wrong [1]** 50/12

**Y**

**Yeah [9]** 5/6 9/25 13/20
15/15 24/9 49/13 51/24
61/17 68/15
**year [1]** 53/6
**yes [19]** 6/1 6/9 7/5 8/9
10/13 17/15 21/21
29/20 31/20 40/20 41/1
46/10 48/17 49/4 54/14
58/24 63/11 66/15 68/9
**yet [2]** 52/23 59/9
**yield [1]** 53/23
**yielded [2]** 55/11 59/13
**you [160]**
**you know [1]** 35/12
**you'd [3]** 13/7 24/7
33/16
**you'll [2]** 64/25 65/2
**you're [12]** 4/18 4/22
8/2 15/18 17/10 23/10
34/22 38/15 42/11
57/19 58/19 68/17
**you've [14]** 5/18 6/5
7/17 10/20 29/12 30/16
36/15 58/4 58/5 63/16
63/16 65/3 65/5 65/6
**your [120]**
**Your Honor [85]**
**Your Honor's [2]** 14/22
49/9
**yourself [2]** 33/23 50/2
**yourselves [1]** 64/2

**Z**

**Zaremba [4]** 3/2 71/2
71/7 71/8