AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 08/03/2021

/s/ Lara E.V. Trager
*Attorney's signature*

Lara E.V. Trager
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 5th Street NW, Suite 7100
Washington, DC 20530
*Address*

lara.trager@usdoj.gov
*E-mail address*

(202) 598-2685
*Telephone number*

(202) 514-7308
*FAX number*