AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA, ET AL., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| GOOGLE LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA                                                         .

Date:    08/16/2021

R. Cameron Gower
*Attorney's signature*

R. Cameron Gower
*Printed name and bar number*

Antitrust Division
U.S. Department of Justice
450 5th St. NW
Washington, DC 20530
*Address*

richard.gower@usdoj.gov
*E-mail address*

(202) 286-0159
*Telephone number*

(202) 616-8544
*FAX number*