# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

United States of America, *et al.*,

                Plaintiff,

   - against -                 Case No. 1:20-cv-03010-APM

Google LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NON-PARTY PETITIONER APPLE INC.'S MOTION FOR ADMISSION *PRO HAC VICE* OF KAREN HOFFMAN LENT

Pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of Karen Hoffman Lent *pro hac vice* in the above-referenced action as counsel for Non-Party Petitioner Apple Inc.

This motion is supported by the Declaration of Karen Hoffman Lent, which is filed herewith. As set forth in Ms. Lent's declaration, she is admitted, practicing, and a member of good standing of the State Bar of New York. This motion is supported and signed by Steven C. Sunshine, an active and sponsoring member of the Bar of this Court.

Dated: August 16, 2021

                                            Respectfully submitted,

                                            /s/ Steven C. Sunshine
                                            Steven C. Sunshine
                                            D.C. Bar # 450078
                                            Skadden, Arps, Slate, Meagher & Flom LLP
                                            1440 New York Avenue, N.W.
                                            Washington, DC 20005
                                            (202) 371-7860
                                            steve.sunshine@skadden.com