UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

United States of America, *et al.*,

       Petitioner,

  - against -         Case No. 1:20-cv-03010-APM

Google LLC,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DECLARATION OF KAREN HOFFMAN LENT IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Karen Hoffman Lent, hereby declare:

1. I am counsel for Non-Party Petitioner Apple Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Karen Hoffman Lent.

3. I am an attorney with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP. My office address is One Manhattan West, New York, NY 10001. My telephone number is (212) 735-3276. My email address is karen.lent@skadden.com.

4. I am admitted and a member in good standing of the State Bar of New York, as well as the U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Ninth Circuit, the U.S. District Court for the Southern District of New York and the U.S. District Court for the Eastern District of New York.

5. I have never been disciplined by any bar.

6. Within the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16 day of August, 2021 in New York, NY.

/s/ Karen Hoffman Lent
Karen Hoffman Lent