# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

United States of America, *et al.*,

                Petitioner

    - against -                         Case No. 1:20-cv-03010-APM

Google LLC,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF
## KAREN HOFFMAN LENT

Upon consideration of the motion of Apple Inc., seeking the admission *pro hac vice* of Karen Hoffman Lent and the Declaration of Karen Hoffman Lent submitted in support of the Motion, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Karen Hoffman Lent is GRANTED.

 

_____
Hon. Amit P. Mehta
United States District Judge