AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America et al.<br>*Plaintiff*<br>v.<br>Google LLC<br>*Defendant* | Case No. 1:20-cv-03010-APM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc. (Non-Party Petitioner).

Date: August 17, 2021

/s/ Karen Hoffman Lent
*Attorney's signature*

Karen Hoffman Lent (NY Bar 3058021)
*Printed name and bar number*

Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
*Address*

Karen.Lent@skadden.com
*E-mail address*

(212) 735-3276
*Telephone number*

(917) 777-3276
*FAX number*