# EXHIBIT F

**US PLAINTIFFS CODEWORD REQUESTS FOR APPLE, INC.**

1. All versions of the iPhone
2. All versions of the iPad
3. All versions of iOS
4. All versions of Siri
5. All projects related to Siri
6. Any personnel working on projects related to Siri
7. All versions of Spotlight
8. All projects related to Spotlight
9. Any personnel working on projects related to Spotlight
10. All versions of Safari
11. All projects related to Safari
12. Any personnel working on projects related to Safari
13. All versions of Sherlock
14. All projects related to Sherlock
15. Any personnel working on projects related to Sherlock
16. All versions of WebKit
17. All projects related to WebKit
18. Any personnel working on projects related to WebKit
19. All versions of Apple TV
20. All projects related to Apple TV
21. Any personnel working on projects related to Apple TV
22. All versions of the Apple Watch
23. All projects related to the Apple Watch
24. Any personnel working on projects related to the Apple Watch
25. Google
26. Sundar Pichai
27. Larry Page
28. Sergey Brin
29. Eric Schmidt
30. Any Google product or service related to the internet or mobile (including, but not limited to, Google Search, Chrome, Google Maps, etc.)
31. Microsoft
32. Any Microsoft product or service related to the internet or mobile (including, but not limited to, Bing, Internet Explorer, Edge, Cortana, etc.)
33. Personnel working on any actual or potential partnership with Microsoft related to the internet or mobile (including, but not limited to, Bing, Internet Explorer, Edge, Cortana, etc.)
34. Amazon
35. Any Amazon product or service related to the internet or mobile (including, but not limited to, Alexa)
36. Personnel working on any actual or potential partnership with Amazon related to the internet or mobile (including, but not limited to, Alexa)
37. Samsung
38. Any Samsung product or service related to the internet or mobile (including, but not limited to, Bixby)
39. Mozilla

**US PLAINTIFFS CODEWORD REQUESTS FOR APPLE, INC.**

40. Any Mozilla product or service related to the internet or mobile (including, but not limited to, Firefox)
41. Personnel working on any actual or potential partnership with Mozilla related to the internet or mobile (including, but not limited to, Firefox)
42. Yahoo
43. Any Yahoo product or service related to the internet or mobile (including, but not limited to, Yahoo's search engine)
44. Personnel working on any actual or potential partnership with Yahoo related to the internet or mobile (including, but not limited to, Yahoo's search engine)
45. DuckDuckGo
46. Any DuckDuckGo product or service related to the internet or mobile (including, but not limited to, DuckDuckGo's search engine and applications)
47. Personnel working on any actual or potential partnership with DuckDuckGo related to the internet or mobile (including, but not limited to, DuckDuckGo's search engine)
48. Ecosia
49. Any Ecosia product or service related to the internet or mobile (including, but not limited to, Ecosia's search engine)
50. Personnel working on any actual or potential partnership with Ecosia related to the internet or mobile (including, but not limited to, Ecosia's search engine)
51. Ask.com
52. Any Ask.com product or service related to the internet or mobile (including, but not limited to, Ask.com search engine)
53. Personnel working on any actual or potential partnership with Ask.com related to the internet or mobile (including, but not limited to, Ask.com's search engine)
54. Webcrawler
55. Any Webcrawler product or service related to the internet or mobile (including, but not limited to, Webcrawler's search engine)
56. Personnel working on any actual or potential partnership with Webcrawler related to the internet or mobile (including, but not limited to, Webcrawler's search engine)
57. Neeva
58. Any Neeva product or service related to the internet or mobile (including, but not limited to, Neeva search engine)
59. Personnel working on any actual or potential partnership with Neeva related to the internet or mobile (including, but not limited to, Neeva's search engine)
60. Mojeek
61. Any Mojeek product or service related to the internet or mobile (including, but not limited to, Mojeek's search engine)
62. Personnel working on any actual or potential partnership with Mojeek related to the internet or mobile (including, but not limited to, Mojeek's search engine)
63. Neeva
64. Any Neeva product or service related to the internet or mobile (including, but not limited to, Neeva's search engine)
65. Personnel working on any actual or potential partnership with Neeva's related to the internet or mobile (including, but not limited to, Neeva's search engine)
66. Blekko

**US PLAINTIFFS CODEWORD REQUESTS FOR APPLE, INC.**

67. Any Blekko product or service related to the internet or mobile (including, but not limited to, Blekko's search engine)
68. Personnel working on any actual or potential partnership with Blekko related to the internet or mobile (including, but not limited to, Blekko's search engine)
69. Cuil
70. Any Cuil product or service related to the internet or mobile (including, but not limited to, Cuil's search engine)
71. Personnel working on any actual or potential partnership with Cuil related to the internet or mobile (including, but not limited to, Cuil's search engine)
72. Qwant
73. Any Qwant product or service related to the internet or mobile (including, but not limited to, Qwant's search engine)
74. Personnel working on any actual or potential partnership with Qwant related to the internet or mobile (including, but not limited to, Qwant's search engine)
75. Info.com
76. Any Info.com product or service related to the internet or mobile (including, but not limited to, Info.com's search engine)
77. Personnel working on any actual or potential partnership with Info.com related to the internet or mobile (including, but not limited to, Info.com's search engine)
78. StartPage
79. Any StartPage product or service related to the internet or mobile (including, but not limited to, StartPage's search engine)
80. Personnel working on any actual or potential partnership with StartPage related to the internet or mobile (including, but not limited to, StartPage's search engine)
81. The Brave web browser
82. The Opera web browser
83. The Vivaldi web browser
84. Any projects related to responsible for revenue sharing agreements with Google
85. Any personnel responsible for or working on revenue sharing agreements with Google
86. Any projects related to revenue sharing with any other party related to the iPhone, iPad, or internet search
87. Any personnel responsible for or working on revenue sharing with any other party related to the iPhone, iPad, or internet search
88. Any projects related to set or switch a default search engine on any Apple product
89. Any personnel responsible for or working on allowing users to set or switch a default search engine on any Apple product
90. Any projects related to internet search
91. Any personnel working on projects related to internet search
92. Any projects related to digital advertising
93. Any personnel working on projects related to digital advertising
94. Any antitrust or competition related investigation lawsuit or investigation related to Google