UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.6 (b), Jesús M. Alvarado-Rivera gives notice of his withdrawal as counsel of record for Plaintiff United States of America.

Dated: August 20, 2021

Respectfully submitted,

By: ___/s/ Jesús M. Alvarado-Rivera___
Jesús M. Alvarado-Rivera
U.S. Department of Justice, Antitrust Division
Technology and Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Jesus.Alvarado-Rivera@usdoj.gov

*Counsel for Plaintiff United States of America*

1