AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |  |  |
|---|---|---|---|
| *Plaintiff* | ) |  |  |
| v. | ) | Case No. | 1:20-cv-03010-APM |
| Google LLC | ) |  |  |
| *Defendant* | ) |  |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America     .

Date:   08/24/2021                                         /s/ Matthew C. Hammond
                                                          *Attorney's signature*

                                                          Matthew C. Hammond
                                                          *Printed name and bar number*

                                                          U.S. Department of Justice
                                                          Antitrust Division
                                                          450 Fifth Street, NW, Suite 7100
                                                          Washington, DC 20530
                                                          *Address*

                                                          matthew.hammond@usdoj.gov
                                                          *E-mail address*

                                                          (202) 270-8752
                                                          *Telephone number*

                                                          (202) 616-8544
                                                          *FAX number*