AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-03010-APM |
| Google LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Missouri.

Date:   08/27/2021

/s/ Stephen M. Hoeplinger
*Attorney's signature*

Stephen M. Hoeplinger, #62384MO
*Printed name and bar number*

815 Olive St.
Suite 200
St. Louis, MO 63101

*Address*

stephen.hoeplinger@ago.mo.gov
*E-mail address*

(314) 340-7849
*Telephone number*

(314) 340-7981
*FAX number*