AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Booking Holdings Inc.

Date:   08/30/2021

/s/ Sara Y. Razi
*Attorney's signature*

Sara Y. Razi, DC Bar No. 473647
*Printed name and bar number*
SIMPSON THACHER & BARTLETT LLP
900 G St., N.W.
Washington, DC 20001

*Address*

Sara.Razi@stblaw.com
*E-mail address*

(202) 636-5582
*Telephone number*

(202) 636-5502
*FAX number*