REDACTED, PUBLIC VERSION

# EXHIBIT 1

REDACTED, PUBLIC VERSION

**HIGHLY CONFIDENTIAL**

| Request | Request Text | Custodians | Date Range | Latest Search String Proposal | All hits | De-Duped hits | De-Duped Hits with Attachments |
|---|---|---|---|---|---|---|---|
| 2(a) | 2. Agreements. From January 1, 2002, produce:<br>a. All final agreements or exchanged drafts addressing or discussing:<br>  i. General or specialized search services or search engines;<br>  ii. Siri or voice assistants;<br>  iii. Digital advertising;<br>  iv. Use of Apple or Google user data;<br>  v. Maps-based search services or navigational assistance services;<br>  vi. Search or other preinstalled or preset default applications on Apple devices;<br>  vii. Web browsers;<br>  viii. Sales of Apple mobile devices to MNOs; or<br>  ix. Sales of Apple mobile devices by or through MNOs. | [REDACTED] | From January 1, 2010<br>[REDACTED]: April 1, 2010 - May 31, 2016 | [REDACTED] | 67,917 | 43,912 | 117,866 |
| 2(b) | 2. Agreements. From January 1, 2002, produce:<br>b. For any agreement or draft agreement pursuant to subpart (a) above, documents addressing or discussing the negotiation, implementation, and enforcement of those agreements or analyzing those agreements. | [REDACTED] | From January 1, 2002<br>[REDACTED]: April 1, 2007 - May 31, 2016<br>[REDACTED] January 1, 2010 - December 31, 2015 | [REDACTED] | 167,054 | 106,352 | 234,218 |
| 6 | 6. Search development by Apple. From January 1, 2010, produce all documents discussing or addressing any of Apple's efforts to develop, acquire, or partner with a general search service, specialized search service, or other search access point(s) or capabilities. | [REDACTED] | From January 1, 2010<br>[REDACTED] January 1, 2018 - December 31, 2018<br>[REDACTED] January 1, 2010 - December 31, 2015 | [REDACTED] | 172,550 | 109,567 | 269,234 |

**HIGHLY CONFIDENTIAL**

| Request | Request Text | Custodians | Date Range | Latest Search String Proposal | All hits | De-Duped hits | De-Duped Hits with Attachments |
|---|---|---|---|---|---|---|---|
| 8(b)(i), (ii) | 8. Competition. From January 1, 2006, produce:<br>b. All documents from senior management that address or discuss:<br>i. The quality of Google's general search service or any other general search service; or<br>ii. Google's general search service compared with any other general search services in terms of quality, protection of user privacy, ability to monetize, or any other metric. | ■ | From January 1, 2010 ■ January 1, 2010 - December 31, 2015 | ■ | 27,484 | 14,433 | 60,381 |
| 9(a), (c) | 9. Monetization of Search. From January 1, 2010, produce:<br>a. Documents discussing or addressing monetization of internet searches or Map searches on Apple devices;<br>c. Any communications (including attachments) between Apple and any third party regarding the monetization of internet searches or Map searches originating from Apple devices. | ■ | From January 1, 2010 | ■ | 122,242 | 93,991 | 324,012 |
| 10(a)(i) | 10. Voice Assistants. From January 1, 2010, produce:<br>a. Documents sufficient to show:<br>i. The source(s) of results returned by user inquiries made using Apple's voice assistant system (e.g., Siri results sourced by Google or Yelp). | ■ | From January 1, 2010 | ■ | 49,486 | 37,740 | 138,309 |
| 12(d)(i)/ 23(a)(vi) | 12. Browsers. From January 1, 2016, produce all documents from the files of senior management addressing or discussing Apple's strategies, policies, and objectives for its web browser (Safari), including but not limited to:<br>d. Documents addressing or discussing:<br>i. iOS 14 (from January 1, 2019).<br>23. Communications. Produce the following documents:<br>a. All communications from the files of senior management at Apple addressing or discussing the below products and timeframes:<br>vi. iOS 14, from January 1, 2019. | ■ | From January 1, 2019 | ■ | 9,383 | 6,285 | 15,565 |
| 22(a) | 22. User behavior. From January 1, 2007, produce:<br>a. All behavioral or economic analyses, studies, reports, decisional packages, or business strategy assessments, discussing or addressing the impact, value, or desirability of application preinstallation, application placement, or preset defaults on devices. | ■ | From January 1, 2010 | ■ | 41,627 | 27,058 | 254,296 |

**HIGHLY CONFIDENTIAL**

| Request | Request Text | Custodians | Date Range | Latest Search String Proposal | All hits | De-Duped hits | De-Duped Hits with Attachments |
|---|---|---|---|---|---|---|---|
| 22(b), (c) | 22. User behavior. From January 1, 2007, produce:<br>b. All documents discussing or addressing whether users can or should be able to delete preloaded search access points, change preloaded default settings on search access points, or add new search access points; and<br>c. All documents discussing or addressing how often users change:<br>   i. The preset default search engine on preloaded mobile browsers;<br>   ii. The preset default search engine on preloaded mobile search widgets; or<br>   iii. The preset default search engine on preloaded voice assistants. | | From January 1, 2010 | | 21,506 | 16,081 | 175,239 |
| 23(a)(i) | 23. Communications. Produce the following documents:<br>a. All communications from the files of senior management at Apple addressing or discussing the below products and timeframes:<br>   i. Internet search engines, from January 1, 2002. | | From January 1, 2010 | | 65,224 | 37,736 | 219,245 |
| 23(a)(ii) | 23. Communications. Produce the following documents:<br>a. All communications from the files of senior management at Apple addressing or discussing the below products and timeframes:<br>   ii. Any search access points, from January 1, 2010. | | From January 1, 2010 | | 98,223 | 60,777 | 237,647 |

**HIGHLY CONFIDENTIAL**

| Request | Request Text | Custodians | Date Range | Latest Search String Proposal | All hits | De-Duped hits | De-Duped Hits with Attachments |
|---|---|---|---|---|---|---|---|
| 23(b) | 23. Communications. Produce the following documents:<br>b. All communications between senior management of Apple and senior management of the following companies:<br>i. Google;<br>ii. Microsoft, including but not limited to Satya Nadella;<br>iii. DuckDuckGo, including but not limited to Gabriel Weinberg;<br>iv. Yandex;<br>v. Naver;<br>vi. Any smartphone OEM or ODM, including but not limited to: Samsung; RIM; HTC; Motorola; LG; HP; Nokia; Kyocera; or Sony Ericsson; or<br>vii. Any MNO, including but not limited to: AT&T; Verizon; T-Mobile; Sprint; Deutsche Telekom; Vodafone; Telefónica; or Orange. | [REDACTED] | From January 1, 2010 | [REDACTED] | 8,320 | 5,329 | 7,567 |