REDACTED, PUBLIC VERSION

# EXHIBIT 3-C

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.

WASHINGTON, D.C. 20005

———

TEL: (202) 371-7000

FAX: (202) 393-5750

www.skadden.com

DIRECT DIAL
202-371-7860
DIRECT FAX
202-661-0560
EMAIL ADDRESS
STEVE.SUNSHINE@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

March 25, 2021

VIA EMAIL
Christine Sommer
U.S. Department of Justice
Antitrust Division
450 5th Street N.W.
Washington, D.C. 20530

RE:   Apple Third Party Subpoena

Dear Christine:

      We write to briefly follow up on the constructive meet and confer we had today. As we expressed on our call, we are encouraged by the responses we received from DOJ on March 23 regarding our responses and objections to the subpoena. In particular, your agreement to limit the scope of several requests by deferring certain Relevant Products or Services provides a meaningful limitation on the scope of the subpoena and will significantly reduce the volume of materials Apple will have to collect and review.[1] With this limitation, we are confident that we can expeditiously move forward with the process of discussing custodians, search terms, and a plan for production, while the parties continue to negotiate the scope of plaintiffs' specific requests. As we noted on the call, we are targeting returning to you with our initial proposal in two weeks' time.

---

[1] We understand with the deferral you are reserving your rights to seek additional information, and we are reserving our rights to object to further production unless it is targeted and with good cause.

March 25, 2021
Page 2



In addition, as discussed, we will produce

We look forward to another productive discussion with you and the plaintiff states next week. We are happy to schedule two calls next week as you proposed to move the process along as efficiently as possible.

Sincerely,

*/s/ Steve Sunshine*

Steve Sunshine

CC: Karen Lent
　　Danielle Menitove
　　Ryan Travers
　　Heather Cicchese
　　Erin Shencopp
　　John Sallet
　　Kim Van Winkle