REDACTED, PUBLIC VERSION

# EXHIBIT 3-D



**U.S. Department of Justice**

Antitrust Division

Liberty Square Building
450 5th Street, N.W.
Washington, DC 20001

March 29, 2021

Steven C. Sunshine
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., N.W.
Washington, D.C. 20005

Re:   *United States, et al. v. Google LLC*, No. 1:20-cv-03010-APM
      Subpoena to Apple — Questions re Outstanding Productions

Dear Steve:

Thank you for your March 25, 2021 letter. We (DOJ and the co-Plaintiff states, "US Plaintiffs") are encouraged that Apple found helpful US Plaintiffs' March 23 letter and the Colorado Plaintiff States' March 24 letter, which replied to Apple's Responses and Objections. We also write to review our March 25, 2021 meet-and-confer and address some remaining issues for ▇▇▇▇▇▇▇ and production planning.

**Current Deliverables**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

We feel compelled to again note that US Plaintiffs do not accept Apple's unilateral January 1, 2010 date limitation for Request 1(a). As discussed on March 25, and as explained in the US Plaintiffs' letter reply to Apple's R&Os, discovery pre-dating 2010 is relevant to the case and we continue to seek that discovery under the subpoena.[1] We remain open to receiving greater specificity about any undue burden to Apple, but emphasize that US Plaintiffs have made several material deferrals in our subpoenas, as you acknowledged on March 25.

Second, Apple also committed to produce ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ by Friday, April 2, 2021, as a preliminary "go get" production in response to Request 1(b). We understand, however, that Apple is producing

---

[1] In addition to allegations in the US Plaintiffs' Amended Complaint, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇s.

only materials ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ We are open to discussing the most efficient way to conduct a more fulsome search. In the meantime, we request that Apple supplement its search for documents responsive to Request 1(b) with the following terms to accelerate production:



We also note that this initial production for Request 1(b) is not intended to modify or otherwise defer any of Apple's remaining subpoena obligations, including the provision of documents relevant to the applicable time period or search term protocols.

Third, we understand Apple intends to promptly produce ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ We understand that Apple will produce ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. We ask that Apple provide ▓▓▓▓▓▓▓▓▓▓▓▓▓ by April 8, 2021. If, however, the notice requirements impair Apple's ability to produce copies by that date, we are amenable to Apple's listing the forthcoming agreements and the date Apple intends to produce them.

Fourth, we understand Apple is reviewing ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ as well as a date for when Apple will begin producing these documents.

Production Planning

In your March 25 letter, Apple commits to providing an initial proposal for production by April 8, 2021. We clarify that we asked during the meet-and-confer that the parties complete a production plan within that time; Apple has had the US Plaintiffs' subpoena for almost two months.

To facilitate that process, we suggest the following objectives by April 8, 2021:

---

[2] As noted above and on prior calls, US Plaintiffs' remain committed to the fulsome timeframe for this Request and all other Requests in US Plaintiffs' subpoena.

- *Code names and abbreviations*. Please provide any abbreviations, code names, project names, team names, or similar non-public descriptors, related to:

    1. Google;

    2. any RSA agreements related to search for any search access point (e.g., Safari, Siri, Spotlight, etc.); and

    3. any of Google's competitors who also provide any of the following products: (a) internet search engines; (b) digital advertising; (c) web browsers; (d) voice activated services; or (e) map-based search services.

- *Collection efforts reflecting time frames in the Requests*. Because only some Requests seek pre-2010 information,[3] the burden of collecting information for the full timeframe should be minimal. Because the burden for collection is less than the burden of review or production, we anticipate that collection burden would be minimal, absent a substantial justification. Collecting files aligned with the date ranges of the Requests will also allow search terms to be run over the complete information set, and provide both parties a tangible and mutual understanding of the volume and potential burden of producing that information.

- *Identification of custodians*. Apple proposed a narrative response to Request 1(a), to identify individuals related to that Request. To assist in identifying and negotiating custodians, we propose Apple provide a narrative response to Request 4(a). For all other Requests, please provide Apple's custodian proposal as soon as possible.

- *Search terms*. Please provide Apple's search term proposal by April 8, 2021.

- *Production timeline*. Please provide Apple's production timeline as soon as possible.

Sincerely,
/s/
Christine Sommer

cc:     Karen Lent Hoffman
        Danielle Menitove
        Heather Cicchese
        Ryan Travers
        Erin Shencopp
        Jon Sallet
        Kim Van Winkle

---

[3] Request Nos. 1-4, 8, 11, 14, 16, 22-24; several Requests include deferrals that, as Apple has acknowledged, will significantly reduce Apple's burden (Nos. 1, 3, 4, 8, 9, 28).