REDACTED, PUBLIC VERSION

# EXHIBIT 3-G

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-3276
DIRECT FAX
917-777-3276
EMAIL ADDRESS
KAREN.LENT@SKADDEN.COM

April 29 2021

**CONFIDENTIAL**

<u>VIA EMAIL</u>
Christine Sommer
U.S. Department of Justice
Antitrust Division
450 5th Street NW
Washington, DC 20001

    RE: <u>*United States, et al. v. Google LLC*</u>, No. 1:20-cv-03010-APM

Dear Christine:

  We write in response to your April 23, 2021 letter. At the outset, we want to reiterate that Apple has offered an exceedingly reasonable custodian proposal for a third party. Apple initially offered 12 custodians, including numerous executives at the highest levels of the company, which it increased to 16 with the addition of four digital advertising custodians. In response to DOJ's counterproposal, and only if this will fully resolve the parties' dispute regarding custodians, Apple is willing to search the files of a total of 19 custodians, as described below. To be clear, this is not a counterproposal subject to further negotiation, but rather a package deal that represents Apple's best and final offer which takes into consideration the cumulative burden on Apple in conjunction with the DOJ's extremely broad subpoena.

  **Digital Advertising Custodians.** Apple confirms its proposal to include ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ as digital advertising custodians. Additionally, based on our continued investigation and interviews, Apple proposes two additional custodians for digital advertising: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

April 29 2021
Page 2



April 29 2021
Page 3



**Search Terms.** Your claim that Apple has "insist[ed]" on delaying its search term proposal is false. Given the facial overbreadth of DOJ's subpoena, it was

April 29 2021
Page 4

necessary for the parties to negotiate both the scope of DOJ's requests and the appropriate custodians before Apple could reasonably begin testing search terms. As we have explained, Apple has been working diligently to conduct interviews, collect documents and compose appropriate search terms, and it is in the process of testing those search terms over the files collected to date.

    We wish to reiterate that the custodian proposal described above is Apple's final proposal. Apple is not offering the custodians above for DOJ's acceptance subject to further negotiations. If DOJ does not accept the entirety of Apple's proposal, Apple will revert to its prior proposal and ███████████████████████ will not be included as custodians for any requests. To the extent DOJ truly is committed to working with Apple to receive custodial productions in the near term, it should accept Apple's final offer so that Apple can complete its testing of search terms across custodians.

                                        Sincerely,

                                        */s/ Karen Hoffman Lent*

                                        Karen Hoffman Lent

CC:  Steven Sunshine
       Danielle Menitove
       Ryan Travers
       Heather Cicchese
       Jon Sallet
       Erin Shencopp
       Carter Coudriet
       Jesus Alvarado-Rivera
       Aaron Comenetz