# EXHIBIT 3-I



**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20001*

May 28, 2021

Karen Hoffman Lent
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001

Re:   *United States, et al. v. Google LLC*, No. 1:20-cv-03010-APM

Dear Karen:

This letter addresses issues covered in our May 27 Meet & Confer, and responds to Apple's May 27, 2021 second search term proposal and related correspondence. Based on that call, we understand Apple agrees to the following:

- Apple will promptly begin reviewing for responsiveness and production all documents (including attachments) hit by the agreed upon search string for Request 5(b);

- Apple will review and produce documents in compliance with the full time periods specified in US Plaintiffs' Subpoena for Requests 1(b), 5(a), 23(a)(iv) and (a)(v), and 23(d)[1];

---

[1] Despite the explanations provided in US Plaintiffs' prior letters, Apple continues to claim that US Plaintiffs have not explained why Apple should review and produce documents for the full time periods specified in Requests 2(b) (Apple's agreements with search providers, including Google) and 8(a) (competition in search).

Please refer to US Plaintiffs' letters dated: March 22, 2021 Letter ("Although Apple asked that we limit some discovery requests to information from 2010, we remain convinced that, for the applicable requests, January 1, 2002, to the present is the relevant timeframe for assessing the Apple-Google relationship and Google's maintenance of search- and search advertising-related monopolies."); March 23, 2021 Letter at 2 (responding to Apple's timeframe objections); March 29, 2021 Letter ("We feel compelled to again note that US Plaintiffs do not accept Apple's unilateral January 1, 2010 date limitation for Request (1)(a). As discussed on March 25, and as explained in US Plaintiffs' letter reply to Apple's R&Os, discovery pre-dating 2010 is relevant to the case and we continue to seek that discovery under the subpoena."); April 5, 2021 Letter ("First, as noted in our prior M&Cs and correspondence, US Plaintiffs feel compelled to again note that Apple's proposed date limitation of January 1, 2010, is not acceptable, barring specified and agreed upon objections. Accordingly, having not received specific objections supporting Apple's unilateral date limitations, we expect Apple's productions to reflect the pre-2010 dates identified in the few related requests of the US Plaintiffs' subpoena that seek information dating before 2010."); May 18, 2021 Letter ("Regarding Apple's proposal to cut off document productions prior to January 1, 2010, and as noted in prior Meet & Confer calls

- Apple will provide its data production for Request 25(b), next week;

- Apple will have finished collecting files (or completing interviews for collection) from all custodians by today; and

- Next week, Apple will provide responses to (or proposed production dates for) the go-gets from our May 5, 2021 letter and remaining data-related questions; this response will include Apple's decision on whether and to what extent it will fully produce financial reports and device costs, margins, etc., in response to Request 30 (Financial Reports).

In addition, we understand from our call that Apple agrees to promptly begin review and production of documents as we reach agreement on search terms for respective Requests.

We have reviewed Apple's second search term proposal from yesterday. This did not include Apple's acceptance or counterproposal to US Plaintiffs' May 18 search-term counterproposal for Request 1(b), however, we understand Apple will provide its position on Request 1(b) by next week. We note that Apple has still not provided a schedule for its planned production in response to our subpoena; accordingly, Apple continues to be out of compliance with our subpoena.

We agree to Apple's proposed search terms for Requests 2(e), 3(e), 7, 12(a), and 23(a)(vii). Having reached agreement on these five (5) sets of search terms (as well as 5(b)), we request Apple confirm it will promptly begin reviewing for responsiveness and production all documents (including attachments) hit by the agreed upon search strings. By our June 3, 2021 Meet & Confer, Apple should provide a production date for these documents.

Three (3) other Requests appear near agreement: for Request 18, we have agreement on terms if Apple adds back in the terms identified in the attached chart; and for Requests 17 and 19, we have agreement on terms if Apple increases the connector to NEAR/10. Additionally, and although we are in discussions about Apple's objections regarding the temporal scope of Requests 2(b) and 8(a), please confirm Apple will not withhold documents responsive to any of US Plaintiffs' Requests based on Apple's prior positions in its Responses and Objections of March 12, 2021. US Plaintiffs will continue to review and respond on the remaining search terms for those Requests where we do not yet have agreement.

For the remaining Requests, we reiterate our request that Apple provide deconstructed search term reports. In many of Apple's explanations, Apple asserts that particular terms were "overbroad"–but Apple does not point to either deconstructed hit results or a sampling of reviewed documents. We will provide examples of where deconstructed hit reports would be especially helpful soon.

---

and correspondence, US Plaintiffs have not accepted Apple's unilateral decision on this issue."); and May 25, 2021 Letter ("During Friday's Meet & Confer, however, Apple continued its blanket refusal to review all documents created before 2010, stating simply that pre-2010 documents are not relevant. At other times, Apple's claimed that producing pre-2010 documents is unduly burdensome, without providing any explanation of the alleged burden. To date, Apple has failed to provide any (1) specificity on why it cannot review documents from before 2010, or (2) facts refuting US Plaintiffs' numerous explanations for why this information is relevant. Accordingly, US Plaintiffs will consider the parties at an impasse if Apple does not agree to review documents from before 2010 by or before 6pm on Wednesday, May 26, 2021.").

Although US Plaintiffs have provided written explanations for the relevance of this period, we will do so, again, in a separate letter in hopes of resolving this impasse.

Please let me know if you have any questions.

Sincerely,
/s/
Christine Sommer

cc:     Steve Sunshine
        Danielle Menitove
        Heather Cicchese
        Erin Shencopp
        Jon Sallet
        Brian Wang

REDACTED, PUBLIC VERSION



| | Agreed-upon search strings | |
|---|---|---|
| Request | Apple's Explanation of Revisions | US Plaintiffs' Response |
| 2(e) | [redacted] | [redacted] |
| 3(e) | [redacted] | [redacted] |
| 7 | [redacted] | [redacted] |
| 12(a) | [redacted] | [redacted] |
| 23(a)(vii) | [redacted] | [redacted] |

