REDACTED, PUBLIC VERSION

# EXHIBIT 3-J

REDACTED, PUBLIC VERSION



**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20001*

June 17, 2021

Karen Hoffman Lent
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001

Re: *United States, et al. v. Google LLC*, No. 1:20-cv-03010-APM
Subpoena to Apple

Dear Karen:

Enclosed with this letter is US Plaintiffs' counterproposal to Apple's May 27 and June 16 search term proposals. This counterproposal excludes the RFPs where the parties have agreed on search terms. These RFPs are 1(b), 2(e), 3(e), 5(b), 7, 12(a), 17(a), 17(b), 18, 19, and 23(a)(vii).

The counterproposal is arranged in three categories. The first category identifies two RFPs, 2(d) and 10(a)(ii), for which US Plaintiffs accept Apple's May 27 and June 16 search term proposals. For these RFPs, please confirm that Apple will promptly begin reviewing the document hits and attachments for responsiveness. Please also provide an estimated production date.

The second category identifies RFPs where the parties appear close to agreement. These are RFPs 8(a), 8(b)(iii), 9(a) and (c), 10(a)(i), 10(b), 10(d), 12(b), 12(c), 13, 16, 20, 22(b) and (c), 23(a)(iii), 23(a)(iv), 23(a)(v), 23(c), and 23(d). For each such RFP, US Plaintiffs explain the reasons for changes to Apple's May 27 and June 16 proposals. US Plaintiffs have endeavored to accept as many of Apple's changes as possible while providing our own modifications to ensure completeness. Please note that for these RFPs, US Plaintiffs' counterproposal represents our best and final offer.

The third category identifies the RFPs where further discussion might be required. These are RFPs 2(a), 2(b), 4(b), 5(a), 6, 8(b)(i) and (ii), 10(c), 12(d)(i), 12(d)(ii) and (iii), 12(e), 22(a), 23(a)(i), 23(a)(ii), 23(a)(vi), and 23(b). US Plaintiffs have proposed searches that Apple can run with minimal difficulty that will help the parties balance Apple's burden concerns with US Plaintiffs' interest in completeness. Please provide hit reports for US Plaintiffs' search terms. If Apple refuses to undertake these or other efforts that will promote transparency in our negotiations, US Plaintiffs will consider the parties at impasse on these RFPs.

As always, we are available to answer any questions by phone or email.

Sincerely,
/s/
Christine Sommer

cc: Steve Sunshine
Danielle Menitove
Heather Cicchese
Erin Shencopp
Jon Sallet
Brian Wang

REDACTED, PUBLIC VERSION



| CATEGORY ONE | | |
|---|---|---|
| **Specification** | **Apple's Explanation of Revisions** | **US Plaintiffs' Response** |
| 2(d) | | |
| 10(a)(ii) | | |



| CATEGORY TWO | | |
|---|---|---|
| **Specification** | **Apple's Explanation of Revisions** | **US Plaintiffs' Response** |
| 8(a) | | |



| CATEGORY TWO | | |
|---|---|---|
| Specification | Apple's Explanation of Revisions | US Plaintiffs' Response |
| | | |
| 8(b)(iii) | | |
| 9(a), (c) | | |

REDACTED, PUBLIC VERSION



| CATEGORY TWO | | |
|---|---|---|
| **Specification** | **Apple's Explanation of Revisions** | **US Plaintiffs' Response** |
| | | |
| 10(a)(i) | | |
| 10(b) | | |

REDACTED, PUBLIC VERSION



| CATEGORY TWO | | |
|---|---|---|
| **Specification** | **Apple's Explanation of Revisions** | **US Plaintiffs' Response** |
| | | |
| 10(d) | | |
| 12(b) | | |

REDACTED, PUBLIC VERSION



| CATEGORY TWO | | |
|---|---|---|
| Specification | Apple's Explanation of Revisions | US Plaintiffs' Response |
| | | |
| 12(c) | | |
| 13 | | |

