REDACTED, PUBLIC VERSION

# EXHIBIT 3-K



**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20001*

July 19, 2021

Karen Hoffman Lent
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001

Re:   Subpoena to Apple—Search Term Negotiations

Dear Karen:

This letter follows up on our July 15 call and our recent correspondence concerning search string negotiations. US Plaintiffs and Apple have not yet reached agreement on search strings for RFPs 2(a), 2(b), 4(b), 5(a), 6, 8(b)(i) and (ii), 9(a) and (c), 10(a)(i), 10(b), 10(c), 12(d)(i), 12(d)(i) and (ii), 22(a), 22(b) and (c), 23(a)(i), 23(a)(ii), 23(a)(iv), 23(a)(vi), and 23(b).

US Plaintiffs' search strings has resulted in relevant terms, based on US Plaintiffs' Complaint, specific requests in the subpoena, and common industry terminology. The outstanding search strings also employ reasonable proximity connectors (only one of which exceeds NEAR/15). Although Apple claims these search strings generate burdensome hit counts, Apple has not articulated any specific fact—other than number of documents—explaining why reviewing the identified materials would create a disproportionate or undue burden on the world's largest technology company, which has a unique—and highly lucrative—relationship with Google. For example, Apple has not offered any evidence that US Plaintiffs' search strings are yielding—or even hitting on—a large number of non-responsive terms and/or documents.

We have asked Apple to provide deconstructed hit reports or responsiveness rate metrics to help assess whether any search strings are capturing non-responsive documents.[1] Apple has refused both requests, claiming that it cannot generate deconstructed hit reports and that responsiveness rates would not be helpful to US Plaintiffs. Without such information, Apple fails to provide any sufficient basis for blindly narrowing the documents identified for review as part of Apple's

---

[1] US Plaintiffs, however, have worked to proactively identify areas where further investigation may inform a potential burden issue. For example, where the number of attachments greatly exceeds the corresponding document hits, US Plaintiffs offered to defer review of those attachments and suggested Apple investigate whether the attachment volume could be causes by non-responsive image files (e.g., signature images, company logos, etc.).

subpoena obligations. Apple has, however, asked US Plaintiffs to repeat our prior bases for modifications to outstanding search strings; and, in the spirit of collaboration, we include below information from US Plaintiffs' 23-page counterproposal[2] and subsequent communications.

### RFP 2(a)

On May 27, Apple proposed a string that hit 34,291 de-duplicated documents. On June 17, US Plaintiffs sent Apple a counterproposal with five changes from Apple's May 27 proposal. These changes included four term revisions to accurately reflect the RFP and expanding the proximity to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. According to the hit report sent by Apple on June 30, the June 17 counterproposal hit 48,275 de-duplicated documents.

As explained in our March 23 letter and other calls, RFP 2(a), which requests final agreements or exchanged drafts between Apple and search engine providers, is relevant to core allegations of US Plaintiffs' Complaint. Moreover, in explaining its June 17 proposal, US Plaintiffs noted that Apple had provided no basis for two of its May 27 changes. Apple has also agreed to US Plaintiffs' two other June 17 substantive changes on other occasions.[3] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

For the foregoing reasons, US Plaintiffs believe that the hit counts are both reasonable and not unduly burdensome. Nevertheless, US Plaintiffs attach three alternative strings for RFP 2(a) to garner additional information, as part of the parties' agreed-upon approach.

### RFP 2(b)

On May 27, Apple proposed a string that hit 76,250 de-duplicated documents. On June 17, US Plaintiffs sent Apple a counterproposal with the same changes for RFP 2(a) because the search strings are substantively the same ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. According to the hit report sent by Apple on June 30, our June 17 counterproposal hit 106,352 de-duplicated documents. For the same reasons expressed about RFP 2(a), US Plaintiffs have attached four alternative strings for RFP 2(b) to garner additional information, as part of the parties' agreed-upon approach.

### RFP 4(b)

On May 27, Apple proposed a string that hit 2,730 de-duplicated documents. Request 4(b) seeks "all documents related to Apple's efforts to hire any employees of Google, Bing (Microsoft), Yahoo!, or DuckDuckGo with expertise or experience in Internet search services or search

---

[2] *See* 2021.06.17 Letter to Apple.
[3] In our June 7 letter, US Plaintiffs proposed and explained ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Apple acceded to this change in its June 30 counterproposal, to which the parties have since agreed.

advertising . . . ." █████████████████████████████████████████
████████████████████████████████████████████████████████ As a compromise, US Plaintiffs proposed a different way to address the concern.[4] As a result, US Plaintiffs' counterproposed string, sent to Apple on June 17, hit 4,038 de-duplicated documents.

