# APPENDIX A

**APPENDIX A**

**Proposed Booking Custodians Currently Disputed**



- ██████████████ █████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████[2]  This
correspondence indicates that ████████ is likely to have other relevant material
responsive to Google's subpoena, including but not limited to Requests 15, 17, 18, 22,
25, 27, 32, 33, 34, 53, 54, 55, 60, and 61.  Google proposed to include ████████ as a
custodian via letter on August 19, 2021, after raising questions during the parties' July 21
meet-and-confer about the ████████████████████████████████████████████
Booking has not agreed to Google's proposal to include ████████ as a custodian, and has
advised Google that it will provide its position on Monday, August 30.

- ███████████████ ██████████████████████████████████
██████████████████████████████████████████████████████████
████████████████[4]  This correspondence indicates that ████████ is likely to
have other relevant material responsive to Google's subpoena, including but not limited
to Requests 15, 17, 25, 27, 54, 55, 60, and 62.  ████████████████████████████
████████████████████████[5]  Google proposed to include ████████████████
████████ as a custodian via letter on August 19, 2021, after raising questions during the
parties' July 21 meet-and-confer about ██████████████████████████████████
████████████████████████████  Booking has not agreed to Google's proposal to include
████████ as a custodian, and has advised Google that it will provide its position on
Monday, August 30.

---

[1] ███████████████████████/.
[2] ██████████████████████████████████████
████████████████████████.
[3] ████████████████████████████/.
[4] █████████████████████████████████████████████
[5] █████████████████████████████████

1

**Google's April 13, 2021 Subpoena to Booking Holdings**
**Data Requests Currently Disputed**

| Google Request | Text of Request |
|---|---|
| 3 | DOJ Request 7 seeks information about the Company's user traffic data.  Produce the data requested by DOJ Request 7 with the following additional break outs: (i) by additional sources of traffic, including device search features (e.g., Apple Spotlight), map services (e.g., Apple Maps), and social media (e.g., Facebook); and (ii) for web traffic, stated separately by web browser.  In addition, for the same time period and broken out in the same way, produce data sufficient to show:<br><br>a. organic listing clicks;<br>b. paid listing clicks;<br>c. paid listing click-through-rate;<br>d. number of queries with no ads displayed;<br>e. average number of ads appearing above the search results, overall and by ad type (e.g., search ad, display ad); and<br>f. costs associated with obtaining the user traffic, including, but not limited to (extending DOJ Request 7(k)):<br>i. non-digital advertising spend;<br>ii. mobile app advertising spend;<br>iii. display advertising spend; and<br>iv. search engine optimization spend. |
| 7 | The First Request 16 of the DOJ Subpoena seeks data about the Company's purchase of ads, broken down by month.  For each category of ad identified in the First DOJ Request 16, please also produce the following:<br><br>a. targeting criteria used;<br>b. conversions; and<br>c. return on ad spend ("ROAS"). |
| 10 | Request 21 of the DOJ Subpoena seeks data relating to search queries.  In addition to the data requested by DOJ Request 21, produce all data relating to search queries conducted on the Company's digital properties by users in the United States on or between February 3, 2020, and February 9, 2020 (or other dates agreed to by the parties), including:<br><br>a. organic listing clicks; and<br>b. paid listing clicks. |
| 38 | Documents or data sufficient to show the top 250 advertisers by revenue with U.S. advertising spend on the Company's properties in any year from 2010 onwards, including (i) the name and address of the advertiser; and (ii) each such advertiser's total annual U.S. advertising spend on the Company's properties from 2010 to 2020, broken out by type of ad format. |

| | |
|---|---|
| 50 | From January 1, 2010, separately for each brand or domain You own or control, data sufficient to show, on a monthly basis: (i) the number of prompts, suggestions, or instructions to users to download or install Your search service on Your products and services or on third-party products and services; and (ii) the number of downloads or installations of Your search service resulting from such prompts, suggestions, or instructions. |
| 51 | From January 1, 2010, separately for each brand or domain You own or control, data on the Company's search service sufficient to show, on a monthly basis, the number of devices with the Company's search service applications(s), and provide the data broken down by each app:<br><br>a. by device type, device OEM, device model, and OS; and<br>b. distinguishing whether the app was preinstalled or downloaded by the user. |
| 70 | Data sufficient to show, on a monthly basis and by zip code:<br><br>a. number of reviews for hotels;<br>b. number of photos for hotels available;<br>c. the absolute number and proportion of hotels that have claimed their location on or otherwise registered for Your service;<br>d. number of new hotels that claimed their location on or otherwise registered for Your service;<br>e. the absolute number and proportion of hotels that purchase advertisements or other products or services from You;<br>f. number of reviews for vacation rental providers;<br>g. number of photos for vacation rental providers available;<br>h. the absolute number and proportion of vacation rental properties that have claimed their location on or otherwise registered for Your service;<br>i. number of new vacation rental properties that claimed their location on or otherwise registered for Your service; and<br>j. the absolute number and proportion of vacation rental properties that purchase advertisements or other products or services from You. |