# APPENDIX B

# APPENDIX B

**Proposed Yelp Custodians Currently Disputed**

- ▓▓▓▓▓▓▓▓▓▓[1] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ at Yelp and has been a Yelp employee for over ▓▓▓▓▓▓▓.  According to the CID correspondence produced by the government, he has led advocacy about Google and has himself corresponded directly and often with both the DOJ and the Plaintiff States.[2]  We expect that his documents will address gaps left by Yelp's originally-proposed four custodians. ▓▓▓▓▓▓▓▓ documents will cover, among other topics, third-party communications with government entities, media, and industry associations related to the allegations in the case, and internal communications related to and supporting Yelp's public statements regarding competition.  Yelp initially agreed to include ▓▓▓▓▓▓▓▓ as a custodian, but advised today that it no longer agrees to include him.

**Agreed Upon Yelp Custodians**
**Google Needs More Information on Scope of Yelp Limitations**

- ▓▓▓▓▓▓▓▓▓▓: Google has identified ▓▓▓▓▓▓▓▓▓▓[3] as a potential custodian relevant to requests covering Yelp's revenue sources, monetization strategies, customer complaints, quality, performance, and competition.  ▓▓▓▓▓▓▓▓ worked at Yelp for over ▓▓▓▓▓▓, primarily in finance- and customer-related roles.  Her last two roles were ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  On July 16, Google asked Yelp to provide more information about the scope of ▓▓▓▓▓▓▓▓ duties during her tenure at Yelp, in particular to what degree her role was distinct from Yelp employees ▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓, and the extent to which productions from ▓▓▓▓▓▓▓ files would be duplicative of productions from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ files.  Yelp has not yet provided this information, but has agreed to add ▓▓▓▓▓▓▓▓ with limitations.  Google seeks a concrete proposal regarding how Yelp will limit productions (e.g., search terms, timeframes, other limitations).

- ▓▓▓▓▓▓▓▓▓▓[4] is the ▓▓▓▓▓▓▓▓▓▓▓▓ at Yelp and has been a Yelp employee for nearly ▓▓▓▓▓▓▓.  Based on material produced by Yelp to date, ▓▓▓▓▓▓ documents are likely to cover, among other topics, analysis of Google's search results, discussions with Google regarding the appearance of Yelp's content on its SERP, quality, performance, and competition.  Notably, ▓▓▓▓▓▓ appears to supervise and communicate with product employees (e.g., former employee ▓▓▓▓▓▓▓▓▓▓▓▓) responsible for analyzing Google's search offerings, Yelp's product development and its relationship to Yelp's traffic and appearance on Google search, and competition with Facebook and

---

[1] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
[2] *See, e.g.,* USDOJ-GOOG-00046353.
[3] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓/; *see also* YELP-00005032 at '176 (HIGHLY CONFIDENTIAL) ("New Yelp Board Member Onboarding 2019" presentation describing organizational structure and employees).
[4] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Google on product design.[5] No custodian agreed upon or selected to date covers product or technical development (including such development in response to competition), and Google accordingly expects that ▉▉▉▉ will have unique information responsive to its subpoena not covered by the agreed-upon custodians. Yelp has agreed to add ▉▉▉▉, but advised it seeks limitations. Google seeks a concrete proposal regarding how Yelp will limit productions (e.g., search terms, timeframes, other limitations).

- ▉▉▉▉▉▉▉▉[7] is an ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ at Yelp, and has been a Yelp employee for ▉▉▉▉. ▉▉▉▉▉ documents are likely to cover, among other topics, Yelp's revenue sources, monetization strategies, customer complaints and feedback, quality, performance, and competition. None of the currently agreed-upon custodians are from Yelp's sales team, and Google accordingly expects that ▉▉▉▉ will have unique information responsive to its subpoena not covered by the agreed-upon custodians. Yelp has agreed to add ▉▉▉▉, but advised it seeks limitations. Google seeks a concrete proposal regarding how Yelp will limit productions (e.g., search terms, timeframes, other limitations).

- ▉▉▉▉▉▉▉▉: ▉▉▉▉▉▉[7] is the Lead Data Scientist at Yelp and has been a Yelp employee for nearly ▉▉▉▉. ▉▉▉▉▉▉ documents will cover, among other topics, academic work Yelp has been involved in related to the allegations in the litigation, and experiments related to, and analysis of, Yelp's business and performance as well as Google's search results and search advertising offerings. Yelp has expressed a willingness to search for and produce ▉▉▉▉▉ documents, but Yelp proposes to limit ▉▉▉▉▉ collection to documents pertaining only to his work on an academic paper entitled, *Does Google Content Degrade Google Search? Experimental Evidence*, coauthored with Michael Luca, Tim Wu and Daniel Frank.[8] Google seeks a concrete proposal regarding how Yelp will limit productions (e.g., search terms, timeframes, other limitations).

---

[5] *See* YELP-00005032 at '177 (HIGHLY CONFIDENTIAL) ("New Yelp Board Member Onboarding 2019" presentation describing organizational structure and employees); Yelp-00000398; Yelp-00000401; and Yelp-00000413.

[6] ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; *see also* YELP-00005032 at '176 (HIGHLY CONFIDENTIAL) ("New Yelp Board Member Onboarding 2019" presentation describing organizational structure and employees).

[7] ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

[8] *Available at* https://scholarship.law.columbia.edu/cgi/viewcontent.cgi?article=2932&context=faculty_scholarship.