## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021, the foregoing Statement Regarding Disputes Involving Compliance of Certain Non-Parties was electronically filed under seal using the CM/ECF system and I am transmitting file-stamped copies to counsel of record for Plaintiffs and counsel representing Non-Parties Booking Holdings and Yelp Inc.

/s/ Wendy Huang Waszmer

_____

Wendy Huang Waszmer