IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**REDACTED PUBLIC VERSION OF**
**JOINT STATUS REPORT OF GOOGLE AND MICROSOFT**

On August 27, 2021, Defendant Google LLC and Non-Party Microsoft Corporation filed a Joint Status Report (D.I. 188) pursuant to the Court's Minute Order of August 8, 2021. The Joint Status Report was filed under seal because it contains information that Microsoft contends is properly designated Highly Confidential or Confidential under the Stipulated Protective Order (D.I. 98). In accordance with Paragraph 21 of the Stipulated Protective Order, undersigned counsel is filing herewith a redacted public version of the August 27 Joint Status Report that does not reveal information that Microsoft contends is properly designated Highly Confidential or Confidential. Google takes no position on the propriety of Microsoft's designations under the

Stipulated Protective Order or whether the information redacted by Microsoft merits sealing under the applicable legal standards.

Dated: August 31, 2021                          Respectfully submitted,

By: */s/ John Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
Wilson Sonsini Goodrich & Rosati P.C.
1700 K St, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

Mark S. Popofsky (D.C. Bar No. 454213)
Ropes & Gray LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*