# Exhibit B

| String No. | RFP No. | Google's Proposed Search String | Microsoft's Proposed Search String | Comparison between Google's and Microsoft's Proposed Search Strings |
|---|---|---|---|---|
| 1 | 1 | **Estimated Deduped Hit Count (Assuming 50% Deduplication; 1.1x Attachment Multiplier): 222,000** | **Estimated Deduped Hit Count (Assuming 50% Deduplication; 1.1x Attachment Multiplier): 94,000** | Microsoft deleted the word "Bing." |
| 2 | 2 | **Estimated Deduped Hit Count (Assuming 50% Deduplication; 1.1x Attachment Multiplier): 95,000** | **Estimated Deduped Hit Count (Assuming 50% Deduplication; 1.1x Attachment Multiplier): 66,000** | Google proposed the proximity connector w/5. Microsoft proposed the proximity connector w/3. |
| 5 | 5, 6, 12 | **Estimated Deduped Hit Count (Assuming 50% Deduplication; 1.1x Attachment Multiplier): 129,000** | **Estimated Deduped Hit Count (Assuming 50% Deduplication; 1.1x Attachment Multiplier): 75,000** | Google proposed the proximity connector w/15 in both instances. Microsoft proposed the proximity connectors w/10 and w/5 respectively. Microsoft included the word "████████" |

1



2

| 14 | 23 | **Estimated Deduped Hit Count (Assuming 50% Deduplication; 1.1x Attachment Multiplier):  4,200** | *Microsoft refused to use search strings.* | |
| 15 | 24 | **Estimated Deduped Hit Count (Assuming 50% Deduplication; 1.1x Attachment Multiplier):  89,000** | **Estimated Deduped Hit Count (Assuming 50% Deduplication; 1.1x Attachment Multiplier):  57,000** | Google proposed the proximity connector w/15 in both instances. Microsoft proposed the proximity connector w/10 in both instances. |

| | | | | |
|---|---|---|---|---|
| 16 | 25, 26, 29, 30, 67, 76 | **Estimated Deduped Hit Count (Assuming 50% Deduplication; 1.1x Attachment Multiplier): 197,000** | **Estimated Deduped Hit Count (Assuming 50% Deduplication; 1.1x Attachment Multiplier): 157,000** | Google proposed the proximity connector w/5. Microsoft proposed the proximity connector w/3. |



| 21 | 40, 41 | **Estimated Deduped Hit Count (Assuming 50% Deduplication; 1.1x Attachment Multiplier): 279,000** | **Estimated Deduped Hit Count (Assuming 50% Deduplication; 1.1x Attachment Multiplier): 214,000** | Microsoft deleted the words "▮▮▮▮" Google proposed the proximity connector w/4; whereas Microsoft proposed the proximity connector w/15. |
| --- | --- | --- | --- | --- |
| 38 | 81, 82, 83, 84 | **Estimated Deduped Hit Count (Assuming 50% Deduplication; 1.1x Attachment Multiplier): 155,000** | **Estimated Deduped Hit Count (Assuming 50% Deduplication; 1.1x Attachment Multiplier): 32,000** | Microsoft deleted the words "▮▮▮▮" and all their grammatical variants. |



7

