# Exhibit 1



August 21, 2021

***Via E-Mail***

Benjamin M. Greenblum, Esq.
Youlin Yuan, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

**Orrick, Herrington & Sutcliffe LLP**
222 Berkeley Street
Suite 2000
Boston, MA 02116-3740

+1 617 880 1800

**orrick.com**

Caroline Simons

**E** csimons@orrick.com
**D** +1 617 880 1885
**F** +1 617 880 1801

Re:   U.S. et al. v. Google LLC, No. 1:20-cv-03010-APM (D.D.C.)
      C.O. et al v. Google LLC, No. 1:20-cv-03715-APM (D.D.C.)

Ben and Youlin:

Further to our meet-and-confer call of July 19, and our subsequent discussions, non-Party Microsoft Corporation (Microsoft) makes the below proposal with respect to Google LLC's (Google) (together with Microsoft, the Companies) subpoena to Microsoft dated April 13, 2021 (Subpoena). This proposal represents Microsoft's good faith consideration of Google's subpoena requests, Google's proposed search terms and search term permutations, and the claims and defenses at issue in the above-captioned litigations. Microsoft incorporates its responses and objections to date herein.

- **Search Term Proposal:** Microsoft's search term proposal is attached hereto as **Exhibit 1**[1] (ST Proposal). As represented in the Companies' Joint Status Report of August 6, 2021, Microsoft is providing actual de-duplicated hit counts (from which the actual attachment expansion rate may be calculated), to the extent available, in Exhibit A and will continue to provide Google with regular updates as to actual de-duplication rates for processed search strings. Further, pursuant to its obligations under the ESI Order entered by the Court, and in response to your requests (*e.g.*, the request in your email of August 18, 2021), Microsoft anticipates sending on a rolling basis additional search terms agreed to with Plaintiffs in the coming days.[2]

- **Go-and-Get Documents:** Without waiving Microsoft's position as to the sufficiency of its production of, and good faith offers to produce, targeted collections of non-custodial documents to respond to certain requests in the Subpoena in lieu of custodial searches, Microsoft includes in its Proposal

---

[1] The number(s) reflected in the column titled "String No." indicate the corresponding string number(s), if any, for each RFP included in Google's Search Term Proposal. Microsoft is providing this information to assist Google in its review of Microsoft's Search Term Proposal and expedite negotiations between the Companies. Further, in agreeing to search the custodial files of the 18 individuals listed in Google's July 27, 2021 filing, Microsoft does not thereby concede that the documents from the files of any or all 18 individuals are relevant, non-cumulative, and/or proportionally necessary for Google's defenses in the above-captioned cases. Microsoft reserves all rights with respect to these 18 custodians.

[2] Microsoft reserves its rights with respect to the meaning of "Requesting Party" in the Court's ESI Order.



Benjamin M. Greenblum, Esq.
August 21, 2021
Page 2

search terms that address those requests. Accordingly, as part of its proposal, Microsoft provides the following:

o **Syndication and Distribution Agreements (including but not limited to Request Nos. 5, 6, 7, 9, 12, 13, 19 and 53):** Microsoft disagrees with Google's position that Microsoft has "ready access to the requested documents" and is able to "promptly produce" all such documents as Go-and-Get materials. Microsoft reiterates its position that these types of agreements are most amenable to search terms of custodial files, not sourced as go-and-get documents. For this reason, Microsoft's ST Proposal includes 4 search terms responsive to these requests. Nevertheless, in response to your requests and in furtherance of Microsoft's good faith discovery negotiations with Google, Microsoft has produced as priority Go-and-Get documents a number of the agreements that you had identified, anticipates producing additional agreements on or before Monday, 8/23, and producing on a rolling basis additional agreements as Go-and-Get documents.[3]

o **Request No. 8:** Microsoft offered, collected and produced as Go-and-Get documents ███████████ ███████████████████████████. *See* A. Ray Ltr. re Thirteenth Subpoena Production, dated June 2, 2021. Microsoft reiterates its position that such documents are sufficient to respond to this request. Nevertheless, Microsoft's ST Proposal includes a search term for Request No. 8 which, when coupled with Microsoft's prior production, is sufficient to respond to this request.

o **Request No. 17:** Microsoft offered, collected and produced as a Go-and-Get document a ██████████████ responsive to this request. *See* A. Ray Ltr. re Thirteenth Subpoena Production, dated June 2, 2021. It is Microsoft's position that this document is sufficient to respond to this request. Nevertheless, Microsoft's ST proposal includes two search terms for Request No. 17 which, when coupled with Microsoft's prior production, is sufficient to respond to this request.

o **Request No. 23:** Microsoft collected and is currently processing as Go-and-Get documents investor presentation materials responsive to this request. ██████████████████ ███████████ Microsoft is currently conducting a non-custodial search to locate older documents.

