# Exhibit 2

```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )   CV No. 20-3010
     vs.                           )   Washington, D.C.
                                   )   February 25, 2021
GOOGLE LLC,                        )   11:00 a.m.
                                   )
          Defendant.               )
_____)


                      TRANSCRIPT OF
        STATUS CONFERENCE VIA TELECONFERENCE PROCEEDINGS
              BEFORE THE HONORABLE AMIT P. MEHTA
                 UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:           Kenneth M. Dintzer
                              U.S. DEPARTMENT OF JUSTICE
                              1100 L Street, NW
                              Washington, D.C.
                              (202) 307-0340
                              Email:
                              kenneth.dintzer2@usdoj.gov

For Plaintiff
State of Colorado:            Jonathan B. Sallet
                              COLORADO DEPARTMENT OF LAW
                              Consumer Protection Section,
                              Antitrust Unit
                              Ralph L. Carr Colorado
                              Judicial Center
                              2 E 14th Avenue,
                              Suite 700
                              Denver, CO 80203
                              720-508-6000
                              Email: jon.sallet@coag.gov
```

```
APPEARANCES CONTINUED:

For the Defendant:         John E. Schmidtlein
                           WILLIAMS & CONNOLLY LLP
                           725 12th St., NW
                           Washington, D.C. 20005
                           (202) 434-5000
                           Email: jschmidtlein@wc.com

Court Reporter:            William P. Zaremba
                           Registered Merit Reporter
                           Certified Realtime Reporter
                           Official Court Reporter
                           E. Barrett Prettyman CH
                           333 Constitution Avenue, NW
                           Washington, D.C. 20001
                           (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

1  I mean, facially, that's just falling short.  And so they
2  need to go back and provide us with a set of -- quickly so
3  that it doesn't create a delay -- of realistic search terms
4  so that these can be negotiated and agreed upon as quickly
5  as possible.
6           So they need to identify them spec by spec so we
7  can apply them and work with them.  And if that means, you
8  know, jettisoning all of the RFP 1 key terms so that they
9  produce realistic ones that match these -- then I understand
10 the Court isn't really interested in us pursuing RFP 1, and
11 I understand that, so we'll put that aside.  But we need RFP
12 2 to be done as quickly as possible, we are two months in
13 now, and that's what we have right now.
14          MR. SCHMIDTLEIN:  Your Honor --
15          THE COURT:  Yes.
16          MR. SCHMIDTLEIN:  May I just briefly respond?
17          THE COURT:  Sure.
18          MR. SCHMIDTLEIN:  Mr. Dintzer talks as if the
19 investigation and the lawsuit are, like, night and day; that
20 they are -- that the poor DOJ is sitting here in February of
21 2021 without any idea of how to locate relevant Google
22 documents.
23          They have 2.1 million documents that we produced
24 to them during the investigation.  Your Honor, I know, has
25 reviewed or at least taken a perusal of the 77 requests that

1  are included in the second request for production.
2             The notion that, like, the search terms that were
3  used for the investigation, just throw them out the window
4  and start from scratch because they don't have anything to
5  do with the second set which are chasing something
6  completely different is what I'm hearing, is ludicrous.
7             Now, if they want to start from scratch, this
8  process is going to take a very, very long time.  We thought
9  that the way to move this forward and to expedite this
10 process was to build on all of that work.  If they want to
11 scratch that and start from scratch, is what I'm hearing,
12 then this is going to take much longer.  But what we have
13 done is to take that learning, to take the things we've
14 already negotiated over and try to leverage that in a
15 sensible way.
16            We are prepared to meet and confer with them and
17 to identify other things.  But for them to sit here, after
18 having all of the documents, all the information that they
19 have -- they're not like a plaintiff who's just starting a
20 private lawsuit never having seen anything.  They've had
21 massive pre-complaint discovery.  And for them to sit here
22 and issue a massive second request and say, Google, you
23 should just start from scratch and begin producing
24 everything out of the heavens is not reasonable.
25            We will, of course, meet and confer and try to

1  find a path forward.  But what I'm hearing is really
2  inefficient and not productive, from our perspective.
3              MR. DINTZER:  Your Honor, if we could be heard on
4  this, just because he's raised something that's different
5  and I would really like to address it.
6              THE COURT:  Quickly, Mr. Dintzer, because I do
7  want to move forward here.
8              Go ahead.
9              MR. DINTZER:  Sure.
10             There are areas that we have sued on that we did
11 not get documents in, and I don't hear them denying that.
12             In the *Sysco* case, which the defendant cited
13 repeatedly during the protective-order phase, this Court
14 acknowledged -- analyzed that the two parties produced
15 14.8 million documents in months.  So for Google to complain
16 about 2 million documents that we've already received, and
17 that was a much simpler case, Your Honor, that's a drop in
18 the ocean of the types of documents and the type of
19 productions in a case of this size and this complexity.  And
20 that was going to be two months, 14.8 million documents.
21             So it's both them saying that there's no way that
22 they could start from first -- their duty under the document
23 requests that we sent them is to provide all non-privileged,
24 relevant documents, all of them.  And nothing gives them a
25 pass on that duty.