# Exhibit 3



TX-OAG-0000000005



– 2 –

CONFIDENTIAL



– 3 –

CONFIDENTIAL

TX-OAG-0000000007



– 4 –

CONFIDENTIAL

TX-OAG-0000000008



– 5 –

CONFIDENTIAL

TX-OAG-0000000009



– 6 –

CONFIDENTIAL

TX-OAG-0000000010



– 7 –

CONFIDENTIAL

TX-OAG-0000000011



– 8 –

CONFIDENTIAL

TX-OAG-0000000012



– 9 –

CONFIDENTIAL

TX-OAG-0000000013



– 10 –

CONFIDENTIAL

TX-OAG-0000000014



– 11 –

CONFIDENTIAL



CONFIDENTIAL