# Exhibit 5

# Exhibit D

I.      **String 1**

With respect to String 1, Google proposes Permutation 6 / Group C[1] to satisfy Microsoft's custodial collection obligations with respect to RFP 1.

RFP 1 seeks "[a]ll documents that relate to Microsoft's strategic or business plans regarding search engines, search access points, and search advertising."  Google's proposed search term therefore calls for all documents that contain the words ███████████████████████ ████████; within three words—a narrow proximity connector—of either (1) descriptions of such business areas (e.g. ██████████████████████████████████), or (2) specific references to Microsoft's products in such business areas (e.g., ███████████████████████████).  The scope of the search terms is commensurate with the scope of the RFP, and reflects the breadth of the allegations within the complaint that implicate Microsoft.

Microsoft's three proposed search strings are unduly narrow.

Preliminarily, Microsoft's proposed search strings are strikingly similar to each other, and it is nearly certain that the duplication rate between the three search strings are extremely high.  For example, the first string is entirely included within the third string, with the sole exception that the first string contains one term ██████████████████████ among 16 total terms, that the third string does not have.  And the second string is entirely identical to the first string for the first 12 of 15 total terms.

Additionally, the first part of all three strings are █████████████████████████████████ ████████████████████████████████████████████████████████████████████ In other words, all three strings require, at a minimum, that the document contains the words ████████████████████████████████████████████████████████████████████████ ███████████████████████████ Critical words, including, for example, ██████████ █████████████████████████████" are missing.  As drafted, Microsoft's search strings would exclude documents discussing ██████████████████████████████████████████████ ████████████████—and as such plainly are deficient.

Microsoft's three strings also require the documents to contain additional words (many of which are precise terms, for example, ██████████████████████████████████████████████ that are further restricted to a small subset of the topics relevant to this case.  These additional words should be deleted in light of the breadth of Plaintiffs' allegations relating to Microsoft.

---

[1] To the extent a Custodian Group referenced in this Exhibit was supplemented by Google on August 16 with additional custodians, Google's proposals in this Exhibit are intended to include such additional custodians.

Google therefore proposes Permutation 6 / Group C to satisfy Microsoft's custodial collection obligations with respect to RFP 1.[2]

## II.     String 2

With respect to String 2, Google proposes Permutation 2 / Group C to satisfy Microsoft's custodial collection obligations with respect to RFP 2.

RFP 2 seeks "[a]ll documents that reflect the cost of or investment in any Microsoft search engine, browser, voice assistant, other innovation or application with search functionality, or mobile OS, as well as documents regarding decisions to invest in those products."  Google's proposed search terms therefore call for all documents containing the words ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ within proximity of these business areas or Microsoft's products in these business areas.



Microsoft's July 21 proposal is unduly narrow.  Among its many deficiencies, the only business areas or products it references are ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮—two old names of Bing that ceased to be used as early as 2009.  That essentially excludes all documents relevant to Bing, not to mention to Microsoft's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Microsoft's July 21 proposal then contains the further limitation that such documents be related to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ etc.  These further limitations are unjustified.

Google notes that Microsoft also accepts Permutation 10 as a search string it would run.[3]  In light of the importance of this RFP to Plaintiffs' allegations, and the way the terms can be expected to be used in business settings, Google believes a proximity connector of "within 10" is more appropriate than "within 3," and therefore proposes Permutation 2 / Group C.[4]

## III.     String 3

Google notes Microsoft's acceptance of Permutation 5 / Group B to satisfy Microsoft's custodial collection obligations with respect to RFPs 3, 31, 34, and 35.

---

[2] For reasons discussed below, *see infra* String 21, Google also declines Microsoft's proposal of these three strings to satisfy Microsoft's custodial collection obligation with respect to RFPs 40 and 41.

[3] We note that though Microsoft purports to accept Permutation 10 in the "Permutation No." field and in the footnote, and provides hit counts that correspond to those of Permutation 10, the "Search Term" field contains a search string that is identical to Microsoft's July 21 proposal. We assume that is a clerical error.

