# Exhibit 7

CONFIDENTIAL

| String No. | RFP No. | Google-Proposed Search Terms | Google-Proposed Custodians[1] | Microsoft's Response to Google's Counterproposal[2] |
|---|---|---|---|---|
| 1 | 1 | ███████████████████████ | ███████ | Microsoft rejects Google's counterproposal for the following reasons:<br><br>1. Improper application of custodians based on business unit, product(s) and/or subject matter of the request as drafted in Google's subpoena.<br><br>2. Google's proposed search terms are impermissibly overbroad and the search string is not sufficiently targeted to potentially responsive material.<br><br>Without conceding the above, Microsoft counter proposes as follows:<br><br>Microsoft will agree to this this search string for the custodians specified herein if the terms ███ and "Bing" are removed from the search string. The resultant universe is 171,222 parent-level hits. |
| t | 2 | ███████████████████████ | ███████ | Microsoft rejects Google's counterproposal for the following reasons:<br><br>1. Improper application of custodians based on business unit, product(s) and/or subject matter of the request as drafted in Google's subpoena.<br><br>2. Google's proposed search terms are impermissibly overbroad and the search string is not sufficiently targeted to potentially responsive material.<br><br>Without conceding the above, Microsoft counter proposes as follows:<br><br>Microsoft will agree to permutation 10, group C. |

---

[1] To the extent that the custodians counter proposed by Google do not align with the permutation and corresponding custodian list counter proposed by Google in Exhibit D, and therefore was not tested, Microsoft accepts only the original set of tested custodians for the counter proposed permutation.

[2] As relayed during multiple discussions between the Companies, and for the reasons discussed therein, to the extent Google's counter proposal incorporates internal-only or external- only email limiters, Microsoft rejects incorporation of those limiters.

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| 3 | 3, 31, 34, 35 | | | N/A – the Companies have agreed |
| 4 | 4 | | | N/A – the Companies have agreed |

CONFIDENTIAL



| 5 | 5, 6, 12 | | | Microsoft rejects Google's counterproposal for the following reasons:<br><br>1. Improper application of custodians based on business unit, product(s) and/or subject matter of the request as drafted in Google's subpoena.<br><br>2. Google's proposed search terms are impermissibly overbroad and the search string is not sufficiently targeted to potentially responsive material.<br><br>Without conceding the above, Microsoft counter proposes as follows:<br><br>Microsoft will agree to permutation 6, group C. |
| 6 | 7, 9, 13 | | | Microsoft accepts Google's counterproposal. |

CONFIDENTIAL

| 7 | 8 | | | Microsoft rejects Google's counterproposal for the following reasons:<br><br>1. Improper application of custodians based on business unit, product(s) and/or subject matter of the request as drafted in Google's subpoena.<br><br>2. Google's proposed search terms are impermissibly overbroad and the search string is not sufficiently targeted to potentially responsive material.<br><br>3. Microsoft has produced, both during the CID and these litigations, documents sufficient to respond to this request.<br><br>Without conceding the above, Microsoft counter proposes as follows:<br><br>Microsoft will agree to permutation 4, group B. |
| 8 | 10, 61 | | | Microsoft rejects Google's counterproposal for the following reasons:<br><br>1. Improper application of custodians based on business unit, product(s) and/or subject matter of the request as drafted in Google's subpoena.<br><br>2. Google's proposed search terms are impermissibly overbroad and the search string is not sufficiently targeted to potentially responsive material.<br><br>Without conceding the above, Microsoft counter proposes as follows:<br><br>Microsoft will agree to permutation 3, group C. [3] |
| 9 | 11 | | | N/A – the Companies have agreed |

[3] Microsoft notes that its August 21 proposal reflected permutation 4. The search string proposed was for permutation 6.

**CONFIDENTIAL**



| | | | | | |
|---|---|---|---|---|---|
| 10 | 14, 18, 20, 21 | | | | Microsoft accepts Google's counterproposal |
| 11 | 15, 16 | | | | Microsoft accepts Google's counterproposal |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| 12 | 17 | █████████████████████████ | ████ | Microsoft accepts Google's counterproposal |
| 13 | 22, 96 | ██████████████████████████ | ███ | N/A – the Companies have agreed |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| 14 | 23 | ██████████████████████ | ████ | Microsoft rejects Google's counterproposal for the following reasons:<br><br>1. Improper application of custodians based on business unit, product(s) and/or subject matter of the request as drafted in Google's subpoena.<br><br>2. Google's proposed search terms are impermissibly overbroad and the search string is not sufficiently targeted to potentially responsive material.<br><br>3. Microsoft has offered as go-and-get documents investor presentation materials responsive to this request. Microsoft anticipates producing materials covering FY18Q4 to present in the short term. Microsoft is conducting a non-custodial search to locate older documents.<br><br>Microsoft reiterates that these types of materials are not amenable to custodial searches as the vast majority of these materials are managed by a specific team within Microsoft and are stored in a central location and not in custodial files. |
| 15 | 24 | ████████████████████ | ████ | Microsoft rejects Google's counterproposal for the following reasons:<br><br>1. Improper application of custodians based on business unit, product(s) and subject matter of the request as drafted in Google's subpoena. Many of the custodians identified by Google are not in marketing or business development roles. |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| | | | | 2. Google's proposed search terms are impermissibly overbroad and the search string is not sufficiently targeted to potentially responsive material.<br><br>Without conceding the above, Microsoft counter proposes as follows:<br><br>(i) Microsoft will search, collect and review custodial files as outlined in its August 21 proposal. In addition, Microsoft will collect and produce as go-and-get documents an assortment of marketing materials responsive to Request 24; **or**<br><br>(ii) Permutation 5, Group B.<br><br>Microsoft is willing to meet and confer with respect to this Request. |
| 16 | 25, 26, 29, 30, 67, 76 | | | Microsoft rejects Google's counterproposal for the following reasons:<br><br>1. Improper application of custodians based on business unit, product(s) and/or subject matter of the request as drafted in Google's subpoena.<br><br>2. Google's proposed search terms are impermissibly overbroad and the search string is not sufficiently targeted to potentially responsive material.<br><br>3. Google has equal access to documents reflecting this information.<br><br>Without conceding the above, Microsoft counter proposes as follows:<br><br>Microsoft will agree to permutation 10, group C. |
| 17 | 27, 37, 38 | | | Microsoft accepts Google's counterproposal. |

