## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## JOINT STATUS REPORT OF GOOGLE AND BOOKING HOLDINGS

Google and Booking Holdings Inc. ("Booking") submitted statements regarding discovery disputes [Docket Nos. 190 and 197] relating to certain data requests in Google's April 13, 2021 Subpoena to Booking and custodians requested in Google's August 19, 2021 letter. The parties have resolved their disputes as follows: (1) Booking agrees that it will meet-and-confer no later than September 3, 2021, regarding seven data requests in Google's Subpoena, and will identify what data it proposes to endeavor to produce by a target date of September 30, 2021; and (2) Booking agrees to collect and produce responsive documents from employee

▇▇▇▇, subject to negotiations with Google regarding search terms and burden once ▇▇ ▇▇ documents are collected.  Google hereby withdraws its August 27 submission with regard to ▇▇▇▇▇.  Google reserves its right to seek production of relevant documents from ▇▇ ▇▇ records subject to negotiations regarding search terms and burden and/or to oppose his testimony should Booking refuse to produce his relevant documents.  Booking reserves its right to object to or oppose such efforts.  This statement and the prior agreed-upon custodians as of August 27, 2021, comprise the list of custodians from which Google seeks production at this time, and Booking opposes production of additional custodians in this case, including ▇▇▇▇▇.  Counsel to Google will be prepared to answer any questions the Court has with respect to the foregoing at the August 31, 2021 hearing.

Dated: August 31, 2021

                                        Respectfully submitted,

By: _/s/_____

WILSON SONSINI GOODRICH & ROSATI P.C.
Wendy Huang Waszmer (D.C. Bar No. 478725)
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1301 Avenue of the Americas
New York, New York 10019
Tel:  212-497-7702
wwaszmer@wsgr.com

1700 K St, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

WILLIAMS & CONNOLLY LLP

John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)

2

Colette T. Connor (D.C. Bar No. 991533)
725 12th Street, NW
Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
Matthew McGinnis (*pro hac vice*)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*

/s/ Sara Y. Razi
_____
Sara Y. Razi
SIMPSON THACHER & BARTLETT LLP
900 G St., N.W.
Washington, DC 20001
Phone: (202) 636–5582
Fax: (202) 636–5502
Sara.Razi@stblaw.com

*Counsel for Non-Party Booking Holdings Inc.*