## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, the foregoing Joint Status Report of Google and Booking Holdings was electronically filed under seal using the CM/ECF system and I am transmitting copies to counsel of record for Plaintiffs and counsel representing Booking Holdings.

/s/ Wendy Huang Waszmer
_____
Wendy Huang Waszmer