IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,   )
                                    )
          Plaintiffs,               )
                                    )   CV No. 20-3010
       vs.                          )   Washington, D.C.
                                    )   August 31, 2021
GOOGLE LLC,                         )   11:00 a.m.
                                    )
          Defendant.                )
_____)


TRANSCRIPT OF
STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov

APPEARANCES CONTINUED:

For the Defendant:            John E. Schmidtlein
                             WILLIAMS & CONNOLLY LLP
                             725 12th St., NW
                             Washington, D.C. 20005
                             (202) 434-5000
                             Email: jschmidtlein@wc.com

                             Wendy W.H. Waszmer
                             WILSON SONSINI
                             GOODRICH & ROSATI, PC
                             1301 Avenue of the Americas
                             40th Floor
                             New York, NY 10019
                             (212) 497-7702
                             Email: wwaszmer@wsgr.com

For Defendant
State of Colorado:            Jonathan Bruce Sallet
                             COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
                             Antitrust Unit
                             Colorado Judicial Center
                             1300 Broadway
                             Suite 7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: jon.sallet@coag.gov

For Non-Party
Petitioner Apple Inc.:        Steven C. Sunshine
                             SKADDEN, ARPS, SLATE,
                             MEAGHER & FLOM LLP
                             1440 New York Avenue, NW
                             Washington, D.C. 20005
                             (202) 371-7860
                             Email:
                             steven.sunshine@skadden.com

APPEARANCES CONTINUED:

For Non-Party Petitioner
Microsoft Corporation:           Caroline Simons
                                 222 Berkeley Street
                                 Suite 2000
                                 Boston, MA 02116
                                 (617) 880-1800
                                 Email: csimons@orrick.com


Court Reporter:                  William P. Zaremba
                                 Registered Merit Reporter
                                 Certified Realtime Reporter
                                 Official Court Reporter
                                 E. Barrett Prettyman CH
                                 333 Constitution Avenue, NW
                                 Washington, D.C. 20001
                                 (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  Good morning, Your Honor.

3     This is Civil Action 20-3010, United States of America

4     versus Google LLC.

5          Kenneth Dintzer on behalf of the government

6     parties.

7          Jonathan Sallet on behalf of the Colorado parties.

8          John Schmidtlein and Wendy Waszmer on behalf of

9     Google LLC.

10          Steven Sunshine for Apple Inc.

11          Caroline Simons for Microsoft Corporation.

12          THE COURT:  Okay.  Good morning, everybody.

13     I hope everybody is doing well.  It's nice to see all of

14     you.

15          Sorry for the late start here.  As fate would have

16     it, I have a jury out, and, of course, there was a jury note

17     at precisely 10:59, so I had to at least take a look at that

18     before we got started here.

19          What it also means is that there's a very strong

20     likelihood that we're going to be interrupted and have to

21     pause this hearing for a little bit until -- so that I can

22     address the jury note, because otherwise the jury will be

23     sitting for some time and I'd rather avoid that.  So this

24     may require a little bit more time than everybody was

25     expecting this morning, so please bear with me and we'll try

1    and get through this as efficiently as possible, but I did

2    want to let everybody know that that issue has cropped up.

3          All right.  Let's get started.  Here's how I

4    propose we proceed.  Because I'd rather start with issues

5    that aren't in conflict, let's just sort of begin with our

6    general updates regarding production and scheduling of

7    depositions, and then we'll move to the various disputed

8    issues that have been briefed by the parties, as well as the

9    dispute between Google and Microsoft.

10         So why don't we just start with the DOJ case

11   against Google and start with Mr. Dintzer.  And if you would

12   just sort of provide a summary of where things stand in

13   terms of document production and data production.  Based on

14   my notes from the last hearing, the expectation was that

15   Google would substantially complete requests for productions

16   1 and 2 by the first week in August, and the expectation was

17   that that will be taken care of.  You were planning to have

18   up to five fact witnesses set for September.

19         So where do we stand on those fronts, Mr. Dintzer?

20         MR. DINTZER:  Thank you, Your Honor.

21   And good morning.

22         Can you hear me, Your Honor?

23         THE COURT:  You're fading in and out, but

24   go ahead.

25         MR. DINTZER:  I can try headphones.  Let me try

1    one more time:  Can you hear me now, Your Honor?

2            THE COURT:  I could hear you fine, yes.

3            MR. DINTZER:  Okay.

4            So we're making progress on discovery.  We've

5    noticed six depositions.  We have -- with the Colorado,

6    Nebraska plaintiffs, we have taken one, we have another one

7    scheduled for this week, and then they start coming more and

8    more frequently, I believe we have two for next week, I'm

9    doing that off the top of my head.  But we are moving

10   forward, and we've identified more people in the pipeline

11   for Google and told them that they're going to be getting

12   notices.

13           Google has completed its production, or

14   substantially completed its production based on requests for

15   production numbers 1 and 2, with the exception of some data

16   issues.

17           And with respect to some privilege issues, we have

18   raised some with Google and they have started re-reviewing

19   and re-producing documents that we have raised.  And I know

20   we have a privilege issue here, I'm not going to get to it,

21   but just more generally, that -- we have started raising

22   those with Google and we have -- some of those are in

23   discussions, and we have gotten some satisfaction on some of

24   those.  So that about 5,000 documents where they have

25   re-reviewed and then reproduced either documents that were

1    withheld entirely or documents that were -- that they had

2    redacted.

3              And so we are moving forward.  We have worked with

4    Apple, and they did produce the deconstructed hit reports,

5    exactly as the Court requested, and they were tremendously

6    helpful and we got to yes on the search terms almost

7    immediately after that.

8              We've got code words from them; they gave us those

9    on Monday.  There were only eight code words.  So we're

10   little a skeptical that that's pretty thin soup.  But we're

11   going to go forward with those and we're going to keep an

12   eye on talking to their witnesses and looking at their

13   documents to see if those need to be expanded.  But they did

14   produce eight code words.  So we are moving forward with

15   Apple; we look forward to getting their production at the

16   end of September, as the Court has instructed.

17             Right now, we don't have any third parties that we

18   need to either overtly or subtly bring to the Court's

19   attention.  We had one that we had some concerns about, but

20   I think we've made some headway, and so we don't need to

21   bring that to the Court's attention right now.  And so

22   that's where we are sort of big picture on our discovery.

23   We do plan more depositions in the near future.

24             THE COURT:  Okay.

25             Where do things stand between you and Google with

1    respect to the 30(b)(6) witness that I think you were trying

2    to get teed up for this month?

3             MR. DINTZER:  So as the Court knows, we've been

4    planning a series of 30(b)(6)s, as provided in the CMO.

5    We first sent our deposition notice on July 9th.  We gave

6    them two months' notice, because they had said, because of

7    August, they were going to have some issues.  So we noticed

8    the deposition for September 13th.  So that's actually more

9    than two months.

10            On August 20th, that was 42 days after we sent the

11   notice, we received some objections from Google.  We had

12   scheduled -- we tried to schedule a meet-and-confer earlier,

13   but the earliest that they could meet was this past Monday,

14   yesterday.  And we met then on their objections, and we have

15   another one planned for tomorrow.

16            So right now, we have some issues but they're not

17   ripe for the Court, they're ripe for a meet-and-confer and

18   we do our best to not sort of -- because that process is

19   helpful, we do our best not to -- so -- but we did want to

20   raise to the Court our concern about these, in that if

21   Google decides that it wants to pursue a protective order,

22   which it has suggested it might if it isn't satisfied by

23   these meet-and-confers, we want whatever briefing is

24   scheduled, and we do believe that briefing would be

25   necessary, to happen in a way that could keep our

1    September 13th deposition date.  They've had it for two

2    months, we're trying to stay on schedule.

3         And so I mean, to the extent that they haven't

4    waived, by waiting so long, their objections, we would say

5    that they should be briefed in a manner that allows them to

6    be resolved and us to go forward with that day.  We've

7    investigate -- invested significant resources preparing for

8    that deposition.  So that's where we are as far as we're

9    concerned.

10        THE COURT:  So what's your sense of, I guess, two

11   questions:  One is, whatever is teed up as far as a

12   30(b)(6) -- for a Rule 30(b)(6) deposition, and it may be

13   depositions, I'm not suggesting that it's only going to be

14   one -- but I assume that the 30(b)(6) notice covered a

15   number of topics and that those multitude of topics are

16   unlikely to be addressed by one witness.

17        And so are we talking about a portion of your

18   notice as to a single witness who's likely to appear on

19   September 13th or is the expectation of something more

20   comprehensive than that?

21        MR. DINTZER:  Our notice, while extensive --

22   I mean, the short answer -- because I always want to give

23   the Court the short answer -- the short answer is, we don't

24   have any visibility into how Google is going to designate

25   their witnesses, they haven't given us any.

1          It covered four topics, all dealing with market

2    shares.  So the topics were broadly written, but the subject

3    matters are all market -- about Google market share.  You

4    know, it's an antitrust case, so obviously that's a humanly

5    relevant topic and one that we believe is really important.

6          The way that Google might chop that up and who

7    they might bring under the 30(b)(6) rules, they get to pick

8    anybody they want, and so they could pick -- I mean, they

9    can pick people who are super knowledgeable or they can --

10   they have a duty to prepare whoever they pick.  So they

11   could pick somebody who is less knowledgeable and prepare

12   them.  That is one of the options, and sometimes that

13   becomes necessary.  In the last trial I had, we didn't have

14   anybody, and we had to hire an expert and prepare that

15   witness with all of our information and that person sat

16   through the 30(b)(6).  And it wasn't optimal, but there are

17   a lot of different ways to address a 30(b)(6) notice if the

18   person doesn't have to have personal knowledge under the

19   rules.

20         So I don't know whether it is their plan to put

21   all of this information into one person's head or to have

22   multiple people.  That would be a strategic decision more

23   than anything, on their behalf.  But it could easily be one,

24   if they so chose, and it could be somebody -- I mean,

25   they've had two months to prepare this person.  But the

 1    typical way that people do it is you put the binders

 2    together, all the information that a company has.

 3              THE COURT:  Right.  No, I understand that.

 4              Let me just ask Mr. Schmidtlein at this point

 5    what -- to the extent there is a plan in place for this

 6    30(b)(6) deposition, can you sort of share with me what

 7    Google's current thinking is?

 8              MR. SCHMIDTLEIN:  Your Honor, we are meeting and

 9    conferring with the DOJ.  We have a variety of problems with

10    the notice.  And as Mr. Dintzer correctly pointed out, we

11    are planning to meet and confer with them again tomorrow.

12              The notice, I think, has -- we're trying to at

13    least narrow potentially some of the problems and issues

14    around the notice.  But at this juncture, I envision that it

15    is more likely than not that we're going to have motions

16    practice over it, if I had to -- if I had to wager, I would

17    say, based on at least the initial one, that there are a

18    variety of issues that I don't know that we're necessarily

19    going to come to agreement on.

20              And one of the problems we have, Your Honor,

21    although Mr. Dintzer characterizes it as only having four

22    topics, it's four topics with a slew of subtopics under each

23    one and they spanned -- DOJ's insisting upon knowledge going

24    back nearly 20 years on all these topics and across a whole

25    variety of our businesses.

1          So the notion that there would be one witness that

2    could handle all of this, if it was even an appropriate

3    notice, I think, is highly unlikely.  And I think we're

4    going to probably need some direction from the Court on a

5    whole variety of issues surrounding this notice before we're

6    prepared to go forward with it, not the least of which is

7    the fact that DOJ is continuing to signal to us that there

8    are many or an unknown number of additional 30(b)(6) notices

9    that they seem -- intending to dribble out in the case that

10   may overlap with the same witnesses that we may want to

11   designate for this notice.

12          THE COURT:  And can you remind me, did we --

13   I assume we did, but did we put a cap on the number of

14   30(b)(6) witnesses each side can call?

15          MR. SCHMIDTLEIN:  No, Your Honor.

16          I think what we did -- and I think the parties

17   have a fundamental disagreement about the CMO.  They seem to

18   think that the CMO allows them an unlimited number of

19   30(b)(6) depositions, but that the way that they get counted

20   towards the limits in the case is by the number of hours

21   that it takes to finish all of these 30(b)(6) notices [sic].

22          So if they -- you know, if they issue one notice

23   and it takes one witness seven hours, that's one deposition,

24   but if they issue another notice two months later, we

25   designate three more witnesses, and in the aggregate, that

1    notice takes 21 hours, well, that's three more depositions.

2            Our view has always been, and the rules provide,

3    you have to issue -- you only to get to depose Google once.

4    You have to issue a 30(b)(6) notice that is comprehensive,

5    and then we get to designate the various people.

6            The problem -- I think one of the fundamental

7    problems that we have and that we're talking with DOJ about

8    is, how do we deal with this problem of them wanting to take

9    what they indicated are seriatim 30(b)(6)s in parallel with

10   noticing up fact depositions of dozens of Google employees.

11   We don't think that's the right way to go; we don't think

12   that's efficient.  And so unless we get some limits or

13   satisfaction around some of those issues, I think we're

14   going to be before Your Honor with briefing this month.

15           THE COURT:  Okay.

16           MR. DINTZER:  Could I be heard on that,

17   Your Honor?

18           THE COURT:  Sure, Mr. Dintzer.

19           MR. DINTZER:  And to be fair to Mr. Schmidtlein,

20   we are still in the negotiating part.

21           But I'd like to identify two things.  The first is

22   that the fact that we are two weeks away from a

23   deposition -- 30(b)(6) deposition that was noticed July 9th

24   and he doesn't know how many people were going to be

25   testifying, the language of that notice did not change over

1    the past 50 days, and so this was -- this is really an

2    unfortunate delay.  I mean, they could have -- if they had

3    these issues, they could have raised them.

4           With respect to the part about the seriatim

5    depositions, we raised it in the hearing on May 27th and

6    again in the hearing on May 29th, that that was our

7    understanding.  And if he wanted to say that that wasn't, he

8    could have said it then, he could have filed something,

9    could have told us, didn't, and so we have built some of our

10   plan around the ability to do this.

11          Now, the reason that the CMO has this language --

12   he talks about what the rules are.  The rules are different

13   than the CMO, because we negotiated something in the CMO.

14   The rules say that the deposition of Google counts as one

15   deposition.  But we negotiated where every seven hours of

16   the 30(b)(6) counts as one.  That was their proposal.  They

17   broke it down, we didn't, and we gave up.  We had asked for

18   more depositions generally than we had asked for, and we

19   came down in that number because they had offered this

20   ability to break up the 30(b)(6).  We don't need to get into

21   that right now, I just want to bookmark that this was

22   something that they negotiated.

23          But separate from that, separate from all of that,

24   is this delay that we're hearing about and that they clearly

25   haven't taken what would be considered the obvious first and

1   second and third steps in preparing for a deposition that is

2   scheduled for September 13th.  And this is the first I'm

3   hearing that they're not going to be able to do it.  So

4   we'll meet and confer with them tomorrow, maybe, at a

5   minimum, we can narrow the issues hopefully, but we're not

6   seeing the urgency that we would need to see.

7           And as far as Mr. Schmidtlein's concern about

8   30(b)(6)s overlapping with fact witnesses, that's the way it

9   always is.  I mean, the ability to do what we've done, which

10  is break it down, means that we don't have to wait until

11  February and then send one massive 30(b)(6) of pages and

12  pages and pages and pages and sit there for five days or

13  whatever, that we can make use of some of this information

14  that's highly sufficient, and so that benefits us and was

15  something that we got.

16          So I would say to the Court that we should wait

17  and see what the meet-and-confer produces, but that we

18  should try to keep this deposition on schedule.

19          THE COURT:  All right.

20          Well, let's do the following.  Why don't you all

21  submit something to me on Thursday and let me know where

22  things stand.  And if we need to set a schedule for some

23  briefing, we'll do that.

24          But why don't you submit something jointly on

25  Thursday on the 30(b)(6) issue, and based on where things

1    stand, we'll have to -- hopefully, there won't be anything

2    to resolve, but if there is, we'll have to resolve it.  And

3    I can't promise that you'll get a resolution by the 13th,

4    I've got a really big hearing next Wednesday in one of these

5    January 6th cases that's going to occupy my time for the

6    early part of the week, so it's going to be hard to get my

7    attention through -- until the latter part of the week.

8            So let's just see where we are on Thursday and

9    hopefully you all will be able to bridge any divides that

10   you have and we'll take it from there.

11           MR. SCHMIDTLEIN:  Your Honor, if I may?  And,

12   again, we're not seeking to delay this.

13           I know that I and at least some of my clients are

14   going to be in a deposition on all day Thursday.

15           THE COURT:  Okay.

16           MR. SCHMIDTLEIN:  That's going to last deep into

17   the, I assume, the evening East Coast time, because it's a

18   witness who's on the West Coast.

19           And I would ask that we be allowed to -- because

20   we are going to be meeting and conferring on Wednesday and

21   I assume I'll have further discussions or some people are

22   going to have further discussions with the client on

23   Thursday, I'd like to be able to report back to you, with

24   the DOJ on Friday, if that's possible.  I think I just --

25   I may need a little bit more time to do that while I'm in

1  deposition all day Thursday.

2          THE COURT:  That's fine.

3          So why don't you get back to me by Friday.  And --

4  you know, get back to me by Friday.  And ideally --

5  I'm going to set 2:00 on Friday as the deadline to file your

6  report, and so I can take a look at it before the weekend

7  and see what, if anything, we need to do as far as setting a

8  schedule for the following week.

9          So let's do it that way, because I don't want to

10  let it linger till Monday and get something at 6:00 on

11  Friday.  So let's get something filed be 2:00 p.m. East

12  Coast time on Friday and I'll take a look at it and we'll

13  figure out a way forward.

14          MR. DINTZER:  Thank you, Your Honor.

15          MR. SCHMIDTLEIN:  Thank you, Your Honor.

16          THE COURT:  Okay.

17          All right.  Is there anything else then we ought

18  to -- Mr. Schmidtlein, I haven't given you the floor in

19  terms of your perspective on where things stand in terms of

20  document production, data production, and witness schedule

21  for Google in the U.S. case.

22          MR. SCHMIDTLEIN:  Your Honor, I really don't have

23  anything to add other than we have met all of our deadlines,

24  I think as Mr. Dintzer indicated.

25          And preview, we're on -- we're meeting our

1    deadlines in the state case as well, and I think we've made

2    excellent progress in terms of documents and data responsive

3    to all of DOJ's -- those initial requests.  We are still

4    getting more and more document and data requests from the

5    DOJ, which are onerous, and we are working through and

6    responding.

7              THE COURT:  Are we up to -- we're up to 4 on

8    document requests?  We're up to RFP 4, right?

9              MR. SCHMIDTLEIN:  We're up to RFP 6.

10             THE COURT:  Oh, 6.  I thought we'd only gotten up

11   to 4 in the Status Report; maybe I missed a couple.  Okay.

12             MR. SCHMIDTLEIN:  But some of those are still,

13   I guess, in the pipeline, if you will, in terms of review,

14   objections, what have you.  But it's -- there are still even

15   more requests coming.

16             THE COURT:  Okay.

17             All right.  Anything you want to add other than --

18   anything else you want to add, Mr. Schmidtlein, on the U.S.

19   matter?

20             MR. SCHMIDTLEIN:  No, Your Honor.

21             THE COURT:  All right.

22             Why don't we turn to the *Colorado* case.  I don't

23   know if it's Mr. Sallet or one of your colleagues,

24   Mr. Sallet.  How about an update from you in terms of

25   document completion?  Just, again, my notes, just looking

1  back at our prior hearing, the expectation was that

2  substantial completion of the RFPs would be by the end of

3  August.  The sampling of data was to be done also by the end

4  of August.  And we talked about depositions.  So where do we

5  stand on those topics?

6            MR. SALLET:  Yes, Your Honor.  Thank you.

7  And good morning.

8            THE COURT:  It's a very red room you're in.

9            MR. DINTZER:  It is, Your Honor.  I apologize.

10  It happens when one works from home sometimes, one gets the

11  red room to talk in.

12            THE COURT:  No need to apologize.  It's just very

13  red.

14            MR. SALLET:  It's also the fake Suzon that my

15  mother-in-law gave me.

16            THE COURT:  You know, look, I wasn't prepared to

17  assume it was fake.

18            MR. SALLET:  Well, I work for state government,

19  Your Honor.

20            The document production, we think, is on course.

21  We understand that Google is going to reach substantial

22  compliance today, at the end of August.  We believe -- we've

23  not heard anything from Google to suggest that the time

24  frame has changed.

25            In addition, we have been asking Google to

1    prioritize the production of documents for custodians of

2    importance for the depositions, and that has been done.

3    That includes some documents Google is re-reviewing for

4    privilege.

5            In terms of the data, the data has -- the

6    preliminary data request has been coming.  It appears to us

7    that we will not get a complete production of that

8    preliminary data this month, that it will go into September.

9            As Your Honor recalls from the last status

10   conference, the importance of this preliminary data, as well

11   as the data deposition to which we will soon turn, is that

12   they form the foundation for full-fledged data requests that

13   we hoped -- I said at the last status conference -- we hoped

14   to issue at the end of September or into October, we're

15   getting, for reasons we will discuss, skeptical that it will

16   be possible to do that in the month of September.

17           But it's important that we move forward

18   Your Honor, because as I explained before, it's these next

19   full-fledged data requests that will provide us the stuff

20   from which we can analyze user journeys, the same kind of

21   user journeys that Google analyzes in the ordinary course of

22   its business and that are critical to our allegations having

23   to do with specialized vertical providers.  So we are

24   hopeful that Google, if it does not provide all the

25   preliminary data by the end of today, does so absolutely as

1   soon as possible.

2          In terms of depositions, Your Honor, we have, as

3   you know, noticed and took the first deposition in the case.

4   We were the lead; DOJ also participated.  And on August

5   12th, we have noted two other fact depositions; one has been

6   scheduled for September 30th and the other we are working on

7   scheduling with Google.  And, of course, these are in

8   addition to the depositions that Mr. Dintzer mentioned,

9   where DOJ is taking the notice and the lead, but we will, of

10  course, participate in the questioning there.

11         The other outstanding issue, and I'll note it

12  briefly because it is among the contested issues, is the

13  30(b)(6) data deposition.  I'm just going to use the term

14  "data deposition," which I think has commonly been used

15  here.

16         We noticed that on July 22nd, far longer than the

17  presumptive 30 days that Your Honor urged all the parties to

18  meet, and it is now going to be September before we receive

19  a suggestion from Google about scheduling or the responses

20  and objections, and we think that both could have been done

21  far earlier.

22         And that's why we have brought, as a contested

23  issue, the question of when the data deposition will take

24  place, because it is, as I explained in July, the other

25  critical step that allows us to move forward with the

1   full-fledged data requests that are going to be, we think,

2   critical to the preparation of the expert reports that are

3   due next April.

4            And, Your Honor, next April may seem a long time

5   from now, but if we make a data request in October and if we

6   get into a tussle with Google about it and it takes more

7   than a couple of months to comply with it --

8            THE COURT:  No --

9            MR. SALLET:  -- we are hitting the streets.

10           THE COURT:  -- I'm well aware that the schedule,

11   although it may seem protracted to the outside observer, is

12   actually a very ambitious and aggressive one.  So I'm fully

13   aware of that.

14           Let's put a pause on that issue for a moment,

15   because as, I said, we'll deal with the disputed issues in a

16   moment.

17           MR. SALLET:  Yes, Your Honor.

18           THE COURT:  But, Mr. Sallet, anything else to add

19   in terms of outstanding discovery or the basics here?

20           MR. SALLET:  Just briefly -- excuse me.

21           THE COURT:  Go ahead.

22           MR. SALLET:  Just briefly, Your Honor.

23           We continue to work with third parties to achieve

24   compliance with the 83 third-party subpoenas that have been

25   issued.  We are not at an impasse with any, but

1  conversations continue, and, as always, we appreciate the

2  Court's willingness to engage on such issues.  And should

3  there be a problem, of course, we will come to the Court and

4  raise it.

5          THE COURT:  All right.

6          Mr. Schmidtlein, anything you want to add at this

7  point about the *Colorado* case?  We'll, again, leave aside

8  for the moment the data deposition, 30(b)(6) data deposition

9  and that issue, which we'll tee up momentarily.

10          MR. SCHMIDTLEIN:  No, Your Honor.

11          We will be -- we will make, I guess, our last

12  document production, if not today, tomorrow.  The documents

13  are at our vendor, and it's really in their control as to

14  when they finish the processing.  But that should be done,

15  if not today, it will be done tomorrow, so that they will

16  get the documents tomorrow.

17          And as Mr. Sallet referenced, we are making the

18  first data production today, which is sort of the sample,

19  I think, of the most recent 2021 data that they had asked

20  for, and we are working diligently and as quickly as we can

21  to get that second piece, which is an earlier-in-time piece

22  of data, sample data that they asked for, which is -- has

23  its own complexities, because it's actually stored in a

24  different place and it actually requires an entirely

25  different production mechanism.  And I think as we talked

1    last time, even these samples are massive, massive volumes

2    of data, and I've got a team of CRAC engineers who are

3    working diligently to try to figure out how to do this and

4    in a way to make it exportable, which, frankly, Your Honor,

5    we've never done before at Google.  So we are working as

6    hard as we can to try to solve for the production issues

7    that are being requested of us here.

8              THE COURT:  All right.

9              Let's then move ahead.  Then we've got, by my

10   count, sort of four issues that are in dispute, one's been

11   taken off the table.  The one that's off the table now is

12   between Google and Non-Party Booking Holdings.  So we're

13   down to four.

14             Let's start with the DOJ Google issue concerning

15   the privilege log.  This is what was addressed in a filing,

16   at least under seal, was at 182-2.

17             And why don't we start with Mr. Dintzer, if you

18   want to add anything to what's already been set forth in the

19   parties' Joint Status Report.

20             MR. DINTZER:  Thank you, Your Honor.

21             The most important thing here, Your Honor, is that

22   we've got our third RFP outstanding, where we ask for the

23   production of these 25,000 specifically identified

24   documents.  So this is a go-get.  Google has withheld and

25   redacted those 25,000 documents without supporting that with

 1   a privilege claim, without a log.  So we asked the Court to

 2   order the production of that log.  I mean, it could lead to

 3   the waiver of the privilege on these documents, but, I mean,

 4   they have to produce a log under 26(b)1.  And so --

 5          THE COURT:  Let me ask you, Mr. Dintzer, because

 6   here's where I'm stuck on this, which is, you've asked for

 7   logs and/or redacted material that were withheld in other

 8   investigations, correct?  That's the sort of gist of No. 3?

 9          MR. DINTZER:  Yeah, roughly --

10          THE COURT:  Right.

11          MR. DINTZER:  -- that -- yes.

12          THE COURT:  Right.

13          It's two requests.  I'm just looking at it.

14   Unredacted versions of any non-privileged content from the

15   25,000 documents from an earlier CID.

16          MR. DINTZER:  Yes.

17          THE COURT:  And then privilege logs associated

18   with those 25,000, right?

19          MR. DINTZER:  Yes, Your Honor.

20          THE COURT:  And CID, this is CID 3000 -- or,

21   sorry, 392 or 30,092.

22          MR. DINTZER:  Yes, Your Honor.

23          THE COURT:  That covers documents that were

24   produced in various investigations, both domestic and

25   international, dating all the way back to 2007.

1           Look, I think the question I have here is, there

2    seems to be an assumption embedded in the demand itself,

3    that these requests are relevant to this case; in other

4    words, you know, the CIDs as to these -- that go back to

5    2007, involve Federal Trade Commission, the Canadian

6    Competition Bureau in 2013, FTC in 2007, '11, '16, the E.U.,

7    or the European Commission, I should say, in 2017, '18, '19,

8    it's not at all clear to me that the scope of those demands

9    and the productions that were made by Google in response to

10   those demands are co-extensive with the complaint that's

11   before me; in other words, my reaction to this was that your

12   third document request is broader than what is at issue in

13   this case.  And that while -- and, for example, you know,

14   just the investigation that you all conducted, I assumed, is

15   broader than the ultimate complaint that you brought, and it

16   sort of stands to reason that that would also be true with

17   respect to these other investigations, if they overlap at

18   all.

19           And so I'm left wondering what the relevance of

20   any of this material is to this case and this complaint and

21   how I can -- or any defenses raised in response to this

22   complaint and how I can even make that determination based

23   upon the description that have been given to me?

24           MR. DINTZER:  We understand -- I understand your

25   question, Your Honor.

1          And so the simplest way to -- I mean, there's two

2    ways to think about this.  The simplist way is, I mean, they

3    already produced these documents, and so all we're asking

4    for is to give us a log of those documents that they've

5    produced.  But -- they've produced them either redacted or

6    withheld.  But, you know, technically they produced them in

7    the sense that they have.

8          But I understand that they were originally

9    produced under the CID which was broader than the complaint,

10   so that's a fair question, Your Honor.  And the answer there

11   is, when they're providing -- I mean, if they want to do a

12   relevance review for these 25,000, then, I mean, they're

13   doing it for everything else, they just finished it for the

14   million documents or whatever.

15         THE COURT:  Well -- but I mean -- look, you know,

16   it seems to me that that is placing the burden on Google

17   that -- well, let me put it differently:  That's putting the

18   cart before the horse; in other words, you've got an

19   obligation to at least push out something that arguably is

20   seeking relevant material.  And as I read this CID demand,

21   it's just, you know, give us all the documents that you

22   withheld in prior investigations -- well, portion of

23   documents that have been withheld in prior investigations,

24   irrespective of whether the investigative demand has

25   anything to do with this case or produce those privileges

1    logs.

2           You know, it may be that -- you know, I would

3    think that this is probably unlikely; however, it could be

4    that the 25,000 documents that have been logged in those

5    privilege logs have nothing to do with this case.

6           MR. DINTZER:  But we -- Your Honor --

7           THE COURT:  Hang on.

8           That's theoretically possible.  But even then more

9    likely is -- or put it differently:  It's not clear to me

10   what percentage of those 25,000 privilege documents are at

11   all even relevant to this case, and it just strikes me that

12   DOJ is painting with a fairly broad brush here.

13          MR. DINTZER:  Respectfully, Your Honor, so we gave

14   three examples in our brief, which I'm not going to discuss

15   the contents, but, for example, you know, the document,

16   Bates No. 31497, specifically addresses, as we showed in our

17   brief, issues involved in this case.

