AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Illinois.

Date: 09/01/2021

/s/ Elizabeth L. Maxeiner
*Attorney's signature*

Elizabeth L. Maxeiner (IL 6290159)
*Printed name and bar number*

Office of the Illinois Attorney General
100 W. Randolph St.
Chicago, IL 60601
*Address*

Elizabeth.Maxeiner@ilag.gov
*E-mail address*

(773) 590-7935
*Telephone number*

(312) 814-4209
*FAX number*