UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　　Defendant. | CASE No.: 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　　Defendant. | CASE No.: 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

　　　I am a member in good standing of the bar of this Court, and I hereby appear as counsel of record for third party Yelp Inc. in the above-captioned case.

Dated: September 1, 2021           Respectfully submitted,

                                                        AEGIS LAW GROUP LLP

By:     /s/ Serine Consolino
         Serine Consolino (D.C. Bar No. 1033847)
         801 Pennsylvania Ave. NW, Suite 740
         Washington, D.C. 20004
         Tel: (202) 706-7031
         Fax: (202) 735-5071
         sconsolino@aegislawgroup.com

*Counsel for Yelp Inc.*