# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03010 (APM) |

**MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil Local Rule 83.2(d), third-party Yelp, Inc. moves for the admission and appearance of attorney Douglas J. Dixon *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Douglas J. Dixon, filed herewith. As set forth in Mr. Dixon's declaration, he is admitted and an active member in good standing in the following courts and bars: the New York bar, the California Bar, the U.S. District Court for the Northern District of California, the U.S. District Court for the Central District of California, the U.S. District Court for the Eastern District of California, the U.S. District Court for the Eastern District of Texas, the U.S. District Court for the Southern District of New York, the U.S. Court of Appeals for the Federal Circuit, and the Supreme Court of the United States. This motion is supported and signed by Serine Consolino, an active and sponsoring member of the Bar of this Court.

| | | |
|---|---|---|
| 1 | Dated this 1st day of September, 2021. | Respectfully submitted, |
| 2 | | AEGIS LAW GROUP LLP |
| 3 | By: | /s/ Serine Consolino |
| 4 | | Serine Consolino (D.C. Bar No. 1033847) |
| | | 801 Pennsylvania Ave. NW, Suite 740 |
| 5 | | Washington, D.C. 20004 |
| | | Tel: (202) 706-7031 |
| 6 | | Fax: (202) 735-5071 |
| | | sconsolino@aegislawgroup.com |
| 7 | | *Counsel for Yelp Inc.* |

- 2 -

MOT. FOR ADMISSION OF ATTORNEY *PRO HAC VICE*