# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-03010 (APM) |

## DECLARATION OF DOUGLAS J. DIXON
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Douglas J. Dixon, hereby declare:

　　1.　　My name, office address, and telephone number are as follows:

Douglas J. Dixon
Hueston Hennigan LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Tel:  949-229-8640

　　2.　　I have been admitted to the following courts and bars:

California State Bar (Admitted: January 2011; No. 275389)
New York State Bar (Admitted: 2006; No. 4403762)
U.S.D.C. Northern District of California, Date Admitted: September 7, 2011
U.S.D.C. Central District of California, Date Admitted: August 9, 2012;
U.S.D.C. Eastern District of California, Dated Admitted: February 11, 2019
U.S.D.C. Eastern District of Texas, Date Admitted: May 2, 2014
U.S.D.C. Southern District of New York, Dated Admitted: December 12, 2006
U.S. Court of Appeals for the Federal Circuit, Date Admitted: February 11, 2011
U.S. Court of Appeals for the Second Circuit, Date Admitted: November 2, 2007 (inactive)
Supreme Court of the United States, Date Admitted: June 2010

　　3.　　I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Newport Beach, California, this 27th day of August, 2021.

Dated this 27th day of August, 2021.   Respectfully submitted,


          */s/* Douglas J. Dixon
Douglas J. Dixon
Hueston Hennigan LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA  92660
Tel:  949-229-8640
Fax:  888-775-0898
ddixon@hueston.com

DECL. OF DOUGLAS J. DIXON
IN SUPP. OF MOT. FOR ADMISSION *PRO HAC VICE*

- 2 -