# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03010 (APM) |

**[THIRD PARTY YELP, INC.'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY DOUGLAS J. DIXON *PRO HAC VICE***

The Court has reviewed the third party defendant's motion for admission of attorney Douglas J. Dixon *pro hac vice*. Upon consideration of that motion, the Court grants attorney Douglas J. Dixon *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____         _____
                                         Hon. Amit P. Mehta
                                         United States District Judge