# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 1:20-cv-03010 (APM) |
| Plaintiffs, | |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | |

**MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil Local Rule 83.2(d), third-party Yelp, Inc. moves for the admission and appearance of attorney Ellen C. Kenney *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Ellen C. Kenney, filed herewith. As set forth in Ms. Kenney's declaration, she is admitted and an active member in good standing in the following courts and bars: the California Bar, and the U.S. District Court for the Central District of California. This motion is supported and signed by Serine Consolino, an active and sponsoring member of the Bar of this Court.

<p>
<br/>

| 1 | Dated this 1st day of September, 2021. | Respectfully submitted, |
|---|---|---|
| 2 | | AEGIS LAW GROUP LLP |
| 3 | By: | /s/ Serine Consolino |
| 4 | | Serine Consolino (D.C. Bar No. 1033847) |
| | | 801 Pennsylvania Ave. NW, Suite 740 |
| 5 | | Washington, D.C. 20004 |
| | | Tel: (202) 706-7031 |
| 6 | | Fax: (202) 735-5071 |
| | | sconsolino@aegislawgroup.com |
| 7 | | *Counsel for Yelp Inc.* |

- 2 -

MOT. FOR ADMISSION OF ATTORNEY *PRO HAC VICE*