# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, et al.,

    Plaintiffs,

vs.

GOOGLE LLC,

    Defendant.

Case No. 1:20-cv-03010 (APM)

## DECLARATION OF ELLEN C. KENNEY
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Ellen C. Kenney, hereby declare:

1. My name, office address, and telephone number are as follows:

Ellen C. Kenney
Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Tel: 213-788-4340

2. I have been admitted to the following courts and bars:

California State Bar (Admitted December 2013; No. 295022)
U.S.D.C. Central District of California (Admitted May 4, 2015)

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California, this 27th day of August, 2021.

| | |
|---|---|
| Dated this 27th day of August, 2021. | Respectfully submitted, |

                                                */s/* Ellen C. Kenney

Ellen C. Kenney
Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Tel:  213-788-4340
Fax:  888-775-0898
ekenney@hueston.com