# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 1:20-cv-03010 (APM) |
| Plaintiffs, | |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | |

**[THIRD PARTY YELP, INC.'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ELLEN C. KENNEY *PRO HAC VICE***

The Court has reviewed third party Yelp, Inc.'s motion for admission of attorney Ellen C. Kenney *pro hac vice*.  Upon consideration of that motion, the Court grants attorney Ellen C. Kenney *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

                                                                           _____
                                                                           Hon. Amit P. Mehta
                                                                           United States District Judge