# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-03010 (APM)<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-03715 (APM)<br><br>HON. AMIT P. MEHTA |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Megan Gray hereby withdraws as attorney of record for non-party Duck Duck Go, Inc. ("DuckDuckGo") in the above captioned matters. Melissa H. Maxman and Ronald F. Wick of Cohen & Gresser LLP will continue as counsel for DuckDuckGo.

`

Dated:  September 3, 2021                    Respectfully submitted,

*/s/ Megan Gray*
Megan Gray (D.C. Bar No. 478479)
DUCK DUCK GO, INC.
20 Paoli Pike
Paoli, Pennsylvania 19301
Tel: (267) 690-7758
Fax: (202) 280-1225
Email: megan@duckduckgo.com


COHEN & GRESSER LLP

*/s/ Ronald F. Wick*
Melissa H. Maxman (D.C. Bar No. 426231)
Ronald F. Wick (D.C. Bar No. 439737)
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC   20006
Tel: (202) 851-2070
Fax: (202) 851-2081
Email:  mmaxman@cohengresser.com
            rwick@cohengresser.com

*Counsel for Non-Party Duck Duck Go, Inc.*

2