# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

| | |
|---|---|
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## JOINT STATUS REPORT

In accordance with the Court's Minute Order dated August 31, 2021, Defendant Google LLC ("Google") and non-party Microsoft Corporation ("Microsoft") submit the following Joint Status Report.

Google and Microsoft have further conferred and have reached agreement on the eight disputed search strings described in their previous joint submission (ECF 188). They have further agreed on a substantial completion deadline of October 20, 2021 for Microsoft's custodial document production to Google in response to Google's April 13, 2021 and July 19, 2021 subpoenas to Microsoft, with the understanding that Microsoft shall make material custodial

document productions to Google on a weekly basis prior to that date,[1] and shall produce approximately 60% of the responsive, non-privileged custodial documents to be produced by October 11, 2021.

Dated: September 3, 2021                    Respectfully submitted,

By: /s/ *John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
Wilson Sonsini Goodrich & Rosati P.C.
1700 K St, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

Mark S. Popofsky (D.C. Bar No. 454213)
Ropes & Gray LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*

---

[1] Microsoft intends to make weekly productions to Google barring any unforeseen issues (e.g., outages).

By: /s/ Caroline Simons
Caroline Simons (*pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
22 Berkeley Street
Suite 2000
Boston, MA 02116
Tel: 617-880-1800
csimons@orrick.com

Amy W. Ray
Haley P. Tynes
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-339-8400
amyray@orrick.com
htynes@orrick.com

*Counsel for Non-Party Microsoft Corporation*