# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-03010 (APM) |
| GOOGLE LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yelp, Inc.                                                                                                       .

Date:   09/02/2021

_____
*Attorney's signature*

Douglas J. Dixon (Admitted PHV-CA Bar 275389)
*Printed name and bar number*

Hueston Hennigan LLP
620 Newport Center Dr., #1300
Newport Beach, CA 92660

*Address*

ddixon@hueston.com
*E-mail address*

(949) 226-6741
*Telephone number*

(888) 775-0898
*FAX number*