IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**JOINT STATUS REPORT**

In accordance with the Court's August 31, 2021 Order, Google and Yelp Inc. ("Yelp") provide this status report regarding outstanding discovery issues. Google and Yelp continue to work through the two issues raised by Google at the August 31 status conference: (1) Yelp's response to Google's search term proposal; and (2) production from a proposed custodian in a public policy role at Yelp. Google and Yelp anticipate submitting another status report by September 10 to advise the Court whether the issues have been resolved, and if not, if the Court's assistance is sought.

Yelp and Google intend to exchange information today that will further assist in the parties' negotiations. Yelp anticipates providing Google with an updated set of search term hit reports for five custodians whose documents have been collected, which Yelp anticipates may need additional refinement. Yelp is in also the process of collecting additional custodian records, and the parties intend to meet and confer prior to September 10 about the scope of search terms for these additional custodians. Yelp will provide hit reports to Google with regard to proposed search terms for these additional custodians.

With regard to the one disputed custodian, Google has asked Yelp to provide information on whether other Yelp employees have first-hand knowledge of the subject matter of presentations and testimony of the disputed custodian. Google will provide dates and other information to facilitate Yelp's response. The parties will continue to meet and confer over Google's request to add this custodian to the document review. Google has also requested that Yelp provide hit reports and/or other information if Yelp believes that the disputed custodian's records are duplicative of agreed-upon custodians. Yelp has agreed to provide this information by September 10, and in the meantime, continue to work expeditiously to produce documents from agreed-upon custodians and data.

Yelp has agreed to this Court's jurisdiction to hear and resolve any dispute regarding Yelp's compliance with Google's April 13, 2021 subpoena to Yelp.

Dated: September 3, 2021

        Respectfully submitted,

By: _____
WILSON SONSINI GOODRICH & ROSATI P.C.
Wendy Huang Waszmer (D.C. Bar No. 478725)
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)

1301 Avenue of the Americas
New York, New York 10019
Tel:  212-497-7702
wwaszmer@wsgr.com

1700 K St, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

WILLIAMS & CONNOLLY LLP

John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
725 12th Street, NW
Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
Matthew McGinnis (*pro hac vice*)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*

HUESTON HENNIGAN LLP
Douglas J. Dixon (*pro hac vice*)
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Tel:  949-229-8640
*Counsel for Non-Party Yelp Inc.*

3

*/s/ Serine Consolino*
AEGIS LAW GROUP LLP
Serine Consolino (D.C. Bar No. 1033847)
Market Square West – Suite 740
801 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel: 202-706-7031

*Counsel for Non-Party Yelp Inc.*