AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010 (APM) |
| GOOGLE LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yelp, Inc.

Date: 09/07/2021

*Attorney's signature*

Ellen C. Kenney (Admitted PHV-CA Bar 295022)
*Printed name and bar number*

Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014

*Address*

ekenney@hueston.com
*E-mail address*

(213) 788-4274
*Telephone number*

(888) 775-0898
*FAX number*