AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010 |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC.

Date: 09/13/2021

/s/ Kenneth C. Smurzynski
*Attorney's signature*

Kenneth C. Smurzynski (D.C. Bar No. 442131)
*Printed name and bar number*

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
*Address*

ksmurzynski@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 434-5029
*FAX number*