# Exhibit 1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

<u>**NOTICE OF DEPOSITION**</u>

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure ("Rule 30(b)(6)"),

Local Rules 26.2 and 30.1, and the Amended Case Management Order entered in this case on

February 3, 2021 (ECF 108-1 and 141), Plaintiffs in the above-captioned cases will take the

following deposition at the time and location listed below or such other time and location as is

agreed upon:

| | |
|---|---|
| Name: | Corporate Representative of Google LLC ("Google") |
| Time: | September 13, 2021, at 9:00 am PST |
| Location: | Phillip Burton Federal Building |
| | Department of Justice, Antitrust Division |
| | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |

The deposition will be recorded by stenographic, audio, video, and videoconference means before an officer authorized to administer oaths. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purposes permitted under the Federal Rules of Civil Procedure or the Amended Case Management Order.

You are hereby advised that Google must designate one or more officers, directors, managing agents, or other persons to testify on behalf of Google as to information known or reasonably available to Google regarding the topics listed in Schedule A.

Plaintiffs hereby provide notice to Google that this notice of deposition pursuant to Rule 30(b)(6) is the first in a series of notices. Pursuant to the Amended Case Management Order, Plaintiffs shall notice additional Rule 30(b)(6) depositions to Google over the coming months.


Dated: July 9, 2021

By: ___*/s/ Kenneth M. Dintzer*___
Kenneth M. Dintzer
U.S. Department of Justice, Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff United States of America*

2

By:     /s/ Jonathan R. Carter
Leslie Rutledge, Attorney General
Johnathan R. Carter, Assistant Attorney General
Office of the Attorney General, State of Arkansas
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Johnathan.Carter@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

By:     /s/ Adam Miller
Rob Bonta, Attorney General
Ryan J. McCauley, Deputy Attorney General
Adam Miller, Deputy Attorney General
Paula Blizzard, Supervising Deputy Attorney
General
Kathleen Foote, Senior Assistant Attorney General
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
Adam.Miller@doj.ca.gov

*Counsel for Plaintiff State of California*

By:     /s/ Lee Istrail
Ashley Moody, Attorney General
R. Scott Palmer, Interim Co-Director, Antitrust
Division
Nicholas D. Niemiec, Assistant Attorney General
Lee Istrail, Assistant Attorney General
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

3

By: _____/s/ Daniel Walsh_____
Christopher Carr, Attorney General
Margaret Eckrote, Deputy Attorney General
Daniel Walsh, Senior Assistant Attorney General
Dale Margolin Cecka, Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
dcecka@law.georgia.gov

*Counsel for Plaintiff State of Georgia*

By: _____/s/ Scott L. Barnhart_____
Theodore Edward Rokita, Attorney General
Scott L. Barnhart, Chief Counsel and Director,
Consumer Protection Division
Matthew Michaloski, Deputy Attorney General
Erica Sullivan, Deputy Attorney General
Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Scott.Barnhart@atg.in.gov

*Counsel for Plaintiff State of Indiana*

By: _____/s/ Philip R. Heleringer_____
Daniel Cameron, Attorney General
J. Christian Lewis, Executive Director of
Consumer Protection
Philip R. Heleringer, Deputy Executive Director of
Consumer Protection
Jonathan E. Farmer, Assistant Attorney General
Office of the Attorney General, Commonwealth of
Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Phone: 502-696-5647
philip.heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*

4

By:_____/s/ Stacie L. Deblieux_____
Jeff Landry, Attorney General
Stacie L. Deblieux, Assistant Attorney General
Office of the Attorney General, State of Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
Deblieuxs@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

By:_____/s/ Wisam E. Naoum_____
Dana Nessel, Attorney General
Wisam E. Naoum, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lasing, MI 48909
NaoumW1@michigan.gov

*Counsel for Plaintiff State of Michigan*

By:_____/s/ Kimberley G. Biagioli_____
Kimberley G. Biagioli
Assistant Attorney General
Missouri Attorney General's Office
615 E. 13th Street, Suite 401
Kansas City, MO 64106
Kimberley.Biagioli@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

By:_____/s/ Hart Martin_____
Lynn Fitch, Attorney General
Hart Martin, Special Assistant Attorney General
Crystal Utley Secoy, Assistant Attorney General
Office of the Attorney General, State of
Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Hart.Martin@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

5

By:     */s/ Mark Mattioli*
Austin Knudsen, Attorney General
Mark Mattioli, Chief, Office of Consumer
Protection
Office of the Attorney General, State of Montana
P.O. Box 200151
555 Fuller Avenue, 2nd Floor
Helena, MT 59620-0151
mmattioli@mt.gov

