IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>       Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>       Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

  Upon consideration of Defendant's Motion for Protective Order Regarding Rule 30(b)(6) Deposition (ECF No. 214), the motion is hereby GRANTED, and it is further ORDERED:

  1. Plaintiffs shall issue a Rule 30(b)(6) notice of deposition that identifies all remaining factual (*i.e.*, non-data) topics on which Plaintiffs intend to seek testimony pursuant to Rule 30(b)(6) on or before October 15, 2021.

2.Plaintiffs may issue one additional Rule 30(b)(6) notice of deposition directed exclusively to data topics.[1]

3.The time period for the topics specified in Plaintiffs' July 9 Rule 30(b)(6) notice of deposition shall be limited to 2016 to the present.

ISSUED this ____ day of _____, 2021.

SO ORDERED:

_____
Hon. Amit P. Mehta
United States District Judge

---

[1] For purposes of this Order, a data topic is one addressed to technical questions about the collection, maintenance, or organization of data (*e.g.*, the meaning of particular fields or variables or accompanying data dictionaries, flow diagrams, or other technical documentation). In contrast, the use of data by Google, including to perform analyses (whether to understand a product, market, strategic objectives, inform product launch decisions or otherwise) is a factual topic.