IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                        Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                        Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                        Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                        Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**JOINT STATUS REPORT**

In accordance with the Court's September 7, 2021 Order, Google and Yelp Inc. ("Yelp") provide this status report regarding outstanding discovery issues.

Google and Yelp have reached an agreement regarding search terms for the first five agreed-upon Yelp document custodians. Yelp is targeting its first rolling production for September 28, 2021. Yelp requires additional time to provide Google with a search term proposal for six additional custodians, and Yelp is working to provide Google with its proposal and search hit reports for these six custodians and its proposed protocol for TAR review by

September 23, 2021. Yelp will promptly advise Google if it encounters delays in providing the proposal and search hit reports for the six additional custodians due to data processing errors or other technical issues.

Google and Yelp continue to meet and confer regarding Yelp's data productions and one proposed custodian in a public policy role at Yelp. Google has provided information to Yelp regarding presentations and testimony by this employee, and Yelp anticipates advising Google of its position by September 22, 2021. The parties anticipate advising the Court of the status of open matters no later than September 24, 2021.

Dated: September 14, 2021

Respectfully submitted,

By: _____
WILSON SONSINI GOODRICH & ROSATI P.C.
Wendy Huang Waszmer (D.C. Bar No. 478725)
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1301 Avenue of the Americas
New York, New York 10019
Tel: 212-497-7702
wwaszmer@wsgr.com

1700 K St, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

WILLIAMS & CONNOLLY LLP

John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
725 12th Street, NW
Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com

cconnor@wc.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
Matthew McGinnis (*pro hac vice*)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*


_____
HUESTON HENNIGAN LLP
Douglas J. Dixon (*pro hac vice*)
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Tel: 949-229-8640

*Counsel for Non-Party Yelp Inc.*

*/s/ Serine Consolino*_____
AEGIS LAW GROUP LLP
Serine Consolino (D.C. Bar No. 1033847)
Market Square West – Suite 740
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-706-7031

*Counsel for Non-Party Yelp Inc.*

3