IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER DENYING DEFENDANT'S
MOTION FOR PROTECTIVE ORDER**

Upon consideration of Defendant's Motion for Protective Order Regarding Rule 30(b)(6) Deposition (ECF No. 214) and Plaintiffs' Opposition thereto (ECF No. 217), the motion is hereby **DENIED**. It is further **ORDERED** that Plaintiffs may issue additional Rule 30(b)(6) notices: one notice no later than November 1, 2021; one notice no later than January 31, 2022; and one additional notice directed toward data topics before the close of fact discovery.

Dated: September ___, 2021

_____
Hon. Amit P. Mehta
United States District Court