IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>      Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>      Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(b), Erin L. Shencopp gives notice of her withdrawal as counsel of record for Plaintiff State of Illinois in *State of Colorado, et al. v. Google LLC*, Case No. 20-cv-3715. Illinois will continue to be represented by Elizabeth L. Maxeiner. Erin L. Shencopp will continue on the case representing the State of Colorado.

Dated: September 21, 2021       Respectfully submitted,

                 By:  */s/Erin L. Shencopp*
                 Erin L. Shencopp
                 Special Assistant Attorney General
                 Colorado Office of the Attorney General
                 1300 Broadway, 7th Floor
                 Denver, CO 80203

By: */s/ Elizabeth L. Maxeiner*
Elizabeth L. Maxeiner
Senior Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph St.
Chicago, IL 60601

*Counsel for State of Illinois*