# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| State of Colorado, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-3715 (APM) |
| Google LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Colorado                                                                                                           .

Date:   09/21/2021                                                            /s/Erin L. Shencopp
                                                                                          *Attorney's signature*

                                                                           Erin L. Shencopp (6297614)
                                                                           *Printed name and bar number*
                                                                           1300 Broadyway, 7th Floor
                                                                           Denver, CO 80203

                                                                                          *Address*

                                                                           erin.shencopp@coag.gov
                                                                                     *E-mail address*

                                                                                  (720) 508-6000
                                                                                  *Telephone number*

                                                                                     *FAX number*