IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America, *et al.*,

    *Plaintiffs*,

v.

Google LLC,

    *Defendant*.

Case No. 1:20-cv-03010-APM

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.6(b), Kimberley G. Biagioli gives notice of her withdrawal as counsel for Plaintiff State of Missouri. Missouri will continue to be represented by Stephen Hoeplinger.

Date: Sept. 23, 2021

Respectfully submitted,

By:   */s/ Kimberley G. Biagioli*
Kimberley G. Biagioli
Assistant Attorney General
Missouri Attorney General's Office
615. E. 13th Street, Suite 401
Kansas City, Missouri 64106
Kimberley.Biagioli@ago.mo.gov

By:   */s/ Stephen M. Hoeplinger*
Stephen M. Hoeplinger
Assistant Attorney General
Missouri Attorney General's Office
815 Olive St., Suite 200
St. Louis, MO 63101
stephen.hoeplinger@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

1