# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

| | |
|---|---|
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## JOINT STATUS REPORT

In accordance with the Court's August 31, 2021 Order, Google and Yelp Inc. ("Yelp") provide this status report regarding outstanding discovery issues. As set forth in Google and Yelp's last Joint Status Report on September 14, 2021 [Docket No. 210], Google and Yelp have continued to meet and confer regarding the issues raised during the August 31, 2021 status conference: (1) Yelp's response to Google's search term proposal; and (2) production from a proposed custodian in a public policy role at Yelp.

Google and Yelp are at an impasse regarding Google's request for production of documents from one proposed custodian in a public policy role at Yelp.  For the reasons set forth in Google's prior briefing on August 31, 2021 [Docket Nos. 190, 195], Google believes this custodian's documents should be produced.  Yelp opposes production of documents from this custodian on grounds for which the parties propose to file briefs.  The parties have conferred in good faith, but are not in agreement regarding proposed dates.

- Google proposes the following briefing schedule: (1) Google will submit its opening brief by October 1; (2) Yelp will submit its opposition brief by October 8; and (2) Google will submit its reply by October 13.

- Yelp proposes the following briefing schedule: (1) Google will submit its opening brief by Oct. 1; (2) Yelp will submit its opposition brief by Oct. 15; and (2) Google will submit its reply by Oct. 20.

With regard to search term hit reports for six additional custodians, Yelp provided its initial search term report to Google as agreed on September 23.  Yelp anticipates that it will provide a revised hit report to Google by September 27, and the parties will meet and confer prior to the September 28 status conference.

Dated: September 24, 2021

                                                Respectfully submitted,

By: _____
WILSON SONSINI GOODRICH & ROSATI P.C.
Wendy Huang Waszmer (D.C. Bar No. 478725)
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1301 Avenue of the Americas
New York, New York 10019
Tel:  212-497-7702

wwaszmer@wsgr.com

1700 K St, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

WILLIAMS & CONNOLLY LLP

John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
725 12th Street, NW
Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
Matthew McGinnis (*pro hac vice*)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*

_____
HUESTON HENNIGAN LLP
Douglas J. Dixon (*pro hac vice*)
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Tel:  949-229-8640

*Counsel for Non-Party Yelp Inc.*

*/s/ Serine Consolino*
AEGIS LAW GROUP LLP
Serine Consolino (D.C. Bar No. 1033847)
Market Square West – Suite 740
801 Pennsylvania Avenue, N.W.

3

Washington, D.C.  20004
Tel: 202-706-7031

*Counsel for Non-Party Yelp Inc.*