UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. )<br>) | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. )<br>) | Case No. 20-cv-3715 (APM) |

**ORDER AMENDING SCHEDULING AND CASE MANAGEMENT ORDER**

Pursuant to the Status Conference held on September 28, 2021, the Amended Scheduling and Case Management Order entered on February 3, 2021, ECF No. 108-1, as amended by the Order entered on May 27, 2021, is further amended to insert the following sentence at the end of the third full paragraph of Paragraph 14:

If a witness is a current employee of any Party or non-Party, upon receipt of a deposition notice or subpoena, the Party or non-Party shall respond to the noticing or subpoenaing Party within **[7]** days of receipt of the notice or subpoena to discuss in good faith a mutually agreeable time and location for the deposition.


Dated: September 28, 2021

_____
Amit P. Mehta
United States District Court Judge