IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,   )
                                    )
         Plaintiffs,                )
                                    )   CV No. 20-3010
      vs.                           )   Washington, D.C.
                                    )   September 28, 2021
GOOGLE LLC, ET AL.,                 )   11:00 a.m.
                                    )
         Defendant.                 )
_____)


TRANSCRIPT OF
STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For DOJ Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov


For Plaintiff
State of Colorado:           Jonathan Bruce Sallet
                             COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
                             Antitrust Unit
                             Ralph L. Carr
                             Colorado Judicial Center
                             1300 Broadway
                             Suite 7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: jon.sallet@coag.gov

APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               WILLIAMS & CONNOLLY LLP
                               725 12th St., NW
                               Washington, D.C. 20005
                               (202) 434-5000
                               Email: jschmidtlein@wc.com


Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                  P R O C E E D I N G S
 2          COURTROOM DEPUTY:  Good morning, Your Honor.
 3  This is Civil Action 20-3010, United States of America,
 4  et al., versus Google LLC.
 5          Kenneth Dintzer for the DOJ Plaintiffs.
 6          Jonathan Sallet for the Colorado Plaintiffs.
 7          And John Schmidtlein on behalf of Google LLC.
 8          THE COURT:  Okay.
 9          Good morning, everyone.  It's nice to see
10  everybody again.  I hope everybody is doing well.
11          All right.  So we're here this morning for one of
12  our monthly status conferences.  So let me just sort of run
13  down what I'd like to cover and the order in which we'll
14  cover it this morning.
15          We'll just begin with the updates in both cases
16  involving both documents and data and fact depositions in
17  both cases and then status of third-party issues involving
18  DOJ, Apple, Google, Microsoft, and then Google and Yelp, and
19  then we'll close on the disputed motion for the protective
20  order.  So why don't we proceed in that fashion.
21          So why don't I turn to Mr. Dintzer first and we'll
22  get started.  Just an update in terms of documents and data
23  disclosures by Google just to sort of set the stage.  I know
24  last time we were together, Google had indicated -- you
25  agreed that substantial completion had taken place for the
```

```
1    first two RFPs, we'd addressed the third RFP and the
2    privilege issue, that was a dispute, and that one -- there
3    have since been additional RFPs four, five, and six.
4              So let's talk about the status of those requests
5    for production and then we'll talk about where things stand
6    with fact depositions.
7              So, Mr. Dintzer.
8              MR. DINTZER:  Thank you, Your Honor.
9              So starting with those RFPs, those are in
10   negotiation between us and Google.  We have sat down and
11   started discussing how they could produce and the nature.
12   We have reached no impasses on any of those materials there.
13   Google has not identified, as far as I know, any issues
14   regarding those that are going to be raised up at this
15   status conference.  So we're hoping to continue to make
16   progress there.
17             With respect to data and then depositions, we have
18   some concerns with data.  We have had sort of a series of
19   promises regarding data, especially for data to be produced
20   under the second RFP, the one that we issued in January,
21   that we still have not got, and we have had promises that we
22   would get this and constant delays in getting it.
23             For example, on request number 69, which is launch
24   reports, we were promised that they'd begin production in
25   July, didn't happen until August.  We were promised that
```

```
 1    they'd complete production September 10th.  Now they say

 2    that they'll complete production today.  We have other RF --

 3    other requests under RFP 2.

 4           So we would ask that Google commit today to

 5    completing data production under RFP 2 by October 1st.  We

 6    need this data, our experts need this data, it's really

 7    important to us to move forward.

 8           So that's where we are on the data.  It's not an

 9    impasse, so much, as we need a firm commitment that it's

10    going to happen and we need it to happen soon so our people

11    can use this data.

12           THE COURT:  Mr. Dintzer, can I just ask you:

13    Data production, in terms of my own edification, is that

14    something that is of greater relevance to your fact

15    depositions that are upcoming in the next few months or with

16    respect to experts -- and maybe the answer is both, I just

17    wanted to ask the question.

18           MR. DINTZER:  It is both, but in sort of a unique

19    way.

20           So it's definitely important for the experts to be

21    able to understand the data to figure it out.

22           It touches on fact depositions in two ways; one,

23    sometimes we need fact depositions to understand the data.

