# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United States of America, *et al.*,

              Plaintiffs,

v.

Google LLC,

              Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

## APPEARANCE OF COUNSEL

I am admitted or otherwise authorized to practice in this court, and I appear in this case a counsel for Plaintiff State of Michigan.

Respectfully submitted,

DANA NESSEL
Attorney General

*/s/ Scott A. Mertens*
Scott A. Mertens (P60069)
Assistant Attorney General
Michigan Dep't of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
(517) 335-7632
MertensS@michigan.gov

Dated: October 12, 2021