# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.6(b), Wisam E. Naoum gives notice of his withdraw as counsel of record for Plaintiff State of Michigan. Michigan will continue to be represented by Scott A. Mertens.

Respectfully submitted,

*/s/ Wisam E. Naoum*
Wisam E. Naoum (P83335)

Dated: October 12, 2021