UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br> HON. AMIT P. MEHTA |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Third-Party Samsung Electronics America, Inc. ("SEA"), by and through its undersigned counsel, Alexis V. DeBernardis, a member of the Bar of this Court, respectfully moves that Juan A. Arteaga be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1.  Mr. Arteaga is a lawyer at Crowell & Moring LLP, 590 Madison Avenue, New York, NY 10022; telephone (212) 223-4000.

2.  As set forth in the Declaration of Mr. Arteaga accompanying this motion, Mr. Arteaga is a member in good standing of the bar of the State of New York. Mr. Arteaga is also a member in good standing of the following state and federal bars: the State of Connecticut; the

U.S. Supreme Court; the U.S. District Court for the Eastern District of New York; the U.S. District Court for the Southern District of New York; the U.S. Court of Appeals for the Second Circuit; and the U.S. Court of Appeals for the Fourth Circuit. He has not been disciplined by any bar.

3. Mr. Arteaga has not been admitted *pro hac vice* in this Court in the past two years.

4. Mr. Arteaga does not engage in the practice of law from an office located in the District of Columbia, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

WHEREFORE, SEA, by and through its undersigned counsel, moves that this Court enter an Order permitting Juan A. Arteaga to appear *pro hac vice* in the above-captioned action.

Date: October 13, 2021                                  **CROWELL & MORING LLP**

                By:    */s/ Alexis V. DeBernardis*
                        Alexis V. DeBernardis (D.C. Bar #994713)
                        1001 Pennsylvania Avenue, NW
                        Washington, D.C. 2004
                        (202) 624-2631
                        adebernardis@crowell.com

                        *Counsel for Third-Party*
                        *Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that on October 14, 2021, I caused to be filed a copy of the foregoing Motion for Admission *Pro Hac Vice* to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

                                              */s/ Alexis V. DeBernardis*
                                              Alexis V. DeBernardis
                                              (D.C. Bar #994713)