UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                 Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                 Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

## DECLARATION OF JUAN A. ARTEAGA

I, Juan A. Arteaga, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2. I am a lawyer at Crowell & Moring LLP, 590 Madison Avenue, New York, NY 10022; telephone (212) 223-4000.

2. I have been admitted to and am a member in good standing of the bar of the State of New York. I am also a member in good standing of the following state and federal bars: the State of Connecticut; the U.S. Supreme Court; the U.S. District Court for the Eastern District of New York; the U.S. District Court for the Southern District of New York; the U.S. Court of Appeals for the Second Circuit; and the U.S. Court of Appeals for the Fourth Circuit.

3. I have never been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court in the past two years.

5. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, and do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 13, 2021

*/s/ Juan A. Arteaga*
Juan A. Arteaga