# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                     Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br>                     Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                     Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br>                     Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

## [PROPOSED] ORDER

Upon consideration of Third-Party Samsung Electronics America, Inc.'s Motion for Admission *Pro Hac Vice* for Juan A. Arteaga, and the accompanying Declaration of Juan A. Arteaga, it is hereby

**ORDERED** that Third-Party Samsung Electronics America, Inc.'s Motion for Admission *Pro Hac Vice* is **GRANTED.**

**SO ORDERED** this ____ day of _____, 2021.

 

                                                        _____
                                                        Hon. Amit P. Mehta
                                                        United States District Judge