UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexis V. DeBernardis of the law firm of Crowell & Moring LLP, who is admitted to practice in this Court, hereby appears as counsel of record for Third-Party Samsung Electronics America, Inc. ("SEA") in the above-captioned matter.

Date: October 13, 2021      **CROWELL & MORING LLP**

              By: */s/ Alexis V. DeBernardis*
                 Alexis V. DeBernardis (D.C. Bar #994713)
                 1001 Pennsylvania Avenue, NW
                 Washington, D.C. 2004
                 (202) 624-2631
                 adebernardis@crowell.com

                 *Counsel for Third-Party*
                 *Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that on October 13, 2021, I caused to be filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

*/s/ Alexis V. DeBernardis*
Alexis V. DeBernardis
(D.C. Bar #994713)