AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF STATE OF NEBRASKA

Date: 10/14/2021

/s/ Matthew K. McKinley
*Attorney's signature*

Matthew K. McKinley (OH 89107)
*Printed name and bar number*

2115 State Capitol
Lincoln, NE 68509

*Address*

Matt.McKinley@nebraska.gov
*E-mail address*

(402) 471-2683
*Telephone number*

(402) 471-2957
*FAX number*