## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Jeane A. Thomas of the law firm of Crowell & Moring LLP, who is admitted to practice in this Court, hereby appears as counsel of record for Third-Party Samsung Electronics America, Inc. ("SEA") in the above-captioned matter.

Date: October 14, 2021

**CROWELL & MORING LLP**

By:  */s/ Jeane A. Thomas*
Jeane A. Thomas (D.C. Bar #432600)
1001 Pennsylvania Avenue, NW
Washington, D.C. 2004
(202) 624-2877
jthomas@crowell.com

*Counsel for Third-Party*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that on October 14, 2021, I caused to be filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

/s/ Jeane A. Thomas
Jeane A. Thomas
(D.C. Bar #432600)