AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., *Plaintiff* v. GOOGLE LLC *Defendant* | Case No. 1:20-cv-03010-APM |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA.

Date: 10/17/2021

/s/ John P. Foley
*Attorney's signature*

John P. Foley (MI Bar # P76200)
*Printed name and bar number*

Antitrust Division
U.S. Department of Justice
450 5th St. NW
Washington, DC 20530
*Address*

john.foley@usdoj.gov
*E-mail address*

(202) 476-0491
*Telephone number*

(202) 616-8544
*FAX number*