# Exhibit A

| | |
|---|---|
| **From:** | Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov> |
| **Sent:** | Thursday, March 11, 2021 5:08 PM |
| **To:** | Arteaga, Juan; DeBernardis, Alexis Victoria |
| **Cc:** | Herrmann, Karl (ATR); Li, Jennifer (ATR); Adam Miller; Feder, Morgan |
| **Subject:** | DOJ Response on SEC Custodian Proposal |
| **Attachments:** | 086 - ESI Order.pdf |

[External Email]

Juan, Alexis,

We are pleased that we have an apparent path forward on a production of documents.  We ask that you please confirm in writing that Samsung no longer possesses the emails or files of the four custodians we discussed (███████████████████████████████████).  If so, on the assumption that they possess sufficient relevant materials, the Department can agree to a production of documents in the possession of ███████████ and ███████████.

The Department also agrees to extend the deadline for serving responses and objections to March 10.  We look forward to an initial production of documents from SEA in the next week.  Attached for reference is the ESI protocol for the case.  Please reach out if you have any questions or concerns about the Department's JEFS production system, and we look forward to speaking next Thursday.

Best,

Brendan Ballou
Trial Attorney
U.S. Department of Justice, Antitrust Division
450 5th Street N.W., Suite 7100
Washington, D.C. 20530
(202) 431-8493
brendan.balloukelley@usdoj.gov