# Exhibit B

| | |
|---|---|
| **From:** | DeBernardis, Alexis Victoria |
| **Sent:** | Tuesday, September 21, 2021 6:31 PM |
| **To:** | 'Herrmann, Karl (ATR)'; Arteaga, Juan |
| **Cc:** | Murdock-Park, Erin (ATR); Wright, Catharine (ATR); Spinelli, Nicholas (ATR); Feder, Morgan; Adam Miller; Ballou, Brendan (ATR); Perez Hicks, Kris (ATR) |
| **Subject:** | RE: Samsung Subpoena |
| **Attachments:** | SEA Hit Report - DOJ Search Terms (9-21-2021).XLSX |

Karl,

As promised, please find attached a hit report showing the number of emails for the first seven custodians that hit on the agreed-upon search strings for Plaintiffs' priority requests. As you will see, out of a universe of approximately 1.8M documents, the search strings hit on 258,852 documents, expanded to 1,125,732 with families.

The hit count for each custodian is as follows (below counts may reflect emails overlapping among custodians):

| Custodian | Total Documents with hits | Total Documents with hits including families |
|---|---|---|
| ██████ | 40,082 | 252,961 |
| ██████████ | 74,664 | 181,854 |
| ████████ | 18,348 | 59,814 |
| ██████████ | 293 | 362 |
| ████████ | 91,362 | 461,847 |
| █████████ | 16,511 | 32,801 |
| ████████ | 23,046 | 147,922 |

Please note that we had to make minor adjustments to three of the search strings in order to avoid platform errors. These minor adjustments are reflected below in red font:



- ███
- ███
- ███

These modified search strings are highlighted in the attached report. Once Plaintiffs have an opportunity to review the hit report, please let us know when Plaintiffs are available to meet and confer regarding these results.

Thanks,
Alexis

Alexis Victoria DeBernardis | o: 202.624.2631 | m: 561.389.1810

---

**From:** Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>
**Sent:** Monday, September 20, 2021 10:44 AM
**To:** DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>; Arteaga, Juan <JArteaga@crowell.com>
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>; Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Adam Miller <Adam.Miller@doj.ca.gov>; Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>; Perez Hicks, Kris (ATR) <Kris.Perez.Hicks@usdoj.gov>
**Subject:** RE: Samsung Subpoena

[External Email]

Many thanks, Alexis.

---

**From:** DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>
**Sent:** Monday, September 20, 2021 10:37 AM
**To:** Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Arteaga, Juan <JArteaga@crowell.com>
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>; Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Adam Miller <Adam.Miller@doj.ca.gov>; Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>; Perez Hicks, Kris (ATR) <Kris.Perez.Hicks@usdoj.gov>
**Subject:** [EXTERNAL] RE: Samsung Subpoena

Karl,

See attached for a MS Word version of the strings.

Thanks,
Alexi

Alexis Victoria DeBernardis | o: 202.624.2631 | m: 561.389.1810

---

**From:** Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>
**Sent:** Monday, September 20, 2021 7:38 AM
**To:** Arteaga, Juan <JArteaga@crowell.com>; DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>; Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Adam Miller <Adam.Miller@doj.ca.gov>; Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>; Perez Hicks, Kris (ATR) <Kris.Perez.Hicks@usdoj.gov>
**Subject:** RE: Samsung Subpoena

[External Email]

Juan and Alexis,

Further to our conversation Thursday, could you send us a word version of the agreed-upon search strings (in your 9/13 email) when you get an opportunity?

Many thanks,
Karl

---

**From:** Herrmann, Karl (ATR)
**Sent:** Wednesday, September 15, 2021 5:22 PM
**To:** Arteaga, Juan <JArteaga@crowell.com>; DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>; Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Adam Miller <Adam.Miller@doj.ca.gov>; Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>; Perez Hicks, Kris (ATR) <Kris.Perez.Hicks@usdoj.gov>
**Subject:** RE: Samsung Subpoena

Much appreciated, Juan.

---

**From:** Arteaga, Juan <JArteaga@crowell.com>
**Sent:** Wednesday, September 15, 2021 5:19 PM
**To:** DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>; Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Adam Miller <Adam.Miller@doj.ca.gov>; Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>; Perez Hicks, Kris (ATR) <Kris.Perez.Hicks@usdoj.gov>
**Subject:** RE: Samsung Subpoena

Karl:

Regarding your question, we are fine with moving forwarding on the search terms for the first seven custodians with the understanding that the ████████ search term finalization will be conducted separately based upon those hit reports. We'll provide you the hit reports for the first seven custodians as soon as they are ready.

