# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,    )
                                     )
          Plaintiffs,                )
                                     )    CV No. 20-3010
      vs.                            )    Washington, D.C.
                                     )    August 19, 2021
GOOGLE LLC,                          )    10:00 a.m.
                                     )
          Defendant.                 )
_____)



                    TRANSCRIPT OF
      DISCOVERY HEARING VIA ZOOM PROCEEDINGS
        BEFORE THE HONORABLE AMIT P. MEHTA
            UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov


For Plaintiff
State of Illinois:           Erin L. Shencopp
                             COLORADO OFFICE OF THE
                             ATTORNEY GENERAL
                             1300 Broadway
                             7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: erin.shencopp@coag.gov

APPEARANCES CONTINUED:

For the Defendant:          John E. Schmidtlein
                            WILLIAMS & CONNOLLY LLP
                            725 12th St., NW
                            Washington, D.C. 20005
                            (202) 434-5000
                            Email: jschmidtlein@wc.com

For Defendant
State of Colorado:          Jonathan Bruce Sallet
                            COLORADO DEPARTMENT OF LAW
                            Consumer Protection Section,
                            Antitrust Unit
                            Ralph L. Carr
                            Colorado Judicial Center
                            1300 Broadway
                            Suite 7th Floor
                            Denver, CO 80203
                            (720) 508-6000
                            Email: jon.sallet@coag.gov

For Non-Party Petitioner
Apple Inc.:                 Steven C. Sunshine
                            SKADDEN, ARPS, SLATE,
                            MEAGHER & FLOM LLP
                            1440 New York Avenue, NW
                            Washington, D.C. 20005
                            (202) 371-7860
                            Email:
                            steven.sunshine@skadden.com

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2           COURTROOM DEPUTY:  Good morning, Your Honor.
 3    This is Civil Action 20-3010, United States of America
 4    versus Google LLC.
 5           Kenneth Dintzer on behalf of government
 6    plaintiffs.
 7           Erin Shencopp on behalf of the Colorado
 8    Plaintiffs.
 9           John Schmidtlein for Defendant Google.
10           And Steven Sunshine speaking on behalf of
11    Third-Party Apple.
12           THE COURT:  Okay, Counsel.  Good morning,
13    everyone.  I hope everybody is doing well.  It's nice to see
14    you all.
15           All right.  So the matter up for consideration
16    today is a dispute that's at issue between the Department of
17    Justice and Apple.
18           And I've read the parties' papers.  And so why
19    don't we start with the Department of Justice, and,
20    Mr. Dintzer, if you'd like to add anything, and then we can
21    talk through how we're going to resolve this.
22           COURT REPORTER:  You're on mute.
23           MR. DINTZER:  I've got it.  Sorry about that.
24           Thank you, Your Honor.  And thank you for
25    expediting this on what we understand was your vacation.
```

1   And may it please the Court.

2         We're here today because of Apple's role in the

3   case and our need to complete production as quickly as

4   possible.

5         On the first point, Apple's role here is

6   enormously important.  They're Google's largest distributor

7   of search, and the distribution of search and Google's

8   contracts are at the center of this case.

9         Apple makes between 8 and $10 billion per year

10  from Google, from search, and that's 15 to 20 percent of

11  Apple's worldwide revenue.  This gives Apple a significant

12  interest in the status quo, and it also makes Apple -- means

13  that Apple makes more from search than Microsoft does.

14        So Apple received our subpoena on February 1st,

15  and they won't commit to completing production before

16  mid-November.  Apple's importance and the slow rate of

17  production are what bring us here today, and I'd like to

18  make four points, Your Honor, this morning.

19        The first is why we need the information remaining

20  in the search strings; the second is why we need the

21  documents immediately; the third is the fact that we did not

22  prematurely rush to the Court to seek help here; and the

23  fourth is why we need the code words that we've asked for in

24  our brief.

25        On the first point, Your Honor, we need the

1  documents that arise from these 12 search strings to

2  complete the discovery process.  Apple does not challenge

3  the importance of these documents.

4          THE COURT:  Now, the fact --

5          MR. DINTZER:  Yeah.

6          THE COURT:  Can I just interrupt you?

7          MR. DINTZER:  Sure.

8          THE COURT:  If we could sort of move to brass

9  tacks here on these 12 search strings.

10          Look, I think what Mr. Sunshine is going to say,

11  when he's given an opportunity to respond, is that, look,

12  we've been acting in good faith, we've agreed to a very

13  large percentage of these search strings, all but 12, and

14  the remaining 12 are not insubstantial.

15          And by my back of the envelope -- and maybe this

16  was also Apple's calculation -- these search strings have,

17  if you include attachments, about 1.5 million hits that get

18  returned, which is not an insubstantial amount.  And, you

19  know, Apple really hasn't disputed, at least not in its

20  papers, the relevancy of the records requests or the search

21  strings, at least in any particular way that the search

22  strings are not at least designed to try and achieve -- get

23  at the documents that are being requested.  And so, you

24  know, I think the question ultimately here is really going

25  to be one of tailoring and volume.

1              And so I think the question to you, Mr. Dintzer,

2    is, I mean, have you come to the point where you really

3    think that the only way you're going to satisfy these

4    document demands is to get back 1.5 million documents in

5    return, including attachments, or is there some room to give

6    here?

7              MR. DINTZER:  So let me clarify on those numbers,

8    Your Honor.

9              First of all, those are pre-review.  So we're

10   not -- I mean, Apple won't tell us what -- once the

11   documents go -- these are documents going into the machine,

12   not coming out.  Apple won't tell us what they're -- when

13   they've produced documents, what the success rate is on the

14   coming out.  But let's just say hypothetically it's 25

15   percent.  Then that was --

16             THE COURT:  Hang on, Mr. Dintzer.  Can you repeat

17   that number?  I'm not sure I've got the best Internet

18   connection, so you broke up a little bit.

19             MR. DINTZER:  Sure.

20             (Telephonic interference)

21             MR. DINTZER:  Is it me?

22             THE COURT:  No.  I think we had somebody chime in

23   or was speaking and wasn't on mute.

24             So go ahead, Mr. Dintzer.

25             MR. DINTZER:  Thank you.  I appreciate that,

1    Your Honor.

2           So the number that you're talking about is input,

3    not output.  Apple won't give us insight into what their

4    production rate is, so we don't know how much the machine

5    turns out.  But if we assume 25 percent, then we're talking

6    about, if there's 1.5 million going in, then we're talking

7    about 375,000 coming out.  And we don't even know if that's

8    that; it could be less.

9           The second thing is that number includes -- there

10   has been -- at least Apple has asserted that there's a

11   problem with some of the attachments.  Some of the

12   attachments to those documents are basically, they tell us,

13   junk, and we have tried to work with them to have them

14   peeled off so they don't even get into the machine upfront.

15   Apple has dilly-dallied on that, but we are continuing to

16   say, if you -- you know, that you can peel off the junk, if

17   we're convinced that it's junk, but the burden is on Apple

18   to convince us of that.  But we're not going to get

19   1.5 million documents unless they sign off on basically

20   everything that goes through the machine.

21           So that's --

22           THE COURT:  Can I just ask:  I mean, Mr. Sunshine,

23   you're welcome to provide input here, but I wonder whether

24   that -- that's an important assumption in terms of how many

25   of these documents ultimately are produced.

1          And I take your point, Mr. Dintzer, that the

2     1.5 number is, in a sense, it's not coming out, I mean,

3     because this is the hit return; in other words, these are

4     the documents that are getting produced based upon a search

5     string over the time period over the custodians.

6          Now, I understand there's probably some additional

7     relevance work that needs to get done and responsiveness

8     work that needs to get done on top of that, but

9     understanding what the likely percentage is of the

10    responsiveness would be important.

11         So, Mr. Sunshine, can you provide any insight on

12    what that number is likely to be?  Because if it's higher

13    than the 20 percent or 25 percent that Mr. Dintzer is

14    assuming, then obviously the burden on Apple is going to be

15    greater.

16         MR. SUNSHINE:  Your Honor, thank you.

17    It's Steve Sunshine here on behalf of Apple.  I can answer

18    that question; I will tell you where we are in

19    responsiveness rates.

20         But I do want to first say the premise of burden

21    on Apple looking at responsiveness rate is really not where

22    the relevant burden comes in.  The relevant burden comes in

23    as to how many documents we have to review, how many

24    contract attorneys and other attorneys have to look at the

25    documents to come to these conclusions.  So the fact that we

 1    ultimately end up with a less number than we look at doesn't

 2    mitigate at all the burden at looking at 2 million

 3    documents.

 4            We do believe the responsiveness rate, we've

 5    measured it for the documents, we've looked at it in Qualys,

 6    it differs by string.

 7            Our daily rates are different; we've seen the

 8    rates go anywhere from 5 percent to 40 percent.  We think on

 9    average the numbers would probably be lower than the

10    25 percent that Mr. Dintzer talks about.

11            What I think, Your Honor, what that really is

12    saying is that the search strings that DOJ is putting

13    forward are demonstrably too broad.  So we're spending a lot

14    of time, a lot of money slowing the case down to review

15    these inordinate numbers of documents.

16            And I'll stop there, Your Honor, because you asked

17    me a very specific question.  But what I really would like

18    to say, I think you hit the issue right on the head with the

19    12 search terms:  We're not done on the 12 search terms, and

20    there are areas where those search terms -- where those

21    12 search strings can very easily be agreed to.  I think we

22    exchanged correspondence with the DOJ earlier this week.

23    We're effectively down to 9, and we can demonstrate places

24    where there's just unnecessary burden in the remaining 9.

25            THE COURT:  Mr. Dintzer, can I ask -- I appreciate

1    that, Mr. Sunshine.

2            Let me just ask Mr. Dintzer -- and I don't know

3    which three may have dropped out, or to the extent they have

4    dropped out, there's been an agreement reached.  I mean,

5    just looking at the hit report, there were three strings in

6    particular that had high, very high hit numbers, at least in

7    terms of -- yeah, had very high hit numbers.  So we're

8    talking about the search string for request 2(b), which had

9    over 230 returned hits, including attachments, a return for

10   6, 3 plus 6, 270 attachments -- with attachments, and then

11   9(a) and (c), which was the largest one, that had 324.

12            Now, you know, those were also the largest -- and

13   actually probably the more accurate way to look at this is

14   without the attachments, these were the de-duped hits

15   without attachments that were the largest.  2(b) has over

16   100,000; 6 has over 100,000; and 9(a) and (c) has over

17   122,000.

18            And so those at least -- when I was looking at

19   this, those turn out to be the search strings that to the

20   extent we could do some tailoring, maybe it was with those

21   three.  And so I wonder, Mr. Dintzer, whether there's some

22   give in trying to -- in whittling that back in a way that's

23   going to reduce the number of documents that get hit on

24   those search terms.

25            MR. DINTZER:  Okay.  So let me -- there's a couple

1    of things there.

2          The first is, is I have to say that this is the

3    first time that Apple has been willing to share with us the

4    responsiveness rate, the percentage of output.  So we

5    appreciate the Court getting that from them, and they could

6    have given that, that would have been helpful long ago.

7          The second thing is, to the extent that Apple

8    complains that our tools are too blunt, which we -- they

9    have refused to give us deconstructed hit reports to tell us

10   which line -- and they actually acknowledge this in their

11   brief -- which line is producing which exact thing so that

12   we can be even more precise; they simply refused to all

13   along.  So to the extent that they view any of the tools as

14   too blunt, it's because they've refused to share that with

15   us.

16         Third, we'll absolutely work with Apple to filter

17   out unnecessary attachments.  We've already filtered out

18   200,000 unnecessary attachments.  And we -- Apple is telling

19   us that there are more.  We are willing to work with them.

20   That has nothing to do with getting our search strings

21   approved by the Court and going forward with them.  We will

22   work with them on these unnecessary attachments, there's no

23   reason for them to review.

24         THE COURT:  Now, Mr. Sunshine, let me ask you a

25   question, because that was the other observation that my

1    sort of eye caught, which is, you know, the burden here

2    seems -- at least the number 1.5 is sort of -- is a big

3    number, but it's a big number that includes the attachments.

4    And in terms of, if you take the attachments out, you know,

5    I'm not saying it's a small number, but it's much more --

6    it's a smaller number and, perhaps, more reasonable.

7         I guess what I'd like to understand from you is

8    what the burden is with respect to the attachments, both in

9    terms of review and production, because I assume the

10   attachments are largely attachments to emails, to what

11   extent your review would have to consist of those

12   attachments, and to what extent you think attachments

13   ultimately are just going to not be terribly relevant to the

14   production.

15        MR. SUNSHINE:  Sure, Your Honor, let's talk about

16   attachments.

17        I think, first and foremost, on the attachment

18   issue, Mr. Dintzer's colleague did say that if we can show

19   that attachments are not responsive or largely not

20   responsive, that they would exclude them.

21        We sent samples of those attachments over to DOJ

22   either last week or early this week and sent them an email

23   on Tuesday at noon saying that this agreement to exclude

24   attachments, these -- we accept your search strings on the

25   remaining three, and I think, Your Honor, that's precisely

1      further rationale that you're employing.

2                I do think attachments present a problem.  At a

3      minimum, Your Honor, we have to review attachments for

4      privilege.  We can't waive privilege; we don't know what

5      else is in those documents.

6                But a large number of how we think we can get that

7      number of hits down to what's reasonable is by taking out

8      things like attachments, taking out other things that are

9      clearly either not relevant or just highly likely to have

10     little or no probative value.

11               I do also just want to object to a position that

12     DOJ has been taking, that somehow there's a magic number of

13     millions of documents that Apple should produce.  I do think

14     Apple's role in this -- Mr. Dintzer characterized it as very

15     important, but Apple's role is really in its search

16     agreement with Google.

17               That is not a big part of Apple's business.  Fair

18     enough for DOJ to propound discovery requests with respect

19     to its search agreement with Google, but that's not

20     something that should return millions of documents.  And

21     that's why we've been focusing on, let's get the strings

22     right, let's get the strings reduced to whether they're

23     going to return probative value.

24               THE COURT:  So let me ask you the following, which

25     is:  To the extent that we can try and shape these a little

1    bit more, at least on some of these larger hit returns, for

2    example, the three that I identified, this is 2(b)(vi), and

3    9(a)(c), all of those have -- and I guess the last one, too,

4    which I didn't realize, 23(a)(ii), these all have hits in

5    excess of 90,000.  This doesn't include attachments.  So

6    these are all 90-plus thousand de-duped hits.

7            You know, is Apple prepared to provide the

8    Department of Justice with these deconstructed hit reports

9    that would allow DOJ to say, all right, look, we'll pare

10   back this component of our search string, we'll tailor a

11   portion of this search string, and that seems to me to be

12   helpful if we targeted that request to the three or four or

13   five hits -- excuse me, searches that are produced in the

14   greatest number of records.

15           MR. SUNSHINE:  Your Honor, thank you.  I heard two

16   questions there; I'll try to get to each of them in turn.

17           One is this question about what Apple is willing

18   to produce in respect to those questions, and, second, the

19   question of deconstructed hit reports.

20           So for each of the specs in question, Your Honor,

21   we had put proposals forward to return documents, and they

22   all return a substantial number of documents, not the tens

23   of thousands or hundreds of thousands that DOJ puts forward.

24   Apple's positions on those search terms are that the syntax

25   in the terms are too broad, the proximity connectors are too

1    narrow, and that's returning a lot of irrelevant stuff.

2            An example of one would be to say, one of the

3    search strings says, we want to know about any attempts to

4    acquire search engines from other companies, okay?  Again,

5    fair enough, but the way the DOJ wants to limit it, say if

6    the document mentions Microsoft, Yahoo!, Google, then it has

7    to be included.  That's obviously too broad.  Microsoft's an

8    enormous company with lots of interest.

9            So with adjustments to syntax and with proximity

10   connectors, Your Honor, we can get DOJ the information that

11   they need, that they're entitled to without that extra

12   burden.

13           So second question -- oh, I'm sorry, I was going

14   to go to deconstruct the hit reports, but --

15           THE COURT:  No.  Go ahead.  I was going to ask you

16   to just address the deconstructed hit reports for the higher

17   return search strings.

18           MR. SUNSHINE:  So, again, I'm not sure that I

19   agree with Mr. Dintzer's characterization that we haven't

20   provided deconstructed hit reports.  Those are a term of

21   art.

22           But what the DOJ has done is they've issued such

23   enormously complicated search strings that doing

24   deconstructed hit reports would be an inordinate amount of

25   work, given all the permutations inside of the search

1    string.  And so DOJ proposed, and we agreed to, an alternate

2    process where DOJ could give us five different versions of

3    the search string to test to see what the hit reports would

4    be if they modified their search strings.  So we thought

5    that that was a way, without too much burden, even though we

6    had an employee spend 15 hours going after the DOJ's hit

7    reports, to give them that information if they changed the

8    definition of their search strings.

9            What we found in that process, Your Honor, is that

10   in each case, maybe with one exception, but with each case,

11   the DOJ, after looking at those so-called alternate

12   scenarios or partially deconstructed, in each case, DOJ

13   said, we just want what we said initially.  So we just made

14   no progress and we wasted literally weeks on a process that

15   DOJ suggested in the first instance.

16           THE COURT:  Mr. Dintzer --

17           MR. DINTZER:  Could I just respond?

18           THE COURT:  Sure.

19           MR. DINTZER:  Okay.

20           So, factually, they didn't give us the

21   deconstructed hit reports, as Mr. Sunshine wrote in his

22   brief that they did.  So that's a factual statement that

23   they didn't.

24           Second, we cut almost 300,000 documents through

25   the process that Mr. Sunshine is referring to.  He may not

 1   be aware of that, but we did, we adopted more narrow terms.

 2   So that's just factually incorrect.

 3          These search areas that we're talking about, the

 4   Court identified No. 6, for example.  We gave an example of

 5   why No. 6 was important in our brief.  I referred to it, but

 6   Mr. Sunshine has asked us not to, it was an Apple project,

 7   Mr. Sunshine has asked to us not to on a public channel, so

 8   we won't.  But in our brief, we go in detail that this was a

 9   project that we have particular interest in, and that we

10   can't control if there are a lot of communications about

11   something because it's important, the fact that there are a

12   lot of communications about it doesn't mean that we

13   shouldn't get the communications.  We need those

14   communications.

15          Number two is about the contracts that Google has

16   negotiated with Apple and the documentation for those.  So

17   these are core areas about the information.  And it covers

18   ten years, which is, I mean, once you start thinking about

19   the fact that we're looking at Google's conduct over

20   ten years, Apple has had contracts with Google dating back

21   farther than that, that these materials are really important

22   for our case, and the idea that Apple can, you know, that we

23   can narrow this down, these -- whatever the -- whatever the

24   1.5 million, this is nothing as far as a burden to Apple,

25   it's one of the largest corporations in the world, and the

1   truth is that they have been resistant in giving me --

2           THE COURT:  If I can just interrupt you,

3   Mr. Dintzer.

4           MR. DINTZER:  Sure.

5           THE COURT:  I mean, look, in the abstract, I don't

6   know that anybody is going to dispute that, A, Apple is one

7   of the biggest, if not the largest, companies in the world.

8           That said, you know, the burden here is not simply

9   just Apple's production and size of its production relative

10  to the size of the company's, I have a real interest, as

11  do you, in getting these records out in an expeditious

12  manner and making sure that we keep to our schedule.

13          So, you know, the burden is not simply on Apple,

14  but it's on our schedule.  And so I want to make sure that

15  what the end result is of this is something that's going to

16  ensure that records are produced in a timely manner that

17  doesn't move us off the schedule we're on.

18          MR. DINTZER:  Can I address that, Your Honor?

19          THE COURT:  Yeah.  Of course.

20          MR. DINTZER:  Okay.

21          Because we believe that Apple sort of engineered

22  this urgency throughout the process so that we'd be sitting

23  here doing exactly what we're doing, where they say, this is

24  too burdensome, we can cut everything out but because of the

25  time.

1          So they created a series of roadblocks through the

2     production.  When we sent them the subpoena in February,

3     they said, we're not going to do anything until we get

4     Google's subpoena.  So they sat for a month and refused to

5     do anything.  That's captured in our letter at Exhibit 3-A.

6          Then Apple said, we'll only talk about -- so then

7     another roadblock:  We'll only talk about custodians until

8     we've resolved custodians.  When we were dealing with

9     Google, we discussed custodians and search strings in

10    parallel because, of course, that's the most efficient.

11    Apple refused.  So we had to resolve all custodians before

12    they would talk about search strings at all.

13          But then the biggest one is, they said, we're not

14    going to -- even when we agreed on search string No. 1,

15    No. 2, they said, we're not going to start looking at those.

16    Until we have them all agreed to, we're not.  And they told

17    us, because it creates leverage on you, government.  So we

18    said, you can't do that, and they refused.  And so if you

19    look at the letter 3-H, we said we're bringing you to the

20    judge, because what you're doing is improper.  And if you

21    look at letter 3-I, they capitulate, because they knew what

22    they were doing was improper.

23          But that didn't happen before more time was

24    wasted.  The last two or three status conferences, we've

25    pointed out that there's been a third party that's been

