# Appendix A

## DOJ'S OCTOBER 6, 2021 PROPOSED SEARCH STRINGS

| Request | Search String |
|---|---|
| DOJ RFP 5 | ████████████████████████████████████ |
| DOJ RFP 5 | ████████████████████████████████████ |
| DOJ RFP 5 | ████████████████████████████████████ |
| DOJ RFP 7 | ████ |
| DOJ RFP 7 | ████████████████████████████████████ |
| DOJ RFP 7 | ████████████████████████████████████ |
| DOJ RFP 9 | ████████████████████████████████████ |





| Request | Search String |
|---|---|
| DOJ RFP 9 | [redacted] |
| DOJ RFP 10 | [redacted] |
| DOJ RFP 11 | [redacted] |
| DOJ RFP 11 | [redacted] |
| DOJ RFP 11 | [redacted] |
| DOJ RFP 11 | [redacted] |
| DOJ RFP 11 | [redacted] |
| DOJ RFP 12 | [redacted] |
| DOJ RFP 12 | [redacted] |
| DOJ RFP 12 | [redacted] |
| DOJ RFP 12 | [redacted] |
| DOJ RFP 12 | [redacted] |

| Request | Search String |
|---|---|
| DOJ RFP 12 |  |
| DOJ RFP 12 | |
| DOJ RFP 14 | |
| DOJ RFP 14 | |
| DOJ RFP 14 | |
| DOJ RFP 14 | |
| DOJ RFP 15 | |
| DOJ RFP 15 | |
| DOJ RFP 15 | |
| DOJ RFP 15 | |
| DOJ RFP 15 | |

| Request | Search String |
|---|---|
| DOJ RFP 21 | ██████████████████████ |
| DOJ RFP 21 | ██████████████████████ |
| DOJ RFP 21 | ███████████ |
| DOJ RFP 21 | ████████████████████ |
| DOJ RFP 21 | ██████████████████████ |
| DOJ RFP 21 | ██████████████████████ |
| States 4 | ██████████████████████ |