# Exhibit C

| | |
|---|---|
| **From:** | Arteaga, Juan |
| **To:** | Ballou, Brendan (ATR); DeBernardis, Alexis Victoria; Herrmann, Karl (ATR); Li, Jennifer (ATR); Spinelli, Nicholas (ATR) |
| **Cc:** | Cabezas, Cristhian; Yodlowski, Shane |
| **Subject:** | RE: U.S. v. Google LLC, 20-cv-03010 (D.D.C.) - Non-Party SEA Document Production (SEA-DOJ-LIT-005) |
| **Date:** | Thursday, June 24, 2021 12:36:24 PM |

Thanks Brendan.  It's our understanding that this will be SEA's final production in response to the subpoenas.  We'll let you know if anything changes.  Best, Juan

**From:** Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>
**Sent:** Thursday, June 24, 2021 11:53 AM
**To:** DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Li, Jennifer (ATR) <Jennifer.Li@usdoj.gov>; Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>
**Cc:** Arteaga, Juan <JArteaga@crowell.com>; Cabezas, Cristhian <CCabezas@crowell.com>; Yodlowski, Shane <SYodlowski@crowell.com>
**Subject:** RE: U.S. v. Google LLC, 20-cv-03010 (D.D.C.) - Non-Party SEA Document Production (SEA-DOJ-LIT-005)

External Email

Thank you Alexis, and confirming receipt.

Following on from our conversation last week, we will review these and get back to you about addressing open questions from the production.  To that end, do you anticipate further productions in response to Plaintiffs' subpoena?  My understanding is that this is meant to be the final production (for now), but want to confirm.

Thank you again, and we will aim to be in touch shortly.

**From:** DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>
**Sent:** Thursday, June 24, 2021 11:45 AM
**To:** Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Li, Jennifer (ATR) <Jennifer.Li@usdoj.gov>
**Cc:** Arteaga, Juan <JArteaga@crowell.com>; Cabezas, Cristhian <CCabezas@crowell.com>; Yodlowski, Shane <SYodlowski@crowell.com>
**Subject:** U.S. v. Google LLC, 20-cv-03010 (D.D.C.) - Non-Party SEA Document Production (SEA-DOJ-LIT-005)

Brendan:

On behalf of Samsung Electronics America, Inc. ("SEA"), please find enclosed the cover letter for the material being produced by FTP in response to the subpoena issued to SEA in the above-captioned action.  We are providing this information to the Plaintiff States and counsel to Defendant under separate cover.  The material being produced by SEA is competitively and commercially sensitive and thus has been designated highly confidential or confidential pursuant to the so-ordered Stipulated

Protective Order.  We ask that the enclosed material be treated accordingly.

The password for the files is ███████████

Please let us know if you have any questions.

Best,
Alexis


Alexis Victoria DeBernardis
adebernardis@crowell.com
Direct 202.624.2631

**Crowell & Moring LLP** | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004