# Exhibit E

| | |
|---|---|
| **From:** | Herrmann, Karl (ATR) |
| **To:** | Arteaga, Juan; DeBernardis, Alexis Victoria |
| **Cc:** | Murdock-Park, Erin (ATR); Wright, Catharine (ATR); Spinelli, Nicholas (ATR); Feder, Morgan; Adam Miller; Ballou, Brendan (ATR) |
| **Subject:** | RE: Samsung Subpoena |
| **Date:** | Tuesday, September 14, 2021 4:37:11 PM |

Juan,

Thank you for your letter. While we disagree with some of the characterizations in your letter, we are largely in agreement on how to proceed. To be clear:

- We have reached agreement on custodians.
- We have reached agreement on search strings.
- We have reached agreement on custodial data sources for email files, and agree to meet & confer in good faith on the other custodial data sources as necessary.
- We have reached agreement on proposing a timely production schedule.
- Plaintiffs are still evaluating how to proceed regarding our request for unredacted copies of Samsung's European Commission submission.

As our top priority is production timing, we would appreciate an update from Samsung as to: (1) when Samsung expects to produce a hit report and (2) when Samsung intends to begin production of the documents captured by this agreement.

████████████████████████████████████████
████████████████████████████████████████

Best,
Karl


Karl Herrmann
Trial Attorney
U.S. Department of Justice, Antitrust Division
Technology and Digital Platforms Section
450 Fifth Street, NW
Washington, DC 20001
(202) 476-0316 (mobile)

---

**From:** Herrmann, Karl (ATR)
**Sent:** Monday, September 13, 2021 2:53 PM
**To:** Arteaga, Juan <JArteaga@crowell.com>; Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>; DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>; Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Adam Miller <Adam.Miller@doj.ca.gov>
**Subject:** RE: Samsung Subpoena

Thank you, Juan and Alexis.  We are in receipt.

---

**From:** Arteaga, Juan <JArteaga@crowell.com>
**Sent:** Monday, September 13, 2021 2:46 PM
**To:** Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>; DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>
**Cc:** Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>; Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Adam Miller <Adam.Miller@doj.ca.gov>
**Subject:** RE: Samsung Subpoena

Brendan:

Please find attached SEA's response to Plaintiffs' September 7, 2021 letter.  We have also attached a redline reflecting a few changes to the draft search strings, which are explained in our letter.  We are available to have a call if anything in our letter requires clarification or explanation.

Thanks,
Juan

---

**From:** Ballou, Brendan (ATR) <Brendan.BallouKelley@usdoj.gov>
**Sent:** Tuesday, September 7, 2021 4:47 PM
**To:** Arteaga, Juan <JArteaga@crowell.com>; DeBernardis, Alexis Victoria <ADeBernardis@crowell.com>
**Cc:** Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>; Spinelli, Nicholas (ATR) <Nicholas.Spinelli@usdoj.gov>; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Adam Miller <Adam.Miller@doj.ca.gov>
**Subject:** Samsung Subpoena

External Email

Juan, Alexis,

Please find attached the Department's response to Samsung's August 25 letter and September 3 email.  We request your response by Friday, September 10.  Thank you,

Brendan Ballou
Trial Attorney
U.S. Department of Justice, Antitrust Division
450 5th Street N.W., Suite 7100
Washington, D.C. 20530
(202) 431-8493

brendan.balloukelley@usdoj.gov