AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Microsoft Corporation                                                                                           .

Date:   10/25/2021                                                     /s/ Vincent Cohen
                                                                                    *Attorney's signature*

                                                                     Vincent Cohen (471489)
                                                                     *Printed name and bar number*
                                                                     Dechert LLP
                                                                     1900 K Street NW
                                                                     Washington, DC 20006

                                                                     *Address*

                                                                     vincent.cohen@dechert.com
                                                                     *E-mail address*

                                                                     (202) 261-3432
                                                                     *Telephone number*

                                                                     (202) 261-3086
                                                                     *FAX number*