AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Microsoft Corporation.

Date:  10/25/2021

/s/ Amisha R. Patel
*Attorney's signature*

Amisha R. Patel (1005420)
*Printed name and bar number*
Dechert LLP
1900 K Street NW
Washington, DC 20006

*Address*

amisha.patel@dechert.com
*E-mail address*

(202) 261-3374
*Telephone number*

(202) 261-3333
*FAX number*