IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )   CV No. 20-3010
       vs.                         )   Washington, D.C.
                                   )   October 28, 2021
GOOGLE LLC,                        )   3:00 p.m.
                                   )
          Defendant.               )
_____)


TRANSCRIPT OF
STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For DOJ Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov

APPEARANCES CONTINUED:

For Plaintiff
State of Colorado:            Jonathan Bruce Sallet
                              COLORADO DEPARTMENT OF LAW
                              Consumer Protection Section,
                              Antitrust Unit
                              Ralph L. Carr Colorado
                              Judicial Center
                              1300 Broadway
                              Suite 7th Floor
                              Denver, CO 80203
                              (720) 508-6000
                              Email: jon.sallet@coag.gov

                              William F. Cavanaugh, Jr.
                              PATTERSON BELKNAP
                              WEBB & TYLER LLP
                              1133 Avenue of the Americas
                              Suite 2200
                              New York, NY 10036-6710
                              (212) 335-2793
                              Email: wfcavanaugh@pbwt.com

APPEARANCES CONTINUED:

For Defendant Google:        John E. Schmidtlein
                             WILLIAMS & CONNOLLY LLP
                             725 12th St., NW
                             Washington, D.C. 20005
                             (202) 434-5000
                             Email: jschmidtlein@wc.com

                             Susan A. Creighton
                             WILSON SONSINI
                             GOODRICH & ROSATI, PC
                             1700 K Street, NW
                             5th Floor
                             Washington, D.C. 20006
                             (202) 973-8800
                             Email: screighton@wsgr.com

                             Wendy W.H. Waszmer
                             WILSON SONSINI
                             GOODRICH & ROSATI, PC
                             1301 Avenue of the Americas
                             40th Floor
                             New York, NY 10019
                             (212) 497-7702
                             Email: wwaszmer@wsgr.com

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

                      P R O C E E D I N G S

1           COURTROOM DEPUTY:  Good afternoon, Judge Mehta.

2           THE COURT:  Good afternoon.

3           COURTROOM DEPUTY:  Okay, Your Honor, we are ready.

4           This is Civil Action 20-3010, United States of

5    America, et al., versus Google LLC.

6           For the plaintiff, we have Mr. Kenneth Dintzer.

7           For the state of Colorado, we have Jonathan Sallet

8    and William Cavanaugh.

9           For the defendants, we have John Schmidtlein,

10   Susan Creighton, and Wendy Waszmer.

11          THE COURT:  Okay.

12          Good morning -- or good afternoon, I should say,

13   everybody.  I hope everybody is doing well.

14          All right.  So we have quite a bit on the agenda

15   this afternoon, so let me just preview it for everyone.

16          I want to go through just the updates in terms of

17   discovery in both cases.  Then just do a quick review of

18   where things stand with the various third-party issues from

19   the past but aren't -- sort of don't have ripe disputes for

20   today.  And then we'll turn finally to the issues that are

21   ripe for dispute, those involving Google and Yelp,

22   Department of Justice and Samsung, and then the supplemental

23   discovery issue.

24          So why don't we turn first to Mr. Dintzer, and if

1   you'll just start with an update on where things stand with

2   discovery.  I'm just looking back through my notes, I think

3   we had sort of reached the point where the first couple of

4   requests for production were through substantial completion,

5   we'd resolved the third request for production through a

6   privilege dispute.  I think the data was supposed to have

7   been turned over as of October 1, based on our last hearing,

8   and then we have a couple of additional requests for

9   productions 5 and 6, and then there was a recent one just

10  issued.

11          So why don't we start there with Mr. Dintzer and

12  then we'll go forward.

13          MR. DINTZER:  Thank you, Your Honor, and may it

14  please the Court.

15          So RFP 2, we had hit substantial completion.

16  Documents have still continued to trickle in based on the

17  original production, but we had hit that point.

18          We're continuing to negotiate documents and data

19  from 2, 4, 5, and 6.  The refresh on 2 is one of the issues

20  before the Court today which I won't address now, but we

21  are -- we have some concerns about Google's delay on

22  producing some data from those, but there's nothing ripe for

23  discussion right now, we are still at the negotiation stage.

24          On September 30th, we issued RFP No. 7.  We are

25  waiting -- Google has until November 1st to serve responses

1    or objections on No. 7, and that focuses on deposition

2    transcripts from prior depositions of the custodians and

3    agreements between Google and third parties regarding

4    antitrust cooperation.  So that's where we are with the

5    RFPs.

6              With the deposition notices, we've noticed 25

7    30(b)(1)s -- this is all the plaintiffs together and the

8    Colorado Plaintiffs.  We've noticed 25 of the 30(b)(1)

9    depositions of Google.  We've completed ten, with one taking

10   place right now.  13 are scheduled for November and

11   December.  And one we're negotiating the schedule on, so

12   that one is still in process.

13             Going forward, the November and December dates may

14   depend, to some extent, upon the resolution of our efforts

15   to get a refresh.  So, again, we will get to that, but I

16   just wanted to bookmark that.

17             We have noticed one third-party deposition;

18   that'll take place tomorrow.

19             Google cross-noticed that one third-party

20   deposition.  We have other third-party deposition notices,

21   which we plan to issue in the near term.

22             Google has not noticed any other depositions

23   except for that one cross-notice.

24             Let's see.

25             We took our 30(b)(6) deposition.  We took -- the

```
1     Colorado Plaintiffs had already taken a 30(b)(6) notice on
2     data.  We took ours on search -- the search market and the
3     search ad market.  Some of that was -- went well and some of
4     that was useful.  We have some concerns about that that I'll
5     be raising when we get to sort of the substance, unless the
6     Court would rather me raise it now, but -- so we do have
7     some issues there.
8               And we plan to issue our second 30(b)(6) notice on
9     November 1st, as we have agreed with the Court and the Court
10    has ordered.
11              THE COURT:  Okay.
12              MR. DINTZER:  So that's an update, Your Honor, on
13    where we are with discovery.
14              THE COURT:  Okay.
15              All right.  Well, that's a helpful summation of
16    where things stand.
17              Let me just turn to Mr. Schmidtlein and ask for
18    his response and reaction and anything else he'd like to
19    add.
20              MR. SCHMIDTLEIN:  Thank you, Your Honor.
21              We are also continuing to review and sort of
22    process documents that are coming in from various third
23    parties.  We have begun discussions with several of them
24    about trying to schedule depositions coming up.  You know,
25    some of the third-party productions have been delayed or
```

1  have not been completed, and that is -- you know, that has

2  impacted sort of timing for issuing notices for some of

3  these deponents.

4          But we still think now that we've got a critical

5  mass that are either getting into full compliance with

6  subpoenas or are in the very, very near future going to be

7  in full compliance and have their final document productions

8  in and we'll be in a position to begin taking depositions --

9  certainly taking depositions here before the Christmas

10 holidays.

11         THE COURT:  Okay.

12         Mr. Schmidtlein, do you have, in your mind, the

13 last and final date, if you will, by which you're expecting

14 third parties to produce documents so that you can depose

15 their witnesses before the end of the fact-discovery

16 cut-off?

17         MR. SCHMIDTLEIN:  Well, we have certainly been

18 pushing them to get into full compliance.

19         I think save for a couple that may sort of bleed

20 in, I expect them all to be done or substantially complete

21 in the month of November.

22         THE COURT:  Okay.

23         I take that as good news, I mean, if that's your

24 assessment.

25         Mr. Dintzer, how do you feel, what's your sense of

1   third-party compliance with your subpoenas?  And I know

2   we've got at least one outstanding issue with Samsung, but

3   leaving Samsung to the side for the moment.

4          MR. DINTZER:  We have some small issues with some

5   third parties that we are trying to resolve.

6          We have sort of a -- it's not -- it's not ready;

7   we're still in a negotiation stage.  We have some concerns

8   with one third party that we're hoping to move along and to

9   avoid.  But given the timeline that we're looking at, we

10  are -- we can't be as patient as we have been, and so we're

11  going to be pushing that forward and asking for the Court's

12  assistance if we can't get that in a working frame.

13         So our hope is to get all the documents -- I mean,

14  our hope has always been to get all the documents in sort of

15  by the end of October; that we were overly optimistic on our

16  ability to do that, obviously, with Samsung and with others,

17  but we hope to get them by November or early December, all

18  of them.

19         But I mean, Your Honor, that means loading them,

20  and after that, then reviewing and then scheduling the

21  depositions, figuring out who needs to be deposed and then

22  scheduling them.

23         THE COURT:  All right.

24         I mean, look, the obvious reason I ask is that,

25  you know, if the documents from third parties are still

1    trickling in in late January, February, it makes it very

2    difficult to process and review those materials before the

3    end of March, in time for -- in a meaningful way to do that

4    for a deposition by the end of March.

5         So I wanted to just flag that issue and I wanted

6    to just say that, to the extent that it is necessary for me

7    to get involved in issues with respect to third parties to

8    ensure that we stay on track and that those productions are

9    completed in a meaningful -- in a reasonable way that allows

10   the parties to take the depositions they need to take by the

11   end of March, you know, that's a high priority from my

12   perspective.

13        You know, I can -- it's a lot easier to jostle

14   parties in front of me, it's a little bit harder with third

15   parties.  So the sooner those issues get brought to my

16   attention, the better off we'll be, okay?

17        MR. DINTZER:  We'll take that guidance,

18   Your Honor, and we appreciate that.

19        THE COURT:  Okay.

20        Mr. Schmidtlein, let me turn back to you.  And if

21   there's anything you wanted to add to where things stand in

22   terms of discovery issues in the Department of Justice

23   venue.

24        MR. SCHMIDTLEIN:  I guess not at this time,

25   Your Honor.  We will obviously discuss the refresh issue

1    that has been put before you.

2              Since that time, the Department has transmitted

3    additional, more burdensome, even additional refresh

4    requests.  We are going to be meeting and conferring with

5    them shortly on those.  We got those, I think, on Tuesday

6    afternoon of this week, and so there's nothing yet to

7    discuss on that.  So I think really the refresh issue, the

8    narrow refresh issue on the one RFP is really the only one

9    we've got for you today.

10             THE COURT:  Okay.

11             All right.  Well, then let's turn to the Colorado

12   case, and we'll start with Mr. Sallet.

13             MR. CAVANAUGH:  Actually, Your Honor, it's

14   Mr. Cavanaugh.

15             THE COURT:  Oh, Mr. Cavanaugh.  It's nice to see

16   you.

17             MR. CAVANAUGH:  Thank you, Judge.

18             Google has responded to our second request for

19   production, which requested utilizing the same search terms

20   and requests that were issued early in the case on our first

21   request, but adding six custodians.

22             Well, we got their response on the 25th, probably

23   will have a meet-and-confer with them next week in order to

24   try and resolve any differences based on their objections.

25             THE COURT:  So, I'm sorry, maybe I misunderstood,

1    but are you -- the Colorado Plaintiffs have added six

2    custodians to the second request --

3           MR. CAVANAUGH:  Yes.

4           THE COURT:  -- and they're waiting on Google's

5    response?  Okay.

6           MR. CAVANAUGH:  And it is only as to those six

7    custodians, Your Honor.

8           THE COURT:  Okay.

9           MR. CAVANAUGH:  On depositions, we're

10   participating in the depositions in which the Department of

11   Justice is taking the lead.  We've separately taken two

12   Google depositions so far, we've noticed three additional

13   ones for November and December, and anticipate we'll be

14   issuing additional deposition notices in early November.

15          On the issue --

16          THE COURT:  Okay.

17          And what about the 30(b)(6) data deposition?

18   If memory serves, that was supposed to have happened a

19   couple weeks ago?

20          MR. CAVANAUGH:  Yes, it happened, Your Honor.

21          There was some follow-up requests that we had

22   coming out of that data deposition; Google responded to that

23   on October 21st.  I think at this point we believe we have

24   enough in order to put out our full-fledged data request

25   next week.

1           THE COURT:  Okay.  Good.

2           All right.  I interrupted you; you were going to

3    move on to another topic.

4           MR. CAVANAUGH:  No.  I actually was going to the

5    data issue, Your Honor.

6           THE COURT:  Okay.

7           MR. CAVANAUGH:  I don't think there's anything

8    further for us.

9           THE COURT:  Okay.

10          Mr. Schmidtlein.

11          MR. SCHMIDTLEIN:  Nothing further from us,

12   Your Honor.

13          As I said, I think we're going to meet and confer

14   further over these additional custodians.

15          Obviously, we negotiated over a fairly long and

16   arduous time period at what we thought was the entire scope

17   of RFP 2.  And so I will not say that we were happy to

18   receive a request for six additional custodians, but we will

19   have further conversations with our colleagues, with the

20   Colorado Plaintiffs.  And then if there are any issues that

21   need to be resolved by you, we will obviously bring those to

22   your attention expeditiously.

23          And I concur with Mr. Cavanaugh that the parties

24   were able to, I think, resolve and address the issues

25   presented by the 30(b)(6) in a complete and wholesome

 1   fashion.

 2               THE COURT:  Okay.  Good.

 3               So let's then just -- if I can just get a quick

 4   update on the relevant third-party disputes that have come

 5   up in the past and we've resolved and presumably are working

 6   their way through the process:

 7               The DOJ-Apple dispute, just by my notes, I think,

 8   substantial completion, you had a deadline of

 9   September 30th, which was just a couple of days after our

10   last joint -- excuse me, our last status conference.

11               And so, Mr. Dintzer, where do we stand with that?

12               MR. DINTZER:  So first, Your Honor, we haven't

13   received Apple's privilege log yet, and we have some

14   concerns about the -- about gaps.  So the first thing we

15   need to do is see the privilege log to see what the

16   privilege is and see if any of it needs to be challenged or

17   addressed.

18               The second thing is that we may -- I expect, in

19   the same way that we have discussed a refresh of the

20   documents with Google, we anticipate needing one from Apple,

21   and so that's something that's being discussed now; that

22   there's not an impasse, but just -- we don't see the Apple

23   production as being completed until we get a refresh.  So in

24   that sense -- but they did produce -- they did finish

25   producing what they said they were going to produce, we

1    just, as we're looking at it, we're not in a position to

2    say, okay, we got everything that we expected to get.

3                THE COURT:  Okay.

4                All right.  Well, you'll let me know if anything

5    requires my attention.

6                All right.

7                MR. SUNSHINE:  Your Honor?

8                THE COURT:  Yes.

9                MR. SUNSHINE:  I'm sorry, Your Honor.

10   Steve Sunshine for Apple --

11               THE COURT:  Yes, of course, Mr. Sunshine.

12               MR. SUNSHINE:  -- if I may heard shortly.

13               We did comply with Your Honor's order about

14   substantial compliance by September 30th, and I think, as

15   Mr. Dintzer's aware, we're producing a priv. log this week

16   and obviously happy to engage.

17               I have to say, we at Apple were pretty shocked,

18   less than ten days after completing -- complying with your

19   order about substantial compliance with all of the document

20   requests by September 30th, ten days we got a request for a

21   full refresh of all of our documents.

22               In discussions with DOJ, they admitted to us they

23   had not reviewed or certainly fully reviewed the documents

24   we already gave them, and there was no showing of any kind

25   of particularized need or -- going forward, and this just

1   seems like an endless delay here.

2          We had no idea there was going to be a refresh.

3   We worked very hard during August and September to comply,

4   and, you know, DOJ's request, frankly, just seemed

5   inconsistent with the schedule that Your Honor has set for

6   this case.

7          THE COURT:  Well, I don't want to get out over my

8   skis here on an issue that may not become ripe for

9   consideration, but I will -- let's just say, Mr. Sunshine,

10  I'm not surprised by the reaction, and I think I understand

11  it.  And if it comes to be that I've got to get involved,

12  you'll let me know.  I know the schedule I put Apple on was

13  aggressive and you all met it and I appreciate that.  And if

14  there are additional demands that I need to address, then

15  I'll do that when the time is appropriate, okay?

16         MR. SUNSHINE:  Thank you, Your Honor.

17         THE COURT:  All right.  Let's turn to the issue,

18  that production with respect to Microsoft.

19         I was just looking at my notes.  And I know we had

20  a 60-percent completion date as of October 11th, but I don't

21  know that I saw anywhere in my notes at least a substantial

22  completion of data.

23         So Mr. Schmidtlein and if counsel for Microsoft

24  are on, I think I saw counsel for Microsoft on earlier,

25  where do we stand on that production?

```
1            MS. SIMONS:  Good afternoon, Your Honor.
2   Caroline Simons behalf of Microsoft.
3            And I want to introduce my co-counsel as well, who
4   just made an appearance in the case, Vince Cohen and
5   Amisha Patel, from Dechert.
6            THE COURT:  Welcome.
7            MS. SIMONS:  So just to update you, Your Honor, we
8   have met substantial completion, which was as of October
9   20th.  And Microsoft has produced over 1.2 million
10  documents.  And these are our non-privileged documents.  And
11  we're currently conducting a privilege review of the
12  documents that hit our privilege screens.
13           We're also in active discussions with counsel for
14  Google with regard to, go and get documents, as well as with
15  respect to data, so we're productively working on that front
16  right now.
17           THE COURT:  Okay.  Terrific.  I appreciate that
18  update, Ms. Simons.
19           Mr. Schmidtlein, your thoughts on where things
20  stand with Microsoft?
21           MR. SCHMIDTLEIN:  Yes, Your Honor.
22           I mean, I can confirm that we have received, in
23  the last week or so, some additional significant productions
24  by Microsoft.
25           And we're obviously still loading and getting our
```

1    arms around what was produced there, but we are hopefully --

2    we're, hopefully, well up the curve that they are going to

3    be substantially complete.

4           We expect, you know, to be talking with them about

5    when we'd get a privilege log.  Obviously, there are --

6    oftentimes, documents get produced subsequently when they

7    drop off privilege logs or after that review process is

8    complete.

9           And we do have ongoing data discussions with them

10   that are going to have to get wrapped up here relatively

11   soon, but the parties are still, I think, engaged in that

12   process.

13          THE COURT:  Okay.

14          And then let's move then on to the production with

15   Yelp, and Google's subpoena to Yelp.  We have the

16   outstanding issue concerning the one custodian, but where do

17   we stand in terms of production by Yelp?

18          MS. KENNEY:  Good afternoon, Your Honor.  This is

19   Ellen Kenney for Yelp, Inc.

20          We have completed our productions, or I'll say as

21   of today, we will have completed our productions of all of

22   the agreed-upon search terms for both the prior custodians

23   and the new custodians.

24          We sent our proposed search terms for the new

25   custodians to Google a month ago, and asked them, you know,

```
 1    if they have any additional terms, to let us know.  We never

 2    received additional terms from Google, so we just went ahead

 3    and reviewed what we had proposed.  That production will be

 4    complete today, Your Honor.

 5              THE COURT:  Okay.

 6              MS. WASZMER:  And, Your Honor, this is

 7    Wendy Waszmer on behalf of Google, thank you, I don't want

 8    to interrupt.

 9              I think Ms. Kenney has said that she believes that

10    productions are complete.  We emailed earlier this morning

11    with regard to that.  I think the total volume for those

12    productions, as of prior to today, was 10,000.  I believe

13    Ms. Kenney had said that Yelp is going to produce another

14    3- to 4,000 today, and that would be their set for the first

15    two sets of custodians.  We don't have disputes today for

16    the Court with regard to those productions; however, the

17    parties do need to meet and confer with regard to those

18    productions once we've received them all.

19              I do not anticipate today that we have a

20    search-term dispute, we just have to discuss which search

21    terms were run with regard to the second set, and we will do

22    that offline and meet and confer.

23              So I do not have disputes today with regard to the

24    set.  We do have some questions about that overall volume,

25    but I can address that with Ms. Kenney after today.
```

1          THE COURT:  Perfect.

2          All right.  Well, look, I'm pleased to hear that

3   things are continuing and seem to be on course with these

4   various third parties, and certainly document productions

5   seem on course for completion in sufficient time for

6   documents to be previewed for depositions.

7          Okay.  Let's then move on from our updates to the

8   disputed issues.  And the order which I'd like to take them,

9   we have a DOJ-Samsung issue and then the Google-Yelp issue

10  and then the supplementary discovery issue between the U.S.

11  and Google.

12         So let's start with the Samsung-DOJ issue.  And

13  I think where I'd like to begin is with Mr. Arteaga.

14  I think I saw you earlier, Mr. Arteaga, on the screen.

15         MR. ARTEAGA:  Yes, Your Honor.

16         This is Juan Arteaga on behalf of Samsung

17  Electronics, Inc.

18         THE COURT:  How are you?

19         So here's the question that occurred to me as

20  I was reading the papers here.  You know, Samsung has said,

21  look, you know, we have run these search strings across the

22  agreed-upon custodians, I think there are seven, and then

23  there may be an eighth, and that you've returned

24  approximately 1.2 million documents.  Is that -- that's sort

25  of where -- am I right about that?

1          MR. ARTEAGA:  No, Your Honor.

2          There's nine agreed-upon custodians that the

3     plaintiffs have requested.  And for those nine agreed-upon

4     custodians, the plaintiffs' search terms captured

5     approximately 1.5 million documents.

6          THE COURT:  Okay.

7          Here's my question:  The number 1.5 million, as

8     I understand it, includes families, right?  In other words,

9     that's the big number.  That's the number that includes an

10    email, and if an email has three or four attachments, that

11    all goes into the 1.5 million number.

12         Am I understanding that correctly?

13         MR. ARTEAGA:  Yes, Your Honor.

14         THE COURT:  Okay.

15         So, you know, just hypothetically -- again, I may

16    be misplacing the most current numbers, but I'm looking, for

17    example, at the email that was exchanged back on

18    September 21st, you all had indicated about 1.1 million

19    documents with families, but in terms of actual document --

20    or what you call documents with hits, it was in the 250,000

21    range, and I'm sure that number's bigger now that the total

22    family universe is 1.5-.

23         I guess I'm a little bit out of -- trying to get

24    my head around why I ought to be concerned about the

25    1.5 number, when it seems to me that the real number is the

1    300,000 number, give or take.

2           And here's why I say that.  I mean, if somebody is

3    reviewing an email, if the email itself is responsive, that

4    person doesn't then need to review the attachments.  Sort of

5    conversely, if the email is not responsive, the odds are

6    pretty good that the attachments are not responsive either.

7           And so it's not as if when you have 1.5 million

8    documents in terms of a family, based on total actual

9    documents including attachments, that your reviewers are

10   going to have to actually look at every single one of those

11   1.5 million documents.

12          In fact, clearly, the vast majority of what you've

13   hit on -- I shouldn't say "clearly."  A large percentage of

14   what's been hit on here are emails, because the family

15   number is far greater than the document hit number, almost

16   by a magnitude of 3 or 4.

17          And so I'm a little bit -- little unsure as to why

18   Samsung's position is that this 1.5 million total is really

19   the number that ought to be driving the conversation, rather

20   than the lesser number of 300,000.

21          MR. ARTEAGA:  Well, Your Honor, if a document --

22   if an email on its face is responsive, you still need to

23   review the attachments to confirm that the attachments are,

24   in fact, responsive or confirm whether they're privileged or

25   not.  You still need to do a confident --

1          THE COURT:  Let me interrupt you, because, I mean,

2    is that right?

3          I mean, let's leave prejudice aside for a moment,

4    but at least in terms of responsiveness, I guess I don't

5    understand that.

6          I mean, my -- I thought that, for example, if an

7    email was responsive, then the attachments, by definition,

8    are responsive; in other words, we're not going to remove a

9    non-responsive attachment to a responsive email; rather,

10   that that is a record that gets produced in its entirety,

11   even if a particular attachment is non-responsive.

12         MR. ARTEAGA:  Yeah, Your Honor.

13         But we still would need to look at the attachments

14   to make confidentiality determinations; we still need to do

15   the privilege determinations as well.  So we just can't, you

16   know, look at the email and then never again look at the

17   attachments to determine those issues as well.

18         And so, you know, I don't think DOJ has taken any

19   dispute with the 1.5 million number, which includes the

20   family.  That's how they typically count -- come up with

21   document counts in matters where we've handled the DOJ over

22   the years, and so I don't think that they've taken the

23   position that the real number is 300,000 documents, instead

24   of the 1.5 that includes families.

