IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## JOINT STATUS REPORT

In accordance with the Court's October 29, 2021 Order, Google and Yelp Inc. ("Yelp") provide this status report regarding remaining custodian issues. The parties met and conferred regarding proposed approaches to search terms and filtering of Mr. Lowe's custodial documents. Today, Yelp has provided search hit reports containing de-duplicated hit counts for (1) the agreed-upon search terms used for the first set of custodians produced in response to Google's subpoena; and (2) a narrower second set of terms proposed by Yelp, in order to facilitate the parties' resolution of this issue. The parties propose to submit another joint status report on

November 11, 2021, and will advise the Court whether the dispute has been resolved and if not, seek the Court's assistance.

Dated: November 4, 2021

                                  Respectfully submitted,

By: _____
WILSON SONSINI GOODRICH & ROSATI P.C.
Wendy Huang Waszmer (D.C. Bar No. 478725)
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1301 Avenue of the Americas
New York, New York 10019
Tel: 212-497-7702
wwaszmer@wsgr.com

1700 K St, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

WILLIAMS & CONNOLLY LLP
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
725 12th Street, NW
Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
Matthew McGinnis (*pro hac vice*)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*


HUESTON HENNIGAN LLP
Douglas J. Dixon (*pro hac vice*)
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Tel:  949-229-8640

*Counsel for Non-Party Yelp Inc.*

*/s/ Serine Consolino*
AEGIS LAW GROUP LLP
Serine Consolino (D.C. Bar No. 1033847)
Market Square West – Suite 740
801 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel: 202-706-7031

*Counsel for Non-Party Yelp Inc.*