# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

| | |
|---|---|
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## JOINT STATUS REPORT

Google and Yelp Inc. ("Yelp") provide this status report regarding remaining custodian issues.  Google and Yelp have met and conferred, but have not reached an agreement as of today. If a resolution has not been reached by Tuesday, November 16, 2021, Google and Yelp propose to submit simultaneous briefing statements in order to seek the Court's assistance at the next status conference on November 30, 2021.

Dated: November 11, 2021

Respectfully submitted,

By: _____

WILSON SONSINI GOODRICH & ROSATI P.C.
Wendy Huang Waszmer (D.C. Bar No. 478725)
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1301 Avenue of the Americas
New York, New York 10019
Tel: 212-497-7702
wwaszmer@wsgr.com

1700 K St, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

WILLIAMS & CONNOLLY LLP
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
725 12th Street, NW
Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
Matthew McGinnis (*pro hac vice*)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*



HUESTON HENNIGAN LLP
Douglas J. Dixon (*pro hac vice*)
Ellen C. Kenney (*pro hac vice*)
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Tel: 949-229-8640

523 West 6th St., Suite 400
Los Angeles, CA 90014
Tel: 213-788-4274

*Counsel for Non-Party Yelp Inc.*

*/s/ Serine Consolino*

AEGIS LAW GROUP LLP
Serine Consolino (D.C. Bar No. 1033847)
Market Square West – Suite 740
801 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel: 202-706-7031

*Counsel for Non-Party Yelp Inc.*