IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## JOINT STATUS REPORT

In accordance with the Court's November 12, 2021 Order, Google and Yelp Inc. ("Yelp") provide this status report regarding the discovery dispute regarding the custodial documents of Luther Lowe.  The parties have resolved their dispute as follows: (1) Yelp will review and produce responsive documents from a set of 4,348 documents that hit on agreed search terms, but exclude documents containing attorney names and emails Yelp exchanged with third parties; (2) Yelp will review and produce responsive correspondence from Plaintiffs; and (3) Yelp will produce either a document-by-document or a categorical privilege log, the scope of which the

parties are negotiating, for custodial data it has reviewed by December 13, 2021. Google reserves the right to raise questions and/or issues with Yelp regarding the forthcoming productions and the privilege claims asserted in the privilege log to be produced, but otherwise is not seeking additional production of documents from Mr. Lowe's records.

Dated: November 17, 2021

                        Respectfully submitted,

By: _____
WILSON SONSINI GOODRICH & ROSATI P.C.
Wendy Huang Waszmer (D.C. Bar No. 478725)
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1301 Avenue of the Americas
New York, New York 10019
Tel: 212-497-7702
wwaszmer@wsgr.com

1700 K St, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

WILLIAMS & CONNOLLY LLP
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
725 12th Street, NW
Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
Matthew McGinnis (*pro hac vice*)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*


HUESTON HENNIGAN LLP
Douglas J. Dixon (*pro hac vice*)
Ellen C. Kenney (*pro hac vice*)
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Tel: 949-229-8640

523 West 6th St., Suite 400
Los Angeles, CA 90014
Tel: 213-788-4274

*Counsel for Non-Party Yelp Inc.*

*/s/ Serine Consolino*
AEGIS LAW GROUP LLP
Serine Consolino (D.C. Bar No. 1033847)
Market Square West – Suite 740
801 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel: 202-706-7031

*Counsel for Non-Party Yelp Inc.*