IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Extend Discovery Deadlines and the entire record herein, it is ORDERED that Plaintiffs' Motion to Extend Discovery Deadlines be and is hereby GRANTED; and the Amended Scheduling and Case Management Order entered on February 3, 2021, ECF No. 108-1, is hereby amended as follows:

| Event | Calculation of Date | Extension Date |
|---|---|---|
| Completion of fact discovery except for requests for admission for authentication of or admissibility of documents, data or other evidence; parties to certify completion of production (including providing all privilege logs) | 546 days after fact discovery begins | 6/20/2022 |

| | | |
|---|---|---|
| Deadline for Parties to serve opening expert disclosures in accordance with Rule 26(a)(2)(B). Parties to make simultaneous exchange of all opening reports for either side. | 30 days after close of fact discovery | 7/20/2022 |
| Deadline for service of requests for admission for authentication of or admissibility of documents, data or other evidence | 60 days after close of fact discovery | 8/19/2022 |
| Deadline for Parties to serve rebuttal expert report(s) | 60 days after service of opening reports | 9/18/2022 |
| Deadline for Parties to serve reply expert report(s) | 50 days after service of rebuttal expert reports | 11/7/2022 |
| Close of expert discovery | 45 days after service of final expert reports | 12/6/2022 |
| First day to file dispositive motions without leave of Court | Close of expert discovery | 12/6/2022 |
| Post-discovery Status Conference | To be decided by the Court after close of expert discovery | TBD |
| Deadline to file motions for summary judgment and *Daubert* motions | 30 days after close of expert discovery | 1/22/2023 |
| Deadline to file oppositions to motions for summary judgment and *Daubert* motions | 45 days after service of summary judgment or *Daubert* motion(s) | 3/8/2023 |
| Deadline to file replies concerning motions for summary judgment or *Daubert* motions | 30 days after service of oppositions to *Daubert* or summary judgment motions | 4/9/2023 |

All other dates, including the trial date, would remain unchanged. SO ORDERED.

Dated: _____, 2021

_____
Amit P. Mehta
United States District Court Judge