AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America, et al. <br> *Plaintiff* <br> v. <br> Google LLC <br> *Defendant* | Case No. 1:20-cv-03010-APM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 11/29/2021

/s/ Christopher K. VanDeusen
*Attorney's signature*

Christopher K. VanDeusen (MA Bar No. 699275)
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 7100
Washington, DC 20530
*Address*

christopher.vandeusen@usdoj.gov
*E-mail address*

(202) 549-6120
*Telephone number*

(202) 616-8544
*FAX number*