IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,   )
                                    )
          Plaintiffs,               )
                                    )   CV No. 20-3010
       vs.                          )   Washington, D.C.
                                    )   November 30, 2021
GOOGLE LLC,                         )   11:00 a.m.
                                    )
          Defendant.                )
_____)



TRANSCRIPT OF
JOINT STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For DOJ Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov

APPEARANCES CONTINUED:

For Plaintiff
State of Colorado:                William F. Cavanaugh, Jr.
                                  PATTERSON BELKNAP
                                  WEBB & TYLER LLP
                                  1133 Avenue of the Americas
                                  Suite 2200
                                  New York, NY 10036-6710
                                  (212) 335-2793
                                  Email: wfcavanaugh@pbwt.com

                                  Jonathan Bruce Sallet
                                  COLORADO DEPARTMENT OF LAW
                                  Consumer Protection Section,
                                  Antitrust Unit
                                  Ralph L. Carr
                                  Colorado Judicial Center
                                  1300 Broadway
                                  Suite 7th Floor
                                  Denver, CO 80203
                                  (720) 508-6000
                                  Email: jon.sallet@coag.gov

APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               WILLIAMS & CONNOLLY LLP
                               725 12th St., NW
                               Washington, D.C. 20005
                               (202) 434-5000
                               Email: jschmidtlein@wc.com

                               Wendy W.H. Waszmer
                               WILSON SONSINI
                               GOODRICH & ROSATI, PC
                               1301 Avenue of the Americas
                               40th Floor
                               New York, NY 10019
                               (212) 497-7702
                               Email: wwaszmer@wsgr.com

For Non-Party Petitioner
Microsoft Corporation:         Caroline Simons
                               (via Zoom)
                               222 Berkeley Street
                               Suite 2000
                               Boston, MA 02116
                               (617) 880-1800
                               Email: csimons@orrick.com

                               Haley P. Tynes
                               (via Zoom)
                               ORRICK,
                               HERRINGTON & SUTCLIFFE LLP
                               1152 15th Street, NW
                               Washington, D.C. 20005
                               (202) 339-8400
                               Email: htynes@orrick.com

                               Vincent H. Cohen, Jr.
                               Amisha Patel
                               (via Zoom)
                               DECHERT LLP
                               1900 K Street, NW
                               Washington, D.C. 20006
                               (202) 261-3432
                               Email:
                               vincent.cohen@dechert.com
                               Email:
                               amisha.patel@dechert.com

APPEARANCES CONTINUED:

For Non-Party
Petitioner Apple Inc.:          Steven C. Sunshine
                                (via Zoom)
                                SKADDEN, ARPS, SLATE,
                                MEAGHER & FLOM LLP
                                1440 New York Avenue, NW
                                Washington, D.C. 20005
                                (202) 371-7860
                                Email:
                                steven.sunshine@skadden.com


For Third-Party
Samsung:                        Juan Arteaga
                                CROWELL & MORING LLP
                                590 Madison Avenue
                                New York, NY 10022
                                (212) 803-4053
                                Email: jarteaga@crowell.com


Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1           P R O C E E D I N G S

2           COURTROOM DEPUTY:  All rise.  The Honorable

3    Amit P. Mehta presiding.

4           THE COURT:  Good morning, everyone.  Please be

5    seated.

6           COURTROOM DEPUTY:  Your Honor, this is

7    Civil Action 20-3010, United States of America, et al.,

8    versus Google LLC.

9           Kenneth Dintzer for the DOJ Plaintiffs.

10          William Cavanaugh and Jonathan Sallet for the

11   Colorado Plaintiffs.

12          And John Schmidtlein on behalf of Google LLC.

13          THE COURT:  Okay, Counsel.  Welcome to everyone

14   who's both here and those of you who are here remotely.

15          All right.  So we're back for one of our regular

16   status conferences.  The parties have sort of submitted

17   their Joint Status Report and there are a few issues that we

18   need to deal with, but let's just get started with sort of a

19   general update.

20          And I've read the parties' Status Report, and so

21   you don't need to go back through anything that's in there.

22   But if there's anything either side wants to just raise or

23   highlight about where things stand with respect to

24   discovery, either documents or depositions, then let's

25   go ahead and talk about it.

1          So why don't we start with the DOJ.

2          And, Mr. Dintzer, we'll begin with you.

3          MR. DINTZER:  May I unmask?

4          THE COURT:  You may, yes.

5          MR. DINTZER:  Thank you, Your Honor, and may it

6    please the Court.

7          I don't want to re-tread anything that's in our

8    JSR.

9          We have continued, of course, to do depositions

10   and issue document subpoenas.  There's been 108 entities

11   that have been subpoenaed.

12          And just so the Court understands, both -- all

13   three parties have cross-noticed every single third-party

14   entity.  So once there's a first mover, the other parties

15   cross-subpoena.

16          The United States Plaintiffs have been the first

17   mover for 61, Google for 25, and the Colorado Plaintiffs for

18   22.  And we have noticed 36 depositions; 18 are complete, 15

19   are scheduled, three are being scheduled, including the one

20   that we've asked the Court to weigh in on today.

21          And so other than that, the only other thing is we

22   had -- Samsung -- we and Samsung were in front of the Court

23   last time discussing document production.  They have started

24   producing documents; they're at about the 30,000-document

25   mark.  They've committed to being substantially complete

```
 1  December 10th.
 2              THE COURT:  Okay.
 3              Well, that touched on an issue I was going to
 4  raise later regarding the Samsung production.
 5              So while we're on the subject, does counsel for
 6  Samsung -- Mr. Arteaga, are you on the line?
 7              MR. ARTEAGA:  Yes, I'm on the line.
 8              THE COURT:  Hi, Mr. Arteaga.
 9              Do you want to just -- any response or any update
10  you'd like to provide in terms of your progress of meeting
11  the substantial completion date for Samsung's production?
12              MR. ARTEAGA:  Sure, Your Honor.  Just briefly.
13              We've produced close to 200,000 pages of documents
14  to the plaintiffs.  We've produced over 30,000 documents so
15  far.  We're scheduled to make another production tomorrow of
16  close to 20,000 documents.  And we are on schedule to meet
17  the substantial completion December 10th date.
18              So there haven't been any issues that have arisen
19  since we were last before Your Honor and since we had
20  further discussions with the plaintiffs about how to resolve
21  the dispute that was previously before the Court.
22              THE COURT:  Okay.
23              All right.  Good.  So it sounds like you're on
24  track then to meet the substantial completion date of
25  December 10th, which is good news.
```

1          And then, Mr. Dintzer, just in terms of our last

2    time, we talked about sort of a refresh request that DOJ had

3    made with Google.  Where do we stand with those productions?

4          MR. DINTZER:  We are in the process of negotiating

5    those with Google.  We have not hit an impasse on those

6    discussions.

7          We are also in the process of discussing those

8    with certain third parties.  We have some concerns, but we

9    have not hit an impasse with those either, so we are not at

10   a point of -- we are seeking a refresh and supplementation,

11   but we are not at a point where we need to involve the

12   Court.

13         THE COURT:  Okay.

14         Anything else you want to mention?

15         MR. DINTZER:  Just two things, Your Honor.

16         The first is that we have informed Google that we

17   plan to start doing depositions in person where the local --

18   or whatever is going on locally where the witness is will

19   allow for that, and we are in the process of meeting and

20   conferring with Google on this.

21         THE COURT:  Okay.

22         MR. DINTZER:  But it is our intention, hopefully,

23   to do most or all of the forward-looking depositions in

24   person.

25         THE COURT:  So, so far, you've been --

```
1   everything's been done remotely?

2              MR. DINTZER:  Everything -- we've been remote.

3   Google attorneys have been in the room with some of their

4   witnesses, but we've been remote for everything so far.

5              THE COURT:  Okay.

6              All right.  That sounds good.

7              Anything else you want to report?

8              MR. DINTZER:  Just to give you some good news that

9   we can get to in bifurcation.

10             THE COURT:  Yep.

11             MR. DINTZER:  We and Google have narrowed the

12  issues, so we can hit that when we get to bifurcation.  But

13  just so that the Court knows, we've narrowed the issues

14  before the Court, we have reached some agreement on certain

15  things, and we'll present that to you whenever the Court

16  prefers.

17             THE COURT:  Okay.  Sounds good.

18             Thank you, Mr. Dintzer.

19             And I should have said at the outset, I hope

20  everybody had a nice Thanksgiving and got a chance to at

21  least take a few days off and spend time with your family

22  and loved ones.

23             MR. DINTZER:  Thank you, Your Honor.

24             THE COURT:  All right.

25             Why don't we -- sorry, I was just reflecting on my
```

```
 1   own weekend.  And I, you know, was out of town through the
 2   weekend and then flew to Salt Lake City Sunday evening for a
 3   friend's son's funeral service, who passed away at the age
 4   of 28, was killed by a drunk driver.
 5           And, you know, for all that goes on in our lives
 6   and our professional lives and the conflicts we have in
 7   cases, et cetera, it really put it all into perspective, you
 8   know, about what really matters in life.
 9           And anyway, I didn't mean to unburden myself with
10   everyone, but it was really quite a remarkable testament to
11   a young man who lived an extraordinary life and to a
12   wonderful family.
13           But in any event, why don't we turn to Google,
14   and, Mr. Schmidtlein, if there's anything you'd like to
15   update me on concerning your productions or your discovery
16   demands.
17           MR. SCHMIDTLEIN:  Thank you, Your Honor.
18           I agree with Mr. Dintzer that the document
19   productions are continuing apace.
20           We have worked very hard.  I would like to --
21   I wish I could report that me and all of my colleagues took
22   the entire Thanksgiving holiday off, but that is not the
23   case, I'm sure that is not the case for my colleagues back
24   here as well.  I think everybody is working extremely
25   diligently to make these productions and to make them in
```

1    time for depositions that have been scheduled.

2            The one issue that Mr. Dintzer alluded to, and we

3    haven't raised it formally in the JSR, is this question of

4    in-person depositions.  As Mr. Dintzer noted, they have all

5    been conducted remotely.  There have been some Google

6    deponents where there has been a single lawyer in the room

7    sort of socially distanced, you know, with the witness at a

8    distance, but nobody else in the room.

9            They now seem to be suggesting that they want to

10   move forward and begin taking everyone in person.  And we've

11   asked them sort of what's the basis of the changes or some

12   CDC guidances or something else we don't know about that has

13   sort of changed things.  And I know Mr. Dintzer made

14   reference to sort of local conditions.

15           I can tell you that I think most of our witnesses

16   to date have been located in and around the San Francisco

17   Bay Area.  The local guidance out there can be a little bit

18   mixed from county to county depending on where the witness

19   is and those types of things --

20           THE COURT:  Right.

21           MR. SCHMIDTLEIN:  -- and where the Google office

22   is.

23           But by and large, people are not doing large

24   indoor gatherings, which is what a deposition would be, in a

25   small conference room, with everybody unmasked.

1        And that is the case, I think, at all Google

2   offices right now, where if somebody is having an in-person

3   meeting and there are -- you're in a confined indoor space,

4   people are all supposed to be masked.  I think we all agree

5   that we can't conduct depositions with masks on.

6        So we're continuing to meet and confer with them

7   about that, and we'll sort of see if we can come to some

8   accommodation.  But I really do believe that, at the end of

9   the day, the witnesses's sort of comfort levels and desires

10  should hold here.  As you well remember from your days of

11  practicing and being involved in depositions, you know,

12  eight, nine, ten hours in a conference room is a long day,

13  even when -- under the best of circumstances.

14        THE COURT:  Yeah.

15        MR. SCHMIDTLEIN:  But under the current

16  circumstances, where these people have, for the last year,

17  two years, however long now, 18 months, have not been in

18  these types of settings where we're talking about a court

19  reporter, a videographer, multiple lawyers attending these

20  things.  I think the witnesses' desires should be

21  accommodated, but, again, we're going to continue to meet

22  and confer with them about that.

23        THE COURT:  Okay.

24        MR. SCHMIDTLEIN:  And I guess I would add that

25  I think to date, for better or for worse, we've gotten used

1    to taking and dealing with remote depositions, and I don't

2    think we've had problems or issues with those thus far.

3    So I just offer that to Your Honor.

4              THE COURT:  Okay.

5              All right.  Well, Mr. Dintzer, I don't -- if you'd

6    like to respond, but, look, I think the bottom line for me,

7    at least at this point, is that you-all should obviously

8    continue to talk about this.  If there does become a dispute

9    about it, you'll let me know.

10             You know, I do think we ought to, to the extent is

11   reasonable, accommodate a witness's preferences.  On the

12   other hand, you know, this is a litigation and witnesses can

13   be compelled to be in person, whether for depositions or for

14   trial.  And, you know, conditions changing, as they are, can

15   give people different levels of comfort.  So, you know,

16   hopefully we can be respectful of that and still yet at the

17   same time be able to accomplish what everybody needs to

18   accomplish in an effective manner.

19             So, Mr. Dintzer, did you want to add anything?

20             MR. DINTZER:  Thank you, Your Honor.

21             We are -- it's not a dispute yet, so we are not

22   looking for a resolution.

23             There doesn't necessarily have to be everybody in

24   the room unmasked, of course.  Only the person asking the

25   questions and answering the questions.

```
 1              THE COURT:  Right.

 2              MR. DINTZER:  You know, there can be spacing.

 3     There's some creative solutions there beyond...

 4              And what we've found -- I mean, we've all been

 5     doing this for 18 months.  And at least what we've found is

 6     that you can take an okay deposition virtually.  The quality

 7     of that can't really compare with what you could do in

 8     person as far as seeing the person and having them see you

 9     and judging body language and everything else that goes into

10     taking effective depositions.

11              So it's something that we are pursuing.  We will

12     work with Google to make sure that people are comfortable,

13     given -- you know, if they're eating in restaurants, if it

14     they're going out themselves and stuff, then, I mean,

15     obviously that should be taken into account as far as their

16     comfort level, but we're at a negotiation stage right now.

17              THE COURT:  All right.

18              Why don't we turn to the Colorado Plaintiffs then.

19              MR. CAVANAUGH:  Good morning, Your Honor.

20     Bill Cavanaugh on behalf of Colorado Plaintiffs.

21              THE COURT:  Mr. Cavanaugh, welcome.  I hope your

22     travels here were easy.

23              MR. CAVANAUGH:  Easy.  You know, back on the

24     shuttle.

25              Depositions are moving forward; we've taken or
```

1    noticed seven.  I know there's another one this week.  We

2    anticipate additional deposition notices going out shortly.

3            On documents, we served a second request on

4    September 23rd for additional custodians.  I think there

5    were six or seven additional custodians using the same

6    search terms.  There have been multiple meet-and-confers on

7    it.  We gave Google another proposal to try and resolve our

8    issues on November 22nd, and we're waiting for a response on

9    that.

10           THE COURT:  Okay.

11           MR. CAVANAUGH:  On supplementation, we've had a

12   number of meet-and-confers with them on essentially six of

13   our 35 search terms.  We're trying to focus it on areas

14   where we think there have been changes by Google.  For

15   example, to the search-page results, there have been a lot

16   of changes.  So we're trying to focus on that.  Again, on

17   November 22nd, we gave them another proposal to try and

18   resolve our disputes.

19           The last thing I'll address is data.  Your Honor

20   will recall that Google and states worked on a sample

21   production of data --

22           THE COURT:  Right.

23           MR. CAVANAUGH:  -- which was completed on

24   October 29th.  Three days later, we sent our final request,

25   based on the sample data, so we could get a full dataset.

1   And on December 2nd, we'll get Google's response to that.

2            We really want to move that process along because

3   our experts need the data in order to do a full analysis.

4            That really covers it all, Your Honor.

5            THE COURT:  Okay.

6            And is your ex- -- and I may have misheard you,

7   but is your expectation that by December 12th, you'll

8   receive a data production --

9            MR. CAVANAUGH:  No.

10           THE COURT:  -- or that you'll simply --

11           MR. CAVANAUGH:  By December 2nd, we'll get their

12   response to our document request relating to data.

13           THE COURT:  Okay.

14           MR. CAVANAUGH:  I'd love to get it on

15   December 12th.

16           THE COURT:  Okay.

17           All right.  Well, let me turn to Mr. Schmidtlein

18   and ask him what his expectation is of what we'll see on

19   December 12th, and that is, is the intention to produce any

20   data or some combination of data and objections or only

21   objections and responses?

22           MR. SCHMIDTLEIN:  Yes, Your Honor.

23           I anticipate on December 2nd, we will give them

24   responses and objections.  We are not going to be in a

25   position to begin producing data on December 2nd, I don't

1   believe.

2          I think it would benefit from a meet-and-confer

3   between the parties so that we understand -- I think we've

4   got further questions.

5          Some things, I think, are just going to be off the

6   table; we're going to object and we're going to fight over

7   it.  We think they're too broad and they've missed the mark.

8   There's other things where I think compromises could be

9   probably reached, and once we've reached those, we'll be

10  able to begin sort of pulling and cutting some of the data.

11  But the requests they've made are rather voluminous, and

12  we're going to need some time to work through those with

13  them.

14          THE COURT:  And this may be an unfair question,

15  but once you've received -- once you've -- let's say you get

16  through a meet-and-confer and reach agreement, what's your

17  expectation of how long it will take to produce the data?

18  I know that will, of course, depend on volume, but I don't

19  have a sense of how hard or easy it is.

20          Is this easier to produce, harder to produce?

21          MR. SCHMIDTLEIN:  One second, Your Honor.

22          (Defense counsel conferred off the record.)

23          MR. SCHMIDTLEIN:  It's always good to confirm the

24  answer before you give the wrong one.

25          We are aiming for, and we believe we will be able

1   to hit base on the things that we think we can do

2   reasonably, mid January.

3            THE COURT:  Okay.

4            And that would be a substantial-completion date or

5   a beginning-of-production date?

6            MR. SCHMIDTLEIN:  No.  We think we can hit that

7   date, again, based on responses and objections, we think

8   that's the date we'll be substantially complete.

9            THE COURT:  Okay.  Terrific.

10           And hopefully, that's consistent with what the

11  states are expecting and anticipate.

12           Mr. Cavanaugh, your thoughts on that?

13           MR. CAVANAUGH:  Your Honor, sooner would be

14  better.

15           If we can have a meet-and-confer very quickly.

16  We're getting their response, I guess, this Thursday.  If we

17  could have a meet-and-confer at the beginning of next week

18  to get this process started.

19           You know, perhaps it can be done faster.  I don't

20  know what their objections are at this point.

21           THE COURT:  Sure.

22           MR. CAVANAUGH:  You know, we went through a sample

23  data process in order to try and find a way to get this done

24  expeditiously.  So I'll have to wait to see what their

25  objections look like.

1          THE COURT:  Okay.

2          All right.  Well, we'll have another opportunity

3    to check in and see where things stand with that before the

4    end of the year, so hopefully things will progress apace on

5    that front.

6          Okay.  Anything else either side wants to discuss

7    before I just get a quick update on third-party disputes?

8          So DOJ, Apple, just -- I looked back at my notes,

9    there were still outstanding issues concerning the privilege

10   log.  And DOJ was hinting, if it hadn't already done so, of

11   going back to ask Apple to refresh some of its production.

12         So any further report on where things stand with

13   Apple?

14         MR. DINTZER:  Your Honor, I can't report progress,

15   but I can report that we don't have a ripe argument for the

16   Court to address right now.

17         We're still working with them.  We aren't seeing

18   it go forward in the way that we were hoping it will, but we

19   haven't reached an impasse that's ready for the Court to

20   address.

21         THE COURT:  All right.

22         Mr. Sunshine, I think, are you on?

23         MR. SUNSHINE:  I am on, Your Honor.  I'm on

24   remotely, of course.  Steve Sunshine for Apple.

25         I generally agree with what Mr. Dintzer said:

1    We are in discussions.

2              I do think there's an implication, though, that

3    Apple is somehow slowing down the process.  That's not

4    correct.

5              I would just point out, as one example of that,

6    we made a proposal to refresh to DOJ on October 26th that

7    we've yet to hear a response to.

8              So we're ready, willing, and able to work with DOJ

9    when they present.  There is nothing that I think is ready

10   for -- ripe for dispute before the Court.  But we would

11   really like to obviously get this third-party subpoena

12   behind us and be able to satisfy DOJ and really be done with

13   this.

14             THE COURT:  Okay.

15             Do you have a sense of when you'll be back to

16   Apple about its proposal, Mr. Dintzer?

17             MR. DINTZER:  To the extent that -- we have been

18   reaching back and we've been in constant contact.  So it

19   shouldn't sound like we haven't.

20             We got a letter from them, I believe, yesterday;

21   we sent them one a couple days before.  So we have been in

22   constant contact.  There's been no grass growing beneath our

23   feet, Your Honor.

24             THE COURT:  Okay.

25             MR. DINTZER:  We simply disagree with some of the

1    things that they're proposing and we're pushing back, but --

2    and we have some real concerns about the contents of the

3    privilege log and its opacity.  But we are -- we're hoping

4    to make some progress with that before, if it ultimately

5    gets to the Court, to at least sharpen those issues.

6              THE COURT:  Okay.

7              Well, keep me abreast of any need for my

8    intervention.  And if it comes up, then it comes up and

9    we'll try and get things resolved, okay?

