IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

**JOINT NOTICE OF FILING
(1) COMPETING PROPOSED ORDERS TO BIFURCATE PROCEEDINGS,
AND (2) JOINT PROPOSED ORDER TO MODIFY THE SCHEDULING ORDER**

In accordance with the Court's instructions at the November 30, 2021 status conference, and the Court's Minute Order dated November 30, 2021, the Parties in the above-captioned actions respectfully attach to this notice (1) Exhibit A, Plaintiffs' proposed order that proceedings shall be bifurcated and separate proceedings shall be held on liability and remedies, (2) Exhibit B, Defendant's proposed order that proceedings shall be bifurcated and separate proceedings shall be held on liability and remedies, and (3) Exhibit C, the Parties' joint proposed order to modify the Amended Scheduling and Case Management Order entered on February 3, 2021, ECF No. 108-1, by extending certain pretrial deadlines by 45 days.

With respect to Exhibits A and B, the parties disagree over whether paragraph 2 of the proposed bifurcation order should use the word "necessary" or "pertinent," and respectfully request that the Parties be heard on this point of disagreement at the status conference scheduled for Monday, December 6.