IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                           Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                           Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                           Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                           Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER**

It is hereby ORDERED that the Amended Scheduling and Case Management Order entered on February 3, 2021, ECF No. 108-1, is hereby amended as follows:

| Event | Calculation of Date | Extension Date |
|---|---|---|
| Completion of fact discovery except for requests for admission for authentication of or admissibility of documents, data or other evidence; parties to certify completion of production (including providing all privilege logs) | 501 days after fact discovery begins | 5/6/2022 |
| Deadline for Parties to serve opening expert disclosures in accordance with Rule 26(a)(2)(B). Parties to make simultaneous exchange of all opening reports for either side. | 30 days after close of fact discovery | 6/6/2022* |

| | | |
|---|---|---|
| Deadline for service of requests for admission for authentication of or admissibility of documents, data or other evidence | 60 days after close of fact discovery | 7/5/2022 |
| Deadline for Parties to serve rebuttal expert report(s) | 60 days after service of opening reports | 8/5/2022 |
| Deadline for Parties to serve reply expert report(s) | 50 days after service of rebuttal expert reports | 9/26/2022* |
| Close of expert discovery | 45 days after service of final expert reports | 11/10/2022 |
| First day to file dispositive motions without leave of Court | Close of expert discovery | 11/10/2022 |
| Post-discovery Status Conference | To be decided by the Court after close of expert discovery | TBD |
| Deadline to file motions for summary judgment and *Daubert* motions | 30 days after close of expert discovery | 12/12/2022* |
| Deadline to file oppositions to motions for summary judgment and *Daubert* motions | 45 days after service of summary judgment or *Daubert* motion(s) | 1/26/2023 |
| Deadline to file replies concerning motions for summary judgment or *Daubert* motions | 30 days after service of oppositions to *Daubert* or summary judgment motions | 2/27/2023* |
| * Deadline fell on a weekend, so date moved to the next business day. | | |

All other dates, including the trial date, shall remain unchanged. SO ORDERED.

Dated: December ___, 2021

_____
Amit P. Mehta
United States District Court Judge