UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. )<br>) | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. )<br>) | Case No. 20-cv-3715 (APM) |

**ORDER AMENDING SCHEDULING AND CASE MANAGEMENT ORDER**

Pursuant to the Status Conference held on December 6, 2021, the Amended Scheduling and Case Management Order entered on February 3, 2021, ECF No. 108-1, is further amended to insert the following in a new paragraph after the third full paragraph of Paragraph 14:

Any recipient of a Rule 30(b)(6) deposition notice or subpoena must serve its responses and objections to such notice or subpoena within **[10]** days of receipt of such notice or subpoena.

Dated: December 6, 2021

Amit P. Mehta
United States District Court Judge