UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.6 (b), Ryan M. Sandrock gives notice of his withdrawal as counsel of record for Plaintiff United States of America.

Dated: December 17, 2021

Respectfully submitted,

By: 　*/s/ Ryan M. Sandrock*
Ryan M. Sandrock
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102
ryan.sandrock@usdoj.gov

*Counsel for Plaintiff United States of America*