# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant.* | Civil Action No. 1:20-cv-03010 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(b), the undersigned, Dana R. Vogel, hereby submits her Notice of Withdrawal as counsel for Plaintiff State of Arizona in the above-captioned matter. Assistant Attorney General Christopher Sloot and Deputy Solicitor General Michael Catlett of the Arizona Attorney General's Office will continue to represent Plaintiff the State of Arizona and will not be without representation in this matter.

Dated: December 23, 2021

Respectfully Submitted,
PLAINTIFF STATE OF ARIZONA
MARK BRNOVICH
ATTORNEY GENERAL

By:  /s/ Dana R. Vogel
Dana R. Vogel
Unit Chief Counsel
Competition, Innovation & Privacy
2005 N Central Ave
Phoenix, AZ 85004
Tel: (602) 542-7748
Fax: (602) 542-9088
Dana.Vogel@azag.gov

CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of December 2021, the foregoing Notice of

Withdrawal of Appearance of Dana R. Vogel was filed and served electronically upon all

registered counsel via the Court's CM/ECF system.

/s/ Dana R. Vogel
Dana R. Vogel