# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

## <u>NOTICE OF DEPOSITION</u>

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure ("Rule 30(b)(6)"), Local Rules 26.2 and 30.1, and the Amended Case Management Order entered in this case on February 3, 2021 (ECF 108-1 and 141), Plaintiffs in the above-captioned cases will take the following deposition at the time and location listed below or such other time and location as is agreed upon:

Name:      Corporate Representative of Google LLC ("Google")

Time:      December 6, 2021, at 9:00 am PST

Location:   Phillip Burton Federal Building
           Department of Justice, Antitrust Division
           450 Golden Gate Avenue
           San Francisco, CA 94102

1

The deposition will be recorded by stenographic, audio, video, and videoconference means before an officer authorized to administer oaths. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purposes permitted under the Federal Rules of Civil Procedure or the Amended Case Management Order.

You are hereby advised that Google must designate one or more officers, directors, managing agents, or other persons to testify on behalf of Google as to information known or reasonably available to Google regarding the topics listed in Schedule A.

Dated: November 1, 2021

Respectfully submitted,

By: */s/ Kenneth M. Dintzer*
Kenneth M. Dintzer
Jeremy M. P. Goldstein
U.S. Department of Justice, Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff United States*

By:     */s/ Jonathan R. Carter*
Leslie Rutledge, Attorney General
Johnathan R. Carter, Assistant Attorney General
Office of the Attorney General, State of Arkansas
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Johnathan.Carter@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

By:   */s/ Adam Miller*
Rob Bonta, Attorney General
Ryan J. McCauley, Deputy Attorney General
Adam Miller, Deputy Attorney General
Paula Blizzard, Supervising Deputy Attorney
General
Kathleen Foote, Senior Assistant Attorney General
Office of the Attorney General,
California Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
Adam.Miller@doj.ca.gov

*Counsel for Plaintiff State of California*

By:   */s/ Lee Istrail*
Ashley Moody, Attorney General
R. Scott Palmer, Interim Co-Director, Antitrust
Division
Nicholas D. Niemiec, Assistant Attorney General
Lee Istrail, Assistant Attorney General
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

By:   */s/ Daniel Walsh*
Christopher Carr, Attorney General
Margaret Eckrote, Deputy Attorney General
Daniel Walsh, Senior Assistant Attorney General
Dale Margolin Cecka, Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
dcecka@law.georgia.gov

*Counsel for Plaintiff State of Georgia*

By:_____/s/ Scott L. Barnhart_____
Theodore Edward Rokita, Attorney General Scott
L. Barnhart, Chief Counsel and Director,
Consumer Protection Division
Matthew Michaloski, Deputy Attorney General
Erica Sullivan, Deputy Attorney General
Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Scott.Barnhart@atg.in.gov

*Counsel for Plaintiff State of Indiana*

By: ____/s/ Philip R. Heleringer_____
Daniel Cameron, Attorney General
J. Christian Lewis, Executive Director of
Consumer Protection
Philip R. Heleringer, Deputy Executive Director of
Consumer Protection
Jonathan E. Farmer, Assistant Attorney General
Office of the Attorney General, Commonwealth of
Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Phone: 502-696-5647
philip.heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*

By:_____/s/ Christopher J. Alderman_____
Jeff Landry, Attorney General
Christopher J. Alderman, Assistant Attorney
General
Office of the Attorney General, State of Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
AldermanC@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

By:_____*/s/ Scott Mertens*_____
Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lasing, MI 48909
MertensS@michigan.gov

*Counsel for Plaintiff State of Michigan*

By:_____*/s/ Stephen Hoeplinger*_____
Stephen M. Hoeplinger
Assistant Attorney General
Missouri Attorney General's Office
615 E. 13th Street, Suite 401
Kansas City, MO 64106
Stephen.Hoeplinger@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

By:_____*/s/ Hart Martin*_____
Lynn Fitch, Attorney General
Hart Martin, Special Assistant Attorney General
Crystal Utley Secoy, Assistant Attorney General
Office of the Attorney General, State of
Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Hart.Martin@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

By:_____*/s/ Mark Mattioli*_____
Austin Knudsen, Attorney General
Mark Mattioli, Chief, Office of Consumer
Protection
Office of the Attorney General, State of Montana
P.O. Box 200151
555 Fuller Avenue, 2nd Floor
Helena, MT 59620-0151
mmattioli@mt.gov

