AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America, et al. )
*Plaintiff* )
v. ) Case No. 1:20-cv-03010-APM
Google, LLC )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Massachusetts .

Date: 01/05/2022

/s/ William T. Matlack
*Attorney's signature*

William T. Matlack MA BBO# 552109
*Printed name and bar number*
Office of the Attorney General
One Ashburton Place, 18th Fl.
Boston, MA 02108

*Address*

william.matlack@mass.gov
*E-mail address*

(617) 963-2414
*Telephone number*

(617) 722-0184
*FAX number*