AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
_____ District of Columbia  ▾

| | |
|---|---|
| United States of America, et al. | ) |
| *Plaintiff* | ) |
| v. | )  Case No.   1:20-cv-03010 |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC                                                                                                              .


Date:     01/06/2022                                            /s/ Aaron P. Maurer
                                                                        *Attorney's signature*


                                                            Aaron P. Maurer (DC Bar No.476640)
                                                                   *Printed name and bar number*
                                                            Williams & Connolly LLP
                                                            725 Twelfth Street, N.W.
                                                            Washington, D.C. 20005


                                                                              *Address*


                                                            amaurer@wc.com
                                                                       *E-mail address*


                                                            (202) 434-5000
                                                                    *Telephone number*


                                                            (202) 434-5029
                                                                       *FAX number*