```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,    )
                                     )
            Plaintiffs,              )
                                     )      CV No. 20-3010
         vs.                         )      Washington, D.C.
                                     )      January 7, 2022
GOOGLE LLC,                          )      11:00 a.m.
                                     )
            Defendant.               )
_____)



                        TRANSCRIPT OF
            STATUS CONFERENCE VIA ZOOM PROCEEDINGS
             BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

For DOJ Plaintiffs:           Kenneth M. Dintzer
                              U.S. DEPARTMENT OF JUSTICE
                              1100 L Street, NW
                              Washington, D.C.
                              (202) 307-0340
                              Email:
                              kenneth.dintzer2@usdoj.gov
```

APPEARANCES CONTINUED:

For Plaintiff
State of Colorado:            William F. Cavanaugh, Jr.
                             PATTERSON BELKNAP
                             WEBB & TYLER LLP
                             1133 Avenue of the Americas
                             Suite 2200
                             New York, NY 10036-6710
                             (212) 335-2793
                             Email: wfcavanaugh@pbwt.com

                             Jonathan Bruce Sallet
                             COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
                             Antitrust Unit
                             Ralph L. Carr
                             Colorado Judicial Center
                             1300 Broadway
                             Suite 7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: jon.sallet@coag.gov


For Defendant Google:        John E. Schmidtlein
                             WILLIAMS & CONNOLLY LLP
                             725 12th St., NW
                             Washington, D.C. 20005
                             (202) 434-5000
                             Email: jschmidtlein@wc.com

```
APPEARANCES CONTINUED:

For Defendant
Microsoft Corp:              Caroline Simons
                             ORRICK, HERRINGTON
                             & SUTCLIFFE LLP
                             222 Berkeley Street
                             Suite 2000
                             Boston, MA 02116
                             (617) 880-1800
                             Email: csimons@orrick.com

                             Vincent H. Cohen, Jr.
                             DECHERT LLP
                             1900 K Street, NW
                             Washington, D.C. 20006
                             (202) 261-3432
                             Email:
                             vincent.cohen@dechert.com

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

PROCEEDINGS

1

2    COURTROOM DEPUTY:  Good morning, Your Honor.

3          This is Civil Action 20-3010, the United States of

4    America versus Google LLC.

5          Kenneth Dintzer for the DOJ Plaintiffs.

6          William Cavanaugh for the Colorado Plaintiffs.

7          John Schmidtlein for the defendant.

8    THE COURT:  Okay.  Good morning, everyone.  Nice

9    to see you all.  Happy 2022 to everybody.  I hope everybody

10   is doing well and that you all got a little bit of time to

11   enjoy the holidays with your families and friends.

12         So with that, let's start off the new year with

13   another hearing, and mostly it looks like the parties'

14   disputes are fairly limited at this point.

15         So why don't we just get started with Mr. Dintzer,

16   and I'll just open up the floor to just summarize where

17   things stand.

18         I've reviewed the Joint Status Report, so if you

19   want to just add anything to what's already in there, feel

20   free; otherwise, my hope is to sort of move through things

21   quickly today and that we can get to the disputed issue

22   sooner rather than later.

23         MR. DINTZER:  Yes, Your Honor.  Good morning, and

24   Happy New Year.  And thank you, Your Honor.

25         With respect to documents, we're continuing to

1    negotiate the remaining RFPs.  With respect to the scope and

2    schedule of supplementation, which is an important issue

3    still, we're discussing documents and data supplementation

4    with Google.  There's nothing ripe to discuss, but we're

5    making progress.  We plan to amend our initial disclosures

6    in the near future to narrow both the number and entities

7    disclosed.

8              With respect to privilege, as we've raised before,

9    we have had and continue to have significant concerns about

10   privilege designations and abuse by Google's employees, who

11   have treated privilege claims like a game of hide and seek,

12   Your Honor.  It's taken an enormous amount of time to get

13   these documents that were initially withheld produced.  And

14   I want to emphasize that the process is ongoing so there's

15   nothing ripe, but we may need court intervention on

16   privilege issues down the road.

17             THE COURT:  Let me ask you a question.  I mean,

18   maybe just as a preview and without getting into

19   characterizing the invocations of privilege, I mean, what

20   are the Department's concerns or objections?  Is it that it

21   doesn't involve attorney-client communications, but, rather,

22   these are business discussions?  I take it that probably is

23   one of the primary concerns about some of the invocations of

24   privilege?

25             MR. DINTZER:  So first I'd like to make a

1 distinction between what Google's employees and in-house

2 counsel have done and what Google's counsel in these cases

3 have done, because they're different and I want to be clear

4 about what I'm saying.

5          Within Google, the routine invocation of

6 attorney-client privilege on documents and sending documents

7 to counsel for the sake of invoking privilege and for no

8 other reason is something endemic.

9          THE COURT:  Do you mean -- just to be clear, you

10 mean, this isn't sort of the ordinary course?

11          MR. DINTZER:  Yes.

12          THE COURT:  In other words, employees are sending

13 in-house counsel something, and they include some

14 attorney-client privilege header or tag to the email.

15 Is that what I'm hearing you say?

16          MR. DINTZER:  Yes.

17          THE COURT:  Okay.

18          MR. DINTZER:  With the specific intent of

19 shielding it down the road from production.  So that has

20 confused this process significantly because of these

21 efforts.

22          Now, with respect to what counsel in this case has

23 done, they have cooperated with us, but they did assert

24 privilege over a significant number of documents.  There

25 have been tens of thousands of documents which we have had

1    to push back on and insist.  And when we have, to counsel's

2    credit, they have been willing to go back and look at some

3    of these and make productions on some, and so we've made

4    progress and that's why it hadn't come to the Court.

5         But it has taken an investment of a significant

6    amount of time, and this is still a process that's ongoing.

7    So we don't know where it's going to end up, but we have had

8    significant concerns about the way that people inside of

9    Google have done this and the impact that it's had on us.

10        THE COURT:  Okay.

11        MR. DINTZER:  With respect to depositions, we've

12    noticed 44, completed 28, so we're past the halfway point.

13        I make this point because Google has noticed --

14    I'm sorry, Google has taken three, and they have noticed

15    five more, which means that -- which has raised the concern

16    about Google's pace for us.

17        There are now, if the website I used is correct,

18    82 weekdays -- after today, 82 weekdays before fact

19    discovery closes.  Google has 73 depositions stockpiled.  So

20    if they don't plan to take them, that's fine.  I mean, we

21    certainly don't insist on them using them.

22        But third parties have made their productions, and

23    we're concerned that those depositions, if they are used,

24    are going to end up like a traffic jam on I-95 during a

25    holiday weekend.  And that wouldn't be fair to us, wouldn't

1    be fair to the third parties.  And so that's something that,

2    again, we don't have anything to bring to the Court, but we

3    have real concerns about sort of how they're managing their

4    depositions.

5         And so with that, I mean, we do have the 30(b)(6)

6    issue before the Court, which I assume we'll get to later,

7    but those -- that's sort of where we're at with respect to

8    the -- we've been working with Apple and Samsung on their

9    productions and we have nothing to raise -- I mean, we have

10   been making progress, concerns on both have trickled up, but

11   we are dealing with them at this point and we don't see

12   anything to bring to the Court at this point.

13        THE COURT:  Okay.

14        I guess at least with respect to Apple and

15   Samsung, they are likely, my understanding, among the top

16   third parties, do you foresee -- let me just ask:  I assume

17   at some point, if you haven't already, you'll be noticing

18   third-party depositions to those entities.  I guess question

19   one is, A, has that been done, and, B, if it hasn't been

20   done, do you foresee any trouble being able to do that,

21   consistent with what the current production schedule is?

22        MR. DINTZER:  We anticipate depositions of both

23   those entities.  We are still sort of fine-tuning the ends

24   of their production.  But we have every expectation of

25   getting those noticed, and consistent with the schedule that

1  remains, getting them completed before the end of fact
2  discovery.
3          THE COURT:  Okay.
4          MR. DINTZER:  We understood what the Court was
5  saying last time, and we are dealing with everything with
6  the assumption that the May 6th date is the end of fact
7  discovery.
8          THE COURT:  Okay.  All right.  Terrific.
9          Okay.  Mr. Cavanaugh?
10          Mr. Cavanaugh, you're on mute.
11          MR. CAVANAUGH:  Thank you, Your Honor.
12  Good morning.
13          Depositions are proceeding.  We participate in all
14  the depositions.  DOJ takes the lead on a number of them;
15  and on some, we take the lead, depending upon what the
16  issues are.  I think we have five additional ones scheduled
17  within the next couple weeks, months for us, on our specific
18  issues.
19          On the 30(b)(6), there's no issues to bring to the
20  Court at present.  Google is producing the fact witness on
21  the 28th, who will testify on two topics.
22          We're in the process of getting written responses
23  to some of the 30(b)(6) topics.  I think we've gotten one so
24  far, the others are due on the 21st, and we'll evaluate the
25  adequacy of those written responses.

1          On documents, we have three requests for

2     production.  Our second request for production, where we

3     sought six additional custodians using the same search terms

4     that we'd originally used, we've reached a compromise with

5     Google, we'll accept five of the six individuals and drop

6     one of them.  We don't have the date for production yet from

7     Google as to when that's going to occur.  We hope that's

8     prompt.

9          Our third document request that relates to data,

10    which we talked about, I think, at one or two of the prior

11    conferences, Google has proposed that we accept a one

12    percent of user visits as a sample.  We're considering that,

13    but we've raised two issues with Google; one is, how was

14    that -- how are they pulling that one percent.  You know, we

15    want to make sure it isn't skewed in some way.

16          And the second issue is, we've asked them --

17          THE COURT:  And, Mr. Cavanaugh, if I could

18    interrupt.

19          When you say "one percent of user visits," if I

20    remember correctly, that was on particular days; is that

21    right?

22          MR. CAVANAUGH:  Yes.

23          THE COURT:  Okay.

24          MR. CAVANAUGH:  The second issue we've raised with

25    Google is, you know, we may be prepared to accept the one

percent, as opposed to, there were discussions about five

percent.  But we don't want to be in a position where, if we

accept the one percent and Google comes back and our experts

use that, Google says, well, that's inadequate, or Google's

experts use a larger base of data and criticize us for only

using one percent.  We haven't gotten a response yet from

Google on that issue.

You know, we'd like to move this along.  I think

Mr. Schmidtlein, at the last conference, mentioned that they

were hopeful that by January 17th, they'd substantially

complete their data production.  This might be

appropriate -- depending upon what we hear from

Mr. Schmidtlein, this might be appropriate for an Interim

Status Report, rather than wait for the next conference,

Your Honor.

And we have a fourth document request:  Objections

and responses are due on January 24th.  Google's produced a

number of consumer surveys, which we think are highly

relevant in this case.  We've asked -- and we've provided

them with the Bates numbers of those consumer surveys.

We've asked, in this fourth request for production, for the

underlying data that was utilized for those surveys.  You

know, we'll -- you know, it will be helpful if Google could

provide a response to us on what their position is before

January 24th, but that is the due date.  But there's no

 1    issue at this point, Your Honor.

 2              THE COURT:  Okay.

 3              All right.  I don't have any follow-up,

 4    Mr. Cavanaugh.

 5              All right.  Why don't we turn then to

 6    Mr. Schmidtlein and get a summary from you of where things

 7    stand from your perspective, and I'll ask you, as part of

 8    that, address the privilege issues that Mr. Dintzer raised

 9    and then also the data issue that Mr. Cavanaugh raised.

10              MS. SIMONS:  Thank you, Your Honor.

11              I guess taking in turn some of the issues that I

12    heard raised by my colleagues here.

13              First, on this issue of -- this is the first we're

14    hearing that the DOJ is going to amend their initial

15    disclosure.  Obviously, amending things at this late date in

16    this matter is no small issue.  So if they have a present

17    intention to amend their initial disclosures, we would like

18    to see that, particularly if, as Mr. Dintzer has signaled,

19    they're going to be reducing and eliminating people, as that

20    will -- that could potentially limit the burden of

21    third-party discovery in this case.  So I would encourage

22    the DOJ to do that as quickly as possible.

23              THE COURT:  Look, I mean, do you understand them

24    to -- well, maybe I'll just ask Mr. Dintzer.

25              I mean, when you say you're intending to amend

1  your initial disclosures, it's rare that initial disclosures

2  are pared back by amendment, and it's usually -- they're

3  usually expanded in some way.  And that's what I kind of

4  took Mr. Dintzer to be saying, but maybe that was just an

5  unfounded assumption.

6          MR. DINTZER:  I'm sorry, Your Honor.

7          And I don't mean to interrupt, are you asking me

8  or are you asking --

9          THE COURT:  Yeah, that was more of an open-ended

10  observation for you to comment on whether your amendment is

11  going to be expanding your disclosures or contracting them

12  in some way.

13          MR. DINTZER:  Net-weight contracting.

14          So, you know, we've gathered information and

15  there's certain individuals that we don't need to have on

16  the disclosures anymore.  Some are added as we've gathered

17  some information, and some people we need to have under

18  disclosures.

19          There's no hiding the ball from Google; we are

20  preparing them; we are disclosing them.  So there's

21  certainly -- and since Google has taken only two

22  depositions, they can't really have been prejudiced by it,

23  so -- three depositions.

24          So we will get those -- I mean, I believe it's

25  important and it's something that we're working on and we'll

```
 1   get that out as quickly as we can.
 2              MS. SIMONS:  Your Honor --
 3              THE COURT:  Hang on, Mr. Schmidtlein, let me just
 4   -- if I could follow up:
 5              Mr. Dintzer, when you say, as quickly as you can,
 6   do you have a time estimate by when you intend to do that?
 7              MR. DINTZER:  Sometime in the next week for sure.
 8              THE COURT:  Within the next week?
 9              MR. DINTZER:  Yes, Your Honor.
10              THE COURT:  Okay.
11              All right.  Mr. Schmidtlein.
12              MS. SIMONS:  If we can get those amended
13   disclosures by January the 14th, that would be very helpful.
14              As I said, we have no insight as to whether these
15   are going to be new individuals that we will need to pursue
16   additional third-party discovery from; these are from
17   companies that we have not yet taken any discovery from.
18   So obviously, we would like those as quickly as we can, and
19   January 14th is acceptable to us.
20              THE COURT:  Okay.
21              All right.  So, Mr. Dintzer, we'll hold you to
22   providing your supplemental initial disclosures by the 14th
23   of January, I think that's a week from today.
24              MR. DINTZER:  (Nodding head.)
25              MS. SIMONS:  On the question of privilege,
```

1  Your Honor, obviously, we absolutely disagree with

2  Mr. Dintzer's characterizations of the practices of Google

3  employees.

4       But what I can tell you is that we have worked

5  very diligently with the Department.  To the extent that

6  they have asked a question or raised an issue about a

7  privilege log and they want us to go re-review something,

8  we will go ahead and do that.  In some cases, what we may

9  end up doing is producing a version of the document but

10 redacting sort of a portion of it or changing the redactions

11 because we're trying to accommodate.

12      But --

13      THE COURT:  Mr. Schmidtlein, can I ask.  I mean,

14 have you all -- has your practice been to accept at face

15 value something that Google employees have designated as

16 privileged, or have you, as outside counsel in the context

17 of this litigation, done your own evaluation of that

18 designation, separate and apart from what an employee may

19 have thought was a privileged communication?

20      MS. SIMONS:  We have absolutely done our own

21 evaluation, Your Honor.

22      THE COURT:  Okay.

23      MS. SIMONS:  And Mr. Dintzer and Mr. Cavanaugh are

24 both aware that we have produced substantial, actually,

25 volumes of documents, where a "privileged" notation is

1    listed; in other words, where an employee, out of an

2    abundance of caution, may be circulating something that he

3    or she may believe warrant legal advice, or it may be

4    something that is being circulated to both lawyers and

5    non-lawyers.  And if there was not sort of specific legal

6    advice returned or a particular legal question that we

7    thought implicated privilege, we would evaluate that and we

8    would produce that document.  And we've produced many, many,

9    many such documents.  So this is not a situation where we

10   scan documents, we see the wording "privilege" or

11   "attorney-client privilege" --

12          THE COURT:  Right.

13          MS. SIMONS:  -- and it automatically gets put on

14   the privilege log.  That is not what we've done in this

15   case.

16          THE COURT:  Okay.  Good.

17          Because, look, to state the obvious, you know,

18   laypeople, it's not the least bit unusual for them to think

19   that any communication with a lawyer is privileged,

20   regardless of the subject matter.

21          And so I don't think it's unusual in corporate

22   America for any communication with in-house counsel to

23   simply be reflexively labeled as attorney-client privilege

24   communication.

25          So it doesn't surprise me that there is a regular,

1    if not routine, practice even at Google for employees to do

2    that.

3            In any event...

4            MS. SIMONS:  Your Honor -- oh, I'm sorry.

5            THE COURT:  Go ahead, Mr. Schmidtlein.

6            No, no.  Go ahead.

7            MS. SIMONS:  I wanted to, I guess, at least

8    respond a little bit to Mr. Dintzer's somewhat pejorative

9    characterization of the number of depositions that we've

10   noticed thus far.

11           We have certainly noticed and participated in all

12   the third-party depositions that have been noticed to date.

13   The majority of the depositions taken, not surprisingly in

14   this case thus far, have been of Google employees.

15           Frankly, part of the problem that we have had is

16   getting -- and Your Honor is aware that we -- the

17   third-party discovery has lagged a little bit.  That's not

18   unusual in a case like this.  And we are going to begin

19   noticing and have begun reaching out to various third

20   parties, now that we feel like we have gotten far enough

21   along in their document productions.  But quite candidly,

22   there are still some third parties who are lagging.  Until

23   we get all of their documents, we're not going to begin

24   noticing their depositions.

25           The party that we presently are having, I think,

1    probably the most issues with, is Microsoft.  And we are in

2    a situation where, as you recall, Your Honor, we had a

3    substantial-completion date with Microsoft -- we were before

4    Your Honor -- that was agreed to, of October 20th.

5            Unfortunately since that time, Microsoft has

6    produced a significant, not insignificant, volume of

7    documents.  And they continue to produce a significant

8    volume of documents.  I think my colleagues informed me we

9    got about half a million pages of documents earlier this

10   week.  They are continuing to make productions.

11           And we have recently learned that they have,

12   apparently, made agreements to produce documents from

13   custodians that we had not done but they subsequently

14   negotiated with the plaintiffs and that productions from

15   those custodians are coming still later and we can't get a

16   commitment from Microsoft as to when those productions are

17   going to be completed.

18           So we have been in regular contact with Microsoft

19   about what I would say are three categories of documents,

20   custodial documents, you know, these are the search terms

21   and the electronic documents in people's files, what we

22   refer to sometimes as go-get documents, in sort of very

23   particular categories that a party can go and search for on

24   sort of a go-get basis.  And then we've got data.

25           And we, frankly, expected that by January, given

 1   that the subpoena to Microsoft went out in April, we

 2   expected that we would be done.  And what we're finding is

 3   we're not done.

 4            And Microsoft has made various estimates and

 5   statements about when they anticipate being done and when

 6   they anticipate these various different categories being

 7   finished, including claiming that they're going to be done

 8   at certain points in January.

 9            But we've reached a point now where I think having

10   a court deadline and something hard and fast that they have

11   to meet would be very, very helpful for us, because it's no

12   secret that we're going to be taking quite a few depositions

13   of Microsoft employees.

14            But until we get a date certain by which we're

15   going to get all of these productions and we get a sense of,

16   like, how much more volume is still coming, that's very,

17   very difficult for us to do.

18            And so, you know, in terms of --

19            THE COURT:  Well, let me ask you, Mr. Schmidtlein.

20   I assume -- well, maybe I shouldn't assume.

21            Did both plaintiffs and Google provide subpoenas

22   to Microsoft?

23            MS. SIMONS:  Yes, Your Honor.

24            THE COURT:  You did.  Okay.

25            And so you separately provided subpoenas; they're

1    obviously producing whatever is responsive to both sides.

2           And so with respect to your subpoena and the

3    documents that you've requested based upon the custodians

4    that you've negotiated with Microsoft, has that been

5    substantially completed --

6           MS. SIMONS:  (Shaking head.)

7           THE COURT:  -- or are you still finding Microsoft

8    is producing documents in response to your subpoena,

9    separate and apart from whatever additional responsive

10   material may be being produced to the plaintiffs' subpoena?

11          MS. SIMONS:  We are still getting significant

12   productions that Microsoft claims is in response to Google's

13   subpoena.

14          THE COURT:  Okay.

15          MS. SIMONS:  And we don't really have much

16   visibility into -- aside from telling us, oh, yes, no, there

17   are additional custodians that we've agreed to produce for

18   the DOJ, but we have, you know, little or no visibility into

19   what that looks like, we don't know whether these are people

20   we're going to need to depose, you know, on a defensive

21   basis, because these are people that the government is going

22   to call at any trial or seek to depose.

23          So we are -- the first principle is, we want to

24   get the stuff we asked for, but we're having trouble even

25   getting that, and now we've learned we've got this other

```
 1   sort of lagging problem as well.

