IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>            Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>            Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

### JOINT NOTICE OF FILING REGARDING PROPOSED ORDER

Pursuant to the Court's instructions at the January 7, 2022 status conference and the January 7, 2022 Minute Order, Defendant Google LLC and non-party Microsoft Corporation respectfully attach to this notice a proposed order regarding Microsoft's compliance with subpoenas issued in the above-captioned matters.

Dated: January 12, 2022              Respectfully submitted,

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
Williams & Connolly LLP

1

725 12th Street, NW
Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
Wilson Sonsini Goodrich & Rosati P.C.
1700 K St, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

Mark S. Popofsky (D.C. Bar No. 454213)
Ropes & Gray LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*

2

By: /s/ *Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr.
Amisha R. Patel
Dechert LLP
1900 K Street NW
Washington, DC 20006
Tel: 202-261-3300
vincent.cohen@dechert.com
amisha.patel@dechert.com

Caroline Simons (*pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
22 Berkeley Street
Suite 2000
Boston, MA 02116
Tel: 617-880-1800
csimons@orrick.com

Amy W. Ray
Haley P. Tynes
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-339-8400
amyray@orrick.com
htynes@orrick.com

*Counsel for Non-Party Microsoft Corporation*