**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

| | |
|---|---|
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## <u>ORDER</u>

Pursuant to the Court's instructions at the January 7, 2022 status conference and the January 7, 2022 Minute Order, it is hereby ORDERED:

1.      Microsoft shall complete by February 4, 2022 its production of the documents responsive to the subpoenas issued to date in these matters by each of the Plaintiffs and Google. "Consistent with the time periods that are set forward in the letter that was produced to Google" on January 4, 2022, as outlined below, Microsoft shall produce the following materials responsive to the below requests, to the extent they remain outstanding and have been located following a reasonable search, according to the following timeline (if not earlier):

    a.    Third-party agreement-related materials the week of January 17, 2022.

    b.    Request Nos. 32 and 87 in Google's Subpoena dated April 13, 2021 (the "April Subpoena") the week of January 17, 2022.

    c.    Request No. 78 from the April Subpoena the week of January 31, 2022.

    d.    Request Nos. 2 and 47 from the April Subpoena the week of January 10, 2022.

    e.    Request No. 19 from the April Subpoena the week of January 31, 2022.

    f.    Request Nos. 25 and 36 from the April Subpoena the week of January 17, 2022.

    g.    Request Nos. 60, 62, and 89 from the April Subpoena the week of January 31, 2022.

    h.    Request No. 85 from the April Subpoena the week of January 31, 2022.

    i.    Request No. 88 from the April Subpoena the week of January 31, 2022.

    j.    Microsoft Advertising and Finance data by the week of January 24, 2022.

2.    By January 14, 2022, Microsoft's counsel shall provide to Google an expected date of completion of Telemetry, MSN, and any additional Bing data.  Microsoft shall make reasonable efforts to complete its production of data the week of January 31, 2022.

3.    Microsoft shall complete and serve its privilege logs for documents and data responsive to the subpoenas issued to date by each of the Plaintiffs and Google the week of January 31, 2022.

ISSUED this _____ day of _____, 2022.

SO ORDERED:

_____

Hon. Amit P. Mehta
United States District Judge