# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

| | |
|---|---|
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(b), Jeanette Leary Pascale gives notice of her withdrawal as counsel of record for Plaintiff State of Tennessee in *State of Colorado, et al. v. Google LLC*, Case No. 20-cv-03715. Tennessee will continue to be represented by David McDowell and Chris Dunbar.

Dated: January 28, 2022

Respectfully submitted,

By: */s/ Jeanette L. Pascale*

Jeanette Leary Pascale
Assistant Attorney General
Office of the Attorney General of Tennessee

Consumer Protection Division
UBS Tower, 19th Floor
315 Deaderick Street
Nashville, TN 37243
(615) 253-5203
jenna.pascale@ag.tn.gov