AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Illinois.

Date: 02/04/2022

/s/ Brian M. Yost
*Attorney's signature*

Brian M. Yost (IL 6334138)
*Printed name and bar number*

Office of the Illinois Attorney General
100 W. Randolph St.
Chicago, IL 60601
*Address*

Brian.Yost@ilag.gov
*E-mail address*

(872) 276-3598
*Telephone number*

(312) 814-4209
*FAX number*