AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date:   02/04/2022

/s/ Meagan K. Bellshaw
*Attorney's signature*

Meagan K. Bellshaw (CA #257875)
*Printed name and bar number*
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
*Address*

meagan.bellshaw@usdoj.gov
*E-mail address*

(202) 598-2307
*Telephone number*

(202) 514-7308
*FAX number*