# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 20-03010-APM |
| GOOGLE LLC | |
| *Defendant*. | |

## PLAINTIFFS' FIRST AMENDED INITIAL DISCLOSURES

Plaintiffs, United States of America, State of Arkansas, State of California,[1] State of Florida, State of Georgia, State of Indiana, Commonwealth of Kentucky, State of Louisiana, State of Michigan, State of Mississippi, State of Missouri, State of Montana, State of South Carolina, State of Texas, and State of Wisconsin, hereby make the following first amended initial disclosures under Federal Rule of Civil Procedure 26(a)(1). These disclosures are based on information currently available to Plaintiffs and represent their good-faith efforts to identify (1) persons likely to have discoverable information that may be used to support Plaintiffs' claims in this action, and (2) documents and electronically stored information that may be used to support Plaintiffs' claims in this action. These disclosures narrow the previous disclosures sent November 20, 2020 and supplemented January 29, 2021.

---

[1] The State of California joined Civil Action No. 20-03010-APM on December 21, 2020, and made its initial disclosures under Federal Rule of Civil Procedure 26(a)(1) on January 15, 2021, by incorporating the Plaintiffs' Initial Disclosures, dated November 20, 2020. Accordingly, the State of California now joins the Plaintiffs herein in this Supplemental Disclosure.

Plaintiffs continue to reserve the right to further amend these disclosures under Federal Rule of Civil Procedure 26(e) as discovery proceeds. These disclosures are not intended to waive any objections that Plaintiffs may have regarding the use or admissibility of any disclosed information, whether during discovery or trial, and these disclosures do not constitute a waiver of attorney–client privilege, attorney work product, or any other applicable privilege or protection.

Under Federal Rule of Civil Procedure 26(a)(1)(A)(i) and (ii), Appendix A identifies those entities and related individuals known to Plaintiffs at this time who likely have discoverable information that Plaintiffs may use to support their claims, and Appendix B lists the documents and electronically stored information held by the Antitrust Division and by the offices of the Attorneys General of the Plaintiff States that Plaintiffs may use to support their claims. These initial disclosures do not include expert disclosures under Federal Rule of Civil Procedure 26(a)(2).

Plaintiffs are not seeking damages from Defendant in this action and do not have insurance agreements relevant to this matter and therefore have no disclosures under Rule 26(a)(1)(A)(iii) or (iv).

Dated: January 14, 2022

Respectfully submitted,

By:  */s/ Kenneth M. Dintzer*
Kenneth M. Dintzer
Elizabeth S. Jensen
U.S. Department of Justice, Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff United States*

By: ___/s/ Jonathan R. Carter_____
Leslie Rutledge, Attorney General
Johnathan R. Carter, Assistant Attorney General
Office of the Attorney General, State of Arkansas
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Johnathan.Carter@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

By: ___/s/ Adam Miller_____
Rob Bonta, Attorney General
Ryan J. McCauley, Deputy Attorney General
Adam Miller, Deputy Attorney General
Paula Blizzard, Supervising Deputy Attorney
General
Kathleen Foote, Senior Assistant Attorney General
Office of the Attorney General,
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Adam.Miller@doj.ca.gov

*Counsel for Plaintiff State of California*

By: ___/s/ Lee Istrail_____
Ashley Moody, Attorney General
R. Scott Palmer, Interim Co-Director, Antitrust
Division
Nicholas D. Niemiec, Assistant Attorney General
Lee Istrail, Assistant Attorney General
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

By:_____/s/ Daniel Walsh_____
Christopher Carr, Attorney General
Margaret Eckrote, Deputy Attorney General
Daniel Walsh, Senior Assistant Attorney General
Charles Thimmesch, Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
cthimmesch@law.georgia.gov

*Counsel for Plaintiff State of Georgia*

By:_____/s/ Scott L. Barnhart_____
Theodore Edward Rokita, Attorney General Scott
L. Barnhart, Chief Counsel and Director,
Consumer Protection Division
Matthew Michaloski, Deputy Attorney General
Erica Sullivan, Deputy Attorney General
Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Scott.Barnhart@atg.in.gov

