# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF COLORADO, *et. al.,* <br><br>          Plaintiffs, <br><br> v. <br><br> GOOGLE LLC <br><br>          Defendant. | No. 1:20-cv-03715-APM <br><br> Hon. AMIT P. MEHTA |

## PLAINTIFF STATES' FIRST AMENDED INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1)(A), Plaintiffs the States, Commonwealths, Districts, and U.S. Territories of Colorado, Nebraska, Arizona, Iowa, New York, North Carolina, Tennessee, Utah, Alaska, Connecticut, Delaware, Hawaii, Idaho, Illinois, Kansas, Maine, Maryland, Massachusetts, Minnesota, Nevada, New Hampshire, New Jersey, New Mexico, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Dakota, Vermont, Virginia, Washington, West Virginia, Wyoming, Puerto Rico, Guam, and the District of Columbia (collectively the "Plaintiff States") hereby provide the following First Amended Initial Disclosures under Fed. R. Civ. P. 26(a)(1). These disclosures are based on information currently available to the Plaintiff States and represent their good-faith efforts to identify and disclose (1) persons likely to have discoverable information that may be used by the Plaintiff States to support the Plaintiff States' claims in this action, and (2) documents and electronically stored information ("ESI") that may be used to support the Plaintiff States' claims in this action. These disclosures supplement the initial disclosures served on January 20, 2021.

The Plaintiff States reserve the right to supplement and correct these disclosures under Fed. R. Civ. P. 26(e) as discovery proceeds. These disclosures are not intended to waive any

1

objections that the Plaintiff States may have regarding the use or admissibility of any disclosed information, whether during discovery or trial, and these disclosures do not constitute a waiver of the attorney-client privilege, the attorney work-product doctrine, the protection of trial preparation materials, or any other applicable privilege or protection.

Under Fed. R. Civ. P. 26(a)(1)(A)(i) and (ii), Appendix A identifies those entities and related individuals known to the Plaintiff States at this time who likely have discoverable information that the Plaintiff States may use to support their claims, unless the use would be solely for impeachment, and Appendix B lists the documents and ESI held by the Plaintiff States' Offices of Attorneys General that the Plaintiff States may use to support their claims, unless the use would be solely for impeachment. These initial disclosures do not include expert disclosures under Fed. R. Civ. P. 26(a)(2).

The Plaintiff States are not seeking damages from Defendant Google LLC in this action and do not have insurance agreements relevant to this action and therefore have no disclosures under Fed. R. Civ. P. 26(a)(1)(A)(iii) or (iv).

Dated: January 14, 2022

/s/ Joseph M. Conrad
Joseph M. Conrad (NE #27174)
Assistant Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3840
Email: joseph.conrad@nebraska.gov

Counsel for Plaintiff State of Nebraska

Jonathan B. Sallet, Special Assistant
Attorney General (D.C. Bar No. 336198)
Steven Kaufmann, Deputy Attorney General
(D.C. Bar No. 1022365 *inactive*)
Diane R. Hazel, First Assistant Attorney
General (D.C. Bar No. 1011531 *inactive*)
Matt Schock, Assistant Attorney General
(D.C. Bar No. 1531265)
Carla Baumel, Assistant Attorney General
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Tel: 720-508-6000
Jon.Sallet@coag.gov
Steve.Kaufmann@coag.gov
Diane.Hazel@coag.gov
Matt.Schock@coag.gov
Carla.Baumel@coag.gov

*Counsel for Plaintiff Colorado*


William F. Cavanaugh , Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas, Suite 2200
New York, NY 10036-6710
212-335-2793
Email:wfcavanaugh@pbwt.com

*Counsel for Plaintiffs Colorado and
Nebraska*

Brunn W. (Beau) Roysden III, Solicitor General
Michael S. Catlett, Deputy Solicitor General
Dana R. Vogel, Unit Chief Counsel
Christopher M. Sloot, Assistant Attorney General
Arizona Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Tel: (602) 542-3725
Dana.Vogel@azag.gov

*Counsel for Plaintiff Arizona*


Max Merrick Miller
Attorney General's Office for the State of Iowa
1305 East Walnut Street, 2nd Floor
Des Moines, IA 50319
(515) 281-5926
Max.Miller@ag.Iowa.gov

*Counsel for Plaintiff Iowa*


Elinor R. Hoffmann
John D. Castiglione
Morgan J. Feder
Office of the Attorney General of New York
28 Liberty Street, 21st Floor
New York, NY 10005
212-416-8513
elinor.hoffmann@ag.ny.gov
john.castiglione@ag.ny.gov
morgan.feder@ag.ny.gov

