# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                             Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                             Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                             Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                             Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER AMENDING THE STIPULATED PROTECTIVE ORDER**

Defendant Google LLC has moved to amend the Stipulated Protective Order dated January 21, 2021 (D.I. 98) (the "Stipulated Protective Order"). For the reasons stated on the record at the Status Conference of February 11, 2022, and for good cause shown, it is hereby ORDERED:

1. Section 11(f) of the Stipulated Protective Order shall be amended by adding the underlined language as follows: "(f) persons who the Highly Confidential Information itself indicates, or who the receiving party has a good-faith basis to believe, were the author, addressee, recipient, custodian, or source of the document, to the extent they have previously had

lawful access to the document disclosed or to be disclosed<ins>, or persons who are current employees of the Party or Non-Party that produced the document</ins>;"

2. Section 12(g) of the Stipulated Protective Order shall be amended by deleting the text in strikethrough and adding the underlined language in its place as follows: "(g) persons who the Confidential Information itself indicates, or who the receiving party has a good-faith basis to believe, were the author, addressee, recipient, custodian, or source of the document, to the extent they have previously had lawful access to the document disclosed or to be disclosed; ~~any current employee of a Party whose statements or communications are quoted, recounted, or summarized in said Party's document~~ <ins>persons who are current employees of the Party or Non-Party that produced the document</ins>; or persons for whom counsel for Plaintiffs or Defendant believes in good faith previously received or had access to the document, unless the person indicates that he or she did not have access to the document."

Dated: February \_\_\_\_, 2022

_____
Hon. Amit P. Mehta
United States District Court Judge