IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,          )
                                           )
           Plaintiffs,                     )
                                           )       CV No. 20-3010
       vs.                                 )       Washington, D.C.
                                           )       February 11, 2022
GOOGLE LLC,                                )       11:00 a.m.
                                           )
           Defendant.                      )
_____)


                       TRANSCRIPT OF
         STATUS CONFERENCE VIA ZOOM PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

For DOJ Plaintiffs:            Kenneth M. Dintzer
                               U.S. DEPARTMENT OF JUSTICE
                               1100 L Street, NW
                               Washington, D.C.
                               (202) 307-0340
                               Email:
                               kenneth.dintzer2@usdoj.gov

                               Diana Arlen Aguilar Aldape
                               U.S. DEPARTMENT OF JUSTICE
                               450 Golden Gate Avenue
                               Room 10-101
                               San Francisco, CA 94102
                               (415) 934-5300
                               Email: diana.aguilar@usdoj.gov

```
APPEARANCES CONTINUED:

For Plaintiff
State of Colorado:            Jonathan Bruce Sallet
                             COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
                             Antitrust Unit
                             Ralph L. Carr
                             Colorado Judicial Center
                             1300 Broadway
                             Suite 7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: jon.sallet@coag.gov

                             Erin L. Shencopp
                             COLORADO OFFICE
                             OF THE ATTORNEY GENERAL
                             1300 Broadway
                             7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: erin.shencopp@coag.gov

For Defendant Google:        John E. Schmidtlein
                             WILLIAMS & CONNOLLY LLP
                             725 12th St., NW
                             Washington, D.C. 20005
                             (202) 434-5000
                             Email: jschmidtlein@wc.com

For Non-Party Petitioner
Apple Inc.:                  Steven C. Sunshine
                             SKADDEN, ARPS, SLATE,
                             MEAGHER & FLOM LLP
                             1440 New York Avenue, NW
                             Washington, D.C. 20005
                             (202) 371-7860
                             Email:
                             steven.sunshine@skadden.com
```

APPEARANCES CONTINUED:

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1          P R O C E E D I N G S

2          COURTROOM DEPUTY:  Good morning, Your Honor.

3    This is Civil Action 20-3010, United States of America, et

4    al., versus Google LLC.

5          Kenneth Dintzer and Diana Aguilar for the DOJ

6    Plaintiffs.

7          Jonathan Sallet and Erin Shencopp for the Colorado

8    Plaintiffs.

9          And John Schmidtlein on behalf of Google LLC.

10         THE COURT:  Okay, Counsel.  Good morning to all of

11   you.  I hope everybody is doing well.

12         All right.  So we are back for a monthly status

13   hearing.  I've reviewed the parties' Joint Status Reports

14   and the submissions that were made with respect to Microsoft

15   executive deposition issue, all of which we'll turn to

16   momentarily.

17         The way I thought we'd just proceed as we usually

18   do is just to get quick discovery reports from everyone.

19   If there's anything more that you want to add to what's

20   already in the Joint Status Report, feel free to do so.

21   And then once we're concluded with that, we'll turn to the

22   disputes on the table.  And then there's one issue I want to

23   raise with the parties when we're done.

24         So why don't we start with Mr. Dintzer.  And if

25   there's any update you'd like to provide in addition to

1   what's already in the Joint Status Report, I'm happy to hear

2   from you.

3           MR. DINTZER:  Thank you, Your Honor.

4           I won't belabor what's in the Status Report.

5   We are continuing our depositions.  We've noticed 49, so

6   we're getting closer to the 80.  And we've completed 35.

7           We've also completed about 16 hours of the

8   30(b)(6), which, as the Court knows, we add those up across

9   the whole case and every seven hours equals one.  So we're

10  16 hours deep on that clock, roughly.

11          We sent our second 30(b)(6) notice in November, as

12  the Court knows, and we have one more coming up in February.

13  And some of that is slated for discussion later this

14  morning, but I did want to note that the November 1 has not

15  been completed.  There are two topics that we're still

16  trying to resolve; one is a subject for today and another

17  one is one that we're still communicating with Google about.

18  But that 30(b)(6) is still waiting to be completed.

19          We've been negotiating with Google about some of

20  the narrow RFPs that are still outstanding, and also about

21  the scope and schedule of supplementation.  And there's

22  nothing -- I mean, we are making progress.  So at this

23  point, there's nothing to report except for that we are

24  making progress in those areas.

25          With respect to privilege, we continue to have

1   some concerns about privilege and they're sort of bubbling

2   up.  We may -- we don't have anything to report right now,

3   as far as asking for relief, but if we -- and there's a lot

4   of specific issues.  But generally if we don't see an

5   improvement, we may need to seek assistance from the Court

6   later this month.

7          THE COURT:  Why don't you finish up, Mr. Dintzer,

8   and then I have a question about privilege -- status of the

9   privilege log and those issues.

10          MR. DINTZER:  I'm sorry, Your Honor, I didn't

11  quite hear you.

12          THE COURT:  No.  I said, why don't you finish up,

13  and then I had a question about the privilege-log issue.

14          Bill, can you hear me okay?  Okay.  Fine.

15          MR. DINTZER:  It's not just about privilege logs.

16  It's about -- I mean, it's about claims of privilege.

17          So there's a variety of issues that span --

18  I mean, I could give the Court an example, if the Court

19  would like.  But the truth is at this point we're not asking

20  for relief, we just have a lot of concerns, and we're still

21  trying to work things through with Google.

22          With respect to Samsung, they've produced 470,000

23  documents; we're expecting another significant production by

24  February 18th.

25          Apple, there's no current privilege or document

1    issues.  We're negotiating deposition dates, and so we're

2    making progress on that.

3              We have the disputed issues that the Court knows

4    about.

5              And other than that, Your Honor, on the general

6    points, that brings us up to where we are.

7              THE COURT:  Okay.

8              That's a helpful summary.  Thank you.

9              Let me just focus on this privilege issue and get

10   a sense from you what the scope and potential volume of that

11   is.

12             The reason is, look, if there is not -- if there's

13   not a complete resolution of the issue and it's going to get

14   teed up in front of me, it would be helpful to have a sense

15   of what we're talking about in terms of number of

16   documents -- well, I guess two things; whether, one, it's

17   something that you think could be resolved on a

18   category-by-category basis, or something that's actually

19   going to require an individual review of records, in which

20   case, depending upon -- whether it falls in either category,

21   depending upon how time-consuming that might be, I think I

22   would have to give serious thought to whether I should

23   ask -- you know, have a Special Master or someone else

24   handle that issue, just given what my trial schedule is in

25   the coming weeks and months, and then, you know, the

```
 1   upcoming fact-discovery deadline.  So I wanted to just tee
 2   that up for consideration and see what your thoughts are.
 3              MR. DINTZER:  Most of these issues are
 4   categorical.
 5              So in the first instance, we don't believe that it
 6   would require a Special Master, at least not at this point.
 7   And so we don't envision this motion -- if we go to -- turn
 8   to motions practice, that this would involve significant
 9   document-by-document review.
10              THE COURT:  Okay.  All right.
11              Well, that's helpful, because if -- well, I guess
12   the other -- the related question is, to the extent there is
13   a category-by-category dispute, I'm not asking you to make a
14   firm prediction, but do you have a sense of what that would
15   entail in terms of number of categories and how extensive
16   that would be?
17              MR. DINTZER:  I think that there's about five
18   categories, maybe six.
19              THE COURT:  Okay.
20              MR. DINTZER:  And at some point -- and so
21   I just -- because I want to make sure that -- the category
22   reviews may turn into document reviews, so I -- but in the
23   first instance, we would -- that's not what we're looking at
24   at this point.
25              But about five or six categories.
```

```
 1                THE COURT:  Okay.

 2                All right.  Well, look, I wanted to tee this up,

 3    if for no other reason than to get a sense of where things

 4    stood.  But also if this was going to be something that did

 5    need -- for which I would need the assistance of a Special

 6    Master or one of our magistrates, although that would be

 7    very, very difficult to get time from them, I'd want to

 8    start that process sooner rather than later of identifying

 9    someone that will be mutually acceptable to the parties and

10    to me.

11                MR. DINTZER:  We appreciate that, Your Honor.

12                I think at this point we wouldn't ask for that,

13    but we would think that down the road that might be -- that

14    might be something that might be necessary.  I don't want to

15    start -- I don't want to put the Court through any trouble

16    at this point when that's not going to be our ask, but

17    I also don't want to foreclose the possibility down the

18    road.

19                THE COURT:  Okay.

20                MR. DINTZER:  At this point, that's not the

21    centerpiece of what we'd be looking for.

22                THE COURT:  Okay.  All right.  Well, that's

23    helpful.

24                All right.  Why don't we turn to Mr. Sallet.

25                MR. SUNSHINE:  Your Honor, excuse me.
```

1   Steve Sunshine for Apple, if I may be heard on a point that

2   Mr. Dintzer just made.

3           THE COURT:  Sure.

4           MR. SUNSHINE:  Mr. Dintzer said no outstanding

5   disputes with respect to Apple.  I don't think that that's

6   quite correct, and we could use the Court's assistance in

7   getting some clarity from what DOJ's expecting to do as this

8   fact-discovery period is ending.

9           Let me be very brief on what the issue is.

10  On that, as Your Honor recalls, you issued an order for

11  Apple to complete its document production by the end of

12  September, which it did do.  DOJ has now been in the

13  position of having Apple's documents now for four and a half

14  months.  We've asked repeatedly for deposition notices.

15          We have, just as of three weeks ago, we just

16  received two deposition notices for two very senior

17  employees, senior executives.  We immediately offered back

18  within ten days dates for both of those depositions,

19  March 9th and March 16th.  But we asked the DOJ, please let

20  us know what you expect from Apple in terms of other

21  depositions, we need to work within this period, this is

22  very senior people.  And we asked DOJ to please let us know

23  by this conference what the plans would be so that we could

24  have that clarity.

25          As of Monday, DOJ, in fact, urged us not to raise

```
 1   it on this conference, saying, we'll give you clarity this
 2   next coming week, which we reluctantly agreed to.
 3             But then last night at 7:41 p.m., DOJ issued us a
 4   30(b)(6) notice that was extremely broad, covering topics
 5   and implicating schedules and implicating the witness
 6   schedules.
 7             The 30(b)(6) notice we had never -- despite all of
 8   our discussions and despite DOJ's comments in its letter on
 9   Monday urging us to delay so "we could have a productive
10   discourse on schedules," we get a 30(b)(6) notice out of the
11   blue covering 18 topics, stretching over 17 years, and
12   covering things that we think are distant from this
13   litigation, things like Apple's licensing of its IOS
14   operating system.
15             THE COURT:  Mr. Sunshine, if I could just
16   interrupt you.
17             So just to sort of get to the bottom line here, at
18   this juncture, what are you asking me to do or how can I
19   intervene here?
20             MR. SUNSHINE:  I think, Your Honor, what I think
21   would be helpful to us is if you would ask DOJ exactly what
22   they want -- what they're expecting to issue to Apple, two
23   things; one, we have ten days to object to the 30(b)(6), and
24   I suspect we may be issuing some objections.  The 30(b)(6)
25   covers our two individual witnesses as, perhaps, partial
```

1    designees on March 9th and March 16.  DOJ has said that they

2    will, perhaps, notice one or two additional depositions.

3                I think what will really move the scheduling along

4    is if DOJ will provide clarity as to what they expect to do

5    during the remainder of the discovery period.  They're

6    talking about Apple's most senior executives.  And, frankly,

7    given how long they've had the documents, we just don't

8    understand why they've been sitting on what they expect to

9    do.

10               THE COURT:  Okay.

11               Mr. Dintzer, to the extent that you're prepared to

12   provide representations, I think, in some sense, this is a

13   little premature since there hasn't been a meet-and-confer,

14   at least on the 30(b)(6).  But, you know, to the extent,

15   Mr. Dintzer, you've got a response, now would be a good

16   time.

17               MR. DINTZER:  Sure.

18               So when we issued those two notices and Apple did

19   respond and we were reluctant to accept their dates knowing

20   that we were really putting the finishing touches on a

21   30(b)(6) and we -- this is not easy to process to make sure

22   that we cover what we need to without covering too much.  So

23   we put the finishing touches on it and we sent it out.

24               We understood that that might affect how they

25   would want to schedule these and we didn't want to sandbag

1    them by accepting some dates and then issuing a 30(b)(6) two

2    days later.  So we waited until the 30(b)(6) was issued and

3    then we said we should talk Monday morning or Monday

4    afternoon or whatever is convenient, first convenience, and

5    to get stuff scheduled.  We're reserving our right to send

6    one or two more deposition notices, as is our right.

7           And so, you know, I don't hear Apple asking about

8    Google's plans to take their depositions and to lock them

9    into any schedule, which kind of surprises me.  But we've

10   been -- I mean, we've been -- we've played fair with them.

11   I mean, we're certainly not trying to hide anything.

12          So that's where we're at.  We will be happy to

13   meet them on Monday morning first thing and talk about

14   dates.

15          MR. SUNSHINE:  Your Honor, I'm a little surprised

16   to hear that, given that the dates that we gave were in

17   response to the subpoenas that we received from DOJ asking

18   for the 1st of March, and the, I believe, it was the 8th or

19   9th of March.  We've given -- or actually, sorry, it was the

20   15th on the second.

21          So we gave them dates roughly a week and one day

22   after what they've asked.  We're not mentioning Google

23   because Google agreed to those dates.  And so this idea of a

24   30(b)(6) coming out of the blue seems like the left hand

25   doesn't know what the right hand is doing.

```
 1              THE COURT:  All right.

 2              Well, look, the bottom line for me is this, which

 3    is:  It sounds like you all have a lot to talk about.

 4    Everybody knows what the discovery deadlines are.  If this

 5    matures into something that is an actual dispute that needs

 6    my attention to get resolved, you'll let me know.  The issue

 7    is now sort of flagged and is front and center; hopefully

 8    you all can resolve it.  I suspect it will be a great deal

 9    of discussion over the breadth of the 30(b)(6), as there has

10    been with Google.

11              But, you know, at this point, I'm not sure there's

12    much I can do absent a well-defined dispute that I can

13    resolve.  So it's good to know that this is on the horizon,

14    but I think for now why don't we move forward and then I'll

15    turn to Mr. Sallet.

16              MR. SALLET:  Thank you, Your Honor.  Good morning.

17              Let me begin with the status of our discovery

18    requests to Google and then proceed to talk about

19    depositions and such.

20              So we issued a fifth RFP at the beginning of the

21    month, February 1st, which was focused on a request for

22    strategy documents that we believe have been created by

23    Google at the highest levels of the corporation and directly

24    relevant to the issues in the case.  Google's responses and

25    objections are due on March 3rd, and of course we'll follow
```

1    up quickly with Google thereafter.

2            Separately, we have a fourth RFP.  You may

3    remember, Your Honor, that we raised this with you before.

4    There are a series of consumer surveys that have come to us

5    in discovery.

6            And as I think we explained at on the last status

7    conference, our fourth RFP asked for the underlying data and

8    materials that were used to construct the presentations of

9    survey research results that we've seen.

10            Google has agreed to produce those materials

11    responsive to our fourth RFP.  Of course, it's important to

12    us that that begin very quickly.  We don't think these

13    materials will be hard to identify or to gather.  And

14    we will be following up with Google to establish a firm date

15    for substantial production which we don't think should be

16    very far in the future.

17            The last RFP that I'd like to discuss is our third

18    RFP.  I'm moving, apparently, backwards in time.  This has

19    to do with the full-fledged data request that has been the

20    topic of previous conversations.  We're making progress on

21    this, but I want to give a report on a critical issue.

22            The critical issue is the sample size, right.

23    Google generates huge amounts of data.  This itself has been

24    a discussion point in past status conferences.

25            Google, in response to our request, said it will

1   provide us a one percent sample of sessions, think of

2   sessions as what a user might do on Google within a 24-hour

3   period.  Now, we had previously received five percent

4   samples.  We sought out a five percent sample, Google said

5   that wasn't practical, and it has, in fact, produced the

6   one percent sample, and that's very helpful.

7           Our major concern is that we are in a position

8   similar to Google and its experts themselves, right.  After

9   all, we are getting what Google says it can produce.  We

10  would not want to be in a position where Google were giving

11  its experts five percent samples or bigger samples or

12  different samples and then we were attacked for using the

13  very sample that Google said it wished us to have.  And so

14  we've had conversations with Google about that.  We think

15  they're helpful.  They're helpful because -- here's an

16  example of a practical issue.

17          As Your Honor knows, our complaint talks about

18  harm to vertical providers, it alleges harm to vertical

19  providers, in, say, the travel sector.  So if we get a one

20  percent sample and then we look into the travel sector and

21  then we look for a single company or a couple of companies

22  in the travel sector, of course the sample can get

23  relatively small.  And, of course, we want to make sure

24  anything we're using is large enough to permit statistically

25  significant results.  So we've been in a dialogue with

1    Google and we raised the question of whether its experts

2    would have access to greater datasets than we would have.

3            We believe, Your Honor, that we have largely

4    resolved those concerns.  Google has represented to us that

5    its expert or experts will not use a larger sample of

6    sessions data in its own expert reports, and we understand

7    that Google will not suggest that we should have started our

8    analysis with a larger or more representative sample.

9            We think with these representations and with the

10   fact that the one percent sample has been produced, we can

11   move forward to work through any remaining issues on the use

12   of the data, which is, of course, critical to our analysis.

13   So Your Honor can take that and take a minute on that.

14           THE COURT:  Yeah, no, that's helpful to know that

15   those discussions have been ongoing.

16           I guess the one question that arises from your

17   summary is, at least from my understanding, my recollection

18   is that you were asking for a one percent sample from a

19   particular date.  And have your discussions involved whether

20   Google's experts will use that one percent sample from the

21   same date or could there still be some argument that the

22   date from which you drew the sample is not as robust as,

23   say, a different date that Google's experts would be relying

24   on, because, just say hypothetically we've talked about

25   travel providers, you know, a date that's closer to the end

1   of the year where there's more travel would be a more robust

2   sample size than something that is, say, in the middle of

3   February.

4           MR. SALLET:  It's an important point, Your Honor.

5           If I could give another example:  Travel declined

6   in 2020 during the pandemic.  So the sample size could get

7   very small during the pandemic of travel.

8           We understand that we would be getting the same

9   dates, the same sampling that Google is using with its

10  experts.  If that were not correct, we would have ourselves

11  an issue to be worked out for the very reasons that

12  Your Honor suggests, particularly in light of our

13  once-in-a-century pandemic, which upset a number of -- as we

14  all know, because we're on a Zoom call right now -- a normal

15  way of proceeding, and yet the normal ways of proceeding in

16  travel are very important to our analysis.  So we understand

17  that we would be getting equivalent the same sets with the

18  same dates, the same samples as what Google is supplying its

19  experts.

20          THE COURT:  Okay.

21          All right.  Well, I'll ask Mr. Schmidtlein to

22  address this topic when I turn to him, which -- unless

23  there's anything further, Mr. Sallet, I'll do that now.

24          MR. SALLET:  Your Honor, if I could just very

25  briefly note that we are continuing on depositions.  We have

```
 1    led 12 depositions of Google employees and third parties, in
 2    addition to the DOJ-led depositions.  We have issued some
 3    additional subpoenas.  We are working to wrap up our
 4    discovery requests in the near term.
 5            Of course, I should note, cross-notices on
 6    depositions would continue to be issued, to the extent that
 7    Google issues new deposition notices, and we feel the need
 8    to cross-notice.  But we're working hard, given the short
 9    schedule that remains ahead of us.
10            THE COURT:  Okay.
11            All right.  Mr. Schmidtlein, why don't we turn to
12    you.
13            MR. SCHMIDTLEIN:  Good morning, Your Honor.
14            I'm not going to add a whole lot.  You've read,
15    I know, carefully, the submissions that we've made
16    detailing, in some painful detail, all of the discovery
17    that's gone on, both of Google and of various third parties.
18            I think it's safe to say that all the parties are
19    actively engaged here.  We've issued dozens of subpoenas for
20    third-party depositions, I think, since we've last been
21    together.  You know, additional subpoenas will continue to
22    go out.
23            And we continue to engage with various third
24    parties on document productions, including substantial
25    productions that are coming in from certain third parties,
```

1   including Microsoft.

2          So, yeah, we are in full -- we're in full swing in

3   terms of depositions and continued receipt of documents and

4   production of documents and data in connection with various

5   of -- these additional RFPs that have come in from certain

6   of the -- from some certain of the plaintiffs.

7          You know, if -- in terms of issues that have been

8   flagged, as I said, we have worked, you know, very closely

9   and carefully with the DOJ on these privilege issues as

10  they've come up, and I think we have, to date, resolved the

11  issues that have arisen.

12         I know there are some conversations still going on

13  with respect to certain categories, but I certainly agree

14  with Mr. Dintzer, there's nothing ripe for Your Honor.  And

15  I would hope that we either get those resolved, or if we

16  don't resolve them, I would hope that we don't put you in

17  the position of having to farm this out to a Special Master

18  or a magistrate, but obviously I don't know exactly where

19  that's going to land and what ultimate positions the

20  plaintiffs may take on that.

