## CERTIFICATE OF SERVICE

     I hereby certify that on February 9, 2022, the foregoing Plaintiff States' Response to Google LLC's Statement Regarding a Dispute Involving Third-Party Microsoft was electronically filed under seal using the CM/ECF system and transmitted by email to counsel of record for Defendants.

Dated: February 9, 2022

By:   */s/ Joseph M. Conrad*
Joseph M. Conrad
Assistant Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3840
Email: joseph.conrad@nebraska.gov

*Counsel for Plaintiff State of Nebraska*