**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br>       *Plaintiff*, <br>   v. <br> Google LLC, <br>       *Defendants*. | Civil Action No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, ET AL., <br>       *Plaintiff*, <br>   v. <br> Google LLC, <br>       *Defendants*. | Civil Action No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Amy W. Ray, a member of the bar of this Court and an attorney of record for Third Party Microsoft Corporation ("Microsoft") respectfully moves the Court for an order permitting Russell P. Cohen to participate as counsel *pro hac vice* in these proceedings on behalf of Microsoft.

In support of this Motion for Admission Pro Hac Vice, it is stated as follows:

1. The proposed admittee's full name is Russell P. Cohen.

2. Mr. Cohen is a licensed attorney with the law firm Orrick, Herrington & Sutcliffe LLP, 405 Howard St., San Francisco, CA 94105.

3. Mr. Cohen is an active member in good standing of the Bar of the State of California and is duly admitted to practice before each of the following federal courts:

   a. Northern District of California (admitted June 4, 2001);

   b. Ninth Circuit Court of Appeals (admitted June 27, 2001);

   c. Eastern District of California (admitted September 12, 2003);

   d. Southern District of New York (admitted June 17, 2005);

   e. Court of Federal Claims (admitted February 21, 2006);

   f. District of Columbia (admitted March 31, 2008);

   g. United States Supreme Court (admitted March 1, 2010);

   h. Central District of California (admitted January 21, 2011);

   i. District Court of Arizona (admitted in April 2011);

   j. Court of Appeals, District of Columbia Circuit (admitted March 29, 2013);

   k. Eastern District of California (admitted September 12, 2003);

   l. Second Circuit Court of Appeals (admitted February 26, 2018).

4.	Mr. Cohen has not been disciplined by any bar.  He is not currently disbarred in any court and has not been denied admission to the courts of any state or any court of the United States.

5.	Mr. Cohen has not appeared *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

6.	Mr. Cohen does not practice law from an office in the District of Columbia.  He is not admitted to the District of Columbia Bar and does not have an application to the DC bar pending.

7.	A Declaration signed by Mr. Cohen is attached hereto, certifying the statements made in this motion.

Amy W. Ray, attorney of record and Counsel for Microsoft, respectfully requests that the Court grant this Motion and order that Russell P. Cohen be authorized to appear *pro hac vice* and to participate in the proceedings captioned above on behalf of Microsoft.

Dated:  February 17, 2022

Respectfully submitted,

*/s/ Amy W. Ray*
Amy W. Ray (DC Bar No. 489086)
1152 15th Street, NW
Washington, DC 20005
amyray@orrick.com

*Counsel for Third Party Microsoft Corporation*