-1-

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br>    *Plaintiff*,<br>  v.<br>Google LLC,<br>    *Defendants*. | Civil Action No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, ET AL.,<br>    *Plaintiff*,<br>  v.<br>Google LLC,<br>    *Defendants*. | Civil Action No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## DECLARATION OF RUSSELL P. COHEN IN
## SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1. My full name is Russ P. Cohen, counsel for Third-Party, Microsoft Corporation. I am a partner at the law firm Orrick, Herrington & Sutcliffe LLP.

2. My office is located at 405 Howard St., San Francisco, CA 94105, telephone number (415) 773-5700. My email address is rcohen@orrick.com.

1. I am a member in good standing of the bar of the Bar of the State of California and am duly admitted to practice before each of the following federal courts:

    a. Northern District of California (admitted June 4, 2001);

    b. Ninth Circuit Court of Appeals (admitted June 27, 2001);

    c. Eastern District of California (admitted September 12, 2003);

    d. Southern District of New York (admitted June 17, 2005);

    e. Court of Federal Claims (admitted February 21, 2006);

    f. District of Columbia (admitted March 31, 2008);

    g. United States Supreme Court (admitted March 1, 2010);

    h. Central District of California (admitted January 21, 2011);

    i. District Court of Arizona (admitted in April 2011);

    j. Court of Appeals, District of Columbia Circuit (admitted March 29, 2013);

    k. Eastern District of California (admitted September 12, 2003); and

    l. Second Circuit Court of Appeals (admitted February 26, 2018).

3. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

4. I have not been admitted *pro hac vice* before this Court within the last two years.

5. I do not engage in the practice of law in the District of Columbia.

-3-

6. I do not have an application for membership pending with this Court.

7. I understand that this admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California.

Dated: February 17, 2022

Respectfully Submitted,

Russell P. Cohen