**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br>                               *Plaintiff*, <br>         v. <br> Google LLC, <br>                               *Defendants*. | Civil Action No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, ET AL., <br>                               *Plaintiff*, <br>         v. <br> Google LLC, <br>                               *Defendants*. | Civil Action No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

-2-

## [PROPOSED] ORDER

Upon consideration of the motion of Amy W. Ray, counsel for Third Party Microsoft Corporation and a member in good standing of the Bar of the District of Columbia and of this Court, to permit Russell P. Cohen to participate in this matter *pro hac vice* for the purpose of representing Microsoft, it is hereby

**ORDERED** that the motion is **GRANTED** and that Russell P. Cohen is permitted to practice before this Court for the purposes of the instant matter.

It is **SO ORDERED** this _____ day of _____ 2022.


_____
United States District Judge Amit P. Mehta