# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PLAINTIFFS' PROPOSED] ORDER REGARDING EXCHANGING THE IDENTITIES OF THIRD-PARTY WITNESSES THAT MAY BE CALLED AT TRIAL**

Upon consideration of the Parties' Joint Status Report of February 17, 2022, and for good cause shown, it is hereby ORDERED:

1. By February 25, 2022, each of the U.S. Plaintiffs, the Plaintiff States, and Google shall serve amended initial disclosures in which they list all entities and individuals likely to have discoverable information that they may use to support their claims or defenses, consistent with Rule 26(a)(1)(A), and in which they designate with an asterisk the third-party entities and individuals that are more likely to be called at trial than those that merely meet the Rule 26 standard, based on information known to date;

2. By March 21, 2022, each of the U.S. Plaintiffs, the Plaintiff States, and Google shall serve further amended initial disclosures in which they list all entities and individuals likely to have discoverable information that they may use to support their claims or defenses, consistent with Rule 26(a)(1)(A), and in which they again designate with an asterisk the third-party entities and individuals that are more likely to be called at trial than those that merely meet the Rule 26 standard, based on information known to date;

3. The duty to designate witnesses with an asterisk in good faith applies to each Party, and the U.S. Plaintiffs, the Colorado Plaintiffs, and Google will each designate no more than 50 entities or individuals with asterisks in each set of disclosures;

4. Designations with an asterisk pursuant to this Order will have no preclusive effect on any Party's right to call any witness on the disclosures at trial, regardless of designation or non-designation, and failure to list a witness on the disclosures altogether is not addressed in this Order;

5. Each Party remains subject to the supplementation requirements of Rule 26(e) and may additionally supplement or amend the designated third-party witnesses designated with an asterisk;

6. The final sentence of paragraph 8 of the Amended Scheduling and Case Management Order (D.I. 108-1) shall be amended by inserting the following boldfaced language: "If any person is placed on a witness list (initial or final) by a Party, and has not been deposed in this litigation, then the other side may obtain documents from the files of that person (unless already obtained) and depose that person, notwithstanding any limits on discovery elsewhere in this Order or in the Rules, unless that person was disclosed under FRCP 26(a)(1) **and, in the case of third-party witnesses, timely identified with an asterisk in the Party's amended**

*disclosures*, and an opportunity was provided during fact discovery to obtain these documents and depositions."

Dated: February \_\_\_\_, 2022

_____
Hon. Amit P. Mehta
United States District Court Judge