IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>       Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>       Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**MOTION FOR ADMISSION *PRO HAC VICE***

  Pursuant to Local Civil Rule 83.2(d), Vincent H. Cohen, Jr., a member in good standing of the Bar of this Court and an attorney of record for Third Party Microsoft Corporation ("Microsoft"), moves for the admission *pro hac vice* of attorney Matthew L. Larrabee in the above-captioned action. The required declaration is filed herewith.

Dated: February 18, 2022					Respectfully submitted,

By: /s/ Vincent H. Cohen, Jr.

Vincent H. Cohen, Jr.
Dechert LLP
1900 K Street NW
Washington, DC 20006
Tel: 202-261-3300
vincent.cohen@dechert.com

*Counsel for Microsoft Corporation*