# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al., <br><br>                      Plaintiffs, <br><br>v. <br><br>Google LLC, <br><br>                      Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| State of Colorado, et al., <br><br>                      Plaintiffs, <br><br>v. <br><br>Google LLC, <br><br>                      Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**DECLARATION OF MATTHEW L. LARRABEE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Matthew L. Larrabee, declare under penalty of perjury as follows:

1. My full name is Matthew Lloyd Larrabee. I am a partner at Dechert LLP, counsel to Third Party Microsoft Corporation.

2. My office addresses and telephone numbers are as follows:

   Dechert LLP
   Three Bryant Park
   1095 Avenue of the Americas
   New York, NY 10036
   Telephone: (212) 698-3578

        Dechert LLP
        One Bush Street, Suite 1600
        San Francisco, CA 94104
        Telephone: (415) 262-4579

4.    I am admitted to the bars of the following courts:

        New York
        California
        District of Columbia
        U.S. District Court for the District of Colorado
        U.S. District Court for the Northern District of California
        U.S. District Court for the Central District of California
        U.S. District Court for the Southern District of California
        U.S. Court of Appeals for the Second Circuit
        U.S. Court of Appeals for the Ninth Circuit

5.    I have never been disciplined by any bar.

6.    I was admitted *pro hac vice* on Dec. 17, 2021 for D.D.C. Case No. 21-cv03267-APM

7.    I do not engage in the practice of law from an office located in the District of Columbia.

8.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
February 18, 2022

                                                                 Matthew L. Larrabee