IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>                     Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                     Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, et al.,<br><br>                     Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                     Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION**
*PRO HAC VICE*

Upon consideration of Vincent H. Cohen, Jr.'s Motion for Admission *Pro Hac Vice* for Matthew L. Larrabee and the accompanying Declaration of Matthew L. Larrabee, it is hereby **ORDERED** that Vincent H. Cohen, Jr.'s Motion for Admission *Pro Hac Vice* is hereby **GRANTED.**

**SO ORDERED** this _____ day of _____ , 2022.

_____
The Honorable Amit P. Mehta
United States District Judge