IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al., <br><br>                    Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br>                    Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

| | |
|---|---|
| State of Colorado, et al., <br><br>                    Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br>                    Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**DECLARATION OF JULIA E. CHAPMAN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Julia E. Chapman, declare under penalty of perjury as follows:

1. My full name is Julia Elizabeth Chapman. I am a partner at Dechert LLP, counsel to Third Party Microsoft Corporation.

2. My office address and telephone number are as follows:

   Dechert LLP
   2929 Arch Street
   Philadelphia, PA 19104
   Telephone: (215) 994-2000

4. I am admitted to the bars of the following courts:

> Pennsylvania
> U.S. District Court for the Eastern District of Pennsylvania
> U.S. District Court for the Middle District of Pennsylvania
> U.S. District Court for the Northern District of Illinois
> U.S. Court of Appeals for the Third Circuit

5. I have never been disciplined by any bar.

6. I have not been admitted *pro hac vice* in this Court in the last two years.

7. I do not engage in the practice of law from an office located in the District of Columbia.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Philadelphia, PA
February 18, 2022

*[signature]*
Julia E. Chapman

2