AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Microsoft Corporation                                                                                                   .

Date:   02/19/2022

/s/ Julia E. Chapman
*Attorney's signature*

Julia E. Chapman (PA 315959)
*Printed name and bar number*
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104

*Address*

julia.chapman@dechert.com
*E-mail address*

(215) 994-4000
*Telephone number*

(215) 994-2222
*FAX number*