AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-CV-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-party Microsoft Corporation                                .

Date:   02/22/2022

/s/ Allen R. Davis
*Attorney's signature*

Allen R. Davis (1045657)
*Printed name and bar number*

Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
*Address*

allen.davis@orrick.com
*E-mail address*

(202) 339-8612
*Telephone number*

(202) 339-8500
*FAX number*