AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Microsoft Corporation                                                                                                        .

Date:   02/22/2022

/s/ Matthew L. Larrabee
*Attorney's signature*

Matthew L. Larrabee (NY 5178959)
*Printed name and bar number*
Dechert LLP
3 Bryant Park
1095 Ave. of the Americas
New York, NY 10036

*Address*

matthew.larrabee@dechert.com
*E-mail address*

(212) 698-3500
*Telephone number*

(212) 698-3599
*FAX number*