# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> *Plaintiff,* <br> v. <br> Google LLC, <br><br> *Defendants.* | Civil Action No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, ET AL., <br><br> *Plaintiff,* <br> v. <br> Google LLC, <br><br> *Defendants.* | Civil Action No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

## NOTICE OF APPEARANCE

To the clerk of the Court and all parties of record:

PLEASE enter the appearance of Russell P. Cohen as counsel in the above-captioned matter on behalf of non-party Microsoft Corporation. I certify that I am admitted *pro hac vice* (see Dkt. No. 293 and February 17, 2022, Minute Order)

Dated: February 18, 2022

Respectfully Submitted,

Russell P. Cohen, *pro hac vice*
ORRICK, HERRINGTON & SUTCLIFFE LLP
45 Howard Street
San Francisco, CA 94105-2669
Tel.: (415) 773-5700
Fax: (415) 773-5759
Email: rcohen@orrick.com
*Attorney for non-party Microsoft Corporation*