AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010 |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC.

Date: 02/25/2022

/s/ Paul B. Gaffney
*Attorney's signature*

Paul B. Gaffney (D.C. Bar No. 440456)
*Printed name and bar number*

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
*Address*

pgaffney@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 434-5029
*FAX number*