# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | CASE NO. 1:20-cv-03010-APM |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, ET AL., | CASE NO. 1:20-cv-03715-APM |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Wendy Huang Waszmer, a member in good standing of the Bar of this Court and an attorney of record for Defendant Google LLC ("Google"), moves for the admission *pro hac vice* of attorney Michael S. Sommer in the above-captioned action. The required declaration is filed herewith.

Dated:  February 25, 2022            Respectfully submitted,

By: s/ *Wendy Huang Waszmer*
Wendy Huang Waszmer
WILSON SONSINI GOODRICH & ROSATI P.C.
1301 Avenue of Americas, 40th Fl.
New York, New York 10019
Tel.: 212-497-7702
Email: wwaszmer@wsgr.com

*Counsel for Defendant Google LLC*