IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | CASE NO. 1:20-cv-03010-APM |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, ET AL., | CASE NO. 1:20-cv-03715-APM |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

**DECLARATION OF MICHAEL S. SOMMER IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, MICHAEL S. SOMMER, declare under penalty of perjury as follows:

1. I am counsel for Defendant Google LLC in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Michael Steven Sommer.

3. I am a partner at Wilson Sonsini Goodrich & Rosati P.C. My office address, telephone numbers and email address are as follows:

> Wilson Sonsini Goodrich & Rosati. P.C.
> 1301 Avenue of the Americas, 40th Fl.
> New York, NY 10019
> Telephone: 212-999-5800
> Fax: 212-999-5899

    Email: msommer@wsgr.com

  4. I am admitted to the New York State Bar (Registration No. 2182939), and I am a member in good standing of that bar.

  5. I have never been disciplined by any bar.

  6. I was admitted *pro hac vice* to this Court on May 17, 2021 for D.D.C. Case No. 1:21-cv-00360, *Cliffy Care Landscaping LLC v. Facebook Inc., Google LLC, and Alphabet Inc.*

  7. I do not engage in the practice of law from an office located in the District of Columbia.

  8. I declare under penalty of perjury that the foregoing is true and accurate.

Dated: New York, New York
    February 25, 2022

                _____
                Michael S. Sommer