**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | CASE NO. 1:20-cv-03010-APM |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, ET AL., | CASE NO. 1:20-cv-03715-APM |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION *PRO HAC VICE***

Upon consideration of Wendy Huang Waszmer's Motion for Admission *Pro Hac Vice* of

Michael S. Sommer and the accompanying Declaration of Michael S. Sommer, it is hereby

**ORDERED** that the Motion for Michael S. Sommer to be admitted *pro hac vice* is hereby

GRANTED.

       **SO ORDERED** this \_\_\_\_\_ day of _____, 2022.

THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE