IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | CASE NO. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, ET AL.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>       Defendant. | CASE NO. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Wendy Huang Waszmer, a member in good standing of the Bar of this Court and an attorney of record for Defendant Google LLC ("Google"), moves for the admission *pro hac vice* of attorney Justina K. Sessions in the above-captioned action. The required declaration is filed herewith.

Dated: February 25, 2022          Respectfully submitted,

                                            By: s/ *Wendy Huang Waszmer*
                                            Wendy Huang Waszmer
                                            WILSON SONSINI GOODRICH & ROSATI P.C.
                                            1301 Avenue of Americas, 40th Fl.
                                            New York, New York 10019
                                            Tel.: 212-497-7702
                                            Email: wwaszmer@wsgr.com

                                            *Counsel for Defendant Google LLC*