**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | CASE NO. 1:20-cv-03010-APM |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

| | |
|---|---|
| STATE OF COLORADO, ET AL., | CASE NO. 1:20-cv-03715-APM |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

**DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, JUSTINA K. SESSIONS, declare under penalty of perjury as follows:

1.   I am counsel for Defendant Google LLC in the above-captioned action.  I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2.   My full name is Justina Kahn Sessions.

3.   I am a partner at Wilson Sonsini Goodrich & Rosati P.C.  My office address, telephone numbers and email address are as follows:

> Wilson Sonsini Goodrich & Rosati. P.C.
> One Market Plaza
> Spear Tower, Suite 3300
> San Francisco, CA 94105
> Telephone: 415-947-2197

Fax: 415-947-2099
Email: jsessions@wsgr.com

4.    I am admitted to the State Bar of California (Registration No. 270914), and I am a member in good standing.

5.    I have never been disciplined by any bar.

6.    I was admitted *pro hac vice* to this Court on May 17, 2021 for D.D.C. Case No. 1:21-cv-00360, *Cliffy Care Landscaping LLC v. Facebook Inc., Google LLC, and Alphabet Inc.*

7.    I do not engage in the practice of law from an office located in the District of Columbia.

8.    I declare under penalty of perjury that the foregoing is true and accurate.

Dated:  San Francisco, California
          February 25, 2022

_____
Justina K. Sessions