IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION *PRO HAC VICE***

Upon consideration of Wendy Huang Waszmer's Motion for Admission *Pro Hac Vice* of Chul Pak and the accompanying Declaration of Chul Pak, it is hereby **ORDERED** that the Motion for Chul Pak to be admitted *pro hac vice* is hereby GRANTED.

**SO ORDERED** this _____ day of _____, 2022.

_____
THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE