# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | CASE NO. 1:20-cv-03010-APM |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, ET AL., | CASE NO. 1:20-cv-03715-APM |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

## NOTICE OF APPEARANCE

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Michael S. Sommer of Wilson Sonsini Goodrich & Rosati, P.C. hereby enters an appearance as counsel of record on behalf of Defendant Google LLC in the above-captioned matter. Mr. Sommer has been admitted *pro hac vice* to practice before this Court.

Dated: New York, New York
March 1, 2022

/s/ *Michael S. Sommer*
Michael S. Sommer (NY 2182939)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of Americas, 40th Floor
New York, New York 10019
Telephone: 212-999-5800
Facsimile: 212-999-5899
Email: msommer@wsgr.com

*Counsel for Defendant Google LLC*