# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | CASE NO. 1:20-cv-03010-APM |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, ET AL., | CASE NO. 1:20-cv-03715-APM |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

## NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Justina K. Sessions of Wilson Sonsini Goodrich & Rosati, P.C. hereby enters an appearance as counsel of record on behalf of Defendant Google LLC in the above-captioned matter. Ms. Sessions has been admitted *pro hac vice* to practice before this Court.

Dated:  San Francisco, California
        March 1, 2022

/s/ *Justina K. Sessions*
Justina K. Sessions (CA 270914)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone:  415-947-2197
Facsimile:  415-947-2099
Email:  jsessions@wsgr.com

*Counsel for Defendant Google LLC*