IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

## NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Chul Pak of Wilson Sonsini Goodrich & Rosati, P.C. hereby enters an appearance as counsel of record on behalf of Defendant Google LLC in the above-captioned matter. Mr. Pak has been admitted *pro hac vice* to practice before this Court.

Dated: New York, New York
       March 1, 2022

/s/ *Chul Pak*
Chul Pak (NY 2341360)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of Americas, 40th Floor
New York, New York 10019
Telephone: 212-999-5800
Facsimile: 212-999-5899
Email: cpak@wsgr.com

*Counsel for Defendant Google LLC*