-1-

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br>                  *Plaintiff*,<br>    v.<br>Google LLC,<br>                  *Defendants*. | Civil Action No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, ET AL.,<br>                  *Plaintiff*,<br>    v.<br>Google LLC,<br>                  *Defendants*. | Civil Action No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Haley P. Tynes, a member of the bar of this Court and an attorney of record for non-party Microsoft Corporation ("Microsoft") respectfully moves the Court for an order permitting Mark S. Parris to participate as counsel *pro hac vice* in these proceedings on behalf of Microsoft.

In support of this Motion for Admission Pro Hac Vice, it is stated as follows:

1. The proposed admittee's full name is Mark S. Parris.

2. Mr. Parris is a licensed attorney with the law firm Orrick, Herrington & Sutcliffe LLP, 701 5th Avenue, Suite 5600, Seattle, Washington 98104-7097.

3. Mr. Parris is an active member in good standing of the Bar of the State of Washington and is duly admitted to practice before each of the following federal courts:

    a. Western District of Washington (admitted November 17, 1983);

    b. Eastern District of Washington (admitted November 27, 1989);

    c. Federal Circuit (admitted August 4, 2004);

    d. Supreme Court (admitted February 27, 2018); and

    e. Ninth Circuit Court of Appeals (admitted September 17, 2019).

4. Mr. Parris has not been disciplined by any bar. He is not currently disbarred in any court and has not been denied admission to the courts of any state or any court of the United States.

5. Mr. Parris has not appeared *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

6. Mr. Parris does not practice law from an office in the District of Columbia. He is not admitted to the District of Columbia Bar and does not have an application to the DC bar

pending.

7. A Declaration signed by Mr. Parris is attached hereto, certifying the statements made in this motion.

Haley P. Tynes, attorney of record and Counsel for Microsoft, respectfully requests that the Court grant this Motion and order that Mark S. Parris be authorized to appear *pro hac vice* and to participate in the proceedings captioned above on behalf of Microsoft.

Dated:  March 4, 2022

Respectfully submitted,

 */s/ Haley P. Tynes*
Haley P. Tynes (DC Bar No. 1720466)
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
htynes@orrick.com

*Counsel for Third Party Microsoft Corporation*