**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br><br>     *Plaintiff,*<br>  v.<br>Google LLC,<br><br>     *Defendants.* | Civil Action No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, ET AL.,<br><br>     *Plaintiff,*<br>  v.<br>Google LLC,<br><br>     *Defendants.* | Civil Action No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

### DECLARATION OF MARK S. PARRIS IN
### SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1. My full name is Mark S. Parris, counsel for non-party, Microsoft Corporation. I am a partner at the law firm Orrick, Herrington & Sutcliffe LLP.

2. My office is located at 701 5th Avenue, Suite 5600, Seattle, Washington 98104-7097, telephone number (206) 839-4300. My email address is mparris@orrick.com.

1. I am a member in good standing of the bar of the Bar of the State of Washington and am duly admitted to practice before each of the following federal courts:

   a. Western District of Washington (admitted November 17, 1983);

   b. Eastern District of Washington (admitted November 27, 1989);

   c. Federal Circuit (admitted August 4, 2004);

   d. Supreme Court (admitted February 27, 2018); and

   e. Ninth Circuit Court of Appeals (admitted September 17, 2019).

3. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

4. I have not been admitted *pro hac vice* before this Court within the last two years.

5. I do not engage in the practice of law in the District of Columbia.

6. I do not have an application for membership pending with this Court.

7. I understand that this admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

-3-

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Seattle, Washington.

Dated: March 4, 2022

Respectfully Submitted,

/s/ Mark S. Parris
Mark S. Parris