# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br>　　　　　　　　　　*Plaintiff*,<br>　　v.<br>Google LLC,<br>　　　　　　　　　　*Defendants*. | Civil Action No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, ET AL.,<br>　　　　　　　　　　*Plaintiff*,<br>　　v.<br>Google LLC,<br>　　　　　　　　　　*Defendants*. | Civil Action No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## [PROPOSED] ORDER

Upon consideration of the motion of Haley P. Tynes, counsel for non-party Microsoft Corporation and a member in good standing of the Bar of the District of Columbia and of this Court, to permit Mark S. Parris to participate in this matter *pro hac vice* for the purpose of representing Microsoft, it is hereby

**ORDERED** that the motion is **GRANTED** and that Mark S. Parris is permitted to practice before this Court for the purposes of the instant matter.

It is **SO ORDERED** this _____ day of _____ 2022.

_____
United States District Judge Amit P. Mehta