AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-CV-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Microsoft Corporation and non-party Cerence, Inc.

Date: 03/04/2022

/s/ John A. Jurata, Jr.
*Attorney's signature*

John A. Jurata, Jr. 478602
*Printed name and bar number*
Orrick, Herrington & Sutcliffe LLP
1152 15th Street N.W.
Washington, D.C. 20005

*Address*

jjurata@orrick.com
*E-mail address*

(202) 339-8400
*Telephone number*

(202) 339-8500
*FAX number*