AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-CV-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Microsoft Corporation.

Date:  03/04/2022

/s/ Mark S. Parris, pro hac vice
*Attorney's signature*

Mark S. Parris, 13870
*Printed name and bar number*

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097

*Address*

mparris@orrick.com
*E-mail address*

(206) 839-4300
*Telephone number*

(206) 839-4301
*FAX number*