IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| State of Colorado, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Vincent H. Cohen, Jr., a member in good standing of the Bar of this Court and an attorney of record for Third Party Microsoft Corporation ("Microsoft"), moves for the admission *pro hac vice* of attorney Martin J. Black in the above-captioned action. The required declaration is filed herewith.

Dated: March 7, 2022                     Respectfully submitted,

By: */s/ Vincent H. Cohen Jr.*

Vincent H. Cohen, Jr.
Dechert LLP
1900 K Street NW
Washington, DC 20006
Tel: 202-261-3300
vincent.cohen@dechert.com

*Counsel for Microsoft Corporation*