IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>                          Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                          Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, et al.,<br><br>                          Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                          Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DECLARATION OF MARTIN J. BLACK IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Martin J. Black, declare under penalty of perjury as follows:

1. My full name is Martin J. Black. I am a partner at Dechert LLP, counsel to Third Party Microsoft Corporation.

2. My office address and telephone number are as follows:

   Dechert LLP
   2929 Arch Street
   Philadelphia, PA 19104
   Telephone: (215) 994-4000

4. I am admitted to the bars of the following courts:

Pennsylvania
Supreme Court of New Jersey
Supreme Court of Pennsylvania
United States Court of Appeals for the Federal Circuit
United States Court of Appeals for the Third Circuit
United States Bankruptcy Court, Eastern District of Pennsylvania
United States District Court for the Eastern District of Pennsylvania

5. I have never been disciplined by any bar.

6. I have not been admitted *pro hac vice* in this Court in the last two years.

7. I do not engage in the practice of law from an office located in the District of Columbia.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Philadelphia, PA
March 7, 2022

.

Martin Black