IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| State of Colorado, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION**
*PRO HAC VICE*

Upon consideration of Vincent H. Cohen, Jr.'s Motion for Admission *Pro Hac Vice* for Martin J. Black and the accompanying Declaration of Martin J. Black, it is hereby **ORDERED** that Vincent H. Cohen, Jr.'s Motion for Admission *Pro Hac Vice* is hereby GRANTED.

**SO ORDERED** this _____ day of _____, 2022.

_____
The Honorable Amit P. Mehta
United States District Judge