AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Microsoft Corporation.

Date: 03/08/2022

/s/ Martin J. Black
*Attorney's signature*

Martin J. Black (PA 54319)
*Printed name and bar number*
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104

*Address*

martin.black@dechert.com
*E-mail address*

(215) 994-4000
*Telephone number*

(215) 994-2222
*FAX number*