# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*<br><br>        Plaintiffs,<br><br>vs.<br><br>Google LLC,<br><br>        Defendant. | Case No. 1:20-cv-03010-APM<br><br>Hon. Amit P. Mehta |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Defendant Google LLC moves for the admission and appearance of attorney Anne Johnson Palmer *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Anne Johnson Palmer, filed herewith. As set forth in Anne Johnson Palmer's declaration, she has been admitted to and is an active member in good standing in both the Massachusetts Bar and California Bar. This motion is supported and signed by Mark S. Popofsky, an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

Date: March 10, 2022

*/s/ Mark S. Popofsky*
Mark S. Popofsky (D.C. Bar No. 454213)
Ropes & Gray LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel: (202) 508-4624
Fax: (202)383-9377
mark.popofsky@ropesgray.com