UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America, *et al.*

    Plaintiffs,

vs.

Google LLC,

    Defendant.

Case No. 1:20-cv-03010-APM

Hon. Amit P. Mehta

DECLARATION OF ANNE JOHNSON PALMER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Anne Johnson Palmer, hereby declare:

1. My name, office address, and telephone number are as follows:

   Anne Johnson Palmer
   Ropes & Gray LLP
   Three Embarcadero Center
   San Francisco, CA 94111-4206
   Tel: (415) 315-6337

2. I have been admitted to the following courts and bars:

   - Massachusetts Supreme Judicial Court (Nov. 28, 2006) (BBO#: 666361)
   - California State Bar (Jan. 09, 2015) (#302235)
   - U.S. District Court for the District of Massachusetts
   - U.S. District Court for the Central District of California
   - U.S. District Court for the Northern District of California
   - U.S. District Court for the Southern District of California
   - U.S. District Court for the Southern District of New York
   - U.S. District Court for the Eastern District of New York

- U.S. District Court for the District of New Jersey
- U.S. District Court for the Middle District of Louisiana
- U.S. District Court for the Western District of Pennsylvania
- U.S. District Court for the Eastern District of Wisconsin
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the Ninth Circuit

3. I have not been disciplined by any bar. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not previously been admitted pro hac vice in this Court.

5. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar. I do not have an application for membership pending in the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on this 10th day of March, 2022.

Respectfully submitted,

Anne Johnson Palmer
Ropes & Gray LLP
Three Embarcadero Center
San Francisco, CA 94111-4206
Tel: (415) 315-6337
anne.johnsonpalmer@ropesgray.com