# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*<br><br>        Plaintiffs,<br><br>vs.<br><br>Google LLC,<br><br>        Defendant. | Case No. 1:20-cv-03010-APM<br><br>Hon. Amit P. Mehta |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
## OF ATTORNEY ANNE JOHNSON PALMER *PRO HAC VICE*

The Court has reviewed the Plaintiffs' motion for admission of attorney Anne Johnson Palmer *pro hac vice*. Upon consideration of that motion, the Court grants attorney Anne Johnson Palmer *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____          _____

                                      HON. AMIT P MEHTA
                                      United States District Judge