## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>               Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>               Defendant. | Case No. 1:20-cv-03010-APM |

## **NOTICE OF APPEARANCE**

To the clerk of the Court and all parties of record:

PLEASE enter the appearance of Anne Johnson Palmer as counsel in the above-captioned matter on behalf of Defendant Google LLC. I certify that I am admitted *pro hac vice* (*see* Dkt. No. 321 and March 10, 2022 Minute Order).

Dated: March 11, 2022

                                            Respectfully submitted,

                                            /s/ Anne Johnson Palmer
                                            Anne Johnson Palmer, *pro hac vice*
                                            Ropes & Gray LLP
                                            Three Embarcadero Center
                                            San Francisco, CA 94111-4206
                                            Telephone: (415) 315-6337
                                            anne.johnsonpalmer@ropesgray.com