AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America, et al. *Plaintiff* v. Google LLC *Defendant* | ) ) ) ) ) ) | Case No. 1:20-cv-03010-APM |
| State of Colorado, et al. *Plaintiff* v. Google LLC *Defendant* | ) ) ) ) ) ) | Case No. 1:20-cv-03715-APM |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of North Carolina.

Date: 03/15/2022

/s/ Joshua D. Abram
*Attorney's signature*

Joshua D. Abram, NC State Bar #57205
*Printed name and bar number*

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
*Address*

jabram@ncdoj.gov
*E-mail address*

(919) 716-6015
*Telephone number*

(919) 716-6050
*FAX number*