# EXHIBIT 4

| Last Name | First Name | ESQ | Email(s) | Company | Title |
|---|---|---|---|---|---|
| Bye | Matthew | ESQ | ███████████ | Google | Director, Competition |
| Lee | Kate | ESQ | ███████████ | Google | Director, Android and Play Business Legal |
| Ostrowski | Tristan | ESQ | ███████████ | Google | Android & Play Product Legal Director |
| Tsao | Helen | ESQ | ███████████ | Google | Senior Corporate Counsel |
| Walker | Kent | ESQ | ███████████ ███████████ | Google | SVP, Global Affairs & Chief Legal Officer |

*Source*: "(Group A) CID No. 30120 – Alphabet Inc. Privilege Log Vol. 1 – HIGHLY CONFIDENTIAL.xlsx" at Sheet 2 (titled "Names List")