# EXHIBIT 5

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE