# EXHIBIT 6

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE