# EXHIBIT 7

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE