# EXHIBIT 8

| Control Number | Beginning Bates | Ending Bates | Parent Control Number | Parent Beginning Bates | Parent Ending Bates | Attachment Control Number(s) | Date | Custodian(s) | Email From / Author | Email To | Email CC | Email BCC | Privilege Description | Privilege Asserted | Redacted? | Pages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GGPL-1081174382 | | | | | | | 06/14/2017 22:36 | Jamie Rosenberg; Paul Gennai | paul gennai | jamie rosenberg | | | Email seeking legal advice of counsel regarding contractual issues. | Attorney Client Communication | | |
| GGPL-1061538812 | GOOG-DOJ-06509843 | GOOG-DOJ-06509844 | | | | | 07/15/2016 04:44 | Joan Braddi | | rajan patel | joan braddi | | Email seeking legal advice of counsel regarding contractual issues. | Attorney Client Communication | Yes | 2 |
| GGPL-1081901607 | | | | | | | 07/22/2019 18:53 | Christopher Li; Jim Kolotouros | christopher li | jim kolotouros | | | Email seeking legal advice of counsel regarding contractual issues. | Attorney Client Communication | | |
| GGPL-1081901608 | | | | | | | 07/22/2019 18:48 | Christopher Li; Jim Kolotouros | jim kolotouros | christopher li | | | Email seeking legal advice of counsel regarding contractual issues. | Attorney Client Communication | | |
| GGPL-1081901687 | | | | | | | 07/22/2019 18:43 | Christopher Li; Jim Kolotouros | christopher li | jim kolotouros | | | Email seeking legal advice of counsel regarding contractual issues. | Attorney Client Communication | | |
| GGPL-2060441155 | | | | | | | 07/16/2019 13:24 | Christopher Li | christopher li | ethan-young chang; jinyoung baik | | | Email seeking legal advice of counsel regarding contractual issues. | Attorney Client Communication | | |