# EXHIBIT 9

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE