# EXHIBIT 10

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE