# EXHIBIT 11

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE