# EXHIBIT 12

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE