# EXHIBIT 13

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE