# EXHIBIT 14

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE