# EXHIBIT 15

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE