# EXHIBIT 16

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE