# EXHIBIT 17

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE