# EXHIBIT 20

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE