# EXHIBIT 22

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE