# EXHIBIT 23

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE