# EXHIBIT 24

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE