# EXHIBIT 25

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE