# EXHIBIT 26

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE