# EXHIBIT 27

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE