# EXHIBIT 28

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE