# EXHIBIT 29

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE