# EXHIBIT 30

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE