# EXHIBIT 31

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE