# EXHIBIT 32

# FILED UNDER SEAL

DESIGNATED HIGHLY CONFIDENTIAL BY GOOGLE