# EXHIBIT 34

| Control Number | Beginning Bates | Parent Control Number | Parent Beginning Bates | Date | Custodians | Email From / Author | Email To | Email CC | Email BCC | Privilege Description | Privilege(s) Asserted | Redacted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GGPL-1060262406 | | | | 2/27/2021 8:04 | Michael Murphy | ariel spivak <██████████> | philipp schindler <██████████> | ██████████; patrick brady peter fitzgerald ██████████>; jim kolotouros██████; yuki richardson <██████████; katherine lippman ██████████>; steve fieler <██████████; Kate Lee ESQ <██████████; ██████████; jamie rosenberg <██████████>; michael murphy <██████████>; masha kourakina <██████████ | | Email seeking legal advice of counsel regarding contract negotiation. | Attorney Client Communication | |