# Exhibit 4

# Filed Under Seal

**Designated Highly Confidential by Google**