# Exhibit 5
## (Part 1 of 2)

# Filed Under Seal

**Designated Highly Confidential by Google**