# Exhibit 8

# Filed Under Seal

**Designated Confidential by Google**