REDACTED, PUBLIC VERSION



| CATEGORY TWO | | |
|---|---|---|
| **Specification** | **Apple's Explanation of Revisions** | **US Plaintiffs' Response** |
| | | |
| 16 | | |

REDACTED, PUBLIC VERSION



| CATEGORY TWO | | |
|---|---|---|
| **Specification** | **Apple's Explanation of Revisions** | **US Plaintiffs' Response** |
| | | |
| 20 | | |
| 22(b), (c) | | |
| | | |

REDACTED, PUBLIC VERSION



| CATEGORY TWO | | |
|---|---|---|
| Specification | Apple's Explanation of Revisions | US Plaintiffs' Response |
| 23(a)(iii) | | |
| | | |

REDACTED, PUBLIC VERSION



| CATEGORY TWO | | |
|---|---|---|
| Specification | Apple's Explanation of Revisions | US Plaintiffs' Response |
| 23(a)(iv) | | |
| 23(a)(v) | | |

REDACTED, PUBLIC VERSION



| CATEGORY TWO | | |
|---|---|---|
| Specification | Apple's Explanation of Revisions | US Plaintiffs' Response |
| | | |
| 23(c) | | |
| 23(d) | | |

REDACTED, PUBLIC VERSION



| CATEGORY THREE | | |
|---|---|---|
| **Specification** | **Apple's Explanation of Revisions** | **US Plaintiffs' Response** |
| 2(a) | | |
| 2(b) | | |

REDACTED, PUBLIC VERSION



| CATEGORY THREE | | |
|---|---|---|
| **Specification** | **Apple's Explanation of Revisions** | **US Plaintiffs' Response** |
| | | [REDACTED] |
| 4(b) | [REDACTED] | [REDACTED] |
| 5(a) | [REDACTED] | [REDACTED] |



REDACTED, PUBLIC VERSION

| CATEGORY THREE | | |
|---|---|---|
| Specification | Apple's Explanation of Revisions | US Plaintiffs' Response |
| | | [redacted] |
| 6 | [redacted] [redacted] | [redacted] [redacted] [redacted] [redacted] |

REDACTED, PUBLIC VERSION



| CATEGORY THREE | | |
|---|---|---|
| Specification | Apple's Explanation of Revisions | US Plaintiffs' Response |
| | | |
| 8(b)(i), (ii) | | |

REDACTED, PUBLIC VERSION



| CATEGORY THREE | | |
|---|---|---|
| Specification | Apple's Explanation of Revisions | US Plaintiffs' Response |
| | | |
| 10(c) | | |



REDACTED, PUBLIC VERSION

| CATEGORY THREE | | |
|---|---|---|
| Specification | Apple's Explanation of Revisions | US Plaintiffs' Response |
| | | [redacted] |
| 12(d)(i) | [redacted] | [redacted] |
| 12(d)(ii),(iii) | [redacted] | [redacted] |

REDACTED, PUBLIC VERSION



| CATEGORY THREE | | |
|---|---|---|
| **Specification** | **Apple's Explanation of Revisions** | **US Plaintiffs' Response** |
| | | |
| 12(e) | | |
| 22(a) | | |

REDACTED, PUBLIC VERSION



| CATEGORY THREE | | |
|---|---|---|
| **Specification** | **Apple's Explanation of Revisions** | **US Plaintiffs' Response** |
| | | |
| 23(a)(i) | | |

REDACTED, PUBLIC VERSION



| CATEGORY THREE | | |
|---|---|---|
| Specification | Apple's Explanation of Revisions | US Plaintiffs' Response |
| | | |
| 23(a)(ii) | | |

REDACTED, PUBLIC VERSION



| CATEGORY THREE | | |
|---|---|---|
| Specification | Apple's Explanation of Revisions | US Plaintiffs' Response |
| | | |
| 23(a)(vi) | | |
| 23(b) | | |