Thus, US Plaintiffs have reasonably responded to Apple's sole objection to our previous counterproposal. In addition, the June 17 counterproposal increases the de-duplicated hit count only marginally in relation to the total document count burden, which Apple has said is the focus of the inquiry. For the foregoing reasons, US Plaintiffs believe that the hit counts are both reasonable and not unduly burdensome. Nevertheless, US Plaintiffs attach five alternative strings for RFP 4(b) to garner additional information, as part of the parties' agreed-upon approach.

### RFP 5(a)

On May 27, Apple proposed a string that hit 1,962 de-duplicated documents. US Plaintiffs' preliminary proposal, sent to Apple on May 18, hit nearly one million documents. On June 17, US Plaintiffs addressed this volume issue and agreed to revise the string by ████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ Ultimately, according to a hit report provided on June 30, our June 17 proposal—with the NEAR/15 connector—hit 8,517 de-duplicated documents and 54,500 de-duplicated documents with attachments.

On July 8, US Plaintiffs sent Apple a set of alternative search strings, to gather additional information about this RFP string. ████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████

---

[4] ████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

Accordingly, we ask that Apple agree to the string presented as "Alternative A" ▬▬▬ for RFP 5(a) in the July 8 batch of alternative strings. We ask that Apple promptly begin reviewing the 6,648 de-duplicated hits (11,447 de-duplicated hits with attachments) for this string.

### RFP 6

On May 27, Apple proposed a string that hit 38,697 de-duplicated documents. On June 17, US Plaintiffs sent Apple a counterproposal with five changes from Apple's May 27 proposal.  For each of these changes, we presented Apple with comprehensive rationale.[5] According to the hit report sent by Apple on June 30, US Plaintiffs' June 17 counterproposal hit 109,567 de-duplicated documents.

On July 2 and July 8, US Plaintiffs sent Apple a set of alternative search strings. After review, US Plaintiffs believe that the June 17 letter afforded sufficient justification for both the search terms and the proximity connectors and that the document volume is the result of those reasonable and appropriate terms. ▬▬▬ We also believe any burden imposed by review for this search string is commensurate with this request's great importance to this case. We therefore ask that Apple promptly begin reviewing the 109,567 de-duplicated hits and 269,234 de-duplicated hits for this string.

### RFPs 8(b)(i), (ii)

Apple's first proposal for RFP 8(b) included one string for subparts (i), (ii), and (iii). For clarity, DOJ's May 18 counterproposal separated subparts (i) and (ii) from (iii). That counterproposal for RFP 8(b)(i) and (ii), which used a NEAR/25 proximity connector, hit 276,426 de-duplicated documents. On May 27, Apple proposed a string that used a ▬▬▬ proximity connector, removed 23 terms, and deleted the names of some search engines. This May 27 counterproposal from Apple hit 3,080 de-duplicated documents. On June 17, DOJ sent Apple a counterproposal that hit 14,433 de-duplicated documents.

On July 12, DOJ sent Apple a set of alternative search strings that (a) made two minor revisions to the string and (b) experimented with narrowing the proximity connectors. The two minor revisions increased the hit count by just 38 documents.  concentrated the de-duplicated hit count to 10,568 documents.

After review, we ask that Apple agree to the string presented as "Alternative A" for RFP 8(b)(i) and (ii) in the July 12 set of alternative strings. This alternative mirrors the string proposed in DOJ's June 17 request with the two minor revisions. ▬▬▬

---

[5] Letter from C. Sommer (DOJ/US Plaintiffs) to K. Hoffman Lent (Skadden, Arps, Slate, Meagher & Flom, LLP/Apple), June 17, 2021, at 16–17.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Finally, the June 17 proposal explained the necessity of broader coverage. Accordingly, we believe that the terms are reasonable and appropriate. Moreover, this request—regarding the quality of Google's search service and comparing it to other search services—is foundational to the case. And although "Alternative A" asks for upward agreement from Apple, we have already acceded to far greater downward agreement from our May 18 proposal. We ask Apple promptly begin reviewing the 14,433 de-duplicated hits (60,381 de-duplicated hits with attachments) for this string.