---

[3] Microsoft anticipates responding to your letter of August 20, 2021 in full, but will note, as a preliminary matter, that Microsoft has offered and remains willing to provide Google with details concerning such agreements to the extent that information is relevant to the claims and defenses in this case.



Benjamin M. Greenblum, Esq.
August 21, 2021
Page 3

- o **Request No. 25, 30, 39 and 43:** Microsoft offered, collected and produced Go-and-Get materials responsive to these requests. *See* A. Ray Ltr. re Fifteenth Subpoena Production, dated June 17, 2021. To date, Google has not indicated that such documents are insufficient to respond to these requests, though that appears to be Google's position. *See* Letter from Benjamin M. Greenblum, Williams & Connelly LLP, to Caroline K. Simons, Orrick, Herrington & Sutcliffe LLP (July 6, 2021). Nevertheless, Microsoft has proposed search terms for Request Nos. 25, 30, 39 and 43 which, when coupled with Microsoft's prior production, is sufficient to respond to this request.

- o **Request Nos. 32 and 87:** Microsoft has collected and produced Go-and-Get materials responsive to these requests. *See* A. Ray Ltr. re Twenty-First Subpoena Production, dated July 22, 2021. These materials, together with numerous search strings included in Exhibit 1, are sufficient to respond to these requests.

- o **Request No. 51:** Microsoft collected and produced as Go-and-Get documents ███████ ████████████████ *See* A. Ray Ltr. re Sixteenth Subpoena Production, dated July 1, 2021. It is Microsoft's position that such documents are sufficient to respond to this request. Nevertheless, Microsoft has proposed a search term for Request No. 51 which, when coupled with Microsoft's prior production, is sufficient to respond to this request.

- o **Request No. 79:** Microsoft collected and produced custodial documents responsive to this request in response to the DOJ's Subpoena to Microsoft. Microsoft served a copy of this production on Google contemporaneous with its production to the DOJ. *See* A. Ray Ltr to DOJ re Seventh Subpoena Production, dated April 26, 2021. Nevertheless, Microsoft has proposed two search terms for Request No. 79 which, when coupled with Microsoft's prior production, is sufficient to respond to this request.

- o **Request No. 85:** Subject to its responses and objections, and without waiver thereof, Microsoft remains willing to meet and confer on the appropriate scope of production in response to this request.

The Proposals that are the subject of this letter are made without waiver of Microsoft's objections to the Subpoena. Without undertaking any responsibility to do so, Microsoft reserves the right to propose modifications and amendments to the Proposals, including following additional conferrals with Google, and to assert additional objections and limitations concerning the Subpoena at any time Microsoft may deem necessary. Microsoft designates this letter and Exhibit 1 attached hereto as Confidential pursuant to the Protective Orders entered in the above-captioned cases.

We look forward to continued discussions with you on these Proposals.



Benjamin M. Greenblum, Esq.
August 21, 2021
Page 4

Very truly yours,

Caroline Simons

EXHIBIT 1

**CONFIDENTIAL**

**Google RFPs 1, 40, 41**

| String Nos. | RFP Nos. | Permutation No. | Custodians | | Search Term[1] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated)[2] |
|---|---|---|---|---|---|---|---|
| | | | **Custodian** | **PLH** | | 28,258 | 30,985 |
| 1; 21 | 1, 40, 41 | N/A | | | | | |

[1] See Microsoft's July 21 proposal. In light of the terms in this search string, as well as the selected custodians, Microsoft proposes Google Subpoena request numbers 40 and 41 similarly be satisfied with this search string. Consistent with Microsoft's July 21 proposal, RFPs 40 and 41 should be grouped with RFP 1.
[2] For purposes of the entirety of this proposal, Microsoft has used an expansion rate of 1.0964894, which matches that of documents processed in the litigation to date. Microsoft notes, however, that it historically sees an expansion rate of 3.25, so the ultimate volume of documents may be significantly larger. For search strings that have already been processed, Microsoft has provided the actual, deduplicated parent-level hits and/or total deduplicated documents, if available.

CONFIDENTIAL

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | ██ | ██ | | |
| | | | ██ | ██ | | |
| | | | ████ | ██ | | |

| | | | Custodian | PLH | | | |
|---|---|---|---|---|---|---|---|
| 1; 21 | 1, 40, 41 | N/A | ███ | █ | ████████████ | 5,701 | 6,251 |

**CONFIDENTIAL**

| | | | Custodian | PLH | | | |
|---|---|---|---|---|---|---|---|
| 1; 21 | 1, 40, 41 | N/A | | | | 34,173 | 37,470 |

**CONFIDENTIAL**

**Google RFPs 2, 33**

| String Nos. | RFP Nos. | Permutation No. | Custodians | | Search Term[3] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | | |
| 2; 19 | 2, 33 | N/A | ███████ | █████ | ████████████████████████████████ ████████████████ | 6,215 | 6,815 |

---
[3] *See* Microsoft's July 21 proposal.