[4] For reasons discussed below, *see infra* String 19, Google also declines Microsoft's July 21 proposal to satisfy Microsoft's custodial collection obligation with respect to RFP 33.

## IV.    String 4

Google notes Microsoft's acceptance of the original string[5] / Group B to satisfy Microsoft's custodial collection obligations with respect to RFP 4.

## V.    String 5

With respect to String 5, Google proposes Permutation 3 / Group C to satisfy Microsoft's custodial collection obligations with respect to RFPs 5, 6, and 12.

We note that Microsoft accepts Permutation 8 as a search string it would run.  In light of the importance of this RFP to Plaintiffs' allegations, and the way the terms can be expected to be used in business settings, Google believes a proximity connector of "within 15" is more appropriate than "within 5," and therefore proposes Permutation 3 / Group C.

## VI.    String 6

With respect to String 6, Google proposes Permutation 3 / Group C to satisfy Microsoft's custodial collection obligations with respect to RFPs 7, 9, and 13.

We note that Microsoft accepts Permutation 2 as a search string it would run.  In light of the importance of this RFP to Plaintiffs' allegations, and the way the terms can be expected to be used in business settings, Google believes a proximity connector of "within 20" is more appropriate than "within 10," and therefore proposes Permutation 3 / Group C.

## VII.    String 7

With respect to String 7, Google proposes Permutation 2 / Group B to satisfy Microsoft's custodial collection obligations with respect to RFP 8.

We note that Microsoft accepts Permutation 4 as a search string it would run.  In light of the importance of this RFP to Plaintiffs' allegations, and the way the terms can be expected to be used in business settings, Google believes a proximity connector of "within 5" is more appropriate than "within 3," and therefore proposes Permutation 2 / Group B.

## VIII.  String 8

With respect to String 8, Google proposes Permutation 1 / Group C to satisfy Microsoft's custodial collection obligations with respect to RFPs 10 and 61.

We note that Microsoft accepts Permutation 4 as a search string it would run.  In light of the importance of this RFP to Plaintiffs' allegations, and the way the terms can be expected to be used in business settings, Google believes proximity connectors of "within 10" and "within 20"

---

[5] References herein to the "original string" refer, as applicable, to those strings proposed in our letter of May 27, 2021.

are more appropriate than "within 5" and "within 8," and therefore proposes Permutation 1 / Group C.

**IX.     String 9**

Google notes Microsoft's acceptance of the original string / Group B to satisfy Microsoft's custodial collection obligations with respect to RFP 11.

**X.     String 10**

With respect to String 10, Google proposes Permutation 2 / Group B to satisfy Microsoft's custodial collection obligations with respect to RFPs 14, 18, 20, and 21.

We note that Microsoft accepts Permutation 5 as a search string it would run.  In light of the importance of this RFP to Plaintiffs' allegations, and the way the terms can be expected to be used in business settings, Google believes proximity connectors of "within 15" are more appropriate than "within 5," and therefore proposes Permutation 2 / Group B.

**XI.     String 11**

With respect to String 11, Google proposes Permutation 4 / Group B to satisfy Microsoft's custodial collection obligations with respect to RFPs 15 and 16.

We note that Microsoft accepts Permutation 4, but excludes from Group B ███████████
████████████████████████  Microsoft provided no explanation for the exclusion of these custodians, and Google does not agree to their exclusion.

**XII.   String 12**

With respect to String 12, Google proposes Permutation 1 / Group B to satisfy Microsoft's custodial collection obligations with respect to RFP 17.

We note that Microsoft accepts Permutation 3 as a search string it would run.  In light of the importance of this RFP to Plaintiffs' allegations, and the way the terms can be expected to be used in business settings, Google believes that ██████████, which Microsoft itself proposed on July 21, is more appropriate than ██████████ and therefore proposes Permutation 1 / Group B.

**XIII.  String 13**

Google notes Microsoft's acceptance of Permutation 5 / Group C to satisfy Microsoft's custodial collection obligations with respect to RFPs 22 and 96.