CONFIDENTIAL



| | | | | |
|---|---|---|---|---|
| 18 | 28 | | | N/A – the Companies have agreed |

CONFIDENTIAL



| 19 | 33 | | | | Microsoft accepts Google's counterproposal. |
|----|----|---|---|---|------------------------------------------|
| 20 | 39 | | | | N/A – the Companies have agreed |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| 21 | 40, 41 | ███████ | ███ | Microsoft rejects Google's counterproposal for the following reasons:<br><br>1. Improper application of custodians based on business unit, product(s) and/or subject matter of the request as drafted in Google's subpoena.<br><br>2. Google's proposed search terms are impermissibly overbroad and the search string is not sufficiently targeted to potentially responsive material.<br><br>3. Google has equal access to documents reflecting this information.<br><br>Without conceding the above, Microsoft counter proposes as follows:<br><br>Microsoft will agree to this this search string for the custodians specified herein if the terms ████ ████ The resultant universe is 389,525 parent-level hits.<br><br>Microsoft is willing to meet and confer with respect to this Request. |
| 22 | 42, 43 | ███████ | ███ | Microsoft accepts Google's counterproposal. |

CONFIDENTIAL



| 23 | 44, 98 | | | Microsoft accepts Google's counterproposal. |
| 24 | 45, 64 | | | N/A – the Companies have agreed |
| 25 | 46 | | | Microsoft rejects Google's counterproposal for the following reasons:<br><br>1. Improper application of custodians based on business unit, product(s) and/or subject matter of the request as drafted in Google's subpoena.<br><br>2. Google's proposed search terms are impermissibly overbroad and the search string is not sufficiently targeted to potentially responsive material.<br><br>3. Google has equal access to documents reflecting this information.<br><br>Without conceding the above, Microsoft counter proposes as follows:<br>permutation 5, group B. |

CONFIDENTIAL

| 26 | 48 | | | Microsoft accepts Google's counterproposal. |
|----|------|---|---|---|
| 27 | 49, 50, 59 | | | N/A – the Companies have agreed |
| 28 | 51, 53 | | | Microsoft accepts Google's counterproposal |

CONFIDENTIAL



| | | | | |
|---|---|---|---|---|
| 29 | 52, 54 | | | N/A – the Companies have agreed |
| 30 | 55, 56, 57, 58 | | | N/A – the Companies have agreed |

**CONFIDENTIAL**

| | | | | |
|---|---|---|---|---|
| | | | | |
| 31 | 63 | ███████████ | ███ | N/A – the Companies have agreed |
| 32 | 65, 66 | ███████████ | ███ | N/A – the Companies have agreed |
| 33 | 68, 69, 72, 74 | ███████████ | ███ | Microsoft accepts Google's counterproposal. |

CONFIDENTIAL



| | | | | |
|---|---|---|---|---|
| 34 | 70, 71 | | | Microsoft accepts Google's counterproposal. |
| 35 | 73, 75 | | | Microsoft accepts Google's counterproposal. |

CONFIDENTIAL



| | | | | |
|---|---|---|---|---|
| 36 | 79 | | | N/A – the Companies have agreed |
| 37 | 80 | | | N/A – the Companies have agreed |
| 38 | 81, 82, 83, 84 | | | Microsoft rejects Google's counterproposal for the following reasons:<br><br>1. Improper application of custodians based on business unit, product(s) and/or subject matter of the request as drafted in Google's subpoena. |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| | | | | 2. Google's proposed search terms are impermissibly overbroad and the search string is not sufficiently targeted to potentially responsive material.<br><br>3. Google has equal access to documents reflecting this information.<br><br>Without conceding the above, Microsoft counter proposes as follows:<br><br>Microsoft will agree to permutation 4, group B. |
| 39 | 86 | | | N/A – the Companies have agreed |
| 40 | 90, 91 | | | Microsoft rejects Google's counterproposal for the following reasons:<br><br>1. Google's proposed search terms are impermissibly overbroad and the search string is not sufficiently targeted to potentially responsive material.<br><br>Without conceding the above, Microsoft counter proposes as follows:<br><br>Microsoft will agree to permutation 4, group B. |
| 41 | 92 | | | N/A – the Companies have agreed |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| | | ███████████ | ███ | |
| 42 | 93, 94, 95, 97, 99, 100, 101, 104 | ███████████ | ███ | N/A – the Companies have agreed |
| 43 | 103 | ███████████ | ███ | N/A – the Companies have agreed |

**CONFIDENTIAL**