18          THE COURT:  Right.

19          And where did you get those from?  I mean, what's

20   the source of those?  Are those in response to the RFPs in

21   this case?

22          MR. DINTZER:  No.

23          So what happened, Your Honor --

24          THE COURT:  RFP 1 or 2, I should say.

25          MR. DINTZER:  No.

1          When we issued the CID, we said we want everything

2     that you produced in these other investigations.  And so

3     they gave us the full set, which included a subset of the

4     privilege documents, some of which were withheld entirely,

5     and so there's just a document that says "withheld," and

6     then some of which were redacted.  So because some of these

7     are redacted, we can see portions of some of them.

8          And so we can look at 31497 and we can see, based

9     on the portions that we can see, that --

10         THE COURT:  So these are documents that were

11    produced in response to the CID; is that right?  Did I hear

12    you correctly?

13         MR. DINTZER:  Yes.

14         THE COURT:  Okay.

15         So then when Google responded to RFP 1 and 2 in

16    this case, once post-filing, did these documents get

17    reproduced without the privilege notation or with the

18    privilege notation and they were logged?

19         MR. DINTZER:  We know that at least some of them

20    didn't, because we, to the extent --

21         THE COURT:  I'm sorry, did or did not?

22         MR. DINTZER:  Did not.  It did not.

23         Did not get reproduced, because we know that some

24    of the documents, the ones that we can identify -- I mean,

25    some of them we can't identify, because if they withheld a

```
 1   document and there's no privilege log, all we have is a

 2   notation that they withheld something.

 3          But with some of them that are redacted, we can

 4   compare that, to the extent we can, with what's on their

 5   current privilege logs that they have produced for their

 6   production in this case and -- with the documents that

 7   they've produced, and we can say, we don't have this, it's

 8   relevant, but we don't have it, it didn't get captured by

 9   that, and we are entitled to it.

10          And so what -- the --

11          THE COURT:  It just seems to me that your RFP 3 is

12   doing with a hammer what, perhaps, should be done with a

13   scalpel.  This is a fairly broad demand for records that it

14   doesn't seem to me necessarily pass the relevance test.

15          And if there are documents -- it sounds like to me

16   that what the issue is is that there may be some documents

17   that, for whatever reason, weren't captured by the search

18   strings that you all negotiated but that somehow managed to

19   end up in Google's -- excuse me, in DOJ's hands by virtue of

20   the CIDs, and for whatever reason, there's some number of

21   documents that didn't make it -- weren't determined to be

22   responsive -- or I shouldn't say "determined to be

23   responsive," just didn't make the filters in the search

24   strings in response to the first two document requests, and

25   that's what you're concerned about.
```

1          MR. DINTZER:  So if we already -- any document in

2     this 25,000-document set that we already received,

3     obviously -- or that's already been logged, that's fine,

4     I mean, all they have to do is tell us this has already been

5     logged and we'd be fine.  The ones that we didn't receive

6     and aren't logged, we have no way of telling that, because,

7     I mean, quite simply, you know, we don't have a log.

8          And so if --

9          THE COURT:  But you either have gotten a log or

10    will get a log -- I mean, as I understand what

11    Mr. Schmidtlein and Google have done is say, look, here's

12    the responsive material.  They generated the responsive

13    material in RFPs 1 and 2 through your various search strings

14    that you all negotiated.  The privilege review was done

15    across that body of records, and that privilege review was

16    done without regard to whether privilege may have been

17    claimed as to those exact same documents that were produced

18    in response to these earlier civil investigative demands.

19          So if there's a document that's responsive to

20    RFP 1 or 2 and has been determined to be privileged by

21    Google, you should be made aware of that --

22          MR. DINTZER:  Yeah.

23          THE COURT:  -- right?

24          MR. DINTZER:  Yes.

25          THE COURT:  So the only thing that might have

1   fallen through the cracks is that there's some document that

2   is relevant that somehow was missed by the search strings

3   but that you somehow managed to get it by virtue of CID

4   production.  And it strikes me that's sort of a real

5   needle-in-a-haystack kind of endeavor, to figure out what

6   those documents are and which one of those have been

7   asserted privilege over.

8            MR. DINTZER:  But respectfully, Your Honor, when

9   we were tussling with Google about the breadth of our search

10  strings, Mr. Schmidtlein, he specifically relied upon the

11  fact that they produced all these documents in the

12  investigation as one of his -- the bases for the fact that

13  he didn't believe that they should have to produce as many

14  as we wanted here.  And so the problem is is that with

15  his -- so he relied on, among others, this 25,000 document

16  set.  And so if he's going to rely on it, which he did, all

17  we're asking for is the privilege log.

18            Now, if they go through this --

19            THE COURT:  Maybe I'm just recalling incorrectly,

20  and I may be, but I thought his reliance was on the fact

21  that Google had produced documents in response to the CID in

22  this case.

23            MR. DINTZER:  Yes.

24            THE COURT:  And, you know, there were already

25  search strings negotiated in connection with the CID and

1   that was sort of the basis of his argument, that, look,

2   we've already produced a bunch of records pursuant to search

3   strings that were already negotiated and they don't need any

4   more, I ultimately rejected that argument.  But at least as

5   the foundation for moving forward, I did find persuasive

6   that, look, you have at least negotiated these search

7   strings, and that seemed like a reasonable starting point.

8          MR. DINTZER:  He specifically and expressly

9   identified the set that they produced to the FTC, and he

10  said, in effect, you know, we've given these to DOJ, so --

11  and he added that on to what they say they gave us in the

12  investigation.  So they relied upon the relevance and

13  significance of these when they were asking to have this

14  tailored.

15         And so, Your Honor, all we're asking for is this:

16  Look, I mean, he won't tell us if they have a privilege log

17  for these, which would just mean giving us the privilege

18  log.  But if there's a relevance concern, which this is

19  really the first we're hearing of it, because, I mean, these

20  were produced to us, but if there's a relevance concern, all

21  they have to do is go through the privilege log, you know,

22  or create it or go through these documents, these are

23  25,000, that's nothing compared to -- I mean, that's a day's

24  work compared to what they've been going through, and figure

25  out which ones are relevant, which ones are not, the ones

1   that they've already -- they can de-dupe, so the ones

2   they've already produced, and everything that is relevant

3   that -- I mean, we could send this RFP again with some

4   language to confine it to the limits of the complaint, but

5   the idea -- I mean, we're not asking them to produce

6   non-relevant documents.  So whatever -- after de-duping and

7   after narrowing, if there's something in there about some

8   part of the investigation that wasn't included in the

9   complaint, then they can produce that set.

10          But I do have to say, when he was referencing the

11  FTC investigation, he used -- and I'm quoting here -- "the

12  same subject matters" as this litigation.  I mean, he can't

13  have both the sword and the shield.  We paid for these

14  documents by giving -- by his argument in asking us to give

15  up other things that we could have sought, and we should at

16  least get a privilege log.  I mean, that's sort of --

17          THE COURT:  Okay.

18          Let me turn to Mr. Schmidtlein and let me just ask

19  the question and pose to Mr. Schmidtlein and you tell me

20  whether -- the factual question, it seems to me, is are

21  there privilege logs associated with these prior

22  productions, and, if so, what's your objection to just

23  producing the privilege logs?

24          MR. SCHMIDTLEIN:  Your Honor, there are privilege

25  logs, I think, housed at different law firms, probably in

1    different part of the world, depending upon where the

2    investigation took place that, I think, cover all of the

3    productions that were made here.

4           The problem we have, and I think Your Honor sort

5    of touched upon it -- and, actually, I think the point you

6    were making, actually, is even a little bit more robust --

7    in that when we got the CID that asked to us to sort of

8    reproduce everything that was produced in response to these

9    old-and-outside-the-U.S. investigations, I suppose we could

10   have tried to fight relevance on a document-by-document

11   basis at that time, and we decided, in a mode of

12   cooperation, you know, responding to the CID pre-complaint,

13   we said, fine, we'll reproduce all of this.  But then, as

14   Your Honor knows, the CID had a whole long, long, long

15   laundry list of other specs that asked for documents and

16   information.  We then negotiated with the DOJ over the

17   search terms and the breadth of that production in response

18   to the CID.

19          And the very argument that you are making,

20   Your Honor, about what we did to respond to the RFP in terms

21   of if a document, you know, was produced previously in

22   response to these other CIDs or these other investigations,

23   we scooped that up again, re-reviewed it, and make an

24   independent privilege log, we not only did that for the

25   litigation RFPs, we did that for the CID.

1              So this narrow universe of documents that they

2     seem to think are out there but they can't identify how

3     many, it would have to have escaped the filters and the

4     scope of our review and logging not just with respect to the

5     RFPs but with respect to the original CID.

6              We have re-reviewed everything.  And the idea that

7     they now are going to come back and ask us, 18 months later,

8     to boil the ocean to, like, oh, we think every single

9     document that you might have logged should be relevant to

10    this case, they've made no showing on of that.

11             THE COURT:  Can I ask you a question, Mr. --

12    I think I know the answer of this given the posture of where

13    we are, but when the CID was issued in this case, this is

14    CID 30092, or 30092, you produced the records that have been

15    previously produced, but -- and that would have then

16    included either redacted documents or withheld documents or

17    notations of withheld documents -- was there a request made

18    by DOJ that time to produce the privilege logs from the

19    prior productions to these other investigations?

20             MR. SCHMIDTLEIN:  No.

21             And that's why they re-issued RFPs in this case.

22    It was like they wanted to re-litigate the CID issue in this

23    case, and we said, you never asked for that.  And that's why

24    they subsequently did this, these RFPs to say, oh, give us

25    all the privilege logs.

1          THE COURT:  Right.

2          All right.  Mr. Dintzer, I'll give you the last

3   word and then we'll move on.

4          MR. DINTZER:  So just let me address a couple

5   things.

6          First, we received their last privilege log on

7   February 5th, 2021, and an additional clawback log on

8   May 22nd, 2021.  So this is not like we just let everything

9   coast.  We were looking for these privilege logs.  We

10  were -- we issued -- so we received their last privilege log

11  February --

12         THE COURT:  But is Mr. Schmidtlein accurate in his

13  statement that in connection with the CID; that is, before

14  this litigation was filed, DOJ didn't ask for the privilege

15  logs associated with these other productions?

16         MR. DINTZER:  In a technical sense, yes, but let

17  me be very clear about why I'm saying yes, okay?

18         So they finished the productions -- the

19  investigation ended in 2020 when we filed the case.  They

20  finished their privilege logs.  Only in May of -- between

21  February and May of 2021, this year, did they finish the

22  privilege logs.  So only at that point did we realize we

23  weren't getting a log for these materials.  So the fact that

24  they weren't logging them wasn't apparent to us when we did

25  the investigation.

1          THE COURT:  All right.

2          But these are not materials that had to be logged;

3    in other words, they were already logged.  You know, these

4    were already logged in connection with earlier

5    investigations.  So when DOJ got these records in connection

6    with the CID -- or got the records in connection with the

7    CID, it simply could have said, hey, you know, you withheld

8    some material here, we see, produce those privilege logs,

9    because presumably you had them in connection with the other

10   investigation.

11         MR. DINTZER:  Can I clarify something?

12         That if we -- our request asks for all submissions

13   to the FTC.  So if -- and Mr. Schmidtlein, I don't think

14   he's been clear to us about this -- if they produced the

15   privilege logs to the FTC, then, yes, we did ask for them,

16   because if -- I don't think we know the answer about whether

17   they did, so perhaps the Court may ask him but --

18         THE COURT:  Look, my view is I'm not here to

19   litigate Google's compliance with the civil investigative

20   demand.  That ship has sailed and we're in a different

21   posture here.

22         Look, here's where I am.  I mean, I think, based

23   on my discussion, I think at this point I'm not going to

24   order Google to turn this material over.  I just think the

25   burden -- one, I think the relevance of this has not been

1    established.

2          As I said earlier, my observation is that the

3    scope of these civil investigative demands, it hasn't been

4    established, the scope of civil investigative demands --

5    earlier several investigative demands, those issued by the

6    FTC, the Canadian Competition Bureau, the European

7    Commission, it's far from clear to me that those are -- to

8    what extent they overlap, let alone are co-extensive with

9    the complaint in this case.

10         So I'm proceeding from the assumption that those

11   CIDs that were issued by these other competition bureaus in

12   earlier years are far broader than the scope of the

13   complaint that is before me.

14         So, one, in terms of seeking relevant material, it

15   hasn't been established to me that material here is

16   relevant.  Secondly, you know, it seems to me that the

17   extent there is some relevance material, the burden in

18   attempting to identify it and taint it and produce it is

19   pretty substantial.

20         I really don't think it's as simple as Mr. Dintzer

21   has suggested, which is a day's worth of work.  You know,

22   these are 25,000 privileged claims across multiple

23   investigations.  It would involve going back and identifying

24   those privilege logs, identifying the particular documents

25   to which those logs are associated, which may or may not

1    have even been produced in this case.  And so I think

2    there's a greater burden here than DOJ might anticipate.

3              And so on balance, I just -- I think I'm not going

4    to at this point require the Department -- excuse me, to

5    require Google to produce either the privilege logs or the

6    material that was withheld in connection with those earlier

7    investigative proceedings, okay?

8              MR. DINTZER:  Thank you, Your Honor.

9              THE COURT:  That'll be that issue.

10             Let's now talk about -- by the way, everybody, my

11   jury has decided to take lunch instead of hearing from me,

12   so we've got smooth sailing for the next hour.

13             So let's talk about the next issue between DOJ and

14   Google and that's with respect to these self-assessments and

15   the performance reviews.

16             Mr. Dintzer, can you start out by just walking me

17   through -- I think I understand, but it would be helpful to

18   just hear it -- walking me through what you all agreed to in

19   terms of the redaction and production of these materials;

20   in other words, DOJ says we want to interview employee --

21   excuse me, depose employee X on September 30th, we'd like

22   that person's self-assessment and performance reviews, and

23   then Google gets to do what with respect to those

24   self-assessments and performance reviews before they are

25   produced to you?

1          MR. DINTZER:  They get to redact what the Court

2    called particularly sensitive material, which is health,

3    welfare, family issues, that sort of thing.  That's the way

4    that the Court described it.

5          And so that stuff gets scrubbed out before it

6    ever -- at least if Google does what they said they were

7    going to do, before we ever get anything.

8          THE COURT:  Okay.

9          MR. DINTZER:  So that's off the table from the

10   beginning.

11          THE COURT:  Okay.

12          MR. DINTZER:  Then they mark it so that it has a

13   different mark of confidentiality marking than everything

14   else.

15          They send it to us in a separate coded form that,

16   based on our agreement with them, only eight people -- and

17   they keep saying eight attorneys and it's not accurate --

18   the deal is eight people from U.S. -- from the U.S.

19   plaintiffs, and then eight people from the Colorado-Nebraska

20   plaintiffs, but from us, eight people get to see it, that

21   includes the IT person who loads it, that includes any

22   paralegal who's going to use it, and that includes the

23   attorneys who are going to use it potentially or to review

24   it, and me to supervise our people.  So only eight people on

25   our team get to use it.  And we're not complaining about any

1    of that, but that's how this stuff is maintained.

2           The only question here is, if we find a document

3    in there that we want to use in a deposition because we

4    think it's relevant, whether portions of -- whether that

5    document and portions of the deposition presumptively need

6    more production than the CMO provides, which protects

7    business secrets, confidential information alike.  So if we

8    use a document in there about person says I've worked on

9    raising our market share or something like that, whether

10   that presumptively needs this additional protection that

11   would provide the materials that we don't use.

12          So our take is for four reasons, it doesn't; that

13   once we've decided to do use it, there's four reasons why it

14   should not presumptively get that.  The first is --

15          THE COURT:  So hang on.

16          When you say "presumptively get the protection,"

17   you mean -- say, for instance just concretely, you ask a

18   question that there's some reference in a self-assessment to

19   market share and you want to depose that witness about that

20   portion of the self-assessment, Google can designate that as

21   confidential or highly confidential information, presumably,

22   as it can with any other information, right?

23          MR. DINTZER:  The --

24          THE COURT:  Go ahead.

25          MR. DINTZER:  No.  I just want to make sure

1    I understand your question.

2             You mean before the deposition or after the

3    deposition?

4             THE COURT:  No.  After the deposition.

5             MR. DINTZER:  Yes.  Yes.

6             THE COURT:  So you've presented it at the

7    deposition, you've asked questions, Google has an

8    opportunity to designate that, according to the CMO, as

9    confidential or highly confidential.

10            And then the issue is what?  It's how many other

11   people can then have access to that portion of the

12   deposition that refers to the market share that was -- what

13   was referenced in the self-assessment?

14            MR. DINTZER:  And the exhibit.

15            So the question is --

16            THE COURT:  Right.

17            MR. DINTZER:  -- so we used that page.  And let's

18   say that page only, just for argument sake, only has that

19   one statement on it, okay?  So we use that in the deposition

20   and the witness talks about market share.

21            So the question is, is now that we've used that

22   exhibit and we've got deposition testimony, whether that

23   exhibit and that deposition testimony should continue to be

24   treated like the potentially sensitive information in the

25   performance reviews and self-assessment, or whether, by

1   virtue of the fact that it's now evidence and part of the

2   deposition, it should be -- follow everything else under the

3   CMO and whether we don't have to take -- just so the Court

4   understands, we have to take dramatic steps to make sure

5   that only eight people on our team get it.  We can't put it

6   on the hard drive; we can't post this stuff to case

7   management.

8          We can't -- And then if this is true on the other

9   end, let's say we get something great, the witness says,

10  yes, I've spent all my time building up market shares, we

11  can't show that to an expert, we don't have enough slots, we

12  can't post these things so that people can read the

13  deposition.

14         THE COURT:  Okay.  I understand.

15         All right.  Well, let me just turn to

16  Mr. Schmidtlein, Mr. Dintzer, because the factual context of

17  this is important to get out real quick.

18         Mr. Schmidtlein, what's the argument here, in your

19  view, to why, once a portion of one of these documents is

20  used in a deposition and the testimony regarding that

21  portion of self-assessment or performance review, that that

22  snippet and the related testimony needs to then be subject

23  to the only -- to the limitations that apply to the

24  assessment or performance review in its entirety?

25         MR. SCHMIDTLEIN:  Your Honor, I think the dispute

45

1    here is really about process, which is, if what Mr. Dintzer

2    sort of set forth there, I suspect what our position would

3    be is, well, come to us and tell us, hey, we've now had this

4    deposition, this document has been marked this way, has been

5    used this way, and we may review that particular assessment

6    and say that that's fine to treat it the way that everything

7    else is treated as highly confidential.  Given the nature of

8    that assessment, given the nature of the testimony, we don't

9    have a problem with that.

10            But the burden is on them to come to us to have

11   that conversation.  It doesn't automatically get sort of

12   transformed into everybody on their side of the case of

13   which we have no idea how many people there are -- I see

14   there are 73 participants on this video, and I can promise

15   you, Your Honor, that the overwhelming majority of those are

16   not Google lawyers -- the idea is if they use that document,

17   we don't think that merely introducing it at a deposition

18   now opens that document up to everybody.  It may be that

19   that document actually contains other parts of it that are

20   really -- we do view as very, very sensitive and we don't

21   want everybody to see, and we would work with them to maybe

22   redact or so that we could come to an accommodation.

23            THE COURT:  Okay.

24            Let me just -- if I could interrupt and let's see

25   if we can resolve this.

1              I mean, in my thinking about this, and some of

2     this was stream of consciousness, I'll admit, it was to --

3     I'm sort of trying to balance two things:  One is, I

4     recognize, based upon the in-camera submissions, that these

5     materials had potentially relevant information in them.

6     At the same time, I also recognize that these documents --

7     these types of documents could also have potentially very

8     sensitive and personal information in them.

9              It sounds like the parties have done what I've

10    asked, which is to sort of balance those two considerations,

11    in particular, sensitivity to personal information, and that

12    DOJ is not even getting that; in other words, if the

13    documents are redacted, that information, you know, say, for

14    example, somebody had a family crisis and they want -- that

15    was part of their self-assessment of performance review that

16    affected their performance, you know, that's not relevant,

17    nobody on the DOJ side is even going to get a chance to see

18    that.

19             I'm less concerned about information that is

20    directly relevant to the case.  You know, so, for example,

21    if there is something in there about market share or a

22    business relationship that relates to an anti-competitive

23    conduct, I'm less concerned about that kind of information

24    being widely disseminated.  It really was that former

25    category, the really sensitive stuff that I was worried

1    about.

2         I guess in between those two holes is the document

3    in its entirety which might contain information that is, A,

4    really irrelevant to the case, and, B, could contain

5    information that's sensitive or personal that maybe didn't

6    get redacted because it doesn't meet that core definition,

7    okay?

8         So what I think -- what makes the most sense to me

9    here is the following, and maybe it's a little bit

10   complicated.  But it seems to me that with respect to the

11   deposition itself, and to the extent somebody testifies

12   about the contents of one of these records in a deposition,

13   it doesn't seem to me that that deposition then needs to be

14   treated with any greater care and confidentiality than any

15   other document or any other testimony just because the

16   questioning relates to one of these self-assessment

17   performance reviews, okay?

18        So if a witness is asked, you know, you put

19   something in here about market share, you're asking for a

20   bigger bonus because you increase market share and that's

21   the subject of deposition testimony, it doesn't seem to me

22   that that is something that ought to be under lock and key

23   and only something that DOJ can share if it gets permission

24   from Google outside the eight people.

25        On the other hand, the entirety of the

1    self-assessment and the performance review, that is, the

2    document itself, that does seem to me to be something that

3    ought to continue to have the greater protection.  I mean,

4    I am concerned about these self-assessments and performance

5    reviews sort of floating around in the ether and dozens and

6    dozens of people having access to it, even though everybody

7    here is subject to CMO and its limitations.

8           And so I think if the concern is deposition

9    testimony and to the extent a portion of the exhibit is

10   presented in a deposition, I don't think that needs to be

11   subject to the limit.  But the documentation as a whole,

12   particularly those portions of the document that aren't the

13   subject of questioning at a deposition or aren't presented

14   as an exhibit at a deposition, that, it seems to me, should

15   continue to be subject to the protection of being limited to

16   the eight people.

17          Does that make sense to everybody in terms of how

18   I'm trying to strike that balance?

19          MR. DINTZER:  It does, Your Honor.  We understand

20   that.

21          So I mean, the easiest way for us -- so we can put

22   the deposition aside, because I think that's -- but for the

23   exhibit, the easiest way for us to handle that would be

24   this:  At the deposition, I mean, we used the document

25   because we have to use the document, you know, in a hole.

1    Google can -- once this deposition ends, Google can tell us

2    whether they want -- I mean, the portion that we've used is

3    the portion that we've used, but anything else, if they want

4    to assert that this needs to be kept sort of in the vault

5    under those terms, they can tell us.  And if there's nothing

6    there, there's nothing there.  And if there is, then we

7    can -- I mean, if it's vault-worthy, we're not going to

8    oppose it.

9            THE COURT:  I would suggest the following, which

10    is, it seems to me that when you're at a deposition and want

11    to present a portion of this, maybe just present the first

12    page and the particular document -- I don't want to

13    micromanage this, but the cover page and the particular page

14    you want to use, and you can have the full document there to

15    show the witness, if that becomes necessary.

16            That way, what's actually part of the record is

17    only the relevant portion of a self-assessment and the

18    performance review that you're relying on during the

19    deposition, as opposed to the entire document.

20            MR. DINTZER:  I think that works.

21            THE COURT:  Okay.

22            All right.  Mr. Schmidtlein, are we clear on how

23    we're going to proceed on that front?

24            MR. SCHMIDTLEIN:  Yes.  Thank you, Your Honor.

25            THE COURT:  All right.

1          Let's move forward then and let's invite

2    Mr. Sallet into the conversation here and talk about the

3    data deposition and the responses to these questions that

4    Colorado has posed.

5          Let just sort of turn to Mr. Schmidtlein and just

6    ask, I mean, are you prepared to say when someone from

7    Google, in a 30(b)(6) capacity, is going to be able to sit

8    for this data deposition that's been noticed?

9          MR. SCHMIDTLEIN:  Yes, Your Honor.

10          I believe my colleagues have, in conversations

11    with Colorado, indicated that we are going to, by the end of

12    this week, give them a date in September when we will be

13    able to have a witness sit for the deposition on the

14    30(b)(6).  We will also be serving some objections to that

15    notice also this week and will be willing to meet and confer

16    with them up through the period before we actually produce

17    the witness for the deposition.

18          THE COURT:  Okay.

19          Well, you know, I'm not sure that's moving the

20    ball all that much, in the sense that September has got

21    30 days.  And to sort of say it will be in September isn't

22    terribly definitive and to get back to them by the end of

23    the week, you know, that means we've lost the first three

24    days of September.

25          So can you be more concrete as to when this is

1    going to happen?  Because I think Mr. Sallet would like to

2    know that, given that this was noticed back in July.

3              MR. SCHMIDTLEIN:  I don't have that information

4    today, because, frankly, Your Honor, we're still working on

5    it.  I mean, the complexity of what that notice accompanied

6    by this 19-page, single-spaced, 100-plus-questions letter

7    that they sent us a couple weeks ago.

8              THE COURT:  All right.

9              Well, we'll talk about that in a moment, because

10   I'm not -- maybe they're related issues and I'm not

11   appreciating the relationship, but let's hold off on talking

12   about the responses to those, what feel like interrogatories

13   to me.

14             But, look, I'd like to come out of this with

15   something concrete.  And so today is the 31st of August.

16   You know, I think I'm going to order you to -- and absent

17   extraordinary reasons that you can't -- by September 2nd, to

18   get back to Mr. Sallet with a date certain or at least dates

19   certain so that you all are in a position to negotiate when

20   this deposition is going to take place.

21             Mr. Sallet, does that satisfy you in terms of

22   moving the ball forward on this?

23             MR. SALLET:  It does, Your Honor, based on

24   Mr. Schmidtlein's representations.

25             So I apologize, but I want to be very clear on

 1   this.  What we'd understood from Mr. Schmidtlein's

 2   colleagues was that Google would come to us on September 3rd

 3   and offer a date, but it was not guaranteed that that date

 4   was in September.

 5              Now, perhaps we misunderstood, because I heard

 6   Mr. Schmidtlein a moment ago represent that the date would

 7   be in September.

 8              THE COURT:  Right.

 9              MR. SALLET:  Relying on that representation and

10   the way Your Honor has suggested going forward is entirely

11   acceptable to us.

12              THE COURT:  All right.  Well, fine.

13              So then what I'll do is I'll push the date back to

14   September 3rd as well, just because it sounds like the

15   parties had already agreed to that and I don't want to -- if

16   that's what you've agreed to, then I'm not going to

17   fast-forward that even by 24 hours.

18              So by the end of the week, by close of business on

19   September 3rd, Google will provide dates certain, a date

20   certain or dates certain for the availability of this

21   30(b)(6) witness for data deposition, what we've been

22   calling the data deposition, okay?

23              MR. SALLET:  Your Honor, I just -- small point.

24              We did not agree to the September 3rd date.

25              THE COURT:  Oh.

1          MR. SALLET:  We have been urging Google to move

2     forward expeditiously.

3          THE COURT:  All right.

4          All right.  I misunderstood.  I thought that there

5     was an understanding.

6          In any event, let's leave it at September 3rd.

7     You know, even in this case, 24 hours is not a material

8     difference, it seems to me, at this juncture.

9          All right.  Let's talk about the responses to

10    these questions.  And, I guess, Mr. Sallet, what are you

11    asking for at this point?  I mean, I understand we had this

12    conversation about trying to narrow the topics or to at

13    least refine the topics and refine the topics and subtopics

14    and individual questions.  I mean, are you asking for Google

15    to respond to these inquiries in writing?

16         MR. SALLET:  We are not, Your Honor.

17         THE COURT:  Okay.

18         MR. SALLET:  But I would be appreciative,

19    Your Honor, if I could have a minute to explain the context

20    of these.

21         THE COURT:  Yeah, of course.

22         MR. SALLET:  At the last status conference,

23    Mr. Schmidtlein -- excuse me, Mr. Schmidlein if I'm

24    mispronouncing your name -- Mr. Schmidtlein said, "In my

25    experience, these types of technical data questions are best

1    answered almost in written correspondence, almost like

2    informal interrogatories."

3            And since then, we have said to Google, the

4    purpose of our written letter is twofold; one, to assist

5    Google in preparing for the deposition; secondly, to try to

6    find areas that we can take off the table.

7            So we put forward a comprehensive roadmap to the

8    deposition.  And, Your Honor, that's unusual for a

9    questioning party to lay out so expressly what it intends to

10   seek at a deposition.  But we did so, Your Honor, because we

11   thought that would speed the process, not because we thought

12   Google was under a legal obligation to answer.  It isn't.

13   But because given Mr. Schmidtlein's comments at the last

14   hearing, particularly that he said "trying to get a 30(b)(6)

15   witness to sit for a deposition about -- tell us all about

16   Google's data is not, frankly, feasible or a good use of all

17   of our time."

18           So we thought by giving them a roadmap, we were

19   helping the process; Google would be able to both assist in

20   the preparation and help us narrow.

21           We expected that what would happen is that Google

22   would come to us and say, look, we're not going to answer

23   all of these, maybe -- or that some make sense, some don't

24   make sense, let's talk about what's feasible.  But it would

25   nonetheless have the benefit of the roadmap.

1         What Google has done is come back and said, we

2    won't answer any, unless the plaintiffs, the state

3    plaintiffs agree that any answer it gives removes a question

4    from the deposition.

5         Now, Your Honor, that's not plausible.

6         THE COURT:  Right.

7         MR. SALLET:  The whole point of a deposition is to

8    be able to ask a follow-up question or a clarifying

9    question.

10        THE COURT:  Well, look, if I can just interrupt.

11        Look, Mr. Schmidtlein, I don't know what the

12   current thinking is about all of this, but, first, let me

13   just make the observation, it's not clear to me there's

14   anything I need to resolve on this topic, given that

15   Mr. Sallet has now said there's -- he doesn't view the

16   questions that were posed as something that you are required

17   to respond to, and I think Google's concern was that it

18   seemed -- that it was being asked to, under compulsion,

19   answer these questions.  That seems not to be the case.