*Counsel for Plaintiff State of Montana*

By:     */s/ Rebecca M. Hartner*
Rebecca M. Hartner, Assistant Attorney General
Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney General
C. Havird Jones, Jr., Senior Assistant Deputy
Attorney General
Mary Frances Jowers, Assistant Deputy Attorney
General
Office of the Attorney General, State of South
Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
RHartner@scag.gov

*Counsel for Plaintiff State of South Carolina*

By:     */s/ Bret Fulkerson*
Bret Fulkerson
Office of the Attorney General, Antitrust Division
300 West 15th Street
Austin, Texas 78701
Bret.Fulkerson@oag.texas.gov

*Counsel for Plaintiff State of Texas*

By:    */s/ Gwendolyn J. Lindsay Cooley*
Joshua L. Kaul, Attorney General
Gwendolyn J. Lindsay Cooley, Assistant Attorney
General
Wisconsin Department of Justice
17 W. Main St.
Madison, WI 53701
Gwendolyn.Cooley@Wisconsin.gov

*Counsel for Plaintiff State of Wisconsin*

**CERTIFICATE OF SERVICE**

I certify that on July 9, 2021, I served the foregoing Notice of Deposition on the below

individuals via e-mail.

For Defendant Google LLC:

John Schmidtlein
WILLIAMS & CONNELLY LLP
725 12th Street NW
Washington, DC 20005
Telephone: (202) 434-5901
jschmidtlein@wc.com

Franklin M. Rubinstein
WILSON SONSINI
GOODRICH & ROSATI P.C.
1700 K St, NW
Washington, DC 20006
Telephone: (202) 973-8833
frubinstein@wsgr.com

Mark S. Popofsky
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 508-4624
Mark.Popofsky@ropesgray.com

Dated: July 9, 2021

By:___ */s/ Jeremy M. P. Goldstein*_____

Jeremy M. P. Goldstein
U.S. Department of Justice, Antitrust Division
San Francisco Office
450 Golden Gate Avenue
San Francisco, CA 94102-3478
Telephone: (415) 229-2934
Jeremy.Goldstein@usdoj.gov

*Counsel for Plaintiff United States of America*

8

## SCHEDULE A

1. For Search, Search Advertising, General Search Advertising, and Text Advertising, Google's measurement, tracking, and analysis of market shares in the United States and worldwide, from 2002 to present, including:

    a. For which geographies Google measures, tracks, and analyzes market shares for Search, Search Advertising, General Search Advertising, and Text Advertising;

    b. Google's efforts and methodologies for measuring, tracking, and analyzing market shares for Search, Search Advertising, General Search Advertising, and Text Advertising, and what Google estimates or has estimated its market shares to have been;

    c. Google's efforts and methodologies for measuring, tracking, and analyzing other companies' market shares for Search, Search Advertising, General Search Advertising, and Text Advertising, and what Google estimates or has estimated those companies' market shares to have been;

    d. Changes to Google's measurement, tracking, and analysis of market share for Search, Search Advertising, General Search Advertising, and Text Advertising; and

    e. Google's use of third-party sources to measure, track, and analyze market shares, including:

        1. comScore;

        2. StatCounter;

        3. NetMarketShare;

        4. Cloudfare Radar; and

9

     5. Yandex Radar.

2. From 2002 to the present, in the United States and worldwide, Google's measurement, tracking, and analysis of:

    a. The quantity (e.g., units, revenues, etc.) of its and other companies' search queries, search traffic, and types of Digital Advertising;

    b. For which geographies Google measures, tracks, and analyzes the quantity (e.g., units, revenues, etc.) of its and other companies' search queries, search traffic, and types of Digital Advertising;

    c. The distribution of search queries and search traffic among or between (i) Google, (ii) any other General Search Engines, and (iii) any Specialized Search Engines;

    d. The distribution of Digital Advertising among or between Google and other companies offering Digital Advertising, including the distribution by the type of Digital Advertising;

    e. The different types of search traffic and Digital Advertising Google measures or has measured, tracks or has tracked, and analyzes or has analyzed, including what comprises each type, for:

        1. search traffic on General Search Engines;

        2. search traffic on Specialized Search Engines;