24    So we get the data in hand and it's like, well, what does

25    this mean, and we need to ask either a 30(b)(1) or a
```

1    30(b)(6) witness what does this mean.

2            And, in fact, a data deposition has already taken

3    place, where the Colorado Plaintiffs have asked about a

4    number of very specific questions about some of the data

5    production.  We may be at that point of having to do that as

6    well, but also it can come up in 30(b)(6)s when we have --

7    on more factual questions when we say, well, why do these

8    numbers do this or why did these numbers do that.  So we

9    need them for both to be able to complete the production.

10           And turning to depositions, Your Honor, we have a

11   pattern of concerns that really are delay and a concern

12   about running out -- Google running out the clock.  We are

13   under six months now and we are making a push -- the Court

14   has given us March 22nd, we've taken that seriously, we are

15   aggressively pushing deposition notices.  And what we've

16   seen is a pattern of Google just ignoring or disregarding

17   our notices.

18           So most of the depositions -- to be fair, most of

19   the depositions have been negotiated.  If they've had --

20   when we noticed the deposition, if they had one or two days

21   they couldn't make it, we found mutual days that we could

22   find and there were no problems.  We've moved depositions

23   forward, we've moved them back, and we even moved them to

24   accommodate counsel's vacation.  That's fine.  But what

25   we've seen more recently is them just saying that they won't

1   appear for certain dates and that we have to take whatever

2   dates they give us; they won't give us explanations.

3          So first we had a subpoenaed witness, who

4   simply -- Google's counsel representative simply did not

5   show up.  And we rescheduled it and it's been done, but

6   obviously that's inappropriate conduct.

7          We have noticed the 30(b)(6), which we noticed in

8   July, and I understand that there's a protective-order issue

9   that we're going to discuss, but we noticed it in July.  We

10  moved it from September 13th, because Google took so long to

11  raise the issues that they've raised; they took 40 days.  We

12  now have it scheduled for September 30th, and Google has

13  told us that they won't show up.

14         Now, they're not seeking a protective order on it,

15  they're not challenging our ability to do it, but they just

16  say they'd rather show up on other days and do something

17  else and they're not seeking a protective order and it's

18  just not appropriate.

19         We have a deposition set for Mr. Judah on

20  October 6th and 7th.  That's a two-day deposition.  We gave

21  them 30 days' notice.  They said no.  They said they want it

22  two weeks later.  We said why?  They won't tell us.  We said

23  why?  They won't tell us.  But they said they're not showing

24  up on the 6th and 7th.  So we have these deposition notices.

25         And as the Court knows, the proper way to do this

1    is, first of all, they have to tell us why, because if

2    they're going to seek a protective order, they have to tell

3    the Court why.  And if there's a legitimate reason, if this

4    person genuinely can't make it -- but they can't just say

5    Google fiat that they're not going to show up and we have to

6    eat whatever dates they're going to take.

7           That creates delay for us, it creates uncertainty,

8    which is -- which is not efficient for us, we have people

9    preparing for depositions.  You know, is the 30(b)(6) going

10   to take place on September 30th?  We're preparing for it,

11   because that's when we issued the notice.  Google did not

12   seek a protective order to stop the deposition for that

13   date.  That means they have an obligation to show up, and

14   they can't just grant themselves a protective order.

15          So we do have concerns.  This is a pattern now.

16   It's not one specific chronic thing that we're going to

17   raise in the JSR but just a pattern of conduct that we think

18   creates the delay and that -- I mean, basically, our ask

19   here is that if Google has a specific reason that a witness

20   can't attend on a given date, then tell us, we'll negotiate

21   on what's the closest date, and we'll do it, that's fine.

22   But if they don't have a reason and they won't tell us, then

23   they have to show up on the date that they were noticed, and

24   that's basically what the Federal Rules say.  If they don't

25   like it, then they can seek a protective order and they can

1    explain to the Court why they disagree.  But they can't

2    grant themselves one.  So that's our ask, Your Honor, with

3    respect to moving the depositions forward.

4              The last thing is --

5              THE COURT:  Well, I guess, Mr. Dintzer, let me

6    just press you on this a little bit in terms of what

7    specific relief are you requesting in terms of if you were

8    able to try and get Google in line, at least according to

9    your view of things, what would you have me do, what sort of

10   order would you like to have in place?

11             I mean, in other words, the rules are the rules,

12   but your concern is they aren't being adhered to, and Google

13   is sort of bending those rules to its will.  But so what

14   would you have me do?  What order would you ask me to put in

15   place to ensure greater conformity to sitting for

16   depositions on the dates that they're actually noticed for?

17             MR. DINTZER:  Your Honor, something as simple as

18   this:  "Within seven days of receiving a deposition

19   notice" -- and we've been able to give them 30 days or more

20   -- within seven days of receiving a deposition notice, they

21   can tell us if there's a conflict, and if there is, they can

22   tell us what the conflict is.

23             And obviously, you know, if they're asking for

24   one-day movement, then it's not as big a deal.  But if

25   they're trying to push something off for weeks, we want to

1    know why it can't be done earlier, but they have seven days

2    to do that.

3           And if we don't reach agreement, their option is

4    not to tell us they're not showing up.  Under the Rules,

5    their option is to seek a protective order.  We have -- as

6    I've said, we've done our best to negotiate with them and,

7    for the ones that they've been reasonable with, we've picked

8    dates.  But they can't just tell us, we're not attending,

9    and that's what they've done.

10          And so the order would be, they've got seven days

11   to give us this.  If they're not available, they need to

12   give us a specific reason why.  And if we can't reach

13   agreement, their choice is to attend on the date of the

14   notice or subpoena, which is what the rules provide, or to

15   seek a protective order, and that they can't grant

16   themselves -- and that it's improper, and I guess in that

17   part, it's just reminding them what the Federal Rules

18   themselves provide.

19          THE COURT:  Okay.

20          And how many noticed depositions are in the queue

21   for October and November?

22          MR. DINTZER:  So we have taken -- we and the

23   Colorado Plaintiffs, the plaintiffs combined, have taken six

24   depositions.

25          THE COURT:  And how many hours is that?  Since

1    we're -- hours is kind of the --

2            MR. DINTZER:  Only really counts on the 30(b)(6),

3    Your Honor.

4            THE COURT:  All right.

5            MR. DINTZER:  So we sent five deposition notices,

6    and we've spent four hours on the 30(b)(6).  So that's the

7    only place that that counts.

8            THE COURT:  Okay.

9            MR. DINTZER:  And I believe we have six

10   depositions in the queue, but I've got -- we've got seven

11   notices outstanding.

12           THE COURT:  And that's for October, November, or

13   both?

14           MR. DINTZER:  That's for October.

15           I don't think we've issued November deposition

16   notices yet.

17           THE COURT:  Okay.

18           MR. DINTZER:  But I know that we have some that

19   we're planning on getting out.

20           THE COURT:  So you've got six set for October, and

21   seven that you're still negotiating dates on?

22           MR. DINTZER:  We have seven notices out; we are --

23   including the 30(b)(6) for September 30th.

24           We have -- some of those, the dates are set, and

25   some that we are negotiating dates and we've agreed -- the

1    dates are set, meaning we've agreed to them, and some that,

2    like the one for Mr. Judah and like the 30(b)(6), that we

3    haven't.  Like, there's one for Mr. Fox that we have agreed

4    for the dates of his 30(b)(1) notice, but Google has not

5    indicated -- they have some strategy about combining the

6    30(b)(1)s and 30(b)(6)s and making hash of it.  But that's

7    what we've noticed.  And we are moving forward, Your Honor,

8    with as much dispatch as we can.

9              THE COURT:  All right.

10             Well, let's talk in a bit about where things stand

11   relative to the fact-discovery deadline after we hear from

12   Mr. Schmidtlein.

13             So, Mr. Schmidtlein, why don't we turn to you and

14   get your response to Mr. Dintzer's summary and concerns.

15             MR. SCHMIDTLEIN:  Your Honor, Mr. Dintzer's

16   summary is highly inaccurate.

17             First of all, Google has not ignored any

18   deposition notices issued in this case.

19             The CMO, paragraph 14 provides:  "The parties will

20   use their best efforts to make witnesses available for

21   deposition at a mutually agreeable time and location and

22   without undue delay."

23             We have worked -- and what has happened in this

24   case is the plaintiffs have never called us and tried to set

25   a mutually agreeable date.  They just send us notices with

1    dates of their choosing.  In some instances, we have agreed

2    to those; some instances, we've moved them up; in other

3    instances, we have proposed other dates that are agreeable

4    to us based on various factors, including witnesses'

5    schedules, we've obviously gone through a period this fall

6    where we've got various religious holidays, we've got other

7    counsel responsibilities.

8            We come back promptly and propose dates.  We

9    either accept them or we say we're available on this date.

10   Does that work for you?  That is the way I have scheduled

11   depositions for over two decades in practice.  I have never

12   been before a Federal Judge with a party saying, we get to

13   issue the notice, you have nothing to say about it, and if

14   you don't like it, go get a protective order.

15           So I am very disappointed that we are before you

16   today with -- talking about this issue, when the CMO

17   provisions govern this, and that is how this works.  This

18   doesn't work, they get to pick a date and ram it down our

19   throats, unless we give them a bunch of detailed

20   explanations that satisfies them about when they think the

21   deposition should be scheduled.  So that's issue number one.

22           Issue number two on the 30(b)(6)s, we have, from

23   the very beginning -- and we've discussed this with

24   Your Honor -- we want to make the 30(b)(6)s efficient to the

25   extent we can.  We do not want our witnesses being deposed

1   multiple times.

2          Last Friday, we had a data 30(b)(6) that the

3   states conducted that was on issues that were so technical

4   that they called for a witness who would not otherwise be

5   deposed, you know, as part of the merits sides, I would say,

6   of the case.  We made the witness available; the deposition

7   went off without any issues.

8          We have -- with respect to the 30(b)(6) that is

9   referenced in the motion for protective order before

10  Your Honor, that goes to more substantive issues.  And what

11  we have said to the DOJ is we are going to make two

12  witnesses available to respond to those.  They are two

13  witnesses who the DOJ has already issued notices for in

14  their personal capacity.  And we've said we will produce

15  them to address the 30(b)(6) on the same dates that we're

16  making them available for their individual depositions,

17  again, a practice that I have employed for decades, which

18  regularly take place in litigation.

19          So that is what is taking place here, Your Honor.

20  This idea that we have to produce these witnesses on

21  September 30th and then I have to bring them back a week

22  later for a separate sitting or, in Mr. Judah's case, you

23  know, some number of weeks later, we think doesn't make any

24  sense; we think these things can all be accomplished most

25  efficiently in one sitting.

1            Let me just also address the remarks about

2    Mr. Judah.  They initially noticed his deposition as a

3    two-day deposition, I believe, for October 6th and 7th.  For

4    various reasons, we came back and said that he would be

5    available two weeks after that.

6            They objected to that and said, you know, that's

7    too long, that's -- you know, we don't want to do that.  We

8    said fine, we moved some things around, we offered to make

9    him available the following week so that he'd be available,

10   I believe, the 15th and 16th or the 14th and 15th, but

11   basically a week after the dates that they had proposed.

12   And over this two-day period, he will also be one of our

13   30(b)(6) deponents on this July 9 notice.

14           So we think those circumstances -- under those

15   circumstances, we have complied with the CMO, and we are

16   trying to move these along in the most efficient way

17   possible.

18           So I disagree with Mr. Dintzer that there has

19   somehow been some breach of the protocol in this case or

20   violations of the rules.  We are conducting depositions

21   candidly and the way I've been conducting them throughout my

22   career.

23           THE COURT:  One last thing before we turn back to

24   depositions, and that's concerning the data and the issues

25   Mr. Dintzer raised regarding the data responsive to the

1    second RFP.

2           Where do we stand on getting that produced and

3    substantially completed to Google -- to DOJ, excuse me?

4           MR. SCHMIDTLEIN:  There is a production going out

5    today to the plaintiffs.

6           There is another large production that I am told

7    is being burned onto a hard drive over -- Your Honor, over

8    the next several days.

9           We have --

10          THE COURT:  That's how much data it is, I take it?

11          MR. SCHMIDTLEIN:  That's how much -- exactly.

12          And we have -- to be clear, we have offered to

13   produce this data to both sets of plaintiffs via a cloud

14   transfer, which would be much faster and more efficient.

15   And they've told us they're not capable of accepting it in

16   that format; that they can only take it through these being

17   burned onto hard drives.  And so it has delayed our

18   production, and it is delaying it longer than we thought it

19   to be.

20          And I want to be upfront, Your Honor.  I mean,

21   I've got people who have been working tirelessly on this.

22   It has taken longer, in some instances, than we thought it

23   would take, because we are dealing with, frankly, data

24   productions that we've never had to make in any situation.

25   And so, yes, we are doing our level best.

 1          THE COURT:  So --

 2          MR. SCHMIDTLEIN:  I believe when this next large

 3  tranche goes out, I believe we will be substantially

 4  complete.  There may be some loose ends we may need to tie

 5  up with the plaintiffs --

 6          THE COURT:  Okay.

 7          MR. SCHMIDTLEIN:  -- but I believe that will put

 8  us in substantial completion on those data requests for

 9  RFP 2.

10          THE COURT:  All right.

11          Well, I think that addresses Mr. Dintzer's request

12  to at least have a deadline in place or at least a firm

13  timeline in place for receipt of the data.

14          Mr. Dintzer, does that satisfy you on that issue?

15          MR. DINTZER:  I do.

16          I appreciate that, Your Honor.

17          The cloud issue doesn't explain from January, but

18  putting aside how we got here, we did ask for October 1st,

19  and it sounds like Mr. Schmidtlein is saying that we're

20  going to get it all by October 1st or by the end of this

21  week.  So that satisfies us.

22          THE COURT:  Okay.

23          MR. SCHMIDTLEIN:  We will produce it as soon as we

24  get it back from these vendors, which I am hoping is by the

25  end of the week --

1          MR. DINTZER:  Okay.

2          MR. SCHMIDTLEIN:  -- but as we have done

3    throughout this, we will keep you apprised.

4          THE COURT:  Okay.

5          Before we have a further discussion about

6    depositions and process, let me invite Mr. Sallet into the

7    conversation and just get his views on where things stand in

8    terms of documents in the Colorado-Nebraska matter and then

9    his views on depositions and then we can try and figure out

10   a way forward on these issues.

11         Mr. Sallet.

12         MR. SALLET:  Thank you, Your Honor.

13         We -- in terms of documents, Google told us,

14   I think, on September 1st, that -- at the very beginning of

15   this month, that it had completed a substantial production.

16   We have no reason to doubt that.

17         THE COURT:  This is on the first RFP?

18         MR. SALLET:  On the first RFP.

19         Since then, we have issued a second RFP.  As we

20   note, Google is under no obligation to file its objections

21   for a couple of weeks, later in October, but, yes, we've

22   issued a second RFP as well.

23         And on that second RFP, we have denoted six

24   additional custodians but, I want to note, no additional

25   search strings.  And those custodians, by and large, came to

1  our attention significantly through depositions that had

2  been taken in the case and additional documents we sought,

3  noting that substantial production was not completed until

4  the very beginning of September.  So there's obviously a lot

5  of data coming in.

6          THE COURT:  Yeah, let me make sure I understand

7  what you just said.

8          MR. SALLET:  Sure.

9          THE COURT:  So you've not -- your second RFP

10  doesn't involve new subject matter requests, but, rather, is

11  a supplement of the first RFP just to add six custodians?

12          MR. SALLET:  That's correct.  There's no change in

13  the search string.

14          THE COURT:  Okay.

15          MR. SALLET:  It's just custodians largely which

16  have come to our attention through the discovery that's been

17  ongoing recently in depositions.

18          THE COURT:  Okay.

19          MR. SALLET:  We have noted -- another issue -- no

20  third-party issues, we're not on your list that you said you

21  would come to later and that's correct.

22          We do -- I do want to address two questions that

23  have come up, in one sense -- and one of them overlapping,

24  one of them similar to what the Department of Justice

25  raised.

1          On the question of fact depositions and 30(b)(6)

2    depositions, I know we're going to come to the question of

3    the protective order, but Mr. Schmidtlein has spoken to this

4    and said that there are two depositions in which they denote

5    a fact witness that could also serve as a 30(b)(6) witness.

6    One of those is slated for October 5th, that's a notice we

7    sent.  Google has come back and said that witness will be

8    available to be a 30(b)(6) witness.  That's only about a

9    week away.

10          But Google has not told us what topics under the

11   30(b)(6) notice this witness would be testifying to.  So we

12   can't prepare for that.  It hasn't told us how it intends to

13   deal with time.  Do we get seven hours of fact, plus an

14   additional time for 30(b)(6)?  How do we denote the fact

15   questions from the 30(b)(6) questions?  Is the witness going

16   to sit later on that day?  Is the witness going to be

17   available the next day?

18          It really doesn't make sense to us -- whatever is

19   the Court's ruling on the protective order later in the

20   session -- in this hearing, it doesn't make sense for us to

21   have Google tell us a week from now we're going to be doing

22   30(b)(6) questioning on a fact witness without telling us

23   the sort of fundamental question of what it thinks, for

24   example, will be the 30(b)(6) topics or how this will affect

25   time or our availability -- our ability to question the

1  deponent.

2          So however else this is decided today, I know

3  we're going to discuss it later and we'll offer the state's

4  views, that surely does not give us adequate notice to be

5  able to proceed, even in the way that Google wishes.  So

6  that's just on the 30(b)(6), on the pending 30(b)(6).

7          On depositions, we will be conducting a

8  deposition, one this Thursday, September 30th, we'll be --

9  of course, we and DOJ take all of these jointly, but this is

10  a notice we issued for a deposition on September 30th, and

11  another one on October 5th.  That is the one I just

12  referenced in connection with the 30(b)(6).  And we expect

13  to notice additional deposition notices as early as next

14  week.  That's our goal.

15          The issue that is similar to the one Mr. Dintzer

16  raised has to do with data.  We've talked about this in the

17  last couple of status conferences.  This is just to note:

18  We have asked for sample data that will inform full-fledged

19  data requests.

20          Your Honor may remember that I think as of two

21  status conferences ago, I said I hoped we would be able to

22  file those by the end of September.  That's clearly not

23  going to be possible for -- both because of the timing of

24  the data deposition and because of the issue I will come to.

25          But we still do want to get those out.  And there

1    are three things that we are going to take up with Google at

2    a meet-and-confer later this week.  And depending on the

3    outcome of that meet-and-confer, we may come back to the

4    Court.

5              One of them is --

6              THE COURT:  Let me -- before you provide your

7    list, let me just make sure I understand what the status is

8    of the data sampling.

9              According to your report, Google has produced a

10   portion of that sampling --

11             MR. SALLET:  Yes.

12             THE COURT:  -- and it is working on the remaining

13   portion of the sampling.  Have you been given a date by

14   which that will be produced?

15             MR. SALLET:  No, Your Honor.  That is the

16   fundamental question on the sample, the existing sample

17   request.

18             We've been told by -- we were told on

19   September 17th, as to this data, that Google had completed

20   what it called the reconstruction of the data and it was

21   processing the data, but we've not yet been told when it

22   will be available for transfer.  And thus, we are in the

23   same position as Mr. Dintzer; we think this needs to be

24   available for -- to transfer to us in the next few days, by

25   the end of the week, surely, within the same time frame that

 1   Mr. Schmidtlein has said he will process the outstanding DOJ

 2   requests.

 3            THE COURT:  Okay.

 4            Mr. Schmidtlein, let me just ask Mr. Schmidtlein.

 5            Do you have a date by which the remaining sampling

 6   data will be produced to Mr. Sallet and his team?

 7            MR. SCHMIDTLEIN:  My team advised me this morning,

 8   Your Honor, that we're in a somewhat similar situation in

 9   terms of the processing and the burning, because, again, we

10   can't do this via the cloud; and that we are aiming for --

11   we believe it will be available to be produced early next

12   week.

13            THE COURT:  Okay.

14            MR. SALLET:  So, Your Honor, we will have a

15   meet-and-confer at the end of this week.  I'm sure Google

16   will want to tell us whether that date is going to hold and

17   perhaps have more detail as to that date.

18            And as I say, it's possible we come back to the

19   Court, because there are two other data issues I just would

20   like to note.

21            THE COURT:  Okay.

22            MR. SALLET:  One is, issue -- during the data

23   deposition that took place on the 24th, the witness gave

24   more "I don't know" answers than we had anticipated as to

25   issues noticed in the scope of the deposition.  And we will

1   be discussing that with Google, because we think these were

2   questions that Google clearly has information on and that we

3   have a right to receive.

4          And that brings us to the third issue.  As you

5   know, Your Honor, in the Interim Status Report that we

6   jointly filed with Google on September 15th, we raised the

7   question as to whether Google had followed through on

8   representations it made to Your Honor at the last status

9   conference involving written questions that we had posed and

10  hoped Google would answer, although we were careful to say

11  Google was not required to.  But after a colloquy between

12  Your Honor and Google's counsel, we understood that Google

13  would be taking steps to answer those.

14         So an additional point that we intend to raise

15  with Google is whether there are written questions that

16  cover the topics that were not answered, and, therefore,

17  would provide a useful way to be able to secure Google's

18  view on knowledge that is clearly within its corporate

19  memory.

20         So these three questions:  The production of the

21  sample, the question of the 30(b)(6) deposition and its

22  completeness, and then the use of the letter as a potential

23  vehicle to the extent it was not -- these are issues we

24  intend to raise with Google, and depending on the outcome of

25  the discussions, we may come back to Your Honor.

1              THE COURT:  Okay.

2              When's that meet-and-confer scheduled?

3              MR. SALLET:  I am told Thursday, but I could -- it

4    could be Friday.

5              But I was told earlier today it had been scheduled

6    for Thursday.

7              THE COURT:  Okay.

8              Anything else, Mr. Sallet?

9              MR. SALLET:  No, Your Honor.

10             THE COURT:  Okay.

11             Mr. Schmidtlein, any response you'd like to offer

12   to the concerns raised by Mr. Sallet and then I'll double

13   back to the deposition issues?

14             MR. SCHMIDTLEIN:  No, Your Honor.

15             We believe we produced a witness who was fully

16   prepared on the topics noticed.  If they have issues with

17   those, this is the first we're hearing about them.  So we'll

18   meet and confer with them, and if they need to be brought

19   back to you, we will obviously do that.

20             THE COURT:  All right.

21             So let's talk about depositions and scheduling of

22   depositions, and I'll just share with you my impressions and

23   then we'll figure out a way forward.

24             The first is, I think Mr. Dintzer's right to be

25   concerned that time is running.  Frankly, I would think

1    Mr. Schmidtlein would share the same concern and so would

2    Mr. Sallet.

3            The fact-discovery deadline is the end of March.

4    It may seem like a ways away, but I think all of us

5    understand that that time is going to be upon us very

6    quickly.  You know, I think you're going to lose probably

7    easily two weeks toward the end of December, so that time is

8    even compressed further.

9            So I mean, I am concerned about the pace in which

10   depositions are being scheduled and put down on the

11   calendar, given that each side has up to 80, maybe each side

12   won't use 80, but that's a lot of depositions to take in

13   what really amounts to about five and a half months or so.

14           Which brings me to the second point, which is, it

15   is hard, I think, for anybody in my position to micromanage

16   this process, and I don't have any desire to micromanage the

17   process.  And I think judges have to rely on the good faith

18   of the parties in order to get these depositions down and

19   move them forward.  Here, that seems to me to involve sort

20   of two issues; one is just the general issue that comes with

21   any single witness, and that is scheduling.  Witnesses will

22   have other competing issues, and, of course, lawyers will as

23   well.

24           The second issue does concern the 30(b)(6) issue,

25   and that's a more complicated one.  And I think I've said on

1   more than one occasion that it's certainly my hope that

2   efforts will be made to coordinate the 30(b)(6) -- if

3   somebody is designated to be a 30(b)(6) witness on certain

4   topics, that that person's deposition as a 30(b)(6) witness

5   be combined with that person's deposition as a fact witness.

6   That is my hope.  And I think, frankly, it's a hope for two

7   reasons:  One is, it sort of kills two birds with one stone.

8   You get two depositions done at the same time.  And, two, it

9   lessens the burden on the witness; you don't have to call

10  somebody back a second time.  Now, is that a hard-and-fast

11  rule?  The answer is no, it's not a hard-and-fast rule,

12  because litigation is fluid and we can't expect perfection,

13  even if that's what you would all hope for.

14          But I do think the one suggestion that Mr. Dintzer

15  has made in terms of trying to ensure that there is timely

16  response -- and I'm not suggesting Mr. Schmidtlein hasn't

17  been timely responding -- but to at least get to a point

18  where once a deposition is noticed, to get a quick --

19  relatively quick response from Google in terms of alternate

20  dates if the date that's noticed is not one that works.

21          And Mr. Schmidtlein's right that the CMO does

22  speak to mutually agreeable times and location without undue

23  delay.  And so, you know, this concept of good faith really

24  is baked into the CMO and I think it's incumbent upon

25  everybody to operate in that fashion.

1          Now, in a sense, Google is in a position that

2     is -- I think there are -- my sense is, of course, that

3     there are more notices of depositions formed in Google's

4     way -- in the direction of Google than in the opposite way.

5     And my sense of Google's depositions -- when it starts

6     deposing folks, it's going to be more of the third-party

7     variety, and we may end up with issues similar to the ones

8     that the governments are facing now.  We haven't gotten

9     there yet.

10          But the bottom line, Mr. Schmidtlein, it's

11    certainly my expectation that you will -- I think you have

12    been but you'll make -- live up to the agreement that you've

13    reached, which is to quickly and in good faith get these