Thanks,
Juan

---

**From:** DeBernardis, Alexis Victoria
**Sent:** Wednesday, September 15, 2021 5:10 PM
**To:** Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Arteaga, Juan <JArteaga@crowell.com>
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>; Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Adam Miller <Adam.Miller@doj.ca.gov>; Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>; Perez Hicks, Kris (ATR) <Kris.Perez.Hicks@usdoj.gov>
**Subject:** RE: Samsung Subpoena

Thanks, Karl – could you please confirm whom we should include on the invite for tomorrow (from DOJ)?

Thanks!

Alexis Victoria DeBernardis | o: 202.624.2631 | m: 561.389.1810

---

**From:** Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>
**Sent:** Wednesday, September 15, 2021 5:06 PM
**To:** Arteaga, Juan <JArteaga@crowell.com>; DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>

3

**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>; Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Adam Miller <Adam.Miller@doj.ca.gov>; Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>; Perez Hicks, Kris (ATR) <Kris.Perez.Hicks@usdoj.gov>
**Subject:** RE: Samsung Subpoena

External Email

Thanks, Juan, for the quick answers.

To facilitate a production that could come sooner, would Samsung be willing to finalize search terms after the parties review the hit reports from the first seven custodians? If Samsung has concerns about committing prior to seeing ▓▓▓▓ hit reports, Plaintiffs are willing to finalize search terms separately on the first seven custodians with the understanding that the ▓▓▓▓ search term finalization would be conducted separately based upon those hit reports. If this is a possibility for Samsung, we are open to addressing any concerns you may have about such a plan.

▓▓▓▓ Would you mind circulating an invite for the call?

Best,
Karl

**From:** Arteaga, Juan <JArteaga@crowell.com>
**Sent:** Wednesday, September 15, 2021 2:15 PM
**To:** Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>; Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Adam Miller <Adam.Miller@doj.ca.gov>; Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>
**Subject:** RE: Samsung Subpoena

Thanks Karl.  Regarding your questions, we should be able to provide Plaintiffs with hit reports for the first seven agreed-upon custodians by Tuesday.  With respect to the final two agreed-upon custodians (▓▓▓▓), we likely will need until the week of September 27 because our client is still in the process of collecting and exporting this material to us.  If we can provide these final two hit reports sooner, we certainly will do so.

In terms of when we can begin producing documents, we would expect to be able to make our initial production within two weeks of the search strings being finalized after each side reviews the hit reports and makes any necessary adjustments.

With respect to the call regarding the new subpoenas, we are available tomorrow between 2:30 and 3 pm EST.  If this isn't sufficient time, we have availability on Friday.

Please feel free to reach out if you have questions regarding anything discussed above.

Best,
Juan

**From:** Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>
**Sent:** Tuesday, September 14, 2021 4:37 PM
**To:** Arteaga, Juan <JArteaga@crowell.com>; DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>;

Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Adam Miller <Adam.Miller@doj.ca.gov>; Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>
**Subject:** RE: Samsung Subpoena

External Email

Juan,

Thank you for your letter. While we disagree with some of the characterizations in your letter, we are largely in agreement on how to proceed. To be clear:
- We have reached agreement on custodians.
- We have reached agreement on search strings.
- We have reached agreement on custodial data sources for email files, and agree to meet & confer in good faith on the other custodial data sources as necessary.
- We have reached agreement on proposing a timely production schedule.
- Plaintiffs are still evaluating how to proceed regarding our request for unredacted copies of Samsung's European Commission submission.

As our top priority is production timing, we would appreciate an update from Samsung as to: (1) when Samsung expects to produce a hit report and (2) when Samsung intends to begin production of the documents captured by this agreement.

Best,
Karl


Karl Herrmann
Trial Attorney
U.S. Department of Justice, Antitrust Division
Technology and Digital Platforms Section
450 Fifth Street, NW
Washington, DC 20001
(202) 476-0316 (mobile)

**From:** Herrmann, Karl (ATR)
**Sent:** Monday, September 13, 2021 2:53 PM
**To:** Arteaga, Juan <JArteaga@crowell.com>; Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>; DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>; Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Adam Miller <Adam.Miller@doj.ca.gov>
**Subject:** RE: Samsung Subpoena

Thank you, Juan and Alexis. We are in receipt.