```
 1    particularly difficult about dragging things out.  That was
 2    Apple.
 3            Now, we didn't want to bring them precipitously to
 4    the Court, we hoped that we could get this done, but they
 5    had been dragging it out.  So for them to now say, well, the
 6    time is tight so we have to narrow what we give, that would
 7    be rewarding this slow rolling of documents to us in a way
 8    that provides -- that denies us the documents we're entitled
 9    to.
10            So, Your Honor, we completely appreciate that you
11    want to get us the documents that we're entitled to quickly.
12    But we need them all.  And it can't be that Apple's conduct
13    in cabining, in roadblocking, and especially refusing to
14    looking at documents and they still won't tell us, they
15    still won't tell us the pace of their review, so we have no
16    idea how fast they're reviewing, except for they tell us
17    that they're talking about October and November.
18            So we ask the Court not to use that as a basis to
19    narrow these, because that would send -- the final thing
20    I have to tell the Court is this:  We have dozens of
21    subpoenas out there to third parties who are watching this,
22    and I mean literally and figuratively, and it's important
23    for them to hear that they have to cooperate, they can't
24    create these roadblocks, they can't say, well, we're not
25    going to discuss this until we're done with this, they can't
```

1    do those things, they can't be rewarded for doing those

2    things, because if they are, then we're going to -- we're

3    not going to be able to complete discovery on time.

4            THE COURT:  Okay.

5            Remind me --

6            MR. DINTZER:  And I appreciate that.

7            THE COURT:  That's okay.

8            Remind me again, if I remember correctly,

9    September 30th, if you can wave a magic wand, that's the

10   date by which you would like to have Apple's production

11   completed; is that right?

12           MR. DINTZER:  That's correct, your Honor.

13           THE COURT:  All right.

14           Mr. Sunshine, where are we in terms of -- at least

15   with respect to the search terms that have been agreed upon

16   to date, and that may include the three that you mentioned

17   earlier, where are we in terms of Apple's estimate of being

18   able to complete, substantially complete production of its

19   records?

20           MR. SUNSHINE:  Your Honor, as we've said in the

21   papers, we have been reviewing the documents, we are

22   continuing to review the documents, we are doing it through

23   this, despite DOJ diverting efforts, through this dispute.

24           We believe that if the DOJ agrees to our existing

25   search strings, the additional three that we agreed, really,

1    would be removal of the attachments on the letter on

2    Tuesday, and we can come to a reasonable accommodation on

3    the remaining nine, that we can be done by mid-October.

4            You know, Your Honor, DOJ --

5            THE COURT:  And so if that's right, so how many

6    documents -- if I remember, is 40,000 the number that's been

7    produced so far?

8            MR. SUNSHINE:  40,000, Your Honor, is the number

9    that's been produced.

10           THE COURT:  Okay.

11           MR. SUNSHINE:  Obviously, that will vary with

12   what --

13           THE COURT:  And when do you expect, with respect

14   to the search strings that have been agreed upon, if memory

15   serves, that's over 40, 42, I think, when will you expect to

16   start rolling out those productions?

17           MR. SUNSHINE:  Your Honor, we've been rolling

18   those out all the time.

19           I think the --

20           THE COURT:  Right.

21           But in larger numbers.  I mean, 40,000 is not a

22   very big number.

23           MR. SUNSHINE:  Well, again -- with respect,

24   Your Honor, 40,000 is what's responsive.  The work is in

25   doing the review.

1              THE COURT:  No.  I understand.

2              But in terms of, when are we going to start seeing

3    larger numbers of production?

4              MR. SUNSHINE:  Well, the way that we are thinking

5    about it is getting through the documents that we're

6    required to review.  I can't make representations to the

7    Court as to how many of those documents are going to be

8    produced, because they may not be responsive.  But

9    I believe, to give you a sense -- and we had told this to

10   DOJ -- our initial proposals, we can be done by the end of

11   August, if they had agreed to those proposals.

12             We've continued to review those documents, adding

13   in more documents, that -- in the additional strings.  And

14   our belief is that if we come to -- you know, we're in

15   agreement now on 57, and if we could reach reasonable

16   accommodation on the remaining nine, we could be done

17   15 days after DOJ's time now.

18             So, you know, I heard Mr. Dintzer give an

19   alternative.

20             THE COURT:  I guess -- hang on, Mr. Sunshine.

21             If I could just return to the question I asked,

22   which is, I mean, you know, I understand that you've

23   produced 40,000 to date.  When can DOJ expect -- well,

24   first, let me assume -- let me first say that I assume Apple

25   is doing this on a rolling basis; that once documents are

1  reviewed, determined to be responsive, then they roll out.

2  So when can DOJ expect to receive the next rolling

3  production and in what intervals can they expect to receive

4  future rolling productions?

5       MR. SUNSHINE:  Your Honor, my understanding, I can

6  check with my colleagues, that we've been rolling about

7  every two weeks, and that we continue to roll, we don't hold

8  back on documents and wait for production.

9       And I believe that by -- our next production is

10 scheduled to be next week.  And I think we're through most

11 of the identified hits that were in that initial 5- to

12 600,000 that were in both DOJ and state subpoena, and we

13 keep adding more hits and reviewing them all the time.

14      That's why I do think what this discussion has

15 revealed, Your Honor, is we're most of the way there.  If

16 we're talking about the difference between end of September

17 and October 15th, I don't think that that is a very large

18 delta.

19      And I think what some of the discussion on the

20 remaining nine has indicated is that these are subjects that

21 we should have meet-and-confers on and come to reasonable

22 accommodations on these last nine strings.

23      And we're prepared to do that with Mr. Dintzer and

24 his team as early as they want to, and if we have an issue,

25 we're prepared to be back in front of Your Honor in the next

1  week.  In the meantime, we are continuing with the search

2  proposal -- the search review and the production.  We're not

3  slowing anything down.

4         THE COURT:  All right.

5         Mr. Dintzer, I'll give you the last word and then

6  let's, I think, move forward in terms of how we resolve

7  this.

8         MR. DINTZER:  I appreciate that, Your Honor.

9         And we still have to do the code words, but

10  I understand we're kind of putting that to the side.

11         THE COURT:  No, I'm going to talk about --

12  I haven't forgotten code words.

13         MR. DINTZER:  Okay.

14         Your Honor, we've had 25 meet-and-confers with

15  Apple, 25.  That's more than -- in 30 years of doing this,

16  that's more than I've ever had with any third party.  We see

17  them more than we see our families.  So the idea that more

18  meet-and-confers are -- we have -- every single search

19  string that you have identified, Your Honor, that you've

20  looked at, we've refined.  We have no interest in getting

21  documents that are not helpful.  I mean, so we have -- we've

22  carved them back.

23         This is a tremendously important party.  We need

24  to see about their interior negotiations and what they're

25  saying to each other before they negotiate with Google.  We

1    need to see about the project that we described in our

2    brief.  We need to see what they're saying.  And getting

3    some small number of super-targeted ones doesn't really do

4    it.  We need to get the bigger set so we can understand what

5    the communications are about before we go into depositions

6    with them.

7            So we have done the homework.  If we hadn't -- and

8    then I'll make this the last point, Your Honor, is this:  If

9    we hadn't been willing to do the homework, I would have

10   raised all of this to the Court two months ago when I first

11   started identifying the difficult third party.  We've been

12   willing to do the homework.  We've gone -- I've had my

13   people going line by line, word by word investigating,

14   searching, tons -- dozens and dozens and dozens of hours

15   refining these terms to be as pointed and sharp as they can

16   be.  And so that's what brings us here, Your Honor, and our

17   request that we get these 12 strings by 9/30.

18           MS. SHENCOPP:  Your Honor, this is Erin Shencopp

19   for the Colorado Plaintiffs.  May I just make a brief

20   observation --

21           THE COURT:  Sure.

22           MS. SHENCOPP:  -- I guess, two.

23           And our interest here is the fact that the

24   Colorado Plaintiffs' subpoena incorporates by reference the

25   DOJ's subpoena, so we certainly have an interest in timely

1    and complete productions by Apple in response to the DOJ's

2    subpoena.

3         You know, in terms of the timing, I think the two

4    weeks can matter here, given the schedule that we're on.

5    And as I'm sure Your Honor has experienced, deadlines can be

6    a motivating force.  So I think, you know, given the

7    capabilities and resources of Skadden and Apple, they could

8    meet, you know, whatever deadline Your Honor sets.

9         And then second, in terms of further discussions,

10   to the extent Your Honor is heading in that direction or

11   that can be meaningful, I don't think we've yet to hear from

12   Apple a commitment to provide deconstructed hit reports.

13   And, you know, we do need more insight into Apple's process

14   for the discussion to be meaningful.

15        We've had a number of third-party negotiations,

16   where third parties are providing us much more information

17   than we're getting from Apple to assess the efficacy of

18   search terms.

19        THE COURT:  Thank you, Counsel.

20        Mr. Schmidtlein, I don't know if you've got a dog

21   in this fight, but I didn't want to make you feel like

22   you're left out of all of this.

23        MR. SCHMIDTLEIN:  No, Your Honor.

24        We have been in touch with Apple and have been

25   aware of all of the progress, the various proposals, and

1  what have you throughout this.  We're comfortable with the

2  approach that they have identified to date, recognizing that

3  at some later point, after we've had an opportunity to

4  review the entire production, I mean, there may be certain

5  follow-up areas that we ask them for that we identify, but

6  as of right now, we are not pressing this fight at this

7  point.

8            THE COURT:  Okay.

9            All right.  So I think here's what we're going to

10  do.  So, you know, notwithstanding DOJ and Apple having 25

11  meet-and-confers, there's going to be one more, but it will

12  be the last one and here's how it's going to happen:

13            By Monday of next week, by Monday, Apple will

14  provide deconstructed hit reports for the top five of the

15  remaining search strings that are at issue.  So those would

16  include -- five largest -- the search strings that return

17  the top five hits, number of hits.  So Apple will provide

18  that to DOJ by Monday.

19            And then by Wednesday, it will be my expectation

20  that you all will have further met and conferred and

21  hopefully reached resolution on the remaining nine search

22  strings that are at issue.  That's a fast schedule, but it's

23  one that I suspect you all have the capacity and the ability

24  to meet, given the exigencies and the urgency of all this.

25            Mr. Sunshine.

1          MR. SUNSHINE:  Your Honor, may I?

2          THE COURT:  Go ahead.

3          MR. SUNSHINE:  I appreciate your ruling.  We will

4    get with Apple immediately after this call and understand

5    what's possible.

6          I am concerned that because of the complexity of

7    these search terms, that it literally may not be possible to

8    get the deconstructed hit reports done by that time period,

9    but we will give it every effort, look at it, and

10   communicate with DOJ if that schedule doesn't work and why.

11   But it is no easy task, given the permutations in search

12   strings that have literally dozens of terms.

13         THE COURT:  Okay.

14         Well, I appreciate that.  I mean, that's why

15   I didn't require them for all nine but for the top five,

16   I think, the five largest.  Then, hopefully, that'll reduce

17   the burden and make it possible to get this done.

18   I understand it may involve weekend work, but we've got to

19   keep moving things forward.  So that's how we'll approach

20   this.

21         And so I'll ask the parties to submit something to

22   me by next Thursday, the 26th, letting me know where things

23   are.  Hopefully, you've received -- you've been able to

24   reach agreement on these search terms.

25         As part of that, I'm going to order that Apple

1  make good-faith efforts to complete its production by

2  September 30th.  I do agree that two weeks, there's not a

3  lot of difference; on the other hand, two weeks is valuable

4  in making sure things keep moving forward from my

5  perspective and Apple has had this subpoena now since

6  February, and so I think I'm going to err on the side of the

7  Department here and order that substantial production be

8  completed by September 30th.  If things come up,

9  Mr. Sunshine, that push this by a week or so, I'll hear

10 about that.  But as of now, I'm going to ask Apple to

11 complete its substantial production by September 30th, okay?

12        So let's talk about code words.  That's the sort

13 of last and remaining big topic.  Let me just start with an

14 observation, Mr. Dintzer.  I'm looking at code words that

15 you all sent over to Apple or the request for the

16 identification of code words, I should say.  It's quite

17 long.  I mean, it's three full pages single-spaced, and with

18 the exception of a couple catch-alls at the end -- I mean,

19 including those catch-alls at the end, it numbers 95

20 separate requests for code words.

21        And then on top of that, you want to then

22 incorporate the code words into the searches.  And so, you

23 know, it strikes me as intention with the need to kind of

24 move forward.  And I understand that you may not be happy or

25 satisfied with where things are to date, but this is a

1   pretty long list and runs the gamut from individuals to

2   projects to code words about potential investigations.

3          MR. DINTZER:  So let me give some context.

4   I understand that just looking at the list, it might be

5   like, wow, this is -- but let me give some context.

6          So we've been asking for these since March.

7   So it's not like we're springing -- we've asked them, give

8   us a list, give us an exhaustive list of the relevant code

9   words so we can use them as part of our negotiation and the

10  like, and they said, you've got everything that we need.

11  And then we found out that there were even public ones that

12  they hadn't given us that they hadn't incorporated into the

13  search strings, they acknowledged this.

14         So -- but what they've told us is this:  We,

15  Apple, have done all the work, we've interviewed everybody,

16  we've gathered all the code words, we've run them, and you

17  don't need them.  Trust us.  You don't need them.  Okay.

18  Well, so there's the old Russian proverb, trust but verify.

19  So we can't trust them; we need to see them.  But since they

20  say they've already done the work, all they have to do is

21  take all those code words that they tell us they've already

22  gathered, match them up -- this was actually to make things

23  easier, okay, because we simply -- before this list, we just

24  said, give us them all, and they were vague, they were,

25  we've done it.  So this list is to solidify things.  Any of

1   these terms that they have a code word for, they've done all

2   the work, just write those in, should take 24 hours,

3   48 hours, give those to us.

4          The second thing they've told us is, these code

5   words, they're not hitting on anything.  You're basically --

6   you know, if the code word was -- I'm making one up here --

7   was "magic farm," you're already getting all those things

8   with your other search terms, so "magic farm" is not going

9   to get you anything.

10          Okay.  Again, trust but verify.  So show us what

11   the code words are.  And since they're saying we're not

12   going to get much anyway, throw them into the search

13   strings, let's get whatever they are, and then we will have

14   confidence, Apple already has confidence, we will have

15   confidence that what they're doing is what they say they're

16   doing.  We have no reason to believe that they've done it,

17   because we've seen no proof, they refuse to share their code

18   words with us.

19          So what we are asking the Court -- the simple

20   thing is, we're asking them, show their work so that we can

21   see it, so that we can have confidence in it, and if it

22   gives us -- if it only gives us a couple hundred documents,

23   there you go.  But if it gives us 10,000 documents because

24   these were more documents that were really important and

25   people used the code words at the time they were working on

1   these important projects, we should get those as well.  And

2   so that's what we're asking for with the code words,

3   Your Honor, list them and provide them.

4          THE COURT:  Can I ask:  This list that I'm looking

5   at, which is Exhibit F to Apple's submission, when did Apple

6   receive this list and how many code words have they

7   identified in response?

8          MR. DINTZER:  We created this list as part of our

9   presentation to the Court.  So ever since last week --

10  before they wrote their brief -- but they received this last

11  week.  This was after -- we felt that asking the Court sort

12  of an inchoate question of, produce all the code words was

13  unfair to the Court.

14         THE COURT:  No, but so -- that's true.

15         I mean, I think the question I asked -- so when

16  you asked Apple for the code words, what did you ask them --

17  what was the baseline; in other words, you've given me a

18  list here of three pages' worth of code-word inquiries.

19  I mean, was there something similar presented to Apple on an

20  earlier date and how many bullet points and how many

21  inquiries did that list contain?

22         MR. DINTZER:  So these are terms that are in the

23  search strings.  So I'll give you an example.  No. 27 on

24  this list is Larry Page, okay?  Do they have, have they used

25  a code word for Larry Page?  No idea.  If it turns out they

 1   haven't, it's very simple, they just say none.

 2           But --

 3           THE COURT:  I mean, I guess, here's one of the

 4   challenges that I foresee, and I'm curious how Mr. Sunshine

 5   sees it.

 6           You know, I can't remember, what do you have, 16,

 7   17, 18 custodians, right?

 8           MR. DINTZER:  I believe it's 13, but I'll check

 9   with that.

10           MR. SUNSHINE:  It's 33, Your Honor.  19 for DOJ

11   and 14 for the states.

12           THE COURT:  All right.  So you've got a lot of

13   custodians.

14           And so how are we -- how is Apple to ascertain

15   whether any particular custodian, in his or her

16   communications, uses a code word for Larry Page, for

17   example?  I mean, DOJ can't expect Apple to present this

18   list to all custodians and say, hey, let us know whether you

19   used any particular code word for these 95 subject -- or

20   94 topics.  I mean, that seems like it's asking for a heck

21   of a lot.

22           Now, there may be certain code words for -- that

23   are commonly used for certain projects, I concede to you

24   that that's likely, but whether a particular custodian

25   refers to Larry Page as Big Larry or Little Larry,