25         THE COURT:  I mean, because, look, my concern is

1    obviously with volume and timing and then layering on

2    Technology Assisted Review, as you've suggested.

3        I guess I'm just -- I'm a little uncertain, and

4    perhaps the word is "not convinced," that the real number

5    here really isn't the 300,000 number.  If that's the number

6    that I ought to really be focused on whether Technology

7    Assisted Review -- it's still a big number, don't get me

8    wrong, it's still a large number -- but whether the

9    Technology Assisted Review that you've requested over that

10   universe of records is really optimal and whether there are

11   going to be concerns that using Technology Assisted Review

12   over that universe of documents may not be effective in

13   identifying everything that's responsive.

14        MR. ARTEAGA:  Well, again, Your Honor, we still

15   have to review the attachments for privilege, for

16   confidentiality.

17        So you just can't simply just look at an email and

18   say, this is responsive, so everything else gets produced,

19   without someone having to put eyes on it to make those types

20   of determinations.

21        And, again, DOJ has not taken issue with the

22   1.5 million number.  I think that's how they typically have

23   documents for purposes of both their investigations, as well

24   as litigation.  And so, you know, if they are taking issue

25   with that number, I'd be interested in hearing it, because

 1   they haven't, during the extensive conversations we've had

 2   and in our past dealings with DOJ, they've never taken the

 3   position that families don't count as documents for purposes

 4   of coming up with these estimates.

 5            THE COURT:  Mr. Dintzer, your thoughts on my

 6   observations?

 7            MR. DINTZER:  A couple thoughts, Your Honor.

 8            First, with respect to Mr. Arteaga's claim that we

 9   don't take issue, we do take issue with the 1.5 million

10   number, because that includes Google's documents, as well as

11   ours.  And so they are attributing number -- I mean, they

12   can agree with -- to do with Google however Google wants

13   them to, whether to apply TAR or whatever schedule they

14   want, as long as we get them when Google gets them.  So

15   we believe ours is under 1.2 million, just as a starting

16   point.  I believe Mr. Arteaga is misspeaking there.

17            The second thing is that, I mean, whether you look

18   at the 300,000, Your Honor, or you look at the 1.2 million,

19   these are fewer than Apple had.  Apple -- the number that --

20   and Samsung makes a misstatement in their brief, they say

21   that this was before Apple applied search strings.  That's

22   not accurate.  The number that Apple dealt with, which

23   I think was 1.4 million, was -- it was after search strings.

24            And so --

25            THE COURT:  But it was a -- I think they make the

1    point that that was a pre-de-duplication number, the 1.2- or

2    1.4- number that Apple had, right?

3              MR. DINTZER:  There was some de-duplication after

4    that, right.

5              THE COURT:  Yeah.

6              I mean, I suspect that number dropped quite a bit.

7              MR. DINTZER:  But they were -- it was in the range

8    of this, Your Honor.

9              And our take is that we've negotiated, we reduced

10   our set to -- if they had given us the -- I mean, this has

11   to be looked at in context.  We asked for the hit reports in

12   July.  They trickled them out and refused to give them to us

13   until October 14th was when we got the final set of hit

14   reports.  And then they looked at those hit reports and

15   said, oh, these are too high, we need to apply TAR.

16             And so this has been a shell game for us, trying

17   to get these documents out.  We believe this is completely

18   reasonable, given Samsung's size and import as Google's --

19   I mean, it's the largest Android maker in the world, it's

20   Google's partner, it makes a significant amount of money

21   from Google, rev share agreements, and I'd be happy to give

22   the Court more specificity when we can do that in a

23   nonpublic setting.  And so they're in a similar position as

24   Apple, and the Court has also ordered Microsoft to produce a

25   significant volume.

1        So we don't believe that this 1.2 million document

2   volume is significant.  The reality is that --

3        THE COURT:  Two questions; one is, what is the

4   concern -- and I don't know that it's been articulated other

5   than generally -- say the number is 1.2-, of using

6   Technology Assisted Review over that amount?

7        I mean, I know you've taken a position that you

8   would not have agreed to search terms or you would have

9   modified your search terms if you understood Samsung was

10  going to seek to use Technology Assisted Review.

11       But help me understand, because what I'm not

12  understanding -- and this is maybe just a gap in the

13  understanding -- gap in understanding in my own knowledge,

14  which is why you're concerned that the Technology Assisted

15  Review is going to potentially result in the exclusion of

16  responsive material over that large of a universe of

17  potentially responsive documents?

18       MR. DINTZER:  Sure, Your Honor.

19       So neither search strings, plus custodians, or TAR

20  are perfect, and, you know, we know that going in, we're

21  going to miss some important documents.

22       What happens, though, if you layer them on top of

23  each other is, first, we miss the important documents

24  because we've done search -- we've negotiated search strings

25  and custodians, so we've gone from 3 million to 1.2 million.

1   And then you put TAR on top of it and now we are going to

2   get a second layer of missed important documents because

3   this technology will miss the documents as well.

4        If we had known from the beginning that it was

5   going to be TAR, we would say, look, you take all 3 million

6   and you push all of them through TAR and then we don't get a

7   doubling up of this, okay, you know -- of the error set or

8   the problematic set that are being left behind.

9        On top of that, we invested three months in this

10  approach.  So if this was something that they were serious

11  about, they could have given this to us three months ago and

12  we could have negotiated it and considered it.  So there's

13  both the time element and the fact that we believe that

14  there will be stuff left on the table.

15       Contrary to what Samsung has said, we do not

16  insist that they go through and hand review all of these,

17  they could give us the 1.2 million.  And we've negotiated

18  agreements like this in the past with -- and we would agree

19  to a clawback whereby either over time or as we identify

20  documents, that they say, that would be privileged, they can

21  claw them back, they don't have to do a mechanical review of

22  any of the documents.

23       So when they say we insist on a manual review,

24  that's just not true, they don't have to do it.  If they

25  want to do it, they can, but we'd be happy to take the

 1    1.2 million and agree to clawback, where, over time if they

 2    see that there are privileged documents, they can pull those

 3    out, and we'd be -- they'd avoid the manual review and we'd

 4    get the documents sooner.

 5            So I mean, we feel like this has been a shell game

 6    with them.  I mean, we've --

 7            THE COURT:  Well, let's avoid --

 8            MR. ARTEAGA:  Your Honor, could I -- I'm sorry,

 9    I didn't mean to interrupt Your Honor.

10            THE COURT:  Hang on for a second, Mr. Arteaga.

11            Let's avoid characterizing any of this.  I take

12    everybody to be playing and operating here in good faith.

13    I haven't even made my observations about the early months

14    of the year that the government seems to -- this is my

15    word -- have squandered by figuring out, you know, issues

16    with the custodians involving the parent company.  But, you

17    know, we are where we are and the history is what the

18    history is.  All I'm concerned about is trying to get these

19    documents produced in the most efficient way.

20            Mr. Arteaga, you were going to say something?

21            MR. ARTEAGA:  Yes, Your Honor.

22            I just wanted to respond to a couple of the points

23    that Mr. Dintzer has made.

24            First of all, the total number of documents that

25    were hit on by search terms was 400 -- 440,000 documents,

1    not 300,000.  I think the number -- the email you were

2    looking at, Your Honor, did not include the data for the

3    last couple of custodians which plaintiffs did not select

4    until early September.

5           Going back to the point, Mr. Dintzer's point that

6    the true number is really 1.2 million, rather than 1.5,

7    because he claims that our numbers are including documents

8    captured by Google's search terms, plaintiff, we've told

9    this to plaintiffs, I'm surprised he's making that argument

10   today, because we've told them that the unique documents

11   captured by Google's search strings was only about 60- to

12   80,000 documents.  So when we de-duped for the documents,

13   Google's search terms only added about 60,000 to 80,000

14   documents.  So his assertion that the true number goes down

15   from 1.5- to 1.2- is simply not accurate.

16          He accuses us of mischaracterizing what happened

17   with Apple.  Your Honor correctly pointed out that the Apple

18   figures were pre-de-duplication.  We based our arguments on

19   what was in the transcript, in particular, the arguments

20   that Mr. Dintzer made.  And so if he misspoke during those

21   hearings, that's on him and not on us.  We were basing it on

22   representations that he made to Your Honor.

23          Regarding the hit reports, Your Honor, in their

24   briefs, they've repeatedly accused us of essentially not

25   giving them hit reports when they would be most useful, and

```
1   waiting until after the custodian negotiations have been
2   done.  What -- they have met very critical and material
3   facts.  So when they asked us in the midst of custodian- and
4   search-term negotiations for --
5           THE COURT:  Mr. Arteaga, I'm going to interrupt
6   you just because, as I said, I'm less interested in trying
7   to figure out, you know, whose hands bear more blood here.
8   I really would like to figure out a way forward.  So, you
9   know, we are where we are now, it's late October, a new
10  document produced by an important third party that has a
11  potentially substantial amount of documents that are key to
12  the case potentially.
13          Here's the question I have:  As between a
14  Technology Assisted Review of 3 million documents versus a
15  manual review of 1.5, give me the relative merits of that in
16  terms of -- merits isn't the right word, but the relative
17  burden of that in terms of cost and time.
18          Do you have a sense of those two metrics with
19  respect to those two methods?
20          MR. ARTEAGA:  So I just want to make sure
21  I understand your question clearly.
22          So you're asking the comparison between TAR across
23  the 3 million that were collected for the nine custodians
24  versus a manual review of the 1.5 captured by their search
25  terms?
```

1          THE COURT:  Correct.

2          MR. ARTEAGA:  Yes.

3          So, I mean, as we indicated in our brief,

4    Your Honor, if we were to do the manual review of the

5    1.5 million, you know, that would require SEA to incur

6    approximately 1.4 million more in contract attorney and

7    vendor costs alone than under the proposal that we've put

8    forth, which is TAR and search terms.

9          In terms of applying TAR across the 3 million that

10   were collected versus the 1.5- that were captured by the

11   plaintiffs' search terms, you know, that would require our

12   clients to incur approximately about 350,000 more in vendor

13   costs and contract attorney costs alone.  And we think that

14   would be just a wasteful exercise, because, by definition,

15   that material is presumptively or highly likely to be

16   irrelevant because it wasn't captured by the extremely broad

17   search terms that plaintiffs insisted on.

18          And so the cost --

19          THE COURT:  And which of the two could you get

20   through more quickly?

21          MR. ARTEAGA:  I mean, I think we -- out of the

22   two, it would be TAR against the 3 million that were

23   collected for the non-custodians, Your Honor.

24          But, again, we think doing TAR against the 1.5

25   that weren't captured by the search, very broad search

1   terms, we think would subject us to unnecessary significant

2   costs, because, by definition, that material is highly

3   unlikely to be responsive.

4            THE COURT:  Well, look, I don't want to

5   minimize $350,000.  You know, by most standards, that's a

6   lot of money.  But Samsung is a multi-billion-dollar

7   corporation.  And, you know, $350,000, while, again, I don't

8   mean to diminish the significance of that, is added cost but

9   not so burdensome that we're not talking about a mom-and-pop

10  shop on Main Street.

11           MR. ARTEAGA:  Yeah.

12           THE COURT:  All right.

13           Here's where I am, and I think this is what I'd

14  like to do.  I'm going to ask you all to talk amongst

15  yourselves and get back to me by Monday.

16           If you all can agree to a Technology Assisted

17  Review protocol over the 1.5 million documents by then, then

18  perhaps that's the direction we can go in.

19           It's not clear to me that that's possible, but

20  based at least upon what I've read in the emails, it doesn't

21  sound like there's been a lot of serious discussion about

22  what the parameters of a Technology Assisted Review would be

23  over that 1.5 million documents.

24           The alternative, I suppose, could be a

25  modification of the search terms that might increase the

1   potential number of responsive documents, so that maybe

2   we're not talking about 1.5 million, we're talking about

3   2 million that might -- or some larger number that's less

4   than 3- that would cause the government greater comfort or

5   give the government greater comfort that there's not -- you

6   know, that important documents are not being dropped out

7   through these processes.

8          Look, what I'm most interested in is getting to

9   the result that's going to get the records out in the most

10  efficient manner as possible.  And a $1.4 million cost is a

11  significant one or it's not insubstantial, 350,000, as I

12  said, is not chump change; on the other hand, you know, a

13  Technology Assisted Review over 3 million documents may end

14  up being more accurate than -- and more efficient than a

15  review over 1.5-, it's done manually.  It's just hard to,

16  I suppose, kind of make that assessment, independent of

17  knowing the likelihood of important documents getting

18  dropped out.

19         So that's kind of what my thinking is.  I'm happy

20  to hear your reactions and then --

21         MR. DINTZER:  If we could be heard, Your Honor.

22         THE COURT:  Sure.

23         MR. DINTZER:  So we hear the Court and we

24  understand that you want to give Samsung the option.

25         I mean, if -- as long as we get the -- we would

1  like the documents by November 15th.

2          THE COURT:  Well, I mean, Mr. Dintzer, I think

3  that's unrealistic under any scenario.  I mean, November 15

4  is two weeks away.

5          MR. DINTZER:  Then I mean, that -- And I'm trying

6  not to lay blame because I know the Court wants to look

7  going forward, but we believe that there needs to be a

8  certain amount of fire lit under Samsung to make sure that

9  they produce it as quickly as possible.

10          If they're going to go forward with TAR, then we

11  would ask the Court to make it on the 3-million set.  To

12  save time in the negotiation, the Court is going to give

13  them the choice of TAR, that it should -- they'd already

14  said it's $350,000, that that's the delta.  We believe that

15  if they're going to have that choice, it should be on the

16  3 million document set.  We could then get that worked out

17  as quickly as possible and the Court could give them a

18  date -- a deadline to produce the documents.

19          We have every interest in not creating an open

20  door for more negotiation and more delay.  So that's what we

21  would ask from the Court.

22          THE COURT:  Okay.

23          Mr. Arteaga, I'll give you the last word and then

24  we'll figure out a way forward.

25          MR. ARTEAGA:  Sure, Your Honor.

1          Your Honor, we share in Your Honor's goal of

2     trying to wrap this up and complete -- substantially

3     complete our production as quickly as possible.  We've been

4     trying to do that for the last several months with

5     plaintiffs.

6          You know, one thing we'll note is, the TAR

7     protocol that we provided plaintiffs three weeks ago is one

8     that they've approved numerous times in the past, so we

9     don't think there should be a lot of negotiations regarding

10    the terms of the protocol, because, as we've told plaintiffs

11    and as they know, it's one that they've repeatedly approved

12    over the years.

13         If plaintiffs want to insist that TAR be run

14    across the 3 million just to streamline things, we're not

15    necessarily opposed to that, but we would ask that

16    plaintiffs -- that the cost of that additional and but we

17    think is unnecessary exercise, the cost of that should be

18    shifted to plaintiffs.

19         As we mentioned in our brief, the Court -- the

20    D.C. Circuit's been clear that cost shifting is mandatory

21    under Rule 45 when a third party is subjected to significant

22    expense when responding to a subpoena, and $350,000,

23    Your Honor, as you said, is not chump change.  So if the

24    plaintiffs want to insist on that, we would ask that the

25    cost be shifted to plaintiffs.

1          THE COURT:  Okay.

2          All right.  Let's do this.  I'm going to --

3   instead of -- just to ensure that things are continuing to

4   move forward, why don't we convene, that is, the parties and

5   Samsung, and it's up to Google whether they need to be

6   involved in this -- are you all available on Monday

7   afternoon at 2:00 p.m.?

8          MR. DINTZER:  Yes, Your Honor.

9          THE COURT:  Mr. Arteaga, are you available then?

10          MR. ARTEAGA:  We're available as well, Your Honor.

11          THE COURT:  Okay.

12          So we'll reconvene on this issue Monday at 2:00;

13   we'll see where the parties are.  And if there's no final

14   resolution, I'll go ahead and just put -- I'll order what

15   I think is the appropriate way forward, okay?

16          All right.

17          MR. DINTZER:  Thank you, Your Honor.

18          THE COURT:  Let's turn then to the Google dispute

19   with Yelp over the custodian and whether Yelp -- just to set

20   the stage, Yelp has objected to -- let me just make sure

21   I understand:  Yelp is objecting to any searches of records

22   with respect to this custodian, Mr. Lowe; is that right?

23   It's not request-specific.  Am I correct in that?

24          MS. WASZMER:  That's correct, Your Honor.

25          It's any searches.

 1            THE COURT:  Okay.

 2            MS. KENNEY:  Your Honor, this is Ellen Kenney for

 3    Yelp.  May I make a clarification?

 4            THE COURT:  Yeah.

 5            The reason I ask is, I was just thrown off a

 6    little bit by, I think it was in Yelp's brief, there was a

 7    reference to a couple of requests, requests 12 and 13,

 8    and -- in any event, that's why I led off with that

 9    question.

10            MS. KENNEY:  Yes.

11            The dispute is about whether Yelp will be required

12    to go gather Mr. Lowe's custodial documents.  So his emails

13    essentially.

14            Obviously we've produced emails between Mr. Lowe

15    and others at the company, from other custodians that have

16    been collected.  So we're not wholesale refusing to produce

17    his documents, just we have a dispute with respect to

18    collecting his emails.

19            THE COURT:  Right.

20            No -- fair enough.

21            No, that I understood, I understood from

22    Ms. Waszmer's brief that the number of emails that actually

23    Mr. Lowe appears on is not very many.

24            MS. KENNEY:  Well, there will be additional -- we

25    are producing, Your Honor, additional documents today, and

1    so that number has increased to several hundred.

2           And I also believe that her number is not entirely

3    accurate.  But I believe there's substantially more emails

4    with Mr. Lowe that will ultimately be produced than what

5    have been produced at the time of the briefing.

6           THE COURT:  Okay.

7           MS. WASZMER:  Your Honor, I think your point is an

8    important one to clarify:

9           The parties did cite the particular requests that

10   we had discussed substantively, you know, a dispute about

11   third parties.  But really what Google's ask is, is Yelp and

12   Google have agreed to search terms, those search terms cross

13   all of the requests.

14          THE COURT:  Right.

15          MS. WASZMER:  And so really we're just asking, can

16   we run the search terms, and if we need to take

17   attorney-client privilege material out, like any custodian,

18   let's just do that.

19          So it's not like specific search terms with third

20   parties, it's really just the ones we've agreed to and can

21   you run those, please.

22          THE COURT:  So here's my next question, and that's

23   actually to Mr. Dintzer or to Mr. Cavanaugh, and that is:

24   Have you all made a decision at this point whether you

25   intend to either depose Mr. Lowe or call him as a trial

```
1    witness?
2              MR. DINTZER:  At this point, we do not have him on
3    our initial disclosures, it is -- at least I don't believe
4    so.  But either way, we have not sent out a notice for him,
5    and I do not anticipate setting out a notice, a deposition
6    notice for him.
7              THE COURT:  Okay.
8              Mr. Cavanaugh, what about you, since I gather Yelp
9    was, perhaps, a little bit more central to the theory of
10   your complaint?
11             MR. CAVANAUGH:  At this point, we do not
12   anticipate deposing him, Your Honor.
13             THE COURT:  Okay.
14             What about calling him as a trial witness?
15             MR. CAVANAUGH:  No, I don't believe -- that
16   determination has not been made, and I don't believe -- we
17   do not intend to call him as a trial witness at this point.
18             THE COURT:  Okay.
19             MS. WASZMER:  Your Honor, may I be heard on that
20   issue?
21             THE COURT:  Sure.
22             MS. WASZMER:  Your Honor, I think this was a
23   dialogue that we had with Yelp counsel, where we had
24   indicated in the first instance that that was a possibility
25   at any point.
```

1          I think Google's point here, though, is also the

2     information asymmetry for the person who has the public

3     statements or has the basic argument about how Yelp's been

4     harmed.  We really need the opportunity to vet that.  So

5     even if the government decides down the road they will not

6     call him, we think it's important, to the extent that most

7     of the external documents, that we get the ability --

8          THE COURT:  Fair enough.  I understand that.

9          The reason I asked that question is because if the

10    answer was, yes, the DOJ or the Colorado Plaintiffs are

11    going to call Mr. Lowe, that puts my mind in a different

12    framework than the answer I'm receiving right now, which is,

13    no -- not likely, if not no.

14         So let me ask the following, Ms. Waszmer, which

15    is -- or let me make the observation and then I'll ask the

16    following, which is that, look, I do have concerns that,

17    given Mr. Lowe's position and given the breadth of some of

18    these requests, that we are not only going to pull in

19    privileged material, but also, arguably, First Amendment and

20    protected material.

21         I mean, just looking at request 13, for example,

22    which asks:  All documents related to actual, potential, or

23    contemplated participation in industry, organizations, or

24    coalitions related to search or search advertising.

25         I mean, that's a fairly broad request, and,

1    arguably, would pull in something like a communication

2    between Mr. Lowe and another industry player about joining

3    an industry organization or communications with an industry

4    organization.  I mean, that really is sort of getting close

5    to the core of First Amendment protected information.

6    There's also the representation that's been made about that

7    he is primarily in communication with counsel.  So the odds

8    are that we're going to have some percentage of records that

9    come back either privileged or First Amendment.

10         I think the question I have is, given that and the

11   likely burden that that's going to place on Yelp to identify

12   potentially privileged material and I want to avoid any

13   fights about privileged material, whether the information

14   you're seeking, which is really a question of how is Yelp

15   affected by Google's practice, what is Yelp saying about

16   that, whether that can't be obtained from another source,

17   and Yelp seems to at least offered up a few other folks.

18         And so I think the question is, why aren't they --

19   why isn't that alternative -- why aren't alternative sources

20   sufficient to obtain the information that you're really

21   trying to get at, which is how is Yelp affected by Google's

22   alleged practices?

23         MS. WASZMER:  Your Honor, I'm happy to answer

24   that.

25         And I think the issue is, let me first address --

1   and I will make sure to not get into sealed attachments, but

2   the people that they have identified as the substitutes for

3   Mr. Lowe are -- include two business-school professors who

4   are not Yelp employees.  They include people whose emails we

5   looked through to see whether they overlapped with him

6   and/or had the overarching, basically, competition argument

7   or factual allegations that we have to defend in this case.

8          The emails we received to date had none of that

9   information, and would basically force Google not only,

10  without any of his communications, to explore seven people

11  and potentially to have seven people deposed to say, okay,

12  Mr. Lowe said this to the government during the

13  investigation about Yelp's harm, Mr. Lowe said this to the

14  public about Yelp's harm, now, Witness A, can you tell us

15  what that meant?  That seems wholly inefficient to us.

16         If Yelp had given us hit counts, if we'd had some

17  proof that --

18         THE COURT:  Yeah.

19         The bottom line is, you want to -- you view

20  Mr. Lowe as a third-party 30(b)(6) witness in a sense.

21  I mean, that's kind of how you're looking at him, as

22  somebody who's a repository, in a way, of knowledge, and

23  whether that's firsthand knowledge is a possibility.

24         MS. WASZMER:  Your Honor, I think he could have

25  firsthand knowledge, too, based on the statements we've

44

1   seen, and we think that's a discoverable issue.

2          We understand that they've put in a declaration.

3   We think that's disputed based on the information we've

4   seen.

5          THE COURT:  Yeah.

6          I also was not -- I mean, look, I'll just tell

7   you, I wasn't -- the fact that he may not have --

8   everybody's knowledge comes from somewhere.  So the fact

9   that, you know, his knowledge -- the fact that he may not

10  have firsthand knowledge of a lot of this, at least purports

11  not to have it, really didn't sway me.

12         MS. WASZMER:  Your Honor, I just have one more

13  point about the third parties, to go back to the broad

14  request.

15         To be clear, Google's search terms aren't, please

16  give us this third-party coalition, this advocacy.  We had

17  asked Yelp whether there's any list that could be run.

18  We're not interested in the names of those parties.  Can we

19  run lists of names that you actually think could scan out

20  that -- and we're willing to do that.  It's really just that

21  we don't think all of his emails are priveledged in some

22  way.  And we're willing to negotiate that, it's just that

23  the answer was, there's no filter that will work, and we

24  think that that can't be accurate, because they're a public

25  power --

1          THE COURT:  Have we at least tried to figure out

2   what the universe would look like if we ran -- we collected

3   Mr. Lowe's documents, ran the search terms, you know, how

4   many hits we're talking about?  Do we have an answer to

5   that, Ms. Kenney?