10             MR. DINTZER:  We appreciate that, Your Honor.

11             THE COURT:  All right.

12             Next on my list is Google and Microsoft.  I think

13   this is largely resolved, but just looking back at my notes,

14   there were still some outstanding issues concerning

15   privilege log and the production of data.

16             Has that been resolved and is that moving forward,

17   Mr. Schmidtlein?

18             MR. SCHMIDTLEIN:  Yes, Your Honor.

19             It is moving forward and Microsoft is continuing

20   to make productions of data and we're continuing to be

21   engaged with them.

22             I can't say that we are sort of done-done, but we

23   have nothing to present to the Court this morning.

24             THE COURT:  Okay.

25             Ms. Simons.

1          Looks very sunny wherever you are.

2          MS. SIMONS:  Good morning, Your Honor.

3          Calling in from Boston here.

4          And with me are Haley Tynes, as well as co-counsel

5    Vince Cohen and Amisha Patel from Dechert.

6          Yeah, nothing to report from our end either,

7    Your Honor.  I think Mr. Schmidtlein's characterization is

8    correct.  We made two pretty significant data productions,

9    I believe, last week.  And we're continuing to move forward

10   on data, as well as privilege log.  We produced our first

11   installment before Thanksgiving, and we intend to produce

12   another installment of the privilege log this week, and

13   continue to make rolling productions of that so that we can

14   stay on track with the schedule.

15         THE COURT:  Okay.  Terrific.

16         All right.  Let's then just turn to the last of

17   the third-party disputes.  We'd already talked about

18   DOJ-Samsung, so I don't need to go back to that one.

19         But just in terms of where we are with Yelp,

20   I know we got a Status Report a couple weeks ago indicating

21   that the Luther Lowe issue had -- at least you'd reached

22   tentative agreement on that, and I assume that's moving

23   forward along with the other production.

24         So, Ms. Waszmer, is there anything else you'd like

25   to add on that front?

1          MS. WASZMER:  Thank you, Your Honor.

2          That's accurate.  We're just waiting for a priv.

3     log and productions of Mr. Lowe's documents.  So I believe,

4     with Ms. Kenney, we've resolved it for now.  Thank you.

5          THE COURT:  Okay.  Terrific.

6          And if counsel for Yelp is on, if there's anything

7     you'd like to add before we turn to what are the disputed

8     issues in this case.

9          MS. KENNEY:  Good afternoon, Your Honor.

10    Ellen Kenney for Yelp.

11         Nothing else.  But we're still working on the

12    details of what the privilege log will look like, but no

13    disputes at this point, Your Honor.

14         THE COURT:  All right.  Terrific.  Thank you,

15    Ms. Kenney.

16         All right.  Let's turn then to the issues at hand;

17    there are largely two, it seems to me.  There's the 30(b)(6)

18    issue of the witness that's been noticed and the issue of

19    when the witness will be deposed.  Hopefully, we can resolve

20    that.  And then there's the issue of scheduling and what we

21    do about scheduling, which may take a little bit longer time

22    to discuss.

23         But why don't we start with Mr. Schmidtlein.  And

24    I guess I'll just ask the question, Mr. Schmidtlein:  Are

25    you prepared to say today by which date or propose a date or

1   dates by which you will make a person or persons available

2   in response to the 30(b)(6) notice that was issued, I guess,

3   back on November 1, if memory serves?

4              MR. SCHMIDTLEIN:  Your Honor, we are going to

5   serve our objections to that notice tomorrow.  The notice

6   is -- it is rather broad.  It asks -- it has 13 topics, but

7   once you include all of these subtopics, it's literally --

8              THE COURT:  Right.

9              MR. SCHMIDTLEIN:  -- 30 to 40, depending on how

10  you count them.

11             They're trying to get information going back to

12  2005.  I'll give you a couple of examples:

13             From 2005 to present, Google's understanding,

14  analysis, surveys, and studies about why users use general

15  search engines.  That's one of the topics.

16             They have a variety of these types of topics that

17  span Google's search business, Google's search advertising

18  business, which they define extraordinarily broadly.  And a

19  variety of topics touch upon what they call specialized

20  vertical search, which is a whole other slew of products and

21  services within our search product.

22             We need to sit down with them and discuss.

23  In some cases, we don't even understand exactly what they're

24  asking.  We're not sure they understand what they're asking.

25             Some of these, I think, are -- we're going to wind

1    up having to litigate with Your Honor.  We don't think

2    they're appropriate or even doable from a 30(b)(6)

3    standpoint.  Others, I think, are probably better suited for

4    interrogatory responses.  I don't need to type up a piece of

5    paper and have a witness read it in person at a deposition.

6    We can get them the information in a more efficient fashion.

7           So sitting here today, until we've gone through

8    that process with them, we're not in a position to say that

9    there's a witness.

10          This notice could never be satisfied by a single

11   witness in any respect.

12          THE COURT:  Well, is there -- I mean, you know

13   what you're going to say tomorrow.  So, at a minimum,

14   is there somebody that you could produce as to some aspects

15   of the 30(b)(6), even if some elements of it remain

16   unresolved and subject to negotiation?

17          MR. SCHMIDTLEIN:  I don't think -- the answer to

18   that, I think, is no, because there aren't any that are so

19   crystal clear that we're ready to address them right now.

20          And, frankly, until we get the full agreed-upon

21   contours, it's hard to select the right witness.

22          What I don't have to have happen -- and this is

23   already happening, Your Honor.  We begged for this notice to

24   be issued months ago.  I've got advertising senior search

25   people who are coming up for deposition this month, and

1    we're not going to be able to get this resolved in time to

2    combine those depositions.  We asked for these questions

3    months ago and they refused to give them.

4            And so we're in a position where we're going to

5    work with them, but we are going to probably come back to

6    Your Honor and litigate the proprietary of some of these.

7    And we may say to Your Honor we want to answer some of these

8    by interrogatory, rather than having a witness waste their

9    time being presented on them.

10           So sitting here today, it's not like there's one

11   piece that I can say, oh, yeah, you can talk to this person

12   about it, because depending on how four or five other things

13   get resolved, I may have to bring that same person back to

14   deal with those as well.

15           THE COURT:  And when are the depositions, the fact

16   depositions set of the folks that you just referenced?

17           MR. SCHMIDTLEIN:  I've got people coming up being

18   deposed the next -- not this week but basically the next

19   couple weeks before Christmas.

20           THE COURT:  Right.  Okay.

21           MR. SCHMIDTLEIN:  And if they had sent us these

22   months ago, maybe I could have combined preparing them for

23   their fact depositions with these.  But that's just not the

24   way it's turned out.  And we're going to have to slog

25   through these with them and figure out what appropriate

1    contours are.

2           Trying to force us to go back and dig out

3    information, detailed information from 15-plus years ago,

4    it's just not doable in 30 days, which is what they did.

5    They noticed these on November 1st for a December 6th

6    deadline, and that's completely unworkable.

7           THE COURT:  Okay.

8           Mr. Dintzer, why don't we hear from you and let's

9    figure out how to move forward here.

10          MR. DINTZER:  Thank you, Your Honor.

11          First, as a starting point, it's not like we've

12   sat on these or hid these.  We needed to develop these

13   questions based on looking through their documents and

14   figuring out what we need -- the information we needed.

15          So we completely reject Google's idea that we sat

16   on these.  If we'd had these available when we issued our

17   first 30(b)(6), we would have included them.  The truth is

18   that we develop information as we read documents, we try to

19   understand things.

20          The Court provided us with a deposition notice for

21   30(b)(6) on November 1 and another one on January 14th.

22   That was the agreement on the ability to break down these

23   depositions.

24          It took Google almost three months to provide us a

25   witness on our very first deposition notice, which we

1    noticed July 9th, and we didn't get a person in the chair

2    until October 6th.  They've drawn this out.

3            Now, we can understand if we put in -- we have to

4    put a date on the notice, we put December 6th on the notice,

5    and they say, we need an extra week, we need an extra two

6    weeks.

7            But the idea they won't give us any date, they

8    won't give the Court a date, and all they'll do is just say,

9    we don't know, well, that's not really acceptable,

10   Your Honor.  This is what's drawing things out.

11           As the Court knows, we have put in a motion for an

12   enlargement of time.  And there's a lot of things that play

13   into that, but one of them is sort of the dragging this out,

14   you know, so that we can't get the information that we need

15   as quickly as we can.

16           So as far as we're concerned, we're ready to talk

17   to them, we're ready to do a meet-and-confer, we were ready

18   two weeks ago to do a period of time meet-and-confer, but we

19   don't see any reason why they can't put people in chairs to

20   start this process.

21           But also, if they're going to take as long as they

22   suggest they are, this deposition, the November 1

23   deposition, won't be completed before we're getting ready

24   for the January 14th deposition, which means we won't have

25   that information, it can't feed into the process, and it

```
 1   won't allow us to say, okay, we still need to understand
 2   this, we need to figure this out.  So I mean, they're
 3   throwing up their hands and they're saying, boy, this is
 4   hard, but this is what we're entitled to under discovery
 5   under the federal rules.
 6           So we would ask the Court to instruct them to --
 7   I mean, there's no reason that we have to wait until
 8   December 1st or any other time to start negotiating when the
 9   witnesses are going to be available.
10           Some of these are pretty easy and should be pretty
11   easy.  And if some are more challenging, then we need to
12   talk to them about it.
13           But Google needs to take this seriously and to
14   give us dates.  And we think that the December 15th date, at
15   least as a starting point, is a serious one that at least
16   they could get, you know, three, four, five of the items
17   addressed and an end date of, say, December 21st so we get
18   them all done before the holidays.  So that's our ask to the
19   Court.
20           But also to just -- and I don't know if we're
21   going to be talking about the enlargement of time, I know
22   Google hasn't filed their response, so I assume that we're
23   not.  But whether we are or not, this should just inform
24   some of the process that we're looking at.
25           THE COURT:  Okay.
```

1          Look, I would -- why don't you have a seat,

2   Mr. Dintzer.

3          MR. DINTZER:  Thank you, Your Honor.

4          THE COURT:  Let me just begin by saying,

5   I recognize that this is not a typical case, and the volume

6   of discovery and the volume of work that is being expected

7   of both sides is in the sort of top .05 percent of civil

8   litigation in Federal Court.

9          And from where I sit, I certainly don't think

10  anybody has been dragging their feet or being intentionally

11  obstructionist.  And that is true for third parties as well.

12  I mean, these are not easy demands, and things are -- take

13  time in civil litigation, particularly when there are a

14  number of overlapping and parallel tracks of demands.

15         You know, all that said, I do feel like we need to

16  get something done on this 30(b)(6) witness issue before the

17  holidays.  And whether that's -- and by that I mean not just

18  simply trying to get through a meet-and-confer before the

19  middle of December.  I do mean trying to get at least some,

20  if not most, of these issues addressed by deposition before

21  the end of the year.

22         I mean, I do think Mr. Dintzer's right that, at

23  least as the schedule currently presents itself, you know,

24  there is another 30(b)(6) round due to start in the middle

25  of January.  And if we haven't had folks sit down for these

1    30(b)(6) depositions -- and I recognize it may be more than

2    one -- before then, because, given the current pace, we may

3    not end up there, then that deadline tends to -- is going to

4    sort of be fleeting and meaningless, and I'd like to avoid

5    that, to the extent possible.

6         And so I think if there's a response coming

7    tomorrow, how soon do you all expect that you'll be able to

8    sit down and talk to each other about where you stand on

9    this?

10        I mean, tomorrow's December 1.  You know, is it

11   realistic that we can get one to two -- or get some of these

12   issues addressed during the week of the 20th, recognizing

13   that there may be some time to meet and confer and then

14   you're going to need time to prepare people and whether we

15   can set down some dates in that first -- or, excuse me, that

16   week before Christmas -- and I know that's going to be

17   difficult, given that it is the holidays and people may be

18   taking off some time that week, both deponents and counsel,

19   but is that a realistic schedule?

20        MR. SCHMIDTLEIN:  Candidly, Your Honor, it is not.

21        We can certainly work with them to try to get the

22   contours.

23        I think some of these we can address in writing,

24   some of the basic -- the more basic, simple ones.

25        Some of these, though, things like Google's

1  measurement tracking and analysis of the quality of its

2  search product from 2005 to the present, including how

3  Google measures search quality.

4         If they want a broad sort of written answer about

5  that that we can talk about a reasonable time period for,

6  that's fine.  If they want us to actually try to go back and

7  look at every possible person who may have looked at

8  different measurements of Google's search product -- they

9  ask a lot of questions about Google -- changes to Google's

10 search product.  Google's search product changes all the

11 time.  I mean, the way this thing is written and drafted is,

12 frankly, incomprehensible.

13        And the idea that they needed a year's worth of

14 discovery in this case, on top of 18 months of an

15 investigation, to ask us, how does Google measure the

16 quality of its search product, why do users use Google's

17 search engine?  They couldn't get me this deposition notice

18 30 days after the lawsuit was filed is ridiculous.

19        So we're willing to move as quickly as possible,

20 but the idea that we need to sort of jump and do all these

21 things in the holidays because they've dragged their feet,

22 we think, is unfair and unreasonable.

23        We will work with them and we'll begin meeting and

24 conferring immediately to move as quickly as we can,

25 Your Honor, but some of these questions are simply not

 1    feasible to be just sort of dealt with, and, you know, you

 2    prep somebody for an hour or two and you put them up to

 3    testify.

 4              THE COURT:  Go ahead, Mr. Dintzer.

 5              MR. DINTZER:  Your Honor, I mean, we are entitled

 6    to this information.  You don't hear Mr. Schmidtlein saying

 7    it's not relevant, because it is relevant.

 8              We're entitled to the information.  We have to --

 9    it's ridiculous.  And Mr. Schmidtlein knows that it's

10    ridiculous to say 30 days after we filed the complaint.  We

11    don't have the documents.  We need to use documents during

12    these 30(b)(6)s.

13              The last 30(b)(6) witness said he didn't know half

14    the stuff that we asked until we put the documents in front

15    of him.  And so it makes no sense to even think that we're

16    going to put -- do a 30(b)(6) without the documents, which

17    we had to wait for Google to produce.  And then we had to go

18    through them, we had to understand them, we had to issue the

19    notice.

20              THE COURT:  Right.

21              Yeah.  I mean, look, the flip side of that, of

22    course, too, is that any deponent that's going to sit for

23    these also has to have access to the documents and prepare

24    and review them so that they can give you the meaningful

25    answers that you're looking for so that we don't run into

1   the situation that you've described, which is that somebody

2   is sitting down for the 30(b)(6) and doesn't have the

3   knowledge to answer the questions that you're asking.

4          MR. DINTZER:  If Google had -- I mean, they've had

5   our thing for a month.

6          If two weeks ago they'd sat down and said, look,

7   let's separate the easy from the hard -- look, we want to

8   answer these by -- I have no idea what they want to do as

9   far as interrogatories, I don't know if we'd agree or not,

10  but they don't have to wait the 30 days before -- the last

11  day -- in fact, the day after the status conference so we

12  can't even tee it up for the status conference.  They're

13  entitled to, but they don't have to, and we could have moved

14  all of this a lot faster.

15         So I would ask, Your Honor, that -- I mean, it

16  seems like the best thing we can do is we can -- I mean, we

17  really want to get this information in hand before the next

18  set of depositions; it makes sense to.  And so if Google is

19  saying, that's not going to happen, then we need to get it

20  in hand as quickly as possible and we need to think about

21  whether that January 14th date, whether that has to slip so

22  that we can do our next -- the final set of 30(b)(6)s that

23  we're entitled to.

24         THE COURT:  All right.  Well, let's do this.

25  Today is November 30th; you're going to get a response by

1  the 1st.  Why don't we plan to reconvene on this issue next

2  Monday and see where things are.

3          MR. DINTZER:  We appreciate that, Your Honor.

4          THE COURT:  And hopefully, that'll at least put a

5  marker down for the parties to digest what Google's position

6  is on these various issues; you all have an opportunity to

7  meet and confer before then and see where we are.

8          You know, as I said, it is my interest to at least

9  try and get some, if not most, of this done by the end of

10  the month.  But I'm also a realist, and, you know, this is

11  not the easiest month in which to get things accomplished.

12          But I don't know what your schedules are, but

13  what's your availability on Monday afternoon?

14          MR. DINTZER:  I know of nothing more important

15  than this, Your Honor.

16          THE COURT:  Well, I don't know whether you've got

17  depositions scheduled.  If you do, then obviously that

18  should take precedence, given that --

19          MR. DINTZER:  We're available, Your Honor.

20          THE COURT:  Okay.

21          Mr. Schmidtlein, are you available?

22          And, again, I don't think this ought to take more

23  than 30 minutes or 45 minutes but -- just to see where we

24  are on Monday.

25          MR. SCHMIDTLEIN:  I can make myself available,

1    Your Honor.

2              THE COURT:  Okay.

3              How about 2:00 p.m. on Monday?

4              And we can do it remotely.  That'll save everybody

5    the time and effort of coming down to the courthouse.  We'll

6    just check in on this issue and see where things are, okay?

7              MR. DINTZER:  That works for us, Your Honor.

8              THE COURT:  All right.

9              In that vein, let's talk scheduling.

10             And I am interested in hearing Google's position

11   on the request for fact discovery.  I know I haven't -- the

12   fact discovery -- the extension of fact discovery.  I know

13   they haven't responded in writing, but I'm not sure that's

14   an impediment to getting Google's position, because I'm sure

15   you-all have thought about it and expected to address it

16   today.

17             I guess let me ask this question first -- I have

18   two questions; one is, if we bifurcate the merits and the

19   remedies, what does that mean in terms of reducing the

20   burden of fact discovery going forward?  And, two, as I look

21   at the schedule that DOJ and, presumably, the Colorado

22   Plaintiffs have proposed, if I were to grant the extension,

23   what it would mean is that it really does compress the

24   pretrial phase of the case and, likewise, compresses by when

25   and the time in which I would need to resolve motions for

1   summary judgment and *Daubert* motions to allow for the

2   parties to begin trial preparations in a way that is

3   informed by the summary judgment decision.  So those are my

4   two concerns, inquiries.

5           And I will say that this doesn't necessarily --

6   the request doesn't come as a surprise, but I am interested

7   in hearing your thoughts on those two subjects to make a

8   decision about what to do moving forward.

9           So, Mr. Dintzer, why don't we start with you and

10  then we'll turn to Mr. Cavanaugh and then Mr. Schmidtlein.

11          MR. DINTZER:  Thank you, Your Honor.

12          Getting to your -- let's do your second question

13  first, if that's okay with the Court.

14          THE COURT:  Sure.

15          MR. DINTZER:  The impact of the effect of

16  enlargement of time.

17          So right now expert discovery ends in September of

18  2022.  That would push that back three months.  So we

19  wouldn't affect any of the expert discovery dates, except

20  for all of them would shift three months to the left -- or

21  three months later in time.  That would mean that expert

22  discovery ends nine months before trial begins, instead of a

23  full year.

24          We don't think that we would need to alter the

25  briefing schedule for dispositive motions.  What we think is

1    that that takes place.  And then while the Court is writing

2    its opinion, we are doing our pretrial preparations, the

3    documents are selected, based on the case as it was brought.

4             I've done this many, many times where the Court

5    either has -- for whatever reason, hasn't resolved summary

6    judgment decisions and we moved forward.  And then if it

7    turns out that any of the counts that were brought are

8    removed from the case, the impact is that the parties can --

9    you know, will have ten days to amend their witnesses or

10   exhibit lists in case they have to pull anything off.  They

11   won't have to add anything because, presumably -- you

12   know -- unless the Court specifies that it needs to hear X,

13   Y, or Z.  But the Court provides a window of time where the

14   witnesses and the exhibits can be amended based on the

15   results of its summary judgment opinion.

16            And other than that, it compresses those nine

17   months so some of this is overlapping, but it really

18   shouldn't have a dramatic effect.  That's sort of what we

19   envision happening.

20            THE COURT:  Look, the reality -- let's -- in terms

21   of hard numbers here.

22            And what it does is it --

23            MR. DINTZER:  Sure.

24            THE COURT:  -- essentially means that if your

25   motions become ripe as of April the 9th of 2023, under the

1   current Scheduling Order, you're supposed to begin sort of

2   the exchange of initial exhibit lists and opening deposition

3   designations and initial witness lists by June 20th.  Now,

4   those are initial lists and those are always subject to

5   refinement and change and they certainly will be.

6           But, you know, the schedule gets pretty

7   complicated and in lockstep thereafter.  Six weeks before

8   trial, you're supposed to have final witness and exhibit

9   list.  Motions in limine are supposed to be filed six weeks

10  before trial.

11          So what it really means -- and, you know, I'm

12  sensitive to this -- that it's not just necessarily about

13  whether any claim is going to drop out, it's also about what

14  I have to say about the claims that do go forward, and,

15  undoubtedly, the parties will shape their presentations,

16  documentary and witness, based on that.

17          And the question is, how long before trial, you

18  know, is sort of too late?  In other words, if we're going

19  to trial on September 12th, it doesn't make a whole lot of

20  sense -- let's put it this way:  If I get you a summary

21  judgment decision in late August, that's not going to help

22  you very much.  And, you know, that's about four-plus

23  months.  And I can see, given, you know, how the -- that's

24  not an unreasonable expectation of time, once the papers are

25  filed, for me to get you a decision.