*Counsel for Plaintiff State of Montana*

By: _____ /s/ Rebecca M. Hartner_____
Rebecca M. Hartner, Assistant Attorney General
Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney General
C. Havird Jones, Jr., Senior Assistant Deputy
Attorney General
Mary Frances Jowers, Assistant Deputy Attorney
General
Office of the Attorney General, State of South
Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
RHartner@scag.gov

*Counsel for Plaintiff State of South Carolina*

By: _____ /s/ Bret Fulkerson_____
Bret Fulkerson
Office of the Attorney General, Antitrust Division
300 West 15th Street
Austin, Texas 78701
Bret.Fulkerson@oag.texas.gov

*Counsel for Plaintiff State of Texas*

By: _____ /s/ Gwendolyn J. Lindsay Cooley_____
Joshua L. Kaul, Attorney General
Gwendolyn J. Lindsay Cooley, Assistant Attorney
General
Wisconsin Department of Justice
17 W. Main St.
Madison, WI 53701
Gwendolyn.Cooley@Wisconsin.gov

*Counsel for Plaintiff State of Wisconsin*

6

By:      /s/ Jonathan B. Sallet
Jonathan B. Sallet, Special Assistant Attorney
General (D.C. Bar No. 336198)
Steven Kaufmann, Deputy Attorney General (D.C.
Bar No. 1022365 inactive)
Diane R. Hazel, First Assistant Attorney General
(D.C. Bar No. 1011531 inactive)
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Tel: 720-508-6000
Jon.Sallet@coag.gov
Steve.Kaufmann@coag.gov
Diane.Hazel@coag.gov

*Counsel for Plaintiff Colorado*

Joseph Conrad
Office of the Attorney General of Nebraska
Consumer Protection Division
2115 State Capitol Building
Lincoln, NE 68509
402-471-3840
joseph.conrad@nebraska.gov

*Counsel for Plaintiff Nebraska*

Brunn W. (Beau) Roysden III, Solicitor General
Michael S. Catlett, Deputy Solicitor General
Dana R. Vogel, Unit Chief Counsel
Christopher M. Sloot, Assistant Attorney General
Arizona Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Tel: (602) 542-3725
Dana.Vogel@azag.gov

*Counsel for Plaintiff Arizona*

Max Merrick Miller
Attorney General's Office for the State of Iowa
1305 East Walnut Street, 2nd Floor
Des Moines, IA 50319
(515) 281-5926
Max.Miller@ag.Iowa.gov

*Counsel for Plaintiff Iowa*

7

Elinor R. Hoffmann
John D. Castiglione
Morgan J. Feder
Office of the Attorney General of New York
28 Liberty Street, 21st Floor
New York, NY 10005
212-416-8513
elinor.hoffmann@ag.ny.gov
john.castiglione@ag.ny.gov
morgan.feder@ag.ny.gov

*Counsel for Plaintiff New York*

Jonathan R. Marx
Jessica Vance Sutton
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
919-716-6000
Jmarx@Ncdoj.Gov
jsutton2@ncdoj.gov

*Counsel for Plaintiff North Carolina*

J. David McDowell
Jeanette Pascale
Christopher Dunbar
Office of The Attorney General & Reporter P.O.
Box 20207
Nashville, TN 37202
615-741-3519
david.mcdowell@ag.tn.gov
jenna.pascale@ag.tn.gov
chris.dunbar@ag.tn.gov

*Counsel for Plaintiff Tennessee*

Tara Pincock
Attorney General's Office Utah
160 E 300 S, Ste 5th Floor
PO Box 140874
Salt Lake City, UT 84114
801-366-0305
tpincock@agutah.gov

*Counsel for Plaintiff Utah*

Jeff Pickett
Senior Assistant Attorney General
jeff.pickett@alaska.gov
State of Alaska, Department of Law
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Tel: (907) 269-5100

*Counsel for Plaintiff Alaska*

Nicole Demers
State of Connecticut Office of the Attorney
General
165 Capitol Avenue, Ste 5000
Hartford, CT 06106
860-808-5202
nicole.demers@ct.gov

*Counsel for Plaintiff Connecticut*

Michael Andrew Undorf
Delaware Department of Justice
Fraud and Consumer Protection Division
820 N. French St., 5th Floor
Wilmington, DE 19801
302-577-8924
michael.undorf@delaware.gov