 2            And so certainly as to the --

 3            THE COURT:  Well, let me ask:

 4            Mr. Dintzer, have you negotiated -- when

 5   Mr. Schmidtlein says that there are additional custodians

 6   that the plaintiffs have negotiated with Microsoft,

 7   do you have a deadline or an understanding with Microsoft as

 8   to when those records will be produced?

 9            MR. DINTZER:  Let me check that, Your Honor.

10            This is -- just to be clear, this is true with

11   other third parties as well.  Like, for Samsung, we

12   identified some custodians, and Google identified their own

13   custodian, and that we had to wait, to a certain extent,

14   while that custodian was also produced.

15            We have -- I'm not sure what the deadline is; I'm

16   hoping that somebody is going to ping me on this.

17            MS. SIMONS:  We have asked Microsoft if they have

18   a deadline from the government, and we have not been told

19   that there is a deadline.

20            THE COURT:  Okay.

21            MR. DINTZER:  We know that Microsoft has produced

22   1.3 million documents, and we expect it to complete by the

23   end of January with what we understand to be 130,000

24   additional.  So we're talking about less than ten percent of

25   what's remaining.
```

 1             And I would like to address Mr. Schmidtlein's --

 2   you know, his overarching point.  And I'd like to quote

 3   something to you, Your Honor, which is this:  "And at some

 4   point, you've got to cut through, you have to make strategic

 5   decisions.  You can't take every deposition of every person,

 6   you can't get every document, you can't review every

 7   document before you take every deposition."  That's

 8   Mr. Schmidtlein in November.

 9             He also said:  "I'd also suggest the sort of

10   notion that they have to wait for every last document for

11   every custodian before they take their deposition, I think,

12   is erroneous."  That's Mr. Schmidtlein in April.  And so the

13   idea -- I mean, we've got -- we have marching orders from

14   the Court on a deadline.

15             Google spent the better part of a year telling us

16   we had to get started with depositions, because they needed

17   us to get started deposing their people.  And what we've

18   seen from Google and Mr. Schmidtlein is delay on the exact

19   same grounds that they chided us for doing, which is wanting

20   to read the documents.  They've had the documents, and they

21   should at least notice the deposition.

22             THE COURT:  All right.

23             Well, I guess -- I don't want to sort of venture

24   down that road at this moment, because the truth of the

25   matter is, as far as I'm concerned today, we have a

1    discovery deadline; I've made clear that that -- I've

2    provided the limited extension the government requested last

3    time we were together.  I've made clear to both parties that

4    that is the fact-discovery deadline.  And if, you know, as a

5    result of that deadline Google hasn't done enough of the

6    legwork that's necessary in order to accomplish what it

7    needs to accomplish, you know, that ultimately will be on

8    Google.

9            Now, in any case, and this case will certainly not

10   be unique and will, in fact, undoubtedly be exacerbated in a

11   case like this, there's a lot of activity approaching the

12   fact-discovery deadline.  That is going to be unavoidable.

13   The question is how much sleep everybody is going to get as

14   we approach May the 6th, and I suspect you all won't be

15   getting very much at all.  And so, look, I'm hopeful that

16   you'll be mindful of that, but the deadline is the deadline

17   and I think Mr. Schmidtlein is aware of that.

18           And what my primary concern is now is to ensure

19   that Microsoft, and we'll see if Ms. Simons is here and I

20   don't know if she is, you know, gets these documents to you

21   all in a way that ensures that these depositions can be

22   taken in a timely fashion before the end of the discovery

23   cut-off.  That's my primary concern.

24           MR. DINTZER:  Understood, Your Honor.

25           And just so that I'm clear what our concern is --

 1   and I respect that, of course -- our concern is, for

 2   Google's depositions, the ones we've noticed of Google,

 3   they've received -- I haven't done the math but probably

 4   between 45 days' and two months' notice for a lot of their

 5   people.  I mean, we're not just saying 30 days, here's the

 6   person we want.  We've given them as much notice as we

 7   could.  And then, of course, we've worked with them on the

 8   dates.

 9          As we get closer to the end of discovery, that

10   means that they had the time to prep for the deposition,

11   which is fine, if -- I mean, if Google knows it's going to

12   take X, Y, or Z person at Microsoft, if they noticed them

13   now for two months down the road or 45 days, I mean, we're

14   going to be in those depositions, too; we're going to have

15   at least an hour of cross-examination under the CMO; we're

16   going to want to prepare for those depositions; we're going

17   to want to pull documents.

18          And so what we would ask is that if they know

19   there are people they're going to depose, even if they

20   haven't gotten the last document, along Mr. Schmidtlein's

21   own theories that he echoed to the Court, we would like them

22   to get those notices out so that there's enough time -- and

23   we understand there's going to be at the very end of fact

24   discovery.  I mean, any of us who've lived through that many

25   times knows that.

1          But there doesn't have to be -- it doesn't have to

2     be as bad as it can be, if Google goes ahead and gets out

3     the notices of the people that it knows that it's going to

4     do, even if they're staged for two months out or two and a

5     half months out.  That, to be clear, is what we're asking

6     from the Court.

7               THE COURT:  Okay.

8          All right.  Let me -- I see Ms. Simons and

9     Mr. Cohen have turn their cameras on.  And so with them

10    present, let me turn to them for a moment and ask where

11    things are.

12         I understood -- I've not gone back to look at my

13    notes about where we stood with Microsoft, because my

14    understanding coming into today that there were -- I did not

15    understand there to be any production concerns.  Maybe

16    you're going to tell me that it's news to you that there are

17    production concerns, but it's been raised, so let me at

18    least turn to you-all and ask where things stand in terms of

19    finalizing your productions first with Google and then with

20    the Department of Justice.

21         So, Ms. Simons or Mr. Cohen.

22              MR. COHEN:  Thank you, Your Honor.  Vince Cohen

23    for Microsoft, and Happy New Year.

24         I will start, and I'd ask my colleague, Caroline,

25    to jump in if there's any questions from the Court.

1          But first and foremost, I'd like to show and

2    demonstrate to the Court:

3          Microsoft takes very seriously its third-party

4    obligations in this case and has been working in good faith

5    with Google for many months.

6          In fact, that is why, in the last two conferences,

7    Mr. Schmidtlein reported no issues with Microsoft.  And as

8    Mr. Dintzer quoted him, I'll quote him as well.  On the

9    November 30th hearing, Schmidtlein said:  "It is moving

10   forward and Microsoft is continuing to make productions of

11   data and we're continuing to be engaged with them.  I can't

12   say we are sort of done-done, but we have nothing to present

13   to the Court this morning."  And, again, that was at the

14   November 30th hearing.

15         The company has devoted time and resources

16   necessary to meet its discovery obligations well within the

17   discovery period.

18         To give the Court a flavor of what Microsoft has

19   done so far, it has over 100 people devoted to collecting,

20   reviewing, and producing this information.  It has contacted

21   outside counsel for Microsoft from two decades ago to

22   collect information requested by Google.  It hired

23   additional human resources, such as vendors, to assist with

24   data pools, given the extraordinary nature of the request.

25         Microsoft has created reports not made in the

 1    ordinary course of business in order to respond to Google's

 2    requests.

 3         Microsoft has engaged in multiple meet-and-confers

 4    to understand what information Google is seeking and how to

 5    best respond to their requests.

 6         Microsoft has answered 100-plus questions,

 7    including in writing, akin to interrogatories, to help

 8    Google better understand the data we produce to them.

 9         And if I could just fill the Court in on a few

10    things that I believe Attorney Schmidtlein may have

11    inadvertently left out regarding what occurred to bring us

12    in front of the Court today.  And I can only assume that

13    Ben Greenblum, his partner, which it's my understanding is

14    the partner in charge of this portion of the case for

15    Google, may not have relayed the specifics of our

16    January 5th meet-and-confer to his partner prior to the

17    hearing.

18         In a written request by Google to Microsoft prior

19    to the holiday, Google, among other things, requested a

20    timeline in which Microsoft would complete its discovery.

21         Microsoft responded to Google on January 4th,

22    which, by the way, was the date by which Google's counsel

23    asked for a response, and the response included specific

24    dates, request by request, that Microsoft would complete its

25    outstanding discovery by.  Some dates were sooner than

1   others, Your Honor.  One date was for the week of

2   January 10th, which, as the Court knows, is next week.

3   Another date is the week of January 17th, which is in

4   ten days.  Another is January 24th, which is in seven days

5   and so on -- 17 days, and so on and so forth.  Most

6   importantly, all the dates that we gave them are all within

7   30 days of today's hearing.

8           So after we submitted the letter, Mr. Greenblum

9   insisted on a meet-and-confer the next day on January 5th,

10  which we happily participated in.

11          Two things of note occurred during that

12  meet-and-confer, Your Honor:

13          The first, Mr. Greenblum stated at the outset of

14  the meet-and-confer that Google had not yet loaded the

15  production of both data and documents that we produced

16  earlier that week.  So he didn't know what was in them and

17  whether the production satisfied any outstanding questions

18  or issues.  We suggested that the production would and

19  encouraged him to review it before this hearing.

20  I'm not sure, given Mr. Schmidtlein's -- Attorney

21  Schmidtlein's comments, that that was done.

22          The second thing that occurred during that

23  meet-and-confer is Mr. Greenblum stated that timing is the

24  only issue on the table.  He did not take issue with

25  Microsoft's reasonable search efforts or anything else.

1          So with that in mind and in the interest of

2    cooperation, I asked him whether he wanted us to prioritize

3    some of the documents and get certain documents to him

4    earlier in the 30-day window.  His response was:  One, that

5    finishing our document production within 30 days of today's

6    hearing was unacceptable; two, that he didn't want to "bet

7    against himself by suggesting any alternative earlier

8    dates"; and, three, and the most surprising, Your Honor, he

9    stated that if we didn't give him all of the documents that

10   day, meaning on January 5th, that he was going to bring this

11   up to the Court.  So here we are.

12          Your Honor, I could spend time responding and

13   refuting many of the statements that Mr. Schmidtlein raised

14   and do that issue by issue.  But even though I've joined in

15   this litigation later than some others, I have been able to

16   sit through at least three of these status hearings.  And I

17   don't want to be presumptuous, but I have grown to

18   understand that Your Honor likes solutions to discovery

19   disputes presented at these status hearings, instead of

20   arguments on these disputes.

21          So with that in mind, we propose that Microsoft be

22   permitted by the Court to complete our discovery pursuant to

23   the schedule we put in our January 4th letter to Google,

24   which requires us to have discovery completed within

25   30 days, many months before the May 6th discovery cut-off,

 1  because at this point, we've produced more than 1.75 million

 2  documents.

 3         And to answer some of Mr. Schmidtlein's questions

 4  and suggestions that he made to the Court, it appears to us

 5  that Google's counsel is actually counting the number of

 6  pages of documents that we are giving to them and not the

 7  number of documents.

 8         So I have the response to what Mr. Schmidtlein was

 9  saying to the Court:  "We estimate that nearly 94 percent of

10  our document production is complete."  94 percent.  One of

11  his questions was:  "How many after that are coming?"

12  "We expect the remainder, which we estimate at this juncture

13  to be about 130,000 documents, will be produced on a rolling

14  basis over the next 30 days, with a large tranche in

15  two weeks."

16         And it should be noted that two-thirds --

17         THE COURT:  Mr. Cohen, if I could interrupt you.

18  This is all actually quite helpful.

19         The 130,000 documents that you've just referenced,

20  is that the universe of documents that Microsoft still has

21  to produce in response to Google's subpoena, or does that

22  also include documents responsive to DOJ and plaintiffs'

23  subpoena?

24         MR. COHEN:  I will defer to my co-counsel on that.

25         But I will say that this is the same timeline on

 1    which we expect to complete our production to plaintiffs.

 2    So neither side is disadvantaged.  But I don't know exactly

 3    how many left we need to do to give to the government.

 4            Caroline, do you have that?

 5            MS. SIMONS:  Yes.

 6            Your Honor, good morning and Happy New Year.

 7            To answer your question, the docket's a little bit

 8    nuanced because the parties have served me-too subpoenas, so

 9    the documents would be responsive to both sides, depending

10    on our response to plaintiffs' subpoenas.

11            But the majority of the documents yet to be

12    produced are -- include mostly go-and-gets, which is -- was

13    a topic of the letter that my colleague, Mr. Cohen, had been

14    referring to.

15            So these are specifically not custodial searches

16    pursuant to the search terms for which the substantial

17    completion deadline was October 20th, but, rather, the

18    go-and-get productions that Mr. Schmidtlein referred to that

19    we have been continuing to negotiate and search and produce

20    pursuant to Google's requests.

21            THE COURT:  Okay.

22            MR. COHEN:  So -- I'm sorry, Your Honor.

23            THE COURT:  That's okay.

24            Go ahead, Mr. Cohen.  Why don't you wrap up and

25    then we'll figure out how we're going to proceed from here.

1              MR. COHEN:  Sure.

2              So with respect to data, Your Honor, Microsoft is

3    working tirelessly, just as Google is, in making data

4    productions, that it, frankly, has never had to make before.

5              We shared with Google the dates by which we could

6    produce certain data within the 30-day completion window.

7    We also shared with Google that by January 14th, we would

8    have a specific date for our final production on outstanding

9    data that we continue to work on but anticipate that may be

10   within the 30-day completion window as well.

11             So if the Court permits us to do so, we

12   anticipate -- to respond by the end of the 30 days, we

13   anticipate being in a position to stand in front of

14   Your Honor at the next status hearing on February 11th and

15   say that we have completed our discovery, resolving this

16   issue and allowing the Court to move forward.

17             THE COURT:  Okay.

18             MR. COHEN:  We're happy to answer any other

19   questions, Your Honor.

20             THE COURT:  Thank you, Mr. Cohen.

21             Mr. Schmidtlein, thoughts, responses?

22             MR. SCHMIDTLEIN:  Sure.  Just very briefly,

23   Your Honor.

24             I think what Mr. Cohen's prepared speech there

25   confirms is several things:

1            First, they have not -- they did not meet their

2    substantial-completion deadline, and the frustration -- and

3    let me be clear:  I am absolutely up to speed on the

4    conversations that my partner, Mr. Greenblum, has been

5    having all this week with Microsoft.

6            And the frustration and the problem that we face

7    is because all of these things that they're now finally

8    promising to you to be done at the end of this month should

9    have been done months earlier.

10           And the only way that we're getting them to make

11   these commitments in writing and in blood is because we're

12   raising them here and we told them we were going to raise

13   them here with you today.  So the notion that they've sort

14   of complied is wrong and we're glad to hear that they're

15   finally prepared to finish and get these productions done.

16           One other thing I want to emphasize that Mr. Cohen

17   just made reference to that I don't want to get lost in all

18   of -- and garbled here.  He said that they are not

19   committing to have all of their data produced by the end of

20   this month.  He said that by next Friday they will tell us

21   what dates that we can expect to have all of their data

22   produced.  So that is -- that's a very large, open loophole.

23           THE COURT:  Maybe I misheard Mr. Cohen, because

24   I thought he said that, but I also thought he said that

25   Microsoft expected to complete the data production within

 1   30 days.

 2           Did I misunderstand or mishear you, Mr. Cohen?

 3           MR. COHEN:  That is right, Your Honor.  We think

 4   we may be able to get it done by January 31st.

 5           But let me respond just directly to that --

 6   I'm sorry.

 7           THE COURT:  That's okay.

 8           I'm just looking for dates here, and I want to

 9   just clarify them.

10           MR. COHEN:  We anticipate that.

11           But this is a very unique request.  And I just

12   want to quote Schmidtlein -- Attorney Schmidtlein from the

13   last hearing, because this is the issue that they're

14   struggling with as well.  He said:  "I mean, I've got people

15   who have been working tirelessly on this, and it's taken

16   longer" --

17           THE COURT:  Mr. Cohen, that's --

18           MR. COHEN:  Sorry.

19           THE COURT:  That's okay.

20           Look, I get it, and I don't --

21           MR. COHEN:  And if I could respond to one more

22   thing --

23           THE COURT:  Hang on.

24           Again, I'm less interested in having counsel quote

25   other counsel's statements back to them as I am and as

1    you've suggested having resolutions and dates certain to get

2    this to a point where it's consistent with our remaining

3    schedule and it enables the parties.

4              And, look, I don't want to, for a moment, let it

5    be thought that I don't appreciate and understand the burden

6    that a case like this has placed on third parties, and

7    particularly a particular group of third parties like

8    Microsoft, who I know there are substantial demands being

9    placed on as if they were a party in terms of what they're

10   being asked to produce.

11             So I understand that.  I understand some of what's

12   being requested is novel and challenging, and I appreciate

13   all of that.  But, again, I'm simply looking here to try and

14   get some firm dates and to make sure that those dates are

15   sort of consistent with the ultimate deadline here so that

16   we're not delayed in both able to get to these depositions

17   of Microsoft.

18             So I guess, Mr. Schmidtlein, let me ask you this:

19   You've now received a letter from Microsoft; I haven't seen

20   it, but you all obviously have.  Are the dates -- what's

21   your position with respect to the dates that they proposed

22   to complete their production?

23             MR. SCHMIDTLEIN:  I think we want in writing here

24   today, we want the custodial productions and the go-get

25   productions.

 1          If they're telling us that they are going to

 2   continue to roll those out and not hold everything, that's

 3   fine, we will live with, let's get everything done this

 4   month.

 5          We, frankly, think that most of that should be

 6   done by January -- you know, either January 14th, these

 7   weeks that they've identified for us, that things should be

 8   continuing to roll out but want -- by January 28th, this all

 9   has to be done.  So if they're telling us that finally that

10   they're definitely going to be done by January 28th, that's

11   acceptable.

12          THE COURT:  Is that what -- I mean, I'm not trying

13   to split hairs here, but 30 days is different than

14   January 28th.

15          MR. COHEN:  Correct, Your Honor.  We had sent --

16   I'm sorry.

17          THE COURT:  Yeah, that's okay.

18          I want to understand what the letter says and the

19   actual proposed deadline and whether Google can live with

20   that and whether the DOJ can live with that.

21          MR. SCHMIDTLEIN:  Well, the letter that he's

22   referring to talks about, we'll start doing things the week

23   of January 10th or the week of January 17th or the week of

24   January 24th.

25          Well, the end of the week of January 24th is

1   January 28th.  So that's the date I'm focused on.

2           MR. COHEN:  Your Honor, if Mr. Schmidtlein reads

3   further down the letter, the letter says:  "We will be done

4   the week of January 31st."

5           We split up different requests and we put

6   different dates down for each request, and the last request

7   was the week of January 31.

8           So my representation today to the Court, or within

9   30 days of this hearing, we would be done with that

10  production.  So it's different from the 28th, it's the week

11  of the 31st, which I think is February 4th is the date,

12  which I think we could have it done by, is what we

13  represented in the letter.

14          THE COURT:  All right.  Let's do this.

15          What I'm going to ask you-all to do is commit

16  these deadlines to writing and present them to me for an

17  order that can be enforced by the Court.

18          So Microsoft has proposed these dates, presumably

19  you've done that with the expectation that you'll be able to

20  meet these dates.  And so I'll ask you-all -- I'm assuming

21  that Google and, you know, the plaintiffs are not objecting

22  to the schedule that Microsoft has proposed, with the

23  understanding that this actually means the final production.

24          And if everybody is in agreement as to those

25  dates, what I'll ask Microsoft to do or I'll ask the parties

1   to do is submit a proposed order to me that reflects the

2   date so that I've got something that can be enforced if

3   necessary, okay?

4         Mr. Schmidtlein, Mr. Dintzer, is that acceptable,

5   Mr. Cohen, Ms. Simons?

6         MR. SCHMIDTLEIN:  Thank you, Your Honor.

7         MR. DINTZER:  That's acceptable to us.

8         MR. COHEN:  Yes, Your Honor.  I'm sorry.

9         THE COURT:  And, Mr. Cavanaugh, I didn't mean to

10   leave you out of this.

11         MR. DINTZER:  That's acceptable to the

12   United States, Your Honor.

13         To circle back sort of on the issue that we

14   started, we would like, given that we now have a statement

15   in court that Microsoft has made 94 percent of the document

16   production and that they're going to complete it within the

17   next 30 days and that Google has that much information,

18   whoever -- they've said they're going to depose a bunch of

19   Microsoft people; they have the depositions and they can do

20   what they want.

21         But we would ask for a commitment from

22   Mr. Schmidtlein that, sometime in the next few days, the

23   deposition notices start rolling out -- best I can tell,

24   he --

25         THE COURT:  Well, let me ask this:

 1   Mr. Schmidtlein, I think you made a representation earlier

 2   that you plan to start issuing deposition notices to third

 3   parties.  Do you have a sense of when that'll start

 4   happening and will Microsoft be included in that group,

 5   based on your current plan?

 6            MR. SCHMIDTLEIN:  Yes, Your Honor.

 7            THE COURT:  And do you have an expectation of by

 8   when those notices will start getting rolled out?

 9            MR. SCHMIDTLEIN:  Notices are going to be rolling

10   out next week.

11            THE COURT:  Okay.

12            So there you have a preview.

13            MR. DINTZER:  Thank you, Your Honor.

14            THE COURT:  Look, I'm not looking to hamstring

15   folks.  On the other hand, having these discussions is

16   helpful to everyone's planning and preparation, I think.

17            Okay.  And, look, you know, bear in mind,

18   everyone, that, look, we have, obviously, about, I think,

19   about four months left and change.

20            And at the end of the day, the backstop to all of

21   this is reasonable.  That is obviously not a terribly

22   well-defined term.  But, you know, any notices that are

23   issued are going to have to be done within a reasonable

24   period of time, and that includes not only with respect

25   to -- or provide notice that is reasonable, and that means

1    not only notice for the parties but also for the third

2    party.

3                And so, you know, parties waiting until May or

4    until late April to start designating -- noticing

5    depositions is at your peril, because, you know, I would not

6    hesitate to listen to a third party that comes in and says,

7    you know, Judge, they're asking us to sit for a deposition

8    in seven days and that's just not reasonable based upon the

9    number of documents we produced and what we expect the scope

10   of the deposition to be.  You know, I may be sympathetic to

11   that.  So just keep that in mind, okay?

12               MR. DINTZER:  Thank you, Your Honor.

13               MR. COHEN:  Thank you, Your Honor.

14               THE COURT:  Okay.

15               So we started in on this road when I opened the

16   floor to Mr. Schmidtlein to sort of talk about what's been

17   stamped from this perspective.  He raised the issue of

18   Microsoft.

19               Mr. Schmidtlein, is there anything else you want

20   to raise before we turn to the issue that's presented in the

21   Status Report?

22               MR. SCHMIDTLEIN:  No, Your Honor.

23               THE COURT:  Okay.

24               MR. CAVANAUGH:  Your Honor, it's Mr. Cavanaugh.

25               THE COURT:  Yes.

1          MR. CAVANAUGH:  You had mentioned to

2   Mr. Schmidtlein that you wanted him to address the data

3   issue as to the plaintiff states.

4          THE COURT:  Oh, yes.  Right.

5          I think, right, Mr. Cavanaugh had raised the issue

6   about the production of data -- and I have to look back at

7   my notes -- I think Microsoft -- excuse me, Google had

8   promised to provide some response next week, am I recalling

9   that correctly, by January 14th?

10          MR. CAVANAUGH:  The data was going to be produced,

11   substantial completion, by the 17th, but we're waiting for a

12   response on the one-percent issue that I talked about.

13          THE COURT:  Oh.  Right.  Okay.

14          MR. SCHMIDTLEIN:  Yeah.

15          Your Honor, I do not have an answer today on the

16   one-percent-response issue, but we will obviously -- as

17   I understand it, that's being looked at and evaluated and

18   we're going to get back to Mr. Cavanaugh as promptly as we

19   can on it.

20          But I don't have a response and I did not -- it

21   was certainly not flagged for us that this was going to get

22   raised at today's hearing.

23          THE COURT:  Okay.

24          All right.  Well, let's make that a priority and

25   get an answer back to Mr. Cavanaugh.  And if one is not

1    forthcoming, Mr. Cavanaugh, you'll let me know.

2              MR. CAVANAUGH:  Thank you, Your Honor.

3              THE COURT:  All right.

4              Let's turn then to the issue that's been briefed

5    in the Joint Status Report, and that concerns topic 3 of the

6    30(b)(6) notice.

7              Let me just give you my impressions and then I'll

8    hear from both sides.

9              You know, look, I think -- two reactions to what's

10   been presented; one is that this is certainly information

11   that the plaintiffs are entitled to get.  Whether by

12   30(b)(6) or otherwise, the topic is clearly within the

13   bounds of relevancy and, perhaps, even more centrally --

14   more central to the core of their case than something that's

15   more on the perimeter of relevancy.  That's one.

16             Two is, I am -- I do think -- I take Google's

17   point that the requests for information relating to the

18   methodology here is a bit ambiguous, and I mean that in the

19   following sense:  This is not a request concerning a

20   scientific process or a particular piece of intellectual

21   property, but, rather what this is a product of negotiations

22   among different parties over the course of years that

23   involves a whole host of different inputs.  You can call

24   that a methodology, but I think it's more accurately --

25   I'm not sure that that accurately captures what's being

1    sought here.

2            You know, that said, only Google, it seems to me

3    knows, and maybe the DOJ has learned through its

4    investigation and discovery, that undoubtedly there are

5    certain common variables across all of these agreements that

6    Google takes into account when it's trying to determine what

7    the parameters and the details are going to be in those

8    agreements.  And it seems to me that that is what the

9    Department of Justice and the Colorado Plaintiffs are

10   seeking and most interested in obtaining.

11           I think the question ultimately for me, and

12   I'm not sure I have an answer for this and that's why I want

13   to talk to you all about this, is sort of what's the best

14   way of getting at those answers.

15           You know, I think it is -- my sense is that

16   getting every detail about every agreement with even a

17   limited scope of agreements -- with partners, excuse me, a

18   limited number of partners, is unrealistic in one witness or

19   maybe even two witnesses.

20           I mean, I take Google's point that this is

21   15 years' worth of agreements.  Even if some of them are

22   simple extensions, but, nevertheless, 15 years' worth of

23   agreements, 12 different parties, lots of different

24   variables.  It seems to me to be unrealistic that any one

25   witness could be prepared to answer all questions.

1          That said, it is important, it seems to me, that

2     Google should be able to provide information and evidence

3     that, at a minimum, sort of describes the common variables

4     and considerations that go into the negotiation of these

5     agreements from Google's perspective.

6          That is my sense at a very high level.  Now, to

7     make any of that concrete is beyond my capacity right now,

8     because, for example, I don't know what the term "defensive

9     value" means, I don't know what variables or factors a

10    company like Google takes into account when negotiating

11    these revenue-sharing agreements.  Frankly, I don't know

12    what the partners are taking into account.  So only Google,

13    and to the extent the Department and plaintiffs have

14    discovered these things, are you-all in a position to be

15    able to determine what those factors are and what those

16    variables are that are common to these agreements.

17         So with those observations, let me sort of turn it

18    to you all to get your reaction to -- maybe Mr. Schmidtlein

19    is a person to start with -- in terms of how best to roll

20    out the information that I think seems to be certainly not

21    just relevant but discoverable and at the core of the

22    plaintiffs' case, and do it in a way that's meaningful.

23         Now, that said, I'm also assuming that the

24    underlying agreements that are the subject of this 30(b)(6)

25    notice topic have been produced, and if they haven't been,

 1    they can be requested.

 2            And so, you know, the documents themselves and

 3    what the ultimate deals are and what the terms of those

 4    deals are, that's easy to produce and determine, it seems to

 5    me.  It's not necessarily something that needs to be subject

 6    to testimony.  But why Google, you know, insisted on certain

 7    terms, that, arguably, might be.

 8            So, Mr. Schmidtlein, your thoughts on my sort of

 9    overall observations?

10            MR. SCHMIDTLEIN:  Yes.  Thank you, Your Honor.

11            I think you have -- I think you've put your finger

12    on the problem and the issue.

13            And we -- I guess my reaction is, you know, we

14    proposed, you know, in the meet-and-confer, I think, of an

15    approach, I think, roughly in line with what you've outlined

16    here, and offered we would do sort of a high-level written

17    response; in other words, outline at a high level, we're not

18    going to go back and look at every little detail of all of

19    these different deals over all of these different years, but

20    to provide sort of a high-level response about some of the

21    factors that I think that you've identified here.

22            To the extent that there are common things that

23    we've done, because as you've correctly, I think, agreed

24    with us, there's not, like, some single formula or some

25    single methodology that is a plug-and-play across all of

 1    these negotiations and all of these deals, particularly when

 2    we're dealing with -- you know, some of these deals are with

 3    browser companies, some of these deals are with computer

 4    manufacturers or mobile-device manufacturers, some of these

 5    deals are with mobile-phone carriers.  They're all different

 6    and have their own peculiar aspects to them.

 7              And we produced these agreements years ago.

 8    I mean, these agreements were called for in the CID.  So

 9    they've had these agreements for forever, to the extent that

10    they were in place before the litigation, and we've produced

11    subsequent agreements that have occurred since the complaint

12    has been filed.  So they've had these for a long time.

13              They have asked numerous fact witnesses who have

14    been involved in the negotiation of these agreements

15    questions about individual agreements.  So it's not as if

16    they don't know who to ask.

17              And, Your Honor, all of these -- this subject

18    matter has been the subject of document requests that we've

19    produced a long time ago.  So from my perspective, the

20    original plan that we had about, we'll do a written,

21    high-level response that provides some of this information,

22    I think, is the right way to go, because I don't --

23              THE COURT:  Let me interrupt you -- if I can

24    interrupt you, Mr. Schmidtlein.

25              Let me turn to Mr. Dintzer and ask whether -- or

1    what the objection would be to starting with -- and

2    Mr. Cavanaugh -- starting with a high-level written

3    response.  You could even sort of take out the term "high

4    level" --

5              MR. DINTZER:  Yeah.

6              THE COURT:  -- but a written response -- because

7    God knows what "high level" means -- but a written response

8    that would address this topic in the way that I've at least

9    suggested ought to be addressed, which is:  Thorough and

10   comprehensive response that identifies the factors that

11   Google takes into account, how it considers those factors,

12   and any other information that you think addresses the

13   topic.  And without prejudice to getting somebody in a seat

14   to answer any specific questions that may be relevant --

15   that you may want to follow up in light of the written

16   response.

17              And I will say, you know, in some sense, there is

18   an advantage to doing it this way to the plaintiffs, in that

19   you're getting something in writing, you have something in

20   writing, something that's an admission, and then something

21   to shoot at, for purposes of a deposition, if there's one to

22   be had, down the road.

23              MR. DINTZER:  So we appreciate that, Your Honor.

24   And especially the fact that you took out the word "high

25   level," which was part of Google's initial offer, which made

1   it less attractive.

2           And just so that the Court understands, we have

3   accepted -- both on the November and the past July, we have

4   accepted written responses to ones that we thought were

5   amenable.

6           THE COURT:  Right.

7           MR. DINTZER:  So that's not something that we're

8   against.

9           And the way that Your Honor has structured it,

10  that may be something that we can work on.  The way that

11  Your Honor is describing it is exactly how we think of it:

12  We need the variables.

13          And if the methodology, the framework -- whatever

14  term we want to use.  But what Google does is, for these

15  contracts, as we've seen it in their documents, they say, we

16  think we're going to make X amount of money; that's why

17  we're going to enter into this agreement.

18          And there's some sort of back analysis where that

19  is done, where there are a bunch of variables that are

20  assessed to say, well -- and now -- and just using a

21  completely made-up hypothetical, maybe they use "CPI," maybe

22  that's one of the -- in some spreadsheet, and we don't need

23  the CPI that was calculated for each of the agreements,

24  we're not asking for that.

25          But if CPI is -- maybe in 2014, they didn't use

1  CPI, but then they changed their methodology and now

2  they're -- that is one of the elements that they consider in

3  saying, we think we're going to make X amount of money,

4  that's the type of -- we want the variables in their

5  methodology of figuring out, is this -- what's this deal

6  worth.

7          THE COURT:  So, Mr. Dintzer, I mean, I understand

8  what you're asking for, but, I mean, even your example

9  strikes me as a very difficult one to either respond to in

10  writing or to prepare someone for a deposition.

11          I mean, in other words, just to use your example,

12  the use of CPI, I mean, I don't know whether Google

13  considers that or not, but that would, you know, require

14  somebody to, A, know what all of the variables are, B, would

15  then know whether those variables changed over the years; C,

16  whether they were changed across all 12 partners or for only

17  six of them.  So why was it only considered for 6 and not

18  12?

19          I mean, again, some of this may be relevant; on

20  the other hand, you know, capturing that information doesn't

21  strike me as so easy.

22          MR. DINTZER:  Well, Your Honor, respectfully,

23  Google did this analysis for each of these agreements.

24  And Mr. Schmidtlein has indicated that we've asked

25  individual witnesses, and we have.  And what we've seen is

 1   the finger pointing, which is, of course, what the 30(b)(6)

 2   is made for.  We have people saying --

 3            THE COURT:  I don't understand what you mean by

 4   "finger pointing."

 5            MR. DINTZER:  People say, well, oh, I wasn't the

 6   person, you have to ask so-and-so.

 7            THE COURT:  Okay.

 8            MR. DINTZER:  And this is why.

 9            So if Google will make a written submission of the

10   methodology that it used -- I mean, I'm quoting the

11   30(b)(6) -- by which Google calculates the amount it is

12   willing to pay search distribution partners and that changes

13   over time, I mean, then, you know, we add it.  In 2007, we

14   added this --

15            THE COURT:  Again, "methodology" is a term that

16   I'm uncomfortable with.

17            I mean, it just strikes me ad -- there isn't a

18   methodology.  There are considerations.

19            MR. DINTZER:  Fine.

20            THE COURT:  I mean, these are business

21   negotiations.

22            And there are lots of considerations that go into

23   negotiating these deals.  I can't even begin to fathom what

24   they all would be.  I'm sure they run -- there are

25   innumerable considerations.  And so to try and distill all

1    of that into a methodology seems to me to be a little

2    unrealistic or to characterize it as one.

3              MR. DINTZER:  Using the considerations,

4    Your Honor, the considerations of negotiating the deal, but

5    to be specific, Your Honor, of valuing the deal, because

6    Google values -- any large corporation, but we speak about

7    Google because we know that they do this, they value what

8    they're willing to give.  And so if the other side says no,

9    of course, then.

10             So the considerations that go into that valuation,

11   if they want to do a written statement on the considerations

12   that they used over the different time frames covered by our

13   deposition notice -- and, look, if they hit it out of the

14   park, Your Honor, we don't have any interest in wasting

15   anybody's time.

16             But then we can come back and use the deposition

17   to ask questions -- and we can give them a heads-up and

18   we're not going to play any games with it.  But to ask

19   questions about, you know, what about this consideration,

20   what about this consideration, we think that that's a

21   framework that we could work with --

22             THE COURT:  Okay.

23             MR. DINTZER:  -- as long as we get this written

24   submission in a timely manner.

25             THE COURT:  Okay.

1          Mr. Schmidtlein, I can't tell whether your camera

2    was shaking or your head was shaking.  Maybe it's both.

3          MR. SCHMIDTLEIN:  Both.

4          You know, it's quite remarkable here that we're in

5    January 2022, the Department of Justice is, I don't know how

6    many years into its full-court press here.  They've reviewed

7    lots and lots of documents.  Mr. Dintzer says, I have the

8    documents.  This -- I know exactly where this is.  I know

9    the people who above been involved in the negotiations.  And

10   yet he acts like, gee, I'm just lost, I need a 30(b)(6)

11   deponent because we can't figure this out.  That is absolute

12   nonsense.

13          We will put together, you know, a response, as we

14   initially offered to do, and we will be guided by exactly

15   how you've guided us, Your Honor.  But the idea -- I think

16   as you pointed out, but the idea that we're going to go back

17   and uncover every consideration or every technical variable

18   or every little aspect of every one of these deals, they're

19   going back -- the first wave of these deals occurred before

20   there was ever an Android phone or an iPhone ever released,

21   you know, up until today.  So we will be guided by your --

22   by, I think, your very helpful reaction here, and we will

23   prepare something.

24          It's not something that we're going to be able to

25   prepare in 7 days or 14 days, but I would like to confer