*Counsel for Plaintiff State of Indiana*

By: ___/s/ Philip R. Heleringer_____
Daniel Cameron, Attorney General
J. Christian Lewis, Executive Director of
Consumer Protection
Philip R. Heleringer, Deputy Executive Director of
Consumer Protection
Jonathan E. Farmer, Assistant Attorney General
Office of the Attorney General, Commonwealth of
Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Phone: 502-696-5647
Philip.Heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*

By:    */s/ Christopher J. Alderman*

Jeff Landry, Attorney General
Christopher J. Alderman, Assistant Attorney
General
Office of the Attorney General, State of Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
AldermanC@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

By:    */s/ Scott Mertens*

Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for Plaintiff State of Michigan*

By:    */s/ Stephen M. Hoeplinger*

Stephen M. Hoeplinger
Assistant Attorney General
Missouri Attorney General's Office
815 Olive St., Suite 200
St. Louis, Missouri 63101
Stephen.Hoeplinger@ago.mo.gov
*Counsel for Plaintiff State of Missouri*

By:    */s/ Hart Martin*

Lynn Fitch, Attorney General
Hart Martin, Special Assistant Attorney General
Crystal Utley Secoy, Assistant Attorney General
Office of the Attorney General, State of
Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Hart.Martin@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

By:_____/s/ Mark Mattioli_____
Austin Knudsen, Attorney General
Mark Mattioli, Chief, Office of Consumer
Protection
Office of the Attorney General, State of Montana
P.O. Box 200151
555 Fuller Avenue, 2nd Floor
Helena, Montana 59620-0151
mmattioli@mt.gov

*Counsel for Plaintiff State of Montana*

By:_____/s/ Rebecca M. Hartner_____
Rebecca M. Hartner, Assistant Attorney General
Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney General
C. Havird Jones, Jr., Senior Assistant Deputy
Attorney General
Mary Frances Jowers, Assistant Deputy Attorney
General
Office of the Attorney General, State of South
Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
RHartner@scag.gov

*Counsel for Plaintiff State of South Carolina*

By:_____/s/ Bret Fulkerson_____
Bret Fulkerson
Office of the Attorney General, Antitrust Division
300 West 15th Street
Austin, Texas 78701
Bret.Fulkerson@oag.texas.gov

*Counsel for Plaintiff State of Texas*

By:     /s/ Gwendolyn J. Lindsay Cooley
Joshua L. Kaul, Attorney General
Gwendolyn J. Lindsay Cooley, Assistant Attorney
General
Wisconsin Department of Justice
17 W. Main St.
Madison, Wisconsin 53701
Gwendolyn.Cooley@Wisconsin.gov

*Counsel for Plaintiff State of Wisconsin*

## **APPENDIX A**

**A. Individuals who likely have discoverable information that the Plaintiffs may use to support their claims or defenses**

Below is a list of individuals and entities who Plaintiffs at this time believe are likely to have discoverable information that the Plaintiffs may use to support their claims or defenses. Other individuals and entities not named below, including other Google customers, contracting partners, competitors, and employees, also may have discoverable information.

| 1. | **Name:** | Employees of Adobe |
|---|---|---|
| | **Address:** | 345 Park Avenue<br>San Jose, CA 95110 |
| | **Counsel/Contact:** | Michael Van Arsdall |
| | **Telephone Number:** | ▮▮▮▮▮ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 2. | **Name:** | Current and Former employees of Airbnb, *including* ▮▮▮▮▮ ▮▮▮▮▮ |
|---|---|---|
| | **Address:** | 888 Brannan St.<br>San Francisco, CA 94103 |
| | **Counsel/Contact:** | Renata B. Hesse |
| | **Telephone Number:** | ▮▮▮▮▮ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 3. | **Name:** | Employees of Allstate, *including* ▮▮▮▮▮ ▮▮▮▮▮ |
|---|---|---|
| | **Address:** | 2775 Sanders Road<br>Northbrook, IL 60062 |
| | **Counsel/Contact:** | James Orenstein |
| | **Telephone Number:** | ▮▮▮▮▮ |
| | **Subject(s):** | Google's distribution contracts, the relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary |

| | | |
|---|---|---|
| | | conduct, and the anticompetitive effects arising from that conduct |

| 4. | **Name:** | Employees of Amazon, *including* ███████████████ |
|---|---|---|
| | **Address:** | 410 Terry Ave N<br>Seattle, WA 98109 |
| | **Counsel/Contact:** | Josh Lipton |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Google's distribution contracts, the relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 5. | **Name:** | Employees of American Airlines, *including* ██████████ |
|---|---|---|
| | **Address:** | 1 Skyview Drive<br>Fort Worth, TX 76155 |
| | **Counsel/Contact:** | Rod Stone |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 6. | **Name:** | Employees of ANGI Homeservices, Inc., *including* ██████████████ |
|---|---|---|
| | **Address:** | 36001 Walnut Street,<br>Denver, CO 80205 |
| | **Counsel/Contact:** | Brandon Kressin |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, the anticompetitive effects arising from that conduct |

| 7. | Name: | Current and Former employees of Apple, Inc., *including* ███████████████████████████████████████████████████████████████████████████████████████████████████████████████ |
|---|---|---|
| | Address: | One Apple Park Way<br>Cupertino, CA 95014 |
| | Counsel/Contact: | Steven Sunshine |
| | Telephone Number: | ████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 8. | Name: | Current and former employees of Ask Media Group, *including* ████████████████████████ |
|---|---|---|
| | Address: | 555 12th St<br>Oakland, CA 94607 |
| | Counsel/Contact: | Brandon Kressin |
| | Telephone Number: | █████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 9. | Name: | Employees of AT&T, *including* ████████████████████████████████████████████████████████ |
|---|---|---|
| | Address: | 208 S. Akard St.<br>Dallas, TX 75202 |
| | Counsel/Contact: | Robert Keeling |
| | Telephone Number: | █████████ |
| | Subject(s): | Google's distribution contracts, the relevant product markets at issue in the Complaint, competition and barriers |

| | | to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |
|---|---|---|

| 10. | **Name:** | Employees of Bank of America, *including* ███████ ████████████ ███████████████ |
|---|---|---|
| | **Address:** | 100 North Tryon Street<br>Charlotte, NC 28255 |
| | **Counsel/Contact:** | Michael Miller |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 11. | **Name:** | Employees of Booking Holdings *including* ████████ ███████████████ ███████████████ ████████ |
|---|---|---|
| | **Address:** | 800 Connecticut Ave<br>Norwalk, CT 06854-1631 |
| | **Counsel/Contact:** | Jonathan Porter |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 12. | **Name:** | Employees of Bose Corporation, *including* ███████ |
|---|---|---|
| | **Address:** | The Mountain<br>Framingham, MA 01701 |
| | **Counsel/Contact:** | David Gringer |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 13. | Name: | Employees of Branch Metrics, *including* ███████ ███████████████████ |
| | Address: | 1400 Seaport Blvd.<br>Building B, 2nd Floor<br>Redwood City, CA 94063 |
| | Counsel/Contact: | Steven Holtzman |
| | Telephone Number: | ███████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 14. | Name: | Employees of Brave, *including* ██████████ ████ |
| | Address: | 512 Second St., Floor 2<br>San Francisco, CA 94107 |
| | Counsel/Contact: | Andy Lacy |
| | Telephone Number: | ███████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 15. | Name: | Employees of Cerence, *including* ██████████ ████████ |
| | Address: | 15 Wayside Road<br>Burlington, MA 01803 |
| | Counsel/Contact: | James Tierney |
| | Telephone Number: | ███████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 16. | Name: | Employees of Chewy, *including* ██████████ ██████ |
| | Address: | 1855 Griffin Road, Suite B-428<br>Dania Beach, Florida 33004 |
| | Counsel/Contact: | Daniel Filor |
| | Telephone Number: | ███████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, |

| | | Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |
|---|---|---|

| 17. | **Name:** | Employees of Crate & Barrel Holdings, Inc., *including* ████████████ |
|---|---|---|
| | **Address:** | 1250 Techny Road<br>Northbrook, IL 60062 |
| | **Counsel/Contact:** | Jeane Thomas |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 18. | **Name:** | Employees of Delta Air Lines, Inc., *including* ████████ |
|---|---|---|
| | **Address:** | 1030 Delta Boulevard<br>Atlanta, GA 30320-6001 |
| | **Counsel/Contact:** | Armen Adzhemyan |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 19. | **Name:** | Employees of Dentsu Aegis Network North America, *including* ████████ |
|---|---|---|
| | **Address:** | 150 E 42nd Street<br>New York, NY 10017 |
| | **Counsel/Contact:** | Thomas Dillickrath |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 20. | **Name:** | Employees of DuckDuckGo, *including* ████████ |
|---|---|---|
| | **Address:** | 20 Paoli Pile<br>Paoli, PA 19301 |
| | **Counsel/Contact:** | Ronald Wick |
| | **Telephone Number:** | ████████ |

| | Subject(s): | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |
|---|---|---|

| 21. | Name: | Employees of eBay, *including* ███████████ |
|---|---|---|
| | Address: | 2025 Hamilton Ave. San Jose, CA 95125 |
| | Counsel/Contact: | James Tierney |
| | Telephone Number: | ████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 22. | Name: | Employees of Estee Lauder |
|---|---|---|
| | Address: | 767 Fifth Avenue New York, NY 10153 |
| | Counsel/Contact: | Scott Sher |
| | Telephone Number: | ████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 23. | Name: | Employees of Expedia |
|---|---|---|
| | Address: | 1111 Expedia Group Way West Seattle WA 98119 |
| | Counsel/Contact: | Cortlin Lannin |
| | Telephone Number: | ████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 24. | Name: | Current and former employees of Meta ████████ ████████████████ █████████████ |
|---|---|---|

|  |  | ████████████████ ███████ |
| --- | --- | --- |
|  | **Address:** | 1601 Willow Road<br>Menlo Park, CA 94025 |
|  | **Counsel/Contact:** | Stacey Grigsby |
|  | **Telephone Number:** | ████████ |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 25. | **Name:** | Employees of Farmers, *including* ██████ ███████ |
| --- | --- | --- |
|  | **Address:** | 6301 Owensmouth Ave.,<br>Woodland Hills, CA 91367-2216 |
|  | **Counsel/Contact:** | Brian I. Hays |
|  | **Telephone Number:** | ███████ |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 26. | **Name:** | Employees of Fiat Chrysler Automobiles, *including*<br>████████████████████ |
| --- | --- | --- |
|  | **Address:** | 1000 Chrysler Drive<br>Auburn Hills, MI 48326-2766 |
|  | **Counsel/Contact:** | Jessica Sprovtsoff |
|  | **Telephone Number:** | ███████ |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 27. | **Name:** | Employees of Ford Motors, *including* █████<br>████████████████ |
| --- | --- | --- |
|  | **Address:** | 1 American Rd,<br>Dearborn, MI 48126 |
|  | **Counsel/Contact:** | Suzanne Wahl |
|  | **Telephone Number:** | ███████ |

---

[2] ████████████████████████████

| | | |
|---|---|---|
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 28. | **Name:** | Employees of GEICO, *including* ████████████ ██████████ |
|---|---|---|
| | **Address:** | 5260 Western Ave., Chevy Chase, MD 20815 |
| | **Counsel/Contact:** | Ariel Lavinbuk |
| | **Telephone Number:** | ███████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 29. | **Name:** | Employees of General Motors, *including* ██████████ ███████████████ |
|---|---|---|
| | **Address:** | 300 Renaissance Ctr. Detroit, MI 48243 |
| | **Counsel/Contact:** | Peter E. Bovin |
| | **Telephone Number:** | ███████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 30. | **Name:** | Employees of Google[3], *including* ████████████████████ |
|---|---|---|