*Counsel for Plaintiff New York*


Jonathan R. Marx
Jessica Vance Sutton
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
919-716-6000
Jmarx@Ncdoj.Gov
jsutton2@ncdoj.gov

*Counsel for Plaintiff North Carolina*

J. David McDowell
Jeanette Pascale
Christopher Dunbar
Office of The Attorney General & Reporter P.O.
Box 20207
Nashville, TN 37202
615-741-3519
david.mcdowell@ag.tn.gov
jenna.pascale@ag.tn.gov
chris.dunbar@ag.tn.gov

*Counsel for Plaintiff Tennessee*


Tara Pincock
Attorney General's Office Utah
160 E 300 S, Ste 5th Floor
PO Box 140874
Salt Lake City, UT 84114
801-366-0305
tpincock@agutah.gov

*Counsel for Plaintiff Utah*


Jeff Pickett
Senior Assistant Attorney General
jeff.pickett@alaska.gov
State of Alaska, Department of Law
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Tel: (907) 269-5100

*Counsel for Plaintiff Alaska*


Nicole Demers
State of Connecticut Office of the Attorney General
165 Capitol Avenue, Ste 5000
Hartford, CT 06106
860-808-5202
nicole.demers@ct.gov

*Counsel for Plaintiff Connecticut*

Michael Andrew Undorf
Delaware Department of Justice
Fraud and Consumer Protection Division
820 N. French St., 5th Floor
Wilmington, DE 19801
302-577-8924
michael.undorf@delaware.gov

*Counsel for Plaintiff Delaware*

Elizabeth Gentry Arthur
David Brunfeld
Office of the Attorney General for the District of
Columbia
400 6th Street NW
Washington, DC 20001
202-724-6514
catherine.jackson@dc.gov
elizabeth.arthur@dc.gov
david.brunfeld@dc.gov

*Counsel for Plaintiff District of Columbia*

Leevin Taitano Camacho, Attorney General
Fred Nishihira, Chief, Consumer Protection
Division
Benjamin Bernard Paholke, Assistant Attorney
General
Office of the Attorney General of Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Tel: (671)-475-3324
bpaholke@oagguam.org

*Counsel for Plaintiff Guam*

Rodney I. Kimura
Office of the Attorney General of Hawaii
Commerce & Economic Development
425 Queen Street
Honolulu, HI 96813
808-586-1180
rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff Hawaii*

Brett DeLange
Office of the Idaho Attorney General
Consumer Protection Division
954 W. State St., 2nd Fl.
PO Box 83720
Boise, ID 83720-0010
208-334-4114
brett.delange@ag.idaho.gov

*Counsel for Plaintiff Idaho*


Joseph Chervin
Office of the Attorney General of Illinois
100 W. Randolph St.
Chicago, IL 60601
312-793-3891
eshencopp@atg.state.il.us
bharrop@atg.state.il.us
jchervin@atg.state.il.us

*Counsel for Plaintiff Illinois*


Lynette R. Bakker
Office of the Attorney General of Kansas
Consumer Protection & Antitrust
120 S.W. 10th Avenue, Ste 2nd Floor
Topeka, KS 66612-1597
785-368-8451
lynette.bakker@ag.ks.gov

*Counsel for Plaintiff Kansas*


Christina M. Moylan
Office of the Attorney General of Maine
6 State House Station
Augusta, ME 04333-0006
207-626-8838
christina.moylan@maine.gov

*Counsel for Plaintiff Maine*

Schonette J. Walker
Assistant Attorney General
Deputy Chief, Antitrust Division
Office of the Attorney General
swalker@oag.state.md.us
Gary Honick
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
410-576-6480
ghonick@oag.state.md.us

*Counsel for Plaintiff Maryland*


William T. Matlack, Assistant Attorney General
Chief, Antitrust Division
Michael B. MacKenzie, Assistant Attorney General
Deputy Chief, Antitrust Division
Office of the Attorney General
One Ashburton Place, 18th Fl.
Boston, MA 02108
Tel: (617) 727-2200
Matthew.Frank@mass.gov
William.Matlack@mass.gov
Michael.Mackenzie@mass.gov

*Counsel for Plaintiff Massachusetts*


Justin Moor, Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
(651) 757-1060
justin.moor@ag.state.mn.us

*Counsel for Plaintiff Minnesota*

Marie W.L. Martin
Michelle Christine Newman
Lucas J. Tucker
Nevada Office of the Attorney General
Bureau of Consumer Protection
100 N. Carson Street
Carson City, NV 89701
775-624-1244
mwmartin@ag.nv.gov
mnewman@ag.nv.gov
ltucker@ag.nv.gov