21         In terms of the data issues that Mr. Sallet

22  raised, you know, he's correct, there has been a lot of data

23  produced, lots of conversations back and forth between the

24  parties about trying to get to what is both reasonable and

25  feasible, given the size and scope and breadth of the

    1    requests that have been made, and the parties have been --
    2    I don't want to try to document in front of Your Honor all
    3    of the back and forth that the parties have had about
    4    representations and promises and things like that, but we
    5    understand some of the issues that the plaintiffs have
    6    raised.
    7            We have tried to meet and address some of those
    8    issues, to the extent we can, given that we don't exactly
    9    know what their experts are actually going to do with the
   10    data.
   11            We know they've asked for a huge volume of data
   12    and they want to stare at it and try to see if they can, you
   13    know, form opinions based on it.  But without knowing
   14    exactly what types of opinions they are going to try to
   15    draw, it's hard for us to say, oh, well, we will absolutely
   16    agree that we won't object on this point or that point,
   17    depending on exactly what it is you try to do with the data.
   18            We do hear and we do understand and I would
   19    certainly not come back to Your Honor.  I can't imagine
   20    being in a position where I come back to Your Honor and say,
   21    we produced to them one cut of data, we object to producing
   22    some different breadth of data, and then my experts are
   23    using a different breadth of data.  I am not going to be in
   24    front of Your Honor doing that.  I understand their concerns
   25    in that regard.  And as I said, I think we've been trying to

1  have constructive conversations to try to get at these very

2  complicated questions.

3        So I think, as I said, there's nothing to put

4  before Your Honor today, and we're continuing to have those

5  conversations to try to resolve those issues, and the states

6  have been constructive in how we've tried to deal with that.

7        THE COURT:  All right.  Well, good.  It sounds

8  like at least that issue with respect to the data is pretty

9  far advanced and hopefully will be one that you all will be

10  able to close the loop on and won't give rise to any

11  disputes.

12        All right.  With that, why don't we turn to what

13  are the disputed issues.  There were a number that were

14  flagged in this, really, three that were flagged in the

15  Joint Status Report and then there was a separate issue

16  regarding Microsoft.

17        So why don't we at least start with what's easy,

18  and that's Google's request to amend the stipulated

19  protective order.  I will grant that, that is without

20  opposition, and what Google's requesting makes sense.  So

21  we'll issue an order that amends the protective order.

22        So let's then turn to what may be a less

23  complicated or disputed issue, and that's just the 30(b)(6)

24  question on topic 3.  I guess the first question, and

25  I think I know the answer to this based on Google's Joint

1    Status Report, but I take it that the written response has

2    now been served; is that right?

3              MR. SCHMIDTLEIN:  Yes, Your Honor.

4              THE COURT:  Okay.

5              And so what DOJ has asked for is to move the date

6    for their next 30(b)(6) notice by two weeks, from

7    February 14th to February 28th.  And does Google object to

8    that?

9              MR. SCHMIDTLEIN:  We do, Your Honor.

10             THE COURT:  Okay.

11             Help me understand what the objection is for

12   moving it a couple weeks.

13             MR. SCHMIDTLEIN:  Well, Your Honor, as you know

14   and as the parties have alluded to, you know, we're in the

15   last three months of discovery here.

16             We have no idea what the size or scope or breadth

17   of this next 30(b)(6) is going to be.  The first two were,

18   in our judgment, overbroad, and we've tried to deal with

19   those in a number of different ways.

20             We've also had lots and lots of witnesses, you

21   know, getting deposed, and there are more witnesses who are

22   being scheduled for deposition.  I've got witnesses being --

23   who were deposed this week, I've got people being deposed

24   next week, I've got people being deposed probably every week

25   from now until probably May.

1    Every -- and I know we're not going to re-argue

2  what we argued to you months ago.  But this idea of sitting

3  back, we are now dozens and dozens and dozens of Google

4  witnesses into this case of depositions, and they're issuing

5  new 30(b)(6) notices that could implicate witnesses who

6  either have been deposed or are coming up to be scheduled

7  for deposition.

8    It's a little bit of the issue that Mr. Sunshine

9  was previewing for you with Apple.  They go and they notice

10  a bunch of people for depositions by name, and then they

11  come behind with a massive 30(b)(6) that implicates all

12  sorts of the same people.

13    There is no bases for them, quite frankly, to have

14  waited this long.  And there's certainly, the fact that

15  we've, one, answered to one topic that they've been asking

16  witness after witness after witness about, they've gotten

17  testimony about that topic for months, the idea that they

18  want two more weeks to issue a 30(b)(6) notice that we have

19  no idea what the scope or breadth or subject matter is going

20  to be makes zero sense to us and I think only serves to

21  further complicate our scheduling going forward.

22    THE COURT:  Okay.

23    Mr. Dintzer.

24    MR. DINTZER:  Yes, Your Honor.

25    So, first, they dropped the answer for this --

1   this is a topic that's important -- to remind the Court,

2   this is a topic we wanted a witness and they specifically

3   asked the Court if they could do it in writing and the Court

4   asked us if we would accept that as a first step and we did

5   and then they took the entire month and dropped that on us

6   while we were actually turning in the JSR.

7           The fact that they say, we've already got this

8   information, the truth is if we already had it, it wouldn't

9   have taken them three months to write out a 4-page answer,

10  which is what they gave us and was incomplete.

11          And to ask us to move on to the next 30(b)(6),

12  without the information from this one, is basically

13  rewarding them for dragging this out.  We need to go back --

14  we have already gone back; it took us 24 hours.  We've

15  already gone back to them and pointed out the deficiencies,

16  asked them to respond to those.

17          So what we've asked for are three things,

18  Your Honor.  First, we'd like them to respond to our letter

19  on the deficiencies by February 18th, either by another --

20  so that we get -- so we get a firmed-up answer, and if

21  that's not satisfactory, then with a witness in the seat

22  immediately thereafter so we can finish that one.

23          The second thing we ask -- so that the deposition,

24  if one is going to follow on that topic 3, would be by

25  February 21st.  That's the second thing we ask.  If they

1   can't give us a written answer that's satisfactory, we get a

2   witness in the chair by February 21st.

3          The third thing we ask is that we move the date

4   for the final fact 30(b)(6), we still have a data one that

5   is undated, a final fact 30(b)(6) from the 14th to the 28th

6   so that we have this information that we're entitled to have

7   before we issue the next one.

8          Google has made the exact argument --

9   Mr. Schmidtlein made the exact argument before, and the

10   Court explained to him why we were entitled to these and why

11   these were useful.

12          And so what Google has done is simply by waiting

13   and delaying and providing us the information, they are

14   trying -- they are effectively -- I won't assign intent, but

15   they are effectively collapsing them, because we're still

16   working on number two when we should be planning for number

17   three.

18          So we would ask the Court, given the delays, which

19   Google has never explained to us why it took a month to

20   write four pages, given especially Mr. Schmidtlein's

21   repeated statement that this information is out there and

22   everybody should have it, then we should have these three

23   things that we've asked for.

24          THE COURT:  I guess first question,

25   Mr. Schmidtlein, is, by when does Google intend to respond

 to the DOJ's concerns they've raised with the written response to topic 3?

MR. SCHMIDTLEIN: Your Honor, I think the letter that they sent us on that, I think, came in either last night when I was in a deposition with a witness on the West Coast until 9:00 p.m. last night, so I have not had a chance to confer with my client on and review with them the issues. We obviously -- I expect we are going to disagree about their views about our completeness and our responsiveness, but I don't have a -- I have not yet conferred with my client on that.

THE COURT: Okay.

Well, do you think you can get a response within a week?

MR. SCHMIDTLEIN: Yes.

THE COURT: Okay. All right.

So I think based on that, so we'll first ask if Google will respond to the Department of Justice's letter on topic 3 by February 18th.

I'm not going to grant the request to put a witness in the chair by three days later. I mean, that just seems really unreasonable, and I'll leave it to the parties to -- if there is to be a witness on topic 3, you all can work towards scheduling that. It certainly seems to me a three-day turnaround with a response that Google is now

1    going to provide is -- that's just not reasonable.

2            In terms of moving this date, look, you know, I've

3    tried to hold firm on a lot of these dates for the obvious

4    reason that we're on a very tight schedule as it is.  And

5    while it may seem to the rest of the world that a fall of

6    2023 trial date is worlds away, for the parties, it probably

7    feels like it's too soon and probably tomorrow.

8            So, look, I'll give you a little bit of wiggle

9    room on this.  So I'll just ask you to provide that

10   additional 30(b)(6) by the 22nd.  The 21st is a holiday, and

11   you all may be working in any event, but I'll just give you

12   till the 22nd.  So I'll give you about an extra week to take

13   care of that, okay?

14           MR. DINTZER:  We appreciate that, Your Honor.

15           And we would ask that given Mr. Schmidtlein's

16   concerns about the close of fact discovery, that Google

17   provide any responses or witnesses within 30, 35 days after

18   we issue that so that we can get -- I mean, obviously it's

19   taken us 90 days from the last one to get where we are which

20   is still not done, and what has happened -- and just to give

21   you an example from --

22           THE COURT:  Didn't I -- I'm trying to remember.

23   Maybe I -- hopefully this applies to 30(b)(6), but we did

24   include a requirement that a party that's subpoenaed, and

25   this would extend to third parties, that they have to at

1    least respond within ten days, I think, of receipt of the

2    subpoena, to begin scheduling?

3              Now, this is obviously more complicated than a

4    simple subpoena to a third party --

5              MR. DINTZER:  Yes.

6              THE COURT:  -- but I would hope that at least, at

7    a minimum, you would abide by that rule in terms of starting

8    to discuss how a 30(b)(6) will be answered, whether it's

9    through witness testimony.

10             MR. SCHMIDTLEIN:  We will be prepared to provide

11   sort of responses, objections to it.  We will endeavor to

12   get that done within ten days of the receipt of the notice.

13             THE COURT:  Okay.  All right.

14             So I think, Mr. Dintzer, that will certainly move

15   things along.  So thank you for that, Mr. Schmidtlein.

16             MR. DINTZER:  We appreciate that, Your Honor.

17   Thank you.

18             THE COURT:  Okay.

19             All right.  Let's turn then to the other issue

20   here with respect to the way that the depositions, in a few

21   instances, have been conducted.

22             It seems that one of the two issues is largely

23   resolved, Google's concern about different lawyers

24   conducting questioning.  The states have said they only

25   intend to use one attorney, so that concern is moot as to

them.  And the DOJ, it says that it intends to use multiple
attorneys for only one 14-hour deposition.  So we're really
down to one deposition for which this is an issue, it seems
to me.

And so I'll allow the Department of Justice to do
it for that one deposition.  I don't think it creates that
much of a strategic benefit.  I could see some strategic
benefit, but, you know, a 14-hour deposition is a long thing
to prepare for and to have two lawyers conduct the
questioning is not unreasonable.  So I'll allow that for the
one deposition that the Department of Justice is proposing
to use that two-lawyer questioning for.

On this other issue of -- which is essentially
sort of allowing DOJ to complete the questioning after the
states have completed theirs, it doesn't strike me as
entirely problematic, given that we have -- you know, that
the order says that the parties will be able to structure as
is reasonable.

Now, that obviously has its limits, and you
wouldn't want to trade off every few hours between sides.
But, you know, in the interest of ensuring that the
questions that need to be asked by the Department of Justice
and the states, it seems to me, allowing this to happen
makes some sense, because otherwise, you know, I know
parties have to do this in any event, but the Department of

1   Justice and the states will have to predict exactly how much

2   time they'll need.  And if DOJ is off, it could either

3   squeeze the states or squeeze DOJ, depending upon how they

4   estimate that time.

5              So, look, I'll ask the plaintiffs to try and

6   minimize that, if possible.  But, you know, I don't think

7   there's any inherent problem with it and I'll allow that to

8   continue, with the understanding that the parties will make

9   an effort to minimize that from occurring, okay?

10             Let's turn then to what is sort of the main

11   contested topic, and that is Google's request to have

12   plaintiffs identify third-party witnesses that are expected

13   to be called at trial.

14             Let me just give you my impressions and then we

15   can talk about this.  I am -- look, the Civil Rules --

16   I don't think the Civil Rules necessarily are always

17   helpful, at least sort of slavishly adhering to them, when

18   it comes to this type of complex litigation.  You know, it's

19   simple enough to say in a run-of-the-mill case that you'll

20   identify the ten witnesses that may have knowledge, and then

21   we'll give you the names of the five witnesses or seven

22   witnesses that we'll call at trial when the Pretrial Order

23   is completed.  I mean, that's easy enough in a basic case,

24   but this is not that.

25             And what I would like to avoid here is a situation

where there is surprise and that Google -- or -- and the

opposite -- this runs in the other direction, too, where a

key witness -- and I'm not asking either side at this stage

or even, frankly, within the next 60 days, you have a firm

understanding and resolve about who you're going to call at

trial.  On the other hand, it does seem to me that at this

juncture I suspect there are witnesses that each side knows

that they are highly likely to call at trial.

And what I want to avoid is a situation where one

side sort of strategically decides not to notice a

deposition of somebody they intend to call at trial, and the

other side, as a result, doesn't notice the deposition or

doesn't -- doesn't notice that deposition, and then I'm left

in the position of having to deal with the question or hear

the complaint that, look, we were surprised that Google or

the states here, you know, sprung this really important

witness on us, even though that person was listed on the

supplemental disclosures.

And so I think the bottom line for me is, I'd like

to avoid that possibility.  And so, you know, as we move

forward, it does seem to me there is some benefit to both

sides -- this isn't -- I don't think this is just a

unilateral benefit here -- to both sides, particularly when

it comes to third parties, to have a better sense and

identify those witnesses that you think are likely to be

1   called at trial, just to ensure that, you know, a trial

2   witness, a likely trial witness, that there's an adequate

3   opportunity to depose that person.

4           Now, you all may say to me, look, Judge, you know,

5   it's pretty evident who those likely witnesses are going to

6   be.  I don't know if that's true or not.  And it may be also

7   the case, and I can understand this, that for any particular

8   third party, the identification of that witness may be

9   difficult at this time, I appreciate that as well.

10          On the other hand, it may be useful to, at a

11  minimum, say, look, we are likely to call some witness from

12  this third party, at least at a minimum, so that Google or

13  the states have the opportunity to identify somebody and

14  make sure that they depose that person in advance of the

15  fact-discovery deadline.

16          How we execute that, let me sort of open that for

17  some discussion now that I've sort of laid out what my

18  thoughts are based on what you all have submitted and the

19  concerns that I have.

20          So why don't we start with Mr. Schmidtlein since

21  this was your request.

22          MR. SCHMIDTLEIN:  Thank you, Your Honor.

23          Your Honor, you put your finger on the problem and

24  the issue that we've got.

25          Right now with the amended disclosures that we got

1    from the two plaintiff groups, they've identified 71

2    different companies, and from those 71 companies, they've

3    listed 181 individuals by name.  Now, ten of those 71

4    companies, they haven't named any individuals.  They just

5    say, employees of company X.

6            So we've got 181 third-party individuals.  That is

7    in addition to the 140 current and former Google employees

8    that are listed on their initial disclosures.  And the

9    most -- you know, just to give you the most prominent

10   example, for Microsoft, they've listed 19 employees.

11           Now, I absolutely cannot comprehend a situation

12   where they are going to walk 19 people into your courtroom

13   to testify in this case.  So what we have -- and, you know,

14   for Samsung, they've identified 14 people.  You know, for

15   all sort of different parties, they've got multiple,

16   multiple people.

17           We've taken depositions of all of the major

18   carriers, both parties have, we've taken a deposition of

19   each one, they still list seven, six, four, five people from

20   each of those parties, even though they've only deposed one.

21           So what we are left in the situation right now is,

22   we're guessing as to who we really should depose and who we

23   don't need to depose.  We've issued a number of subpoenas

24   for Microsoft employees, but we're sort of left guessing, do

25   I need to depose all 19 of those people or only a subset of

1   those people, plus additional people that we might -- that

2   we want to depose that aren't on their list, because we

3   think these people have favorable testimony that we want.

4          THE COURT:  So, look, I understand the concern.

5   I guess the question to you is how you would propose --

6   forgive me if I can't recall what the specific proposal was

7   that you made, if you did make one, you know, how to

8   realistically execute this, because, you know, look, you are

9   all seasoned litigators, and litigation is a fluid thing,

10  and, you know, particularly at 18-plus months out from a

11  trial, it really is not realistic to ask a party, an

12  opponent, to specifically identify who it is they're going

13  to call.

14         And I also don't want to be in a position --

15  frankly, I'd like to avoid the position -- where, you know,

16  an opponent says, look, you didn't identify this person

17  during fact discovery, even though the person was on the

18  disclosures, and so, therefore, that person should be

19  precluded from testimony.  You know, that's a step further

20  than even the rules require.

21         So, you know, what are your thoughts on how this

22  could be executed, given the limited time you all still have

23  for fact discovery?

24         MR. SCHMIDTLEIN:  I don't think what they have

25  currently offered is a meaningful identification of even

 1   sort of, you know, a swishy or a probably list of deponents.

 2   As I said, they've got, between current and former employees

 3   and third parties, they've got 320 individuals listed.

 4   So they need to amend that to --

 5            THE COURT:  And can you tell me how many Google

 6   has included on their supplement?

 7            MR. SCHMIDTLEIN:  We've listed roughly 30 Google

 8   employees, current or former Google employees, that are on

 9   our list.

10            We have been going out and issuing subpoenas and

11   getting deposition testimony from the people we believe are

12   going to testify for us at trial.

13            We're happy to -- we've issued interrogatories to

14   them that are due, responses due February 22nd, that are

15   designed to pinpoint with specificity their claims, the

16   exact agreements, the exact verticals that they are -- that

17   are supporting their claims, so we can target which

18   individual people.

19            And we're happy to amend ours to add third parties

20   once we get that information, but I can't meaningfully come

21   up with a game plan as to third-party deponents when I've

22   got 181 individuals from 71 companies from them.  It's

23   just -- it's a fake list, Your Honor.

24            THE COURT:  Okay.

25            Mr. Dintzer, Mr. Sallet, your thoughts?

 1          MR. DINTZER:  So, Your Honor, first of all, to

 2  call it a fake list is unfair and unwarranted.

 3          So let's start at the beginning.  The first thing

 4  is is our initial disclosures, which Google never

 5  challenged, had a significantly larger number of people,

 6  it had 136 parties and 190 individuals.

 7          The reason we amended was to do exactly what

 8  Your Honor is asking, quite honestly, what the rules

 9  require.  So now we went from 136 parties to 58 parties,

10  190 individuals to 152 individuals.  We genuinely -- and to

11  put this into context, because the case is --

12          THE COURT:  Well, if I could interrupt you.

13          Look, I mean, as I said at the beginning, I am not

14  suggesting here that what the Department of Justice has done

15  or the states have done, you know, runs afoul of what the

16  requirements are.  My observation is a different one, which

17  is that sometimes the rules aren't terribly effective in

18  these complex cases and a judge has to supplement them to

19  ensure fairness to both sides.

20          And, look, you know, to identify 181 individuals

21  who have knowledge, as the initial disclosure rule requires,

22  undoubtedly complies with the rule.  On the other hand, they

23  don't even have 181 depositions.  So in theory if they had

24  an unlimited amount of time, you know, you all haven't

25  agreed that you could have deposed 181 individuals and,

 1    frankly, I wouldn't allow it.

 2             And so, you know, there is a premium here, it

 3    seems to me, on getting focused and staying focused, with an

 4    eye toward what's going to matter for trial.  And, you know,

 5    I would hate -- and this is true for both sides, I don't

 6    mean this to just be a one-way street, to either side to

 7    sort of waste a lot of time deposing people that really have

 8    a sort of tangential relationship to the case.

 9             And I know, you know, while the rule is a helpful

10    one to identify who people are, it also has sort of a --

11    there's also sort of a protective quality to it because of

12    the potential sanction.  And so there's an incentive to

13    over-list, and particularly in a case like this, than there

14    might be -- well, there's always an incentive to over-list

15    so you're not accused of hiding the ball and sandbagging

16    another party.

17             MR. DINTZER:  What I would say to that is this,

18    Your Honor:  We have -- there are 450 custodians plus that

19    we have sought documents for.  We are down -- I mean, Google

20    cites a bunch of cases.  We haven't listed everybody with

21    knowledge.  We've pared this down to 150.