### RFPs 9(a), (c)

On May 27, Apple proposed a string that hit 2,744 de-duplicated documents. This proposal deleted 21 terms that, according to Apple, were not related to the monetization of search. On June 17, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The June 17 proposal hit 93,911 de-duplicated documents.

On July 12, DOJ sent Apple a set of alternative search strings. After review, US Plaintiffs believe that the June 17 letter afforded sufficient justification for both the search terms and the proximity connectors and that the document volume is the result of those reasonable and appropriate terms.

For that reason, we ask that Apple agree to our June 17 counterproposal for RFP. Further, as noted, DOJ has already agreed to the overwhelming majority of Apple's substantive modifications; we insist upon only the six terms we believe are most clearly relevant to search monetization—a crucial issue in this litigation. We thus ask Apple promptly begin reviewing the 93,911 de-duplicated documents (324,012 de-duplicated hits with attachments) for this string.

### RFP 10(a)(i)

On May 27, Apple proposed a string that hit 6,173 de-duplicated documents. On June 17, US Plaintiffs requested Apple expand the proximity connectors and accept two substantive changes. According to the hit report sent by Apple on June 24, the June 17 counterproposal hit 37,740 de-duplicated documents.

On July 8, the parties began discussing possible solutions for the problem, manifest in this request and a few others, where the search string drew in an extraordinary number of attachments. Narrowing the proximity connector, as examined by our set of alternative search strings sent on July 12, failed to alleviate this issue. Based on our July 8 meet-and-confer, we understand Apple is investigating methods to filter certain attachments out of the review. We await Apple's response during our next meet-and-confer. In the interim, we remain willing to engage with Apple on a way to reduce any irrelevant attachment review.

### RFP 10(b)

For RFP 10(b), US Plaintiffs have previously articulated our position in our July 2 letter. To review, the parties have worked iteratively to reach a point where the only outstanding issue is

5

one proximity connector. US Plaintiffs' June 17 counterproposal, ████ ████ resulted in 17,113 de-duplicated hits with attachments. Apple's June 30 counterproposal, ████████████ returned 11,841 de-duplicated hits with attachments. Even though US Plaintiffs' June 17 letter articulated, with as much specificity as possible,[6] the reason for the expanded connector, we have nevertheless offered to compromise by ████████████ which Apple's June 30 explanation represents results in "over 15,000 de-duplicated hits with attachments."

### RFP 10(c)

On July 8, US Plaintiffs sent four alternative strings—"Alternative A" through "Alternative D"—for this search string. The alternatives ████████████ ████████████ By email on July 9, Apple reported that there appeared to be a mistake based on past discussions and asked US Plaintiffs to review the new strings and provide revisions, if any. US Plaintiffs provided a revised set of five alternative strings within an hour.[7] The revision included a fifth string, as opposed to the original four, ████ ████████████ The July 12 hit report provided by Apple, however, included only four alternative strings. Although these strings included the revision and the originally submitted proximity connectors, ████████ was omitted.

To avoid unnecessary and excess burden to Apple, US Plaintiffs will forgo asking Apple to re-run the omitted alternative because the information already provided by Apple appears to be sufficient. US Plaintiffs ask that Apple agree to ████████████ ████████████ proposed by US Plaintiffs on June 17. For the reasons explained in the June 17 letter, US Plaintiffs believe that the strings substance is appropriate. And ████████████ ████████████ We therefore ask that Apple begin reviewing the 32,000 de-duplicated hits (69,024 de-duplicated hits with attachments) for this string.

### RFPs 12(d)(i) & 23(a)(vi)

On May 18, US Plaintiffs proposed a string for RFP 12(d)(i) that hit 310 de-duplicated documents, 653 de-duplicated hits with attachments. On May 27, Apple proposed substantive revisions to this string, which resulted in hits for just 21 documents, 38 de-duplicated hits with attachments. In response on June 17, US Plaintiffs wrote that this sum "appears too minimal[.]"

---

[6] In response, Apple offered only the conclusory assertion that ████████████ ████████████████████████████

[7] Email Exchange Between D. Menitove (Skadden, Arps, Meagher & Flom LLP) and M. Rosengart (DOJ/US Plaintiffs), July 9, 2021.

Consequently, "[t]o promote a transparent negotiation," US Plaintiffs provided two options, which we asked Apple to run, both of which in some way recognized Apple's concern.[8]

During our June 24 meet-and-confer, and before having sent a hit report, Apple represented that it was willing to accept either option that had been presented on June 17. Apple orally noted that both options had hit less than one hundred documents. The hit report showed that the greater of the two hit 33 documents and returned 52 hits with attachments. US Plaintiffs agreed to consider, but did not agree or otherwise waive discussions for this RFP.