**CONFIDENTIAL**

| String Nos. | RFP Nos. | Permutation No. | Custodians | | Search Term[4] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 10 | Custodian | PLH | ██████████████████████ ████████████ | 59,783 | 65,551 |

---

[4] Microsoft is further accepting Google's proposed search string number 2, permutation number 10 in satisfaction of Google Subpoena request number 2.

CONFIDENTIAL

**Google RFPs 3, 31, 34, 35, 36**

| String No. | RFP Nos. | Permutation No. | Custodians | | Search String[5] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | 85,087 | 93, 297 |
| 3 | 3, 31, 34, 35, 36 | 5 | | | | | |

---

[5] Microsoft is accepting Google's proposed search string, permutation number 5, for RFPs 3, 31, 34 and 35 in satisfaction of Google Subpoena request numbers 3, 31, 34 and 35. In light of the terms in this search string, as well as the selected custodians, Microsoft proposes Google Subpoena request number 36 similarly be satisfied with this search string. Consistent with Microsoft's July 21 proposal, RFP 36 should be grouped with RFPs 3, 31, 34 and 35.

**CONFIDENTIAL**

Google RFP 4

| String No. | RFP Nos. | Permutation No. | Custodians | | Search Term[6] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | 2, 172 | 2,382 |
| 4 | 4 | N/A | ████ | ██ | ████████████████ ███████ | | |
| | | | | | ████████ | | |

---

[6] Microsoft is accepting Google's Exhibit C proposal for RFP 4 in satisfaction of Google Subpoena request number 4.   An * reflects custodians for whom this search string was previously run and from whom documents were collected.

**CONFIDENTIAL**

**Google RFPs 5, 6, 7, 9, 12, 13, 19, 53, 60**

| String No. | RFP Nos. | Permutation No. | Custodians | | Search Term[7] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | **Custodian** | **PLH** | | 16,523 | 18,117 |
| 5; 6; 28 | 6, 7, 9, 12, 13, 19, 53, 60 | N/A | ████ | | ████████████ | | |

---

[7] *See* Microsoft's July 21 proposal. In light of the terms in this search string, as well as the selected custodians, Microsoft proposes Google Subpoena request numbers 5, 6, 7, 9, 12, 13, 19, 53, and 60 be satisfied with this search string. Consistent with Microsoft's July 21 proposal, these RFPs should be grouped together.

**CONFIDENTIAL**

| | | | Custodians | | Search Term[8] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 5; 6; | 5, 7, 9, 12, 13, 19, 60 | N/A | Custodian | PLH | ███████████ | 5,354 | 5,871 |

| String No. | RFP Nos. | Permutation No. | Custodians | | Search Term[8] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 5 | 5, 6, 12 | 8 | Custodian | PLH | ███████████ | 69,689 | 76,413 |

---

[8] Microsoft is further accepting Google's proposed search string number 5, permutation number 8 in satisfaction of Google Subpoena request numbers 5, 6, and 12.

**CONFIDENTIAL**



| String No. | RFP Nos. | Permutation No. | Custodians | | Search Term[9] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 6 | 7, 9, 13 | 2 | Custodian | PLH | | 60,865 | 66,737 |

---

[9] Microsoft is further accepting Google's proposed search string number 6, permutation number 2 in satisfaction of Google Subpoena request numbers 7, 9, and 13.

**CONFIDENTIAL**

**Google RFP 8**

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[10] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 7 | 8 | 4 | Custodian | PLH | ███████████████████████ | 46,055 | 50,498 |
| | | | ███████ | █ | ██████████████ | | |
| | | | █████ | █ | | | |
| | | | ██████ | █ | | | |
| | | | ███████ | █ | | | |
| | | | ██████ | █ | | | |
| | | | █████ | | | | |
| | | | ██████ | █ | | | |
| | | | ███████ | █ | | | |
| | | | ██ | █ | | | |

---

[10] Microsoft is accepting Google's proposed search string, permutation number 4, for RFP 8 in satisfaction of Google Subpoena request number 8.