**XIV.  String 14**

Google notes that Microsoft does not provide a search string for RFP 23, which String 14 covers. Google does not agree that this request can be addressed through purely non-custodial sources.

Google proposes the original string / Group B to satisfy Microsoft's custodial collection obligations with respect to RFP 23.

## XV.   String 15

With respect to String 15, Google proposes Permutation 3 / Group B to satisfy Microsoft's custodial collection obligations with respect to RFP 24.

We note that Microsoft accepts Permutation 8 as a search string it would run.  In light of the importance of this RFP to Plaintiffs' allegations, and the way the terms can be expected to be used in business settings, Google believes proximity connectors of "within 20" are more appropriate than "within 5," and therefore proposes Permutation 3 / Group B.

## XVI.   String 16

With respect to String 16, Google proposes Permutation 5 / Group C to satisfy Microsoft's custodial collection obligations with respect to RFPs 25, 26, 29, 30, 67 and 76.

Microsoft identified two strings from its July 21 proposal to satisfy its obligations for RFPs 25, 26, 29, 30, 67 and 76.  These two strings are unduly narrow.  By way of example:

- RFP 25 seeks "[a]ll documents that relate to any analyses or experiments concerning the quality or performance of Google or the quality of performance of Bing."  Microsoft's strings do not allow for that – instead, inclusion of a ▮▮▮▮▮▮▮▮▮▮▮▮ limiter would exclude any Microsoft analysis of Bing's quality or Google's quality without reference to each other.

- RFP 29 seeks "[a]ll documents regarding the quality and performance of Internet Explorer and Edge, including comparisons to the quality of Chrome and/or other browsers."  Microsoft's strings do not even mention ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ or any browser or indeed the term ▮▮▮▮▮ itself.

- The two strings exclude any reference to "Bing it on," despite that as Microsoft has publicly stated on its blog, "Bing It On Challenge is an online tool that makes it easy for you to compare Bing and Google's web search results."

Google therefore proposes Permutation 5 / Group C to satisfy Microsoft's custodial collection obligations with respect to RFPs 25, 26, 29, 30, 67, and 76.

## XVII.  String 17

With respect to String 17, Google proposes Permutation 4 / Group C to satisfy Microsoft's custodial collection obligations with respect to RFPs 27, 37, and 38.

We note that Microsoft accepts Permutation 5 as a search string it would run.  In light of the importance of this RFP to Plaintiffs' allegations, and the way the terms can be expected to be

used in business settings, Google believes proximity connectors of "within 15" are more appropriate than "within 10," and therefore proposes Permutation 4 / Group C.

## XVIII. String 18

Google notes Microsoft's acceptance of Permutation 3 / Group B to satisfy Microsoft's custodial collection obligations with respect to RFP 28.[6]

## XIX.    String 19

With respect to String 19, Google proposes Permutation 4 / Group B to satisfy Microsoft's custodial collection obligations with respect to RFP 33.

We note that Microsoft alleges that its July 21 proposal for String 2 would also cover String 19. That is plainly erroneous because RFP 33 (corresponding to String 19) seeks "[a]ll documents that relate to the possible or actual launch of a search service or search advertising services *by a third party*;" yet Microsoft's proposals for String 2 only mentions ███████████████ ██████ which are Microsoft's own search products that have been defunct since 2009.

## XX.    String 20

Google notes Microsoft's acceptance of Permutation 1 / Group B to satisfy Microsoft's custodial collection obligations with respect to RFP 39.

## XXI.    String 21

With respect to String 21, Google proposes Permutation 4 / Group C to satisfy Microsoft's custodial collection obligations with respect to RFPs 40 and 41.

We note that Microsoft alleges that its July 21 proposals for String 1 would also cover String 21. But RFP 40 and 41 (corresponding to String 21) seeks "[a]ll documents that relate to or identify the firms and products Microsoft considers its competitors for the provision of search services or search advertising" and "[a]ll documents that concern competition between any Microsoft operating system and any operating system that runs on a mobile device."  Microsoft's proposed strings have nothing to do with ████████ or Microsoft's ██████████ nor does it contain any term relevant to mobile operating systems.  For at least these reasons, Microsoft's proposed strings are plainly deficient.