20        Secondly, look, as you all know, and I think I've

21   tried to encourage and promote throughout, which is, to the

22   extent the parties can communicate to narrow and create

23   efficiencies, all the better.  And to the extent that Google

24   is in a position to answer some of these questions in

25   advance, maybe it takes the questions off the table.  At a

56

1   minimum, it arguably will at least streamline the

2   questioning, because they'll have some answers already.

3   I think it's unrealistic to expect that a written answer

4   will foreclose any follow-up questions; that's just not in

5   the DNA of lawyers to behave in that way.

6           So, you know, as I said, I would take what's been

7   presented, see if you all can work together toward using

8   that -- what Mr. Sallet and Colorado have produced as a way

9   of creating efficiencies for the 30(b)(6), but it's not

10  clear to me I need to say or do anything more than that at

11  this point.

12          Mr. Schmidtlein.

13          MR. SCHMIDTLEIN:  Thank you, Your Honor.

14          We will, as always, heed your guidance and

15  instruction on that, and we will work with our client and

16  review the questions.

17          And, you know, I think you correctly guessed that,

18  you know, some of the questions are more easily answered

19  than others, some we think are probably not appropriate, but

20  we will use them as a guide, if we can, to help make the

21  deposition as efficient as possible.

22          THE COURT:  All right.

23          Okay.  So with that, I think that brings us to the

24  last issue and let's invite in counsel for Microsoft.

25          MR. SALLET:  Your Honor --

1          THE COURT:  Yes?

2          MR. SALLET:  -- could I just say one small thing?

3          We've also requested, and there's no opposition

4    from Google to my knowledge on this, to be able to provide a

5    Joint Status Report on these issues, the data depositions,

6    before September 15th.  It may be that we ask to come to the

7    Court earlier.  We just would like to note to the Court that

8    possibility.

9          THE COURT:  I'm certainly happy to receive

10   something.  So I will ask you all to submit a Joint Status

11   Report by September 15th on this topic.  So we'll put that

12   down on our schedule.

13         MR. SALLET:  Thank you, Your Honor.

14         THE COURT:  Before we bring Microsoft into this,

15   let me just take a -- let me just ask everybody quickly:

16   Do we have a next date for our next hearing?  I'm just

17   looking at my calendar; I don't see that we have one.

18         MR. SCHMIDTLEIN:  No, Your Honor.

19         THE COURT:  We do not?

20         MR. SCHMIDTLEIN:  We do not.

21         THE COURT:  Okay.

22         So let's at least -- before we turn to Microsoft

23   and that issue, let's pull our calendars out and at least

24   set a couple of our next hearings, which I think will be

25   important to do as we -- certainly as we move forward and

58

```
 1    you all start filling your calendars with discovery-related
 2    depositions and the like.
 3              So can we set September 29th as our next
 4    hearing -- our next status date in this case, again, at
 5    11:00 a.m.?
 6              MR. SCHMIDTLEIN:  Your Honor, we do have a -- I do
 7    have a deposition set that for date in this case.
 8              THE COURT:  Okay.
 9              How about the 28th?
10              MR. SCHMIDTLEIN:  And do you anticipate these will
11    be -- will again be remote, Your Honor?
12              THE COURT:  Yeah, I think for the foreseeable
13    future until we get better numbers on Delta, we're going to
14    continue to do this remotely.  And given the number of
15    lawyers, it's just more efficient to do that.
16              MR. SCHMIDTLEIN:  That works.
17              MR. DINTZER:  We can make that work.
18              I'm sorry.  Go ahead.
19              MR. SCHMIDTLEIN:  That works for us, Your Honor.
20              THE COURT:  Mr. Dintzer, Mr. Sallet,
21    September 28th at 11:00 a.m?
22              MR. SALLET:  Yes, Your Honor.
23              MR. DINTZER:  Yes, Your Honor.
24              THE COURT:  Okay.
25              Let's also pick our -- the status hearing to
```

```
 1    follow.

 2             I'm unavailable the week of the 25th.  Then I'm

 3    supposed to start a criminal trial the week of the 1st,

 4    another trial the week of the 8th.

 5             How about 3:00 p.m. Eastern on the 28th of -- 29th

 6    of October, which is a Friday?

 7             MR. SALLET:  Yes, Your Honor.

 8             MR. DINTZER:  I don't believe we have any

 9    conflicts, Your Honor.

10             THE COURT:  Mr. Schmidtlein?

11             MR. SCHMIDTLEIN:  That should work for us,

12    Your Honor.

13             THE COURT:  All right.

14             And let's just put down November, for good

15    measure, as well, so we're scheduled out here.

16             So how about November 30 at 1:00 -- I think I can

17    do -- how about 11:00 a.m. on the 30th?

18             MR. DINTZER:  That's fine with the government,

19    Your Honor, the U.S. Plaintiffs.

20             MR. SCHMIDTLEIN:  That works for Google,

21    Your Honor.

22             THE COURT:  All right.

23             So that sets us out for 90 days or so, and so

24    we'll keep those dates available as we move forward.

25             All right.  Let's talk about the issues --
```

```
1                    MR. SALLET:  Your Honor?

2                    THE COURT:  Yes.

3                    MR. SALLET:  I apologize.  Can I go back on one

4       thing?

5                    I think I'm going to be raising some of this

6       unnecessarily, but a few minutes ago, in discussing the data

7       deposition after Mr. Schmidtlein's representation, you said

8       that Google should give us a date certain.  Am I correct

9       that you mean a date certain in September?

10                   THE COURT:  Yes.

11                   MR. SALLET:  Thank you.

12                   THE COURT:  What I was essentially saying is,

13      I didn't want to foreclose Google from coming back and

14      saying, here are two dates or three dates.

15                   MR. SALLET:  Yes, Your Honor.  Thank you,

16      Your Honor.

17                   THE COURT:  I didn't want it to be in the singular

18      to suggest that they all would be one date.

19                   MR. SALLET:  Thank your, Your Honor.

20                   THE COURT:  All right.

21                   Google and Microsoft, let's chat.

22                   Who's here on behalf of Microsoft?

23                   MS. SIMONS:  I am, Your Honor.

24                   THE COURT:  Ms. Simons?

25                   MS. SIMONS:  Caroline Simons, yes.
```

1          Good morning, Your Honor.

2          THE COURT:  Okay.

3          Nice to have you, and thank you for your patience

4    and waiting this out.

5          For some reason, I don't see you pop up on omy

6    screen.  Is your video on?

7          MS. SIMONS:  It is, Your Honor.

8          And I can see my video.

9          THE COURT:  Oh, there you go.

10          MS. SIMONS:  I may have skipped on to a later

11    screen.

12          THE COURT:  Oh, that's okay.  I had it on speaker

13    view, and you weren't popping up, but you now have popped

14    up.

15          Okay.  So where do we stand with this?  I mean,

16    the parties have put forward a fairly comprehensive position

17    paper about where things stand.

18          You know, one thing I had hoped to avoid in this

19    case and every other, frankly, is trying to flyspeck search

20    strings; I've got to do it at will.  But I think the thing

21    that stood out to me in this case -- or in this dispute at

22    the beginning is just the question of de-duplication and

23    what that means for the overall percent.

24          You know, if I look at your chart on page 15 of

25    the submission, you know, volume that Microsoft has

1    proposed -- I guess part of -- I'm a little bit confused

2    about the numbers, let's start with that.  I mean, I thought

3    Google -- at least Google had suggested that there's eight

4    disputed search strings and I think those are those that are

5    identified on page 15.  Google has suggested on page 11 that

6    its proposal de-duped, that's an estimated de-duped number,

7    would be about 1.17 million records.  And so I'm not sure

8    I understand how that number relates to the numbers that

9    Microsoft is putting forward on page -- carry over from the

10   chart on page 16, which suggests numbers as high as

11   4.36 million.

12            So can you help me understand where the divide is

13   here?

14            MS. SIMONS:  Sure, Your Honor.

15            And just before I dive in, I just want to flag for

16   the Court that, to the extent we do need to flyspeck each of

17   the search terms, that we would move to seal the courtroom

18   because the search terms themselves indicate what Microsoft

19   has designated to be confidential and highly confidential

20   information.

21            I'm happy to talk about --

22            THE COURT:  We can talk about some of that.

23   I don't know that all of this is confidential.

24            MS. SIMONS:  Sure.

25            THE COURT:  But, you know, for example, the

1    discussion on page 20 and whether that particular term ought

2    to be included in a search string or not doesn't strike me

3    as something that can't be put on the public record,

4    given --

5              MS. SIMONS:  I'm happy to tackle them one by one,

6    Your Honor.

7              THE COURT:  Given that I could pull them up on my

8    computer in two seconds.

9              Anyway.  But go ahead.  I just sort of invited you

10   to help me understand these numbers and why there seems to

11   be this massive disparity in between the two sides.

12             MS. SIMONS:  Sure.

13             Just to explain what the chart on 15 and moving

14   into 16 represents, at the top of 16, what we've laid out

15   here are basically the total hit count with respect to

16   Microsoft's and Google's comprehensive proposal.  So the

17   4.36 that we've laid out there represents --

18             THE COURT:  I see.

19             MS. SIMONS:  -- all of Google's search terms.

20             THE COURT:  Okay.  That's not the 8 -- I didn't do

21   the math.  I just assumed.  Okay.  That makes sense.

22             So the numbers on page 16 are all of the search

23   strings and all of the inquiries, not just the eight that

24   remain in dispute.

25             MS. SIMONS:  That's correct, because we think it

1    is relevant that our burden be viewed in view --

2              THE COURT:  Sure.

3              MS. SIMONS:  -- of the entire proposal and not

4    only with Google, but with respect to plaintiffs as well at

5    the end of the day.

6              THE COURT:  Okay.

7              So then let's talk then about the volume that

8    Microsoft has identified.  And I think, you know, on page --

9    at least in one of our charts, you sort of acknowledge that

10   the number that you provided is not a de-duped number, a

11   footnote to that effect.

12             So what's your total pre de-dupe on these eight

13   searches?  I guess I could do the math, but...

14             MS. SIMONS:  Certainly, Your Honor.

15             I believe it's well over 500,000 at the end of the

16   day.  It may be closer to 800,000, 900,000.

17             THE COURT:  You've got about 1.2 million, it looks

18   like, if I just add up your total in figure 1, that first

19   column is 1.2 million additional documents.

20             And Google's is --

21             MR. SCHMIDTLEIN:  Your Honor --

22             THE COURT:  Right.

23             Google's at about 2.3 million, but, again,

24   I understand that pre de-duped.

25             MS. SIMONS:  And, Your Honor, in our footnote, we

1    explained kind of the de-duplication rates that we haven't
2    seen in real-time.  So this is the data that we have.
3                As we laid out, Microsoft conducts searching in
4    place, so we can't see global de-duplication numbers.  We
5    see them as the documents are being processed.
6                And so I understand Google --
7                THE COURT:  Ms. Simons, I'm sorry to interrupt
8    you.
9                Can you keep your voice up or raise the volume on
10   your mic?  Because I'm having a little bit of trouble
11   hearing you.
12               MS. SIMONS:  Absolutely.  One moment.  Let me dial
13   up the sound.
14               I apologize, Your Honor.
15               Is this any better, Your Honor?
16               THE COURT:  A little better, yes.
17               MS. SIMONS:  A little better.
18               THE COURT:  Our court reporter is shaking his
19   head, so I take my cue from him.
20               MS. SIMONS:  Sure.
21               I think Google has offered some reverse
22   engineering back-door calculations as to de-duplication
23   rates.
24               What we've offered and we've told Google in
25   real-time are the actual de-duplication rates on average

1  that we've been seeing as we've been processing the data.

2  And as we laid out in the filing, that fluctuates between

3  25 percent to 42 percent, and it depends on the search-terms

4  results that are being processed, because, depending on the

5  custodian groupings or the closeness of the topics, you

6  know, that can impact all up what that de-duplication number

7  looks like.

8          But even taking the most conservative rate that

9  we've been seeing, which is the 42 percent, that still

10 represents over 2 million documents that right now Microsoft

11 is offering as part of its proposal to collect, review, and

12 produce whatever is responsive.

13         THE COURT:  I guess I don't understand that,

14 because at least with respect to the eight search strings,

15 again, my back-of-the-envelope math, is 1.2 million by

16 Microsoft, that's a pre de-dupe number, 2.3 by Google,

17 that's, again, a pre de-dupe number.

18         MS. SIMONS:  Uh-huh.

19         THE COURT:  And let's just say hypothetically, you

20 know, the de-dupe is 33 percent, you know, that knocks

21 Microsoft's number down to about 800,000, and Google's to

22 about 1.5.

23         So I guess I don't understand the 2 million

24 number.

25         MS. SIMONS:  Again, I think the 2 million number

```
 1    was referring to the comprehensive proposal, Your Honor --

 2              THE COURT:  Oh.

 3              MS. SIMONS:  -- again, looking at the burden

 4    overall to Microsoft as a non-party.

 5              But, yes, agreed on the math -- and I didn't

 6    expect to pull up my calculator as part of the hearing

 7    today, but, yes, I think the math is right as to the

 8    disputed search terms.  We are talking about a difference of

 9    800,000, which is something that we've placed on the table,

10    and is a substantial, significant offer, but Google is

11    seeking more.

12              THE COURT:  All right.

13              Well, I guess -- Mr. Schmidtlein, go ahead.

14              MR. SCHMIDTLEIN:  Your Honor, okay.

15              I think one of the things that you're struggling

16    with, which I struggled with, frankly, when I read their

17    brief is, all of the numbers in their brief are -- do not

18    contain any de-duplication, which was --

19              THE COURT:  Right.

20              MR. SCHMIDTLEIN:  -- frankly, a little bit

21    problematic and unfortunate from my perspective, because at

22    the last hearing, you ordered them to provide numbers based

23    on the numbers we were talking about last time, de-duped

24    numbers, and they haven't done that, and, therefore, these

25    numbers are vastly inflated across every metric here.
```

1        And we believe the de-duplication rate, based on

2   some sampling we've done, is at least 50 percent, and that's

3   for a couple of different reasons:

4        First, the de-duplication that Ms. Simons has

5   talked about, the 25 to 42 percent that they mention in the

6   footnote but that they don't translate into any of their

7   charts, that is only de-duplication if you look within a

8   particular string.

9        THE COURT:  Right.

10       It's -- yeah, it's this sort of interstring, and

11  then the number is going to go up across strings.

12       MS. SIMONS:  Your Honor, moving forward, that's

13  not correct, but we can address that when --

14       THE COURT:  Okay.

15       MR. SCHMIDTLEIN:  And it also doesn't address the

16  de-duplication against the documents they've already

17  produced in the CID investigation.  So we think this

18  de-duplication rate is going to be much higher.

19       And we think the volume of documents that are

20  actually in dispute is roughly 500,000 documents.  It's not

21  this massive number, much larger number that they claim is

22  at issue.

23       And we think that the overall production number

24  that we're talking about here that Google is asking for from

25  Microsoft is a little bit over 2 million documents total for

1    review, which we think is eminently reasonable, given their

2    position, given the breadth of issues that touch on them in

3    this case.

4          THE COURT:  Let me just make a couple of

5    observations and get your reactions.

6          First, in terms of the search strings and the

7    words that are being used in the search strings -- you know,

8    let's sort of focus on page 20, for example, and the use

9    of -- Ms. Simon, is there a problem with me mentioning the

10   word?

11         MS. SIMONS:  Oh.  No, Your Honor.  I think we can

12   address that word.

13         THE COURT:  Okay.

14         The question is whether to include the word "Bing"

15   in this search string.

16         And, you know, look, I mean, I don't know that any

17   judge wants to be in a position of calling a thousand

18   strikes on this, but when the issue in the case is about

19   monopolization of search and one of the competitor's

20   products is -- the name of a competitor's product is being

21   proposed in a search string, it seems sort of hard to me to

22   drop it out.

23         I mean, I can take you on some faith that maybe

24   within Microsoft, the term is not used or "Bing" is not used

25   or perhaps is used but in lots of different contexts, but

1    I just -- in terms of you're trying to identify what's in

2    the potentially relevant universe of documents, it seems to

3    me that sort of taking Bing out would be a pretty big --

4    would create a pretty big loophole here or at least a pretty

5    big possibility of losing potentially relevant material.  So

6    that's sort of observation one.

7            And I think I would make the same observation

8    about the words that are used on page 23 in connection with

9    string 21.  I mean, none of those -- the inclusion of the

10   words that Google has suggested don't strike me as sort of

11   so out of bounds.  Again, it's hard for any judge to make

12   that call, but it doesn't strike me as out of bounds, and

13   the truth is the document difference isn't nearly as great

14   as it was with "Bing."

15           I think the second thing I have -- you know, my

16   second observation, and this is really to put to

17   Mr. Schmidtlein, which is whether there's any real magic to

18   the proximity connectors, and whether the proximity

19   connectors within 5 or 3 or 15 or 10 is really likely to

20   cause you to lose potentially relevant material.

21           I mean, as I look at this chart, there are, at

22   least in some cases, pretty -- not insignificant drops in

23   terms of number of responsive material, particularly, for

24   example, on 16, this is string 16, you know, there's a

25   difference of almost -- do my math here -- it's almost four

71

1   times greater with the connectors that Google has proposed,

2   which are both within five -- it's not clear to me why

3   there's two connectors, but in any event, within five -- and

4   then Microsoft's modest suggestion is to change one of those

5   to within three, and it drops, you know, the responsive

6   material down quite dramatically.

7           And so, you know, it seems to me if there's a

8   place to lower these numbers, it's in somebody's connector

9   numbers, rather than in the search string construction.

10          But, you know, those are my sort of observations,

11  my takeaways from reading what you all presented.

12          So, Mr. Schmidtlein, your thoughts on those

13  observations and whether there's some give, particularly on

14  the proximity connectors?

15          MR. SCHMIDTLEIN:  Yes, Your Honor.

16          Again, I guess I would suggest to you that the

17  difference numbers -- if the difference numbers you're

18  reading are in the chart on pages 25 and 26, is that what

19  you're looking at?

20          THE COURT:  Yes.

21          Oh, you know what?  Sorry.  Yes.  I am and I

22  misread the chart; I was looking at the columns differently.

23          But yes, the difference column is the one that is

24  on the far right and that's the one I should have been

25  reading from.

1          So I was comparing the column, the Microsoft total

2    volume column and the difference column as the delta, and

3    that's not right.  The delta is just in that last column.

4    Sorry about that.

5          MR. SCHMIDTLEIN:  Yeah.  No, that's fine,

6    Your Honor.

7          And, again, I think, to be clear, that difference

8    column is a non-de-duped difference --

9          THE COURT:  Right.

10         MR. SCHMIDTLEIN:  -- which we would say you should

11   cut all of those numbers in half.  And I even heard

12   Ms. Simon say it's got to be at least between 25 or as high

13   as 42 percent.  So respectfully, Your Honor, I would say if

14   we focus on that difference column and you cut those numbers

15   in half, the numbers are not that far off.

16         And the second point I guess I would observe is,

17   we really haven't been told by Microsoft or been given any

18   evidence, if you will, about what documents make up those

19   differences; in other words, are they coming to us and

20   saying, oh, yeah, no, we can tell you already that there's a

21   huge chunk of these that are generating this type of

22   document that you surely don't want and isn't sort of

23   responsive, they haven't come to us with that.  This is,

24   I think, as we've heard from them all along --

25         THE COURT:  Yeah.

73

1           I mean, I suspect that they may be hard to do with

2   proximity-connector issue.  I mean, that may be a little

3   easier to do with words.

4           MR. SCHMIDTLEIN:  Yep.  Understood.

5           THE COURT:  You know, it's not clear to me that

6   proximity connector is going to associate with a particular

7   kind of document or word.

8           MR. SCHMIDTLEIN:  Yes.

9           THE COURT:  But be that as it may.

10          Look, I think, here's where I -- Ms. Simons.

11          MS. SIMONS:  Your Honor, may I be heard on some of

12  the observations that you made?

13          THE COURT:  Yeah.

14          MR. DINTZER:  I think, first of all, to respond to

15  Mr. Schmidtlein's representation about the de-duplication

16  rate, as to whether our numbers, you can't tell whether

17  they're per string, intrastring or interstring.

18          As he laid out, the de-duplication numbers we see

19  are all up.  So they include interstring, they include

20  intrastring.  The rate that we are seeing as the documents

21  are being processed cover entirely the universe of what we

22  would say is -- these documents are being taken out.  So

23  that average rate can --

24          THE COURT:  Does that number include de-dupe

25  against what Microsoft produced in response to the CID?

1    Because it sounds like Mr. Schmidtlein is not asking you to

2    reproduce that material.

3              MS. SIMONS:  No, that's correct.

4              It does not include de-duplication as to the CID

5    production.

6              Our position is, though, we are -- contrary to

7    what Google has represented in its filing, we have never

8    declined to de-duplicate against the CID duplication.  We

9    intend to do so.  We're working on the processes in order to

10   do so.  It involves writing additional scripts and the like.

11             But at the end of the day, we're looking at kind

12   of the entirety of the CID production, even if we take that

13   and discount that out, which we're still talking about.

14             THE COURT:  And can you tell me how many

15   documents, just a rough number, of what Microsoft produced

16   in response to the CID?

17             MS. SIMONS:  It was over 400,000 documents.

18             THE COURT:  Okay.  We are not talking about that

19   many.

20             MS. SIMONS:  No.

21             THE COURT:  Okay.

22             I'm sorry, so I cut you off.

23             MS. SIMONS:  No, not at all.

24             With respect to string number 1, Your Honor, with

25   respect to the term "Bing," in proposing to omit that term

1    from the string, we're not filtering out "Bing."  There's
2    going to be documents that are caught within the search
3    string that Microsoft has proposed that will include the
4    term "Bing," and it's more likely than not it will, because
5    we have actually used terms that Microsoft uses in its
6    business when employees talk to each other.
7            Our concern with Bing is because -- and we have
8    given Google this information -- when you look at the
9    drivers and how many hits are driven by just the term
10   "Google" -- or "Bing," rather, our concern is that it
11   reflects an overbreadth pull of how the market refers to our
12   search product.  And so if you're looking at newsletters, if
13   you're looking at just articles and the like, those will get
14   swept in.  And we see quite a significance, as you can see,
15   around that.
16           THE COURT:  But I guess the issue is this, which
17   is:  Unless you can convince me that people at Microsoft
18   don't use the term "Bing" in connection with their
19   conversations about strategy, a search strategy, which I
20   would be surprised if they don't use the name of the
21   product, I mean, this is just a term, unfortunately, given
22   that it is the name of the product, is going to be an issue.
23   And it just -- I think -- I think there's a real risk to not
24   use that term.  For me to order that term not be used,
25   you're potentially going to lose out on some potentially

1    relevant material.

2              And I guess -- so, you know, as big as the delta

3    is, I'm just not inclined to sort of agree that -- order a

4    search without that term.

5              MS. SIMONS:  Your Honor, I don't think we would

6    necessarily disagree that "Bing" as a term standing alone

7    appears relevant and responsive.

8              But from our perspective, that's combing the

9    threshold inquiry; that the next after determining that it's

10   likely to yield relevant documents is where we land on

11   burden, which I think is something we've tried to convey in

12   our filing as to looking at the entirety of the proposal

13   that Microsoft has put on the table of the 3.5 million hits

14   de-duplicated to be sure.  But over 45 custodians and over

15   20 years' worth of documents, that this is just

16   incrementally -- it's death by a thousand cuts, it's an

17   incredible amount of burden that we'd be asked to shoulder

18   as a non-party.

19             THE COURT:  Understood.

20             I mean, look, you know, I don't mean to be

21   insensitive, but this is also Microsoft, it's not a

22   mom-and-pop shop.  Microsoft is, I think, if I read the news

23   recently, has hit a trillion-dollar valuation.  The idea

24   that the incremental burden here between 187,000

25   documents -- and this is, of course, pre de-duplication,

1   241,000 documents, you know, it's not -- the incremental

2   burden is not that significant, particularly when I consider

3   what I do think is a real risk that you're going to lose out

4   on potentially relevant material, at least as to this search

5   string.

6           And look, this is also pre -- you're undoubtedly

7   going to use predictive coding to identify what's relevant.

8           So you're shaking your head.  You're not going to

9   use predictive coding?

10          MR. DINTZER:  No, Your Honor.

11          THE COURT:  You're actually going to have somebody

12  eyeball every document?

13          MS. SIMONS:  We have not agreed with Google as to

14  a protocol, and so we are going to conduct a responsiveness

15  review of these documents so that that represents a

16  significant portion of our efforts as well.

17          THE COURT:  Is Google refusing or you just haven't

18  reached an agreement?

19          Because I mean, I don't think it's in Google's

20  interest to have 4 million documents reviewed by a set of

21  eyes.  I mean, that's going to take a very long time.

22          MS. SIMONS:  We began negotiations on that,

23  Your Honor.

24          I think given the early parameters of what Google

25  is seeking as to visibility into our null set and other

1    similar parts of the protocol, we saw early on that it was

2    really unlikely to achieve agreement there.  So we reverted

3    back to our original plans.

4              THE COURT:  I don't know.

5              Mr. Schmidtlein, I have a hard time -- well, let's

6    just say that given the scope of the request here and the

7    nature of the records, this is something that certainly

8    would call out for some agreement on using predictive coding

9    to get you your documents as fast as they can be produced.

10             MR. SCHMIDTLEIN:  Your Honor, we've never refused

11   that.

12             We pointed Microsoft to -- there are ESI protocols

13   that have been adopted and agreed to in this case around the

14   types of information that will be exchanged between parties

15   who want to use TAR, and that's all we were asking for and

16   discussing.

17             We've never discouraged Microsoft from using

18   Technology Assisted Review in this matter.

19             MS. SIMONS:  Your Honor, the ESI order provides

20   that we agree to a protocol.  It doesn't necessarily lay out

21   the precise parameters on which we have to exchange

22   visibility on.  And so that's the requirement in the order

23   that we are less optimistic that we'll arrive at agreement

24   with Google.

25             THE COURT:  Well, I mean, I guess my reaction is,

 1    you don't know until you try.

 2            I mean, it doesn't -- and Google has every

 3    incentive here to agree to a protocol.  I mean, they've got

 4    two goals here; one is to get relevant material, but also to

 5    get them as soon as possible, whether that's by human means,

 6    electronic means, or both.

 7            And so, as far as I understand certainly the

 8    parties in terms of how they've approached this, I think

 9    they've used Google -- you know, Google has certainly used

10    Technology Assisted Review in producing its records to DOJ,

11    I believe.

12            Tell me if I'm wrong, Mr. Schmidtlein.

13    You're not?

14            MR. SCHMIDTLEIN:  No, Your Honor.

15            We used it, we have used Technology Assisted

16    Review to prioritize --

17            THE COURT:  Okay.

18            MR. SCHMIDTLEIN:  -- documents that are more

19    likely to be responsive, and then those are actually human

20    reviewed.

21            THE COURT:  Okay.

22            MR. SCHMIDTLEIN:  So we did that in a way to

23    facilitate an early and more robust production.

24            I mean, I find this conversation with Microsoft a

25    little bit ironic, because during the CID process, they ran

1    search terms.

2              MS. SIMONS:  Your Honor, to the extent we start

3    discussing the negotiations between Microsoft and DOJ as to

4    the investigation, that would constitute confidential

5    material that we would request to seal the courtroom.

6              THE COURT:  Well, look, let's -- you know, whether

7    it does or not, I'm not too worried about it at this point.

8    I mean, what I'm interested in right now is getting this

9    resolved.

10             And I think the best I'm going to do at this point

11   is -- I mean, look, I think I've shared with you my

12   thoughts, and I can either -- and I think it makes sense for

13   you all to now take my thoughts and my observations and put

14   them into practice.

15             I mean, I think the bottom line is, you know,

16   Ms. Simons, these numbers are useful, but their utility is

17   diminished by not having a final de-dupe number.  And so if

18   you want to come back to me and say that even after these

19   numbers have been fully de-duped, you know, we're still

20   hitting numbers that are in the stratosphere, then I'll hear

21   you out.  But, you know, giving me numbers that aren't

22   de-duped and giving me ranges of de-duplication is useful

23   but not optimally so.

24             You know, as I said, I think the search terms as

25   to which you're sparring about and what Google is asking for

1   doesn't strike me as out of bounds.  And certainly in terms

2   of additional documents that get generated from those search

3   terms, at least as to the term "Bing," I think the benefit

4   is worth the burden, and the other search terms, certainly

5   those that are identified on page 23, don't demonstrate that

6   many additional hits.

7        And then in terms of the proximity connectors, you

8   know, look, I would ask Mr. Schmidtlein and his team to just

9   look a little bit harder at that, and if you can give there

10  a little bit, that can amount to some reduction of burden.

11       And then on top of all of that, if you can reach

12  some agreement on Technology Assisted Review, whether that's

13  in terms of prioritizing or actual production or fully

14  automated review, which maybe Microsoft doesn't even want to

15  do, but at least some sort of Technology Assisted Review

16  that increases the efficiencies, that seems to me that's in

17  everybody's interest.

18       So let's do the following, which is, you know,

19  today is the 31st.  How about you all get back to me by the

20  end of the week as to where things stand on these issues.

21  If you would just submit something by the end of the day on

22  Friday, that would be helpful, and hopefully you've reached

23  resolution.

24       You know, I think the other issue is just a

25  production date.  Let's get to a point where you all have

1    reached a resolution.  But my interest here, Ms. Simons, is

2    to try and get these documents out as quickly as possible.

3         And I will say that I'm not -- I think Microsoft's

4    pace of production can improve here, and it's my expectation

5    that it will improve as we move forward in the month of

6    September.

7         While I'm not telling you you need to

8    substantially complete by September 30th, it's my

9    expectation that there will be a substantial uptick in the

10   production on a regular basis through this month, with a

11   goal of trying to get this production completed, certainly

12   by the middle of October.  And I'm happy to be flexible,

13   but, you know, I think there have been a lot of months in

14   the lead-up to this, and we really ought to get to the point

15   of where we're starting to produce meaningful numbers of

16   records, and we haven't reached that point yet.

17        MS. SIMONS:  If I may be heard on that briefly,

18   Your Honor?

19        THE COURT:  Sure.

20        MS. SIMONS:  I think it would be remiss of me not

21   to correct the record as to the pace of Microsoft's

22   production.