        3. Text Advertising on General Search Engines;

        4. Digital Advertising on General Search Engines;

        5. Digital Advertising on Specialized Search Engines; and

        6. all other types of Digital Advertising;

    f.   The sources of Google's search traffic (e.g., desktop, mobile, OS, browser, voice assistant), including the volume and percentage of search traffic attributable to each source;

    g.   Whether Google's search traffic and Digital Advertising by type (including Search Advertising, General Search Advertising, and Text Advertising) has increased or decreased from one quarter (i.e., 3-month period) to the next;

    h.   Google's efforts and methodologies for measuring, tracking, and analyzing the quantity (e.g., units, revenues, etc.) of search queries, search traffic, and types of Digital Advertising, by company and by geography, including any changes to those efforts or methodologies;

    i.   Changes to Google's measurement, tracking, and analysis of (i) search queries, search traffic, and (ii) types of Digital Advertising; and

    j.   Google's use of third-party sources to measure, track, and analyze the quantity (e.g., units, revenues, etc.) of its and other companies' search queries, search traffic, and types of Digital Advertising, including:

        1.   comScore;

        2.   StatCounter;

        3.   NetMarketShare;

        4.   Cloudfare Radar; and

        5.   Yandex Radar.

3.   From 2002 to the present, Google's policies regarding external and internal discussions of market shares for Search, Search Advertising, General Search Advertising, and Text Advertising, when these policies were implemented and why.

4. From 2002 to the present, the Google employees or contractors (by name and position) who have been responsible for (i) evaluating market shares in Search, Search Advertising, General Search Advertising, and Text Advertising, and/or (ii) Google's efforts to measure, track, and analyze the quantity (e.g., units, revenues, etc.) of search queries, search traffic, and types of Digital Advertising.

## **DEFINITIONS**

1. The term "Digital Advertising" includes all types of ads filled by way of the internet—as opposed to out-of-home, broadcast television, or print—including video ads, display (desktop and mobile) ads, social ads, search ads, in-app ads, native/rich text ads, and any other ad categorized as a type of digital advertising by the company in its ordinary course of business. The terms "digital ad" and "digital advertising" shall be construed broadly and shall include at a minimum the various types of advertising described in the complaint in *United States, et al. v. Google LLC*, No. 1:20-cv-03010-APM.

2. The term "General Search Engines" means the providers of search services that allow consumers to find responsive information on the internet by entering keyword queries. Consumers may use general search services to perform several types of searches, including navigational queries (seeking a specific website), informational queries (seeking knowledge or answers to questions), and commercial queries (seeking to make a purchase). Examples of general search services include Google, Bing, Yahoo, and DuckDuckGo.

3. The terms "Google" means Google LLC, its domestic and foreign parents, predecessors, divisions, subsidiaries, affiliates, partnerships and joint ventures, and all directors, officers, employees, agents, and representatives of the foregoing. The terms "parent," "subsidiary,"

12

"affiliate," and "joint venture" refer to any person in which there is partial (25 percent or more) or total ownership or control between the company and any other person.

4.  The term "including" means including, but not limited to.

5.  The term "Search" means the services that allow consumers to find responsive information on the internet by entering keyword queries.

6.  The term "Search Advertising" means all types of ads generated in response to online search queries, including general search text ads (offered by general search engines such as Google and Bing) and other, specialized search ads (offered by general search engines and specialized search providers such as Amazon, Expedia, or Yelp). These definitions shall be at least as broad as the description of "search ads" in paragraphs 97 and 98 of the complaint filed in *United States, et al. v. Google LLC*, No. 1:20-cv-03010-APM.

7.  The term "General Search Advertising" means all types of ads generated in response to online search queries, including general search text ads, offered only by general search engines such as Google and Bing. This definition shall be at least as broad as the description of "general search advertising" in paragraph 82 of the complaint filed in *State of Colorado, et al. v. Google LLC*, No. 1:20-cv-03715-APM.

8.  The term "Specialized Search Engines" means the providers of search services that offer users a narrower, focused set of answers to a narrower set of queries (e.g., travel, shopping) than general web search applications, or enable search of content not easily accessible on the web (e.g., content on devices or personal content). As compared to General Search Engines or services, Specialized Search Engines or services respond to narrower searches in their areas of specialization, such as retail, travel, local, or non-web content.

13

9.   The term "Text Advertising" means a general search text ad. General search text ad are sold by general search engines, typically placed just above or below the organic search results on a search engine results page (SERP), and resemble the organic results that appear on a general search engine's SERP, with a subtle notation that they are "ads" or "sponsored." These definitions shall be at least as broad as the descriptions of "general search text ad" in paragraphs 101-105 of the complaint filed in *United States, et al. v. Google LLC*, No. 1:20-cv-03010-APM.