14    done as scheduled.

15          Insofar as the 30(b)(6) issue, I think, again,

16    it's very difficult for me to require the kind of

17    one-and-done rule that I think Google is trying to achieve.

18    I just think it's unrealistic, Mr. Schmidtlein, to expect

19    that we can accomplish that in every situation.  And,

20    frankly, I think it would be unfair to foreclose the

21    Department of Justice and the states, if, for example, later

22    on in this period, it decides additional topics are

23    warranted and months earlier somebody who has knowledge on

24    those topics has already sat for a fact deposition.  I'd

25    like to avoid that situation and we can talk about how best

1    to do that in a moment, but it just does seem to me to be

2    unrealistic that we can do that in every case.

3         But that said, at the same time, Mr. Dintzer and

4    Mr. Sallet, you know, coordinating the Rule 30(b)(6) witness

5    depositions and fact witnesses, when someone is designated

6    as a Rule 30(b)(6), really is in everybody's interest, in

7    terms of trying to stay true to the fact-discovery deadline,

8    because this time is moving quickly.  And I don't envy you

9    all in trying to get all of this done by the end of March,

10   but that is one place that you can gain some efficiency, is

11   not having to have somebody come back, be prepared twice,

12   scheduled twice, and have to sit twice.

13        And so I would urge the plaintiffs, since you all

14   are the ones who've issued these 30(b)(6) deposition notices

15   at this point, to try and do that very type of coordination

16   that I think Google is looking for, because I think it's in

17   everyone's interest to do that.  So those are my

18   observations.

19        I do think it would be useful to have a seven-day

20   rule of the kind that Mr. Dintzer has suggested.  I don't

21   know what you think about that, Mr. Schmidtlein, because

22   I don't think you addressed it specifically, but essentially

23   a rule by which a deponent -- and I think this ought to

24   probably extend to third parties as well -- that once a

25   notice or a subpoena is received, that within seven days,

1    that the recipient of that notice or subpoena has to reach

2    back out to the party that's noticing the deposition to

3    negotiate in good faith for a date that is mutually

4    convenient and works for both counsel and the witness, to

5    ensure that we're not having these issues crop up, you know,

6    on the eve of dates that depositions are noticed for.

7            So your thoughts, Mr. Schmidtlein, on that kind of

8    rule moving forward?

9            MR. SCHMIDTLEIN:  I think we have been -- we have

10   largely been operating within that realm, Your Honor.  So

11   seven days for current Google employees is fine in terms of

12   getting back and either accepting the date or proposing a

13   counterdate.

14           We have a specific provision in the CMO that deals

15   with former employees that gives us 14 days for them,

16   because tracking them down, determining whether they want to

17   have their own counsel, whether they're going to be

18   represented by Google counsel, you know, can take a little

19   bit longer.  So we have built into the CMO a specific time

20   period for those folks.

21           THE COURT:  Right.

22           MR. SCHMIDTLEIN:  But for current employees, seven

23   days is fine.

24           And as I said, I don't know that -- I can't sit

25   here right now and swear we've lived up to seven days

1  precisely for every single one, but we certainly have never

2  come back on the eve or anywhere close to the date of a

3  notice deposition and surprised the plaintiffs that we're

4  not showing up on a certain date and we're proposing

5  something new.  I think we have gotten back to them in a

6  very timely fashion.  They may not agree or like the date we

7  counterpropose, but it's not because we delayed in doing so.

8          THE COURT:  Mr. Schmidtlein, when do you

9  anticipate that your deposition notices, or I should

10  probably say more likely subpoenas, are going to start

11  rolling out and do you have an anticipated schedule in your

12  mind as to when you'll start seeking to depose most likely

13  third-party witnesses?

14          MR. SCHMIDTLEIN:  I think our subpoenas are

15  probably going to begin going out in the month of October,

16  Your Honor.

17          THE COURT:  All right.

18          So I think what I will do is I'll issue an order

19  that amends the CMO to require the recipient of either a

20  deposition notice or a deposition subpoena, so this would

21  apply to third parties, as well as parties, to respond to

22  the noticing party within seven days, to negotiate, in good

23  faith, a time and date for the noticed deposition, and

24  I think that'll help.  At least we'll put something in place

25  that at least begins the process of getting to the brass

1    tacks of actually when a deposition is going to be set down

2    so that the parties are focused on that sooner rather than

3    later after a notice or subpoena issues.

4            MR. DINTZER:  Your Honor, could I just touch on

5    one of the things with respect to the 30(b)(6)s and the fact

6    deposition that would also -- I understand exactly what the

7    Court is asking, and it would -- the way it works is when we

8    send a 30(b)(6), since we don't know who the fact witness --

9    the witness is, if they don't identify quickly who they're

10   going to put up for the deposition, then if they take two

11   weeks, three weeks, in this case they took more than 40 days

12   to tell us who they were going to put up for the 30(b)(6),

13   if they don't tell us -- and we won't have the time -- so

14   let's say we send out a 30(b)(6) in November and they're

15   going to put Joe up, if they don't -- if they wait until

16   three weeks before the deposition to tell us they're putting

17   Joe up, we don't have the time to prepare for that

18   deposition, for the fact deposition.  So if they tell us at

19   the -- within a few days, we're going to put Joe up, then we

20   can say, do we want Joe.

21           As the Court recognizes, we can't be perfect on

22   this, we can do our best.  But the more time we have, the

23   better chance we have, and then we can schedule the 30(b)(1)

24   deposition, if possible, the day before or the day after the

25   scheduled 30(b)(6) so that -- I mean, they're all virtual

1    anyway, so nobody has to travel but -- so that they take

2    place roughly together.

3            But that -- that would -- I mean, to make our best

4    efforts, it requires Google's best efforts to let us know,

5    as early as possible, when we're -- who the designees are.

6            THE COURT:  All right.

7            MR. SALLET:  And, Your Honor --

8            THE COURT:  Yes.

9            MR. SALLET:  -- if I could just add in, this is

10   illustrated by the point that I made that I won't repeat,

11   which is, Google has said that that witness on October 5th

12   will be a 30(b)(6) witness.  We're only a week or so out and

13   we don't know what topics for which that witness is

14   intending to be a 30(b)(6) witness or how that deposition

15   will work.

16           THE COURT:  All right.

17           Let's -- I want to put a pause on this issue,

18   because I know there are counsel for third parties on the

19   line, and so let me -- let's jump to the third-party issues,

20   because we've been spending a lot of time on the 30(b)(6)

21   issues.

22           So let's just quickly run down at least my list of

23   the disputed issues with respect to the third parties,

24   starting with the DOJ and Apple.

25           And, Mr. Dintzer, any update on where things

1    stand?  I know substantial compliance by Apple was supposed

2    to happen or is supposed to happen by September 30th.

3    Where do we stand on that?

4              MR. DINTZER:  It is my understanding, Your Honor,

5    that we're -- that Apple is making a good payment on that.

6              They've told --

7              THE COURT:  Have you received rolling productions?

8              MR. DINTZER:  We have.

9              They haven't completed --

10             THE COURT:  Right.

11             MR. DINTZER:  -- but they have produced about

12   76,000 documents so far.

13             But they've let us know that more are on the way,

14   and we have -- but we do have some data outstanding issues

15   in deliverables, none of that to raise to the Court right

16   now, but we're waiting for that.

17             So we have some concerns about the responsiveness

18   rate, which is the number of documents that are produced

19   versus -- you know, it's the -- the input versus output.

20   You know, when you put in 100, you kind of expect maybe 25,

21   and the rate that we're seeing is lower than we're

22   expecting, and so we're not ready to claim victory and move

23   on.

24             But we are, at this point, expecting them to

25   complete the production and then we'll have to take a look

1    and see if we have more questions about it.

2                THE COURT:  Okay.

3                Is counsel for Apple on the call this morning?

4                MR. SUNSHINE:  Your Honor, we are.  Steve Sunshine

5    for Apple.

6                First, I will say that we do believe that we are

7    and will be in compliance with your order to be

8    substantially complete by the end of the month.

9                As Mr. Dintzer said, we produced 76,000 documents

10   already, we'll make another production of roughly 25,000

11   documents on Thursday, which should be most, if not all, of

12   our production.  There's some limited privilege review and

13   checking that is going on.  So I think we are going to be in

14   good shape.

15               I am surprised to hear some of the statements and

16   comments that Mr. Dintzer is making; these are all new to

17   us, frankly not out of character to hear aspiration -- to

18   hear some of those aspersions just kind of thrown out

19   without any notice to us ahead of time.

20               Your Honor, we have, just to give you the actual

21   data, as opposed to the vague comments that Mr. Dintzer

22   made, the search terms, as DOJ finally agreed with us and

23   modified those two reasonable levels, led to about 400,000

24   hits, that would be 400,000 hits on documents.  With

25   attachments, it would be -- documents and attachments, it

1   was 900,000.  Given that we're producing about 100,000

2   documents out of 400,000, that's a responsiveness rate of

3   about 25 percent, which is pretty darn good in this

4   business.

5            So I don't understand where Mr. Dintzer is coming

6   from.  Of course, I'd be happy to have further discussions

7   with him based on data and facts, if that's helpful to him.

8            THE COURT:  All right.

9            Well, Mr. Dintzer, it sounds like you've got more

10  coming, and if there are issues that arise out of

11  production, that's just something you'll have to let me know

12  if there's more to be done there.

13           Let's turn to the Google-Microsoft issue.  The

14  Status Report that was presented indicated the parties had

15  negotiated some rolling production, 60 percent completion by

16  October 11th and substantial completion by October 20th.

17  Anything to report or update on that, Mr. Schmidtlein?

18           MR. SCHMIDTLEIN:  No, Your Honor.

19           As far as we know, based on the information, you

20  know, that's being made available to us to date, it would

21  appear that Microsoft is trying to meet those targets, but

22  if we have any further issues, we will obviously bring it to

23  the Court's attention.

24           THE COURT:  Okay.

25           And is counsel for Microsoft on if there's

1   anything you'd like to add?

2           MS. SIMONS:  Yes, Your Honor.

3           Caroline Simons on behalf of Microsoft.

4           THE COURT:  Hi, Ms. Simons.

5           MS. SIMONS:  Hi, Your Honor.

6           We don't have any issues to raise with the Court

7   today.  Thank you.

8           THE COURT:  Okay.  Thank you.

9           And then finally, Mr. Schmidtlein, we have in

10  place a schedule for further briefing on the one issue with

11  respect to Yelp.

12          And I guess the question is, other than that

13  issue, are the other issues resolved and are you --

14  do you have an agreement in place in terms of production and

15  timing of production?

16          MR. SCHMIDTLEIN:  I believe that we've -- we

17  largely have, I think, the other issues resolved.  There may

18  be a few points that are still being ironed out, but I am

19  hopeful that the issue that we flagged for you for briefing

20  is going to be the only one that we need your attention to.

21          THE COURT:  Okay.

22          And counsel for Yelp, if there's anything to add,

23  I'm happy to hear from you.

24          MS. KENNEY:  Yes.

25          Good morning, Your Honor, Ellen Kenney from

 1    Hueston Hennigan for Yelp.

 2            So, yes, we're working on additional search terms

 3    for additional custodians Google has requested.

 4            I just want to note to Your Honor that Yelp has

 5    already produced over 7000 documents in response to the DOJ

 6    and state subpoenas which were produced to Google.  We will

 7    also be making an additional production of our rolling

 8    production of the additional search terms that Google has

 9    requested today and expect to complete the productions in

10    the next few weeks.

11            We're also, above and beyond all of that, working

12    on new search terms for new custodians that Google has

13    requested.

14            So we're well underway with our productions and

15    hope to reach agreement with Google on all outstanding

16    issues other than the Luther Lowe issue -- excuse me, the

17    additional custodian issue.

18            THE COURT:  Okay.

19            All right.  Well, terrific.

20            So let's then -- unless there's anything further

21    from anyone, let's turn to the issues that are raised in the

22    protective -- the motion for the protective order.

23            I think the way to -- let me just share with you

24    my impressions about this and then we can figure out a way

25    forward.

1          On the question of the 30(b)(6) notice, what I

2     understand Google to be asking is that they be provided a

3     30(b)(6) notice by, I think October 15th is the date that

4     was requested, and that that essentially be the final notice

5     that plaintiffs are permitted to offer up, and it would be

6     from -- based on that notice that Google would identify

7     witnesses that would respond to the subject matters

8     identified in the notice.

9          A couple things:  One is, I think, you know, the

10    CMO is fairly clear that you all contemplated multiple

11    30(b)(6) witnesses, I don't think there's any question about

12    that, and that there would be -- there could be many

13    multiple -- many multiples of 30(b)(6) witnesses to cover a

14    range of topics.  I don't think there's any doubt that

15    paragraph 14 of the CMO contemplates that.  I think the

16    question is sort of what the CMO contemplates in terms of

17    number of notices, and I think it's silent on that issue.

18         On the other hand, I think given the nature of the

19    expectation as it relates to multiple 30(b)(6) witnesses,

20    I don't think it's unreasonable to think that the

21    expectation was that the plaintiffs at least would probably

22    issue more than one notice, and as the case unfolded, you

23    know, a notice that they may not have anticipated they

24    needed at the start may, I think, become something that did

25    become apparent as the discovery period went on.

1          So, you know, insofar as I think what Google has

2     argued that there is -- ought to be only one 30(b)(6)

3     notice, I'm not sure that's what the CMO contemplates and

4     calls for.  And I know the Federal Rules do; on the other

5     hand, the parties here have exhaustively sort of negotiated

6     the terms of the way discovery is going to move forward, and

7     I think given the number of potential 30(b)(6) witnesses,

8     it's not unreasonable to think that there will be multiple

9     30(b)(6) notices, that's one.

10          Two is -- and I'll reiterate what I said earlier,

11     which is, the importance of trying to coordinate discovery

12     between fact discovery and 30(b)(6) discovery, I think, is

13     really critical here.  It's important in terms of efficiency

14     to do that, not only for our own schedule but for those who

15     are going to be deposed, and so I won't repeat everything I

16     said earlier about that.

17          The third observation is -- the issue I have or

18     the concern I have about following Google's suggestion to

19     simply set October 15th as the date by which all topics need

20     to be noticed, is that I suspect what will happen is that

21     Mr. Dintzer and Mr. Sallet will get together and put

22     together a notice that will cover the waterfront of all

23     potential 30(b)(6) notice topics so that they're not

24     foreclosed from seeking a 30(b)(6) deposition on a

25     particular topic in the future.

1              I'm not sure how useful that's going to be to you,

2    Mr. Schmidtlein, to have an omnibus, or more like a

3    blunderbuss, notice of potential 30(b)(6) topics as we move

4    forward, and, in fact, could potentially, I do think, prove

5    to be a hindrance, because if you get something like that,

6    then you're left wondering how many of these topics are we

7    really going to have to identify 30(b)(6) witnesses for.

8    And I think that may add more complications than are

9    intended by your efforts to create efficiency, which I

10   appreciate, but I think may have some unintended

11   consequences.

12             And so I think what plaintiffs have proposed

13   actually makes some sense, which is to offer an additional

14   Rule 30(b)(6) notice by November 1, and then another, and we

15   can pick a date, in January.

16             And I think if we do it that way, it does two

17   things; one, it forces the plaintiffs to be precise about

18   what it is they exactly want with their Rule 30(b)(6)

19   depositions and not simply just file something that covers

20   the waterfront; and, two, I think it is likely to improve

21   our chances of structuring these depositions to allow for

22   coordination of fact and Rule 30(b)(6) witnesses, because,

23   Mr. Schmidtlein, you will have some certainty as to when

24   you're going to get the 30(b)(6) notices and what they will

25   cover.  And so there won't be -- you won't have, you know,

1    to engage in guesswork, it seems to me, when you get a

2    single notice in mid-October that really is going to,

3    I think, probably give you less information than you were

4    hoping for.

5            So I think those are my impressions about that

6    issue, and I'm happy to -- if you all want to be heard

7    further on it.  But I think what the plaintiffs have

8    suggested, and we can probably pick a date, Mr. Dintzer,

9    instead of just leaving it open, because I think if we do

10   that, maybe it's by the end of the second week of January,

11   that'll leave at least a full two and a half months to

12   schedule whatever 30(b)(6) witnesses are coming out of that

13   January notice.

14           So if we set down January 14th as the date by

15   which that second 30(b)(6) notice -- I guess the third

16   30(b)(6) notice needs to be issued, does that make sense?

17           MR. DINTZER:  Yes, Your Honor.

18           I think that fits fine and won't step on people's

19   holiday vacations -- or, you know, chance to take a day or

20   two off at the holidays.

21           THE COURT:  Yeah, I'm trying to ensure that you

22   can have a few days off.

23           MR. DINTZER:  I appreciate that, Your Honor.

24           THE COURT:  Mr. Schmidtlein, your thoughts and

25   reactions to all of this.

1          MR. SCHMIDTLEIN:  Your Honor, it's -- we

2     understand, you know, what your direction is.

3          I guess one of the things, though, that I think

4     I'm hearing, but want to confirm, is that these 30(b)(6)s

5     should be targeted to issues that they reasonably, you know,

6     sort of don't know who to ask the questions to.

7          It's quite -- to be perfectly honest, Your Honor,

8     this idea of using a 30(b)(6) in this case is odd, and it's

9     odd for the following reasons:

10          They've been investigating and litigating against

11     Google now for three years practically.  They have an

12     obscene volume of documents and data that have been produced

13     to them, as well as depositions that were taken

14     pre-complaint.  So the idea that they don't know today what

15     sort of universe of topics that they want to ask questions

16     about but they don't know who the right witness would be or

17     witnesses to ask of strikes us as sort of difficult to

18     really comprehend.

19          So if there's something discrete like these data

20     issues, or there's something, you know, that really is --

21     they've tried to get people -- information from witnesses

22     and witnesses that they would have reasonably thought would

23     have the information don't know the answers, that's one

24     thing.

25          But if they're going to take a series of

 1    depositions through October, November, December of senior

 2    execs on the topics that are fairly laid out and everybody

 3    knows that are the subject of litigation, and then on top of

 4    that, issue 30(b)(6)s, you know, on similar or related

 5    topics that could have been already addressed with fact

 6    witness depositions, you know, I think we're going to be

 7    back in front of you seeking protective orders.

 8            So we will obviously abide by your ruling, but we

 9    really want to make this efficient, and we think the idea

10    that the DOJ sitting here a year out from when this case was

11    filed almost and longer when you count the investigation,

12    that they need more time because they don't know exactly

13    what issues they might need testimony on is a bit odd to us.

14            So we will, I guess, look to see what these

15    notices look like, but we're -- you know, we're going to

16    obviously preserve our rights to come back to you.

17            THE COURT:  Sure.

18            Well, let me be -- let me make the following

19    observation.

20            MR. DINTZER:  Your Honor --

21            THE COURT:  Mr. Dintzer, I'll give you an

22    opportunity to respond.

23            By accepting what Mr. -- what the plaintiffs have

24    proposed here, it is my expectation that there will be

25    precision in these 30(b)(6) notices, that they won't be of

1  the variety that I'm trying to avoid, which is, you know,

2  sort of kitchen-sink-type 30(b)(6) notice that really does

3  create all sorts of chaos potentially, and that these two

4  dates that we're setting really are going to involve

5  30(b)(6) notices on sort of more discrete, identifiable

6  topics as to which a 30(b)(6) witness is actually required.

7  But, Mr. Dintzer, your reaction and response.

8          MR. DINTZER:  Google constantly wants to try to

9  control our discovery.  They didn't put the limits that

10  Mr. Schmidtlein was discussing, not in the CMO.  Every hour

11  that we spend deposing somebody counts against our stash of

12  depositions, which means -- but there's some things that are

13  unique in 30(b)(6)s, and, among them, Google has an

14  obligation to prepare their witness, as the Court knows,

15  which means that we get information from anywhere in Google,

16  they have to provide it for the witness, and the answers are

17  admissions.

18          And so there's a number of reasons why the courts

19  have said over and over that a Rule 30(b)(6) deposition

20  serves a unique function, it is the sworn corporate

21  admission, it is binding on the corporation, I'm quoting

22  *Paulsen v. Trump* -- that we can't have Google come in and

23  say, oh, we prefer not to answer these topics, it just can't

24  work that way.

25          THE COURT:  No.

1          And I don't think that's what we are -- that's

2    where Mr. Schmidtlein is.

3          I guess my point is simply this, which is:  This

4    is an unusual case.  You've got up to 80 fact depositions.

5    And you're right that a Rule 30(b)(6) witness, obviously, is

6    an admission against the company in a way that, perhaps, a

7    fact witness is not.  On the other hand, the odds are you're

8    going to get admissible testimony from fact witnesses that

9    are going to be relevant to your case.

10          So while you're right that Rule 30(b)(6) witnesses

11    perform an -- perform a function and create admissions that

12    a fact witness does not, the odds are pretty good that

13    your -- that your fact witnesses are going to be able to

14    generate evidence that will be admissible at a trial against

15    Google, if not as a direct admission, then certainly in

16    terms of relevant testimony for me to consider and weigh.

17          So, again, I understand the concerns, but, again,

18    I think we've all just -- with an eye towards what the goal

19    is here and this is really an area that, I think, can get us

20    all pretty bogged down, but I think the efficiencies are to

21    be gained with respect to these Rule 30(b)(6)s and we all

22    need to sort of do our best to strive to do better, okay?

23          MR. DINTZER:  We will.

24          MR. SALLET:  My -- I'm sorry.

25          THE COURT:  Mr. Sallet.

1          MR. SALLET:  May I just have a word?

2          THE COURT:  Of course.

3          MR. SALLET:  Of course, thank you for your

4    approach, which we think will expedite the discovery

5    process.

6          Of course, these additional notices are going to

7    come out from us, as well as the Department of Justice.

8          THE COURT:  Right.

9          MR. SALLET:  And, of course, we have all the

10   issues in the case, and we will work with DOJ closely, but I

11   don't want that point lost.  Sometimes the references seem

12   to be only to one set of plaintiffs.

13         Secondly, it's in our interest to be efficient.

14   We have so little time and so much to do that inefficiency

15   is not in our interest, and, therefore, we will strive to be

16   as efficient as possible.

17         And to that effect, Your Honor, on the issue I've

18   noted, I will say, with apologies twice, we think

19   it would be appropriate for Google to tell us by the end of

20   the day tomorrow what are the 30(b)(6) topics it intends to

21   use the two witnesses it has identified for the pending

22   30(b)(6) notice, what are the topics on which they are going

23   to testify?  That's critical for us to move forward.

24         THE COURT:  But isn't -- I mean, maybe I'm

25   misunderstanding the issue --

1          MR. SALLET:  Yes.

2          THE COURT:  -- and not appreciating it, but I

3   understood Google to say that, with respect to the 30(b)(6)

4   notice that has been issued --

5          MR. SALLET:  Yes.

6          THE COURT:  -- the one that was attached to its

7   motion for protective order at Exhibit A, the one that

8   covers four topics, all of which concern, generally

9   speaking, Google's tracking of market shares.

10         MR. SALLET:  Yes, Your Honor.

11         THE COURT:  There are two folks available to serve

12  as 30(b)(6) witnesses with respect to all of those topics.

13         Now, maybe, Mr. Schmidtlein, I'm overstating that

14  last part and maybe these two individuals are not prepared

15  to testify as to all four topics, but --

16         MR. SCHMIDTLEIN:  Your Honor, let me cut

17  through --

18         THE COURT:  Okay.

19         MR. SCHMIDTLEIN:  -- all of this.

20         One of the witnesses is going to testify on the

21  topics as to search, and the other is going to testify on

22  the topics as to search advertising.

23         THE COURT:  Okay.

24         MR. SALLET:  And will Google tell us today which

25  is which so we know which one is coming up next week?

1           MR. SCHMIDTLEIN:  If you don't know by now,

2      Mr. Sallet, sure, we will tell you.

3           MR. SALLET:  Mr. Schmidtlein, don't overestimate

4      how much I don't know.

5           That would be helpful to have it from you.

6      Thank you.

7           MR. DINTZER:  Your Honor, I would like to echo

8      what Mr. Sallet said and expand upon that, because we

9      have -- and I'll explain our concern.  We have noticed the

10     30(b)(6) for this Friday, which -- and we've noticed Mr. Fox

11     for two days of deposition, which we are supposed to get --

12     I'm sorry, Mr. Fox for one day of deposition, which we are

13     supposed to get.

14          We need to have some confidence from Google on

15     which exact days their people are going to testify, and --

16     because if they want to identify somebody --

17          THE COURT:  Let me interrupt.

18          I guess maybe I'm missing something here.

19          I mean, Mr. Schmidtlein, are you making one or

20     both of these folks available on September 30th?

21          MR. SCHMIDTLEIN:  No.

22          We've made very clear, Mr. Fox is being made

23     available on October 5th, the date that he's being deposed

24     in his individual capacity, and they can ask him whatever

25     questions about the 30(b)(6) notice on October the 5th.

1          MR. DINTZER:  And so that's -- and Mr. Schmidtlein

2     has put the exact point that we have concern, because we

3     have a full day of fact deposition for Mr. Fox, because we

4     have noticed him for a full day, and we have an open number

5     of hours, because that's what the CMO provides for Mr. Fox.

6          And so Mr. Schmidtlein, unless he's going to make

7     poor Mr. Fox sit there for 11, 12 hours, the fact that he's

8     generously offered us one witness for one -- it doesn't

9     work, and that's what we're trying to pin Google down on;

10    that's the confusion.

11          THE COURT:  If I can just -- because I want to

12    sort of move on to the second issue in a moment, but let me

13    just make sure I'm clear about one thing:  One is that

14    Mr. Fox is both -- he's set for a deposition on October the

15    5th, and he's also one of your 30(b)(6) designees in

16    response to a 30(b)(6) notice that's attached to your

17    protective order; is that right, Mr. Schmidtlein?

18          MR. SCHMIDTLEIN:  Correct, Your Honor.

19          THE COURT:  Okay.

20          And so how many days, in light of that,

21    Mr. Sallet, and Mr. -- or I should say hours -- Mr. Sallet

22    and Dintzer, do you wish to depose Mr. Fox in his dual

23    capacity, both as an individual and as a 30(b)(6)

24    representative?

25          MR. DINTZER:  As an individual, we get him for