**From:** Arteaga, Juan <JArteaga@crowell.com>
**Sent:** Monday, September 13, 2021 2:46 PM
**To:** Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>; DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>

5

**Cc:** Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>; Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Adam Miller <Adam.Miller@doj.ca.gov>
**Subject:** RE: Samsung Subpoena

Brendan:

Please find attached SEA's response to Plaintiffs' September 7, 2021 letter.  We have also attached a redline reflecting a few changes to the draft search strings, which are explained in our letter.  We are available to have a call if anything in our letter requires clarification or explanation.

Thanks,
Juan

---

**From:** Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>
**Sent:** Tuesday, September 7, 2021 4:47 PM
**To:** Arteaga, Juan <JArteaga@crowell.com>; DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>
**Cc:** Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>; Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Adam Miller <Adam.Miller@doj.ca.gov>
**Subject:** Samsung Subpoena

External Email

Juan, Alexis,

Please find attached the Department's response to Samsung's August 25 letter and September 3 email.  We request your response by Friday, September 10.  Thank you,

Brendan Ballou
Trial Attorney
U.S. Department of Justice, Antitrust Division
450 5th Street N.W., Suite 7100
Washington, D.C. 20530
(202) 431-8493
brendan.balloukelley@usdoj.gov

| Request | Search Strings | Source | Documents with hits | Documents with hits, including families |
|---|---|---|---|---|
| DOJ RFP 5 | | DOJ | 23,273 | 250,138 |
| DOJ RFP 5 | | DOJ | 1,788 | 30,170 |
| DOJ RFP 5 | | DOJ | 1,058 | 22,107 |
| DOJ RFP 7 | | DOJ | 686 | 3,114 |
| DOJ RFP 7 | | DOJ | 136,028 | 924,703 |
| DOJ RFP 7 | | DOJ | 28,468 | 321,689 |
| DOJ RFP 9 | | DOJ | 148,776 | 841,397 |
| DOJ RFP 9 | | DOJ | 65,058 | 397,273 |
| DOJ RFP 9 | | DOJ | 52 | 1,245 |
| DOJ RFP 9 | | DOJ | 3,053 | 105,459 |
| DOJ RFP 9 | | DOJ | 21,154 | 187,398 |
| DOJ RFP 9 | | DOJ | 870 | 5,508 |
| DOJ RFP 9 | | DOJ | 69 | 201 |
| DOJ RFP 9 | | DOJ | 2,839 | 14,041 |
| DOJ RFP 9 | | DOJ | 458 | 1,764 |
| DOJ RFP 10 | | DOJ | 692 | 40,904 |
| DOJ RFP 11 | | DOJ | 18,778 | 376,357 |
| DOJ RFP 11 | | DOJ | 15,126 | 291,264 |
| DOJ RFP 11 | | DOJ | 9,007 | 175,916 |
| DOJ RFP 11 | | DOJ | 43 | 189 |
| DOJ RFP 11 | | DOJ | 52 | 1,204 |
| DOJ RFP 12 | | DOJ | 7,606 | 138,475 |



| Source | | Party | | |
|---|---|---|---|---|
| DOJ RFP 12 | | DOJ | 1,714 | 22,750 |
| DOJ RFP 12 | | DOJ | 19,088 | 168,112 |
| DOJ RFP 12 | | DOJ | 0 | 0 |
| DOJ RFP 12 | | DOJ | 131 | 235 |
| DOJ RFP 12 | | DOJ | 8,807 | 225,585 |
| DOJ RFP 12 | | DOJ | 23,703 | 367,583 |
| DOJ RFP 14 | | DOJ | 4,463 | 75,604 |
| DOJ RFP 14 | | DOJ | 7,092 | 57,181 |
| DOJ RFP 14 | | DOJ | 5 | 10 |
| DOJ RFP 14 | | DOJ | 2,608 | 23,424 |
| DOJ RFP 15 | | DOJ | 2,467 | 21,801 |
| DOJ RFP 15 | | DOJ | 3,256 | 80,159 |
| DOJ RFP 15 | | DOJ | 1,674 | 13,870 |
| DOJ RFP 15 | | DOJ | 458 | 2,050 |
| DOJ RFP 15 | | DOJ | 2,922 | 83,545 |
| DOJ RFP 21 | | DOJ | 5,849 | 131,027 |
| DOJ RFP 21 | | DOJ | 5,167 | 40,802 |
| DOJ RFP 21 | | DOJ | 542 | 1,767 |
| DOJ RFP 21 | | DOJ | 5 | 16 |
| DOJ RFP 21 | | DOJ | 6,352 | 133,243 |
| DOJ RFP 21 | | DOJ | 449 | 48,041 |
| States 4 | | DOJ | 15,647 | 194,064 |