```
 1   I'm not sure Apple would know that.
 2            MR. DINTZER:  Well, Your Honor, it's a fair
 3   question, it is.
 4            So we're looking for -- for the projects, these
 5   are formal ones.  So if they -- you know, if iOS 14, when it
 6   was in production, if they use "magic farm," this is not
 7   Steve and Fred emailing back, this is a formal code word
 8   that is being used throughout Apple.
 9            THE COURT:  Right.  Sure.
10            MR. DINTZER:  But there are other ones that are --
11   that have been used internally routinely.  And, in fact,
12   Apple has said that they've gone and interviewed experts and
13   people who have knowledge in Apple about who should know
14   this.
15            And so if -- we're not talking about two random
16   people, you know, call Mr. Page Big Larry or Little Larry.
17   That isn't really what we're looking for.  We're looking
18   for, institutionally, are people throughout Apple calling --
19   using the term Big Larry in emails, and if they are, then,
20   I mean, we're not going to capture -- Larry Page won't
21   capture the stuff --
22            THE COURT:  Yeah.
23            MR. DINTZER:  -- that -- all the references, and
24   so it's on them to hit.
25            THE COURT:  Here's my second concern, then I'll
```

1    just turn to Mr. Sunshine about this.

2            Look, you know, we talked about this earlier in

3    connection with Google, and I understand the need for code

4    words and the importance of code words and that that lexicon

5    gets used, and if you didn't identify them, that that would

6    potentially lose out on pretty important stuff.

7            But, you know, I'm looking at this list again,

8    and, for example, you know, Safari, I'm not -- there's

9    nothing out of school here, everybody knows what Safari

10   is -- and you're asking for code words, all versions of

11   Safari, and all projects related to Safari.  I mean, just

12   those two inquiries alone could involve very broad array of

13   projects over periods of time, and potentially, I don't

14   know, dozens, if not hundreds of code words.  And so I'm a

15   little concerned if what you're asking for is a little

16   overbroad here.

17           MR. DINTZER:  Well, Apple has said just the

18   opposite.  I'm sorry to interrupt.

19           THE COURT:  Here's another example.

20           It's okay.  I'm sorry.

21           Just another example is, all versions of iPhone.

22   I mean, there have now been, what are we on, iPhone 10, 11,

23   12?  I've lost track.  So, you know, these are pretty broad

24   inquiries that are being set forth.

25           MR. DINTZER:  So Apple hasn't said these are

1   hitting on too many.  What they've said is that you don't

2   need them and that they won't hit on anything, they won't

3   give you more documents.  So that's not -- I mean,

4   I understand the Court's concern here, but that's -- and

5   just to compare it with Google, just as a comparison, with

6   Google, we had 70 code words and we had had Google's

7   documents, well over a million documents from the

8   investigation.  So they claimed that we should be able to

9   ferret out the code words from what we'd already got.  We

10  disagree.

11          THE COURT:  And how many have you gotten so far

12  from Apple?

13          MR. DINTZER:  Four.

14          THE COURT:  Okay.

15          MR. DINTZER:  And just to be clear, in the

16  investigation, Apple produced 4,000 documents.  They did

17  more or less what they've been doing throughout this process

18  of slow rolling.  We got almost next to nothing from Apple,

19  so we don't have a basis of going back and looking at how

20  they themselves are reviewing stuff.

21          So this is a fundamentally different experience.

22  What I'd say is that Apple has said that they've done this,

23  that's the thing, because all of these are based on our

24  search strings.  So if they have this, they should share it

25  with us.  You know, all versions of Sherlock.  Okay.  Well,

1   just give us the code words for Sherlock.  They've said

2   they've got them.

3           I mean, I understand the Court's concern.

4           THE COURT:  Let me turn this to you, Mr. Sunshine,

5   and get your reaction and let's try to figure out how to

6   untie this knot.

7           MR. SUNSHINE:  Yeah.  Thank you, Your Honor.

8           My first and most immediate reaction is, again,

9   Mr. Dintzer and I seem to be living in alternate universes.

10          We received this request, this very broad request

11  from DOJ that covered the entirety of Apple's business.  We

12  did what we do in every investigation is we went to the

13  people involved who knew about the relevant areas and we

14  asked them for code words.  We talked to people who are

15  custodians, we talked to people who weren't custodians, we

16  talked to the in-house legal department, we developed all

17  the code words that we thought touched on any of these

18  areas.  We thought that was consistent with what Your Honor

19  ordered when the dispute came up with Google.

20          We heard nothing more from DOJ about code words

21  until, really, sometime late in July.  And DOJ admitted to

22  us that they picked a Wikipedia page that had purported to

23  list all the code words that Apple, in the entirety of its

24  business, has ever used over the last 20 years.  So as

25  Your Honor noted, it picks up all the iPhones, all the

1    iPads, it picks up our software project, it picks up Apple

2    News, Apple Music, I mean, all things that are clearly not

3    relevant, that even if there was a code word for Apple TV,

4    there's no place in the search string to insert it.

5           So we said to DOJ, we think you have everything.

6    We've said Apple does not use code names for people.  Apple

7    does not use code names for a product once it's launched.

8    So there's pre-launch code names.

9           We asked DOJ, can you give us some examples of

10   code names that are on your list that you think that they

11   missed?  They identified Siri and Spotlight.  Well, those

12   were launched before 2010.  So the code names for those

13   projects don't hit on any of the date requests that are

14   2010.

15          So we don't have a list of all the code names for

16   everything on that 94 categories of which one category is --

17   are all iPhones.  I mean, it would just really be a wasteful

18   exercise turning over every aspect inside the company.

19          We think we've focused on the relevant documents.

20   DOJ has raised five with us.  Four out of the five were

21   totally irrelevant.  The fifth one we thought was

22   irrelevant, but we put it in for DOJ anyway, we think it's

23   going to return no responsive documents.

24          If DOJ has more code words they want us to test,

25   we're happy to test them.  DOJ says they have a document

```
1    that uses a code word, and we said, okay, can we see that

2    copy of the document, it's not in the production.  We asked

3    that weeks ago; we haven't seen it.

4              It seems to me, Your Honor, if DOJ has a list of

5    code words and they're concerned about it, we're happy to

6    answer any question, look into any code word they have, and

7    respond to it.  But to do this massive exercise to basically

8    boil the ocean is just a waste of everybody's time and

9    money.

10             THE COURT:  I guess the question, though,

11   Mr. Sunshine, is how DOJ -- what you've suggested is that

12   DOJ ought to identify code words and then you can plug them

13   in and see what comes of them.

14             But how is DOJ to know what code words Apple is

15   using?  I mean, they really are at your -- at the

16   company's -- it's the company that knows the answers to

17   these questions.

18             I mean, I'm a little surprised to hear that, given

19   the inquiry, the scope of the inquiry here, that Apple has

20   only identified four code words.  I'm not saying that they

21   should produce or identify 70, but four certainly seems like

22   a small number.  And so it does leave me wondering whether

23   that number of code words really fairly captures all the

24   code words that are likely to be relevant here.