6          MS. KENNEY:  Yes.

7          And, Your Honor, may I first respond to a few

8   points that Ms. Waszmer made that I don't think are

9   accurate?

10          THE COURT:  Just answer -- if you'd answer my

11   question and then you can go back and respond.

12          MS. KENNEY:  Sure.

13          So the answer is:  We don't know, because the

14   parties have actually not agreed on any search terms with

15   respect to Mr. Lowe.  And the -- but I expect -- and we've

16   not -- you know, Ms. Waszmer believes that we've reached

17   agreement on search terms.  We have as to some custodians

18   but not as to others.

19          So we don't know exactly what set of search terms

20   would ultimately be run on Mr. Lowe's documents, so we,

21   therefore, can't come back with a number of documents that

22   would hit on those to-be-agreed-upon search terms, but I

23   expect, Your Honor, that it would be in the hundreds of

24   thousands of documents potentially, depending on the scope

25   of search terms that they request that we run.

1          And I would also like to note --

2          THE COURT:  You know, that number cuts both ways,

3    right?  I mean, on the one hand, it's a burden; on the other

4    hand, it suggests that maybe he actually does have a fair

5    number of responsive records.

6          MS. KENNEY:  Well, Your Honor, we believe that the

7    search terms that Google has proposed are extremely

8    overbroad, and that Mr. Lowe would, at a minimum, require a

9    narrower set of search terms.

10         But it's really not the -- ultimately, the

11   searches -- search terms that the hits return.  It's, as

12   Your Honor noted, the burden to review and then determine

13   the privilege that would apply to the communications that

14   may potentially be responsive.

15         THE COURT:  I guess I don't know -- how am I

16   supposed to weigh that against your alternative proposal,

17   which is that, you know, we'll identify documents for five

18   other people and have those folks subject to potentially

19   five depositions, whereas, you know, we could do all of that

20   in one fell swoop with Mr. Lowe.

21         I mean, it's not clear to me that the alternative

22   provides a better option in terms of burden on Yelp.

23         MS. KENNEY:  Well, Your Honor, I very much doubt

24   that once they depose Mr. Lowe and he -- and he states that

25   he doesn't have underlying knowledge of the communications

1   with the plaintiffs, for instance, that they wouldn't then

2   seek to also depose the six additional individuals that

3   we've identified.

4           Additionally, we have not -- we are producing

5   today the bulk of the information for those six additional

6   custodians.  So plaintiffs -- excuse me, Google has not yet

7   even reviewed the information that we initially proposed to

8   replace Mr. Lowe.  So, you know -- and then they're also

9   requesting additional search terms for those other

10  custodians.

11          So I think that adding Mr. Lowe would not -- it

12  would simply compound the burden, right?  So they -- we'd

13  initially envisioned those six custodians as a replacement

14  for Mr. Lowe.  When we offered them, Google said, we'll take

15  those six and we'll also take Mr. Lowe.

16          So this is not a question of, if they get

17  Mr. Lowe, they're not going to depose others or seek to

18  depose others or seek to additionally request broad

19  discovery with respect to the underlying information and the

20  factual -- and the factual information that underlies those

21  communications with plaintiffs.

22          I think the key point here is, as Your Honor

23  noted, the requests are so broad.  They're not limited to

24  communications with plaintiffs and the information

25  underlying those communications.  They seek all of the

 1   communications that Mr. Lowe had with third parties,

 2   including confidential communications, about Google's

 3   misconduct here.

 4          And, Your Honor, the First Amendment privilege

 5   concern, the concern with respect to potential retaliation,

 6   is not theoretical.  We've heard reports that Google has --

 7          THE COURT:  Yeah.

 8          I mean, look, I am not as -- let me put it

 9   differently, which is that I actually do have real concerns

10   about the First Amendment implications of this and who he

11   is.

12          On the other hand, you know, it's hard to simply

13   say that somebody who has essentially -- these are my

14   words -- been the face of Yelp in its efforts to have

15   regulators look at Google's conduct, isn't somebody who

16   ought not to have knowledge that's relevant to the case,

17   right?

18          I mean, almost by definition, he's got knowledge,

19   it's relevant, and it's hard to say that, based upon the

20   fact that some of that knowledge comes from other sources,

21   that that somehow diminishes the relevancy of what he has to

22   say, especially if anything he has said and presented to the

23   Colorado Plaintiffs or the government is the basis for the

24   complaint.

25          MS. WASZMER:  Your Honor, may I just -- a very

1    brief final comment.

2           Your Honor, I think there's a way forward here.

3    We are not interested in associational material.

4           What I would offer Your Honor is that there is a

5    way for us to negotiate search terms.  The reason we haven't

6    is that we understand Yelp's position was we just won't

7    produce.

8           I believe there's a way forward.  We are not

9    seeking high volumes.  I think, as we discussed before, the

10   total volume that Yelp will produce in response to all the

11   subpoenas here is going to be about 14,000 documents.

12          So regardless of the breadth at the issuance,

13   Google has been very reasonable in negotiating the volume.

14   The volume Yelp has produced so far is not gigantic.  And

15   we're not seeking to have volumes of documents, but really

16   just trying to get the chance to see what the probative

17   information is.

18          THE COURT:  Yeah.

19          MS. WASZMER:  So if you ask us, the way forward is

20   that we negotiate -- they collect the documents, we

21   negotiate.  We understand we try to avoid particular

22   coalitions or trade industry names that cause sensitivity.

23   Those are highly confidential or they can be avoided.

24   That's just not what we're looking for.

25          As you can tell, and I think the Court

1    understands, we would just like to move this along because

2    this is an important party and we just don't want to be tied

3    up.  We'd like to see those documents and make some

4    decisions about depositions, and we're really just looking

5    to test the facts.  Thank you.

6         MS. KENNEY:  Your Honor, may I respond?

7         THE COURT:  Yes, but hang on one second.

8         Ms. Waszmer, I don't remember the total number

9    you've now received from Yelp, but -- or recently received

10   or are about to receive, but how long do you think it would

11   take you to get through that material or, at a minimum, look

12   for relevant records that have -- that are connected to

13   Mr. Lowe; in other words, let's figure out how many large

14   documents there are in the recent production and what that

15   means for Mr. Lowe.

16        MS. WASZMER:  So the total we had received prior

17   to -- I know Ms. Kenney's team is going to send us a

18   production today -- the total we've received that include

19   government hits, our hits, is 10,000, about 10,000.

20        We've run his name, his last name, his email

21   address those through views.  We have 74 hits based on the

22   metadata we can see.

23        We understand Ms. Kenney today is going to produce

24   the lion's share of the second tranche of custodians, which

25   are the folks that they thought were the comps or the

1   substitute for him.  That will be 3,000 to 4,000.

2          We will see immediately what the hit counts are

3   for him.  But I'd say, Your Honor, bigger picture, there's

4   not a volume.  What we'd ask is, basically, that we -- that

5   they collect Mr. Lowe and we engage in a discussion, and if

6   there's a lot of stuff that can be excluded, we'll do that.

7   But we're just not trying to get volume here, we're trying

8   to get probative information.

9          MS. KENNEY:  Your Honor, I would say, though, the

10  six additional custodians were simply additional people that

11  we believed had information that could be relevant to the

12  specific presentations that Ms. Waszmer identified in a

13  letter.

14          So the four to five original custodians that we

15  identified for whom we already produced thousands of

16  documents, those are the documents also that would provide

17  information that Google is seeking with respect to the

18  underlying allegations.  So, you know, it's not just this

19  new production.

20          I would also note, like I said, we've had -- we've

21  been sitting here for a month waiting for Google's

22  additional search terms for the new custodians.  They've not

23  provided any.  We would certainly be happy to run additional

24  search terms on the six replacement custodians and any

25  search terms that they think would be adequate to pull back

1   the information that they're seeking with respect to the

2   underlying allegations.  I think that's a way forward to

3   avoid the serious First Amendment concerns here and the, you

4   know, extensive privilege review that would be required for

5   a review of Mr. Lowe's documents.

6           I also want to note that although Ms. Waszmer has

7   stated that she can somehow exclude associational documents

8   through search terms, I just don't think we can craft search

9   terms that are going to be so finely tuned that those

10  documents aren't going to be pulled in.

11          THE COURT:  Look, I agree.  I mean, I think that's

12  hard to do with search terms.

13          Look, here's what I think we're going to have to

14  do, because I'm not sure I'm in a position just yet to rule

15  here.

16          As I said, I'm sensitive to both positions; one is

17  that, you know, look, clearly Mr. Lowe is somebody who has

18  relevant knowledge.  I mean, just based on his description

19  of his position and the number of statements he's made

20  publicly and otherwise, including to regulators, about the

21  impact of Google's alleged conduct on Yelp, clearly makes

22  him somebody with relevant information, I think, by

23  definition, he is.

24          On the other hand, his position is likely to pull

25  in -- as a result of his position, it's likely to pull in

1    communications that are privileged and have serious

2    First Amendment -- that have First Amendment protections

3    associated with them.  So, you know, it's a tough -- I think

4    it's a tough issue.

5             But I don't think that we're quite there yet in

6    trying to get it resolved.  So I think what I'm going to

7    order you all to do is to go back to the drawing board with

8    Mr. Lowe, see what you can come up with in terms of search

9    terms.

10            And I would urge Google, as part of this, to agree

11   that there be a way to exclude from the final hit count

12   documents that are clearly with outside counsel, for

13   example.

14            You know -- and I understand that it may be

15   difficult, through the use of search terms, to exclude

16   privileged material, but you could then do another layer of

17   review in which you then exclude communications with

18   extensions of outside counsel or with, you know, consultants

19   that are covered by the privilege or with known

20   organizations that Mr. Lowe frequently communicates with, he

21   knows the answer.

22            MS. WASZMER:  Your Honor, there's no issue with

23   that, and we have offered to do that.

24            THE COURT:  Hang on.

25            Then let's see where we end up in terms of

1    numbers.

2           And I think the question for you all is how

3    quickly you think you can get to a point where you feel like

4    you've had enough time to work through those issues and see

5    if we can bridge the divide or still are at an impasse.

6    Is a week enough time?

7           MS. KENNEY:  Your Honor, we would still need to

8    collect and process Mr. Lowe's data.

9           But I still do have serious concerns that we will

10   ever be able to agree upon a set of search terms that

11   prevents us from having to do an extensive privilege review.

12   And, you know, we would welcome a further opportunity to

13   discuss that with Your Honor should it become necessary.

14          Also, in our brief we noted that with respect to

15   the privilege log, you know, Google's requesting a privilege

16   log with -- in connection with any production by Mr. Lowe.

17   Instead of a document-by-document privilege log, we believe

18   that a categorical privilege log would be appropriate,

19   should we get there.

20          So, you know, again, we don't think we -- I think

21   there are, in and of itself, First Amendment concerns with

22   having to identify, for instance, the recipients of

23   communications between Mr. Lowe that are First Amendment

24   protected.

25          So I think should we get there, and I don't think

1   we necessarily need to, we believe that we need to find ways

2   to reduce the burden of the privilege review beyond search

3   terms.

4          THE COURT:  Yeah.

5          Look, I think that is just a different way of

6   trying to get to the point I was trying to make earlier,

7   which is that -- and Ms. Waszmer seemed to agree -- that

8   Google is amenable to thinking that issue through, which is,

9   what really should matter here at the end of the day is

10  trying to get to a universe -- whittling this down to a

11  universe of documents that are not privileged and not

12  protected by the First Amendment.

13         That is easy enough to say and probably is harder

14  to do in practice, but, you know, whether Google is going to

15  insist on a privilege log that's document by document may

16  seem unnecessary.  I think you all can try and work that

17  out.  And if there's still no dispute, resolution, then I'll

18  have to just make a decision, okay?

19         MS. WASZMER:  Your Honor, thank you for that

20  guidance.

21         With regard to the week, I think, to Ms. Kenney's

22  point, that it will matter -- we need to have collection of

23  the records to be able to actually discuss search term kind

24  of hits or kind of the approach.  So we'd just ask that that

25  occur and that we be able to meet and confer within the

1  week.

2         I would just say on the record, we thought we had

3  an agreement on search terms, and I will talk with

4  Ms. Kenney.  This is the first I've heard that we don't have

5  an agreement about search terms.

6         THE COURT:  Okay.

7         MS. WASZMER:  So we thought we did.

8         But I think the collection of Mr. Lowe's documents

9  will be important for us to have those dialogues; that we

10  just ask that that be done, and then of course we'll be

11  available immediately to work through the way forward and

12  try to reach an understanding.

13         THE COURT:  Okay.

14         Why don't we do this.  Why don't you all just

15  get -- just file something with me next Thursday, just

16  letting know where you are and projecting a date by which --

17  and just making a suggestion in terms of next steps.

18         And whether that needs to be a hearing on this

19  issue, just let me know, but I think, you know, a week from

20  now, you ought to be in a better position to let me know

21  where things stand in terms of your discussions and next

22  steps, okay?

23         MS. WASZMER:  Thank you, Your Honor.

24         MS. KENNEY:  Thank you, Your Honor.

25         THE COURT:  All right.

1          Let's turn to the last issue involving the

2    Department of Justice and Google and the request to refresh

3    documents in response to, I think it's RFP 25 -- I'm sorry,

4    it's RFP 2, document request 25.

5          Mr. Dintzer, why don't you go ahead.  I just need

6    to put my hands on the paperwork.

7          MR. DINTZER:  Sure.

8          This one's narrow, as Mr. Schmidtlein has said.

9    So this one -- I mean, for better or worse, I think we can

10   do it relatively quickly.

11         And Google acknowledges that they have to

12   supplement the production so we can capture the documents

13   that were created in the last ten months since they first

14   did put their arms around the document set that they used

15   for the production.  So we're not arguing about that.

16         We've agreed with them that they're going to use

17   the existing search strings and the existing custodians, so

18   we're not negotiating any new -- anything with respect to

19   this supplementation.  We're just going to apply the search

20   strings to the documents that were recreated by these

21   custodians since they were gathered approximately 10 months

22   ago.

23         So what we're looking for in this is executed

24   agreements and the related negotiation with respect to those

25   agreements.  That's what generally is being sought in these

1   search strings.

2           We wanted all the executed agreements by

3   October 29th.  We believe that this should be relatively

4   easy.  Since Google knows that we are interested in these,

5   we believe that at least with the executed agreements, they

6   had a duty to supplement it and these should be relatively

7   easy for them to put their hands on.

8           THE COURT:  Hang on.

9           But these are executed agreements that Google has

10  entered in the last ten months?

11          MR. DINTZER:  Not all of them, but the ones that

12  are relevant to this case with respect to the RF -- that are

13  revenue-share agreements and the AFA's and the like.

14          And to Google's credit, last night, they provided

15  a subset of them, but they have not completed that.  So

16  we've already made -- I mean, this process has made some

17  progress, in that before we filed our motion, they were not

18  committing to anything, we got a set of them last night.

19          We would like to have a complete set of these by

20  October 29th so that we have them in hand as we go forward

21  with our depositions.  These are -- these should be

22  relatively easy because they keep -- we understand and

23  believe that they keep them in a centralized place.

24          We issued our supplement -- our request for

25  supplementation September 30th, so we're four weeks in.

1          THE COURT:  Well, let me just interrupt you.

2          Let me just ask for Mr. Schmidtlein and might as

3     well just go down the list here:

4          What's your position and by when do you think, if

5     you're in agreement, you can produce any additional

6     agreements that are being sought?

7          MR. SCHMIDTLEIN:  Your Honor, Mr. Dintzer is sort

8     of incorrect in his belief on a couple of things here.

9          One, there is not a single repository for all

10    these agreements.  If you look in footnote 4 of the joint

11    submission we made on page 9, it quotes RFP 25, and it lists

12    a rather long and lengthy list of different types of

13    agreements that apply across all sort of different types of

14    third parties, everything from auto manufacturers to

15    handheld-device manufacturers to computer manufacturers, you

16    name it.

17         Unfortunately, this case is about a relatively --

18    should be about a relatively small number of those, but that

19    is not the scope of this request.  And they're asking for

20    agreements that span all over the world, not just --

21         THE COURT:  What is Google Automotive Services?

22    Does Google have, like, a set of garages across the world

23    that we don't know about?

24         MR. SCHMIDTLEIN:  No, Your Honor.

25         THE COURT:  A moment of levity.  Sorry.

1        Go ahead.

2        MR. SCHMIDTLEIN:  No, not to my knowledge.

3        But this has to do with the distribution of

4   Android, for example, in your car.

5        THE COURT:  I see.

6        MR. SCHMIDTLEIN:  Just as you might have an Apple

7   CarPlay, there's sort of a Google set of services that you

8   can get in your car as well.

9        THE COURT:  Makes sense.  Okay.

10        MR. SCHMIDTLEIN:  So there are many, many

11   different types of agreements.

12        And we are working quickly and we have produced,

13   without getting into the names, we have produced most of the

14   key major ones to the plaintiffs.  But there are lots of

15   potentially smaller amendments or ongoing commercial

16   dealings with various different parties all over the world

17   that I can't say confidently I can produce them by tomorrow.

18        I've got my people searching all over to gather

19   these as quickly as they can, and we certainly think we're

20   going to be able to produce all or nearly all of those by

21   the middle of November.  But this is literally not a, I've

22   got them in one central place and I push a button and I find

23   and locate all of them and just produce them.

24        THE COURT:  Okay.

25        Mr. Dintzer, why don't you go ahead and continue

1    and then we'll try --

2              MR. DINTZER:  With respect to those, Your Honor,

3    Google -- I mean, Google has had this RFP and these search

4    strings for months, and so -- I mean, our reading of Rule 26

5    is that they should -- I mean, as these agreements are

6    created, they should provide them.

7              I mean -- so the fact that they haven't gathered

8    them, that they're saying, well, now we have to go out and

9    gather them in response to your request, they really should

10   have already been produced, but if not, they should have

11   made some effort, in the last four weeks, to get their hands

12   on all of them.  So we would ask --

13             THE COURT:  Well, you know, we can have an

14   academic debate about the scope of parties' obligation to

15   supplement discovery.  I'm not sure now is the time to do

16   that.  But let's just put it this way:  I don't think the

17   drafters of Rule 26 contemplated a general rule of

18   supplementation in a case of this magnitude would run from

19   the day the suit is filed until we get through trial.

20   So I think we have to be reasonable about how we review all

21   of this.

22             MR. DINTZER:  Understood.

23             THE COURT:  And right now, Google is not saying

24   they're not producing, it's just a question of what

25   timetable.

1          MR. DINTZER:  The second one is with respect to --

2     so we have depositions that are obviously moving forward,

3     and we've asked them to refresh the documents that would be

4     responsive for these specific custodians on a rolling basis

5     so that we have all of the documents before their

6     depositions are scheduled.  And so Google's had this

7     request, I believe, since October 8th.  I mean, they had our

8     whole request on September 30th, but, so...

9          THE COURT:  Let me just ask Mr. Schmidtlein:

10    Are you resisting -- objecting to document refresh with

11    respect to deponents in advance of their deposition?

12         MR. SCHMIDTLEIN:  We are -- well, we have somebody

13    who's being deposed next week, and the agreement was reached

14    after a meet-and-confer with the parties, where on

15    October 12th is when the plaintiffs told us, here is what we

16    expect to be able -- for you to comply, which is numerous

17    complex search strings applied against 60 document

18    custodians.  So that's October the 12th is when we scoped

19    that.

20         The deponent who is coming up on November 4th,

21    I mean, we have pulled his documents and data, as we've

22    started pulling for others, and we are working as quickly as

23    we can.  But it takes time to both pull, run all the

24    complicated search strings, transfer that data to a

25    document-review platform, review all those documents, and

1    then get them loaded.

2          So the idea that on September 30th, they sent us

3    this little love letter saying, please refresh under Rule 26

4    for 60 custodians over ten months and we'd like them within

5    30 days is preposterous, and we are not going to be in a

6    position to complete that by November 4th.

7          We are working to try to get these out somewhere

8    between -- we're going to begin rolling them out, we hope --

9    we're going to be getting eyes-on review, I'm hoping, next

10   week, and we are going to begin producing these on a rolling

11   basis in the middle of November, and we're aiming to be done

12   by the middle of December.

13         I don't even have all the hit counts yet, but

14   based on the hit counts I've gotten to date for a number of

15   the custodians, I mean, we're already in the tens of

16   thousands of documents that are going to have to be

17   reviewed, and I've got a very large team waiting to commence

18   that review, and that's going to start next week.

19         MR. DINTZER:  So, Your Honor, I mean, to be clear,

20   we gave our request on the 8th.  It was memorialized on the

21   12th, but we gave our request on the 8th.

22         But separate from that, I mean, what we heard from

23   Mr. Schmidtlein right now is what we heard when we talked to

24   him, which is nothing.  I mean, there's no guarantee that

25   we're going to get any of these before we depose any of the

1    people.

2            And what we've asked is -- I mean, I understand

3    that there's -- that there is a lift here.  I wouldn't call

4    it a heavy lift, but there's a lift.  But if these things

5    weren't -- if they prioritized along the lines of the

6    depositions --

7            I mean, as I told the Court, we've got 10, 12,

8    I don't have the number in front of me, but no more than

9    15 depositions scheduled, that they prioritize them so that

10   we could get the documents.

11           We've done everything that we can do keep

12   everything moving forward, Your Honor, and that's -- you

13   know, and that includes scheduling the depositions.  And the

14   thing that would be most helpful is to have the most recent

15   documents from these individuals, with enough time to at

16   least go through them and make sure that we're as fresh on

17   the information as can be.

18           So what we'd asked for is a commitment from the --

19           THE COURT:  I guess if I can just --

20           MR. SCHMIDTLEIN:  We have prioritized them,

21   Your Honor.  We have prioritized them.

22           THE COURT:  Okay.

23           I'm not surprised, and that's what I was going to

24   ask.

25           But, look, I think this is all resolvable in the

1    sense that Mr. Schmidtlein is working on getting the

2    executed agreements.  It sounds like they are probably going

3    to be produced in advance of those depositions.  He's

4    indicated that they have prioritized refreshes on deponents

5    and will endeavor in good faith to get those refreshes to

6    DOJ in advance of those depositions.  And then he's

7    identified a schedule for remaining custodians of

8    mid-November and mid-December.

9            So I think all of that actually is fair and

10   reasonable.  If we find ourselves in a situation where

11   Google doesn't get the refreshed documents to the Department

12   before a deposition is scheduled, you know, we'll just have

13   to take that up.  And if it turns out that whatever gets

14   supplemented requires additional questioning, then that may

15   be a reason to have a second deposition of limited time.

16           So Google has got some incentive here to make sure

17   all of the documents are provided before a deposition, to

18   avoid having that happen to their employees, and I suspect

19   that Mr. Schmidtlein understands that better than any of us.

20           So I think with that, that ought to sort of take

21   care of the parameters of what the parties are -- what's at

22   issue.

23           Am I missing anything?

24           MR. DINTZER:  No.

25           I mean, we'd like to get an end date sometime

1   before mid-December, Your Honor, but we can't have

2   everything.

3             If we could get a commitment from Google to

4   complete it, say, by December 8th, so that we -- because --

5   I mean, to the extent that they end up with mid-December, we

6   have to load them and then we're asking our people to review

7   documents over the holidays just so that we can have them

8   available for depositions.  So we'd ask for them to be

9   completed by December 8th.

10            THE COURT:  Mr. Schmidtlein, is that something

11   that is a reasonable ask from your perspective?  I mean,

12   it's a difference of a week, it sounds like.

13            MR. SCHMIDTLEIN:  Honestly, Your Honor, I don't

14   know, because I don't even have the full hit counts of the

15   witnesses.  We are going to produce them as quickly as we

16   can.

17            I just want to say for the record, the notion that

18   the Department waited until September 30th, when they knew

19   we were going to be in the throes of deposition this fall,

20   they knew this, they knew our end date for production was

21   end of August, and the first they raise of a refresh is

22   September 30th.  This is on them, not on us.

23            THE COURT:  So that leads to my next question, and

24   this is the last issue I want to raise, because we've been

25   at this for about 90 minutes.

1    And I guess the question is going to be for

2  Mr. Dintzer.  Again, I don't want to get into an academic

3  discussion about the duty of supplementation in a case like

4  this, but, you know, are we going to hear from DOJ that

5  there needs to be a refresh for January through March or

6  from mid December or early December through the end of fact

7  discovery?  I mean, at what point is the Department of the

8  view that Google's obligations to supplement have run their

9  course?