1          So I will tell you, that's my main concern.

2     That's my main concern, is the compression of time that

3     I have in order to make decisions on what are undoubtedly

4     going to be very complex motions that are very

5     fact-intensive with substantial record evidence and that

6     will undoubtedly require a hearing and what that means for

7     everybody's trial preparation.

8          I guess, Mr. Dintzer, the question is:  Do I need

9     to make this decision now?  And could I make it -- could we

10    wait another 30 to 60 days to see where you are?  You still

11    have another four months left before the close of discovery.

12    And instead of giving you 90 days now, maybe it turns out

13    you only need 30, maybe it turns out you only need 45.  And

14    so why not keep everyone's feet to the fire until it becomes

15    abundantly clear that you're not going to get what you need

16    to get done until the deadline?

17         MR. DINTZER:  The reason that that would be

18    problematic for us, Your Honor, is that, we're looking at --

19    I mean, if we notice a deposition today, I mean, the soonest

20    we could possibly hope that it would happen is probably mid

21    January with the negotiation and these are people, you know,

22    who have other responsibilities.

23         And so when we start looking out, if we don't

24    know -- until we know we're going to get an enlargement,

25    it would be irresponsible of me not to assume that we're

1    going to end on March 22nd, which means that we will be

2    scheduling depositions, even if we don't have all the

3    documents, even if we don't -- and so what it would create

4    is, it would create a backward pressure on us to do things

5    in an order that is not the most efficient.

6            We won't finish deposing Fred and find out maybe

7    we don't need to depose Jane.  We'll notice Fred and Jane

8    because we don't have the time to wait for Fred's deposition

9    to see if we need Jane.  We won't have all of Fred's

10   documents or the information that -- in preparing for Fred.

11           Whereas if we know we're going to have two months,

12   three months --

13           THE COURT:  Some of that is unavoidable.

14           I mean, the reality of the case is such that

15   you're --

16           MR. DINTZER:  Sure.

17           THE COURT:  -- not -- the perfect sequencing of

18   discovery is just not realistic in a case like this.

19           MR. DINTZER:  We are far from the perfect

20   sequencing, Your Honor.

21           THE COURT:  Right.

22           MR. DINTZER:  We're looking for -- to simply get

23   the most out of it.

24           And so if we're going to get 45 days, if we're

25   going to get two months, then -- or three months, knowing it

1    now will mean that we can make the best use of all of it, as

2    opposed to just tomorrow throwing out a whole bunch of

3    deposition notices for February, because we don't know if

4    we're going to have this extra time and putting them in the

5    water well before we would prefer to when we have all the

6    documents and finished review and have the earlier

7    depositions completed so we know exactly who.

8              We're not looking at perfect sequencing, we're

9    looking at sort of the most organized way of doing this.

10             THE COURT:  And what would bifurcation mean, sort

11   of back to my first question, in --

12             MR. DINTZER:  Sure.

13             THE COURT:  -- terms of alleviating fact discovery

14   at this stage?

15             And, look, I will tell you what my initial

16   reaction was to the bifurcation request, which is, it was my

17   hope, as much as I love being with you all, not to be with

18   you in 2025, but a bifurcation certainly means that we're

19   going to be together for a very long time.

20             MR. DINTZER:  We do not think that bi -- we don't

21   see bifurcation as a remedy on fact discovery; we don't see

22   it affecting fact discovery.  We see it as something that

23   makes expert discovery more efficient.  We have reached

24   agreement with Google and with the Colorado Plaintiffs,

25   where we all have a proposed order for bifurcation, should

1    the Court adopt.  It is our -- it may be that people will

2    push off remedy fact discovery for some future time.

3            We do anticipate, assuming that we're going to

4    win, which we should because we brought the case, but if we

5    win, we are assuming that we will need some sort of factual

6    refresh, both to make sure that, based on whatever the

7    Court's liability decision is, we have the right

8    information, and also to the extent that Google's operations

9    and practices may have changed, we have the best

10   information.  But we're not talking about a tremendous

11   amount of re-do.

12           The savings that we see accruing come both on the

13   expert side, because you don't have experts delving into the

14   issue of remedy, you know, to the extent that they don't

15   need to for liability, and so -- on both sides.  And you

16   don't have -- but -- and you don't have -- take the time of

17   the Court on issues of remedy that almost certainly change

18   after we see the liability decision.

19           That said, if the Court said, we're doing this all

20   in one shot, one trial, there are things that we would

21   presumably need to get in fact discovery that we would be

22   pursuing, and, you know, that would be bunched up with

23   everything else.

24           If I could just give the Court just some idea.

25   If the -- right now, there are 116 depositions that have not

 1    been noticed.  If we noticed those -- that's between us and

 2    Google and the Colorado Plaintiffs.  If we noticed those all

 3    sometime between January 1 and March 22nd, that would be 2.1

 4    depositions per business day.

 5              And so just to give the Court some flavor, I mean,

 6    every single day we'd be doing two.  And the ability to get

 7    that information and to do those in the most efficient

 8    way -- I mean, wouldn't be -- and unless we know that the

 9    March 22nd deadline is going to move, we would have to plan

10    for that.

11              So what we would ask for is, at a minimum, a down

12    payment of more time so that at least we know that we have

13    some more time, and then we could come back maybe to talk

14    about the rest.

15              So maybe -- what the Court is saying is

16    well-taken, and maybe 45 days as a down payment so that we

17    know at least we have, you know, pretty much --

18              THE COURT:  You're asking me to negotiate against

19    myself?

20              MR. DINTZER:  I would never ask the Court to do

21    that.

22              But if we hit 35 now, then we could see if those

23    other 45 become necessary.

24              THE COURT:  Okay.

25              MR. DINTZER:  And so that would be something that

1    could accomplish what the Court is asking and also satisfy

2    our concerns.

3              THE COURT:  Okay.

4              Let me hear from Mr. Cavanaugh and then we'll turn

5    to Mr. Schmidtlein.

6              MR. CAVANAUGH:  Your Honor, I agree with

7    Mr. Dintzer that 45 days now would be good.

8              I know when we were discussing data before, that

9    Mr. Sallet, who has hair, was pulling it out, the notion of

10   getting data in the middle of January for expert reports

11   that are due in April.

12             That's an incredible squeeze, Your Honor.

13   And this is an enormous case with an enormous number of

14   documents.  And, you know, we thought long and hard about

15   making this request, because we understand, we looked at the

16   schedule, and we want to keep the trial date, and we

17   understand, to some extent, it puts the squeeze on you and

18   narrowing the time for you to decide summary judgment.

19             But, Your Honor, I would point out, this is a

20   bench trial.  You know, we're going to put an enormous

21   amount of information in front of you on summary judgment,

22   we'll get your decision.  You know, we'll prepare the case

23   for trial based on all of the issues we've put.  If you

24   narrow them -- these are all experienced trial lawyers in

25   this room, we know how to narrow our cases.  If we get a

```
 1    decision from you in August for a September trial -- we've
 2    all gotten summary judgment decisions.  In a patent case,
 3    I've gotten them three days before trial.  You know, and you
 4    scramble and you do it.
 5           You know, the case will get -- we'll put our
 6    exhibit list in, we'll prepare our witnesses.  If Your Honor
 7    narrows the case in some fashion, it's just narrowing the
 8    case.  It's not that hard.  It's not as though we're going
 9    to suddenly expand the case.
10           THE COURT:  Is it -- we haven't talked about this,
11    but are you anticipating a joint trial?
12           MR. CAVANAUGH:  I'm glad you raised that.
13           THE COURT:  Obviously --
14           MR. CAVANAUGH:  Yes.
15           THE COURT:  -- on the additional theory of
16    monopolization that you're just pursuing?
17           MR. CAVANAUGH:  Yes, we are anticipating one
18    trial.
19           THE COURT:  Okay.
20           MR. CAVANAUGH:  I envision the Court would not
21    want to hear issues that -- the similar issues that we have
22    twice from the same witnesses.
23           And our issues are supplemental to, and build off
24    of, the claims that are similar, which will not materially
25    extend the trial.
```

1          So, you know, we have not made a motion for

2     consolidated trial yet, but that is certainly -- has been

3     our expectation.

4          THE COURT:  Okay.

5          MR. CAVANAUGH:  On the issue of liabilities and

6     remedies, there will be some remedies discovery now in the

7     course of doing what is basically liability discovery.  But

8     I agree with Mr. Dintzer, there will be a need for some

9     supplemental remedies discovery.  That's why we've proposed

10    to put in the order that's before Your Honor that there will

11    be a meet-and-confer at the end of this fact-discovery phase

12    to talk about remedies.

13         I think it would make sense to do that

14    supplemental fact discovery before there's a liability

15    decision, because, frankly, Your Honor, we've alleged

16    ongoing harm.  And much as I enjoy being back in court, you

17    know, in 2025, they may be wheeling me in here.

18         So it's certainly in our interest, Your Honor, to

19    move this case along.  That's why we don't want to move the

20    trial date.  But we do think that, you know, as counsel for

21    Google said in response to the 30(b)(6), candidly -- well,

22    candidly, Your Honor, we need this additional time for fact

23    discovery.

24         It's just -- when you look at the number of

25    documents that are produced, you look at when we've gotten

1    them, just -- and I'm not saying anyone's been delayed or

2    dragging their feet.  You know, people have been --

3    companies have been producing millions of pages of

4    documents.  We have to go through them before we can take

5    these depositions.

6            So I think, just candidly, Your Honor, a case of

7    this magnitude, given the volume of information and

8    documents, just requires the extension.

9            THE COURT:  Okay.

10           Thank you, Mr. Cavanaugh.

11           MR. CAVANAUGH:  Thank you, Your Honor.

12           THE COURT:  All right, Mr. Schmidtlein.

13           MR. SCHMIDTLEIN:  Thank you, Your Honor.

14           First, you were absolutely right that the proposed

15   extension is completely unworkable with the current other

16   deadlines in the case.  It just isn't.

17           The idea -- and I think I've just heard from

18   Mr. Cavanaugh that they envision, at the close of this new

19   fact-discovery deadline, they then want to begin taking more

20   discovery into remedies before the trial.  That makes zero

21   sense whatsoever.  The whole point of this bifurcation issue

22   is, we push off any conversations and specifics about remedy

23   until we know whether there's anything to remedy, and if so,

24   what the scope of it is.

25           The idea that they're now going to basically get

1    more discovery before trial --

2         THE COURT:  And that's -- I mean, that's Google's

3    position not with -- I mean, to state the obvious, if there

4    is a liability determination against the company, will only

5    extend out further the ultimate judgment in the case and the

6    ultimate resolution, if there's to be an appeal.

7         MR. SCHMIDTLEIN:  That's correct.

8         I mean, I think we can't start talking about the

9    contours of a remedy proceeding until we know what

10   Your Honor's decision is, is our position.

11        On this question of the fact discovery being

12   pushed back, I guess what I'm -- what we saw in their motion

13   was surprising.

14        When they raised this with us a couple weeks ago,

15   I asked them, I said, what's the basis?  What is the basis

16   for this 90-day extension?  And here's what they wrote back

17   to me:  As you know, there have been various discovery

18   delays to date, including, but not limited to, Google's and

19   plaintiff's subpoena disputes with third parties.

20   Plaintiffs believe the extension is justified given, among

21   other things, the various production and deposition

22   scheduling delays, and an extension would facilitate

23   efficient completion of fact discovery in an orderly

24   fashion.

25        Well, that was a real head scratcher to us,

1    because we've been impressing third parties to get their

2    discovery in, they've had a dispute with Apple that was

3    resolved months ago, and Apple has met all of its deadlines.

4    They've resurrected up a more recent dispute with Samsung,

5    after that subpoena had been dormant for many months, and

6    that's now been resolved.  So they now seem to say, all of a

7    sudden, gee, we're kind of surprised we can't get all of

8    this done.

9           You and I spoke back many months ago when we

10   resolved the discovery disputes in this case.  As you will

11   recall, they served us with those first and second RFPs that

12   were overlapping and conflicting.  They asked us for

13   over-the-moon search terms and custodians and everything

14   else.  You resolved that, I believe, back in March.  And we

15   set deadlines for document productions, we set benchmarks

16   for how much we were going to get produced so we wouldn't

17   backload them, and we met every single one.

18          And back in March, Mr. Dintzer -- you asked

19   Mr. Dintzer, when do you think you're going to start taking

20   depositions?  And he said to you, I've got October 1 circled

21   on my calendar.  And we all sort of shrugged and said, gee,

22   we're going to be ready to go before that, and we were.  And

23   in response to that question, your sort of surprise, as well

24   as mine, they noticed a few in advance of that.

25          So we don't understand why, here in the middle of

1    November, there are surprises.  Everybody has met all their

2    deadlines.  And for them now to come forward and say, well,

3    gee, we need to take 100 depositions in three months.  They

4    don't have to take 100 depositions.  We're not going to take

5    100 depositions.  We're ready to go.

6         So something is going to have to give here and we

7    don't see that they have made an adequate showing.  We have

8    moved heaven and earth to meet all of these deadlines.  And

9    I, frankly, fear that giving them 90 more days is just

10   90 more days of more boiling the ocean for everything.

11        And at some point, you've got to cut through, you

12   have to make strategic decisions.  You can't take every

13   deposition of every person, you can't get every document,

14   you can't review every document before you take every

15   deposition.

16        So we're ready to go, Your Honor.

17        THE COURT:  Okay.

18        MR. DINTZER:  If I may be heard on that,

19   Your Honor?

20        Let me take a number of things that

21   Mr. Schmidtlein said.

22        With respect to the remedies discovery, we can

23   discuss that timeline.  In fact, we have that in the order

24   to discuss what the timeline is on remedies; we ask the

25   Court to set a meet-and-confer on that.

1          With respect to Samsung, the subpoena was never

2     dormant.  We were negotiating with Samsung.  The problem

3     that happened there was Samsung told us that their documents

4     were overseas, and so we moved heaven and earth to work with

5     Samsung to get them.

6          And it turned out that ultimately, A, we couldn't

7     get them from overseas, and, B, they weren't overseas.  And

8     so once we found out that they weren't and we threatened to

9     bring them to the Judge, they said, fine, and we worked with

10    them.  And we ultimately had to bring them to the Court, but

11    there was never a point where we weren't working with them

12    or trying to move them forward.

13         With respect to our diligence in discovery, with

14    respect to the first movers on depositions, not

15    cross-notices but first movers on depositions, we issued our

16    first deposition notice on July 1st, okay?  Google issued

17    their first notice -- initial notice on a deposition two

18    weeks ago.  First deposition notice taken, we took a person

19    on September 2nd.  When we originally asked for August 23rd,

20    Google wouldn't give us that.

21         Google won't take their first deposition, where

22    they themselves are the first movers, until mid December.

23         Total depositions taken, we've taken 18, Google

24    has taken one.

25         The last 30 -- and this is an important one,

1    Your Honor, okay?  In the last 60 days, we had only issued

2    one new subpoena to a third party that we hadn't issued one

3    before.

4            So as far as, like, we're not still out there

5    throwing out, you know, subpoenas from the back of a pickup

6    truck.  We've issued one.  Google has actually issued 11

7    during that period.

8            So we are focusing our efforts.  In the first

9    three months of discovery, we issued 40 of the initial

10   subpoenas that we were -- we issued 61 total.  We issued 40

11   of those in the first three months of discovery.

12           We have been pushing the entire time.  We have

13   been diligent.  We've been coming to the Court.  We've been

14   asking to move Google faster and the third parties faster as

15   much as we can.  So, Your Honor, we refuse to accept

16   Google's characterization that we have been anything other

17   than extremely diligent in pursuing.

18           We are not boiling the ocean, we're not looking

19   for every document, we're trying to organize a significant

20   amount.  Google is a complicated company with a lot of

21   moving parts, and they make every effort -- and we can go

22   into this in depth -- they make every effort to make it very

23   difficult to find information about how their company works.

24           And we've had a number of privilege issues with

25   Google.  We have -- their initial privilege logs were

1    extraordinarily problematic.  We pushed back.  Google

2    recognized that, because they have turned -- they have

3    reproduced, okay, that means changing the privilege

4    designations and limiting or reducing the privilege, 40,000

5    documents.

6            And they're still doing it, because the most

7    recent privilege logs had the same errors that their prior

8    ones did and they're looking at those now and we're still

9    expecting more.  And we're -- we waited for those documents.

10   Those are important documents.  So, Your Honor, we refuse to

11   accept Google's characterization with respect to diligence.

12           As far as this extra time goes, we will use this

13   time as we have been doing.  We will continue to narrow

14   things, we will continue to ask for depositions of

15   significant people and use the documents that we have been

16   pulling out to perform those depositions.

17           THE COURT:  Okay.

18           MR. ARTEAGA:  Your Honor, this is Juan Arteaga.

19           Sorry to interject myself, but if I could just be

20   heard for one moment, because Mr. Dintzer brought up the

21   issue of their negotiation with Samsung, and I think it's a

22   mischaracterization of the negotiations.

23           THE COURT:  Hang on, Mr. Arteaga.

24           I can't hear you all that well.

25           And no disrespect intended, but I think we've sort

1     of -- did we lose him?

2              The video feed has gotten off-kilter here.

3              But, you know, I'm not all that interested in

4     re-litigating the chronology with Samsung and who's to blame

5     for the delays there.

6              Why don't you have a seat, Mr. Dintzer.

7              MR. DINTZER:  Thank you, Your Honor.

8              THE COURT:  Look, I will do the following.

9              Let me be abundantly clear here, which is, this

10    trial is going to happen in September of 2023.  That is

11    going to happen by hook or by crook, okay?

12             Absent some extraordinary circumstance, that is

13    when this case is going to go to trial.  And what that means

14    is that the burden is going to be on you-all to proceed

15    efficiently and, as I think Mr. Schmidtlein is right, to

16    prioritize what really matters.

17             And, Mr. Dintzer and Mr. Cavanaugh, you know, as

18    the plaintiffs here, you bear the burden, and so you are --

19    you have a heavier burden, arguably, in discovery moving

20    forward than Google does here.

21             That said, you know, the government here does have

22    the advantage of being two governments and multiple

23    governments, and you've had an investigative period.  And

24    so, you know, while it may be difficult to figure out

25    exactly how Google operates, you certainly had a lot of time

1   and opportunity to learn those facts.

2             So here's what I will do.  I'll give you 45 days;

3   we'll extend everything out by 45 days.  And I'm going to be

4   hard-pressed to give you any more time.  So plan

5   accordingly.

6             I will plan accordingly, which means, you know,

7   I will end up committing -- I'm going to make sure that I've

8   made -- will make myself available throughout these

9   proceedings, as I have been.  I will continue to do that.

10  I will also then make sure that once the motions are ripe,

11  that I turn to those immediately, because, as I said, this

12  trial is going to happen in the fall of 2023.

13            Insofar as bifurcation goes, as much as I don't

14  want to be in a position where we're all together in 2025,

15  if that's inevitable, it's inevitable.  And I do think that

16  you-all are -- I do think -- I think it makes sense to do

17  that and take the issue of remedies off the table for the

18  time being, and if and when we get there, we'll deal with

19  it.

20            Insofar as when discovery happens with respect to

21  remedies, let's -- we can -- we can kick that can down the

22  road and we can decide if and when -- when it makes sense to

23  do that and whether we ought to put that off until after any

24  liability determination or whether we ought to have some

25  remedies discovered before then.

1          So what I'll ask you all to do, if you would

2    kindly simply just submit a proposed order to me with

3    extensions of the relevant dates 45 days out, instead of the

4    90 that you've proposed, and I'll go ahead and sign that

5    order and get it on file.  Submit whatever stipulation

6    you've reached with respect to the bifurcation of liability

7    and remedies.

8          I assume that whatever disputes there were -- do

9    I assume correctly that whatever disputes you had,

10   Mr. Schmidtlein, you had submitted a redline, that those

11   have been worked out?

12         MR. SCHMIDTLEIN:  I think between the

13   conversations we had before court today and the guidance

14   you've just given us on timing, I think we should be able

15   to -- and I guess what I would recommend is, why don't you

16   let us just put our heads together and try to submit to you

17   a clean copy --

18         THE COURT:  Okay.

19         MR. SCHMIDTLEIN:  -- of what we think is the

20   final -- should be the final agreed upon; we can try to do

21   that today or tomorrow.

22         THE COURT:  Okay.

23         Just get me something by the end of the week, if

24   you will, on -- I mean, I know there's a lot going on.

25   So if you would just get me those two draft orders by the

1    end of the week.  And hopefully everything will be squared

2    away, I'll sign them, and that'll take care of those two

3    issues, okay?

4              MR. SCHMIDTLEIN:  Thank you.

5              THE COURT:  All right.

6              It's nice to see everyone in person.

7              Is there anything else we need to discuss?

8    We'll plan to see everybody next Monday.  Again, we'll do

9    that remotely unless somebody thinks there's an urgent need

10   to do it in person, next Monday, on the 30(b)(6) issues.

11             But otherwise, is there anything else anybody

12   wants to discuss this morning or I guess it's now afternoon?

13             MR. DINTZER:  Nothing from the United States,

14   Your Honor.

15             MR. CAVANAUGH:  Nothing for the Colorado

16   Plaintiffs, Your Honor.

17             MR. SCHMIDTLEIN:  Nothing for Google, Your Honor.

18   Thank you.

19             THE COURT:  Thank you all very much.  Do not wait

20   for me.  Have a good rest of the week, everyone.