*Counsel for Plaintiff Delaware*

Catherine A. Jackson (D.C. Bar No. 1005415)
Elizabeth Gentry Arthur
David Brunfeld
Office of the Attorney General for the District of
Columbia
400 6th Street NW
Washington, DC 20001
202-724-6514
catherine.jackson@dc.gov
elizabeth.arthur@dc.gov
david.brunfeld@dc.gov

*Counsel for Plaintiff District of Columbia*

9

Leevin Taitano Camacho, Attorney General
Fred Nishihira, Chief, Consumer Protection
Division
Benjamin Bernard Paholke, Assistant Attorney
General
Office of the Attorney General of Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Tel: (671)-475-3324
bpaholke@oagguam.org

*Counsel for Plaintiff Guam*

Rodney I. Kimura
Office of the Attorney General of Hawaii
Commerce & Economic Development
425 Queen Street
Honolulu, HI 96813
808-586-1180
rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff Hawaii*

Brett DeLange
Office of the Idaho Attorney General
Consumer Protection Division
954 W. State St., 2nd Fl.
PO Box 83720
Boise, ID 83720-0010
208-334-4114
brett.delange@ag.idaho.gov

*Counsel for Plaintiff Idaho*

Erin L. Shencopp
Blake Harrop
Joseph Chervin
Office of the Attorney General of Illinois
100 W. Randolph St.
Chicago, IL 60601
312-793-3891
eshencopp@atg.state.il.us
bharrop@atg.state.il.us
jchervin@atg.state.il.us

*Counsel for Plaintiff Illinois*

Lynette R. Bakker
Office of the Attorney General of Kansas
Consumer Protection & Antitrust
120 S.W. 10th Avenue, Ste 2nd Floor
Topeka, KS 66612-1597
785-368-8451
lynette.bakker@ag.ks.gov

*Counsel for Plaintiff Kansas*

Christina M. Moylan
Office of the Attorney General of Maine
6 State House Station
Augusta, ME 04333-0006
207-626-8838
christina.moylan@maine.gov

*Counsel for Plaintiff Maine*

Schonette J. Walker
Assistant Attorney General
Deputy Chief, Antitrust Division
Office of the Attorney General
swalker@oag.state.md.us
Gary Honick
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
410-576-6480
ghonick@oag.state.md.us

*Counsel for Plaintiff Maryland*

Matthew B. Frank, Assistant Attorney General
Antitrust Division
William T. Matlack, Assistant Attorney General
Chief, Antitrust Division
Michael B. MacKenzie, Assistant Attorney
General
Deputy Chief, Antitrust Division
Office of the Attorney General
One Ashburton Place, 18th Fl.
Boston, MA 02108
Tel: (617) 727-2200
Matthew.Frank@mass.gov
William.Matlack@mass.gov
Michael.Mackenzie@mass.gov

*Counsel for Plaintiff Massachusetts*

Justin Moor, Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
(651) 757-1060
justin.moor@ag.state.mn.us

*Counsel for Plaintiff Minnesota*

Marie W.L. Martin
Michelle Christine Newman
Lucas J. Tucker
Nevada Office of the Attorney General
Bureau of Consumer Protection
100 N. Carson Street
Carson City, NV 89701
775-624-1244
mwmartin@ag.nv.gov
mnewman@ag.nv.gov
ltucker@ag.nv.gov

*Counsel for Plaintiff Nevada*

Brandon Garod
Office of Attorney General of New Hampshire
33 Capitol Street
Concord, NH 03301
603-271-1217
brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff New Hampshire*

Robert Holup
New Jersey Attorney General's Office
124 Halsey Street, 5th Floor
Newark, NJ 07102
239-822-6123
robert.holup@law.njoag.gov

*Counsel for Plaintiff New Jersey*

Mark F. Swanson
Cholla Khoury
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87504
Tel: 505.490.4885
mswanson@nmag.gov
ckhoury@nmag.gov

*Counsel for Plaintiff New Mexico*

Parrell D. Grossman
Director
Elin S. Alm
Assistant Attorney General
Consumer Protection & Antitrust Division
Office of the Attorney General
1050 E. Interstate Ave., Suite 200
Bismarck, ND 58503
701-328-5570
pgrossman@nd.gov
ealm@nd.gov

*Counsel for Plaintiff North Dakota*

Beth Ann Finnerty
Mark Kittel
Jennifer Pratt
Office of The Attorney General of Ohio, Antitrust
Section
30 E Broad Street, 26th Floor
Columbus, OH 43215
614-466-4328
beth.finnerty@ohioattorneygeneral.gov
mark.kittel@ohioattorneygeneral.gov
jennifer.pratt@ohioattorneygeneral.gov