```
 1  with my client, given everything else we've got going, and
 2  we'll come back and make a proposal to the DOJ as to when we
 3  think we could get a written response to this.
 4            THE COURT:  Okay.
 5            All right.  Okay.  So I think we have a way
 6  forward on this.  I will leave it to you all to negotiate,
 7  in the first instance, you know, a reasonable deadline by
 8  which a response -- a written response will be forthcoming,
 9  and then we'll just see where we are from there.
10            All right.  So I'm just looking back at my notes
11  for the day.  I think there are only two deadlines or at
12  least two things that I've asked the parties, in the case of
13  Microsoft, the third parties, to do:
14            The first is, we've got a deadline for the
15  plaintiffs -- or just DOJ.  I don't know that --
16  Mr. Cavanaugh, you indicated you were going to supplement
17  your initial disclosures, is that right, just the DOJ had
18  indicated that?
19            MR. CAVANAUGH:  No.
20            We may, Your Honor.  And we will do that promptly,
21  to the extent ordered.
22            THE COURT:  All right.  So you can meet
23  January 14th as a deadline as well?
24            MR. CAVANAUGH:  Yes.
25            THE COURT:  Okay.
```

1          So any supplementation of initial disclosures by

2     plaintiffs in both cases by January 14th.

3          And I will ask Microsoft, along with the parties,

4     to submit a proposed order to me by next Wednesday.

5     I assume that should be more than enough time to produce a

6     proposed order and to negotiate it, if needed.

7          With respect to the deadlines for the completion

8     of Microsoft's productions -- and when I say that, I mean

9     production that is consistent with the letter that was sent,

10    not simply one -- an order that says, we'll finish by

11    X date, but, rather, one that is consistent with the time

12    periods that are set forward in the letter that was produced

13    to Google and that Mr. Cohen referenced earlier in this

14    hearing, okay?

15         All right.  With that, is there anything else we

16    need to address this, now, afternoon?

17         MR. DINTZER:  Just briefly, Your Honor.

18         Google hasn't indicated whether they're going to

19    amend their initial disclosures.  At present, there are no

20    third parties on their initial disclosures at all.  And so

21    we were wondering, obviously, good for the goose, if they're

22    going to amend.

23         THE COURT:  Mr. Schmidtlein.

24         MR. SCHMIDTLEIN:  We do not have any present

25    intention to amend, but obviously we could, going forward.

```
1              And, you know, we have a lot of third parties who
2    are being subject to discovery here, and we certainly do
3    not, at this point, intend on calling at trial or
4    identifying people who have not otherwise been the subject
5    of third-party discovery in this lawsuit.
6              THE COURT:  Okay.
7              Well, look, I mean, you know, I've always found
8    initial disclosures to be a useful framework to ensure that
9    parties are reading from the same playbook, if you will.
10             You know, that said, initial disclosures are not a
11   straitjacket.  I mean, the case law pretty much confirms
12   that.  And so if -- the fact that a deposition notice is
13   going out to a third party that's not reflected in initial
14   disclosure, that doesn't preclude that kind of deposition.
15   I mean, I think everybody knows that, but I want to just
16   make that observation.
17             But, look, I mean, you know, amendments to these
18   things are helpful, and the more flow of information between
19   the parties in a case like this can only be a good thing,
20   from my perspective.
21             All right.  So anything else anybody wants to
22   raise?
23             MR. DINTZER:  No, thank you, Your Honor.
24             MR. CAVANAUGH:  No, Your Honor.
25             MR. SCHMIDTLEIN:  No.  Thank you for your time
```

 1    today, Your Honor.

 2          THE COURT:  All right.  Thank you, all.

 3          So we have a next date of, I think, February 11.

 4    And I assume we have a deadline for Joint Status Report that

 5    accompanies that.  I didn't look back at the docket entries.

 6    Do you all have a deadline of that of probably February 8th

 7    or 9th?

 8          MR. DINTZER:  Just pulling up my calendar,

 9    Your Honor.

10          The Minute Order didn't have the JSR dates,

11    Your Honor.  I'm sorry I don't have it in front of me.

12          THE COURT:  That's okay.

13          All right.  So how about February the 8th for a

14    Joint Status Report or the 11th?

15          MR. CAVANAUGH:  That's fine, Your Honor.

16          MR. SCHMIDTLEIN:  That works for us, Your Honor.

17          THE COURT:  And we have not yet set March and

18    April, is that right, for hearings?

19          MR. CAVANAUGH:  I believe that's correct.

20          MR. DINTZER:  That's correct.

21          THE COURT:  So can we do that now?  Because my

22    trial schedule, as we get into the spring, is going to be

23    very messy and challenging.  So it probably makes some sense

24    to get some dates on the calendar now.

25          So how about for March -- I'm supposed to start

1    trial on March 10.  So how about March the 9th at

2    11:00 a.m.?

3              MR. DINTZER:  That works for the United States,

4    Your Honor.

5              MR. CAVANAUGH:  That's fine for the states.

6              MR. SCHMIDTLEIN:  And Google as well, Your Honor.

7              THE COURT:  Okay.

8              And why don't we have a JSR by March 4th for that

9    hearing.

10             And then I'm just pausing about April.  April, I'm

11   right now scheduled to be in trial every day that month.

12   These January 6th cases are all starting to move forward to

13   trial dates and that's why the spring is looking very

14   difficult.

15             Why don't we tentatively set April 7th, if

16   everybody is available, at 11:00 a.m., for our April date.

17   That's subject to change.  I've got a tentative trial that

18   could change, but as of right now, let's just set that.  And

19   if -- that may need to move, but I'll know more as we get

20   closer to that date.

21             So does April 7th at 11:00 work for everyone?

22             MR. DINTZER:  That works for the government,

23   Your Honor.

24             MR. CAVANAUGH:  Your Honor, it's Mr. Cavanaugh.

25   I'll be on trial then in another matter.