---

[3] Plaintiffs continue to reserve the right to rely on documents or testimony from any Google employee named as a custodian in this litigation

[4] ████████████████████████

A-9

| | | |
|---|---|---|
| | | ████████████████████████ |
| | **Address:** | Defense Counsel |
| | **Counsel/Contact:** | Defense Counsel |
| | **Telephone Number:** | Defense Counsel |
| | **Subject(s):** | Every element listed in the Complaint as well as any defenses listed in Google's answer, including Google's distribution contracts, relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, the anticompetitive effects arising from that conduct, and their work at Google. Google has more complete information regarding the employees likely to have discoverable information. |

| | | |
|---|---|---|
| 31. | **Name:** | Former Employees of Google, *including* ████████████████████████ |
| | **Subject(s):** | Every element listed in the Complaint as well as any defenses listed in Google's answer, including Google's distribution contracts, relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, the anticompetitive effects arising from that conduct, and their work at Google. Google has more complete information regarding the former employees likely to have discoverable information. |

| | | |
|---|---|---|
| 32. | **Name:** | Current and former employees of IAC, *including* ████████████████████████ |

─────────────────────────

5 ██████████████████

|  | **Address:** | 555 West 18ᵗʰ Street<br>New York, NY 10011 |
|---|---|---|
|  | **Counsel/Contact:** | Brandon Kressin |
|  | **Telephone Number:** | ██████ |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 33. | **Name:** | Employees of Indeed.com, *including* ████████ ████████ |
|---|---|---|
|  | **Address:** | 7501 North Capital of Texas Highway, Building B<br>Austin, TX 78731 |
|  | **Counsel/Contact:** | Jamie France |
|  | **Telephone Number:** | ██████ |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 34. | **Name:** | Employees of IPG, *including* ████████ ████████ |
|---|---|---|
|  | **Address:** | 909 Third Avenue<br>New York, NY 10022 |
|  | **Counsel/Contact:** | William H. Crosby |
|  | **Telephone Number:** | ██████ |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 35. | **Name:** | Employees of JP Morgan Chase |
|---|---|---|
|  | **Address:** | 383 Madison Avenue<br>New York, NY 10179 |
|  | **Counsel/Contact:** | Kathryn A. Robinette |
|  | **Telephone Number:** | ██████ |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 36. | Name: | Employees of Kohl's |
| | Address: | N56 W17000 Ridgewood Drive<br>Menomonee Falls, WI 53051 |
| | Counsel/Contact: | William MacLeod |
| | Telephone Number: | ██████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 37. | Name: | Employees of LG Electronics, *including* ███████<br>█████████████████████████████████ |
| | Address: | 1000 Sylvan Ave<br>Englewood Cliffs, NJ 07632 |
| | Counsel/Contact: | William H. Stallings |
| | Telephone Number: | ██████████ |
| | Subject(s): | Google's distribution contracts, the relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 38. | Name: | Employees of Macy's |
| | Address: | 680 Folsom Street, 12th Floor<br>San Francisco, CA 94107 |
| | Counsel/Contact: | Wendy Schmidt |
| | Telephone Number: | ██████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 39. | Name: | Current and former employees of Microsoft, *including* ██████<br>████████████████████████████████ |

A-12

| | | |
|---|---|---|
| | | ███████████████████████████████████████ |
| | **Address:** | One Microsoft Way<br>Redmond, WA 98052 |
| | **Counsel/Contact:** | Amy Ray |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Google's distribution contracts, relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 40. | **Name:** | Employees of Motorola, *including* ████████████████████████ |
|---|---|---|
| | **Address:** | 222 W. Merchandise Mart Plaza, Suite 1800<br>Chicago, IL 60654 |
| | **Counsel/Contact:** | Katharine O'Connor |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Google's distribution contracts, the relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 41. | **Name:** | Employees of Mozilla, *including* ████████████ |
|---|---|---|
| | **Address:** | 331 E. Evelyn Avenue<br>Mountain View, CA 94041 |
| | **Counsel/Contact:** | Juan Arteaga |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Google's distribution contracts, relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 42. | **Name:** | Employees of Neeva, *including* ████████████████ |
|---|---|---|
| | **Address:** | 100 View St, Suite 102<br>Mountain View, CA 94041 |
| | **Counsel/Contact:** | Andrea Agathoklis Murino |