*Counsel for Plaintiff Nevada*


Brandon Garod
Office of Attorney General of New Hampshire
33 Capitol Street
Concord, NH 03301
603-271-1217
brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff New Hampshire*


Bryan Steven Sanchez
Isabella R. Pitt
Yale Leber
New Jersey Attorney General's Office
124 Halsey Street, 5th Floor
Newark, NJ 07102
239-822-6123
robert.holup@law.njoag.gov

*Counsel for Plaintiff New Jersey*


Mark F. Swanson
Cholla Khoury
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87504
Tel: 505.490.4885
mswanson@nmag.gov
ckhoury@nmag.gov

*Counsel for Plaintiff New Mexico*

Parrell D. Grossman
Director
Elin S. Alm
Assistant Attorney General
Consumer Protection & Antitrust Division
Office of the Attorney General
1050 E. Interstate Ave., Suite 200
Bismarck, ND 58503
701-328-5570
pgrossman@nd.gov
ealm@nd.gov

*Counsel for Plaintiff North Dakota*


Beth Ann Finnerty
Mark Kittel
Jennifer Pratt
Office of The Attorney General of Ohio, Antitrust
Section
30 E Broad Street, 26th Floor
Columbus, OH 43215
614-466-4328
beth.finnerty@ohioattorneygeneral.gov
mark.kittel@ohioattorneygeneral.gov
jennifer.pratt@ohioattorneygeneral.gov

*Counsel for Plaintiff Ohio*


Caleb J. Smith Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
313 NE 21st St
Oklahoma City, OK 73105
Tel: (405) 522-1014
Caleb.Smith@oag.ok.gov

*Counsel for Plaintiff Oklahoma*

10

Cheryl Hiemstra
Oregon Department of Justice
1162 Court St NE
Salem, OR 97301
503-934-4400
cheryl.hiemstra@doj.state.or.us

*Counsel for Plaintiff Oregon*


Tracy W. Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
Tel: (717) 787-4530
jbetsko@attorneygeneral.gov
twertz@attorneygeneral.gov

*Counsel for Plaintiff Pennsylvania*


Johan M. Rosa Rodríguez
Assistant Attorney General Antitrust Division
Puerto Rico Department of Justice
PO Box 9020192
San Juan, Puerto Rico 00902-0192
Tel: (787) 721-2900, ext. 1201
jorosa@justicia.pr.gov

*Counsel for Plaintiff Puerto Rico*


David Marzilli
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
dmarzilli@riag.ri.gov

*Counsel for Plaintiff Rhode Island*


Yvette K. Lafrentz
Office of The Attorney General of South Dakota
1302 E. Hwy 14, Suite1
Pierre, SD 57501
605-773-3215
yvette.lafrentz@state.sd.us

*Counsel for Plaintiff South Dakota*

Ryan G. Kriger
Office of The Attorney General of Vermont
109 State St.
Montpelier, VT 05609
802-828-3170
ryan.kriger@vermont.gov

*Counsel for Plaintiff Vermont*


Sarah Oxenham Allen
Tyler Timothy Henry
Office of the Attorney General of Virginia
Antitrust Unit/Consumer Protection Section
202 N. 9th Street
Richmond, VA 23219
804-786-6557
soallen@oag.state.va.us
thenry@oag.state.va.us

*Counsel for Plaintiff Virginia*


Amy Hanson
Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-5419
amy.hanson@atg.wa.gov

*Counsel for Plaintiff Washington*


Douglas Lee Davis
Tanya L. Godfrey
Office of Attorney General, State of West Virginia
P.O. Box 1789
812 Quarrier Street, 1st Floor
Charleston, WV 25326
304-558-8986
doug.davis@wvago.gov
tanya.l.godfrey@wvago.gov

*Counsel for Plaintiff West Virginia*

Amy Pauli
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002
(307) 777-6397
ben.burningham@wyo.gov
amy.pauli@wyo.gov

*Counsel for Plaintiff Wyoming*

## APPENDIX A

### Rule 26(a)(1)(A)(i): Persons In Possession of Discoverable Information

In addition to the entities and individuals identified below, the Plaintiff States reserve the right to depose or call at trial or at any other hearing all entities and individuals identified by any party to this action as having relevant information to the action, including entities and individuals disclosed through initial disclosures and amendments thereto, deposition notices, deposition testimony, responses to interrogatories and requests for production, declarations, and information contained in any court filings.