22             And I don't want to make this sound like I don't

23    understand the Court's concern, I do, but I just want to put

24    it into context.  Then let's say we have a carrier, a

25    company, a carrier that was starting to read their documents

```
 1   and we see there are five interesting people that have
 2   information, we have to go through their documents.  You
 3   know, the initial -- our supplementation is a slice of time
 4   based on information we have then.  We are going through the
 5   depositions of third parties as fast as we can.
 6          But we don't really -- we could easily find
 7   ourselves -- you know, picture a third party, we see five
 8   people interested in the documents.  We know we don't have
 9   enough depositions for all of them, so we pick one.  We
10   could easily find ourselves in that deposition.  That person
11   says, we're not the interesting person, Joe is the
12   interesting person.  And so then we have to either decide
13   whether we can afford another deposition for Joe or maybe
14   we've got enough documents that we don't have to depose Joe.
15          But all of this, as you said, Your Honor, is very
16   fluid, with each one of these third parties.
17          THE COURT:  No, I understand that.
18          Look, I guess --
19          MR. DINTZER:  If I could --
20          THE COURT:  Hang on.
21          And I think that what you've just suggested
22   doesn't, at least doesn't -- it doesn't address my concern,
23   which is that, if you do find yourself in a situation where
24   you're reviewing discovery and you see there are five people
25   that just -- you depose the first, and the first turn-out
```

1    not to have that interest, you depose the second, well,

2    Google knows that, and so they're on notice that those folks

3    are potential trial witnesses, and presumably, you know,

4    maybe they'll have -- maybe they'll have an opportunity to

5    examine it at the deposition, too.

6              So I'm not sure that situation really addresses

7    the concern.  And as I said, I do appreciate the fluidity of

8    all this.

9              As I said, what I want to avoid is what I've just

10   described --

11             MR. DINTZER:  Right.

12             THE COURT:  -- which is a surprise at trial and a

13   claim that, look, you know, this person was buried among 151

14   people, and now it turns out to be the government's star

15   witness from third party X.  You know, and the reason the

16   government did that all is that they wanted to keep this

17   person in their back pocket so that Google wouldn't depose

18   them.  I don't want to be in that position.

19             MR. DINTZER:  No.  And I can offer you something,

20   Your Honor.  And I've been on cases where we faced something

21   like this.

22             And I would say that -- I mean, we already have in

23   our -- in the CMO that if somebody was not identified, was

24   not disclosed, that the others -- and they end up on the

25   witness list, that the other side gets a shot at deposing

1    them.

2           What we can simply do is, as long -- and we can

3    expand that, and we can say, look, if -- I mean, this is

4    not -- this can't be an invitation to the other party to

5    just coast.

6           So if we had five people identified and neither

7    one of us deposed that person, then -- and Google didn't

8    make any effort to depose anybody from that third party, I'd

9    say, you know, they didn't make enough of an effort.

10          But if they made an effort and they got the wrong

11   guy and we end up picking somebody else to be on our witness

12   list, then a fair argument could be made that they should

13   have a chance to depose that person when the witness lists

14   show up.

15          And so I want to make sure that this is not open

16   for abuse, but if that -- in my experience, that has -- and

17   vice versa, because this has to be fair, and we have real

18   problems about the way that Google has done their

19   disclosures, which I haven't had a chance to get to yet.

20          But the idea would be that if as long as they've,

21   I mean, made good-faith efforts to depose the usual

22   suspects, the likely people, then the showing that they need

23   to depose somebody who is even though on the initial

24   disclosures but something of a surprise, the bar wouldn't be

25   as high.  And this would be for both sides.

1           So that would allow us the flexibility that we

2    need, because the Court needs to understand, until we see

3    their expert reports -- I mean, to be fair, until we see

4    their expert reports, we have not seen a single thing about

5    Google's theories in this case.  I mean, nothing, there's no

6    filings.

7           So to say, well, we don't need this fact witness

8    or this fact witness, we won't really know that.  I can't as

9    a litigator.  I mean, I've been through this many, many

10   times.  Until -- they may have an expert, just to give the

11   Court a thing, they may have an expert who shows up who

12   says, I'm relying upon the fact of X with regard to

13   third-party Y.  It's like, wow, that's out of nowhere.

14   Well, we are going to need that -- a person from that third

15   party to address that fact, because that's something that

16   their expert is relying upon.

17          We can't know that stuff until the end of expert

18   discovery, which, of course, is why the CMO provides that

19   the witness lists are not due until after the close of

20   expert discovery, because you can't know who your witnesses

21   are until you see what the other side's theories are.

22          Now, the defendant --

23          THE COURT:  Hang on, Mr. Dintzer.  Let me just

24   interrupt you.

25          Mr. Sallet -- let me just turn to your colleague,

```
 1    I haven't given him an opportunity to be heard, but I want

 2    to try and resolve this in short order.

 3            MR. SALLET:  Yes, Your Honor.

 4            I won't go back and restate the history, except to

 5    say what Your Honor knows, and which is undeniably true,

 6    nothing we've have done here is fake.

 7            THE COURT:  Mr. Sallet, I'm having a little

 8    trouble hearing you.  I think your connection has been a

 9    little weak.

10            MR. SALLET:  Can you hear me any better now if I

11    raise my voice like that?

12            THE COURT:  Yes, a little bit.

13            MR. SALLET:  I apologize.  I tend to be

14    soft-spoken, which is not always found in litigators, so I

15    apologize for the inconvenience.

16            THE COURT:  No problem.

17            MR. SALLET:  Your Honor, nothing we've done in

18    this case is fake.  Our initial disclosures are not fake.

19    I'm not going to go back into it.  I don't think that's a

20    good way to move forward, but I want the record to be plain

21    on that point.

22            Second, I understand, we understand Your Honor's

23    point.  You're looking for some greater certainty than,

24    perhaps, Rule 26 actually requires.  And Your Honor

25    recognizes, I think, the difficulty and the lack of
```

1    certainty, even with the case -- with only a few months of

2    discovery left, we're learning new things every day, and, as

3    Mr. Dintzer says, expert reports may point us to

4    circumstances that we had not previously anticipated.

5            But if Your Honor would like to us to try to find

6    a way to proceed different than Rule 26, which is what I

7    take the Court's comments to state, then my suggestion, our

8    suggestion, is that the parties have a meet-and-confer and

9    see whether there is some basis to find a reciprocal

10   standard that is not a witness list.

11           And by the second I mean, we do not know for

12   certain.  And the problem of identification now is the

13   uncertainty that necessarily covers what all of us are

14   doing.

15           THE COURT:  So, Mr. Sallet, if I could interrupt.

16           Look, I appreciate what you've suggested and

17   I think it's a good idea.  Nothing I have said, in terms of

18   my thoughts on this, would -- ought to be taken, you know,

19   absent some exceptional circumstances, that this type of

20   disclosure would be preclusive.

21           So, for example, if we were to set some dates by

22   which -- or a date by which both sides have to at that point

23   identify witnesses or entities that they likely will call at

24   trial, which is a higher standard than Rule 26, the failure

25   to list somebody I would not foresee as preclusive at

1    calling at person at trial, one, so long as they are on the

2    initial disclosures, and, two, that the circumstances really

3    don't suggest some kind of sandbagging is being done by the

4    parties.  So to the extent that that's a concern, you know,

5    I want to lay that to rest.

6            And so the future of this, if we were to do it,

7    and I'd like to do something like this, is that there would

8    be mutuality; that is, it's going to obviously apply to both

9    parties, and, two, that there wouldn't be a preclusive

10   quality to it --

11           MR. SALLET:  Yes.

12           THE COURT:  -- except for in some rare

13   circumstance.

14           MR. SCHMIDTLEIN:  Your Honor --

15           THE COURT:  Hang on.

16           Why don't I just let Mr. Sallet finish his

17   thoughts and then I'll turn back to you, Mr. Schmidtlein.

18           MR. SALLET:  I can be very brief.

19           I was going to say, Your Honor, I think that

20   structure would provide a framework for a discussion between

21   the parties.

22           THE COURT:  Mr. Schmidtlein.

23           MR. SCHMIDTLEIN:  Not that I don't enjoy spending

24   time talking with Mr. Dintzer and Mr. Sallet, but I would

25   not recommend that the parties meet and confer on this.

```
 1   I would recommend that Your Honor put in place an order
 2   along the lines of what you just articulated, which is some
 3   greater level of definitiveness that will result in these
 4   witness lists being culled further.
 5           You know, I can't be in a world where I've got,
 6   between Microsoft, Samsung and Apple, just those three
 7   parties, the plaintiffs have listed 43 witnesses,
 8   43 witnesses they've got on their initial disclosures for
 9   those three parties, and they have to date noticed two
10   depositions of Apple witnesses, none for Microsoft, none
11   from Samsung, okay.
12           So I would ask that Your Honor order them to
13   submit an amended disclosures list, along the lines of what
14   you're talking about, no later than February 18th, a week
15   from today.
16           On February 22nd, they are due to get to us
17   interrogatory responses.  And Google will submit amended
18   disclosures on February 25th.  So that would give us the
19   benefit of their amended disclosures and their interrogatory
20   answers on February 22nd.
21           THE COURT:  Okay.
22           Who has amendments due on the 22nd?
23           MR. SCHMIDTLEIN:  I'm sorry, they have
24   interrogatory responses due to us on February 22nd.
25           THE COURT:  Oh, interrogatories.
```

1          MR. SCHMIDTLEIN:  And that we would then be given

2    until the 25th to be able to take into consideration the

3    revised disclosures they would give on the 18th and their

4    interrogatory answers on the 22nd.

5          MR. DINTZER:  If --

6          THE COURT:  Hang on.

7          Look, I hear what you're saying, Mr. Schmidtlein,

8    in terms of wanting to have some certainty coming out of

9    this conference and not wanting to have to constantly meet

10   and confer about everything, because I know you're meeting

11   and conferring a fair amount.  But I do think this is

12   important enough that you all ought to have some discussion

13   about this, now that you've heard that the plaintiffs are

14   prepared -- at least Mr. Sallet has said he's prepared to

15   give a little on this.

16          What I have envisioned of the two things that I've

17   just discussed, plus at least my thought is at least one,

18   perhaps two dates by which parties would identify witnesses

19   or entities that would likely be called at trial -- and such

20   that -- at least I'm -- again, I'm just thinking out loud,

21   you know, perhaps you've got a date at the end of February

22   and you've got a date at the end of March, that would, A,

23   enable the parties to sort of take into account the fluidity

24   of things; B, also, you've got two dates, and those two

25   dates will allow for enough planning to ensure that anybody

```
1   that appears on that list is somebody that can get deposed
2   before the end of fact discovery, because at the end of
3   March, we're still looking at another five weeks or so
4   before fact discovery ends.
5           That seems to me to be manageable.  It
6   accomplishes what you're trying to get done.  And I think
7   it, at the same time, does it on a reasonable time frame
8   without, you know, demanding that the parties, within three
9   days or within seven days from today, come up with a list of
10  people that they're likely to call at trial.  I just think
11  that's probably asking too much at this point, although
12  there may be a few -- handful -- at least some number of
13  people they'd initially tell you about.
14          So I will ask you to all just kind of meet and
15  confer about this and just get back to me by next Wednesday
16  with a proposal.  If you can't agree to one, I'll issue an
17  order with what I think is a fair and reasonable approach,
18  okay?
19          MR. DINTZER:  Your Honor, may I be heard on this?
20          THE COURT:  Of course.
21          MR. DINTZER:  I promise to keep it brief.
22          I understand everything, I'm not going to go
23  over -- we have real problems with the fact that Google has
24  disclosed no third parties and that we've got -- they've
25  denied us significant information that has prejudiced us
```

 1   because they basically have taken the position that they

 2   don't have to disclose third parties, they can just depose

 3   people and that we should then be on notice so we don't get

 4   any advanced notice.

 5          Putting that aside, I have deep concerns about the

 6   idea of being asked to -- or required to identify likely

 7   witnesses at this point.  Quite honestly, Your Honor, at

 8   this point, the likely witnesses -- we are still sorting

 9   through a tremendous amount.  This is -- I mean, in a

10   simpler case, like a breach-of-contract case, you know

11   you're going to have the person who wrote the contract.

12          But in this kind of a case where there's a vast

13   amount of information, both between experts and fact

14   witnesses, I wouldn't want to put together a list where I

15   could be anything, of course, but honest with the Court and

16   meet my duty of being honest.

17          I could honestly say right now that except for a

18   very, very small handful, and even those people I would say

19   are only close to likely, I couldn't say it's likely exactly

20   who we're going to call.

21          And so this -- I completely respect what the Court

22   is trying to do, and I would suggest, rather than putting

23   the likely thing out there as a possibility, which, quite

24   honestly, Your Honor, would be -- would put us in a position

25   of claiming to know something that we don't know right now.

1          THE COURT:  Well, again, just -- this will be the

2     last I'll say about this, is, I'm not expecting you to have

3     a crystal ball with respect to anything that you don't

4     already know, okay, or anything that you haven't thought

5     through.

6          So if, for example, there's a deadline at the end

7     of February for initial disclosures of some kind and that

8     you find yourself in the end of -- sometime in March, you

9     know, I'm not -- that's not going to be a problem.

10          You know, again, the point here is to just simply

11     try and minimize the likelihood of a surprise at trial.

12     I do think that having 181 people who've been identified as

13     persons with knowledge, and that number could also balloon

14     to a higher number given that some of the entities haven't

15     actually had names associated with them, you know, it

16     creates some issues in terms of preparing.

17          And, look, you know, Google is the defendant in

18     this case, and so, you know, the government bears the

19     burden, and it does seem to me that there is some benefit to

20     ensuring that the -- particularly the defendant here isn't

21     taken by surprise.  As I said, that's going to be a two-way

22     street, and so, you know, any such disclosures will work

23     both ways, okay?

24          All right.  Let's then turn to the last of these

25     topics, and that's the ten-hour deposition for the Microsoft

1    executive.  I think Mr. Cohen -- is Mr. Cohen on?  And

2    hopefully -- he's been patiently waiting for an opportunity

3    to be heard here.

4              MR. DINTZER:  And for us, Your Honor, just so that

5    you know, my colleague, Ms. Aguilar, is going to be

6    addressing this for the Department of Justice.

7              THE COURT:  All right.

8              Let me just say this, and this may speed things

9    up:

10             Look, I am disinclined to allow a ten-hour

11   deposition of any particular witness.  I just think -- that

12   is cross-designated.  You know, the CMO doesn't call for it,

13   and I think, frankly, it will crack the dam in a way here

14   that is going to result in a gusher of requests for ten-hour

15   depositions, because, frankly, I suspect any one of these

16   witnesses could be argued to be a really important witness

17   for which a ten-hour deposition is appropriate.  So I'm not

18   prepared to do that for the one-off with respect to this

19   Microsoft executive.

20             That said, if the parties want to negotiate, and,

21   again, I'm putting this back on you all, a limited number of

22   these type of depositions for which you designate

23   particularly important people, a limited number of

24   depositions that does not prejudice the plaintiffs, and by

25   that I mean, you know, they've already deposed some people,

1   and I hope it's not something that might require the

2   re-opening of a deposition, I would like to avoid that.

3            But going forward, if there are a handful of third

4   parties that either side believes has particular amount of

5   information, then I'm open to the notion of expanding that

6   amount of time from the current 5.5 hours to something maybe

7   a little longer.  But, again, I don't want to start setting

8   numerical limits on that or an hour limit on that without

9   first having you all had the chance to talk it through.

10           MR. SCHMIDTLEIN:  Your Honor, I don't think we're

11  asking for the dam to be broken open.

12           This single executive has spent the better part of

13  the last decade talking to various people around the world

14  about my client.  He is involved in all of the pertinent

15  relationships with third parties that are at issue in this

16  case.

17           And you have authorized the plaintiffs to take 16

18  14-hour two-day depositions of Google employees.  I'm asking

19  for one ten-hour deposition of the executive who has been

20  most centrally involved from the single third party who is

21  the main protagonist in this litigation.  This is a very

22  reasonable request, in our judgment.

23           We have noticed a number of Microsoft deponents.

24  The plaintiffs have not cross-noticed any of them except

25  this individual, which took my presumptively seven hours

 1    down to five and a half hours, even though this individual

 2    is obviously, obviously made available to the plaintiffs,

 3    you know, repeatedly.

 4             So the idea that we can't -- that we're going to

 5    be stuck with five and a half hours with this witness and

 6    I've got over a -- you know, I've got a whole slew of my

 7    executives being deposed for 14 hours is just not fair,

 8    Your Honor.

 9             THE COURT:  Okay.  I hear you.

10             MS. AGUILAR:  Your Honor, if we could be heard on

11    this issue as well.

12             THE COURT:  Sure, Ms. Aguilar, go ahead.

13             MS. AGUILAR:  So to be clear, I think Your Honor

14    articulated exactly what the problem is here, is that this

15    standard that Google has articulated is going to apply to a

16    number of third-party witnesses.  We've identified a few in

17    our moving papers, but I guarantee you that there are more.

18             And so what Google is proposing is a three-day

19    deposition of third-party deponents, and I can guarantee you

20    that every single third party that is on the line right now

21    would come before the judge and seek court intervention if

22    they got a three-day notice for their third-party employee.

23             And so this sort of chaos, I think, a gusher

24    request is a good analogy, shortly before the end of the

25    discovery, is just not -- you know, we don't have time for

1   that right now.  There are, as Mr. Schmidtlein said earlier,

2   people being deposed from now until May almost daily at this

3   point.  So adding three-day third-party depositions,

4   including additional hearings and court intervention on this

5   issue, is just not workable.

6           And, you know, if -- I won't say more than that

7   because the Court has already said what it's inclined to do,

8   but, you know, we really do believe that this is prejudicial

9   to the plaintiffs based on the fact that we have acted

10  within the confine of the rules dictated in the CMO.

11          THE COURT:  Mr. Sallet.

12          MR. SALLET:  Yes, could I just add one additional

13  point -- two.

14          I think Mr. Schmidtlein's math is off.  I think if

15  he notices a deposition for seven hours, he gets a guarantee

16  of six and the plaintiffs have one.  If a cross-notice is

17  given, then he goes from six to five and a half hours.  That

18  is 30 minutes less, there's no question about it, but that's

19  the way the CMO was negotiated and put into effect.

20          The second point, just to add to what DOJ said, a

21  very important aspect of the CMO is that where there is a

22  cross-notice -- and, Your Honor, it was the states that

23  issued the cross-notice regarding Mr. Tinter's deposition,

24  the time will be divided equally been the sides.  That's

25  very important to us.  Google came and said, we'd like ten

1   hours for this, so why don't we take one and you guys just

2   get one.

3          But, no, the CMO speaks to the ability of both

4   sides to have the same opportunity where there's a

5   cross-notice, however this issue is handled, and we agree

6   with the Department of Justice, that principle remains

7   extremely important.

8          THE COURT:  Okay.

9          Look, as I said, I am not prepared to grant the

10  request.  I think it sets a precedent that is going to end

11  up being unwieldy and I fear is going to come back to bite

12  me.

13         Now, that said, if the parties can negotiate a

14  revision here, I'm open to hearing it and I think, you know,

15  that has the potential of benefiting both sides potentially.

16  I don't think there ought to be too many of these, maybe two

17  or three at most, because I'm mindful of not imposing too

18  great a burden on third parties.

19         I don't think any of these depositions ought to

20  swing into a third day, certainly nothing that would exceed

21  14 hours total, it seems to me, because certainly I don't

22  think any third party should be obligated to sit for a third

23  day of deposition absent extraordinary circumstances.

24         So I will leave it at that.  I'll ask you all to

25  get back to me by Wednesday to see if you've made some

 1   headway on this.  If you haven't and you haven't reached

 2   agreement, then I'll just have to make a decision about

 3   whether I should amend the CMO in a way that permits this or

 4   leave it as is, okay?

 5          MS. AGUILAR:  Your Honor, if I could just say this

 6   one point here.

 7          Such an agreement undoubtedly would affect a

 8   number of third parties, and so, you know, it is likely that

 9   they would want to be heard on this issue.  So even if the

10   parties were able to come to some agreement on this,

11   it's likely that there would need to be additional hearings

12   and opportunity for them to be heard.

13          THE COURT:  Well, there's always that.

14          And as I said, I envision this to be a fairly

15   limited exception that would apply to a small number of

16   witnesses, and, therefore, a small number of entities.

17          And so if what you all have suggested is

18   burdensome to a third party and I approve it and the third

19   party thinks it's burdensome, you know, they can raise it

20   with me just as you all have been able to raise these issues

21   with me at any time, okay?  So we'll leave it at that.

22          In the remaining time, because I'd like to get

23   wrapped up by 12:30, I want to raise one thing and I don't

24   know that we need to resolve it -- resolve it is not the

25   right word.

1    You know, I don't -- I'm worried about being in a

2    position where the first time I hear about the merits of

3    this case is on summary judgment.  Obviously I expect that

4    the papers will be comprehensive, we will obviously have

5    some kind of argument, probably a lengthy one, after the

6    papers are filed.

7    But, you know, I have to -- as I sit here today,

8    I have a fair amount of understanding about what the

9    discovery is like, but I don't have a great sense of what

10   the facts in this case are likely to show and whether,

11   importantly, I'm going to need to have some understanding of

12   the technology to resolve some of the issues.

13   You know, what I don't want to be in is a position

14   where I've got the summary judgment papers and it turns out

15   I really need to have some technical understanding of how

16   search is conducted, for example.  And so if -- I'd like to

17   be in a position to have -- to have acquired that knowledge

18   before I get the summary judgment papers.

19   Now, that is obviously some time down the road,

20   but I'd like the parties to give that some thought.  You all

21   know this case better than I do and can identify areas that

22   you might think I would benefit from, some learning outside

23   the sort of summary judgment construct and confines.