We continue to believe that these results are too minimal ███████████████████████████
████████████████████████████████ We have been reviewing the strings in an effort to re-craft them in a way that is relevant to the litigation and also results in a reasonable return, and have included below three proposed alternative strings.

### RFPs 12(d)(ii), (iii)

On May 27, Apple proposed a string that hit 7,610 de-duplicated documents. On June 17, DOJ sent Apple a counterproposal with three changes from Apple's May 27 proposal. According to the hit report sent by Apple on June 30, the June 17 counterproposal hit 18,121 de-duplicated documents.

On July 12, DOJ sent Apple a set of alternative strings that experimented with narrowing the proximity connector. The hit reports for these alternative strings show that reducing the proximity connector reduces the hit counts only marginally. Moreover, the request is important to the case, as it seeks information regarding one of the most important technology company's perspective on web browsers.

Accordingly, we ask that Apple agree to our June 17 counterproposal and promptly begin reviewing 18,121 de-duplicated hits (35,942 de-duplicated hits with attachments) for this string.

### RFP 22(a)

On May 27, Apple proposed a string that hit 4,204 de-duplicated documents. Apple's May 27 proposal also included 133,413 de-duplicated hits with attachments. On June 17, US Plaintiffs sent Apple a counterproposal with three proposed changes, an expansion of the proximity connector and two substantive changes. According to the hit report sent by Apple on June 30, the June 17 counterproposal hit 27,058 de-duplicated documents and also included 254,296 hits with attachments.

On July 8, the parties began discussing possible solutions for the problem, manifest in this request and a few others, where the search string drew in an extraordinary number of attachments. Narrowing the proximity connector, as examined by our set of alternative search strings sent on July 8, failed to alleviate this issue. Based on our July 8 meet-and-confer, we understand that Apple is investigating methods to filter certain attachments out of the review. We

---

[8] Additionally, "US Plaintiffs' Response" for RFP 12(d)(i) in the June 17 letter, unlike all but two other RFPs, did not state that "US Plaintiffs accept Apple's May 27 counterproposal **provided that** Apple agrees to" a certain number of specified changes. (emphasis original).

await Apple's response, which we hope Apple can provide during our next meet-and-confer. In the interim, we remain willing to engage with Apple on a way to reduce any irrelevant attachment review.

### RFPs 22(b), (c)

On May 27, Apple proposed a string that hit 4,937 de-duplicated documents. On June 17, US Plaintiffs sent Apple a best and final offer with two proposed changes, an expansion of the proximity connector and one substantive change that Apple had agreed to in search strings for six other RFPs. According to the hit report sent by Apple on June 24, the June 17 counterproposal hit 16,081 de-duplicated documents and also included 175,239 hits with attachments.

On July 8, the parties began discussing possible solutions for the problem, manifest in this request and a few others, where the search string drew in an extraordinary number of attachments. Narrowing the proximity connector, as examined by our set of alternative search strings sent on July 2, failed to alleviate this issue.

Based on our July 8 meet-and-confer, we understand that Apple is investigating methods to filter certain attachments out of the review. We await Apple's response, which we hope Apple can provide during our next meet-and-confer. In the interim, we remain willing to engage with Apple on a way to reduce any irrelevant attachment review.

### RFP 23(a)(i)

On June 17, US Plaintiffs sent Apple a counterproposal with three proposed substantive changes and explained the basis for each change.[9] According to the hit report sent by Apple on June 30, the June 17 counterproposal hit 112,984 de-duplicated documents.



On July 8, US Plaintiffs sent Apple a set of alternative search strings. Because ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Doing so removed more than 77,000 hits.

Consequently, we are willing to continue experimenting with this term in an effort to reach an agreeable compromise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ we ask that Apple re-run Alternative C using:

    (i) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    (ii) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    (iii) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---

[9] Apple's May 27 proposal, like its original May 12 proposal, included ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The restriction narrowed the de-duplicated hit count to just 1,872 documents. For the reasons explained in DOJ's March 23 letter, DOJ disagrees with Apple's unilateral addition and re-addition.