**CONFIDENTIAL**

**Google RFPs 10, 61**

| String No. | RFP Nos. | Permutation No. | Custodians | Search Term[11] | Parent-Level Hits (de-duplicated) | Total (de-duplicated) |
|---|---|---|---|---|---|---|
| 8 | 10, 61 | N/A | ████████ | ███████████████ | 362 | 1,036 |

| String No. | RFP Nos. | Permutation No. | Custodians | Search Term[12] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|
| 8 | 10, 61 | 4 | Custodian / PLH ██████ | ███████████████ | 49,579 | 54,363 |

[11] Microsoft proposed this search string in its July 21 proposal. Subsequent to submitting that proposal to Google, Microsoft has collected, processed, and reviewed non-privileged documents responsive to this search term. Microsoft anticipates producing such documents within the next week.

[12] Microsoft is accepting Google's proposed search string, permutation number 4, for RFPs 10 and 61, together with Microsoft's proposed search term of July 21, 2021 for RFPs 10 and 61, in satisfaction of Google Subpoena request numbers 10 and 61.

**CONFIDENTIAL**

<u>**Google RFP 11**</u>

| String No. | RFP Nos. | Permutation No. | Custodians | | Search Term[13] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 9 | 11 | N/A | Custodian ██████ | PLH ██ | ██████████████████ ████████████ | 1,052 | 1,153 |

---

[13] Microsoft is accepting Google's Exhibit C proposal for RFP 11 in satisfaction of Google Subpoena request number 11. An * reflects custodians for whom this search string was previously run and from whom documents were collected.

CONFIDENTIAL

**Google RFPs 14, 18, 20, 21, 22**

| String Nos. | RFP Nos. | Permutation No. | Custodians | | Search Term[14] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | | |
| 10; 13 | 14, 18, 20, 21, 22 | 5 | ███████ | ███ | ████████████████ | 49,558 | 54,340 |

---

[14] Microsoft is accepting Google's proposed search string, permutation number 5, for RFPs 14, 18, 20 and 21 in satisfaction of Google Subpoena request numbers 14, 18, 20 and 21. In light of the terms in this search string, as well as the selected custodians, Microsoft proposes Google Subpoena request number 22 similarly be satisfied with this search string. Consistent with Microsoft's July 21 proposal, RFP 22 should be grouped with RFPs 14, 18, 20 and 21.

**CONFIDENTIAL**

**Google RFPs 15, 16**

| String No. | RFP Nos. | Permutation No. | Custodians | | Search Term[15] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 11 | 15, 16 | 4 | **Custodian** ████ ████ ████ ████ ████ ████ ████ ████ ████ | **PLH** ██ ██ ██ ██ ██ ██ ██ ██ ██ | ███████████████ ███████ | 14,808 | 16,237 |

| String No. | RFP Nos. | Permutation No. | Custodians | Search Term[16] | Parent-Level Hits (de-duplicated) | Total (de-duplicated) |
|---|---|---|---|---|---|---|
| 11 | 15, 16 | N/A | ████████ | ███████████████ | 7,747 | 3,777 |

---

[15] Microsoft is accepting Google's proposed search string, permutation number 4, for RFPs 15 and 16 in satisfaction of Google Subpoena request numbers 15 and 16.

[16] Microsoft proposed this search string in its July 21 proposal. Subsequent to submitting that proposal to Google, Microsoft has collected, processed, and reviewed non-privileged documents responsive to this search term. Microsoft anticipates producing such documents within the next week.

**CONFIDENTIAL**

**Google RFP 17**

| String No. | RFP No. | Permutation No. | Custodians | Search Term[17] | Parent-Level Hits (de-duplicated) | Total (de-duplicated) |
|---|---|---|---|---|---|---|
| 12 | 17 | N/A | ██████ | ██████████ | 6,968 | 17,733 |

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[18] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | | |
| 12 | 17 | 3 | ██████ | ██ | ██████████ | 3,897 | 4,273 |

---

[17] Microsoft agreed to Google's search string as originally drafted for RFP 17 with respect to the custodians listed for RFP 17 in Microsoft's proposal of July 21.  Subsequent to submitting that proposal to Google, Microsoft has collected, processed, and reviewed non-privileged documents responsive to this search term. Microsoft anticipates producing such documents within the next week.

[18] Microsoft is accepting Google's proposed search string, permutation number 3, for RFP 17, together with Microsoft's proposal of July 21, 2021 for RFP 17, in satisfaction of Google Subpoena request number 17.

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | ███ | | █ | | | |
| | | | ████ | | █ | | | |
| | | | ████ | | █ | | | |
| | | | █████ | | █ | | | |
| | | | ████ | | █ | | | |
| | | | ███ | | █ | | | |
| | | | ███ | | █ | | | |

**CONFIDENTIAL**

**Google RFPs 22, 96**

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[19] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | | | | 5,108 | 5,601 |
| 13 | 22, 96 | 5 | **Custodian** | **PLH** | ███████████████ | | |

---

[19] Microsoft is accepting Google's proposed search string number 13, permutation number 5 in satisfaction of Google Subpoena request number 96 and in further satisfaction of Google Subpoena request 22.