## XXII.  String 22

With respect to String 22, Google proposes Permutation 2 / Group A to satisfy Microsoft's custodial collection obligations with respect to RFPs 42 and 43.

---

[6] We note, however, that in the Permutation No. column of its chart, Microsoft provides "2."  If Microsoft meant to propose Permutation 2 instead, please clarify.

We note that Microsoft accepts Permutation 4 as a search string it would run.  In light of the importance of this RFP to Plaintiffs' allegations, and the way the terms can be expected to be used in business settings, Google believes proximity connectors of "within 15" are more appropriate than "within 10" and "within 5," and therefore proposes Permutation 2 / Group A.

## XXIII. String 23

With respect to String 23, Google proposes Permutation 3 / Group A to satisfy Microsoft's custodial collection obligations with respect to RFPs 44 and 98.

We note that Microsoft accepts Permutation 4 as a search string it would run.  In light of the importance of this RFP to Plaintiffs' allegations, and the way the terms can be expected to be used in business settings, Google believes proximity connectors of "within 20" are more appropriate than "within 10" and "within 15," and therefore proposes Permutation 3 / Group A.

## XXIV. String 24

Google notes Microsoft's acceptance of Permutation 2 / Group A to satisfy Microsoft's custodial collection obligations with respect to RFPs 45 and 64.

## XXV.  String 25

With respect to String 25, Google proposes Permutation 4 / Group B to satisfy Microsoft's custodial collection obligations with respect to RFP 46.

We note that Microsoft accepts Permutation 7 as a search string it would run.  In light of the importance of this RFP to Plaintiffs' allegations, and the way the terms can be expected to be used in business settings, Google believes (1) the proximity connector of "within 10" is more appropriate than "within 8," and (2) the term ▆▆▆▆ should be included, and therefore proposes Permutation 4 / Group B.

## XXVI. String 26

With respect to String 26, Google proposes Permutation 2 / Group C to satisfy Microsoft's custodial collection obligations with respect to RFP 48.

We note that Microsoft accepts Permutation 5 as a search string it would run.  In light of the importance of this RFP to Plaintiffs' allegations, and the way the terms can be expected to be used in business settings, Google believes proximity connectors of "within 15" are more appropriate than "within 5," and therefore proposes Permutation 2 / Group C.

## XXVII.        String 27

Google notes Microsoft's acceptance of the original string across the listed group of custodians to satisfy Microsoft's custodial collection obligations with respect to RFPs 49, 50, and 59.

**XXVIII.        String 28**

With respect to String 28, Google proposes Permutation 4 / Group B to satisfy Microsoft's custodial collection obligations with respect to RFPs 51 and 53.

We note that Microsoft accepts Permutation 3 as a search string it would run.  In light of the fact that RFP 53 is not limited to Nokia, we believe that Permutation 4 is more appropriate.

**XXIX. String 29**

Google notes Microsoft's acceptance of Permutation 5 / Group A to satisfy Microsoft's custodial collection obligations with respect to RFPs 52 and 54.

**XXX.   String 30**

Google notes Microsoft's acceptance of the original string / Group B to satisfy Microsoft's custodial collection obligations with respect to RFPs 55, 56, 57, and 58.[7]

**XXXI. String 31**

Google notes Microsoft's acceptance of Permutation 4 / Group A to satisfy Microsoft's custodial collection obligations with respect to RFP 63.

**XXXII.        String 32**

Google notes Microsoft's acceptance of the original string across the listed group of custodians to satisfy Microsoft's custodial collection obligations with respect to RFPs 65 and 66.

**XXXIII.       Strings 33 – 35**

With respect to Strings 33 – 35, Google proposes Permutation 1 / Group C of String 33; Permutation 1 / Group B of String 34; and Permutation 9 / Group B of String 35 to satisfy Microsoft's custodial collection obligations with respect to RFPs 68, 69, 70, 71, 72, 73, 74, and 75.