23        I think at the outset, we have offered to

24   negotiate the subpoena piecemeal so that we could agree on

25   search terms and start producing documents.  And it was at

```
 1    Google's request that we pause and do a comprehensive
 2    proposal before moving forward and agree on all search
 3    strings largely at the same time, which has caused much of
 4    the delay in this case.
 5                And Microsoft, nevertheless, has proactively
 6    pushed documents that we believe would we subset and likely
 7    reflect subsets of responsive materials to Google's
 8    subpoena, and we have produced over 38,000 documents to
 9    date.
10                And certainly, Google has grossly understated,
11    I think, Microsoft's pace of production in its brief.  And
12    in particular, they did it at the last hearing and they did
13    it again in the filing today, that we only produced a
14    thousand responsive documents at the least hearing and
15    that's just flat-out wrong.
16                THE COURT:  You know, look, whether -- I'm not
17    here to cast blame or aspersions one way or the other.  My
18    bottom is that 38,000 documents, we need to increase that
19    number substantially, and that's even true if we take your
20    proposal.
21                So there's a lot to get done and a lot to get
22    produced and there's not a lot of time to do it.  So I'd
23    like to reach resolution as soon as reasonable and let's see
24    if we can get that done by the end of the week.  And then we
25    really do need to start picking up the pace of production
```

1   here.

2           So let's start out with a joint -- get something

3   back from you all by the end of the week, and then my

4   expectation is that I'll probably ask the parties for

5   periodic updates as we move forward, okay?

6           MS. SIMONS:  Understood, Your Honor.

7           And Microsoft is committed to pulling the

8   resources necessary to do that as quickly as possible.

9           THE COURT:  All right.  Thank you, Ms. Simons, I

10  appreciate that.

11          All right.  I guess the last thing,

12  Mr. Schmidtlein, is, we've resolved the issue with Booking,

13  but we haven't heard from Yelp.  So do you know where things

14  stand on that issue and whether I need to request some kind

15  of response from Yelp or where do things stand on that?

16          MR. SCHMIDTLEIN:  Your Honor, if I may, I'd like

17  to hand the discussion with respect to Yelp over to my

18  colleague, Wendy Waszmer from Wilson Sonsini, she's prepared

19  to address the Yelp issue.

20          THE COURT:  Okay.

21          Ms. Waszmer.

22          MS. WASZMER:  Thank you, Your Honor; thank you,

23  Counsel.

24          So, Your Honor, just to clarify for the record, we

25  had two parties -- as I think the Court noted at the

1    beginning, we had two parties and one submission, and we

2    have resolved with Booking, we have submitted a joint

3    statement with Booking that we will file a redacted copy

4    later today just redacting some employee names.

5           But for the Court's and counsel's benefit, the

6    resolution is that we've agreed on a timeline to resolve the

7    data issues, and we've worked out custodian issues for the

8    custodians that Google has requested, subject to the parties

9    just reserving on one high-level custodian that we weren't

10   able to resolve today.  But I think for now, the submission

11   with regard to Booking is resolved as the Court stated.

12          With regard to Yelp, as the Court hopefully saw in

13   our submission, this is a party that has been quite central

14   just in the factual allegations that relate to both the *U.S.*

15   and the *Colorado* cases.

16          And understanding that I'm the last in the line,

17   I will make this brief.  We have two issues that are still

18   in dispute, even though the parties have worked very

19   furiously over the past 72 hours to try to reach an

20   agreement, the two issues that are still in dispute, as the

21   Court may have seen from our submission, we had given search

22   terms -- a search term proposal in mid July.  And I will not

23   ask the Court to flyspeck and get into the weeds on search

24   terms, but Yelp has provided us now with some hit counts and

25   we'd like to move along to try to reach a resolution to hear

1    their proposal back based on their hit counts and

2    de-duplicated numbers.

3          So what we're asking is just that the parties

4    update the Court by the end of the week and hopefully

5    we will have Yelp's proposal by the end of the week.  We got

6    the search hit numbers yesterday evening.  So we think that

7    was reasonable for the parties to work very diligently this

8    week and get back to the court by Friday.

9          THE COURT:  Okay.

10         MS. WASZMER:  Thank you, Your Honor.

11         The second issue is, we did have some custodian

12   disputes.  There is one that's remaining.  And just for the

13   purposes of confidentiality, I will not name the employee

14   that is in dispute, but I will say that the person who the

15   parties have not resolved on is Yelp's lead public policy

16   individual, who, we understand from government productions,

17   was very involved in the allegations.

18         THE COURT:  Right.

19         MS. WASZMER:  And so let me just raise -- and then

20   Mr. Dixon can respond to me -- I understand that there are

21   privileges and/or First Amendment issues and that Yelp's

22   position is they can't produce any documents from this

23   individual.

24         Google has proposed that we work out search terms

25   or parameters that would prevent any privilege or other

1  issues.  That is still kind of disputed.  What I'd ask the

2  Court is that we have a week for Yelp to provide Google with

3  information about whether there's duplication, whether

4  there's other -- another ability for Google to get the

5  information from those factual allegations that were

6  presented to agencies that are in this individual's

7  testimony so that we can evaluate whether we can, in fact,

8  substitute custodians out or whether we, in fact, still need

9  this custodian.

10          Let me pause there for any questions.

11          THE COURT:  Okay.

12          Well, except -- if the bottom line is that you're

13  still continuing to have discussions with Yelp, then all the

14  better.

15          You know, certainly, if you want to get back to me

16  by the end of the week about the first topic, that is, you

17  know, the search strings; and then as to the custodian, you

18  know, if you need another week, that's fine by me, too.  But

19  obviously, you know, it's my interest and yours to get this

20  resolved as efficiently as possible.

21          MS. WASZMER:  Your Honor, we'd ask, subject to

22  counsel's response to me, that the parties update you on

23  both items by Friday, because the productions in response to

24  Google's subpoena that was issued in April have not yet

25  started rolling.  So our interest is to move as quickly as

```
 1   possible, and we think that we will have all of that Friday.
 2              THE COURT:  All right.
 3              Is counsel on the line for Yelp?
 4              MR. DIXON:  Yes, Your Honor.
 5              This is Doug Dixon of Hueston Hennigan; I'm
 6   attending especially at the invitation of Ms. Waszmer here.
 7              We have not entered an appearance.  It was just
 8   recently that we were told we would need to participate in a
 9   joint submission.
10              And this subpoena was issued pursuant to Rule 45.
11   Under Rule 45, if there was a dispute, it would need to be
12   filed in the district where the production was sought to be
13   compelled, and that's the Northern District of California.
14              Ms. Waszmer pointed out to us that after
15   today's -- after the filing on Friday, that under 15 U.S.C.
16   Section 23 in the Court's Case Management Order, that,
17   perhaps, nationwide jurisdiction had been invoked here.
18              We have --
19              THE COURT:  I guess, Mr. Dixon -- if I could just
20   cut you off, Mr. Dixon, and I'm sorry to interrupt you.
21              I think the bottom line here is what I'm hearing
22   from Ms. Waszmer is that there is ongoing discussions with
23   Yelp about trying to work through these issues.  If you all
24   can get back to me by Friday about where things stand.
25              If disputes remain, you'll let me know that.  If
```

1   you're going to contest my jurisdiction to resolve that

2   dispute, you can let me know that, too, although, you know,

3   if I was a judge somewhere else, I probably would just boot

4   it back to me, so that may not be the most efficient way to

5   get this taken care of.

6           So, you know, the bottom line is, if you all would

7   work together and get me an update on Friday, we can keep

8   things moving forward, okay?

9           MR. DIXON:  Certainly, Your Honor.

10          And we want to proceed as efficiently as possible.

11  I'm certainly going to recommend and discuss with my client

12  consenting to the jurisdiction of this court.

13          But all of this was new to us after Friday's

14  filing, and we look forward to trying to resolve this

15  quickly.  And I've appreciated the careful attention that

16  Your Honor has given to other discovery disputes, which

17  gives us great comfort that we can do so quickly.

18          THE COURT:  Nothing I enjoy more.

19          MS. SIMONS:  Thank you, Your Honor.

20          Thank you.

21          THE COURT:  Thank you all very much.

22          Unless there's anything pressing, I have another

23  matter that's calling my attention.

24          So anything else anybody wants to raise before we

25  sign off here?

90

1              MR. DINTZER:  No.  We appreciate your time,

2    Your Honor.

3              THE COURT:  All right.

4              Thank you all very much.  I will look forward to

5    the updates in the next couple days and the next week and

6    take care, everybody.  Thanks so much.

7              (Proceedings concluded at 1:10 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.

        Please note:  This hearing occurred during
the COVID-19 pandemic and is therefore subject to the
technological limitations of court reporting remotely.


Date:__August 31, 2021_____   /S/__William P. Zaremba_____

                        William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [1]** 4/2
**MR. DINTZER: [50]**
5/20 5/25 6/3 8/3 9/21
13/16 13/19 17/14 19/9
24/20 25/9 25/11 25/16
25/19 25/22 26/24 28/6
28/13 28/22 28/25
29/13 29/19 29/22 31/1
31/22 31/24 32/8 32/23
33/8 37/4 37/16 38/11
40/8 41/1 41/9 41/12
42/23 42/25 43/5 43/14
43/17 48/19 49/20
58/17 58/23 59/8 59/18
73/14 77/10 90/1
**MR. DIXON: [2]** 88/4
89/9
**MR. SALLET: [25]**
19/6 19/14 19/18 22/9
22/17 22/20 22/22
51/23 52/9 52/23 53/1
53/16 53/18 53/22 55/7
56/25 57/2 57/13 58/22
59/7 60/1 60/3 60/11
60/15 60/19
**MR. SCHMIDTLEIN:
[39]** 11/8 12/15 16/11
16/16 17/15 17/22 18/9
18/12 18/20 23/10
34/24 36/20 44/25
49/24 50/9 51/3 56/13
57/18 57/20 58/6 58/10
58/16 58/19 59/11
59/20 64/21 67/14
67/20 68/15 71/15 72/5
72/10 73/4 73/8 78/10
79/14 79/18 79/22
84/16
**MS. SIMONS: [35]**
60/23 60/25 61/7 61/10
62/14 62/24 63/5 63/12
63/19 63/25 64/3 64/14
64/25 65/12 65/17
65/20 66/18 66/25 67/3
68/12 69/11 73/11 74/3
74/17 74/20 74/23 76/5
77/13 77/22 78/19 80/2
82/17 82/20 84/6 89/19
**MS. WASZMER: [4]**
84/22 86/10 86/19
87/21
**THE COURT: [148]**

**'**
**'11 [1]** 26/6
**'16 [1]** 26/6
**'18 [1]** 26/7
**'19 [1]** 26/7

**/**
**/S [1]** 91/10

**0**
**02116 [1]** 3/4
**0340 [1]** 1/15

**1.17 million [1]** 62/7
**1.2 million [3]** 64/17
64/19 66/15
**1.5 [1]** 66/22
**10 [1]** 70/19
**100-plus-questions [1]**
51/6
**10019 [1]** 2/8
**10:59 [1]** 4/17
**11 [1]** 62/5
**1100 [1]** 1/14
**11:00 [3]** 1/6 58/21
**11:00 a.m [1]** 58/5
**12th [2]** 2/3 21/5
**1300 [1]** 2/13
**1301 [1]** 2/7
**13th [5]** 8/8 9/1 9/19
15/2 16/3
**1440 [1]** 2/18
**15 [5]** 61/24 62/5 63/13
70/19 88/15
**15th [2]** 57/6 57/11
**16 [6]** 62/10 63/14
63/14 63/22 70/24
70/24
**18 [1]** 36/7
**1800 [1]** 3/4
**182-2 [1]** 24/16
**187,000 [1]** 76/24
**19 [1]** 91/6
**19-page [1]** 51/6
**1:00 [1]** 59/16
**1:10 [1]** 90/7
**1st [1]** 59/3

**2**
**2.3 [1]** 66/16
**2.3 million [1]** 64/23
**20 [4]** 11/24 63/1 69/8
76/15
**20-3010 [2]** 1/4 4/3
**2000 [1]** 3/3
**20001 [1]** 3/9
**20005 [2]** 2/3 2/18
**2007 [3]** 25/25 26/5
26/6
**2013 [1]** 26/6
**2017 [1]** 26/7
**202 [4]** 1/15 2/4 2/19
3/9
**2020 [1]** 37/19
**2021 [6]** 1/5 23/19 37/7
37/8 37/21 91/10
**20th [1]** 8/10
**21 [2]** 13/1 70/9
**212 [1]** 2/8
**222 [1]** 3/3
**22nd [2]** 21/16 37/8
**23 [3]** 70/8 81/5 88/16
**24 [2]** 52/17 53/7
**241,000 [1]** 77/1
**25 [3]** 68/5 71/18 72/12
**25 percent [1]** 66/3
**25,000 [10]** 24/23
24/25 25/15 25/18
27/12 28/4 28/10 32/15

**25,000-document [1]**
31/2
**25th [1]** 59/2
**26 [2]** 25/4 71/18
**27th [1]** 14/5
**28th [3]** 58/9 58/21
59/5
**29th [3]** 14/6 58/3 59/5
**2:00 [2]** 17/5 17/11
**2nd [1]** 51/17

**3**
**3.5 million [1]** 76/13
**30 [30]** 8/1 8/4 9/12
9/12 9/14 10/7 10/16
10/17 11/6 12/8 12/14
12/19 12/21 13/4 13/9
13/23 14/16 14/20 15/8
15/11 15/25 21/13
21/17 23/8 50/7 50/14
52/21 54/14 56/9 59/16
**30 days [1]** 50/21
**30,092 [1]** 25/21
**3000 [1]** 25/20
**30092 [2]** 36/14 36/14
**3010 [2]** 1/4 4/3
**307-0340 [1]** 1/15
**30th [4]** 21/6 40/21
59/17 82/8
**31 [2]** 1/5 91/10
**31497 [2]** 28/16 29/8
**31st [2]** 51/15 81/19
**3249 [1]** 3/9
**33 [1]** 66/20
**333 [1]** 3/8
**354-3249 [1]** 3/9
**371-7860 [2]** 2/19
**38,000 [2]** 83/8 83/18
**392 [1]** 25/21
**3:00 [1]** 59/9
**3rd [5]** 52/2 52/14
52/19 52/24 53/6

**4**
**4.36 [1]** 63/17
**4.36 million [1]** 62/11
**400,000 [1]** 74/17
**40th [1]** 2/7
**42 [5]** 8/10 66/3 66/9
68/5 72/13
**434-5000 [1]** 2/4
**45 [3]** 76/14 88/10
88/11
**497-7702 [1]** 2/8

**5**
**5,000 [1]** 6/24
**50 [2]** 14/1 68/2
**500,000 [2]** 64/15
68/20
**5000 [1]** 2/4
**508-6000 [1]** 2/14
**5th [1]** 37/7

**6**
**6000 [1]** 2/14
**617 [1]** 3/4
**6:00 [1]** 17/10

**7**
**72 [1]** 85/19
**720 [1]** 2/14
**725 [1]** 2/3
**73 [1]** 45/14
**7702 [1]** 2/8
**7860 [1]** 2/19
**7th [1]** 2/13

**8**
**800,000 [3]** 64/16
66/21 67/9
**80203 [1]** 2/14
**83 [1]** 22/24
**880-1800 [1]** 3/4
**8th [1]** 59/4

**9**
**90 [1]** 59/23
**900,000 [1]** 64/16
**9th [2]** 8/5 13/23

**A**
**A.m [4]** 1/6 58/5 58/21
59/17
**ability [4]** 14/10 14/20
15/9 87/4
**able [9]** 15/3 16/9
16/23 50/7 50/13 54/19
55/8 57/4 85/10
**about [82]** 6/24 7/19
8/20 9/17 10/3 12/17
13/7 14/4 14/12 14/24
15/7 18/24 19/4 21/19
22/6 23/7 27/2 30/25
32/9 34/7 35/20 37/17
38/14 38/16 40/10
40/13 41/25 42/8 42/19
43/20 45/1 46/1 46/19
46/21 46/23 47/1 47/12
47/19 48/4 50/2 51/9
51/12 53/9 53/12 54/15
54/15 54/24 55/12 58/9
59/5 59/16 59/17 59/25
61/17 62/2 62/7 62/21
62/22 64/7 64/17 64/23
66/21 66/22 67/8 67/23
68/5 68/24 69/18 70/8
72/4 72/18 73/15 74/13
74/18 75/19 80/7 80/25
81/19 87/3 87/16 88/23
88/24
**above [1]** 91/4
**above-titled [1]** 91/4
**absent [1]** 51/16
**absolutely [2]** 20/25
65/12
**acceptable [1]** 52/11
**access [2]** 43/11 48/6
**accommodation [1]**
45/22
**accompanied [1]** 51/5
**according [1]** 43/8
**accurate [2]** 37/12
41/17
**achieve [2]** 22/23 78/2
**acknowledge [1]** 64/9

**across [5]** 11/24 31/15
39/22 67/25 68/11
**Action [1]** 4/3
**actual [2]** 65/25 81/13
**actually [13]** 8/8 22/12
23/23 23/24 35/5 35/6
45/19 49/16 50/16
68/20 75/5 77/11 79/19
**add [7]** 17/23 18/17
18/18 22/18 23/6 24/18
64/18
**added [1]** 33/11
**addition [2]** 19/25 21/8
**additional [7]** 12/8
37/7 42/10 64/19 74/10
81/2 81/6
**address [7]** 4/22 10/17
37/4 68/13 68/15 69/12
84/19
**addressed [2]** 9/16
24/15
**addresses [1]** 28/16
**admit [1]** 46/2
**adopted [1]** 78/13
**advance [1]** 55/25
**affected [1]** 46/16
**after [12]** 7/7 8/10 34/6
34/7 43/2 43/4 60/7
76/9 80/18 88/14 88/15
89/13
**again [18]** 11/11 14/6
16/12 18/25 23/7 34/3
35/23 58/4 58/11 64/23
66/15 66/17 66/25 67/3
70/11 71/16 72/7 83/13
**against [4]** 5/11 68/16
73/25 74/8
**agencies [1]** 87/6
**aggregate [1]** 12/25
**aggressive [1]** 22/12
**ago [3]** 51/7 52/6 60/6
**agree [7]** 52/24 55/3
76/3 78/20 79/3 82/24
83/2
**agreed [7]** 40/18 52/15
52/16 67/5 77/13 78/13
85/6
**agreement [8]** 11/19
41/16 77/18 78/2 78/8
78/23 81/12 85/20
**ahead [7]** 5/24 22/21
24/9 42/24 58/18 63/9
67/13
**aided [1]** 3/11
**AL [1]** 1/3
**alike [1]** 42/7
**all [104]**
**All right [3]** 49/25
59/13 90/3
**allegations [4]** 20/22
85/14 86/17 87/5
**allowed [1]** 16/19
**allows [3]** 9/5 12/18
21/25
**almost [5]** 7/6 54/1
54/1 70/25 70/25
**alone [2]** 39/8 76/6
**along [2]** 72/24 85/25

**A**

already [17] 24/18 27/3 31/1 31/2 31/3 31/4 32/24 33/2 33/3 34/1 34/2 38/3 38/4 52/15 56/2 68/16 72/20

also [15] 4/19 19/3 19/14 21/4 26/16 46/6 46/7 50/14 50/15 57/3 58/25 68/15 76/21 77/6 79/4

although [3] 11/21 22/11 89/2

always [5] 9/22 13/2 15/9 23/1 56/14

am [5] 38/22 48/4 60/8 60/23 71/21

ambitious [1] 22/12

Amendment [1] 86/21

AMERICA [2] 1/3 4/3

Americas [1] 2/7

AMIT [1] 1/10

among [2] 21/12 32/15

amount [2] 76/17 81/10

analyze [1] 20/20

analyzes [1] 20/20

another [7] 6/6 8/15 12/24 59/4 87/4 87/18 89/22

answer [13] 9/22 9/23 9/23 27/10 36/12 38/16 54/12 54/22 55/2 55/3 55/19 55/24 56/3

answered [2] 54/1 56/18

answers [1] 56/2

anti [1] 46/22

anti-competitive [1] 46/22

anticipate [2] 40/2 58/10

antitrust [2] 2/12 10/4

any [32] 7/17 9/24 9/25 16/9 22/25 25/14 26/20 26/21 31/1 33/3 41/21 41/25 42/22 47/14 47/14 47/15 53/6 55/2 55/3 56/4 59/8 65/15 67/18 68/6 69/16 70/11 70/17 71/3 72/17 86/22 86/25 87/10

anybody [3] 10/8 10/14 89/24

anything [18] 10/23 16/1 17/7 17/17 17/23 18/17 18/18 19/23 22/18 23/6 24/18 27/25 41/7 49/3 55/14 56/10 89/22 89/24

Anyway [1] 63/9

apologize [5] 19/9 19/12 51/25 60/3 65/14

apparent [1] 37/24

appear [1] 9/18

appearance [1] 88/7

APPEARANCES [3] 1/12 1/16 2/20

appears [2] 30/6 39/10

**Apple [4]** 2/16 4/10 7/4 7/15

attempting [1] 39/18

attending [1] 88/6

attention [5] 7/19 7/21 16/7 89/15 89/23

attorneys [2] 41/17 41/23

August [10] 1/5 5/16 8/7 8/10 19/3 19/4 19/22 21/4 51/15 91/10

automated [1] 81/14

automatically [1] 45/11

availability [1] 52/20

available [5] 52/20

Avenue [3] 2/7 2/18 3/8

average [2] 65/25 73/23

avoid [2] 4/23 61/18

aware [3] 22/10 22/13 31/21

away [1] 13/22

**B**

back [27] 11/24 16/23 17/3 17/4 19/1 25/25 26/4 36/7 39/23 50/22 51/2 51/18 52/13 55/1 60/3 60/13 65/22 66/15 78/3 80/18 81/19 84/3 86/1 86/8 87/15 88/24 89/4

back-door [1] 65/22

balance [4] 40/3 46/3 46/10 48/18

ball [2] 50/20 51/22

Barrett [1] 3/8

based [5] 5/13 6/14 11/17 15/25 26/22 29/8 38/22 41/16 46/4 51/23 67/22 68/1 86/1

bases [1] 32/12

basically [1] 63/15

basics [1] 22/19

basis [3] 33/1 35/11 82/10

Bates [1] 28/16

be [121]

bear [1] 4/25

because [53] 4/22 5/4 8/6 8/6 8/19 9/22 14/13 14/19 16/17 16/19 17/9 20/18 21/12 21/24 22/15 23/23 25/5 29/6 29/20 29/23 29/25 31/6 33/19 38/9 38/16 42/3 44/16 47/6 47/15 47/20 48/22 48/25 51/1 51/4 51/9 52/5 52/14 54/10 54/11 54/13 56/2 58/12 63/25 65/10 66/4 66/14 67/21 74/1 75/4 75/7 77/19 79/25 87/23

becomes [2] 10/13 49/15

been [44] 5/8 8/3 13/2 19/25 20/2 20/6 21/5

39/10

24/10 24/18 26/23 27/23 28/4 31/3 31/4 31/16 31/20 32/6 33/24 36/14 38/14 38/25 39/3 39/15 40/1 45/4 45/4 50/8 52/21 53/1 56/6 66/1 66/1 66/9 71/24 72/17 72/17 78/13 80/19 82/13 85/13 88/17

before [23] 1/10 4/18 12/5 13/14 17/6 20/18 21/18 24/5 26/11 27/18 37/13 39/13 40/24 41/5 41/7 43/2 50/16 57/6 57/14 57/22 62/15 83/2 89/24

began [1] 77/22

begin [1] 5/5

beginning [3] 41/10 61/22 85/1

behalf [5] 4/5 4/7 4/8 10/23 60/22

behave [1] 56/5

being [30] 24/7 46/24 48/15 55/18 65/5 66/4 69/7 69/20 73/21 73/22

believe [11] 6/8 8/24 10/5 19/22 32/13 50/10 59/8 64/15 68/1 79/11 83/6

benefit [3] 54/25 81/3 85/5

benefits [1] 15/14

Berkeley [1] 3/3

best [4] 8/18 8/19 53/25 80/10

better [6] 55/23 58/13 65/15 65/16 65/17 87/14

between [12] 5/9 7/25 24/12 37/20 40/13 47/2 63/11 66/2 72/12 76/24 78/14 80/3

big [6] 7/22 16/4 70/3 70/4 70/5 76/2

bigger [1] 47/20

binders [1] 11/1

Bing [12] 69/14 69/24 70/3 70/14 74/25 75/1 75/4 75/7 75/10 76/18 76/6 81/3

bit [4] 4/21 4/24 16/25 35/6 47/9 62/1 65/10 67/20 68/25 79/25 81/9 81/10

blame [1] 83/17

body [1] 31/15

boil [1] 36/8

bonus [1] 47/20

Booking [5] 24/12 84/12 85/2 85/3 85/11

bookmark [1] 14/21

boot [1] 89/3

Boston [1] 3/4

both [8] 21/20 25/24 34/13 54/19 71/2 79/6

bottom [5] 80/15 83/18 87/12 88/21 89/6

bounds [3] 70/11 70/12 81/1

breadth [3] 32/9 35/17 69/2

break [2] 14/20 15/10

bridge [1] 16/9

brief [6] 28/14 28/17 67/17 67/17 83/11 85/17

briefed [5] 5/8 9/5

briefing [4] 8/23 8/24 13/14 15/23

briefly [4] 21/12 22/20 22/22 82/17

bring [4] 7/18 7/21 10/7 57/14

brings [1] 56/23

broad [2] 28/12 30/13

broader [4] 26/12 26/15 27/9 39/12

broadly [1] 10/2

Broadway [1] 2/13

broke [1] 14/17

brought [2] 21/22 26/15

Bruce [1] 2/10

brush [1] 28/12

building [1] 44/10

built [1] 14/9

bunch [1] 33/2

burden [13] 27/16 38/25 39/17 40/2 45/10 64/1 67/3 76/11 76/17 76/24 77/2 81/4 81/10

Bureau [2] 26/6 39/6

bureaus [1] 39/11

business [5] 20/22 42/7 46/22 52/18 75/6

businesses [1] 11/25

**C**

calculations [1] 65/22

calculator [1] 67/6

calendar [1] 57/17

calendars [2] 57/23 58/1

California [1] 88/13

call [3] 12/14 70/12 78/8

called [1] 41/2

calling [3] 52/22 69/17 89/23

came [1] 14/24

camera [1] 46/4

can [80] 4/21 5/22 5/25 6/1 10/9 10/9 11/6 12/12 12/14 15/5 15/13 17/6 20/20 23/20 24/6 26/21 26/22 29/7 29/8 29/8 29/9 29/24 30/3 30/4 30/7 34/1 34/9 36/11 38/11 40/16 42/20 42/22 43/11 44/12 45/14 45/25 47/23 48/21 49/1 49/1

**C**

**can... [40]** 49/5 49/7
49/14 50/25 54/6 55/10
55/22 56/7 56/20 58/3
58/17 59/16 60/3 61/8
62/12 62/22 65/9 66/6
68/13 69/11 69/23
72/20 73/23 74/14
75/14 75/17 78/9 80/12
81/9 81/10 81/11 82/4
83/24 86/20 87/7 87/7
88/24 89/2 89/7 89/17
**can't [14]** 16/3 29/25
34/12 36/2 44/5 44/6
44/8 44/11 44/12 51/17
63/3 65/4 73/16 86/22
**Canadian [2]** 26/5 39/6
**cap [1]** 12/13
**capacity [1]** 50/7
**captured [2]** 30/8
30/17
**care [4]** 5/17 47/14
89/5 90/6
**careful [1]** 89/15
**Caroline [3]** 3/2 4/11
60/25
**carry [1]** 62/9
**cart [1]** 27/18
**case [42]** 5/10 10/4
12/9 12/20 17/21 18/1
18/22 21/3 23/7 26/3
26/13 26/20 27/25 28/5
28/11 28/17 28/21
29/16 30/6 32/22 36/10
36/13 36/21 36/23
37/19 39/9 40/1 44/6
45/12 46/20 47/4 53/7
55/19 58/4 58/7 61/19
61/21 69/3 69/18 78/13
83/4 88/16
**cases [3]** 16/5 70/22
85/15
**cast [1]** 83/17
**category [1]** 46/25
**caught [1]** 75/2
**cause [1]** 70/20
**caused [1]** 83/3
**Center [1]** 2/12
**central [1]** 85/13
**certain [7]** 51/18 51/19
52/19 52/20 52/20 60/8
60/9
**certainly [13]** 57/9
57/25 64/14 78/7 79/7
79/9 81/1 81/4 82/11
83/10 87/15 89/9 89/11
**Certified [1]** 3/7
**certify [1]** 91/2
**CH [1]** 3/8
**chance [1]** 46/17
**change [2]** 13/25 71/4
**changed [1]** 19/24
**characterizes [1]**
11/21
**chart [6]** 61/24 62/10
63/13 70/21 71/18
71/22
**charts [2]** 64/9 68/7

**chop [1]** 10/6
**chose [1]** 10/24
**chunk [1]** 72/21
**CID [29]** 25/15 25/20
25/20 27/9 27/20 29/1
29/11 32/3 32/21 32/25
35/7 35/12 35/14 35/18
35/25 36/5 36/13 36/14
36/22 37/13 38/6 38/7
68/17 73/25 74/4 74/8
74/12 74/16 79/25
**CIDs [4]** 26/4 30/20
35/22 39/11
**civil [5]** 4/3 31/18
38/19 39/3 39/4
**claim [2]** 25/1 68/21
**claimed [1]** 31/17
**claims [1]** 39/22
**clarify [2]** 38/11 84/24
**clarifying [1]** 55/8
**clawback [1]** 37/7
**clear [12]** 26/8 28/9
37/17 38/14 39/7 49/22
51/25 55/13 56/10 71/2
72/7 73/5
**clearly [1]** 14/24
**client [3]** 16/22 56/15
89/11
**clients [1]** 16/13
**close [1]** 52/18
**closeness [1]** 66/5
**closer [1]** 64/16
**CMO [10]** 8/4 12/17
12/18 14/11 14/13
14/13 42/6 43/8 44/3
48/7
**co [3]** 2/14 26/10 39/8
**co-extensive [2]** 26/10
39/8
**coag.gov [1]** 2/15
**coast [4]** 16/17 16/18
17/12 37/9
**code [3]** 7/8 7/9 7/14
**coded [1]** 41/15
**coding [2]** 77/7 77/9
78/8
**colleague [1]** 84/18
**colleagues [3]** 18/23
50/10 52/2
**collect [1]** 66/11
**Colorado [12]** 2/10
2/11 2/12 4/7 6/5 18/22
23/7 41/19 50/4 50/11
56/8 85/15
**Colorado-Nebraska [1]**
41/19
**COLUMBIA [1]** 1/1
**column [8]** 64/19 71/23
72/1 72/2 72/2 72/3
72/8 72/14
**columns [1]** 71/22
**combing [1]** 76/8
**come [13]** 11/19 23/3
36/7 45/3 45/10 45/22
51/14 52/2 54/22 55/1
57/6 72/23 80/18
**comfort [1]** 89/17