```
1   seven hours under the CMO.

2              THE COURT:  Right.  I knew it --

3              MR. DINTZER:  I mean, that shouldn't surprise

4   anybody.

5              Maybe four hours.  We have to -- but there may be

6   four hours, give or take, that this witness could face

7   questioning, depending on how forthcoming he is, under the

8   30(b)(6).

9              THE COURT:  All right.

10             Well, I guess the bottom line is that you all are

11  going to -- you and Mr. Sallet are going to have to work out

12  exactly what your intentions are with respect to timing.

13             And, Mr. Schmidtlein, has Mr. -- in the event that

14  timing is such that Mr. Fox is needed for a second day, is

15  he available on October the 6th?

16             MR. SCHMIDTLEIN:  We will check on that,

17  Your Honor.

18             THE COURT:  Okay.

19             MR. SCHMIDTLEIN:  We think that the nature of the

20  inquiry of both of these should be done in one day, and we

21  think we can accomplish it then, but I will check on his

22  availability.

23             THE COURT:  Well, let's say the following, which

24  is that:  I would ask you to ask Mr. Fox, if I have to order

25  it, I'll order it, but to at least be prepared to
```

1   potentially spill into the 6th, all right?

2           So unless Mr. Fox wants to sit 14 hours on one

3   day, and hopefully it doesn't take that long, but to at

4   least be available to potentially complete his deposition,

5   both in his individual capacity and as a 30(b)(6) witness.

6           So then that's one of the two.  Who's the other

7   and when is that person going to be available?

8           MR. SCHMIDTLEIN:  The other witness, Your Honor,

9   is Mr. Judah, who we have offered.  They have noticed him

10  for two days, we have offered him for two days the following

11  week, and, again, we believe that the notice and the

12  depositions should be achievable within those two days.

13          MR. DINTZER:  And Mr. Schmidtlein leaves out that

14  the two days that they've offered him, the second day he has

15  a hard stop, I believe, at 5:00.  And Mr. Schmidtlein can

16  correct me if I am wrong.

17          THE COURT:  All right.

18          Look, I think the question is, what are the two

19  days and -- what are the two days that you think -- or that

20  he's scheduled for?

21          MR. DINTZER:  We noticed him for the 6th and 7th,

22  I believe.

23          MR. SCHMIDTLEIN:  I'm just looking it up.

24          I think it's either the 13th and the 14th we've

25  offered him for -- or, no, I think the 14th and the 15th or

1    the 20th or the 21st are the dates that we've made

2    available.

3              THE COURT:  All right.  So --

4              MR. DINTZER:  It's a two-day deposition,

5    Your Honor, for a two-day 30(b)(1) deposition.

6              THE COURT:  I don't want to do this very much,

7    but -- I don't want to be your scheduler, but if he's

8    available on the 14th and 15th, are those two days the

9    plaintiffs can be available to take his 30(b)(6) deposition

10   and his individual deposition?

11             MR. DINTZER:  We --

12             MR. SALLET:  Your Honor, I would --

13             MR. DINTZER:  Go ahead.

14             MR. SALLET:  I'm sorry; I apologize.

15             MR. DINTZER:  No, no, it's okay.

16             MR. SALLET:  I just want to reiterate what

17   Mr. Dintzer already said.

18             Managing time in a fact deposition is an art form

19   in and of itself.  He's told there's a hard stop at

20   5:00 p.m., but the other time management that's done adds an

21   additional complication that shouldn't exist.  We should

22   have witnesses on days when we can take the seven hours as

23   we need it and we don't have other artificial -- maybe not

24   artificial, but other deadlines that complicate our ability

25   to do so, because the possibility exists that we don't

1    finish the seven hours, 5:00 p.m. comes, and we have to

2    bring the witness back for the rest of the time.  We still

3    would have the right to continue the questioning for the

4    seven hours.

5                 THE COURT:  Sure.

6                 Look --

7                 MR. DINTZER:  And just so that the Court

8    understands, this is a two-day 30(b)(1) deposition, the fact

9    deposition alone, separate from the 30(b)(6), we used

10   under -- the CMO provides us with a booster at 16 where we

11   can make them for two days.  We used that.

12                So the fact that they gave us two days with a hard

13   stop at 5:00 on the second day -- and we don't want to

14   involve the Court any more than the Court wants to be

15   involved, this is something that Google's been playing games

16   with.  They know that we need more than two days for this,

17   but they won't offer it and they tell us, well, you should

18   be able to fit it in.  That's the kind of thing --

19                MR. SCHMIDTLEIN:  We've offered him for the 20th

20   and the 21st as well, with no time limits.

21                We offered the 14th and the 15th noting a 5:00

22   p.m. stop when they seemed unhappy with the 20th and the

23   21st.

24                MR. DINTZER:  That's because our 30(b)(6) notice

25   was issued --

1          THE COURT:  All right.  Hang on.

2          Here's what we're going to do.  Do I understand

3    correctly that Mr. Judah is both going to be a 30(b)(6)

4    witness for -- excuse me, a fact witness for two days, on

5    the 14th and the 15th, and then in addition to that, he's

6    going to serve as a 30(b)(6) for some portion of time;

7    is that correct?

8          MR. SCHMIDTLEIN:  Correct, Your Honor.

9          THE COURT:  Okay.

10          So Mr. Judah is going to have to make himself

11   available on the following days, and I'm sorry to have to do

12   this but I don't have any choice:  He's going to have to be

13   available on the 14th and the 15th and the 20th or the 21st,

14   you all can negotiate that amongst yourselves, to accomplish

15   both his fact deposition and his Rule 30(b)(6) deposition.

16   Hopefully it can be done in two days on the 14th and 15th,

17   but if it can't be, he's got to make himself available

18   either on the 20th or the 21st for any spillover, okay?

19          MR. DINTZER:  We appreciate that, Your Honor.

20          THE COURT:  All right.

21          So let's then move forward and just -- and I'd

22   like to try and get this done in the next ten minutes or so,

23   just in terms of the second portion of the protective order

24   that limits the time frame.

25          So we had this issue arise in terms of time frame.

1   And I think the question to you, Mr. Schmidtlein, is, it's

2   not clear to me -- it's undoubtedly burdensome for anybody

3   to go back and testify about 20 years' worth of corporate

4   practice, but it's not clear to me what that burden entails

5   and whether it's unduly burdensome.

6           You know, the complaint does sort of make

7   allegations back to 2002, 2003.  And what I'm trying to sort

8   of get a better sense from you is what it is entailing to

9   have each of these gentlemen prepare for a deposition that

10  could test the company's knowledge for a 20-year period.

11          MR. SCHMIDTLEIN:  Your Honor, I think it is --

12  typically in preparing for these, you do a couple different

13  things.  I mean, you either have to try to review or gather

14  documents that might help inform, and going back and doing a

15  20-year review is -- you know, is much more burdensome.

16          The second thing is, you typically try to go and

17  make inquiries of other relevant individuals.  Now, you

18  know, there's -- the number of people who can speak to

19  whatever the practices were going back 20 years is going to

20  be obviously limited to who are currently at the company.

21          THE COURT:  And how long -- sorry to interrupt

22  you, but how long have Mr. Judah and Mr. Fox been with

23  Google?

24          MR. SCHMIDTLEIN:  In different capacities, we have

25  chosen them in part because they have been at the company

1    for quite a while.  I mean, they haven't been there for

2    20 years each, but they've certainly both been there,

3    I believe, for over a decade.

4              So, you know, they have some ability themselves to

5    cover some of this.  But I think what we were trying to

6    balance this against, Your Honor, is what is the claim here?

7    The claim here is Google's monopolizing markets today, not

8    that we monopolized the market 20 years ago or 10 years ago.

9    It's today.  And so their burden is to demonstrate what

10   Google's practices are today, what its market share is

11   today.  What its market share was 20 years ago or 15 years

12   ago or 10 years ago is not germane, in our judgment, or does

13   not -- you know, is not so germane that it outweighs the

14   burdens here of -- in this circumstance.  So that's the

15   balance that we're trying to strike here, Your Honor.

16             THE COURT:  Okay.

17             Mr. Sallet, I'll hear from you and then we'll

18   resolve this and move forward.

19             MR. SALLET:  Yes, Your Honor.

20             This earlier time period is absolutely vital.  The

21   allegations here are not about simply -- not limited to the

22   conduct in which Google engages today.  The allegations are

23   that Google has had a scheme lasting many years, multiple

24   years to maintain a monopoly through exclusionary conduct.

25             THE COURT:  And in your case --

1              MR. SALLET:  And the question --

2              THE COURT:  Mr. Sallet, sorry to interrupt you.

3              And in your case, when would you say that -- when

4    have you alleged that scheme begins or began?

5              MR. SALLET:  We have joined the Department of

6    Justice.

7              THE COURT:  Right.

8              MR. SALLET:  In other words, our allegations

9    mirror and, indeed, incorporate the Department of Justice

10   going back into the first decade of this century.

11             THE COURT:  Right.

12             But 2002 is the year that --

13             MR. SALLET:  That is the first allegation,

14   I believe, the DOJ makes.

15             THE COURT:  Right.

16             MR. SCHMIDTLEIN:  Your Honor, to be clear, neither

17   plaintiff takes -- says what year in their complaint,

18   neither plaintiff says what year the alleged unlawful

19   monopolization began.

20             MR. SALLET:  Your Honor, if I might just make

21   another point.

22             The question of what Google thought about its

23   market share in years prior to 2016, which is the cut-off

24   that Google would impose, is very important in understanding

25   how Google understood the market, how it understood what

1   could be threats of competition, and, therefore, pinpointing

2   exactly the point Mr. Schmidtlein makes, when is the

3   unlawful monopoly maintenance conduct that begins.

4            In the Department of Justice's papers, it notes

5   figure 6 from its complaint, which shows, based on public

6   sources, Google market share going back to 2009.

7            What it shows is, there's a little bit of

8   fluctuation, Google is always dominant, always a monopoly,

9   but a little bit of fluctuation, 2013, '14, '15.  Then

10  market share grows, already dominant, but at a moment in

11  time when one might think that Google has found a way to

12  prevent erosion and, indeed, it increased monopoly

13  maintenance.

14           This is not the only such event, but it is the

15  kind of event where it's absolutely critical to know how

16  Google understood its market position in years earlier than

17  2016.

18           THE COURT:  All right.

19           Well, realistic, how far back -- you've said 2009.

20  I mean, do you need -- explain to me why you need nearly

21  20 years of information about how Google tracked market

22  share.

23           I mean, look, I don't know whether Google does

24  something magically that other companies don't, but I assume

25  everybody -- you know, every company tracks its market share

1  in some way, shape, or form, and there's -- I'm not

2  proclaiming anything here, but it doesn't seem to me there's

3  anything inherently unlawful about tracking market share.

4          And so why 20 years of facts pertaining to

5  tracking of market share?

6          MR. SALLET:  I'm happy to give an answer, but I'll

7  defer to the Department of Justice, which has put forward,

8  I believe, 2005 as a date, and I'm happy to speak to that as

9  well.

10         MR. DINTZER:  I'd be happy to jump in, Your Honor,

11  for two things -- I'd like to point out two things.

12         One of them is this:  The durability of Google's

13  market power is directly relevant to the monopolization

14  claim.  And so going back to 2005, 2006, you know -- and

15  their own measure of their market power is -- I mean,

16  it's -- quite honestly, it can be definitive.  If we bring

17  into court something where Google says that they have

18  70 percent market share or 80 percent market share, it's

19  pretty tough for them to run away from it.  And so

20  obviously -- and, of course, if they say it in a 30(b)(6),

21  it's an admission.  So the ability to ask them about their

22  market share going back that far is really important.

23         But also, Google practices -- and they're very,

24  very disciplined about this -- Google practices real efforts

25  at not putting things like "market share" in writing.  And

1   so it's not easy to ferret out from the documents, as

2   Mr. Schmidtlein suggests, even though -- they make every

3   effort to -- not that they don't have it and not that they

4   don't accumulate it --

5           THE COURT:  Can I ask you, though, it's

6   certainly -- it doesn't surprise me that the government will

7   be asking Google both what it does to track market share and

8   what its impression is of its market share, but ultimately,

9   isn't the question of market share likely to come down to

10  what your experts opine as to what Google's market share has

11  been over the years?

12          MR. DINTZER:  Well, certainly our experts will

13  address that.

14          But if -- I mean, quite simply, Your Honor, if

15  Google itself is calculating its market share at 75 percent,

16  that's -- I mean, that -- they have a really tough road to

17  argue that they've got 20 percent of the search market.

18          I mean, just as a simple factual matter, us

19  obtaining this evidence about what they do and then our

20  expert can rely upon that along with other analysis, our

21  expert can rely upon Google's own interior data.  There's

22  nothing more convincing or more compelling than the fact

23  that Google itself realized that it had this kind of market

24  power.

25          And so we need to -- I mean, this is -- Google --

1   and from what I've heard Mr. Schmidtlein say, he offered

2   no -- he didn't address burden at all.  He said somebody has

3   to talk to somebody, somebody has to gather some documents.

4   There was nothing about hours or cost or anything like that,

5   and so they haven't established any burden.

6          And there's clearly important need for this data

7   going back to 2005 to the present and then we can ask in the

8   30(b)(6) about it.

9          MR. SALLET:  Your Honor, might I just make one

10  point?

11         It's around 2005 that we see Google enter into

12  very important contracts in which it's making payments that

13  are precisely the contracts that the Department of Justice

14  and we believe are exclusionary.

15         It's the genesis of those contracts; this is the

16  time period.  If there's a time to understand market share

17  from Google, it's very important, and it's for this reason:

18  Experts will be critical, of course, but Google's own

19  assessment of who's a competitor is necessarily part of a

20  market share calculation, right?  You take the relevant

21  companies, you add them up, you divide.

22         So knowing who Google thought -- what Google

23  thought was its market share and giving insight into who it

24  thought was its competitors through that calculation, at a

25  time when it's entering into the contracts for the first

1    time, the contracts that are at issue in this case is

2    clearly relevant and clearly discoverable.

3              THE COURT:  All right.

4              So here's what we'll do.  I think we'll cut this

5    back a little bit.

6              So the date will be 2005.  I've heard plaintiffs

7    make a case for why 2005 is an important starting period for

8    obtaining information about market share and Google's market

9    share, how it tracked its market share, at least as it

10   relates to these 30(b)(6) witnesses.  It doesn't go all the

11   way back to 2002, it doesn't give a lot of relief from what

12   Mr. Schmidtlein was seeking, obviously.

13             But given that the two gentlemen who've been

14   identified as 30(b)(6) witnesses have also been -- I've been

15   told have at least been at the company for ten-plus years,

16   I understand it may not be in the capacity in which they

17   were always in a position to have firsthand knowledge of

18   market share, but, nevertheless, it seems like the burden is

19   somewhat reduced by the fact that these two gentlemen have

20   been there for some amount of time and it remains a little

21   unclear how much additional information they'll have to

22   learn either through other witnesses or other people with

23   knowledge or through other documents in order to be

24   prepared.  So I'll grant it in part for the time period

25   beginning in 2005, so they'll need to be prepared for

1   questions relating to that time period moving forward.

2          So that brings us to, it seems to me, the end of

3   the issues that are raised in the protective order.

4   Is there anything else that either side wants to raise today

5   before we adjourn?

6          I think I did want to add one item to the -- as a

7   Joint Status Report, is I'd like something from Google and

8   the states, just an update on their meet-and-confer, if I

9   could get that by Wednesday of next week, just an update as

10  to where things stand and whether you will need me to weigh

11  in on any areas of disagreement.

12         So if I could get that by October the 6th.

13  I think that was the only -- and I will issue an order that

14  amends the Scheduling Order -- excuse me, the Case

15  Management Order to reflect the seven-day rule that we

16  discussed that will apply to both notices and to subpoenas.

17         And with that, is there anything else that we need

18  to take up?

19         Oh, and I'll make sure I memorialize the

20  agreement, or at least the plaintiff's proposal, as it

21  relates to 30(b)(6) witnesses and when notices will be

22  issued.

23         MR. DINTZER:  Thank you, Your Honor.

24         There's a minor thing:

25         We and Google -- so we and Google and the states

1  have been negotiating a protocol to cover the depositions,

2  the electronic -- the virtual depositions.

3          And after the JSR was filed, we hit an impasse on

4  two issues that -- they're not huge, but they're things that

5  need to be resolved.  In fairness to Google, we didn't have

6  a chance to put them in the JSR and I said I wouldn't raise

7  them here, but I wanted to at least put the Court on notice

8  we have these issues that I believe we're at an impasse on.

9          And so I don't know how the Court wants us to do

10 it, but I didn't want to wait another month.  We could each

11 file a few pages, we could -- however Mr. -- the Court and

12 Mr. Schmidtlein want to address it, but I did want to at

13 least flag it because --

14         THE COURT:  Can you just at least flag for me what