25             MR. SUNSHINE:  Well, Your Honor, two points on
```

1    that.

2          One is, we've done a good-faith investigation.

3    We're happy to represent the good-faith investigation and

4    what we found.  These are the code words.  We can do more

5    investigation.  I don't think they're going to find more

6    code words.

7          I think the other thing I don't think any of us

8    are surprised, that given that the Google search agreement

9    was negotiated in 2001, it's been public ever since, there

10   are no code names used for the search agreement for Google,

11   for any of the competitors, we're not talking about other

12   deals.  So it's not surprising to me, Your Honor, that

13   there's just four.

14         I actually think the right count is five, I'm

15   checking with my colleagues, not that that's a big increase,

16   but I guess it's a 25-percent increase.

17         THE COURT:  Mr. Dintzer, your reaction.  Then

18   let's figure out how we're going to move forward with this.

19         MR. DINTZER:  Sure.

20         So we're back to Apple saying, trust us, and we're

21   saying trust but verify.

22         Mr. Sunshine is making a mistake when he says that

23   they don't have code names for people.  Apple has admitted

24   to us they have a code name for the team that negotiates

25   with Google.  So, I mean, obviously, you can just imagine

1   that's an important code name.

2          So the fact that -- we didn't just imagine and

3   come up with these; we have some sense that they may have

4   used code names.  But if they don't, if there's no

5   Larry Page code name, that's fine, that's probably the

6   easiest thing in the world, but we should get -- all we need

7   is a chart.

8          They say that they'll represent.  Okay, represent

9   on the chart there is none here, let's have that, because

10  then obviously if we find one, then we'll have a very clear

11  statement from them and then we can obviously deal with that

12  down the road.

13         This gives us and the Court the confidence that

14  they have done their homework, because they keep going back

15  and forth, this is so much work and we've done our homework.

16  We ask -- I can read the -- I'm sure -- Exhibit 3-D, it says

17  on page 3, "code names and abbreviations."  We asked them to

18  provide those, and they told us that they did.  That's why

19  we stopped asking.

20         THE COURT:  I guess, Mr. Dintzer, let me just --

21  I mean, look, as a practical matter, I've got three pages'

22  worth of inquiries you'd like Apple to make to identify code

23  words or subjects.

24         How do you want Apple to do this?  If you could

25  have your druthers, what would you have Apple do to figure

 1    out whether there's a code name for Amazon, for example?

 2    Again, that's a pretty broad request.  And, you know, in the

 3    interest of -- I know there's been a lot of water under the

 4    bridge here, but, you know, I'm trying to figure out how to

 5    be responsive here and get you the level of comfort that you

 6    think you need, short of sending Apple on a homework

 7    assignment over these three pages that seems to me a pretty

 8    demanding task.

 9            MR. DINTZER:  So they've identified a certain

10    number of -- we've agreed upon a certain number of

11    custodians.  The simplest way in the world would be to

12    simply send them an email and say, please identify any code

13    words that you've had for these things.  It would probably

14    take each of them 10 minutes.  I mean, you know a code word

15    or you don't know a code word.  So it takes each team

16    10 minutes.

17            THE COURT:  I mean, I just don't think -- and,

18    honestly, Mr. Dintzer, I'm not sure it's that easy.

19            Look, again, we can just use the example of all

20    versions of Siri.  I mean, to figure out whether there have

21    been code words involving all versions of Siri, I don't

22    think it's as simple as a 10-minute task, I think it's a

23    much more complicated inquiry that may involve talking to

24    multiple people.

25            You know, I doubt there's one person that has all

1    the answers here.  It's not like you can call a 30(b)(6)

2    witness and say, give me all the code names.  There's no

3    keeper of the code names, I presume, over at Apple.  So

4    I don't think it's as simple as you think it might be.

5              MR. DINTZER:  For us, Your Honor -- I mean, this

6    is -- I mean, this is part of the process when you get a

7    subpoena for -- especially in a case like this, this is part

8    of what is expected of you.  And if they'd done it in March

9    when we asked and in April when we asked again and then --

10   I mean, we wouldn't be all the way down the road and we

11   wouldn't be looking at this being a sort of time crunch

12   here.

13             They gathered these documents.  These are -- they

14   said that they've already talked to these people.  So the --

15   we would ask them to invest.  At a minimum, you know, they

16   have to talk to a handful of these custodians and ask them

17   about, do they use these code words?

18             You know, public information shows lists of dozens

19   of terms.  And the most important thing is this, Your Honor:

20   They told us they'd done the work, okay?  We believed and

21   accepted their representation in May and June that they'd

22   already done this and that there wasn't anything.  It was

23   only when we found -- and they even acknowledged that we

24   found code words that they hadn't given us, and they even

25   agreed to include one of them in the searches because they

1    recognize they hadn't given it to us; that we were like,

2    okay, we've got a real problem here, they need to go back

3    and, if they haven't done it, they need to do their homework

4    and get these.

5           If the Court would like us to trim this list to,

6    say, 50, 50, you know, as a compromise, you know, roughly

7    half, you know, that isn't everything, but we could do that.

8    As long we got those 50, we could figure out what were the

9    most likely ones, and we could -- that would buy a

10   compromise.

11          But unless we come up with a list like this,

12   they're going to continue to do what they've done, which is,

13   there's nothing --

14          THE COURT:  Right.

15          MR. DINTZER:  -- there's nothing there, you can't

16   do anything.

17          THE COURT:  And to be clear, you're only looking

18   for code names that are used institutionally, right?

19          MR. DINTZER:  Yeah.

20          We're not looking for -- so it doesn't have to be

21   that every person in Apple is using them, but they are --

22   I mean, it's not -- we're not looking for something that two

23   people are, you know, this is their name for Larry Page.

24          We're looking for something that is routinely used

25   by groups of people in Apple.  So whether it's the formal

1    code name for the Google negotiating team or they call

2    themselves the pit vipers and -- but they've been using that

3    name as a team name for two or three years, we want that,

4    too.

5            So it would be the institutional name, the code

6    names, or the routinely used for periods of time code names,

7    not the esoteric.  And so if we cut this list by 50, I think

8    that that would be fair.

9            MR. SUNSHINE:  Your Honor, may I be heard on this?

10           THE COURT:  Yeah.  I was going to turn to you in a

11   second, Mr. Sunshine.  Go ahead.

12           MR. SUNSHINE:  Again, the whole focus is to try to

13   use code words that are used in areas that are relevant to

14   the search requests and the areas that are before us.

15           The Amazon example that Your Honor raised is a

16   very good example.  The question that Mr. Dintzer just asked

17   is, over the last 20 years, have you used any code names for

18   Amazon throughout Apple?  Well, Apple does lots and lots of

19   business with Amazon, selling hardware, selling devices.  In

20   order to find out what the code names are from Amazon, there

21   would be scores of people in many different parts of the

22   company that we'd have to ask that would lead to information

23   that is just not even close to the four corners.

24           We have -- and this is what we've done, and

25   Mr. Dintzer kind of continues to misstate what we've done --

1    is we've talked to the people who are involved in the

2    relevant areas writ large of this case, we've asked them

3    very specifically for their -- for the code names, we've

4    asked them what's been used.  Anything else, we're talking

5    about looking at one of the world's largest companies with

6    many, many businesses that have nothing to do with this area

7    covering 20 years of time, Your Honor.  It's just an

8    incredible burden.

9             MR. DINTZER:  And respectfully, Your Honor, we're

10   not asking for that.

11            First of all, the date range is 2010 for most of

12   this.  And the second thing is, if these custodians didn't

13   use these terms, then that's -- I mean, we're talking -- if

14   somebody in Japan is using a code term, we have no interest

15   in that, because they're not one of our 44 custodians.

16            THE COURT:  Right.

17            MR. DINTZER:  It's only code words that would have

18   passed through these custodians' materials.

19            And so we're asking for it for these 44 people, if

20   any of their groups or communications would have landed on

21   these code terms, then those would obviously be helpful.

22            MR. SUNSHINE:  Your Honor, I just need to --

23   I'm sorry, I just need to make one more point, because

24   Mr. Dintzer is talking about just show it to these

25   custodians.

 1          These custodians include Tim Cook, our CEO, and

 2     our most senior officers in the company.  And if we were to

 3     put this three-page list of code words in front of that

 4     group of people, Your Honor, I'm fairly confident that

 5     you'll be talking to a different lawyer on the next status

 6     call.

 7          THE COURT:  I'm not looking to jeopardize your

 8     retention, Mr. Sunshine, I promise you that.

 9          All right.  Look, here's what we're going to do.

10     There's no magic to any of this, folks, and I'm going to do

11     what I can to try and accommodate both sides based on what

12     I've heard.

13          First, let me just say, this list that the

14     Department has put together is incredibly comprehensive and,

15     perhaps, too comprehensive and I think does create an

16     unnecessary burden.

17          And so I'll give the Department an opportunity to

18     revise this list, it's going to be cut back to 35 subject

19     matters or inquiries.  And I'm going to ask Mr. Sunshine to

20     take that list to people with knowledge, relevant people

21     with knowledge, he doesn't have to comb the entire company,

22     he doesn't have to comb every single custodian, but people

23     with relevant knowledge to confirm whether there are

24     additional search terms relating to those 35 topics that are

25     constrained both by time frame and by the subject matter of

49

1    this case.

2          And so to be clear, for example, Amazon, you know,

3    if there's a deal with Amazon to sell iPhones, well, maybe

4    that's not the best example, but if there's a deal with

5    Amazon to sell, I don't know, an Apple product that's not

6    the subject of this case, you know, you don't need to do

7    that due diligence, Mr. Sunshine.  This is within sort of

8    the four corners of the complaint and what the government's

9    theory is, and verify, based upon those 35 topics, that you

10   have identified the relevant code words that the company has

11   used over the course of those years on these subject

12   matters.

13          And so how long do you think it will take you to

14   do that, Mr. Sunshine?

15          MR. SUNSHINE:  I think, if we have that list,

16   Your Honor, I think we can do it in a week.  I hope none of

17   my colleagues are cringing when I say that.  It's just a

18   question of finding time with the right people.

19          THE COURT:  Okay.

20          Well, if DOJ can get you that list by Monday, you

21   can have till the 30th to get back to DOJ with an answer to

22   identify any additional -- any additional code words, okay?

23          MR. DINTZER:  Thank you, Your Honor.

24          THE COURT:  Mr. Dintzer, let's do the following.

25   So we've got some dates here.  Why don't we -- when's our

 1   next status hearing?  We are set for a status hearing on the

 2   31st.

 3          All right.  So we'll put on the agenda for the

 4   31st a discussion of where we stand with these issues.  And,

 5   Mr. Sunshine, I will invite you to attend on the 31st at

 6   11:00 a.m., that's East Coast time.  And just to get an

 7   update on how things are progressing, we'll have a couple of

 8   submissions or at least one submission from you all by next

 9   Thursday, and then we'll get a further update next -- on the

10   31st about how things are moving forward, okay?

11          MR. SUNSHINE:  Thank you, Your Honor.

12          THE COURT:  All right.

13          MR. DINTZER:  Thank you, Your Honor.

14          THE COURT:  Anything else from anyone while we're