10    I mean, I agree with you that this is an unusual

11  case in the sense that their allegations are that the

12  conduct that's at issue is ongoing, and so that makes this a

13  little bit different than a case in which the only focus is

14  on a retrospect evaluation of past conduct, but, you know,

15  I don't think -- well, let me just -- what's your

16  expectation on that front, Mr. Dintzer?

17    MR. DINTZER:  Your Honor, I mean, first, the --

18  it's not only that Google's conduct is ongoing, which it is,

19  but it's evolving.

20    And so for us to fairly have the freshest ability

21  to consider -- I don't want to get into specifics, but we

22  understand that they are -- I mean, they're creating more of

23  these with some of their primary partners and that we need

24  to be able to see what they're doing.

25    THE COURT:  But at some point -- I mean, the

1    expectation can't be that Google is going to continue to go

2    get documents up through trial.  I mean, at some point --

3              MR. DINTZER:  Well --

4              THE COURT:  -- we've got to turn the spigot off,

5    and the question is when, in your mind, is that going to be.

6              MR. DINTZER:  Your Honor, after -- I mean, it is

7    my expectation that after -- I mean, we are focused on fact

8    discovery.  I can't make a commitment that we're not going

9    to seek something, because I don't know what the world is

10   going to look like a year and a half from now.  So I mean,

11   I just can't.  But in the world of fact discovery, which

12   closes on March 22nd, our hope is that we have the freshest

13   material to use and ask about in the depositions, depending

14   on how much the world moves between now and the time of

15   trial.

16             What we don't want, Your Honor, and what we can't

17   have is Google to come in at trial and say, everything that

18   the government says, you know, they can't keep up, the

19   world's moved on, okay?  Because this is the type of thing

20   we hear from tech companies:  The world's moved on.  It's

21   like, whoa, whoa, whoa.  If the world's moved on, we need

22   those documents.

23             So there's a two-sided part of this.  We need to

24   make sure that we're not going to face a, the world's moved

25   on.

```
 1            THE COURT:  Yeah, I understand the world's --
 2    I guess this is the last I'll say, which is that, the
 3    world's moved on, I'm not sure how much that's relevant to
 4    the core issues here which have to do with Google's
 5    agreements of creating privacy of its product with some of
 6    its partners.  I mean, that's not changing.  You know,
 7    that's not -- that's unlikely to change as this litigation
 8    is ongoing.
 9            MR. DINTZER:  Then our focus, Your Honor, is on
10    the end of fact discovery.
11            I mean, if --
12            THE COURT:  All right.
13            Well, I guess what I would -- let's put it this
14    way:  I have some sympathy for Mr. Schmidtlein's position
15    that if the government is looking for refreshes, that it
16    gets sufficient notice and not simply say, look, we'd like a
17    refresh and have everything in 30 days.  I do think the
18    production of these records and the volume of these types of
19    productions are -- it's complicated and burdensome and
20    time-consuming.
21            So if the expectation is that the Department of
22    Justice is going to continue to ask for refreshes moving
23    forward into March, I think you ought to let him know that
24    sooner rather than later, okay?
25            MR. DINTZER:  Fair enough, Your Honor.
```

1          THE COURT:  All right.

2          With that, is there anything else we ought to take

3    up this afternoon?

4          I think our next date is November 30th, post

5    Thanksgiving.

6          MR. DINTZER:  Your Honor, we'd like a briefing

7    schedule on an issue that we don't need -- we're not ready

8    to address today.

9          As I mentioned earlier, we took the 30(b)(6) of

10   Google, and we believe that the witnesses, one witness was

11   not prepared to address the topics for which he was

12   assigned.  We asked Google to -- I mean, not only was he

13   unable to answer some of the questions, but he gave

14   factually inaccurate testimony to some.

15         We raised this with Google; they said that they

16   wanted to give us a sworn statement instead.  We asked for

17   it before this status conference so we could then bring the

18   issue to a head.  They said, we're not going to get it until

19   tomorrow, so we are -- we fear may be inadequate, we're

20   skeptical.  That may address things, but if it doesn't, what

21   we would like --

22         THE COURT:  Why don't you do this.  Get the

23   affidavit and then just send me something next week --

24         MR. DINTZER:  Okay.

25         THE COURT:  -- by Tuesday.

1           MR. DINTZER:  That's fine.

2           THE COURT:  If you want a briefing schedule, then

3    let me know if you want a briefing schedule, okay?

4           MR. DINTZER:  We appreciate that, Your Honor.

5           THE COURT:  All right.

6           Thank you, all, be well, take care, and we'll see

7    you soon.  Thanks, everyone.

8           (Proceedings concluded at 4:34 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.

        Please note:  This hearing occurred during
the COVID-19 pandemic and is therefore subject to the
technological limitations of court reporting remotely.


Date:__October 29, 2021_____   /S/__William P. Zaremba_____

                        William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [2]** 4/2 4/4
**MR. ARTEAGA: [14]** 20/15 21/1 21/13 22/21 23/12 24/14 29/8 29/21 31/20 32/2 32/21 33/11 35/25 37/10
**MR. CAVANAUGH: [10]** 11/13 11/17 12/3 12/6 12/9 12/20 13/4 13/7 40/11 40/15
**MR. DINTZER: [31]** 5/13 7/12 9/4 10/17 14/12 25/7 26/3 26/7 27/18 34/21 34/23 35/5 37/8 37/17 40/2 57/7 58/11 61/2 61/22 62/1 63/19 65/24 67/17 68/3 68/6 69/9 69/25 70/6 70/24 71/1 71/4
**MR. SCHMIDTLEIN: [13]** 7/20 8/17 10/24 13/11 17/21 59/7 59/24 60/2 60/6 60/10 62/12 64/20 66/13
**MR. SUNSHINE: [4]** 15/7 15/9 15/12 16/16
**MS. KENNEY: [12]** 18/18 38/2 38/10 38/24 45/6 45/12 46/6 46/23 50/6 51/9 54/7 56/24
**MS. SIMONS: [2]** 17/1 17/7
**MS. WASZMER: [16]** 19/6 37/24 39/7 39/15 40/19 40/22 42/23 43/24 44/12 48/25 49/19 50/16 53/22 55/19 56/7 56/23
**THE COURT: [100]**

**$**
**$1.4 [1]** 34/10
**$1.4 million [1]** 34/10
**$350,000 [4]** 33/5 33/7 35/14 36/22

**/**
**/S [1]** 72/10

**0**
**0340 [1]** 1/15

**1**
**1.1 million [1]** 21/18
**1.2 [3]** 26/1 27/5 30/15
**1.2 million [9]** 17/9 20/24 25/15 25/18 27/1 27/25 28/17 29/1 30/6
**1.4 [1]** 26/2
**1.4 million [2]** 25/23 32/6
**1.5 [9]** 21/22 23/24 30/6 30/15 31/15 31/24 32/10 32/24 34/15
**1.5 million [13]** 21/5 21/7 21/11 22/7 22/11

**1.4 [1]** 34/10
**1.5 number [1]** 21/25
**10 [2]** 57/21 64/7
**10,000 [3]** 19/12 50/19 50/19
**10019 [1]** 3/12
**10036-6710 [1]** 2/11
**1100 [1]** 1/14
**1133 [1]** 2/10
**11th [1]** 16/20
**12 [2]** 38/7 64/7
**12th [4]** 3/3 62/15 62/18 63/21
**13 [3]** 6/10 38/7 41/21
**1300 [1]** 2/5
**1301 [1]** 3/11
**14,000 [1]** 49/11
**14th [1]** 26/13
**15 [1]** 35/3
**15 depositions [1]** 64/9
**15th [1]** 35/1
**1700 [1]** 3/7
**19 [1]** 72/6
**1st [2]** 5/25 7/9

**2**
**2 million [1]** 34/3
**20-3010 [2]** 1/4 4/5
**20001 [1]** 3/17
**20005 [1]** 3/3
**20006 [1]** 3/8
**202 [4]** 1/15 3/4 3/8 3/18
**2021 [2]** 1/5 72/10
**20th [1]** 17/9
**212 [2]** 2/11 3/13
**21st [2]** 12/23 21/18
**2200 [1]** 3/4
**22nd [1]** 68/12
**25 [5]** 6/6 6/8 57/3 57/4 59/11
**250,000 [1]** 21/20
**25th [1]** 11/22
**26 [3]** 61/4 61/17 63/3
**2793 [1]** 2/7
**28 [1]** 1/5
**29 [1]** 72/10
**29th [2]** 58/3 58/20
**2:00 [2]** 37/7 37/12

**3**
**3 million [1]** 35/16
**3,000 [1]** 51/1
**3- to [1]** 19/14
**3-million [1]** 35/11
**30 [11]** 6/7 6/8 6/25 7/1 7/8 12/17 13/25 43/20 63/5 69/17 70/9
**300,000 [6]** 22/1 22/20 23/23 24/5 25/18 30/1
**3010 [2]** 1/4 4/5
**307-0340 [1]** 1/15
**30th [10]** 5/24 14/9 15/14 15/20 58/25 62/8 63/2 66/18 66/22 70/4
**3249 [1]** 3/18

**32/5 33/17 33/23 34/2**

**335-2793 [1]** 2/11
**350,000 [2]** 32/12 34/11
**354-3249 [1]** 3/18
**3:00 [1]** 1/6

**4**
**4,000 [2]** 19/14 51/1
**400 [1]** 29/25
**40th [1]** 3/12
**434-5000 [1]** 3/4
**440,000 [1]** 29/25
**45 [1]** 36/21
**497-7702 [1]** 3/13
**4:34 [1]** 71/8
**4th [2]** 62/20 63/6

**5**
**5000 [1]** 3/4
**508-6000 [1]** 2/7
**5th [1]** 3/7

**6**
**60 [3]** 30/11 62/17 63/4
**60,000 [1]** 30/13
**60-percent [1]** 16/20
**6000 [1]** 2/7
**6710 [1]** 2/11

**7**
**720 [1]** 2/7
**725 [1]** 3/3
**74 [1]** 50/21
**7702 [1]** 3/13
**7th [1]** 2/6

**8**
**80,000 [2]** 30/12 30/13
**80203 [1]** 2/6
**8800 [1]** 3/8
**8th [5]** 62/7 63/20 63/21 66/4 66/9

**9**
**90 [1]** 66/25
**973-8800 [1]** 3/8

**A**
**ability [3]** 9/16 41/7 67/20
**able [7]** 13/24 54/10 55/23 55/25 60/20 62/16 67/24
**about [53]** 5/21 7/4 7/24 12/17 14/14 14/14 15/13 15/19 18/4 19/24 20/25 21/18 21/24 28/11 29/13 29/18 30/11 30/13 32/12 33/9 33/21 34/2 34/2 38/11 39/10 40/8 40/14 41/3 42/2 42/6 42/13 42/15 43/13 43/14 44/13 45/4 48/2 48/10 49/11 50/4 50/10 50/19 52/20 56/5 57/15 59/17 59/18 59/23 61/14 61/20 66/25 67/3 68/13

**above [1] Page 73 of 8**
**above-titled [1]** 72/4
**academic [2]** 61/14 67/2
**accurate [6]** 25/22 30/15 34/14 39/3 44/24 45/9
**accused [1]** 30/24
**accuses [1]** 30/16
**acknowledges [1]** 57/11
**across [6]** 20/21 31/22 32/9 36/14 59/13 59/22
**Action [1]** 4/5
**active [1]** 17/13
**actual [3]** 21/19 22/8 41/22
**actually [11]** 11/13 13/4 22/10 38/22 39/23 44/19 45/14 46/4 48/9 55/23 65/9
**ad [1]** 7/3
**add [2]** 7/19 10/21
**added [2]** 12/1 30/13 33/8
**adding [2]** 11/21 47/11
**additional [23]** 5/8 11/3 11/3 12/12 12/14 13/14 13/18 16/14 17/23 19/1 19/2 36/16 38/24 38/25 47/2 47/5 47/9 51/10 51/10 51/22 51/23 59/5 65/14
**additionally [2]** 47/4 47/18
**address [9]** 5/20 13/24 16/14 19/25 42/25 50/21 70/8 70/11 70/20
**addressed [1]** 14/17
**adequate [1]** 51/25
**admitted [1]** 15/22
**advance [3]** 62/11 65/3 65/6
**advertising [1]** 41/24
**advocacy [1]** 44/16
**AFA's [1]** 58/13
**affected [2]** 42/15 42/21
**affidavit [1]** 70/23
**after [11]** 9/20 14/9 15/18 18/7 19/25 25/23 26/3 31/1 62/14 68/6 68/7
**afternoon [9]** 4/2 4/3 4/13 4/16 11/6 17/1 18/18 37/7 70/3
**again [9]** 6/15 21/15 23/16 24/14 24/21 32/24 33/7 54/20 67/2
**against [4]** 32/22 32/24 46/16 62/17
**agenda [1]** 4/15
**aggressive [1]** 16/13
**ago [5]** 12/19 18/25 28/11 36/7 57/22
**agree [9]** 25/12 28/18 29/1 33/16 52/11 53/10 54/10 55/7 67/10

**agreed [11]** 7/9 18/22 20/22 21/2 21/3 27/8 39/12 39/20 45/14 45/22 57/16
**agreed-upon [4]** 18/22 20/22 21/2 21/3
**agreement [5]** 45/17 56/3 56/5 59/5 62/13
**agreements [17]** 6/3 26/21 28/18 57/24 57/25 58/2 58/5 58/9 58/13 59/6 59/10 59/13 59/20 60/11 61/5 65/2 69/5
**ahead [5]** 19/2 37/14 57/5 60/1 60/25
**aided [1]** 3/19
**aiming [1]** 63/11
**al [2]** 1/3 4/6
**all [67]** 4/15 6/7 7/15 8/20 9/13 9/14 9/17 9/23 11/11 13/2 15/4 15/6 15/19 15/21 16/13 16/17 18/21 19/18 20/2 21/11 21/18 28/5 28/6 28/16 29/18 29/24 33/12 33/14 33/16 37/2 37/6 37/16 39/13 39/24 41/22 44/21 46/19 47/25 49/10 53/7 54/2 55/16 56/14 56/25 58/2 58/11 59/9 59/13 59/20 60/16 60/18 60/20 60/20 60/23 61/12 61/20 62/5 62/23 62/25 63/13 64/25 65/9 65/17 69/12 70/1 71/5 71/6
**All right [10]** 9/23 11/11 15/6 16/17 33/12 37/16 56/25 69/12 70/1 71/5
**allegations [4]** 43/7 51/18 52/2 67/11
**alleged [2]** 42/22 52/21
**allows [1]** 10/9
**almost [2]** 22/15 48/18
**alone [2]** 32/7 32/13
**along [3]** 9/8 50/1 64/5
**already [7]** 7/1 15/24 35/13 51/15 58/16 61/10 63/15
**also [16]** 7/21 17/13 26/24 39/2 41/1 41/19 42/6 44/6 46/1 47/2 47/8 47/15 51/16 51/20 52/6 54/14
**alternative [5]** 33/24 42/19 42/19 46/16 46/21
**although [1]** 52/6
**always [1]** 9/14
**am [7]** 20/25 21/12 33/13 37/23 46/15 48/8 65/23
**amenable [1]** 55/8
**Amendment [11]** 41/19 42/5 42/9 48/4 48/10 52/3 53/2 53/2 54/21

**A**

**Amendment... [2]**
54/23 55/12
**amendments [1]** 60/15
**AMERICA [2]** 1/3 4/6
**Americas [2]** 2/10 3/11
**Amisha [1]** 17/5
**Amisha Patel [1]** 17/5
**AMIT [1]** 1/10
**amongst [1]** 33/14
**amount [4]** 26/20 27/6
31/11 35/8
**Android [2]** 26/19 60/4
**another [1]** 13/3 19/13
42/2 42/16 53/16
**answer [10]** 41/10
41/12 42/23 44/23 45/4
45/10 45/10 45/13
53/21 70/13
**anticipate [5]** 12/13
14/20 19/19 40/5 40/12
**antitrust [2]** 2/4 6/4
**any [27]** 6/22 11/24
13/20 14/16 15/24 19/1
23/18 28/22 29/11 35/3
37/21 37/25 38/8 39/17
40/25 42/12 43/10
44/17 45/14 51/23
51/24 54/16 57/18 59/5
63/25 63/25 65/19
**anything [9]** 7/18
10/21 13/7 15/4 48/22
57/18 58/18 65/23 70/2
**anywhere [1]** 16/21
**appearance [1]** 17/4
**APPEARANCES [3]**
1/12 1/16 2/13
**appears [1]** 38/23
**Apple [15]** 14/7 14/20
14/22 15/10 15/17
16/12 25/19 25/19
25/21 25/22 26/2 26/24
30/17 30/17 60/6
**Apple's [1]** 14/13
**applied [2]** 25/21 62/17
**apply [5]** 25/13 26/15
46/13 57/19 59/13
**applying [1]** 32/9
**appreciate [4]** 10/18
16/13 17/17 71/4
**approach [2]** 28/10
55/24
**appropriate [3]** 16/15
37/15 54/18
**approved [2]** 36/8
36/11
**approximately [5]**
20/24 21/5 32/6 32/12
57/21
**arduous [1]** 13/16
**are [117]**
**Are you [1]** 62/10
**aren't [5]** 4/20 42/18
42/19 44/15 52/10
**arguably [2]** 41/19
42/1
**arguing [1]** 57/15
**argument [3]** 30/9 41/3

**arguments [2]** 30/18
30/19
**arms [2]** 18/1 57/14
**around [3]** 18/1 21/24
57/14
**Arteaga [9]** 20/13
20/14 20/16 25/16
29/10 29/20 31/5 35/23
37/9
**Arteaga's [1]** 25/8
**articulated [1]** 27/4
**as [89]**
**aside [1]** 23/3
**ask [23]** 7/17 9/24
33/14 35/11 35/21
36/15 36/24 38/5 39/11
41/14 41/15 49/19 51/4
55/24 56/10 59/2 61/12
62/9 64/24 66/8 66/11
68/13 69/22
**asked [10]** 18/25 26/11
31/3 41/9 44/17 62/3
64/2 64/18 70/12 70/16
**asking [5]** 9/11 31/22
39/15 59/19 66/6
**asks [1]** 41/22
**assertion [1]** 30/14
**assessment [2]** 8/24
34/16
**assigned [1]** 70/12
**assistance [1]** 9/12
**Assisted [11]** 24/2 24/7
24/9 24/11 27/6 27/10
27/14 31/14 33/16
33/22 34/13
**associated [1]** 53/3
**associational [2]** 49/3
52/7
**asymmetry [1]** 41/2
**attachment [2]** 23/9
23/11
**attachments [11]**
21/10 22/4 22/6 22/9
22/23 22/23 23/7 23/13
23/17 24/15 43/1
**attention [2]** 10/16
13/22 15/5
**attorney [3]** 32/6 32/13
39/17
**attorney-client [1]**
39/17
**attributing [1]** 25/11
**August [2]** 16/3 66/21
**auto [1]** 59/14
**Automotive [1]** 59/21
**available [5]** 37/6 37/9
37/10 56/11 66/8
**Avenue [3]** 2/10 3/11
3/17
**avoid [8]** 9/9 29/3 29/7
29/11 42/12 49/21 52/3
65/18
**avoided [1]** 49/23
**aware [1]** 15/15
**away [1]** 35/4

**back [12]** 5/2 10/20
21/17 28/21 30/5 33/15
42/9 44/13 45/11 45/21
51/25 53/7
**Barrett [1]** 3/16
**based [12]** 5/7 5/16
11/24 22/8 30/18 33/20
43/25 44/3 48/19 50/21
52/18 63/14
**basic [1]** 41/3
**basically [3]** 43/6 43/9
51/4
**basing [1]** 30/21
**basis [3]** 48/23 62/4
63/11
**be [111]**
**bear [1]** 31/7
**because [27]** 22/14
23/1 23/25 24/25 25/10
27/11 27/24 28/2 30/7
30/10 31/6 32/14 32/16
33/2 35/6 36/10 41/9
44/24 45/13 50/1 52/14
58/22 66/4 66/14 66/24
68/9 68/19
**become [2]** 16/8 54/13
**been [25]** 5/7 7/25 8/1
8/17 9/10 9/14 11/1
22/14 26/16 27/4 29/5
31/1 33/21 36/3 36/20
38/16 39/5 40/16 41/3
42/6 48/14 49/13 51/21
61/10 66/24
**before [15]** 1/10 5/20
8/9 8/15 10/2 11/1
25/21 49/9 58/17 62/5
63/25 65/12 65/17 66/1
70/17
**begin [4]** 8/8 20/13
63/8 63/10
**beginning [1]** 28/4
**begun [1]** 7/23
**behalf [3]** 17/2 19/7
20/16
**behind [1]** 28/8
**being [8]** 14/21 14/23
28/8 34/6 34/14 57/25
59/6 62/13
**belief [1]** 59/8
**believe [23]** 12/23
19/12 25/15 25/16
26/17 27/1 28/13 35/7
35/14 39/2 39/3 40/3
40/15 40/16 46/6 49/8
54/17 55/1 58/3 58/5
58/23 62/7 70/10
**believed [1]** 51/11
**believes [2]** 19/9 45/16
**BELKNAP [1]** 2/9
**better [5]** 10/16 46/22
56/20 57/9 65/19
**between [6]** 6/3 20/10
31/13 31/22 38/14 42/2
54/23 63/8 68/14
**beyond [1]** 55/2
**big [2]** 21/9 24/7
**bigger [2]** 21/21 51/3

**bit [8]** 4/15 10/14 21/23
22/17 26/6 38/6 40/9
67/13
**blame [1]** 35/6
**bleed [1]** 8/19
**blood [1]** 31/7
**board [1]** 53/7
**bookmark [1]** 6/16
**both [7]** 4/18 18/22
24/23 28/13 46/2 52/16
62/23
**bottom [1]** 43/19
**breadth [2]** 41/17
49/12
**bridge [1]** 54/5
**brief [7]** 25/20 32/3
36/19 38/6 38/22 49/1
54/14
**briefing [4]** 39/5 70/6
71/2 71/3
**briefs [1]** 30/24
**bring [2]** 13/21 70/17
**broad [6]** 32/16 32/25
41/25 44/13 47/18
47/23
**Broadway [1]** 2/5
**brought [1]** 10/15
**Bruce [1]** 2/2
**bulk [1]** 47/5
**burden [7]** 31/17 42/11
46/3 46/12 46/22 47/12
55/2
**burdensome [3]** 11/3
33/9 69/19
**business [1]** 43/3
**business-school [1]**
43/3
**button [1]** 60/22

**C**

**call [6]** 21/20 39/5
40/17 41/6 41/11 64/3
**calling [1]** 40/14
**can [40]** 8/14 10/13
14/3 17/22 19/25 25/12
26/22 28/20 28/25 29/2
33/16 33/18 39/15
39/20 43/14 44/18
45/11 49/23 49/25
50/22 51/6 52/7 52/8
53/8 54/3 54/5 55/16
57/9 57/12 59/5 60/8
60/17 60/19 61/13
62/23 64/11 64/17
64/19 66/7 66/16
**can't [14]** 9/10 9/12
23/15 24/17 42/16
44/24 45/21 60/17 66/1
68/1 68/8 68/11 68/16
68/18
**capture [1]** 57/12
**captured [7]** 21/4 30/8
30/11 31/24 32/10
32/16 32/25
**car [2]** 60/4 60/8
**care [2]** 65/21 71/6
**Caroline [1]** 17/2