21             COURTROOM DEPUTY:  This Court stands adjourned.

22             MR. SCHMIDTLEIN:  I don't think we have a next

23   date.

24             THE COURT:  Let's do that.  I'd forgotten that.

25   Thank you for the reminder.

1          MR. SCHMIDTLEIN:  And we could do this, obviously,

2    next Monday.

3          THE COURT:  Yeah.  No, I was thinking that, too,

4    but given -- I mean, you know.

5          MR. SCHMIDTLEIN:  Unless you want to look at your

6    calendar.

7          THE COURT:  How about the -- are folks still going

8    to be working as late as the 22nd?

9          MR. SCHMIDTLEIN:  Do you want that in person?

10         I would prefer to push it until after the holiday.

11         THE COURT:  Until after the holidays?

12         MR. SCHMIDTLEIN:  We have a deposition that day.

13         MR. DINTZER:  We can agree on that, as long as, if

14   something comes up sooner, then obviously we might want to

15   raise that sooner.

16         THE COURT:  You-all have a bat phone to my

17   chambers.  So you can send up the bat signal if you need me,

18   so that's fine.

19         MR. DINTZER:  Then that works for us, Your Honor.

20         THE COURT:  How about January 7?

21         MR. DINTZER:  That works for us, Your Honor.

22         MR. CAVANAUGH:  That's fine, Your Honor.

23         THE COURT:  January 7, 11:00 a.m.

24         MR. SCHMIDTLEIN:  Thank you, Your Honor.

25         THE COURT:  And why don't we just go ahead and set

```
 1   the next one down as well, because my schedule is going to

 2   get increasingly complicated, because all these January 6th

 3   cases are now starting to get set for trial.

 4           So why don't we -- if everybody is available

 5   February 11th as well?

 6           MR. DINTZER:  That works for the United States,

 7   Your Honor.

 8           MR. CAVANAUGH:  That's fine for the states.

 9           MR. SCHMIDTLEIN:  Thank you, Your Honor.

10           THE COURT:  So we'll set 11:00.

11           That's Mr. Douyon's birthday, so everybody come

12   bearing gifts of low value.

13           Thanks, everyone.

14           COURTROOM DEPUTY:  All rise.

15           This court stands adjourned.

16           (Proceedings concluded at 12:24 p.m.)

17

18

19

20

21

22

23

24

25
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__November 30, 2021____   /S/__William P. Zaremba_____

                               William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [4]** 5/2 5/6 58/21 60/14
**MR. ARTEAGA: [3]** 7/7 7/12 54/18
**MR. CAVANAUGH: [19]** 14/19 14/23 15/11 15/23 16/9 16/11 16/14 18/13 18/22 45/6 46/12 46/14 46/17 46/20 47/5 48/11 58/15 59/22 60/8
**MR. DINTZER: [41]** 6/3 6/5 8/4 8/15 8/22 9/2 9/8 9/11 9/23 13/20 14/2 19/14 20/17 20/25 21/10 27/10 30/3 33/5 34/4 35/3 35/14 35/19 36/7 37/11 37/15 38/23 40/17 41/16 41/19 41/22 42/12 42/20 44/20 44/25 51/18 55/7 58/13 59/13 59/19 59/21 60/6
**MR. SCHMIDTLEIN: [29]** 10/17 11/21 12/15 12/24 16/22 17/21 17/23 18/6 21/18 24/4 24/9 25/17 26/17 26/21 31/20 35/25 48/13 49/7 57/12 57/19 58/4 58/17 58/22 59/1 59/5 59/9 59/12 59/24 60/9
**MR. SUNSHINE: [1]** 19/23
**MS. KENNEY: [1]** 23/9
**MS. SIMONS: [1]** 22/2
**MS. WASZMER: [1]** 23/1
**THE COURT: [91]**

**.**

**.05 [1]** 30/7

**/**

**/S [1]** 61/7

**0**

**02116 [1]** 3/12
**0340 [1]** 1/15

**1**

**100 [3]** 51/3 51/4 51/5
**10019 [1]** 3/8
**10022 [1]** 4/9
**10036-6710 [1]** 2/5
**108 [1]** 6/10
**10th [3]** 7/1 7/17 7/25
**11 [1]** 53/6
**1100 [1]** 1/14
**1133 [1]** 2/4
**1152 [1]** 3/16
**116 [1]** 43/25
**11:00 [3]** 1/6 59/23 60/10
**11th [1]** 60/5
**12:24 [1]** 60/16
**12th [5]** 3/3 16/7 16/15

**13 [1]** 24/6
**1300 [1]** 2/10
**1301 [1]** 3/7
**1440 [1]** 4/4
**14th [3]** 27/21 28/24 34/21
**15 [1]** 6/18
**15-plus [1]** 27/3
**15th [2]** 3/16 29/14
**18 [5]** 6/18 12/17 14/5 32/14 52/23
**1800 [1]** 3/13
**1900 [1]** 3/21
**1st [4]** 27/5 29/8 35/1 52/16

**2**

**2.1 [1]** 44/3
**20,000 [1]** 7/16
**20-3010 [2]** 1/4 5/7
**200,000 [1]** 7/13
**2000 [1]** 3/12
**20001 [1]** 4/14
**20005 [3]** 3/3 3/17 4/5
**20006 [1]** 3/21
**2005 [3]** 24/12 24/13 32/2
**202 [6]** 1/15 3/4 3/17 3/22 4/5 4/15
**2021 [2]** 1/5 61/7
**2022 [1]** 37/18
**2023 [3]** 38/25 55/10 56/12
**2025 [3]** 42/18 47/17 56/14
**20th [2]** 31/12 39/3
**212 [3]** 2/5 3/8 4/10
**21st [1]** 29/17
**22 [1]** 6/18
**2200 [1]** 2/4
**222 [1]** 3/11
**22nd [6]** 15/8 15/17 41/1 44/3 44/9 59/8
**23rd [2]** 15/4 52/19
**25 [1]** 6/17
**261-3432 [1]** 3/22
**26th [1]** 20/6
**2793 [1]** 2/5
**28 [1]** 10/4
**29th [1]** 15/24
**2:00 [1]** 36/3
**2nd [5]** 16/1 16/11 16/23 16/25 52/19

**3**

**30 [23]** 1/5 23/17 24/2 24/9 25/2 25/15 27/17 27/21 30/16 30/24 31/1 33/12 33/13 33/16 34/2 34/22 35/23 40/10 40/13 47/21 52/25 58/10 61/7
**30 days [4]** 27/4 32/18 33/10 34/10
**30,000 [1]** 7/14
**30,000-document [1]** 6/24

**307-0340 [1]** 1/15
**30th [1]** 34/25
**3249 [1]** 4/15
**333 [1]** 4/14
**335-2793 [1]** 2/5
**339-8400 [1]** 3/17
**3432 [1]** 3/22
**35 [2]** 15/13 44/22
**354-3249 [1]** 4/15
**36 [1]** 6/18
**371-7860 [1]** 4/5

**4**

**40 [3]** 24/9 53/9 53/10
**40,000 [1]** 54/4
**4053 [1]** 4/10
**40th [1]** 3/7
**434-5000 [1]** 3/4
**45 [9]** 35/23 40/13 41/24 44/16 44/23 45/7 56/2 56/3 57/3
**497-7702 [1]** 3/8

**5**

**5000 [1]** 3/4
**508-6000 [1]** 2/11
**590 [1]** 4/9

**6**

**60 [2]** 40/10 53/1
**6000 [1]** 2/11
**61 [2]** 6/17 53/10
**617 [1]** 3/13
**6710 [1]** 2/5
**6th [4]** 27/5 28/2 28/4 60/2

**7**

**720 [1]** 2/11
**725 [1]** 3/3
**7702 [1]** 3/8
**7860 [1]** 4/5
**7th [1]** 2/10

**8**

**80203 [1]** 2/11
**803-4053 [1]** 4/10
**8400 [1]** 3/17
**880-1800 [1]** 3/13

**9**

**90 [3]** 40/12 51/9 57/4
**90 more [1]** 51/10
**90-day [1]** 49/16
**9th [2]** 28/1 38/25

**A**

**a.m [2]** 1/6 59/23
**ability [2]** 27/22 44/6
**able [8]** 13/17 17/10 17/25 20/8 20/12 26/1 31/7 57/14
**about [42]** 5/23 5/25 6/24 7/20 8/2 10/8 11/12 12/7 12/18 12/22 13/8 13/9 20/16 21/2 22/17 23/21 24/14 26/12 29/12 29/21 31/8

**300-3010 [2]** 1/4 5/7
**36/3 36/15 37/8 39/12 39/13 39/14 39/22 43/10 44/14 45/14 46/10 47/12 48/22 49/8 53/23 59/7 59/20
**above [1]** 61/4
**above-titled [1]** 61/4
**abreast [1]** 21/7
**Absent [1]** 55/12
**absolutely [1]** 48/14
**abundantly [2]** 40/15 55/9
**accept [2]** 53/15 54/11
**acceptable [1]** 28/9
**access [1]** 33/23
**accommodate [1]** 13/11
**accommodated [1]** 12/21
**accommodation [1]** 12/8
**accomplish [3]** 13/17 13/18 45/1
**accomplished [1]** 35/11
**accordingly [2]** 56/5 56/6
**account [1]** 14/15
**accruing [1]** 43/12
**accurate [1]** 23/2
**Action [1]** 5/7
**actually [2]** 32/6 53/6
**add [5]** 12/24 13/19 22/25 23/7 38/11
**additional [5]** 15/2 15/4 15/5 46/15 47/22
**address [6]** 15/19 19/16 19/20 25/19 31/23 36/15
**addressed [3]** 29/17 30/20 31/12
**adequate [1]** 51/7
**adjourned [2]** 58/21 60/15
**adopt [1]** 43/1
**advance [1]** 50/24
**advantage [1]** 55/22
**advertising [2]** 24/17 25/24
**affect [1]** 37/19
**affecting [1]** 42/22
**after [8]** 32/18 33/10 34/11 43/18 50/5 56/23 59/10 59/11
**afternoon [3]** 23/9 35/13 58/12
**again [5]** 12/21 15/16 18/7 35/22 58/8
**against [4]** 44/18 49/4
**age [1]** 10/3
**ago [11]** 22/20 25/24 26/3 26/22 27/3 28/18 34/6 49/14 50/3 50/9 52/18
**agree [7]** 10/18 12/4 19/25 34/9 45/6 47/8 59/13

**agreed [2]** 25/20 57/20
**agreed-upon [1]** 25/20
**agreement [5]** 9/14 17/16 22/22 27/22 42/24
**ahead [4]** 5/25 33/4 57/4 59/25
**aided [1]** 4/16
**aiming [1]** 17/25
**al [2]** 1/3 5/7
**all [68]**
**All right [9]** 19/21 23/14 34/24 58/5
**alleged [1]** 47/15
**alleviating [1]** 42/13
**allow [3]** 8/19 29/1 37/1
**alluded [1]** 11/2
**almost [2]** 27/24 43/17
**along [3]** 16/2 22/23 47/19
**already [3]** 19/10 22/17 25/23
**also [9]** 8/7 28/21 29/20 33/23 35/10 39/13 43/8 45/1 56/10
**alter [1]** 37/24
**always [2]** 17/23 39/4
**am [3]** 19/23 36/10 37/6
**amend [1]** 38/9
**amended [1]** 38/14
**AMERICA [2]** 1/3 5/7
**Americas [2]** 2/4 3/7
**Amisha [2]** 3/19 22/5
**amisha.patel [1]** 3/24
**AMIT [1]** 1/10 5/3
**Amit P [1]** 5/3
**among [1]** 49/20
**amount [3]** 43/11 45/21 53/20
**analysis [6]** 16/3 24/14 32/1
**another [10]** 7/15 15/1 15/7 15/17 19/2 22/12 27/21 30/24 40/10 40/11
**answer [6]** 17/24 25/17 26/7 32/4 34/3 34/8
**answering [1]** 13/25
**answers [1]** 33/25
**anticipate [5]** 15/2 16/23 18/11 43/3
**anticipating [2]** 46/11 46/17
**Antitrust [1]** 2/8
**any [19]** 7/9 7/9 7/18 10/13 16/19 19/12 21/7 25/11 25/18 28/7 28/19 29/8 33/22 37/19 38/7 39/13 48/22 56/4 56/23
**anybody [2]** 30/10 58/11
**anyone's [1]** 48/1
**anything [16]** 5/21 5/22 6/7 8/14 9/7 10/14 13/19 19/6 22/24 23/6 38/10 38/11 48/23

**A**

anything... [3] 53/16
58/7 58/11
anyway [1] 10/9
apace [2] 10/19 19/4
appeal [1] 49/6
APPEARANCES [4]
1/12 1/16 2/13 3/24
Apple [9] 4/2 19/8
19/11 19/13 19/24 20/3
20/16 50/2 50/3
appreciate [2] 21/10
35/3
appropriate [2] 25/2
26/25
April [2] 38/25 45/11
are [96]
Area [1] 11/17
areas [1] 15/13
aren't [2] 19/17 25/18
arguably [1] 55/19
argument [1] 19/15
arisen [1] 7/18
around [1] 11/16
ARPS [1] 4/3
Arteaga [5] 4/8 7/6 7/8
54/18 54/23
as [74]
ask [14] 16/18 19/11
23/24 29/6 29/18 32/9
32/15 34/15 36/17
44/11 44/20 51/24
54/14 57/1
asked [8] 6/20 11/11
26/2 33/14 49/15 50/12
50/18 52/19
asking [7] 13/24 24/24
24/24 34/3 44/18 45/1
53/14
asks [1] 24/6
aspects [1] 25/14
assume [2] 22/22
29/22 40/25 57/8 57/9
assuming [2] 43/3 43/5
attending [1] 12/19
attorneys [1] 9/3
August [3] 39/21 46/1
52/19
availability [1] 35/13
available [8] 24/1
27/16 29/9 35/19 35/21
35/25 56/8 60/4
Avenue [5] 2/4 3/7 4/4
4/9 4/14
avoid [1] 31/4
away [1] 10/3 58/2

**B**

back [28] 5/15 5/21
10/23 14/23 19/8 19/11
20/15 20/18 21/1 21/13
22/18 24/3 24/11 26/5
26/13 27/2 32/6 37/18
42/11 44/13 47/16
49/12 49/16 50/9 50/14
50/18 53/5 54/1
backload [1] 50/17
backward [1] 41/4

base [1] 18/1
based [8] 15/25 18/7
27/13 38/3 38/14 39/16
43/6 45/23
basic [2] 31/24 31/24
basically [3] 26/18
47/7 48/25
basis [3] 11/11 49/15
49/15
bat [2] 59/16 59/17
Bay [1] 11/17
be [76]
bear [1] 55/18
bearing [1] 60/12
because [21] 16/2
25/18 26/12 31/2 32/21
33/7 36/14 38/11 41/8
42/3 43/4 43/13 45/15
47/15 50/1 54/2 54/6
54/20 56/11 60/1 60/2
become [3] 13/8 38/25
44/23
becomes [1] 40/14
been [44] 6/10 6/11
6/16 7/18 8/25 9/1 9/2
9/3 9/4 11/1 11/5 11/5
11/6 11/16 12/17 14/4
15/6 15/14 15/15 20/17
20/18 20/21 20/22
21/16 23/18 30/10 44/1
47/2 48/1 48/2 48/3
49/17 50/1 50/5 50/6
53/12 53/13 53/13
53/13 53/16 54/13
54/15 56/9 57/11
before [41] 1/10 7/19
7/21 9/14 17/24 19/3
19/7 20/10 20/21 21/4
22/11 23/7 26/19 28/23
29/18 30/16 30/18
30/20 31/2 31/16 34/10
34/17 35/7 37/22 39/7
39/10 39/17 40/11 42/5
45/8 46/3 47/10 47/14
48/4 48/20 49/1 50/22
51/14 53/3 56/25 57/13
begged [1] 25/23
begin [9] 6/2 11/10
16/25 17/10 30/4 32/23
37/2 39/1 48/19
beginning [2] 18/5
18/17
begins [1] 37/22
behalf [2] 5/12 14/20
behind [1] 20/12
being [12] 6/19 6/25
12/11 26/9 26/17 30/6
30/10 42/17 47/16
49/11 55/22 56/18
believe [8] 12/8 17/1
17/25 20/20 22/9 23/3
49/20 50/14
BELKNAP [1] 2/3
bench [1] 45/20
benchmarks [1] 50/15
beneath [1] 20/22
benefit [1] 17/2

best [4] 12/13 34/16
42/1 43/9
better [3] 12/25 18/14
25/3
between [4] 17/3 44/1
44/3 57/12
beyond [1] 14/3
bi [1] 42/20
bifurcate [1] 36/18
bifurcation [10] 9/9
9/12 42/10 42/16 42/18
42/21 42/25 48/21
56/13 57/6
Bill [1] 14/20
Bill Cavanaugh [1]
14/20
birthday [1] 60/11
bit [2] 11/17 23/21
blame [1] 55/4
body [1] 14/9
boiling [2] 51/10 53/18
Boston [2] 3/12 22/3
both [7] 5/14 6/12 30/7
31/18 43/6 43/12 43/15
bottom [1] 13/6
boy [1] 29/3
break [1] 27/22
briefing [1] 37/25
briefly [1] 7/12
bring [3] 26/13 52/9
52/10
broad [3] 17/7 24/6
32/4
broadly [1] 24/18
Broadway [1] 2/10
brought [4] 38/3 38/7
43/4 54/20
Bruce [1] 2/7
build [1] 46/23
bunch [1] 42/2
bunched [1] 43/22
burden [4] 36/20 55/14
55/18 55/19
business [3] 24/17
24/18 44/4

**C**

calendar [2] 50/21 59/6
call [1] 24/19
Calling [1] 22/3
can [49] 9/9 9/12 11/15
11/17 12/7 13/12 13/14
13/16 14/2 14/6 18/1
18/6 18/15 18/19 19/15
22/13 23/19 25/6 26/11
26/11 28/3 28/15 31/11
31/15 31/21 31/23 32/5
32/24 33/24 34/16
34/16 34/22 35/25 36/4
38/8 38/14 39/23 42/1
48/4 51/22 53/15 53/21
56/21 56/21 56/21
56/22 57/20 59/13
59/17
can't [14] 12/5 14/7
19/14 21/22 28/14
28/19 28/25 34/12 49/8

candidly [4] 31/20
47/21 47/22 48/6
care [1] 58/2
Caroline [1] 3/10
Carr [1] 2/9
case [26] 10/23 10/23
12/1 23/8 30/5 32/14
36/24 38/3 38/8 38/10
41/14 41/18 43/4 45/13
45/22 46/2 46/5 46/7
46/8 46/9 47/19 48/6
48/16 49/5 50/10 55/13
cases [4] 10/7 24/23
45/25 60/3
Cavanaugh [10] 2/2
5/10 14/20 14/21 18/12
37/10 45/4 48/10 48/18
55/17
CDC [1] 11/12
Center [1] 2/9
certain [2] 8/8 9/14
certainly [8] 30/9 31/21
39/5 42/18 43/17 47/2
47/18 55/25
Certified [1] 4/12
certify [1] 61/2
cetera [1] 10/7
CH [1] 4/13
chair [1] 28/1
chairs [1] 28/19
challenging [1] 29/11
chambers [1] 59/17
chance [1] 9/20
change [2] 39/5 43/17
changed [2] 11/13 43/9
changes [5] 11/11
15/14 15/16 32/9 32/10
changing [2] 13/14
54/3
characterization [3]
22/7 53/16 54/11
check [2] 19/3 36/6
Christmas [2] 26/19
31/16
chronology [1] 55/4
circled [1] 50/20
circumstance [1]
55/12
circumstances [2]
12/13 12/16
City [1] 10/2
civil [3] 5/7 30/7 30/13
Civil Action [1] 5/7
claim [1] 39/13
claims [2] 39/14 46/24
clean [1] 57/17
clear [3] 25/19 40/15
55/9
close [4] 7/13 7/16
40/11 48/18
co [2] 2/11 22/4
co-counsel [1] 22/4
coag.gov [1] 2/12
Cohen [2] 3/19 22/5
colleagues [2] 10/21
10/23

Colorado [11] 2/2 2/7