*Counsel for Plaintiff Ohio*

13

Caleb J. Smith Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
313 NE 21st St
Oklahoma City, OK 73105
Tel: (405) 522-1014
Caleb.Smith@oag.ok.gov

*Counsel for Plaintiff Oklahoma*

Cheryl Hiemstra
Oregon Department of Justice
1162 Court St NE
Salem, OR 97301
503-934-4400
cheryl.hiemstra@doj.state.or.us

*Counsel for Plaintiff Oregon*

Tracy W. Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
Tel: (717) 787-4530
jbetsko@attorneygeneral.gov
twertz@attorneygeneral.gov

*Counsel for Plaintiff Pennsylvania*

Johan M. Rosa Rodríguez
Assistant Attorney General Antitrust Division
Puerto Rico Department of Justice
PO Box 9020192
San Juan, Puerto Rico 00902-0192
Tel: (787) 721-2900, ext. 1201
jorosa@justicia.pr.gov

*Counsel for Plaintiff Puerto Rico*

David Marzilli
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
dmarzilli@riag.ri.gov

*Counsel for Plaintiff Rhode Island*

14

Yvette K. Lafrentz
Office of The Attorney General of South Dakota
1302 E. Hwy 14, Suite1
Pierre, SD 57501
605-773-3215
yvette.lafrentz@state.sd.us

*Counsel for Plaintiff South Dakota*

Ryan G. Kriger
Office of The Attorney General of Vermont
109 State St.
Montpelier, VT 05609
802-828-3170
ryan.kriger@vermont.gov

*Counsel for Plaintiff Vermont*

Sarah Oxenham Allen
Tyler Timothy Henry
Office of the Attorney General of Virginia
Antitrust Unit/Consumer Protection Section
202 N. 9th Street
Richmond, VA 23219
804-786-6557
soallen@oag.state.va.us
thenry@oag.state.va.us

*Counsel for Plaintiff Virginia*

Amy Hanson
Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-5419
amy.hanson@atg.wa.gov

*Counsel for Plaintiff Washington*

Douglas Lee Davis
Tanya L. Godfrey
Office of Attorney General, State of West Virginia
P.O. Box 1789
812 Quarrier Street, 1st Floor
Charleston, WV 25326
304-558-8986
doug.davis@wvago.gov
tanya.l.godfrey@wvago.gov

*Counsel for Plaintiff West Virginia*

15

Benjamin Mark Burningham
Amy Pauli
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002
(307) 777-6397
ben.burningham@wyo.gov
amy.pauli@wyo.gov

*Counsel for Plaintiff Wyoming*

## CERTIFICATE OF SERVICE

I certify that on November 1, 2021, I served the foregoing Notice of Deposition on the

below individuals via e-mail.

For Defendant Google LLC:

John Schmidtlein
WILLIAMS & CONNELLY LLP
725 12th Street NW
Washington, DC 20005
Telephone: (202) 434-5901
jschmidtlein@wc.com

Franklin M. Rubinstein
WILSON SONSINI
GOODRICH & ROSATI P.C.
1700 K St, NW
Washington, DC 20006
Telephone: (202) 973-8833
frubinstein@wsgr.com

Mark S. Popofsky
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 508-4624
Mark.Popofsky@ropesgray.com

Dated: November 1, 2021

By:_____*/s/ Jeremy M. P. Goldstein*_____

Jeremy M. P. Goldstein
U.S. Department of Justice, Antitrust Division
San Francisco Office
450 Golden Gate Avenue
San Francisco, CA 94102-3478
Telephone: (415) 229-2934
Jeremy.Goldstein@usdoj.gov

*Counsel for Plaintiff United States of America*

## SCHEDULE A

1.  From 2005 to the present, Google's measurement, tracking, and analysis (including changes over time) of the quality of its Search product, including:

    a.  how Google measures search quality;

    b.  what metrics Google uses to quantify the quality of its Search results;

    c.  Google's investment in the quality of its Search product (including employee headcounts and expenditures, and the percentage of employees and expenditures devoted to Search relative to Google's total headcount and budget);

    d.  how Google evaluates changes or potential changes to its Search product, (including changes to the search engine results page (SERP)'s layout, to underlying algorithms or rankings, to the Suggest feature, to privacy settings, or to other features), and what metrics Google uses to determine whether or not to implement a change;

    e.  how Google defines user experience (UX) and the role UX plays in evaluating Google's Search product;

    f.  how Google defines information satisfaction (IS), and the role IS plays in evaluating its Search Product;

    g.  how Google analyzes whether changes or potential changes to its Search product will result in users switching to another general search provider;

    h.  whether Google has ever made, tested, or experimented with a change to its Search product that degraded UX or IS, and how Google reached that decision; and

      i.  whether Google has ever declined to implement a potential change to its Search product that would have improved user experience or information satisfaction, and how Google reached that decision.