```
 1                Let me just see if Mr. Sallet's available.
 2   I'm just waiting for him.
 3                MR. SALLET:  Yeah, I'm sorry if I couldn't work
 4   the camera.
 5                Your Honor, I think that will work.  That is the
 6   week of the spring meeting, the ABA antitrust spring
 7   meeting.
 8                THE COURT:  Oh.
 9                MR. SALLET:  There's a panel that has yet to be
10   scheduled.  I will go to folks and ask that it not be
11   scheduled during that time.
12                THE COURT:  Okay.
13                I know I'm supposed to be on one of those panels,
14   too, so I may be --
15                MR. SALLET:  Right.  Exactly.  So it's a busy week
16   for us.
17                THE COURT:  I'll try to put the date down on my
18   calendar.
19                MR. SCHMIDTLEIN:  You can probably get the panel
20   moved, Your Honor.
21                THE COURT:  You know what?  I'm not so sure that's
22   true.  The ABA spring meeting is a big deal, I know, and
23   those things are scheduled out.
24                MR. SALLET:  Perhaps, given the tentative nature
25   of the event, Your Honor, we could just check with the ABA
```

1    on these issues and get back to you in a day or so.

2              THE COURT:  If we can just -- let's set April 7th

3    at 11:00 a.m.  We'll all have plenty of time before then

4    to --

5              MR. SALLET:  Great, yeah.

6              THE COURT:  -- check out -- see what our conflicts

7    are, and we'll take it from there, okay?

8              And we'll just tentatively set a Joint Status

9    Report by April 4th for that hearing, okay?

10             MR. SALLET:  Thank you, Your Honor.

11             THE COURT:  All right.

12             Thank you, everybody.  Be well, and we'll look

13   forward to seeing everybody in about a month, if not sooner.

14             MR. DINTZER:  Thank you, Your Honor.

15             MR. SCHMIDTLEIN:  Thank you, Your Honor.

16             (Proceedings concluded at 12:20 p.m.)

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

        Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.



Date:_January 7, 2022_____    _____

                  William P. Zaremba, RMR, CRR

**COURTROOM**
**DEPUTY: [1]** 4/2
**MR. CAVANAUGH:**
**[14]** 9/11 10/22 10/24
40/24 41/1 41/10 42/2
53/19 53/24 55/24
56/15 56/19 57/5 57/24
**MR. COHEN: [13]**
25/22 30/24 31/22 32/1
32/18 34/3 34/10 34/18
34/21 36/15 37/2 38/8
40/13
**MR. DINTZER: [36]**
4/23 5/25 6/11 6/16
6/18 7/11 8/22 9/4 13/6
13/13 14/7 14/9 14/24
21/9 21/21 23/24 38/7
38/11 39/13 40/12 47/5
47/23 48/7 49/22 50/5
50/8 50/19 51/3 51/23
54/17 55/23 56/8 56/20
57/3 57/22 59/14
**MR. SALLET: [6]** 58/3
58/9 58/15 58/24 59/5
59/10
**MR. SCHMIDTLEIN:**
**[16]** 32/22 35/23 36/21
38/6 39/6 39/9 40/22
41/14 45/10 52/3 54/24
55/25 56/16 57/6 58/19
59/15
**MS. SIMONS: [15]**
12/10 14/2 14/12 14/25
15/20 15/23 16/13 17/4
17/7 19/23 20/6 20/11
20/15 21/17 31/5
**THE COURT: [83]**

**0**

**02116 [1]** 3/5
**0340 [1]** 1/15

**1**

**1.3 million [1]** 21/22
**1.75 million [1]** 30/1
**10 [1]** 57/1
**100 [1]** 26/19
**100-plus [1]** 27/6
**10036-6710 [1]** 2/5
**10th [2]** 28/2 36/23
**11 [1]** 56/3
**1100 [1]** 1/14
**1133 [1]** 2/4
**11:00 [4]** 1/6 57/16
57/21 59/3
**11:00 a.m [1]** 57/2
**11th [2]** 32/14 56/14
**12 [3]** 43/23 49/16
49/18
**12:20 [1]** 59/16
**12th [1]** 2/14
**130,000 [3]** 21/23
30/13 30/19
**1300 [1]** 2/10
**14 [1]** 52/25
**14th [8]** 14/13 14/19
14/22 32/7 36/6 41/9

**15 [1]** 43/22
**15 years' [1]** 43/21
**17 [1]** 28/5
**17th [4]** 11/10 28/3
36/23 41/11
**1800 [1]** 3/5
**19 [1]** 60/6
**1900 [1]** 3/8

**2**

**20-3010 [2]** 1/4 4/3
**2000 [1]** 3/4
**20001 [1]** 3/14
**20005 [1]** 2/15
**20006 [1]** 3/8
**2007 [1]** 50/13
**2014 [1]** 48/25
**202 [4]** 1/15 2/15 3/9
3/14
**2022 [4]** 1/5 4/9 52/5
60/9
**20th [2]** 18/4 31/17
**212 [1]** 2/5
**21st [1]** 9/24
**2200 [1]** 2/4
**222 [1]** 3/4
**24th [5]** 11/17 11/25
28/4 36/24 36/25
**261-3432 [1]** 3/9
**2793 [1]** 2/5
**28 [1]** 7/12
**28th [6]** 9/21 36/8
36/10 36/14 37/1 37/10

**3**

**30 [9]** 8/5 9/19 9/23
42/6 42/12 44/24 50/1
50/11 52/10
**30 days [10]** 24/5 28/7
29/5 29/25 30/14 32/12
34/1 36/13 37/9 38/17
**30-day [3]** 29/4 32/6
32/10
**3010 [2]** 1/4 4/3
**307-0340 [1]** 1/15
**30th [2]** 26/9 26/14
**31 [1]** 37/7
**31st [3]** 34/4 37/4
37/11
**3249 [1]** 3/14
**333 [1]** 3/13
**335-2793 [1]** 2/5
**3432 [1]** 3/9
**354-3249 [1]** 3/14

**4**

**434-5000 [1]** 2/15
**44 [1]** 7/12
**45 [2]** 24/4 24/13
**4th [5]** 27/21 29/23
37/11 57/8 59/9

**5**

**5000 [1]** 2/15
**508-6000 [1]** 2/11
**5th [3]** 27/16 28/9
29/10

**6**

**6000 [1]** 2/11
**617 [1]** 3/5
**6100 [1]** 2/5
**6th [4]** 9/6 23/14 29/25
57/12

**7**

**720 [1]** 2/11
**725 [1]** 2/14
**73 [1]** 7/19
**7th [4]** 2/10 57/15
57/21 59/2

**8**

**80203 [1]** 2/11
**82 [2]** 7/18 7/18
**880-1800 [1]** 3/5
**8th [2]** 56/6 56/13

**9**

**94 [3]** 30/9 30/10 38/15
**95 [1]** 7/24
**9th [2]** 56/7 57/1

**A**

**a.m [4]** 1/6 57/2 57/16
59/3
**ABA [3]** 58/6 58/22
58/25
**able [8]** 8/20 29/15
34/4 35/16 37/19 44/2
44/15 52/24
**about [35]** 5/9 5/23 6/4
7/8 7/16 8/3 10/10 11/1
15/6 18/9 18/19 19/5
21/24 25/13 30/13
36/22 39/18 39/19
40/16 41/6 41/12 43/13
43/16 45/20 46/15
46/20 51/6 51/19 51/19
51/20 56/13 56/25 57/1
57/10 59/13
**above [2]** 52/9 60/4
**above-titled [1]** 60/4
**absolute [1]** 52/11
**absolutely [3]** 15/1
15/20 33/3
**abundance [1]** 16/2
**abuse [1]** 5/10
**accept [5]** 10/5 10/11
10/25 11/3 15/14
**acceptable [5]** 14/19
36/11 38/4 38/7 38/11
**accepted [2]** 48/3 48/4
**accommodate [1]**
15/11
**accompanies [1]** 56/5
**accomplish [2]** 23/6
23/7
**account [4]** 43/6 44/10
44/12 47/11
**accurately [2]** 42/24
42/25
**across [3]** 43/5 45/25
49/16
**Action [1]** 4/3
**activity [1]** 23/11

**actual [1]** 36/19
**actually [4]** 15/24 30/5
30/18 37/23
**ad [1]** 50/17
**add [2]** 4/19 50/13
**added [2]** 13/16 50/14
**additional [8]** 9/16
10/3 14/16 20/9 20/17
21/5 21/24 26/23
**address [5]** 12/8 22/1
41/2 47/8 54/16
**addressed [1]** 47/9
**addresses [1]** 47/12
**adequacy [1]** 9/25
**admission [1]** 47/20
**advantage [1]** 47/18
**advice [2]** 16/3 16/6
**after [3]** 7/18 28/8
30/11
**afternoon [1]** 54/16
**again [6]** 8/2 26/13
34/24 35/13 49/19
50/15
**against [2]** 29/7 48/8
**ago [3]** 26/21 46/7
46/19
**agreed [3]** 18/4 20/17
45/23
**agreement [3]** 37/24
43/16 48/17
**agreements [18]** 18/12
43/5 43/8 43/17 43/21
43/23 44/5 44/11 44/16
44/24 46/7 46/8 46/9
46/11 46/14 46/15
48/23 49/23
**ahead [5]** 15/8 17/5
17/6 25/2 31/24
**aided [1]** 3/16
**akin [1]** 27/7
**AL [1]** 1/3
**all [65]**
**allowing [1]** 32/16
**along [4]** 11/8 17/21
24/20 54/3
**already [2]** 4/19 8/17
**also [9]** 12/9 21/14
22/9 22/9 30/22 32/7
33/24 40/1 44/23
**alternative [1]** 29/7
**always [1]** 55/7
**am [4]** 33/3 34/25 41/8
42/16
**ambiguous [1]** 42/18
**amenable [1]** 48/5
**amend [7]** 5/5 12/14
12/17 12/25 54/19
54/22 54/25
**amended [1]** 14/12
**amending [1]** 12/15
**amendment [2]** 13/2
13/10
**amendments [1]** 55/17
**AMERICA [3]** 1/3 4/4
16/22
**Americas [1]** 2/4
**AMIT [1]** 1/10

**among [3]** 8/15 27/19
42/22
**amount [2]** 51/2 7/6
48/16 49/3 50/11
**analysis [2]** 48/18
49/23
**Android [1]** 52/20
**another [4]** 4/13 28/3
28/4 57/25
**answer [8]** 30/3 31/7
32/18 41/15 41/25
43/12 43/25 47/14
**answered [1]** 27/6
**answers [1]** 43/14
**anticipate [7]** 8/22 19/5
19/6 32/9 32/12 32/13
34/10
**antitrust [2]** 2/8 58/6
**any [24]** 8/20 12/3
14/17 16/19 16/22 17/3
20/22 23/9 24/24 25/15
25/25 28/17 29/7 32/18
39/22 43/24 44/7 47/12
47/14 51/6 51/14 51/18
54/1 54/24
**anybody [1]** 55/21
**anybody's [1]** 51/15
**anymore [1]** 13/16
**anything [4]** 4/19 8/2
8/12 28/25 40/19 54/15
55/21
**apart [2]** 15/18 20/9
**apparently [1]** 18/12
**APPEARANCES [3]**
1/12 1/16 2/16
**appears [1]** 30/4
**Apple [2]** 8/8 8/14
**appreciate [3]** 35/5
35/12 47/23
**approach [2]** 23/14
45/15
**approaching [1]** 23/11
**appropriate [2]** 11/12
11/13
**April [11]** 19/1 22/12
40/4 56/18 57/10 57/10
57/15 57/16 57/21 59/2
59/9
**are [97]**
**arguably [1]** 45/7
**arguments [1]** 29/20
**as [70]**
**aside [1]** 20/16
**ask [25]** 5/17 8/16 12/7
12/24 15/13 19/19 21/3
24/18 25/10 25/18
25/24 35/18 37/15
37/20 37/25 37/25
38/21 38/25 46/16
46/25 50/6 51/17 51/18
54/3 58/10
**asked [12]** 10/16 11/19
11/21 15/6 20/24 21/17
27/23 29/2 35/10 46/13
49/24 53/12
**asking [6]** 13/7 13/8
25/5 40/7 48/24 49/8
**aspect [1]** 52/18

**A**

**aspects** [1] 46/6
**assert** [1] 6/23
**assessed** [1] 48/20
**assist** [1] 26/23
**assume** [7] 8/6 8/16 19/20 19/20 27/12 54/5 56/4
**assuming** [2] 37/20 44/23
**assumption** [2] 9/6 13/5
**attorney** [8] 5/21 6/6 6/14 16/11 16/23 27/10 28/20 34/12
**attorney-client** [5] 5/21 6/6 6/14 16/11 16/23
**attractive** [1] 48/1
**automatically** [1] 16/13
**available** [2] 57/16 58/1
**Avenue** [2] 2/4 3/13
**aware** [3] 15/24 17/16 23/17

**B**

**back** [19] 7/1 7/2 11/3 13/2 25/12 34/25 38/13 41/6 41/18 41/25 45/18 48/18 51/16 52/16 52/19 53/2 53/10 56/5 59/1
**backstop** [1] 39/20
**bad** [1] 25/2
**ball** [1] 13/19
**Barrett** [1] 3/13
**base** [1] 11/5
**based** [3] 20/3 39/5 40/8
**basis** [3] 18/24 20/21 30/14
**Bates** [1] 11/20
**be** [102]
**bear** [1] 39/17
**because** [25] 6/3 6/20 7/13 15/11 16/17 19/11 20/21 22/16 22/24 25/13 30/1 31/8 33/7 33/11 33/23 34/13 40/5 44/8 45/23 46/22 47/6 51/5 51/7 52/11 56/21
**been** [31] 6/25 7/2 8/8 8/10 8/19 8/19 13/22 15/14 17/12 17/14 18/18 20/4 21/18 25/17 26/4 29/15 31/13 31/19 33/4 33/9 34/15 40/16 42/4 42/10 44/25 44/25 46/12 46/14 46/18 52/9 55/4
**before** [17] 1/10 5/8 7/18 8/6 9/1 11/24 18/3 22/7 22/11 23/22 28/19 29/25 32/4 40/20 46/10 52/19 59/3
**begin** [3] 17/18 17/23 50/23

**being** [12] 8/20 16/4 19/5 19/6 20/10 32/13 35/8 35/10 35/12 41/17 42/25 55/2
**believe** [4] 13/24 16/3 27/10 56/19
**BELKNAP** [1] 2/3
**Ben** [1] 27/13
**Ben Greenblum** [1] 27/13
**Berkeley** [1] 3/4
**best** [4] 27/5 38/23 43/13 44/19
**bet** [1] 29/6
**better** [2] 22/15 27/8
**between** [3] 6/1 24/4 55/18
**beyond** [1] 44/7
**big** [1] 58/22
**bit** [6] 4/10 16/18 17/8 17/17 31/7 42/18
**blood** [1] 33/11
**Boston** [1] 3/5
**both** [16] 5/6 8/10 8/22 15/24 16/4 19/21 20/1 23/3 28/15 31/9 35/16 42/8 48/3 52/2 52/3 54/2
**bounds** [1] 42/13
**briefed** [1] 42/4
**briefly** [3] 32/22 54/17
**bring** [5] 8/2 8/12 9/19 27/11 29/10
**Broadway** [1] 2/10
**browser** [1] 46/3
**Bruce** [1] 2/7
**bunch** [2] 38/18 48/19
**burden** [2] 12/20 35/5
**business** [3] 5/22 27/1 50/20
**busy** [1] 58/15

**C**

**calculated** [1] 48/23
**calculates** [1] 50/11
**calendar** [3] 56/8 56/24 58/18
**call** [2] 20/22 42/23
**called** [1] 46/8
**calling** [1] 55/3
**camera** [2] 52/1 58/4
**cameras** [1] 25/9
**can** [30] 4/21 14/1 14/5 14/12 14/18 15/4 15/13 18/23 23/21 25/2 27/12 33/21 36/19 36/20 37/17 38/2 38/19 38/23 41/19 42/23 45/1 46/23 48/10 51/16 51/17 53/22 55/19 56/21 58/19 59/2
**can't** [9] 13/22 18/15 22/5 22/6 22/6 26/11 50/23 52/1 52/11
**candidly** [1] 17/21
**capacity** [1] 44/7
**captures** [1] 42/25

**Caroline** [3] 3/2 25/24 31/4
**Carr** [1] 2/9
**carriers** [1] 46/5
**case** [17] 6/22 11/19 12/21 16/15 17/14 17/18 23/9 23/9 23/11 26/4 27/14 35/6 42/14 44/22 53/12 55/11 55/19
**cases** [4] 6/2 15/8 54/2 57/12
**categories** [3] 18/19 18/23 19/6
**caution** [1] 16/2
**Cavanaugh** [17] 2/2 4/6 9/9 9/10 10/17 12/4 12/9 15/23 38/9 40/24 41/5 41/18 41/25 42/1 47/2 53/16 57/24
**Center** [1] 2/9
**central** [1] 42/14
**centrally** [1] 42/13
**certain** [9] 13/15 19/8 19/14 21/13 29/3 32/6 35/1 43/5 45/6
**certainly** [9] 7/21 13/21 17/11 21/2 23/9 41/21 42/10 44/20 55/2
**Certified** [1] 3/12
**certify** [1] 60/2
**CH** [1] 3/13
**challenging** [2] 35/12 56/23
**change** [3] 39/19 57/17 57/18
**changed** [3] 49/1 49/15 49/16
**changes** [1] 50/12
**changing** [1] 15/10
**characterization** [1] 17/9
**characterizations** [1] 15/2
**characterize** [1] 51/2
**characterizing** [1] 5/19
**charge** [1] 27/14
**check** [3] 21/9 58/25 59/6
**chided** [1] 22/19
**CID** [1] 46/8
**circle** [1] 38/13
**circulated** [1] 16/4
**circulating** [1] 16/2
**Civil** [1] 4/3
**claiming** [1] 19/7
**claims** [2] 5/11 20/12
**clarify** [1] 34/9
**clear** [8] 6/3 6/9 21/10 23/1 23/3 23/25 25/5 33/3
**clearly** [1] 42/12
**client** [6] 5/21 6/6 6/14 16/11 16/23 53/1
**closer** [2] 24/9 57/20
**closes** [1] 7/19
**CMO** [1] 24/15

**co-counsel** [1] 30/24
**coag.gov** [1] 2/12
**Cohen** [14] 3/7 25/9 25/21 25/22 30/17 31/13 31/24 32/20 33/16 33/23 34/2 34/17 38/5 54/13
**Cohen's** [1] 32/24
**colleague** [2] 25/24 31/13
**colleagues** [2] 12/12 18/8
**collect** [1] 26/22
**collecting** [1] 26/19
**Colorado** [5] 2/2 2/7 2/9 4/6 43/9
**COLUMBIA** [1] 1/1
**come** [2] 11/3 40/6
**comes** [2] 11/3 40/6
**coming** [4] 18/15 19/16 25/14 30/11
**comment** [1] 13/10
**comments** [1] 28/21
**commit** [1] 37/15
**commitment** [2] 18/16 38/21
**commitments** [1] 33/11
**committing** [1] 33/19
**common** [4] 43/5 44/3 44/16 45/22
**communication** [4] 15/19 16/19 16/22 16/24
**communications** [1] 5/21
**companies** [2] 14/17 46/3
**company** [2] 26/15 44/10