| | **Telephone Number:** | ████████ |
|---|---|---|
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 43. | **Name:** | Employees of Nike |
|---|---|---|
| | **Address:** | One Bowerman Drive<br>Beaverton, OR 97005 |
| | **Counsel/Contact:** | Austin Schwing |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 44. | **Name:** | Current and former employees of Oath (Yahoo!), *including* ████████████ |
|---|---|---|
| | **Address:** | 770 Broadway<br>New York, NY 10003 |
| | **Counsel/Contact:** | Krista Hernandez |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 45. | **Name:** | Employees of Omnicom, *including* ████████████ |
|---|---|---|
| | **Address:** | 437 Madison Avenue<br>New York, NY 10022 |
| | **Counsel/Contact:** | Niall Lynch |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 46. | **Name:** | Employees of Progressive, *including* ███████████████████ |
| | **Address:** | 6300 Wilson Mills Rd.<br>Mayfield Village, OH 44143 |
| | **Counsel/Contact:** | Ann O'Brien |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 47. | **Name:** | Employees of Publicis North America |
| | **Address:** | 1675 Broadway<br>New York, NY 10019 |
| | **Counsel/Contact:** | Jeanne Thomas, Crowell & Moring |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 48. | **Name:** | Current and former employees of Samsung and its subsidiaries (not limited to Samsung Electronics America, Samsung Research America, and Samsung Next), *including* ███████████████████ |
| | **Address:** | 3655 North First Street<br>San Jose, CA 95134-1713 |
| | **Counsel/Contact:** | Juan Arteagaa |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Google's distribution contracts, the relevant product markets at issue in the Complaint, competition and barriers |

| | | |
|---|---|---|
| | | to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 49. | Name: | Employees of Skechers USA, *including* ███████████ |
|---|---|---|
| | Address: | 330 South Sepulveda Boulevard<br>Manhattan Beach, CA 90266 |
| | Counsel/Contact: | Matthew A. Macdonald |
| | Telephone Number: | ████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 50. | Name: | Employees of Sonos, *including* ███████████ |
|---|---|---|
| | Address: | 614 Chapala Street<br>Santa Barbara, CA 93101 |
| | Counsel/Contact: | Jim Tierney |
| | Telephone Number: | ████████ |
| | Subject(s): | Google's distribution contracts, the relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 51. | Name: | Employees of Sony Corporation of America |
|---|---|---|
| | Address: | 16535 Via Esprillo 1<br>San Diego, CA 92127 |
| | Counsel/Contact: | John Cove |
| | Telephone Number: | ████████ |
| | Subject(s): | Google's distribution contracts, the relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 52. | Name: | Employees of Southwest Airlines, *including* ███████████ |
|---|---|---|
| | Address: | 2702 Love Field Drive<br>Dallas, TX 75235 |

| | Counsel/Contact: | David Kully |
|---|---|---|
| | **Telephone Number:** | |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 53. | **Name:** | Current and former employees of State Farm, *including* ███████ |
|---|---|---|
| | **Address:** | 1 State Farm Plaza<br>Bloomington, IL 61710 |
| | **Counsel/Contact:** | Rebecca J. Schwartz |
| | **Telephone Number** | ███████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 54. | **Name:** | Employees of T-Mobile, *including* ███████ |
|---|---|---|
| | **Address:** | 3625 132nd Ave SE<br>Bellevue, WA 98006 |
| | **Counsel/Contact:** | Michael E. Kipling |
| | **Telephone Number:** | ███████ |
| | **Subject(s):** | Google's distribution contracts, the relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 55. | **Name:** | Employees of TripAdvisor |
|---|---|---|
| | **Address:** | 400 1st Avenue<br>Needham, MA 02494-2815 |
| | **Counsel/Contact:** | Cortlin Lannin |
| | **Telephone Number** | ███████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, |

| | | Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |
|---|---|---|

| 56. | Name: | Employees of U.S. Cellular Corporation, *including* ████ ████████████████ ████ ████████████████ ██ |
|---|---|---|
| | Address: | 8410 West Bryn Mawr Avenue Suite 700 Chicago, IL 60631 United States |
| | Counsel/Contact: | Ashley E. Dalmau Holmes |
| | Telephone Number | ██████████ |
| | Subject(s): | Google's distribution contracts, the relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 57. | Name: | Employees of Verizon, *including* ████████ ████████████████████ ████████████████ ████████████ ████████████████████ |
|---|---|---|
| | Address: | 1300 I Street, Suite 500 East Washington, DC 20005 |
| | Counsel/Contact: | Jennifer J. McAlpin |
| | Telephone Number | ██████████ |
| | Subject(s): | Google's distribution contracts, the relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 58. | Name: | Employees of Wells Fargo, *including* ████████ ████████████ |
|---|---|---|
| | Address: | 420 Montgomery Street San Francisco, CA 94104 |
| | Counsel/Contact: | Craig S. Coleman |
| | Telephone Number: | ██████████ |

| | Subject(s): | Google's distribution contracts, the relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |
|---|---|---|

| 59. | Name: | Employees of WPP |
|---|---|---|
| | Address: | Three World Trade Center<br>Greenwich Street<br>New York, NY 10007 |
| | Counsel/Contact: | Jamie Dycus |
| | Telephone Number: | ████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 60. | Name: | Employees of Yelp, *including* ████████████████████ |
|---|---|---|
| | Address: | 140 New Montgomery<br>San Francisco, CA 94105 |
| | Counsel/Contact: | Brandon Kressin |
| | Telephone Number | ████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

## <u>APPENDIX B</u>

**B.  Description of documents and electronically stored information held by Plaintiffs that may be used to support their claims**

Without waiving any objections to relevance, privilege, or admissibility of these materials, and without agreeing that they are required to be disclosed pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), in response to an appropriate discovery request, the Plaintiffs hold the materials below that they may use to support their claims. All of these materials are located at the Antitrust Division's offices in Washington, D.C, and at the Attorneys General offices of the respective Plaintiff states.

The materials consist of documents and data submitted to Plaintiffs by Google and third parties, including responses to Plaintiffs' Civil Investigation Demands or other information requests, presentations, white papers, and emails, as well as other documents in Plaintiffs' possession, including transcripts and exhibits from depositions of Google employees in a previous Federal Trade Commission investigation, and Plaintiffs' responses to citizen complaints regarding Google.

Plaintiffs may also use (i) publicly available documents or data, and (ii) documents and information produced by Google and third parties in this litigation to support their claims or defenses.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 14, 2022, I served the foregoing "PLAINTIFFS' FIRST

AMENDED INITIAL DISCLOSURES" via e-mail to counsel including the below individuals.

John Schmidtlein
WILLIAMS & CONNOLLY LLP
725 12th Street NW
Washington, DC 20005
Telephone: (202) 434-5901
jschmidtlein@wc.com

Franklin M. Rubinstein
WILSON SONSINI
GOODRICH & ROSATI P.C.
1700 K St, NW
Washington, DC 20006
Telephone: (202) 973-8833
frubinstein@wsgr.com

Mark S. Popofsky
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*

Dated: January 14, 2022

By:_____ */s/ Elizabeth S. Jensen*
Elizabeth S. Jensen
U.S. Department of Justice, Antitrust Division
San Francisco Office
450 Golden Gate Avenue
San Francisco, CA 94102-3478
Telephone: (415) 583-9211
Elizabeth.Jensen@usdoj.gov

*Counsel for Plaintiff United States of America*