| 1. | Name of Individual/ Entity: | Current and former employees and/or representatives of Adobe, Inc., including ███████████████████ |
|----|------------------------------|------------------------------------------------------------------------------------------------------|
|    | Address: | C/O Counsel (below) |
|    | Contact/ Counsel: | Michael Van Arsdall<br>Clifford Chance<br>2001 K Street, N.W.<br>Washington, DC 20006-1001 |
|    | Telephone: | ████████ |
|    | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on advertisers that use search advertising tools; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 2. | Name of Individual/ Entity: | Current and former employees and/or representatives of Airbnb, Inc., including ███████████ |
|----|------------------------------|----------------------------------------------------------------------------------------------|
|    | Address: | C/O Counsel (below) |
|    | Contact/ Counsel: | Renata B. Hesse<br>1700 New York Avenue,<br>N.W. Suite 700<br>Washington, D.C. 20006 |
|    | Telephone: | ████████ |

| | | |
|---|---|---|
| | **Subject(s):** | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on specialized vertical providers and competition; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| | | |
|---|---|---|
| **3.** | **Name of Individual/ Entity:** | Current and former employees and/or representatives of Amazon.com, Inc. including ███████ ███████ |
| | **Address:** | C/O Counsel (below) |
| | **Contact/ Counsel:** | Richard Parker and Josh Lipton<br>Gibson, Dunn & Crutcher<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306 |
| | **Telephone:** | ████████ |
| | **Subject(s):** | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| | | |
|---|---|---|
| **4.** | **Name of Individual/ Entity:** | Current and former employees and/or representatives of ANGI Home Services, Inc., including ████████ ████████ |
| | **Address:** | C/O Counsel (below) |
| | **Contact/ Counsel:** | Brandon Kressin<br>Kressin Law Group<br>1717 K Street,<br>N.W., Suite 900<br>Washington, DC 20006 |
| | **Telephone:** | ████████ |
| | **Subject(s):** | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on specialized vertical providers and competition; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| | | |
|---|---|---|
| **5.** | **Name of Individual/ Entity:** | Current and former employees and/or representatives of Apple, Inc., including ████████ ████████ ████████ |
| | **Address:** | C/O Counsel (below) |

|  | Contact/ Counsel: | Steve Sunshine and Karen Lent<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue, N.W.<br>Washington, DC 20005 |
|---|---|---|
|  | Telephone: | ███████████ |
|  | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 6. | Name of Individual/ Entity: | Current and former employees and/or representatives of Best Buy Co. Inc. |
|---|---|---|
|  | Address: | C/O Counsel (below) |
|  | Contact/ Counsel: | Anne M. Lockner<br>Robins Kaplan LLP<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, Minnesota 55402 |
|  | Telephone: | ███████████ |
|  | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 7. | Name of Individual/ Entity: | Current and former employees and/or representatives of Booking Holdings (including subsidiaries), including ███████████ ███████████ ███████████ |
|---|---|---|
|  | Address: | C/O Counsel (below) |
|  | Contact/ Counsel: | Sara Razi<br>Simpson Thatcher<br>900 G Street, NW<br>Washington, D.C. 20001 |
|  | Telephone: | ███████████ |
|  | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on specialized vertical providers and competition; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 8. | Name of Individual/ Entity: | Current and former employees and/or representatives of Branch Metrics, including ███████████ |
|---|---|---|

| | | |
|---|---|---|
| | **Address:** | 1400 Seaport Blvd.<br>Building B, 2nd Floor<br>Redwood City, CA 94063 |
| | **Contact/ Counsel:** | Steven Holtzman |
| | **Telephone:** | █████████ |
| | **Subject(s):** | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 9. | **Name of Individual/ Entity:** | Current and former employees and/or representatives of Brave, including ███████████████████████████████ |
|---|---|---|
| | **Address:** | C/O Counsel (below) |
| | **Contact/ Counsel:** | Andrew Lacy<br>Goodwin Procter LLP<br>900 N Street NW<br>Washington, District of Columbia 20036 |
| | **Telephone:** | █████████ |
| | **Subject(s):** | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 10. | **Name of Individual/ Entity:** | Current and former employees and/or representatives of Cerence, Inc, including ████████████████████ |
|---|---|---|
| | **Address:** | C/O Counsel (below) |
| | **Contact/ Counsel:** | James Tierney<br>Orrick<br>1152 15th Street, N.W.<br>Washington, D.C. 20005 |
| | **Telephone:** | █████████ |
| | **Subject(s):** | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 11. | **Name of Individual/ Entity:** | Current and former employees and/or representatives of Cliqz, including ████████████ |
|---|---|---|
| | **Address:** | Cliqz GmbH<br>Arabellastrasse 23<br>81925 Munich |
| | **Contact/ Counsel:** | N/A |
| | **Telephone:** | █████████ |