24   And bear in mind, we talked about this a long time

25   ago, which is that I am going to ask the parties, when it

1   comes to their expert reports, to provide me with some

2   executive summaries in advance so I can read them and not

3   just have excerpts of them in connection with summary

4   judgment or in advance of time.

5          But anyway, I wanted to plant that seed now, have

6   you all give that some thought.  It's not something that is

7   anything that's imminent, I understand that, but I'd like to

8   at least just plant that seed so you all can think about it

9   and we can have a discussion about it at one of our future

10  conferences, okay?

11          MR. DINTZER:  Will do, Your Honor.

12          MR. SCHMIDTLEIN:  Will do.  Thank you, Your Honor.

13          THE COURT:  So I think we're set.  We have our

14  next conference set, I think it's March 9th, it is literally

15  the one day I'm supposed to be in between trials, so we'll

16  look forward to that.  And if there's anything else that

17  comes up emergent, you all let me know.

18          MR. SCHMIDTLEIN:  Thank you, Your Honor.

19          MR. SALLET:  Just one ten-second point,

20  Your Honor:  We tentatively set April 7th at 11:00 a.m., but

21  we said it was tentative, and, in part, Your Honor, we had a

22  colloquy about the ABA meetings that week.

23          Mr. Cavanaugh is in trial, I'm on a panel, I

24  promised I would come back to the Court starting at 1:30 on

25  the 7th.  So you have that information as you decide when to

```
 1  finalize the April conference.

 2            THE COURT:  Okay.

 3            You know, as of right now, I'm set to be in trial.

 4  Maybe the thing we can do -- I think going forward --

 5  anyway.  What if we moved it to Friday afternoon, April the

 6  8th, at 2:30?

 7            MR. SALLET:  That would work for the states,

 8  Your Honor.

 9            MR. DINTZER:  And for DOJ, Your Honor.

10            MR. SCHMIDTLEIN:  Which date, Your Honor?

11            THE COURT:  April the 8th.  So just the next day

12  at 2:30 in the afternoon.

13            MR. SCHMIDTLEIN:  Yeah, that works for us,

14  Your Honor.

15            THE COURT:  Okay.

16            And actually, let me just amend that.  Can we bump

17  that to 2:00, because I have a Pretrial Conference at 4:00

18  and I need to take a break between hearings, so does the

19  Court Reporter.

20            So let's do that, 2:00, we'll bump our April

21  hearing to 2:00 on April the 8th instead of the 7th, and

22  we'll proceed that way, okay?

23            Thank you, everyone.  Be well.  Thanks, everyone.

24            (Proceedings concluded at 12:27 p.m.)

25
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__December 11, 2022____    

                                William P. Zaremba, RMR, CRR

**COURTROOM**
**DEPUTY: [1]** 4/2
**MR. DINTZER: [24]**
5/3 6/10 6/15 8/3 8/17
8/20 9/11 9/20 12/17
24/24 28/14 29/5 29/16
37/1 38/17 39/19 40/11
40/19 47/5 48/19 48/21
51/4 58/11 59/9
**MR. SALLET: [12]**
14/16 18/4 18/24 43/3
43/10 43/13 43/17
45/11 45/18 54/12
58/19 59/7
**MR. SCHMIDTLEIN:**
**[19]** 19/13 23/3 23/9
23/13 27/3 27/15 29/10
33/22 35/24 36/7 45/14
45/23 46/23 47/1 52/10
58/12 58/18 59/10
59/13
**MR. SUNSHINE: [4]**
9/25 10/4 11/20 13/15
**MS. AGUILAR: [3]**
53/10 53/13 56/5
**THE COURT: [57]**
4/10 6/7 6/12 7/7 8/10
8/19 9/1 9/19 9/22 10/3
11/15 12/10 14/1 17/14
18/20 19/10 22/7 23/4
23/10 24/22 26/24
27/12 27/16 28/22 29/6
29/13 29/18 35/4 36/5
36/24 37/12 39/17
39/20 40/12 42/23 43/7
43/12 43/16 44/15
45/12 45/15 45/22
46/21 46/25 47/6 48/20
50/1 51/7 53/9 53/12
54/11 55/8 56/13 58/13
59/2 59/11 59/15

**0**

**0340 [1]** 1/15

**1**

**10-101 [1]** 1/18
**101 [1]** 1/18
**11 [2]** 1/5 60/10
**1100 [1]** 1/14
**11:00 [2]** 1/6 58/20
**12 [1]** 19/1
**12:27 [1]** 59/24
**12:30 [1]** 56/23
**12th [1]** 2/14
**1300 [2]** 2/5 2/10
**136 [2]** 37/6 37/9
**14 [3]** 34/14 53/7 55/21
**14-hour [3]** 30/2 30/8
52/18
**140 [1]** 34/7
**1440 [1]** 2/19
**14th [2]** 23/7 26/5
**150 [1]** 38/21
**151 [1]** 40/13
**152 [1]** 37/10
**15th [1]** 13/20

52/17
**16th [1]** 10/19
**17 [1]** 11/11
**18 [1]** 11/11
**18-plus [1]** 35/10
**181 [7]** 34/3 34/6 36/22
37/20 37/23 37/25
50/12
**18th [5]** 6/24 25/19
27/19 46/14 47/3
**19 [4]** 34/10 34/12
34/25 60/6
**190 [1]** 37/6
**190 individuals [1]**
37/10
**1:30 [1]** 58/24
**1st [2]** 13/18 14/21

**2**

**20-3010 [2]** 1/4 4/3
**20001 [1]** 3/5
**20005 [2]** 2/14 2/19
**202 [4]** 1/15 2/15 2/20
3/5
**2020 [1]** 18/6
**2022 [2]** 1/5 60/10
**2023 [1]** 28/6
**21st [3]** 25/25 26/2
28/10
**22nd [8]** 28/10 28/12
36/14 46/16 46/20
46/22 46/24 47/4
**24 [1]** 25/14
**24-hour [1]** 16/2
**25th [2]** 46/18 47/2
**26 [3]** 43/24 44/6 44/24
**28th [2]** 23/7 26/5
**2:00 [3]** 59/17 59/20
59/21
**2:30 [2]** 59/6 59/12

**3**

**30 [29]** 5/8 5/11 5/18
11/4 11/7 11/10 11/23
11/24 12/14 12/21 13/1
13/2 13/24 14/9 22/23
23/6 23/17 24/5 24/11
24/18 25/11 26/4 26/5
28/10 28/17 28/23 29/8
36/7 54/18
**3010 [2]** 1/4 4/3
**307-0340 [1]** 1/15
**320 [1]** 36/3
**3249 [1]** 3/5
**333 [1]** 3/4
**35 [2]** 5/6 28/17
**354-3249 [1]** 3/5
**371-7860 [1]** 2/20
**3rd [1]** 14/25

**4**

**4-page [1]** 25/9
**415 [1]** 1/19
**43 [1]** 46/7
**43 witnesses [1]** 46/8
**434-5000 [1]** 2/15
**450 [2]** 1/18 38/18

**49 [1]** 5/5
**4:00 [1]** 59/17

**5**

**5.5 [1]** 52/6
**5000 [1]** 2/15
**508-6000 [2]** 2/7 2/11
**5300 [1]** 1/19
**58 [1]** 37/9

**6**

**60 days [1]** 32/4
**6000 [2]** 2/7 2/11

**7**

**71 [4]** 34/1 34/2 34/3
36/22
**720 [2]** 2/7 2/11
**725 [1]** 2/14
**7860 [1]** 2/20
**7:41 [1]** 11/3
**7th [5]** 2/6 2/10 58/20
58/25 59/21

**8**

**80 [1]** 5/6
**80203 [2]** 2/6 2/11
**8th [4]** 13/18 59/6
59/11 59/21

**9**

**90 [1]** 28/19
**934-5300 [1]** 1/19
**94102 [1]** 1/19
**9:00 [1]** 27/9
**9th [4]** 10/19 12/1
13/19 58/14

**A**

**a.m [2]** 1/6 58/20
**ABA [1]** 58/22
**abide [1]** 29/7
**ability [1]** 55/3
**able [5]** 22/10 30/17
47/2 56/10 56/20
**about [52]** 5/7 5/17
5/19 5/20 6/1 6/8 6/13
6/15 6/16 6/16 7/4 7/15
8/17 8/25 12/6 13/7
13/13 14/3 14/18 16/14
16/17 17/24 20/24 21/3
24/16 24/17 27/8 27/9
28/12 28/16 29/23
31/15 32/5 41/18 42/4
46/14 47/10 47/13
48/13 48/15 49/5 50/2
52/14 54/18 56/2 57/1
57/2 57/8 57/24 58/8
58/9 58/22
**above [1]** 60/4
**above-titled [1]** 60/4
**absent [3]** 14/12 44/19
55/23
**absolutely [2]** 21/15
34/11
**abuse [1]** 41/16
**accept [2]** 12/19 25/4
**acceptable [1]** 9/9

**accepting [1]** 48/6
**access [1]** 17/2
**accomplishes [1]** 48/6
**account [1]** 47/23
**accused [1]** 38/15
**acquired [1]** 57/17
**across [1]** 5/8
**acted [1]** 54/9
**Action [1]** 4/3
**actively [1]** 19/19
**actual [1]** 14/5
**actually [7]** 7/18 13/19
21/9 25/6 43/24 50/15
59/16
**add [6]** 4/19 5/8 19/14
36/19 54/12 54/20
**adding [1]** 54/3
**addition [3]** 4/25 19/2
34/7
**additional [9]** 12/2
19/3 19/21 20/5 28/10
35/1 54/4 54/12 56/11
**address [8]** 18/22 21/7
37/22 42/15
**addresses [1]** 40/6
**addressing [1]** 51/6
**adequate [1]** 33/2
**adhering [1]** 31/17
**advance [3]** 33/14 58/2
58/4
**advanced [2]** 22/9 49/4
**affect [2]** 12/24 56/7
**afford [1]** 39/13
**afoul [1]** 37/15
**after [8]** 13/22 16/8
24/16 24/16 28/17
30/14 42/19 57/5
**afternoon [3]** 13/4 59/5
59/12
**again [5]** 47/20 50/1
50/10 51/21 52/7
**ago [2]** 10/15 24/2
57/25
**agree [4]** 20/13 21/16
48/16 55/5
**agreed [4]** 11/2 13/23
15/10 37/25
**agreement [3]** 56/2
56/7 56/10
**agreements [1]** 36/16
**Aguilar [4]** 1/17 4/5
51/5 53/12
**ahead [2]** 19/9 53/12
**aided [1]** 3/7
**al [2]** 1/3 4/4
**Aldape [1]** 1/17
**all [55]** 4/10 4/12 4/15
8/10 9/2 9/22 9/24 11/7
14/1 14/3 14/8 16/9
18/14 18/21 19/11
19/16 19/18 21/2 22/7
22/9 22/12 24/11 27/16
27/23 28/11 29/13
29/19 33/4 33/18 34/15
34/17 34/25 35/9 35/22
37/1 37/24 39/9 39/15
40/8 40/16 44/13 47/12
44/24 51/4 51/7 51/21

52/9 52/14 55/24 56/17
56/20 57/20 58/6 58/8
58/17
**All right [1]** 29/13
**alleges [1]** 16/18
**allow [7]** 30/5 30/10
31/7 38/1 42/1 47/25
51/10
**allowing [1]** 30/14
30/23
**alluded [1]** 23/14
**almost [1]** 54/2
**along [4]** 12/3 29/15
46/2 46/13
**already [10]** 4/20 5/1
25/7 25/8 25/14 25/15
40/22 50/4 51/25 54/7
**also [11]** 5/7 5/20 9/4
9/17 23/20 33/6 35/14
38/10 38/11 47/24
50/13
**although [2]** 9/6 48/11
**always [4]** 31/16 38/14
43/14 56/13
**am [6]** 21/23 31/15
37/13 51/10 55/9 57/25
**amend [5]** 22/18 36/4
36/19 56/3 59/16
**amended [5]** 33/25
37/7 46/13 46/17 46/19
**amendments [1]** 46/22
**amends [1]** 22/21
**AMERICA [2]** 1/3 4/3
**AMIT [1]** 1/10
**among [1]** 40/13
**amount [7]** 37/24
47/11 49/9 49/13 52/4
52/6 57/8
**amounts [1]** 15/23
**analogy [1]** 53/24
**analysis [3]** 17/8 17/12
18/16
**another [7]** 5/16 6/23
18/5 25/19 38/16 39/13
48/3
**answer [5]** 22/25 24/25
25/9 25/20 26/1
**answered [2]** 24/15
29/8
**answers [2]** 46/20 47/4
**anticipated [1]** 44/4
**Antitrust [1]** 2/4
**any [21]** 4/25 9/15 13/9
17/11 22/10 28/11
28/17 30/25 31/7 33/7
34/4 41/8 43/10 49/4
50/22 51/11 51/15
52/24 55/19 55/22
56/21
**anybody [1]** 41/8 47/25
**anything [10]** 4/19 6/2
13/11 16/24 18/23
49/15 50/3 50/4 58/7
58/16
**anyway [2]** 58/5 59/5
**apologize [2]** 43/13
43/15
**apparently [1]** 15/18

**A**

APPEARANCES [3] 1/12 1/20 2/21
appears [1] 48/1
Apple [12] 2/17 6/25 10/1 10/5 10/11 10/20 11/22 12/18 13/7 24/9 46/6 46/10
Apple's [3] 10/13 11/13 12/6
applies [1] 28/23
apply [3] 45/8 53/15 56/15
appreciate [6] 9/11 28/14 29/16 33/9 40/7 44/16
approach [1] 48/17
appropriate [1] 51/17
approve [1] 56/18
April [6] 58/20 59/1 59/5 59/11 59/20 59/21
are [81]
areas [2] 5/24 57/21
aren't [2] 35/2 37/17
argue [1] 24/1
argued [2] 24/2 51/16
argument [5] 17/21 26/8 26/9 41/12 57/5
arisen [1] 20/11
arises [1] 17/16
Arlen [1] 1/17
around [1] 52/13
ARPS [1] 2/18
articulated [3] 46/2 53/14 53/15
as [64]
aside [1] 49/5
ask [19] 7/23 9/12 9/16 11/21 18/21 25/11 25/23 25/25 26/3 26/18 27/17 28/9 28/15 31/5 35/11 46/12 48/14 55/24 57/25
asked [14] 10/14 10/19 10/22 13/22 15/7 21/11 23/5 25/3 25/4 25/16 25/17 26/23 30/22 49/6
asking [13] 6/3 6/19 8/13 11/18 13/7 13/17 17/18 24/15 32/3 37/8 48/11 52/11 52/18
aspect [1] 54/21
assign [1] 26/14
assistance [3] 6/5 9/5 10/6
associated [1] 50/15
attacked [1] 16/12
attention [1] 14/6
attorney [2] 2/9 29/25
attorneys [1] 30/2
authorized [1] 52/17
available [1] 5/24
Avenue [3] 1/18 2/19 3/4
avoid [6] 31/25 32/9 32/20 35/15 40/9 52/2
away [1] 28/6

**B**

back [19] 4/12 10/17 20/23 21/3 21/19 21/20 24/3 25/13 25/14 25/15 40/17 43/4 43/19 45/17 48/15 51/21 55/11 55/25 58/24
backwards [1] 15/18
ball [2] 38/15 50/3
balloon [1] 50/13
bar [1] 41/24
Barrett [1] 3/4
based [6] 21/13 22/25 27/17 33/18 39/4 54/9
bases [1] 24/13
basic [1] 31/23
basically [2] 25/12 49/1
basis [2] 7/18 44/9
be [110]
bear [1] 57/24
bears [1] 50/18
because [25] 8/11 8/21 13/23 16/15 17/24 18/14 26/15 30/24 35/2 35/8 37/11 38/11 41/17 42/2 42/15 42/20 47/10 48/2 49/1 51/15 54/7 55/17 55/21 56/22 59/17
been [34] 5/15 5/19 10/12 12/8 12/13 13/10 13/10 14/10 14/22 15/19 15/23 16/25 17/10 17/15 19/20 20/7 20/22 21/1 21/1 21/25 22/6 23/2 24/6 24/15 29/21 36/10 40/20 42/9 43/8 50/12 51/2 52/19 54/24 56/20
before [10] 1/10 15/3 22/4 26/7 26/9 48/2 48/4 53/21 53/24 57/18
begin [3] 14/17 15/12 29/2
beginning [3] 14/20 37/3 37/13
behalf [1] 4/9
behind [1] 24/11
being [13] 21/20 23/22 23/22 23/23 23/24 45/3 46/4 49/6 49/16 53/7 54/2 55/11 57/1
belabor [1] 5/4
believe [6] 8/5 13/18 14/22 17/3 36/11 54/8
believes [1] 52/4
benefit [7] 30/7 30/8 32/21 32/23 46/19 50/19 57/22
benefiting [1] 55/15
better [4] 32/24 43/10 52/12 57/21
between [8] 20/23 30/20 36/2 45/20 46/6 49/13 58/15 59/19
bigger [1] 16/11
Bill [1] 6/14

**C**

bite [1] 55/11
blue [2] 11/11 13/24
both [15] 10/18 19/17 20/24 32/21 32/23 34/18 37/19 38/5 41/25 44/22 45/8 49/13 50/23 55/3 55/15
bottom [3] 11/17 14/2 32/19
breach [1] 49/10
breadth [6] 14/9 20/25 21/22 21/23 23/16 24/19
break [1] 59/18
brief [1] 10/9 45/18 48/21
briefly [1] 18/25
brings [1] 7/6
broad [1] 11/4
Broadway [2] 2/5 2/10
broken [2] 52/11
Bruce [1] 2/2
bubbling [1] 6/1
bump [2] 59/16 59/20
bunch [2] 24/10 38/20
burden [2] 50/19 55/18
burdensome [2] 56/18 56/19
buried [1] 40/13

**C**

CA [1] 1/19
call [12] 18/14 31/22 32/5 32/8 32/11 33/11 35/13 37/24 44/23 48/10 49/20 51/12
called [3] 31/13 33/1 47/19
calling [1] 45/1
came [2] 27/4 54/25
can [38] 6/14 11/18 14/8 14/12 14/12 16/9 16/22 17/10 17/13 21/8 21/12 25/22 27/13 27/23 28/18 31/15 33/7 36/5 36/17 39/5 39/13 40/19 41/2 41/2 41/3 43/10 45/18 48/1 49/2 53/19 55/13 56/19 57/21 58/2 58/8 58/9 59/4 59/16
can't [11] 21/19 26/1 35/6 36/20 41/4 42/8 42/17 42/20 46/5 48/16 53/4
cannot [1] 34/11
care [1] 28/13
carefully [2] 19/15 20/9
Carr [1] 2/4
carrier [2] 38/24 38/25
carriers [1] 34/18
case [22] 5/9 7/20 14/24 24/4 31/19 31/23 33/7 34/13 37/11 38/8 38/13 42/5 43/18 44/1 49/10 49/10 49/12 50/18 52/16 57/3 57/10

**cases** [3] 37/18 38/20 40/20
categorical [1] 8/4
categories [4] 8/15 8/18 8/25 20/13
category [6] 7/18 7/18 7/20 8/13 8/13 8/21
Cavanaugh [1] 58/23
center [2] 2/5 14/7
centerpiece [1] 9/21
centrally [1] 52/20
century [1] 18/13
certain [5] 19/25 20/5 20/6 20/13 44/12
certainly [8] 13/11 20/13 21/19 24/14 27/24 29/14 55/20 55/21
certainty [3] 43/23 44/1 47/8
Certified [1] 3/3
certify [1] 60/2
CH [1] 3/4
chair [2] 26/2 27/21
challenged [1] 37/5
chance [2] 27/6 41/13 41/19 52/9
chaos [1] 53/23
circumstance [1] 45/13
circumstances [4] 44/4 44/19 45/2 55/23
cites [1] 38/20