(iv) ███████████████████████

### RFP 23(a)(ii)

On June 17, US Plaintiffs sent Apple a counterproposal with two proposed substantive changes and explained the basis for each change.[10] According to the hit report sent by Apple on June 30, the June 17 counterproposal hit 60,777 de-duplicated documents and also included 237,647 hits with attachments.

On July 8, the parties began discussing possible solutions for the problem, manifest in this request and a few others, where the search string drew in an extraordinary number of attachments. Substantive changes examined by our set of alternative search strings sent on July 8 failed to alleviate this issue. Based on our July 8 meet-and-confer, we understand that Apple is investigating methods to filter certain attachments out of the review. We await Apple's response, which we hope Apple can provide during our next meet-and-confer. In the interim, we remain willing to engage with Apple on a way to reduce any irrelevant attachment review.

### RFP 23(a)(iii)

On May 27, Apple proposed a string that hit 1,559 de-duplicated documents. On June 17, US Plaintiffs sent Apple a best and final offer with four proposed changes. According to the hit report sent by Apple on June 24, the June 17 counterproposal hit 10,996 de-duplicated documents.

On July 2, US Plaintiffs sent Apple a batch of alternative search strings that reduced the proximity connector. After review, we ask that Apple agree to the string presented as "Alternative A" for RFP 23(a)(iii) in the July 2 batch of alternative strings. This alternative string matches the string proposed on June 17. The substantive changes proposed by US Plaintiffs on June 17 are reasonable, and Apple has agreed to them in other RFPs. ███████████ ███████████████ and US Plaintiffs have explained the basis for it.

Accordingly, we ask that Apple promptly begin reviewing the 10,996 de-duplicated hits (30,300 de-duplicated hits with attachments) for this string.

### RFP 23(a)(iv)

On May 27, Apple proposed a string that hit 1,337 de-duplicated documents. On June 17, US Plaintiffs sent Apple a best and final offer with three proposed changes, an expansion of the proximity connector and two substantive changes. According to the hit report sent by Apple on June 24, the June 17 counterproposal hit 3,017 de-duplicated documents, an increase of just 1,677 documents. However, the de-duplicated hits with attachments ballooned from 2,301 to 45,130. Consequently, on July 8, the parties began discussing possible solutions for the problem,

---

[10] Apple's May 27 proposal, like its original May 12 proposal ████████████████████████ ████████████████████████████████████████████████████████████████████ he restriction narrowed the de-duplicated hit count to just 1,013 documents. For the reasons explained in DOJ's March 23 letter, DOJ disagrees with Apple's unilateral addition and re-addition.

9

manifest in this request and a few others, where the search string drew in an extraordinary number of attachments.

Based on our July 8 meet-and-confer, we understand that Apple is investigating methods to filter certain attachments out of the review. We await Apple's response, which we hope Apple can provide during our next meet-and-confer. In the interim, we remain willing to engage with Apple on a way to reduce any irrelevant attachment review.

### RFP 23(a)(v)

On May 27, Apple proposed a string that hit 12,261 de-duplicated documents. On June 17, US Plaintiffs sent Apple a best and final offer with three proposed changes. According to the hit report sent by Apple on June 24, the June 17 counterproposal hit 28,345 de-duplicated documents.

On July 2, US Plaintiffs sent Apple a batch of alternative search strings that reduced the proximity connector. After review, we ask that Apple agree to the string presented as "Alternative A" for RFP 23(a)(v) in the July 2 batch of alternative strings. This alternative string matches the string proposed on June 17. The substantive changes proposed by US Plaintiffs on June 17 are reasonable, and Apple has agreed to them in other RFPs. ▮▮▮▮ and US Plaintiffs have explained the basis for it.

Accordingly, we ask that Apple promptly begin reviewing the 28,345 de-duplicated hits (56,501 de-duplicated hits with attachments) for this string.

### RFP 23(b)

In accord with our ongoing process, we provided Apple three alternative search strings to run on July 15.

As always, we stand ready to discuss any questions or concerns.

Sincerely,
/s/
Christine Sommer


cc:  Steve Sunshine
     Danielle Menitove
     Heather Cicchese
     Erin Shencopp
     Jon Sallet



| RFP | ALTERNATIVE | STRING | CHANGE |
|---|---|---|---|
| 2(a) | Alternative A | ███ | ███ |
| 2(a) | Alternative B | ███ | ███ |



| RFP | ALTERNATIVE | STRING | CHANGE |
|---|---|---|---|
| 2(a) | Alternative C | ■■■ | ■■■ |
| | Alternative D | | |
| | Alternative E | | |