CONFIDENTIAL

**Google RFP 24**

| String No. | RFP No. | Permutation No. | Custodians | Search Term[20] | Parent-Level Hits (de-duplicated) | Total (de-duplicated) |
|---|---|---|---|---|---|---|
| 15 | 24 | N/A | ███████ | ████████████ | 27,332 | 71, 501 |

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[21] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | 44,966 | 49,305 |
| 15 | 24 | 8 | ███████ | ███ | ████████████ | | |

---

[20] Microsoft proposed this search string in its July 21 proposal. Subsequent to submitting that proposal to Google, Microsoft has collected, processed, and reviewed non-privileged documents responsive to this search term. Microsoft anticipates producing such documents within the next week.

[21] Microsoft is accepting Google's proposed search string, permutation number 8, for RFP 24, together with Microsoft's proposed search term of July 21, 2021 for RFP 24, in satisfaction of Google Subpoena request number 24.

**CONFIDENTIAL**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | ███████ | | █ | | |
| | | | ██████ | | █ | | |
| | | | ████ | | █ | | |

**CONFIDENTIAL**

**Google RFPs 25, 26, 29, 30, 67, 76, 88**

| String No. | RFP Nos. | Permutation No. | Custodians | Search Term[22] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|
| 16 | 25, 29, 30, 76 | N/A | ██████ | ██████████ | 3,477 | 3,812 |

---

[22] *See* Microsoft's July 21 proposal.

CONFIDENTIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | 26, 67, 88 | N/A | | | | 17,632 | 19,333 |

**CONFIDENTIAL**

**Google RFPs 27, 37, 38**

| String No. | RFP Nos. | | Custodians | Search Term[23] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|
| 17 | 27, 37, 38 | N/A | | | 3,298 | 3,616 |

---

[23] *See* Microsoft's July 21 proposal.

**CONFIDENTIAL**

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[24] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 17 | 27, 37, 38 | 5 | | | | 54,662 | 59,936 |

| Custodian | PLH |
|---|---|
| ■■■ | ■ |
| ■■ | ■ |
| ■■ | ■ |
| ■■ | ■ |
| ■■ | ■ |
| ■■ | ■ |
| ■■ | ■ |
| ■ | ■ |
| ■■ | ■ |
| ■ | ■ |
| ■■ | ■ |
| ■■ | ■ |
| ■■ | ■ |
| ■■■ | ■ |
| ■■ | ■ |
| ■■ | ■ |
| ■■■ | ■ |
| ■■ | ■ |
| ■■■ | ■ |
| ■■■ | ■ |
| ■■■ | ■ |

---

[24] Microsoft is further accepting Google's proposed search string number 17, permutation number 5 in satisfaction of Google Subpoena request numbers 27, 37, and 38.

**CONFIDENTIAL**

**Google RFP 28**

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[25] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 18 | 28 | 2 | Custodian | PLH | ███████████████ | 47,496 | 52,078 |

---

[25] Microsoft is accepting Google's proposed search string number 18, permutation number 3 in satisfaction of Google Subpoena request number 28.

**CONFIDENTIAL**

**Google RFP 39**

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[26] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 20 | 39 | 1 | Custodian | PLH | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉ | 14,903 | 16,341 |

---

[26] Microsoft is accepting Google's proposed search string number 20, permutation number 1 in satisfaction of Google Subpoena request number 39.

**CONFIDENTIAL**

**Google RFPs 42, 43**

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[27] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 22 | 42, 43 | 4 | Custodian ████ | PLH ██ | ████████████████ | 50,392 | 55,254 |

---

[27] Microsoft is accepting Google's proposed search string number 22, permutation number 4 in satisfaction of Google Subpoena request numbers 42 and 43.

CONFIDENTIAL

**Google RFPs 44, 62, 89, 98, 102**

| String Nos. | RFP Nos. | Permutation No. | Custodians | Search Term[28] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|
| 23 | 44, 62, 89, 98, 102, | N/A |  | | 75,920 | 83,245 |

---

[28] *See* Microsoft's July 21 proposal. In light of the terms in this search string, as well as the selected custodians, Microsoft proposes Google Subpoena request numbers 62, 89, and 102 similarly be satisfied with this search string. Consistent with Microsoft's July 21 proposal, RFPs 62, 89, and 102 should be grouped with RFPs 44 and 98.

**CONFIDENTIAL**

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[29] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | | |
| 23 | 44, 98 | 4 | ██████████ | ██ | ████████████████████████ | 7,563 | 8,293 |

---

[29] Microsoft is accepting Google's proposed search string number 23, permutation number 4 in further satisfaction of Google Subpoena request numbers 44 and 98.