Microsoft identified one strings from its July 21 proposal to satisfy its obligations for the above 8 RFPs.  That string is unduly narrow.  By way of example:

- RFPs 70 and 71 seek "[a]ll documents that relate to or identify competition between Bing and any specialized search engines, social networks, online retailers, or other websites and applications" and "[a]ll documents that relate to and identify competition between and among Microsoft Advertising and search ads offered by any specialized search

---

[7] We note a discrepancy between the total Parent-Level Hits and individual Parent-Level Hits for certain custodians (e.g. Mikhail Parakhin) of Microsoft's August 20 hit report and August 21 proposal.  Please clarify.

engines, social networks, online retailers, or other websites and applications."
Microsoft's search string largely concerns various sorts of agreements with specialized
search engines, and are wholly deficient with respect to the competition issues that RFPs
70 and 71 call for.

- RFPs 73 and 75 seek "[a]ll documents that relate to the extent to which specialized search services, whether created by Microsoft or provided by a third party, are the top organic search result on any SERP" and "All documents that contain information on the criteria used by Microsoft to select the results displayed in Bing's vertical search service units." Microsoft's search string contains nothing related to these requests.

- In addition, the narrow proximity connectors and stringent search term requirements are inappropriate in light of the importance of these RFPs to Plaintiffs' allegations, and the way the terms can be expected to be used in business settings.

Google therefore proposes Permutation 1 / Group C of String 33; Permutation 1 / Group B of
String 34; and Permutation 9 / Group B of String 35 to satisfy Microsoft's custodial collection
obligations with respect to RFPs 68, 69, 70, 71, 72, 73, 74, and 75.

**XXXIV.**     **String 36**

Google notes Microsoft's acceptance of Permutation 1 / Group B to satisfy Microsoft's custodial
collection obligations with respect to RFP 79.

**XXXV.**     **String 37**

Google notes Microsoft's acceptance of the original string / Group B to satisfy Microsoft's
custodial collection obligations with respect to RFP 80.

**XXXVI.**     **String 38**

With respect to String 38, Google proposes Permutation 2 / Group B to satisfy Microsoft's
custodial collection obligations with respect to RFPs 81, 82, 83, and 84.

Microsoft instead proposes one string from its July 21 letter to satisfy its obligations for the
above 4 RFPs. That string is unduly narrow.  By way of example:

- Microsoft's search string uses various terms including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ etc.; thus ignoring the business reality that businesspeople frequently refer to such products simply as ▮▮▮▮▮▮

- Microsoft's search string also omits several terms relevant to these RFPs.  These include, for example: terms relating to the "default" setting of assistants, and terms relating to customer selection or use of assistants.

Google therefore proposes Permutation 2 / Group B to satisfy Microsoft's custodial collection
obligations with respect to RFPs 81, 82, 83, and 84.

### XXXVII.      String 39

Google notes Microsoft's acceptance of Permutation 3 / Group B to satisfy Microsoft's custodial collection obligations with respect to RFP 86.

### XXXVIII.      String 40

With respect to String 40, Google proposes Permutation 1 / Group B to satisfy Microsoft's custodial collection obligations with respect to RFPs 90 and 91.

We note that Microsoft accepts Permutation 5 as a search string it would run.  In light of the importance of these RFPs to Plaintiffs' allegations, and the way the terms can be expected to be used in business settings, Google believes proximity connectors of "within 10" are more appropriate than "within 5," and therefore proposes Permutation 1 / Group B.

### XXXIX.      String 41

Google notes Microsoft's acceptance of Permutation 1 / Group A to satisfy Microsoft's custodial collection obligations with respect to RFP 92.

### XL.     String 42

Google notes the Parties' agreement of Microsoft's using Permutation 2 / Group B to satisfy Microsoft's custodial collection obligations with respect to RFPs 93, 94, 95, 97, 99, 100, 101, and 104.

### XLI.     String 43

Google notes the Parties' agreement of Microsoft's using the original string / Group B to satisfy Microsoft's custodial collection obligations with respect to RFP 103.