**coming [5]** 6/17 20/6
20/6 60/13 72/19
**comments [1]** 54/13
**Commission [2]** 26/5
26/7 39/7
**committed [1]** 84/7
**commonly [1]** 21/14
**communicate [1]**
55/22
**company [1]** 11/2
**compare [1]** 30/4
**compared [2]** 33/23
33/24
**comparing [1]** 72/1
**compelled [1]** 88/13
**competition [1]** 26/6
39/6 39/11
**competitive [1]** 46/22
**competitor's [2]** 69/19
69/20
**complaining [1]** 41/25
**complaint [10]** 26/10
26/15 26/20 26/22 27/9
34/4 34/9 35/12 39/9
39/13
**complete [3]** 5/15 20/7
82/8
**completed [1]** 6/13
6/14 82/11
**completion [2]** 18/25
19/2
**complexities [1]** 23/23
**complexity [1]** 51/5
**compliance [3]** 19/22
22/24 38/19
**complicated [1]** 47/10
**comply [1]** 22/7
**comprehensive [7]**
9/20 13/4 54/7 61/16
63/16 67/1 83/1
**compulsion [1]** 55/18
**computer [2]** 3/11 63/8
**computer-aided [1]**
3/11
**concern [8]** 8/20 15/7
33/18 33/20 48/8 55/17
75/7 75/10
**concerned [5]** 9/9
30/25 46/19 46/23 48/4
**concerning [1]** 24/14
**concerns [1]** 7/19
**concluded [1]** 90/7
**concrete [2]** 50/25
51/15
**concretely [1]** 42/17
**conduct [2]** 46/23
77/20
**conducted [1]** 26/14
**conducts [1]** 65/3
**confer [6]** 8/12 8/17
11/11 15/4 15/17 50/15
**conference [4]** 1/9
20/10 20/13 53/22
**conferring [2]** 11/9
16/20
**confers [1]** 8/23
**confidential [10]** 42/7
42/21 42/21 43/9 43/9

80/4
**confidentiality [3]**
41/13 47/14 86/13
**confine [1]** 34/4
**conflict [1]** 5/5
**conflicts [1]** 59/9
**confused [1]** 62/1
**connection [9]** 32/25
37/13 38/4 38/5 38/6
38/9 40/6 70/8 75/18
**connector [3]** 71/8
73/2 73/6
**connectors [6]** 70/18
70/19 71/1 71/3 71/14
81/7
**CONNOLLY [1]** 2/2
**consciousness [1]**
46/2
**consenting [1]** 89/12
**conservative [1]** 66/8
**consider [1]** 77/2
**considerations [1]**
46/10
**considered [1]** 14/25
**constitute [1]** 80/4
**Constitution [1]** 3/8
**construction [1]** 71/9
**Consumer [1]** 2/11
**contain [3]** 47/3 47/4
67/18
**contains [1]** 45/19
**content [1]** 25/14
**contents [2]** 28/15
47/12
**contest [1]** 89/1
**contested [2]** 21/12
21/22
**context [2]** 44/16 53/19
**contexts [1]** 69/25
**continue [6]** 22/23
23/1 43/23 48/3 48/15
58/14
**CONTINUED [2]** 2/1
3/1
**continuing [2]** 12/7
87/13
**contrary [1]** 74/6
**control [1]** 23/13
**conversation [4]** 45/11
50/2 53/12 79/24
**conversations [3]** 23/1
50/10 75/19
**convey [1]** 76/11
**convince [1]** 75/17
**cooperation [1]** 35/12
**copy [1]** 85/3
**core [1]** 47/6
**Corporation [2]** 3/2
4/11
**correct [7]** 25/8 60/8
63/25 68/13 74/3 82/21
91/3
**correctly [1]** 11/10
29/12 56/17
**correspondence [1]**
54/1
**could [31]** 6/2 8/13

10/23 10/8 10/11 10/23
10/24 12/2 13/16 14/2
14/3 14/8 14/8 14/9
21/20 25/2 28/3 34/3
34/15 35/9 38/7 45/22
45/24 46/7 47/4 53/19
57/2 63/7 64/13 82/24
88/19
**counsel [3]** 56/24
84/23 88/3
**counsel's [2]** 85/5
87/22
**count [2]** 24/10 63/15
**counted [1]** 12/19
**counts [4]** 14/14 14/16
85/24 86/1
**couple [8]** 18/11 22/7
37/4 51/7 57/24 68/3
69/4 90/5
**course [8]** 4/16 19/20
20/21 21/7 21/10 23/3
53/21 76/25
**court [31]** 1/1 3/6 3/7
7/5 7/16 8/3 8/17 8/20
9/23 12/4 15/16 23/3
25/1 38/17 41/1 41/4
44/3 57/7 57/7 62/16
65/18 84/25 85/11
85/12 85/21 85/23 86/4
86/8 87/2 89/12 91/7
**Court's [5]** 7/18 7/21
23/2 85/5 88/16
**courtroom [2]** 62/17
80/5
**cover [3]** 35/2 49/13
73/21
**covered [2]** 9/14 10/1
**covers [1]** 25/23
**COVID [1]** 91/6
**COVID-19 [1]** 91/6
**CRAC [1]** 24/2
**cracks [1]** 32/1
**create [3]** 33/22 55/22
70/4
**creating [1]** 56/9
**criminal [1]** 59/3
**crisis [1]** 46/14
**critical [3]** 20/22 21/25
22/2
**cropped [1]** 5/2
**CRR [2]** 91/2 91/11
**csimons [1]** 3/5
**cue [1]** 65/19
**current [3]** 11/7 30/5
55/12
**custodian [1]** 66/5
85/7 85/9 86/11 87/9
87/17
**custodians [4]** 20/1
76/14 85/8 87/8
**cut [4]** 72/11 72/14
74/22 88/20
**cuts [1]** 76/16
**CV [1]** 1/4

**D**

**D.C [5]** 1/5 1/14 2/3
2/18 3/9

**D**

data [38] 5/13 6/15 17/20 18/2 18/4 19/3 20/5 20/5 20/6 20/8 20/10 20/11 20/12 20/19 20/25 21/13 21/14 21/23 22/1 22/5 23/8 23/8 23/18 23/19 23/22 23/22 24/2 50/3 50/8 52/21 52/22 53/25 54/16 57/5 60/6 65/2 66/1 65/7

date [18] 9/1 50/12 51/18 52/3 52/3 52/6 52/13 52/19 52/24 57/16 58/4 58/7 60/8 60/9 60/18 81/25 83/9 91/10

dates [6] 51/18 52/19 52/20 59/24 60/14 60/14

dating [1] 25/25

day [7] 9/6 16/14 17/1 64/5 64/16 74/11 81/21

day's [2] 33/23 39/21

days [8] 8/10 14/1 15/12 21/17 50/21 50/24 59/23 90/5

de [36] 34/1 34/6 61/22 62/6 62/6 64/10 64/12 64/24 65/1 65/4 65/22 65/25 66/6 66/16 66/17 66/20 67/18 67/23 68/1 68/4 68/7 68/16 68/18 72/8 73/15 73/18 73/24 74/4 74/8 76/14 76/25 80/17 80/19 80/22 80/22 86/2

de-dupe [7] 34/1 64/12 66/16 66/17 66/20 73/24 80/17

de-duped [7] 62/6 62/6 64/10 64/24 67/23 80/19 80/22

de-duping [1] 34/6

de-duplicate [1] 74/8

de-duplicated [2] 76/14 86/2

de-duplication [17] 61/22 65/1 65/4 65/22 65/25 66/6 67/18 68/1 68/4 68/7 68/16 68/18 73/15 73/18 74/4 76/25 80/22

deadline [1] 17/5

deadlines [2] 17/23 18/1

deal [3] 13/8 22/15 41/18

dealing [1] 10/1

death [1] 76/16

decided [3] 35/11 40/11 42/13

decides [1] 8/21

decision [1] 10/22

declined [1] 74/8

deconstructed [1] 7/4

deep [1] 16/16

Defendant's[1] 1/23
2/10

defenses [1] 26/21

definition [1] 47/6

definitive [1] 50/22

delay [4] 14/2 14/24 16/12 83/4

delta [4] 58/13 72/2 72/3 76/2

demand [5] 26/2 27/20 27/24 30/13 38/20

demands [6] 26/8 26/10 31/18 39/3 39/4 39/5

demonstrate [1] 81/5

Denver [1] 2/14

DEPARTMENT [3] 1/13 2/11 40/4

depending [2] 35/1 66/4

depends [1] 66/3

depose [3] 13/3 40/21 42/19

deposition [66] 8/5 8/8 9/1 9/8 9/12 11/6 12/23 13/23 13/23 14/14 14/15 15/1 15/18 16/14 17/1 20/11 21/3 21/13 21/14 21/23 23/8 23/8 42/3 42/5 43/2 43/3 43/4 43/7 43/12 43/19 43/22 43/23 44/2 44/13 44/20 45/4 45/17 47/11 47/12 47/13 47/21 48/8 48/10 48/13 48/14 48/22 48/24 49/1 49/10 49/19 50/3 50/8 50/13 50/17 51/20 52/21 52/22 54/5 54/14 54/14 54/15 55/4 55/7 56/21 58/7 60/7

depositions [16] 5/7 6/5 7/23 9/13 12/19 13/1 13/10 14/5 14/18 19/4 20/2 21/2 21/5 21/8 57/5 58/2

described [1] 41/4

description [1] 26/23

designate [6] 9/24 12/11 12/25 13/5 42/20 43/8

designated [1] 62/19

determination [1] 26/22

determined [3] 30/21 30/22 31/20

determining [1] 76/9

dial [1] 65/12

did [34] 5/1 7/4 7/13 8/19 12/12 12/13 12/13 12/16 13/25 28/19 29/11 29/16 29/21 29/21 29/22 29/22 29/23 32/16 33/5 35/20 35/24 35/25 36/24 37/21 37/22 37/24 38/15 38/17 52/24 54/10 79/22 83/12

did you [1] 28/19

didn't [15] 10/13 14/9 14/17 29/20 30/8 30/21 30/23 31/5 32/13 37/14 47/5 60/13 60/17 63/20 67/5

difference [11] 53/8 67/8 70/13 70/25 71/17 71/17 71/23 72/2 72/7 72/8 72/14

differences [1] 72/19

different [10] 10/17 14/12 23/24 23/25 34/25 35/1 38/20 41/13 83/3 69/25

differently [3] 27/17 28/9 71/22

diligently [3] 23/20 24/3 86/7

diminished [1] 80/17

Dintzer [17] 1/13 4/5 5/11 5/19 11/10 11/21 13/18 17/24 21/8 24/17 25/5 37/2 39/20 40/16 44/16 45/1 58/20

direction [1] 12/4

directly [1] 46/20

disagree [1] 76/6

disagreement [1] 12/17

discount [1] 74/13

discouraged [1] 78/17

discovery [5] 6/4 7/22 22/19 58/1 89/16

discovery-related [1] 58/1

discuss [3] 20/15 28/14 89/11

discussing [3] 60/6 78/16 80/3

discussion [3] 38/23 63/1 84/17

discussions [5] 6/23 16/21 16/22 87/13 88/22

disparity [1] 63/11

dispute [11] 5/9 24/10 44/25 61/21 63/24 68/20 85/18 85/20 86/14 88/11 89/2

disputed [5] 5/7 22/15 62/4 67/8 87/1

disputes [3] 86/12 88/25 89/16

disseminated [1] 46/24

district [5] 1/1 1/1 1/10 88/12 88/13

dive [1] 62/15

divide [1] 62/12

divides [1] 16/9

Dixon [4] 86/20 88/5 88/19 88/20

DNA [1] 56/5

do [64] 5/19 7/23 7/25 8/18 8/19 8/24 11/1 13/8 14/10 15/3 15/9

17/9 19/4 20/16 20/23 24/3 27/11 27/25 28/5 31/4 33/21 34/10 40/23 41/7 42/13 45/20 52/13 56/10 57/16 57/19 57/20 57/25 58/6 58/6 58/10 58/14 58/15 59/17 61/15 61/20 62/16 63/20 64/13 67/17 70/25 73/1 73/3 74/9 74/10 77/3 80/10 81/15 81/18 83/1 83/22 83/25 84/8 84/13 84/15 89/17

Do we [1] 57/16

do you [1] 58/10

do you know [1] 84/13

document [41] 5/13 17/20 18/4 18/8 18/25 19/20 23/12 26/12 28/15 29/5 30/1 30/24 31/1 31/2 31/19 32/1 32/15 35/10 35/10 35/21 36/9 42/2 42/5 42/8 45/4 45/16 45/18 45/19 47/2 47/15 48/2 48/12 48/24 48/25 49/12 49/14 49/19 70/13 72/22 73/7 77/12 74/9

documentation [1] 48/11

documents [77] 6/19 6/24 6/25 7/1 7/13 18/2 20/1 20/3 23/12 23/16 24/24 24/25 25/3 25/15 25/23 27/3 27/4 27/14 27/21 27/23 28/4 28/10 29/4 29/10 29/16 29/24 30/6 30/15 30/16 30/21 31/17 32/6 32/11 32/21 33/22 34/6 34/14 35/15 36/1 36/16 36/16 36/17 39/24 44/19 46/6 46/7 46/13 64/19 65/5 66/10 68/16 68/19 68/20 68/25 70/2 72/18 73/20 73/22 74/15 74/17 75/2 76/15 76/25 77/1 77/15 77/20 78/9 79/18 81/2 82/2 82/25 83/6 83/8 83/14 83/18 86/22 86/25

does [11] 20/24 20/25 41/6 48/2 48/17 48/19 51/21 51/23 73/24 74/4 80/7

doesn't [16] 10/18 13/24 30/14 42/12 45/11 47/6 47/13 47/21 55/15 63/2 68/15 70/12 78/20 79/2 81/1 81/14

doing [4] 4/13 6/9 27/13 30/12

DOJ [23] 5/10 11/9 12/7 13/7 16/24 18/5 21/4 21/9 24/14 28/12 33/10 35/16 36/18 37/14 38/5 40/2 40/13

20 46/12 46/17 47/23 79/10 80/3

DOJ's [3] 11/23 18/3 30/19

dollar [1] 76/23

domestic [1] 25/24

don't [55] 5/10 7/17 7/20 9/23 10/20 11/18 13/11 13/11 14/20 15/10 15/20 15/24 17/3 17/9 17/22 18/22 18/22 24/17 30/7 30/8 31/7 33/3 38/13 38/16 39/20 42/11 44/3 44/11 45/8 45/17 45/20 48/10 49/12 51/3 52/15 54/23 55/11 57/17 59/8 61/5 62/23 66/13 66/23 68/6 69/16 70/10 72/22 77/19 78/4 79/7 81/5

done [17] 15/9 19/3 20/2 21/20 23/14 23/15 24/5 30/12 31/11 31/14 31/16 46/9 55/1 67/24 68/2 83/21 83/24

door [1] 65/22

Doug [1] 88/5

down [8] 14/17 14/19 15/10 24/13 57/12 59/14 66/21 71/6

dozens [3] 13/10 48/5 48/6

dramatic [1] 44/4

dramatically [1] 71/6

dribble [1] 12/9

drive [1] 44/6

driven [1] 75/9

drivers [1] 75/9

drop [1] 69/22

drops [2] 70/22 71/5

due [1] 22/3

dupe [7] 34/1 64/12 66/16 66/17 66/20 73/24 80/17

duped [8] 62/6 62/6 64/10 64/24 67/23 72/8 80/19 80/22

duping [1] 34/6

duplicate [1] 74/8

duplicated [2] 76/14 86/2

duplication [19] 61/22 65/1 65/4 65/22 65/25 66/6 67/18 68/1 68/4 68/7 68/16 68/18 73/15 73/18 74/4 74/8 76/25 80/22 87/3

during [3] 49/18 79/25 91/5

duty [1] 10/10

**E**

E.U [1] 26/6

each [4] 11/22 12/14 62/16 75/6

earlier [11] 8/12 21/21 23/21 25/15 31/18 38/4

**E**

**earlier... [5]** 39/2 39/5 39/12 40/6 57/7
**earliest [1]** 8/13
**early [4]** 16/6 77/24 78/1 79/23
**easier [1]** 73/3
**easiest [2]** 48/21 48/23
**easily [2]** 10/23 56/18
**East [2]** 16/17 17/11
**Eastern [1]** 59/5
**effect [2]** 33/10 64/11
**efficiencies [3]** 55/23 56/9 81/16
**efficient [4]** 13/12 56/21 58/15 89/4
**efficiently [3]** 5/1 87/20 89/10
**efforts [1]** 77/16
**eight [15]** 7/9 7/14 41/16 41/17 41/18 41/19 41/20 41/24 44/5 47/24 48/16 62/3 63/23 64/12 66/14
**either [7]** 6/25 7/18 27/5 31/9 36/16 40/5 80/12
**electronic [1]** 79/6
**else [10]** 17/17 18/18 22/18 27/13 41/14 44/2 45/7 49/3 89/3 89/24
**Email [6]** 1/15 2/4 2/9 2/15 2/19 3/5
**embedded [1]** 26/2
**eminently [1]** 69/1
**employee [4]** 40/20 40/21 85/4 86/13
**employees [2]** 13/10 75/6
**encourage [1]** 55/21
**end [21]** 7/16 19/2 19/3 19/22 20/14 20/25 30/19 44/9 50/11 50/22 52/18 64/5 64/15 74/11 81/20 81/21 83/24 84/3 86/4 86/5 87/16
**endeavor [1]** 32/5
**ended [1]** 37/19
**ends [1]** 49/1
**engage [1]** 23/2
**engineering [1]** 65/22
**engineers [1]** 24/2
**enjoy [1]** 89/18
**enough [1]** 44/11
**entered [1]** 88/7
**entire [2]** 49/19 64/3
**entirely [5]** 7/1 23/24 29/4 52/10 73/21
**entirety [5]** 44/24 47/3 47/25 74/12 76/12
**entitled [1]** 30/9
**envelope [1]** 66/15
**envision [1]** 11/14
**escaped [1]** 36/3
**ESI [2]** 78/12 78/19
**especially [1]** 88/6
**essentially [1]** 60/12
**established [3]** 39/1

**estimated [2]** 62/6
**ET [1]** 1/3
**ether [1]** 48/5
**European [2]** 26/7 39/6
**evaluate [1]** 87/7
**even [20]** 12/2 18/14 24/1 26/22 28/8 28/11 35/6 40/1 46/12 46/17 48/6 52/17 53/7 66/8 72/11 74/12 80/18 81/14 83/19 85/18
**evening [2]** 16/17 86/6
**event [2]** 53/6 71/3
**ever [2]** 41/6 41/7
**every [6]** 14/15 36/8 61/19 67/25 77/12 79/2
**everybody [12]** 4/12 4/13 4/24 5/2 40/10 45/12 45/18 45/21 48/6 48/17 57/15 90/6
**everybody's [1]** 81/17
**everything [9]** 27/13 29/1 34/2 35/8 36/6 37/8 41/13 44/2 45/6
**evidence [2]** 44/1 72/18
**exact [1]** 31/17
**exactly [1]** 7/5
**example [7]** 26/13 28/15 46/14 46/20 62/25 69/8 70/24
**examples [1]** 28/14
**excellent [1]** 18/2
**except [1]** 87/12
**exception [1]** 6/15
**exchange [1]** 78/21
**exchanged [1]** 78/14
**excuse [5]** 22/20 30/19 40/4 40/21 53/23
**exhibit [6]** 43/14 43/22 43/23 48/9 48/14 48/23
**expanded [1]** 7/13
**expect [2]** 56/3 67/6
**expectation [7]** 5/14 5/16 9/19 19/1 82/4 82/9 84/4
**expected [1]** 54/21
**expecting [1]** 4/25
**expeditiously [1]** 53/2
**experience [1]** 53/25
**expert [3]** 10/14 22/2 44/11
**explain [2]** 53/19 63/13
**explained [3]** 20/18 21/24 65/1
**exportable [1]** 24/4
**expressly [2]** 33/8 54/9
**extensive [3]** 9/21 26/10 39/8
**extent [12]** 9/3 11/5 29/20 30/4 39/8 39/17 47/11 48/9 55/22 55/23 62/16 80/2
**extraordinary [1]** 51/17
**eye [1]** 7/12
**eyeball [1]** 77/12

**F**

**facilitate [1]** 79/23
**fact [13]** 5/18 12/17 13/10 13/22 15/8 21/5 32/11 32/12 32/20 37/23 44/1 87/7 87/8
**factual [4]** 34/20 44/16 85/14 87/5
**fading [1]** 5/23
**fair [2]** 13/19 27/10
**fairly [3]** 28/12 30/13 61/16
**faith [1]** 69/23
**fake [2]** 19/14 19/17
**fallen [1]** 32/1
**family [2]** 41/3 46/14
**far [11]** 9/8 9/11 15/7 17/7 21/16 21/21 39/7 39/12 71/24 72/15 79/7
**fast [2]** 52/17 78/9
**fast-forward [1]** 52/17
**fate [1]** 4/15
**feasible [2]** 54/16 54/24
**February [4]** 15/11 37/7 37/11 37/21
**Federal [1]** 26/5
**feel [1]** 51/12
**few [1]** 60/6
**fight [1]** 35/10
**figure [5]** 17/13 24/3 32/5 33/24 64/18
**file [2]** 17/5 85/3
**filed [5]** 14/8 17/11 37/14 37/19 88/12
**filing [8]** 24/15 29/16 66/2 74/7 76/12 83/13 88/15 89/14
**filling [1]** 58/1
**filtering [1]** 75/1
**filters [2]** 30/23 36/3
**final [1]** 80/17
**find [4]** 33/5 42/2 54/6 79/24
**fine [10]** 6/2 17/2 31/3 31/5 35/13 45/6 52/12 59/18 72/5 87/18
**finish [3]** 12/21 23/14 37/21
**finished [3]** 27/13 37/18 37/20
**firms [1]** 34/25
**first [20]** 5/16 8/5 13/21 14/25 15/2 21/3 23/18 30/24 33/19 37/6 42/14 49/11 50/23 55/12 64/18 68/4 69/6 73/14 86/21 87/16
**First Amendment [1]** 86/21
**five [4]** 5/18 15/12 71/2 71/3
**flag [1]** 62/15
**flat [1]** 83/15
**flat-out [1]** 83/15
**fledged [1]** 20/12 20/19

**flexible [1]** 82/12
**floating [1]** 48/5
**FLOM [1]** 2/17
**floor [3]** 2/7 2/13 17/18
**fluctuates [1]** 66/2
**flyspeck [3]** 61/19 62/16 85/23
**focus [2]** 69/8 72/14
**follow [4]** 44/2 55/8
**follow-up [2]** 55/8 56/4
**following [5]** 15/20 17/8 47/9 49/9 81/18
**footnote [3]** 64/11 64/25 68/6
**foreclose [2]** 56/4 60/13
**foregoing [1]** 91/3
**foreseeable [1]** 58/12
**form [2]** 20/12 41/15
**former [1]** 46/24
**forth [2]** 24/18 45/2
**forward [28]** 6/10 7/3 7/11 7/14 7/15 9/6 12/6 17/13 20/17 21/25 33/5 50/1 51/22 52/10 52/17 53/2 54/7 57/25 59/24 61/16 62/9 68/12 82/5 83/2 84/5 89/8 89/14 90/4
**foundation [2]** 20/12 33/5
**four [8]** 10/1 11/21 11/22 24/10 24/13 42/12 42/13 70/25
**frame [1]** 19/24
**frankly [6]** 24/4 51/4 54/16 61/19 67/16 67/20
**frequently [1]** 46/3
**Friday [14]** 16/24 17/3 17/4 17/5 17/11 17/12 59/6 81/22 86/8 87/23 88/1 88/15 88/24 89/7
**Friday's [1]** 89/13
**front [1]** 49/23
**fronts [1]** 5/19
**FTC [6]** 26/6 33/9 34/11 38/13 38/15 39/6
**full [5]** 20/12 20/19 22/1 29/3 49/14
**full-fledged [3]** 20/12 20/19 22/1
**fully [3]** 22/12 80/19 81/13
**fundamental [2]** 12/17 13/6
**furiously [1]** 85/19
**further [2]** 16/21 16/22
**future [2]** 7/23 58/13

**G**

**gave [7]** 7/8 8/5 14/17 19/15 28/13 29/3 33/11
**general [1]** 5/6
**generally [2]** 6/21 14/18

**generated [2]** 31/12 81/2
**generating [1]** 72/21
**get [67]** 5/1 5/3 6/20 8/2 10/7 12/19 13/3 13/5 13/12 14/20 16/3 16/6 17/3 17/4 17/10 17/11 20/7 22/6 23/16 23/21 24/24 28/19 29/16 29/23 30/8 31/10 32/3 34/16 41/1 41/7 41/20 41/25 42/14 42/16 44/5 44/9 44/17 45/11 46/17 47/6 50/22 51/18 54/14 58/13 69/5 75/13 78/9 79/4 79/5 81/2 81/19 81/25 82/2 82/11 82/14 83/21 83/21 83/24 84/2 85/23 86/8 87/4 87/15 87/19 88/24 89/5 89/7
**gets [4]** 19/10 40/23 41/5 47/23
**getting [7]** 6/11 7/15 18/4 20/15 37/23 46/12 80/8
**gist [1]** 25/8
**give [10]** 9/22 27/4 27/21 34/14 36/24 37/2 50/12 60/8 71/13 81/9
**given [22]** 9/25 17/18 26/23 33/10 36/12 45/7 45/8 51/2 54/13 55/14 58/14 63/4 63/7 69/1 69/2 72/17 75/8 75/21 77/24 78/6 85/21 89/16
**gives [2]** 55/3 89/17
**giving [5]** 33/17 34/14 54/18 80/21 80/22
**global [1]** 65/4
**go [19]** 5/24 7/11 9/6 12/6 13/11 20/8 22/21 24/24 26/4 32/18 33/21 33/22 42/24 58/18 60/3 61/9 63/9 67/13 68/11
**go ahead [6]** 5/24 22/21 42/24 58/18 63/9 67/13
**go-get [1]** 24/24
**goal [1]** 82/11
**goals [1]** 79/4
**going [64]** 4/20 6/11 6/20 7/11 7/11 8/7 9/13 9/24 11/15 11/19 11/23 12/4 13/14 13/24 15/3 16/5 16/6 16/14 16/16 16/20 16/22 17/5 19/21 21/13 21/18 22/1 28/14 32/16 33/24 36/7 38/23 39/23 40/3 41/7 41/22 41/23 46/17 49/7 49/23 50/7 50/11 51/1 51/16 51/20 52/10 52/16 54/22 58/13 60/5 68/11 68/18 73/6 75/2 75/22 75/25 77/3 77/7 77/8 77/11 77/14 77/21 80/18 89/1 89/11

**G**

good [7]  4/2 4/12 5/21
19/7 54/16 59/14 61/1
Good morning [3]  4/2
4/12 61/1
GOODRICH [1]  2/6
GOOGLE [96]
Google LLC [2]  4/4 4/9
Google's [14]  11/7
30/19 38/19 54/16
55/17 63/16 63/19
64/20 64/23 66/21
77/19 83/1 83/7 87/24
got [20]  4/18 7/6 7/8
15/15 16/4 24/2 24/9
24/22 27/18 35/7 38/5
38/6 40/12 43/22 50/20
61/20 64/17 72/12 79/3
86/5
gotten [3]  6/23 18/10
31/9
government [4]  4/5
19/18 59/18 86/16
great [3]  44/9 70/13
89/17
greater [4]  40/2 47/14
48/3 71/1
grossly [1]  83/10
groupings [1]  66/5
guaranteed [1]  52/3
guess [17]  9/10 18/13
23/11 47/2 53/10 62/1
64/13 66/13 66/23
67/13 71/16 72/16
75/16 76/2 78/25 84/11
88/19
guessed [1]  56/17
guidance [1]  56/14
guide [1]  56/20

**H**

had [33]  4/17 7/1 7/19
7/19 8/6 8/11 9/1 10/13
10/14 10/25 11/16
11/16 14/2 14/17 14/18
14/19 23/19 32/21
35/14 38/2 38/9 45/3
46/5 46/14 52/15 53/11
61/12 61/18 62/3 84/25
85/1 85/21 88/17
half [2]  72/11 72/15
hammer [1]  30/12
hand [2]  47/25 84/17
hands [1]  30/19
hang [2]  47/2 42/15
happen [3]  8/25 51/1
54/21
happened [1]  28/23
happens [1]  11/10
happy [4]  57/9 62/21
63/5 82/12
hard [7]  16/6 24/6 44/6
69/21 70/11 73/1 78/5
harder [1]  81/9
has [55]  5/2 6/13 7/16
8/22 11/2 11/12 13/2
14/11 19/24 20/2 20/5