15 the issues are and then we can figure out whether to address

16 it now or put something in writing?

17         MR. DINTZER:  Sure.

18         So one of them is the attendance of -- during the

19 virtual depositions, who's going to be in the room with the

20 witness.

21         Google -- four of the six depositions that have

22 gone forward, nobody's been in the room with the witness.

23 One of them, it's a third party -- the third party's

24 counsel, and one time Google's counsel has been.

25         But Google won't agree that the protocol will

1    prohibit people from being in the room.  And we want a level

2    playing field.  We can't be in the room and we can't

3    understand any reason why counsel has to be in the room.

4    Counsel can be in the room next door in case there's a tech

5    issue.  So we're happy to do a little briefing.

6           The second issue is what software has to be loaded

7    on --

8           THE COURT:  Well, can I ask you -- I mean, are you

9    all conducting these remotely out of convenience, public

10   health concerns, or all of the above?  In other words --

11          MR. DINTZER:  Public health.

12          THE COURT:  I mean, there's certainly nothing in

13   the CMOs that prevents you from doing live depositions or

14   in-person depositions, socially-distanced, et cetera,

15   you know.  And I don't know that anybody ought to be

16   disadvantaged by doing it remotely.

17          On the other hand, if -- it's sort of hard for me

18   to say that a lawyer can't be in the same room as -- either

19   questioning or raising objections.

20          MR. DINTZER:  And which we offered the compromise,

21   which is, if the lawyers or anybody else is going to be in

22   the room, we just want a camera on them.  That's what we've

23   asked for.

24          MR. SCHMIDTLEIN:  Your Honor, again -- once again,

25   Mr. Dintzer is wrong here.

1          We have, in every instance, if a lawyer is in the

2    room with the witness, the lawyer has a laptop on and the

3    camera is -- there is a camera on the lawyer, and if the

4    witness is sitting a few feet away, there is a separate

5    camera on the witness from the witness's laptop.

6          What the Department of Justice is asking for is,

7    no, no, no, going forward, if you are in the room with a

8    witness, in addition to the lawyer's laptop being on and

9    them being on camera and the witness being on a separate

10   camera, Mr. Dintzer wants somehow a third video camera in

11   the entire room.  That's what they're asking for.

12          MR. DINTZER:  No, that's not.

13          What we're saying is, if there's somebody else in

14   the room, like a paralegal, they have to be on camera too.

15   If it's just a lawyer, we're fine with the laptop camera on

16   the lawyer.

17          MR. SCHMIDTLEIN:  And that's not what your people

18   have written us about, so I'm glad we have an agreement

19   today.

20          MR. DINTZER:  I think we have an agreement on

21   this.

22          So, Your Honor, this one's an easy one.  This

23   one's a softball.  I think we have an agreement.

24          THE COURT:  Okay.  Good.

25          And what's the other issue then?

1          Good.

2          MR. SCHMIDTLEIN:  The other issue, Your Honor,

3    that he is raising is that they want to force Google to

4    purchase Microsoft software to put on their laptops so that

5    they can open files during the deposition in Microsoft

6    files, and Google doesn't have that software on their

7    employees' laptops.  And we have given them an alternative,

8    which is to load and transfer the files through Google

9    Drive, because that's what's on the employees' laptops, and

10   they refuse to do that.

11         MR. DINTZER:  The documents that Google has

12   produced in native form, sometimes it's best to show the

13   witness the document in its native form, like a spreadsheet.

14   And so the only term we asked for is if we give Google

15   advanced notice that we're going to use an Excel spreadsheet

16   or a PowerPoint, that they make sure that the witness has

17   that on their laptop.

18         THE COURT:  Maybe -- look, I'm far from a

19   tech-savvy person, but I mean, Google Drive, as I understand

20   it, is simply a way of hosting documents.  So a Microsoft

21   Excel file or a Microsoft Word file or a PDF or a JPEG can

22   all be hosted through Google Drive.

23         Am I wrong about that?  It essentially functions

24   as a repository, as a cloud storage repository for storing

25   documents and managing documents.  Am I wrong about that?

1          MR. DINTZER:  The way that the documents are

2    loaded on these virtual depositions, like if the Court was

3    deposing me, the Court would put up in the chat one of the

4    documents to be used to depose me.

5          THE COURT:  Right.

6          MR. DINTZER:  And -- but if the Court loaded an

7    Excel document, then it wouldn't open -- we can't use Google

8    Drive because of DOJ's security issues.  So that's --

9          THE COURT:  But I don't understand that, but maybe

10   I'm getting too far in the weeds here.

11         But if you open an Excel -- if you put up an Excel

12   file, the only question is whether there is a way to open

13   that Excel file.

14         And, Mr. Schmidtlein, I have to assume that

15   whatever computer is being used can open up an Excel file,

16   right?

17         MR. SCHMIDTLEIN:  If it's used -- if it is loaded

18   and hosted on a Google Drive when the employee opens it, it

19   will open in a Google format that --

20         THE COURT:  Right.

21         MR. SCHMIDTLEIN:  -- the laptop will recognize and

22   the employee can read it.

23         But these employees do not have Microsoft Excel

24   loaded on their laptops.

25         THE COURT:  I can understand why.

1            Look, I think this is not one I'm going to get

2   involved with.  If the software that's available at Google

3   is Google's software, that shouldn't shock anybody, unless

4   there is something that's truly incompatible and so would

5   require Google to actually purchase unique software that it

6   is otherwise incapable through its own products of getting

7   access to, that's a different situation, and I'm not going

8   to be in the business of ordering Google to purchase

9   Microsoft products, that might get me into trouble.

10            So I'm not going to do that, and so hopefully that

11   takes care of those two issues.

12            MR. DINTZER:  Thank you, Your Honor.

13            THE COURT:  With that, that brings us to the end

14   of our session.

15            We have another -- at least our next date is

16   scheduled for -- oh, I need to talk to you all about this.

17   Right now we're scheduled for the 29th at 3:00 p.m.  Would

18   it be possible to move that up a day to 3:00 p.m., the 28th?

19   Because I'm supposed to start a jury --

20            MR. DINTZER:  That works for us.

21            MR. SALLET:  That works for us.

22            THE COURT:  -- I'm supposed to start jury

23   selection on the 29th in a criminal case.

24            MR. SALLET:  It works for us.

25            MR. DINTZER:  It works for us.

1          MR. SCHMIDTLEIN:  It works for us.

2          THE COURT:  Mr. Schmidtlein and Mr. Dintzer.

3          So we'll move that up.  Our next status conference

4    will be October 28th now at 3:00 p.m.  That'll -- and we'll

5    continue to meet virtually unless there is -- unless things

6    abate on the public health front.  But for now, we'll still

7    do it virtually and we'll look forward to seeing everybody

8    in a month, if not sooner.

9          Thanks, everyone.

10          (Proceedings concluded at 12:40 p.m.)

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

      Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__September 28, 2021___   /S/__William P. Zaremba_____

                    William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [1]** 3/2

**MR. DINTZER: [48]** 4/8 5/18 9/17 10/22 11/2 11/5 11/9 11/14 11/18 11/22 17/15 18/1 32/4 34/4 34/8 34/11 42/17 42/23 44/20 45/8 46/23 49/7 50/1 50/25 51/3 52/13 52/21 53/4 53/11 53/13 53/15 54/7 54/24 55/19 60/10 61/12 64/23 65/17 66/11 66/20 67/12 67/20 68/11 69/1 69/6 70/12 70/20 70/25

**MR. SALLET: [36]** 18/12 18/18 19/8 19/12 19/15 19/19 22/11 22/15 23/14 23/22 25/3 25/9 33/7 33/9 46/24 47/1 47/3 47/9 48/1 48/5 48/10 48/24 49/3 53/12 53/14 53/16 57/19 58/1 58/5 58/8 58/13 58/20 60/6 62/9 70/21 70/24

**MR. SCHMIDTLEIN: [35]** 12/15 16/4 16/11 17/2 17/7 17/23 18/2 23/7 25/14 30/9 30/22 31/14 36/18 37/16 43/1 48/16 48/19 49/1 49/21 50/18 51/16 51/19 52/8 52/23 54/19 55/8 56/11 56/24 58/16 66/24 67/17 68/2 69/17 69/21 71/1

**MR. SUNSHINE: [1]** 35/4

**MS. KENNEY: [1]** 37/24

**MS. SIMONS: [2]** 37/2 37/5

**THE COURT: [97]**

**'** 

**'14 [1]** 59/9
**'15 [1]** 59/9

**/**

**/S [1]** 72/10

**0**

**0340 [1]** 1/15

**1**

**10 [2]** 57/8 57/12
**100 [1]** 34/20
**100,000 [1]** 36/1
**10th [1]** 5/1
**11 [1]** 50/7
**1100 [1]** 1/14
**11:00 [1]** 1/6
**11th [1]** 36/16
**12 [1]** 50/7
**12:40 [1]** 71/10

**1200 [1]** 1/20
**1300 [1]** 1/20
**13th [2]** 7/10 52/24
**14 [4]** 12/19 30/15 39/15 52/2
**14th [9]** 15/10 42/14 52/24 52/25 53/8 54/21 55/5 55/13 55/16
**15 [1]** 57/11
**15th [11]** 15/10 15/10 24/6 39/3 40/19 52/25 53/8 54/21 55/5 55/13 55/16
**16 [1]** 54/10
**16th [1]** 15/10
**17th [1]** 22/19
**19 [1]** 72/6
**1st [4]** 5/5 17/18 17/20 18/14

**2**

**20 [6]** 56/3 56/19 57/8 57/11 60/4 61/17
**20 years [2]** 57/2 59/21
**20-3010 [2]** 1/4 3/3
**20-year [2]** 56/10 56/15
**20001 [1]** 2/9
**20005 [1]** 2/3
**2002 [3]** 56/7 58/12 63/11
**2003 [1]** 56/7
**2005 [7]** 60/8 60/14 62/7 62/11 63/6 63/7 63/25
**2006 [1]** 60/14
**2009 [2]** 59/6 59/19
**2013 [1]** 59/9
**2016 [2]** 58/23 59/17
**202 [3]** 1/15 2/4 2/9
**2021 [2]** 1/5 72/10
**20th [6]** 36/16 53/1 54/19 54/22 55/13 55/18
**21st [5]** 53/1 54/20 54/23 55/13 55/18
**22nd [1]** 6/14
**24th [1]** 23/23
**25 [2]** 34/20 36/3
**25,000 [1]** 35/10
**28 [2]** 1/5 72/10
**28th [2]** 70/18 71/4
**29th [2]** 70/17 70/23

**3**

**30 [105]**
**3010 [2]** 1/4 3/3
**307-0340 [1]** 1/15
**30th [8]** 7/12 8/10 11/23 14/21 21/8 21/10 34/2 49/20
**3249 [1]** 2/9
**333 [1]** 2/8
**354-3249 [1]** 2/9
**3:00 [3]** 70/17 70/18 71/4

**4**

**40 [2]** 7/11 32/11

**400,000 [2]** 35/22 35/24 36/2
**434-5000 [1]** 2/4

**5**

**5000 [1]** 2/4
**508-6000 [1]** 1/22
**5:00 [4]** 52/15 54/1 54/13 54/21
**5:00 p.m [1]** 53/20
**5th [6]** 20/6 21/11 33/11 49/23 49/25 50/15

**6**

**60 [1]** 36/15
**6000 [1]** 1/22
**69 [1]** 4/23
**6th [7]** 7/20 7/24 15/3 51/15 52/1 52/21 64/12

**7**

**70 percent [1]** 60/18
**7000 [1]** 38/5
**720 [1]** 1/22
**725 [1]** 2/3
**75 [1]** 61/15
**76,000 [2]** 34/12 35/9
**7th [5]** 1/21 7/20 7/24 15/3 52/21

**8**

**80 [4]** 26/11 26/12 46/4 60/18
**80203 [1]** 1/21

**9**

**900,000 [1]** 36/1

**A**

**a.m [1]** 1/6
**abate [1]** 71/6
**abide [1]** 44/8
**ability [5]** 7/15 20/25 53/24 57/4 60/21
**able [5]** 5/21 6/9 9/8 9/19 21/5 21/21 24/17 46/13 54/18
**about [50]** 4/4 4/5 6/3 6/4 6/12 12/5 12/10 13/13 13/16 13/20 15/1 18/5 20/8 21/16 25/17 25/21 26/9 26/13 28/25 29/21 34/11 34/17 35/1 35/23 36/1 36/3 38/24 39/11 40/16 40/18 41/17 42/5 43/16 49/25 50/13 56/3 57/21 58/22 59/21 60/3 60/21 60/24 61/19 62/4 62/8 63/8 67/18 68/23 68/25 70/16
**above [3]** 38/11 66/10 72/4
**above-titled [1]** 72/4
**absolutely [2]** 57/20 59/15
**accept [1]** 13/9
**accepting [3]** 16/15

**access [1]** 70/7
**accommodate [1]** 6/24
**accomplish [3]** 28/19 51/21 55/14
**accomplished [1]** 14/24
**according [2]** 9/8 22/9
**accumulate [1]** 61/4
**achievable [1]** 52/12
**achieve [1]** 28/17
**Action [1]** 3/3
**actual [1]** 35/20
**actually [5]** 9/16 32/1 41/13 45/6 70/5
**add [7]** 19/11 33/9 37/1 37/22 41/8 62/21 64/6
**addition [2]** 55/5 67/8
**additional [17]** 4/3 18/24 18/24 19/2 20/14 21/13 24/14 28/22 38/2 38/3 38/7 38/8 38/17 41/13 47/6 53/21 63/21 65/15
**address [3]** 14/15 15/1 19/22 61/13 62/2 65/12 65/15
**addressed [3]** 4/1 29/22 44/5
**addresses [1]** 17/11
**adds [1]** 53/20
**adequate [1]** 21/4
**adhered [1]** 9/12
**adjourn [1]** 64/5
**admissible [2]** 46/8 46/14
**admission [4]** 45/21 46/6 46/15 60/21
**admissions [2]** 45/17 46/11
**advanced [1]** 68/15
**advertising [1]** 48/22
**advised [1]** 23/7
**affect [1]** 20/24
**after [7]** 12/11 15/5 15/11 24/11 32/3 32/24 65/3
**again [9]** 3/10 14/17 23/9 28/15 46/17 46/17 52/11 66/24 66/24
**against [5]** 43/10 45/11 46/6 46/14 57/6
**aggressively [1]** 6/15
**ago [6]** 21/21 57/8 57/8 57/11 57/12 57/12
**agree [2]** 31/6 65/25
**agreeable [4]** 12/21 12/25 13/3 27/22
**agreed [6]** 3/25 11/25 12/1 12/3 13/1 35/22
**agreement [9]** 10/3 10/13 28/12 37/14 38/15 64/20 67/18 67/20 67/23
**ahead [3]** 35/19 53/13 53/14
**aided [1]** 2/11
**aiming [1]** 23/10
**al [3]** 1/3 1/6 3/4
**all [55]** 3/11 8/1 11/4

**access [1]** 70/7
**according [2]** 9/8 22/9
**accommodate [1]** 6/24

**access [1]** 70/7

**allegation [1]** 58/13
**allegations [4]** 56/7 57/21 57/22 58/8
**alleged [2]** 58/4 58/18
**allow [1]** 41/21
**almost [1]** 44/11
**alone [1]** 54/9
**along [2]** 15/16 61/20
**already [5]** 6/2 14/13 28/24 35/10 38/5 44/5 53/17 59/10
**also [10]** 6/6 15/1 15/12 20/5 32/6 38/7 38/11 50/15 60/23 63/14
**alternate [1]** 27/19
**alternative [1]** 68/7
**although [1]** 24/10
**always [3]** 59/8 59/8 63/17
**am [10]** 13/15 16/6 17/24 25/3 26/9 35/15 37/18 52/16 68/23 68/25
**amends [2]** 31/19 64/14
**AMERICA [2]** 1/3 3/3
**AMIT [1]** 1/10
**among [1]** 45/13
**amongst [1]** 55/14
**amount [1]** 63/20
**amounts [1]** 26/13
**analysis [1]** 61/20
**another [8]** 16/6 19/19 21/11 35/10 41/14 58/21 65/10 70/15
**answer [6]** 5/16 24/10 24/13 27/11 45/23 60/6
**answered [1]** 24/16
**answers [3]** 23/24 43/23 45/16
**anticipate [1]** 31/9
**anticipated [3]** 23/24 31/11 39/23
**Antitrust [1]** 1/19
**any [21]** 4/12 4/13 12/17 14/7 14/23 16/24 25/11 26/16 26/21 33/25 35/19 36/22 37/6 39/11 39/14 54/14 55/12 55/18 62/5 64/11

Case 1:20-cv-01103-WJM-NYW Document 225 Filed 09/30/21 Page 74 of 84

**A**

any... [1]  66/3
anybody [6]  26/15 51/4
56/2 66/15 66/21 70/3
anyone [1]  38/21
anything [10]  25/8
36/17 37/1 37/22 38/20
60/2 60/3 62/4 64/4
64/17
anyway [1]  33/1
anywhere [2]  31/2
45/15
apologies [1]  47/18
apologize [1]  53/14
apparent [1]  39/25
appear [2]  7/1 36/21
**APPEARANCES [2]**
1/12 1/24
Apple [6]  3/18 33/24
34/1 34/5 35/3 35/5
apply [2]  31/21 64/16
appreciate [4]  17/16
41/10 42/23 55/19
appreciating [1]  48/2
apprised [1]  18/3
approach [1]  47/4
appropriate [2]  7/18
47/19
are [103]
area [1]  46/19
areas [1]  64/11
aren't [1]  9/12
argue [1]  61/17
argued [1]  40/2
arise [2]  36/10 55/25
around [2]  15/8 62/11
art [1]  53/18
artificial [2]  53/23
53/24
as [92]
aside [1]  17/18
ask [19]  5/4 5/12 5/17
5/25 8/18 9/2 9/14
17/18 23/4 43/6 43/15
43/17 49/24 51/24
51/24 60/21 61/5 62/7
66/8
asked [4]  6/3 21/18
66/23 68/14
asking [6]  9/23 32/7
39/2 61/7 67/6 67/11
aspersions [1]  35/18
aspiration [1]  35/17
assessment [1]  62/19
assume [2]  59/24
69/14
attached [2]  48/6 50/16
attachments [2]  35/25
35/25
attend [2]  8/20 10/13
attendance [1]  65/18
attending [1]  10/8
attention [4]  19/1
19/16 36/23 37/20
August [1]  4/25
availability [2]  20/25
51/22
available [28]  10/11

**B**

back [33]  6/23 13/8
14/21 15/4 15/23 17/24
20/7 22/3 23/18 24/25
25/13 25/19 27/10
29/11 30/2 30/12 31/2
31/5 44/7 44/16 54/2
56/3 56/7 56/14 56/19
58/10 59/6 59/19 60/14
60/22 62/7 63/5 63/11
baked [1]  27/24
balance [2]  57/6 57/15
Barrett [1]  2/8
based [5]  13/4 36/7
36/19 39/6 59/5
basically [3]  8/18 8/24
15/11
be [141]
because [34]  7/10 8/1
8/11 16/23 21/23 21/24
23/9 23/19 24/1 27/12
29/8 29/16 29/21 30/16
31/7 33/18 33/20 41/5
41/22 42/9 44/12 49/8
49/16 50/2 50/3 50/5
50/11 53/25 54/24
56/25 65/13 68/9 69/8
70/19
become [2]  39/24
39/25
been [38]  4/3 6/19 7/5
9/19 10/7 13/12 15/19
15/21 16/21 19/2 19/16
22/13 22/18 22/21 25/5
27/17 28/12 30/9 30/10
33/20 43/10 43/12 44/5
48/4 54/15 56/22 56/25
57/1 57/2 61/11 63/13
63/14 63/14 63/15
63/20 65/1 65/22 65/24
before [10]  1/10 13/12
13/15 14/9 15/23 18/5
22/6 32/16 32/24 64/5
began [2]  58/4 58/19
begin [3]  3/15 4/24
31/15
beginning [4]  13/23
18/14 19/4 63/25
begins [3]  31/25 58/4
59/3
behalf [2]  3/7 37/3
being [4]  9/12 13/25
16/7 16/16 26/10 36/20
37/18 49/22 49/23 66/1
67/8 67/9 67/9 69/15
believe [18]  11/9 15/3

**C**

calculating [1]  61/15
calculation [2]  62/20
62/24
calendar [1]  26/11
call [2]  27/9 35/3
called [3]  12/24 14/4
22/20
calls [1]  40/4
came [2]  15/4 18/25
camera [9]  66/22 67/3
67/3 67/5 67/9 67/10
67/10 67/14 67/15
can [49]  5/11 5/12 6/6
8/25 8/25 9/21 9/21
12/8 13/25 14/24 16/16
18/9 28/19 28/25 29/2
29/10 30/18 32/20

**C** (cont.)
calculating ... clear [7]  16/12 39/10
49/22 50/13 56/2 56/4

23/11 35/6 37/16
52/11 52/15 52/22 57/3
58/14 60/8 62/14 65/8
bending [1]  9/13
best [9]  10/6 12/20
16/25 28/25 32/22 33/3
33/4 46/22 68/12
better [3]  32/23 46/22
56/8
between [3]  4/10 24/11
40/12
beyond [1]  38/11
big [1]  9/24
binding [1]  45/21
birds [1]  27/7
bit [7]  9/6 12/10 30/19
44/13 59/7 59/9 63/5
blunderbuss [1]  41/3
bogged [1]  46/20
booster [1]  54/10
both [20]  3/15 3/16
3/17 5/16 5/18 6/9
11/13 16/13 21/23 30/4
49/20 50/14 50/23
51/20 52/5 55/3 55/15
57/2 61/7 64/16
bottom [2]  28/10 51/10
brass [1]  31/25
breach [1]  15/19
briefing [3]  37/10
37/19 66/5
bring [4]  14/21 36/22
54/2 60/16
brings [4]  24/4 26/14
64/2 70/13
Broadway [1]  1/20
brought [1]  25/18
Bruce [1]  1/17
built [1]  30/19
bunch [1]  13/19
burden [6]  27/9 56/4
57/9 62/2 62/5 63/18
burdens [1]  57/14
burdensome [1]  56/2
56/5 56/15
burned [1]  16/7 16/17
burning [1]  23/9
business [2]  36/4 70/8

**C**

calculating [1]  61/15
calculation [2]  62/20
62/24
calendar [1]  26/11
call [2]  27/9 35/3
called [3]  12/24 14/4
22/20
calls [1]  40/4
came [2]  15/4 18/25
camera [9]  66/22 67/3
67/3 67/5 67/9 67/10
67/10 67/14 67/15
can [49]  5/11 5/12 6/6
8/25 8/25 9/21 9/21
12/8 13/25 14/24 16/16
18/9 28/19 28/25 29/2
29/10 30/18 32/20

41/15 42/8 42/22 46/19
49/24 50/11 51/21
52/15 53/9 53/22 54/11
55/14 55/16 56/18
60/16 61/5 61/20 61/21
62/7 65/14 65/15 66/4
66/8 68/5 68/21 69/15
69/22 69/25
can't [21]  8/4 8/4 8/14
8/20 9/1 10/1 10/8
10/12 10/15 20/12
23/10 27/12 30/24
32/21 45/22 45/23
55/17 66/2 66/2 66/18
69/7
candidly [1]  15/21
capable [1]  16/15
capacities [1]  56/24
capacity [5]  14/14
49/24 50/23 52/5 63/16
care [2]  70/11
career [1]  15/22
careful [1]  24/10
Caroline [1]  37/3
Carr [1]  1/19
case [21]  12/18 12/24
14/6 14/22 15/19 19/2
29/2 32/11 39/22 43/8
44/10 46/4 46/9 47/10
57/25 58/3 63/1 63/7
64/14 66/4 70/23
cases [2]  3/15 3/17
Center [1]  1/20
century [1]  58/10
certain [3]  7/1 27/3
31/4
certainly [8]  27/1 28/11
31/1 46/15 57/2 61/6
61/12 66/12
certainty [1]  41/23
Certified [1]  2/7
certify [1]  72/2
cetera [1]  66/14
CH [1]  2/8
challenging [1]  7/15
chance [2]  32/23 42/19
65/6
chances [1]  41/21
change [1]  19/12
chaos [1]  45/3
character [1]  35/17
chat [1]  69/3
check [2]  51/16 51/21
checking [1]  35/13
choice [2]  10/13 55/12
choosing [1]  13/1
chosen [1]  56/25
chronic [1]  8/16
circumstance [1]
57/14
circumstances [2]
15/14 15/15
Civil [1]  3/3
claim [4]  34/22 57/6
57/7 60/14
clear [7]  16/12 39/10
49/22 50/13 56/2 56/4

84/16
clearly [6]  21/22 24/2
24/18 62/6 63/2 63/2
clock [1]  6/12
close [2]  3/19 31/2
closely [1]  47/10
closest [1]  8/21
cloud [4]  16/13 17/17
23/10 68/24
CMO [16]  12/19 13/16
15/15 27/21 27/24
30/14 30/19 31/19
39/10 39/15 39/16 40/3
45/10 50/5 51/1 54/10
CMOs [1]  66/13
CO [1]  1/21
coag.gov [1]  1/22
colloquy [1]  24/11
Colorado [7]  1/17 1/18
1/20 3/6 6/3 10/23 18/8
Colorado-Nebraska [1]
18/8
COLUMBIA [1]  1/1
combined [2]  10/23
27/5
combining [1]  12/5
come [17]  6/6 13/8
19/16 19/21 19/23 20/2
20/7 21/24 22/3 23/18
24/25 29/11 31/2 44/16
45/22 47/7 61/9
comes [2]  26/20 54/1
coming [5]  19/5 36/5
36/10 42/12 48/25
comments [2]  35/16
35/21
commit [1]  5/4
commitment [1]  5/9
companies [2]  59/24
62/21
company [5]  46/6
56/20 56/25 59/25
63/15
company's [1]  56/10
compelling [1]  61/22
competing [1]  62/22
competition [1]  59/1