15   on this call?

16          MR. DINTZER:  We appreciate the Court's time,

17   Your Honor.

18          THE COURT:  All right.  Thank you, everyone.

19   Be well.

20          (Proceedings concluded at 11:06 a.m.)

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

       Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__August 19, 2021_____   /S/__William P. Zaremba_____
                             William P. Zaremba, RMR, CRR

COURT REPORTER:
[1] 3/22
COURTROOM
DEPUTY: [1] 3/2
MR. DINTZER: [38]
3/23 5/5 5/7 6/7 6/19
6/21 6/25 10/25 16/17
16/19 18/4 18/18 18/20
21/6 21/12 25/8 25/13
31/3 33/8 33/22 34/8
35/2 35/10 35/23 36/17
36/25 37/13 37/15
41/19 43/9 44/5 45/15
45/19 47/9 47/17 49/23
50/13 50/16
MR. SCHMIDTLEIN:
[1] 27/23
MR. SUNSHINE: [21]
8/16 12/15 14/15 15/18
21/20 22/8 22/11 22/17
22/23 23/4 24/5 29/1
29/3 34/10 38/7 40/25
46/9 46/12 47/22 49/15
50/11
MS. SHENCOPP: [2]
26/18 26/22
THE COURT: [57]

$
$10 [1]  4/9

/
/S [1] 51/10

0
0340 [1]  1/15

1
1.5 [1]  12/2
1.5 million [5]  5/17 6/4
7/6 7/19 17/24
1.5 number [1]  8/2
10 [2]  36/22 43/14
10 minutes [1]  43/16
10,000 [1]  32/23
10-minute [1]  43/22
100,000 [2]  10/16
10/16
10:00 [1]  1/6
11 [1]  36/22
1100 [1]  1/14
11:00 [1]  50/6
11:06 [1]  50/20
12 [8]  5/1 5/9 5/13 5/14
9/19 9/19 26/17 36/23
12 search [1]  9/21
122,000 [1]  10/17
12th [1]  2/3
13 [1]  34/8
1300 [2]  1/19 2/9
14 [2]  34/11 35/5
1440 [1]  2/14
15 [2]  4/10 16/6
15 days [1]  23/17
15th [1]  24/17
16 [1]  34/6
17 [1]  34/7

19 [4]  1/5 34/10 51/6
51/10
1st [1]  4/14

2
20 [5]  4/10 8/13 38/24
46/17 47/7
20-3010 [1]  1/4 3/3
200,000 [1]  11/18
20001 [1]  2/20
20005 [2]  2/3 2/14
2001 [1]  41/9
2010 [3]  39/12 39/14
47/11
202 [4]  1/15 2/4 2/15
2/20
2021 [2]  1/5 51/10
23 [1]  14/4
230 [1]  10/9
24 [1]  32/2
25 [6]  6/14 7/5 8/13
25/14 25/15 28/10
25 percent [1]  9/10
25-percent [1]  41/16
26th [1]  29/22
27 [1]  33/23
270 [1]  10/10

3
3-A [1]  19/5
3-D [1]  42/16
3-H [1]  19/19
3-I [1]  19/21
30 [3]  25/15 26/17 44/1
300,000 [1]  16/24
3010 [2]  1/4 3/3
307-0340 [1]  1/15
30th [5]  21/9 30/2 30/8
30/11 49/21
31st [4]  50/2 50/4 50/5
50/10
324 [1]  10/11
3249 [1]  2/20
33 [1]  34/10
333 [1]  2/19
35 [3]  48/18 48/24 49/9
354-3249 [1]  2/20
371-7860 [1]  2/15
375,000 [1]  7/7

4
4,000 [1]  37/16
40 [2]  9/8 22/15
40,000 [5]  22/6 22/8
22/21 22/24 23/23
42 [1]  22/15
434-5000 [1]  2/4
44 [2]  47/15 47/19
48 hours [1]  32/3

5
50 [4]  45/6 45/6 45/8
46/7
5000 [1]  2/4
508-6000 [2]  1/20 2/10
57 [1]  23/15

6
600,000 [1]  24/12
6000 [2]  1/20 2/10

7
70 [2]  37/6 40/21
720 [1]  1/20 2/10
725 [1]  2/3
7860 [1]  2/15
7th [2]  1/19 2/9

8
80203 [2]  1/20 2/10

9
9/30 [1]  26/17
90,000 [1]  14/5
90-plus [1]  14/6
94 [1]  39/16
94 topics [1]  34/20
95 [2]  30/19 34/19

A
a.m [3]  1/6 50/6 50/20
abbreviations [1]
42/17
ability [1]  28/23
able [4]  21/3 21/18
29/23 37/8
about [43]  3/23 5/17
7/2 7/6 7/7 9/10 10/8
12/15 14/17 15/3 17/3
17/10 17/12 17/15
17/17 17/18 19/6 19/7
19/12 20/1 20/17 23/5
24/6 24/16 25/11 25/24
26/1 26/5 30/10 30/12
31/2 35/13 35/15 36/1
36/2 38/13 38/20 40/5
41/11 44/17 47/5 47/24
50/10
above [1]  51/4
above-titled [1]  51/4
absolutely [1]  11/16
abstract [1]  18/5
accept [1]  12/24
accepted [1]  44/21
accommodate [1]
48/11
accommodation [2]
22/2 23/16
accommodations [1]
24/22
accurate [1]  10/13
achieve [1]  5/22
acknowledge [1]  11/10
acknowledged [2]
31/13 44/23
acquire [1]  15/4
acting [1]  5/12
Action [1]  3/3
actually [4]  10/13
11/10 31/22 41/14
add [1]  3/20
adding [2]  23/12 24/13
additional [6]  8/6
21/25 23/13 48/24
49/22 49/22

address [2]  6/5 6/5
18/18
adjustments [1]  15/9
admitted [2]  38/21
41/23
adopted [1]  17/1
after [6]  16/6 16/11
23/17 28/3 29/4 33/11
again [11]  15/4 15/18
21/8 22/23 32/10 36/7
38/8 43/2 43/19 44/9
46/12
agenda [1]  50/3
ago [3]  11/6 26/10 40/3
agree [2]  15/19 30/2
agreed [11]  5/12 9/21
16/1 19/14 19/16 21/15
21/25 22/14 23/11
43/10 44/25
agreement [8]  10/4
12/23 13/16 13/19
23/15 29/24 41/8 41/10
agrees [1]  21/24
ahead [4]  6/24 15/15
29/2 46/11
aided [1]  2/22
AL [1]  1/3
all [65]
all right [2]  14/9 50/12
allow [1]  14/9
alls [2]  30/18 30/19
almost [2]  16/24 37/18
alone [1]  36/12
along [1]  11/13
already [8]  11/17 31/20
31/21 32/7 32/14 37/9
44/14 44/22
also [4]  4/12 5/16
10/12 13/11
alternate [3]  16/1
16/11 38/9
alternative [1]  23/19
am [1]  29/6
Amazon [8]  43/1 46/15
46/18 46/19 46/20 49/2
49/3 49/5
AMERICA [2]  1/3 3/3
AMIT [1]  1/10
amount [2]  5/18 15/24
another [3]  19/7 36/19
36/21
answer [3]  8/17 40/6
49/21
answers [2]  40/16 44/1
Antitrust [1]  2/7
any [20]  5/21 8/11
11/13 15/3 25/16 31/25
34/15 34/19 38/17
39/13 40/6 40/6 41/7
41/11 43/12 46/17
47/20 48/10 49/22
49/22
anybody [1]  18/6
anyone [1]  50/14
anything [11]  3/20
19/3 19/5 25/3 32/5
32/9 37/2 44/22 45/16
47/4 50/14

anyway [2]  32/12
39/22
anywhere [1]  9/8
APPEARANCES [2]
1/12 1/21
Apple [90]
Apple TV [1]  39/3
Apple's [16]  4/2 4/5
4/11 4/16 5/16 13/14
13/15 13/17 14/24 18/9
20/12 21/10 21/17
27/13 33/5 38/11
appreciate [9]  6/25
9/25 11/5 20/10 21/6
25/8 29/3 29/14 50/16
approach [2]  28/2
29/19
approved [1]  11/21
April [1]  44/9
are [98]
area [1]  47/6
areas [9]  9/20 17/3
17/17 28/5 38/13 38/18
46/13 46/14 47/2
arise [1]  5/1
ARPS [1]  2/13
array [1]  36/12
art [1]  15/21
as [35]  4/3 4/3 8/23
11/13 13/14 16/21
17/24 17/24 18/10
20/18 21/20 23/7 24/24
24/24 26/15 26/15 27/5
28/6 29/25 30/10 30/23
31/9 33/1 33/8 34/25
37/5 38/24 42/21 43/22
43/22 44/4 44/4 45/6
45/8 46/3
ascertain [1]  34/14
ask [17]  7/22 9/25 10/2
11/24 13/24 15/15
20/18 28/5 29/21 30/10
33/4 33/16 42/16 44/15
44/16 46/22 48/19
asked [17]  4/23 9/16
17/6 17/7 23/21 31/7
33/15 33/16 38/14 39/9
40/2 42/17 44/9 44/9
46/16 47/2 47/4
asking [11]  31/6 32/19
32/20 33/2 33/11 34/20
36/10 36/15 42/19
47/10 47/19
aspect [1]  39/18
asserted [1]  7/10
assess [1]  27/17
assignment [1]  43/7
assume [4]  7/5 12/9
23/24 23/24
assuming [1]  8/14
assumption [1]  7/24
attachment [1]  12/17
attachments [28]  5/17
6/5 7/11 7/12 10/9
10/10 10/10 10/14
10/15 11/17 11/18
11/22 12/3 12/4 12/8
12/10 12/10 12/12

## A

**attachments... [10]** 12/12 12/16 12/19 12/21 12/24 13/2 13/3 13/8 14/5 22/1
**attempts [1]** 15/3
**attend [1]** 50/5
**ATTORNEY [1]** 1/18
**attorneys [2]** 8/24 8/24
**August [3]** 1/5 23/11 51/10
**Avenue [2]** 2/14 2/19
**average [1]** 9/9
**aware [2]** 17/1 27/25

## B

**back [15]** 5/15 6/4 10/22 14/10 17/20 24/8 24/25 25/22 35/7 37/19 41/20 42/14 45/2 48/18 49/21
**Barrett [1]** 2/19
**based [4]** 8/4 37/23 48/11 49/9
**baseline [1]** 33/17
**basically [4]** 7/12 7/19 32/5 40/7
**basis [2]** 20/18 23/25 37/19
**be [65]**
**Be well [1]** 50/19
**because [27]** 4/2 8/3 8/12 9/16 11/14 11/25 12/9 17/11 18/21 18/24 19/10 19/17 19/20 19/21 20/19 21/2 23/8 29/6 31/23 32/17 32/23 37/23 42/9 42/14 44/25 47/15 47/23
**been [32]** 5/12 7/10 10/4 11/3 11/6 13/12 13/21 18/1 19/25 19/25 20/5 21/15 21/21 22/6 22/9 22/14 22/17 24/6 26/9 26/11 27/24 27/24 29/23 31/6 35/11 36/22 37/17 41/9 43/3 43/21 46/2 47/4
**before [10]** 1/10 4/15 19/11 19/23 25/25 26/5 31/23 33/10 39/12 46/14
**behalf [4]** 3/5 3/7 3/10 8/17
**being [5]** 5/23 21/17 35/8 36/24 44/11
**belief [1]** 23/14
**believe [7]** 9/4 18/21 21/24 23/9 24/9 32/16 34/8
**believed [1]** 44/20
**best [2]** 6/17 49/4
**between [3]** 3/16 4/9 24/16
**big [9]** 12/2 12/3 13/17 22/22 30/13 34/25 35/16 35/19 41/15
**bigger [1]** 26/4

**billion [1]** 4/9
**bit [2]** 6/18 14/1
**blunt [2]** 11/8 11/14
**boil [1]** 40/8
**both [2]** 12/8 24/12 48/11 48/25
**brass [1]** 5/8
**bridge [1]** 43/4
**brief [8]** 4/24 11/11 16/22 17/5 17/8 26/2 26/19 33/10
**bring [2]** 4/17 20/3
**bringing [1]** 19/19
**brings [1]** 26/16
**broad [7]** 9/13 14/25 15/7 36/12 36/23 38/10 43/2
**Broadway [2]** 1/19 2/9
**broke [1]** 6/18
**Bruce [1]** 2/6
**bullet [1]** 33/20
**burden [17]** 7/17 8/14 8/20 8/22 8/22 9/2 9/24 12/1 12/8 15/12 16/5 17/24 18/8 18/13 29/17 47/8 48/16
**burdensome [1]** 18/24
**business [1]** 11/17 38/11 38/24 46/19
**businesses [1]** 47/6
**buy [1]** 45/9

## C

**cabining [1]** 20/13
**calculation [1]** 5/16
**call [6]** 29/4 35/16 44/1 46/1 48/6 50/15
**called [1]** 16/11
**calling [1]** 35/18
**came [1]** 38/19
**can [50]** 3/20 5/6 6/16 7/16 7/22 8/11 8/17 9/21 9/23 9/25 11/12 12/18 13/6 13/25 15/10 17/22 17/23 18/12 18/18 18/24 21/9 22/2 22/3 23/10 23/23 24/2 24/3 24/5 26/4 26/15 27/4 27/5 27/11 31/9 32/20 32/21 33/4 39/9 40/1 40/12 41/4 41/25 42/11 42/16 43/19 44/1 48/11 49/16 49/20 49/21
**can't [13]** 13/4 17/10 19/18 20/12 20/23 20/24 20/25 21/1 23/6 31/19 34/6 34/17 45/15
**capabilities [1]** 27/7
**capacity [1]** 28/23
**capitulate [1]** 19/21
**capture [2]** 35/20 35/21
**captured [1]** 19/5
**captures [1]** 40/23
**Carr [1]** 2/8
**carved [1]** 25/22
**case [11]** 4/3 4/8 9/14

17/22 44/7 47/2 49/1 49/6
**catch [2]** 30/18 30/19
**catch-alls [2]** 30/18 30/19
**categories [1]** 39/16
**category [1]** 39/16
**caught [1]** 12/1
**center [2]** 2/8 4/8
**CEO [1]** 48/1
**certain [5]** 28/4 34/22 34/23 43/9 43/10
**certainly [2]** 26/25 40/21
**Certified [1]** 2/18
**certify [1]** 51/2
**CH [1]** 2/19
**challenge [1]** 5/2
**challenges [1]** 34/4
**changed [1]** 16/7
**channel [1]** 17/7
**characterization [1]** 15/19
**characterized [1]** 13/14
**chart [2]** 42/7 42/9
**check [2]** 24/6 34/8
**checking [1]** 41/15
**chime [1]** 6/22
**Civil [1]** 3/3
**claimed [1]** 37/8
**clarify [1]** 6/7
**clear [4]** 37/15 42/10 45/17 49/2
**clearly [2]** 13/9 39/2
**close [1]** 46/23
**CO [2]** 1/20 2/10
**coag.gov [2]** 1/21 2/11
**Coast [1]** 50/6
**code [88]**
**code-word [1]** 33/18
**colleague [1]** 12/18
**colleagues [3]** 24/6 41/15 49/17
**COLORADO [7]** 1/18 2/6 2/6 2/8 3/7 26/19 26/24
**COLUMBIA [1]** 1/1
**comb [2]** 48/21 48/22
**come [8]** 6/2 8/25 22/2 23/14 24/21 30/8 42/3 45/11
**comes [3]** 8/22 8/22 40/13
**comfort [1]** 43/5
**comfortable [1]** 28/1
**coming [4]** 6/12 6/14 7/7 8/2
**commit [1]** 4/15
**commitment [1]** 27/12
**commonly [1]** 34/23
**communicate [1]** 29/10
**communications [7]** 17/10 17/12 17/13 17/14 26/5 34/16 47/20
**companies [1]** 15/4

**company [7]** 15/8 39/18 40/16 46/22 48/2 48/21 49/10
**company's [2]** 18/10 40/16
**compare [1]** 37/5
**comparison [1]** 37/5
**competitors [1]** 41/11
**complains [1]** 11/8
**complaint [1]** 49/8
**complete [8]** 4/3 5/2 21/3 21/18 21/18 27/1 30/1 30/11
**completed [2]** 21/11 30/8
**completely [1]** 20/10
**completing [1]** 4/15
**complexity [1]** 29/6
**complicated [2]** 15/23 43/23
**component [1]** 14/10
**comprehensive [2]** 48/14 48/15
**compromise [2]** 45/6 45/10
**computer [1]** 2/22
**computer-aided [1]** 2/22
**concede [1]** 34/23
**concern [3]** 35/25 37/4 38/3
**concerned [3]** 29/6 36/15 40/5
**concluded [1]** 50/20
**conclusions [1]** 8/25
**conduct [2]** 17/19 20/12
**conferences [1]** 19/24
**conferred [1]** 28/20
**confers [4]** 24/21 25/14 25/18 28/11
**confidence [5]** 32/14 32/14 32/15 32/21 42/13
**confident [1]** 48/4
**confirm [1]** 48/23
**connection [2]** 6/18 36/3
**connectors [2]** 14/25 15/10
**CONNOLLY [1]** 2/2
**consideration [1]** 3/15
**consist [1]** 12/11
**consistent [1]** 38/18
**Constitution [1]** 2/19
**constrained [1]** 48/25
**Consumer [1]** 2/7
**contain [1]** 33/21
**context [2]** 31/3 31/5
**continue [1]** 24/7 45/12
**continued [2]** 2/1 23/12
**continues [1]** 46/25
**continuing [3]** 7/15 21/22 25/1
**contract [1]** 8/24

ntracts [3] 4/8 17/15 17/20
**control [1]** 17/10
**convince [1]** 7/18
**convinced [1]** 7/17
**Cook [1]** 48/1
**cooperate [1]** 20/23
**copy [1]** 40/2
**core [1]** 17/17
**corners [2]** 46/23 49/8
**corporations [1]** 17/25
**correct [2]** 21/12 51/3
**correctly [1]** 21/8
**correspondence [1]** 9/22
**could [16]** 5/8 7/8 10/20 11/5 16/2 16/17 20/4 23/15 23/16 23/21 27/7 36/12 42/24 45/7 45/8 45/9
**Counsel [2]** 3/12 27/19
**count [1]** 41/14
**couple [4]** 10/25 30/18 32/22 50/7
**course [3]** 18/19 19/10 49/11
**court [20]** 1/1 2/17 2/18 4/1 4/22 11/5 11/21 17/4 20/4 20/18 20/20 23/7 26/10 32/19 33/9 33/11 33/13 42/13 45/5 51/7
**Court's [3]** 37/4 38/3 50/16
**covered [1]** 38/11
**covering [1]** 47/7
**covers [1]** 17/17
**COVID [1]** 51/6
**COVID-19 [1]** 51/6
**create [2]** 20/24 48/15
**created [2]** 19/1 33/8
**creates [1]** 19/17
**cringing [1]** 49/17
**CRR [2]** 51/2 51/11
**crunch [1]** 44/11
**curious [1]** 34/4
**custodian [2]** 34/15 34/24 48/22
**custodians [16]** 8/5 19/7 19/8 19/9 19/11 34/7 34/13 34/18 38/15 38/15 43/11 44/16 47/12 47/15 47/25 48/1
**custodians' [1]** 47/18
**cut [4]** 16/24 18/24 46/7 48/18
**CV [1]** 1/4

## D

**D.C [3]** 1/5 1/14 2/3 2/14 2/20
**daily [1]** 9/7
**dallied [1]** 7/15
**date [9]** 21/10 21/16 23/23 28/2 30/25 33/20 39/13 47/11 51/10
**dates [1]** 49/25
**dating [1]** 17/20

**D**

days [1] 23/17
de [2] 10/14 14/6
de-duped [2] 10/14 14/6
deadline [1] 27/8
deadlines [1] 27/5
deal [3] 42/11 49/3 49/4
dealing [1] 19/8
deals [1] 41/12
deconstruct [1] 15/14
deconstructed [11] 11/9 14/8 14/19 15/16 15/20 15/24 16/12 16/21 27/12 28/14 29/8
Defendant [4] 1/7 2/2 2/5 3/9
definition [1] 16/8
delta [1] 24/18
demanding [1] 43/8
demands [1] 6/4
demonstrably [1] 9/13
demonstrate [1] 9/23
denies [1] 20/8
Denver [2] 1/20 2/10
department [9] 1/13 2/6 3/16 3/19 14/8 30/7 38/16 48/14 48/17
depositions [1] 26/5
described [1] 26/1
designed [1] 5/22
despite [1] 21/23
detail [1] 17/8
determined [1] 24/1
developed [1] 38/16
devices [1] 46/19
did [10] 4/21 12/18 16/22 17/1 33/5 33/16 33/21 37/16 38/12 42/18
did you [1] 33/16
didn't [10] 14/4 16/20 16/23 19/23 20/3 27/21 29/15 36/5 42/2 47/12
difference [2] 24/16 30/3
different [5] 9/7 16/2 37/21 46/21 48/5
differs [1] 9/6
difficult [2] 20/1 26/11
diligence [1] 49/7
dilly [1] 7/15
dilly-dallied [1] 7/15