**Caroline Simons [1]**
17/2
**CarPlay [1]** 60/7
**Carr [1]** 2/4
**case [13]** 11/12 11/20
16/6 17/4 31/12 43/7
48/16 58/12 59/17
61/18 67/3 67/11 67/13
**cases [1]** 4/18
**categorical [1]** 54/18
**cause [2]** 34/4 49/22
**Cavanaugh [7]** 2/8 4/9
11/14 11/15 13/23
39/23 40/8
**Center [1]** 2/5
**central [2]** 40/9 60/22
**centralized [1]** 58/23
**certain [1]** 35/8
**certainly [6]** 8/9 8/17
15/23 20/4 51/23 60/19
**Certified [1]** 3/15
**certify [1]** 72/2
**CH [1]** 3/16
**challenged [1]** 14/16
**chance [1]** 49/16
**change [3]** 34/12 36/23
69/7
**changing [1]** 69/6
**characterizing [1]**
29/11
**choice [2]** 35/13 35/15
**Christmas [1]** 8/9
**chump [2]** 34/12 36/23
**Circuit's [1]** 36/20
**cite [1]** 39/9
**Civil [1]** 4/5
**claim [1]** 25/8
**claims [1]** 30/7
**clarification [1]** 38/3
**clarify [1]** 39/8
**claw [1]** 28/21
**clawback [2]** 28/19
29/1
**clear [5]** 33/19 36/20
44/15 46/21 63/19
**clearly [6]** 22/12 22/13
31/21 52/17 52/21
53/12
**client [1]** 39/17
**clients [1]** 32/12
**close [1]** 42/4
**closes [1]** 68/12
**co [2]** 2/6 17/3
**co-counsel [1]** 17/3
**coag.gov [1]** 2/7
**coalition [1]** 44/16
**coalitions [2]** 41/24
49/22
**Cohen [1]** 17/4
**colleagues [1]** 13/19
**collect [3]** 49/20 51/5
54/8
**collected [5]** 31/23
32/10 32/23 38/16 45/2
**collecting [1]** 38/18
**collection [2]** 55/22
56/8
**Colorado [11]** 2/2 2/3

**C**

Colorado... [9]  2/4 4/8
6/8 7/1 11/11 12/1
13/20 41/10 48/23
COLUMBIA [1]  1/1
come [6]  14/4 23/20
42/9 45/21 53/8 68/17
comes [3]  16/11 44/8
48/20
comfort [2]  34/4 34/5
coming [5]  7/22 7/24
12/22 25/4 62/20
commence [1]  63/17
comment [1]  49/1
commercial [1]  60/15
commitment [3]  64/18
66/3 68/8
committing [1]  58/18
communicates [1]
53/20
communication [2]
42/1 42/7
communications [12]
42/3 43/10 46/13 46/25
47/21 47/24 47/25 48/1
48/2 53/1 53/17 54/23
companies [1]  68/20
company [2]  29/16
38/15
comparison [1]  31/22
competition [1]  43/6
complaint [2]  40/10
48/24
complete [1]  8/20
13/25 18/3 18/8 19/4
19/10 36/2 36/3 58/19
63/6 66/4
completed [8]  6/9 8/1
10/9 14/23 18/20 18/21
58/15 66/9
completely [1]  26/17
completing [1]  15/18
completion [7]  5/4
5/15 14/8 16/20 16/22
17/8 20/5
complex [1]  62/17
compliance [6]  8/5 8/7
8/18 9/1 15/14 15/19
complicated [2]  62/24
69/19
comply [3]  15/13 16/3
62/16
complying [1]  15/18
compound [1]  47/12
comps [1]  50/25
computer [2]  3/19
59/15
computer-aided [1]
3/19
concern [4]  23/25 27/4
48/5 48/5
concerned [2]  21/24
27/14 29/18
concerning [1]  18/16
concerns [10]  5/21 7/4
9/7 14/14 24/11 41/16
48/9 52/3 54/9 54/21
concluded [1]  71/8

conduct [5]  48/15
52/21 67/12 67/14
67/18
conducting [1]  17/11
confer [6]  11/23 13/13
19/17 19/22 55/25
62/14
conference [3]  1/9
14/10 70/17
conferring [1]  11/4
confident [1]  22/25
confidential [2]  48/2
49/23
confidentiality [2]
23/14 24/16
confidently [1]  60/17
confirm [3]  17/22
22/23 22/24
connected [1]  50/12
connection [1]  54/16
CONNOLLY [1]  3/2
consider [1]  67/21
consideration [1]  16/9
considered [1]  28/12
Constitution [1]  3/17
consultants [1]  53/18
Consumer [1]  2/3
consuming [1]  69/20
contemplated [2]
41/23 61/17
context [1]  26/11
continue [3]  60/25
68/1 69/22
continued [3]  2/1 3/1
5/16
continuing [4]  5/18
7/21 20/3 37/3
contract [2]  32/6 32/13
Contrary [1]  28/15
convene [1]  37/4
conversation [1]  22/19
conversations [2]
13/19 25/1
conversely [1]  22/5
convinced [1]  24/4
cooperation [1]  6/4
core [2]  42/5 69/4
corporation [1]  33/7
correct [4]  32/1 37/23
37/24 72/3
correctly [2]  21/12
30/17
cost [8]  31/17 32/18
33/8 34/10 36/16 36/17
36/20 36/25
costs [4]  32/7 32/13
32/13 33/2
could [18]  28/11 28/12
28/17 29/8 32/19 33/24
34/21 35/16 35/17
43/24 44/17 44/19
46/19 51/11 53/16
64/10 66/3 70/17
counsel [8]  16/23
16/24 17/3 17/13 40/23
42/7 53/12 53/18
count [3]  23/20 25/3

counts [6]  23/21 43/16
51/2 63/13 63/14 66/14
couple [10]  5/3 5/8
8/19 12/19 14/9 25/7
29/22 30/3 38/7 59/8
course [5]  15/11 20/3
20/5 56/10 67/9
court [21]  1/3 3/14
3/16 5/14 5/20 7/6 7/9
7/9 19/16 26/22 26/24
34/23 35/6 35/11 35/12
35/17 35/21 36/19
49/25 64/7 72/7
Court's [1]  9/11
covered [1]  53/19
COVID [1]  72/6
COVID-19 [1]  72/6
craft [1]  52/8
created [2]  57/13 61/6
creating [1]  35/19
67/22 69/5
credit [1]  58/14
Creighton [2]  3/5 4/11
critical [2]  8/4 31/2
cross [3]  6/19 6/23
39/12
cross-notice [1]  6/23
cross-noticed [1]  6/19
CRR [2]  72/2 72/11
current [1]  21/16
currently [1]  17/11
curve [1]  18/2
custodial [1]  38/12
custodian [6]  18/16
31/1 31/3 37/19 37/22
39/17
custodians [36]  6/2
11/21 12/2 12/7 13/14
13/18 18/22 18/23
18/25 19/15 20/22 21/2
21/4 27/19 27/25 29/16
30/3 31/23 32/23 38/15
45/17 47/6 47/10 47/13
50/24 51/10 51/14
51/22 51/24 57/17
57/21 62/4 62/18 63/4
63/15 65/7
cut [1]  8/16
cut-off [1]  8/16
cuts [1]  46/2
CV [1]  1/4

**D**

D.C [5]  1/5 1/14 3/3 3/8
3/17
D.C. [1]  36/20
D.C. Circuit's [1]  36/20
data [15]  5/6 5/18 5/22
7/2 12/17 12/22 12/24
13/5 16/22 17/15 18/9
30/2 54/8 62/21 62/24
date [10]  8/13 16/20
35/18 43/8 56/16 63/14
65/25 66/20 70/4 72/10
dates [1]  6/13
day [2]  55/9 61/19
days [5]  14/9 15/18

de [4]  26/1 26/3 30/12
30/18
de-duped [1]  30/12
de-duplication [1]  26/3
deadline [2]  14/8 35/18
dealings [1]  25/2 60/16
dealt [1]  25/22
debate [1]  61/14
December [12]  6/11
6/13 9/17 12/13 63/12
65/8 66/1 66/4 66/5
66/9 67/6 67/6
Dechert [1]  17/5
decides [1]  41/5
decision [2]  39/24
55/18
decisions [1]  50/4
declaration [1]  44/2
defend [1]  43/7
Defendant [2]  1/7 3/2
defendants [4]  4/10
definition [3]  23/7
32/14 33/2 48/18 52/23
delay [3]  5/21 16/1
35/20
delayed [1]  7/25
delta [1]  35/14
demands [1]  16/14
Denver [1]  2/6
DEPARTMENT [11]
1/13 2/3 4/23 10/22
11/2 12/10 57/2 65/11
66/18 67/7 69/21
depend [1]  6/14
depending [2]  45/24
68/13
deponent [1]  62/20
deponents [3]  8/3
62/11 65/4
depose [7]  8/14 39/25
46/24 47/2 47/17 47/18
63/25
deposed [3]  9/21 43/11
62/13
deposing [1]  40/12
deposition [16]  6/1 6/6
6/17 6/20 6/20 6/25
10/4 12/14 12/17 12/22
40/5 62/11 65/12 65/15
65/17 66/19
depositions [24]  6/2
6/9 6/22 7/24 8/8 8/9
9/21 10/10 12/9 12/10
12/12 20/6 46/19 50/4
58/21 62/2 62/6 64/6
64/9 64/13 65/3 65/6
66/8 68/13
description [1]  52/18
determination [1]
40/16
determinations [3]
23/14 23/15 24/20
determine [2]  23/17
46/12
device [1]  59/15
dialogue [1]  40/23
dialogues [1]  56/9

did [8]  14/24 14/24
11/13 30/2 30/3 39/9
56/7 57/14
didn't [2]  29/9 44/11
difference [1]  66/12
differences [1]  11/24
different [7]  41/11 55/5
59/12 59/13 60/11
60/16 67/13
differently [1]  48/9
difficult [2]  10/2 53/15
diminish [1]  33/8
diminishes [1]  48/21
Dintzer [16]  1/13 4/7
4/25 5/11 8/25 14/11
25/5 29/23 30/20 35/2
39/23 57/5 59/7 60/25
67/2 67/16
Dintzer's [2]  15/15
30/5
direction [1]  33/18
disclosures [1]  40/3
discoverable [1]  44/1
discovery [13]  4/18
4/24 5/2 7/13 8/15
10/22 20/10 47/19
61/15 67/7 68/8 68/11
69/10
discuss [5]  10/25 11/7
19/20 54/13 55/23
discussed [4]  14/19
14/21 39/10 49/9
discussion [4]  5/23
33/21 51/5 67/3
discussions [5]  7/23
15/22 17/13 18/9 56/21
dispute [10]  4/22 5/6
14/7 19/20 23/19 37/18
38/11 38/17 39/10
55/17
disputed [2]  20/8 44/3
disputes [4]  4/20 14/4
19/15 19/23
distribution [1]  60/3
DISTRICT [3]  1/1 1/1
1/10
divide [1]  54/5
do [60]  4/18 7/6 8/12
8/25 9/16 10/3 14/11
14/15 16/15 16/25 18/9
18/16 19/17 19/19
19/21 19/23 19/24
22/25 23/14 25/9 25/12
26/22 28/15 28/21
28/24 28/25 31/18 32/4
33/14 36/4 37/2 39/18
40/2 40/5 40/11 40/17
41/16 44/20 45/4 46/19
48/9 50/10 51/6 52/12
52/14 53/7 53/16 53/23
54/9 54/11 55/14 56/14
57/10 59/4 60/3 61/15
64/11 69/4 69/17 70/22
do you have [2]  8/12
31/18
document [19]  8/7
15/19 20/4 21/19 22/15
22/21 23/21 27/1 31/10

**D**

document... [10] 35/16 54/17 54/17 55/15 55/15 57/4 57/14 62/10 62/17 62/25

document-review [1] 62/25

documents [94]

does [2] 46/4 59/22

doesn't [5] 22/4 33/20 46/25 65/11 70/20

doing [3] 4/14 32/24 67/24

DOJ [12] 1/13 14/7 15/22 20/9 20/12 23/18 23/21 24/21 25/2 41/10 65/6 67/4

DOJ's [1] 16/4

DOJ-Apple [1] 14/7

DOJ-Samsung [1] 20/9

dollar [1] 33/6

don't [56] 4/20 4/25 5/11 13/7 14/22 16/7 16/20 19/7 19/15 23/4 23/18 23/22 24/7 25/3 25/9 27/1 27/4 28/6 28/21 28/24 33/4 33/7 36/9 37/4 40/3 40/15 40/16 44/21 45/8 45/13 45/19 46/15 50/2 50/8 52/8 53/5 54/20 54/25 56/4 56/14 56/14 57/5 59/23 60/25 61/16 63/13 64/8 66/13 66/14 67/2 67/15 67/21 68/9 68/16 70/7 70/22

done [7] 8/20 27/24 31/2 34/15 56/10 63/11 64/11

door [1] 35/20

doubling [1] 28/7

doubt [1] 55/12

down [4] 30/14 41/5 55/10 59/3

drafters [1] 61/17

drawing [1] 53/7

driving [1] 22/19

drop [1] 18/7

dropped [3] 26/6 34/6 34/18

duped [1] 30/12

duplication [3] 26/1 26/3 30/18

during [5] 16/3 25/1 30/20 43/12 72/5

duty [2] 58/6 67/3

**E**

each [1] 27/23

earlier [5] 16/24 19/10 20/14 55/6 70/9

early [6] 9/17 11/20 12/14 29/13 30/4 67/6

easier [1] 10/13

easy [5] 55/13 58/4 58/7 58/22

effective [1] 24/12

efficient [3] 29/19

effort [1] 61/11

efforts [2] 6/14 48/14

eighth [1] 20/23

either [6] 8/5 22/6 28/19 39/25 40/4 42/9

Electronics [1] 20/17

element [1] 28/13

Ellen [2] 18/19 38/2

else [3] 7/18 24/18 70/2

email [19] 1/15 2/7 2/12 3/4 3/9 9/3 11/20 21/10 21/17 22/3 22/3 22/5 22/22 23/7 23/9 23/16 24/17 30/1 50/20

emailed [1] 19/10

emails [10] 22/14 33/20 38/12 38/14 38/18 38/22 39/3 43/4 43/8 44/21

employees [2] 43/4 65/18

end [14] 8/15 9/15 10/3 10/4 10/11 34/13 53/25 55/9 65/25 66/5 66/20 66/21 67/6 69/10

endeavor [1] 65/5

endless [1] 16/1

engage [2] 15/16 51/5

engaged [1] 18/11

enough [8] 12/24 38/20 41/8 54/4 54/6 55/13 64/15 69/25

ensure [2] 10/8 37/3

entered [1] 58/10

entire [1] 13/16

entirely [1] 39/2

entirety [1] 23/10

envisioned [1] 47/13

error [1] 28/7

especially [1] 48/22

essentially [3] 30/24 38/13 48/13

estimates [1] 25/4

et [2] 1/3 4/6

et al [1] 4/6

evaluation [1] 67/14

even [7] 11/3 23/11 29/13 41/5 47/7 63/13 66/14

event [1] 38/8

ever [1] 54/10

every [2] 42/10 35/19

everybody [3] 4/14 4/14 29/12

everybody's [1] 44/8

everyone [2] 4/16 71/7

everything [9] 15/2 24/13 24/18 59/14 64/11 64/12 66/2 68/17 69/17

evolving [1] 67/19

exactly [1] 45/19

example [5] 21/17 23/6 41/21 53/13 60/4

except [1] 6/23

exchanged [1] 21/17

excuse [2] 49/6
53/15 53/17

excluded [1] 51/6

exclusion [1] 27/15

excuse [2] 14/10 47/6

executed [5] 57/23 58/2 58/5 58/9 65/2

exercise [2] 32/14 36/17

existing [2] 57/17 57/17

expect [6] 8/20 14/18 18/4 45/15 45/23 62/16

expectation [4] 67/16 68/1 68/7 69/21

expected [1] 15/2

expecting [1] 8/13

expeditiously [1] 13/22

expense [1] 36/22

explore [1] 43/10

extensions [1] 53/18

extensive [3] 25/1 52/4 54/11

extent [4] 6/14 10/6 41/6 66/5

external [1] 41/7

extremely [2] 32/16 46/7

eyes [2] 24/19 63/9

eyes-on [1] 63/9

**F**

face [3] 22/22 48/14 68/24

fact [13] 8/15 22/12 22/24 28/13 44/7 44/8 44/9 48/20 61/7 67/6 68/7 68/11 69/10

fact-discovery [1] 8/15

facts [2] 31/3 50/5

factual [3] 43/7 47/20 47/20

factually [1] 70/14

fair [5] 38/20 41/8 46/4 65/9 69/25

fairly [3] 13/15 41/25 67/20

faith [2] 29/12 65/5

fall [1] 66/19

families [4] 21/8 21/19 23/24 25/3

family [4] 21/22 22/8 22/14 23/20

far [3] 12/12 22/15 49/14

fashion [1] 14/1

fear [1] 70/19

February [1] 10/1

feel [3] 8/25 29/5 54/3

fell [1] 46/20

few [2] 42/17 45/7

fewer [1] 25/19

fights [1] 42/13

figure [5] 31/7 31/8 35/24 45/1 50/13

figures [1] 30/18

figuring [2] 9/21 29/15

filed [2] 58/17 61/19

filter [1] 44/23

final [6] 8/7 8/13 26/13 37/13 49/1 53/11

finally [1] 4/21

find [3] 55/1 60/22 65/10

fine [1] 71/1

finely [1] 52/9

finish [1] 14/24

fire [1] 35/8

first [27] 4/25 5/3 11/20 14/12 14/14 19/14 25/8 27/23 29/24 40/24 41/19 42/5 42/9 42/25 45/7 48/4 48/10 52/3 53/2 53/2 54/21 54/23 55/12 56/4 57/13 66/21 67/17

First Amendment [11] 41/19 42/5 42/9 48/4 48/10 52/3 53/2 53/2 54/21 54/23 55/12

firsthand [3] 43/23 43/25 44/10

five [3] 46/17 46/19 51/14

flag [1] 10/5

fledged [1] 12/24

Floor [3] 2/6 3/7 3/12

focus [2] 67/13 69/9

focused [2] 24/6 68/7

focuses [1] 6/1

folks [3] 42/17 46/18 50/25

follow [1] 12/21

follow-up [1] 12/21

following [2] 41/14 41/16

footnote [1] 59/10

force [1] 43/9

foregoing [1] 72/3

forth [1] 32/8

forward [19] 5/12 6/13 9/11 15/25 31/8 35/7 35/10 35/24 37/4 37/15 49/2 49/8 49/19 52/2 56/11 58/20 62/2 64/12 69/23

four [4] 21/10 51/14 58/25 61/11

frame [1] 9/12

framework [1] 41/12

frankly [1] 16/4

frequently [1] 53/20

fresh [1] 64/16

freshest [1] 67/20 68/12

front [4] 10/14 17/15 64/8 67/16

full [6] 8/5 8/7 8/18 12/24 15/21 66/14

full-fledged [1] 12/24

fully [1] 15/23

further [5] 13/8 13/11 13/14 13/19 54/12

future [1] 8/6

game [2] 26/16 29/5

gap [2] 27/12 27/13

gaps [1] 14/14

garages [1] 59/22

gather [4] 38/12 40/8 60/18 61/9

gathered [2] 57/21 61/7

gave [4] 15/24 63/20 63/21 70/13

general [1] 61/17

generally [2] 27/5 57/25

get [63] 6/15 6/15 7/5 8/18 9/12 9/13 9/14 9/17 10/7 10/15 14/3 14/23 15/2 16/7 16/11 17/14 18/5 18/6 18/10 21/23 24/7 25/14 26/17 28/2 28/6 29/4 29/18 32/19 33/15 34/9 34/25 35/16 41/7 42/21 43/1 47/16 49/16 50/11 51/7 51/8 53/6 54/3 54/19 54/25 55/6 55/10 56/15 60/8 61/11 61/19 63/1 63/7 63/25 64/10 65/5 65/11 65/25 66/3 67/2 67/21 68/2 70/18 70/22

gets [5] 23/10 24/18 25/14 65/13 69/16

getting [8] 8/5 17/25 34/8 34/17 42/4 60/13 63/9 65/1

gigantic [1] 49/14

give [22] 22/1 26/12 26/21 28/17 31/15 34/5 34/24 35/12 35/17 35/23 44/16 70/16

given [8] 9/9 26/10 26/18 28/11 41/17 41/17 42/10 43/16

giving [1] 30/25

go [19] 4/17 5/12 17/14 28/16 33/18 35/10 37/14 38/12 44/13 45/11 53/7 57/5 58/20 59/3 60/1 60/25 61/8 64/16 68/1

go ahead [2] 37/18 60/1

goal [1] 36/1

goes [2] 21/11 30/14

going [68] 6/13 8/6 9/11 11/4 13/2 13/4 13/13 14/25 15/25 16/2 18/2 18/10 19/13 22/10 23/8 24/11 27/10 27/15 27/20 27/21 28/1 28/5 29/20 30/5 31/5 33/14 34/9 35/7 35/10 35/12 35/15 37/2 41/11 41/18 42/8 42/11 47/17 49/11 50/17 50/23 52/9 52/10 52/13 53/6 55/14 57/16 57/19 60/20 63/5 63/8 63/9 63/10 63/16 63/17

**G**

going... **[14]** 63/25
64/23 65/2 66/15 66/19
67/1 67/4 68/1 68/5
68/8 68/10 68/24 69/22
70/18
gone **[1]** 27/25
good **[12]** 4/2 4/3 4/13
4/13 8/23 13/1 14/2
17/1 18/18 22/6 29/12
65/5
Good morning **[1]**
4/13
GOODRICH **[2]** 3/6
3/11
GOOGLE **[54]** 1/6 3/2
4/6 4/22 5/25 6/3 6/9
6/19 6/22 11/18 12/12
12/22 14/20 17/14
18/25 19/2 19/7 20/9
20/11 25/12 25/12
25/14 26/21 37/5 37/18
39/12 43/9 46/7 47/6
47/14 48/6 49/13 51/17
53/10 55/8 55/14 57/2
57/11 58/4 58/9 59/21
59/22 60/7 61/3 61/3
61/23 65/11 65/16 66/3
68/1 68/17 70/10 70/12
70/15
Google LLC **[1]** 4/6
Google's **[24]** 5/21
12/4 18/15 25/10 26/18
26/20 30/8 30/11 30/13
39/11 41/1 42/15 42/21
44/15 48/2 48/15 51/21
52/21 54/15 58/14 62/6
67/8 67/18 69/4
Google-Yelp **[1]** 20/9
got **[17]** 8/4 9/2 11/5
11/9 11/22 15/2 15/20
16/11 26/13 48/18
58/18 60/18 60/22
63/17 64/7 65/16 68/4
gotten **[1]** 63/14
government **[9]** 29/14
34/4 34/5 41/5 43/12
48/23 50/19 68/18
69/15
greater **[3]** 22/15 34/4
34/5
guarantee **[1]** 63/24
guess **[9]** 10/24 21/23
23/4 24/3 46/15 64/19
67/1 69/2 69/13
guidance **[2]** 10/17
55/20

**H**

had **[35]** 5/3 5/15 5/17
7/1 12/21 14/8 15/23
16/2 16/19 19/3 19/13
21/18 25/1 25/19 26/2
26/10 28/4 39/10 40/23
40/23 43/6 43/8 43/16
43/16 44/16 48/1 50/16
51/11 51/20 54/4 56/2
58/6 61/3 62/6 62/7

hand **[7]** 28/16 34/12
46/3 46/4 48/12 52/24
58/20
handheld **[1]** 59/15
handheld-device **[1]**
59/15
handled **[1]** 23/21
hands **[4]** 31/7 57/6
58/7 61/11
hang **[4]** 29/10 50/7
53/24 58/8
happen **[1]** 65/18
happened **[3]** 12/18
12/20 30/16
happens **[1]** 27/22
happy **[7]** 13/17 15/16
26/21 28/25 34/19
42/23 51/23
hard **[5]** 16/3 34/15
48/12 48/19 52/12
harder **[2]** 10/14 55/13
harm **[2]** 43/13 43/14
harmed **[1]** 41/4
has **[43]** 5/25 6/22 7/10
8/1 9/14 11/1 11/2
11/18 16/5 17/9 19/9
20/20 21/10 23/18
24/21 26/10 26/16
26/24 28/15 29/5 29/23
31/10 37/20 39/1 40/16
41/2 41/3 46/7 47/6
48/6 48/13 48/21 48/22
49/13 49/14 52/6 52/17
57/8 58/9 58/16 60/3
61/3 65/16
have **[144]**
haven't **[5]** 14/12 25/1
29/13 49/5 61/7
having **[4]** 24/19 54/11
54/22 65/18
he **[20]** 30/7 30/16
30/20 30/22 42/7 43/24
44/7 44/9 46/4 46/24
46/24 46/25 48/10
48/21 48/22 52/23
53/20 70/11 70/12
70/13
he'd **[1]** 7/18
he's **[5]** 30/9 48/18
52/19 65/3 65/6
head **[2]** 21/24 70/18
hear **[5]** 20/2 34/20
34/23 67/4 68/20
heard **[7]** 15/12 34/21
40/19 48/6 56/4 63/22
63/23
hearing **[4]** 5/7 24/25
56/18 72/5
hearings **[1]** 30/21
heavy **[1]** 64/4
help **[1]** 27/11
helpful **[2]** 7/15 64/14
her **[1]** 39/2
here **[25]** 8/9 16/1 16/8
18/10 20/20 22/14 24/5
29/12 31/7 41/1 47/22
48/3 49/2 49/11 51/7