2/9 5/11 6/17 14/18
14/20 36/21 42/24 44/2
58/15
COLUMBIA [1] 1/1
combination [1] 16/20
combine [1] 26/2
combined [1] 26/22
come [7] 12/7 26/5
37/6 43/12 44/13 51/2
60/11
comes [3] 21/8 21/8
59/14
comfort [3] 12/9 13/15
14/16
comfortable [1] 14/12
coming [5] 25/25 26/17
31/6 36/5 53/13
committed [1] 6/25
committing [1] 56/7
companies [1] 48/3
company [1] 49/4
53/20 53/23
compare [1] 14/7
compelled [1] 13/13
complaint [1] 13/13
complete [3] 6/18 6/25
18/8
completed [3] 15/23
28/23 42/7
completely [3] 27/6
27/15 48/15
completion [5] 7/11
7/17 7/24 18/4 49/23
complex [1] 40/4
complicated [1] 39/7
53/20 60/2
compress [1] 36/23
compresses [2] 36/24
38/16
compression [1] 40/2
compromises [1] 17/8
computer [1] 4/16
computer-aided [1]
4/16
concern [2] 40/1 40/2
concerned [1] 28/16
concerning [3] 10/15
19/9 21/14
concerns [4] 8/8 21/2
37/4 45/2
concluded [1] 60/16
conditions [2] 11/14
13/14
conduct [1] 12/5
conducted [1] 11/5
confer [13] 12/6 12/22
17/2 17/16 18/15 18/17
28/17 28/18 30/18
31/13 35/7 47/11 51/25
conference [5] 1/9
11/25 12/12 34/11
34/12
conferences [1] 5/16
conferred [1] 17/22
conferring [2] 8/20
32/24
confers [2] 15/6 15/12

**C**

confined [1] 12/3
confirm [1] 17/23
conflicting [1] 50/12
conflicts [1] 10/6
CONNOLLY [1] 3/2
consistent [1] 18/10
consolidated [1] 47/2
constant [2] 20/18 20/22
Constitution [1] 4/14
Consumer [1] 2/8
contact [2] 20/18 20/22
contents [1] 21/2
continue [6] 12/21 13/8 22/13 54/13 54/14 56/9
continued [4] 2/1 3/1 4/1 6/9
continuing [5] 10/19 12/6 21/19 21/20 22/9
contours [4] 25/21 27/1 31/22 49/9
conversations [2] 48/22 57/13
copy [1] 57/17
Corporation [1] 3/10
correct [4] 20/4 22/8 49/7 61/3
correctly [1] 57/9
could [19] 10/21 14/7 15/25 17/8 18/17 25/10 25/14 26/22 29/16 34/13 40/9 40/9 40/20 43/24 44/13 44/22 45/1 54/19 59/1
couldn't [2] 32/17 52/6
counsel [7] 5/13 7/5 17/22 22/4 23/6 31/18 47/20
count [1] 24/10
counts [1] 38/7
county [2] 11/18 11/18
couple [5] 20/21 22/20 24/12 26/19 49/14
course [6] 6/9 13/24 17/18 19/24 33/22 47/7
court [45] 1/1 4/11 4/13 6/6 6/12 6/20 6/22 7/21 8/12 9/13 9/14 9/15 12/18 19/16 19/19 20/10 21/5 21/23 27/20 28/8 28/11 29/6 29/19 30/8 37/13 38/1 38/4 38/12 38/13 43/1 43/17 43/19 43/24 44/5 44/15 44/20 45/1 46/20 47/16 51/25 52/10 53/13 57/13 58/21 60/15
Court's [1] 43/7
courthouse [1] 36/5
covers [1] 16/4
create [2] 41/3 41/4
creative [1] 14/3
crook [1] 55/11
cross [3] 6/13 6/15 52/15
cross-noticed [1] 6/13

cross-notices [1] 52/15
cross-subpoena [1] 6/15
CROWELL [1] 4/8
crowell.com [1] 4/10
CRR [2] 61/2 61/8
crystal [1] 25/19
csimons [1] 3/13
current [4] 12/15 31/2 39/1 48/15
currently [1] 30/23
custodians [3] 15/4 15/5 50/13
cut [1] 51/11
cutting [1] 17/10
CV [1] 1/4

**D**

D.C [7] 1/5 1/14 3/3 3/17 3/21 4/5 4/14
data [18] 15/19 15/21 15/25 16/3 16/8 16/12 16/20 16/20 16/25 17/10 17/17 18/23 21/15 21/20 22/8 22/10 45/8 45/10
dataset [1] 15/25
date [22] 7/11 7/17 7/24 11/16 12/25 18/4 18/5 18/7 18/8 23/25 23/25 28/4 28/7 28/8 29/14 29/17 34/21 45/16 47/20 49/18 58/23 61/7
dates [5] 24/1 29/14 31/15 37/19 57/3
Daubert [1] 37/1
day [8] 12/9 12/12 34/11 34/11 44/4 44/6 49/16 59/12
days [21] 9/21 12/10 15/24 20/21 27/4 32/18 33/10 34/10 38/9 40/10 40/12 41/24 44/16 45/7 46/3 51/9 51/10 53/1 56/2 56/3 57/3
deadline [5] 27/6 31/3 40/16 44/9 48/19
deadlines [5] 48/16 50/3 50/15 51/2 51/8
deal [3] 5/18 26/14 56/18
dealing [1] 13/1
dealt [1] 33/1
December [18] 7/1 7/17 7/25 16/1 16/7 16/11 16/15 16/19 16/23 16/25 27/5 28/4 29/8 29/14 29/17 30/19 31/10 52/22
December 12th [1] 16/15
DECHERT [2] 3/20 22/5
dechert.com [2] 3/23 3/24
decide [2] 45/18 56/22

decisions [4] 38/6 40/3 46/2 51/12
Defendant [1] 1/7 3/2
Defense [1] 17/22
define [1] 24/18
delayed [1] 48/1
delays [3] 49/18 49/22 55/5
delving [1] 43/13
demands [3] 10/16 30/12 30/14
Denver [1] 2/11
DEPARTMENT [2] 1/13 2/7
depend [1] 17/18
depending [3] 11/18 24/9 26/12
deponent [1] 33/22
deponents [2] 11/6 31/18
depose [1] 41/7
deposed [2] 23/19 26/18
deposing [1] 41/6
deposition [24] 11/24 14/6 15/2 25/5 25/25 27/20 27/25 28/22 28/23 28/24 30/20 32/17 39/2 40/19 41/8 42/3 49/21 51/13 51/15 52/16 52/17 52/18 52/21 59/12
depositions [35] 5/24 6/9 6/18 8/17 8/23 11/1 11/4 12/5 12/11 13/1 13/13 14/10 14/25 26/2 26/15 26/16 26/23 27/23 31/1 34/18 35/17 41/2 42/7 43/25 44/4 48/5 50/20 51/3 51/4 51/5 52/14 52/15 52/23 54/14 54/16
depth [1] 53/22
described [1] 34/1
designations [2] 39/3 54/4
desires [2] 12/9 12/20
detailed [1] 27/3
details [1] 23/12
determination [2] 49/4 56/24
develop [2] 27/12 27/18
did [4] 13/19 27/4 54/8 55/1
didn't [3] 10/9 28/1 33/13
different [2] 13/15 32/8
difficult [3] 31/17 53/23 55/24
dig [1] 27/2
digest [1] 35/5
diligence [2] 52/13 54/11

diligently [1] 10/25
Dintzer [25] 1/13 5/9 6/2 8/1 9/18 10/18 11/2 11/4 11/13 13/5 13/19 19/25 20/16 27/8 30/2 33/4 37/9 40/8 45/7 47/8 50/18 50/19 54/20 55/6 55/17
Dintzer's [1] 30/22
disagree [1] 20/25
discovered [1] 56/25
discovery [40] 5/24 10/15 29/4 30/6 32/14 36/11 36/12 36/12 36/20 37/17 37/19 37/22 40/11 41/18 42/13 42/21 42/22 42/23 43/2 43/21 47/6 47/7 47/9 47/11 47/14 47/23 48/19 48/20 49/1 49/11 49/17 49/23 50/2 50/10 51/22 52/13 53/9 53/11 55/19 56/20
discuss [7] 19/6 23/22 24/22 51/23 51/24 58/7 58/12
discussing [3] 6/23 8/7 45/8
discussions [3] 7/20 8/6 20/1
dispositive [1] 37/25
dispute [6] 7/21 13/8 13/21 20/10 50/2 50/4
disputed [1] 23/7
disputes [8] 15/18 19/7 22/17 23/13 49/19 50/10 57/8 57/9
disrespect [1] 54/25
distance [1] 11/8
distanced [1] 11/7
DISTRICT [3] 1/1 1/1 1/10
do [58] 6/9 7/9 8/3 8/23 12/8 13/10 14/7 16/3 18/1 20/2 20/15 23/21 28/8 28/17 28/18 30/15 30/19 30/22 31/7 32/16 32/20 33/16 34/8 34/16 34/22 34/24 35/17 36/4 37/8 37/12 39/14 40/8 41/4 42/20 43/3 43/11 44/7 44/20 46/4 47/13 47/20 50/19 55/8 56/2 56/9 56/15 56/16 56/16 56/23 57/1 57/8 57/20 58/8 58/10 58/19 58/24 59/1 59/9
do you [1] 31/7
Do you have [1] 20/15
doable [2] 25/2 25/4
document [9] 6/10 6/23 6/24 10/18 16/12 50/15 51/13 51/14 53/19
documentary [1] 39/16
documents [27] 5/24

53/17
diligently [1] 10/25
Dintzer [25] 1/13 5/9 6/2 8/1 9/18 10/18 11/2 11/4 11/13 13/5 13/19 19/25 20/16 27/8 30/2 33/4 37/9 40/8 45/7 47/8 50/18 50/19 54/20 55/6 55/17
does [8] 7/5 13/8 32/15 36/19 36/23 38/22 55/20 55/21
doesn't [5] 13/23 34/2 37/5 37/6 39/19
doing [10] 8/17 11/23 14/5 38/2 42/9 43/19 44/6 47/7 54/6 54/13
DOJ [11] 1/13 5/9 6/1 8/2 19/8 19/10 20/6 20/8 20/12 22/18 36/21
DOJ-Samsung [1] 22/18
don't [60] 5/21 6/1 6/7 9/25 10/13 11/12 13/1 13/5 14/18 16/25 17/18 18/19 19/15 22/18 23/23 24/23 25/1 25/4 25/17 25/22 27/8 28/9 28/19 29/20 30/1 30/9 33/6 33/11 33/25 34/9 34/10 34/13 35/1 35/12 35/16 35/22 37/9 37/24 40/23 41/2 41/3 41/7 41/8 42/3 42/20 42/21 43/13 43/14 43/16 43/16 47/19 50/25 51/4 51/7 55/6 56/13 57/15 58/22 59/25 60/4
done [13] 9/1 18/19 18/23 19/10 20/12 21/22 21/22 22/9 29/18 30/16 35/9 38/4 40/16 50/8
done-done [1] 21/22
dormant [2] 50/5 52/2
Douyon's [1] 60/11
down [14] 20/3 24/22 27/22 30/25 31/8 31/15 34/2 34/6 35/5 36/5 44/11 44/16 56/21 60/1
draft [1] 57/25
drafted [1] 32/11
dragged [1] 32/21
dragging [2] 28/13 30/10 48/2
dramatic [1] 38/18
drawing [1] 28/10
drawn [1] 28/2
driver [1] 10/4
drop [1] 39/13
drunk [1] 10/4
due [2] 30/24 45/11
during [3] 31/12 33/11 53/7

**E**

each [1] 31/8
earlier [1] 42/6
earth [2] 51/8 52/4
easier [1] 17/20

**E**

**easiest [1]** 35/11
**easy [7]** 14/22 14/23
17/19 29/10 29/11
30/12 34/7
**eating [1]** 14/13
**effect [2]** 37/15 38/18
**effective [2]** 13/18
14/10
**efficient [5]** 25/6 41/5
42/23 44/7 49/23
**efficiently [1]** 55/15
**effort [3]** 36/5 53/21
53/22
**efforts [1]** 53/8
**eight [1]** 12/12
**either [6]** 5/22 5/24 8/9
19/6 22/6 38/5
**elements [1]** 25/15
**Ellen [1]** 23/10
**Ellen Kenney [1]** 23/10
**else [12]** 8/14 9/7 11/8
11/12 14/9 19/6 22/24
23/11 43/23 50/14 58/7
58/11
**Email [11]** 1/15 2/6
2/12 3/4 3/9 3/13 3/18
3/22 3/23 4/6 4/10
**end [12]** 12/8 19/4 22/6
29/17 30/21 31/3 35/9
41/1 47/11 56/7 57/23
58/1
**ends [2]** 37/17 37/22
**engaged [1]** 21/21
**engine [1]** 32/17
**engines [1]** 24/15
**enjoy [1]** 47/16
**enlargement [4]** 28/12
29/21 37/16 40/24
**enormous [3]** 45/13
45/13 45/20
**entire [2]** 10/22 53/12
**entities [1]** 6/10
**entitled [5]** 29/4 33/5
33/8 34/13 34/23
**entity [1]** 6/14
**envision [3]** 38/19
46/20 48/18
**errors [1]** 54/7
**essentially [2]** 15/12
38/24
**et [3]** 1/3 5/7 10/7
**et al [1]** 5/7
**et cetera [1]** 10/7
**even [8]** 12/13 24/23
25/2 25/15 33/15 34/12
41/2 41/3
**evening [1]** 10/2
**event [1]** 10/13
**every [12]** 6/13 32/7
44/6 50/17 51/12 51/13
51/13 51/14 51/14
53/19 53/21 53/22
**everybody [10]** 9/20
10/24 11/25 13/17
13/23 36/4 51/1 58/8
60/4 60/11
**everybody's [1]** 40/7

**everyone [4]** 10/10
10/10 11/10 58/6 58/20
60/13
**everyone's [1]** 40/14
**everything [8]** 9/2 9/4
14/9 43/23 50/13 51/10
56/3 58/1
**everything's [1]** 9/1
**evidence [1]** 40/5
**ex [1]** 16/6
**exactly [3]** 24/23 42/7
55/25
**example [1]** 15/15 20/5
**examples [1]** 24/12
**except [1]** 37/19
**exchange [1]** 39/2
**excuse [1]** 31/15
**exhibit [4]** 38/10 39/2
39/8 46/6
**exhibits [1]** 38/14
**expand [1]** 46/9
**expect [1]** 31/7
**expectation [5]** 16/7
16/18 17/17 39/24 47/3
**expected [2]** 30/6
36/15
**expecting [2]** 18/11
54/9
**expeditiously [1]**
18/24
**experienced [1]** 45/24
**expert [6]** 37/17 37/19
37/21 42/23 43/13
45/10
**experts [2]** 16/3 43/13
**extend [3]** 46/25 49/5
56/3
**extension [7]** 36/12
36/22 48/8 48/15 49/16
49/20 49/22
**extensions [1]** 57/3
**extent [6]** 13/10 20/17
31/5 43/8 43/14 45/17
**extra [4]** 28/5 28/5 42/4
54/12
**extraordinarily [2]**
24/18 54/1
**extraordinary [2]**
10/11 55/12
**extremely [2]** 10/24
53/17

**F**

**facilitate [1]** 49/22
**fact [20]** 26/15 26/23
34/11 36/11 36/12
36/12 36/20 40/5 42/13
42/21 42/22 43/2 43/21
47/11 47/14 47/22
48/19 49/11 49/23
51/23
**fact-discovery [2]**
47/11 48/19
**fact-intensive [1]** 40/5
**facts [1]** 56/1
**factual [1]** 43/5
**fall [1]** 56/12
**family [1]** 9/21 10/12

13/2 14/8 14/15 28/16
34/9 41/19 53/4 54/12
**fashion [3]** 25/6 46/7
49/24
**faster [4]** 18/19 34/14
53/14 53/14
**fear [1]** 51/9
**feasible [1]** 33/1
**February [2]** 42/3 60/5
**federal [2]** 29/5 30/8
**feed [2]** 28/25 55/2
**feel [1]** 30/15
**feet [2]** 20/23 30/10
32/21 40/14 48/2
**few [3]** 5/17 9/21 50/24
**fight [1]** 17/6
**figure [4]** 26/25 27/9
29/2 55/24
**figuring [1]** 27/14
**file [1]** 57/5
**filed [5]** 29/22 32/18
33/10 39/9 39/25
**final [5]** 15/24 34/22
39/8 57/20 57/20
**find [3]** 18/23 41/6
53/23
**fine [5]** 32/6 52/9 59/18
59/22 60/8
**finish [1]** 41/6
**finished [1]** 42/6
**fire [1]** 40/14
**first [22]** 6/14 6/16 8/16
22/10 27/11 27/17
27/25 31/15 36/17
37/13 42/11 48/14
50/11 52/14 52/15
52/16 52/17 52/18
52/21 52/22 53/8 53/11
**five [2]** 26/12 29/16
**flavor [1]** 44/5
**fleeting [1]** 31/4
**flew [1]** 10/2
**flip [1]** 33/21
**FLOM [1]** 4/4
**Floor [2]** 2/10 3/7
**focus [3]** 13/15 15/16
**focusing [1]** 53/8
**folks [3]** 26/16 30/25
59/7
**following [1]** 55/8
**force [1]** 27/2
**foregoing [1]** 61/3
**forgotten [1]** 58/24
**formally [1]** 11/3
**forward [16]** 8/23
11/10 14/25 19/18
21/16 21/19 22/9 22/23
27/9 36/20 37/8 38/6
39/14 51/2 52/12 55/20
**forward-looking [1]**
8/23
**found [3]** 14/4 14/5
52/8
**four [4]** 26/12 29/16
39/22 40/11
**four-plus [1]** 39/22
**Francisco [1]** 11/16

47/15 51/9
**Fred [3]** 41/6 41/7
41/10
**Fred's [2]** 41/8 41/9
**friend's [1]** 10/3
**front [5]** 6/22 19/5
22/25 33/14 45/21
**full [4]** 15/25 16/3
55/20 37/23
**funeral [1]** 10/3
**further [4]** 7/20 17/4
19/12 49/5
**future [1]** 43/2

**G**

**gatherings [1]** 11/24
**gave [2]** 15/7 15/17
**gee [3]** 50/7 50/21 51/3
**general [2]** 5/19 24/14
**generally [1]** 19/25
**get [60]** 5/18 9/9 9/12
15/25 16/1 16/11 16/14
17/15 18/18 18/23 19/7
20/11 21/9 24/11 25/6
25/20 26/1 26/13 28/1
28/14 29/16 29/17
30/16 30/18 30/19
31/11 31/11 31/21
32/17 34/17 34/19
34/25 35/9 35/11 39/20
39/25 40/15 40/16
40/24 41/22 41/24
41/25 43/21 44/6 45/22
45/25 46/5 48/25 50/1
50/7 50/16 51/13 52/5
52/7 56/18 57/5 57/23
57/25 60/2 60/3
**gets [2]** 21/5 39/6
**getting [5]** 18/16 28/23
36/14 37/12 45/10
**gifts [1]** 60/12
**give [16]** 9/8 13/15
16/23 17/24 24/12 26/3
28/7 28/8 29/14 33/24
43/24 44/5 51/6 52/20
56/2 56/4
**given [9]** 14/13 31/2
31/17 35/18 39/23 48/7
49/20 57/14 59/4
**giving [2]** 40/12 51/9
**glad [1]** 46/12
**go [17]** 5/21 5/25 19/18
22/18 27/2 32/6 33/4
33/17 39/14 48/4 50/22
51/5 51/16 53/21 55/13
57/4 59/25
**go ahead [4]** 5/25 33/4
57/4 59/25
**goes [4]** 10/5 14/9
54/12 56/13
**going [62]**
**gone [1]** 25/7
**good [52]** 5/4 7/23
7/25 9/6 9/8 9/17 14/19
17/23 22/2 23/9 45/7
58/20
**Good morning [2]**

**GOODRICH [1]** 3/6
**GOOGLE [44]** 1/6 3/2
5/8 5/12 6/17 8/3 8/5
8/16 8/20 9/3 9/11
10/13 11/5 11/21 12/1
14/12 15/7 15/14 15/20
21/12 27/24 29/13
29/22 32/3 32/9 32/15
33/17 34/4 34/18 42/24
44/2 47/21 52/16 52/20
52/21 52/23 53/6 53/14
53/20 53/25 54/1 55/20
55/25 58/17
**Google LLC [1]** 5/12
**Google's [18]** 15/7
24/13 24/17 24/17
27/15 31/25 32/8 32/9
32/10 32/16 35/5 36/10
36/14 43/8 49/2 49/18
53/16 54/11
**got [9]** 9/20 17/4 20/20
22/20 25/24 26/17
35/16 50/20 51/11
**gotten [5]** 12/25 46/2
46/3 47/25 55/2
**government [1]** 55/21
**governments [2]** 55/22
55/23
**grant [1]** 36/22
**grass [1]** 20/22
**growing [1]** 20/22
**guess [9]** 12/24 18/16
23/24 24/2 36/17 40/8
49/12 57/15 58/12
**guidance [2]** 11/17
57/13
**guidances [1]** 11/12

**H**

**had [27]** 6/22 7/19 8/2
9/20 13/2 15/11 22/21
26/21 27/16 30/25
33/17 33/17 33/18