2.  From 2005 to the present, whether and how Google measures, tracks, analyzes, or estimates how often users switch away from the default search service on mobile, desktop, and IoT devices, including:

      a.  how often users download alternative browsers, voice assistants, or search applications separate from the those which come preinstalled and preset.

      b.  how often users change the default browser, voice assistant, or search applications away from the those which come preinstalled and preset.

      c.  how often users change the default search service within the preinstalled and preset browser, voice assistant, or search application away from preset default search service.

3.  From 2005 to the present, the methodology by which Google calculates the amount it is willing to pay search distribution partners in revenue share agreements, including:

      a.  how Google measures the "defensive value" of the deal (*see e.g.*, GOOG-DOJ-13127914);

      b.  how Google calculates the lifetime value or long-term revenue of various features that either act as search access points or drive search traffic including the source of any inputs and basis for any assumptions used in the calculations; and

      c.  how Google estimates the incremental revenue created by a search distribution deal including (i) any methods of estimating the expected proportion users or revenue from a given search access point that Google would retain if it were it to

lose default status (e.g. "winback" rate or "clawback" rate) and (ii) the results of

nay analyses utilizing these methods.

4. From 2005 to the present, Google's tracking of whether its search distribution partners

   pass on payments received by Google to consumers in any form, including:

   a. any analysis, survey, or study conducted, commissioned, or relied upon by

      Google regarding any impact or correlation of search revenues shared with

      manufacturers or wireless carriers on consumer prices for devices or wireless

      services; or

   b. how manufacturers or wireless carriers use the shared search revenues received

      from Google.

5. From 2005 to the present, Google's collection of data from or provided to search

   advertisers, and how that data is used by Google, search advertisers, or any other parties.

6. From 2005 to the present, Google's creation and use of User Metric spreadsheets, such as

   GOOG-DOJ-09445272, and regular market-share emails by Penny Chu (or any

   predecessor, successor, or substitute for Ms. Chu), such as GOOG-DOJ-21588235,

   including:

   a. when and why the spreadsheets and emails began and ended;

   b. the frequency with which the spreadsheets and emails were prepared;

   c. who prepared or received the spreadsheets and emails;

   d. what actions Google took based at least in part on the spreadsheets and emails;

   e. who ordered the initiation and suspension of the spreadsheets and emails; and

  f. what data underlies the market shares stated in the spreadsheets and emails (e.g., DisplayNav, SOSDash, Analytics, CUP, Adsense), and how Google uses this data.

7. Google's removal and subsequent restoration of Blix to the Google Play store in 2020.

8. From 2005 to present, Google's understanding, analysis, surveys, and studies about:

  a. why users use general search engines; and

  b. why users search on Google versus typing web addresses directly into URL bars or searching on apps.

9. From 2005 to present, the data that Google receives from third parties, including Specialized Vertical Providers, in connection with Google Search or Google Search advertising, including:

  a. data containing pricing, inventory, availability, capacity, or user reviews and ratings, in connection with Google Search or Google Search advertising;[1]

  b. the mechanisms through which Google receives data from third parties, including but not limited to API access or structured data feeds;

  c. of that data that Google receives from third parties, the data that Google uses or displays in connection with Google Search and Google Search advertising; and

  d. the importance of having that data to Google's ability to provide a successful user experience.

10. From 2005 to present, for each mechanism through which Google receives data from third parties, explain how it impacts the latency of serving search results and

---

[1] For the avoidance of doubt, this includes, but is not limited to, the Hotel Unit, Flights Unit, Product Listing Ads, Local Inventory Ads, Google Jobs Unit, the former product known as "Google Compare," Order Food on Google (http://orderfood.google.com/), and any plans related to local car inventory (https://www.google.com/local/cars).

advertisements, any external circumstances that impact latency, and any different methods that Google has identified for addressing latency issues.

11. From 2005 to present, Google's understanding and measurement of how positioning on the SRP impacts click-through-rates on desktop and mobile devices, and where users focus their attention on the SRP, including through Google's use of eye gaze studies.