**complaint** [1] 46/11
**complete** [10] 11/11 21/22 27/20 27/24 29/22 30/10 31/1 33/25 35/22 38/16
**completed** [6] 7/12 9/1 18/17 20/5 29/24 32/15
**completely** [1] 48/21
**completion** [7] 18/3 31/17 32/6 32/10 33/2 41/11 54/7
**complied** [1] 33/14
**comprehensive** [1] 47/10
**compromise** [1] 10/4
**computer** [2] 3/16 46/3
**computer-aided** [1] 3/16
**concern** [5] 7/15 23/18 23/23 23/25 24/1
**concerned** [2] 7/23 22/25
**concerning** [1] 42/19
**concerns** [9] 5/9 5/20 5/23 7/8 8/3 8/10 25/15 25/17 42/5

**concluded** [1] 59/16
**concrete** [1] 44/7
**confer** [7] 27/16 28/9 28/12 28/14 28/23 45/14 52/25
**conference** [3] 1/9 11/9 11/14
**conferences** [2] 10/11 26/6
**confers** [1] 27/3
**confirms** [2] 32/25 55/11
**conflicts** [1] 59/6
**confused** [1] 6/20
**CONNOLLY** [1] 2/14
**consider** [1] 49/2
**consideration** [3] 51/19 51/20 52/17
**considerations** [8] 44/4 50/18 50/22 50/25 51/3 51/4 51/10 51/11
**considered** [1] 49/17
**considering** [1] 10/12
**considers** [2] 47/11 49/13
**consistent** [6] 8/21 8/25 35/2 35/15 54/9 54/11
**Constitution** [1] 3/13
**consumer** [3] 2/8 11/18 11/20
**contact** [1] 18/18
**contacted** [1] 26/20
**context** [1] 15/16
**continue** [4] 5/9 18/7 32/9 36/2
**CONTINUED** [2] 2/1 3/1
**continuing** [6] 4/25 18/10 26/10 26/11 31/19 36/8
**contracting** [2] 13/11 13/13
**contracts** [1] 48/15
**conversations** [1] 33/4
**cooperated** [1] 6/23
**cooperation** [1] 29/2
**core** [2] 42/14 44/21
**Corp** [1] 3/2
**corporate** [1] 16/21
**corporation** [1] 51/6
**correct** [5] 17/17 36/15 56/19 56/20 60/3
**correctly** [1] 10/20 41/9 45/23
**could** [18] 10/17 11/23 12/20 14/4 24/7 27/9 29/12 30/17 32/5 34/21 37/12 43/25 47/3 51/21 53/3 54/25 57/18 58/25
**couldn't** [1] 58/3
**counsel** [12] 6/2 6/2 6/7 6/13 6/22 15/16 16/22 26/21 27/22 30/5 30/24 34/24
**counsel's** [7] 7/1 34/25
**counting** [1] 30/5
**couple** [1] 9/17

**C**

**course [7]** 6/10 24/1 24/7 27/1 42/22 50/1 51/9
**court [33]** 1/1 3/11 3/12 5/15 7/4 8/2 8/6 8/12 9/4 9/20 19/10 22/14 24/21 25/6 25/25 26/2 26/13 26/18 27/9 27/12 28/2 29/11 29/22 30/4 30/9 32/11 32/16 37/8 37/17 38/15 48/2 52/6 60/7
**covered [1]** 51/12
**COVID [1]** 60/6
**COVID-19 [1]** 60/6
**CPI [5]** 48/21 48/23 48/25 49/1 49/12
**created [1]** 26/25
**credit [1]** 7/2
**criticize [1]** 11/5
**cross [1]** 24/15
**cross-examination [1]** 24/15
**CRR [2]** 60/2 60/10
**csimons [1]** 3/6
**current [2]** 8/21 39/5
**custodial [3]** 18/20 31/15 35/24
**custodian [3]** 21/13 21/14 22/11
**custodians [7]** 10/3 18/13 18/15 20/3 20/17 21/5 21/12
**cut [3]** 22/4 23/23 29/25
**cut-off [2]** 23/23 29/25
**CV [1]** 1/4

**D**

**D.C [5]** 1/5 1/14 2/15 3/8 3/14
**data [21]** 5/3 10/9 11/5 11/11 11/22 12/9 18/24 26/11 26/24 27/8 28/15 32/2 32/3 32/6 32/9 33/19 33/21 33/25 41/2 41/6 41/10
**date [20]** 9/6 10/6 11/25 12/15 17/12 18/3 19/14 27/22 28/1 28/3 32/8 37/1 37/11 38/2 54/11 56/3 57/16 57/20 58/17 60/9
**dates [20]** 24/8 27/24 27/25 28/6 29/8 32/5 33/21 34/8 35/1 35/14 35/14 35/20 35/21 37/6 37/18 37/20 37/25 56/10 56/24 57/13
**day [9]** 28/9 29/4 29/10 32/6 32/10 39/20 53/11 57/11 59/1
**days [19]** 10/20 24/5 24/13 28/4 28/4 28/5 28/7 29/5 29/25 30/14 32/12 34/1 36/13 37/9 38/17 38/22 40/8 52/25
**days' [1]** 24/4
**deadline [21]** 19/10 21/7 21/15 21/18 21/19 22/14 23/1 23/4 23/5 23/12 23/16 23/16 31/17 33/2 35/15 36/19 53/7 53/14 53/23 56/4 56/6
**deadlines [3]** 37/16 53/11 54/7
**deal [4]** 49/5 51/4 51/5 58/22
**dealing [3]** 8/11 9/5 46/2
**deals [10]** 45/3 45/4 45/19 46/1 46/2 46/3 46/5 50/23 52/18 52/19
**decades [1]** 26/21
**DECHERT [1]** 3/7
**dechert.com [1]** 3/10
**decisions [1]** 22/5
**defendant [4]** 1/7 2/13 3/2 4/7
**defensive [2]** 20/20 44/8
**defer [1]** 30/24
**defined [1]** 39/22
**definitely [1]** 36/10
**delay [1]** 22/18
**delayed [1]** 35/16
**demands [1]** 35/8
**demonstrate [1]** 26/2
**Denver [1]** 2/11
**DEPARTMENT [7]** 1/13 2/7 15/5 25/20 43/9 44/13 52/5
**Department's [1]** 5/20
**depending [3]** 9/15 11/12 31/9
**deponent [1]** 52/11
**depose [4]** 20/20 20/22 24/19 38/18
**deposing [1]** 22/17
**deposition [15]** 22/5 22/7 22/11 22/21 24/10 38/23 39/2 40/7 40/10 47/21 49/10 51/13 51/16 55/12 55/14
**depositions [23]** 7/11 7/19 7/23 8/4 8/18 8/22 9/13 9/14 13/22 13/23 17/9 17/12 17/13 17/24 19/12 22/16 23/21 24/2 24/14 24/16 35/16 38/19 40/5
**describes [1]** 44/3
**describing [1]** 48/11
**designated [1]** 15/15
**designating [1]** 40/4
**designation [1]** 15/18
**designations [1]** 5/10
**detail [2]** 43/16 45/18
**details [1]** 43/7
**determine [3]** 43/6 44/15 45/4
**device [1]** 46/4
**devoted [2]** 26/15

**did [9]** 6/23 19/21 19/24 25/14 28/24 33/1 34/2 41/20 49/23
**didn't [7]** 28/16 29/6 29/9 38/9 48/25 56/5 56/10
**different [14]** 6/3 19/6 36/13 37/5 37/6 37/10 42/22 42/23 43/23 43/23 45/19 45/19 46/5 51/12
**difficult [3]** 19/17 49/9 57/14
**diligently [1]** 15/5
**Dintzer [16]** 1/13 4/5 4/15 12/8 12/18 12/24 13/4 14/5 14/21 15/23 21/4 26/8 38/4 46/25 49/7 52/7
**Dintzer's [2]** 15/2 17/8
**directly [1]** 34/5
**disadvantaged [1]** 31/2
**disagree [1]** 15/1
**disclosed [1]** 5/7
**disclosing [1]** 13/20
**disclosure [2]** 12/15 55/14
**disclosures [15]** 5/5 12/17 13/1 13/1 13/11 13/16 13/14 14/13 14/22 53/17 54/1 54/19 55/8 55/10
**discoverable [1]** 44/21
**discovered [1]** 44/14
**discovery [25]** 7/19 9/2 9/7 12/21 14/16 14/17 17/17 23/1 23/4 23/12 23/22 24/9 24/24 26/16 26/17 27/20 27/25 29/18 29/22 29/24 29/25 32/15 43/4 55/2 55/5
**discuss [1]** 5/4
**discussing [1]** 5/3
**discussions [3]** 5/22 11/1 39/15
**disputed [1]** 4/21
**disputes [3]** 4/14 29/19 29/20
**distill [1]** 50/25
**distinction [1]** 6/1
**distribution [1]** 50/12
**DISTRICT [3]** 1/1 1/1 1/10
**do [39]** 6/9 8/5 8/16 8/20 8/20 12/22 12/23 14/6 14/6 15/8 17/1 19/17 21/7 25/4 29/14 31/3 31/4 32/11 37/14 37/25 38/1 38/19 39/3 39/7 41/15 42/16 44/22 45/16 46/20 51/7 51/11 52/14 53/13 53/20 54/24 55/2 56/6 56/21
**do you [3]** 8/16 8/20

**do you have [5]** 14/6 21/7 31/4 39/3 39/7
**docket [1]** 56/5
**docket's [1]** 31/7
**document [13]** 10/9 11/16 15/9 16/8 17/21 22/6 22/7 22/10 24/20 29/5 30/10 30/15 46/18
**documents [45]** 4/25 5/3 5/13 6/6 6/6 6/24 6/25 10/1 15/25 16/9 16/10 17/23 18/7 18/8 18/9 18/12 18/19 18/20 18/21 18/22 20/3 20/8 21/22 22/20 22/20 23/20 24/17 28/15 29/3 29/3 29/9 30/2 30/6 30/7 30/13 30/19 30/20 30/22 31/9 31/11 40/9 45/2 48/15 52/7 52/8
**does [3]** 30/21 48/14 57/21
**doesn't [6]** 5/21 16/25 25/1 25/1 49/20 55/14
**doing [5]** 4/10 15/9 22/19 36/22 47/18
**DOJ [12]** 1/13 4/5 9/14 12/14 12/22 20/18 30/22 36/20 43/3 53/2 53/15 53/17
**don't [39]** 4/15 7/7 7/20 7/21 8/2 8/11 10/6 11/2 12/3 12/5 13/7 13/15 16/21 20/15 20/19 22/23 23/20 29/17 31/12 31/24 33/17 34/20 35/4 35/5 41/20 44/8 44/9 44/11 46/16 46/22 48/22 49/12 50/3 51/14 52/5 53/15 56/11 57/8 57/15
**done [35]** 6/2 6/3 6/23 7/9 8/19 8/20 15/17 15/20 16/14 18/13 19/2 19/3 19/5 19/7 23/5 24/3 26/12 26/12 26/19 28/21 33/8 33/9 33/15 34/4 36/3 36/6 36/9 36/10 37/3 37/9 37/12 37/19 39/23 45/23 48/19
**done-done [1]** 26/12
**down [8]** 5/16 6/19 22/24 24/13 37/3 37/6 47/22 58/17
**drop [1]** 10/5
**due [3]** 9/24 11/17 11/25
**during [5]** 7/24 28/11 28/22 58/11 60/5

**E**

**each [3]** 37/6 48/23 49/23
**earlier [7]** 18/9 28/16 29/4 29/7 33/9 39/1 54/13

**easy [2]** 45/4 49/21
**echoed [1]** 24/21
**efforts [2]** 6/21 28/25
**either [2]** 36/6 49/9
**electronic [1]** 18/21
**elements [1]** 49/2
**eliminating [1]** 12/19
**else [5]** 28/25 40/19 53/1 54/15 55/21
**email [7]** 1/15 2/6 2/12 2/16 3/6 3/9 6/14
**emphasize [1]** 5/14 33/16
**employee [2]** 15/18 16/1
**employees [8]** 5/10 6/1 6/12 15/3 15/15 17/1 17/14 19/13
**enables [1]** 35/3
**encourage [1]** 12/21
**encouraged [1]** 28/19
**end [14]** 7/7 7/24 9/1 9/6 15/9 21/3 23/22 24/9 24/23 32/12 33/8 33/19 36/25 39/20
**ended [1]** 13/9
**endemic [1]** 6/8
**ends [1]** 8/23
**enforced [2]** 37/17 38/2
**engaged [2]** 26/11 27/3
**enjoy [1]** 4/11
**enormous [1]** 5/12
**enough [4]** 17/20 23/5 24/22 54/5
**ensure [2]** 23/18 55/8
**ensures [1]** 23/21
**enter [1]** 48/17
**entities [3]** 5/6 8/18 8/23
**entitled [1]** 42/11
**entries [1]** 56/5
**erroneous [1]** 22/12
**especially [1]** 47/24
**estimate [3]** 14/6 30/9 30/12
**estimates [1]** 19/4
**ET [1]** 1/3
**evaluate [2]** 9/24 16/7
**evaluated [1]** 41/17
**evaluation [2]** 15/17 15/21
**even [12]** 17/1 20/24 24/19 25/4 29/14 42/13 43/16 43/19 43/21 47/3 49/8 50/23
**event [2]** 17/3 58/25
**ever [2]** 52/20 52/20
**every [16]** 22/22 22/5 22/6 22/6 22/7 22/10 22/11 43/16 43/16 43/18 52/17 52/17 52/18 52/18 57/11
**everybody [8]** 4/9 4/9 23/13 37/24 55/15 57/16 59/12 59/13
**everyone [3]** 4/8 39/18

**E**

everyone... [1] 57/21
everyone's [1] 39/16
everything [4] 9/5 36/2
36/3 53/1
evidence [1] 44/2
exacerbated [1] 23/10
exact [1] 22/18
exactly [5] 31/2 48/11
52/8 52/14 58/15
examination [1] 24/15
example [3] 44/8 49/8
49/11
excuse [2] 41/7 43/17
expanded [1] 13/3
expanding [1] 13/11
expect [5] 21/22 30/12
31/1 33/21 40/9
expectation [3] 8/24
37/19 39/7
expected [3] 18/25
19/2 33/25
experts [1] 11/3 11/5
extension [1] 23/2
extensions [1] 43/22
extent [6] 15/5 21/13
44/13 45/22 46/9 53/21
extraordinary [1]
26/24

**F**

face [2] 15/14 33/6
fact [12] 7/18 9/1 9/6
9/20 23/4 23/10 23/12
24/23 26/6 46/13 47/24
55/12
fact-discovery [2] 23/4
23/12
factors [5] 44/9 44/15
45/21 47/10 47/11
fair [2] 7/25 8/1
fairly [1] 4/14
faith [1] 26/4
families [1] 4/14
far [6] 9/24 17/10 17/14
17/20 22/25 26/19
fashion [1] 23/22
fast [1] 19/10
fathom [1] 50/23
February [5] 32/14
37/11 56/3 56/6 56/13
feel [2] 4/19 17/20
few [3] 19/12 27/9
38/22
figure [2] 31/25 52/11
figuring [1] 49/5
filed [1] 46/12
files [1] 18/21
fill [1] 27/9
final [2] 32/8 37/23
finalizing [1] 25/19
finally [3] 33/7 33/15
36/9
finding [2] 19/2 20/7
fine [7] 7/20 8/23 24/11
36/3 50/19 56/15 57/5
fine-tuning [1] 8/23
finger [3] 45/11 50/1

finish [2] 33/15 54/10
finished [1] 19/7
finishing [1] 29/5
firm [1] 35/14
first [11] 5/25 12/13
12/13 20/23 25/19 26/1
28/13 33/1 52/19 53/7
53/14
five [4] 7/15 9/16 10/5
11/1
flagged [1] 41/21
flavor [1] 26/18
floor [3] 2/10 4/16
40/16
flow [1] 55/18
focused [1] 37/1
folks [2] 39/15 58/10
follow [3] 12/3 14/4
47/15
follow-up [1] 12/3
following [1] 42/19
foregoing [1] 60/3
foremost [1] 26/1
foresee [2] 8/16 8/20
forever [1] 46/9
formula [1] 45/24
forth [1] 28/5
forthcoming [2] 42/1
53/8
forward [7] 26/10
32/16 53/6 54/12 54/25
57/12 59/13
found [1] 55/7
four [1] 39/19
fourth [2] 11/16 11/21
frames [1] 51/12
framework [3] 48/13
51/21 55/8
frankly [5] 17/15 18/25
32/4 36/5 44/11
free [1] 4/20
Friday [1] 33/20
friends [1] 4/11
front [3] 27/12 32/13
56/11
frustration [2] 33/2
33/6
full [1] 52/6
full-court [1] 52/6
further [1] 37/3
future [1] 5/6

**G**

game [1] 5/11
games [1] 51/18
garbled [1] 33/18
gathered [2] 13/14
13/16
gave [1] 28/6
gee [1] 52/10
get [45] 4/15 4/21 5/12
8/6 12/6 13/24 14/1
14/12 17/23 18/15
18/22 18/24 19/14
19/15 19/15 20/24 22/6
22/16 22/17 23/13 24/9
24/22 29/3 31/18 33/15

35/14 35/16 35/24 36/3
41/18 41/21 41/25
42/11 44/18 51/23 53/3
56/22 56/24 57/19
58/19 59/1
gets [4] 16/13 23/20
25/2 31/12
getting [14] 5/18 8/25
9/1 9/22 17/16 20/11
20/25 23/15 33/10 39/8
43/14 43/16 47/13
47/19
give [6] 26/18 29/9
31/3 42/7 51/8 51/17
given [7] 18/25 24/6
26/24 28/20 38/14 53/1
58/24
giving [1] 30/6
glad [1] 33/14
go [19] 7/2 15/7 15/8
17/5 17/6 18/22 18/23
18/24 31/12 31/18
31/24 35/24 44/4 45/18
46/22 50/22 51/10
52/16 58/10
go ahead [4] 15/8 17/5
17/6 31/24
go-get [3] 18/22 18/24
35/24
God [1] 47/7
goes [1] 25/2
going [56] 7/7 7/24
10/7 12/14 12/19 13/11
14/15 17/18 17/23
18/17 19/7 19/12 19/15
19/20 20/21 21/16
24/14 24/14 24/16
24/16 24/19 24/23 25/3
25/16 29/10 31/25
33/12 36/1 36/10 37/15
38/16 38/18 39/9 39/23
41/10 41/18 41/21 43/7
45/18 48/16 48/17 49/3
51/18 52/16 52/19
52/24 53/1 53/16 54/18
54/22 54/25 55/13 54/18
gone [1] 25/12
good [9] 4/2 4/8 4/23
9/12 16/16 26/4 31/6
54/21 55/19
good morning [4] 4/8
4/23 9/12 31/6
GOOGLE [69]
Google LLC [1] 4/4
Google's [17] 5/10 6/1
6/2 7/16 11/4 11/17
20/12 24/2 27/1 27/22
30/5 30/21 31/20 42/16
43/20 44/5 47/25
goose [1] 54/21
got [11] 4/10 18/9
18/24 20/25 22/4 22/13
34/14 38/2 53/1 53/14
57/17
gotten [1] 9/23 11/6

government [20] 20/21
21/18 23/2 33/7 57/22
Great [1] 59/5
Greenblum [5] 27/13
28/8 28/13 28/23 33/4
grounds [1] 22/19
group [2] 35/7 39/4
grown [1] 29/17
guess [7] 8/14 8/18
12/11 17/7 22/23 35/18
45/13
guided [3] 52/14 52/15
52/21

**H**

had [23] 5/9 6/25 7/7
7/9 17/15 18/2 18/13
21/13 22/10 26/20
24/10 28/14 31/13 32/4
36/15 41/1 41/5 41/7
46/9 46/12 46/20 47/22
53/17
hadn't [1] 7/4
hairs [1] 36/13
half [2] 18/9 25/5
halfway [1] 7/12
hamstring [1] 39/14
hand [2] 39/15 49/20
Hang [2] 14/3 34/23
happening [1] 39/14
happily [1] 28/10
happy [5] 4/9 4/24
25/23 31/6 32/18
hard [1] 19/10
has [40] 6/19 6/22 7/5
7/13 7/14 7/15 7/19
8/19 10/11 12/18 13/21
15/14 17/17 18/5 19/4
20/4 21/21 26/4 26/15
26/18 26/19 26/20
26/25 27/3 27/6 30/20
32/4 33/4 35/6 36/9
37/18 37/22 38/15
38/17 43/3 46/12 46/18
48/9 49/24 58/9
hasn't [3] 8/19 23/5
54/18
have [125]
haven't [6] 8/17 11/6
24/3 24/20 35/19 44/25
having [7] 17/25 19/9
20/24 33/5 34/24 35/1
39/15
he [18] 16/2 22/9 24/21