|  | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |
|---|---|---|
| 12. | Name of Individual/ Entity: | Current and former employees and/or representatives of Dentsu Aegis Network North America, including ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
|  | Address: | C/O Counsel (below) |
|  | Contact/ Counsel: | Thomas Dillickrath 2099 Pennsylvania Avenue, N.W. Suite 100 Washington, DC 20006-6801 |
|  | Telephone: | ▮▮▮▮▮▮▮ |
|  | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |
| 13. | Name of Individual/ Entity: | Current and former employees and/or representatives of DuckDuckGo, Inc., including ▮▮▮▮▮▮▮▮ |
|  | Address: | C/O Counsel (below) |
|  | Contact/ Counsel: | Ronald F. Wick Cohen & Gresser 2001 Pennsylvania Ave, NW, Suite 300 Washington, DC 20006 |
|  | Telephone: | ▮▮▮▮▮▮▮ |
|  | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |
| 14. | Name of Individual/ Entity: | Current and former employees and/or representatives of Expedia Group, Inc., including ▮▮▮▮▮▮▮▮ |
|  | Address: | C/O Counsel (below) |
|  | Contact/ Counsel: | Thomas O. Barnett Covington & Burling LLP One CityCenter 850 Tenth Street, NW Washington, DC 20001 |
|  | Telephone: | ▮▮▮▮▮▮▮ |

| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on specialized vertical providers and competition; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |
|---|---|---|

| 15. | Name of Individual/ Entity: | Current and former employees and/or representatives of Fiat-Chrysler Automobiles, N.V., including ███████████ |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Jessica Sprovtsoff Schiff Hardin LLP 350 South Main Street, Suite 210 Ann Arbor, MI  48104 |
| | Telephone: | ████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on innovative forms of information discovery; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 16. | Name of Individual/ Entity: | Current and former employees of Fotobom Media, Inc., including ██████ |
|---|---|---|
| | Address: | 2211 Lombard Street San Francisco, CA 94123 |
| | Contact/ Counsel: | N/A |
| | Telephone: | ████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 17. | Name of Individual/ Entity | Current and former employees and/or representatives of Garmin Ltd. |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Amanda Wait Norton Rose Fulbright US LLP 799 9th Street NW Suite 1000 Washington, DC 20001 |
| | Telephone: | ████████ |

| | **Subject(s):** | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |
|---|---|---|

| | | |
|---|---|---|
| **18.** | **Name of Individual/ Entity:** | Current and former employees and/or representatives of Google LLC[1], including ████████████ ██████████████████ ████████████ ██████████ ██████████ ████████████ █████████████ █████████████ ████████████ ██████████ ████████████ █████████████ ███████████ ████████████ ████████████ ████████████ ████████████ █████████████ ██████████ ██████████ ████████████ ██████████ ██████████ █████████ ████████████ █████████████ ███████████ ██████████ █████████████ |

---

[1] The Plaintiff States continue to reserve the right to rely on documents or testimony from any Google employee named as a custodian in this litigation

| | | |
|---|---|---|
| | | ███████████████████████████ ████████████ |
| | **Address:** | Defense Counsel |
| | **Counsel/Contact:** | Defense Counsel |
| | **Telephone Number:** | Defense Counsel |
| | **Subject(s):** | Every element listed in the Complaint as well as any defenses listed in Google's answer, including Google's distribution contracts, relevant product markets at issue in the Complaint, competition and barriers to entry in the relevant markets, Google's exclusionary conduct, the anticompetitive effects arising from that conduct, and their work at Google. Google has more complete information regarding the employees likely to have discoverable information. |