Civil [3] 4/3 31/15 31/16
claim [1] 40/13
claiming [1] 49/25
claims [2] 6/16 36/15 36/17
clarity [4] 10/7 10/24 11/1 12/4
clear [1] 53/13
client [3] 27/7 27/11 52/14
clock [1] 5/10
close [4] 22/10 28/16 42/19 49/19
closely [1] 20/8
closer [2] 5/6 17/25
CMO [8] 40/23 42/18 51/12 54/10 54/19 54/21 55/3 56/3
CO [2] 2/6 2/11
coag.gov [2] 2/7 2/12
coast [2] 27/6 41/5
Cohen [2] 51/1 51/1
collapsing [1] 26/15
colleague [2] 42/25 51/5
colloquy [1] 58/22
Colorado [5] 2/2 2/3 2/5 2/9 4/7
COLUMBIA [1] 1/1
come [12] 15/4 20/5 20/10 21/19 21/20 24/11 36/20 48/9 53/25 55/11 56/10 58/24

**comes** [4] 31/18 32/24 58/1 58/17
coming [7] 5/12 7/25 11/2 13/24 19/25 24/6 47/8
comments [2] 11/8 44/7
communicating [1] 5/17
companies [5] 16/21 34/2 34/2 34/4 36/22
company [5] 16/21 34/5 38/25
complaint [2] 16/17 32/15
complete [3] 7/13 10/11 30/14
completed [6] 5/6 5/7 5/15 5/18 30/15 31/23
completely [1] 49/21
completeness [1] 27/9
complex [2] 31/18 37/18
complicate [1] 24/21
complicated [3] 22/2 22/23 29/3
complies [1] 37/22
comprehend [1] 34/11
comprehensive [1] 57/4
computer [1] 3/7
computer-aided [1] 3/7
concern [8] 16/7 29/23 29/25 35/4 38/23 39/22 40/7 45/4
concerns [8] 6/1 6/20 17/4 21/24 27/1 28/16 33/19 49/5
concluded [2] 4/21 59/24
conduct [1] 30/9
conducted [2] 29/21 57/16
conducting [1] 29/24
confer [6] 12/13 27/7 44/8 45/25 47/10 48/15
conference [8] 1/9 10/23 11/1 15/7 47/9 58/14 59/1 59/17
conferences [2] 15/24 58/10
conferred [1] 27/20
conferring [1] 47/11
confine [1] 54/10
confines [1] 57/23
connection [3] 20/4 43/8 58/3
CONNOLLY [1] 2/13
consideration [2] 8/2 47/2
constantly [1] 47/9
Constitution [1] 3/4
construct [2] 15/8 57/23
constructive [2] 22/1 22/6
consumer [2] 2/3 15/4

**C**

consuming [1] 7/21
contested [1] 31/11
context [2] 37/11 38/24
continue [5] 5/25 19/6
19/21 19/23 31/8
continue to [1] 19/21
continued [3] 2/1 3/1
20/3
continuing [3] 5/5
18/25 22/4
contract [2] 49/10
49/11
convenience [1] 13/4
convenient [1] 13/4
conversations [6]
15/20 16/14 20/12
20/23 22/1 22/5
corporation [1] 14/23
correct [4] 10/6 18/10
20/22 60/3
could [29] 6/18 7/17
10/6 10/23 11/9 11/15
17/21 18/5 18/6 18/24
24/5 25/3 30/7 31/2
35/22 37/12 37/25 39/6
39/10 39/19 41/12
44/15 49/15 49/17
50/13 51/16 53/10
54/12 56/5
couldn't [1] 49/19
Counsel [1] 4/10
couple [2] 16/21 23/12
course [9] 14/25 15/11
16/22 16/23 17/12 19/5
42/18 48/20 49/15
court [25] 1/1 3/2 3/3
5/8 5/12 6/5 6/18 6/18
7/3 9/15 25/1 25/3 25/3
26/10 26/18 42/2 42/11
49/15 49/21 53/21 54/4
54/7 58/24 59/19 60/7
Court's [3] 10/6 38/23
44/7
courtroom [1] 34/12
cover [1] 12/22
covering [4] 11/4
11/11 11/12 12/22
covers [2] 11/25 44/13
COVID [1] 60/6
COVID-19 [1] 60/6
crack [1] 51/13
created [1] 14/22
creates [2] 30/6 50/16
critical [3] 15/21 15/22
17/12
cross [8] 19/5 19/8
51/12 52/24 54/16
54/22 54/23 55/5
cross-designated [1]
51/12
cross-notice [5] 19/8
54/16 54/22 54/23 55/5
cross-noticed [1]
52/24
cross-notices [1] 19/5
CRR [2] 60/2 60/11
crystal [1] 50/3

current [5] 6/25 34/7
36/2 36/8 52/6
currently [1] 35/25
custodians [1] 33/18
cut [1] 21/21
CV [1] 1/4

**D**

D.C [5] 1/5 1/14 2/14
2/19 3/5
daily [1] 54/2
dam [2] 51/13 52/11
data [16] 15/7 15/19
15/23 17/6 17/12 20/4
20/21 20/22 21/10
21/11 21/17 21/21
21/22 21/23 22/8 26/4
datasets [1] 17/2
date [17] 15/14 17/19
17/21 17/22 17/23
17/25 20/10 23/5 26/3
28/2 28/6 44/22 46/9
47/21 47/22 59/10
60/10
dates [15] 7/1 10/18
12/19 13/1 13/14 13/16
13/21 13/23 18/9 18/18
28/3 44/21 47/18 47/24
47/25
day [11] 13/21 27/25
44/2 52/18 53/18 53/22
54/5 55/20 55/23 58/15
59/11
days [11] 10/18 11/23
13/2 27/21 28/17 28/19
29/1 29/12 32/4 48/9
48/9
deadline [3] 8/1 33/15
50/6
deadlines [1] 14/4
deal [4] 14/8 22/6
23/18 32/14
decade [1] 52/13
December [1] 60/10
decide [2] 39/12 58/25
decides [1] 32/10
decision [1] 56/2
declined [1] 18/5
deep [2] 5/10 49/5
defendant [5] 1/7 2/13
42/22 50/17 50/20
deficiencies [2] 25/15
25/19
defined [1] 14/12
definitiveness [1] 46/3
delay [1] 11/9
delaying [1] 26/13
delays [1] 26/18
demanding [1] 48/8
denied [1] 43/5
Denver [2] 2/6 2/11
DEPARTMENT [11]
1/13 1/17 2/3 27/18
30/5 30/11 30/22 30/25
37/14 51/6 55/6
depending [4] 7/20
7/21 21/17 31/3

depositions [4] 28/7
36/21 52/23 53/19
depose [15] 33/3 33/14
34/22 34/23 34/25 35/2
39/14 39/25 40/1 40/17
41/8 41/13 41/21 41/23
49/2
deposed [12] 23/21
23/23 23/23 23/24 24/6
34/20 37/25 41/7 48/1
51/25 53/7 54/2
deposing [2] 38/7
40/25
deposition [32] 4/15
7/1 10/14 10/16 13/6
19/7 23/22 24/7 25/23
27/5 30/2 30/3 30/6
30/8 30/11 32/11 32/12
32/13 34/18 36/11
39/10 39/13 40/5 50/25
51/11 51/17 52/2 52/19
53/19 54/15 54/23
55/23
depositions [26] 5/5
10/18 10/21 12/2 13/8
14/19 18/25 19/1 19/2
19/6 19/20 20/3 24/4
24/10 29/20 34/17
37/23 39/5 39/9 46/10
51/15 51/22 51/24
52/18 54/3 55/19
described [1] 40/10
designate [1] 51/22
designated [1] 51/12
designed [1] 36/15
designees [1] 12/1
despite [2] 11/7 11/8
detail [1] 19/16
detailing [1] 19/16
dialogue [1] 16/25
Diana [2] 1/17 4/5
diana.aguilar [1] 1/20
dictated [1] 54/10
did [8] 5/14 9/4 10/12
12/18 25/4 28/23 35/7
40/16
didn't [6] 6/10 12/25
28/22 35/16 41/7 41/9
different [10] 16/12
17/23 21/22 21/23
23/19 29/23 34/2 34/15
37/16 44/6
difficult [2] 9/7 33/9
difficulty [1] 43/25
Dintzer [15] 1/13 4/5
4/24 6/7 10/2 10/4
12/11 12/15 20/14
24/23 29/14 36/25
42/23 44/3 45/24
direction [1] 32/2
directly [1] 14/23
disagree [1] 27/8
disclose [1] 49/2
disclosed [2] 40/24
48/24
disclosure [2] 37/21
44/20
disclosures [16] 32/18

41/19 41/24 43/18 45/2
46/8 46/13 46/18 46/19
47/3 50/7 50/22
discourse [1] 11/10
discovery [22] 4/18 8/1
10/8 12/5 14/4 14/17
15/5 19/4 19/16 23/15
28/16 33/15 35/17
35/23 39/24 42/18
42/20 44/2 48/2 48/4
53/25 57/9
discuss [2] 15/17 29/8
discussed [1] 47/17
discussion [7] 5/13
14/9 15/24 33/17 45/20
47/12 58/9
discussions [3] 11/8
17/15 17/19
disinclined [1] 51/10
dispute [3] 8/13 14/5
14/12
disputed [3] 7/3 22/13
22/23
disputes [3] 4/22 10/5
22/11
distant [1] 11/12
DISTRICT [3] 1/1 1/1
1/10
divided [1] 54/24
do [41] 4/18 4/20 8/14
10/7 10/12 11/18 12/4
12/9 14/12 15/19 16/2
18/23 21/9 21/17 21/18
21/18 23/9 25/3 27/13
30/5 30/25 34/24 37/7
38/23 39/23 40/7 41/2
44/11 45/6 45/7 47/11
49/22 50/12 51/18 54/7
54/8 57/21 58/11 58/12
59/4 59/20
do you have [1] 8/14
document [7] 6/25 8/9
8/9 8/22 10/11 19/24
21/2
documents [12] 6/23
7/16 10/13 12/7 14/22
20/3 20/4 38/19 38/25
39/2 39/8 39/14
does [8] 23/7 26/25
32/6 32/21 48/7 50/19
51/24 59/18
doesn't [9] 13/25 30/15
32/12 32/13 32/13
39/22 39/22 39/22
51/12
doing [4] 4/11 13/25
21/24 44/14
DOJ [20] 1/13 4/5
10/12 10/19 10/22
10/25 11/13 11/21 12/1
12/4 13/17 19/2 20/9
23/5 30/1 30/14 31/2
32/13 41/25 58/18
DOJ's [3] 10/7 11/8
27/1
DOJ-led [1] 19/2
don't [63]

done [11] 4/23 26/12
28/20 29/12 37/14
37/15 41/18 43/6 43/17
45/3 48/6
down [7] 9/13 9/17
30/3 38/19 38/21 53/1
57/19
dozens [2] 19/19 24/3
24/3 24/3
dragging [1] 25/13
draw [1] 21/15
drew [1] 17/22
dropped [2] 24/25 25/5
due [7] 14/25 36/14
36/14 42/19 46/16
46/22 46/24
during [5] 12/5 18/6
18/7 35/17 60/5
duty [1] 49/16

**E**

each [4] 32/7 34/19
34/20 39/16
earlier [1] 54/1
easily [2] 39/6 39/10
easy [3] 12/21 22/17
31/23
effect [1] 54/19
effective [1] 37/17
effectively [2] 26/14
26/15
effort [4] 31/9 41/8
41/9 41/10
efforts [1] 41/21
either [10] 7/20 20/15
24/6 25/19 27/4 31/2
32/3 38/6 39/12 52/4
else [3] 7/23 41/11
58/16
Email [6] 1/15 1/20 2/7
2/12 2/15 2/20
emergent [1] 58/17
employee [1] 53/22
employees [10] 10/17
19/1 34/5 34/7 34/10
34/24 36/2 36/8 36/8
52/18
enable [1] 47/23
end [13] 10/11 17/25
40/24 41/11 42/17
47/21 47/22 48/2 48/2
50/6 50/8 53/24 55/10
endeavor [1] 29/11
ending [1] 10/8
ends [1] 48/4
engage [1] 19/23
engaged [1] 19/19
enjoy [1] 45/23
enough [8] 16/24
31/19 31/23 39/9 39/14
41/9 47/12 47/25
ensure [3] 33/1 37/19
47/25
ensuring [2] 30/21
50/20
entail [1] 8/15
entire [1] 25/5
entirely [1] 30/16

64

**E**

entities [4] 44/23 47/19 50/14 56/16
entitled [2] 26/6 26/10
envision [2] 8/7 56/14
envisioned [1] 47/16
equally [1] 54/24
equals [1] 5/9
equivalent [1] 18/17
Erin [2] 2/8 4/7
erin.shencopp [1] 2/12
especially [1] 26/20
essentially [1] 30/13
establish [1] 15/14
estimate [1] 31/4
et [2] 1/3 4/3
even [12] 32/4 32/17 34/20 35/17 35/20 35/25 37/23 41/23 44/1 49/18 53/1 56/9
event [2] 28/11 30/25
every [6] 5/9 23/24 24/1 30/20 44/2 53/20
everybody [4] 4/11 14/4 26/22 38/20
everyone [3] 4/18 59/23 59/23
everything [2] 47/10 48/22
evident [1] 33/5
exact [4] 26/8 26/9 36/16 36/16
exactly [9] 11/21 20/18 21/8 21/14 21/17 31/1 37/7 49/19 53/14
examine [1] 40/5
example [8] 6/18 16/16 18/5 28/21 34/10 44/21 50/6 57/16
exceed [1] 55/20
except [5] 5/23 43/4 45/12 49/17 52/24
exception [1] 56/15
exceptional [1] 44/19
excerpts [1] 58/3
excuse [1] 9/25
execute [2] 33/16 35/8
executed [1] 35/22
executive [6] 4/15 51/1 51/19 52/12 52/19 58/2
executives [3] 10/17 12/6 53/7
expand [1] 41/3
expanding [1] 52/5
expect [5] 10/20 12/4 12/8 27/8 57/3
expected [1] 31/12
expecting [4] 6/23 10/7 11/22 50/2
experience [1] 41/16
expert [11] 17/5 17/6 42/3 42/4 42/10 42/11 42/16 42/17 42/20 44/3 58/1
experts [11] 16/8 16/11 17/1 17/5 17/20 17/23 18/10 18/19 21/9 21/22 49/13

explained [5] 10/16 26/10 26/19
extend [1] 28/25
extensive [1] 8/15
extent [6] 8/12 12/11 12/14 19/6 21/8 45/4
extra [1] 28/12
extraordinary [1] 55/23
extremely [2] 11/4 55/7
eye [1] 38/4

**F**

faced [1] 40/20
fact [22] 8/1 10/8 10/25 16/5 17/10 24/14 25/7 26/4 26/5 28/16 33/15 35/17 35/23 42/7 42/8 42/12 42/15 48/2 48/4 48/23 49/13 54/9
fact-discovery [3] 8/1 10/8 33/15
facts [1] 57/10
failure [1] 44/24
fair [8] 13/10 41/12 41/17 42/3 47/11 48/17 53/7 57/8
fairly [1] 56/14
fairness [1] 37/19
faith [1] 41/21
fake [5] 36/23 37/2 43/6 43/18 43/18
fall [1] 28/5
falls [1] 7/20
far [3] 6/3 15/16 22/9
farm [1] 20/17
fast [1] 39/5
favorable [1] 35/3
fear [1] 55/11
feasible [1] 20/25
February [19] 1/5 5/12 6/24 14/21 18/3 23/7 23/7 25/19 25/25 26/2 27/19 36/14 46/14 46/16 46/18 46/20 46/24 47/21 50/7
February 14th [1] 23/7
feel [2] 4/20 19/7
feels [1] 28/7
few [5] 29/20 30/20 44/1 48/12 53/16
fifth [1] 14/20
filed [1] 57/6
filings [1] 42/6
final [2] 26/4 26/5
finalize [1] 59/1
find [6] 39/6 39/10 39/23 44/5 44/9 50/8
Fine [1] 6/14
finger [1] 33/23
finish [4] 6/7 6/12 25/22 45/16
finishing [2] 12/20 12/23
firm [4] 8/14 15/14 28/3 32/4
firmed [1] 25/20
firmed-up [1] 25/20

manifested [1] 13/13 13/22/24 23/17 24/25 25/4 25/18 26/24 27/17 37/1 37/3 39/25 39/25 52/9 57/2
five [15] 8/17 8/25 16/3 16/4 16/11 31/21 34/19 39/1 39/7 39/24 41/6 48/3 53/1 53/5 54/17
flagged [4] 14/7 20/8 22/14 22/14
fledged [1] 15/19
flexibility [1] 42/1
FLOM [1] 2/18
Floor [2] 2/6 2/10
fluid [2] 35/9 39/16
fluidity [2] 40/7 47/23
focus [1] 7/9
focused [3] 14/21 38/3 38/3
folks [1] 40/2
follow [2] 14/25 25/24
following [1] 15/14
foreclose [1] 9/17
foregoing [1] 60/3
foresee [1] 44/25
forgive [1] 35/6
form [1] 21/13
former [2] 34/7 36/2 36/8
forth [2] 20/23 21/3
forward [8] 14/14 17/11 24/21 32/21 43/20 52/3 58/16 59/4
found [1] 43/14
four [3] 10/13 26/20 34/19
fourth [3] 15/2 15/7 15/11
frame [1] 48/7
framework [1] 45/20
Francisco [1] 1/19
frankly [7] 12/6 24/13 32/4 35/15 38/1 51/13 51/15
free [1] 4/20
Friday [1] 59/5
front [4] 7/14 14/7 21/2 21/24
full [3] 15/19 20/2 20/2
full-fledged [1] 15/19
further [6] 18/23 24/21 35/19 46/4
future [3] 15/16 45/6 58/9

**G**

game [1] 36/21
Gate [1] 1/18
gather [1] 15/13
gave [3] 13/16 13/21 25/10
general [2] 2/9 7/5
generally [1] 6/4
generates [1] 15/23
genuinely [1] 37/10
get [33] 4/18 7/9 7/13 9/3 9/7 11/10 11/17

18/6 20/15 20/24 22/1 25/20 25/20 26/1 27/13 28/18 28/19 29/12 36/20 41/19 46/16 48/1 48/6 48/15 49/3 55/2 55/25 56/22 57/18
gets [2] 40/25 54/15
getting [8] 5/6 10/7 16/9 18/8 18/17 23/21 36/11 38/3
give [20] 6/18 7/22 11/1 15/21 18/5 22/10 26/1 28/8 28/11 28/12 28/20 31/14 31/21 34/9 42/10 46/18 47/3 47/15 57/20 58/6
given [16] 7/24 12/7 13/16 13/19 19/8 20/25 21/8 26/18 26/20 28/15 30/16 35/22 43/1 47/1 50/14 54/17
giving [1] 16/10
go [9] 8/7 19/22 24/9 25/13 39/2 43/4 43/19 48/22 53/12
go ahead [1] 53/12
goes [1] 54/17
going [45] 7/13 7/19 9/4 9/16 19/14 20/12 20/19 21/9 21/14 21/23 23/17 24/1 24/19 24/21 25/24 27/8 27/20 28/1 32/5 33/5 34/12 35/12 36/10 36/12 38/4 39/4 42/14 43/19 45/8 45/19 48/22 49/11 49/20 50/9 50/21 51/5 51/14 52/3 53/4 53/15 55/10 55/11 57/11 57/25 59/4
Golden [1] 1/18
gone [3] 19/17 25/14 25/15
good [11] 4/2 4/10 12/15 14/13 14/16 19/13 22/7 41/21 43/20 44/17 53/24
Good morning [3] 4/10 14/16 19/13
good-faith [1] 41/21
GOOGLE [61]
Google LLC [2] 4/4 4/9
Google's [10] 13/8 14/24 17/20 17/23 22/18 22/20 22/25 29/23 31/11 42/5
got [24] 12/15 23/22 23/23 23/24 25/7 33/24 33/25 34/6 34/15 36/2 36/3 36/22 39/14 41/10 46/5 46/8 47/21 47/22 47/24 48/24 53/6 53/6 53/22 57/14
gotten [1] 24/16
government [2] 40/16 50/18
government's [1] 40/14

grant [3] 22/19 27/20 55/9
great [3] 14/8 55/18 57/9
greater [3] 17/2 43/23 46/3
groups [1] 34/1
guarantee [3] 53/17 53/19 54/15
guess [7] 7/16 8/11 17/16 22/24 26/24 55/5 39/18
guessing [2] 34/22 34/24
gusher [2] 51/14 53/23
guy [1] 41/11
guys [1] 55/1

**H**

had [18] 6/13 11/7 12/7 16/3 16/14 21/3 23/20 25/8 27/6 37/5 37/6 37/23 41/6 41/19 44/4 50/15 52/9 58/21
half [4] 10/13 53/1 53/5 54/17
hand [5] 13/24 13/25 32/6 33/10 37/22
handful [3] 48/12 49/18 52/3
handle [1] 7/24
handled [1] 55/5
Hang [4] 39/20 42/23 45/15 47/6
happen [1] 30/23
happened [1] 28/20
happy [4] 5/1 13/12 36/13 36/19
hard [3] 15/13 19/8 21/15
harm [2] 16/18 16/18
has [37] 5/14 10/12 12/1 14/9 15/10 15/18 15/19 15/23 16/5 17/4 17/10 20/22 23/1 23/5 26/8 26/12 26/19 28/20 30/19 36/6 37/14 37/18 38/10 41/16 41/17 41/18 43/8 46/22 47/14 48/23 48/25 52/4 52/12 52/19 53/15 54/7 55/15