**CONFIDENTIAL**

<u>Google RFPs 45, 64</u>

| String No. | RFP Nos. | Permutation No. | Custodians | Search Term[30] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|
| 24 | 45, 64 | 2 | | | 15,628 | 17,136 |

---

[30] Microsoft is accepting Google's Exhibit C proposal for RFPs 45 and 64 in satisfaction of Google Subpoena request numbers 45 and 64.

**CONFIDENTIAL**

<u>**Google RFP 46**</u>

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[31] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 25 | 46 | 7 | Custodian | PLH | ████████████████████████ | 55,859 | 61,249 |

---

[31] Microsoft is accepting Google's proposed search string number 25, permutation number 7 in satisfaction of Google Subpoena request number 46.

**CONFIDENTIAL**

**Google RFPs 47, 48**

| String No. | RFP Nos. | Permutation No. | Microsoft's Proposed Custodians | | Microsoft's Proposed Search Term[32] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 26 | 47, 48 | N/A | Custodian | PLH | | 6,842 | 7,502 |

---

[32] *See* Microsoft's July 21 proposal. In light of the terms in this search string, as well as the selected custodians, Microsoft proposes Google Subpoena request number 47 similarly be satisfied with this search string. Consistent with Microsoft's July 21 proposal, RFP 47 should be grouped with RFP 48.

CONFIDENTIAL

| String No. | RFP Nos. | Permutation No. | Custodians | | Search Term[33] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 26; N/A | 48 | 5 | Custodian | PLH | | 47,498 | 52,081 |

---

[33] Microsoft is further accepting Google's proposed search string number 26, permutation number 5 in satisfaction of Google Subpoena request number 48. In light of the terms in this search string, as well as the selected custodians, Microsoft proposes Google Subpoena request number 47 similarly be satisfied with this search string.

**CONFIDENTIAL**

**Google RFPs 49, 50, 59**

| String No. | RFP Nos. | Permutation No. | Custodians | | Search Term[34] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | 39,380 | 43,180 |
| 27 | 49, 50, 59 | N/A | ██████ | ██ | ████████████████ | | |

---

34 Microsoft is accepting Google's proposed search string for RFPs 49, 50, and 59 as drafted in Google's May 27 proposal in satisfaction of Google Subpoena request numbers 49, 50 and 59.

**CONFIDENTIAL**

**Google RFP 51, 53**

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[35] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | | |
| 28 | 51, 53 | 3 | ███ | ███ | ███████████████ | 14,378 | 15,765 |

[35] Microsoft is accepting Google's proposed search string number 28, permutation number 3 in satisfaction of Google Subpoena request number 51 and in further satisfaction of Google Subpoena request number 53.

**CONFIDENTIAL**

**Google RFPs 52, 54**

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[36] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | | |
| 29 | 52, 54 | 5 | ███████ | ███ | ████████████████████ | 19,021 | 20,856 |

---

[36] Microsoft is accepting Google's proposed search string number 29, permutation number 5 in satisfaction of Google Subpoena request numbers 52 and 54.

**CONFIDENTIAL**

**Google RFPs 55, 56, 57, 58**

| String No. | RFP Nos. | Permutation No. | Custodians | | Search Term[37] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | | |
| 30 | 55, 56, 57, 58 | N/A | ▮▮▮▮▮ | ▮ | ▮▮▮▮▮ | 26,783 | 29,367 |

---

[37] Microsoft is accepting Google's proposed search string for RFPs 55. 56. 57, and 58 as drafted in Google's May 27 proposal in satisfaction of Google Subpoena request numbers 55, 56, 57, and 58.

**CONFIDENTIAL**

**Google RFP 63**

| String No. | RFP Nos. | Permutation No. | Custodians | Search Term[38] | Parent-Level Hits (de-duplicated) | Total (de-duplicated) |
|---|---|---|---|---|---|---|
| 31 | 63 | N/A | █████████ | ██████████████████ | 147 | 428 |

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[39] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | | |
| 31 | 63 | 4 | █████████ | ██ | ██████████████████ | 2,709 | 2,970 |

---

[38] Microsoft proposed this search string in its July 21 proposal. Subsequent to submitting that proposal to Google, Microsoft has collected, processed, and reviewed non-privileged documents responsive to this search term. Microsoft anticipates producing such documents within the next week.

[39] Microsoft is accepting Google's proposed search string number 31, permutation number 4 in further satisfaction of Google Subpoena request number 63.