24/24 27/24 31/4 31/20
38/20 38/25 39/21
40/11 41/12 43/7 43/18
45/4 45/4 50/4 50/20
52/10 55/1 55/15 61/25
62/5 62/19 64/8 65/21
68/4 70/10 71/1 74/7
75/3 76/13 76/23 79/2
79/9 83/3 83/5 83/10
85/8 85/13 85/24 86/24
89/16
hasn't [2]  39/3 39/15
have [156]
haven't [11]  9/3 9/25
14/25 17/18 65/1 67/24
72/17 72/23 77/17
82/16 84/13
having [5]  11/21 20/22
48/6 65/10 80/17
haystack [1]  32/5
he [19]  13/24 14/7 14/7
14/8 14/12 32/10 32/13
32/15 32/16 33/8 33/9
33/11 33/16 34/10
34/11 34/12 54/14
55/15 73/18
he's [2]  32/16 38/14
head [4]  6/9 10/21
65/19 77/8
headphones [1]  5/25
headway [1]  7/20
health [1]  41/2
hear [7]  5/22 6/1 6/2
29/11 40/18 80/20
85/25
heard [8]  13/16 19/23
52/5 72/11 72/24 73/11
82/17 84/13
hearing [21]  4/21 5/14
14/5 14/6 14/6 14/24 15/3
16/4 19/1 33/19 40/11
54/14 57/16 58/4 58/25
65/11 67/6 67/22 83/12
83/14 88/21 91/5
hearings [1]  57/24
heed [1]  56/14
help [4]  54/20 56/20
62/12 63/10
helpful [4]  7/6 8/19
40/17 81/22
helping [1]  54/19
Hennigan [1]  88/5
here [45]  4/15 4/18
6/20 21/15 22/19 24/7
24/21 26/1 28/12 32/14
34/11 35/3 38/8 38/18
38/21 39/15 40/2 42/2
44/18 45/1 47/9 47/19
48/7 50/2 59/15 60/14
60/22 62/13 63/15
67/25 68/24 70/4 70/25
76/24 78/6 79/3 79/4
82/1 82/4 83/17 84/1
88/6 88/17 88/21 89/25
here's [5]  5/3 25/6
31/11 38/22 73/10
hey [2]  38/7 45/3

85/9
high-level [1]  85/9
higher [1]  68/18
highly [6]  12/3 15/14
42/21 43/9 45/7 62/19
him [2]  38/17 65/19
hire [1]  11/10
his [8]  32/12 32/15
32/20 33/1 34/14 37/12
65/18 81/8
hit [6]  7/4 63/15 76/23
85/24 86/1 86/6
hits [3]  75/9 76/13 81/6
hitting [2]  22/9 80/20
hold [1]  51/11
Holdings [1]  24/12
hole [1]  48/25
holes [1]  47/2
home [1]  19/10
Honor [112]
HONORABLE [1]  1/10
hope [1]  4/13
hoped [2]  20/13 20/13
61/18
hopeful [1]  20/24
hopefully [6]  15/5 16/1
16/9 81/22 85/12 86/4
horse [1]  27/18
hour [1]  40/12
hours [7]  12/20 12/23
13/1 14/15 52/17 53/7
85/19
housed [1]  34/25
how [24]  5/3 9/24 13/8
13/24 18/24 24/3 26/21
26/22 36/2 42/1 43/10
45/13 48/17 49/22 58/9
59/5 59/16 59/17 62/8
74/14 75/9 75/11 79/8
81/19
however [1]  28/3
Hueston [1]  88/5
huge [1]  72/21
huh [1]  66/18
human [2]  79/5 79/19
humanly [1]  10/4
hypothetically [1]
66/19

**I**

I also [1]  46/6
I am [2]  48/4 71/21
I apologize [2]  19/9
65/14
I assume [4]  9/14
12/13 16/17 16/21
I believe [3]  6/8 50/10
64/15
I can [10]  4/21 5/25
17/6 26/21 26/22 45/14
59/16 61/8 69/23 80/12
I can't [1]  16/3
I could [1]  63/7
I did [2]  5/1 33/5
I didn't [3]  60/13 63/20
67/5
I don't [7]  38/13 38/16

77/19
I don't have [1]  51/3
I guess [16]  9/10 18/13
23/11 47/2 62/1 64/13
66/13 66/23 67/13
71/16 72/16 75/16 76/2
78/25 84/11 88/19
I have [4]  4/16 26/1
70/15 78/5 89/22
I haven't [1]  17/18
I hope [1]  4/13
I just [9]  14/21 16/24
38/24 40/3 57/2 62/15
63/9 63/21 70/1
I know [3]  6/19 16/13
36/12
I may [1]  16/25
I mean [37]  9/3 9/22
10/8 14/2 25/2 27/2
27/15 29/24 31/4 34/3
34/16 38/22 46/1 48/3
48/21 48/24 49/2 49/7
50/6 51/5 53/14 61/15
62/2 69/23 70/9 70/21
73/1 75/21 76/20 77/19
77/21 78/25 79/2 79/3
79/24 80/8 80/15
I should [3]  26/7 28/24
71/24
I think [67]  7/20 8/1
11/12 12/3 12/16 12/16
13/6 16/24 17/24 21/14
23/19 23/25 26/1 34/25
35/2 35/4 35/5 36/12
38/22 38/23 38/25 40/3
40/17 44/25 47/8 49/20
51/1 51/16 55/17 55/20
56/3 56/17 56/23 57/24
59/16 60/5 61/20 62/4
64/8 65/21 66/25 67/15
70/7 70/15 72/7 72/24
73/14 75/23 75/23
76/11 76/22 77/24 79/8
80/10 80/11 80/12
80/24 81/3 81/24 82/3
82/13 82/20 82/23
83/11 84/25 85/10
88/21
I thought [4]  18/10
32/20 53/4 62/2
I understand [11]
26/24 27/8 31/10 43/1
44/14 53/11 62/8 64/24
65/6 79/7 86/20
I was [3]  46/25 71/22
72/1
I will [5]  57/10 85/17
85/22 86/13 86/14
I work [1]  19/18
I'd [8]  4/23 5/4 13/21
16/23 51/14 83/22
84/16 87/1
I'll [9]  16/21 17/12
21/11 37/2 46/2 52/13
52/13 80/20 84/4
I'm [58]  6/8 6/20 9/13
15/2 16/25 17/5 21/13

I'm 10 22/12 25/6 25/13
26/19 28/14 29/21
32/19 34/11 37/17
38/18 38/23 39/10 40/3
46/3 46/19 46/23 48/18
50/19 51/10 51/10
51/16 52/16 53/23 57/9
57/16 58/18 59/2 59/2
60/5 62/1 62/7 62/21
63/5 65/7 65/10 74/22
76/3 79/12 80/7 80/8
80/10 82/3 82/7 82/12
83/16 85/16 88/5 88/20
88/21 89/11
I'm going [4]  17/5
51/16 60/5 80/10
I'm just [2]  21/13 32/19
I'm not [11]  6/20 9/13
38/18 38/23 40/3 51/10
52/16 80/7 82/3 82/7
83/16
I'm not sure [2]  50/19
62/7
I'm sorry [3]  58/18
74/22 88/20
I've [9]  16/4 24/2 42/8
44/10 46/9 55/20 61/20
80/11 89/15
idea [5]  34/5 36/6
45/13 45/16 76/23
ideally [1]  17/4
identified [6]  6/10
24/23 33/9 62/5 64/8
81/5
identify [7]  13/21 29/24
29/25 36/2 39/18 70/1
77/7
identifying [2]  39/23
39/24
immediately [1]  7/7
impact [1]  66/6
impasse [1]  22/25
importance [2]  20/2
20/10
important [5]  10/5
20/17 24/21 44/17
57/25
improve [2]  82/4 82/5
Inc [2]  2/16 4/10
incentive [1]  79/3
inclined [1]  76/3
include [6]  69/14 73/19
73/19 73/24 74/4 75/3
included [4]  29/3 34/8
36/16 63/2
includes [4]  20/3 41/21
41/21 41/22
inclusion [1]  70/9
incorrectly [1]  19/20
increase [2]  47/20
83/18
increases [1]  81/16
incredible [1]  76/17
incremental [2]  76/24
77/1
incrementally [1]
76/16
independent [1]  35/24

**I**

**indicate** [1] 62/18
**indicated** [3] 13/9
17/24 50/11
**individual** [3] 53/14
86/16 86/23
**individual's** [1] 87/6
**inflated** [1] 67/25
**informal** [1] 54/2
**information** [23] 10/15
10/21 11/2 15/13 35/16
42/7 42/21 42/22 43/24
46/5 46/8 46/11 46/13
46/19 46/23 47/3 47/5
51/3 62/20 75/8 78/14
87/3 87/5
**initial** [2] 11/17 18/3
**inquiries** [2] 53/15
63/23
**inquiry** [1] 76/9
**insensitive** [1] 76/21
**insignificant** [1] 70/22
**insisting** [1] 11/23
**instance** [1] 42/17
**instead** [1] 40/11
**instructed** [1] 7/16
**instruction** [1] 56/15
**intend** [1] 74/9
**intending** [1] 12/9
**intends** [1] 54/9
**interest** [5] 77/20
81/17 82/1 87/19 87/25
**interested** [1] 80/8
**international** [1] 25/25
**interrogatories** [2]
51/12 54/2
**interrupt** [4] 45/24
55/10 65/7 88/20
**interrupted** [1] 4/20
**interstring** [3] 68/10
73/17 73/19
**interview** [1] 40/20
**intrastring** [2] 73/17
73/20
**introducing** [1] 45/17
**invested** [1] 9/7
**investigate** [1] 9/7
**investigation** [11]
26/14 32/12 33/12 34/8
34/11 35/2 37/19 37/25
38/10 68/17 80/4
**investigations** [11]
25/8 25/24 26/17 27/22
27/23 29/2 35/9 35/22
36/19 38/5 39/23
**investigative** [7] 27/24
31/18 38/19 39/3 39/4
39/5 40/7
**invitation** [1] 88/6
**invite** [2] 50/1 56/24
**invited** [1] 63/9
**invoked** [1] 88/17
**involve** [2] 26/5 39/23
**involved** [2] 28/17
86/17
**involves** [1] 74/10
**ironic** [1] 79/25
**irrelevant** [1] 47/4

**is** [268]
**is there** [2] 17/17 69/9
**isn't** [5] 8/22 50/21
54/12 70/13 72/22
**issue** [31] 5/2 6/20
12/22 12/24 13/3 13/4
15/25 20/14 21/11
21/23 22/14 23/9 24/14
26/12 30/16 36/22 40/9
40/13 43/10 56/24
57/23 68/22 69/18 73/2
75/16 75/22 81/24
84/12 84/14 84/19
86/11
**issued** [9] 22/25 29/1
36/13 36/21 37/10 39/5
39/11 87/24 88/10
**issues** [31] 5/4 5/8
6/16 6/17 8/7 8/16
11/13 11/18 12/5 13/13
14/3 15/5 21/12 22/15
23/2 24/6 24/10 28/17
41/3 51/10 57/5 59/25
69/2 81/20 85/7 85/7
85/17 85/20 86/21 87/1
88/23
**it** [189]
**It happens** [1] 19/10
**it would be** [1] 40/17
**it's** [52] 4/13 9/13 10/4
11/22 16/6 16/17 18/14
18/23 19/8 19/12 19/14
20/17 20/18 23/13
23/23 25/13 26/8 27/21
28/9 30/7 39/7 39/20
41/17 42/4 43/10 44/1
47/9 49/7 55/13 56/3
56/9 58/15 64/15 68/10
68/10 68/20 70/11
70/25 71/2 71/8 72/12
73/5 75/4 76/9 76/16
76/16 76/21 77/1 77/19
82/4 82/8 87/19
**items** [1] 87/23
**its** [13] 6/13 6/14 20/22
23/23 44/24 47/3 48/7
62/6 66/11 74/7 75/5
79/10 83/11
**itself** [3] 26/2 47/11
48/2

**J**

**January** [1] 16/5
**John** [2] 2/2 4/8
**joint** [6] 24/19 57/5
57/10 84/2 85/2 88/9
**jointly** [1] 15/24
**jon.sallet** [1] 2/15
**Jonathan** [2] 2/10 4/7
**journeys** [2] 20/20
20/21
**jschmidtlein** [1] 2/4
**judge** [4] 1/10 69/17
70/11 89/3
**Judicial** [1] 2/12
**July** [6] 8/5 13/23
21/16 21/24 51/2 85/22

**jurisdiction** [3] 88/17
89/1 89/12
**jury** [5] 4/16 4/16 4/22
4/22 40/11
**just** [90] 5/5 5/10 5/12
6/21 11/4 14/21 16/8
16/24 18/25 18/25
19/12 21/13 22/20
22/22 25/13 26/14
27/13 27/21 28/11 29/5
30/11 30/23 32/19
33/17 34/18 34/22 36/4
37/4 37/8 38/24 40/3
40/16 40/18 42/17
42/25 43/18 44/3 44/15
45/24 47/15 49/11 50/5
50/5 52/14 52/23 55/10
55/13 56/4 57/2 57/7
57/15 57/15 57/16
58/15 59/14 61/22
62/15 62/15 63/9 63/13
63/21 63/23 64/18
66/19 69/4 70/1 72/3
74/15 75/9 75/13 75/21
75/23 76/3 76/15 77/17
78/6 81/8 81/21 81/24
83/15 84/24 85/4 85/9
85/14 86/3 86/12 86/19
88/7 88/19 89/3
**JUSTICE** [1] 1/13

**K**

**keep** [7] 7/11 8/25
15/18 41/17 59/24 65/9
89/7
**Kenneth** [2] 1/13 4/5
**kenneth.dintzer2** [1]
1/16
**kept** [1] 49/4
**key** [1] 47/22
**kind** [8] 20/20 32/5
46/23 65/1 73/7 74/11
84/14 87/1
**knocks** [1] 66/20
**know** [94]
**knowledge** [5] 10/18
11/23 57/4
**knowledgeable** [2]
10/9 10/11
**knows** [2] 8/3 35/14

**L**

**laid** [5] 63/14 63/17
65/3 66/2 73/18
**land** [1] 76/10
**language** [3] 13/25
14/11 34/4
**largely** [1] 83/3
**larger** [1] 68/21
**last** [19] 5/14 10/13
16/16 20/9 20/13 23/11
24/1 37/2 37/6 37/10
53/22 54/13 56/24
67/22 67/23 72/3 83/12
84/11 85/16
**late** [1] 4/15
**later** [4] 12/24 36/7

**latter** [1] 16/7
**laundry** [1] 35/15
**law** [2] 2/11 19/15
34/25
**lawyers** [3] 45/16 56/5
58/15
**lay** [2] 54/9 78/20
**lead** [5] 21/4 21/9 25/2
82/14 86/15
**lead-up** [1] 82/14
**least** [28] 4/17 11/13
11/17 12/6 16/13 24/16
27/19 29/19 33/4 33/6
34/16 41/6 51/18 53/13
56/1 57/22 57/23 62/2
64/9 66/14 68/2 70/4
70/22 72/12 77/4 81/3
81/15 83/14
**leave** [2] 23/7 53/6
**left** [1] 26/19
**legal** [1] 54/12
**less** [4] 10/11 46/19
46/23 78/23
**let** [25] 5/2 5/25 11/4
15/21 17/10 25/5 27/17
34/18 34/18 37/4 37/8
37/16 39/8 44/15 45/24
50/5 55/12 57/15 57/15
65/12 69/4 86/19 87/10
88/25 89/2
**let's** [37] 5/3 5/5 15/20
16/8 17/9 17/11 22/14
24/9 24/14 40/10 40/13
43/17 44/9 45/24 50/1
50/1 51/11 53/6 53/9
54/24 56/24 57/22
57/23 58/25 59/14
59/25 60/21 62/2 64/7
66/19 69/8 78/5 80/6
81/18 81/23 83/23 84/2
**let's see** [2] 45/24
83/23
**letter** [2] 51/6 54/4
**level** [1] 85/9
**like** [26] 13/21 16/23
30/15 33/7 36/8 36/22
37/8 40/21 42/9 43/24
46/9 51/1 51/12 51/14
52/14 54/1 57/7 58/2
64/18 66/7 74/1 74/10
75/13 83/23 84/16
85/25
**likelihood** [1] 4/20
**likely** [8] 9/18 11/15
28/9 70/19 75/4 76/10
79/19 83/6
**limit** [1] 48/11
**limitations** [3] 44/23
48/7 91/7
**limited** [1] 48/15
**limits** [3] 12/20 13/12
34/4
**line** [6] 80/15 85/16
87/12 88/3 88/21 89/6
**linger** [1] 17/10
**list** [1] 35/15
**litigate** [1] 36/22 38/19

**litigation** [3] 34/12
35/25 37/14
**little** [16] 4/21 4/24
7/10 16/25 35/6 47/9
62/1 65/10 65/16 65/17
67/20 68/25 73/2 79/25
81/9 81/10
**LLC** [3] 1/6 4/4 4/9
**LLP** [2] 2/2 2/17
**loads** [1] 41/21
**lock** [1] 47/22
**log** [19] 24/15 25/1
25/2 25/4 27/4 30/1
31/7 31/9 31/10 32/17
33/16 33/18 33/21
34/16 35/24 37/6 37/7
37/10 37/23
**logged** [9] 28/4 29/18
31/3 31/5 31/6 36/9
38/2 38/3 38/4
**logging** [2] 36/4 37/24
**logs** [19] 25/7 25/17
28/1 28/5 30/5 34/21
34/23 34/25 36/18
36/25 37/9 37/15 37/20
37/22 38/8 38/15 39/24
39/25 40/5
**long** [6] 9/4 22/4 35/14
35/14 35/14 77/21
**longer** [1] 21/16
**look** [34] 4/17 7/15
17/6 17/12 19/16 26/1
27/15 29/8 31/11 33/1
33/6 33/16 38/18 38/22
51/14 54/22 55/10
55/11 55/20 61/24 68/7
69/16 70/21 73/10 75/8
76/20 77/6 80/6 80/11
81/8 81/9 83/16 89/14
90/4
**looking** [12] 7/12
18/25 25/13 37/9 57/17
67/3 71/19 71/22 74/11
75/12 75/13 76/12
**looks** [2] 64/17 66/7
**loophole** [1] 70/4
**lose** [3] 70/20 75/25
77/3
**losing** [1] 70/5
**lost** [1] 50/23
**lot** [5] 10/17 82/13
83/21 83/21 83/23
**lots** [1] 69/25
**lower** [1] 71/8
**lunch** [1] 40/11

**M**

**MA** [1] 3/4
**made** [8] 7/20 18/1
26/9 31/21 35/3 36/10
36/17 73/12
**magic** [1] 70/17
**maintained** [1] 42/1
**majority** [1] 45/15
**make** [21] 15/13 22/5
23/11 24/4 26/22 30/21
30/23 35/23 42/25 44/4
48/17 54/23 54/24

**M**

**make... [8]** 55/13 56/20 58/17 69/4 70/7 70/11 72/18 85/17
**makes [3]** 47/8 63/21 80/12
**making [4]** 6/4 23/17 35/6 35/19
**managed [2]** 30/18 32/3
**management [2]** 44/7 88/16
**manner [1]** 9/5
**many [10]** 12/8 13/24 32/13 36/3 43/10 45/13 74/14 74/19 75/9 81/6
**mark [2]** 41/12 41/13
**marked [1]** 45/4
**market [12]** 10/1 10/3 10/3 42/9 42/19 43/12 43/20 44/10 46/21 47/19 47/20 75/11
**market share [1]** 10/3 46/21 47/19
**marking [1]** 41/13
**massive [5]** 15/11 24/1 24/1 63/11 68/21
**material [22]** 25/7 26/20 27/20 31/12 31/13 38/8 38/24 39/14 39/15 39/17 40/6 41/2 53/7 70/5 70/20 70/23 71/6 74/2 76/1 77/4 79/4 80/5
**materials [6]** 37/23 38/2 40/19 42/11 46/5 83/7
**math [6]** 63/21 64/13 66/15 67/5 67/7 70/25
**matter [4]** 18/19 78/18 89/23 91/4
**matters [2]** 10/3 34/12
**may [33]** 4/24 9/12 12/10 12/10 14/5 14/6 16/11 16/25 22/4 22/11 28/2 30/16 31/16 32/20 37/8 37/20 37/21 38/17 39/25 39/25 45/5 45/18 57/6 61/10 64/16 73/1 73/2 73/9 73/11 82/17 84/16 85/21 89/4
**May 22nd [1]** 37/8
**maybe [12]** 15/4 18/11 32/19 45/21 47/5 47/9 49/11 51/10 54/23 55/25 69/23 81/14
**me [95]**
**MEAGHER [1]** 2/17
**mean [60]** 9/3 9/22 10/8 10/24 14/2 15/9 25/2 25/3 27/1 27/2 27/11 27/12 27/15 28/19 29/24 31/4 31/7 31/10 33/16 33/17 33/19 33/23 34/3 34/5 34/12 34/16 38/22 42/17 43/2 46/1 48/3 48/21 48/24 49/2 49/7

**meaningful [1]** 82/15
**means [6]** 4/19 15/10 50/23 61/23 79/5 79/6
**measure [1]** 59/15
**mechanical [1]** 3/10
**mechanism [1]** 23/25
**meet [10]** 8/12 8/13 8/17 8/23 11/11 15/4 15/17 21/18 47/6 50/15
**meeting [3]** 11/8 16/20 17/25
**MEHTA [1]** 1/10
**mention [1]** 68/5
**mentioned [1]** 21/8
**mentioning [1]** 69/9
**merely [1]** 45/17
**Merit [1]** 3/6
**met [2]** 8/14 17/23
**metric [1]** 67/25
**mic [1]** 65/10
**micromanage [1]** 49/13
**Microsoft [35]** 3/2 4/11 5/9 56/24 57/14 57/22 60/21 60/22 61/25 62/9 62/18 64/8 65/3 66/10 66/16 67/4 68/25 69/24 72/1 72/17 73/25 74/15 75/3 75/5 75/17 76/13 76/21 76/22 78/12 78/17 79/24 80/3 81/14 83/5 84/7
**Microsoft's [6]** 63/16 66/21 71/4 82/3 82/21 83/11
**mid [1]** 85/22
**middle [1]** 82/12
**might [7]** 8/22 10/6 10/7 31/25 36/9 40/2 47/3
**million [13]** 27/14 62/7 62/11 64/17 64/19 64/23 66/10 66/15 66/23 66/25 68/25 76/13 77/20
**minimum [2]** 15/5 56/1
**minute [1]** 53/19
**minutes [1]** 60/6
**mispronouncing [1]** 53/24
**misread [1]** 71/22
**missed [2]** 18/11 32/2
**misunderstood [2]** 52/5 53/4
**mode [1]** 35/11
**modest [1]** 71/4
**mom [1]** 76/22
**moment [6]** 22/14 22/16 23/8 51/9 52/6 65/12
**momentarily [1]** 23/9

**monday [1]** 17/10
**monopolization [1]** 69/19
**month [6]** 8/2 13/14 20/8 20/16 82/5 82/10
**months [7]** 8/9 9/2 10/25 12/24 22/7 36/7 82/13
**months' [1]** 8/6
**more [32]** 4/24 6/1 6/7 6/8 6/10 6/21 7/23 8/8 9/19 10/22 11/15 12/25 13/1 14/18 16/25 18/4 18/4 18/15 22/6 28/8 33/4 35/6 42/6 50/25 56/10 56/18 58/15 67/11 75/4 79/18 79/23 89/18
**morning [6]** 4/2 4/12 4/25 5/21 19/7 61/1
**most [5]** 23/19 24/21 47/8 66/8 89/4
**mother [1]** 19/15
**motions [1]** 11/15
**move [14]** 5/7 20/17 21/25 24/9 37/3 50/1 53/1 57/25 59/24 62/17 82/5 84/5 85/25 87/25
**moving [10]** 6/9 7/3 7/14 33/5 50/19 51/22 63/13 68/12 83/2 89/8
**Mr [3]** 36/11 53/23 55/11
**Mr. [64]** 5/11 5/19 11/4 11/10 11/21 13/18 13/19 15/7 17/18 17/24 18/18 18/23 18/24 21/8 22/18 23/6 23/17 24/17 25/5 31/11 32/10 34/18 34/19 37/2 37/12 38/13 39/20 40/16 44/16 44/16 44/18 45/1 49/22 50/2 50/5 51/1 51/18 51/21 51/24 52/1 52/6 53/10 53/23 53/24 54/13 55/15 56/8 56/12 58/20 58/20 59/10 60/7 67/13 70/17 71/12 73/15 74/1 78/5 79/12 81/8 84/12 86/20 88/19 88/20
**Mr. Dintzer [15]** 5/11 5/19 11/10 11/21 13/18 17/24 21/8 24/17 25/5 37/2 39/20 40/16 44/16 45/1 58/20
**Mr. Dixon [3]** 86/20 88/19 88/20
**Mr. Sallet [12]** 18/23 18/24 22/18 23/17 50/2 51/1 51/18 51/21 53/10 55/15 56/8 58/20
**Mr. Schmidtlein [28]** 11/4 13/19 17/18 18/18 23/6 31/11 32/10 34/18 34/19 37/12 38/13 44/16 44/18 49/22 50/5

**Ms [1]** 60/24
**Ms. [12]** 65/7 68/4 69/9 72/12 73/10 80/16 82/1 84/9 84/21 88/6 88/14 88/22
**Ms. Simon [2]** 69/9 72/12
**Ms. Simons [6]** 65/7 68/4 73/10 80/16 82/1 84/9
**Ms. Waszmer [4]** 84/21 88/6 88/14 88/22
**much [7]** 50/20 68/18 68/21 83/3 89/21 90/4 90/6
**multiple [2]** 10/22 39/22
**multitude [1]** 9/15
**my [43]** 5/14 6/9 16/5 16/6 16/13 18/25 19/14 24/9 26/11 38/18 38/23 39/2 40/10 44/10 46/1 50/10 53/24 57/4 57/17 61/8 63/7 65/19 66/15 67/6 67/21 70/15 70/25 71/10 71/11 78/25 80/11 80/13 80/13 82/1 82/4 82/8 83/17 84/3 84/17 87/19 89/1 89/11 89/23

**N**

**name [5]** 53/24 69/20 75/20 75/22 86/13
**names [1]** 85/4
**narrow [6]** 11/13 15/5 36/1 53/12 54/20 55/22
**narrowing [1]** 34/7
**nationwide [1]** 88/17
**nature [3]** 45/7 45/8 78/7
**near [1]** 7/23
**nearly [2]** 11/24 70/13
**Nebraska [2]** 6/6 11/19
**necessarily [4]** 11/18 30/14 76/6 78/20
**necessary [4]** 8/25 10/13 49/15 84/8
**need [23]** 7/13 7/18 7/20 12/4 14/20 15/6 15/22 16/25 17/7 19/12 33/3 42/5 55/14 56/10 62/16 82/7 83/18 83/25 84/14 87/8 87/18 88/8 88/11
**needle [1]** 32/5
**needs [5]** 42/10 44/22 47/13 48/10 49/4
**negotiate [2]** 51/19 82/24
**negotiated [9]** 14/13

**59/10 67/13 70/17 71/12 74/1 78/5 79/12 81/8 84/12
**Mr. Schmidtlein's [6]** 15/7 51/24 52/1 54/13 60/7 73/15

59/10 67/13 70/17 71/12 74/1 78/5 79/12 81/8 84/12

**never [5]** 24/5 36/23 74/7 78/10 78/17
**nevertheless [1]** 83/5
**new [3]** 2/8 2/18 89/13
**news [1]** 76/22
**newsletters [1]** 75/12
**next [5]** 6/8 16/4 20/18 22/3 22/4 40/12 40/13 57/16 57/16 57/24 58/3 58/4 76/9 90/5 90/5
**nice [2]** 4/13 61/3
**no [29]** 1/4 11/3 12/15 18/20 19/12 22/8 23/10 25/8 28/16 28/22 28/25 30/1 31/6 36/10 36/20 42/25 43/4 45/13 57/3 57/18 69/11 72/5 72/20 74/3 74/20 74/23 77/10 79/14 90/1
**nobody [1]** 46/17
**non [8]** 2/16 3/2 24/12 25/14 34/6 67/4 72/8 76/18
**non-de-duped [1]** 72/8
**non-party [5]** 2/16 3/2 24/12 67/4 76/18
**non-privileged [1]** 25/14
**non-relevant [1]** 34/6
**none [1]** 70/9
**nonetheless [1]** 54/25
**Northern [1]** 88/13
**not [107]**
**notation [1]** 29/17 29/18 30/2
**notations [1]** 36/17
**note [5]** 4/16 4/22 21/11 57/7 91/5
**noted [2]** 21/5 84/25
**notes [2]** 5/14 18/25
**nothing [5]** 28/5 33/23 49/5 49/6 89/18
**notice [21]** 8/5 8/6 8/11 9/14 9/18 9/21 10/17 11/10 11/12 11/14 12/3 12/5 12/11 12/22 12/24 13/1 13/4 13/25 21/9 50/15 51/5
**noticed [7]** 6/5 8/7 13/23 21/3 21/16 50/8 51/2
**notices [3]** 6/12 12/8 12/21
**noticing [1]** 13/10
**notion [1]** 12/1
**November [2]** 59/14 59/16
**now [25]** 6/1 7/17 7/21 8/16 14/11 14/21 21/18 22/5 24/11 32/18 36/7 40/10 43/21 44/1 45/3

**N**

now... [10] 45/18 52/5 55/5 55/15 61/13 66/10 80/8 80/13 85/10 85/24
null [1] 77/25
number [28] 9/15 12/8 12/13 12/18 12/20 14/19 30/20 58/14 62/6 62/8 64/10 64/10 66/6 66/16 66/17 66/21 66/24 66/25 68/11 68/21 68/21 68/23 70/23 73/24 74/15 74/24 80/17 83/19
numbers [29] 6/15 58/13 62/2 62/8 62/10 63/10 63/22 65/4 67/17 67/22 67/23 67/24 67/25 71/8 71/9 71/17 71/17 72/11 72/14 72/15 73/16 73/18 80/16 80/19 80/20 80/21 82/15 86/2 86/6
NW [4] 1/14 2/3 2/18 3/8
NY [1] 2/8