competitor [1]  62/19
competitors [1]  62/24
complaint [4]  43/14
56/6 58/17 59/5
complete [8]  5/1 5/2
6/9 17/4 34/25 35/8
38/9 52/4
completed [5]  16/3
18/15 19/3 22/19 34/9
completeness [1]
24/22
completing [1]  5/5
completion [4]  3/25
17/8 36/15 36/16
compliance [2]  34/1
35/7
complicate [1]  53/24
complicated [1]  26/25
complication [1]  53/21
complications [1]  41/8
complied [1]  15/15

**C**

comprehend [1] 43/18
compressed [1] 26/8
compromise [1] 66/20
computer [2] 2/11
69/15
computer-aided [1]
2/11
concept [1] 27/23
concern [8] 6/11 9/12
26/1 26/24 40/18 48/8
49/9 50/2
concerned [2] 25/25
26/9
concerning [1] 15/24
concerns [8] 4/18 6/11
8/15 12/14 25/12 34/17
46/17 66/10
concluded [1] 71/10
conduct [5] 7/6 8/17
57/22 57/24 59/3
conducted [1] 14/3
conducting [4] 15/20
15/21 21/7 66/9
confer [6] 22/2 22/3
23/15 25/2 25/18 64/8
conference [4] 1/9
4/15 24/9 71/3
conferences [3] 3/12
21/17 21/21
confidence [1] 49/14
confirm [1] 43/4
conflict [2] 9/21 9/22
conformity [1] 9/15
confusion [1] 50/10
connection [1] 21/12
CONNOLLY [1] 2/2
consequences [1]
41/11
consider [1] 46/16
constant [1] 4/22
constantly [1] 45/8
Constitution [1] 2/8
Consumer [1] 1/18
contemplated [1]
39/10
contemplates [3]
39/15 39/16 40/3
continue [3] 4/15 54/3
71/5
CONTINUED [1] 2/1
contracts [5] 62/12
62/13 62/15 62/25 63/1
control [1] 45/9
convenience [1] 66/9
convenient [1] 30/4
conversation [1] 18/7
convincing [1] 61/22
coordinate [2] 27/2
40/11
coordinating [1] 29/4
coordination [2] 29/15
41/22
corporate [3] 24/18
45/20 56/3
corporation [1] 45/21
correct [7] 19/12 19/21
50/18 52/16 55/7 55/8

correctly [1] 55/3
cost [1] 62/4
could [17] 4/11 6/21
20/5 25/3 25/4 32/4
33/9 39/12 41/4 44/5
51/6 56/10 59/1 64/9
64/12 65/10 65/11
couldn't [1] 6/21
counsel [14] 7/4 13/7
24/12 30/4 30/17 30/18
33/18 35/3 36/25 37/22
65/24 65/24 66/3 66/4
counsel's [1] 6/24
count [1] 44/11
counterdate [1] 30/13
counterpropose [1]
31/7
counts [3] 11/2 11/7
45/11
couple [4] 18/21 21/17
39/9 56/12
course [10] 21/9 26/22
28/2 36/6 47/2 47/3
47/6 47/9 60/20 62/18
court [25] 1/1 2/6 2/7
6/13 7/25 8/3 9/1 22/4
23/19 32/7 32/21 34/15
37/6 45/14 54/7 54/14
54/14 60/17 65/7 65/9
65/11 69/2 69/3 69/6
72/7
Court's [2] 20/19 36/23
courts [1] 45/18
cover [8] 3/13 3/14
24/16 39/13 40/22
41/25 57/5 65/1
covers [2] 41/19 48/8
COVID [1] 72/6
COVID-19 [1] 72/6
create [3] 41/9 45/3
46/11
creates [3] 8/7 8/7 8/18
criminal [1] 70/23
critical [4] 40/13 47/23
59/15 62/18
crop [1] 30/5
CRR [2] 72/2 72/11
current [2] 30/11 30/22
currently [1] 56/20
custodian [1] 38/17
custodians [6] 18/24
18/25 19/11 19/15 38/3
38/12
cut [3] 48/16 58/23
63/4
cut-off [1] 58/23
CV [1] 1/4

**D**

D.C [4] 1/5 1/14 2/3 2/9
darn [1] 36/3
data [44] 3/16 3/22
4/17 4/18 4/19 4/19 5/5
5/6 5/6 5/8 5/11 5/13
5/21 5/23 5/24 6/2 6/4
14/2 15/24 15/25 16/10
16/13 16/21 17/8 17/13

correctly [1] 55/3
cost [1] 62/4

21/24 22/8 22/19 22/20
22/21 23/6 23/19 23/20
34/14 35/21 36/7 43/12
43/19 61/21 62/6
Data production [1]
5/13
date [30] 8/13 8/20
8/21 8/23 10/13 12/25
13/9 13/18 22/13 23/5
23/16 23/17 27/20 30/3
30/12 31/2 31/4 31/6
31/23 36/20 39/3 40/19
41/15 42/8 42/14 49/23
60/8 63/6 70/15 72/10
dates [19] 7/1 7/2 8/6
9/16 10/8 11/21 11/24
11/25 12/1 12/4 13/1
13/3 13/8 14/15 15/11
17/20 30/6 45/4 53/1
day [24] 7/20 9/24 15/3
15/12 20/16 20/17
29/19 32/24 32/24
42/19 47/20 49/12 50/3
50/4 51/14 51/20 52/3
52/14 53/4 53/5 54/8
54/13 64/15 70/18
days [37] 6/20 6/21
7/11 7/16 9/18 9/19
9/20 10/1 10/10 16/8
22/24 29/25 30/11
30/15 30/23 30/25
31/22 32/11 32/19
42/22 49/11 49/15
50/20 52/10 52/10
52/12 52/14 52/19
52/19 53/8 53/22 54/1
54/12 54/16 55/4 55/11
55/16
days' [1] 7/21
deadline [4] 12/11
17/12 26/3 29/7
deadlines [1] 53/24
deal [2] 9/24 20/13
dealing [1] 16/23
deals [1] 30/14
decade [2] 57/3 58/10
decades [2] 13/11
14/17
December [2] 26/7
44/1
decided [1] 21/2
decides [1] 28/22
Defendant [2] 1/7 2/2
defer [1] 60/7
definitely [1] 5/20
definitive [1] 60/16
delay [5] 6/11 8/7 8/18
12/22 27/23
delayed [2] 16/17 31/7
delaying [1] 16/18
delays [1] 4/22
deliverables [1] 34/15
demonstrate [1] 57/9
denote [2] 20/4 20/14
denoted [1] 18/23
Denver [1] 1/21
DEPARTMENT [11]

47/7 58/5 58/9 59/4
60/7 62/13 67/6
depending [3] 22/2
24/24 51/7
deponent [2] 21/1
29/23
deponents [1] 15/13
depose [3] 31/12 50/22
69/4
deposed [4] 13/25 14/5
40/15 49/23
deposing [3] 28/6
45/11 69/3
deposition [62] 6/2
6/15 6/20 7/19 7/20
7/24 8/12 9/18 9/20
11/5 11/15 12/18 12/21
13/21 14/6 15/2 15/3
21/8 21/10 21/13 21/24
23/23 23/25 24/21
25/13 27/4 27/5 27/18
28/24 29/14 30/2 31/3
31/9 31/20 31/20 31/23
32/1 32/6 32/10 32/16
32/18 32/18 32/24
33/14 40/24 45/19
49/11 49/12 50/3 50/14
52/4 53/4 53/5 53/9
53/10 53/18 54/8 54/9
55/15 55/15 56/9 68/5
depositions [53] 3/16
4/6 4/17 5/15 5/22 5/23
6/10 6/18 6/19 6/22 8/9
9/3 9/16 10/20 10/24
11/10 13/11 14/16
15/20 15/24 18/6 18/9
19/1 19/17 20/1 20/2
20/4 21/7 25/21 25/22
26/10 26/12 26/18 27/8
28/3 28/5 29/5 30/6
41/19 41/21 43/13 44/1
44/6 45/12 46/4 52/12
65/1 65/2 65/19 65/21
66/13 66/14 69/2
designated [2] 27/3
29/5
designees [2] 33/5
50/15
desire [1] 26/16
detail [1] 23/17
detailed [1] 13/19
determining [1] 30/16
did [7] 6/8 7/4 8/11
17/18 39/24 64/6 65/12
didn't [5] 4/25 45/9
62/2 65/5 65/10
different [3] 56/12
56/24 70/7
difficult [2] 28/16
43/17
Dintzer [29] 1/13 3/5
3/21 4/7 5/12 9/5 15/18
15/25 17/14 21/15
22/23 27/14 29/3 29/20
33/25 35/9 35/16 35/21
36/5 36/9 40/21 42/8
44/21 45/7 50/22 53/17

25/6/25 67/10 71/2

Dintzer's [4] 12/14
12/15 17/11 25/24
direct [1] 46/15
direction [2] 28/4 43/2
directly [1] 60/13
disadvantaged [1]
66/16
disagree [2] 9/1 15/18
disagreement [1]
64/11
disappointed [1] 13/15
disciplined [1] 60/24
disclosures [1] 3/23
discoverable [1] 63/2
discovery [12] 12/11
19/16 26/3 29/7 39/25
40/6 40/11 40/12 40/12
45/9 47/4
discrete [2] 43/19 45/5
discuss [2] 7/9 21/3
discussed [2] 13/23
64/16
discussing [3] 4/11
24/1 45/10
discussion [1] 18/5
discussions [2] 24/25
36/6
dispatch [1] 12/8
dispute [1] 4/2
disputed [2] 3/19
33/23
disregarding [1] 6/16
distanced [1] 66/14
DISTRICT [3] 1/1 1/1
1/10
divide [1] 62/21
do [64] 6/5 6/7 6/8 6/8
7/15 7/16 7/25 8/15
8/21 9/9 9/14 10/2
13/25 15/7 16/2 17/15
19/22 19/22 20/13
20/14 21/16 21/25 23/5
23/10 25/19 27/14 29/1
29/2 29/15 29/17 29/19
31/8 31/11 31/18 32/20
32/22 34/3 34/14 35/6
37/14 40/4 40/14 41/4
41/16 42/9 46/22 46/22
47/14 50/22 53/6 53/25
55/2 55/22 55/11 56/12
59/20 61/19 63/4 65/9
66/5 68/10 69/23 70/10
71/7
do you [3] 31/8 50/22
59/20
do you have [3] 23/5
31/11 37/14
document [2] 68/13
69/7
documents [24] 3/16
3/22 18/8 18/13 19/22
34/12 34/18 35/9 35/11
35/24 35/25 36/2 38/5
43/12 56/14 61/1 62/3
63/23 68/11 68/20
68/25 68/25 69/1 69/4
does [16] 5/24 6/1

**D**

**does...** [14] 13/10 17/14 21/4 26/24 27/21 29/1 41/16 42/16 45/2 46/12 56/6 57/12 59/23 61/7

**doesn't** [13] 13/18 14/23 17/17 19/10 20/18 20/20 50/8 52/3 60/2 61/6 63/10 63/11 68/6

**doing** [7] 3/10 16/25 20/21 31/7 56/14 66/13 66/16

**DOJ** [14] 1/13 3/5 3/18 14/11 14/13 16/3 21/9 23/1 33/24 35/22 38/5 44/10 47/10 58/14

**DOJ's** [1] 69/8

**dominant** [2] 59/8 59/10

**don't** [50] 3/20 3/21 8/22 8/24 10/3 11/15 12/13 13/14 15/7 23/24 26/16 27/9 29/8 29/20 29/22 30/24 32/8 32/9 32/13 32/15 32/17 33/13 36/5 37/6 39/11 39/14 39/20 43/6 43/14 43/16 43/23 44/12 46/1 53/6 53/7 53/23 53/25 54/13 55/12 59/23 59/24 61/3 61/4 65/9 66/15 69/9

**done** [14] 7/5 10/1 10/6 10/9 18/2 27/8 28/14 28/17 29/9 36/12 51/20 53/20 55/16 55/22

**door** [1] 66/4

**double** [1] 25/12

**doubt** [2] 18/16 39/14

**down** [12] 3/13 4/10 13/18 26/10 26/18 30/16 32/1 33/22 42/14 46/20 50/9 61/9

**drive** [6] 16/7 68/9 68/19 68/22 69/8 69/18

**drives** [1] 16/17

**dual** [1] 50/22

**durability** [1] 60/12

**during** [4] 23/22 65/18 68/5 72/5

**E**

**each** [5] 26/11 26/11 56/9 57/2 65/10

**earlier** [7] 10/1 25/5 28/23 40/10 40/16 57/20 59/16

**early** [3] 21/13 23/11 33/5

**easily** [1] 26/7

**easy** [2] 61/1 67/22

**eat** [1] 8/6

**echo** [1] 49/7

**edification** [1] 5/13

**effect** [1] 47/17

**efficiency** [3] 29/10 40/13 41/9

**efficient** [7] 8/8 13/24 15/16 16/14 44/9 47/13 47/16

**efficiently** [1] 14/25

**effort** [1] 61/3

**efforts** [6] 12/20 27/2 33/4 33/4 41/9 60/24

**either** [10] 5/25 13/9 30/12 31/19 52/24 55/18 56/13 63/22 64/4 66/18

**electronic** [1] 65/2

**Ellen** [1] 37/25

**else** [7] 7/17 21/2 25/8 64/4 64/17 66/21 67/13

**Email** [1] 1/15 1/22 2/4

**employed** [1] 14/17

**employee** [2] 69/18 69/22

**employees** [4] 30/11 30/15 30/22 69/23

**employees'** [2] 68/7 68/9

**end** [14] 17/20 17/25 21/22 22/25 23/15 26/3 26/7 28/7 29/9 35/8 42/10 47/19 64/2 70/13

**ends** [1] 17/4

**engage** [1] 42/1

**engages** [1] 57/22

**ensure** [4] 9/15 27/15 30/5 42/21

**entailing** [1] 56/8

**entails** [1] 56/4

**enter** [1] 62/11

**entering** [1] 62/25

**entire** [1] 67/11

**envy** [1] 29/8

**erosion** [1] 59/12

**especially** [1] 4/19

**essentially** [2] 29/22 39/4 68/23

**established** [1] 62/5

**et** [4] 1/3 1/6 3/4 66/14

**et al** [1] 3/4

**et cetera** [1] 66/14

**eve** [2] 30/6 31/2

**even** [5] 6/23 21/5 26/8 27/13 61/2

**event** [3] 51/13 59/14 59/15

**every** [7] 28/19 29/2 31/1 45/10 59/25 61/2 67/1

**everybody** [6] 3/10 3/10 27/25 44/2 59/25 71/7

**everybody's** [1] 29/6

**everyone** [2] 3/9 71/9

**everyone's** [1] 29/17

**everything** [1] 40/15

**evidence** [2] 46/14 61/19

**exact** [2] 49/15 50/2

**exactly** [6] 16/11 32/6

**example** [3] 4/23 20/24 28/21

**Excel** [8] 68/15 68/21 69/7 69/11 69/11 69/13 69/15 69/23

**exclusionary** [2] 57/24 62/14

**excuse** [4] 16/3 38/16 55/4 64/14

**execs** [1] 44/2

**exhaustively** [1] 40/5

**Exhibit** [1] 48/7

**exist** [1] 53/21

**existing** [1] 22/16

**exists** [1] 53/25

**expand** [1] 49/8

**expect** [5] 21/12 27/12 28/18 34/20 38/9

**expectation** [4] 28/11 39/19 39/21 44/24

**expecting** [2] 34/22 34/24

**expedite** [1] 47/4

**expert** [2] 61/20 61/21

**experts** [6] 5/6 5/16 5/20 61/10 61/12 62/18 62/18

**explain** [4] 9/1 17/17 49/9 59/20

**explanations** [2] 7/2 13/20

**extend** [1] 29/24

**extent** [2] 13/25 24/23

**eye** [1] 46/18

**F**

**face** [1] 51/6

**facing** [1] 28/8

**fact** [38] 3/16 4/6 5/14 5/22 5/23 6/2 12/11 20/1 20/5 20/13 20/14 20/22 26/3 27/5 28/24 29/5 29/7 32/5 32/8 32/18 40/12 41/4 41/22 44/5 46/4 46/7 46/8 46/12 46/13 50/3 50/7 53/18 54/8 54/12 55/4 55/15 61/22 63/19

**fact-discovery** [3] 12/11 26/3 29/7

**factors** [1] 13/4

**facts** [2] 36/7 60/4

**factual** [2] 6/7 61/18

**fair** [1] 6/18

**fairly** [1] 39/10 44/2

**fairness** [1] 65/5

**faith** [5] 26/17 27/23 28/13 30/3 31/23

**fall** [1] 13/5

**far** [4] 4/13 34/12 36/19 59/19 60/22 68/18 69/10

**fashion** [3] 3/20 27/25 31/6

**fast** [2] 27/10 27/11

**faster** [1] 16/14

**Federal** [4] 8/24 10/17 13/12 40/4

**ferret** [1] 61/1

**few** [8] 5/15 22/24 32/19 37/18 38/10 42/22 65/11 67/4

**fiat** [1] 8/5

**field** [1] 66/2

**figure** [6] 5/21 18/9 25/23 38/24 59/5 65/15

**file** [9] 18/20 21/22 41/19 65/11 68/21 68/21 69/12 69/13 69/15

**filed** [3] 24/6 44/11 65/3

**files** [3] 68/5 68/6 68/8

**final** [1] 39/4

**finally** [2] 35/22 37/9

**find** [1] 6/22

**fine** [7] 6/24 8/21 15/8 30/11 30/23 42/18 67/15

**finish** [1] 54/1

**firm** [2] 5/9 17/12

**first** [14] 3/21 4/1 7/3 8/1 12/17 18/17 18/18 19/11 25/17 25/24 35/6 58/10 58/13 62/25

**firsthand** [1] 63/17

**fit** [1] 54/18

**fits** [1] 42/18

**five** [3] 4/3 11/5 26/13

**flag** [2] 65/13 65/14

**flagged** [1] 37/19

**fledged** [1] 21/18

**Floor** [1] 1/21

**fluctuation** [2] 59/8 59/9

**fluid** [1] 27/12

**focused** [1] 32/2

**folks** [4] 28/6 30/20 48/11 49/20

**followed** [1] 24/7

**following** [7] 15/9 40/18 43/9 44/18 51/23 52/10 55/11

**force** [1] 68/3

**forces** [1] 41/17

**foreclose** [1] 28/20

**foreclosed** [1] 40/24

**foregoing** [1] 72/3

**form** [4] 53/18 60/1 68/12 68/13

**format** [2] 16/16 69/19

**formed** [1] 28/3

**former** [1] 30/15

**forthcoming** [1] 51/7

**forward** [19] 5/7 6/23 9/3 12/7 18/10 25/23 26/19 30/8 38/25 40/6 41/4 47/23 55/21 57/18 60/7 64/1 65/22 67/7 71/7

**found** [6] 6/21 59/11

**four** [7] 4/3 11/6 48/8 48/15 51/5 51/6 65/21

**Fox** [13] 12/3 49/10 49/12 49/22 50/3 50/5

**G**

**gain** [1] 29/10

**gained** [1] 46/21

**games** [1] 54/15

**gather** [2] 56/13 62/3

**gave** [3] 7/20 23/23 54/12

**general** [1] 26/20

**generally** [1] 48/8

**generate** [1] 46/14

**generously** [1] 50/8

**genesis** [1] 62/15

**gentlemen** [3] 56/9 63/13 63/19

**genuinely** [1] 8/4

**germane** [2] 57/12 57/13

**get** [36] 3/22 4/22 5/24 9/8 12/14 13/12 13/14 13/18 17/20 17/24 18/7 20/13 21/25 26/18 27/8 27/17 27/18 28/13 29/9 40/21 41/5 41/24 42/1 43/21 45/15 46/8 46/19 49/11 49/13 50/25 55/22 56/8 64/9 64/12 70/1 70/9

**getting** [7] 4/22 11/19 16/2 30/12 31/25 69/10 70/6

**give** [14] 7/2 7/2 9/19 10/11 10/12 13/19 21/4 35/20 42/3 44/21 51/6 60/6 63/11 68/14

**given** [9] 6/14 8/20 22/13 26/11 36/1 39/18 40/7 63/13 68/7

**gives** [1] 30/15

**giving** [1] 62/23

**glad** [1] 67/18

**go** [5] 13/14 53/13 56/3 56/16 63/10

**goal** [2] 21/14 46/18

**goes** [2] 14/10 17/3

**going** [76]

**G**

**gone [2]** 13/5 65/22
**good [14]** 3/2 3/9 26/17 27/23 28/13 30/3 31/22 34/5 35/14 36/3 37/25 46/12 67/24 68/1
**Good morning [1]** 3/9
**GOOGLE [112]**
**Google LLC [1]** 3/7
**Google's [18]** 7/4 24/12 24/17 28/3 28/5 33/4 40/18 48/9 54/15 57/7 57/10 60/12 61/10 61/21 62/18 63/8 65/24 70/3
**Google-Microsoft [1]** 36/13
**got [13]** 4/21 10/10 11/10 11/10 11/20 13/6 13/6 16/21 17/18 36/9 46/4 55/17 61/17
**gotten [2]** 28/8 31/5
**govern [1]** 13/17
**government [1]** 61/6
**governments [1]** 28/8
**grant [4]** 8/14 9/2 10/15 63/24
**greater [2]** 5/14 9/15
**grows [1]** 59/10
**guess [9]** 9/5 10/16 37/12 42/15 43/3 44/14 46/3 49/18 51/10
**guesswork [1]** 42/1

**H**

**had [21]** 3/24 3/25 4/18 4/21 6/19 6/20 7/3 14/2 15/11 16/24 18/15 19/1 22/19 23/24 24/7 24/9 25/5 36/14 55/25 57/23 61/23
**half [2]** 26/13 42/11
**hand [5]** 5/24 39/18 40/5 46/7 66/17
**Hang [1]** 55/1
**happen [6]** 4/25 5/10 5/10 34/2 34/2 40/20
**happened [1]** 12/23
**happy [7]** 36/6 37/23 42/6 60/6 60/8 60/10 66/5
**hard [9]** 16/7 16/17 26/15 27/10 27/11 52/15 53/19 54/12 66/17
**has [50]** 4/13 6/2 6/14 7/12 8/19 12/4 12/17 12/23 14/13 15/18 16/17 16/22 20/3 20/7 20/10 21/16 22/9 23/1 24/2 26/11 27/15 28/23 28/24 29/20 30/1 33/1 33/11 38/3 38/4 38/8 38/12 40/1 45/13 47/21 48/4 50/2 51/13 52/14 57/23 59/11 60/7 61/10 62/2 62/3 65/24 66/3 66/6 67/2 68/11 68/16

**hasn't [2]** 20/12 27/16
**have [186]**
**haven't [5]** 12/3 28/8 34/9 57/1 62/5
**having [1]** 6/5 29/11 30/5
**he [10]** 15/4 15/12 23/1 51/7 51/15 52/14 62/1 62/2 62/2 68/3
**he didn't [1]** 62/2
**He said [1]** 62/2
**he'd [1]** 15/9
**he's [11]** 49/23 50/6 50/7 50/14 50/15 52/20 53/7 53/19 55/5 55/12 55/17
**health [3]** 66/10 66/11 71/6
**hear [6]** 12/11 35/15 35/17 35/18 37/23 57/17
**heard [3]** 42/6 62/1 63/6
**hearing [4]** 20/20 25/17 43/4 72/5
**help [2]** 31/24 56/14
**helpful [2]** 36/7 49/5
**Hennigan [1]** 38/1
**here [21]** 3/11 8/19 14/19 17/18 26/19 30/25 40/5 40/13 44/10 44/24 46/19 49/18 57/6 57/7 57/14 57/15 57/21 60/2 65/7 66/25 69/10
**here's [2]** 55/2 63/4
**Hi [2]** 37/4 37/5
**highly [1]** 12/16
**him [12]** 15/9 36/7 36/7 49/24 50/4 50/25 52/9 52/10 52/14 52/21 52/25 54/19
**himself [2]** 55/10 55/17
**hindrance [1]** 41/5
**his [14]** 12/4 15/2 18/7 18/9 23/6 49/24 50/22 51/21 52/4 52/5 53/9 53/10 55/15 55/15
**hit [1]** 65/3
**hits [2]** 35/24 35/24
**hold [1]** 23/16
**holiday [1]** 42/19
**holidays [2]** 13/6 42/20
**honest [1]** 43/7
**honestly [1]** 60/16
**Honor [67]** 3/2 4/8 6/10 9/2 9/17 11/3 12/7 12/15 13/24 14/10 14/19 16/7 16/20 17/16 18/12 21/20 22/15 23/8 23/14 24/5 24/8 24/12 24/25 25/9 25/14 30/10 31/16 32/4 33/7 34/4 35/4 35/20 36/18 37/2 37/5 37/25 38/4 42/17 42/23 43/1 43/7 44/20 47/17 48/10 48/16 49/7 50/18 51/17 52/8 53/5

57/6 57/15 57/19 58/16 58/20 60/10 61/14 62/9 64/23 66/24 67/22 68/2 70/12
**HONORABLE [1]** 1/10
**hope [6]** 3/10 27/1 27/6 27/6 27/13 38/15
**hoped [2]** 21/21 24/10
**hopeful [1]** 37/19
**hopefully [3]** 52/3 55/16 70/10
**hoping [3]** 4/15 17/24 42/4
**hosted [2]** 68/22 69/18
**hosting [1]** 68/20
**hour [1]** 45/10
**hours [15]** 10/25 11/1 11/6 20/13 50/5 50/7 50/21 51/1 51/5 51/6 52/2 53/22 54/1 54/4 62/4
**how [27]** 4/11 10/20 10/25 13/17 16/10 16/11 17/18 20/12 20/14 20/24 28/25 33/14 41/1 41/6 49/4 50/20 51/7 56/21 56/22 58/25 58/25 59/15 59/19 59/21 63/9 63/21 65/9
**however [2]** 21/2 65/11
**Hueston [1]** 38/1
**huge [1]** 65/4

**I**

**I am [6]** 16/6 17/24 25/3 26/9 35/15 37/18
**I apologize [1]** 53/14
**I assume [1]** 59/24
**I believe [13]** 11/9 15/3 15/10 17/2 17/3 17/7 37/16 52/15 52/22 57/3 58/14 60/8 65/8
**I can [1]** 69/25
**I can't [1]** 30/24
**I did [2]** 64/6 65/12
**I don't [7]** 11/15 29/8 29/22 39/11 39/14 39/20 46/1
**I don't have [2]** 26/16 55/12
**I guess [8]** 9/5 10/16 37/12 42/15 43/3 46/3 49/18 51/10
**I have [7]** 13/10 13/11 14/17 14/21 40/17 40/18 69/14
**I hope [1]** 3/10
**I hoped [1]** 21/21
**I just [5]** 5/16 32/4 38/4 47/1 62/9
**I knew [1]** 51/2
**I know [8]** 3/23 4/13 11/18 20/2 21/23 23/18 34/1 40/14
**I mean [15]** 8/18 9/11 26/9 32/25 56/13 57/1

61/14 61/16 61/18 61/25 66/8 68/9 69/15
**I say [1]** 23/18
**I should [1]** 31/9
**I think [54]** 17/11 18/14 21/20 25/24 26/4 26/6 26/15 26/17 26/25 27/24 28/22 28/11 28/15 28/17 28/20 29/16 29/23 30/9 31/5 31/14 31/24 37/17 38/23 39/3 39/9 39/15 39/17 39/18 39/24 40/1 40/7 40/12 42/3 42/7 42/9 42/18 42/3 44/6 46/18 46/19 46/20 52/24 56/1 56/11 57/5 63/4 64/6 64/13 67/20 70/1
**I understand [8]** 7/8 19/6 22/7 32/6 46/17 55/2 63/16 68/19
**I want [4]** 16/20 18/24 33/17 50/11
**I was [1]** 25/5
**I will [4]** 21/24 31/18 35/6 51/21
**I'd [7]** 3/13 28/24 36/6 55/21 60/10 60/11 64/7
**I'll [11]** 25/12 25/22 31/18 40/10 44/21 49/9 51/25 57/17 60/6 63/24 64/19
**I'm [31]** 23/15 27/16 37/23 40/3 41/1 42/6 42/21 43/4 45/1 45/21 46/24 47/24 48/13 49/12 49/18 50/13 52/23 53/14 55/11 56/7 60/1 60/6 60/8 67/18 68/18 69/10 70/1 70/7 70/10 70/19 70/22
**I'm going [1]** 70/1
**I'm just [1]** 52/23
**I'm not [4]** 27/16 60/1 70/7 70/10
**I'm not sure [1]** 41/1
**I'm sorry [3]** 49/12 53/14 55/11
**I'm sure [1]** 23/15
**I've [9]** 10/6 11/10 15/21 16/21 26/25 47/17 62/1 63/6 63/14
**idea [4]** 14/20 43/8 43/14 44/9
**identifiable [1]** 45/5
**identified [4]** 4/13 39/8 47/21 63/14
**identify [4]** 32/9 39/6 41/7 49/16
**ignored [1]** 12/17
**ignoring [1]** 6/16
**illustrated [1]** 33/10
**impasse [1]** 5/9 65/3 65/8
**impasses [1]** 4/12
**importance [1]** 40/11

**important [9]** 5/7 5/20 40/13 58/24 60/22 62/6 62/12 62/17 63/7
**impose [1]** 58/24
**impression [1]** 61/8
**impressions [3]** 25/22 38/24 42/5
**improper [1]** 10/16
**improve [1]** 41/20
**inaccurate [1]** 12/16
**inappropriate [1]** 27/24
**incapable [1]** 70/6
**including [2]** 11/23 13/4
**incompatible [1]** 70/4
**incorporate [1]** 58/9
**increased [1]** 59/12
**incumbent [1]** 27/24
**indeed [2]** 58/9 59/12
**indicated [3]** 3/24 12/5 36/14
**individual [6]** 14/16 49/24 50/23 50/25 52/5 53/10
**individuals [2]** 48/14 56/17
**inefficiency [1]** 47/14
**inform [2]** 21/18 56/14
**information [2]** 24/2 36/19 42/3 43/21 43/23 45/15 59/21 63/8 63/21
**inherently [1]** 60/3
**initially [1]** 15/2
**input [1]** 34/19
**inquiries [1]** 56/17
**inquiry [1]** 51/20
**insight [1]** 62/23
**insofar [2]** 28/15 40/1
**instance [1]** 67/1
**instances [4]** 13/1 13/2 13/3 16/22
**instead [1]** 42/9
**intend [2]** 24/14 24/24
**intended [1]** 41/9
**intending [1]** 33/14
**intends [2]** 20/12 47/20
**intentions [1]** 51/12
**interest [4]** 29/6 29/17 47/13 47/15
**Interim [1]** 24/5
**interior [1]** 61/21
**interrupt [3]** 49/17 56/21 58/2
**investigating [1]** 43/10
**investigation [1]** 44/11
**invite [1]** 18/6
**involve [4]** 19/10 26/19 45/4 54/14
**involved [2]** 54/15 70/2
**involving [3]** 3/16 3/17 24/9
**ironed [1]** 37/18
**is [247]**
**is that correct [1]** 55/7
**is there [2]** 64/4 64/17
**isn't [2]** 47/24 61/9
**issue [40]** 4/2 7/8 13/13 13/16 13/21

**I**

**issue...