Dintzer [27] 1/13 3/5 3/20 6/1 6/16 6/24 8/1 8/13 9/10 9/25 10/2 10/21 13/14 16/16 18/3 23/18 24/23 25/5 30/14 38/9 41/17 42/20 43/18 46/16 46/25 47/24 49/24
Dintzer's [2] 12/18 15/19
direction [1] 27/10
disagree [1] 37/10
discovery [4] 1/9 5/2 13/18 21/3

discussed [1] 19/9
discussion [4] 24/14 24/19 27/14 50/4
discussions [1] 27/9
dispute [4] 3/16 18/6 21/23 38/19
disputed [1] 5/19
distribution [1] 4/7
distributor [1] 4/6
DISTRICT [3] 1/1 1/1 1/10
diverting [1] 21/23
do [44] 8/20 9/4 10/20 11/20 13/2 13/11 13/13 18/11 19/3 19/5 19/18 21/1 22/13 24/14 24/23 25/9 26/3 26/9 26/12 27/13 28/10 30/2 31/20 33/24 34/6 38/12 40/7 41/4 42/24 42/24 42/25 44/17 45/3 45/7 45/12 45/16 47/6 48/9 48/10 49/6 49/13 49/14 49/16 49/24
do you [2] 18/11 22/13
do you have [1] 34/6
document [4] 6/4 15/6 39/25 40/2
documentation [1] 17/16
documents [48] 4/21 5/1 5/3 5/23 6/4 6/11 6/11 6/13 7/12 7/19 7/25 8/4 8/23 8/25 9/3 9/5 9/15 10/23 13/5 13/13 13/20 14/21 14/22 16/24 20/7 20/8 20/11 20/14 21/21 21/22 22/6 23/5 23/7 23/12 23/13 23/25 24/8 25/21 32/22 32/23 32/24 37/3 37/7 37/7 37/16 39/19 39/23 44/13
does [7] 4/13 5/2 39/6 39/7 40/22 46/18 48/15
doesn't [9] 9/1 14/5 17/12 18/17 26/3 29/10 45/20 48/21 48/22
dog [1] 27/20
doing [14] 3/13 15/23 18/23 18/23 19/20 19/22 21/1 21/22 22/25 23/25 25/15 32/15 32/16 37/17
DOJ [42] 9/12 9/22 12/21 13/12 13/18 14/9 14/23 15/5 15/10 15/22 16/1 16/2 16/11 16/12 16/15 21/23 21/24 22/4 23/10 23/23 24/2 24/12 28/10 28/18 29/10 34/10 34/17 38/11 38/20 38/21 39/5 39/9 39/20 39/22 39/24 39/25 40/4 40/11 40/12 40/14 49/20 49/21

documents [14] 4/5/6 Filed 10/22/24 Page [2] Page 26/25 27/1
don't [29] 3/19 7/4 7/7 7/14 10/2 13/4 18/5 24/7 24/17 27/11 27/20 31/17 31/17 36/13 37/17 37/19 39/13 39/15 41/5 41/7 41/23 42/4 43/15 43/17 43/21 44/4 49/5 49/6 49/25
doubt [1] 43/25
down [7] 9/14 9/23 13/7 17/23 25/3 42/12 44/10
dozens [7] 20/20 26/14 26/14 26/14 29/12 36/14 44/18
dragging [2] 20/1 20/5
dropped [2] 10/3 10/4
druthers [1] 42/25
due [1] 49/7
duped [2] 10/14 14/6
during [1] 51/5

**E**

each [8] 14/16 14/20 16/10 16/10 16/12 25/25 43/14 43/15
earlier [4] 9/22 21/17 33/20 36/2
early [2] 12/22 24/24
easier [1] 31/23
easiest [1] 42/6
easily [1] 9/21
East [1] 50/6
easy [2] 29/11 43/18
effectively [1] 9/23
efficacy [1] 27/17
efficient [1] 19/10
effort [1] 29/9
efforts [2] 21/23 30/1
either [2] 12/22 13/9
else [3] 13/5 47/4 50/14
email [7] 1/15 1/21 2/4 2/11 2/15 12/22 43/12
emailing [1] 35/7
emails [2] 12/10 35/19
employee [1] 16/6
employing [1] 13/1
end [6] 9/1 18/15 23/10 24/16 30/18 30/19
engineered [1] 18/21
engines [1] 15/4
enormous [1] 15/8
enormously [2] 4/6 15/23
enough [2] 13/18 15/5
ensure [1] 18/16
entire [2] 28/4 48/21

entirely [1] Page [2] Page 38/23
entitled [3] 15/11 20/8 20/11
envelope [1] 5/15
Erin [3] 1/17 3/7 26/18
erin.shencopp [1] 1/21
err [1] 30/6
esoteric [1] 46/7
especially [2] 20/13 44/7
estimate [1] 21/17
ET [1] 1/3
even [10] 7/7 7/14 11/12 16/5 19/14 31/11 39/3 44/23 44/24 46/23
ever [4] 25/16 33/9 38/24 41/9
every [4] 24/7 25/18 29/9 38/12 39/18 45/21 48/22
everybody [3] 3/13 31/15 36/9
everybody's [1] 40/8
everyone [2] 3/13 50/18
everything [6] 7/20 18/24 31/10 39/5 39/16 45/7
exact [1] 11/11
exactly [1] 18/23
example [15] 14/2 15/2 17/4 17/4 33/23 34/17 36/8 36/19 36/21 43/1 43/19 46/15 46/16 49/2 49/4
examples [1] 39/9
except [1] 20/16
exception [2] 16/10 30/18
excess [1] 14/5
exchanged [1] 9/22
exclude [2] 12/20 12/23
excuse [1] 14/13
exercise [2] 39/18 40/7
exhaustive [1] 31/8
Exhibit [3] 19/5 33/5 42/16
exigencies [1] 28/24
existing [1] 21/24
expect [6] 22/13 22/15 23/23 24/2 24/3 34/17
expectation [1] 28/19
expected [1] 44/8
expediting [1] 3/25
expeditious [1] 18/11
experience [1] 37/21
experienced [1] 27/5
experts [1] 35/12
extent [8] 10/3 10/20 11/7 11/13 12/11 12/12 13/25 27/10
extra [1] 15/11
eye [1] 12/1

**F**

fact [8] 4/21 5/4 8/25

fact [1] 11/17 19/26/23 35/11 42/2
factual [1] 16/22
factually [2] 16/20 17/2 46/8
fair [4] 13/17 15/5 35/2 46/8
fairly [2] 40/23 48/4
faith [4] 5/12 30/1 41/2 41/3
families [1] 25/17
far [3] 17/24 22/7 37/11
farm [3] 32/7 32/8 35/6
farther [1] 17/21
fast [2] 20/16 28/22
February [3] 4/14 19/2 30/6
feel [1] 27/21
felt [1] 33/11
ferret [1] 37/9
fifth [1] 39/21
fight [2] 27/21 28/6
figuratively [1] 20/22
figure [6] 38/5 41/18 42/25 43/4 43/20 45/8
filter [1] 11/16
filtered [1] 11/17
final [1] 20/19
find [3] 41/5 42/10 46/20
finding [1] 49/18
fine [1] 42/5
first [5] 4/5 4/19 4/25 6/9 8/20 11/2 11/3 12/17 16/15 23/24 23/24 26/10 38/8 47/11 48/13
five [10] 14/13 16/2 28/14 28/16 28/17 29/15 29/16 39/20 39/20 41/14
FLOM [2] 2/13
Floor [2] 1/19 2/9
focus [1] 46/12
focused [1] 39/19
focusing [1] 13/21
folks [1] 48/10
follow [1] 28/5
follow-up [1] 28/5
following [2] 13/24 49/24
force [1] 27/6
foregoing [1] 51/3
foremost [1] 12/17
foresee [1] 34/4
forgotten [1] 25/12
formal [3] 35/5 35/7 45/25
forth [1] 36/24 42/15
forward [10] 9/13 11/21 14/21 14/23 25/6 29/19 30/4 30/24 41/18 50/10
found [5] 16/9 31/11 41/4 44/23 44/24
four [9] 4/18 14/12 37/13 39/20 40/20 40/21 41/13 46/23 49/8
fourth [1] 4/23

**F**

**frame [1]** 48/25
**Fred [1]** 35/7
**front [2]** 24/25 48/3
**full [1]** 30/17
**fundamentally [1]**
37/21
**further [4]** 13/1 27/9
28/20 50/9
**future [1]** 24/4

**G**

**gamut [1]** 31/1
**gathered [3]** 31/16
31/22 44/13
**gave [1]** 17/4
**GENERAL [1]** 1/18
**get [35]** 5/17 5/22 6/4
7/14 7/18 8/7 8/8 10/23
13/6 13/21 13/22 14/16
15/10 17/13 19/3 20/4
20/11 26/4 26/17 29/4
29/8 29/17 32/9 32/12
32/13 33/1 38/5 42/6
43/5 44/6 45/4 49/20
49/21 50/6 50/9
**gets [1]** 36/5
**getting [8]** 8/4 11/5
11/20 18/11 23/5 25/20
26/2 27/17 32/7
**give [24]** 6/5 7/3 10/22
11/9 16/2 16/7 16/20
20/6 23/9 23/18 25/5
29/9 31/3 31/5 31/7
31/8 31/24 32/3 33/23
37/3 38/1 39/9 44/2
48/17
**given [13]** 5/11 11/6
15/25 27/4 27/6 28/24
29/11 31/12 33/17
40/18 41/8 44/24 45/1
**gives [5]** 4/11 32/22
32/22 32/23 42/13
**giving [1]** 18/1
**go [11]** 6/11 6/24 9/8
15/14 15/15 17/8 26/5
29/2 32/23 45/2 46/11
**go ahead [4]** 6/24
15/15 29/2 46/11
**goes [1]** 7/20
**going [47]** 3/21 5/10
5/24 6/3 6/11 7/6 7/18
8/14 10/23 11/21 12/13
13/23 15/13 15/15 16/6
18/6 18/15 19/3 19/14
19/15 20/25 21/2 21/3
23/2 23/7 25/11 26/13
28/9 28/11 28/12 29/25
30/6 30/10 32/8 32/12
35/20 37/19 39/23 41/5
41/18 42/14 45/12
46/10 48/9 48/10 48/18
48/19
**gone [2]** 26/12 35/12
**good [7]** 3/2 3/12 5/12
30/1 41/2 41/3 46/16
**Good morning [1]**
3/12

41/2 41/3
**GOOGLE [19]** 1/6 3/4
3/9 4/10 13/16 13/19
15/6 17/15 17/20 19/9
25/25 36/3 37/5 37/6
38/19 41/8 41/10 41/25
46/1
**Google LLC [1]** 3/4
**Google's [5]** 4/6 4/7
17/19 19/4 37/6
**got [13]** 3/23 6/17
27/20 29/18 31/10
34/12 37/9 37/18 38/2
42/21 45/2 45/8 49/25
**gotten [1]** 37/11
**government [2]** 3/5
19/17
**government's [1]** 49/8
**greater [1]** 8/15
**greatest [1]** 14/14
**group [1]** 48/4
**groups [2]** 45/25 47/20
**guess [8]** 12/7 14/3
23/20 26/22 34/3 40/10
41/16 42/20

**H**

**had [23]** 6/22 10/6 10/7
10/8 10/11 14/21 16/6
17/20 19/11 20/5 23/9
23/11 25/14 25/16
26/12 27/15 28/3 30/5
37/6 37/6 37/6 38/22
43/13
**hadn't [6]** 26/7 26/9
31/12 31/12 44/24 45/1
**half [1]** 45/7
**hand [1]** 30/3
**handful [1]** 44/16
**hang [2]** 6/16 23/20
**happen [2]** 19/23 28/12
**happy [4]** 30/24 39/25
40/5 41/3
**hardware [1]** 46/19
**has [32]** 7/10 7/10 7/15
10/15 10/16 10/16 11/3
11/20 13/12 15/6 15/22
17/6 17/7 17/15 17/20
24/14 24/20 27/5 30/5
32/14 35/12 36/17
37/22 38/24 39/20
39/24 40/4 40/19 41/23
43/25 48/14 49/10
**hasn't [2]** 5/19 36/25
**have [93]**
**haven't [5]** 15/19 25/12
34/1 40/3 45/3
**having [1]** 28/10
**he [4]** 16/25 41/22
48/21 48/22
**he's [1]** 5/11
**head [1]** 9/18
**heading [1]** 27/10
**hear [4]** 20/23 27/11
30/9 40/18
**heard [5]** 14/15 23/18
38/20 46/9 48/12

50/1 51/5
**heck [1]** 34/20
**help [1]** 4/22
**helpful [4]** 11/6 14/12
25/21 47/21
**her [1]** 34/15
**here [30]** 4/2 4/5 4/17
4/22 5/9 5/24 6/6 7/23
8/17 12/1 18/8 18/23
26/16 26/23 27/4 30/7
32/6 33/18 36/9 36/16
37/4 40/19 40/24 42/9
43/4 43/5 44/1 44/12
45/2 49/25
**here's [6]** 28/9 28/12
34/3 35/25 36/19 48/9
**hey [1]** 34/18
**high [3]** 10/6 10/6 10/7
**higher [2]** 8/12 15/16
**highly [1]** 13/9
**his [3]** 16/21 24/24
34/15
**hit [23]** 8/3 9/18 10/5
10/6 10/7 10/23 11/9
14/1 14/8 14/19 15/14
15/16 15/20 15/24 16/3
16/6 16/21 27/12 28/14
29/8 35/24 37/2 39/13
**hits [11]** 5/17 10/9
10/14 13/7 14/4 14/6
14/13 24/11 24/13
28/17 28/17
**hitting [2]** 32/5 37/1
**hold [1]** 24/7
**homework [7]** 26/7
26/9 26/12 42/14 42/15
43/6 45/3
**honestly [1]** 43/18
**Honor [60]**
**HONORABLE [1]** 1/10
**hope [3]** 3/13 49/16
**hoped [1]** 20/4
**hopefully [3]** 28/21
29/16 29/23
**hours [4]** 16/6 26/14
32/2 32/3
**house [1]** 38/16
**how [29]** 3/21 7/4 7/24
8/23 8/23 13/6 20/16
22/5 23/7 25/6 28/12
29/19 33/6 33/20 33/20
34/4 34/14 34/14 37/11
37/19 38/5 40/11 40/14
41/18 42/24 43/4 49/13
50/7 50/10
**hundred [1]** 32/22
**hundreds [2]** 14/23
36/14
**hypothetically [1]** 6/14

**I**

**I am [1]** 29/6
**I assume [2]** 12/9
23/24
**I believe [2]** 23/9 24/9
**I can [4]** 8/17 24/5
42/16 48/11

37/11 40/20 43/9
49/10
**identify [1]** 28/5 36/5
40/12 40/21 42/22
43/12 49/22
**identifying [1]** 26/11
**ii [1]** 14/4
**Illinois [1]** 1/17
**imagine [4]** 41/25 42/2
**immediate [1]** 38/8
**immediately [2]** 4/21
29/4
**importance [3]** 4/16
5/3 36/4
**important [14]** 4/6 7/24
8/10 13/15 17/5 17/11
17/21 20/12 25/5 25/23
32/24 33/1 36/6 42/1
44/19
**improper [2]** 19/20
19/22
**Inc [1]** 2/12
**inchoate [1]** 33/12
**include [6]** 5/17 14/5
21/16 28/16 44/25 48/1
**included [1]** 15/7
**includes [2]** 7/9 12/3
**including [3]** 6/5 10/9
30/19
**incorporate [1]** 30/22
**incorporated [1]** 31/12
**incorporates [1]** 26/24
**incorrect [1]** 17/2
**increase [2]** 41/15
41/16
**incredible [1]** 47/8
**incredibly [1]** 48/14
**indicated [1]** 24/20
**individuals [1]** 31/1
**information [7]** 4/19
15/10 16/7 17/17 27/16
44/18 46/22
**initial [2]** 23/10 24/11
**initially [1]** 16/13
**inordinate [2]** 9/15
15/24
**input [2]** 7/2 7/23
**inquiries [6]** 33/18
33/21 36/12 36/24
42/22 48/19
**inquiry [3]** 40/19 40/19
43/23
**insert [1]** 39/4
**inside [2]** 15/25 39/18
**insight [3]** 7/3 8/11
27/13
**instance [1]** 16/15
**institutional [1]** 46/5
**institutionally [2]**
35/18 45/18
**insubstantial [2]** 5/14
5/18
**intention [1]** 30/23
**interest [9]** 4/12 15/8
17/9 18/10 25/20 26/23
26/25 43/3 47/14
**interference [1]** 6/20
**interior [1]** 25/24

**I didn't [1]** 29/15
**I don't [6]** 24/17 27/11
41/5 41/7 43/21 44/4
**I guess [7]** 12/7 14/3
23/20 26/22 34/3 41/16
42/20
**I have [3]** 11/2 18/10
20/20
**I haven't [1]** 25/12
**I hope [2]** 3/13 49/16
**I just [3]** 16/17 26/19
47/22
**I know [1]** 43/3
**I mean [27]** 6/10 7/22
17/18 20/22 22/21
25/21 29/14 30/17
30/18 33/15 33/19 34/3
34/17 34/20 35/20
36/11 37/3 38/3 39/2
39/17 40/18 41/25
42/21 44/5 44/6 44/10
45/22
**I should [1]** 30/16
**I think [22]** 5/10 5/24
6/22 9/11 9/18 9/21
12/17 12/25 22/15
22/19 24/10 24/19 25/6
27/3 29/16 35/15 41/7
43/22 46/7 48/15 49/15
49/16
**I understand [10]** 8/6
23/1 23/22 25/10 29/18
30/24 31/4 36/3 37/4
38/3
**I want [1]** 18/14
**I was [2]** 10/18 15/13
**I will [2]** 8/18 50/5
**I'd [3]** 4/17 12/7 37/22
**I'll [10]** 9/16 14/16 25/5
26/8 29/21 30/9 33/23
34/8 35/25 48/17
**I'm [30]** 6/17 12/5
15/13 15/18 25/11 27/5
29/25 30/6 30/10 30/14
32/6 33/4 34/4 35/1
36/7 36/8 36/14 36/18
36/20 40/18 40/20
41/14 42/16 43/4 43/18
47/23 48/4 48/7 48/10
48/19
**I'm going [4]** 25/11
29/25 30/10 48/10
**I'm not [2]** 12/5 36/8
40/20
**I'm not sure [2]** 35/1
43/18
**I'm sorry [3]** 15/13
36/20 47/23
**I'm sure [1]** 42/16
**I've [8]** 3/18 3/23 6/17
25/16 26/12 36/23
42/21 48/12
**idea [4]** 17/22 20/16
25/17 33/25
**identification [1]** 30/16
**identified [10]** 14/2
17/4 24/11 25/19 28/2

56

**I**

internally [1] 35/11
Internet [1] 6/17
interrupt [3] 5/6 18/2
36/18
intervals [1] 24/3
interviewed [2] 31/15
35/12
invest [1] 44/15
investigating [1] 26/13
investigation [6] 37/8
37/16 38/12 41/2 41/3
41/5
investigations [1] 31/2
invite [1] 50/5
involve [3] 29/18 36/12
43/23
involved [2] 38/13 47/1
involving [1] 43/21
iOS [1] 35/5
iPads [1] 39/1
iPhone [2] 36/21 36/22
iPhones [3] 38/25
39/17 49/3
irrelevant [3] 15/1
39/21 39/22
is [151]
is there [1] 6/5
isn't [2] 35/17 45/7
issue [6] 3/16 9/18
12/18 24/24 28/15
28/22
issued [1] 15/22
issues [1] 50/4
it [71]
it would be [1] 46/5
it's [45] 3/13 6/14 7/17
8/2 8/12 8/17 11/14
12/3 12/5 12/5 12/6
17/11 17/25 18/14
20/22 28/12 28/22
30/16 30/17 31/7 34/1
34/8 34/10 34/20 35/2
35/24 36/20 39/7 39/22
40/2 40/16 41/9 41/12
41/16 43/18 43/22
43/22 44/1 44/4 45/22
45/25 47/7 47/17 48/18
49/17
It's Steve Sunshine [1]
8/17
its [8] 5/19 13/5 13/19
18/9 21/18 30/1 30/11
38/23

**J**

Japan [1] 47/14
jeopardize [1] 48/7
John [2] 2/2 3/9
jon.sallet [1] 2/11
Jonathan [1] 2/6
jschmidtlein [1] 2/4
judge [1] 1/10 19/20
Judicial [1] 2/8
July [1] 38/21
June [1] 44/21
junk [3] 7/13 7/16 7/17
just [48] 5/6 6/14 7/22

13/9 13/11 15/16 16/13
16/13 16/17 17/2 18/2
18/9 23/21 26/19 30/13
31/4 31/23 32/2 34/1
36/1 36/11 36/17 36/21
37/5 37/5 37/15 38/1
39/17 40/8 41/13 41/25
42/2 42/20 43/17 43/19
46/16 46/23 47/7 47/22
47/23 47/24 48/13
49/17 50/6
JUSTICE [4] 1/13 3/17
3/19 14/8

**K**

keep [5] 18/12 24/13
29/19 30/4 42/14
keeper [1] 44/3
Kenneth [2] 1/13 3/5
kenneth.dintzer2 [1]
1/16
kind [2] 25/10 30/23
46/25
knew [2] 19/21 38/13
knot [1] 38/6
know [57]
knowledge [4] 35/13
48/20 48/21 48/23
knows [2] 36/9 40/16

**L**

landed [1] 47/20
large [4] 5/13 13/6
24/17 47/2
largely [2] 12/10 12/19
larger [3] 14/1 22/21
23/3
largest [9] 4/6 10/11
10/12 10/15 17/25 18/7
28/16 29/16 47/5
Larry [12] 33/24 33/25
34/16 34/25 34/25
34/25 35/16 35/16
35/19 35/20 42/5 45/23
Larry Page [1] 42/5
last [12] 12/22 14/3
19/24 24/22 25/5 26/8
28/12 30/13 33/9 33/10
38/24 46/17