59/3 59/8 62/15 64/3
65/16 69/4
here's **[7]** 20/19 21/7
22/2 31/13 33/13 39/22
52/13
high **[3]** 10/11 26/15
49/9
highly **[3]** 32/15 33/2
49/23
him **[16]** 30/21 39/25
40/2 40/4 40/6 40/12
40/14 40/17 41/6 43/5
43/21 51/1 51/3 52/22
63/24 69/23
his **[17]** 7/18 30/14
38/12 38/17 38/18
43/10 44/9 44/21 50/20
50/20 50/20 52/18
52/19 52/24 52/25 59/8
62/21
history **[2]** 29/17 29/18
hit **[19]** 5/15 5/17 17/12
22/13 22/14 22/15
26/11 26/13 26/14
29/25 30/23 30/25
43/16 45/22 51/2 53/11
63/13 63/14 66/14
hits **[7]** 21/20 45/4
46/11 50/19 50/19
50/21 55/24
holidays **[2]** 8/10 66/7
Honestly **[1]** 66/13
Honor **[93]**
Honor's **[2]** 15/13 36/1
HONORABLE **[1]** 1/10
hope **[6]** 4/14 9/13 9/14
9/17 63/8 68/12
hopefully **[2]** 18/1 18/2
hoping **[2]** 9/8 63/9
how **[16]** 8/25 20/18
23/20 24/22 41/3 42/14
42/21 43/21 45/3 46/15
50/10 50/13 54/2 61/20
68/14 69/3
however **[2]** 19/16
25/12
hundred **[1]** 39/1
hundreds **[1]** 45/23
hypothetically **[1]**
21/15

**I**

I also **[3]** 39/2 44/6
52/6
I am **[1]** 48/8
I believe **[5]** 19/12
25/16 39/3 49/8 62/7
I can **[4]** 10/13 17/22
19/25 60/17
I can't **[1]** 68/8
I didn't **[1]** 29/9
I don't **[13]** 13/7 23/18
23/22 40/3 40/16 45/8
50/8 53/5 54/25 61/16
63/13 66/14 67/15
I don't have **[1]** 64/8
I guess **[9]** 10/24 21/23

67/1 69/2 69/13
I have **[3]** 31/13 42/10
69/14
I haven't **[1]** 29/13
I hope **[1]** 4/14
I just **[6]** 31/20 48/25
52/8 57/5 66/17 68/11
I know **[5]** 9/1 16/12
27/7 35/6 50/17
I mean **[49]** 8/23 9/13
9/19 9/24 17/22 22/2
23/3 23/6 23/25 25/11
25/17 26/10 26/19 27/7
29/5 29/6 32/3 32/21
34/25 35/5 41/21 42/4
43/21 46/3 48/8 52/11
52/18 57/9 58/16 61/3
61/4 61/5 61/7 62/7
62/21 63/22 63/24 64/2
64/7 67/7 67/10 67/17
67/22 67/25 68/2 68/6
68/7 68/10 69/6
I say **[1]** 22/2
I should **[1]** 4/13
I suppose **[1]** 34/16
I think **[50]** 5/2 5/6 8/19
11/5 12/23 13/13 13/24
14/7 15/14 16/10 16/24
18/11 19/9 19/11 20/13
20/14 20/22 24/22 25/25
25/23 25/25 32/21
33/13 35/2 37/15 38/6
39/7 40/22 41/1 42/10
43/24 47/22 49/2 49/9
49/25 52/2 52/11 52/13
53/3 54/2 54/20 55/5
55/16 55/21 56/8 56/19
57/3 57/9 64/25 69/23
70/4
I thought **[1]** 23/6
I told **[1]** 64/7
I understand **[8]** 16/10
21/8 31/21 37/21 41/8
53/14 64/2 69/1
I want **[2]** 42/12 66/24
I wanted **[1]** 10/5
I was **[4]** 20/20 38/5
55/6 64/23
I will **[3]** 13/17 16/9
43/1
I would **[1]** 49/4
I wouldn't **[1]** 64/3
I'd **[6]** 20/8 20/13 24/25
26/21 33/13 51/3
I'll **[10]** 7/4 16/15 18/20
35/23 37/14 37/14
41/15 44/6 55/17 69/2
I'm **[33]** 5/2 11/25 15/9
16/10 20/2 21/16 21/21
21/23 22/17 24/3 24/3
27/11 29/8 29/18 30/9
31/5 31/6 33/14 34/8
34/19 35/5 37/2 41/12
42/23 52/14 52/14
52/16 53/6 57/3 61/15
63/9 64/23 69/3
I'm going **[4]** 31/5

I'm not **[3]** 16/10 27/11
64/23
I'm not sure **[3]** 52/14
61/15 69/3
I'm sorry **[3]** 11/25
15/9 57/3
I'm sure **[1]** 21/21
I've **[7]** 16/11 33/20
56/4 60/18 60/21 63/14
64/23
idea **[2]** 16/2 63/2
identified **[5]** 43/2 47/3
51/12 51/15 65/7
identify **[4]** 28/19 42/11
46/17 54/22
identifying **[1]** 24/13
immediately **[2]** 51/2
56/11
impact **[1]** 52/21
impacted **[1]** 8/2
impasse **[1]** 14/22 54/5
implications **[1]** 48/10
import **[1]** 26/18
important **[10]** 27/21
27/23 28/2 31/10 34/8
34/17 39/8 41/6 50/2
56/9
inaccurate **[1]** 70/14
inadequate **[1]** 70/19
Inc **[2]** 18/19 20/17
incentive **[1]** 65/16
include **[4]** 30/2 43/3
43/4 50/18
includes **[6]** 21/8 21/9
23/19 23/24 25/10
64/13
including **[1]** 22/9 30/7
48/2 52/20
inconsistent **[1]** 16/5
incorrect **[1]** 59/8
increase **[1]** 33/25
increased **[1]** 39/1
incur **[2]** 32/5 32/12
independent **[1]** 34/16
indicated **[4]** 21/18
32/3 40/24 65/4
individuals **[2]** 47/2
64/15
industry **[5]** 41/23 42/2
42/3 42/3 49/22
inefficient **[1]** 43/15
information **[18]** 41/2
42/5 42/13 42/20 43/9
44/3 47/5 47/7 47/19
47/20 47/24 49/17 51/8
51/11 51/17 52/1 52/2
64/17
initial **[1]** 40/3
initially **[2]** 47/7 47/13
insist **[5]** 28/16 28/23
36/13 36/24 55/15
insisted **[1]** 32/17
instance **[3]** 40/24 47/1
54/22
instead **[4]** 23/23 37/3
54/17 70/16
insubstantial **[1]** 34/11

# I

**intend [2]** 39/25 40/17
**interest [1]** 35/19
**interested [6]** 24/25
31/6 34/8 44/18 49/3
58/4
**interrupt [5]** 19/8 23/1
29/9 31/5 59/1
**interrupted [1]** 13/2
**introduce [1]** 17/3
**invested [1]** 28/9
**investigation [1]** 43/13
**investigations [1]**
24/23
**involved [3]** 10/7 16/11
37/6
**involving [3]** 4/22
29/16 57/1
**irrelevant [1]** 32/16
**is [206]**
**Is a [1]** 54/6
**is there [1]** 70/2
**isn't [4]** 24/5 31/16
42/19 48/15
**issuance [1]** 49/12
**issue [35]** 4/24 6/21
7/8 9/2 10/5 10/25 11/7
11/8 12/15 13/5 16/8
16/17 18/16 20/9 20/9
20/10 20/12 24/21
24/24 25/9 25/9 37/12
40/20 42/25 44/1 53/4
53/22 55/8 56/19 57/1
65/22 66/24 67/12 70/7
70/18
**issued [4]** 5/10 5/24
11/20 58/24
**issues [15]** 4/19 4/21
5/19 7/7 9/4 10/7 10/15
10/22 13/20 13/24 20/8
23/17 29/15 54/4 69/4
**issuing [2]** 8/2 12/14
**it [68]** 4/16 5/13 7/6
10/1 10/1 10/6 12/6
12/20 14/16 15/1 16/1
16/11 16/13 21/8 21/20
21/25 24/19 24/25
25/23 25/25 26/7 26/20
28/1 28/4 28/12 28/12
28/24 28/25 30/21
32/16 32/22 33/20 35/9
35/11 35/13 35/15 38/6
40/3 44/11 45/23 46/4
47/11 48/8 50/10 53/6
53/14 54/13 55/22
57/10 58/6 59/11 59/11
59/16 61/16 62/23
63/20 64/4 65/2 65/13
66/4 66/12 67/18 68/6
69/13 69/15 70/17
70/18 70/20
**it would be [2]** 32/22
45/23
**it's [46]** 9/6 9/6 10/13
10/14 11/13 11/15 22/7
24/7 24/8 26/19 26/19
27/4 31/9 33/19 34/11
33/15 34/15 35/14

39/19 39/20 41/6 44/20
44/22 46/3 46/10 46/11
46/21 48/12 48/19
48/19 51/18 52/25 53/3
53/4 57/3 57/4 61/24
66/12 67/18 67/19
68/20 69/19
**it's likely [1]** 52/25
**its [5]** 22/22 23/10
48/14 69/5 69/6
**itself [2]** 22/3 54/21

# J

**January [2]** 10/1 67/5
**John [2]** 3/2 4/10
**joining [1]** 42/2
**joint [2]** 14/10 59/10
**jon.sallet [1]** 2/7
**Jonathan [2]** 2/2 4/8
**jostle [1]** 10/13
**Jr [1]** 2/8
**jschmidtlein [1]** 3/4
**Juan [1]** 20/16
**JUDGE [3]** 1/10 4/2
11/17
**Judge Mehta [1]** 4/2
**Judicial [1]** 2/5
**July [1]** 26/12
**just [93]**
**JUSTICE [6]** 1/13 4/23
10/22 12/11 57/2 69/22

# K

**keep [4]** 58/22 58/23
64/11 68/18
**Kenneth [2]** 1/13 4/7
**kenneth.dintzer2 [1]**
1/16
**Kenney [8]** 18/19 19/9
19/13 19/25 38/2 45/5
50/23 56/4
**Kenney's [2]** 50/17
55/21
**key [3]** 31/11 47/22
60/14
**kind [6]** 15/24 34/16
34/19 43/21 55/23
55/24
**knew [3]** 66/18 66/20
**know [78]**
**knowing [1]** 34/17
**knowledge [3]** 27/13
43/22 43/23 43/25 44/8
44/9 44/10 46/25 48/16
48/18 48/20 52/18 60/2
**known [2]** 28/4 53/19
**knows [2]** 53/21 58/4

# L

**large [5]** 22/13 24/8
27/16 50/13 63/17
**larger [1]** 34/3
**largest [1]** 26/19
**last [17]** 5/7 8/13 14/10
14/10 17/23 30/3 35/23
36/4 50/20 57/1 57/13

61/11 66/24 69/2
**late [2]** 10/1 31/9
**later [1]** 69/24
**LAW [1]** 2/3
**lay [1]** 35/6
**layer [3]** 27/22 28/2
53/16
**layering [1]** 24/1
**lead [1]** 12/11
**leads [1]** 66/23
**least [10]** 9/2 16/21
23/4 33/20 40/3 42/17
44/10 45/1 58/5 64/16
**leave [1]** 23/3
**leaving [1]** 9/3
**led [1]** 38/8
**left [2]** 28/8 28/14
**lengthy [1]** 59/12
**less [3]** 15/18 31/6
34/3
**lesser [1]** 22/20
**let [19]** 6/24 11/11
14/3 16/9 16/17 18/14
20/7 20/12 23/3 29/7
29/11 37/2 37/18 39/18
50/13 53/25 57/1 61/16
69/13
**let's see [2]** 6/24 53/25
**letter [2]** 51/13 63/3
**letting [1]** 56/16
**levity [1]** 59/25
**lift [3]** 64/3 64/4 64/4
**like [32]** 7/18 16/1 20/8
20/13 28/18 29/5 31/8
33/14 33/21 35/1 39/17
39/19 42/1 45/2 46/1
50/1 50/3 51/20 54/3
58/13 58/19 59/22 63/4
65/2 65/25 66/12 67/3
68/10 68/21 69/16 70/6
70/21
**likelihood [1]** 34/17
**likely [5]** 32/15 41/13
42/11 52/24 52/25
**limitations [1]** 72/7
**limited [2]** 47/23 65/15
**line [1]** 43/19
**lines [1]** 64/5
**lion's [1]** 50/24
**list [3]** 44/17 59/3
59/12
**lists [1]** 44/19 59/11
**lit [1]** 35/8
**literally [1]** 60/21
**litigation [2]** 24/24
69/7
**little [9]** 10/14 21/23
22/17 22/17 24/3 38/6
40/9 63/3 67/13
**LLC [2]** 1/6 4/6
**LLP [2]** 2/9 3/2

**loaded [1]** 63/1
**loading [2]** 9/19 17/25
**locate [1]** 60/23
**log [9]** 14/13 14/15
15/15 15/18 54/15 54/16
54/17 54/18 55/15
**logs [1]** 18/7
**long [3]** 13/15 25/14
34/25 50/10 59/12
**look [29]** 9/24 20/2
20/21 22/10 23/13
23/16 23/16 23/25
24/17 25/17 25/18 28/5
33/4 34/8 35/6 41/16
44/6 45/2 48/8 48/15
50/11 52/11 52/13
52/17 55/5 59/10 64/25
68/10 69/16
**looked [3]** 26/11 26/14
43/5
**looking [12]** 5/2 9/9
15/1 16/19 21/16 30/2
41/21 43/21 49/24 50/4
57/23 69/15
**lot [6]** 11/3 13/6 33/21
36/9 44/10 51/6
**lots [1]** 60/14
**love [1]** 63/3
**Lowe [29]** 37/22 38/14
38/23 39/4 39/25 41/11
42/2 43/3 43/12 43/13
43/20 45/15 46/8 46/20
46/24 47/8 47/11 47/14
47/15 47/17 48/1 50/13
50/15 51/5 52/17 53/8
53/20 54/16 54/23
**Lowe's [7]** 38/12 41/17
45/3 45/20 52/5 54/8
56/8

# M

**made [14]** 17/4 29/13
29/23 30/20 30/22
39/24 40/16 42/6 45/8
52/19 58/16 58/16
59/11 61/11
**magnitude [2]** 22/16
61/18
**Main [1]** 33/10
**major [1]** 60/14
**majority [1]** 22/12
**make [18]** 23/14 24/19
25/25 31/20 34/16 35/8
35/11 37/20 38/3 41/15
43/1 50/3 55/6 55/18
64/16 65/16 68/8 68/24
**maker [1]** 26/19
**makes [6]** 10/1 25/20
26/20 52/21 60/9 67/12
**making [2]** 30/9 56/17
**mandatory [1]** 36/20
**manner [1]** 34/10
**manual [5]** 28/23 29/3
31/15 31/24 32/4
**manually [1]** 34/15
**manufacturers [3]**
59/14 59/15 59/15

**many [5]** 38/23 45/4
50/13 60/10 60/10
**March [6]** 10/3 10/4
10/11 67/5 68/12 69/23
**market [2]** 7/2 7/3
**mass [1]** 8/5
**material [13]** 27/16
31/2 32/15 33/2 39/17
41/19 41/20 42/12
42/13 49/3 50/11 53/16
68/13
**materials [1]** 10/2
**matter [3]** 55/9 55/22
72/4
**matters [1]** 23/21
**may [23]** 5/13 6/13
8/19 14/18 15/12 16/8
20/23 21/15 24/12
34/13 38/3 40/19 44/7
44/9 45/7 46/14 48/25
50/6 53/14 55/15 65/14
70/19 70/20
**maybe [4]** 11/25 27/12
34/1 46/4
**me [35]** 4/16 7/6 7/17
10/6 10/14 10/20 14/10
15/4 16/12 20/19 21/25
23/1 24/7 27/11 31/15
31/15 33/19 37/20
41/14 41/15 42/25
44/11 46/21 47/6 48/8
56/15 56/19 56/20 59/1
59/2 62/9 64/8 67/15
70/23 71/3
**mean [66]** 8/23 9/13
9/19 9/24 17/22 22/2
23/1 23/3 23/6 23/25
25/11 25/17 26/6 26/10
26/19 27/7 29/5 29/6
29/9 32/3 32/21 33/8
34/25 35/2 35/3 35/5
41/21 41/25 42/4 43/21
44/6 46/3 46/21 48/8
48/18 52/11 52/18 57/9
58/16 61/3 61/4 61/5
61/7 62/7 62/21 63/15
63/19 63/22 63/24 64/2
64/7 65/25 66/5 66/11
67/7 67/10 67/17 67/22
67/25 68/2 68/6 68/7
68/10 69/6 69/11 70/12
**meaningful [1]** 10/3
10/9
**means [2]** 9/19 50/15
**meant [1]** 43/15
**mechanical [2]** 3/19
28/21
**meet [6]** 11/23 13/13
19/17 19/22 55/25
62/14
**meeting [1]** 11/4
**MEHTA [2]** 1/10 4/2
**memorialized [1]**
63/20
**memory [1]** 12/18
**mentioned [2]** 36/19
70/9
**Merit [1]** 3/15

**M**

merits [2] 31/15 31/16
met [3] 16/13 17/8 31/2
metadata [1] 50/22
methods [1] 31/19
metrics [1] 31/18
Microsoft [8] 16/18
16/23 16/24 17/2 17/9
17/20 17/24 26/24
mid [5] 65/8 65/8 66/1
66/5 67/6
mid-December [3]
65/8 66/1 66/5
mid-November [1]
65/8
middle [3] 60/21 63/11
63/12
midst [1] 31/3
might [4] 33/25 34/3
59/2 60/6
million [37] 17/9 20/24
21/5 21/7 21/11 21/18
22/7 22/11 22/18 23/19
24/22 25/9 25/15 25/18
25/23 27/1 27/25 27/25
28/5 28/17 29/1 30/6
31/14 31/23 32/5 32/6
32/9 32/22 33/17 33/23
34/2 34/3 34/10 34/13
35/11 35/16 36/14
mind [3] 8/12 41/11
68/5
minimize [1] 33/5
minimize $350,000 [1]
33/5
minimum [2] 46/8
50/11
minutes [1] 66/25
mischaracterizing [1]
30/16
misconduct [1] 48/3
misplacing [1] 21/16
miss [3] 27/21 27/23
28/3
missed [1] 28/2
missing [1] 65/23
misspeaking [1] 25/16
misspoke [1] 30/20
misstatement [1]
25/20
misunderstood [1]
11/25
modification [1] 33/25
modified [1] 27/9
mom [1] 33/9
moment [3] 9/3 23/3
59/25
Monday [3] 33/15 37/6
37/12
money [2] 26/20 33/6
month [3] 8/21 18/25
51/21
months [9] 28/9 28/11
29/13 36/4 57/13 57/21
58/10 61/4 63/4
more [15] 11/3 26/22
31/7 32/6 32/12 32/20
34/14 34/14 35/20

64/8 67/22
morning [2] 4/13 19/10
most [10] 21/16 29/19
30/25 33/5 34/8 34/9
41/6 60/13 64/14 64/14
motion [1] 58/17
move [6] 9/8 13/3
18/14 20/7 37/4 50/1
moved [5] 68/19 68/20
68/21 68/24 69/3
moves [1] 68/14
moving [3] 62/2 64/12
69/22
Mr [3] 11/15 15/11 56/8
Mr. [81]
Mr. Arteaga [8] 20/13
20/14 25/16 29/10
29/20 31/5 35/23 37/9
Mr. Arteaga's [1] 25/8
Mr. Cavanaugh [4]
11/14 13/23 39/23 40/8
Mr. Dintzer [14] 4/25
5/11 8/25 14/11 25/5
29/23 30/20 35/2 39/23
57/5 59/7 60/25 67/2
67/16
Mr. Dintzer's [2] 15/15
30/5
Mr. Kenneth [1] 4/7
Mr. Lowe [29] 37/22
38/14 38/23 39/4 39/25
41/11 42/2 43/3 43/12
43/13 43/20 45/15 46/8
46/20 46/24 47/8 47/11
47/14 47/15 47/17 48/1
50/13 50/15 51/5 52/17
53/8 53/20 54/16 54/23
Mr. Lowe's [6] 38/12
41/17 45/3 45/20 52/5
54/8
Mr. Sallet [1] 11/12
Mr. Schmidtlein [13]
7/17 8/12 10/20 13/10
16/23 17/19 57/8 59/2
62/9 63/23 65/1 65/19
66/10
Mr. Schmidtlein's [1]
69/14
Mr. Sunshine [1] 16/9
Ms. [17] 17/18 19/9
19/13 19/25 38/22
41/14 45/5 45/8 45/16
50/8 50/17 50/23 51/12
52/6 55/7 55/21 56/4
Ms. Kenney [6] 19/9
19/13 19/25 45/5 50/23
56/4
Ms. Kenney's [2] 50/17
55/21
Ms. Simons [1] 18/18
Ms. Waszmer [7] 41/14
45/8 45/16 50/8 51/12
52/6 55/7 55/21 56/4
Ms. Waszmer's [1]
38/22
much [3] 46/23 68/14
69/3

multi-billion-dollar [1]
33/6
my [27] 5/2 10/11
10/15 14/7 15/5 16/7
16/19 16/21 17/3 21/7
21/24 23/6 23/25 25/5
27/13 29/13 29/14
34/19 39/22 41/11
45/10 48/13 57/6 60/2
10/8 66/23 68/7

**N**

name [3] 50/20 50/20
59/16
names [4] 44/18 44/19
49/22 60/13
narrow [2] 11/8 57/8
narrower [1] 46/9
near [2] 6/21 8/6
nearly [1] 60/20
necessarily [2] 36/15
55/1
necessary [2] 10/6
54/13
need [24] 10/10 13/21
14/15 15/25 16/14
19/17 22/4 22/22 22/25
23/13 23/14 26/15 37/5
39/16 41/4 54/7 55/1
55/1 55/22 57/5 67/23
68/21 68/23 70/7
needing [1] 14/20
needs [5] 9/21 14/16
35/7 56/18 67/5
negotiate [5] 5/18
44/22 49/5 49/20 49/21
negotiated [5] 13/15
26/9 27/24 28/12 28/17
negotiating [3] 6/11
49/13 57/18
negotiation [5] 5/23
9/7 35/12 35/20 57/24
negotiations [3] 31/1
31/4 36/9
neither [1] 27/19
never [3] 19/1 23/16
25/2
new [8] 2/11 3/12
18/23 18/24 31/9 51/19
51/22 57/18
news [1] 8/23
next [12] 11/23 12/25
39/22 56/15 56/17
56/21 62/13 63/9 63/18
66/23 70/4 70/23
nice [1] 11/15
night [2] 58/14 58/18
nine [3] 21/2 21/3
31/23
no [21] 1/4 5/24 6/1
13/4 15/24 16/2 21/1
37/13 38/20 38/21
40/15 41/13 41/13
44/23 53/22 55/17
59/24 60/2 63/24 64/8
65/24
non [4] 17/10 23/9

non-custodians [1]
32/23
non-privileged [1]
17/10
non-responsive [2]
23/9 23/11
none [1] 43/8
nonpublic [1] 26/23
not [121]
note [5] 36/6 46/1
51/20 52/6 72/5
noted [3] 46/12 47/23
54/14
notes [4] 5/2 14/7
16/19 16/21
nothing [4] 5/22 11/6
13/11 63/24
notice [7] 6/23 7/1 7/8
40/4 40/5 40/6 69/16
noticed [6] 6/6 6/8
6/17 6/19 6/22 12/12
notices [4] 6/6 6/20 8/2
12/14
notion [1] 66/17
November [16] 5/25
6/10 6/13 7/9 8/21 9/17
12/13 12/14 35/1 35/3
60/21 62/20 63/6 63/11
65/8 70/4
now [20] 5/20 5/23
6/10 7/6 8/4 14/21
17/16 21/21 28/1 31/9
41/12 43/14 50/9 56/20
61/8 61/15 61/23 63/23
68/10 68/14
number [45] 21/7 21/9
21/9 21/11 21/25 21/25
22/1 22/15 22/15 22/19
22/20 23/19 23/23 24/4
24/5 24/5 24/7 24/8
24/22 24/25 25/10
25/11 25/19 25/22 26/1
26/2 26/6 27/5 29/24
30/1 30/6 30/14 34/1
34/3 38/22 39/1 39/2
45/21 46/2 46/5 50/8
52/19 59/18 63/14 64/8
number's [1] 21/21
numbers [3] 21/16
30/7 54/1
numerous [2] 36/8
62/16
NW [4] 1/14 3/3 3/7
3/17
NY [2] 2/11 3/12