33/18 34/4 34/4 50/2
50/5 52/10 53/1 53/24
54/7 55/23 55/25 57/9
57/10 57/13
**hadn't [2]** 19/10 53/2
**hair [1]** 45/9
**Haley [2]** 3/14 22/4
**half [1]** 33/13
**hand [4]** 13/12 23/16
34/17 34/20
**hands [1]** 29/3
**Hang [1]** 54/3
**happen [6]** 25/22 34/19
40/20 55/10 55/11
56/12
**happened [1]** 52/3
**happening [2]** 25/23
38/19
**happens [1]** 56/20
**hard [9]** 10/20 17/20
25/21 29/4 34/7 38/21
45/14 46/8 56/4
**hard-pressed [1]** 56/4
**harder [1]** 17/20

**H**

harm [1] 47/16
has [15] 11/6 11/12
21/16 24/6 30/10 33/23
34/21 38/5 45/9 47/2
50/3 51/1 52/24 53/6
55/2
hasn't [2] 29/22 38/5
have [124]
haven't [8] 7/18 11/3
19/19 20/19 30/25
36/11 36/13 46/10
having [4] 12/2 14/8
25/1 26/8
he [2] 33/13 50/20
he didn't [1] 33/13
he said [1] 50/20
head [1] 49/25
heads [1] 57/16
hear [7] 20/7 27/8 33/6
38/12 45/4 46/21 54/24
heard [3] 48/17 51/18
54/20
hearing [3] 36/10 37/7
40/6
heaven [2] 51/8 52/4
heavier [1] 55/19
help [1] 39/21
here [18] 5/14 5/14
10/24 12/10 14/22 22/3
25/7 26/10 27/9 38/21
47/17 50/25 51/6 55/2
55/9 55/18 55/20 55/21
here's [2] 49/16 56/2
HERRINGTON [1] 3/16
Hi [1] 7/8
hid [1] 27/12
highlight [1] 5/23
him [3] 16/18 33/15
55/1
hinting [1] 19/10
his [1] 16/18
hit [6] 8/5 8/9 9/12 18/1
18/6 44/22
hold [1] 12/10
holiday [2] 10/22 59/10
holidays [5] 29/18
30/17 31/17 32/21
59/11
Honor [72]
Honor's [1] 49/10
HONORABLE [2] 1/10
5/2
hook [1] 55/11
hope [4] 9/19 14/21
40/20 42/17
hopefully [7] 8/22
13/16 18/10 19/4 23/19
35/4 58/1
hoping [2] 19/18 21/3
hour [1] 33/2
hours [1] 12/12
how [18] 7/20 17/17
17/19 24/9 26/12 27/9
31/7 32/2 32/15 36/3
39/17 39/23 45/25
50/16 53/23 55/25 59/7
59/20

**however [2]** 2/11 4/11
htynes [1] 3/18

**I**

I am [2] 19/23 37/6
I assume [4] 22/22
29/22 57/8 57/9
I believe [4] 20/20 22/9
23/3 50/14
I can [5] 11/15 19/15
26/11 35/25 39/23
I can't [2] 19/14 54/24
I don't [7] 13/1 13/5
16/25 22/18 25/4 25/17
35/22
I don't have [1] 25/22
I guess [8] 12/24 18/16
24/2 36/17 40/8 49/12
57/15 58/12
I have [5] 34/8 36/17
39/14 40/3 56/9
I haven't [1] 36/11
I hope [2] 9/19 14/21
I just [1] 19/7
I know [11] 11/13 15/1
17/18 22/20 29/21
31/16 35/14 36/11
36/12 45/8 57/24
I mean [19] 14/4 25/12
29/2 29/7 30/12 30/17
30/22 31/10 33/5 34/15
34/16 40/19 40/19 44/5
44/8 49/2 49/3 49/8
57/24
I recognize [1] 30/5
I think [30] 10/24 11/15
12/1 12/4 12/20 12/25
13/6 15/4 17/2 17/3
17/5 17/8 19/22 20/9
21/12 22/7 24/25 25/3
25/18 31/23 47/13 48/6
48/17 49/8 54/21 54/25
55/15 56/16 57/12
57/14
I was [3] 7/3 9/25 59/3
I will [8] 40/1 42/15
55/8 56/2 56/6 56/7
56/9 56/10
I wish [1] 10/21
I would [1] 59/10
I'd [3] 16/14 31/4 58/24
I'll [8] 15/19 18/24
23/24 24/12 56/2 57/1
57/4 58/2
I'm [13] 7/7 10/23
19/23 35/10 36/13
36/14 39/11 46/12 48/1
49/12 55/3 56/3 56/7
I'm going [1] 56/7
I'm not [2] 48/1 55/3
I'm not sure [1] 36/13
I'm sure [2] 10/23
36/14
I've [8] 5/20 25/24
26/17 38/4 46/3 48/17
50/20 56/7
idea [8] 27/15 28/7
32/13 32/20 34/8 43/24

immediately [2] 32/24
56/11
impact [2] 37/15 38/8
impasse [3] 8/5 8/9
19/19
impediment [1] 36/14
implication [1] 20/2
important [3] 35/14
52/25 54/10
impressing [1] 50/1
Inc [1] 4/2
include [1] 24/7
included [1] 27/17
including [3] 6/19 32/2
49/18
incomprehensible [1]
32/12
increasingly [1] 60/2
incredible [1] 45/12
indicating [1] 22/20
indoor [1] 11/24 12/3
inevitable [2] 56/15
56/15
inform [1] 29/23
information [18] 24/11
25/6 27/3 27/3 27/14
27/18 28/14 28/25 33/6
33/8 34/17 41/10 43/8
43/10 44/7 45/21 48/7
53/23
informed [2] 8/16 37/3
initial [7] 39/2 39/3
39/4 42/15 52/17 53/9
53/25
inquiries [1] 37/4
Insofar [2] 56/13 56/20
installment [2] 22/11
22/12
instead [1] 37/22 40/12
57/3
instruct [1] 29/6
intend [1] 22/11
intended [1] 54/25
intensive [1] 40/5
intention [2] 8/22
16/19
intentionally [1] 30/10
interest [2] 35/8 47/18
interested [1] 36/10
37/6 55/3
interject [1] 54/19
interrogatories [1]
34/9
interrogatory [2] 25/4
26/8
intervention [1] 21/8
investigation [1] 32/15
investigative [1] 55/23
involve [1] 8/11
involved [1] 12/11
irresponsible [1] 40/25
is [142]
is there [5] 22/24 25/12
25/14 58/7 58/11
isn't [1] 48/16
issue [16] 6/10 7/3
11/2 22/21 23/18 23/18

36/6 43/14 47/5 48/21
54/21 56/17
issued [12] 24/2 25/24
27/16 52/15 52/16 53/1
53/2 53/6 53/6 53/9
53/10 53/10
issues [22] 5/17 7/18
9/12 9/13 13/2 15/8
19/9 21/5 21/14 23/8
23/16 30/20 31/12 35/6
43/17 45/23 46/21
46/21 46/23 53/24 58/3
58/10
it [98]
it would be [1] 40/25
it's [23] 13/21 14/11
17/23 24/7 25/21 26/10
26/24 27/4 27/11 33/7
33/9 33/9 39/12 39/13
46/7 46/8 46/8 47/18
47/24 54/21 56/15 58/6
58/12
items [1] 29/16
its [8] 19/11 20/16 21/3
32/1 32/16 38/2 38/15
50/3
itself [1] 30/23

**J**

Jane [3] 41/7 41/7 41/9
January [11] 18/2
27/21 28/24 30/25
34/21 40/21 44/3 45/10
59/20 59/23 60/2
jarteaga [1] 4/10
John [2] 3/2 5/12
John Schmidtlein [1]
5/12
joint [3] 1/9 5/17 46/11
jon.sallet [1] 2/12
Jonathan [2] 2/7 5/10
Jr [2] 2/2 3/19
jschmidtlein [1] 3/4
JSR [2] 6/8 11/3
Juan [2] 4/8 54/18
JUDGE [2] 1/10 52/9
judging [1] 14/9
judgment [9] 37/1 37/3
38/6 38/15 39/21 45/18
45/21 46/2 49/5
Judicial [1] 2/9
July [2] 28/1 52/16
jump [1] 32/20
June [1] 39/3
just [53] 5/18 5/22 6/12
7/9 7/12 8/1 8/15 9/8
9/13 9/25 13/3 17/5
19/7 19/8 20/5 21/13
22/16 22/19 23/2 23/24
26/16 26/23 27/4 28/8
29/20 29/23 30/4 30/17
33/1 35/23 36/6 39/12
41/18 42/2 43/24 43/24
44/5 46/7 46/16 47/24
48/1 48/6 48/8 48/16
48/17 51/9 54/19 57/2
57/14 57/16 57/23

59/25 59/25

**JUSTICE** [1] 1/13
justified [1] 49/20

**K**

keep [3] 21/7 40/14
45/16
Kenneth [2] 1/13 5/9
kenneth.dintzer2 [1]
1/16
Kenney [3] 23/4 23/10
23/15
kick [1] 56/21
killed [1] 10/4
kilter [1] 55/2
kind [1] 50/7
kindly [1] 57/2
know [82]
knowing [1] 41/25
knowledge [1] 34/3
knows [3] 9/13 28/11
33/9

**L**

Lake [1] 10/2
language [1] 14/9
large [2] 11/23 11/23
largely [2] 21/13 23/17
last [11] 6/23 7/19 8/1
12/16 15/19 22/9 22/16
33/13 34/10 52/25 53/1
late [3] 18/18 39/21
59/8
later [3] 7/4 15/24
37/21
LAW [1] 2/7
lawsuit [1] 32/18
lawyer [1] 11/6
lawyers [2] 12/19
45/24
learn [1] 56/1
least [13] 9/21 13/7
14/5 21/5 22/21 29/15
29/15 30/19 30/23 35/4
35/8 44/12 44/17
left [2] 37/20 40/11
let [8] 13/9 16/17 30/4
36/17 45/4 51/20 55/9
57/16
let's [14] 5/18 5/24
17/15 22/16 23/16 27/8
34/7 34/24 36/9 37/12
38/20 39/20 56/21
58/24
letter [1] 20/20
level [1] 14/16
levels [2] 12/9 13/15
liabilities [1] 47/5
liability [8] 43/7 43/15
43/18 47/7 47/14 49/4
56/24 57/6
life [2] 10/8 10/11
like [19] 7/10 7/23
10/14 10/20 13/6 18/25
20/11 20/19 22/24 23/7
23/12 26/10 27/11
30/15 31/4 31/25 34/16
41/18 53/4

## L

likewise [1] 36/24
limine [1] 39/9
limited [1] 49/18
limiting [1] 54/4
line [3] 7/6 7/7 13/6
list [3] 21/12 39/9 46/6
39/3 39/4
lists [4] 38/10 39/2
literally [1] 24/7
litigate [2] 25/1 26/6
litigating [1] 55/4
litigation [3] 13/12
30/8 30/13
little [2] 11/17 23/21
lived [1] 10/11
lives [2] 10/5 10/6
LLC [3] 1/6 5/8 5/12
LLP [6] 2/3 3/2 3/16
3/20 4/4 4/8
local [3] 8/17 11/14
11/17
locally [1] 8/18
located [1] 11/16
lockstep [1] 39/7
log [7] 19/10 21/3
21/15 22/10 22/12 22/3
23/12
logs [2] 53/25 54/7
long [8] 12/12 12/17
17/17 28/21 39/17
42/19 45/14 59/13
longer [1] 23/21
look [15] 13/6 18/25
23/12 30/1 32/7 33/21
34/6 34/7 36/20 38/20
42/15 47/24 47/25 55/8
59/5
looked [3] 19/8 32/7
45/15
looking [13] 8/23
13/22 21/13 27/13
29/24 33/25 40/18
40/23 41/22 42/8 42/9
53/18 54/8
Looks [1] 22/1
lose [1] 55/1
lot [8] 15/15 28/12 32/9
34/14 39/19 53/20
55/25 57/24
love [2] 16/14 42/17
loved [1] 9/22
low [1] 60/12
Lowe [1] 22/21
Lowe's [1] 23/3
Luther [1] 22/21

## M

MA [1] 3/12
made [8] 8/3 11/13
17/11 20/6 22/8 47/1
51/7 56/8
Madison [1] 4/9
magnitude [1] 48/7
main [2] 40/1 40/2
make [24] 7/15 10/25
10/25 14/12 21/4 21/20
22/13 24/1 35/25 37/7

42/11 43/6 47/13 51/12
53/21 53/22 53/22 56/7
56/8 56/10
makes [6] 33/15 34/18
42/23 48/20 56/16
56/22
making [1] 45/15
man [1] 10/11
manner [1] 13/18
many [4] 38/4 38/4
50/5 50/9
March [5] 41/1 44/3
44/9 50/14 50/18
mark [2] 6/25 17/7
marker [1] 35/5
masked [1] 12/4
masks [1] 12/5
materially [1] 46/24
matter [1] 61/4
matters [2] 10/8 55/16
may [18] 6/3 6/4 6/5
16/6 17/14 23/21 26/7
26/13 31/1 31/2 31/13
31/17 32/7 43/1 43/9
47/17 51/18 55/24
maybe [8] 26/22 40/12
40/13 41/6 44/13 44/15
44/16
me [25] 10/15 10/21
13/6 13/9 16/17 21/7
22/4 23/17 30/4 31/15
32/17 36/17 39/25
40/25 44/18 45/4 47/17
49/17 51/20 55/9 57/2
57/23 57/25 58/20
59/17
MEAGHER [1] 4/4
mean [32] 10/9 14/4
14/14 25/12 29/2 29/7
30/12 30/17 30/19
30/22 31/10 32/11 33/5
33/21 34/4 34/15 34/16
36/19 36/23 37/21
40/19 40/19 41/14 42/1
42/10 44/5 44/8 49/2
49/3 49/8 57/24 59/4
meaningful [1] 33/24
meaningless [1] 31/4
means [9] 28/24 38/24
39/11 40/6 41/1 42/18
54/3 55/13 56/6
measure [1] 32/15
measurement [1] 32/1
measurements [1]
32/8
measures [1] 32/3
mechanical [1] 4/16
meet [18] 7/16 7/24
12/6 12/21 15/6 15/12
17/2 17/16 18/15 18/17
28/17 28/18 30/18
31/13 35/7 47/11 51/8
51/25
meeting [4] 7/10 8/19
12/3 32/23
MEHTA [2] 1/10 5/3
memory [1] 24/3

Merit [1] 4/12
merits [1] 36/18
met [3] 50/3 50/17 51/1
Microsoft [3] 3/10
21/12 21/19
mid [3] 18/2 40/20
52/22
middle [4] 30/19 30/24
45/10 50/25
might [1] 59/14
millions [1] 48/3
mine [1] 50/24
minimum [2] 25/13
44/11
minutes [2] 35/23
35/23
mischaracterization [1]
54/22
misheard [1] 16/6
missed [1] 17/7
mixed [1] 11/18
moment [1] 54/20
Monday [7] 35/2 35/13
35/24 36/3 58/8 58/10
59/2
monopolization [1]
46/16
month [4] 25/25 34/5
35/10 35/11
months [24] 12/17
14/5 25/24 26/3 26/22
27/24 32/14 37/18
37/20 37/21 37/22
38/17 39/23 40/11
41/11 41/12 41/25
41/25 50/3 50/5 50/9
51/3 53/9 53/11
moon [1] 50/13
more [17] 25/6 29/11
31/1 31/24 35/14 35/22
42/23 44/12 44/13
48/19 49/1 50/4 51/9
51/10 51/10 54/9 56/4
MORING [1] 4/8
morning [5] 14/19
21/23 22/2 58/12
most [9] 8/23 11/15
30/20 35/9 41/5 41/23
42/9 44/7 54/6
motion [3] 28/11 47/1
49/12
motions [7] 36/25 37/1
37/25 38/25 39/9 40/4
56/10
move [11] 11/10 16/2
22/9 27/9 32/19 32/24
44/9 47/19 47/19 52/12
53/14
moved [4] 34/13 38/6
51/8 52/4
mover [2] 6/14 6/17
movers [3] 52/14 52/15
52/22
moving [7] 14/25 21/16
21/19 22/22 37/8 53/21
55/19
Mr [1] 54/23

9/18 10/14 10/18 11/2
11/4 11/13 13/5 13/19
14/21 16/17 18/12
19/22 19/25 20/16
21/17 22/7 23/3 23/23
23/24 27/8 30/2 30/22
33/4 33/6 33/9 35/21
37/9 37/10 37/10 40/8
45/4 45/5 45/7 45/9
47/8 48/10 48/12 48/18
50/18 50/19 51/21
54/20 55/6 55/15 55/17
55/17 57/10 60/11
Mr. Arteaga [2] 7/6 7/8
Mr. Cavanaugh [7]
14/21 18/12 37/10 45/4
48/10 48/18 55/17
Mr. Dintzer [23] 6/2 8/1
9/18 10/18 11/2 11/4
11/13 13/5 13/19 19/25
20/16 27/8 30/2 33/4
37/9 40/8 45/7 47/8
50/18 50/19 54/20 55/6
55/17
Mr. Dintzer's [1] 30/22
Mr. Douyon's [1] 60/11
Mr. Lowe's [1] 23/3
Mr. Sallet [1] 45/9
Mr. Schmidtlein [14]
10/14 16/17 21/17
22/23 23/24 33/6 33/9
35/21 37/10 45/5 48/12
51/21 55/15 57/10
Mr. Schmidtlein's [1]
22/7
Mr. Sunshine [1] 19/22
Ms. [4] 21/25 22/24
23/4 23/15
Ms. Kenney [2] 23/4
23/15
Ms. Simons [1] 21/25
Ms. Waszmer [1] 22/24
much [8] 39/22 42/17
44/17 47/16 50/16
53/15 56/13 58/19
multiple [3] 12/19 15/6
55/22
my [17] 9/25 10/21
10/23 19/8 21/7 21/12
21/13 35/8 37/3 40/1
40/2 42/11 42/15 42/16
50/21 59/16 60/1
myself [5] 10/9 35/25
44/19 54/19 56/8

## N

narrow [3] 45/24 45/25
54/13
narrowed [2] 9/11 9/13
narrowing [2] 45/18
46/7
narrows [1] 46/7
necessarily [3] 13/23
37/5 39/12
necessary [1] 44/23
need [39] 5/18 5/21
8/11 16/3 17/12 21/7

2/18 24/22 25/4 27/14
25/8 25/5 28/14 29/1
29/2 29/11 30/15 31/14
32/20 33/11 34/19
34/20 36/25 37/24 40/8
40/13 40/13 40/15 41/7
41/9 43/5 43/15 43/21
47/8 47/22 51/3 58/7
58/9 59/17
needed [3] 27/12 27/14
32/13
needs [3] 13/17 29/13
38/12
negotiate [1] 44/18
negotiating [3] 8/4
29/8 52/2
negotiation [4] 14/16
25/16 40/21 54/21
negotiations [1] 54/22
never [4] 25/10 44/20
52/1 52/11
new [6] 2/5 3/8 4/4 4/9
48/18 53/2
news [2] 7/25 9/8
next [12] 18/17 21/12
26/18 26/18 34/17
34/22 35/1 58/8 58/10
58/22 59/2 60/1
nice [2] 9/20 58/6
nine [3] 12/12 37/22
38/16
no [11] 1/4 16/9 18/6
20/22 23/12 25/18 29/7
33/15 34/8 54/25 59/3
nobody [1] 11/8
Non [2] 3/10 4/2
Non-Party [2] 3/10 4/2
not [65]
noted [1] 11/4
notes [2] 19/8 21/13
nothing [8] 20/9 21/23
22/6 23/11 35/14 58/13
58/15 58/17
notice [17] 24/2 24/5
24/5 25/10 25/23 27/20
27/25 28/4 28/4 32/17
33/19 40/19 41/7 52/16
52/17 52/17 52/18
noticed [10] 6/13 6/18
15/1 23/18 27/5 28/1
44/1 44/1 44/2 50/24
notices [3] 15/2 42/3
52/15
notion [1] 45/9
November [10] 1/5
15/8 15/17 24/3 27/5
27/21 28/22 34/25 51/1
61/7
now [24] 11/9 12/2
12/17 14/16 19/16 23/4
25/19 28/3 37/17 39/3
40/9 40/12 42/1 43/25
44/22 45/7 47/6 48/25
50/6 50/6 51/2 54/8
58/12 60/3
number [6] 15/12
30/14 45/13 47/24
51/20 53/24

**N**

numbers [1] 38/21
NW [6] 1/14 3/3 3/16
3/21 4/4 4/14
NY [3] 2/5 3/8 4/9

**O**

object [1] 17/6
objections [7] 16/20
16/21 16/24 18/7 18/20
18/25 24/5
obstructionist [1]
30/11
obvious [1] 49/3
obviously [7] 13/7
14/15 20/11 35/17
46/13 59/1 59/14
ocean [2] 51/10 53/18
October [4] 15/24 20/6
28/2 50/20
October 29th [1] 15/24
off [12] 9/21 10/22 17/5
17/22 31/18 38/10 43/2
46/23 48/22 55/2 56/17
56/23
off-kilter [1] 55/2
offer [1] 13/3
office [1] 11/21
offices [1] 12/2
Official [1] 4/13
oh [1] 26/11
okay [47] 5/13 7/2 7/22
8/13 8/21 9/5 9/17
12/23 13/4 14/6 15/10
16/5 16/13 16/16 18/3
18/9 19/1 19/6 20/14
20/24 21/6 21/9 21/24
22/15 23/5 26/20 27/7
29/1 29/25 35/20 36/2
36/6 37/13 44/24 45/3
46/19 47/4 48/9 51/17
52/16 53/1 54/3 54/17
55/11 57/18 57/22 58/3
once [8] 6/14 17/9
17/15 17/15 24/7 39/24
52/8 56/10
one [28] 5/15 6/19 11/2
15/1 17/21 17/24 20/5
20/21 22/18 24/15
26/10 27/21 28/13
29/15 31/2 31/11 36/18
43/20 43/20 46/17