12. From 2005 to present, how Google compares the relative pricing of digital advertising, including:

   a. among Google Search advertising products (such as Google text ads vs. Product Listing Ads, Google text ads vs. Local Inventory Ads, Google text ads vs. Hotel Ads, Google text ads vs. Local Service Ads);

   b. Google Search advertising and social media ads (e.g., Facebook/Instagram, Pinterest, Snapchat);

   c. Google Search advertising and display advertising;

   d. Google Search advertising and search advertising on Specialized Vertical Providers' websites; and

   e. Google Search advertising and Microsoft search advertising.

13. From 2005 to present, Google's understanding about the ability of advertisers purchasing Google search advertising to target consumers by geography, device type, operating system, and browser, and how these targeting capabilities impacts the price Google charges to advertisers.

## DEFINITIONS

1. The term "General Search Advertising" means all the paid placements that are supplied by a general search engine in connection with a general search query.

2.   The term "General Search Engines" means the providers of search services that allow consumers to find responsive information on the internet by entering keyword queries. Consumers may use general search services to perform several types of searches, including navigational queries (seeking a specific website), informational queries (seeking knowledge or answers to questions), and commercial queries (seeking to make a purchase). Examples of general search services include Google, Bing, Yahoo, and DuckDuckGo.

3.   The terms "Google" means Google LLC, its domestic and foreign parents, predecessors, divisions, subsidiaries, affiliates, partnerships and joint ventures, and all directors, officers, employees, agents, and representatives of the foregoing. The terms "parent," "subsidiary," "affiliate," and "joint venture" refer to any person in which there is partial (25 percent or more) or total ownership or control between the company and any other person.

4.   The term "Hotel Ads" refers to the product described at https://support.google.com/hotelprices/answer/9238461?hl=en.

5.   The term "including" means including, but not limited to.

6.   The term "Local Inventory Ads" refers to the product described at https://support.google.com/merchants/answer/3057972?hl=en.

7.   The term "Local Services Ads" refers to the product described at https://ads.google.com/local-services-ads/.

8.   The term "Organic Search Results" means non-advertisement results in response to an entry into a search engine that are generally derived algorithmically from hyperlinked web data. "Organic Search Results" are often (colloquially) referred to as "10 blue links," irrespective of the actual number of links. "Organic Search Results" excludes results in a SERP Feature, however derived.

9.   The term "Product Listing Ads" refers to the product described at https://support.google.com/google-ads/answer/2454022?hl=en.

10. The term "Search" means the services that allow consumers to find responsive information on the internet by entering keyword queries.

11. The term "Search Advertising" means all types of ads generated in response to online search queries, including general search text ads (offered by general search engines such as Google and Bing) and other, specialized search ads (offered by general search engines and specialized search providers such as Amazon, Expedia, or Yelp). These definitions shall be at least as broad as the description of "search ads" in paragraphs 97 and 98 of the complaint filed in *United States, et al. v. Google LLC*, No. 1:20-cv-03010-APM.

12. The term "SERP Feature" means any display or search feature showing a result in response to a search query in a particular format for the user and that appears on the SERP above, below, or to the side of Organic Search Results and General Search Text Advertising, including, but not limited to, OneBoxes, featured snippets, knowledge panel entries, advertising units such as Shopping Ads and Local Services Ads, Carousels, the Flights Unit, Hotel Unit, Hotel Booking Commercial Unit, Local Services Unit, Local Universal, Recipes OneBox, and Scholar OneBox, including similar features previously known under other names.

13. The terms "Text Ad" means advertisements sold by general search engines, typically placed just above or below the organic search results on a search engine results page (SERP), and resemble the organic results that appear on a general search engine's SERP, with a notation that they are "ads" or "sponsored." This definition shall be at least as broad as the descriptions of "general search text ad" in paragraphs 101-105 of the DOJ complaint and paragraphs 72-81 of the Plaintiff States' complaint.

14. The term "Specialized Vertical Providers" means providers, not including Googled owned and operated features found on or in connection with the search results page, that offer users a narrower, focused set of answers to a narrower set of queries, typically in a particular commercial segment (e.g., travel, shopping) compared to general search engines; that rely on a finite set of content rather than the broad content available on the internet; that often offer consumers ways to find and connect with merchants or service providers, such as airline ticket sellers or local electricians; and that often allow consumers the opportunity to complete or book transactions with those merchants.