28/16 28/24 29/2 29/6
29/8 29/10 30/4 33/18
33/20 33/24 33/24
34/14 38/24 40/17
52/10
he didn't [1] 29/10
he said [3] 33/18 33/20
33/24 33/24 34/14
he's [1] 36/21
head [1] 14/24 20/6
52/2
header [1] 6/14
heads [1] 51/17

heads-up [1] 51/17
hear [3] 11/12 33/14
42/8
heard [1] 12/12
hearing [17] 4/13 6/15
12/14 26/9 26/14 27/17
28/7 28/19 29/6 32/14
34/13 37/9 41/22 54/14
57/9 59/9 60/5
hearings [3] 29/16
29/19 56/18
help [1] 27/7
helpful [7] 11/23 14/13
19/11 30/18 39/16
52/22 55/18
here [20] 12/12 23/19
29/11 31/25 33/12
33/13 33/18 34/8 35/13
35/15 35/23 36/13
42/18 43/1 45/16 45/21
52/4 52/6 52/22 55/2
here's [1] 24/5
HERRINGTON [1] 3/3
hesitate [1] 40/6
hide [1] 5/11
hiding [1] 13/19
high [9] 44/6 45/16
45/17 45/20 46/21 47/2
47/3 47/7 47/24
high-level [4] 45/16
45/20 46/21 47/2
highly [1] 11/18
him [8] 26/8 26/8 28/19
29/2 29/3 29/9 41/2
58/2
himself [1] 29/7
hired [1] 26/22
his [5] 22/2 27/13
27/16 29/4 30/11
hit [1] 51/13
hold [2] 14/21 36/2
holiday [2] 7/25 27/19
holidays [1] 4/11
Honor [76]
HONORABLE [1] 1/10
hope [3] 4/9 4/20 10/7
hopeful [2] 11/10
23/15
hoping [1] 21/16
host [1] 42/23
hour [1] 24/15
house [2] 6/1 6/13
16/22
how [17] 8/3 10/13
10/14 19/16 23/13 27/4
30/11 31/3 31/25 44/19
47/11 48/11 52/5 52/15
56/13 56/25 57/1
human [1] 26/23
hypothetical [1] 48/21

**I**

I also [1] 33/24
I am [2] 33/3 42/16
I assume [4] 8/6 8/16
19/20 54/5
I believe [3] 13/24
27/10 56/19

**I**

**I** [3]   15/4 27/12
38/23
**I can** [3]   15/4 27/12
38/23
**I can't** [2]   50/23 52/1
**I did** [2]   25/14 41/20
**I didn't** [1]   56/5
**I don't** [4]   16/21 34/20
35/5 46/22
**I don't have** [3]   12/3
41/20 56/11
**I guess** [8]   8/14 12/11
17/7 22/23 35/18 45/13
**I have** [4]   29/17 30/8
41/6 43/12
**I haven't** [1]   35/19
**I hope** [1]   4/9
**I just** [1]   34/11
**I know** [5]   35/8 52/8
52/8 58/13 58/22
**I mean** [26]   5/17 5/19
8/5 8/9 12/23 12/25
22/13 24/5 24/11 34/14
36/12 42/18 46/8 49/7
49/8 49/11 49/12 49/19
50/10 50/13 50/17 54/8
55/7 55/11 55/15 55/17
**I think** [36]   9/16 9/23
10/10 11/8 14/23 17/25
19/9 22/11 23/17 32/24
35/23 37/11 37/12 39/1
39/16 39/18 41/5 41/7
42/9 42/24 43/11 43/15
44/20 45/11 45/11
45/14 45/15 45/21
45/23 46/22 52/15
52/22 53/11 55/15 56/3
58/5
**I thought** [1]   33/24
**I understand** [3]   35/11
41/17 49/7
**I want** [4]   5/14 6/3 34/8
43/12
**I wanted** [1]   17/7
**I will** [6]   25/24 30/24
30/25 53/6 54/3 58/10
**I'd** [5]   5/25 22/2 22/9
25/24 26/1
**I'll** [11]   4/16 12/7 12/24
26/8 37/20 37/25 37/25
42/7 57/19 57/25 58/17
**I'm** [39]   6/4 6/15 7/14
13/6 17/4 21/15 21/15
22/25 23/15 23/25
28/20 31/22 34/6 34/8
34/24 35/13 36/12
36/16 37/1 37/15 37/20
38/8 39/14 42/25 43/12
44/23 50/10 50/16
50/24 52/10 53/10
56/11 56/25 57/10
57/10 58/2 58/3 58/13
58/21
**I'm just** [5]   34/8 52/10
53/10 57/10 58/2
**I'm not** [3]   36/12 39/14
58/21
**I'm not sure** [4]   21/15
28/20 42/25 43/12

**history** [3]   14/2 17/14
17/4 34/6 36/16 38/8
56/11 58/3
**I'm sure** [1]   50/24
**I've** [12]   4/18 23/1 23/1
23/3 25/12 29/14 34/14
38/2 47/8 53/12 55/7
57/17
**I-95** [1]   7/24
**idea** [3]   22/13 52/15
52/16
**identified** [4]   21/12
21/12 36/7 45/21
**identifies** [1]   47/10
**identifying** [1]   55/4
**impact** [1]   7/9
**implicated** [1]   16/7
**important** [3]   5/2 13/25
44/1
**importantly** [1]   28/6
**impressions** [1]   42/7
**inadequate** [1]   11/4
**inadvertently** [1]   27/11
**include** [3]   6/13 30/22
31/12
**included** [2]   27/23
39/4
**includes** [1]   39/24
**including** [2]   19/7 27/7
**indicated** [4]   49/24
53/16 53/18 54/18
**individual** [2]   46/15
49/25
**individuals** [3]   10/5
13/15 14/15
**information** [14]   13/14
13/17 26/20 26/22 27/4
38/17 42/10 42/17 44/2
44/20 46/21 47/12
49/20 55/18
**informed** [1]   18/8
**initial** [14]   5/5 12/14
12/17 13/1 13/1 14/22
47/25 53/17 54/1 54/19
54/20 55/8 55/10 55/13
**initially** [2]   5/13 50/14
**innumerable** [1]   50/25
**inputs** [1]   42/23
**inside** [1]   7/8
**insight** [1]   14/14
**insignificant** [1]   18/6
**insist** [2]   7/1 7/21
**insisted** [2]   28/9 45/6
**instance** [1]   53/7
**instead** [1]   29/19
**intellectual** [1]   42/20
**intend** [2]   14/6 55/3
**intending** [1]   12/25
**intent** [1]   6/18
**intention** [2]   12/17
54/25
**interest** [2]   29/1 51/14
**interested** [2]   34/24
43/10
**interim** [1]   11/13
**interrogatories** [1]
27/7
**interrupt** [5]   10/18 13/7

**intervention** [1]   5/15
**investigation** [1]   43/4
**investment** [1]   7/5
**invocation** [1]   6/5
**invocations** [2]   5/19
5/23
**invoking** [1]   6/7
**involve** [1]   5/21
**involved** [2]   46/14 52/9
**involves** [1]   42/23
**iPhone** [1]   52/20
**is** [168]
**Is that** [1]   6/15
**is there** [1]   54/15
**isn't** [5]   6/10 10/15
50/17
**issue** [26]   4/21 5/2 8/6
10/16 10/24 11/7 12/1
12/9 12/13 12/16 15/6
28/24 28/24 29/14
29/14 32/16 34/13
38/13 40/17 40/20 41/3
41/5 41/12 41/16 42/4
45/12
**issued** [1]   39/23
**issues** [11]   5/16 9/16
9/18 9/19 10/13 12/8
12/11 18/1 26/7 28/18
59/1
**issuing** [1]   39/2
**it** [68]
**it's** [29]   5/12 7/7 7/9
13/1 13/2 13/24 13/25
16/18 16/21 19/11
24/11 25/3 25/16 25/17
27/13 34/15 35/2 37/10
37/10 40/24 42/24 43/6
45/5 46/15 52/2 52/4
52/24 57/24 58/15
**its** [6]   26/3 26/16 27/20
27/24 43/3 52/6

**J**

**jam** [1]   7/24
**January** [38]   1/5 11/10
11/17 11/25 14/13
14/19 14/23 18/25 19/8
21/23 27/16 27/21 28/2
28/3 28/4 28/9 29/10
29/23 32/7 34/4 36/6
36/6 36/8 36/10 36/14
36/23 36/23 36/24
36/25 37/1 37/4 37/7
41/9 52/5 53/23 54/2
57/12 60/9
**January 10th** [1]   28/2
**January 14th** [1]   53/23
**January 28th** [1]   36/14
**January 31st** [1]   34/4
**January 5th** [1]   27/16
**John** [2]   2/13 4/7
**John Schmidtlein** [1]
4/7
**joined** [1]   29/14
**Joint** [5]   4/18 42/5 56/4
56/14 59/8
**jon.sallet** [1]   2/12

**Jr** [2]   2/2 3/7
**jschmidtlein** [1]   2/16
**JSR** [2]   56/10 57/8
**JUDGE** [2]   1/10 40/7
**Judicial** [1]   2/9
**July** [1]   48/3
**jump** [1]   25/25
**juncture** [1]   30/12
**just** [45]   4/15 4/16 4/16
4/19 5/18 6/9 8/16
12/24 13/4 14/3 21/10
23/25 24/5 27/9 30/19
32/3 32/22 33/17 34/5
34/8 34/9 34/11 40/8
40/11 42/7 44/21 48/2
48/20 49/11 50/17
52/10 53/9 53/10 53/15
53/17 54/17 55/15 56/8
57/10 57/18 58/1 58/2
58/25 59/2 59/8
**JUSTICE** [4]   1/13
15/20 43/9 52/5

**K**

**keep** [1]   40/11
**Kenneth** [2]   1/13 4/5
**kenneth.dintzer2** [1]
1/16
**kind** [2]   13/3 55/14
**know** [69]
**knows** [7]   24/11 24/25
25/3 28/2 43/3 47/7
55/15

**L**

**labeled** [1]   16/23
**lagged** [1]   17/17
**lagging** [2]   17/22 21/1
**large** [3]   30/14 33/22
51/6
**larger** [1]   11/5
**last** [8]   9/5 11/9 22/10
23/2 24/20 26/6 34/13
37/6
**late** [2]   11/5 11/6
**later** [4]   4/22 8/6 18/15
29/15
**law** [2]   2/7 55/11
**lawsuit** [1]   55/5
**lawyer** [1]   16/19
**lawyers** [2]   16/4 16/5
**laypeople** [1]   16/18
**lead** [2]   9/14 9/15
**learned** [3]   18/11 20/25
43/3
**least** [9]   8/14 16/18
17/7 22/21 24/15 25/18
29/16 47/8 53/12
**leave** [2]   38/10 53/6
**left** [3]   27/11 31/3
39/19
**legal** [3]   16/3 16/5 16/6
**legwork** [1]   23/6
**less** [3]   21/24 34/24
48/1
**let** [20]   5/17 8/16 14/3
19/19 21/3 21/9 25/8

**J** [2]   2/2 3/7
**J** 25/17 33/3 34/5
35/4 35/18 38/25 42/1
42/7 44/17 46/23 46/25
58/1
**let's** [7]   4/12 36/3
37/14 41/24 42/4 57/18
59/2
**letter** [11]   28/8 29/23
31/13 35/19 36/18
36/21 37/3 37/3 37/13
37/14 39/15
**level** [9]   44/6 45/16
45/17 45/20 46/21 47/2
47/4 47/7 47/25
**light** [1]   47/15
**like** [25]   4/13 5/11 5/25
7/24 11/8 12/17 14/18
17/18 17/20 19/16
20/19 21/11 22/1 22/2
23/11 24/21 26/1 35/6
35/7 38/14 44/10 45/24
52/10 52/24 55/19
**likely** [1]   8/15
**likes** [1]   29/18
**limit** [1]   12/20
**limitations** [1]   60/7
**limited** [4]   4/14 23/2
43/17 43/18
**line** [1]   45/15
**listed** [1]   16/1
**listen** [1]   40/6
**litigation** [3]   15/17
29/15 46/10
**little** [8]   4/10 17/8
17/17 20/18 31/7 45/18
51/1 52/18
**live** [3]   36/3 36/19
36/20
**lived** [1]   24/24
**LLC** [2]   1/6 4/4
**LLP** [4]   2/3 2/14 3/3
3/7
**loaded** [1]   28/14
**log** [2]   15/7 16/14
**long** [3]   46/12 46/19
51/23
**longer** [1]   34/16
**look** [18]   7/2 12/23
16/17 23/15 25/12
34/20 35/4 39/14 39/17
39/18 41/6 42/9 45/18
51/13 55/7 55/17 56/5
59/12
**looked** [1]   41/17
**looking** [5]   34/8 35/13
39/14 53/10 57/13
**looks** [2]   4/13 20/19
**loophole** [1]   33/22
**lost** [2]   33/17 52/10
**lot** [3]   23/11 24/4 55/1
**lots** [4]   43/23 50/22
52/7 52/7

**M**

**MA** [1]   3/5
**made** [14]   7/3 7/22
18/12 19/4 23/1 23/3
26/25 30/4 33/17 38/15

**M**

**made... [4]** 39/1 47/25 48/21 50/2
**made-up [1]** 48/21
**majority [2]** 17/13 31/11
**make [17]** 5/25 7/3 7/13 10/15 18/10 22/4 26/10 32/4 33/10 35/14 41/24 44/7 48/16 49/3 50/9 53/2 55/16
**makes [1]** 56/23
**making [3]** 5/5 8/10 32/3
**managing [1]** 8/3
**manner [1]** 51/24
**manufacturers [2]** 46/4 46/4
**many [10]** 16/8 16/8 16/9 24/24 26/5 29/13 29/25 30/11 31/3 52/6
**March [5]** 56/17 56/25 57/1 57/1 57/8
**marching [1]** 22/13
**material [1]** 20/10
**math [1]** 24/3
**matter [6]** 12/16 16/20 22/25 46/18 57/25 60/4
**may [24]** 5/15 9/6 10/25 15/8 15/18 16/2 16/3 16/3 20/10 23/14 27/10 27/15 29/25 32/9 34/4 40/3 40/10 47/14 47/15 48/10 49/19 53/20 57/19 58/14
**maybe [13]** 5/18 12/24 13/4 19/20 25/15 33/23 43/3 43/19 44/18 48/21 48/21 48/25 52/2
**me [41]** 5/17 8/16 13/7 14/3 16/25 18/8 19/19 21/3 21/9 21/16 25/8 25/10 25/16 25/17 31/8 33/3 34/5 35/18 37/16 38/1 38/25 41/7 42/1 42/7 43/2 43/8 43/11 43/17 43/24 44/1 44/17 45/5 46/23 46/25 49/9 49/21 50/17 51/1 54/4 56/11 58/1
**me-too [1]** 31/8
**mean [38]** 5/17 5/19 6/9 6/10 7/20 8/5 8/9 12/23 12/25 13/7 13/24 15/13 22/13 24/5 24/11 24/13 24/24 34/14 36/12 38/9 42/18 43/20 46/8 49/7 49/8 49/11 49/12 49/19 50/3 50/10 50/13 50/17 50/20 54/8 55/7 55/11 55/15 55/17
**meaning [1]** 20/10
**meaningful [1]** 44/22
**means [6]** 7/15 24/10 37/23 39/25 44/9 47/7
**mechanical [1]** 3/15
**meet [12]** 19/11 26/16 27/3 27/16 28/9 28/12

45/14 53/22
**meeting [3]** 58/6 58/7 58/22
**MEHTA [1]** 1/10
**mentioned [2]** 11/9 41/1
**Merit [1]** 3/11
**messy [1]** 56/23
**methodology [10]** 42/18 42/24 45/25 48/13 49/1 49/5 50/10 50/15 50/18 51/1
**Microsoft [51]** 3/2 18/11 18/3 18/5 18/16 18/18 19/1 19/4 19/13 19/22 20/4 20/7 20/12 21/6 21/7 21/17 21/21 23/19 24/12 25/13 25/23 26/3 26/7 26/10 26/18 26/21 26/25 27/3 27/18 27/18 27/20 27/21 27/24 29/21 30/20 32/2 33/5 33/25 35/8 35/17 35/19 37/18 37/22 37/25 38/15 38/19 39/4 40/18 41/7 53/13 54/3
**Microsoft's [2]** 28/25 54/8
**might [3]** 11/11 11/13 45/7
**million [3]** 18/9 21/22 30/1
**mind [4]** 29/1 29/21 39/17 40/11
**mindful [1]** 23/16
**minimum [1]** 44/3
**Minute [1]** 56/10
**mishear [1]** 34/2
**misheard [1]** 33/23
**misunderstand [1]** 34/2
**mobile [2]** 46/4 46/5
**mobile-device [1]** 46/4
**mobile-phone [1]** 46/5
**moment [3]** 22/24 25/10 35/4
**money [2]** 48/16 49/3
**month [5]** 33/8 33/20 36/4 57/11 59/13
**months [8]** 9/17 24/13 25/4 25/5 26/5 29/25 33/9 39/19
**months' [1]** 24/4
**more [12]** 7/15 13/9 19/16 30/1 34/21 42/13 42/14 42/15 42/24 54/5 55/18 57/19
**morning [6]** 4/2 4/8 4/23 9/12 26/13 31/6
**most [5]** 18/1 28/5 29/8 36/5 43/10
**mostly [2]** 4/13 31/12
**move [5]** 4/20 11/8 32/16 57/12 57/19
**moved [1]** 58/20
**moving [1]** 26/9
**Mr [1]** 33/23

**Mr. Cavanaugh [15]** 9/9 9/10 10/17 12/4 12/9 15/23 38/9 40/24 41/5 41/18 41/25 42/1 47/2 53/16 57/24
**Mr. Cohen [11]** 25/9 25/21 30/17 31/13 31/24 32/20 33/16 34/2 34/17 38/5 54/13
**Mr. Cohen's [1]** 32/24
**Mr. Dintzer [14]** 4/15 12/8 12/18 12/24 13/4 14/5 14/21 15/23 21/4 26/8 38/4 46/25 49/7 52/7
**Mr. Dintzer's [2]** 15/2 17/8
**Mr. Greenblum [4]** 28/8 28/13 28/23 33/4
**Mr. Sallet's [1]** 58/1
**Mr. Schmidtlein [31]** 11/9 11/13 12/6 14/3 14/11 15/13 17/5 19/19 21/5 22/8 22/12 22/18 23/17 26/7 29/13 30/8 31/18 32/21 35/18 37/2 38/4 38/22 39/1 40/16 40/19 41/2 44/18 45/8 46/24 52/1 54/23
**Mr. Schmidtlein's [4]** 22/1 24/20 28/20 30/3
**Ms. [4]** 23/19 25/8 25/21 38/5
**Ms. Simons [4]** 23/19 25/8 25/21 38/5
**much [7]** 19/16 20/15 23/13 23/15 24/6 38/17 55/11
**multiple [1]** 27/3
**mute [1]** 9/10
**my [28]** 4/20 8/15 12/12 18/8 23/18 23/23 25/12 25/13 25/24 27/13 30/24 31/13 33/4 37/8 41/7 42/7 43/15 44/6 44/7 45/8 45/13 46/19 53/1 53/10 55/20 56/8 56/21 58/17

**N**

**narrow [1]** 5/6
**nature [2]** 26/24 58/24
**near [1]** 5/6
**nearly [1]** 30/9
**necessarily [1]** 45/5
**necessary [3]** 23/6 26/16 38/3
**need [11]** 5/15 13/15 13/17 14/15 20/20 31/3 48/12 48/22 52/10 54/16 57/19
**needed [2]** 22/16 54/6
**needs [2]** 23/7 45/5
**negotiate [4]** 5/1 31/19 53/6 54/6
**negotiated [4]** 18/14 20/4 21/4 21/6

**negotiating [1]** 50/23 51/4
**negotiation [2]** 44/4 46/14
**negotiations [4]** 42/21 46/1 50/21 52/9
**neither [1]** 31/2
**Net [1]** 13/13
**Net-weight [1]** 13/13
**never [1]** 32/4
**nevertheless [1]** 43/22
**new [6]** 2/5 4/12 4/24 14/15 25/23 31/6
**news [1]** 25/16
**next [15]** 9/17 11/14 14/7 14/18 28/2 28/9 30/14 32/14 33/20 38/17 38/22 39/10 41/8 54/4 56/3
**Nice [1]** 4/8
**no [20]** 1/4 6/7 9/19 11/25 12/16 13/19 14/14 17/6 17/6 19/11 