| 19. | **Name of Individual/ Entity:** | Current and former employees and/or representatives formerly of Hipmunk (now defunct), including ███████ |
|---|---|---|
| | **Address:** | ████████████████████████████ ██████████████ |
| | **Contact/ Counsel:** | N/A |
| | **Telephone:** | N/A |
| | **Subject(s):** | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on specialized vertical providers and competition; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 20. | **Name of Individual/ Entity:** | Current and former employees and/or representatives of Indeed.com |
|---|---|---|
| | **Address:** | C/O Counsel (below) |
| | **Contact/ Counsel:** | Jamie E. France<br>Gibson, Dunn & Crutcher<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306 |
| | **Telephone:** | ███████████ |
| | **Subject(s):** | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 21. | Name of Individual/ Entity: | Current and former employees and/or representatives of Interpublic Group (IPG) |
|---|---|---|
| | Address: | 909 Third Avenue<br>New York, NY 10022 |
| | Contact/ Counsel: | William H. Crosby<br>909 Third Avenue<br>New York, NY 10022 |
| | Telephone: | ███████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 22. | Name of Individual/ Entity: | Current and former employees and/or representatives of Kelkoo Group, including ███████████ |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Brandon Kressin<br>Kressin Law Group<br>1717 K Street,<br>N.W., Suite 900<br>Washington, DC 20006 |
| | Telephone: | ███████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 23. | Name of Individual/ Entity: | Current and former employees and/or representatives of Skai, including ███████████ |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Peter Guryan<br>Simpson Thacher<br>425 Lexington Avenue<br>New York, NY 10017 |
| | Telephone: | ███████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on advertisers that use search advertising tools; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 24. | Name of Individual/ Entity: | Current and former employees and/or representatives of Kohl's, including ███████████████ |
|---|---|---|
|  | Address: | N56 W17000 Ridgewood Drive<br>Menomonee Falls, WI 53051 |
|  | Counsel/Contact: | William MacLeod |
|  | Telephone Number: | ███████████ |
|  | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 25. | Name of Individual/ Entity: | Current and former employees and/or representatives of LG Electronics |
|---|---|---|
|  | Address: | C/O Counsel (below) |
|  | Contact/ Counsel: | William H. Stallings<br>Mayer Brown LLP<br>1999 K Street, NW<br>Washington, DC 20006 |
|  | Telephone: | ███████████ |
|  | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on advertisers that use search advertising tools; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 26. | Name of Individual/ Entity: | Current and former employees and/or representatives of Macy's |
|---|---|---|
|  | Address: | 680 Folsom Street, 12th Floor<br>San Francisco, CA 94107 |
|  | Contact/ Counsel: | Wendy Beadles<br>VP, Associate General Counsel |
|  | Telephone: | ███████████ |
|  | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 27. | Name of Individual/ Entity: | Employees and/or representatives of Marin Software, including ██████████████████████████████ ████████████████████████████████████ ███████████████████████ |
|---|---|---|
| | Address: | C/O Counsel (Below) |
| | Contact/ Counsel: | Mike Coleman, In-House Counsel<br>mcolemen@marinsoftware.com<br>123 Mission Street, 27th Floor<br>San Francisco, CA 94105 |
| | Telephone: | N/A |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on advertisers that use search advertising tools; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 28. | Name of Individual/ Entity: | Current and former employees and/or representatives of Meta (formerly Facebook) |
|---|---|---|
| | Address: | 1601 Willow Road<br>Menlo Park, CA 94025 |
| | Contact/ Counsel: | Stacey Grigsby |
| | Telephone: | ████████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 29. | Name of Individual/ Entity: | Current and former employees and/or representatives of Microsoft Corporation, including ████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ██████████████████████████████ |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Amy Ray<br>Orrick<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, DC 2005-1706 |
| | Telephone: | ████████████ |

| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |
|---|---|---|

| 30. | Name of Individual/ Entity: | Current and former employees and/or representatives of Motorola, including ███████ |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Katharine O'Connor<br>McDermott Will & Emery LLP<br>444 West Lake Street<br>Chicago, IL 60606 |
| | Telephone: | ███████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on advertisers that use search advertising tools; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 31. | Name of Individual/ Entity: | Current and former employees and/or representatives of Mozilla Foundation, including ███████ |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Juan A. Arteaga<br>Crowell & Moring<br>590 Madison Ave., 20th Fl. New York, NY 10022 |
| | Telephone: | ███████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 32. | Name of Individual/ Entity: | Current and former employees and/or representatives of Neeva, Inc., including ███████ |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Andrea Agathoklis Murino<br>Kirkland & Ellis<br>1301 Pennsylvania Ave. N.W.<br>Washington, DC 20004 |
| | Telephone: | ███████ |

| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |
|---|---|---|

| 33. | Name of Individual/ Entity: | Current and former employees and/or representatives of Nestle USA, Inc., including ████████████ ████████████ |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Todd Burski, Managing Counsel, Acquisitions, Business Development & Commercial Transactions, Nestle USA, Inc. 1812 North Moore Street Arlington, VA 22209 |
| | Telephone: | ████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct, and the anticompetitive effects arising from such conduct. |

| 34. | Name of Individual/ Entity: | Current and former employees and/or representatives of Nike, Inc. |
|---|---|---|
| | Address: | One Bowerman Drive Beaverton, OR 97005 |
| | Contact/ Counsel: | Austin Schwing |
| | Telephone: | ████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 35. | Name of Individual/ Entity: | Current and former employees and/or representatives of Omnicom, including ████████████ ████ |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Niall E. Lynch Latham & Watkins LLP 505 Montgomery Street Suite 2000 San Francisco, CA  94111-6538 |
| | Telephone: | ████████ |

| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |
|---|---|---|

| 36. | Name of Individual/ Entity: | Current and former employees and/or representatives of Progressive, including ██████████████████████████ |
|---|---|---|
| | Address: | 6300 Wilson Mills Rd. Mayfield Village, OH 44143 |
| | Counsel/Contact: | Ann O'Brien |
| | Telephone Number: | ███████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 37. | Name of Individual/ Entity: | Current and former employees and/or representatives of Samsung and its subsidiaries (not limited to Samsung Electronics America, Samsung Research America, and Samsung Next) |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Juan Arteaga Crowell & Moring LLP 590 Madison Ave., 20th Fl. New York, NY 10022 |
| | Telephone: | ███████████ |
| | Subject(s): | Relevant markets for general search, search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 38. | Name of Individual/ Entity: | Current and former employees and/or representatives of Sonos, Inc., including ██████████████ |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Robert McKenna Orrick 701 5th Avenue, Suite 5600 Seattle, WA 98104-7097 |
| | Telephone: | ███████████ |

| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on innovative forms of information discovery; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |
|---|---|---|

| 39. | Name of Individual/ Entity: | Current and former employees and/or representatives of Sony Corporation of America |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | John F. Cove<br>535 Mission Street<br>25th Floor<br>San Francisco, CA  94105-2997 |
| | Telephone: | ███████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on innovative forms of information discovery; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 40. | Name of Individual/ Entity: | Current and former employees and/or representatives of State Farm Mutual Auto Insurance Company, including ███ ███████████████████████████ ████████████████████ |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Rebecca J. Schwartz<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108 |
| | Telephone: | ███████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 41. | Name of Individual/ Entity: | Current and former employees of Publicis North America, including ██████████████████████ |
|---|---|---|
| | Address: | 1675 Broadway<br>New York, NY 10019 |
| | Counsel/Contact: | Jeanne Thomas |
| | Telephone Number: | ███████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary |

| | | conduct and the anticompetitive effects arising from such conduct. |
|---|---|---|

| 42. | **Name of Individual/ Entity:** | Current and former employees and/or representatives of Tessa Marketing & Technology, including ███████ ██████████████████████████████████ ██████████████████████████ |
|---|---|---|
| | **Address:** | 1751 Pinnacle Drive<br>Tysons, VA 22102 |
| | **Contact/ Counsel:** | N/A |
| | **Telephone:** | ██████████ |
| | **Subject(s):** | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 43. | **Name of Individual/ Entity:** | Current and former employees and/or representatives of Tinuiti, including ████████████ █████████ |
|---|---|---|
| | **Address:** | Tinuiti Inc.<br>142 West 36th Street<br>Fl. 11<br>New York, NY 10018 |
| | **Contact/ Counsel:** | N/A |
| | **Telephone:** | ██████████ |
| | **Subject(s):** | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 44. | **Name of Individual/ Entity:** | Current and former employees and/or representatives of T-Mobile US, Inc, including ████████████ |
|---|---|---|
| | **Address:** | 3625 132nd Ave. SE<br>Bellevue, WA 98006 |
| | **Contact/ Counsel:** | Michael E. Kipling |
| | **Telephone:** | ██████████ |
| | **Subject(s):** | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 45. | Name of Individual/ Entity: | Current and former employees and/or representatives of Toyota Motor North America, Inc. |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Maria Colsey Heard and Milton Marquis<br>Cozen O'Connor<br>1200 19th Street, N.W., Third Floor<br>Washington, DC 20036 |
| | Telephone: | ███████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on innovative forms of information discovery; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 46. | Name of Individual/ Entity: | Current and former employees and/or representatives of TripAdvisor, Inc. |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Cortlin H. Lannin<br>Covington & Burling LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105 |
| | Telephone: | ███████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on specialized vertical providers and competition; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 47. | Name of Individual/ Entity: | Current and former employees and/or representatives of U.S. Cellular Corporation, Inc. |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Ashley E. Dalmau<br>Holmes<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603 |
| | Telephone: | ███████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 48. | Name of Individual/ Entity: | Current and former employees and/or representatives of Verizon Communications, including ███████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████ |
| --- | --- | --- |
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | David E. Wheeler<br>Vice President & Associate General Counsel<br>Verizon<br>1300 Eye Street, N.W.<br>Suite 500 East<br>Washington, DC 20005 |
| | Telephone: | ████████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 49. | Name of Individual/ Entity: | Current or former employees and/or representatives of Walmart, including ████████████████████ |
| --- | --- | --- |
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Suzanne Wachsstock<br>Chief Antitrust Counsel |
| | Telephone: | ████████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 50. | Name of Individual/ Entity: | Current or former employees and/or representatives of Wells Fargo, including █████████████████████ |
| --- | --- | --- |
| | Address: | 420 Montgomery Street<br>San Francisco, CA 94104 |
| | Counsel/Contact: | Craig S. Coleman |
| | Telephone Number: | ████████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 51. | Name of Individual/ Entity: | Current and former employees and/or representatives of WPP |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Jamie Dycus<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York<br>10007 |
| | Telephone: | ███████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