hasn't [1] 12/13
hate [1] 38/5
have [141]
haven't [9] 34/4 37/24 38/20 41/19 43/1 50/4 50/14 56/1 56/1
having [6] 10/13 20/17 32/14 43/7 50/12 52/9
he [4] 52/14 54/15 54/15 54/17
he's [3] 20/22 47/14 51/2
headway [1] 56/1
hear [11] 5/1 6/11 6/14 13/7 13/16 21/18 32/14 43/10 47/7 53/9 57/2
heard [8] 10/1 43/1

**H**

heard... [6] 47/13 48/19
51/3 53/10 56/9 56/12
hearing [5] 4/13 43/8
55/14 59/21 60/5
hearings [3] 54/4
56/11 59/18
Help [1] 23/11
helpful [11] 7/8 7/14
8/11 9/23 11/21 16/6
16/15 16/15 17/14
31/17 38/9
here [19] 11/17 11/19
19/19 23/15 29/20
31/25 32/16 32/23
37/14 38/2 43/6 50/10
50/20 51/3 51/13 53/14
55/14 56/6 57/7
here's [1] 16/15
hide [1] 13/11
hiding [1] 38/15
high [1] 41/25
higher [2] 44/24 50/14
highest [1] 14/23
highly [1] 32/8
him [3] 18/22 26/10
43/1
his [1] 45/16
history [1] 43/4
hold [1] 28/3
holiday [1] 28/10
honest [2] 49/15 49/16
honestly [4] 37/8 49/7
49/17 49/24
Honor [68]
Honor's [1] 43/22
HONORABLE [1] 1/10
hope [5] 4/11 20/15
20/16 29/6 52/1
hopefully [4] 14/7 22/9
28/23 51/2
horizon [1] 14/13
hour [10] 16/2 30/2
30/8 50/25 51/10 51/14
51/17 52/8 52/18 52/19
hours [14] 5/7 5/9 5/10
25/14 30/20 52/6 52/25
53/1 53/5 53/7 54/15
54/17 55/1 55/21
how [15] 7/21 8/15
11/18 12/7 12/24 22/6
29/8 31/1 31/3 33/16
35/5 35/7 35/21 36/5
57/15
however [1] 55/5
huge [2] 15/23 21/11
hypothetically [1]
17/24

**I**

I also [1] 9/17 35/14
I am [5] 21/23 31/15
37/13 51/10 55/9
I apologize [1] 43/13
I believe [1] 13/18
I can [7] 14/12 14/12
33/7 40/19 45/18 53/19
58/2

I could [1] 30/7
I did [1] 5/14
I didn't [1] 6/10
I do [1] 50/12
I don't [15] 10/5 13/7
21/2 30/6 31/6 31/16
32/22 35/24 43/19
45/23 52/10 55/16
55/19 55/21 57/1
I don't have [2] 27/10
57/9
I guess [4] 7/16 22/24
35/5 39/18
I have [10] 6/8 27/6
27/10 33/19 44/17
47/16 49/5 57/7 57/8
59/17
I hope [2] 4/11 52/1
I just [5] 8/21 45/16
48/10 51/11 54/12
I know [7] 19/15 20/12
22/25 24/1 30/24 38/9
47/10
I mean [11] 6/18 27/21
31/23 37/13 38/19
40/22 41/3 41/21 42/5
49/9 51/25
I said [1] 6/12
I should [3] 7/22 19/5
56/3
I think [33] 7/21 8/17
9/12 11/20 11/20 12/3
12/12 14/14 15/6 19/18
19/20 20/10 21/25 22/3
22/25 24/20 27/3 27/4
29/1 39/21 43/8 43/25
44/17 45/19 46/8 48/17
51/13 53/23 54/14
54/14 55/10 55/14 59/4
I thought [1] 4/17
I understand [5] 21/24
39/17 43/22 48/22 58/7
I want [8] 4/22 8/21
15/21 32/9 40/9 43/1
43/20 45/5
I wanted [1] 9/2
I was [1] 45/19
I will [3] 22/19 48/14
55/24
I would [2] 46/1 49/22
I wouldn't [2] 38/1
49/14
I'd [10] 9/7 15/17 32/19
35/15 41/8 45/7 56/22
57/16 57/20 58/7
I'll [17] 14/14 18/21
18/23 27/22 28/8 28/9
28/11 28/12 30/5 30/10
31/5 31/7 45/17 48/16
50/2 55/24 56/2
I'm [32] 5/1 6/10 8/13
13/15 14/11 15/18
19/14 27/20 28/22 32/3
32/13 40/6 42/12 43/7
43/19 46/23 47/20
47/20 48/22 50/2 50/9

55/14 55/17 57/1 57/11
55/15 58/23 59/3
I'm going [1] 57/11
I'm just [1] 47/20
I'm not [8] 8/13 19/14
27/20 32/3 48/22 50/2
50/9 51/17
I'm sorry [2] 6/10
46/23
I've [15] 4/13 23/22
23/23 23/24 28/2 33/17
36/21 40/9 40/20 42/9
46/5 47/16 53/6 53/6
57/14
idea [9] 13/23 23/16
24/2 24/17 24/19 41/20
44/17 49/6 53/4
identification [3] 33/8
35/25 44/12
identified [6] 34/1
34/14 40/23 41/6 50/12
53/16
identify [13] 15/13
31/12 31/20 32/25
33/13 35/12 35/16
37/20 38/10 44/23
47/18 49/6 57/21
identifying [1] 9/8
imagine [1] 21/19
immediately [2] 10/17
25/22
imminent [1] 58/7
implicate [1] 24/5
implicates [1] 24/11
implicating [2] 11/5
11/5
important [11] 15/11
18/4 18/16 25/1 32/16
47/12 51/16 51/23
54/21 54/25 55/7
importantly [1] 57/11
imposing [1] 55/17
impressions [1] 31/14
improvement [1] 6/5
Inc [1] 2/17
incentive [2] 38/12
38/14
inclined [1] 54/7
include [1] 28/24
included [1] 36/8
including [3] 19/24
20/1 54/4
incomplete [1] 25/10
inconvenience [1]
43/15
individual [5] 7/19
11/25 36/18 52/25 53/1
individuals [10] 34/3
34/4 34/6 36/3 36/22
37/6 37/10 37/10 37/20
37/25
information [12] 25/8
25/12 26/6 26/13 26/21
36/20 39/2 39/4 48/25
49/13 52/5 58/25
inherent [1] 31/7
initial [9] 34/8 37/4

45/2 46/8 50/7
initially [1] 48/13
instance [2] 8/5 8/23
instances [1] 29/21
instead [1] 59/21
intend [3] 26/25 29/25
32/11
intends [1] 30/1
intent [1] 26/14
interest [2] 30/21 40/1
interested [1] 39/8
interesting [3] 39/1
39/11 39/12
interrogatories [2]
36/13 46/25
interrogatory [4] 46/17
46/19 46/24 47/4
interrupt [4] 11/16
37/12 42/24 44/15
intervene [1] 11/19
intervention [2] 53/21
54/4
invitation [1] 41/4
involve [1] 8/8
involved [3] 17/19
52/14 52/20
IOS [1] 11/13
is [187]
isn't [2] 32/22 50/20
issue [31] 4/15 4/22
6/13 7/9 7/13 7/24 10/9
11/22 14/6 15/21 15/22
16/16 18/11 22/8 22/15
22/21 22/23 24/8 24/18
26/7 28/18 29/19 30/3
30/13 33/24 48/16
52/15 53/11 54/5 55/5
56/9
issued [11] 10/10 11/3
12/18 13/2 14/20 19/2
19/6 19/19 34/23 36/13
54/23
issues [22] 6/4 6/9
6/17 7/1 7/3 8/3 14/24
17/11 19/7 20/7 20/9
20/11 20/21 21/5 21/8
22/5 22/13 27/7 29/22
50/6 56/20 57/12
issuing [4] 11/24 13/1
24/4 36/10
it [95]
it had [1] 37/6
it would be [1] 7/14
it's [28] 6/15 6/16 6/16
7/13 7/16 14/13 15/11
18/4 19/18 21/15 24/8
28/7 28/18 29/8 31/18
33/5 36/22 36/23 42/13
44/17 45/8 49/19 52/1
54/7 56/11 56/19 58/6
58/14
it's likely [2] 49/19
56/11
its [11] 10/11 11/8
11/13 16/8 16/11 17/1
17/5 17/6 18/9 18/18
30/19

itself [1] 15/23

**J**

Joe [3] 39/11 39/13
39/14
John [2] 2/13 4/9
Joint [5] 4/13 4/20 5/1
22/15 22/25
jon.sallet [1] 2/7
Jonathan [2] 2/2 4/7
jschmidtlein [1] 2/15
JSR [1] 25/6
judge [4] 1/10 33/4
37/18 53/21
judgment [7] 23/18
52/22 57/3 57/14 57/18
57/23 58/4
Judicial [1] 2/5
juncture [1] 11/18 32/7
just [65]
JUSTICE [9] 1/13 1/17
30/5 30/11 30/22 31/1
37/14 51/6 55/6
Justice's [1] 27/18

**K**

keep [2] 40/16 48/21
Kenneth [2] 1/13 4/5
kenneth.dintzer2 [1]
1/16
key [1] 32/3
kind [6] 13/9 45/3
48/14 49/12 50/7 57/5
know [103]
knowing [2] 12/19
21/13
knowledge [5] 31/20
37/21 38/21 50/13
57/17
knows [8] 5/8 5/12 7/3
14/4 16/17 32/7 40/2
43/5

**L**

lack [1] 43/25
laid [1] 33/17
land [1] 20/19
large [1] 16/24
largely [2] 17/3 29/22
larger [3] 17/5 17/8
37/5
last [11] 11/3 15/6
15/17 19/20 23/15 27/4
27/6 28/19 50/2 50/24
52/13
later [6] 5/13 6/6 9/8
13/2 27/21 46/14
LAW [1] 2/3
lawyer [1] 30/12
lawyers [2] 29/23 30/9
lay [1] 45/5
learning [2] 44/2 57/22
least [16] 8/6 12/14
17/17 22/8 27/18 29/1
29/6 31/17 33/12 39/22
47/14 47/17 47/17
47/20 48/12 58/8
leave [4] 27/22 55/24

**L**

**leave...** **[2]** 56/4 56/21
**led** **[2]** 19/1 19/2
**left** **[5]** 13/24 32/13
34/21 34/24 44/2
**lengthy** **[1]** 57/5
**less** **[2]** 22/22 54/18
**let** **[14]** 7/9 10/9 10/19
10/22 14/6 14/17 31/14
33/16 42/23 42/25
45/16 51/8 58/17 59/16
**let's** **[7]** 22/22 29/19
31/10 37/3 38/24 50/24
59/20
**letter** **[4]** 11/8 25/18
27/3 27/18
**level** **[1]** 46/3
**levels** **[1]** 14/23
**licensing** **[1]** 11/13
**light** **[1]** 18/12
**like** **[29]** 4/25 6/19
11/13 13/24 14/3 15/17
21/4 22/8 25/18 28/7
31/25 32/19 35/15
38/13 38/22 40/21
42/13 43/11 44/5 45/7
45/7 49/10 52/2 54/25
56/22 57/9 57/16 57/20
58/7
**likelihood** **[1]** 50/11
**likely** **[17]** 32/8 32/25
33/2 33/5 33/11 41/22
44/23 47/19 48/10 49/6
49/8 49/19 49/19 49/23
56/8 56/11 57/10
**limit** **[1]** 52/8
**limitations** **[1]** 60/7
**limited** **[4]** 35/22 51/21
51/23 56/15
**limits** **[2]** 30/19 52/8
**line** **[4]** 11/17 14/2
32/19 53/20
**lines** **[2]** 46/2 46/13
**list** **[16]** 34/19 35/2
36/1 36/9 36/23 37/2
38/13 38/14 40/25
41/12 44/10 44/25
46/13 48/1 48/9 49/14
**listed** **[8]** 32/17 34/3
34/8 34/10 36/3 36/7
38/20 46/7
**lists** **[3]** 41/13 42/19
46/4
**literally** **[1]** 58/14
**litigation** **[4]** 11/13
31/18 35/9 52/21
**litigator** **[1]** 42/9
**litigators** **[2]** 35/9
43/14
**little** **[9]** 12/13 13/15
24/8 28/8 43/7 43/9
43/12 47/15 52/7
**LLC** **[3]** 1/6 4/4 4/9
**LLP** **[2]** 2/13 2/18
**lock** **[1]** 13/8
**log** **[2]** 6/9 6/13
**logs** **[1]** 6/15
**long** **[7]** 12/7 24/14

57/24
**longer** **[1]** 52/7
**look** **[26]** 7/12 9/2 14/2
16/20 16/21 28/2 28/8
31/5 31/15 32/15 33/4
33/11 35/4 35/8 35/16
37/13 37/20 39/18
40/13 41/3 44/16 47/7
50/17 51/10 55/9 58/16
**looking** **[6]** 8/23 9/21
43/23 48/3
**loop** **[1]** 22/10
**lot** **[7]** 6/3 6/20 14/3
19/14 20/22 28/3 38/7
**lots** **[3]** 20/23 23/20
23/20
**loud** **[1]** 47/20

**M**

**made** **[12]** 4/14 10/2
19/15 21/1 26/8 26/9
35/7 41/10 41/12 41/21
53/2 55/25
**magistrate** **[1]** 20/18
**magistrates** **[1]** 9/6
**main** **[2]** 31/10 52/21
**major** **[2]** 16/7 34/17
**make** **[22]** 8/13 8/21
12/21 16/23 31/8 33/14
35/7 38/22 41/8 41/9
41/15 56/2
**makes** **[3]** 22/20 24/20
30/24
**making** **[4]** 5/22 5/24
7/2 15/20
**manageable** **[1]** 48/5
**many** **[4]** 36/5 42/9
42/9 55/16
**March** **[11]** 10/19 10/19
12/1 12/1 13/18 13/19
14/25 47/22 48/3 50/8
58/14
**March 9th** **[1]** 10/19
**massive** **[1]** 24/11
**Master** **[4]** 7/23 8/6 9/6
20/17
**materials** **[3]** 15/8
15/10 15/13
**math** **[1]** 54/14
**matter** **[3]** 24/19 38/4
60/4
**matures** **[1]** 14/5
**may** **[23]** 6/2 6/5 8/22
10/1 11/24 15/2 20/20
22/22 23/25 28/5 28/11
31/20 33/4 33/6 33/8
33/10 42/10 42/11 44/3
48/12 48/19 51/8 54/2
**maybe** **[8]** 8/18 28/23
39/13 40/4 40/4 52/6
55/16 59/4
**me** **[40]** 6/14 7/9 7/14
9/10 9/25 10/9 11/18
13/9 14/2 14/6 14/17
23/11 27/24 30/4 30/15
30/23 31/14 32/6 32/19
32/21 33/4 43/16 35/6

43/10 48/5 48/15 50/19
51/8 55/12 55/21 55/25
56/20 56/21 58/1 58/17
59/16
**MEAGHER** **[1]** 2/18
**mean** **[20]** 5/22 6/16
6/18 13/10 13/11 27/21
28/18 31/23 37/13 38/6
38/19 40/22 41/3 41/21
42/3 42/5 42/9 44/11
49/9 51/25
**meaningful** **[1]** 35/25
**meaningfully** **[1]** 36/20
**mechanical** **[1]** 3/6
**meet** **[8]** 12/13 13/13
21/7 44/8 45/25 47/9
48/14 49/16
**meeting** **[1]** 47/10
**meetings** **[1]** 58/22
**MEHTA** **[1]** 1/10
**mentioning** **[1]** 13/22
**Merit** **[1]** 3/2
**merits** **[1]** 57/2
**Microsoft** **[10]** 4/14
20/1 22/16 34/10 34/24
46/6 46/10 50/25 51/19
52/23
**middle** **[1]** 18/2
**might** **[10]** 7/21 9/13
9/14 9/14 12/24 16/2
35/1 38/14 52/1 57/22
**mill** **[1]** 31/19
**mind** **[1]** 57/24
**mindful** **[1]** 55/17
**minimize** **[3]** 31/6 31/9
50/11
**minimum** **[3]** 29/7
31/11 33/12
**minute** **[1]** 17/13
**minutes** **[1]** 54/18
**momentarily** **[1]** 4/16
**Monday** **[5]** 10/25 11/9
13/3 13/3 13/13
**month** **[4]** 6/6 14/21
25/5 26/19
**monthly** **[1]** 4/12
**months** **[8]** 7/25 10/14
23/15 24/2 24/17 25/9
35/10 44/1
**moot** **[1]** 29/25
**more** **[11]** 4/19 5/12
13/6 17/8 18/1 18/1
23/21 24/18 29/3 53/17
54/6
**morning** **[7]** 4/2 4/10
5/14 13/3 13/13 14/16
19/13
**most** **[6]** 8/3 12/6 34/9
34/9 52/20 55/17
**motion** **[1]** 8/7
**motions** **[1]** 8/8
**move** **[9]** 12/3 14/14
17/11 23/5 25/11 26/3
29/14 32/20 43/20
**moved** **[1]** 59/5
**moving** **[4]** 15/18 23/12
28/2 53/17

43/10 48/5 48/15 50/19
51/8 55/12 55/21 55/25
56/20 56/21 58/1 58/17
59/16
**Mr.** **[43]** 4/24 6/7 9/24
10/2 10/4 11/15 12/11
12/15 14/15 18/21
18/23 19/11 20/14
20/21 24/8 24/23 26/9
26/20 26/25 28/15
29/14 29/15 33/20
36/25 36/25 42/23
42/25 43/7 44/3 44/15
45/16 45/17 45/24
45/24 45/24 47/7 47/14
51/1 51/1 54/1 54/11
54/14 58/23
**Mr. Cavanaugh** **[1]**
58/23
**Mr. Cohen** **[2]** 51/1
51/1
**Mr. Dintzer** **[13]** 4/24
6/7 10/2 10/4 12/11
12/15 20/14 24/23
29/14 36/25 42/23 44/3
45/24
**Mr. Sallet** **[12]** 9/24
14/15 18/23 20/21
36/25 42/25 43/7 44/15
45/16 45/24 47/14
54/11
**Mr. Schmidtlein** **[10]**
18/21 19/11 26/9 26/25
29/15 33/20 45/17
45/22 47/7 54/1
**Mr. Schmidtlein's** **[3]**
26/20 28/15 54/14
**Mr. Sunshine** **[2]** 11/15
54/10
**Ms.** **[2]** 51/5 53/12
**Ms. Aguilar** **[2]** 51/5
53/12
**much** **[5]** 12/22 14/12
30/7 31/1 48/11
**multiple** **[3]** 30/1 34/15
34/16
**mutuality** **[1]** 45/8
**mutually** **[1]** 9/9
**my** **[27]** 7/24 14/6
17/17 17/17 21/22 27/7
27/10 31/14 33/17
37/16 39/22 41/16
43/11 44/7 44/18 47/17
49/16 51/5 52/14 52/25
53/6

**N**

**name** **[2]** 24/10 34/3
**named** **[1]** 34/4
**names** **[2]** 31/21 50/15
**narrow** **[1]** 5/20
**near** **[1]** 19/4
**necessarily** **[2]** 31/16
44/13
**necessary** **[1]** 9/14
**need** **[21]** 6/5 9/5 9/5
10/21 12/22 19/23 30/3
30/22 31/2 34/23 34/25
36/4 41/22 42/2 42/7
42/14 56/11 56/24
57/15 57/15 59/18

**needs** **[2]** 14/5 42/2
**negotiate** **[1]** 51/20
55/13
**negotiated** **[1]** 54/19
**negotiating** **[2]** 5/19
7/1
**neither** **[1]** 41/6
**never** **[3]** 11/7 26/19
37/4
**new** **[4]** 2/19 19/7 24/5
44/2
**next** **[10]** 11/2 23/6
23/17 23/24 25/11 26/7
32/4 48/15 58/14 59/11
**night** **[3]** 11/3 27/5
27/6
**no** **[17]** 1/4 6/12 6/25
9/3 10/4 17/14 23/16
24/13 24/19 39/17
40/19 42/5 43/16 46/14
48/24 54/18 55/3
**Non** **[1]** 2/17
**Non-Party** **[1]** 2/17
**none** **[2]** 46/10 46/10
**normal** **[2]** 18/14 18/15
**not** **[73]**
**note** **[4]** 5/14 18/25
19/5 60/5
**nothing** **[9]** 5/22 5/23
20/14 22/3 42/5 43/6
43/17 44/17 55/20
**notice** **[21]** 5/11 11/4
11/7 11/10 12/2 19/8
23/6 24/9 24/18 29/12
32/10 32/12 32/13 40/2
40/9 43/4 53/22 54/16
54/22 54/23 55/5
**noticed** **[4]** 5/5 46/9
52/23 52/24
**notices** **[8]** 10/14 10/16
12/18 13/6 19/5 19/7
24/5 54/15
**notion** **[1]** 52/5
**November** **[2]** 5/11
5/14
**now** **[36]** 6/2 10/12
10/13 12/15 14/7 14/14
16/3 18/14 18/23 23/2
23/25 24/3 27/25 29/3
30/19 33/4 33/17 33/25
34/3 34/11 34/21 37/9
40/14 42/22 43/10
44/12 47/13 49/17
49/25 53/20 54/1 54/2
55/13 57/19 58/5 59/3
**nowhere** **[1]** 42/13
**number** **[19]** 7/15 8/15
18/13 22/13 23/19