**CONFIDENTIAL**

Google RFPs 65, 66

| String No. | RFP Nos. | Permutation No. | Custodians | | Search Term[40] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | | |
| 32 | 65, 66 | N/A | ▮▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮ | 11,874 | 13,020 |

[40] Microsoft is accepting Google's proposed search string for RFPs 65 and 66 as drafted in Google's May 27 proposal in satisfaction of Google Subpoena request numbers 65 and 66.

**CONFIDENTIAL**

<u>Google RFPs 68, 69, 70, 71, 72, 73, 74, 75</u>



| String Nos. | RFP Nos. | Permutation No. | Custodians | | Search Term[41] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | 93,178 | 102,169 |
| 33; 34; 35 | 68, 69, 70, 71, 72, 73, 74, 75 | N/A | | | | | |

---

[41] *See* Microsoft's July 21 proposal. In light of the terms in this search string, as well as the selected custodians, Microsoft proposes Google Subpoena request numbers 68, 69, 70, 71, 72, 73, 74, and 75 be satisfied with this search string. Consistent with Microsoft's July 21 proposal, these RFPs should be grouped.

CONFIDENTIAL

**Google RFPs 78, 79**

| String No. | RFP Nos. | Permutation No. | Custodians | Search Term[42] | Parent-Level Hits (de-duplicated) | Total (de-duplicated) |
|---|---|---|---|---|---|---|
| 36 | 78, 79 | N/A | ████ | ████████████████████ ████████████ | 306 | 346 |

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[43] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | | |
| 36 | 79 | 1 | ████████ | | ████████████████████ ██████████ | 2,800 | 3,070 |

---

[42] Microsoft proposed this search string in its July 21 proposal. Subsequent to submitting that proposal to Google, Microsoft has collected, processed, and reviewed non-privileged documents responsive to this search term. Microsoft anticipates producing such documents within the next week.

[43] Microsoft is accepting Google's Exhibit C proposal for string number 36, permutation number 1 in satisfaction of Google Subpoena request number 79. In light of the terms in this search string, as well as the selected custodians, Microsoft proposes Google Subpoena request number 78 be similarly satisfied by this search string. Consistent with Microsoft's July 21 proposal, these RFPs should be grouped. Microsoft reserves all rights with respect to RFP 79.

**CONFIDENTIAL**

**Google RFP 80**

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[44] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| | | | Custodian | PLH | | | |
| 37 | 80 | N/A | ███████████ | ████ | ██████████████████████ ████████████ | 1,041 | 1,141 |

[44] Microsoft is accepting Google's Exhibit C proposal for search string number 37 in satisfaction of Google Subpoena request number 80. An * reflects custodians for whom this search string was previously run and from whom documents were collected.

**CONFIDENTIAL**

**Google RFPs 81, 82, 83, 84**

| String No. | RFP Nos. | Permutation No. | Custodians | Search Term[45] | Parent-Level Hits (de-duplicated) | Total (de-duplicated) |
|---|---|---|---|---|---|---|
| 38 | 81, 82, 83, 84 | N/A | ██████ | ████████████████████████ | 13,493 | 23,307 |

---

[45] Microsoft proposed this search string in its July 21 proposal. Subsequent to submitting that proposal to Google, Microsoft has collected, processed, and reviewed non-privileged documents responsive to this search term. Microsoft anticipates producing such documents within the next week.

CONFIDENTIAL

**Google RFP 86**

| String No. | RFP Nos. | Permutation No. | Custodians | Search Term[46] | Parent-Level Hits (de-duplicated) | Total (de-duplicated) |
|---|---|---|---|---|---|---|
| 39 | 86 | N/A | ███ | ███████ | 321 | 693 |

| String No. | RFP No. | Permutation No. | Custodians | Search Term[47] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|
| 39 | 86 | 3 | Custodian / PLH ███ | ███████ | 24,822 | 27,217 |

---

[46] Microsoft proposed this search string in its July 21 proposal. Subsequent to submitting that proposal to Google, Microsoft has collected, processed, and reviewed non-privileged documents responsive to this search term. Microsoft anticipates producing such documents within the next week.

[47] Microsoft is accepting Google's proposed search string number 39, permutation number 3 in further satisfaction of Google Subpoena request number 86.

**CONFIDENTIAL**

**Google RFP 90, 91**

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[48] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 40 | 90, 91 | 5 | Custodian / PLH ██████ | | ████████████████ ████ | 30,616 | 33,570 |

---

[48] Microsoft is accepting Google's proposed search string number 40, permutation number 5 in satisfaction of Google Subpoena request numbers 90 and 91.

**CONFIDENTIAL**

**Google RFP 92**

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[49] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 41 | 92 | 1 | Custodian | PLH | ████████████████ | 9,505 | 10,422 |

---

[49] Microsoft is accepting Google's proposed search string number 41, permutation number 1 in satisfaction of Google Subpoena request number 92.