**O**

objection [1] 34/22
objections [6] 8/11 8/14 9/4 18/14 21/20 50/14
obligation [2] 27/19 54/12
observation [5] 39/2 55/13 70/6 70/7 70/16
observations [5] 69/5 71/10 71/13 73/12 80/13
observe [1] 72/16
observer [1] 22/11
obvious [1] 14/25
obviously [3] 10/4 31/3 87/19
occupy [1] 16/5
occurred [1] 91/5
ocean [1] 36/8
October [4] 20/14 22/5 59/6 82/12
off [11] 6/9 24/11 24/11 41/9 51/11 54/6 55/25 72/15 74/22 88/20 89/25
offer [2] 52/3 67/10
offered [4] 14/19 65/21 65/24 82/23
offering [1] 66/11
Official [1] 3/7
oh [10] 18/10 36/8 36/24 52/25 61/9 61/12 67/2 69/11 71/21 72/20
okay [45] 4/12 6/3 7/24 13/15 16/15 17/16 18/11 18/16 29/14 34/17 37/17 40/7 41/8 41/11 43/19 44/14 45/23 47/7 47/17 49/21 50/18 52/22 53/17

now... wise [1] 4/22
61/2 61/12 61/15 63/20 63/21 64/6 67/14 68/14 69/13 74/18 74/21 79/17 79/21 84/5 84/20 86/9 87/11 89/8
old [1] 35/9
omit [1] 74/25
omy [1] 61/5
once [5] 13/3 29/16 42/13 44/19 49/1
one [60] 6/1 6/6 6/6 7/19 8/15 9/11 9/14 9/16 10/5 10/12 10/21 10/23 11/17 11/20 11/23 12/11 12/22 12/23 12/23 13/6 14/14 14/16 15/11 16/4 18/23 19/10 19/10 21/5 22/12 24/11 32/6 32/12 38/25 39/14 43/19 44/19 46/3 47/12 47/16 54/4 57/2 57/17 60/3 60/18 61/18 63/5 63/5 64/9 65/12 67/15 69/19 70/6 71/4 71/23 71/24 79/4 83/17 85/1 85/9 86/12
one's [1] 24/10
onerous [1] 18/5
ones [6] 29/24 31/5 33/25 33/25 33/25 34/1
ongoing [1] 88/22
only [21] 7/9 9/13 11/21 13/3 18/10 31/25 35/24 37/20 37/22 41/16 41/24 42/2 43/18 43/18 44/5 44/23 47/23 49/17 64/4 68/7 83/13
opens [1] 45/18
opportunity [1] 43/8
oppose [1] 49/8
opposed [1] 49/19
opposition [1] 57/3
optimal [1] 10/16
optimally [1] 80/23
optimistic [1] 78/23
options [1] 10/12
order [10] 8/21 25/2 38/24 51/16 74/9 75/24 76/3 78/19 78/22 88/16
ordered [1] 67/22
ordinary [1] 20/21
original [2] 36/5 78/3
originally [1] 27/8
orrick.com [1] 3/5
other [40] 17/23 18/17 21/5 21/6 21/11 21/24 25/7 26/3 26/11 26/17 27/18 29/2 34/15 35/15 35/22 35/22 36/19 37/15 38/3 38/9 39/11 40/20 42/22 43/10 44/8 45/19 46/12 47/15 47/15 47/25 61/19 72/19 75/6 77/25 81/4 81/24 83/17 86/25 87/4 89/16
others [2] 32/15 56/19

ought [5] 17/17 47/22 48/3 63/1 82/14
our [59] 5/5 7/22 8/5 8/18 8/19 8/20 8/25 9/21 10/15 11/25 13/2 14/6 14/9 17/23 17/25 19/1 20/22 23/11 23/13 24/22 28/14 28/16 32/9 36/4 38/12 41/16 41/24 41/25 42/9 42/12 44/5 45/2 54/4 54/17 56/15 57/12 57/16 57/23 57/24 58/3 58/4 58/25 64/1 64/9 64/25 65/18 73/16 74/6 75/7 75/10 75/11 76/8 76/12 77/16 77/25 78/3 85/13 85/21 87/25
out [45] 4/16 5/23 11/10 12/9 17/13 24/3 27/19 32/5 33/25 36/2 40/16 41/5 44/17 51/14 54/9 57/23 59/15 59/23 61/4 61/21 63/14 63/17 65/3 66/2 69/22 70/3 70/11 70/12 73/18 73/22 74/13 75/1 75/25 77/3 78/8 78/20 80/21 81/1 82/2 83/15 84/2 85/7 86/24 87/8 88/14
outset [1] 82/23
outside [3] 22/11 35/9 47/24
outstanding [3] 21/11 22/19 24/22
over [15] 11/16 13/25 32/7 35/16 38/24 62/9 64/15 66/10 68/25 74/17 76/14 76/14 83/8 84/17 85/19
overall [3] 61/23 67/4 68/23
overbreadth [1] 75/11
overlap [3] 12/10 26/17 39/8
overlapping [1] 15/8
overtly [1] 7/18
overwhelming [1] 45/15
own [1] 23/23

**P**

p.m [3] 17/11 59/5 90/7
pace [4] 82/4 82/21 83/11 83/25
page [17] 43/17 43/18 49/12 49/13 49/13 51/6 61/24 62/5 62/5 62/9 62/10 63/1 63/22 64/8 69/8 70/8 81/5
pages [5] 15/11 15/12 15/12 15/12 71/18
paid [1] 34/13
painting [1] 28/12
pandemic [1] 91/6
paper [1] 61/17
paralegal [1] 41/22

parameters [3] 50/7 77/24 78/21 86/25
part [12] 13/20 14/4 16/6 16/7 34/8 35/1 44/1 46/15 49/16 62/1 66/11 67/6
participants [1] 45/14
participate [2] 21/10 88/8
participated [1] 21/4
particular [9] 39/24 45/5 46/11 49/12 49/13 63/1 68/8 73/6 83/12
particularly [6] 41/2 48/12 54/14 70/23 71/13 77/2
parties [22] 4/6 4/7 5/8 7/17 12/16 21/17 22/23 46/9 52/15 55/22 61/16 78/14 79/8 84/4 84/25 85/1 85/8 85/18 86/3 86/7 86/15 87/22
parties' [1] 24/19
parts [2] 45/19 78/1
party [8] 2/16 3/2 22/24 24/12 54/9 67/4 76/18 85/13
pass [1] 30/14
past [3] 8/13 14/1 85/19
patience [1] 61/3
pause [4] 4/21 22/14 83/1 87/10
PC [1] 2/6
people [21] 6/10 10/9 10/22 11/1 13/5 13/24 16/21 41/16 41/18 41/19 41/20 41/24 41/24 41/11 44/5 44/12 45/13 47/24 48/6 48/16 75/17
per [1] 73/17
percent [8] 61/23 66/3 66/3 66/9 66/20 68/2 68/5 72/13
percentage [1] 28/10
performance [12] 40/15 40/22 40/24 43/25 44/21 44/24 46/15 46/16 47/17 48/1 48/4 49/18
perhaps [5] 30/12 38/17 52/5 69/25 88/17
period [1] 50/16
periodic [1] 84/5
permission [1] 47/23
person [6] 10/15 10/18 10/25 41/21 42/8 86/14
person's [2] 10/21 40/22
personal [4] 10/18 46/8 46/11 47/5
perspective [3] 17/19 67/21 76/8
persuasive [1] 33/5
Petitioner [2] 2/16 3/2
pick [6] 10/7 10/8 10/9

picking [1] 83/25
picture [1] 7/22
piece [2] 23/21 23/21
piecemeal [1] 82/24
pipeline [2] 6/10 18/13
place [7] 11/5 21/24 23/24 35/2 51/20 65/4 71/8
placed [1] 67/9
placing [1] 27/16
plaintiffs [9] 1/4 1/13 6/6 41/19 41/20 55/2 55/3 59/19 64/4
plan [4] 7/23 10/20 11/5 14/10
planned [1] 8/15
planning [3] 5/17 8/4 11/11
plans [1] 78/3
plausible [1] 55/5
please [2] 4/25 91/5
plus [1] 51/6
point [17] 11/4 23/7 33/7 35/5 37/22 38/23 40/4 52/23 53/11 55/7 56/11 72/16 80/7 80/10 81/25 82/14 82/16
pointed [3] 11/10 78/12 88/14
policy [1] 86/15
pop [2] 61/5 76/22
popped [1] 61/13
popping [1] 61/13
portion [12] 9/17 27/22 42/20 43/11 44/19 44/21 48/9 49/2 49/3 49/11 49/17 77/16
portions [5] 29/7 29/9 42/4 42/5 48/12
pose [1] 34/19
posed [2] 50/4 55/16
position [8] 45/2 51/19 55/24 61/16 69/2 69/17 74/6 86/22
possibility [2] 57/8 70/5
possible [12] 5/1 16/24 20/16 21/1 28/8 56/21 79/5 82/2 84/8 87/20 88/1 89/10
post [3] 29/16 44/6 44/12
post-filing [1] 29/16
posture [2] 36/12 38/21
potentially [11] 11/13 41/23 43/24 46/5 46/7 70/2 70/5 70/20 75/25 75/25 77/4
practice [2] 11/16 80/14
pre [7] 35/12 64/12 64/24 66/16 66/17 76/25 77/6
pre-complaint [1] 35/12
precise [1] 78/21

**P**

**precisely** [1] 4/17
**predictive** [3] 77/7 77/9 78/8
**preliminary** [4] 20/6 20/8 20/10 20/25
**preparation** [2] 22/2 54/20
**prepare** [4] 10/10 10/11 10/14 10/25
**prepared** [4] 12/6 19/16 50/6 84/18
**preparing** [3] 9/7 15/1 54/5
**present** [2] 49/11 49/11
**presented** [6] 43/6 48/10 48/13 56/7 71/1 87/6
**pressing** [1] 89/22
**presumably** [2] 38/9 42/21
**presumptive** [1] 21/17
**presumptively** [4] 42/5 42/10 42/14 42/16
**pretty** [6] 7/10 39/19 70/3 70/4 70/4 70/22
**Prettyman** [1] 3/8
**prevent** [1] 86/25
**preview** [1] 17/25
**previously** [2] 35/21 36/15
**prior** [5] 19/1 27/22 27/23 34/21 36/19
**prioritize** [2] 20/1 79/16
**prioritizing** [1] 81/13
**privilege** [40] 6/17 6/20 20/4 24/15 25/1 25/3 25/17 28/5 28/10 29/4 29/17 29/18 30/1 30/5 31/14 31/15 31/16 32/7 32/17 33/16 33/17 33/21 34/16 34/21 34/23 34/24 35/24 36/18 36/25 37/6 37/9 37/10 37/14 37/20 37/22 38/8 38/15 39/24 40/5 86/25
**privileged** [3] 25/14 31/20 39/22
**privileges** [2] 27/25 86/21
**proactively** [1] 83/5
**probably** [6] 12/4 28/3 34/25 56/19 84/4 89/3
**problem** [7] 13/6 13/8 23/3 32/14 35/4 45/9 69/9
**problematic** [1] 67/21
**problems** [4] 11/9 11/13 11/20 13/7
**proceed** [3] 5/4 49/23 89/10
**proceeding** [1] 39/10
**proceedings** [5] 1/9 3/10 40/7 90/7 91/4
**process** [5] 8/18 45/1

**processed** [3] 65/5 66/4 73/21
**processes** [1] 74/9
**processing** [2] 23/14 66/1
**produce** [15] 7/4 7/14 25/4 27/25 32/13 34/5 34/9 36/18 38/8 39/18 40/5 50/16 66/12 82/15 86/22
**produced** [33] 3/11 25/24 27/3 27/5 27/5 27/6 27/9 29/2 29/11 30/5 30/7 31/17 32/11 32/21 33/2 33/9 33/20 34/2 35/8 35/21 36/14 36/15 38/14 40/1 40/25 56/8 68/17 73/25 74/15 78/9 83/8 83/13 83/22
**produces** [1] 15/17
**producing** [4] 6/19 34/23 79/10 82/25
**product** [4] 69/20 75/12 75/21 75/22
**production** [36] 5/6 5/13 5/13 6/13 6/14 6/15 7/15 17/20 17/20 19/20 20/1 20/7 23/12 23/18 23/25 24/6 24/23 25/2 30/6 32/4 35/17 40/19 42/6 68/23 74/5 74/12 79/23 81/13 81/25 82/4 82/10 82/11 82/22 83/11 83/25 88/12
**productions** [9] 5/15 26/9 34/22 35/3 36/19 37/15 37/18 86/16 87/23
**products** [1] 69/20
**progress** [2] 6/4 18/2
**promise** [2] 16/3 45/14
**promote** [1] 55/21
**proposal** [12] 14/16 62/6 63/16 64/3 66/11 67/1 76/12 83/2 83/20 85/22 86/1 86/5
**propose** [1] 5/4
**proposed** [5] 62/1 69/21 71/1 75/3 86/24
**proposing** [1] 74/25
**protection** [5] 2/11 42/10 42/16 48/3 48/15
**protective** [1] 8/21
**protects** [1] 42/1
**protocol** [4] 77/14 78/1 78/20 79/3
**protocols** [1] 78/12
**protracted** [1] 22/11
**provide** [9] 5/12 13/2 20/19 20/24 42/11 52/19 57/4 67/22 87/2
**provided** [3] 8/4 64/10 85/24
**providers** [1] 20/23
**provides** [2] 42/6 78/19

**providing** [1] 20/3
**proximity** [6] 70/18 70/18 71/14 73/2 73/6 81/7
**proximity-connector** [1] 73/2
**public** [2] 63/3 86/15
**pull** [4] 57/23 63/7 67/6 75/11
**pulling** [1] 84/7
**purpose** [1] 54/4
**purposes** [1] 86/13
**pursuant** [2] 33/2 88/10
**pursue** [1] 8/21
**push** [2] 27/19 52/13
**pushed** [1] 83/6
**put** [17] 10/20 11/1 12/13 22/14 27/17 28/9 44/5 47/18 48/21 54/7 57/11 59/14 61/16 63/3 70/16 76/13 80/13
**putting** [2] 27/17 62/9

**Q**

**question** [17] 21/23 26/1 26/25 27/10 34/19 34/20 36/11 42/2 42/18 43/1 43/15 43/21 55/3 55/8 55/9 61/22 69/14
**questioning** [5] 21/10 47/16 48/13 54/9 56/2
**questions** [15] 9/11 43/7 50/3 51/6 53/10 53/14 53/25 55/16 55/19 55/24 55/25 56/4 56/16 56/18 87/10
**quick** [1] 44/17
**quickly** [7] 23/20 57/15 82/2 84/8 87/25 89/15 89/17
**quite** [4] 31/7 71/6 75/14 85/13
**quoting** [1] 34/11

**R**

**raise** [5] 8/20 23/4 65/9 86/19 89/24
**raised** [5] 6/18 6/19 14/3 14/5 26/21
**raising** [3] 6/21 42/9 60/5
**ran** [1] 79/25
**ranges** [1] 80/22
**rate** [6] 66/8 68/1 68/18 73/16 73/20 73/23
**rates** [3] 65/1 65/23 65/25
**rather** [4] 4/23 5/4 71/9 75/10
**re** [8] 6/18 6/19 6/25 20/3 35/23 36/6 36/21 36/22
**re-issued** [1] 36/21
**re-litigate** [1] 36/22
**re-producing** [1] 6/19
**re-reviewed** [3] 6/25 35/23 36/6

**re-reviewing** [2] 6/18 20/3
**reach** [5] 19/21 81/11 83/23 85/19 85/25
**reached** [4] 77/18 81/22 82/1 82/16
**reaction** [2] 26/11 78/25
**reactions** [1] 69/5
**read** [4] 27/20 44/12 67/16 76/22
**reading** [3] 71/11 71/18 71/25
**real** [7] 32/4 44/17 65/2 65/25 70/17 75/23 77/3
**real-time** [2] 65/2 65/25
**realize** [1] 37/22
**really** [18] 10/5 14/1 16/4 17/22 23/13 33/19 39/20 45/1 45/20 46/24 46/25 47/4 70/16 70/19 72/17 78/2 82/14 83/25
**Realtime** [1] 3/7
**reason** [5] 14/11 26/16 30/17 30/20 61/5
**reasonable** [4] 33/7 69/1 83/23 86/7
**reasons** [5] 20/15 42/12 42/13 51/17 68/3
**recalling** [1] 32/19
**recalls** [1] 20/9
**receive** [3] 21/18 31/5 57/9
**received** [4] 8/11 31/2 37/6 37/10
**recent** [1] 23/19
**recently** [2] 76/23 88/8
**recognize** [2] 46/4 46/6
**recommend** [1] 89/11
**record** [5] 49/16 63/3 82/21 84/24 91/3
**recorded** [1] 3/10
**records** [11] 30/13 31/15 33/2 36/14 38/5 38/6 47/12 62/7 78/7 79/10 82/16
**red** [3] 19/8 19/11 19/13
**redact** [2] 41/1 45/22
**redacted** [11] 7/2 24/25 25/7 27/5 29/6 29/7 30/3 36/16 46/13 47/6 85/3
**redacting** [1] 85/4
**redaction** [1] 40/19
**reduction** [1] 81/10
**reference** [1] 42/18
**referenced** [2] 23/17 43/13
**referencing** [1] 34/10
**referring** [1] 67/1
**refers** [2] 43/12 75/11
**refine** [2] 53/13 53/13
**reflect** [1] 83/7
**reflects** [1] 75/11
**refused** [1] 78/10
**refusing** [1] 77/17

**regard** [3] 31/16 85/11 85/12
**regarding** [2] 5/6 44/20
**Registered** [1] 3/6
**regular** [1] 82/10
**rejected** [1] 33/4
**relate** [1] 85/14
**related** [3] 44/22 51/10 58/1
**relates** [3] 46/22 47/16 62/8
**relationship** [2] 46/22 51/11
**relevance** [9] 26/19 27/12 30/14 33/12 33/18 33/20 35/10 38/25 39/17
**relevant** [27] 10/5 26/3 27/20 28/11 30/8 32/2 33/25 34/2 34/6 36/9 39/14 39/16 42/4 46/5 46/16 46/20 49/17 64/1 70/2 70/5 70/20 76/1 76/7 76/10 77/4 77/7 79/4
**reliance** [1] 32/20
**relied** [3] 32/10 32/15 33/12
**rely** [1] 32/16
**relying** [2] 49/18 52/9
**remain** [2] 63/24 88/25
**remaining** [1] 86/12
**remind** [1] 12/12
**remiss** [1] 82/20
**remote** [1] 58/11
**remotely** [2] 58/14 91/7
**removes** [1] 55/3
**report** [6] 16/23 17/6 18/11 24/19 57/5 57/11
**reporter** [5] 3/6 3/6 3/7 3/7 65/18
**reporting** [1] 91/7
**reports** [2] 7/4 22/2
**represent** [1] 52/6
**representation** [3] 52/9 60/7 73/15
**representations** [1] 51/24
**represented** [1] 74/7
**represents** [4] 63/14 63/17 66/10 77/15
**reproduce** [1] 35/8 35/13 74/2
**reproduced** [3] 6/25 29/17 29/23
**request** [9] 20/6 22/5 26/12 36/17 38/12 78/6 80/5 83/1 84/14
**requested** [4] 7/5 24/7 57/3 85/8
**requests** [12] 5/15 6/14 18/3 18/4 18/8 18/15 20/12 20/19 22/1 25/13 26/3 30/24
**require** [3] 4/24 40/4 40/5
**required** [1] 55/16

**R**

requirement [1] 78/22
requires [1] 23/24
reserving [1] 85/9
resolution [6] 16/3
81/23 82/1 83/23 85/6
85/25
resolve [8] 16/2 16/2
45/25 55/14 85/6 85/10
89/1 89/14
resolved [7] 9/6 80/9
84/12 85/2 85/11 85/15
87/20
resources [2] 9/7 84/8
respect [15] 6/17 8/1
14/4 26/17 36/4 36/5
40/14 40/23 47/10
63/15 64/4 66/14 74/24
74/25 84/17
respectfully [3] 28/13
32/8 72/13
respond [5] 35/20
53/15 55/17 73/14
86/20
responded [1] 29/15
responding [2] 18/6
35/12
response [15] 26/9
26/21 28/20 29/11
30/24 31/18 32/21 35/8
35/17 35/22 73/25
74/16 84/15 87/22
87/23
responses [4] 21/19
50/3 51/12 53/9
responsive [14] 18/2
30/22 30/23 31/12
31/12 31/19 66/12
70/23 71/5 72/23 76/7
79/19 83/7 83/14
responsiveness [1]
77/14
results [1] 66/4
reverse [1] 65/21
reverted [1] 78/2
review [22] 18/13
27/12 31/14 31/15 36/4
41/23 44/21 44/24 45/5
46/15 48/1 49/18 56/16
66/11 69/1 77/15 78/18
79/10 79/16 81/12
81/14 81/15
reviewed [5] 6/25
35/23 36/6 77/20 79/20
reviewing [2] 6/18 20/3
reviews [6] 40/15
40/22 40/24 43/25
47/17 48/5
RFP [9] 18/8 18/9
24/22 28/24 29/15
30/11 31/20 34/3 35/20
RFP 1 [1] 31/20
RFPs [7] 19/2 28/20
31/13 35/25 36/5 36/21
36/24
right [55] 5/3 7/17 7/21
8/16 11/3 13/11 14/21
15/19 17/17 18/8 18/17

25/12 25/18 28/18
29/11 31/23 37/1 37/2
38/1 42/22 43/16 44/15
49/22 49/25 51/8 52/8
52/12 53/3 53/4 53/9
55/6 56/22 59/13 59/22
59/25 60/20 64/22
66/10 67/7 67/12 67/19
68/9 71/24 72/3 72/9
80/8 84/9 84/11 86/18
88/2 90/3
ripe [2] 8/17 8/17
risk [2] 75/23 77/3
RMR [2] 91/2 91/11
roadmap [2] 54/7
54/18 54/25
robust [2] 35/6 79/23
rolling [1] 87/25
room [2] 19/8 19/11
ROSATI [1] 2/6
rough [1] 74/15
roughly [2] 25/9 68/20
Rule [3] 9/12 88/10
88/11
rules [6] 10/7 10/19
13/2 14/12 14/12 14/14

**S**

said [19] 8/6 14/8
20/13 22/15 29/1 33/10
35/13 36/23 38/7 39/2
41/6 53/24 54/3 54/14
55/1 55/15 56/6 60/7
80/24
sailed [1] 38/20
sailing [1] 40/12
sake [1] 43/18
Sallet [14] 2/10 4/7
18/23 18/24 22/18
23/17 50/2 51/1 51/18
51/21 53/10 55/15 56/8
58/20
same [7] 12/10 20/20
31/17 34/12 46/6 70/7
83/3
sample [2] 23/18 23/22
samples [1] 24/1
sampling [2] 19/3 68/2
sat [1] 10/15
satisfaction [2] 6/23
13/13
satisfied [1] 8/22
satisfy [1] 51/21
saw [2] 78/1 85/12
say [33] 9/4 11/17 14/7
14/14 15/16 26/7 28/24
30/7 30/22 31/11 33/11
34/10 36/24 42/16
42/17 43/18 44/9 45/6
46/13 50/6 50/21 54/22
56/10 57/2 66/19 72/10
72/12 72/13 73/22 78/6
80/18 82/3 86/14
saying [5] 37/17 41/17
60/12 60/14 72/20
says [4] 29/5 40/20
42/8 44/9

schedule [8] 8/12 9/2
15/18 15/22 17/8 17/20
22/10 57/12
scheduled [6] 6/7 8/12
8/24 15/2 21/6 59/15
scheduling [3] 5/6
21/7 21/19
Schmidtlein [32] 2/2
4/8 11/4 13/19 17/18
18/18 23/6 31/11 32/10
34/18 34/19 37/12
38/13 44/16 44/18
49/22 50/5 52/6 53/23
53/23 53/24 55/11
56/12 59/10 67/13
70/17 71/12 74/1 78/5
79/12 81/8 84/12
Schmidtlein's [6] 15/7
51/24 52/1 54/13 60/7
73/15
scooped [1] 35/23
scope [6] 26/8 36/4
39/3 39/4 39/12 78/6
screen [2] 61/6 61/11
scripts [1] 74/10
scrubbed [1] 41/5
seal [3] 24/16 62/17
80/5
search [43] 7/6 30/17
30/23 31/13 32/2 32/9
32/25 33/2 33/6 35/17
61/19 62/4 62/17 62/18
63/2 63/19 63/22 66/3
66/14 67/8 69/6 69/7
69/15 69/19 69/21 71/9
75/2 75/12 75/19 76/4
77/4 80/1 80/24 81/2
81/4 82/25 83/2 85/1
85/22 85/23 86/6 86/24
87/17
search-terms [1] 66/3
searches [1] 64/13
searching [1] 65/3
second [6] 15/1 23/21
70/15 70/16 72/16
86/11
secondly [3] 39/16
54/5 55/20
seconds [1] 63/8
secrets [1] 42/7
Section [2] 2/11 88/16
see [26] 4/13 7/13 15/6
15/17 16/8 17/7 29/7
29/8 29/9 38/8 41/20
45/13 45/21 45/24
46/17 56/7 57/17 61/5
61/8 63/18 65/4 65/5
73/18 75/14 75/14
83/23
seeing [4] 15/6 66/1
66/9 73/20
seek [1] 54/10
seeking [5] 16/12
27/20 39/14 67/11
77/25
seem [9] 12/9 12/17
22/4 22/11 30/14 36/2

seemed [2] 33/7 55/18
seems [15] 26/2 27/16
30/11 34/20 39/16
47/10 48/14 49/10 53/8
55/19 63/10 69/21 70/2
71/7 81/16
seen [2] 65/2 85/21
self [13] 40/14 40/22
40/24 42/18 42/20
42/13 43/25 44/21
46/15 47/16 48/1 48/4
49/17
self-assessment [10]
40/22 42/18 42/20
42/13 43/25 44/21
46/15 47/16 48/1 49/17
self-assessments [3]
40/14 40/24 48/4
send [3] 15/1 34/3
41/15
sense [10] 9/10 27/7
37/16 47/8 48/17 50/20
54/23 54/24 63/21
80/12
sensitive [6] 41/2
43/24 45/20 46/8 46/25
47/5
sensitivity [1] 46/11
sent [3] 8/5 8/10 51/7
separate [3] 14/23
14/23 41/15
September [31] 5/18
7/16 8/8 9/1 9/19 15/2
20/8 20/14 20/16 21/6
21/18 40/21 50/12
50/20 50/21 50/24
51/17 52/2 52/4 52/7
52/14 52/19 52/24 53/6
57/6 57/11 58/3 58/21
60/9 82/6 82/8
September 13th [1]
9/1
September 28th [1]
58/21
seriatim [2] 13/9 14/4
series [1] 8/4
serving [1] 50/14
set [15] 5/18 15/22
17/5 24/18 29/3 31/2
32/16 33/9 34/9 45/2
57/24 58/3 58/7 77/20
77/25
sets [1] 59/23
setting [1] 17/7
seven [2] 12/23 14/15
several [1] 39/5
shaking [2] 65/18 77/8
share [10] 10/3 11/6
42/9 42/19 43/12 43/20
46/21 47/19 47/20
47/23
shared [1] 80/11
shares [2] 10/2 44/10
she's [1] 84/18
shield [1] 34/13
ship [1] 38/20
shop [1] 76/22

short [3] 9/22 9/23
9/23
should [20] 9/5 15/16
15/18 23/2 23/14 26/7
28/24 30/12 31/21
32/13 34/15 36/9 42/14
43/23 44/2 48/14 59/11
60/8 71/24 72/10
shoulder [1] 76/17
shouldn't [1] 30/22
show [2] 44/11 49/15
showed [1] 28/16
showing [1] 36/10
sic [1] 12/21
side [3] 12/14 45/12
46/17
sides [1] 63/11
sign [1] 89/25
signal [1] 12/7
significance [2] 33/13
75/14
significant [4] 9/7
67/10 77/2 77/16
similar [1] 78/1
Simon [2] 69/9 72/12
Simons [10] 3/2 4/11
60/24 60/25 65/7 68/4
73/10 80/16 82/1 84/9
simple [1] 39/20
simplest [1] 27/1
simplist [1] 27/2
simply [2] 31/7 38/7
since [1] 54/3
single [3] 9/18 36/8
51/6
single-spaced [1] 51/6
singular [1] 60/17
sit [4] 15/12 50/7 50/13
54/15
sitting [1] 4/23
six [1] 6/5
SKADDEN [1] 2/1
skadden.com [1] 2/20
skeptical [2] 7/10
20/15
skipped [1] 11/3
SLATE [1] 2/17
slew [1] 11/22
slots [1] 44/11
small [2] 52/23 57/2
smooth [1] 40/12
snippet [1] 44/22
so [189]
so I think [2] 40/1 48/8
So this is [2] 24/24
65/2
So this narrow [1]
36/1
solve [1] 24/6
some [65] 4/23 6/15
6/17 6/18 6/22 6/23
6/23 7/19 7/20 8/7 8/11
8/16 11/13 12/4 13/12
13/13 14/9 15/13 15/22
16/13 16/21 18/12 20/3
29/4 29/6 29/6 29/7
29/19 29/23 29/25 30/3
30/16 30/20 32/1 34/3