** [35] 13/22 17/14 17/17 19/19 21/15 21/24 23/22 24/4 26/20 26/24 26/24 28/15 31/18 33/17 36/13 37/10 37/13 37/19 38/16 38/17 39/17 39/22 40/17 42/6 44/4 47/17 47/25 50/12 55/25 63/1 64/13 66/5 66/6 67/25 68/2

**issued** [13] 4/20 8/11 11/15 12/18 14/13 18/19 18/22 21/10 29/14 42/16 48/4 54/25 64/22

**issues** [40] 3/17 4/13 7/11 14/3 14/7 14/10 15/24 18/10 19/20 23/19 23/25 24/23 25/13 25/16 26/20 26/22 28/7 30/5 32/3 33/19 33/21 33/23 34/14 36/10 36/22 37/6 37/13 37/17 38/16 38/21 43/5 43/20 44/13 47/10 64/3 65/4 65/8 65/15 69/8 70/11

**it** [154]

**it would** [1] 35/25

**it would be** [4] 28/20 29/19 39/5 47/19

**it's** [59] 3/9 5/6 5/8 5/9 5/20 5/24 7/5 7/17 8/16 9/24 10/16 10/17 19/15 23/18 27/1 27/6 27/11 27/24 28/6 28/10 28/16 28/18 29/16 31/7 34/19 39/17 39/20 40/8 40/13 42/10 43/1 43/7 43/8 47/13 52/24 53/4 53/15 56/1 56/2 56/4 56/5 57/9 59/15 60/10 60/18 60/21 61/1 61/5 62/11 62/12 62/15 62/17 62/17 62/25 65/23 66/17 67/15 68/12 69/17

**item** [1] 64/6

**its** [19] 9/13 18/20 24/18 24/21 48/6 57/10 57/11 58/22 59/5 59/16 59/25 61/8 61/8 61/15 62/23 62/24 63/9 68/13 70/6

**itself** [3] 53/19 61/15 61/23

**J**

**January** [6] 4/20 17/17 41/15 42/10 42/13 42/14

**Joe** [4] 32/15 32/17 32/19 32/20

**John** [2] 2/2 3/7

**John Schmidtlein** [1] 3/7

**joined** [1] 45/1

**Joint** [1] 64/7

**jointly** [2] 21/9 24/6

**jon.sallet** [1] 1/22

**Jonathan** [2] 1/17 3/6

**JPEG** [1] 68/21

**jschmidtlein** [1] 2/4

**JSR** [3] 8/17 65/3 65/6

**Judah** [7] 7/19 12/2 15/2 52/9 55/3 55/10 56/22

**Judah's** [1] 14/22

**JUDGE** [2] 1/10 13/12

**judges** [1] 26/17

**judgment** [1] 57/12

**Judicial** [1] 1/20

**July** [4] 4/25 7/8 7/9 15/13

**jump** [1] 33/19 60/10

**jury** [2] 70/19 70/22

**just** [60] 3/12 3/15 3/22 3/23 5/12 5/16 6/16 6/25 7/15 7/18 8/4 8/14 8/17 9/6 10/8 10/17 12/25 15/1 18/7 19/7 19/11 19/15 21/6 21/11 21/17 22/7 23/4 23/19 25/22 26/20 28/18 29/11 32/4 33/9 33/22 35/18 35/20 36/11 38/4 38/23 41/19 42/9 45/23 46/18 47/1 50/11 50/13 52/23 53/16 54/7 55/21 55/23 58/20 61/18 62/9 64/8 64/9 65/14 66/22 67/15

**JUSTICE** [9] 1/13 19/24 28/21 47/7 58/6 58/9 60/7 62/13 67/6

**Justice's** [1] 59/4

**K**

**keep** [1] 18/3

**Kenneth** [2] 1/13 3/5

**kenneth.dintzer2** [1] 1/16

**Kenney** [1] 37/25

**kills** [1] 27/7

**kind** [9] 11/1 28/16 29/20 30/7 34/20 35/18 54/18 59/15 61/23

**kitchen** [1] 45/2

**kitchen-sink-type** [1] 45/2

**knew** [1] 51/2

**know** [66] 3/23 4/13 8/9 9/23 10/1 11/18 14/5 14/23 15/6 15/7 20/2 21/2 23/24 24/5 26/6 27/23 29/4 29/21 30/5 30/18 30/24 32/8 33/4 33/13 33/18 34/1 34/13 34/19 34/20 36/11 36/19 36/20 39/9 39/23 40/1 40/4 41/25 42/19 43/2 43/5 43/6 43/14 43/16 43/20 43/23 44/4 44/6 44/12 44/15 45/1 48/25 49/1

**knowing** [1] 62/22

**knowledge** [5] 24/18 28/23 56/10 63/17 63/23

**knows** [7] 7/25 44/3 45/14

**L**

**laid** [1] 44/2

**laptop** [6] 67/2 67/5 67/8 67/15 68/17 69/21

**laptops** [4] 68/4 68/7 68/9 69/24

**large** [3] 16/6 17/2 18/25

**largely** [3] 19/15 30/10 37/17

**last** [7] 3/24 9/4 14/2 15/23 21/17 24/8 48/14

**lasting** [1] 57/23

**later** [11] 7/22 14/22 14/23 18/21 19/21 20/16 20/19 21/3 22/2 28/21 32/3

**launch** [1] 4/23

**LAW** [1] 1/18

**lawyer** [6] 66/18 67/1 67/2 67/3 67/15 67/16

**lawyer's** [1] 67/8

**lawyers** [2] 26/22 66/21

**learn** [1] 63/22

**least** [18] 9/8 17/12 17/12 27/17 31/24 31/25 33/22 39/21 42/11 51/25 52/4 63/9 63/15 64/20 65/7 65/13 65/14 70/15

**leave** [1] 42/11

**leaves** [1] 52/13

**leaving** [1] 42/9

**led** [1] 35/23

**left** [1] 41/6

**legitimate** [1] 8/3

**less** [1] 42/3

**lessens** [1] 27/9

**let** [18] 3/12 9/5 15/1 18/6 19/6 22/6 22/7 23/4 33/4 33/9 34/13 36/11 38/23 44/18 44/18 48/16 49/17 50/12

**let's** [12] 4/4 12/10 25/21 32/14 33/17 33/19 33/22 36/13 38/20 38/21 51/23 55/21

**letter** [1] 24/22

**level** [2] 16/25 66/1

**levels** [1] 35/23

**light** [1] 50/20

**like** [30] 3/13 5/24 8/25 9/10 12/22 12/2 12/3 13/14 17/19 23/20

**representative** [1] 4/8

**Rep** [1] 22/25

**represent** [1] 56/6

**Republican** [1] 55/11

**request** [2] 56/18 57/14 57/13 59/15 59/15 59/23 59/24 60/14 65/9 66/15 66/15

**knowing** [1]

**M**

**made** [10] 14/6 24/8 27/2 27/15 33/10 35/22 36/20 49/22 49/22 53/1 58/20 61/2 62/9 63/7 64/19 68/16

**magically** [1] 59/24

**maintain** [1] 57/24

**maintenance** [2] 59/3 59/13

**make** [32] 4/15 6/21 8/4 12/20 13/24 14/11 14/23 15/8 16/24 19/6 20/18 20/20 22/7 28/12 33/3 35/10 42/16 44/9 44/18 50/6 50/13 54/11 55/10 55/17 56/6 56/17 58/20 61/2 62/9 63/7 64/19 68/16

**makes** [3] 41/13 58/14 59/2

**making** [8] 6/13 12/6 14/16 34/5 35/16 38/7 49/19 62/12

**management** [2] 53/20 64/15

**managing** [2] 53/18 68/25

**many** [7] 10/20 10/25 39/12 39/13 41/6 50/20 57/23

**March** [3] 6/14 26/3 29/9

**market** [33] 48/9 57/8 57/10 57/11 58/23 58/25 59/6 59/10 59/16 59/21 59/25 60/3 60/5 60/13 60/15 60/18 60/18 60/22 60/25 61/7 61/8 61/9 61/10 61/15 61/17 61/23 62/16 62/20 62/23 63/8 63/8 63/9 63/18

**market share** [2] 59/25 60/3

**markets** [1] 57/7

**materials** [1] 4/12

**matter** [4] 18/8 19/10 61/18 72/4

**matters** [1] 39/7

**may** [17] 6/5 17/4 17/4 21/20 22/3 24/25 26/4 28/7 31/6 37/17 39/23 39/24 41/8 41/10 47/1 51/5 63/16

**maybe** [12] 5/16 26/11 34/20 42/10 47/24 48/13 48/14 49/18 51/5 53/23 68/18 69/9

**me** [43] 3/12 9/5 9/14 9/14 15/1 16/3 18/6 19/6 22/6 22/7 23/4 23/7 26/14 26/19 28/16 29/1 33/19 36/11 38/16 38/23 42/1 44/18 44/18 46/16 48/16 49/17 50/12 52/16 55/4 56/2 56/4 59/20 60/2 61/6 64/2 64/10 64/14 65/14 66/17 69/3 69/4 70/9

**mean** [23] 5/25 6/1 8/18 9/11 16/20 26/9 32/25 33/3 47/24 49/19 51/3 56/13 57/1 59/20 59/23 60/15 61/14 61/16 61/18 61/25 66/8 66/12 68/19

**meaning** [1] 12/1

**means** [3] 8/13 45/12 45/15

**measure** [1] 60/15

**mechanical** [1] 1/20

**meet** [8] 22/2 22/3 23/15 25/22 25/18 36/21 64/8 71/5

**MEHTA** [1] 1/10

**memorialize** [1] 64/19

**memory** [1] 24/19

**limitations** [1] 72/7

**limited** [3] 35/12 56/20 57/21

**limits** [3] 45/9 54/20 55/24

**line** [4] 9/28 28/10 33/19 51/10

**list** [2] 19/20 22/7 33/22

**litigating** [1] 43/10

**litigation** [3] 14/18 27/12 44/3

**little** [8] 9/6 30/18 47/14 59/7 59/9 63/5 63/20 66/5

**live** [2] 28/12 66/13

**lived** [1] 30/25

**LLC** [3] 1/6 3/4 3/7

**LLP** [1] 2/2

**load** [1] 68/8

**loaded** [6] 66/6 69/2 69/6 69/7 69/24

**location** [2] 12/21 27/22

**long** [5] 7/10 15/7 52/3 56/21 56/22

**longer** [4] 16/18 16/22 30/19 44/11

**look** [34] 34/25 44/14 44/15 52/18 54/6 59/23 68/18 70/1 71/7

**looking** [2] 29/16 52/23

**loose** [1] 17/4

**lose** [1] 26/6

**lost** [1] 47/11

**lot** [4] 19/4 26/12 33/20 63/11

**Lowe** [1] 38/16

**lower** [1] 34/21

**Luther** [1] 38/16

**M**

**Merit** [2] 2/6
**merits** [1] 14/5
**micromanage** [2] 26/15 26/16
**Microsoft** [11] 3/18 36/13 36/21 36/25 37/3 68/4 68/5 68/20 68/21 69/23 70/9
**mid** [1] 42/2
**mid-October** [1] 42/2
**might** [6] 44/13 56/14 58/20 59/11 62/9 70/9
**mind** [1] 31/12
**minor** [1] 64/24
**minutes** [1] 55/22
**mirror** [1] 58/9
**missing** [1] 49/18
**misunderstanding** [1] 47/25
**modified** [1] 35/23
**moment** [3] 29/1 50/12 59/10
**monopolization** [2] 58/19 60/13
**monopolized** [1] 57/8
**monopolizing** [1] 57/7
**monopoly** [4] 57/24 59/3 59/8 59/12
**month** [5] 18/15 31/15 35/8 65/10 71/8
**monthly** [1] 3/12
**months** [5] 5/15 6/13 26/13 28/23 42/11
**more** [28] 6/7 6/25 9/19 14/10 16/14 23/17 23/24 26/25 27/1 28/3 28/6 31/10 32/11 32/22 34/13 35/1 36/9 36/12 39/22 41/2 41/8 44/12 45/5 54/14 54/16 56/15 61/22 61/22
**morning** [7] 3/2 3/9 3/11 3/14 23/7 35/3 37/25
**most** [6] 6/18 6/18 14/24 15/16 31/12 35/11
**motion** [4] 3/19 14/9 38/22 48/7
**move** [12] 5/7 15/16 26/19 34/22 40/6 41/3 47/23 50/12 55/21 57/18 70/18 71/3
**moved** [6] 6/22 6/23 6/23 7/10 13/2 15/8
**movement** [1] 9/24
**moving** [5] 9/3 12/7 29/8 30/8 64/1
**Mr** [5] 44/21 44/23 50/21 51/13 65/11
**Mr.** [106]
**Mr. Dintzer** [25] 3/21 4/7 5/12 9/5 15/18 15/25 17/14 21/15 22/23 27/14 29/3 29/20 33/25 35/9 35/16 35/21 36/5 36/9 40/21 42/8

**N**

**native** [2] 68/12 68/13
**nature** [3] 4/11 39/18 51/19
**nearly** [1] 59/20
**Nebraska** [1] 18/8
**necessarily** [1] 62/19
**need** [27] 5/6 5/6 5/9 5/10 5/23 5/25 6/9 10/11 17/4 25/18 37/20 40/19 44/12 44/13 46/22 49/14 53/23 54/16 59/20 59/20 61/25 62/6 63/25 64/10 64/17 65/5 70/16
**needed** [22] 39/24 51/14
**needs** [2] 22/23 42/16
**negotiate** [5] 8/20 10/6 30/3 31/22 51/9
**negotiated** [1] 6/19

**negotiating** [3] 11/21 11/25 65/1
**negotiation** [1] 4/10
**neither** [2] 58/16 58/18
**never** [4] 12/24 13/11 16/24 31/1
**nevertheless** [1] 63/18
**new** [5] 19/10 31/5 35/16 38/12 38/12
**next** [14] 5/15 16/8 17/2 20/17 21/13 22/24 23/11 38/10 48/25 55/22 64/9 66/4 70/15 71/3
**nice** [1] 3/9
**no** [25] 1/4 4/12 6/22 7/21 18/16 18/20 18/24 19/12 19/19 22/15 25/9 25/14 27/11 36/18 45/25 49/21 52/25 53/15 53/15 54/20 62/2 67/7 67/7 67/7 67/12
**nobody** [1] 33/1
**nobody's** [1] 65/22
**none** [1] 34/15
**not** [83]
**note** [6] 18/20 18/24 21/17 23/20 38/4 72/5
**noted** [2] 19/19 47/18
**notes** [1] 59/4
**nothing** [4] 13/13 61/22 62/4 66/12
**notice** [44] 7/21 8/11 9/19 9/20 10/14 12/4 13/13 15/13 20/6 20/11 21/4 21/10 21/13 29/25 30/1 31/3 31/20 32/3 35/19 39/1 39/3 39/4 39/6 39/8 39/22 39/23 40/3 40/22 40/23 41/3 41/14 42/2 42/13 42/15 42/16 42/5 47/22 48/4 49/25 50/16 52/11 54/24 65/7 68/15
**noticed** [21] 6/20 7/7 7/7 7/9 8/23 9/16 10/20 12/7 15/2 23/25 25/16 27/18 27/20 30/6 31/23 40/20 49/9 49/10 50/4 52/9 52/21
**notices** [23] 6/15 6/17 7/24 11/5 11/11 11/16 11/22 12/18 12/25 14/13 21/13 28/3 29/14 31/9 39/17 40/9 41/24 44/15 44/25 45/5 47/6 64/16 64/21
**noticing** [2] 30/2 31/22
**noting** [2] 19/3 54/21
**November** [6] 10/21 11/12 11/15 32/14 41/14 44/1
**now** [19] 5/1 6/13 7/12 7/14 8/15 20/21 27/10 28/1 28/8 30/25 34/16 43/11 48/13 49/1 56/17 65/16 70/17 71/4 71/6

number [19]
13/21 13/22 14/23 34/18 39/17 40/7 45/18 50/4 56/18
**numbers** [2] 6/8 6/8
**NW** [3] 1/14 2/3 2/8

**O**

**objected** [1] 15/6
**objections** [2] 18/20 66/19
**obligation** [3] 8/13 18/20 45/14
**obscene** [1] 43/12
**observation** [2] 40/17 44/19
**observations** [1] 29/18
**obtaining** [2] 61/19 63/8
**obviously** [12] 7/6 9/23 13/5 19/4 25/19 36/22 44/8 44/16 46/5 56/20 60/20 63/12
**occasion** [1] 27/1
**occurred** [1] 72/5
**October** [26] 5/5 7/20 10/21 11/12 11/14 11/20 15/13 17/18 17/20 18/21 20/6 21/11 31/15 33/11 36/16 36/16 39/3 40/19 42/2 44/1 49/23 49/25 50/14 51/15 64/12 71/4
**October 6th** [1] 7/20
**odd** [3] 43/8 43/9 44/13
**odds** [2] 46/7 46/12
**off** [5] 9/25 14/7 42/20 42/22 58/23
**offer** [5] 21/3 25/11 39/5 41/13 54/17
**offered** [11] 15/8 16/12 50/8 52/9 52/10 52/14 52/25 54/19 54/21 62/1 66/20
**Official** [1] 2/7
**oh** [3] 45/23 64/19 70/16
**okay** [31] 3/8 10/19 11/8 11/17 17/6 17/22 18/1 18/4 19/14 19/18 23/3 23/13 23/21 25/1 25/7 25/10 35/2 36/24 37/8 37/21 38/18 46/22 48/18 48/23 50/19 51/18 53/15 55/9 55/18 57/16 67/24
**omnibus** [1] 41/2
**once** [3] 27/18 29/24 66/24
**one** [69] 3/11 4/2 4/20 5/22 6/20 8/16 9/2 9/24 12/2 12/3 13/21 14/25 15/12 15/23 19/23 19/23 19/24 20/6 21/8 21/11 21/11 21/15 22/5 23/22 26/20 26/25 27/1 27/7 27/7 27/14 27/20 29/10 31/1 32/5

40/10 37/20 39/9 39/22 40/2 40/9 41/17 43/3 43/23 47/12 48/6 48/7 48/20 48/25 49/12 49/19 50/8 50/8 50/13 50/13 50/15 51/20 52/2 52/6 59/11 60/12 62/9 64/6 65/18 65/23 65/24 67/22 69/3 70/1
**one's** [2] 67/22 67/23
**one-day** [1] 9/24
**ones** [3] 10/7 28/7 29/14
**ongoing** [1] 19/17
**only** [13] 11/2 11/7 16/16 20/8 33/12 37/20 40/2 40/14 47/12 59/14 64/13 68/14 69/12
**open** [8] 42/9 50/4 68/5 69/7 69/11 69/12 69/15 69/19
**opens** [1] 69/18
**operate** [1] 27/25
**operating** [1] 30/10
**opine** [1] 61/10
**opportunity** [1] 44/22
**opposed** [1] 35/21
**opposite** [1] 28/4
**option** [2] 10/3 10/5
**order** [32] 3/13 3/20 7/8 7/14 7/17 8/2 8/12 8/14 8/25 9/10 9/14 10/5 10/10 10/15 13/14 14/9 20/3 20/19 26/18 31/18 35/7 38/22 48/7 50/17 51/24 51/25 55/23 63/23 64/3 64/13 64/14 64/15
**ordering** [1] 70/8
**orders** [1] 44/7
**other** [33] 5/2 5/3 7/16 9/11 13/2 13/3 13/6 23/19 26/22 37/12 37/13 37/17 38/16 39/18 40/4 46/7 48/21 52/6 52/8 53/20 53/23 53/24 56/17 58/8 59/24 61/20 63/22 63/22 63/23 66/10 66/17 67/25 68/2
**otherwise** [2] 14/4 70/6
**ought** [3] 29/23 40/2 66/15
**our** [43] 3/12 5/6 5/10 6/17 7/15 8/18 9/2 10/6 13/18 13/25 15/12 16/17 16/25 19/1 19/16 20/25 20/25 21/14 31/14 32/22 33/3 35/12 38/7 38/14 40/14 41/21 44/16 45/9 45/11 46/22 47/13 47/15 49/9 53/24 54/24 57/12 58/8 61/12 61/19 61/20 70/14 70/15 71/3
**out** [31] 5/21 6/12 6/12 11/19 11/22 16/4 17/3

Also for column M continued:

71/2
**Mr. Dintzer's** [4] 12/14 12/15 17/11 25/24
**Mr. Fox** [13] 12/3 49/10 49/12 49/22 50/3 50/5 50/7 50/14 50/22 51/14 51/24 52/2 56/22
**Mr. Judah** [7] 7/19 12/2 15/2 52/9 55/3 55/10 56/22
**Mr. Judah's** [1] 14/22
**Mr. Sallet** [16] 18/6 18/11 23/6 25/8 25/12 26/2 29/4 40/21 46/25 49/2 49/8 50/21 50/21 51/11 57/17 58/2
**Mr. Schmidtlein** [39] 12/12 12/13 17/19 20/3 23/1 23/4 23/4 25/11 26/1 27/16 28/10 28/18 29/21 30/7 31/8 36/17 37/9 41/2 41/23 42/24 45/10 46/2 48/13 49/3 49/19 50/1 50/6 50/17 51/13 52/13 52/15 56/1 59/2 61/2 62/1 63/12 65/12 69/14 71/2
**Mr. Schmidtlein's** [1] 27/21
**Ms.** [1] 37/4
**Ms. Simons** [1] 37/4
**much** [10] 5/9 12/8 16/10 16/11 16/14 47/14 49/4 53/6 56/15 63/21
**multiple** [6] 14/1 39/10 39/13 39/19 40/8 57/23
**multiples** [1] 39/13
**mutual** [1] 6/21
**mutually** [4] 12/21 12/25 27/22 30/3
**my** [18] 5/13 15/21 23/7 25/22 26/15 27/1 27/6 28/2 28/5 28/11 29/17 33/22 34/4 38/24 42/5 44/24 46/3 46/24

**O**

out... [24] 18/9 21/25 25/23 30/2 31/11 31/15 32/14 33/12 35/17 35/18 36/2 36/10 37/18 38/24 42/12 44/2 44/10 47/7 51/11 52/13 60/11 61/1 65/15 66/9
**outcome [2]** 22/3 24/24
**output [1]** 34/19
**outstanding [4]** 11/11 23/1 34/14 38/15
**outweighs [1]** 57/13
**over [9]** 13/11 15/12 16/7 16/7 38/5 45/19 45/19 57/3 61/11
**overestimate [1]** 49/3
**overlapping [1]** 19/23
**overstating [1]** 48/13
**own [7]** 5/13 30/17 40/14 60/15 61/21 62/18 70/6

**P**

**p.m [7]** 53/20 54/1 54/22 70/17 70/18 71/4 71/10
**pace [1]** 26/9
**pages [1]** 65/11
**pandemic [1]** 72/6
**papers [1]** 59/4
**paragraph [2]** 12/19 39/15
**paralegal [1]** 67/14
**part [6]** 10/17 14/5 48/14 56/25 62/19 63/24
**particular [1]** 40/25
**parties [10]** 12/19 26/18 29/24 31/21 31/21 32/22 33/18 33/23 36/14 40/5
**party [9]** 3/17 13/12 19/20 28/6 30/2 31/13 31/22 33/19 65/23
**party's [1]** 65/23
**pattern [4]** 6/11 6/16 8/15 8/17
**Paulsen [1]** 45/22
**pause [1]** 33/17
**payment [1]** 34/5
**payments [1]** 62/12
**PDF [1]** 68/21
**pending [2]** 21/6 47/21
**people [9]** 5/10 8/8 16/21 43/21 49/15 56/18 63/22 66/1 67/17
**people's [1]** 42/18
**percent [6]** 36/3 36/15 60/18 60/18 61/15 61/17
**perfect [1]** 32/21
**perfection [1]** 27/12
**perfectly [1]** 43/7
**perform [2]** 46/11 46/11
**perhaps [2]** 23/17 46/6

28/22 30/20 39/25 56/10 57/20 62/16 63/7 63/24 64/1
**permitted [1]** 39/5
**person [4]** 8/4 52/7 66/14 68/19
**person's [2]** 27/4 27/5
**personal [1]** 14/14
**pertaining [1]** 60/4
**pick [3]** 13/18 41/15 42/8
**picked [1]** 10/7
**pin [1]** 50/9
**pinpointing [1]** 59/1
**place [16]** 3/25 6/3 8/10 9/10 9/15 11/7 14/18 14/19 17/12 17/13 23/23 29/10 31/24 33/2 37/10 37/14
**plaintiff [3]** 1/17 58/17 58/18
**plaintiff's [1]** 64/20
**plaintiffs [2]** 1/4 1/13 12/24 16/5 16/13 17/5 29/13 31/3 39/5 39/21 41/12 41/17 42/7 44/23 47/12 53/9 63/6
**planning [1]** 11/19
**playing [2]** 54/15 66/2
**Please [1]** 72/5
**plus [2]** 20/13 63/15
**point [14]** 6/5 24/14 26/14 27/17 29/15 33/10 34/24 46/3 47/11 50/2 58/21 59/2 60/11 62/10
**points [1]** 37/18
**poor [1]** 50/7
**portion [4]** 22/10 22/13 55/6 55/23
**posed [1]** 24/9
**position [5]** 22/23 26/15 28/1 59/16 63/17
**possibility [1]** 53/25
**possible [7]** 15/17 21/23 23/18 32/24 33/5 47/16 70/18
**potential [4]** 24/22 40/7 40/23 41/3
**potentially [1]** 41/4 45/3 52/1 52/4
**power [3]** 60/13 60/15 61/24
**PowerPoint [1]** 68/16
**practically [1]** 43/11
**practice [3]** 13/11 14/17 56/4
**practices [4]** 56/19 57/10 60/23 60/24
**pre [1]** 43/14
**pre-complaint [1]** 43/14
**precise [1]** 41/17
**precisely [2]** 31/1 62/13
**precision [1]** 44/25

**prepare [4]** 20/12 32/17 45/14 56/9
**prepared [6]** 25/16 29/11 48/14 51/25 63/24 63/25
**preparing [3]** 8/9 8/10 56/12
**present [1]** 62/7
**presented [1]** 36/14
**preserve [1]** 44/16
**press [1]** 9/6
**pretty [4]** 36/3 46/12 46/20 60/19
**Prettyman [1]** 2/8
**prevent [1]** 59/12
**prevents [1]** 66/13
**prior [1]** 58/23
**privilege [4]** 4/2 35/12
**probably [7]** 26/6 29/24 31/10 31/15 39/21 42/3 42/8
**problems [1]** 6/22
**proceed [3]** 3/20 21/5
**proceedings [4]** 1/9 2/10 71/10 72/4
**process [6]** 18/6 23/1 26/16 26/17 31/25 47/5 47/12 53/9 63/6
**processing [2]** 22/21 23/9
**proclaiming [1]** 60/2
**produce [5]** 4/11 14/14 14/20 16/13 17/23
**produced [15]** 2/11 4/19 16/2 22/9 22/14 23/6 23/11 25/15 34/11 34/18 35/9 38/5 38/6 43/12 68/12
**producing [1]** 36/1
**production [23]** 4/5 4/24 5/1 5/2 5/5 5/13 6/5 6/9 16/4 16/6 16/18 18/15 19/3 24/20 34/25 35/10 35/12 36/11 36/15 37/14 37/15 38/7 38/8
**productions [4]** 16/24 34/7 38/9 38/14
**products [2]** 70/6 70/9
**progress [1]** 4/16
**prohibit [1]** 66/1
**promised [1]** 4/24 4/25
**promises [2]** 4/19 4/21
**promptly [1]** 13/8
**proper [1]** 7/25
**proposal [1]** 64/20
**propose [1]** 13/8
**proposed [4]** 13/3 15/11 41/12 44/24
**proposing [2]** 30/12 31/4
**Protection [1]** 1/18
**protective [21]** 3/19 7/8 7/14 7/17 8/2 8/12 8/14 8/25 10/5 10/15 13/14 14/9 20/3 20/19 38/22 38/22 44/7 48/7 50/17 55/23 64/3

protective order [1] 7/8
**protocol [2]** 15/19 65/1 65/25
**prove [1]** 41/4
**provide [5]** 10/14 10/18 22/6 24/17 45/16
**provided [1]** 39/2
**provides [2]** 12/19 50/5 54/10
**provision [1]** 30/14
**provisions [1]** 13/17
**public [4]** 59/5 66/9 66/11 71/6
**purchase [3]** 68/4 70/5 70/8
**push [2]** 6/13 9/25
**pushing [1]** 6/15
**put [20]** 9/14 17/7 26/10 31/24 32/10 32/12 32/15 32/19 33/17 34/20 40/21 45/9 50/2 60/7 65/6 65/7 65/16 68/4 69/3 69/11
**putting [3]** 17/18 32/16 60/25

**Q**

**question [18]** 5/17 20/1 20/2 20/23 20/25 22/16 24/7 24/21 37/12 39/1 39/11 39/16 52/18 56/1 58/1 58/22 61/9 69/12
**questioning [4]** 20/22 51/7 54/3 66/19
**questions [14]** 6/4 6/7 19/22 20/15 20/15 24/2 24/9 24/15 24/20 35/1 43/6 43/15 49/25 64/1
**queue [2]** 10/20 11/10
**quick [2]** 27/18 27/19 29/8 32/9 33/22
**quickly [5]** 26/6 28/13
**quite [4]** 43/7 57/1 60/16 61/14
**quoting [1]** 45/21

**R**

**raise [8]** 7/11 8/17 24/14 24/24 34/15 37/6 64/4 65/6
**raised [9]** 4/14 7/11 15/25 19/25 21/16 24/6 25/12 38/21 64/3
**raising [2]** 66/19 68/3
**Ralph [1]** 1/19
**ram [1]** 13/18
**range [1]** 39/14
**rate [3]** 34/18 34/21 36/2
**rather [3]** 7/16 19/10 32/2
**reach [4]** 10/3 10/12 30/1 38/15
**reached [2]** 4/12 28/13
**reaction [1]** 45/7
**reactions [1]** 42/25

**read [1]** 69/22
**ready [1]** 34/22
**real [1]** 60/24
**realistic [1]** 59/19
**realized [1]** 61/23
**really [18]** 5/6 6/11 11/2 20/18 26/13 27/23 29/6 40/13 41/7 42/2 43/18 43/20 44/9 45/2 45/4 46/19 60/22 61/16 66/9
**realm [1]** 30/10
**Realtime [1]** 2/7
**reason [7]** 8/3 8/19 8/22 10/12 18/16 62/17 66/3
**reasonable [2]** 10/7 35/23
**reasonably [2]** 43/5 43/22
**reasons [4]** 15/4 27/7 43/9 45/18
**receipt [1]** 17/13
**receive [1]** 24/3
**received [2]** 29/25 34/7
**receiving [1]** 9/18 9/20
**recently [2]** 6/25 19/17
**recipient [1]** 30/1 31/19
**recognize [1]** 69/21
**recognizes [1]** 32/21
**reconstruction [1]** 22/20
**record [1]** 72/3
**recorded [1]** 2/10
**reduced [1]** 63/19
**referenced [2]** 14/9 21/12
**references [1]** 47/11
**reflect [1]** 64/15
**refuse [1]** 68/10
**regarding [3]** 4/14 4/19 15/25
**Registered [1]** 2/6
**regularly [1]** 14/18
**reiterate [2]** 40/10 53/16
**related [1]** 44/4
**relates [3]** 39/19 63/10 64/21
**relating [1]** 64/1
**relative [1]** 12/11
**relatively [1]** 27/19
**relevance [1]** 5/14
**relevant [6]** 46/9 46/16 56/17 60/13 62/20 63/2
**relief [2]** 9/7 63/11
**religious [1]** 13/6
**rely [3]** 26/17 61/20 61/21
**remaining [2]** 22/12 23/5
**remains [1]** 63/20
**remarks [1]** 15/1
**remember [1]** 21/20
**reminding [1]** 10/17
**remotely [3]** 66/9 66/16 72/7
**repeat [2]** 33/10 40/15

**R**

report [5] 22/9 24/5
36/14 36/17 64/7
Reporter [4] 2/6 2/6
2/7 2/7
reporting [1] 72/7
reports [1] 4/24
repository [2] 68/24
68/24
representations [1]
24/8
representative [7] 7/4
50/24
represented [1] 30/18
request [3] 4/23 17/11
22/17