late [1] 38/21
later [1] 28/3
launch [1] 39/8
launched [2] 39/7
39/12
LAW [1] 2/6
lawyer [1] 48/5
lead [1] 46/22
least [10] 5/19 5/21
5/22 7/10 10/6 10/18
12/2 14/1 21/14 50/8
leave [1] 40/22
left [1] 27/22
legal [1] 38/16
less [3] 7/8 9/1 37/17
let [14] 6/7 10/2 10/25
11/24 13/24 23/24
23/24 30/13 31/3 31/5

let's [11] 6/14 12/15
13/21 13/22 25/6 30/12
32/13 38/5 41/18 42/9
49/24
letter [4] 19/5 19/19
19/21 22/1
letting [1] 29/22
level [1] 43/5
leverage [1] 19/17
lexicon [1] 36/4
like [18] 3/20 4/17 9/7
12/7 13/8 21/10 27/21
31/5 31/7 31/10 34/20
40/21 42/22 44/1 44/7
45/1 45/5 45/11
likely [6] 8/9 8/12 13/9
34/24 40/24 45/9
limit [1] 15/5
limitations [1] 51/7
line [4] 11/10 11/11
26/13 26/13
list [28] 31/1 31/4 31/8
31/8 31/23 31/25 33/3
33/4 33/6 33/8 33/18
33/21 33/24 34/18 36/7
38/23 39/10 39/15 40/4
45/5 45/11 46/7 48/3
48/13 48/18 48/20
49/15 49/20
lists [1] 44/18
literally [4] 16/14 20/22
29/7 29/12
little [8] 6/18 13/10
13/25 34/25 35/16
36/15 36/15 40/18
living [1] 38/9
LLC [2] 1/6 3/4
LLP [2] 2/2 2/13
long [5] 11/6 30/17
31/1 45/8 49/13
look [15] 5/10 5/11
8/24 9/1 10/13 14/9
18/5 19/19 19/21 29/9
36/2 40/6 42/21 43/19
48/9
looked [2] 9/5 25/20
looking [23] 8/21 9/2
10/5 10/18 16/11 17/19
19/15 20/14 30/14 31/4
33/4 35/4 35/17 35/17
36/7 37/19 44/11 45/17
45/20 45/22 45/24 47/5
48/7
lose [1] 36/6
lost [1] 36/23
lot [9] 9/13 9/14 15/1
17/10 17/12 30/3 34/12
34/21 43/3
lots [3] 15/8 46/18
46/18
lower [1] 9/9

**M**

machine [4] 6/11 7/4
7/14 7/20
made [1] 16/13
magic [6] 13/12 21/9

make [11] 4/18 18/14
23/6 26/8 26/19 27/21
29/17 30/1 31/22 42/22
47/23
makes [3] 4/9 4/12
4/13
making [4] 18/12 30/4
32/6 41/22
manner [2] 18/12
18/16
many [13] 7/24 8/23
8/23 22/5 23/7 33/6
33/20 33/20 37/1 37/11
46/21 47/6 47/6
March [2] 31/6 44/8
massive [1] 40/7
match [1] 31/22
materials [2] 17/21
47/18
matter [5] 3/15 27/4
42/21 48/25 51/4
matters [2] 48/19
49/12
may [16] 4/1 10/3
16/25 21/16 23/8 26/19
28/4 29/1 29/7 29/18
30/24 34/22 42/3 43/23
44/21 46/9
maybe [4] 5/15 10/20
16/10 49/3
me [29] 6/7 6/21 9/17
10/2 10/25 11/24 13/24
14/11 14/13 18/1 21/5
21/8 23/24 23/24 29/22
29/22 30/13 30/23 31/3
31/5 33/17 38/4 40/4
40/22 41/12 42/20 43/7
44/2 48/13
MEAGHER [1] 2/13
mean [40] 6/2 6/10
7/22 8/2 10/4 17/12
17/18 18/5 20/22 22/21
23/22 25/21 28/4 29/14
30/17 30/18 33/15
33/19 34/3 34/17 34/20
35/20 36/11 36/22 37/3
38/3 39/2 39/17 40/15
40/18 41/25 42/21
43/14 43/17 43/20 44/5
44/6 44/10 45/22 47/13
meaningful [2] 27/11
27/14
means [1] 4/12
meantime [1] 25/1
measured [1] 9/5
mechanical [2] 2/21
2/21
meet [6] 24/21 25/14
25/18 27/8 28/11 28/24
MEHTA [1] 1/10
memory [1] 22/14
mentioned [1] 21/16
mentions [1] 15/6
Merit [1] 2/17
met [1] 28/20
Microsoft [2] 4/13 15/6
Microsoft's [1] 15/7
mid [2] 4/16 22/3

mid-November [1]
4/16
mid-October [1] 22/3
might [2] 31/4 44/4
million [7] 5/17 6/4 7/6
7/19 9/2 17/24 37/7
millions [2] 13/13
13/20
minimum [2] 13/3
44/15
minute [1] 43/22
minutes [2] 43/14
43/16
missed [1] 39/11
misstate [1] 46/25
mistake [1] 41/22
mitigate [1] 9/2
modified [1] 16/4
Monday [4] 28/13
28/13 28/18 49/20
money [2] 9/14 40/9
month [1] 19/4
months [1] 26/10
more [27] 4/13 10/13
11/12 11/19 12/5 12/6
14/1 17/1 19/23 23/13
24/13 25/15 25/16
25/17 25/17 27/13
27/16 28/11 32/24 37/3
37/17 38/20 39/24 41/4
41/5 43/23 47/23
morning [3] 3/2 3/12
4/18
most [8] 19/10 24/10
24/15 38/8 44/19 45/9
47/11 48/2
motivating [1] 27/6
move [5] 5/8 18/17
25/6 30/24 41/5
moving [3] 29/19 30/4
50/10
Mr [1] 49/24
Mr. [52]
Mr. Dintzer [24] 3/20
6/1 6/16 6/24 8/1 8/13
9/10 9/25 10/2 10/21
13/14 16/16 18/3 23/18
24/23 25/5 30/14 38/9
41/17 42/20 43/18
46/16 46/25 47/24
Mr. Dintzer's [2] 12/18
15/19
Mr. Page [1] 35/16
Mr. Schmidtlein [1]
27/20
Mr. Sunshine [24] 5/10
7/22 8/11 10/1 11/24
16/21 16/25 17/6 17/7
21/14 23/20 28/25 30/9
34/4 36/1 38/4 40/11
41/22 46/11 48/8 48/19
49/7 49/14 50/5
much [7] 7/4 12/5 16/5
27/16 32/12 42/15
43/23
multiple [1] 43/24
Music [1] 39/2
mute [2] 3/22 6/23

## M

my [11] 5/15 11/25 24/5 24/6 26/12 28/19 30/4 35/25 38/8 41/15 49/17

## N

name [9] 41/24 42/1 42/5 43/1 45/23 46/1 46/3 46/3 46/5
names [18] 39/6 39/7 39/8 39/10 39/12 39/15 41/10 41/23 42/4 42/17 44/2 44/3 45/18 46/6 46/6 46/17 46/20 47/3
narrow [5] 15/1 17/1 17/23 20/6 20/19
need [27] 4/3 4/19 4/20 4/23 4/25 15/11 17/13 20/12 25/23 26/1 26/2 26/4 27/13 30/23 31/10 31/17 31/17 31/19 36/3 37/2 42/6 43/6 45/2 45/3 47/22 47/23 49/6
needs [2] 8/7 8/8
negotiate [1] 25/25
negotiated [2] 17/16 41/9
negotiates [1] 41/24
negotiating [1] 46/1
negotiation [1] 31/9
negotiations [2] 25/24 27/15
New [1] 2/14
News [1] 39/2
next [11] 24/2 24/9 24/10 24/25 28/13 29/22 37/18 48/5 50/1 50/8 50/9
nice [1] 3/13
nine [6] 22/3 23/16 24/20 24/22 28/21 29/15
no [27] 1/4 6/22 11/22 13/10 15/15 16/14 17/4 17/5 19/14 20/15 23/1 25/11 25/20 27/23 29/11 32/16 32/17 33/14 33/23 33/25 39/4 39/23 41/10 42/4 44/2 47/14 48/10
No. [1] 19/15
No. 2 [1] 19/15
Non [1] 2/12
Non-Party [1] 2/12
none [3] 34/1 42/9 49/16
noon [1] 12/23
not [75]
note [1] 51/5
noted [1] 38/25
nothing [8] 11/20 17/24 36/9 37/18 38/20 45/13 45/15 47/6
notwithstanding [1] 28/10
November [2] 4/16 20/17

## O

11/24 20/3 20/5 23/15 23/17 28/16 30/5 30/10 34/22 36/22
number [28] 6/17 7/2 7/9 8/2 8/12 9/1 10/23 12/2 12/3 12/3 12/5 12/6 13/6 13/7 13/12 14/14 14/22 17/15 22/6 22/8 22/22 26/3 27/15 28/17 40/22 40/23 43/10 43/10
numbers [8] 6/7 9/9 9/15 10/6 10/7 22/21 23/3 30/19
NW [4] 1/14 2/3 2/14 2/19

## O

object [1] 13/11
observation [3] 11/25 26/20 30/14
obviously [7] 8/14 15/7 22/11 41/25 42/10 42/11 47/21
occurred [1] 51/5
ocean [1] 40/8
October [3] 20/17 22/3 24/17
off [4] 7/14 7/16 7/19 18/17
OFFICE [1] 1/18
officers [1] 48/2
Official [1] 2/18
oh [1] 15/13
okay [26] 3/12 10/25 15/4 16/19 18/20 21/4 21/7 22/10 25/13 28/8 29/13 30/11 31/17 31/23 32/10 33/24 36/20 37/14 37/25 40/1 42/8 44/20 45/2 49/19 49/22 50/10
old [1] 31/18
once [4] 6/10 17/18 23/25 39/7
one [25] 5/25 10/11 14/3 14/17 15/2 15/2 16/10 17/25 18/6 19/13 28/11 28/12 28/23 32/6 34/3 39/16 39/21 41/2 42/10 43/25 44/25 47/5 47/15 47/23 50/8
ones [5] 26/3 31/11 35/5 35/10 45/9
only [8] 6/3 19/6 19/7 32/22 40/20 44/23 45/17 47/17
opportunity [3] 5/11 28/3 48/17
opposite [1] 36/18
order [3] 29/25 30/7 46/20
ordered [1] 38/19
other [12] 8/3 8/24 11/25 13/8 15/4 25/25 30/3 32/8 33/17 35/10 41/7 41/11

## P

our [30] 4/3 4/14 4/24 9/7 11/8 11/20 14/10 17/5 17/8 17/22 18/12 18/14 19/5 21/24 23/10 23/14 24/9 25/7 26/1 26/16 26/23 31/9 33/8 37/23 39/1 42/15 47/15 48/1 48/2 49/25
out [36] 6/12 6/14 7/5 7/7 8/2 10/3 10/4 10/19 11/17 11/17 12/4 13/7 13/8 18/11 18/24 19/25 20/1 20/5 20/21 22/16 22/18 24/1 27/22 31/11 33/25 36/6 36/9 37/9 38/5 39/20 41/18 43/1 43/4 43/20 45/8 46/20
output [2] 7/3 11/4
over [18] 8/5 8/5 10/9 10/15 10/16 10/16 12/21 17/19 22/15 30/15 36/13 37/7 38/24 39/18 43/7 44/3 46/17 49/11
overbroad [1] 36/16

## P

pace [1] 20/15
page [11] 33/24 33/25 34/16 34/25 35/16 35/20 38/24 42/5 42/17 45/23 48/3
pages [2] 30/17 43/7
pages' [2] 33/18 42/21
pandemic [1] 51/6
papers [3] 3/18 5/20 21/21
parallel [1] 19/10
pare [1] 14/9
part [6] 13/17 29/25 31/9 33/8 44/6 44/7
partially [1] 16/12
particular [6] 5/21 10/6 17/9 34/15 34/19 34/24
particularly [1] 20/1
parties [3] 20/21 27/16 29/21
parties' [1] 3/18
parts [1] 46/21
party [7] 2/12 3/11 19/25 25/16 25/23 26/11 27/15
passed [1] 47/18
peel [1] 7/16
peeled [1] 7/14
people [22] 26/13 32/25 35/13 35/16 35/18 38/13 38/14 38/15 39/6 41/23 43/24 44/14 45/23 45/25 46/21 47/1 47/19 48/4 48/20 48/20 48/22 49/18
per [1] 4/9
percent [9] 4/10 6/15 7/5 8/13 8/13 9/8 9/8 9/20 9/21

## Q

percentage [1] 6/19
perhaps [2] 12/6 48/15
period [2] 8/5 29/8
periods [2] 36/13 46/6
permutations [2] 15/25 29/11
person [2] 43/25 45/21
perspective [1] 30/5
Petitioner [1] 2/12
picked [1] 38/22
picks [3] 38/25 39/1 39/1
pit [1] 46/2
place [1] 39/4
places [1] 9/23
Plaintiff [1] 1/17
plaintiffs [5] 1/4 1/13 3/6 3/8 26/19
Plaintiffs' [1] 26/24
please [3] 4/1 43/12 51/5
plug [1] 40/12
plus [2] 10/10 14/6
point [8] 4/5 4/25 6/2 8/1 26/8 28/3 28/7 47/23
pointed [2] 19/25 26/15
points [3] 4/18 33/20 40/25
portion [1] 14/11
position [1] 13/11
positions [1] 14/24
possible [4] 4/4 29/5 29/7 29/17
potential [1] 31/2
potentially [2] 36/6 36/13
practical [1] 42/21
pre [2] 6/9 39/8
pre-launch [1] 39/8
pre-review [1] 6/9
precipitously [1] 20/3
precise [1] 11/12
precisely [1] 12/25
prematurely [1] 4/22
premise [1] 8/20
prepared [1] 14/7 24/23 24/25
present [2] 13/2 34/17
presentation [1] 33/9
presented [1] 33/19
pressing [1] 28/6
presume [1] 44/3
pretty [5] 31/1 36/6 36/23 43/2 43/7
privilege [1] 13/4 13/4
probably [5] 8/6 9/9 10/13 42/5 43/13
probative [2] 13/10 13/23
problem [2] 7/11 13/2 45/2
proceedings [4] 1/9 2/21 50/20 51/4
process [9] 5/2 16/2

## R

percentage [1] 6/19
perhaps [2] 12/6 48/15
produce [4] 13/13 14/18 33/12 40/21
produced [11] 2/22 6/13 7/25 8/4 14/13 18/16 22/7 22/9 23/8 23/23 37/16
producing [1] 11/11
product [2] 39/7 49/5
production [22] 4/3 4/15 4/17 7/4 12/9 12/14 18/9 18/9 19/2 21/10 21/18 23/3 24/3 24/8 24/9 25/2 28/4 30/1 30/7 30/11 35/6 40/2
productions [3] 22/16 24/4 27/1
progress [2] 16/14 27/25
progressing [1] 50/7
project [4] 17/6 17/9 26/1 39/1
projects [7] 31/2 33/1 34/23 35/4 36/11 36/13 39/13
promise [1] 48/8
proof [1] 32/17
proposal [1] 25/2
proposals [4] 14/21 23/10 23/11 27/25
proposed [1] 16/1
propound [1] 13/18
Protection [1] 2/7
proverb [1] 31/18
provide [8] 7/23 8/11 14/7 27/12 28/14 28/17 33/3 42/18
provided [1] 15/20
provides [1] 20/8
providing [1] 27/16
proximity [2] 14/25 15/9
public [4] 17/7 31/11 41/9 44/18
purported [1] 38/22
push [1] 30/9
put [5] 14/21 39/22 48/3 48/14 50/3
puts [1] 14/23
putting [2] 9/12 25/10

## Q

Qualys [1] 9/5
question [17] 5/24 6/1 8/18 9/17 11/25 14/17 14/19 14/20 15/13 23/21 33/12 33/15 35/3 40/6 40/10 46/16 49/18
questions [3] 14/16 14/18 40/17
quickly [2] 4/3 20/11
quite [1] 30/16
quo [1] 4/12

## R

raised [3] 26/10 39/20

**raised... [1]** 46/15
**Ralph [1]** 2/8
**random [1]** 35/15
**range [1]** 47/11
**rate [6]** 4/16 6/13 7/4
8/21 9/4 11/4
**rates [3]** 8/19 9/7 9/8
**rationale [1]** 13/1
**reach [2]** 23/15 29/24
**reached [2]** 10/4 28/21
**reaction [3]** 38/5 38/8
41/17
**read [2]** 3/18 42/16
**real [2]** 18/10 45/2
**realize [1]** 14/4
**really [16]** 5/19 5/24
6/2 8/21 9/11 9/17
13/15 17/21 21/25 26/3
32/24 35/17 38/21
39/17 40/15 40/23
**Realtime [1]** 2/18
**reason [2]** 11/23 32/16
**reasonable [5]** 12/6
13/7 22/2 23/15 24/21
**receive [3]** 24/2 24/3
33/6
**received [4]** 4/14 29/23
33/10 38/10
**recognize [1]** 45/1
**recognizing [1]** 28/2
**record [1]** 51/3
**recorded [1]** 2/21
**records [5]** 5/20 14/14
18/11 18/16 21/19
**reduce [2]** 10/23 29/16
**reduced [1]** 13/22
**reference [1]** 26/24
**references [1]** 35/23
**referred [1]** 17/5
**referring [1]** 16/25
**refers [1]** 34/25
**refined [1]** 25/20
**refining [1]** 26/15
**refuse [1]** 32/17
**refused [6]** 11/9 11/12
11/14 19/4 19/11 19/18
**refusing [1]** 20/13
**Registered [1]** 2/17
**related [1]** 36/11
**relating [1]** 48/24
**relative [1]** 18/9
**relevance [1]** 8/7
**relevancy [1]** 5/20
**relevant [14]** 8/22 8/22
12/13 13/9 31/8 38/13
39/3 39/19 40/24 46/13
47/2 48/20 48/23 49/10
**remaining [10]** 4/19
5/14 9/24 12/25 22/3
23/16 24/20 28/15
28/21 30/13
**remember [3]** 21/8
22/6 34/6
**Remind [2]** 21/5 21/8
**remotely [1]** 51/7
**removal [1]** 22/1
**repeat [1]** 6/16

**Reporter [4]** 2/17 2/17
2/18 2/18
**reporting [1]** 51/7
**reports [13]** 11/9 14/8
14/19 15/14 15/16
15/20 15/24 16/3 16/7
16/21 27/12 28/14 29/8
**represent [3]** 41/3 42/8
42/8
**representation [1]**
44/21
**representations [1]**
23/6
**request [7]** 10/8 14/12
26/17 30/15 38/10
38/10 43/2
**requested [1]** 5/23
**requests [5]** 5/20
13/18 30/20 39/13
46/14
**require [1]** 29/15
**required [1]** 23/6
**resistant [1]** 18/1
**resolution [1]** 28/21
**resolve [3]** 3/21 19/11
25/6
**resolved [1]** 19/8
**resources [1]** 27/7
**respect [6]** 12/8 13/18
14/18 21/15 22/13
22/23
**respectfully [1]** 47/9
**respond [3]** 5/11 16/17
40/7
**response [2]** 27/1 33/7
**responsive [7]** 12/19
12/20 22/24 23/8 24/1
39/23 43/5
**responsiveness [6]**
8/7 8/10 8/19 8/21 9/4
11/4
**result [1]** 18/15
**retention [1]** 48/8
**return [11]** 6/5 8/3 10/9
13/20 13/23 14/21
14/22 15/17 23/21
28/16 39/23
**returned [2]** 5/18 10/9
**returning [1]** 15/1
**returns [1]** 14/1
**revealed [1]** 24/15
**revenue [1]** 4/11
**review [14]** 6/9 8/23
9/14 11/23 12/9 12/11
13/3 20/15 21/22 22/25
23/6 23/12 25/2 28/4
**reviewed [1]** 24/1
**reviewing [4]** 20/16
21/21 24/13 37/20
**revise [1]** 48/18
**rewarded [1]** 21/1
**rewarding [1]** 20/7
**right [23]** 3/15 9/18
13/22 14/9 21/11 21/13
22/5 22/20 25/4 28/6
28/9 34/7 34/12 35/9
41/14 45/14 45/18

50/12 50/18
**RMR [2]** 51/2 51/11
**road [2]** 42/12 44/10
**roadblock [1]** 19/7
**roadblocking [1]** 20/13
**roadblocks [2]** 19/1
20/24
**role [4]** 4/2 4/5 13/14
13/15
**roll [2]** 24/1 24/7
**rolling [8]** 20/7 22/16
22/17 23/25 24/2 24/4
24/6 37/18
**room [1]** 6/5
**roughly [1]** 45/6
**routinely [3]** 35/11
45/24 46/6
**ruling [1]** 29/3
**run [1]** 31/16
**runs [1]** 31/1
**rush [1]** 4/22
**Russian [1]** 31/18

**S**

**Safari [1]** 36/8 36/9
36/11 36/11
**said [22]** 16/13 16/13
18/8 19/3 19/6 19/13
19/15 19/18 19/19
21/20 31/10 31/24
35/12 36/17 36/25 37/1
37/22 38/1 39/5 39/6
40/1 44/14
**Sallet [1]** 2/6
**samples [1]** 12/21
**sat [1]** 19/4
**satisfied [1]** 30/25
**satisfy [1]** 6/3
**say [26]** 5/10 6/14 7/16
8/20 9/18 11/2 12/18
14/9 15/2 15/5 18/23
20/5 20/24 23/24 30/16
31/20 32/15 34/1 34/18
37/22 42/8 43/12 44/2
45/6 48/13 49/17
**saying [9]** 9/12 12/5
12/23 25/25 26/2 32/11
40/20 41/20 41/21
**says [4]** 15/3 39/25
41/22 42/16
**scenarios [1]** 16/12
**schedule [6]** 18/12
18/14 18/17 27/4 28/22
29/10
**scheduled [1]** 24/10
**Schmidtlein [3]** 2/2 3/9
27/20