**O**

objected [1] 37/20
objecting [2] 37/21
62/10
objections [2] 6/1
11/24
obligation [1] 61/14
obligations [1] 67/8
observation [1] 41/15
observations [2] 25/6
29/13

obtain [1] 42/20
obtained [2] 42/16
obvious [1] 9/24
obviously [10] 9/16
10/25 13/15 13/21
15/16 17/25 18/5 24/1
38/14 62/2
occur [1] 55/25
occurred [2] 20/19
72/5
October [14] 1/5 5/7
9/15 12/23 16/20 17/8
26/13 31/9 58/3 58/20
62/7 62/15 62/18 72/10
October 12th [1] 62/15
October 29th [1] 58/3
odds [2] 22/5 42/7
off [6] 8/16 10/16 18/7
38/5 38/8 68/4
offer [1] 49/4
offered [3] 42/17 47/14
53/23
Official [1] 3/16
offline [1] 19/22
oftentimes [1] 18/6
oh [2] 11/5 26/15
okay [47] 4/4 4/12 7/11
7/14 8/11 8/22 10/16
10/19 11/10 12/5 12/8
12/16 13/1 13/6 13/9
14/2 15/2 15/3 16/15
17/17 18/13 19/5 20/7
21/6 21/14 28/7 35/22
37/1 37/11 37/15 38/1
39/6 40/7 40/13 40/18
43/11 55/18 56/6 56/13
56/22 60/9 60/24 64/22
68/19 69/24 70/24 71/3
once [2] 19/8 44/10
one [31] 5/9 5/19 6/9
6/11 6/12 6/17 6/19
6/23 9/2 9/8 11/8 11/8
14/20 18/16 22/10 27/3
34/11 36/6 36/7 36/11
39/8 44/12 46/3 46/20
50/7 52/16 57/9 59/9
60/22 62/1 70/10
one's [1] 57/8
ones [4] 12/13 39/20
58/11 60/14
ongoing [5] 18/9 60/15
67/12 67/18 69/8
only [9] 11/8 12/6
30/11 30/13 41/18 43/9
67/13 67/18 70/12
open [1] 35/19
operating [1] 29/12
opportunity [2] 41/4
54/12
opposed [1] 36/15
optimal [1] 24/10
optimistic [1] 9/15
option [2] 34/24 46/22
order [7] 11/23 12/24
15/13 15/19 20/8 37/14
53/7
ordered [2] 7/10 26/24
organization [2] 42/3

**O**

organization... [1] 42/4
organizations [2]
41/23 53/20
original [2]  5/17 51/14
other [16]  6/20 6/22
21/8 23/8 27/4 27/23
34/12 38/15 42/17 46/3
46/18 47/9 48/12 48/20
50/13 52/24
others [6]  9/16 38/15
45/18 47/17 47/18
62/22
otherwise [1]  52/20
ought [8]  21/24 22/19
24/6 48/16 56/20 65/20
69/23 70/2
our [46]  5/7 6/14 6/25
7/8 9/13 9/14 9/15
11/18 11/20 12/24
13/19 14/9 14/10 15/21
17/10 17/12 17/25
18/20 18/21 18/24 20/7
25/2 26/9 26/10 30/7
30/18 32/3 32/11 36/3
36/19 40/3 50/19 54/14
58/17 58/21 58/24
58/24 61/4 62/7 63/20
63/21 66/6 66/20 68/12
69/9 70/6
ours [3]  7/2 25/11
25/15
ourselves [1]  65/10
out [29]  9/21 12/22
12/24 16/7 21/23 26/12
26/17 29/3 29/15 30/17
31/7 31/8 32/21 34/6
34/9 34/18 35/16 35/24
39/17 40/4 40/5 44/19
45/1 50/13 55/17 61/8
63/7 63/8 65/13
outside [2]  53/12 53/18
outstanding [2]  9/2
18/16
over [23]  5/7 13/14
13/15 16/7 17/9 23/21
24/9 24/12 27/6 27/16
28/19 29/1 33/17 33/23
34/13 34/15 36/12
37/19 59/20 60/16
60/18 63/4 66/7
overall [1]  19/24
overarching [1]  43/6
overbroad [1]  46/8
overlapped [1]  43/5
overly [1]  9/15
own [1]  27/13

**P**

p.m [3]  1/6 37/7 71/8
page [1]  59/11
pandemic [1]  72/6
papers [1]  20/20
paperwork [1]  57/6
parameters [2]  33/22
65/21
parent [1]  29/16
part [2]  53/10 68/23

participating [1]  44/22
participation [1]  41/23
particular [4]  23/11
30/19 39/9 49/21
particularized [1]
15/25
parties [26]  6/3 7/23
8/14 9/5 9/25 10/7
10/10 10/14 10/15
13/23 18/11 19/17 20/4
37/4 37/13 39/9 39/11
39/20 44/13 44/18
45/14 48/1 59/14 60/16
62/14 65/21
parties' [1]  61/14
partner [1]  26/20
partners [2]  67/23 69/6
party [13]  4/19 6/17
6/19 6/20 7/25 9/1 9/8
14/4 31/10 36/21 43/20
44/16 50/2
past [6]  4/20 14/5 25/2
28/18 36/8 67/14
Patel [1]  17/5
patient [1]  9/10
PATTERSON [1]  2/9
pbwt.com [1]  2/12
PC [2]  3/6 3/11
people [9]  43/2 43/4
43/10 43/11 46/18
51/10 60/18 64/1 66/6
percent [1]  16/20
percentage [2]  22/13
42/8
perfect [2]  20/1 27/20
perhaps [3]  24/4 33/18
40/9
period [1]  13/16
person [2]  22/4 41/2
perspective [2]  10/12
66/11
picture [1]  51/3
place [5]  6/10 6/18
42/11 58/23 60/22
plaintiff [3]  2/2 4/7
30/8
plaintiffs [27]  1/4 1/13
6/7 6/8 7/1 12/1 13/20
21/3 30/3 30/9 32/17
36/5 36/7 36/10 36/13
36/16 36/18 36/24
36/25 41/10 47/1 47/6
47/21 47/24 48/23
60/14 62/15
plaintiffs' [2]  21/4
32/11
plan [2]  6/21 7/8
platform [1]  62/25
player [1]  42/2
playing [1]  29/12
please [5]  5/14 39/21
44/15 63/3 72/5
pleased [1]  20/2
plus [1]  27/19
point [22]  5/3 5/17
12/23 25/16 26/1 30/5
50/5 39/7 39/24 40/2
40/11 40/17 40/25 41/1

55/22 66/7 67/25 68/2
pointed [1]  30/17
points [2]  29/22 45/8
pop [1]  33/9
position [17]  8/8 15/1
22/18 23/23 25/3 26/23
27/7 41/17 49/6 52/14
52/19 52/24 52/25
56/20 59/4 63/6 69/14
positions [1]  52/16
possibility [2]  40/24
43/23
possible [5]  33/19
34/10 35/9 35/17 36/3
post [1]  70/4
potential [3]  34/1
41/22 48/5
potentially [10]  27/15
27/17 31/11 31/12
42/12 43/11 45/24
46/14 46/18 60/15
power [1]  44/25
practice [2]  42/15
55/14
practices [1]  42/22
pre [2]  26/1 30/18
pre-de-duplication [2]
26/1 30/18
prejudice [1]  23/3
prepared [1]  70/11
preposterous [1]  63/5
presentations [1]
51/12
presented [2]  13/25
48/22
presumably [1]  14/5
presumptively [1]
32/15
pretty [2]  15/17 22/6
Prettyman [1]  3/16
prevents [1]  54/11
preview [1]  4/16
previewed [1]  20/6
primarily [1]  42/7
primary [1]  67/23
prior [4]  6/2 18/22
19/12 50/16
prioritize [1]  64/9
prioritized [4]  64/5
64/20 64/21 65/4
priority [1]  10/11
priv [1]  15/15
privacy [1]  69/5
priveledged [1]  44/21
privilege [22]  5/6 14/13
14/15 14/16 17/11
17/12 18/5 18/7 23/15
24/15 39/17 46/13 48/4
52/4 53/19 54/11 54/15
54/15 54/17 54/18 55/2
55/15
privileged [11]  17/10
22/24 28/20 29/2 41/19
42/9 42/12 42/13 53/1
53/16 55/11
probably [3]  11/22
55/13 65/2

probative [1]  49/4
51/8
problematic [1]  28/8
proceedings [4]  1/9
3/19 71/8 72/4
process [8]  6/12 7/22
10/2 14/6 18/7 18/12
54/8 58/16
processes [1]  34/7
produce [16]  8/14
14/24 14/25 19/13
26/24 35/9 35/18 38/16
49/7 49/10 50/23 59/5
60/17 60/20 60/23
66/15
produced [17]  3/19
17/9 18/1 18/6 23/10
24/18 29/19 31/10
38/14 39/4 39/5 49/14
51/15 60/12 60/13
61/10 65/3
producing [7]  5/22
14/25 15/15 38/25 47/4
61/24 63/10
product [1]  69/5
production [19]  5/4
5/5 5/17 11/19 14/23
16/18 16/25 18/14
18/17 19/3 36/3 50/14
50/18 51/19 54/16
57/12 57/15 66/20
69/18
productions [13]  5/9
7/25 8/7 10/8 17/23
18/20 18/21 19/10
19/12 19/16 19/18 20/4
69/19
productively [1]  17/15
professors [1]  43/3
progress [1]  58/17
projecting [1]  56/16
proof [1]  43/17
proposal [2]  32/7
46/16
proposed [4]  18/24
19/3 46/7 47/7
protected [1]  41/20
42/5 54/24 55/12
Protection [1]  2/3
protections [1]  53/2
protocol [3]  33/17 36/7
36/10
provide [2]  51/16 61/6
provided [4]  36/7
51/23 58/14 65/17
provides [1]  46/22
public [3]  41/2 43/14
44/24
publicly [1]  52/20
pull [7]  29/2 41/18 42/1
51/25 52/24 52/25
62/23
pulled [2]  52/10 62/21
pulling [1]  62/22
purports [1]  44/10
purposes [2]  24/23
25/3
push [2]  28/6 60/22

pushing [1]  8/18 9/11
put [14]  11/1 12/24
16/12 24/19 28/2 37/2
37/14 44/2 48/8 57/6
57/14 58/7 61/16 69/13
puts [1]  41/11

**Q**

question [17]  20/19
21/7 31/13 31/21 38/9
39/22 41/9 42/10 42/14
42/18 45/11 47/16 54/2
61/24 66/23 67/1 68/5
questioning [1]  65/14
questions [3]  19/24
27/3 70/13
quick [2]  4/18 14/3
quickly [10]  32/20 35/9
35/17 36/3 54/3 57/10
60/12 60/19 62/22
66/15
quite [3]  4/15 26/6 53/5
quotes [1]  59/11

**R**

raise [3]  7/6 66/21
66/24
raised [1]  70/15
raising [1]  7/5
Ralph [1]  2/4
ran [2]  45/2 45/3
range [2]  21/21 26/7
rather [6]  7/6 22/19
23/9 30/6 59/12 69/24
reach [1]  56/12
reached [3]  5/3 45/16
62/13
reaction [2]  7/18 16/10
reactions [1]  34/20
read [1]  33/20
reading [2]  20/20 61/4
ready [3]  4/4 9/6 70/7
real [4]  21/25 23/23
24/4 48/9
reality [1]  27/2
really [22]  11/7 11/8
22/18 24/5 24/6 24/10
30/6 31/8 39/11 39/15
39/20 41/4 42/4 42/14
42/20 44/11 44/20
46/10 49/15 50/4 55/9
61/9
Realtime [1]  3/15
reason [5]  9/24 38/5
41/9 49/5 65/15
reasonable [6]  10/9
26/18 49/13 61/20
65/10 66/11
receive [2]  13/18 50/10
received [9]  14/13
17/22 19/2 19/18 43/8
50/9 50/9 50/16 50/18
receiving [1]  41/12
recent [3]  5/9 50/14
64/14
recently [1]  50/9
recipients [1]  54/22
reconvene [1]  37/12

**R**

record [4] 23/10 56/2
66/17 72/3
recorded [1] 3/19
records [8] 24/10 34/9
37/21 42/8 46/5 50/12
55/23 69/18
recreated [1] 57/20
reduce [1] 55/2
reduced [1] 26/9
reference [1] 38/7
refresh [17] 5/19 6/15
10/25 11/3 11/7 11/8
14/19 14/23 15/21 16/2
57/2 62/3 62/10 63/3
66/21 67/5 69/17
refreshed [1] 65/11
refreshes [4] 65/4 65/5
69/15 69/22
refused [1] 26/12
refusing [1] 38/16
regard [7] 17/14 19/11
19/16 19/17 19/21
19/23 55/21
regarding [3] 6/3 30/23
36/9
regardless [1] 49/12
Registered [1] 3/15
regulators [1] 48/15
52/20
related [3] 41/22 41/24
57/24
relative [2] 31/15 31/16
relatively [7] 18/10
57/10 58/3 58/6 58/22
59/17 59/18
relevancy [1] 48/21
relevant [9] 14/4 48/16
48/19 50/12 51/11
52/18 52/22 58/12 69/3
remaining [1] 65/7
remember [1] 50/8
remotely [1] 72/7
remove [1] 23/8
repeatedly [2] 30/24
36/11
replace [1] 47/8
replacement [2] 47/13
51/24
Reporter [4] 3/14 3/15
3/15 3/16
reporting [1] 72/7
reports [6] 26/11 26/14
26/14 30/23 30/25 48/6
repository [2] 43/22
59/9
representation [1]
42/6
representations [1]
30/22
request [23] 5/5 11/18
11/21 12/12 12/24 13/18
15/20 16/4 37/23 41/21
41/25 44/14 45/25
47/18 57/2 57/4 58/24
59/19 61/9 62/7 62/8
63/20 63/21
request-specific [1]

requested [3] 11/19
21/3 24/9
requesting [2] 47/9
54/15
requests [12] 5/4 5/8
11/4 11/20 12/21 15/20
38/7 38/7 39/9 39/13
41/18 47/23
require [3] 32/5 32/11
46/8
required [2] 38/11 52/4
requires [2] 15/5 65/14
resisting [1] 62/10
resolution [3] 6/14
37/14 55/17
resolvable [1] 64/25
resolve [3] 9/5 11/24
13/24
resolved [4] 5/5 13/21
14/5 53/6
respect [19] 10/7 16/18
17/15 25/8 31/19 37/22
38/17 45/15 47/19 48/5
51/17 52/1 54/14 57/18
57/24 58/12 61/2 62/1
62/11
respond [4] 29/22 45/7
45/11 50/6
responded [2] 11/18
12/22
responding [1] 36/22
response [6] 7/18
11/22 12/5 49/10 57/3
61/9
responses [1] 5/25
responsive [19] 22/3
22/5 22/6 22/22 22/24
23/7 23/8 23/9 23/9
23/11 24/13 24/18
27/16 27/17 33/3 34/1
46/5 46/14 62/4
responsiveness [1]
23/4
result [3] 27/15 34/9
52/25
retaliation [1] 48/5
retrospect [1] 67/14
return [1] 46/11
returned [1] 20/23
rev [1] 26/21
revenue [1] 58/13
revenue-share [1]
58/13
review [39] 4/18 7/21
10/2 17/11 18/7 22/4
22/23 24/2 24/7 24/9
24/11 24/15 27/6 27/10
27/15 28/16 28/21
28/23 29/3 31/14 31/15
31/24 32/4 33/17 33/22
34/13 34/15 46/12 52/4
52/5 53/17 54/11 55/2
61/20 62/25 62/25 63/9
63/18 66/6
reviewed [5] 15/23
15/23 19/3 47/7 63/17
reviewers [1] 22/9

RF [1] 58/12
RFP [8] 5/15 5/24 11/8
13/17 57/3 57/4 59/11
61/3
RFPs [1] 6/5
right [34] 4/15 5/23
6/10 7/15 9/23 11/11
13/2 15/4 15/6 16/17
17/16 20/2 20/25 21/8
23/2 26/2 26/4 31/16
33/12 37/2 37/16 37/22
38/19 39/14 41/12 46/3
47/12 48/17 56/25
61/23 63/23 69/12 70/1
71/5
ripe [4] 4/20 4/22 5/22
16/8
RMR [2] 72/2 72/11
road [1] 41/5
rolling [3] 62/4 63/8
63/10
ROSATI [2] 3/6 3/11
rule [6] 36/21 52/14
61/4 61/17 61/17 63/3
Rule 26 [1] 61/4 61/17
63/3
run [14] 19/21 20/21
36/13 39/16 39/21
44/17 44/19 45/20
45/25 50/20 51/23
61/18 62/23 67/8

**S**

said [20] 13/13 14/25
19/9 19/13 20/20 26/15
28/15 31/6 34/12 35/14
36/23 43/12 43/13
47/14 48/22 51/20
52/16 57/8 70/15 70/18
Sallet [3] 2/2 4/8 11/12
same [2] 11/19 14/19
Samsung [15] 4/23 9/2
9/3 9/16 20/9 20/12
20/16 20/20 25/20 27/9
28/15 33/6 34/24 35/8
37/5
Samsung's [2] 22/18
26/18
Samsung-DOJ [1]
20/12
save [2] 8/19 35/12
saw [3] 16/21 16/24
20/14
say [30] 4/13 10/6
13/17 15/2 15/17 16/9
18/20 22/2 22/13 24/18
25/20 27/5 28/5 28/20
28/23 29/20 43/11
48/13 48/19 48/22 51/3
51/9 55/13 56/2 60/17
66/4 66/17 68/17 69/2
69/16
saying [4] 42/15 61/8
61/23 63/3
says [1] 68/18
scan [1] 44/19
scenario [1] 35/3

schedule [1] 34/24
16/5 16/12 25/13 65/7
70/7 71/2 71/3
scheduled [4] 6/10
62/6 64/9 65/12
scheduling [3] 9/20
9/22 64/13
Schmidtlein [15] 3/2
4/10 7/17 8/12 10/20
13/10 16/23 17/19 57/8
59/2 62/9 63/23 65/1
65/19 66/10
Schmidtlein's [1]
69/14
school [1] 43/3
scope [4] 13/16 45/24
59/19 61/14
scoped [1] 62/18
screen [1] 20/14
screens [1] 17/12
screighton [1] 3/9
SEA [1] 32/5
sealed [1] 43/1
search [66] 7/2 7/2 7/3
11/19 18/22 18/24
19/20 19/20 20/21 21/4
25/21 25/23 27/8 27/9
27/19 27/24 27/24
29/25 30/8 30/13 30/13
31/4 31/24 32/8 32/11
32/17 32/25 32/25
33/25 39/12 39/12
39/16 39/19 41/24
41/24 44/15 45/3 45/14
45/17 45/19 45/22
45/25 46/7 46/9 46/11
47/9 49/5 51/22 51/24
51/25 52/8 52/8 52/12
53/8 53/15 54/10 55/2
55/23 56/3 56/5 57/17
57/19 58/1 61/3 62/17
62/24
search-term [1] 19/20
31/4
searches [3] 37/21
37/25 46/11
searching [1] 60/18
second [12] 7/8 11/18
12/2 14/18 19/21 25/17
28/2 29/10 50/7 50/24
62/1 65/15
Section [1] 2/3
see [19] 6/24 11/15
14/15 14/15 14/16
14/22 29/2 37/13 43/5
49/16 50/3 50/22 51/2
53/8 53/25 54/4 60/5
67/24 71/6
seek [2] 27/10 47/2
47/17 47/18 47/25 68/9
seeking [5] 42/14 49/9
49/15 51/17 52/1
seem [3] 20/3 20/5
55/16
seemed [2] 16/4 55/7
seems [5] 16/1 21/25
29/14 42/17 43/15
seen [2] 44/1 44/4

Select [1] 30/3
send [2] 50/17 70/23
sense [7] 8/25 14/24
31/18 43/20 60/9 65/1
67/11
sensitive [1] 52/16
sensitivity [1] 49/22
sent [3] 18/24 40/4
63/2
separate [1] 63/22
separately [1] 12/11
September [12] 5/24
14/9 15/14 15/20 16/3
21/18 30/4 58/25 62/8
63/2 66/18 66/22
September 21st [1]
21/18
September 30th [1]
14/9
serious [5] 28/10 33/21
52/3 53/1 54/9
serve [1] 5/25
serves [1] 12/18
services [2] 59/21 60/7
set [19] 16/5 19/14
19/21 19/24 24/10
26/13 28/7 28/8 35/11
35/16 37/19 45/19 46/9
54/10 57/14 58/18
58/19 59/22 60/7
sets [1] 19/15
setting [2] 26/23 40/5
seven [3] 20/22 43/10
43/11
several [3] 7/23 36/4
39/1
share [4] 26/21 36/1
50/24 58/13
she [2] 19/9 52/7
shell [2] 26/16 29/5
shifted [2] 36/18 36/25
shifting [1] 36/20
shocked [1] 15/17
shop [1] 33/10
shortly [1] 11/5 15/12
should [17] 4/13 35/13
35/15 36/9 36/17 54/13
54/19 54/25 55/9 58/3
58/6 58/21 59/18 61/5
61/6 61/9 61/10
shouldn't [1] 22/13
showing [1] 15/24
side [1] 9/3
sided [1] 68/23
significance [1] 33/8
significant [7] 17/23
26/20 26/25 27/2 33/1
34/11 36/21
similar [1] 26/23
Simons [2] 17/2 17/18
simply [6] 24/17 30/15
47/12 48/12 51/10
69/16
since [6] 11/2 40/8
57/13 57/21 58/4 62/7
single [2] 22/10 59/9
sitting [1] 51/21
situation [1] 65/10