50/17 52/24 52/25 53/2
53/2 53/6 54/20 60/1
ones [3] 9/22 31/24
54/8
ongoing [1] 47/16
only [7] 6/21 13/24
16/20 40/13 40/13 49/4
53/1
opacity [1] 21/3
opening [1] 39/2
operates [1] 55/25
operations [1] 43/8
opinion [2] 38/2 38/15
opportunity [3] 19/2
35/6 56/1
opposed [1] 42/2

39/1 40/3 41/5 42/25
47/10 51/23 57/2 57/5
orderly [1] 49/23
orders [1] 57/25
organize [1] 53/19
organized [1] 42/9
originally [1] 52/19
ORRICK [1] 3/15
orrick.com [2] 3/13
3/18
other [17] 6/14 6/21
6/21 13/12 17/8 23/22
24/20 26/12 29/8 31/8
38/16 39/18 40/22
44/23 48/15 49/21
53/16
Others [1] 25/3
otherwise [1] 58/11
ought [4] 13/10 35/22
56/23 56/24
our [37] 5/15 6/7 8/1
8/22 10/5 10/6 11/15
15/7 15/13 15/18 15/24
16/3 16/12 20/22 22/6
22/10 24/5 24/21 27/16
27/25 29/18 34/5 34/22
38/2 43/1 45/2 45/25
46/5 46/6 46/23 47/3
47/18 49/10 52/13
52/15 53/8 57/16
out [34] 10/1 11/17
14/14 15/2 20/5 26/24
26/25 27/2 27/9 27/14
28/2 28/10 28/13 29/2
38/7 39/13 40/12 40/13
40/23 41/6 41/23 42/2
45/9 45/19 49/5 52/6
52/8 53/4 53/5 54/16
55/24 56/3 57/3 57/11
outset [1] 9/19
outstanding [2] 19/9
21/14
over [3] 7/14 17/6
50/13
overlapping [3] 30/14
38/17 50/12
overseas [3] 52/4 52/7
52/7
own [1] 10/1

**P**

p.m [2] 36/3 60/16
pace [1] 31/2
page [1] 15/15
pages [2] 7/13 48/3
paper [1] 25/5
papers [1] 39/24
parallel [1] 30/14
particularly [1] 30/13
parties [3] 5/16 6/13
6/14 8/8 17/3 30/11
35/5 37/2 38/8 39/15
49/19 50/1 53/14
parties' [1] 5/20
parts [1] 53/21
party [8] 3/10 4/2 4/7
6/13 19/7 20/11 22/17

passed [1] 10/3
Patel [2] 3/19 22/5
patent [1] 46/2
PATTERSON [1] 2/3
payment [2] 44/12
44/16
pbwt.com [1] 2/6
PC [1] 3/6
people [14] 11/23 12/4
12/16 13/15 14/12
25/25 26/17 28/19
31/14 31/17 40/21 43/1
48/2 54/15
per [1] 44/4
percent [1] 30/7
perfect [3] 41/17 41/19
42/8
perform [1] 54/16
perhaps [1] 18/19
period [4] 28/18 32/5
53/7 55/23
person [20] 8/17 8/24
11/4 11/10 12/2 13/13
13/24 14/8 14/8 24/1
25/5 26/11 26/13 28/1
32/7 51/13 52/18 58/6
58/10 59/9
persons [1] 24/1
perspective [1] 10/7
Petitioner [2] 3/10 4/2
phase [1] 36/24 47/11
phone [1] 59/16
pickup [1] 53/5
piece [1] 25/4 26/11
place [1] 38/1
Plaintiff [1] 2/2
plaintiff's [1] 49/19
plaintiffs [16] 1/4 1/13
5/9 5/11 6/16 7/14
7/20 14/18 14/20 36/22
42/24 44/2 49/20 55/18
58/16
plan [6] 8/17 35/1 44/9
56/4 56/6 58/8
play [1] 28/12
please [2] 5/4 6/6
plus [2] 27/3 39/22
point [12] 8/10 8/11
13/7 18/20 20/5 23/13
27/11 29/15 45/19
48/21 51/11 52/11
position [9] 16/25 25/8
26/4 35/5 36/10 36/14
49/3 49/10 56/14
possible [4] 31/5 32/7
32/19 34/20
possibly [1] 40/20
practices [1] 12/11
practicing [1] 12/11
precedence [1] 35/18
prefer [2] 42/5 59/10
preferences [1] 13/11
prefers [1] 9/16
prep [1] 33/2
preparation [1] 40/7
preparations [2] 37/2
38/2

prepare [4] 23/25
33/23 45/22 46/6
prepared [1] 23/25
preparing [2] 26/22
41/10
present [5] 9/15 20/9
21/23 24/13 32/2
presentations [1]
39/15
presented [1] 26/9
presents [1] 30/23
presiding [1] 5/3
pressed [1] 56/4
pressure [1] 41/4
presumably [3] 36/21
38/11 43/21
pretrial [2] 36/24 38/2
pretty [5] 22/8 29/10
29/10 39/6 44/17
Prettyman [1] 4/13
previously [1] 7/21
prior [1] 54/7
prioritize [1] 55/16
priv [1] 23/2
privilege [11] 19/9 21/3
21/15 22/10 22/12
23/12 53/24 53/25 54/3
54/4 54/7
probably [4] 17/9 25/3
26/5 40/20
problem [1] 52/2
problematic [2] 40/18
54/1
problems [1] 13/2
proceed [1] 55/14
proceeding [1] 49/9
proceedings [5] 1/9
4/16 56/9 60/16 61/4
process [11] 8/4 8/7
8/19 16/2 18/18 18/23
20/3 25/8 28/20 28/25
29/24
produce [7] 16/19
17/17 17/20 17/20
22/11 25/14 33/17
produced [4] 4/16 7/13
7/14 22/10 47/25 50/16
producing [3] 6/24
16/25 48/3
product [6] 24/21 32/2
32/8 32/10 32/10 32/16
production [11] 6/23
7/4 7/11 7/15 15/21
16/8 18/5 19/11 21/15
22/23 49/21
productions [9] 8/3
10/15 10/19 10/25
21/20 22/8 22/13 23/3
50/15
products [1] 24/20
professional [1] 10/6
progress [4] 7/10 19/4
19/14 21/4
proposal [4] 15/7
15/17 20/6 20/10
propose [1] 23/25
proposed [6] 36/22
42/25 47/9 48/14 57/2
38/2

proposing [1] 21/1
proprietary [1] 26/6
Protection [1] 2/8
provide [2] 7/10 27/24
provided [1] 27/20
provides [1] 38/13
pull [1] 33/17
pulling [3] 17/10 45/9
54/16
pursuing [4] 14/11
43/22 46/16 53/17
push [4] 37/18 43/2
48/22 59/10
pushed [2] 49/12 54/1
pushing [2] 21/1 53/12
put [17] 10/7 28/3 28/4
28/4 28/11 28/19 33/2
33/14 33/16 35/4 39/20
45/20 45/23 46/5 47/10
56/23 57/16
puts [1] 45/17
putting [1] 42/4

**Q**

quality [4] 14/6 32/1
32/3 32/16
question [10] 11/3
17/14 23/24 36/17
37/12 39/17 40/8 42/11
49/11 50/23
questions [9] 13/25
13/25 17/4 26/2 27/13
32/9 32/25 34/3 36/18
quick [1] 19/7
quickly [5] 18/15 28/15
32/19 32/24 34/20
quite [1] 10/10

**R**

raise [3] 5/22 7/4 59/15
raised [3] 11/3 46/12
49/14
Ralph [1] 2/9
rather [3] 17/11 24/6
26/8
re [3] 6/7 43/11 55/4
re-do [1] 43/11
re-litigating [1] 55/4
re-tread [1] 6/7
reach [1] 17/16
reached [7] 9/14 17/9
17/9 19/19 22/1 42/23
57/6
reaching [1] 20/18
reaction [1] 42/16
read [3] 5/20 25/5
27/18
ready [11] 19/19 20/8
20/9 25/19 28/16 28/17
28/17 28/23 50/22 51/5
51/16
real [2] 21/2 49/25
realist [1] 35/10
realistic [3] 31/11
31/19 41/18
reality [2] 38/20 41/14
really [15] 10/7 10/8

69

**R**

**really...** [13] 10/10 12/8 14/7 16/2 16/4 20/11 20/12 28/9 34/17 36/23 38/17 39/11 55/16
**Realtime** [1] 4/12
**reason** [4] 28/19 29/7 38/5 40/17
**reasonable** [1] 13/11 32/5
**reasonably** [1] 18/2
**recall** [2] 15/20 50/11
**receive** [1] 16/8
**received** [1] 17/15
**recent** [2] 50/4 54/7
**recognize** [2] 30/5 31/1
**recognized** [1] 54/2
**recognizing** [1] 31/12
**recommend** [1] 57/15
**reconvene** [1] 35/1
**record** [3] 17/22 40/5 61/3
**recorded** [1] 4/16
**redline** [1] 57/10
**reducing** [2] 36/19 54/4
**reference** [1] 11/14
**referenced** [1] 26/16
**refinement** [1] 39/5
**reflecting** [1] 9/25
**refresh** [5] 8/2 8/10 19/11 20/6 43/6
**refuse** [2] 53/15 54/10
**refused** [1] 26/3
**regarding** [1] 7/4
**Registered** [1] 4/12
**regular** [1] 5/15
**reject** [1] 27/15
**relating** [1] 16/12
**relevant** [3] 33/7 33/7 57/3
**remain** [1] 25/15
**remarkable** [1] 10/10
**remedies** [12] 36/19 47/6 47/6 47/9 47/12 48/20 51/22 51/24 56/17 56/21 56/25 57/7
**remedy** [7] 42/21 43/2 43/14 43/17 48/22 48/23 49/9
**remember** [1] 12/10
**reminder** [1] 58/25
**remote** [3] 9/2 9/4 13/1
**remotely** [6] 5/14 9/1 11/5 19/24 36/4 58/9
**removed** [1] 38/8
**report** [9] 5/17 5/20 9/7 10/21 19/12 19/14 19/15 22/6 22/20
**reporter** [5] 4/11 4/12 4/12 4/13 12/19
**reports** [1] 45/10
**reproduced** [1] 54/3
**request** [8] 8/2 15/3 15/24 16/12 36/11 37/6 42/16 45/15
**requests** [1] 17/11
**require** [1] 40/6

**requires** [1] 44/8
**resolution** [2] 13/22 49/6
**resolve** [5] 7/20 15/7 15/18 23/19 36/25
**resolved** [11] 21/9 21/13 21/16 23/4 26/1 26/13 38/5 50/3 50/6 50/10 50/14
**respect** [9] 5/23 25/11 51/22 52/1 52/13 52/14 54/11 56/20 57/6
**respectful** [1] 13/16
**respond** [1] 13/6
**responded** [1] 36/13
**response** [12] 7/9 15/8 16/1 16/12 18/16 20/7 24/2 29/22 31/6 34/25 47/21 50/23
**responses** [4] 16/21 16/24 18/7 25/4
**responsibilities** [1] 40/22
**rest** [2] 44/14 58/20
**restaurants** [1] 14/13
**results** [2] 15/15 38/15
**resurrected** [1] 50/4
**review** [3] 33/24 42/6 51/14
**RFPs** [1] 50/11
**ridiculous** [2] 32/18 33/9 33/10
**right** [35] 5/15 7/23 9/6 9/24 11/20 12/12 13/5 14/1 14/16 14/17 15/22 16/17 19/2 19/16 19/21 21/11 22/16 23/14 23/16 24/8 25/19 25/21 26/20 30/22 33/20 34/24 36/8 37/17 41/21 43/7 43/25 48/12 48/14 55/15 58/5
**ripe** [4] 19/15 20/10 38/25 56/10
**rise** [2] 5/2 60/14
**RMR** [2] 61/2 61/8
**road** [1] 56/22
**rolling** [1] 22/13
**room** [7] 9/3 11/6 11/8 11/25 12/12 13/24 45/25
**ROSATI** [1] 3/6
**round** [1] 30/24
**rules** [1] 29/5
**run** [1] 33/25

**S**

**said** [16] 9/19 19/25 30/15 33/13 34/6 35/8 43/19 43/19 47/21 49/15 50/20 50/21 51/21 52/9 55/21 56/11
**Sallet** [3] 2/7 5/10 45/9
**Salt** [1] 10/2
**same** [5] 13/17 15/5 26/13 46/22 54/7
**sample** [3] 15/20 15/25 18/22

**Samsung** [6] 6/22 7/4 7/6 22/18 50/4 52/1 52/2 52/3 52/5 54/21 55/4
**Samsung's** [1] 7/11
**San** [1] 11/16
**San Francisco** [1] 11/16
**sat** [3] 27/12 27/15 34/6
**satisfied** [1] 25/10
**satisfy** [2] 20/12 45/1
**save** [1] 36/4
**savings** [1] 43/12
**saw** [1] 49/12
**say** [16] 17/15 21/22 23/25 25/8 25/13 26/7 26/11 28/5 28/8 29/1 29/17 33/10 37/5 39/14 50/6 51/2
**saying** [6] 29/3 30/4 33/6 34/19 44/15 48/1
**schedule** [9] 7/16 22/14 30/23 31/19 36/21 37/25 39/6 45/16 60/1
**scheduled** [5] 6/19 6/19 7/15 11/1 35/17
**schedules** [1] 35/12
**scheduling** [6] 23/20 23/21 36/9 39/1 41/2 49/22
**Schmidtlein** [16] 3/2 5/12 10/14 16/17 21/17 22/23 23/24 33/6 33/9 35/21 37/10 45/5 48/12 51/21 55/15 57/10
**Schmidtlein's** [1] 22/7
**scope** [1] 48/24
**scramble** [1] 46/4
**scratcher** [1] 49/25
**search** [17] 15/6 15/13 15/15 24/15 24/17 24/17 24/20 24/21 25/24 32/2 32/3 32/8 32/10 32/10 32/16 32/17 50/13
**search-page** [1] 15/15
**seat** [2] 30/1 55/6
**seated** [1] 5/5
**second** [4] 15/3 17/21 37/12 50/11
**Section** [1] 2/8
**see** [22] 12/7 14/8 16/18 18/24 19/3 28/19 35/2 35/7 35/23 36/6 39/23 40/10 41/9 42/21 42/21 42/22 43/12 43/18 44/22 51/7 58/6 58/8
**seeing** [2] 14/8 19/17
**seeking** [1] 8/10
**seem** [2] 11/9 50/6
**seems** [2] 23/17 34/16
**select** [1] 25/21
**selected** [1] 38/3
**send** [1] 59/17
**senior** [1] 25/24

**sense** [7] 19/21 33/15 34/18 39/20 47/13 48/21 56/16 56/22
**sensitive** [1] 39/12
**sent** [3] 15/24 20/21 26/21
**separate** [1] 34/7
**September** [6] 15/4 37/17 39/19 46/1 52/19 55/10
**sequencing** [3] 41/17 41/20 42/8
**serious** [2] 29/15
**seriously** [1] 29/13
**serve** [1] 24/5
**served** [2] 15/3 50/11
**serves** [1] 24/3
**service** [1] 10/3
**services** [1] 24/21
**set** [10] 26/16 31/15 34/18 34/22 50/15 50/15 51/25 59/25 60/3 60/10
**settings** [1] 12/18
**seven** [2] 15/1 15/5
**shape** [1] 39/15
**sharpen** [1] 21/5
**shift** [1] 37/20
**shortly** [1] 15/2
**shot** [1] 43/20
**should** [12] 9/19 12/10 12/20 13/7 14/15 29/10 29/23 35/18 42/25 43/4 57/14 57/20
**shouldn't** [2] 20/19 38/18
**showing** [1] 51/7
**shrugged** [1] 50/21
**shuttle** [1] 14/24
**side** [4] 5/22 19/6 33/21 43/13
**sides** [2] 30/7 43/15
**sign** [2] 57/4 58/2
**signal** [1] 59/17
**significant** [3] 22/8 53/19 54/15
**similar** [2] 46/21 46/24
**Simons** [2] 3/10 21/25
**simple** [1] 31/24
**simply** [6] 16/10 20/25 30/18 32/25 41/22 57/2
**since** [2] 7/19 7/19
**single** [5] 6/13 11/6 25/10 44/6 50/17
**sit** [5] 24/22 30/9 30/25 31/8 33/22
**sitting** [3] 25/7 26/10 34/2
**situation** [1] 34/1
**six** [4] 15/5 15/12 39/7 39/9
**SKADDEN** [1] 4/3
**skadden.com** [1] 4/6
**SLATE** [1] 4/3
**slew** [1] 24/20
**slip** [1] 34/21
**slog** [1] 26/24

**showing** [1] 20/3
**small** [1] 11/25
**so** [104]
**So I just** [1] 13/3
**so I think** [1] 31/6
**So if** [1] 57/25
**So it's** [2] 14/11 47/18
**So we** [1] 27/15
**socially** [1] 11/7
**solutions** [1] 14/3
**some** [50] 8/8 9/3 9/8 9/14 11/5 11/11 12/7 14/3 16/20 17/5 17/10 17/12 19/11 20/25 21/2 21/4 21/14 24/23 24/25 25/14 25/15 26/6 26/7 29/10 29/11 29/24 30/19 31/11 31/13 31/15 31/18 31/23 31/24 31/25 32/25 35/9 38/17 41/13 43/2 43/5 43/24 44/5 44/13 45/17 46/7 47/6 47/8 51/11 55/12 56/24
**somebody** [5] 12/2 25/14 33/2 34/1 58/9
**somehow** [1] 20/3
**something** [8] 11/12 14/11 30/16 42/22 44/25 51/6 57/23 59/14
**sometime** [1] 44/3
**son's** [1] 10/3
**SONSINI** [1] 3/6
**soon** [1] 31/7
**sooner** [2] 18/13 59/14 59/15
**soonest** [1] 40/19
**sorry** [2] 9/25 54/19
**sort** [26] 5/16 5/18 8/2 11/7 11/11 11/13 11/14 12/7 12/9 17/10 21/22 28/13 30/7 31/4 32/4 32/20 33/1 38/18 39/1 39/18 42/9 42/10 43/5 50/21 50/23 54/25
**sound** [1] 20/19
**sounds** [3] 7/23 9/6 9/17
**space** [1] 12/3
**spacing** [1] 14/2
**span** [1] 24/17
**specialized** [1] 24/19
**specifics** [1] 48/22
**specifies** [1] 38/12
**spend** [1] 9/21
**spoke** [1] 50/9
**squared** [1] 58/1
**squeeze** [2] 45/12 45/17
**St** [1] 3/3
**stage** [2] 14/16 42/14
**stand** [5] 5/23 8/3 19/3 19/12 31/8
**standpoint** [1] 25/3
**stands** [2] 58/21 60/15
**start** [10] 6/1 8/17 23/23 28/20 29/8 30/24 37/9 40/23 49/8 50/19

**started [3]**  5/18 6/23
18/18
**starting [3]**  27/11
29/15 60/3
**state [2]**  2/2 49/3
**states [10]**  1/1 1/3 1/10
5/7 6/16 15/20 18/11
58/13 60/6 60/8
**status [7]**  1/9 5/16 5/17
5/20 22/20 34/11 34/12
**stay [1]**  22/14
**stenography [1]**  4/16
**Steve [1]**  19/24
**Steven [1]**  4/2
**steven.sunshine [1]**
4/6
**still [11]**  13/16 19/9
19/17 21/14 23/11 29/1
40/10 53/4 54/6 54/8
59/7
**stipulation [1]**  57/5
**strategic [1]**  51/12
**Street [4]**  1/14 3/11
3/16 3/21
**studies [1]**  24/14
**stuff [2]**  14/14 33/14
**subject [3]**  7/5 25/16
39/4
**subjects [1]**  37/7
**submit [3]**  57/2 57/5
57/16
**submitted [2]**  5/16
57/10
**subpoena [6]**  6/15
20/11 49/19 50/5 52/1
53/2
**subpoenaed [1]**  6/11
**subpoenas [3]**  6/10
53/5 53/10
**substantial [5]**  7/11
7/17 7/24 18/4 40/5
**substantial-completio
n [1]**  18/4
**substantially [2]**  6/25
18/8
**subtopics [1]**  24/7
**such [1]**  41/14
**sudden [1]**  50/7
**suddenly [1]**  46/9
**suggest [1]**  28/22
**suggesting [1]**  11/9
**Suite [3]**  2/4 2/10 3/12
**suited [1]**  25/3
**summary [8]**  37/1 37/3
38/5 38/15 39/20 45/18
45/21 46/2
**Sunday [1]**  10/2
**sunny [1]**  22/1
**Sunshine [3]**  4/2 19/22
19/24
**supplemental [3]**
46/23 47/9 47/14
**supplementation [2]**
8/10 15/11
**supposed [4]**  12/4
39/1 39/8 39/9
**sure [14]**  7/12 10/23

36/13 36/14 37/14
38/23 41/16 42/12 43/6
56/7 56/10