20/16 20/18 26/7 40/22 51/8 53/19 54/19 55/23 55/24 55/25
**Nodding [1]** 14/24
**non [1]** 16/5
**non-lawyers [1]** 16/5
**nonsense [1]** 52/12
**not [66]**
**notation [1]** 15/25
**note [2]** 28/11 60/5
**noted [1]** 30/16
**notes [3]** 25/13 41/7 53/10
**nothing [4]** 5/4 5/15 8/9 26/12
**notice [9]** 22/21 24/4 24/6 39/25 40/1 42/6 42/25 51/13 55/12
**noticed [9]** 7/12 7/13 7/14 8/25 17/10 17/11 17/12 24/2 24/12
**notices [7]** 24/22 25/3 38/23 39/2 39/8 39/9 39/22
**noticing [4]** 8/17 17/19 17/24 40/4
**notion [2]** 22/10 33/13
**novel [1]** 35/12
**November [4]** 22/8 26/9 26/14 48/3
**now [21]** 6/22 7/17 17/20 19/9 20/25 23/9 23/18 24/13 33/7 35/19 38/14 44/6 44/7 44/23 48/20 49/1 54/16 56/21 56/24 57/11 57/18
**nuanced [1]** 31/8
**number [9]** 5/6 6/24 9/14 11/18 17/9 30/5 30/7 40/9 43/18
**numbers [1]** 11/20
**numerous [1]** 46/13
**NW [1]** 1/14 2/14 3/8 3/13
**NY [1]** 2/5

**objecting [1]** 37/21
**objection [1]** 47/1
**objections [2]** 5/20 11/16
**obligations [2]** 26/4 26/16
**observation [2]** 13/10 55/16
**observations [2]** 44/17 45/9
**obtaining [1]** 43/10
**obvious [1]** 16/17
**obviously [10]** 12/15 14/18 15/1 20/1 35/20 39/18 39/21 41/16 54/21 54/25
**occur [1]** 10/7
**occurred [6]** 27/11 28/11 28/22 46/11 52/19 60/5
**October [2]** 18/4 31/17
**off [3]** 4/12 23/23 29/25
**offer [1]** 47/25
**offered [2]** 45/16 52/14
**Official [1]** 3/12
**oh [6]** 17/4 20/16 41/4 41/13 50/5 58/8
**okay [44]** 4/8 6/17 7/10 8/13 9/3 9/8 9/9 10/23 12/2 14/10 14/20 15/22 16/16 19/24 20/14 21/20 25/7 31/21 31/23 32/17 34/7 34/19 36/17 38/3 39/11 39/17 40/11 40/14 40/23 41/13 41/23 50/7 51/22 51/25 53/4 53/5 53/25 54/14 55/6 56/12 57/7 58/12 59/7 59/9
**one [33]** 5/23 8/19 9/23 10/6 10/10 10/11 10/13 10/14 10/19 10/25 11/3 11/6 28/1 29/4 30/10 33/16 34/21 41/12 41/16 41/25 42/10 42/15 43/18 43/24 47/21 48/22 49/2 49/9 51/2 52/18 54/10 54/11 58/13
**one-percent [1]** 41/12
**one-percent-response [1]** 41/16
**ones [3]** 9/16 24/2 48/4
**ongoing [2]** 5/24 7/6
**only [13]** 11/5 13/21 27/12 28/24 33/10 39/24 40/1 43/2 44/12 49/16 49/17 53/11 55/19
**open [3]** 4/16 13/9 33/22
**open-ended [1]** 13/9
**opened [1]** 40/15
**opposed [1]** 1/1
**order [8]** 23/6 27/1 37/17 38/1 54/4 54/6 54/10 56/10

**O**

ordered [1] 53/21
orders [1] 22/13
ordinary [2] 6/10 27/1
original [1] 46/20
originally [1] 10/4
ORRICK [1] 3/3
orrick.com [1] 3/6
other [15] 6/8 6/12
16/1 20/25 21/11 27/19
32/18 33/16 34/25
39/15 45/17 47/12
49/11 49/20 51/8
others [3] 9/24 28/1
29/15
otherwise [3] 4/20
42/12 55/4
ought [1] 47/9
our [21] 5/5 9/17 10/2
10/9 11/3 15/20 23/25
24/1 27/15 29/5 29/22
29/23 30/10 31/1 31/10
32/8 32/15 35/2 51/12
57/16 59/6
out [26] 14/1 16/1
17/19 19/1 24/22 25/2
25/4 25/5 27/11 31/25
36/2 36/8 38/10 38/23
39/8 39/10 44/20 47/3
47/24 49/5 51/13 52/11
52/16 55/13 58/23 59/6
outline [1] 45/17
outlined [1] 45/15
outset [1] 28/13
outside [2] 15/16 26/21
outstanding [3] 27/25
28/17 32/8
over [8] 6/24 26/19
30/14 42/22 45/19
49/15 50/13 51/12
overall [1] 45/9
overarching [1] 22/2
own [5] 15/17 15/20
21/12 24/21 46/6

**P**

p.m [1] 59/16
pace [1] 7/16
pages [2] 18/9 30/6
pandemic [1] 60/6
panel [2] 58/9 58/19
panels [1] 58/13
parameters [1] 43/7
pared [1] 13/2
park [1] 51/14
part [4] 12/7 17/15
22/15 47/25
participate [1] 9/13
participated [2] 17/11
28/10
particular [5] 10/20
16/6 18/23 35/7 42/20
particularly [3] 12/18
35/7 46/1
parties [24] 7/22 8/1
8/16 17/20 17/22 21/11
23/3 31/8 35/3 35/6
35/7 37/25 39/3 40/1

53/13 54/3 54/20 55/1
55/9 55/19
parties' [1] 4/13
partner [4] 27/13 27/14
27/16 33/4
partners [5] 43/17
43/18 44/12 49/16
50/12
party [13] 8/18 12/21
14/16 17/12 17/17
17/25 18/23 26/3 35/9
40/2 40/6 55/5 55/13
past [2] 7/12 48/3
PATTERSON [1] 2/3
pausing [1] 57/10
pay [1] 50/12
pbwt.com [1] 2/6
peculiar [1] 46/6
pejorative [1] 17/8
people [16] 7/8 12/19
13/17 20/19 20/21
22/17 24/5 24/19 25/3
26/19 34/14 38/19 50/2
50/5 52/9 55/4
people's [1] 18/21
percent [13] 10/12
10/14 10/19 11/1 11/2
11/3 11/6 21/24 30/9
30/10 38/15 41/12
41/16
perhaps [2] 42/13
58/24
peril [1] 40/5
perimeter [1] 42/15
period [2] 26/17 39/24
periods [1] 54/12
permits [1] 32/11
permitted [1] 29/22
person [5] 22/5 24/6
24/12 44/19 50/6
perspective [5] 12/7
40/17 44/5 46/19 55/20
phone [2] 46/5 52/20
piece [1] 42/20
ping [1] 21/16
place [1] 46/10
placed [2] 35/6 35/9
plaintiff [2] 2/2 41/3
plaintiffs [15] 1/4 1/13
4/5 4/6 18/14 19/21
21/6 31/1 37/21 42/11
43/9 44/13 47/18 53/15
54/2
plaintiffs' [1] 20/10
30/22 31/10 44/22
plan [5] 5/5 7/20 39/2
39/5 46/20
planning [1] 39/16
play [2] 45/25 51/18
playbook [1] 55/9
Please [1] 60/5
plenty [1] 59/3
plug [1] 45/25
plus [1] 27/6
point [15] 4/14 7/12
7/13 8/11 8/12 8/17
12/1 19/9 22/2 22/4

55/3
pointed [1] 26/6
pointing [2] 50/1 50/4
points [1] 19/8
pools [1] 26/24
portion [2] 15/10 27/14
position [1] 12/11 24/14
32/13 35/21 44/14
possible [1] 12/22
potentially [1] 12/20
practice [2] 15/14 17/1
practices [1] 15/2
preclude [1] 55/14
prejudice [1] 47/13
prejudiced [1] 13/22
prep [1] 24/10
preparation [1] 39/16
prepare [4] 24/16
49/10 52/23 52/25
prepared [4] 10/25
32/24 33/15 43/25
preparing [1] 13/20
present [7] 9/20 12/16
25/10 26/12 37/16
54/19 54/24
presented [3] 29/19
40/20 42/10
presently [1] 17/25
press [1] 52/6
presumably [1] 37/18
presumptuous [1]
29/17
pretty [1] 55/11
Prettyman [1] 3/13
preview [2] 5/18 39/12
primary [5] 5/23 23/18
23/23
principle [1] 20/23
prior [3] 10/10 27/16
27/18
prioritize [1] 29/2
priority [1] 41/24
privilege [18] 5/8 5/10
5/11 5/16 5/19 5/24 6/6
6/7 6/14 6/24 12/8
14/25 15/7 16/7 16/10
16/11 16/14 16/23
privileged [4] 15/16
15/19 15/25 16/19
probably [6] 5/22 18/1
24/3 56/6 56/23 58/19
problem [4] 17/15 21/1
33/6 45/12
proceed [1] 31/25
proceeding [1] 9/13
proceedings [4] 1/9
3/15 59/16 60/4
process [5] 5/14 6/20
7/6 9/22 42/20
produce [11] 16/8 18/7
18/12 20/17 27/8 30/21
31/19 32/6 35/10 45/4
54/5
produced [23] 3/16
5/13 11/17 15/24 16/8
18/6 20/10 21/8 21/14
21/21 28/15 30/13 30/13

41/10 44/25 46/7 46/10
46/19 54/12
producing [5] 9/20
15/9 20/1 20/8 26/20
product [1] 42/21
production [24] 6/19
8/21 8/24 10/2 10/2
10/6 11/11 11/21 25/15
25/17 28/15 28/17
28/18 29/5 30/10 31/1
32/8 33/25 35/22 37/10
37/23 38/16 41/6 54/9
productions [17] 7/3
7/22 8/9 17/21 18/10
18/14 18/16 19/15
20/12 25/19 26/10
31/18 32/4 33/15 35/24
35/25 54/8
progress [3] 5/5 7/4
8/10
promised [1] 41/8
promising [1] 33/8
prompt [1] 10/8
promptly [2] 41/18
53/20
property [1] 42/21
proposal [1] 53/2
propose [1] 29/21
proposed [9] 10/11
35/21 36/19 37/18
37/22 38/1 45/14 54/4
54/6
Protection [1] 2/8
provide [6] 11/24
19/21 39/25 41/8 44/2
45/20
provided [3] 11/19
19/25 23/2
provides [1] 46/21
providing [1] 14/22
pull [1] 24/17
pulling [2] 10/14 56/8
purposes [1] 47/21
pursuant [3] 29/22
31/16 31/20
pursue [1] 14/15
push [1] 7/1
put [6] 16/13 29/23
37/5 45/11 52/13 58/17

**Q**

question [8] 5/17 8/18
14/25 15/6 16/6 23/13
31/7 43/11
questions [11] 25/25
27/6 28/17 30/3 30/11
32/19 43/25 46/15
47/14 51/17 51/19
quickly [5] 4/21 12/22
14/1 14/5 14/18
quite [4] 17/21 19/12
30/18 52/4
quote [4] 22/2 26/8
34/12 34/24
quoted [1] 26/8
quoting [1] 50/10

raise [4] 8/9 33/12
40/20 55/22
raised [6] 5/8 7/15
10/13 10/24 12/8 12/9
12/12 15/6 25/17 29/13
40/17 41/5 41/22
raising [1] 33/12
Ralph [1] 2/9
rare [1] 13/1
rather [6] 4/22 5/21
11/14 31/17 42/21
54/11
re [1] 15/7
re-review [1] 15/7
reached [2] 10/4 19/9
reaching [1] 17/19
reaction [3] 44/18
45/13 52/22
reactions [1] 42/9
read [1] 22/20
reading [1] 55/9
reads [1] 37/2
real [1] 8/3
really [4] 13/22 20/15
Realtime [1] 3/12
reason [1] 6/4
reasonable [6] 28/25
39/21 39/23 39/25 40/8
53/7
recall [1] 18/2
recalling [1] 41/8
received [2] 24/3 35/19
recently [1] 18/11
record [1] 60/3
recorded [1] 3/15
records [1] 21/8
redacting [1] 15/10
redactions [1] 15/10
reducing [1] 12/19
refer [1] 18/22
reference [1] 33/17
referenced [2] 30/19
54/13
referred [1] 31/18
referring [2] 31/14
36/22
reflected [1] 55/13
reflects [1] 38/1
reflexively [1] 16/23
refuting [1] 29/13
regarding [1] 27/11
regardless [1] 16/20
Registered [1] 3/11
regular [2] 16/25 18/18
relates [1] 10/9
relating [1] 42/12
relayed [1] 27/15
released [1] 52/20
relevancy [2] 42/13
42/15
relevant [1] 11/19
44/21 47/14 49/19
remainder [1] 30/12
remaining [2] 5/1
21/25 35/2
remains [1] 9/1
remarkable [1] 52/4

**R**

remember [1] 10/20
remotely [1] 60/7
Report [7] 4/18 11/14
40/21 42/5 56/4 56/14
59/9
reported [1] 26/7
Reporter [4] 3/11 3/11
3/12 3/12
reporting [1] 60/7
reports [1] 26/25
representation [2]
37/8 39/1
represented [1] 37/13
request [12] 10/2 10/9
11/16 11/21 26/24
27/18 27/24 27/24
34/11 37/6 37/6 42/19
requested [6] 20/3
23/2 26/22 27/19 35/12
45/1
requests [7] 10/1 27/2
27/5 31/20 37/5 42/17
46/18
require [1] 49/13
requires [1] 29/24
resolutions [1] 35/1
resolving [1] 32/15
resources [2] 26/15
26/23
respect [13] 4/25 5/1
5/8 6/22 7/11 8/7 8/14
20/2 24/1 32/2 35/21
39/24 54/7
respectfully [1] 49/22
respond [7] 17/8 27/1
27/5 32/12 34/5 34/21
49/9
responded [1] 27/21
responding [1] 29/12
response [26] 11/6
11/24 20/8 20/12 27/23
27/23 29/4 30/8 30/21
31/10 41/8 41/12 41/16
41/20 45/17 45/20
46/21 47/3 47/6 47/7
47/10 47/16 52/13 53/3
53/8 53/8
responses [5] 9/22
9/25 11/17 32/21 48/4
responsive [4] 20/1
20/9 30/22 31/9
result [1] 23/5
returned [1] 16/6
revenue [1] 44/11
revenue-sharing [1]
44/11
review [3] 15/7 22/6
28/19
reviewed [2] 4/18 52/6
reviewing [1] 26/20
RFPs [1] 5/1
right [32] 9/8 10/21
12/3 12/5 14/11 14/21
16/12 22/22 25/8 34/3
37/14 41/4 41/5 41/13
41/24 42/3 44/7 46/22
48/6 53/5 53/10 53/17

56/13 56/18 57/11
57/18 58/15 59/11
ripe [2] 5/4 5/15
RMR [2] 60/2 60/10
road [6] 5/16 6/19
22/24 24/13 40/15
47/22
roll [3] 36/2 36/8 44/19
rolled [1] 39/8
rolling [3] 30/13 38/23
39/9
roughly [1] 45/15
routine [2] 6/5 17/1
run [1] 50/24

**S**

said [13] 14/14 22/9
26/9 33/18 33/20 33/24
33/24 34/14 38/18 43/2
44/1 44/23 55/10
sake [1] 6/7
Sallet [1] 2/7
Sallet's [1] 58/1
same [4] 10/3 22/19
30/25 55/9
sample [1] 10/12
Samsung [3] 8/8 8/15
21/11
satisfied [1] 28/17
say [13] 6/15 10/19
12/25 14/5 18/19 26/12
30/25 32/15 47/17
48/15 48/20 50/5 54/8
saying [7] 6/4 9/5 13/4
24/5 30/9 49/3 50/2
says [8] 11/4 21/5
36/18 37/3 40/6 51/8
52/7 54/10
scan [1] 16/10
schedule [7] 5/2 8/21
8/25 29/23 35/3 37/22
56/22
scheduled [5] 9/16
57/11 58/10 58/11
58/23
Schmidtlein [38] 2/13
4/7 11/9 11/13 12/6
14/3 14/11 15/13 17/5
19/19 21/5 22/8 22/12
22/18 23/17 26/7 26/9
27/10 29/13 30/8 31/18
32/21 34/12 34/12
35/18 37/2 38/4 38/22
39/1 40/16 40/19 41/2
44/18 45/8 46/24 49/24
52/1 54/23
Schmidtlein's [5] 22/1
24/20 28/20 28/21 30/3
scientific [1] 42/20
scope [3] 5/1 40/9
43/17
search [7] 10/3 18/20
18/23 28/25 31/16
31/19 50/12
searches [1] 31/15
seat [1] 47/13
second [4] 10/2 10/16

secret [1] 19/12
Section [1] 2/8
see [9] 4/9 8/11 12/18
16/10 23/19 25/8 53/9
58/1 59/6
seeing [1] 59/13
seek [2] 5/11 20/22
seeking [2] 27/4 43/10
seems [7] 43/2 43/8
43/24 44/1 44/20 45/4
51/1
seen [4] 22/18 35/19
48/15 49/25
sending [2] 6/6 6/12
sense [7] 19/15 39/3
42/19 43/15 44/6 47/17
56/23
sent [2] 36/15 54/9
separate [2] 15/18 20/9
separately [1] 19/25
seriously [1] 26/3
served [1] 31/8
set [6] 54/12 56/17
57/15 57/18 59/2 59/8
seven [2] 28/4 40/8
several [1] 32/25
shaking [1] 20/6 52/2
52/2
shared [2] 32/5 32/7
sharing [1] 44/11
she [2] 16/3 23/20
shielding [1] 6/19
shoot [1] 47/21
should [7] 22/21 30/16
33/8 36/5 36/7 44/2
54/5
shouldn't [1] 19/20
show [1] 26/1
side [2] 31/2 51/8
sides [3] 20/1 31/9
42/8
signaled [1] 12/18
significant [7] 5/9 6/24
7/5 7/8 18/6 18/7 20/11
significantly [1] 6/20
Simons [5] 3/2 23/19
25/8 25/21 38/5
simple [1] 43/22
simply [3] 16/23 35/13
54/10
since [3] 13/21 18/5
46/11
single [2] 45/24 45/25
sit [2] 29/16 40/7
situation [2] 16/9 18/2
six [3] 10/3 10/5 49/17
skewed [1] 10/15
sleep [1] 23/13
small [1] 12/16
so [111]
So from [1] 46/19
So I think [1] 53/5
So it's [3] 37/10 46/15
58/15
So obviously [1] 14/18
so there's [1] 5/14
So this is [1] 16/9

some [39] 5/23 6/13
7/2 7/3 8/17 9/15 9/23
10/15 12/11 13/3 13/12
13/16 13/17 13/17 15/8
17/22 21/12 22/3 27/25
29/3 29/15 30/3 35/11
35/14 41/8 43/21 45/20
45/24 45/24 46/2 46/3
46/4 46/21 47/17 48/18
48/22 49/19 56/23
56/24
somebody [3] 21/16
47/13 49/14
someone [1] 49/10
something [21] 6/8
6/13 8/1 13/25 15/7
15/15 16/2 16/4 19/10
22/3 38/2 42/14 45/5
47/19 47/19 47/20
47/20 48/7 48/10 52/23
52/24
sometime [2] 14/7
38/22
sometimes [1] 18/22
somewhat [1] 17/8
sooner [3] 4/22 27/25
59/13
sorry [10] 7/14 13/6
17/4 31/22 34/6 34/18
36/16 38/8 56/11 58/13
sort [25] 4/20 6/10 8/3
8/7 8/23 15/10 16/5
18/22 18/24 21/1 22/9
22/23 26/12 33/13
35/15 38/13 40/16
43/13 44/3 44/17 45/8
45/16 45/20 47/3 48/18
sought [2] 10/3 43/1
speak [1] 51/6
specific [7] 6/18 9/17
16/5 27/23 32/8 47/14
51/5
specifically [1] 31/15
specifics [1] 27/15
speech [1] 32/24
speed [1] 33/3
spend [1] 29/12
spent [1] 22/15
split [2] 36/13 37/5
spreadsheet [1] 48/22
spring [5] 56/22 57/13
58/6 58/6 58/22
St [1] 2/14
staged [1] 25/4
stamped [1] 40/17
stand [4] 4/17 12/7
25/18 32/13
start [10] 4/12 25/24
36/22 38/23 39/2 39/3
39/8 40/4 44/19 56/25
started [5] 4/15 22/16
22/17 38/14 40/15
starting [3] 47/1 47/2
57/12
state [2] 2/2 16/17
stated [3] 28/13 28/23
29/9

statement [2] 38/14
51/11