| 52. | Name of Individual/ Entity: | Current and former employees and/or representatives of Yelp, Inc., including ███████████ |
|---|---|---|
| | Address: | C/O Counsel (below) |
| | Contact/ Counsel: | Brandon Kressin<br>Kressin Law Group<br>1717 K Street,<br>N.W., Suite 900<br>Washington, DC 20006 |
| | Telephone: | ███████████ |
| | Subject(s): | Relevant markets for general search, general search advertising, and search text advertising; competition and barriers to entry in the relevant markets; impact on specialized vertical providers and competition; Google's exclusionary conduct and the anticompetitive effects arising from such conduct. |

## APPENDIX B

## Rule 26(a)(1)(A)(ii): Categories of Documents, ESI, and Tangible Things

The Plaintiff States hereby disclose the following categories of documents, ESI, and tangible things that the Plaintiff States may use to support the Plaintiff States' claims in this action:

(a)   Documents and records previously produced by Google pursuant to civil investigative demands ("CIDs"), including the following documents/records numbered GOOG-NE-00000001 through GOOG-NE-13903036, GOOG-UT-00000001 through GOOG-UT-00006151, and GOOG-TEX-00000001 through GOOG-TEX-01279913.

(b)   Transcripts from sworn statements of Google employees, including Joan Braddi, Patrick Brady, Jerry Dischler, Ben Gomes, Elizabeth Hamon Reid, Richard Holden, Bashar Kachachi, Jim Kolotouros, Christopher Li, Ashish Pimplapure, and Jamie Rosenberg.

(c)   Documents obtained from ANGI Home Services numbered ANGI-00000001 - 00000266.

(d)   Documents obtained from AT&T numbered ATT-GCID-00000001 – 00112291.

(e)   Documents obtained from Branch Metrics numbered BM-0001000 – 0163743.

(f)   Documents obtained from Cerence, Inc. numbered CERENCE-UTAG-0000000001 – 0000000497.

(g)   Documents obtained from Duck Duck Go, Inc. numbered DDG00000001 – 00002559.

(h)   Documents obtained from Expedia Group numbered EXPEDIA-UTAG-0000001 – 0000014.

(i)   Documents obtained from Fotobom Media numbered FOTO-000001 – 000022.

(j)        Documents obtained from Group M (not control numbered) comprised of approximately 25 documents in total.

(k)        Documents obtained from Kelkoo Group numbered KELKOO-00000001 – 00002844.

(l)        Documents obtained from Microsoft Corporation numbered MSFT-0000000001 – 0001965680; TX-OAG-0000000001 – 0000000563; TX-OAG-0000000564 – 0000000583

(m)        Documents obtained from Sonos, Inc. numbered SONOS_UTAHAG-000000001 – 000007744.

(n)        Documents obtained from Tripadvisor numbered TA-00000001 – 00000137.

(o)        Documents obtained from Yelp, Inc. numbered YELP00000001 – 00000092.

(p)        Documents produced by Google and any third parties in response to discovery in this action.

(q)        Transcripts of depositions taken in this action.

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 14, 2022, a true and correct copy of the

foregoing "PLAINTIFF STATES' FIRST AMENDED INITIAL DISCLOSURES" was

served, via electronic mail only, to the following:

John E. Schmidtlein
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com

Franklin M. Rubinstein
WILSON SONSINI GOODRICH & ROSATI P.C.
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8833
frubinstein@wsgr.com

Mark S. Popofsky
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.popofsky@ropesgray.com

*Counsel for Defendant Google LLC*

Dated: January 14, 2022

By:    */s/ Joseph M. Conrad*
       Joseph M. Conrad (NE #27174)
       Assistant Attorney General
       Nebraska Department of Justice
       Office of the Attorney General
       2115 State Capitol
       Lincoln, NE 68509
       Telephone: (402) 471-3840
       Email: joseph.conrad@nebraska.gov

       *Counsel for Plaintiff State of Nebraska*