26/16 26/16 34/23 37/5
48/12 50/13 50/14
51/21 51/23 52/23
53/16 56/8 56/15 56/16
**numerical** **[1]** 52/8
**NW** **[4]** 1/14 2/14 2/19
3/4

**O**

**object** **[4]** 11/23 21/16

**O**

object... [2] 21/21 23/7
objection [1] 23/11
objections [3] 11/24 14/25 29/11
obligated [1] 55/22
observation [1] 37/16
obvious [1] 28/3
obviously [11] 20/18 27/8 28/18 29/3 30/19 45/8 53/2 53/2 57/3 57/4 57/19
occurred [1] 60/5
occurring [1] 31/9
off [4] 30/20 31/2 51/18 54/14
offer [1] 40/19
offered [2] 10/17 35/25
OFFICE [1] 2/9
Official [1] 3/3
oh [2] 21/15 46/25
okay [35] 4/10 6/14 6/14 7/7 8/10 8/19 9/1 9/19 9/22 12/10 18/20 19/10 23/4 23/10 24/22 27/12 27/16 28/13 29/13 29/18 31/9 36/24 46/11 46/21 48/18 50/4 50/23 53/9 55/8 56/4 56/21 58/10 59/2 59/15 59/22
once [3] 4/21 18/13 36/20
one [61]
one percent [1] 16/6
one-off [1] 51/18
one-way [1] 38/6
ongoing [1] 17/15
only [7] 24/20 29/24 30/2 34/20 34/25 44/1 49/19
open [5] 33/16 41/15 52/5 52/11 55/14
opening [1] 52/2
operating [1] 11/14
opinions [2] 21/13 21/14
opponent [2] 35/12 35/16
opportunity [7] 33/3 33/13 40/4 43/1 51/2 55/4 56/12
opposite [1] 32/2
opposition [1] 22/20
order [10] 10/10 22/19 22/21 22/21 30/17 31/22 43/2 46/1 46/12 48/17
other [14] 7/5 8/12 9/3 10/20 29/19 30/13 32/2 32/6 32/12 33/10 37/22 40/25 41/4 42/21
others [1] 40/24
otherwise [1] 30/24
ought [4] 44/18 47/12 55/16 55/19
our [37] 5/5 5/11 9/6 9/16 11/8 11/25 13/5

15/17 15/25 16/7 16/17 17/7 17/12 18/12 18/16 19/3 23/18 24/21 25/18 27/9 27/9 36/9 37/4 39/3 40/23 41/11 43/18 44/7 52/22 53/17 58/9 58/13 59/20
ours [1] 36/19
ourselves [3] 18/10 39/7 39/10
out [21] 11/10 12/23 13/24 16/4 18/11 19/22 20/17 25/9 25/13 25/15 26/21 33/17 35/10 36/10 39/25 40/14 42/13 47/8 47/20 49/23 57/14
outside [1] 57/22
outstanding [2] 5/20 10/4
over [6] 11/11 14/9 38/13 38/14 48/23 53/6
over-list [2] 38/13 38/14
overbroad [1] 23/18
own [1] 17/6

**P**

p.m [3] 11/3 27/6 59/24
page [1] 25/9
pages [1] 26/20
painful [1] 19/16
pandemic [4] 18/6 18/7 18/13 60/6
panel [1] 58/23
papers [5] 53/17 57/4 57/6 57/14 57/18
pared [1] 38/21
part [2] 52/12 58/21
partial [1] 11/25
particular [4] 17/19 33/7 51/11 52/4
particularly [6] 18/12 32/23 35/10 38/13 50/20 51/23
parties [49] 4/23 9/9 19/1 19/17 19/18 19/24 19/25 20/24 21/1 21/3 23/14 27/22 28/6 28/25 30/17 30/25 31/8 32/24 34/15 34/18 34/20 36/3 36/19 37/6 37/9 37/9 39/5 39/16 44/8 45/4 45/9 45/21 45/25 46/7 46/9 47/18 47/23 48/8 48/24 49/2 51/20 52/4 52/15 55/13 55/18 56/8 56/10 57/20 57/25
parties' [1] 4/13
party [26] 2/17 19/20 28/24 29/4 31/12 33/8 33/12 34/6 35/11 36/21 38/16 39/7 40/15 41/4 41/8 42/13 42/15 52/20 53/16 53/19 53/20 53/22 54/3 55/22 56/18 56/19

patiently [1] 51/2
people [33] 10/22 23/23 23/24 24/10 24/12 34/12 34/14 34/16 34/19 34/25 35/1 35/1 35/3 36/11 36/18 37/5 38/7 38/10 39/1 39/8 39/24 40/14 41/6 41/22 48/10 48/13 49/3 49/18 50/12 51/23 51/25 52/13 54/2
percent [9] 16/1 16/3 16/4 16/6 16/11 16/20 17/10 17/18 17/20
perhaps [5] 11/25 12/2 43/24 47/18 47/21
period [4] 10/8 10/21 12/5 16/3
permit [1] 16/24
permits [1] 56/3
person [16] 32/17 33/3 33/14 35/16 35/17 35/18 39/10 39/11 39/12 40/13 40/17 41/7 41/13 42/14 45/1 49/11
persons [1] 50/13
pertinent [1] 52/14
Petitioner [1] 2/17
pick [1] 39/9
picking [1] 41/11
picture [1] 39/7
pinpoint [1] 36/15
place [1] 46/1
plain [1] 43/20
plaintiff [2] 2/2 34/1
plaintiffs [17] 1/4 1/13 4/6 4/8 20/6 20/20 21/5 31/5 31/12 46/7 47/13 51/24 52/17 52/24 53/2 54/9 54/16
plan [1] 36/21
planning [2] 26/16 47/25
plans [2] 10/23 13/8
plant [2] 58/5 58/8
played [1] 13/10
please [3] 10/19 10/22 60/5
plus [4] 35/1 35/10 38/18 47/17
pocket [1] 40/17
point [27] 5/23 6/19 8/6 8/20 8/24 9/12 9/16 9/20 10/1 14/11 15/24 18/4 21/16 21/16 43/21 43/23 44/3 44/22 48/11 49/7 49/8 50/10 54/3 54/13 54/20 56/6 58/19
pointed [1] 25/15
points [1] 7/6
position [14] 10/13 16/7 16/10 20/17 21/20 32/14 35/14 35/15 40/18 49/1 49/24 57/2 57/13 57/17
positions [1] 20/19
possibility [3] 9/17

possible [1] 31/6
potential [4] 7/10 38/12 40/3 55/15
potentially [1] 55/15
practical [2] 16/5 16/16
practice [1] 8/8
precedent [1] 55/10
precluded [1] 35/19
preclusive [3] 44/20 44/25 45/9
predict [1] 31/1
prediction [1] 8/14
prejudice [1] 51/24
prejudiced [1] 48/25
prejudicial [1] 54/8
premature [1] 12/13
premium [1] 38/2
prepare [1] 30/9
prepared [6] 12/11 29/10 47/14 47/14 51/18 55/9
preparing [1] 50/16
presentations [1] 15/8
presumably [1] 40/3
presumptively [1] 52/25
Pretrial [2] 31/22 59/17
pretty [2] 22/8 33/5
Prettyman [1] 3/4
previewing [1] 24/9
previous [1] 15/20
previously [2] 16/3 44/4
principle [1] 55/6
privilege [10] 5/25 6/1 6/8 6/9 6/13 6/15 6/16 6/25 7/9 20/9
privilege-log [1] 6/13
probably [7] 23/24 23/25 28/6 28/7 36/1 48/11 57/5
problem [6] 31/7 33/23 43/16 44/12 50/9 53/14
problematic [1] 30/16
problems [2] 41/18 48/23
proceed [4] 4/17 14/18 44/6 59/22
proceeding [2] 18/15 18/15
proceedings [4] 1/9 3/6 59/24 60/4
process [2] 9/8 12/21
produce [1] 15/10 16/9
produced [6] 3/7 6/22 16/5 17/10 20/23 21/21
producing [1] 21/21
production [4] 6/23 10/11 15/15 20/4
productions [2] 19/24 19/25
productive [1] 11/9
progress [4] 5/22 5/24 7/2 15/20
prominent [1] 34/9
promise [1] 48/21
promised [1] 58/24

promises [1] 21/4
proposal [2] 35/6 48/16
propose [1] 35/5
proposing [2] 30/11 53/18
protagonist [1] 52/21
Protection [1] 2/3
protective [3] 22/19 22/21 38/11
provide [10] 4/25 12/4 12/12 16/1 28/1 28/9 28/17 29/10 45/20 58/1
providers [3] 16/18 16/19 17/25
provides [1] 42/18
providing [1] 26/13
put [12] 9/15 12/23 20/16 22/3 27/20 33/23 37/11 38/23 46/1 49/14 49/24 54/19
putting [4] 12/20 49/5 49/22 51/21

**Q**

quality [2] 38/11 45/10
question [11] 6/8 6/13 8/12 17/1 17/16 22/24 22/24 26/24 32/14 35/5 54/18
questioning [4] 29/24 30/10 30/12 30/14
questions [2] 22/2 30/22
quick [1] 4/18
quickly [2] 15/1 15/12
quite [6] 6/11 10/6 24/13 37/8 49/7 49/23

**R**

raise [6] 4/23 10/25 43/11 56/19 56/20 56/23
raised [5] 15/3 17/1 20/22 21/6 27/1
Ralph [1] 2/4
rare [1] 45/12
rather [2] 9/8 49/22
re [2] 24/1 52/2
re-argue [1] 24/1
re-opening [1] 52/2
reached [1] 56/1
read [3] 19/14 38/25 58/2
real [2] 41/17 48/23
realistic [1] 35/11
realistically [1] 35/8
really [16] 12/3 12/20 22/14 27/22 30/2 32/16 34/22 35/11 38/7 39/6 40/6 42/8 45/2 51/16 54/8 57/15
Realtime [1] 3/3
reason [5] 7/12 9/3 28/4 37/7 40/15
reasonable [6] 20/24 28/1 30/18 48/7 48/17 52/22

**reasons** [1] 18/11
**recall** [1] 35/6
**recalls** [1] 10/10
**receipt** [3] 20/3 29/1 29/12
**received** [3] 10/16 13/17 16/3
**reciprocal** [1] 44/9
**recognizes** [1] 43/25
**recollection** [1] 17/17
**recommend** [2] 45/25 46/1
**record** [2] 43/20 60/3
**recorded** [1] 3/6
**records** [1] 7/19
**regard** [2] 21/25 42/12
**regarding** [2] 22/16 54/23
**Registered** [1] 3/2
**related** [1] 8/12
**relationship** [1] 38/8
**relationships** [1] 52/15
**relatively** [1] 16/23
**relevant** [1] 14/24
**relief** [2] 6/3 6/20
**reluctant** [1] 12/19
**reluctantly** [1] 11/2
**relying** [3] 17/23 42/12 42/16
**remainder** [1] 12/5
**remaining** [2] 17/11 56/22
**remains** [2] 19/9 55/6
**remember** [2] 15/3 28/22
**remind** [1] 25/1
**remotely** [1] 60/7
**repeated** [1] 26/21
**repeatedly** [2] 10/14 53/3
**report** [8] 4/20 5/1 5/4 5/23 6/2 15/21 22/15 23/1
**Reporter** [5] 3/2 3/2 3/3 3/3 59/19
**reporting** [1] 60/7
**reports** [7] 4/13 4/18 17/6 42/3 42/4 44/3 58/1
**representations** [3] 12/12 17/9 21/4
**representative** [1] 17/8
**represented** [1] 17/4
**request** [10] 14/21 15/19 15/25 22/18 27/20 31/11 33/21 52/22 53/24 55/10
**requesting** [1] 22/20
**requests** [4] 14/18 19/4 21/1 51/14
**require** [5] 7/19 8/6 35/20 37/9 52/1
**required** [1] 49/6
**requirement** [1] 28/24
**requirements** [1] 37/16
**requires** [2] 37/21 43/24

**reserving** [1] 13/5
**resolution** [1] 7/13
**resolve** [10] 5/16 14/8 14/13 20/16 22/5 32/5 43/2 56/24 56/24 57/12
**resolved** [6] 7/17 14/6 17/4 20/10 20/15 29/23
**respect** [10] 4/14 5/25 6/22 10/5 20/13 22/8 29/20 49/21 50/3 51/18
**respond** [6] 12/19 25/16 25/18 26/25 27/18 29/11
**response** [7] 12/15 13/17 15/25 23/1 27/2 27/13 27/25
**responses** [6] 14/24 28/17 29/11 36/14 46/17 46/24
**responsive** [1] 15/11
**responsiveness** [1] 27/9
**rest** [2] 28/5 45/5
**restate** [1] 43/4
**result** [3] 32/12 46/3 51/14
**results** [2] 15/9 16/25
**review** [3] 7/19 8/9 27/7
**reviewed** [1] 44/9
**reviewing** [1] 39/24
**reviews** [2] 8/22 8/22
**revised** [1] 47/3
**revision** [1] 55/14
**rewarding** [1] 25/13
**RFP** [6] 14/20 15/2 15/7 15/11 15/17 15/18
**RFPs** [2] 5/20 20/5
**right** [32] 4/12 6/2 8/10 9/2 9/22 9/24 13/5 13/6 13/25 14/1 15/22 16/8 18/14 18/21 19/11 22/7 22/12 23/2 27/16 29/13 29/19 33/25 34/21 40/11 49/17 49/25 50/24 51/7 53/20 54/1 56/25 59/3
**ripe** [1] 20/14
**rise** [1] 22/10
**RMR** [2] 60/2 60/11
**road** [3] 9/13 9/18 57/19
**robust** [2] 17/22 18/1
**room** [2] 1/18 28/9
**roughly** [3] 5/10 13/21 36/7
**rule** [7] 29/7 37/21 37/22 38/9 43/24 44/6 44/24
**Rule 26** [3] 43/24 44/6 44/24
**rules** [6] 31/15 31/16 35/20 37/8 37/17 54/10
**run** [1] 31/19
**runs** [2] 32/2 37/15

**safe** [1] 19/18
**said** [28] 6/12 10/4 12/1 13/3 15/25 16/4 16/13 20/8 21/25 22/3 29/24 36/2 37/13 39/15 40/7 40/9 44/17 47/14 50/21 51/20 54/1 54/7 54/20 54/25 55/9 55/13 56/14 58/21
**Sallet** [14] 2/2 4/7 9/24 14/15 18/23 20/21 36/25 42/25 43/7 44/15 45/16 45/24 47/14 54/11
**same** [9] 17/21 18/8 18/9 18/17 18/18 18/18 18/24 12 48/7 55/4
**sample** [15] 15/22 16/1 16/4 16/6 16/13 16/20 16/22 17/5 17/8 17/10 17/18 17/20 17/22 18/2 18/6
**samples** [5] 16/4 16/11 16/11 16/12 18/18
**sampling** [1] 18/9
**Samsung** [4] 6/22 34/14 46/6 46/11
**San** [1] 1/19
**sanction** [1] 38/12
**sandbag** [1] 12/25
**sandbagging** [2] 38/15 45/3
**satisfactory** [2] 25/21 26/1
**say** [27] 16/19 17/23 17/24 18/12 19/18 21/15 21/20 25/7 31/19 33/4 33/11 34/5 38/17 38/24 40/22 41/3 41/9 42/7 43/5 45/19 49/17 49/18 49/19 50/2 51/8 54/6 56/5
**saying** [2] 11/1 47/7
**says** [7] 16/9 30/1 30/17 35/16 39/11 42/12 44/3
**schedule** [6] 5/21 7/24 12/25 13/9 19/9 28/4
**scheduled** [3] 13/5 13/23 22 24/6
**schedules** [3] 11/5 11/6 11/10
**scheduling** [4] 12/3 24/21 27/24 29/2
**Schmidtlein** [12] 2/13 4/9 18/21 19/11 26/9 26/25 29/15 33/20 45/17 45/22 47/7 54/1
**Schmidtlein's** [3] 26/20 28/15 54/14
**scope** [5] 5/21 7/10 20/25 23/16 24/19
**search** [1] 57/16
**seasoned** [1] 35/9
**seat** [1] 25/21
**second** [9] 5/11 13/20 25/23 25/25 40/1 43/22

**Section** [2] 2/3
**sector** [3] 16/19 16/20 16/22
**see** [12] 6/4 8/2 21/12 30/7 39/1 39/7 39/24 42/2 42/3 42/21 44/9 55/25
**seed** [2] 58/5 58/8
**seek** [2] 6/5 53/21
**seem** [4] 28/5 32/6 32/21 50/19
**seems** [9] 13/24 27/22 27/24 29/22 30/3 30/23 38/3 48/5 55/21
**seen** [2] 15/9 42/4
**send** [1] 13/5
**senior** [4] 10/16 10/17 10/22 12/6
**sense** [10] 7/10 7/14 8/14 9/3 12/12 22/20 24/20 30/24 32/24 57/9
**sent** [3] 5/11 12/23 27/4
**separate** [1] 22/15
**Separately** [1] 15/2
**September** [1] 10/12
**series** [1] 15/4
**serious** [1] 7/22
**served** [1] 23/2
**serves** [1] 24/20
**sessions** [3] 16/1 16/2 17/6
**set** [5] 44/21 58/13 58/14 58/20 59/3
**sets** [2] 18/17 55/10
**setting** [1] 52/7
**seven** [6] 5/9 31/21 34/19 48/9 52/25 54/15
**Shencopp** [2] 2/8 4/7
**short** [2] 19/8 43/2
**shortly** [1] 53/24
**shot** [1] 40/25
**should** [14] 7/22 13/3 15/15 17/7 19/5 26/16 26/22 26/22 34/22 35/18 41/12 49/3 55/22 56/3
**show** [2] 41/14 57/10
**showing** [1] 41/22
**shows** [1] 42/11
**side** [7] 32/3 32/7 32/10 32/12 38/6 40/25 52/4
**side's** [1] 42/21
**sides** [10] 30/20 32/22 32/23 37/19 38/5 41/25 44/22 54/24 55/4 55/15
**significant** [4] 6/23 8/8 16/25 48/25
**significantly** [1] 37/5
**similar** [1] 16/8
**simple** [1] 29/4 31/19
**simpler** [1] 49/10
**simply** [3] 26/12 41/2 50/10
**since** [3] 12/13 19/20 33/20

**single** [5] 16/21 42/4 52/12 52/20 53/20
**sit** [2] 55/22 57/7
**sitting** [2] 12/8 24/2
**situation** [6] 31/25 32/9 34/11 34/21 39/23 40/6
**six** [5] 8/18 8/25 34/19 54/16 54/17
**size** [5] 15/22 18/2 18/6 20/25 23/16
**SKADDEN** [1] 2/18
**skadden.com** [1] 2/21
**SLATE** [1] 2/18
**slated** [1] 5/13
**slavishly** [1] 31/17
**slew** [1] 53/6
**slice** [1] 39/3
**small** [5] 16/23 18/7 49/18 56/15 56/16
**so** [125]
**so I think** [4] 27/17 29/14 32/19 58/13
**So they** [1] 36/4
**so this** [1] 49/21
**so this idea** [1] 13/23
**so this sort** [1] 53/23
**soft** [1] 43/14
**soft-spoken** [1] 43/14
**some** [47] 5/13 5/19 6/1 8/20 10/7 11/24 12/12 13/1 17/21 19/2 19/16 20/6 20/12 21/5 21/7 21/22 30/7 30/24 32/21 33/11 33/17 42/3 43/3 44/9 44/19 44/21 45/3 45/12 46/2 47/8 47/12 48/12 50/7 50/14 50/16 50/19 51/25 55/25 56/10 57/5 57/11 57/12 57/15 57/19 57/20 57/22 58/1 58/6
**somebody** [7] 32/11 33/13 40/23 41/11 41/23 44/25 48/1
**someone** [2] 7/23 9/9
**something** [15] 7/17 7/18 9/4 9/14 14/5 18/2 40/19 40/20 41/24 42/15 45/7 49/25 52/1 52/6 58/6
**sometime** [1] 50/8
**sometimes** [1] 37/17
**soon** [1] 28/7
**sooner** [1] 9/8
**sorry** [3] 6/10 13/19 46/23
**sort** [20] 6/1 11/17 14/7 29/11 30/14 31/10 31/17 32/10 33/16 33/17 34/15 34/24 36/1 38/7 38/8 38/10 38/11 47/23 53/23 57/23
**sorting** [1] 49/8
**sorts** [1] 24/12
**sought** [2] 16/4 38/19
**sound** [1] 38/22
**sounds** [2] 14/3 22/7

**S**

span [1] 6/17
speaks [1] 55/3
Special [4] 7/23 8/6 9/5 20/17
specific [2] 6/4 35/6
specifically [2] 25/2 35/12
specificity [1] 36/15
speed [1] 51/8
spending [1] 45/23
spent [1] 52/12
spoken [1] 43/14
sprung [1] 32/16
squeeze [2] 31/3 31/3
St [1] 2/14