**CONFIDENTIAL**

**Google RFPs 93, 94, 95, 97, 99, 100, 101, 104**

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[50] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 42 | 93, 94, 95, 97, 99, 100, 101, 104 | 2 | Custodian | PLH | ███████ | 11,700 | 12,829 |

---

[50] Microsoft is accepting Google's Exhibit C proposal for search string number 42, permutation number 2 in satisfaction of Google Subpoena request numbers 93, 94, 95, 97, 99, 100, 101, and 104.

**CONFIDENTIAL**

**Google RFP 103**

| String No. | RFP No. | Permutation No. | Custodians | | Search Term[51] | Parent-Level Hits (non-deduplicated) | Total (non-deduplicated) |
|---|---|---|---|---|---|---|---|
| 43 | 103 | N/A | Custodian | PLH | ██████████████████████████ ████████████ | 213 | 234 |

[51] Microsoft is accepting Google's Exhibit C proposal for search string number 43 in satisfaction of Google Subpoena request number 103. An * reflects custodians for whom this search string was previously run and from whom documents were collected.

**Google/Microsoft: Disputed Search Strings as of August 27, 2021**

| String No. | RFP No. | Proposing Company | Search Terms | Custodians | Total Volume |
|---|---|---|---|---|---|
| 1 | 1 | Google | | | **441,724** |
| | | Microsoft | | | **187,743** |

**Google/Microsoft: Disputed Search Strings as of August 27, 2021**

| Proposing Company | String No. | RFP No. | Search Terms | Custodians | Total Volume |
|---|---|---|---|---|---|
| Google | | | | | **188,698** |
| Microsoft | 2 | 2 | | | **131,164** |



**Google/Microsoft: Disputed Search Strings as of August 27, 2021**

| Proposing Company | String No. | RFP No. | Search Terms | Custodians | Total Volume |
|---|---|---|---|---|---|
| Google | 5 | 5, 6, 12 | | | 257,011 |
| Microsoft | | | | | 150,425 |



**Google/Microsoft: Disputed Search Strings as of August 27, 2021**



**Google/Microsoft: Disputed Search Strings as of August 27, 2021**

| Proposing Company | String No. | RFP No. | Search Terms | Custodians | Total Volume |
|---|---|---|---|---|---|
| Google | 14 | 23 | ██████████████████ | ████████ | 8,349 |
| Microsoft | | | N/A – Microsoft has proposed Go-and-Get documents | | 0 |

### Google/Microsoft: Disputed Search Strings as of August 27, 2021

| Proposing Company | String No. | RFP No. | Search Terms | Custodians | Total Volume |
|---|---|---|---|---|---|
| Google | 15 | 24 | | | 177,049 |
| Microsoft | | | | | 114,265 |



**Google/Microsoft: Disputed Search Strings as of August 27, 2021**

| Proposing Company | String No. | RFP No. | Search Terms | Custodians | Total Volume |
|---|---|---|---|---|---|
| Google | 16 | 25, 26, 29, 30, 67, 76 | | | **392,497** |



**Google/Microsoft: Disputed Search Strings as of August 27, 2021**



| | | | | | Microsoft | | | | | 312,612 |

**Google/Microsoft: Disputed Search Strings as of August 27, 2021**

| Proposing Company | String No. | RFP No. | Search Terms | Custodians | Total Volume |
|---|---|---|---|---|---|
| Google | 21 | 40, 41 | ███████████ | ███████████ | 557,152 |
| Microsoft | | | ███████████ | | 427,110 |

**Google/Microsoft: Disputed Search Strings as of August 27, 2021**

| Proposing Company | String No. | RFP No. | Search Terms | Custodians | Total Volume |
|---|---|---|---|---|---|
| Google | 38 | 81, 82, 83, 84 | | | 308,524 |
| Microsoft | | | | | 62,944 |

**Google/Microsoft: Disputed Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**

| String No. | RFP No. | Search Terms | Date Range | Custodians |
|---|---|---|---|---|
| 3 | 3, 31, 34, 35 | | | |
| 4 | 4 | | | |



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



| | | | | |
|---|---|---|---|---|
| 19 | 33 | | | |

**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



| 20 | 39 | | | |
|----|----|--|--|--|

**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



| 29 | 52, 54 | | | |
| 30 | 55, 56, 57, 58 | | | |

**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



| | | | | |
|---|---|---|---|---|
| 39 | 86 | | | |
| 40 | 90, 91 | | | |

**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**



| | | | | |
|---|---|---|---|---|
| 43 | 103 | | | |

**Google/Microsoft: Agreed Upon Search Strings as of August 27, 2021**

| 44 | RFP 1 of Google's July 19, 2021 Subpoena |  | | |