**S**

some... [30] 34/7 38/8 39/17 42/18 46/1 50/14 54/23 54/23 55/24 56/2 56/18 56/19 60/5 61/5 62/22 65/21 68/2 69/23 70/22 71/13 73/11 75/25 78/8 81/10 81/12 81/15 84/14 85/4 85/24 86/11

somebody [5] 10/11 10/24 46/14 47/11 77/11

somebody's [1] 71/8

somehow [3] 30/18 32/2 32/3

someone [1] 50/6

something [29] 9/19 14/8 14/13 14/22 15/15 15/21 15/24 17/10 17/11 27/19 30/2 34/7 38/11 42/9 44/9 46/21 47/19 47/22 47/23 48/2 51/15 55/16 57/10 63/3 67/9 76/11 78/7 81/21 84/2

sometimes [2] 10/12 19/10

somewhere [1] 89/3

SONSINI [2] 2/6 84/18

soon [4] 20/11 21/1 79/5 83/23

sorry [9] 4/15 25/21 29/21 58/18 65/7 71/21 72/4 74/22 88/20

sort [35] 5/5 5/12 7/22 8/18 11/6 23/18 24/10 25/8 26/16 32/4 33/1 34/16 35/4 35/7 41/3 45/2 45/11 46/3 46/10 48/5 49/4 50/5 50/21 63/9 64/9 68/10 69/8 69/21 70/3 70/6 70/10 71/10 72/22 76/3 81/15

sought [2] 34/15 88/12

sound [1] 65/13

sounds [4] 30/15 46/9 52/14 74/1

soup [1] 7/10

source [1] 28/20

spaced [1] 51/6

spanned [1] 11/23

sparring [1] 80/25

speaker [1] 61/12

specialized [1] 20/23

specifically [4] 24/23 28/16 32/10 33/8

specs [1] 35/15

speed [1] 54/11

spent [1] 44/10

St [1] 2/3

stand [13] 5/12 5/19 7/25 15/22 16/1 17/19 19/5 61/15 61/17 81/20 84/14 84/15 88/24

standing [1] 76/6

stands [1] 26/16

start [15] 4/15 5/4 5/10 40/16 58/1 59/3 62/2 80/2 82/25 83/25 84/2

started [5] 4/18 5/3 6/18 6/21 87/25

starting [2] 33/7 82/15

state [4] 2/10 18/1 19/18 55/2

stated [1] 85/11

statement [3] 37/13 43/19 85/3

STATES [4] 1/1 1/3 1/10 4/3

status [10] 1/9 18/11 20/9 20/13 24/19 53/22 57/5 57/10 58/4 58/25

stay [1] 9/2

stenography [1] 3/10

step [1] 21/25

steps [2] 15/1 44/4

Steven [2] 2/16 4/10

steven.sunshine [1] 2/20

still [13] 13/20 18/3 18/12 18/14 51/4 66/9 74/13 80/19 85/17 85/20 87/1 87/8 87/13

stood [1] 61/21

stored [1] 23/23

strategic [1] 10/22

strategy [2] 75/19 75/19

stratosphere [1] 80/20

stream [1] 46/2

streamline [1] 56/1

Street [2] 1/14 3/3

streets [1] 22/9

strike [5] 48/18 63/2 70/10 70/12 81/1

strikes [3] 28/11 32/4 69/18

string [12] 63/2 68/8 69/15 69/21 70/9 70/24 71/9 73/17 74/24 75/1 75/3 77/5

strings [17] 30/18 30/24 31/13 32/2 32/10 32/25 33/3 33/7 61/20 62/4 63/23 66/14 68/11 69/6 69/7 83/3 87/17

strong [1] 4/19

struggled [1] 67/16

struggling [1] 67/15

stuck [1] 25/6

stuff [5] 20/19 41/5 42/1 44/6 46/25

subject [11] 10/2 34/12 44/22 47/21 48/7 48/11 48/13 48/15 85/8 87/21 91/6

submission [6] 61/25 85/1 85/5 85/13 85/21 88/9

submissions [2] 38/12 46/4

submit [4] 15/21 15/24 57/10 81/21

submitted [1] 85/2

**S** *(cont.)*

subpoena [4] 4/21 22/1 83/8 87/24 88/10

subpoenas [1] 22/24

subsequently [1] 36/24

subset [2] 29/3 83/6

subsets [1] 83/7

substantial [5] 19/2 19/21 39/19 67/10 82/9

substantially [4] 5/15 6/14 82/8 83/19

substitute [1] 87/8

subtly [1] 7/18

subtopics [2] 11/22 53/13

such [1] 23/2

sufficient [1] 15/14

suggest [4] 19/23 49/9 60/18 71/16

suggested [6] 8/22 39/21 52/10 62/3 62/5 70/10

suggesting [1] 9/13

suggestion [2] 21/19 71/4

suggests [1] 62/10

Suite [2] 2/13 3/3

summary [1] 5/12

Sunshine [2] 2/16 4/10

super [1] 10/9

supervise [1] 41/24

supporting [1] 24/25

suppose [1] 35/9

supposed [1] 59/3

sure [12] 13/18 42/25 44/4 50/19 62/7 62/14 62/24 63/12 64/2 65/20 76/14 82/19

surely [1] 72/22

surprised [1] 75/20

surrounding [1] 12/5

suspect [2] 45/2 73/1

Suzon [1] 19/14

swept [1] 75/14

sword [1] 34/13

**T**

table [7] 24/11 24/11 41/9 54/6 55/25 67/9 76/13

tackle [1] 63/5

tailored [1] 33/14

taint [1] 39/18

take [21] 4/17 13/8 16/10 17/6 17/12 21/23 40/11 42/12 44/3 44/4 51/20 54/6 56/6 57/15 65/19 69/23 74/12 77/21 80/13 83/19 90/6

takeaways [1] 71/11

taken [6] 5/17 6/6 14/25 24/11 73/22 89/5

takes [5] 12/21 12/23 13/1 22/6 55/23

taking [3] 21/9 66/8 70/3

talk [12] 19/11 40/10 40/13 50/2 51/9 53/9

**T** *(cont.)*

62/22 64/7 75/6

talked [3] 19/4 23/25 68/5

talking [9] 7/12 9/17 13/7 51/11 67/8 67/23 68/24 74/13 74/18

talks [2] 14/12 43/20

TAR [1] 78/15

team [4] 24/2 41/25 44/5 81/8

technical [2] 37/16 53/25

technically [1] 27/6

technological [1] 91/7

Technology [5] 78/18 79/10 79/15 81/12 81/15

tee [1] 23/9

teed [2] 8/2 9/11

tell [11] 31/4 33/16 34/19 45/3 49/1 49/5 54/15 72/20 73/16 74/14 79/12

telling [2] 31/6 82/7

term [15] 21/13 63/1 69/24 74/25 75/4 75/9 75/18 75/21 75/24 75/24 76/4 76/6 81/3 85/22

terms [38] 5/13 7/6 17/19 17/19 18/2 18/13 18/24 20/5 21/2 22/19 35/17 35/20 39/14 40/19 48/17 49/5 51/21 62/17 62/18 63/19 66/3 67/8 69/6 70/1 70/23 75/5 79/8 80/1 80/24 81/1 81/3 81/4 81/7 81/13 82/25 85/22 85/24 86/24

terribly [1] 50/22

test [1] 30/14

testifies [1] 47/11

testifying [1] 13/25

testimony [9] 43/22 43/23 44/20 44/22 45/8 47/15 47/21 48/9 87/7

than [23] 4/24 8/9 9/20 10/23 11/15 14/13 14/18 17/23 18/17 21/16 22/7 26/12 26/15 27/9 39/12 40/2 41/13 42/6 47/14 56/10 56/19 71/9 75/4

thank [21] 5/20 17/14 17/15 19/6 24/20 40/8 49/24 56/13 57/13 60/11 60/15 60/19 61/3 84/9 84/22 84/24 86/10 89/19 89/20 89/21 90/4

thank you [15] 5/20 17/14 19/6 24/20 40/8 49/24 56/13 57/13 60/11 61/3 84/9 84/22 86/10 89/19 90/4

Thanks [1] 90/6

that [621]

**T** *(cont.)*

they'll [1] 40/9

that's [74] 7/10 7/22 8/8 9/8 10/4 12/23 13/1 13/11 13/12 15/8 15/14 16/5 16/16 16/24 17/2 21/22 24/11 25/8 26/10 27/10 27/17 28/8 30/25 31/3 31/3 31/19 32/4 33/23 33/23 34/16 36/21 36/23 40/14 41/3 41/9 42/1 45/6 46/16 47/5 47/20 48/22 50/8 50/19 52/16 54/8 55/5 56/4 59/18 61/12 62/6 63/20 63/25 66/16 66/17 68/2 68/12 70/6 71/24 72/3 72/5 74/3 76/8 77/21 78/15 78/22 79/5 81/12 81/16 83/15 83/19 86/12 87/18 88/13 89/23

their [26] 7/12 7/12 7/15 8/14 9/4 9/25 10/20 10/23 14/16 23/13 30/4 30/5 37/6 37/10 37/20 45/12 46/15 46/16 67/16 67/17 68/6 69/1 75/18 80/16 86/1 86/1

them [38] 6/11 7/8 8/6 9/5 10/12 11/11 12/18 13/8 14/3 15/4 27/5 27/6 29/7 29/19 29/25 30/3 34/5 37/24 38/9 38/15 41/16 45/10 45/21 46/5 46/8 50/12 50/16 50/22 54/18 56/20 63/5 63/7 65/5 67/22 69/2 72/24 79/5 80/14

themselves [1] 62/18

then [48] 5/7 6/7 6/25 8/14 13/5 14/8 15/11 17/17 24/9 24/9 25/17 27/12 28/8 29/6 29/15 34/9 35/13 35/16 36/15 37/3 38/15 40/23 41/12 41/19 43/10 43/11 44/8 44/22 47/13 49/6 50/1 52/13 52/16 54/3 59/2 64/7 64/7 68/11 71/4 79/19 80/20 81/7 81/11 83/24 84/3 86/19 87/13 87/17

theoretically [1] 28/8

there [53] 4/16 7/9 10/16 11/5 11/17 12/1 12/7 15/12 16/1 16/2 16/10 17/17 18/14 21/10 23/3 26/1 27/10 30/15 30/16 32/24 34/7 34/21 34/24 36/2 36/17 39/17 42/3 42/8 45/2 45/13 45/14 46/21 46/21 49/6 49/6 49/6 49/14 53/4 61/9 63/10 65/17 69/9 70/21 78/2 78/12 81/9 82/9 82/13

**there...** [5] 86/12 86/20 87/10 88/11 88/22

**there's** [32] 4/19 27/1 29/5 30/1 30/20 31/19 32/1 33/18 33/20 34/7 40/2 42/13 42/18 49/5 49/6 55/13 55/15 57/3 62/3 70/17 70/24 71/3 71/7 71/13 72/20 75/1 75/23 83/21 83/22 87/3 87/4 89/22

**therefore** [2] 67/24 91/6

**these** [77] 8/20 8/23 11/24 12/21 14/3 16/4 20/18 21/7 24/1 24/23 25/3 26/3 26/4 26/17 27/3 27/12 29/2 29/6 29/10 29/16 31/18 32/11 33/6 33/10 33/13 33/17 33/19 33/22 33/22 34/13 34/21 35/8 35/22 35/22 36/19 36/24 37/9 37/15 37/23 38/2 38/3 38/5 39/3 39/11 39/22 40/14 40/19 44/12 44/19 46/4 46/6 46/7 47/12 47/16 48/4 50/3 53/10 53/15 55/19 55/24 57/5 58/10 63/10 64/12 67/24 71/8 72/21 73/22 77/15 80/16 80/18 81/20 82/2 88/23

**they** [115]

**they'll** [1] 56/2

**they're** [8] 6/11 8/16 8/17 15/3 27/11 27/12 51/10 73/17

**they've** [13] 9/1 10/25 27/4 27/5 30/7 33/24 34/1 34/2 36/10 68/16 79/3 79/8 79/9

**thin** [1] 7/10

**thing** [9] 24/21 31/25 41/3 57/2 60/4 61/18 61/20 70/15 84/11

**things** [17] 5/12 7/25 13/21 15/22 15/25 17/19 34/15 37/5 44/12 46/3 61/17 67/15 81/20 84/13 84/15 88/24 89/8

**think** [106]

**thinking** [3] 11/7 46/1 55/12

**third** [6] 7/17 15/1 22/23 22/24 24/22 26/12

**third-party** [1] 22/4

**this** [182]

**This is** [1] 4/3

**those** [55] 5/19 6/22 6/22 6/24 7/8 7/11 7/13 9/15 13/13 18/3 18/12 19/5 24/25 25/18 26/8 26/10 27/4 27/25 28/4

**28/10 28/11** 28/14 28/21 28/24 31/17 32/6 32/6 38/8 39/5 39/7 39/10 39/24 39/25 40/6 40/23 45/15 46/10 47/2 48/12 49/5 51/12 59/24 62/4 62/4 70/9 71/4 71/10 71/12 72/11 72/14 72/18 75/13 79/19 81/2 81/5 87/5

**though** [3] 48/6 74/6 85/18

**thought** [7] 18/10 32/20 53/4 54/11 54/11 54/18 62/2

**thoughts** [3] 71/12 80/12 80/13

**thousand** [3] 69/17 76/16 83/14

**three** [6] 12/25 13/1 28/14 50/23 60/14 71/5

**threshold** [1] 76/9

**through** [15] 5/1 10/16 16/7 18/5 31/13 32/1 32/18 33/21 33/22 33/24 40/17 40/18 50/16 82/10 88/23

**throughout** [1] 55/21

**Thursday** [5] 15/21 15/25 16/8 16/14 16/23 17/1

**till** [1] 17/10

**time** [24] 4/23 4/24 6/1 16/5 16/17 16/25 17/12 19/23 22/4 23/21 24/1 35/11 36/18 44/10 46/6 54/17 65/2 65/25 67/23 77/21 78/5 83/3 83/22 90/1

**timeline** [1] 85/6

**times** [1] 71/1

**titled** [1] 91/4

**today** [12] 19/22 20/25 23/12 23/15 23/18 51/4 51/15 67/7 81/19 83/13 85/4 85/10

**today's** [1] 88/15

**together** [3] 11/2 56/7 89/7

**told** [5] 6/11 14/9 65/24 72/17 88/8

**tomorrow** [6] 8/15 11/11 15/4 23/12 23/15 23/16

**too** [3] 80/7 87/18 89/2

**took** [2] 21/3 35/2

**top** [3] 9/9 63/14 81/11

**topic** [4] 10/5 55/14 57/11 87/16

**topics** [12] 9/15 9/15 10/1 10/2 11/22 11/22 11/24 19/5 53/12 53/13 53/13 66/5

**total** [5] 63/15 64/12 64/18 68/25 72/1

**touch** [1] 69/2

**touched** [1] 35/5

**toward** [1] 56/7

**Trade** [1] 26/5

**transcript** [3] 1/9 3/10 91/3

**transcription** [1] 3/11

**transformed** [1] 45/12

**translate** [1] 68/6

**treat** [1] 45/6

**treated** [3] 43/24 45/7 47/14

**tremendously** [1] 7/5

**trial** [3] 10/13 59/3 59/4

**tried** [4] 8/12 35/10 55/21 76/11

**trillion** [1] 76/23

**trillion-dollar** [1] 76/23

**trouble** [1] 65/10

**true** [3] 26/16 44/8 83/19

**truth** [1] 70/13

**try** [11] 4/25 5/25 5/25 15/18 24/3 24/6 54/5 79/1 82/2 85/19 85/25

**trying** [12] 8/1 9/2 11/12 46/3 48/18 53/12 54/14 61/19 70/1 82/11 88/23 89/14

**turn** [7] 18/22 20/11 34/18 38/24 44/15 50/5 57/22

**tussle** [1] 22/6

**tussling** [1] 32/9

**two** [25] 6/8 8/6 8/9 9/1 9/10 10/25 12/24 13/21 13/22 21/5 25/13 27/1 30/24 46/3 46/10 47/2 60/14 63/8 63/11 71/3 79/4 84/25 85/1 85/17 85/20

**twofold** [1] 54/4

**type** [1] 72/21

**types** [3] 46/7 53/25 78/14

**typical** [1] 11/1

**U**

**U.S** [8] 1/13 17/21 18/18 35/9 41/18 41/18 59/19 85/14

**U.S.C** [1] 88/15

**Uh** [1] 66/18

**Uh-huh** [1] 66/18

**ultimate** [1] 26/15

**ultimately** [1] 33/4

**unavailable** [1] 59/2

**under** [13] 10/7 10/18 11/22 24/16 25/4 27/9 44/2 47/22 49/5 54/12 55/18 88/11 88/15

**understand** [21] 11/3 19/21 26/24 26/24 27/8 31/10 40/17 43/1 44/14 48/19 53/11 62/8 62/12 63/10 64/24 65/6 66/13 66/23 79/7 86/16 86/20

**understanding** [3] 14/7 53/5 85/16

**understands** [1] 44/4

**understood** [4] 52/1 73/4 76/19 84/6

**undoubtedly** [1] 77/6

**unfortunate** [2] 14/2 67/21

**unfortunately** [1] 75/21

**Unit** [1] 2/12

**UNITED** [4] 1/1 1/3 1/10 4/3

**United States of** [1] 4/3

**universe** [3] 36/1 70/2 73/21

**unknown** [1] 12/8

**unless** [4] 13/12 55/2 75/17 89/22

**unlikely** [4] 9/16 12/3 28/3 78/2

**unlimited** [1] 12/18

**unnecessarily** [1] 60/6

**unrealistic** [1] 56/3

**Unredacted** [1] 25/14

**until** [5] 4/21 15/10 16/7 58/13 79/1

**unusual** [1] 54/8

**up** [36] 5/2 5/18 8/2 9/11 10/6 13/10 14/17 14/20 18/7 18/7 18/8 18/9 18/10 23/9 30/19 34/15 35/23 44/10 45/18 50/16 55/8 56/4 61/5 61/13 61/14 63/7 64/18 65/9 65/13 66/6 67/6 68/11 72/18 73/19 82/14 83/25

**update** [4] 18/24 86/4 87/22 89/7

**updates** [3] 5/6 84/5 90/5

**upon** [7] 11/23 26/23 32/10 33/12 35/1 35/5 46/4

**uptick** [1] 82/9

**urged** [1] 21/17

**urgency** [1] 15/6

**urging** [1] 53/1

**us** [50] 7/8 9/6 9/25 12/7 14/9 15/14 20/6 20/19 21/25 24/7 27/4 27/21 29/3 31/4 33/11 33/16 33/17 33/20 34/14 35/7 36/7 36/24 37/24 38/14 41/15 41/20 45/3 45/3 45/10 48/21 48/23 49/1 49/5 51/7 52/2 52/11 54/15 54/20 54/22 56/23 58/19 59/11 59/23 60/8 72/19 72/23 85/24 88/14 89/13 89/17

**usdoj.gov** [1] 1/16

**use** [22] 15/13 21/13 41/22 41/23 41/25 42/3 42/8 42/11 42/13 43/19 45/16 48/25 49/14 49/12 49/14 51/25 52/15 60/13 60/17 62/15 72/22 78/15

**understated** [1] 18/4

**V**

**valuation** [1] 76/23

**variety** [4] 11/9 11/18 11/25 12/5

**various** [4] 5/7 13/5 25/24 31/13

**vastly** [1] 67/25

**vault** [2] 49/4 49/7

**vault-worthy** [1] 49/7

**vendor** [1] 23/13

**versions** [1] 25/14

**versus** [1] 4/4

**vertical** [1] 30/1

**very** [16] 4/19 19/8 19/12 22/12 35/19 37/17 45/20 45/20 46/7 51/25 77/21 85/18 86/7 86/17 89/21 90/4

**VIA** [1] 1/9

**video** [3] 45/14 61/6 61/8

**view** [7] 13/2 38/18 44/19 45/20 55/15 61/13 64/1

**viewed** [1] 64/1

**virtue** [3] 30/19 32/3 44/1

**visibility** [3] 9/24 77/25 78/22

**voice** [1] 65/9

**volume** [5] 61/25 64/7 65/9 68/19 72/2

**volumes** [1] 24/1

**vs** [1] 1/5

**W**

**W.H** [1] 2/5

**wager** [1] 11/16

**wait** [2] 15/10 15/16

**waiting** [2] 9/4 61/4

**waived** [1] 9/4

**waiver** [1] 25/3

**walking** [2] 40/16 40/18

**want** [36] 5/2 8/19 8/23 9/22 10/8 12/10 14/21 17/9 18/17 18/18 23/6 24/18 27/11 29/1 40/20 42/3 42/19 42/25 45/21 46/14 49/2 49/3 49/10 49/12 49/14 51/25 52/15 60/13 60/17 62/15 72/22 78/15

**used** [20] 21/14 34/11 43/17 43/21 44/20 45/5 48/24 49/2 49/3 69/7 69/24 69/24 69/25 70/8 75/5 75/24 79/9 79/9 79/15 79/15

**useful** [2] 80/16 80/22

**user** [2] 20/20 20/21

**uses** [1] 75/5

**using** [3] 56/7 78/8 78/17

**utility** [1] 80/16

**W.H** (continued — see above)

**want... [4]** 80/18 81/14 87/15 89/10
**wanted [3]** 14/7 32/14 36/22
**wanting [1]** 13/8
**wants [3]** 8/21 69/17 89/24
**was [66]** 4/16 4/24 5/14 5/16 8/10 8/13 12/2 13/23 14/1 14/6 14/16 14/21 15/14 19/1 19/3 19/17 24/15 24/16 26/11 27/9 31/14 31/15 32/2 32/20 33/1 34/10 35/8 35/21 36/13 36/17 36/22 37/14 40/6 43/12 43/13 46/2 46/2 46/15 46/24 46/25 51/2 52/2 52/3 52/4 53/5 54/12 55/17 55/18 60/12 67/1 67/18 70/14 71/22 72/1 74/17 78/1 82/25 86/7 86/17 87/24 88/7 88/10 88/11 88/12 89/3 89/13
**Washington [5]** 1/5 1/14 2/3 2/18 3/9
**wasn't [5]** 10/16 14/7 19/16 34/8 37/24
**Waszmer [7]** 2/5 4/8 84/18 84/21 88/6 88/14 88/22
**way [27]** 8/25 10/6 11/1 12/19 13/11 15/8 17/9 17/13 24/4 25/25 27/1 27/2 31/6 40/10 41/3 45/4 45/5 45/6 48/21 48/23 49/16 52/10 56/5 56/8 79/22 83/17 89/4
**ways [2]** 10/17 27/2
**wc.com [1]** 2/4
**we [371]**
**we believe [3]** 19/22 68/1 83/6
**We first [1]** 8/5
**we have [2]** 21/5 53/1
**we will [14]** 20/7 20/11 20/15 21/9 23/3 23/11 23/11 50/12 50/14 56/14 56/15 56/20 85/3 86/5
**we would [1]** 88/8
**we'd [7]** 18/10 31/5 40/21 52/1 76/17 85/25 87/21
**we'll [17]** 4/25 5/7 15/4 15/23 16/1 16/2 16/10 17/12 22/15 23/7 23/9 35/13 37/3 51/9 57/11 59/24 78/23
**we're [45]** 4/20 6/4 7/9 7/10 7/11 9/2 9/8 11/12 11/15 11/18 12/3 12/5 13/7 13/13 14/24 15/5 16/12 17/25 17/25 18/7 18/8 18/9 20/14 24/12 27/3 32/17 33/15 33/19

49/23 51/4 54/22 58/13 59/15 68/24 74/9 74/11 74/13 75/1 80/19 82/15 86/3
**we've [40]** 6/4 6/10 7/8 7/20 8/3 9/6 15/9 18/1 19/22 24/5 24/9 24/22 33/2 33/10 40/12 42/13 43/21 43/22 45/3 49/2 49/3 50/23 52/21 57/3 63/14 63/17 65/24 65/24 66/1 66/1 66/9 67/9 68/2 72/24 76/11 78/10 78/17 84/12 85/6 85/7
**Wednesday [2]** 16/4 16/20
**weeds [1]** 85/23
**week [23]** 5/16 6/7 6/8 16/6 16/7 17/8 50/12 50/15 50/23 52/18 59/2 59/3 59/4 81/20 83/24 84/3 86/4 86/5 86/8 87/2 87/16 87/18 90/5
**weekend [1]** 17/6
**weeks [2]** 13/22 51/7
**welfare [1]** 41/3
**well [27]** 4/13 5/8 13/1 15/20 18/1 19/18 20/10 22/10 27/15 27/17 27/22 44/15 45/3 50/19 51/9 52/12 52/14 55/10 59/15 64/4 64/15 67/13 77/16 78/5 78/25 80/6 87/12
**Wendy [3]** 2/5 4/8 84/18
**were [38]** 5/17 6/25 7/1 7/5 7/9 8/1 8/7 10/2 13/24 21/4 25/7 25/23 26/9 27/8 29/4 29/6 29/10 29/18 31/17 32/9 32/24 33/3 33/13 33/20 35/3 35/6 37/9 37/10 38/3 38/4 39/11 41/6 54/18 55/16 67/23 78/15 87/5 88/8
**weren't [6]** 30/17 30/21 37/23 37/24 61/13 85/9
**West [1]** 16/18
**what [71]** 4/19 11/5 11/6 12/16 13/9 14/12 14/25 15/9 15/17 17/7 18/14 24/15 26/12 26/19 28/10 28/23 30/10 30/12 30/16 30/25 31/10 32/5 33/11 33/24 35/20 39/8 40/18 40/23 41/1 41/6 43/10 43/12 45/1 45/2 46/9 47/8 47/8 51/5 51/12 52/1 52/13 52/16 52/21 53/10 54/9 54/21 55/1 55/11 56/8 60/12 61/23 62/18 63/13 63/14 65/24 66/6 71/11 71/18 71/21 72/18 73/21

77/24 80/8 80/25 86/3 87/1 88/21
**what's [12]** 9/10 24/18 28/19 30/4 34/22 44/18 49/16 54/24 56/6 64/12 70/1 77/7
**whatever [8]** 8/23 9/11 15/13 27/14 30/17 30/20 34/6 66/12
**when [26]** 19/10 21/23 23/14 27/11 29/1 29/15 32/8 33/13 34/10 35/7 36/13 37/19 37/24 38/5 42/16 49/10 50/6 50/12 50/25 51/19 67/16 68/13 69/18 75/6 75/8 77/2
**where [31]** 5/12 5/19 6/24 7/22 7/25 9/8 14/15 15/21 15/25 16/18 17/19 19/4 21/9 24/22 25/6 28/19 35/1 36/12 38/22 61/15 61/17 62/12 73/10 76/10 81/20 81/25 82/15 84/13 84/15 88/12 88/24
**whether [28]** 10/20 27/24 31/16 34/20 38/16 42/4 42/4 42/9 43/22 43/25 44/3 49/2 63/1 69/14 70/17 70/18 71/13 73/16 73/16 75/9 80/6 81/12 83/16 84/14 87/3 87/3 87/7 87/8
**which [56]** 8/22 12/6 15/9 18/5 20/11 20/20 21/14 23/9 23/18 23/21 23/22 24/4 25/6 27/9 28/14 29/3 29/4 29/6 32/6 32/16 33/17 33/18 33/25 33/25 39/21 39/25 39/25 41/2 42/6 45/1 45/13 46/10 47/3 49/9 55/21 57/24 59/6 62/10 66/9 67/9 67/16 67/18 69/1 70/17 71/2 72/10 74/13 75/16 75/19 76/11 78/21 80/25 81/14 81/18 83/3 89/16
**while [4]** 9/21 16/25 26/13 82/7
**who [9]** 10/6 10/9 10/11 24/2 41/21 41/23 78/15 86/14 86/16
**who's [4]** 9/18 16/18 41/22 60/22
**whoever [1]** 10/10
**whole [5]** 11/24 12/5 35/14 48/11 55/7
**why [14]** 5/10 15/20 15/24 17/3 18/22 21/22 24/17 36/21 36/23 37/17 42/13 44/19 63/10 71/2
**widely [1]** 46/24

18/13 20/7 20/8 20/11 20/15 20/15 20/19 21/9 21/23 23/3 23/11 23/11 23/15 31/10 50/12 50/14 50/15 50/21 52/19 56/1 56/4 56/14 56/15 56/20 57/10 57/24 58/10 58/11 61/20 72/18 75/3 75/4 75/13 78/14 82/3 82/5 82/9 85/3 85/17 85/22 86/5 86/13 86/14 88/1 90/4
**William [4]** 3/6 91/2 91/10 91/11
**WILLIAMS [1]** 2/2
**willing [1]** 50/15
**willingness [1]** 23/2
**WILSON [2]** 2/6 84/18
**withheld [14]** 7/1 24/24 25/7 27/6 27/22 27/23 29/4 29/5 29/25 30/2 36/16 36/17 38/7 40/6
**within [7]** 68/7 69/24 70/19 71/2 71/3 71/5 75/2
**without [5]** 24/25 25/1 29/17 31/16 76/4
**witness [17]** 8/1 9/16 9/18 10/15 12/1 12/23 16/18 17/20 42/19 43/20 44/9 47/18 49/15 50/13 50/17 52/21 54/15
**witnesses [7]** 5/18 7/12 9/25 12/10 12/14 12/25 15/8
**won't [3]** 16/1 33/16 55/2
**wondering [1]** 26/19
**word [5]** 37/3 69/10 69/12 69/14 73/7
**words [14]** 7/8 7/9 7/14 26/4 26/11 27/18 38/3 40/20 46/12 69/7 70/8 70/10 72/19 73/3
**work [13]** 19/18 22/23 33/24 39/21 45/21 56/7 56/15 58/17 59/11 86/7 86/24 88/23 89/7
**worked [4]** 7/3 42/8 85/7 85/18
**working [7]** 18/5 21/6 23/20 24/3 24/5 51/4 74/9
**works [5]** 19/10 49/20 58/16 58/19 59/20
**world [1]** 35/1
**worried [2]** 46/25 80/7
**worth [3]** 39/21 76/15 81/4
**worthy [1]** 49/7
**would [62]** 4/15 5/11 5/15 8/24 9/4 10/22 11/16 12/1 14/25 15/6 15/16 16/19 19/2 26/15 28/2 33/17 36/3 36/15

45/23 40/17 42/11 45/2 45/21 48/23 49/9 51/1 52/2 52/6 53/18 54/11 54/19 54/21 54/22 54/24 56/6 57/7 60/18 62/7 62/17 70/3 70/4 70/7 71/16 72/10 72/13 72/16 73/22 75/20 76/5 78/8 80/4 80/5 81/8 81/21 81/22 82/20 83/6 86/25 88/8 88/11 89/3 89/6
**writing [2]** 53/15 74/10
**written [4]** 10/2 54/1 54/4 56/3
**wrong [2]** 79/12 83/15
**wsgr.com [1]** 2/9
**wwaszmer [1]** 2/9

**Y**

**yeah [9]** 25/9 31/22 53/21 58/12 68/10 72/5 72/20 72/25 73/13
**year [1]** 37/21
**years [2]** 11/24 39/12
**years' [1]** 76/15
**Yelp [10]** 84/13 84/15 84/17 84/19 85/12 85/24 87/2 87/13 88/3 88/23
**Yelp's [3]** 86/5 86/15 86/21
**Yep [1]** 73/4
**yes [36]** 6/2 7/6 19/6 22/17 25/11 25/16 25/19 25/22 29/13 31/24 32/23 37/16 37/17 38/15 43/5 43/5 44/10 49/24 50/9 57/1 58/22 58/23 59/7 60/2 60/10 60/15 60/25 65/16 67/5 67/7 71/15 71/20 71/21 71/23 73/8 88/4
**yesterday [2]** 8/14 86/6
**yet [2]** 82/16 87/24
**yield [1]** 76/10
**York [2]** 2/8 2/18
**you [229]**
**you know [7]** 26/13 31/7 33/10 39/16 80/15 82/13 87/15
**you'll [2]** 16/3 88/25
**you're [22]** 5/23 19/8 30/25 47/19 49/10 49/18 67/15 70/1 71/17 71/19 75/12 75/13 75/25 77/3 77/6 77/8 77/8 77/11 79/13 80/25 87/12 89/1
**You're not [1]** 79/13
**you've [7]** 25/6 27/18 43/6 43/7 52/16 64/17 81/22
**your [141]**
**Your Honor [109]**
**yours [1]** 87/19

ZOOM [1]  1/9