requested [4] 38/3
38/9 38/13 39/4
requesting [1] 9/7
requests [6] 4/4 5/3
17/8 19/10 21/19 23/2
require [3] 28/16 31/19
70/5
required [2] 24/11 45/6
requires [1] 33/4
rescheduled [1] 7/5
resolve [1] 57/18
resolved [3] 37/13
37/17 65/5
respect [11] 4/17 5/16
9/3 14/8 32/5 33/23
37/11 46/21 48/3 48/12
51/12
respond [4] 14/12
31/21 39/7 44/22
responding [1] 27/7
response [7] 12/14
25/11 27/16 27/19 38/5
45/7 50/16
responsibilities [1]
13/7
responsive [1] 15/25
responsiveness [2]
34/17 36/2
rest [1] 54/2
review [3] 35/12 56/13
56/15
RF [1] 5/2
RFP [13] 4/1 4/20 5/3
5/5 16/1 17/9 18/17
18/18 18/19 18/22
18/23 19/9 19/11
RFP 2 [1] 17/9
RFPs [3] 4/1 4/3 4/9
right [40] 3/11 11/4
12/9 17/10 24/3 25/20
25/24 27/21 30/21
30/25 31/17 33/6 33/16
34/10 34/15 36/8 38/19
43/16 46/5 46/10 47/8
50/17 51/2 51/9 52/1
52/17 53/3 54/3 55/1
55/20 58/7 58/11 58/15
59/18 62/20 63/3 69/5
69/16 69/20 70/17
rights [1] 44/16
RMR [2] 72/2 72/11
road [1] 61/16

room [12] 65/19 65/22
66/1 66/2 66/3 66/4
66/18 66/22 67/2 67/7
67/11 67/14
roughly [2] 33/2 35/10
rule [17] 27/11 27/11
28/17 29/4 29/6 29/20
29/23 30/8 41/14 41/18
41/22 45/19 46/5 46/10
46/21 55/15 64/15
rules [9] 8/24 9/11 9/11
9/13 10/4 10/14 10/17
15/20 40/4
ruling [2] 20/19 44/8
run [3] 3/12 33/22
60/19
running [3] 6/12 6/12
25/25

**S**

said [30] 7/21 7/21
7/22 7/22 7/23 10/6
14/11 14/14 15/4 15/6
15/8 19/7 19/20 20/4
20/7 21/21 23/1 26/25
29/3 30/24 33/11 35/9
40/10 40/16 45/19 49/8
53/17 59/19 62/2 65/6
Sallet [18] 1/17 3/6
18/6 18/11 23/6 25/8
25/12 26/2 29/4 40/21
46/25 49/2 49/8 50/21
50/21 51/11 57/17 58/2
same [7] 14/15 22/23
22/25 26/1 27/8 29/3
66/18
sample [4] 21/18 22/16
22/16 24/21
sampling [42] 22/8
22/10 22/13 23/5
sat [2] 4/10 28/24
satisfies [2] 13/20
17/21
satisfy [1] 17/14
savvy [1] 68/19
say [23] 5/1 6/7 7/16
8/4 8/24 13/9 13/13
14/5 23/18 24/10 31/10
32/14 32/20 35/6 45/23
47/18 48/3 50/21 51/23
58/3 60/20 62/1 66/18
saying [4] 6/25 13/12
17/19 67/13
says [3] 58/17 58/18
60/17
schedule [5] 31/11
32/23 37/10 40/14
42/12
scheduled [12] 7/12
13/10 13/21 25/2 25/5
26/10 28/14 29/12
32/25 52/20 70/16
70/17
scheduler [1] 53/7
schedules [1] 13/2
scheduling [1] 25/21

scheme [2] 57/23 58/4
Schmidtlein [41] 2/2
3/7 12/12 12/13 17/19
20/3 23/1 23/4 23/4
25/11 26/1 27/16 28/10
28/18 29/21 30/7 31/8
36/17 37/9 41/2 41/23
42/24 45/10 46/2 48/13
49/3 49/19 50/1 50/6
50/17 51/13 52/13
52/15 56/1 59/2 61/2
62/1 63/12 65/12 69/14
71/2
Schmidtlein's [1]
27/21
scope [1] 23/25
search [9] 18/25 19/13
35/22 38/2 38/8 38/12
48/21 48/22 61/17
second [18] 4/20 16/1
18/19 18/22 18/23 19/9
26/14 26/24 27/10
42/10 42/15 50/12
51/14 52/14 54/13
55/23 56/16 66/6
Secondly [1] 47/13
Section [1] 1/18
secure [1] 24/17
security [1] 69/8
see [4] 3/9 35/1 44/14
62/11
seeing [2] 34/21 71/7
seek [5] 8/2 8/12 8/25
10/5 10/15
seeking [6] 7/14 7/17
31/12 40/24 44/7 63/12
seem [4] 26/4 29/1
47/11 60/2
seemed [1] 54/22
seems [4] 26/19 42/1
63/18 64/2
seen [2] 6/16 6/25
selection [1] 70/23
send [3] 12/25 32/8
32/14
senior [1] 44/1
sense [10] 14/24 19/23
20/18 20/20 28/1 28/2
28/5 41/13 42/16 56/8
sent [2] 11/5 20/7
separate [4] 14/22 54/9
67/4 67/9
September [17] 1/5 5/1
7/10 7/12 8/10 11/23
14/21 18/14 19/4 21/8
21/10 21/22 22/19 24/6
34/2 49/20 72/10
September 17th [1]
22/19
series [2] 4/18 43/25
seriously [1] 16/1
serve [3] 20/5 48/11
55/6
serves [1] 45/20
session [2] 20/20
70/14
set [11] 3/23 7/19

32/1 40/19 42/14 47/12
50/14
sets [1] 16/13
setting [1] 45/4
seven [7] 9/18 9/20
10/1 10/10 11/10 11/21
11/22 20/13 29/19
29/25 30/11 30/22
30/25 31/22 51/1 53/22
54/1 54/4 64/15
seven-day [2] 29/19
64/15
several [1] 16/8
shape [2] 35/14 60/1
share [28] 25/22 26/1
38/23 57/10 57/11
58/23 59/6 59/10 59/22
59/25 60/3 60/5 60/18
60/18 60/22 60/25 61/7
61/8 61/9 61/10 61/15
62/16 62/20 62/23 63/8
63/9 63/9 63/18
shares [1] 48/9
shock [1] 70/3
should [9] 13/21 31/9
35/11 43/5 50/21 51/20
52/12 53/21 54/17
shouldn't [3] 51/3
53/21 70/3
show [7] 7/5 7/13 7/16
8/5 8/13 8/23 68/12
showing [3] 7/23 10/4
31/4
shows [2] 59/5 59/7
side [3] 26/11 26/11
64/4
sides [1] 14/5
significantly [1] 19/1
silent [1] 39/17
similar [5] 19/24 21/15
23/8 28/7 44/4
Simons [2] 37/3 37/4
simple [2] 9/17 61/18
simply [8] 7/4 7/4
40/19 41/19 46/3 57/21
61/14 68/20
since [5] 4/3 10/25
18/19 29/13 32/8
single [3] 26/21 31/1
42/2
sink [1] 45/2
sit [5] 20/16 29/12
30/24 50/7 52/2
sitting [5] 9/15 14/22
14/25 44/10 67/4
situation [5] 16/24
23/8 28/19 28/25 70/7
six [8] 4/3 6/13 10/23
11/9 11/20 18/23 19/11
65/21
slated [1] 20/6
so [141]
so I think [4] 31/18
35/13 41/12 42/5
so it's [2] 5/20 61/1
socially [1] 66/14
socially-distanced [1]

softball [1] 67/23
software [6] 66/6 68/4
68/6 70/2 70/3 70/5
some [32] 4/18 6/4
11/18 11/24 11/25 12/1
12/5 13/1 13/2 14/23
15/8 15/19 16/22 17/4
29/10 34/14 34/17
35/12 35/15 35/18
36/15 41/10 41/13
41/23 45/12 49/14 55/6
57/4 57/5 60/1 62/3
63/20
somebody [10] 27/3
27/10 28/23 29/11
45/11 49/16 62/2 62/3
62/3 67/13
somehow [2] 15/19
67/10
someone [1] 29/5
something [19] 5/14
7/16 9/17 9/25 31/5
31/24 36/11 39/24 41/5
41/19 43/19 43/20
49/18 54/15 59/24
60/17 64/7 65/16 70/4
sometimes [3] 5/23
47/11 68/12
somewhat [2] 23/8
63/19
soon [2] 5/10 17/23
sooner [2] 32/2 71/8
sorry [6] 46/24 49/12
53/14 55/11 56/21 58/2
sort [21] 3/12 3/23 4/18
5/18 9/9 9/13 20/23
26/19 27/7 39/16 40/5
43/6 43/15 43/17 45/2
45/5 46/22 50/12 56/6
56/7 66/17
sorts [1] 45/3
sought [1] 19/2
sounds [2] 17/19 36/9
sources [1] 59/6
speak [3] 27/22 56/18
60/8
speaking [1] 48/9
specific [7] 6/4 8/16
8/19 9/7 10/12 30/14
30/19
specifically [1] 29/22
spend [1] 45/11
spending [1] 33/20
spent [1] 11/6
spill [1] 52/1
spillover [1] 55/18
spoken [1] 20/3
spreadsheet [2] 68/13
68/15
St [1] 2/3
stage [1] 3/23
stand [7] 4/5 12/10
16/2 18/7 34/1 34/3
64/10
start [5] 31/10 31/12
39/24 70/19 70/22
started [2] 3/22 4/11

**S**

**starting [3]** 4/9 33/24 63/7
**starts [1]** 28/5
**stash [1]** 45/11
**state [2]** 1/17 38/6
**state's [1]** 21/3
**statements [1]** 35/15
**states [8]** 1/1 1/3 1/10 3/3 14/3 28/21 64/8 64/25
**status [13]** 1/9 3/12 3/17 4/4 4/15 21/17 21/21 22/7 24/5 24/8 36/14 64/7 71/3
**stay [1]** 29/7
**stenography [1]** 2/10
**step [1]** 42/18
**steps [1]** 24/13
**Steve [1]** 35/4
**still [6]** 4/21 11/21 21/25 37/18 54/2 71/6
**stone [1]** 27/7
**stop [5]** 8/12 52/15 53/19 54/13 54/22
**storage [1]** 68/24
**storing [1]** 68/24
**strategy [1]** 12/5
**Street [1]** 1/14
**strike [1]** 57/15
**strikes [1]** 43/17
**string [1]** 19/13
**strings [1]** 18/25
**strive [2]** 46/22 47/15
**structuring [1]** 41/21
**subject [4]** 19/10 39/7 44/3 72/6
**subpoena [5]** 10/14 29/25 30/1 31/20 32/3
**subpoenaed [1]** 7/3
**subpoenas [4]** 31/10 31/14 38/6 64/16
**substantial [6]** 3/25 17/8 18/15 19/3 34/1 36/16
**substantially [3]** 16/3 17/3 35/8
**substantive [1]** 14/10
**such [2]** 51/14 59/14
**suggested [2]** 29/20 42/8
**suggesting [1]** 27/16
**suggestion [2]** 27/14 40/18
**suggests [1]** 61/2
**Suite [1]** 1/21
**summary [2]** 12/14 12/16
**Sunshine [1]** 35/4
**supplement [1]** 19/11
**supposed [6]** 34/1 34/2 49/11 49/13 70/19 70/22
**sure [13]** 19/6 19/8 22/7 23/15 40/3 41/1 44/17 49/2 50/13 54/5 64/19 65/17 68/16
**surely [2]** 21/4 22/25

**surprise [2]** 31/3 71/4
**surprised [2]** 31/3 35/15
**suspect [1]** 40/20
**swear [1]** 30/25
**sworn [1]** 45/20

**T**

**tacks [1]** 32/1
**take [22]** 7/1 8/6 8/10 14/18 16/10 16/16 16/23 21/9 22/1 26/12 30/18 32/10 33/1 34/25 42/19 43/25 51/6 52/3 53/9 53/22 62/20 64/18
**taken [8]** 3/25 6/2 6/14 10/22 10/23 16/22 19/2 43/13
**takes [2]** 58/17 70/11
**taking [2]** 14/19 24/13
**talk [7]** 4/4 4/5 12/10 25/21 28/25 62/3 70/16
**talked [1]** 21/16
**talking [1]** 13/16
**targeted [1]** 43/5
**targets [1]** 36/21
**team [2]** 23/6 23/7
**tech [2]** 66/4 68/19
**tech-savvy [1]** 68/19
**technical [1]** 14/3
**technological [1]** 72/7
**tell [20]** 7/22 7/23 8/1 8/2 8/20 8/22 9/21 9/22 10/4 10/8 20/21 23/16 32/12 32/13 32/16 32/18 47/19 48/24 49/2 54/17
**telling [1]** 20/22
**ten [2]** 55/22 63/15
**ten-plus [1]** 63/15
**term [1]** 68/14
**terms [22]** 3/22 5/13 9/6 9/7 18/8 18/13 23/9 27/15 27/19 29/7 30/11 35/22 37/14 38/2 38/8 38/12 39/16 40/6 40/13 46/16 55/23 55/25
**terrific [1]** 38/19
**test [1]** 56/10
**testify [6]** 47/23 48/15 48/20 48/21 49/15 56/3
**testifying [1]** 20/11
**testimony [3]** 44/13 46/8 46/16
**than [17]** 16/18 16/22 23/24 27/1 28/4 32/2 32/11 34/21 37/12 38/16 39/22 41/8 42/3 54/14 54/16 59/16 61/22
**thank [8]** 4/8 18/12 37/7 37/8 47/3 49/6 64/23 70/12
**thank you [7]** 4/8 18/12 37/7 47/3 49/6 64/23 70/12
**Thanks [1]** 71/9
**that [440]**

**that's [63]** 5/8 6/24 7/6 7/20 8/11 8/21 8/24 9/2 10/9 11/6 11/12 11/14 12/6 13/21 15/6 15/7 15/24 16/10 16/11 19/12 19/16 19/21 20/6 20/8 21/6 21/14 21/22 26/12 26/25 27/13 27/20 30/2 36/2 36/7 36/11 36/20 40/3 40/9 41/1 43/23 46/1 46/1 47/23 50/1 50/5 50/9 50/10 50/16 52/6 53/20 54/18 54/24 57/14 61/16 66/22 67/11 67/12 67/17 68/9 69/8 70/2 70/4 70/7
**that [440]**
**their [21]** 10/3 10/5 10/13 12/20 13/1 14/14 14/16 30/17 41/18 45/14 49/15 57/9 58/17 60/15 60/15 60/21 64/8 68/4 68/6 68/17 69/24
**them [42]** 6/9 6/23 6/23 6/25 7/21 9/19 10/6 10/17 12/1 13/2 13/9 13/19 13/20 14/15 14/16 14/21 15/21 19/23 19/24 22/5 25/17 25/18 26/19 30/15 30/16 31/5 34/24 43/13 45/13 54/11 56/25 60/12 60/19 60/21 62/21 65/6 65/7 65/18 65/23 66/22 67/9 68/7
**themselves [5]** 8/14 9/2 10/16 10/18 57/4
**then [38]** 3/17 3/18 3/19 4/5 4/17 8/20 8/22 8/25 9/24 14/21 18/8 18/9 18/19 24/22 25/12 25/23 32/10 32/19 32/23 34/25 37/9 38/20 38/24 41/6 41/14 44/3 46/15 51/21 52/6 55/5 55/21 57/17 59/9 61/19 62/7 65/15 67/25 69/19
**there [41]** 4/2 4/12 4/16 6/22 9/21 15/18 16/4 16/6 17/4 20/4 21/25 23/19 24/15 27/15 28/2 28/3 28/9 33/18 36/10 36/12 37/17 39/12 39/12 40/2 40/8 41/25 44/24 48/11 50/7 51/5 57/1 57/2 62/4 63/20 64/4 64/17 67/3 67/4 69/12 70/4 71/5
**there's [29]** 7/8 8/3 9/21 12/3 19/4 19/12 35/12 36/12 36/25 37/22 38/20 39/11 39/14 43/19 43/20 45/12 45/18 53/19 56/18 59/7 60/1 60/2 61/21 62/6 62/16 64/24
**thought [7]** 16/18 16/22 43/22 58/22 62/22 62/23 62/24
**thoughts [2]** 30/7 42/24
**threats [1]** 59/1
**three [5]** 22/1 24/20

**therefore [4]** 24/16 47/15 59/1 72/6
**these [39]** 6/7 6/8 7/24 14/20 14/24 15/16 16/16 17/24 18/10 20/1 24/1 24/20 24/23 26/18 28/13 29/14 30/5 35/16 41/6 41/21 43/4 43/19 44/14 44/25 45/3 45/23 46/21 47/6 48/14 49/20 51/20 56/9 56/12 63/10 63/19 65/8 66/9 69/2 69/23
**they [106]**
**they'd [3]** 4/24 5/1 7/16
**they'll [3]** 5/2 63/21 63/25
**they're [24]** 7/14 7/15 7/17 7/23 8/2 8/5 8/6 9/16 9/23 9/25 10/4 10/11 16/15 30/17 32/9 32/14 32/16 32/25 40/23 43/25 60/23 65/4 65/4 67/11
**they've [13]** 6/19 7/11 10/7 10/9 10/10 16/15 34/6 34/13 43/10 43/21 52/14 57/2 61/17
**thing [8]** 8/16 9/4 15/23 43/24 50/13 54/18 56/16 64/24
**things [20]** 4/5 9/9 12/10 14/24 15/8 18/7 22/1 32/5 33/25 39/9 41/17 43/3 45/12 56/13 60/11 60/11 60/25 64/10 65/4 71/5
**think [91]**
**thinks [1]** 20/23
**third [16]** 3/17 4/1 19/20 24/4 28/6 29/24 31/13 31/21 33/18 33/19 33/23 40/17 42/15 65/23 65/23 67/10
**third-party [5]** 3/17 19/20 28/6 31/13 33/19
**this [110]**
**This is [1]** 3/3
**those [31]** 4/4 4/9 4/9 4/12 4/14 9/13 11/24 13/2 14/12 15/14 15/14 17/8 18/25 20/6 21/22 21/25 24/13 25/17 28/24 29/17 30/20 35/18 35/23 36/21 40/14 42/5 48/12 52/12 53/8 62/15 70/11
**though [2]** 43/3 61/2 61/5

**throats [1]** 13/19
**through [14]** 13/5 16/16 19/1 19/16 24/7 44/1 48/17 57/24 62/24 63/22 63/23 68/8 68/22 70/6
**throughout [2]** 15/21 18/3
**thrown [1]** 35/18
**Thursday [4]** 21/8 25/3 25/6 35/11
**thus [1]** 22/22
**tie [1]** 17/4
**time [39]** 3/24 12/21 20/13 20/14 20/20 22/25 25/25 26/5 26/7 27/8 27/10 29/3 29/8 30/19 31/23 32/13 32/17 32/22 33/20 35/19 44/12 47/14 53/18 53/20 54/2 54/20 55/6 55/24 55/25 57/20 59/11 62/16 62/16 62/25 63/1 63/20 63/24 64/1 65/24
**timeline [1]** 17/13
**timely [3]** 27/15 27/17 31/6
**times [2]** 14/1 27/22
**timing [4]** 21/23 37/15 51/12 51/14
**tirelessly [1]** 16/21
**titled [1]** 72/4
**today [17]** 5/2 5/4 13/16 16/5 21/2 25/5 37/7 38/9 43/14 48/24 57/7 57/9 57/10 57/11 57/22 64/4 67/19
**together [4]** 3/24 33/2 40/21 40/22
**told [14]** 7/13 16/6 16/15 18/13 20/10 20/12 22/18 22/18 22/21 25/3 25/5 34/6 53/19 63/15
**tomorrow [1]** 47/20
**too [3]** 15/7 67/14 69/10
**took [4]** 7/10 7/11 23/23 32/11
**top [1]** 44/3
**topic [1]** 40/25
**topics [25]** 20/10 20/24 24/16 25/16 27/4 28/22 28/24 33/13 39/14 40/19 40/23 41/3 41/6 43/15 44/2 44/5 45/6 45/23 47/20 47/22 48/8 48/12 48/15 48/21 48/22
**touch [1]** 32/4
**touches [1]** 5/22
**tough [2]** 60/19 61/16
**toward [1]** 26/7
**towards [1]** 46/18
**track [1]** 61/7
**tracked [2]** 59/21 63/9

83

**T**

tracking [4] 30/16 48/9 60/3 60/5
tracks [1] 59/25
tranche [1] 17/3
transcript [3] 1/9 2/10 72/3
transcription [1] 2/11
transfer [4] 16/14 22/22 22/24 68/8
travel [1] 33/1
trial [1] 46/14
tried [2] 12/24 43/21
trouble [1] 70/9
true [1] 29/7
truly [1] 70/4
Trump [1] 45/22
try [7] 9/8 18/9 29/15 45/8 55/22 56/13 56/16
trying [14] 9/25 15/16 27/15 28/17 29/7 29/9 36/21 40/11 42/21 45/1 50/9 56/7 57/5 57/15
turn [5] 3/21 12/13 15/23 36/13 38/21
turning [1] 6/10
twice [4] 29/11 29/12 29/12 47/18
two [56] 4/1 5/22 6/20 7/20 7/22 13/11 13/22 14/11 14/12 15/3 15/5 15/12 19/22 20/4 21/20 23/19 26/7 26/20 27/6 27/7 27/8 27/8 32/10 35/23 40/10 41/16 41/20 42/11 42/20 45/3 47/21 48/11 48/14 49/11 52/6 52/10 52/10 52/12 52/14 52/18 52/19 53/4 53/5 53/8 54/8 54/11 54/12 54/16 55/4 55/16 60/11 60/11 63/13 63/19 65/4 70/11
two-day [6] 7/20 15/3 15/12 53/4 53/5 53/8
type [2] 29/15 45/2
typically [2] 56/12 56/16

**U**

U.S [1] 1/13
ultimately [1] 61/8
uncertainty [1] 8/7
unclear [1] 63/21
under [11] 4/20 5/3 5/5 6/13 10/4 15/14 18/20 20/10 51/1 51/7 54/10
understand [18] 5/21 5/23 7/8 19/6 22/7 26/5 32/6 36/5 39/2 43/2 46/17 55/2 62/16 63/16 66/3 68/19 69/9 69/25
understanding [2] 34/4 58/24
understands [1] 54/8
understood [5] 24/12 48/3 58/25 58/25 59/16
underway [1] 38/14

undoubtedly [1] 13/2
undue [2] 12/22 27/22
unduly [1] 56/5
unfair [1] 28/20
unfolded [1] 39/22
unhappy [1] 54/22
unintended [1] 41/10
unique [4] 5/18 45/13 45/20 70/5
Unit [1] 1/19
UNITED [4] 1/1 1/3 1/10 3/3
United States of [1] 3/3
universe [1] 43/15
unlawful [3] 58/18 59/3 60/3
unless [7] 13/19 38/20 50/6 52/2 70/3 71/5 71/5
unrealistic [2] 28/18 29/2
unreasonable [2] 39/20 40/8
until [3] 4/25 19/3 32/15
unusual [1] 46/4
up [36] 4/14 6/6 7/5 7/13 7/16 7/24 8/5 8/13 8/23 10/4 13/2 17/5 19/23 22/1 26/11 28/7 28/12 30/5 30/25 31/4 32/10 32/12 32/15 32/17 32/19 39/5 46/4 48/25 52/23 62/21 64/18 69/3 69/11 69/15 70/18 71/3
upcoming [1] 5/15
update [5] 3/22 33/25 36/17 64/8 64/9
updates [1] 3/15
upfront [1] 16/20
upon [5] 26/5 27/24 49/8 61/20 61/21
urge [1] 29/13
us [70] 4/10 5/7 6/14 7/2 7/2 7/13 7/22 7/23 8/1 8/7 8/8 8/20 8/22 9/21 9/22 10/4 10/8 10/11 10/12 12/24 12/25 13/4 14/15 17/8 17/21 18/13 20/10 20/12 20/18 20/20 20/21 20/22 21/4 22/24 23/16 24/4 26/4 26/5 30/15 32/12 32/13 32/16 32/18 33/4 34/13 35/17 35/19 35/22 36/20 43/17 44/13 46/19 47/7 47/19 47/23 48/24 50/8 54/10 54/12 54/17 61/18 64/2 65/9 67/18 70/13 70/20 70/21 70/24 70/25 71/1
usdoj.gov [1] 1/16
use [7] 5/11 12/20 24/22 26/12 47/21 68/15 69/7

69/4 69/15 69/17
useful [3] 24/17 29/19 41/1
using [1] 43/8

**V**

vacation [1] 6/24
vacations [1] 42/19
vague [1] 35/21
variety [2] 28/7 45/1
various [3] 13/4 13/6 15/4
vehicle [1] 24/23
vendors [1] 17/24
versus [3] 3/4 34/19 34/19
very [16] 6/4 13/15 13/23 18/14 19/4 26/5 28/16 29/15 31/6 49/22 53/6 58/24 60/23 60/24 62/12 62/17
via [3] 1/9 16/13 23/10
victory [1] 34/22
video [1] 67/10
view [2] 9/9 24/18
views [3] 18/7 18/9 21/4
violations [1] 15/20
virtual [4] 32/25 65/2 65/19 69/2
virtually [1] 71/5 71/7
vital [1] 57/20
volume [1] 43/12
vs [1] 1/5

**W**

wait [2] 32/15 65/10
waiting [1] 34/16
want [33] 7/21 9/25 13/24 13/25 15/7 16/20 18/24 19/22 21/25 23/16 30/16 32/20 33/17 38/4 41/18 42/6 43/4 43/15 44/9 47/11 49/16 50/11 53/6 53/7 53/16 54/13 64/6 65/10 65/12 65/12 66/1 66/22 68/3
wanted [2] 5/17 65/7
wants [6] 45/8 52/2 54/14 64/4 65/9 67/10
warranted [1] 28/23
was [25] 4/2 14/3 19/3 22/20 24/11 24/23 25/5 25/15 34/1 36/1 36/14 39/4 39/21 44/10 45/10 48/6 54/25 57/11 62/4 62/23 62/24 63/12 64/13 65/3 69/2
Washington [4] 1/5 1/14 2/3 2/9
waterfront [2] 40/22 41/20
way [25] 5/19 7/25 13/10 15/16 15/21 18/10 21/5 24/17 25/23 28/4 28/4 32/17 34/13

**W**

what [88]

what's [3] 8/21 67/25 68/9
whatever [7] 7/1 8/6 20/18 42/12 49/24 56/19 69/15
when [30] 6/6 6/7 6/20 8/11 13/16 13/20 17/2 22/21 28/5 29/5 31/8 34/20 41/23 42/1 44/10 51/6 51/7 53/22 54/22 58/3 58/3 59/2 59/11 62/25 64/21 69/18
When's [1] 25/2
where [16] 4/5 5/8 6/3 12/10 13/6 16/2 18/7 27/18 33/25 34/3 36/5 46/2 54/10 59/5 60/17 64/10
Where do [1] 34/3
whether [10] 23/16 24/7 24/15 30/16 30/17 56/5 59/23 64/10 65/15 69/12
which [54] 3/13 4/23 7/7 8/8 8/8 10/14 14/17 16/14 17/24 19/15 20/4 22/14 23/5 26/9 26/14 26/14 28/13 29/23 33/11 33/13 34/18 35/11 36/3 38/6 40/11 40/19 41/9 41/13 42/15 45/1 45/6 45/12 45/15 46/3 47/4 47/22 48/8 48/24 48/25 48/25 49/10 49/11 49/12 49/15 51/23 57/22 58/23 59/5 60/7 62/12 63/16 66/20 66/21 68/8
while [2] 46/10 57/1
who [18] 7/3 14/4 14/13 16/21 25/15 28/23 32/8 32/9 32/12 33/5 40/14 43/6 43/16 52/9 56/18 56/20 62/22 62/23
who's [3] 52/6 62/19 65/19
who've [2] 29/14 63/13
why [18] 3/20 3/21 6/7 6/8 7/22 7/23 8/1 8/3 9/1 10/1 10/12 12/13 45/18 59/20 60/4 63/7 66/3 69/25
will [65] 9/13 12/19 14/14 15/12 17/3 17/7 17/23 18/3 20/7 20/24 20/24 21/7 21/18 21/24 22/14 22/22 23/1 23/6 23/11 23/14 23/16 23/25 25/19 26/21 26/22 27/2 28/11 31/18 33/12 33/15 35/6 35/7 36/22 38/6 40/8 40/20 40/21 40/22 41/23 41/24 44/8 44/14 44/24 46/14 46/23 47/4 47/10

**W**

**will...** [18] 47/15 47/18 48/24 49/2 51/16 51/21 61/6 61/12 62/18 63/6 64/10 64/13 64/16 64/21 65/25 69/19 69/21 71/4
**William** [4] 2/6 72/2 72/10 72/11
**WILLIAMS** [1] 2/2
**wish** [1] 50/22
**wishes** [1] 21/5
**within** [9] 9/18 9/20 22/25 24/18 29/25 30/10 31/22 32/19 52/12
**without** [5] 12/22 14/7 20/22 27/22 35/19
**witness** [52] 6/1 7/3 8/19 14/4 14/6 20/5 20/5 20/7 20/8 20/11 20/15 20/16 20/22 23/23 25/15 26/21 27/3 27/4 27/5 27/9 29/4 30/4 32/8 32/9 33/11 33/12 33/13 33/14 43/16 44/6 45/6 45/14 45/16 46/5 46/7 46/12 50/8 51/6 52/5 52/8 54/2 55/4 55/4 65/20 65/22 67/2 67/4 67/5 67/8 67/9 68/13 68/16
**witness's** [1] 67/5
**witnesses** [30] 12/20 13/25 14/12 14/13 14/20 26/21 29/5 31/13 39/7 39/11 39/13 39/19 40/7 41/7 41/22 42/12 43/17 43/21 43/22 46/8 46/10 46/13 47/21 48/12 48/20 53/22 63/10 63/14 63/22 64/21
**witnesses'** [1] 13/4
**won't** [16] 6/25 7/2 7/13 7/22 7/23 8/22 26/12 32/13 33/10 40/15 41/25 41/25 42/18 44/25 54/17 65/25
**wondering** [1] 41/6
**word** [2] 47/1 68/21
**words** [3] 9/11 58/8 66/10
**work** [7] 13/10 13/18 33/15 45/24 47/10 50/9 51/11
**worked** [1] 12/23
**working** [4] 16/21 22/12 38/2 38/11
**works** [9] 13/17 27/20 30/4 32/7 70/20 70/21 70/24 70/25 71/1
**worth** [1] 56/3
**would** [52] 4/22 5/4 9/9 9/10 9/14 9/14 10/10 14/4 14/5 15/4 16/14 16/23 19/21 20/11

24/13 24/17 25/25 26/1 26/1 27/13 28/20 29/13 29/19 31/20 32/6 32/7 33/3 35/24 35/25 36/20 39/5 39/6 39/7 39/12 39/21 43/16 43/22 43/22 47/19 49/5 49/7 51/24 53/12 54/3 58/3 58/24 69/3 70/4 70/17
**wouldn't** [2] 65/6 69/7
**writing** [2] 60/25 65/16
**written** [3] 24/9 24/15 67/18
**wrong** [4] 52/16 66/25 68/23 68/25

**Y**

**Yeah** [2] 19/6 42/21
**year** [6] 44/10 56/10 56/15 58/12 58/17 58/18
**years** [16] 43/11 56/19 57/2 57/8 57/8 57/11 57/11 57/12 57/23 57/24 58/23 59/16 59/21 60/4 61/11 63/15
**years'** [1] 56/3
**Yelp** [5] 3/18 37/11 37/22 38/1 38/4
**yes** [12] 16/25 18/21 22/11 33/8 37/2 37/24 38/2 42/17 48/1 48/5 48/10 57/19
**yet** [3] 11/16 22/21 28/9
**you** [138]
**you know** [5] 9/23 15/7 30/18 44/4 66/15
**you'd** [2] 25/11 37/1
**you'll** [3] 28/12 31/12 36/11
**you're** [7] 11/21 26/6 41/6 41/24 46/5 46/7 46/10
**you've** [6] 11/20 19/9 28/12 36/9 46/4 59/19
**your** [97]
**Your Honor** [67] 3/2 4/8 6/10 9/2 9/17 11/3 12/7 12/15 13/24 14/10 14/19 16/7 16/20 17/16 18/12 21/20 22/15 23/8 23/14 24/5 24/8 24/12 24/25 25/9 25/14 30/10 31/16 32/4 33/7 34/4 35/4 35/20 36/18 37/2 37/5 37/25 38/4 42/17 42/23 43/1 43/7 44/20 47/17 48/10 48/16 49/7 50/18 51/17 52/8 53/5 53/12 55/8 55/19 56/11 57/6 57/15 57/19 58/16 58/20 60/10 61/14 62/9 64/23 66/24 67/22 68/2 70/12
**yourselves** [1] 55/14

**Z**

**Zaremba** [4] 2/6 72/2 72/10 72/11
**ZOOM** [1] 1/9