**school [1]** 36/9
**scope [1]** 40/19
**scores [1]** 46/21
**search [62]**
**searches [3]** 14/13
30/22 44/25
**searching [1]** 26/14
**second [11]** 4/20 7/9
11/7 14/18 15/13 16/24
27/9 32/4 35/25 46/11

**Section [1]** 2/7
**see [11]** 3/13 16/3
25/16 25/17 25/24 26/1
26/2 31/19 32/21 40/1
40/13
**seeing [1]** 23/2
**seek [1]** 4/22
**seem [1]** 38/9
**seems [6]** 12/2 14/11
34/20 40/4 40/21 43/7
**seen [3]** 9/7 32/17 40/3
**sees [1]** 34/5
**sell [2]** 49/3 49/5
**selling [2]** 46/19 46/19
**send [2]** 20/19 43/12
**sending [1]** 43/6
**senior [1]** 48/2
**sense [3]** 8/2 23/9 42/3
**sent [4]** 12/21 12/22
19/2 30/15
**separate [1]** 30/20
**September [5]** 21/9
24/16 30/2 30/8 30/11
**series [1]** 19/1
**serves [1]** 22/15
**set [3]** 26/4 36/24 50/1
**sets [1]** 27/8
**shape [1]** 13/25
**share [4]** 11/3 11/14
32/17 37/24
**sharp [1]** 26/15
**Shencopp [3]** 1/17 3/7
26/18
**Sherlock [2]** 37/25
38/1
**short [1]** 43/6
**should [11]** 13/13
13/20 24/21 30/16 32/2
33/1 35/13 37/8 37/24
40/21 42/6
**shouldn't [1]** 17/13
**show [4]** 12/18 32/10
32/20 47/24
**shows [1]** 44/18
**side [2]** 25/10 30/6
**sides [1]** 48/11
**sign [1]** 7/19
**significant [1]** 4/11
**similar [1]** 33/19
**simple [4]** 32/19 34/1
43/22 44/4
**simplest [1]** 43/11
**simply [5]** 11/12 18/8
18/13 31/23 43/12
**since [6]** 30/5 31/6
31/19 32/11 33/9 41/9
**single [3]** 25/18 30/17
48/22
**single-spaced [1]**
30/17
**Siri [3]** 39/11 43/20
43/21
**sitting [1]** 18/22
**size [2]** 18/9 18/10
**SKADDEN [2]** 2/13
27/7
**skadden.com [1]** 2/16

**slate [1]** 2/13
**slow [3]** 4/16 20/7
37/18
**slowing [2]** 9/14 25/3
**small [3]** 12/5 26/3
40/22
**smaller [1]** 12/6
**so [133]**
**so I think [3]** 27/6 28/9
30/6
**So it's [2]** 31/7 41/12
**So this is [1]** 37/21
**So this list [1]** 31/25
**so-called [1]** 16/11
**software [1]** 39/1
**solidify [1]** 31/7
**some [15]** 6/5 7/11
7/11 8/6 10/20 10/21
14/1 24/19 26/3 28/3
31/3 31/5 39/9 42/3
49/25
**somebody [2]** 6/22
47/14
**somehow [1]** 13/12
**something [7]** 13/20
17/11 18/15 29/21
33/19 45/22 45/24
**sometime [1]** 38/21
**sorry [5]** 3/23 15/13
36/18 36/20 47/23
**sort [8]** 5/8 12/1 12/2
18/21 30/12 33/11
44/11 49/7
**spaced [1]** 30/17
**speaking [2]** 3/10 6/23
**specific [1]** 9/17
**specifically [1]** 47/3
**specs [1]** 14/20
**spend [1]** 16/6
**spending [1]** 9/13
**Spotlight [1]** 39/11
**springing [1]** 31/7
**St [1]** 2/3
**stand [1]** 50/4
**start [6]** 3/19 17/18
19/15 22/16 23/2 30/13
**started [1]** 26/11
**state [3]** 1/17 2/6 24/12
**statement [2]** 16/22
42/11
**states [5]** 1/1 1/3 1/10
3/3 34/11
**status [5]** 4/12 19/24
48/5 50/1 50/1
**stenography [1]** 2/21
**Steve [2]** 8/17 35/7
**Steven [2]** 2/12 3/10
**steven.sunshine [1]**
2/16
**still [3]** 20/14 20/15
25/9
**stop [1]** 9/16
**stopped [1]** 42/19
**Street [1]** 1/14
**strikes [1]** 30/23
**string [10]** 8/5 9/6 10/8
14/10 14/11 16/1 16/3
19/14 25/19 39/4

5 9

**S**

strings [35]  4/20 5/1 5/9 5/13 5/16 5/21 5/22 9/12 9/21 10/5 10/19 11/20 12/24 13/21 13/22 15/3 15/17 15/23 16/4 16/8 19/9 19/12 21/25 22/14 23/13 24/22 26/17 28/15 28/16 28/22 29/12 31/13 32/13 33/23 37/24
stuff [4]  15/1 35/21 36/6 37/20
subject [6]  34/19 48/18 48/25 49/6 49/11 51/6
subjects [2]  24/20 42/23
submission [2]  33/5 50/8
submissions [1]  50/8
submit [1]  29/21
subpoena [9]  4/14 19/2 19/4 24/12 26/24 26/25 27/2 30/5 44/7
subpoenas [1]  20/21
substantial [3]  14/22 30/7 30/11
substantially [1]  21/18
success [1]  6/13
such [1]  15/22
suggested [2]  16/15 40/11
Suite [1]  2/9
Sunshine [27]  2/12 3/10 5/10 7/22 8/11 8/17 10/1 11/24 16/21 16/25 17/6 17/7 21/14 23/20 28/25 30/9 34/4 36/1 38/4 40/11 41/22 46/11 48/8 48/19 49/7 49/14 50/5
super [1]  26/3
super-targeted [1]  26/3
sure [17]  5/7 6/17 6/19 12/15 15/18 16/18 18/4 18/12 18/14 26/21 27/5 30/4 35/1 35/9 41/19 42/16 43/18
surprised [2]  40/18 41/8
surprising [1]  41/12
suspect [1]  28/23
syntax [2]  14/24 15/9

**T**

tacks [1]  5/9
tailor [1]  14/10
tailoring [2]  5/25 10/20
take [7]  8/1 12/4 31/21 32/2 43/14 48/20 49/13
takes [1]  43/15
taking [3]  13/7 13/8 13/12
talk [8]  3/21 12/15 19/6 19/7 19/12 25/11 30/12 44/16

talked [6]  35/2 35/3 38/15 38/16 44/14 47/1
talking [14]  7/2 7/5 7/6 10/8 17/3 20/17 24/16 35/15 41/11 43/23 47/4 47/13 47/24 48/5
talks [1]  9/10
targeted [2]  14/12 26/3
task [3]  29/11 43/8 43/22
team [5]  24/24 41/24 43/15 46/1 46/3
technological [1]  51/7
Telephonic [1]  6/20
tell [10]  6/10 6/12 7/12 8/18 11/9 20/14 20/15 20/16 20/20 30/1 31/21
telling [1]  11/18
ten [2]  17/18 17/20
ten years [1]  17/20
tens [1]  14/22
term [3]  15/20 35/19 47/14
terms [30]  7/24 9/19 9/19 9/20 10/7 10/24 12/4 12/9 14/24 14/25 17/1 21/14 21/15 21/17 23/2 25/6 26/15 27/3 27/19 27/18 29/7 29/12 29/24 32/1 32/8 33/22 44/19 47/13 47/21 48/24
terribly [1]  12/13
test [3]  16/3 39/24 39/25
than [9]  4/13 8/13 9/1 9/9 17/21 25/15 25/16 25/17 27/17
thank [11]  3/24 3/24 6/25 8/16 14/15 27/19 38/7 49/23 50/11 50/13 50/18
thank you [9]  3/24 3/24 6/25 8/16 38/7 49/23 50/11 50/13 50/18
that [321]
that'll [1]  29/16
that's [48]  3/16 4/10 7/7 7/21 7/24 10/22 12/25 13/19 13/21 15/1 15/7 16/22 17/2 18/15 19/5 19/10 19/25 21/7 21/9 21/12 22/5 22/6 22/9 22/15 24/14 25/15 25/16 26/16 28/22 29/14 29/19 30/12 33/2 33/14 34/24 37/3 37/4 37/23 41/15 42/1 42/5 42/5 42/18 43/2 47/13 49/4 49/5 50/6
their [15]  7/3 11/10 16/4 16/8 20/15 25/24 32/17 32/20 33/10 42/14 44/21 45/3 45/23 47/3 47/20
them [55]
themselves [2]  37/20

then [32]  3/20 6/15 7/5 8/14 10/10 15/6 19/6 19/6 19/13 21/2 24/1 25/5 26/8 27/9 28/19 29/16 30/21 30/21 31/11 32/13 35/19 35/25 40/12 41/17 42/10 42/10 42/11 44/9 47/13 47/21 50/9
theory [1]  49/9
there [27]  6/5 7/9 9/16 9/20 10/5 11/1 11/19 14/16 17/10 17/11 20/21 24/15 28/4 31/11 32/23 33/19 34/22 35/10 36/22 39/3 41/9 42/9 43/20 44/22 45/15 46/20 48/23
there's [27]  7/6 7/10 8/6 9/24 10/4 10/21 10/25 11/22 13/12 19/25 28/11 30/2 31/18 36/8 39/4 39/8 41/13 42/4 43/1 43/3 43/25 44/2 45/13 45/15 48/10 49/3 49/4
therefore [1]  51/6
these [64]
they [113]
they'd [1]  44/8 44/20 44/21
they'll [1]  42/8
they're [16]  4/6 6/12 13/22 15/11 20/16 20/17 25/24 26/2 32/5 32/11 32/15 32/15 40/5 41/5 45/12 47/15
they've [19]  6/13 11/14 15/22 31/14 31/20 31/21 32/1 32/4 32/16 35/12 37/1 37/17 37/22 38/1 38/2 43/9 44/14 45/12 46/2
thing [11]  7/9 11/7 11/11 20/19 32/4 32/20 37/23 41/7 42/6 44/19 47/12
things [18]  11/1 13/8 13/8 20/1 21/1 21/2 29/19 29/22 30/4 30/8 30/25 31/22 31/25 32/7 39/2 43/13 50/7 50/10
think [48]  5/10 5/24 6/1 6/3 6/22 9/8 9/11 9/18 9/21 12/12 12/17 12/25 13/2 13/6 13/13 22/15 22/19 24/10 24/14 24/17 24/19 25/6 27/3 27/6 27/11 28/9 29/16 30/6 33/15 39/5 39/10 39/19 39/22 41/5 41/7 41/7 41/14 43/6 43/17 43/22 43/22 44/4 44/4 46/7 48/15 49/13 49/15 49/16
thinking [2]  17/18 23/4

third-party [2]  3/11 27/15
this [114]
This is [1]  3/3
those [44]  6/7 6/9 7/12 9/20 9/20 10/12 10/18 10/19 10/20 10/24 12/11 12/21 13/5 14/3 14/18 14/24 15/20 16/11 17/13 17/16 19/15 21/1 21/1 22/16 22/18 23/7 23/11 23/12 28/15 30/19 31/21 32/2 32/3 32/7 33/1 36/12 39/11 39/12 42/18 45/8 47/21 48/24 49/9 49/11
though [2]  16/5 40/10
thought [4]  16/4 38/17 38/18 39/21
thousand [1]  14/6
thousands [2]  14/23 14/23
three [15]  10/3 10/5 10/21 12/25 14/2 14/12 19/24 21/16 21/25 30/17 33/18 42/21 43/7 46/3 48/3
three-page [1]  48/3
through [9]  3/21 7/20 16/24 19/1 21/22 21/23 23/5 24/10 47/18
throughout [6]  18/22 28/1 35/8 35/18 37/17 46/18
throw [1]  32/12
Thursday [2]  29/22 50/9
tight [1]  20/6
till [1]  49/21
Tim [1]  48/1
time [21]  8/5 9/14 11/3 18/25 19/23 20/6 21/3 22/18 23/17 24/13 29/8 32/25 36/13 40/8 44/11 46/6 47/7 48/25 49/18 50/6 50/16
timely [2]  18/16 26/25
timing [1]  27/3
titled [1]  51/4
today [3]  3/16 4/2 4/17
together [1]  48/14
told [6]  19/16 23/9 31/14 32/4 42/14 44/20
tons [1]  26/14
too [12]  9/13 11/8 11/14 14/3 14/25 14/25 15/7 16/5 18/24 37/1 46/4 48/15
tools [2]  11/8 11/13
top [5]  8/8 28/14 28/17 29/15 30/21
topic [1]  30/13
topics [3]  34/20 48/24 49/9

totally [1]  39/21
touch [1]  27/24
touched [1]  38/17
track [1]  36/23
transcript [3]  1/9 2/21 51/3
transcription [1]  2/22
tremendously [1]  25/23
tried [2]  7/13
trim [1]  45/5
true [1]  33/14
trust [6]  31/17 31/18 31/19 32/10 41/20 41/21
truth [1]  18/1
try [6]  5/22 13/25 14/16 38/5 46/12 48/11
trying [10]  10/22 43/4
Tuesday [2]  12/23 22/2
turn [5]  12/19 14/16 36/1 38/4 46/10
turning [1]  39/4
turns [2]  7/5 33/25
TV [1]  39/3
two [14]  14/15 17/15 19/24 24/7 26/10 26/22 27/3 30/2 30/3 35/15 36/12 40/25 45/22 46/3

**U**

U.S [1]  1/13
ultimately [4]  5/24 7/25 9/1 12/13
under [1]  43/3
understand [14]  3/25 8/6 12/7 23/1 23/22 25/10 26/4 29/4 29/18 30/24 31/4 36/3 37/4 38/3
understanding [2]  8/9 24/5
unfair [1]  33/13
Unit [1]  2/7
UNITED [1]  1/1 1/3 1/10 3/3
United States of [1]  3/3
universes [1]  38/9
unless [2]  7/19 45/11
unnecessary [5]  9/24 11/17 11/18 11/22 48/16
untie [1]  38/6
until [5]  19/3 19/7 19/16 20/25 38/21
up [13]  3/15 6/18 9/1 28/5 30/8 31/22 32/6 38/19 38/25 39/1 39/1 42/3 45/11
update [2]  50/7 50/9
upfront [1]  7/14
upon [5]  8/4 21/15 22/14 43/10 49/9
urgency [1]  18/22 28/24
us [57]
usdoj.gov [1]  1/16

**U**

**use [9]** 20/18 31/9 35/6 39/6 39/7 43/19 44/17 46/13 47/13
**used [17]** 32/25 33/24 34/19 34/23 35/8 35/11 36/5 38/24 41/10 42/4 45/18 45/24 46/6 46/13 46/17 47/4 49/11
**uses [2]** 34/16 40/1
**using [5]** 35/19 40/15 45/21 46/2 47/14

**V**

**vacation [1]** 3/25
**vague [1]** 31/24
**valuable [1]** 30/3
**value [2]** 13/10 13/23
**various [1]** 27/25
**vary [1]** 22/11
**verify [4]** 31/18 32/10 41/21 49/9
**versions [6]** 16/2 36/10 36/21 37/25 43/20 43/21
**versus [1]** 3/4
**very [14]** 5/12 9/17 9/21 10/6 10/7 13/14 22/22 24/17 34/1 36/12 38/10 42/10 46/16 47/3
**vi [1]** 14/2
**VIA [1]** 1/9
**view [1]** 11/13
**vipers [1]** 46/2
**volume [1]** 5/25
**vs [1]** 1/5

**W**

**wait [1]** 24/8
**waive [1]** 13/4
**wand [1]** 21/9
**want [13]** 8/20 13/11 15/3 16/13 18/14 20/3 20/11 24/24 27/21 30/21 39/24 42/24 46/3
**wants [1]** 15/5
**was [31]** 3/25 5/16 6/15 6/23 10/11 10/18 10/20 11/25 15/13 15/15 16/5 17/5 17/6 17/8 19/22 19/23 20/1 31/22 32/6 32/7 33/11 33/12 33/17 33/19 35/6 38/18 39/3 39/21 41/9 44/22 46/10
**Washington [5]** 1/5 1/14 2/3 2/14 2/20
**wasn't [2]** 6/23 44/22
**waste [1]** 40/8
**wasted [2]** 16/14 19/24
**wasteful [1]** 39/17
**watching [1]** 20/21
**water [1]** 43/3
**wave [1]** 21/9
**way [11]** 5/21 6/3 10/13 10/22 15/5 16/5 20/7 23/4 24/15 43/11 44/10

**we [220]**
**we believe [2]** 18/21 21/24
**We believed [1]** 44/20
**We think [1]** 9/8
**we will [5]** 11/21 29/3 29/9 32/13 32/14
**we'd [3]** 18/22 37/9 46/22
**we'll [10]** 11/16 14/9 14/10 19/6 19/7 29/19 42/10 50/3 50/7 50/9
**we're [64]**
**we've [42]** 4/23 5/12 5/12 9/4 9/5 9/7 11/17 13/21 19/8 19/24 21/20 22/17 23/12 24/6 25/14 25/20 25/21 26/11 26/12 27/11 27/15 28/3 29/18 31/6 31/7 31/15 31/16 31/16 31/25 32/17 39/6 39/19 41/2 42/15 43/10 45/2 46/24 46/25 47/1 47/2 47/3 49/25
**Wednesday [1]** 28/19
**week [10]** 9/22 12/22 12/22 24/10 25/13 28/13 30/9 33/9 33/11 49/16
**weekend [1]** 29/18
**weeks [6]** 16/14 24/7 27/4 30/2 30/3 40/3
**welcome [1]** 7/23
**well [19]** 3/13 20/5 20/24 22/23 23/4 23/23 29/14 31/18 33/1 35/2 36/17 37/7 37/25 39/11 40/25 46/18 49/3 49/20 50/19
**went [1]** 38/12
**were [19]** 10/5 10/12 10/14 10/15 19/8 19/22 24/11 24/12 31/11 31/24 31/24 32/24 32/24 32/25 39/12 39/20 45/1 45/8 48/2
**weren't [1]** 38/15
**what [71]**
**what's [4]** 13/7 22/24 29/5 47/4
**whatever [4]** 17/23 17/23 27/8 32/13
**when [22]** 5/11 6/12 10/18 19/2 19/8 19/14 22/13 22/15 23/2 23/23 24/2 26/10 33/5 33/15 35/5 38/19 41/22 44/6 44/9 44/9 44/23 49/17
**when's [1]** 49/25
**where [14]** 6/2 8/18 8/21 9/20 9/20 9/24 16/2 18/23 21/14 21/17 27/16 29/22 30/25 50/4
**whether [11]** 7/23 10/21 13/22 34/15 34/18 34/24 40/22 43/1 43/20 45/25 48/23

**we [220]**
10/8 10/11 11/8 11/10 11/11 11/11 12/1 13/24 14/4 17/18 21/10 23/22 33/5 39/16 45/12
**while [1]** 50/14
**whittling [1]** 10/22
**who [7]** 20/21 35/13 35/13 38/13 38/14 38/15 47/1
**whole [1]** 46/12
**why [11]** 3/18 4/19 4/20 4/23 13/21 17/5 24/14 29/10 29/14 42/18 49/25
**Wikipedia [1]** 38/22
**will [15]** 8/18 11/21 22/11 22/15 28/11 28/13 28/17 28/19 28/20 29/3 29/9 32/13 32/14 49/13 50/5
**William [4]** 2/17 51/2 51/10 51/11
**WILLIAMS [2]** 2/2
**willing [5]** 11/3 11/19 14/17 26/9 26/12
**within [1]** 49/7
**without [4]** 10/14 10/15 15/11 16/5
**witness [1]** 44/2
**won't [10]** 4/15 6/10 6/12 7/3 17/8 20/14 20/15 35/20 37/2 37/2
**wonder [2]** 7/23 10/21
**wondering [1]** 40/22
**word [15]** 25/5 26/13 26/13 32/1 32/6 33/18 33/25 34/16 34/19 35/7 39/3 40/1 40/6 43/14 43/15
**words [53]**
**work [16]** 7/13 8/7 8/8 11/16 11/19 11/22 15/25 22/24 29/10 29/18 31/15 31/20 32/2 32/20 42/15 44/20
**working [1]** 32/25
**world [4]** 17/25 18/7 42/6 43/11
**world's [1]** 47/5
**worldwide [1]** 4/11
**worth [2]** 33/18 42/22
**would [33]** 8/10 9/9 9/17 11/6 12/11 12/20 14/9 15/2 15/24 16/3 19/12 20/6 20/19 21/10 22/1 26/9 28/15 35/1 36/5 39/17 42/25 43/11 43/13 44/15 45/5 45/9 46/5 46/8 46/21 46/22 47/17 47/20 47/21
**wouldn't [2]** 44/10 44/11
**wow [1]** 31/5
**writ [1]** 47/2
**write [1]** 32/2
**wrote [2]** 16/21 33/10

**Y**

**Yahoo [1]** 15/6
**yeah [7]** 5/5 10/7 18/19 35/22 38/7 45/19 46/10
**year [1]** 4/9
**years [8]** 17/18 17/20 25/15 38/24 46/3 46/17 47/7 49/11
**yet [1]** 27/11
**York [1]** 2/14
**you [139]**
**you know [2]** 36/8 49/6
**you'd [2]** 3/20 42/22
**you'll [1]** 48/5
**you're [12]** 3/22 6/3 7/2 7/23 13/1 19/20 27/22 32/5 32/7 36/10 36/15 45/17
**you've [10]** 23/22 25/19 27/20 29/23 29/23 31/10 33/17 34/20 40/11 43/13
**your [72]**
**your Honor [59]**

**Z**

**Zaremba [4]** 2/17 51/2 51/10 51/11
**ZOOM [1]** 1/9