**S**

six [10]  11/21 12/1
12/6 13/18 47/2 47/5
47/13 47/15 51/10
51/24
size [1]  26/18
skeptical [1]  70/20
skis [1]  16/8
small [2]  9/4 59/18
smaller [1]  60/15
so [142]
so I think [8]  11/7
42/18 47/11 53/6 54/25
61/20 65/9 65/20
so it's [1]  22/7
so this has [1]  26/16
So this is [1]  47/16
some [36]  5/21 5/22
6/14 7/3 7/3 7/4 7/7
7/25 8/2 9/4 9/4 9/7
12/21 14/13 17/23
19/24 26/3 27/21 34/3
41/17 42/8 43/16 44/21
45/17 48/20 50/3 58/16
61/11 65/16 67/23
67/25 68/2 69/5 69/14
70/13 70/14
somebody [7]  22/2
43/22 48/13 48/15
52/17 52/22 62/12
somehow [2]  48/21
52/7
someone [1]  24/19
something [8]  14/21
28/10 29/20 42/1 56/15
66/10 68/9 70/23
sometime [1]  65/25
somewhere [2]  44/8
63/7
SONSINI [2]  3/6 3/10
soon [2]  18/11 71/7
sooner [3]  10/15 29/4
69/24
sorry [5]  11/25 15/9
29/8 57/3 59/25
sort [15]  4/20 5/3 7/5
7/21 8/2 8/19 9/6 9/14
20/24 22/4 42/4 59/7
59/13 60/7 65/20
sought [2]  57/25 59/6
sound [1]  33/21
sounds [2]  65/2 66/12
source [1]  42/16
sources [2]  42/19
48/20
span [1]  59/20
specific [4]  37/23
39/19 51/12 62/4
specificity [1]  26/22
specifics [1]  67/21
spigot [1]  68/4
squandered [1]  29/15
St [1]  3/3
stage [3]  5/23 9/7
37/20
stand [9]  4/19 5/1 7/16
10/21 14/11 16/25
17/20 18/17 56/21

start [5]  5/1 5/11 11/12
20/12 63/18
started [1]  62/22
starting [1]  25/15
state [2]  2/2 4/8
stated [1]  52/7
statement [1]  70/16
statements [3]  41/3
43/25 52/19
states [5]  1/1 1/3 1/10
4/5 46/24
status [3]  1/9 14/10
70/17
stay [1]  10/8
stenography [1]  3/19
steps [2]  56/17 56/22
Steve [1]  15/10
Steve Sunshine [1]
15/10
still [19]  5/16 5/23 6/12
8/4 9/7 9/25 17/25
18/11 22/22 22/25
23/13 23/14 24/7 24/8
24/14 54/5 54/7 54/9
55/17
streamline [1]  36/14
Street [3]  1/14 3/7
33/10
strings [12]  20/21
25/21 25/23 27/19
27/24 30/11 57/17
57/20 58/1 61/4 62/17
62/24
stuff [2]  28/14 51/6
subject [3]  33/1 46/18
72/6
subjected [1]  36/21
submission [1]  59/11
subpoena [2]  18/15
36/22
subpoenas [3]  8/6 9/1
49/11
subsequently [1]  18/6
subset [1]  58/15
substance [1]  7/5
substantial [8]  5/4
5/15 14/8 15/14 15/19
16/21 17/8 31/11
substantially [4]  8/20
18/3 36/2 39/3
substantively [1]
39/10
substitute [1]  51/1
substitutes [1]  43/2
sufficient [3]  20/5
42/20 69/16
suggested [1]  24/2
suggestion [1]  56/17
suggests [1]  46/4
suit [1]  61/19
Suite [2]  2/6 2/10
summation [1]  7/15
Sunshine [3]  15/10
15/11 16/9
supplement [5]  57/12
58/6 58/24 61/15 67/8
supplemental [1]  4/23

20/10
supplementation [4]
57/19 58/25 61/18 67/3
supplemented [1]
65/14
suppose [2]  33/24
34/16
supposed [3]  5/6
12/18 46/16
sure [17]  21/21 27/18
31/20 34/22 35/8 35/25
37/20 40/21 43/1 45/12
52/14 57/7 61/15 64/16
65/16 68/24 69/3
surprised [3]  16/10
30/9 64/23
Susan [2]  3/5 4/11
suspect [2]  26/6 65/18
sway [1]  44/11
swoop [1]  46/20
sworn [1]  70/16
sympathy [1]  69/14

**T**

table [1]  28/14
take [21]  6/18 8/23
10/10 10/10 10/17 20/8
22/1 25/9 25/9 26/9
28/5 28/25 29/11 39/16
47/14 47/15 50/11
65/13 65/20 70/2 71/6
taken [7]  7/1 12/11
21/18 23/22 24/21 25/2
27/7
takes [1]  62/23
taking [5]  6/9 8/8 8/9
12/11 24/24
talk [2]  33/14 56/3
talked [1]  63/23
talking [5]  18/4 33/9
34/2 34/2 45/4
TAR [15]  25/13 26/15
27/19 28/1 28/5 28/6
31/22 32/8 32/9 32/22
32/24 35/10 35/13 36/6
36/13
team [2]  50/17 63/17
tech [1]  68/20
technological [1]  72/7
technology [12]  24/2
24/6 24/9 24/11 27/6
27/10 27/14 28/3 31/14
33/16 33/22 34/13
tell [3]  43/14 44/6
49/25
ten [6]  6/9 15/18 15/20
57/13 58/10 63/4
tens [1]  63/15
term [4]  6/21 19/20
31/4 55/23
terms [61]  4/17 10/22
11/19 18/17 18/22
18/24 19/1 19/2 19/21
21/4 21/19 22/8 23/4
27/8 27/9 29/25 30/8
30/13 31/16 31/17
31/25 32/8 32/9 32/11

39/12 39/12 39/16
39/19 44/15 45/3 45/14
45/17 45/19 45/22
45/25 46/7 46/9 46/11
46/22 47/9 49/5 51/22
51/24 51/25 52/8 52/9
52/12 53/8 53/9 53/15
53/25 54/10 55/3 56/3
56/5 56/17 56/21
Terrific [1]  17/17
test [1]  50/5
testimony [1]  70/14
than [16]  15/18 22/15
22/20 25/19 27/5 30/6
32/7 34/4 34/14 34/14
39/4 41/12 64/8 65/19
67/13 69/24
thank [11]  5/13 7/20
11/17 16/16 19/7 37/17
50/5 55/19 56/23 56/24
71/6
Thank you [7]  5/13
7/20 16/16 37/17 56/23
56/24 71/6
Thanks [1]  71/7
Thanksgiving [1]  70/5
that [465]
that'll [1]  6/18
that's [52]  6/4 7/12
7/15 8/23 10/11 14/21
14/21 20/24 21/9 21/9
23/20 24/5 24/13 24/22
25/21 28/24 30/21 33/5
33/18 33/19 34/3 34/9
34/19 35/3 35/14 35/20
37/24 38/8 39/22 41/25
42/6 42/11 43/21 43/23
44/1 44/3 48/16 49/24
52/2 52/11 55/15 57/25
62/18 63/18 64/12
64/23 67/12 69/3 69/6
69/7 69/7 71/1
their [19]  8/7 8/15
11/22 11/24 14/6 19/14
24/23 25/20 30/23
31/24 57/14 58/7 61/11
62/5 62/11 65/18 67/8
67/11 67/23
them [58]  7/23 8/18
8/20 9/17 9/18 9/19
9/22 11/5 11/23 15/24
18/4 18/9 18/25 19/18
20/8 25/13 25/14 25/14
26/12 26/12 27/22 28/6
28/21 29/6 30/10 30/25
35/13 35/17 47/14 53/3
57/16 58/7 58/11 58/15
58/18 58/20 58/23
60/17 60/22 60/23
60/23 61/6 61/8 61/9
61/12 62/3 63/1 63/4
63/8 64/9 64/16 64/20
64/21 66/6 66/7 66/8
66/15 66/22
then [54]  4/18 4/21
4/23 5/8 5/9 5/12 9/20
9/20 9/21 11/1 13/20

40/3 16/14 18/14 18/14
20/7 20/9 20/10 20/22
22/4 23/7 23/16 24/1
26/14 28/1 28/6 33/17
33/17 34/20 35/5 35/10
35/16 35/23 37/9 37/18
41/15 45/11 46/12 47/1
47/8 53/16 53/17 53/25
55/17 56/10 61/1 63/1
65/6 65/14 66/6 69/9
70/17 70/23 71/2
theoretical [1]  48/6
theory [1]  40/9
there [34]  5/9 5/11 7/7
12/21 13/20 15/24 16/2
16/14 18/1 18/5 20/22
20/23 24/10 25/16 26/3
28/14 29/2 35/7 36/9
38/6 38/24 49/4 50/14
53/5 53/11 54/19 54/21
54/25 59/9 60/10 60/14
64/3 67/5 70/2
there's [25]  5/22 10/21
11/6 13/7 14/22 21/2
28/12 33/21 34/5 37/13
39/3 42/6 44/17 44/23
49/2 49/8 51/3 51/6
53/22 55/17 60/7 63/24
64/3 64/4 68/23
therefore [2]  45/21
72/6
these [35]  8/3 13/14
17/10 20/3 20/21 25/4
25/19 26/15 26/17
28/16 29/18 34/7 41/18
48/13 57/20 57/25 58/4
58/6 58/9 58/19 58/21
58/21 59/10 60/19 61/3
61/5 62/4 63/7 63/10
63/25 64/4 64/15 67/23
69/18 69/18
they [90]
they'd [2]  29/3 35/13
they're [16]  12/4 22/24
26/23 35/10 35/15
44/24 47/8 47/17 47/23
52/1 57/16 59/19 61/8
61/24 67/22 67/24
they've [7]  23/22 25/2
34/6 36/8 36/11 44/2
51/22
thing [6]  14/14 14/18
25/17 36/6 64/14 68/19
things [12]  4/19 5/1
7/16 10/21 17/19 20/3
36/14 37/3 56/21 59/8
64/4 70/20
think [89]
thinking [2]  34/19 55/8
third [26]  4/19 5/5 6/3
6/17 6/19 6/20 7/22
7/25 8/14 9/1 9/5 9/8
9/25 10/7 10/14 14/4
20/4 31/10 36/21 39/11
39/19 43/20 44/13
44/16 48/1 59/14
third-party [9]  4/19
6/17 6/19 6/20 7/25 9/1

**T**

**third-party... [3]** 14/4 43/20 44/16

**this [96]**

**those [48]** 4/22 5/22 10/2 10/8 10/15 11/5 11/5 12/6 13/21 19/11 19/16 19/17 21/3 22/10 23/17 24/19 26/14 29/2 30/20 31/18 31/19 39/12 39/21 44/18 45/22 46/18 47/5 47/9 47/13 47/15 47/20 47/25 49/23 50/3 50/21 51/16 52/9 54/4 56/9 57/24 59/18 60/20 61/2 62/25 65/3 65/25 65/6 68/22

**though [3]** 27/22 41/1 51/9

**thought [5]** 13/16 23/6 50/25 56/2 56/7

**thoughts [1]** 17/19 25/5 25/7

**thousands [3]** 45/24 51/15 63/16

**three [5]** 12/12 21/10 28/9 28/11 36/7

**throes [1]** 66/19

**through [22]** 4/17 5/2 5/4 5/5 14/6 28/6 28/16 32/20 34/7 43/5 50/11 50/21 52/8 53/15 54/4 55/8 56/11 61/19 64/16 67/5 67/6 68/2

**thrown [1]** 38/5

**Thursday [1]** 56/15

**tied [1]** 50/2

**time [20]** 10/3 10/24 11/2 13/16 16/15 20/5 28/13 28/19 29/1 31/17 35/12 39/5 54/4 54/6 61/15 62/23 64/15 65/15 68/14 69/20

**time-consuming [1]** 69/20

**timeline [1]** 9/9

**times [1]** 36/8

**timetable [1]** 61/25

**timing [2]** 8/2 24/1

**titled [1]** 72/4

**today [17]** 4/21 5/20 11/9 18/21 19/4 19/12 19/14 19/15 19/19 19/23 19/25 30/10 38/25 47/5 50/18 50/23 70/8

**together [1]** 6/7

**told [5]** 30/8 30/10 36/10 62/15 64/7

**tomorrow [1]** 6/18 60/17 70/19

**too [2]** 26/15 43/25

**took [4]** 6/25 6/25 7/2 70/9

**top [3]** 27/22 28/1 28/9

**topic [1]** 13/3

**topics [1]** 70/11

**tough [2]** 53/3 53/4

**track [1]** 10/8

**trade [1]** 49/22

**tranche [1]** 50/24

**transcript [4]** 1/9 3/19 30/19 72/3

**transcription [1]** 3/19

**transcripts [1]** 6/2

**transfer [1]** 62/24

**transmitted [1]** 11/2

**trial [7]** 39/25 40/14 40/17 61/19 68/2 68/15 68/17

**trickle [1]** 5/16

**trickled [1]** 26/12

**trickling [1]** 10/1

**tried [1]** 45/1

**true [3]** 28/24 30/6 30/14

**try [6]** 11/24 49/21 55/16 56/12 61/1 63/7

**trying [17]** 7/24 9/5 21/23 26/16 29/18 31/6 35/5 36/2 36/4 42/21 49/16 51/7 51/7 53/6 55/6 55/6 55/10

**Tuesday [2]** 11/5 70/25

**tuned [1]** 52/9

**turn [9]** 4/21 4/25 7/17 10/20 11/11 16/17 37/18 57/1 68/4

**turned [1]** 5/7

**turns [1]** 65/13

**two [10]** 12/11 19/15 27/3 31/18 31/19 32/19 32/22 35/4 43/3 68/23

**two-sided [1]** 68/23

**TYLER [1]** 2/9

**type [1]** 68/19

**types [5]** 24/19 59/12 59/13 60/11 69/18

**typically [2]** 23/20 24/22

**U**

**U.S [2]** 1/13 20/10

**ultimately [3]** 39/4 45/20 46/10

**unable [1]** 70/13

**uncertain [1]** 24/3

**under [6]** 25/15 32/7 35/3 35/8 36/21 63/3

**underlies [1]** 47/20

**underlying [5]** 46/25 47/19 47/25 51/18 52/2

**understand [17]** 16/10 21/8 23/5 27/11 31/21 34/24 37/21 41/8 44/2 49/6 49/21 50/23 53/14 58/22 64/2 67/22 69/1

**understanding [5]** 21/12 27/12 27/13 27/13 56/12

**understands [2]** 50/1 65/19

**Unfortunately [1]** 59/17

**unique [1]** 30/10

**Unit [1]** 2/4

**UNITED [4]** 1/1 1/3 1/10 4/5

**United States of [1]** 4/5

**universe [7]** 21/22 24/10 24/12 27/16 45/2 55/10 55/11

**unless [1]** 7/5

**unlikely [2]** 33/3 69/7

**unnecessary [3]** 33/1 36/17 55/16

**unrealistic [1]** 35/3

**unsure [1]** 22/17

**until [8]** 5/25 14/23 26/13 30/4 31/1 61/19 66/18 70/18

**unusual [1]** 67/10

**up [21]** 7/24 12/21 14/5 18/2 18/10 23/20 25/4 28/7 34/14 36/2 37/5 42/17 50/3 53/8 53/25 62/20 65/13 66/5 68/2 68/18 70/3

**update [5]** 5/1 7/12 14/4 17/7 17/18

**updates [2]** 4/17 20/7

**upon [9]** 6/14 18/22 20/22 21/2 21/3 33/20 45/22 48/19 54/10

**urge [1]** 53/10

**us [29]** 13/8 13/11 15/22 19/1 26/10 26/12 26/16 28/11 28/17 30/16 30/21 30/24 31/3 33/1 43/14 43/15 43/16 44/16 49/5 49/19 50/17 54/11 56/9 62/15 63/2 65/19 66/22 67/20 70/16

**usdoj.gov [1]** 1/16

**use [4]** 27/10 53/15 57/16 68/13

**used [21]** 57/14

**useful [2]** 7/4 30/25

**using [2]** 24/11 27/5

**utilizing [1]** 11/19

**V**

**various [4]** 4/19 7/22 20/4 60/16

**vast [1]** 22/12

**vendor [2]** 32/7 32/12

**venue [1]** 10/23

**versus [4]** 4/6 31/14 31/24 32/10

**very [11]** 8/6 8/6 10/1 16/3 31/2 32/25 38/23 46/23 48/25 49/13 63/17

**vet [1]** 41/4

**VIA [1]** 1/9

**view [2]** 43/19 67/8

**Vince [1]** 17/4

**volume [11]** 19/11 19/24 24/1 26/25 27/2 49/10 49/13 49/14 51/4 51/7 69/18

**volumes [2]** 49/9 49/15

**vs [1]** 1/5

**W**

**W.H [1]** 3/10

**waited [1]** 66/18

**waiting [5]** 5/25 12/4 31/1 51/21 63/17

**want [22]** 4/17 16/7 17/3 19/7 25/14 28/25 31/20 33/4 34/24 36/13 36/24 42/12 43/19 50/2 52/6 66/17 66/24 67/2 67/21 68/16 71/2 71/3

**wanted [7]** 6/16 10/5 10/5 10/21 29/22 58/2 70/16

**wants [2]** 25/12 35/6

**was [53]** 5/6 5/9 7/3 7/4 12/18 12/21 13/4 13/16 14/9 15/24 16/2 16/12 16/19 17/8 18/1 19/12 20/20 21/17 21/20 23/7 25/21 25/23 25/23 25/23 25/25 26/1 26/3 26/7 26/13 27/9 28/4 28/10 29/25 30/11 30/19 38/5 38/6 38/6 40/9 40/22 40/24 41/10 44/6 44/23 49/6 55/6 62/13 63/20 64/23 66/20 70/10 70/11 70/12

**Washington [5]** 1/5 1/14 3/3 3/8 3/17

**wasn't [2]** 32/16 44/7

**wasteful [1]** 32/14

**Waszmer [10]** 3/10 4/11 19/7 41/14 45/8 45/16 50/8 51/12 52/6 55/7

**Waszmer's [1]** 38/22

**way [21]** 10/3 10/9 14/6 14/19 29/19 31/8 35/24 37/15 40/4 43/22 44/22 49/2 49/5 49/8 49/19 52/2 53/11 55/5 56/11 61/16 69/14

**ways [2]** 46/2 55/1

**wc.com [1]** 3/4

**we [328]**

**we believe [12]** 12/23 25/15 26/17 28/13 35/7 35/14 46/6 54/17 55/1 58/3 58/5 70/10

**we believed [1]** 51/11

**we will [7]** 6/15 10/25 13/18 13/21 19/21 51/2 54/9

**we'd [16]** 5/5 18/5 18/25 29/3 29/3 43/16 47/12 53/12 53/14 55/24

**WEBB [1]** 2/9

**week [14]** 11/6 11/23 12/25 15/15 17/23 54/6 55/21 56/1 56/19 62/13 63/10 63/18 66/12 70/23

**weeks [5]** 12/19 35/4 36/7 58/25 61/11

**weigh [1]** 46/16

**welcome [2]** 17/6 54/12

**well [36]** 4/14 7/3 7/15 8/17 11/11 11/22 15/4 16/7 17/3 17/14 18/2 20/2 22/21 23/15 23/17 24/14 24/23 25/10 28/3 29/7 33/4 35/2 37/10 38/24 46/6 46/23 59/1 59/3 60/8 61/8 61/13 62/12 67/15 68/3 69/13 71/6

**Wendy [3]** 3/10 4/11 19/7

**Wendy Waszmer [1]** 19/7

**went [2]** 7/3 19/2

**were [28]** 5/4 9/15 11/20 13/2 13/17 13/24 14/25 15/17 19/21 26/7 28/10 29/20 29/25 30/1 30/18 30/21 31/23 32/4 32/10 32/10 32/22 50/25 10 57/13

**W**

**were... [4]** 57/20 57/21 58/17 66/19
**weren't [2]** 32/25 64/5
**wfcavanaugh [1]** 2/12
**what [60]** 12/17 13/16 14/15 14/25 18/1 19/3 21/20 22/12 27/3 27/11 27/22 28/15 29/17 30/16 30/19 31/2 33/13 33/20 33/22 34/8 34/19 35/20 37/14 39/4 39/11 40/8 40/14 42/15 43/15 45/2 45/19 48/21 49/4 49/16 49/24 50/14 51/2 51/4 52/13 53/6 53/8 55/9 57/23 57/25 59/21 61/24 62/15 63/22 63/23 64/2 64/18 64/23 65/21 67/7 67/24 68/9 68/16 68/16 69/13 70/20
**what's [5]** 8/25 22/14 59/4 65/21 67/15
**whatever [2]** 25/13 65/13
**when [22]** 7/5 16/15 18/5 18/6 21/25 22/7 25/14 26/13 26/22 28/23 30/12 30/25 31/3 36/21 36/22 47/14 59/4 62/15 62/18 63/23 66/18 68/5
**where [26]** 4/19 5/1 5/3 6/4 7/13 7/16 10/21 14/11 16/25 17/19 18/16 20/13 20/25 23/21 29/1 29/17 31/9 33/13 37/13 40/23 53/25 54/3 56/16 56/21 62/14 65/10
**whereas [1]** 46/19
**whereby [1]** 28/19
**whether [17]** 22/24 24/6 24/8 24/10 25/13 25/17 37/5 37/19 38/11 39/24 42/13 42/16 43/5 43/23 44/17 55/14 56/18
**which [36]** 5/20 6/21 8/13 11/19 12/10 14/9 17/8 19/20 20/8 23/19 25/22 27/14 30/3 32/8 32/19 41/12 41/14 41/16 41/22 42/14 42/21 46/17 48/9 50/24 53/17 55/7 55/8 56/16 62/16 63/24 67/13 67/18 68/11 69/2 69/4 70/11
**while [1]** 33/7
**whittling [1]** 55/10
**who [9]** 9/21 17/3 41/2 43/3 48/10 48/13 48/15 52/17 62/20
**who's [2]** 43/22 62/13
**whoa [3]** 68/21 68/21 68/21

**whole [1]** 41/24
**wholesale [1]** 38/16
**wholesome [1]** 13/25
**wholly [1]** 43/15
**whom [1]** 51/15
**whose [2]** 31/7 43/4
**why [16]** 4/25 5/11 21/24 22/2 22/17 27/14 37/4 38/8 42/18 42/19 42/19 56/14 56/14 57/5 60/25 70/22
**will [27]** 6/15 8/13 10/25 11/23 13/17 13/18 13/21 16/9 18/21 19/3 19/21 28/3 28/14 38/11 38/24 39/4 41/5 43/1 44/23 49/10 51/1 51/2 54/9 55/22 56/3 56/9 65/5
**William [6]** 2/8 3/14 4/9 72/2 72/10 72/11
**WILLIAMS [1]** 3/2
**willing [2]** 44/20 44/22
**WILSON [2]** 3/6 3/10
**within [2]** 55/25 63/4
**without [3]** 24/19 43/10 60/13
**witness [6]** 40/1 40/14 40/17 43/14 43/20 70/10
**witnesses [3]** 8/15 66/15 70/10
**won't [2]** 5/20 49/6
**word [4]** 24/4 29/15 31/16 35/23
**words [4]** 21/8 23/8 48/14 50/13
**work [4]** 44/23 54/4 55/16 56/11
**worked [2]** 16/3 35/16
**working [7]** 9/12 14/5 17/15 60/12 62/22 63/7 65/1
**world [7]** 26/19 59/20 59/22 60/16 68/9 68/11 68/14
**world's [6]** 68/19 68/20 68/21 68/24 69/1 69/3
**worse [1]** 57/9
**would [54]** 7/6 19/14 23/13 27/8 27/8 28/5 28/18 28/20 30/25 31/8 32/5 32/11 32/14 32/22 33/1 33/22 34/4 34/25 35/11 35/21 36/15 36/24 42/1 43/9 45/2 45/20 45/22 45/23 46/1 46/8 46/13 47/11 47/12 49/4 50/1 50/10 51/9 51/16 51/20 51/23 51/25 52/4 53/10 54/7 54/12 54/18 56/2 58/19 61/12 61/18 62/3 64/14 69/13 70/21
**wouldn't [2]** 47/1 64/3
**wrap [1]** 36/2
**wrapped [1]** 18/10
**wrong [1]** 24/8

**wwaszmer [1]** 3/13

**Y**

**Yeah [10]** 23/12 26/5 33/11 38/4 43/18 44/5 48/7 49/18 55/4 69/1
**year [2]** 29/14 68/10
**years [2]** 23/22 36/12
**Yelp [30]** 4/22 18/15 18/15 18/17 18/19 19/13 20/9 37/19 37/19 37/20 37/21 38/3 38/11 39/11 40/8 40/23 42/11 42/14 42/15 42/17 42/21 43/4 43/16 44/17 46/22 48/14 49/10 49/14 50/9 52/21
**Yelp's [5]** 38/6 41/3 43/13 43/14 49/6
**yes [14]** 12/3 12/20 15/8 15/11 17/21 20/15 21/13 29/21 32/2 37/8 38/10 41/10 45/6 50/7 52/14 53/5 63/13
**yet [6]** 11/6 14/13 47/6 52/14 53/5 63/13
**York [2]** 2/11 3/12
**you [154]**
**you know [1]** 16/4
**you'd [1]** 45/10
**you'll [3]** 5/1 15/4 16/12
**you're [7]** 8/13 27/14 31/22 42/14 42/20 43/21 59/5
**you've [7]** 20/23 22/12 24/2 24/9 27/7 50/9 54/4
**your [118]**
**Your Honor [92]**
**Your Honor's [2]** 15/13 36/1
**yourselves [1]** 33/15

**Z**

**Zaremba [4]** 3/14 72/2 72/10 72/11
**ZOOM [1]** 1/9