**surprise [2]**  37/6 50/23
**surprised [1]**  50/7
**surprises [1]**  51/1
**surprising [1]**  49/13
**surveys [1]**  24/14
**SUTCLIFFE [1]**  3/16

**T**
**table [2]**  17/6 56/17
**take [20]**  9/21 14/6
17/17 23/21 28/21
29/13 30/12 35/18
35/22 43/16 48/4 51/3
51/4 51/4 51/12 51/14
51/20 52/21 56/17 58/2
**taken [7]**  14/15 14/25
44/16 52/18 52/23
52/23 52/24
**takes [1]**  38/1
**taking [6]**  11/10 13/1
14/10 31/18 48/19
50/19
**talk [10]**  5/25 13/8
26/11 28/16 29/12 31/8
32/5 36/9 44/13 47/12
**talked [3]**  8/2 22/17
46/10
**talking [4]**  12/18 29/21
43/10 49/8
**tee [1]**  34/12
**tell [3]**  11/15 40/1
42/15
**ten [2]**  12/12 38/9
**tends [1]**  31/3
**tentative [1]**  22/22
**terms [9]**  7/10 8/1 15/6
15/13 22/19 36/19
38/20 42/13 50/13
**Terrific [4]**  18/9 22/15
23/5 23/14
**testament [1]**  10/10
**testify [1]**  33/3
**than [8]**  6/21 26/13 17/11
35/15 35/23 38/16
53/17 55/20
**Thank [21]**  6/5 9/18
9/23 10/17 13/20 23/1
23/4 23/14 27/10 30/3
37/11 48/10 48/11
48/13 55/7 58/4 58/18
58/19 58/25 59/24 60/9
**Thank you [18]**  6/5
9/18 9/23 10/17 13/20
23/1 23/4 27/10 30/3
37/11 48/10 48/11
48/13 55/7 58/18 58/25
59/24 60/9
**Thanks [1]**  60/13
**Thanksgiving [3]**  9/20
10/22 22/11
**that [287]**
**that'll [3]**  35/4 36/4
**that's [41]**  5/21 6/7

22/22 23/2 23/18 24/15
26/23 27/6 28/9 29/18
30/17 31/16 32/6 33/22
34/19 36/13 37/13
38/18 39/21 39/22
39/23 40/1 40/2 44/1
45/12 47/9 47/10 47/19
49/2 49/2 49/7 50/6
56/15 59/18 59/22 60/8
60/11
**their [27]**  5/17 9/3
14/15 16/11 18/16
18/20 18/24 26/8 26/23
27/13 29/3 29/22 30/10
32/21 38/9 39/15 48/2
49/12 50/1 51/1 52/3
52/17 52/21 53/23
53/25 54/7 54/21
**them [53]**  10/25 11/11
12/6 12/22 14/8 15/12
15/17 16/23 17/13
19/17 20/20 20/21
21/21 24/10 24/22 25/6
25/8 25/19 26/3 26/5
26/9 26/22 26/25 27/17
28/13 28/17 29/6 29/12
29/18 31/21 32/23 33/2
33/18 33/18 33/24
37/20 42/4 45/24 46/3
48/1 48/4 49/15 50/17
51/2 51/9 52/5 52/7
52/9 52/10 52/10 52/11
52/12 58/2
**themselves [2]**  14/14
52/22
**then [31]**  5/24 7/24 8/1
10/2 14/14 14/18 21/8
21/16 23/16 23/20
29/11 31/2 31/3 31/13
33/17 34/19 35/7 35/17
37/10 37/10 38/1 38/6
41/25 44/13 44/22 45/4
48/19 56/10 56/25
59/14 59/19
**theory [1]**  46/15
**there [43]**  5/17 5/21
7/18 11/5 11/6 11/17
12/3 13/8 13/23 14/2
14/3 15/4 15/6 15/14
15/15 19/9 20/9 21/14
22/24 23/17 25/12
25/14 25/18 30/13
30/24 31/3 31/13 43/20
43/25 47/6 47/8 47/10
49/3 49/17 51/1 52/3
52/11 53/4 55/5 56/18
57/8 58/7 58/11
**there's [22]**  5/22 6/10
6/14 10/14 14/3 15/1
17/8 20/2 20/22 23/6
23/17 23/20 25/9 26/10
28/12 29/7 31/6 47/14
48/23 49/6 57/24 58/9
**thereafter [1]**  39/7
**these [39]**  10/25 12/16
12/18 12/19 24/7 24/16
24/25 26/2 26/6 26/17

27/12 27/12 27/12
27/16 27/16 27/22
29/10 30/12 30/20
30/25 31/11 31/23
31/25 32/20 32/25
33/12 33/23 34/8 35/6
40/21 45/24 48/5 51/8
56/8 60/2
**they [54]**  6/23 11/4
11/9 11/9 13/14 20/9
24/16 24/18 24/19
24/24 26/3 26/21 27/4
27/5 28/5 28/7 28/7
28/19 28/21 28/22
29/16 32/4 32/6 32/8
32/13 32/17 33/24 34/8
34/10 34/13 36/13
38/10 38/10 39/5 43/14
47/17 48/18 48/19
49/14 49/16 50/6 50/11
50/12 50/24 51/3 51/7
52/7 52/8 52/9 52/22
53/21 53/22 54/2 54/2
**they'd [1]**  34/6
**they'll [1]**  28/8
**they're [16]**  6/24 14/13
14/14 17/7 21/1 24/11
24/23 24/24 25/2 28/21
29/2 29/3 34/12 48/25
54/6 54/8
**they've [6]**  6/25 17/7
17/11 28/2 32/21 34/4
50/2 50/4
**thing [5]**  6/21 15/19
32/11 34/5 34/16
**things [29]**  5/23 8/15
9/15 11/13 11/19 12/20
17/5 17/8 18/1 19/3
19/4 19/12 21/1 21/9
26/12 27/19 28/10
28/12 30/12 31/25
32/21 35/2 35/11 36/6
41/4 43/20 49/21 51/20
54/14
**think [57]**  10/24 11/15
12/1 12/4 12/20 12/25
13/2 13/6 13/10 15/4
15/14 17/2 17/3 17/5
17/7 17/8 18/1 18/6
18/7 19/22 20/2 20/9
21/12 22/7 24/25 25/1
25/3 25/17 25/18 29/14
30/9 30/22 31/6 31/23
32/22 33/15 34/20
35/22 37/24 37/20 48/6
48/17 49/8 50/19 54/21
54/25 55/15 56/15
56/16 56/16 57/12
57/14 57/19 58/22
**thinking [1]**  59/3
**thinks [1]**  58/9
**third [14]**  4/7 6/13 8/8
19/7 20/11 22/17 30/11
49/19 50/1 53/2 53/14
**third-party [5]**  4/7 6/13
19/7 20/11 22/17

**those [33]**  5/14 8/3 8/5
8/5 8/7 8/9 11/19 13/2
17/9 17/12 21/5 26/2
26/14 37/3 37/7 38/16
39/4 39/4 44/1 44/2
44/7 44/22 50/11 53/11
54/8 54/9 54/10 54/16
56/1 56/11 57/10 57/25
58/2
**though [3]**  20/2 31/25
46/8
**thought [2]**  36/15
45/14
**thoughts [2]**  18/12
37/7
**threatened [1]**  52/8
**three [14]**  6/13 6/19
15/24 27/24 29/16
37/18 37/20 37/21
41/12 41/25 46/3 51/3
53/9 53/11
**through [12]**  5/21 10/1
17/12 17/16 18/22 25/7
26/25 27/13 30/18
33/18 48/4 51/11
**throughout [1]**  56/8
**throwing [3]**  29/3 42/2
53/5
**Thursday [1]**  18/16
**thus [1]**  13/2
**time [41]**  6/23 8/2 9/21
11/1 13/17 17/12 23/21
26/1 26/9 28/12 28/18
29/8 29/21 30/13 31/13
31/14 31/18 32/5 32/11
36/5 36/25 37/16 37/21
38/13 39/24 40/2 41/8
42/4 42/19 43/2 43/16
44/12 44/13 45/18
54/13 55/25 56/4 56/18
**timeline [2]**  51/23
51/24
**times [1]**  38/4
**timing [1]**  57/14
**titled [1]**  61/4
**today [9]**  6/20 23/25
25/7 26/10 34/25 36/16
40/19 57/13 57/21
**together [3]**  42/19
56/14 57/16
**told [1]**  52/3
**tomorrow [6]**  7/15 24/5
25/13 31/7 42/2 57/21
**tomorrow's [1]**  31/10
**too [4]**  17/7 33/22
39/18 59/3
**took [3]**  10/21 27/24
52/18
**top [2]**  30/7 32/14
**topics [4]**  24/6 24/15
24/16 24/19
**total [2]**  52/23 53/10
**touch [1]**  24/19
**touched [1]**  7/3
**town [1]**  10/1
**track [2]**  7/24 22/14

**T**

**tracking** [1] 32/1
**tracks** [1] 30/14
**transcript** [3] 1/9 4/16
61/3
**transcription** [1] 4/16
**travels** [1] 14/22
**tread** [1] 6/7
**tremendous** [1] 43/10
**trial** [26] 13/14 37/2
37/22 39/8 39/10 39/17
39/19 40/7 43/20 45/16
45/20 45/23 45/24 46/1
46/3 46/11 46/18 46/25
47/2 47/20 48/20 49/1
55/10 55/13 56/12 60/3
**truck** [1] 53/6
**true** [1] 30/11
**truth** [1] 27/17
**try** [10] 15/7 15/17
18/23 21/9 27/18 31/21
32/6 35/9 57/16 57/20
**trying** [8] 15/13 15/16
24/11 27/2 30/18 30/19
52/12 53/19
**turn** [9] 10/13 14/18
16/17 22/16 23/7 23/16
37/10 45/4 56/11
**turned** [3] 26/24 52/6
54/2
**turns** [3] 38/7 40/12
40/13
**twice** [1] 46/22
**two** [20] 8/15 12/17
22/8 23/17 28/5 28/18
31/11 33/2 34/6 36/18
36/20 37/4 37/7 41/11
41/25 44/6 52/17 55/22
57/25 58/2
**TYLER** [1] 2/3
**Tynes** [2] 3/14 22/4
**type** [1] 25/4
**types** [3] 11/19 12/18
24/16
**typical** [1] 30/5

**U**

**U.S** [1] 1/13
**ultimate** [2] 49/5 49/6
**ultimately** [3] 21/4 52/6
52/10
**unavoidable** [1] 41/13
**unburden** [1] 10/9
**under** [5] 12/13 12/15
29/4 29/5 38/25
**understand** [10] 17/3
24/23 24/24 27/19 28/3
29/1 33/18 45/15 45/17
50/25
**understanding** [1]
24/13
**understands** [1] 6/12
**undoubtedly** [3] 39/15
40/3 40/6
**unfair** [2] 17/14 32/22
**Unit** [1] 2/8
**UNITED** [7] 1/1 1/3
1/10 5/7 6/16 58/13

**United States** [3] 6/16
58/13 60/6
**United States of** [1]
5/7
**unless** [4] 38/12 44/8
58/9 59/5
**unmask** [1] 6/3
**unmasked** [2] 11/25
13/24
**unreasonable** [2]
32/22 39/24
**unresolved** [1] 25/16
**until** [14] 25/7 25/20
28/2 29/7 33/14 40/14
40/16 40/24 48/23 49/9
52/22 56/23 59/10
59/11
**unworkable** [2] 27/6
48/15
**up** [16] 21/8 21/8 25/1
25/4 25/25 26/17 29/3
31/3 33/2 34/12 43/22
50/4 54/20 56/7 59/14
59/17
**update** [4] 5/19 7/9
10/15 19/7
**upon** [3] 24/19 25/20
57/20
**urgent** [1] 58/9
**us** [24] 20/12 26/21
27/2 27/20 27/24 28/7
29/1 29/14 32/6 32/15
36/7 40/18 41/4 44/1
49/14 49/25 50/11
50/12 52/3 52/20 57/14
57/16 59/19 59/21
**usdoj.gov** [1] 1/16
**use** [6] 24/14 32/16
33/11 42/1 54/12 54/15
**used** [1] 12/25
**users** [2] 24/14 32/16
**using** [1] 15/5

**V**

**value** [1] 60/12
**variety** [2] 24/16 24/19
**various** [3] 35/6 49/17
49/21
**vein** [1] 36/9
**versus** [1] 5/8
**vertical** [1] 24/20
**very** [10] 10/20 18/15
22/1 27/25 39/22 40/4
40/4 42/19 53/22 58/19
**via** [4] 3/11 3/15 3/20
4/3
**video** [1] 55/2
**videographer** [1] 12/19
**Vince** [1] 22/5
**Vincent** [1] 3/19
**vincent.cohen** [1] 3/23
**virtually** [1] 14/6
**volume** [4] 17/18 30/5
30/6 48/7
**voluminous** [1] 17/11
**vs** [1] 1/5

**W.H** [1] 3/5
**wait** [7] 18/24 29/7
33/17 34/10 40/10 41/8
58/19
**waited** [1] 54/9
**waiting** [1] 15/8 23/2
**want** [21] 6/7 7/9 8/14
9/7 11/9 13/19 16/2
26/7 32/4 32/6 34/7
34/8 34/17 45/16 46/21
47/19 48/19 56/14 59/5
59/9 59/14
**wants** [3] 5/22 19/6
58/12
**was** [22] 7/3 7/21 9/25
10/1 10/4 10/10 15/23
19/10 24/2 27/22 32/18
38/3 42/16 42/16 45/9
49/13 49/25 50/2 52/1
52/3 52/11 59/3
**Washington** [7] 1/5
1/14 3/3 3/17 3/21 4/5
4/14
**waste** [1] 26/8
**Waszmer** [2] 3/5 22/24
**water** [1] 42/5
**way** [8] 18/23 19/18
26/24 32/11 37/2 39/20
42/9 44/8
**wc.com** [1] 3/4
**we** [330]
**We are** [1] 20/1
**we believe** [1] 17/25
**we made** [1] 20/6
**we will** [9] 14/11 16/23
17/25 32/23 41/1 43/5
54/12 54/13 54/14
**we'd** [4] 22/17 27/16
34/9 44/6
**we'll** [24] 6/2 9/15 12/7
16/1 16/11 16/18 17/9
18/8 19/2 21/9 32/23
36/5 37/10 41/7 45/4
45/22 45/22 46/5 46/6
56/3 56/18 58/8 58/8
60/10
**We'll plan** [1] 58/8
**we're** [71]
**we've** [33] 6/20 7/13
7/14 9/2 9/4 9/13 11/10
12/25 13/2 14/4 14/4
14/5 14/25 15/11 17/3
17/9 20/7 20/18 23/4
25/7 27/11 45/23 46/1
47/9 47/15 47/25 50/1
52/23 53/6 53/13 53/13
53/24 54/25
**WEBB** [1] 2/3
**week** [12] 15/1 18/17
22/9 22/12 26/18 28/5
31/12 31/16 31/18
57/23 58/1 58/20
**weekend** [2] 10/1 10/2
**weeks** [9] 22/20 26/19
28/6 28/18 34/6 39/7
39/9 49/14 52/18
**weigh** [1] 6/20

**welcome** [1] 5/6
14/21
**well** [24] 7/3 10/24
12/10 13/5 16/17 19/2
21/7 22/4 22/10 25/12
26/14 28/9 30/11 34/24
35/16 42/5 44/16 47/21
49/25 50/23 51/2 54/24
60/1 60/5
**well-taken** [1] 44/16
**Wendy** [1] 3/5
**went** [1] 18/22
**were** [20] 6/22 7/19
14/22 15/5 19/9 19/18
21/14 28/17 36/22 38/7
45/8 48/14 50/12 50/16
50/22 52/2 52/4 53/10
53/25 57/8
**weren't** [3] 52/7 52/8
52/11
**wfcavanaugh** [1] 2/6
**what** [58] 10/8 11/24
13/17 14/4 14/5 14/7
16/18 16/18 18/10
18/20 18/24 19/25 23/7
23/12 23/20 24/19
24/23 24/24 25/13
25/22 26/25 27/4 27/14
29/4 34/8 35/5 35/12
36/19 36/23 37/8 37/25
38/18 38/22 39/11
39/13 40/3 40/6 40/15
41/3 42/10 42/15 44/11
44/15 45/1 47/7 48/24
49/9 49/12 49/12 49/15
49/16 51/24 55/13
55/16 56/2 57/1 57/15
57/19
**what's** [5] 11/11 17/16
28/10 35/13 49/15
**whatever** [6] 8/18 38/5
43/6 57/5 57/8 57/9
**whatsoever** [1] 48/21
**wheeling** [1] 47/17
**when** [24] 9/12 12/13
20/9 20/15 23/19 26/15
27/16 29/8 30/13 36/24
40/23 42/5 45/8 47/24
47/25 49/14 50/9 50/19
52/19 55/13 56/18
56/20 56/22 56/22
**whenever** [1] 9/15
**where** [30] 5/23 8/3
8/11 8/17 8/18 11/6
11/18 11/21 12/2 12/16
12/18 15/14 17/8 19/3
19/12 22/19 26/4 30/9
31/8 35/2 35/7 35/23
36/6 38/4 38/13 40/10
42/25 52/11 52/21
56/14
**Whereas** [1] 41/11
**wherever** [1] 22/1
**whether** [11] 13/13
29/23 30/17 31/14
34/21 34/21 35/16
39/13 48/23 56/23
56/24

**which** [21] 7/25 11/24
15/23 23/21 23/25 24/1
24/18 24/20 27/4 27/25
28/24 33/16 34/1 35/11
36/25 41/1 42/16 43/4
46/24 55/9 56/6
**while** [3] 7/5 38/1
55/24
**who** [8] 5/14 10/3
10/11 25/25 32/7 40/22
42/7 45/9
**who's** [2] 5/14 55/4
**whole** [4] 24/20 39/19
42/2 48/21
**why** [20] 6/1 9/25
10/13 14/18 23/23
24/14 27/8 28/19 30/1
32/16 35/1 37/9 40/14
47/9 47/19 50/25 55/6
57/15 59/25 60/4
**will** [43] 8/18 14/11
15/20 16/23 17/17
17/18 17/25 19/4 19/18
23/12 23/19 24/1 32/23
37/5 38/9 39/5 39/15
40/1 40/6 41/1 42/1
42/15 43/1 43/5 46/5
46/24 47/6 47/8 47/10
49/4 50/10 54/12 54/13
54/14 55/8 56/2 56/6
56/7 56/8 56/9 56/10
57/24 58/1
**William** [6] 2/2 4/11
5/10 61/2 61/7 61/8
**WILLIAMS** [1] 3/2
**willing** [2] 20/8 32/19
**WILSON** [1] 3/6
**win** [2] 43/4 43/5
**wind** [1] 24/25
**window** [1] 38/13
**wish** [1] 10/21
**within** [1] 24/21
**without** [1] 33/16
**witness** [6] 8/18 11/7
11/18 23/18 23/19 25/5
25/9 25/11 25/21 26/8
27/25 30/16 33/13 39/3
39/8 39/16
**witness's** [1] 13/11
**witnesses** [8] 9/4
11/15 13/12 29/9 38/9
38/14 46/6 46/22
**witnesses'** [1] 12/20
**witnesses's** [1] 12/9
**won't** [9] 28/7 28/8
28/23 28/24 29/1 38/11
41/6 41/9 52/21
**wonderful** [1] 10/12
**words** [1] 39/18
**work** [8] 14/12 17/12
20/8 26/5 30/6 31/21
32/23 52/4
**worked** [4] 10/20 15/20
52/9 57/11
**working** [5] 10/24
19/17 23/11 52/11 59/8
**works** [5] 36/7 53/23
59/19 59/21 60/6

**W**

**worse [1]** 12/25
**worth [1]** 32/13
**would [42]** 10/20 11/24
12/24 17/2 18/4 18/13
20/5 20/10 27/17 29/6
30/1 34/15 36/23 36/25
37/18 37/20 37/21
37/24 40/17 40/20
40/25 41/3 41/4 42/5
42/10 43/20 43/21
43/22 44/3 44/9 44/11
44/20 44/25 45/7 45/19
46/20 47/13 49/22 57/1
57/15 57/25 59/10
**wouldn't [4]** 37/19
44/8 50/16 52/20
**writing [3]** 31/23 36/13
38/1
**written [2]** 32/4 32/11
**wrong [1]** 17/24
**wrote [1]** 49/16
**wsgr.com [1]** 3/9
**wwaszmer [1]** 3/9

**Y**

**yeah [5]** 12/14 22/6
26/11 33/21 59/3
**year [4]** 12/16 19/4
30/21 37/23
**year's [1]** 32/13
**years [2]** 12/17 27/3
**Yelp [3]** 22/19 23/6
23/10
**Yep [1]** 9/10
**yes [6]** 6/4 7/7 16/22
21/18 46/14 46/17
**yesterday [1]** 20/20
**yet [4]** 13/16 13/21
20/7 47/2
**York [4]** 2/5 3/8 4/4 4/9
**you [178]**
**you know [3]** 13/14
35/10 39/11
**you'd [6]** 7/10 10/14
13/5 22/21 22/24 23/7
**you'll [5]** 13/9 16/7
16/10 20/15 31/7
**you're [14]** 7/23 12/3
25/13 31/14 33/25 34/3
34/25 39/1 39/8 40/15
41/15 44/18 46/16
50/19
**you've [10]** 8/25 17/15
17/15 34/1 35/16 51/11
55/23 57/4 57/6 57/14
**you-all [5]** 13/7 36/15
55/14 56/16 59/16
**young [1]** 10/11
**your [92]**
**Your Honor [71]**
**Your Honor's [1]** 49/10

**Z**

**Zaremba [4]** 4/11 61/2
61/7 61/8
**zero [1]** 48/20
**Zoom [4]** 3/11 3/15