statements [3] 19/5
29/13 34/25
states [8] 1/1 1/3 1/10
4/3 38/12 41/3 57/3
57/5
status [11] 1/9 4/18
11/14 29/16 29/19
32/14 40/21 42/5 56/4
56/14 59/8
stenography [1] 3/15
still [9] 5/3 7/6 8/23
17/22 18/15 19/16 20/7
20/11 30/20
stockpiled [1] 7/19
stood [1] 25/13
straitjacket [1] 55/11
strategic [1] 22/4
Street [3] 1/14 3/4 3/8
strike [1] 49/21
strikes [2] 49/9 50/17
structured [1] 48/9
struggling [1] 34/14
stuff [1] 20/24
subject [9] 16/20 44/24
45/5 46/17 46/18 55/2
55/4 57/17 60/6
submission [2] 50/9
51/24
submit [2] 38/1 54/4
submitted [1] 28/8
subpoena [7] 19/1
20/2 20/8 20/10 20/13
30/21 30/23
subpoenas [4] 19/21
19/25 31/8 31/10
subsequent [1] 46/11
subsequently [1]
18/13
substantial [6] 15/24
18/3 31/16 33/2 35/8
41/11
substantial-completio
n [2] 18/3 33/2
substantially [2] 11/10
20/5
such [2] 16/9 26/23
suggest [1] 22/9
suggested [2] 28/18
35/1 47/9
suggesting [1] 29/7
suggestions [1] 30/4
Suite [3] 2/4 2/10 3/4
summarize [1] 4/16
summary [1] 12/6
supplement [1] 53/16
supplemental [1]
14/22
supplementation [3]
5/2 5/3 54/1
supposed [2] 56/25
58/13
sure [11] 10/15 14/7
21/15 28/20 32/1 32/22
35/14 42/25 43/12
50/24 58/21
surprise [1] 16/25

**S**

surprising [1] 29/8
surprisingly [1] 17/13
surveys [3] 11/18
11/20 11/22
suspect [1] 23/14
SUTCLIFFE [1] 3/3
sympathetic [1] 40/10

**T**

table [1] 28/24
tag [1] 6/14
take [12] 5/22 7/20
9/15 22/5 22/7 22/11
24/12 28/24 42/16
43/20 47/3 59/7
taken [8] 5/12 7/5 7/14
13/21 14/17 17/13
23/22 34/15
takes [5] 9/14 26/3
43/6 44/10 47/11
taking [3] 12/11 19/12
44/12
talk [2] 40/16 43/13
talked [2] 10/10 41/12
talking [1] 21/24
talks [1] 36/22
technical [1] 52/17
technological [1] 60/7
tell [5] 15/4 25/16
33/20 38/23 52/1
telling [4] 20/16 22/15
36/1 36/9
ten [2] 21/24 28/4
ten days [1] 28/4
tens [1] 6/25
tentative [2] 57/17
58/24
tentatively [2] 57/15
59/8
term [5] 39/22 44/8
47/3 48/14 50/15
terms [9] 10/3 18/20
19/18 25/18 31/16 35/9
44/19 45/3 45/7
terribly [1] 39/21
Terrific [1] 9/8
testify [1] 9/21
testimony [1] 45/6
than [9] 4/22 11/14
21/24 27/25 29/15 30/1
36/13 42/14 54/5
thank [18] 4/24 9/11
12/10 25/22 32/20 38/6
39/13 40/12 40/13 42/2
45/10 55/23 55/25 56/2
59/10 59/12 59/14
59/15
thank you [16] 4/24
9/11 12/10 25/22 32/20
38/6 39/13 40/12 40/13
42/2 45/10 55/25 56/2
59/12 59/14 59/15
that [377]
that'll [1] 39/3
that's [51] 7/4 7/6 7/20
8/1 8/7 10/7 10/7 11/4
13/3 14/23 17/17 19/16

31/23 33/22 34/7 34/17
34/19 36/2 36/10 36/17
37/1 38/7 38/11 40/8
40/20 41/17 42/4 42/14
42/15 43/12 44/22 45/4
47/20 48/7 48/16 48/22
49/4 51/20 55/13 56/12
56/15 56/19 56/20 57/5
57/13 57/17 58/21
their [28] 7/22 8/3 8/8
8/24 11/11 11/24 12/14
12/17 17/21 17/23
17/24 21/12 22/11
22/17 24/4 25/9 27/5
33/1 33/19 33/21 35/22
42/14 46/6 48/15 49/1
49/4 54/19 54/20
them [36] 7/20 7/21
7/21 8/11 9/1 9/14 10/6
10/16 11/20 12/23
13/11 13/20 13/20
16/18 24/6 24/7 24/12
24/21 25/9 25/10 26/11
27/8 28/6 28/16 30/6
33/10 33/12 33/12
33/13 34/9 34/25 37/16
43/21 46/6 49/17 51/17
themselves [1] 45/2
then [18] 12/5 12/9
18/24 24/7 25/19 31/25
42/4 42/7 47/20 49/1
49/15 50/13 51/9 51/16
53/9 57/10 57/25 59/3
theories [1] 24/1
there [33] 4/19 6/24
7/17 11/1 16/5 16/25
17/22 20/16 21/5 21/19
24/19 25/1 25/14 25/15
25/16 32/24 35/8 39/12
40/19 43/4 45/22 47/17
48/19 50/17 50/18
50/22 50/24 52/20 53/9
53/11 54/15 54/19 59/7
there's [15] 5/4 5/14
9/19 11/25 13/15 13/19
13/20 23/11 24/22
24/23 25/25 45/24
47/21 48/18 58/9
therefore [1] 60/6
these [54] 5/13 5/22
6/2 6/20 7/3 14/14
14/16 18/20 19/6 19/15
20/19 20/21 23/20
23/21 29/16 29/19
29/20 31/15 33/7 33/11
33/15 35/16 36/6 37/16
37/18 37/20 39/15 43/5
44/4 44/11 44/14 44/16
45/19 45/19 46/1 46/1
46/2 46/3 46/4 46/7
46/8 46/9 46/12 46/14
46/17 48/14 49/23
50/20 50/23 52/18
52/19 55/17 57/12 59/1
they [59] 6/13 6/23
6/23 7/2 7/14 7/20 7/23
8/15 10/14 11/9 12/16

18/10 18/11 18/13 19/5
19/6 19/10 21/17 22/10
22/11 22/16 22/19
22/20 24/10 24/12
24/18 24/19 33/1 33/1
33/18 33/20 35/9 35/21
36/1 38/19 38/19 38/20
44/25 45/1 46/10 46/13
46/16 48/15 48/21
48/25 49/1 49/2 49/16
50/24 50/24 51/7 51/7
51/11 51/12 52/1 51/7
they'd [1] 11/10
they're [24] 6/3 8/3
12/19 13/2 19/7 19/25
24/19 25/4 33/7 33/14
34/13 35/9 36/1 36/9
36/10 38/16 38/18 40/7
46/5 49/2 51/8 52/18
54/18 54/21
they've [8] 22/20 24/3
33/13 36/7 38/18 46/9
46/12 52/6
thing [4] 28/22 33/16
34/22 55/19
things [18] 4/17 4/20
12/6 12/15 25/11 25/18
27/10 27/19 28/11
32/25 33/7 36/7 36/22
44/14 45/22 53/12
55/18 58/23
think [50] 9/16 9/23
10/10 11/8 11/18 14/23
16/18 16/21 17/25 18/8
19/9 22/11 23/17 32/24
34/3 35/23 36/5 37/11
37/12 39/1 39/16 39/18
41/5 41/7 42/9 42/16
42/24 43/11 43/15
44/20 45/11 45/11
45/14 45/15 45/21
45/23 46/22 47/12
48/11 48/16 49/3 51/20
52/15 52/22 53/3 53/5
53/11 55/15 56/3 58/5
third [23] 7/22 8/1 8/16
8/18 10/9 12/21 14/16
17/12 17/17 17/19
17/22 21/11 26/3 35/6
35/7 39/2 40/1 40/6
53/13 54/20 55/1 55/5
55/13
third-party [7] 8/18
12/21 14/16 17/12
17/17 26/3 55/5
thirds [1] 30/16
this [100]
Thorough [1] 47/9
those [31] 7/23 8/7
8/18 8/23 8/25 9/25
11/20 11/22 13/24
14/12 14/18 18/15
18/16 21/8 24/14 24/16
24/22 35/14 36/2 37/24
39/8 43/7 43/14 44/15
44/15 44/17 45/3 47/11
49/15 58/13 58/23

thought [6] 15/19 16/7
33/24 33/24 35/5 48/4
thoughts [2] 32/21
45/8
thousands [1] 6/25
three [6] 7/14 10/1
13/23 18/19 29/8 29/16
through [5] 4/20 22/4
24/24 29/16 43/3
thus [2] 17/10 17/14
time [22] 4/10 5/12 7/6
9/5 14/6 18/5 23/3
24/10 24/22 26/15
29/12 39/24 46/12
46/19 50/13 51/12
51/15 54/5 54/11 55/25
58/11 59/3
timeline [2] 27/20
30/25
timely [2] 23/22 51/24
times [1] 24/25
timing [1] 28/23
tirelessly [2] 32/3
34/15
titled [1] 60/4
today [12] 4/21 7/18
14/23 22/25 25/14
27/12 33/13 35/24 37/8
41/15 52/21 56/1
today's [3] 28/7 29/5
41/22
together [2] 23/3 52/13
told [2] 21/18 33/12
too [3] 24/14 31/8
58/14
took [2] 13/4 47/24
top [1] 8/15
topic [6] 31/13 42/5
42/12 44/25 47/8 47/13
topics [2] 9/21 9/23
traffic [1] 7/24
tranche [1] 30/14
transcript [3] 1/9 3/15
60/3
transcription [1] 3/16
treated [1] 5/11
trial [8] 20/22 55/3
56/22 57/1 57/11 57/13
57/17 57/25
trickled [1] 8/10
trouble [2] 8/20 20/24
true [2] 21/10 58/22
truth [1] 22/24
try [3] 35/13 50/25
58/17
trying [3] 15/11 36/12
43/6
tuning [1] 8/23
turn [9] 12/5 12/11
25/9 25/10 25/18 40/20
42/4 44/17 46/25
two [19] 9/21 10/10
10/13 13/21 24/4 24/13
25/4 25/4 26/6 26/21
28/11 29/6 30/15 30/16
42/9 42/16 43/19 53/11
53/12

two weeks [1] 30/15
two-thirds [1] 30/16
TYLER [1] 2/3
type [1] 49/4

**U**

U.S [1] 1/13
ultimate [2] 35/15 45/3
ultimately [2] 23/7
43/11
unacceptable [1] 29/6
unavoidable [1] 23/12
uncomfortable [1]
50/16
uncover [1] 52/17
under [2] 13/17 24/15
underlying [2] 11/22
44/24
understand [14] 12/23
21/23 24/23 25/15 27/4
27/8 29/18 35/5 35/11
35/11 36/18 41/17 49/7
50/3
understanding [5]
8/15 21/7 25/14 27/13
37/23
understands [1] 48/2
understood [2] 9/4
23/24 25/12
undoubtedly [2] 23/10
43/4
Unfortunately [1] 18/5
unfounded [1] 13/5
unique [2] 23/10 34/11
Unit [1] 2/8
UNITED [6] 1/1 1/3
1/10 4/3 38/12 57/3
United States [3] 4/3
38/12 57/3
universe [1] 30/20
unrealistic [3] 43/18
43/24 51/2
until [5] 17/22 19/14
40/3 40/4 52/21
unusual [1] 16/18
16/21 17/18
up [16] 4/16 7/7 7/24
8/10 12/3 14/4 15/9
29/11 31/24 33/3 37/5
47/15 48/21 51/17
52/21 56/8
upon [4] 9/15 11/12
20/3 40/8
us [32] 6/23 7/9 7/16
7/25 9/17 11/5 11/24
14/19 15/7 19/11 19/17
20/16 22/15 22/17
22/19 24/24 27/11 29/2
29/24 30/4 32/11 33/20
36/1 36/7 36/9 38/7
40/7 41/21 45/24 52/15
56/16 58/16
usdoj.gov [1] 1/16
use [8] 11/4 11/5 48/14
48/21 48/25 49/11
49/12 51/16
used [5] 7/17 7/23 10/4
50/10 51/12

**U**

**useful [1]** 55/8
**user [2]** 10/12 10/19
**using [5]** 7/21 10/3
11/6 48/20 51/3
**usually [2]** 13/2 13/3
**utilized [1]** 11/22

**V**

**valuation [1]** 51/10
**value [3]** 15/15 44/9
51/7
**values [1]** 51/6
**valuing [1]** 51/5
**variable [1]** 52/17
**variables [10]** 43/5
43/24 44/3 44/9 44/16
48/12 48/19 49/4 49/14
49/15
**various [3]** 17/19 19/4
19/6
**vendors [1]** 26/23
**venture [1]** 22/23
**version [1]** 15/9
**versus [1]** 4/4
**very [18]** 14/13 15/5
18/22 19/11 19/11
19/16 19/17 23/15
24/23 26/3 32/22 33/22
34/11 44/6 49/9 52/22
56/23 57/13
**VIA [1]** 1/9
**Vince [1]** 25/22
**Vincent [1]** 3/7
**vincent.cohen [1]** 3/10
**visibility [2]** 20/16
20/18
**visits [2]** 10/12 10/19
**volume [3]** 18/6 18/8
19/16
**volumes [1]** 15/25
**vs [1]** 1/5

**W**

**wait [3]** 11/14 21/13
22/10
**waiting [3]** 40/3 41/11
58/2
**want [30]** 4/19 5/14 6/3
10/15 11/2 15/7 20/23
22/23 24/6 24/16 24/17
29/6 29/17 33/16 33/17
34/8 34/12 35/4 35/23
35/24 36/8 36/18 38/20
40/19 43/12 47/15
48/14 49/4 51/11 55/15
**wanted [3]** 17/7 29/2
41/2
**wanting [1]** 22/19
**wants [1]** 55/21
**warrant [1]** 16/3
**was [34]** 9/4 10/13
10/20 11/22 13/4 13/9
15/19 16/5 18/4 21/14
26/13 27/22 28/1 28/16
28/21 29/4 29/6 29/10
30/8 30/11 31/12 31/17
37/7 41/10 41/21 41/21

52/2 52/20 54/9 54/12
**Washington [5]** 1/5
1/14 2/15 3/8 3/14
**wasn't [1]** 50/5
**wasting [1]** 51/14
**wave [1]** 52/19
**way [15]** 7/8 10/15
13/3 13/12 23/21 27/22
33/10 43/14 44/22
46/22 47/8 47/18 48/9
48/10 53/5
**wc.com [1]** 2/16
**we [226]**
**We expect [1]** 30/12
**we will [10]** 13/24
14/15 15/8 36/3 37/3
41/16 52/13 52/14
52/22 53/20
**we'd [2]** 10/4 11/8
**we'll [17]** 8/6 9/24 10/5
11/23 13/25 14/21
23/19 31/25 36/22
46/20 53/2 53/9 54/10
59/3 59/7 59/8 59/12
**we're [45]** 4/25 5/3 5/4
7/12 7/23 8/7 9/22
10/12 12/13 13/25
15/11 17/23 19/2 19/3
19/12 19/14 20/20
20/24 21/24 24/5 24/13
24/14 24/15 24/16 25/5
26/11 31/25 32/18
33/10 33/11 33/14
35/16 41/11 41/18
45/17 46/2 48/7 48/16
48/17 48/24 49/3 51/18
52/4 52/16 52/24
**we've [36]** 5/8 7/3 7/11
8/8 9/23 10/4 10/13
10/16 10/24 11/19
11/19 11/21 13/14
13/16 16/8 16/14 17/9
18/24 19/9 20/17 20/25
20/25 22/13 22/17 24/2
24/6 24/7 30/1 45/23
46/10 46/18 48/15
49/24 49/25 53/1 53/14
**WEBB [1]** 2/3
**website [1]** 7/17
**Wednesday [1]** 54/4
**week [20]** 14/7 14/8
14/23 18/10 28/1 28/2
28/3 28/16 33/5 36/22
36/23 36/23 36/25 37/4
37/7 37/10 39/10 41/8
58/6 58/15
**weekdays [2]** 7/18
7/18
**weekend [1]** 7/25
**weeks [3]** 9/17 30/15
36/7
**weight [1]** 13/13
**well [25]** 4/10 11/4
12/24 19/19 19/20 21/1
21/3 21/11 22/23 26/8
26/16 32/10 34/14
36/21 36/25 38/25

49/22 50/5 53/23 55/7
57/6 59/12
**well-defined [1]** 39/22
**went [1]** 19/1
**were [15]** 5/13 11/1
11/10 18/3 23/3 25/14
27/25 33/12 35/9 46/8
46/10 48/4 49/16 53/16
54/21
**wfcavanaugh [1]** 2/6
**what [68]**
**what's [9]** 4/19 21/25
35/11 35/20 40/16 42/9
42/25 43/13 49/5
**whatever [3]** 20/1 20/9
48/13
**when [19]** 7/1 10/7
10/19 12/25 14/5 14/6
18/16 19/5 19/5 21/4
21/8 39/3 39/8 40/15
43/6 44/10 46/1 53/2
54/8
**where [19]** 4/16 7/7 8/7
10/2 11/2 12/6 15/25
16/1 16/9 18/2 19/9
25/10 25/13 25/18 35/2
48/18 48/19 52/8 53/9
**whether [14]** 13/10
14/14 20/19 28/17 29/2
36/19 36/20 42/11
46/25 49/12 49/15
49/16 52/1 54/18
**which [33]** 5/2 6/25
7/15 7/15 8/6 10/10
11/18 19/14 22/3 22/19
24/11 27/13 27/20
27/22 27/22 28/2 28/3
28/4 28/10 29/24 30/12
31/1 31/12 31/16 32/5
37/11 37/12 47/9 47/25
47/25 50/1 50/11 53/8
**while [1]** 21/14
**who [10]** 5/10 9/21
17/22 34/15 35/8 46/13
46/16 52/9 55/1 55/4
**who've [1]** 24/24
**whoever [1]** 38/18
**whole [1]** 42/23
**why [13]** 4/15 7/4 12/5
26/6 31/24 43/12 45/6
48/16 49/17 50/8 57/8
57/13 57/15
**will [33]** 9/21 11/23
12/20 13/24 14/15 15/8
21/8 23/7 23/9 23/10
25/24 30/13 30/24
30/25 33/20 36/3 37/3
39/4 39/8 41/16 47/17
50/9 52/13 52/14 52/21
52/22 53/6 53/8 53/20
54/3 55/9 58/5 58/10
**William [5]** 2/3 3/11 4/6
60/2 60/10
**WILLIAMS [1]** 2/14
**willing [3]** 7/2 50/12
51/8
**window [3]** 29/4 32/6

**withheld [1]** 5/13
**within [14]** 6/5 9/17
14/8 26/16 28/6 29/5
29/24 32/6 32/10 33/25
37/8 38/16 39/23 42/12
**without [2]** 5/18 47/13
**witness [3]** 9/20 43/18
43/25
**witnesses [3]** 43/19
46/13 49/25
**won't [1]** 23/14
**wondering [1]** 54/21
**word [1]** 47/24
**wording [1]** 16/10
**words [4]** 6/12 16/1
45/17 49/11
**work [6]** 32/9 48/10
51/21 57/21 58/3 58/5
**worked [2]** 15/4 24/7
**working [5]** 8/8 13/25
26/4 32/3 34/15
**works [3]** 56/16 57/3
57/22
**worth [3]** 43/21 43/22
49/6
**would [28]** 12/17 12/21
14/13 14/18 16/7 16/8
18/19 19/2 19/11 22/1
24/18 24/21 27/20
27/24 28/18 31/9 32/7
37/9 38/14 38/21 40/5
45/16 47/1 47/8 49/13
49/14 50/24 52/25
**wouldn't [2]** 7/25 7/25
**wrap [1]** 31/24
**writing [7]** 27/7 33/11
35/23 37/16 47/19
47/20 49/10
**written [15]** 9/22 9/25
27/18 45/16 46/20 47/2
47/6 47/7 47/15 48/4
50/9 51/11 51/23 53/3
53/8
**wrong [1]** 33/14

**X**

**X date [1]** 54/11

**Y**

**yeah [6]** 13/9 36/17
41/14 47/5 58/3 59/5
**year [5]** 4/12 4/24
22/15 25/23 31/6
**years [5]** 42/22 45/19
46/7 49/15 52/6
**years' [2]** 43/21 43/22
**yes [14]** 4/23 6/11 6/16
10/22 14/9 19/23 20/16
31/5 38/8 39/6 40/25
41/4 45/10 53/24
**yet [8]** 10/6 11/6 14/17
28/14 31/11 52/10
56/17 58/9
**York [1]** 2/5
**you [149]**
**you know [7]** 16/17
23/7 45/14 49/20 50/13

70/19 53/7
**you'll [4]** 8/17 23/16
37/19 42/1
**you're [5]** 9/10 12/25
25/16 47/19 49/8
**you've [12]** 20/3 20/4
22/4 30/19 35/1 35/19
37/19 45/11 45/15
45/21 45/23 52/15
**you-all [4]** 25/18 37/15
37/20 44/14
**your [102]**
**Your Honor [76]**

**Z**

**Zaremba [3]** 3/11 60/2
60/10
**ZOOM [1]** 1/9