stage [1] 32/3
standard [3] 44/10 44/24 53/15
star [1] 40/14
stare [1] 21/12
start [7] 4/24 9/8 9/15 22/17 33/20 37/3 52/7
started [1] 17/7
starting [3] 29/7 38/25 58/24
state [2] 2/2 44/7
statement [1] 26/21
states [15] 1/1 1/3 1/10 4/3 22/5 29/24 30/15 30/23 31/1 31/3 32/16 33/13 37/15 54/22 59/7
statistically [1] 16/24
status [12] 1/9 4/12 4/13 4/20 5/1 5/4 6/8 14/17 15/6 15/24 22/15 23/1
staying [1] 38/3
stenography [1] 3/6
step [2] 25/4 35/19
Steve [1] 10/1
Steve Sunshine [1] 10/1
Steven [1] 2/17
steven.sunshine [1] 2/21
still [14] 5/15 5/17 5/18 5/20 6/20 17/21 20/12 26/4 26/15 28/20 34/19 35/22 48/3 49/8
stipulated [1] 22/18
stood [1] 9/4
strategic [2] 30/7 30/7
strategically [1] 32/10
strategy [1] 14/22
street [3] 1/14 38/6 50/22
stretching [1] 11/11
strike [1] 30/15
structure [2] 30/17 45/20
stuck [1] 53/5
stuff [2] 13/5 42/17
subject [3] 5/16 24/19 60/6
submissions [2] 4/14 19/15
submit [2] 46/13 46/17

subpoena [1] 29/2 29/4
subpoenaed [1] 28/24
subpoenas [6] 13/17 19/3 19/19 19/21 34/23 36/10
subset [1] 34/25
substantial [2] 15/15 19/24
such [4] 14/19 47/19 50/22 56/7
suggest [3] 17/7 45/3 49/22
suggested [3] 39/21 44/16 56/17
suggesting [1] 37/14
suggestion [2] 44/7 44/8
suggests [1] 18/12
Suite [1] 2/6
summaries [1] 58/2
summary [7] 7/8 17/17 57/3 57/14 57/18 57/23 58/3
Sunshine [4] 2/17 10/1 11/15 24/8
supplement [2] 36/6 37/18
supplemental [1] 32/18
supplementation [2] 5/21 39/3
supplying [1] 18/18
supporting [1] 36/17
supposed [1] 58/15
sure [10] 8/21 10/3 12/17 12/21 14/11 16/23 33/14 40/6 41/15 53/12
surprise [5] 32/1 40/12 41/24 50/11 50/21
surprised [2] 13/15 32/15
surprises [1] 13/9
survey [1] 15/9
surveys [1] 15/4
suspect [4] 11/24 14/8 32/7 51/15
suspects [1] 41/22
swing [2] 20/2 55/20
swishy [1] 36/1
system [1] 11/14

**T**

table [1] 4/22
take [12] 13/8 17/13 17/13 20/20 23/1 28/12 44/7 47/2 47/23 52/17 55/1 59/18
taken [7] 25/9 28/19 34/17 34/18 44/18 49/1 50/21
talk [6] 13/3 13/13 14/3 14/18 31/15 52/9
talked [2] 17/24 57/24
talking [5] 7/15 12/6 45/24 46/14 52/13

tangential [1] 38/8
target [1] 36/17
technical [1] 57/15
technological [1] 60/7
technology [1] 57/12
tee [2] 8/1 9/2
teed [1] 7/14
tell [2] 36/5 48/13
ten [13] 10/18 11/23 29/1 29/12 31/20 34/3 50/25 51/10 51/14 51/17 52/19 54/25 58/19
ten-hour [5] 50/25 51/10 51/14 51/17 52/19
ten-second [1] 58/19
tend [1] 43/13
tentative [1] 58/21
tentatively [1] 58/20
term [1] 19/4
terms [11] 7/15 8/15 10/20 20/3 20/7 20/21 28/2 29/7 44/17 47/8 50/16
terribly [1] 37/17
testify [2] 34/13 36/12
testimony [5] 24/17 29/9 35/3 35/19 36/11
than [15] 7/5 9/3 9/8 17/2 18/2 29/3 35/20 38/13 43/23 44/6 44/24 46/14 49/22 54/6 57/21
thank [9] 5/3 7/8 14/16 29/15 29/17 33/22 58/12 58/18 59/23
thank you [7] 5/3 7/8 14/16 29/15 29/17 33/22 58/12
Thanks [1] 59/23
that [400]
that's [36] 7/8 7/18 8/11 8/23 9/16 9/20 9/22 10/5 13/12 16/6 17/14 17/25 19/17 20/19 22/18 22/23 25/1 25/21 25/25 26/1 28/1 28/24 31/23 33/6 35/14 42/13 42/15 43/19 45/4 48/11 50/9 50/21 50/25 54/18 54/24 58/7
their [24] 12/19 13/8 21/9 21/24 23/6 27/9 34/8 35/2 36/6 36/15 36/17 38/25 39/2 40/17 41/18 42/3 42/4 42/16 46/8 46/19 46/19 47/3 53/22 58/1
theirs [1] 30/15
them [30] 9/7 13/1 13/8 13/10 13/13 13/21 20/16 21/21 24/13 25/9 25/13 25/15 25/16 25/18 26/15 27/7 30/1 31/17 36/14 36/22 37/18 39/9 40/18 41/1 46/12 50/15 52/24

themselves [1] 16/8
then [39] 4/21 4/22 6/8 6/13 7/25 11/3 13/1 13/3 14/14 14/18 16/12 16/20 16/21 21/22 22/15 22/22 24/10 25/5 25/21 26/22 29/19 31/10 31/14 31/20 32/13 38/24 39/4 39/12 41/7 41/12 41/22 44/7 45/17 47/1 49/3 50/24 52/5 54/17 56/2
theories [2] 42/5 42/21
theory [1] 37/23
there [35] 5/15 7/12 8/12 12/13 14/9 15/4 17/21 20/12 20/22 22/13 22/15 23/21 24/13 26/21 27/23 32/1 32/7 32/21 38/2 38/13 38/18 39/1 39/24 44/9 45/7 45/9 48/12 49/23 50/19 52/3 53/17 54/1 54/21 55/16 56/11
there's [28] 4/19 4/22 4/25 5/21 5/23 6/3 6/17 6/25 7/12 8/17 14/11 18/1 18/23 20/14 22/3 24/14 31/7 33/2 38/11 38/12 38/14 42/5 49/12 50/6 54/18 55/4 56/13 58/16
thereafter [2] 15/1 25/22
therefore [3] 35/18 56/16 60/6
these [21] 8/3 12/25 15/12 17/9 20/5 20/9 22/1 26/10 26/11 26/22 28/3 35/3 37/18 39/16 46/3 50/24 51/15 51/22 55/16 55/19 56/20
they [59] 11/22 12/1 12/4 12/8 12/24 21/12 21/12 21/14 24/9 24/10 24/17 24/25 25/2 25/3 25/5 25/7 25/10 25/25 26/13 26/14 26/15 27/4 28/25 29/24 31/3 32/8 32/11 33/14 34/4 34/12 34/19 35/24 36/4 36/16 37/22 37/23 40/16 40/24 41/9 41/10 41/10 41/12 41/22 42/10 42/11 44/23 45/1 46/9 46/16 46/23 47/3 49/1 49/1 49/2 53/22 56/9 56/19
they'd [1] 48/13
they'll [3] 31/2 40/4 40/4
they're [9] 6/1 11/22 12/5 16/15 16/15 24/4 35/12 40/2 48/10
they've [21] 6/22 12/7 12/8 13/22 20/10 21/11 24/15 24/16 27/1 34/1

thing [12] 13/13 15/23 25/25 26/3 30/8 35/9 37/3 42/4 42/11 49/23 56/23 59/4
things [14] 6/21 7/16 9/3 11/12 11/13 11/23 21/4 25/17 26/23 29/15 44/2 47/16 47/24 51/8
think [68]
thinking [1] 47/20
thinks [1] 56/19
third [41] 15/17 19/1 19/17 19/20 19/23 19/25 26/3 28/25 29/4 31/12 32/24 33/8 33/12 34/6 36/3 36/19 36/21 39/5 39/7 39/16 40/15 41/8 42/13 42/14 48/24 49/2 52/3 52/15 52/20 53/16 53/19 53/20 53/22 54/3 55/18 55/20 55/22 55/22 56/8 56/18 56/18
third-party [9] 19/20 31/12 34/6 36/21 42/13 53/16 53/19 53/22 54/3
this [152]
This is [1] 4/3
those [27] 5/8 5/24 6/9 10/18 12/18 13/23 15/10 17/4 17/15 20/15 21/7 22/4 22/5 23/19 25/16 32/25 33/5 34/2 34/3 34/20 34/25 35/1 40/2 46/6 46/9 47/24 49/18
though [5] 32/17 34/20 35/17 41/23 53/1
thought [6] 4/17 7/22 47/17 50/4 57/20 58/6
thoughts [6] 8/2 33/18 35/21 36/25 44/18 45/17
three [16] 10/15 22/14 23/15 25/9 25/17 26/17 26/22 27/21 27/25 46/6 46/9 48/8 53/18 53/22 54/3 55/17
three-day [4] 27/25 53/18 53/22 54/3
through [10] 6/21 9/15 17/11 29/9 39/2 39/4 42/9 49/9 50/5 52/9
tight [1] 28/4
till [1] 28/12
time [23] 7/21 9/7 12/16 15/18 31/2 31/4 33/9 35/22 37/24 38/7 39/3 45/24 48/7 48/7 52/6 53/25 54/24 56/21 56/22 57/2 57/19 57/24 58/4
time-consuming [1] 7/21
times [1] 42/10

**T**

Tinter's [1] 54/23
titled [1] 60/4
today [1] 5/16 22/4
46/15 48/9 57/7
together [2] 19/21
49/14
tomorrow [1] 28/7
too [7] 12/22 28/7 32/2
40/5 48/11 55/16 55/17
took [4] 25/5 25/14
26/19 52/25
topic [12] 15/20 18/22
22/24 24/15 24/17 25/1
25/2 25/24 27/2 27/19
27/23 31/11
topics [4] 5/15 11/4
11/11 50/25
total [1] 55/21
touches [2] 12/20
12/23
toward [1] 38/4
towards [1] 27/24
trade [1] 30/20
transcript [3] 1/9 3/6
60/3
transcription [1] 3/7
travel [8] 16/19 16/20
16/22 17/25 18/1 18/5
18/7 18/16
tremendous [1] 49/9
trial [22] 7/24 28/6
31/13 31/22 32/6 32/8
32/11 33/1 33/1 33/2
35/11 36/12 38/4 40/3
40/12 44/24 45/1 47/19
48/10 50/11 58/23 59/3
trials [1] 58/15
tried [4] 21/7 22/6
23/18 28/3
trouble [2] 9/15 43/8
true [3] 33/6 38/5 43/5
truth [2] 6/19 25/8
try [10] 21/2 21/12
21/14 21/17 22/1 22/5
31/5 43/2 44/5 50/11
trying [9] 5/16 6/21
13/11 20/24 21/25
26/14 28/22 48/6 49/22
turn [16] 4/15 4/21 8/7
8/22 9/24 14/15 18/22
19/11 22/12 22/22
29/19 31/10 39/25
42/25 45/17 50/24
turn-out [1] 39/25
turnaround [1] 27/25
turning [1] 25/6
turns [2] 40/14 57/14
two [29] 5/15 7/16
10/16 10/16 11/22
11/25 12/2 12/18 13/1
13/6 23/6 23/17 24/18
26/16 29/22 30/9 30/12
34/1 45/2 45/9 46/9
47/16 47/18 47/24
47/24 50/21 52/18
54/13 55/16
two-day [1] 52/18

two-way [1] 50/1
type [3] 31/18 44/19
51/22
types [1] 21/14

**U**

U.S [2] 1/13 1/17
ultimate [1] 20/19
uncertainty [1] 44/13
undated [1] 26/5
undeniably [1] 43/5
underlying [1] 15/7
understand [17] 12/8
17/6 18/8 18/16 21/5
21/18 21/24 23/11 33/7
35/4 38/23 39/17 42/2
43/22 43/22 48/22 58/7
understanding [6]
17/17 31/8 32/5 57/8
57/11 57/15
understood [1] 12/24
undoubtedly [2] 37/22
56/7
unfair [1] 37/2
unilateral [1] 32/23
Unit [1] 2/4
UNITED [4] 1/1 1/3
1/10 4/3
United States of [1]
4/3
unless [1] 18/22
unlimited [1] 37/24
unreasonable [2]
27/22 30/10
until [11] 13/2 23/25
27/6 42/2 42/3 42/10
42/17 42/19 42/21 47/2
54/2
unwarranted [1] 37/2
unwieldy [1] 55/11
up [25] 5/8 5/12 6/2 6/7
6/12 7/6 7/14 8/2 9/2
15/1 15/14 19/3 20/10
24/6 25/20 36/21 40/24
41/11 41/14 42/11 48/9
51/9 55/11 56/23 58/17
upcoming [1] 8/1
update [1] 4/25
upon [5] 7/20 7/21
31/3 42/12 42/16
upset [1] 18/13
urged [1] 10/25
urging [1] 11/9
us [41] 7/6 10/20 10/22
10/25 11/3 11/9 11/21
15/4 15/12 16/1 16/13
17/4 19/9 21/15 24/20
25/4 25/5 25/10 25/11
25/14 26/1 26/13 26/19
27/4 28/19 32/17 36/12
41/7 42/1 44/3 44/5
44/13 46/16 46/18
46/24 48/25 48/25
49/24 51/4 54/25 59/13
us on [1] 46/24
usdoj.gov [1] 1/16
1/20

17/20 29/25 30/1 30/12
used [1] 15/8
useful [2] 26/11 33/10
user [1] 16/2
using [4] 16/12 16/16
18/9 21/23
usual [1] 41/21
usually [1] 4/17

**V**

variety [1] 6/17
various [4] 19/17 19/23
20/4 52/13
vast [1] 49/12
versa [1] 41/17
versus [1] 4/4
vertical [2] 16/18 16/18
verticals [1] 36/16
very [23] 9/7 9/7 10/9
10/16 10/22 15/12
15/16 16/6 16/13 18/7
18/11 18/16 18/24 20/8
22/1 28/4 39/15 45/18
49/18 49/18 52/21
54/21 54/25
VIA [1] 1/9
vice [1] 41/17
views [1] 27/9
voice [1] 43/11
volume [2] 7/10 21/11
vs [1] 1/5

**W**

waited [2] 13/2 24/14
waiting [5] 5/18 26/12
51/2
walk [1] 34/12
want [36] 4/19 4/22
5/14 8/21 9/7 9/14 9/15
9/17 11/22 12/25 12/25
15/21 16/10 16/23 21/2
21/12 24/18 30/20 32/9
35/2 35/3 35/14 38/22
38/23 40/9 40/18 41/15
43/1 43/20 45/5 49/14
51/20 52/7 56/9 56/23
57/13
wanted [5] 8/1 9/2 25/2
40/16 58/5
wanting [2] 47/8 47/9
was [23] 9/4 11/4 13/2
13/18 13/19 14/21
22/15 24/9 25/10 27/5
32/17 33/21 35/6 35/17
37/7 38/25 40/13 40/23
40/23 45/19 54/19
54/22 58/21
Washington [5] 1/5
1/14 2/14 2/19 3/5
wasn't [1] 16/5
waste [1] 38/7
way [12] 4/17 18/15
29/20 38/6 41/18 43/20
44/6 50/21 51/13 54/19
56/3 59/22
ways [3] 18/15 23/19
50/23

we [246]
We are [1] 5/5
we believe [3] 14/22
17/3 36/11
we feel [1] 19/7
we will [5] 13/12 15/14
21/15 29/10 29/11 57/4
we'd [4] 4/17 9/21
25/18 54/25
we'll [2] 4/15 4/21
11/1 14/25 22/21 27/17
31/21 31/22 56/21
58/15 59/20 59/22
we're [40] 4/21 4/23
5/6 5/9 5/15 5/17 6/19
6/20 6/23 7/1 7/1 7/15
8/23 13/5 13/11 13/12
13/22 15/20 16/24
18/14 19/8 20/2 22/4
23/14 24/1 26/6 26/15
28/4 30/2 34/22 34/24
36/13 36/19 39/11 44/2
48/3 49/20 52/10 53/4
58/13
we've [38] 5/5 5/6 5/7
5/19 10/14 13/9 13/10
13/10 13/19 15/9 16/14
16/25 17/24 19/15
19/19 19/20 21/25 22/6
23/18 23/20 24/15 25/7
25/14 25/17 26/23
34/23 36/7 36/13 38/21
39/14 43/6 43/17 48/24
53/16
weak [1] 43/9
Wednesday [2] 48/15
55/25
week [9] 11/2 13/21
23/23 23/24 23/24
27/14 28/12 46/14
58/22
weeks [6] 7/25 10/15
23/6 23/12 24/18 48/3
well [23] 4/11 7/16
8/11 8/11 9/2 9/22 14/2
14/12 18/21 21/15 22/7
23/13 27/13 33/9 37/12
38/14 40/1 42/7 42/14
50/1 53/11 56/13 59/23
well-defined [1] 14/12
went [1] 37/9
were [21] 4/14 12/19
12/20 13/16 15/8 16/10
16/12 17/18 18/10
22/13 22/14 22/14
23/17 23/23 25/6 26/10
26/11 32/15 44/21 45/6
56/10
West [1] 27/5
what [82]
what's [5] 4/19 5/1 5/4
22/17 38/4
whatever [1] 13/4
when [14] 4/23 9/16
12/18 18/22 26/16
25/25 27/5 31/17 31/22

32/23 36/21 41/13
57/15 58/25
where [22] 7/6 9/3
13/12 16/10 18/1 20/18
21/20 28/19 32/1 32/2
32/9 34/12 35/15 39/23
40/20 46/5 49/12 49/14
54/21 55/4 57/2 57/14
whether [10] 7/16 7/20
7/22 17/1 17/19 29/8
39/13 44/9 56/3 57/10
which [40] 4/15 5/8
7/19 9/5 10/12 11/2
13/9 14/2 14/21 15/15
17/12 17/22 18/13
18/22 25/10 26/18
28/19 30/3 30/13 36/17
37/4 37/16 39/23 40/12
41/19 42/18 43/5 43/14
44/6 44/22 44/22 44/24
46/2 47/18 49/23 51/17
51/22 52/25 57/25
59/10
while [3] 25/6 28/5
38/9
who [19] 23/21 23/23
24/5 32/5 33/5 34/22
34/22 35/12 37/21
38/10 41/23 42/11
42/11 42/20 46/22
49/11 49/20 50/19
52/20
who've [1] 50/12
whole [3] 5/9 19/14
53/6
why [16] 4/24 6/7 6/12
9/24 12/8 14/14 19/11
22/12 22/17 26/10
26/10 26/19 33/20
42/18 45/16 55/1
wiggle [1] 28/8
will [39] 9/9 12/2 12/3
12/4 13/12 14/8 15/13
15/14 15/25 17/5 17/7
17/20 19/21 21/15 22/9
22/9 22/19 27/18 29/8
29/10 29/11 29/14
30/17 31/1 31/8 44/23
46/3 46/17 47/25 48/14
50/1 50/22 51/13 54/24
55/24 57/4 57/4 58/11
58/12
William [3] 3/2 60/2
60/11
WILLIAMS [1] 2/13
wished [1] 16/13
within [11] 10/18 10/21
16/2 27/13 28/17 29/1
29/12 32/4 48/8 48/9
54/10
without [6] 12/22
21/13 22/19 25/12 48/8
52/8
witness [29] 11/5
24/16 24/16 24/16 25/2
25/21 26/2 27/5 27/21
27/23 29/9 32/3 32/17
33/2 33/2 33/8 33/11

**W**

**witness... [12]** 40/15
40/25 41/11 41/13 42/7
42/8 42/19 44/10 46/4
51/11 51/16 53/5
**witnesses [27]**  11/25
23/20 23/21 23/22 24/4
24/5 28/17 31/12 31/20
31/21 31/22 32/7 32/25
33/5 40/3 42/20 44/23
46/7 46/8 46/10 47/18
49/7 49/8 49/14 51/16
53/16 56/16
**won't [7]**  5/4 21/16
22/10 26/14 42/8 43/4
54/6
**word [1]**  56/25
**work [6]**  6/21 10/21
17/11 27/24 50/22 59/7
**workable [1]**  54/5
**worked [2]**  18/11 20/8
**working [4]**  19/3 19/8
26/16 28/11
**works [1]**  59/13
**world [3]**  28/5 46/5
52/13
**worlds [1]**  28/6
**worried [1]**  57/1
**would [72]**
**wouldn't [8]**  9/12 25/8
30/20 38/1 40/17 41/24
45/9 49/14
**wow [1]**  42/13
**wrap [1]**  19/3
**wrapped [1]**  56/23
**write [2]**  25/9 26/20
**writing [1]**  25/3
**written [3]**  23/1 26/1
27/1
**wrong [1]**  41/10
**wrote [1]**  49/11

**Y**

**yeah [3]**  17/14 20/2
59/13
**year [1]**  18/1
**years [1]**  11/11
**Yes [8]**  23/3 24/24
27/15 29/5 43/3 43/12
45/11 54/12
**yet [3]**  18/15 27/10
41/19
**York [1]**  2/19
**you [183]**
**you know [3]**  23/14
53/3 54/6
**you'd [1]**  4/25
**you'll [2]**  14/6 31/19
**you're [10]**  12/11 32/5
38/15 39/24 43/23
46/14 47/7 47/10 48/6
49/11
**you've [9]**  12/15 19/14
39/21 44/16 47/13
47/21 47/22 47/24
55/25
**your [80]**
**Your Honor [66]**

**yourself [2]**  39/23 50/8

**Z**

**Zaremba [3]**  3/2 60/2
60/11
**zero [1]**  24/20
**ZOOM [2]**  1/9 18/14