# Exhibit 15



Wilson Sonsini Goodrich & Rosati
Professional Corporation

1700 K Street NW
Fifth Floor
Washington, D.C. 20006-3817

O: 202.973.8800
F: 202.973.8899

FRANKLIN M. RUBINSTEIN
Internet: frubinstein@wsgr.com
Direct dial:  202.973.8833

August 4, 2021

<u>**VIA E-MAIL**</u>
Lauren S. Willard
Technology and Digital Platforms Section
U.S. Department of Justice
450 5th St. NW
Washington, DC 20530

> Re:   *United States v. Google*, 1:20-cv-03010 (D.D.C.)

Dear Ms. Willard:

Thank you for your letters dated July 22, 2021 and July 29, 2021. We write to provide an update on our progress re-reviewing documents listed on Google's privilege logs and to respond to your proposals on open issues.

### I.   CID and First Two Litigation Logs

**Attachment A (documents with a third-party appearing in metadata).** Google previously agreed to re-review all documents listed on Attachment A of your June 4, 2021 letter. Google has completed its re-review. All responsive, non-privileged materials Google identified from the files of the noticed deponents (Gennai, Moon, Barton, and Varia) will be produced by August 9, 2021. Google plans to produce all such materials for other custodians by August 17, 2021. As discussed on our July 15 call, Google has provided updated descriptions for these entries that clarify the nature of the privilege claim.

**Attachment B (documents with no attorney appearing in metadata).** Google previously agreed to re-review fully withheld documents listed on Attachment B of your June 4, 2021 letter. Google's re-review of these materials is ongoing, and we expect it will be completed in approximately two weeks with production of any responsive, non-privileged material by the end of the month. Google can accelerate this re-review for particular custodians if necessary. As indicated on our July 15, 2021 call, we have prioritized documents from the noticed deponents.

**WILSON SONSINI**

Page 2

Google has completed its re-review for those custodians, and responsive, non-privileged information will be produced by August 9, 2021.

Google believes that the Plaintiffs already have sufficient information to evaluate the privilege claims on redacted documents. Nonetheless, Google will agree to the proposal in your July 22, 2021 letter to re-review redacted documents listed on Attachment B of your June 4, 2021 letter. Google believes that re-review of these materials will be completed by the end of the month but can accelerate re-review for particular custodians if necessary.

**Attachment C (documents with attorneys with mixed legal and business roles).** Google previously agreed to re-review all documents listed on Attachment C of your June 4, 2021 letter. Google has completed its re-review. All responsive, non-privileged materials Google identified from the files of the noticed deponents will be produced by August 9, 2021. Google plans to produce all such materials for other custodians by August 17, 2021.

**Attachment D (documents with attorneys appearing only in the CC line).** Google previously declined to re-review documents listed on Attachment D of your June 4, 2021 letter. As noted in our July 15, 2021 call, the fact that a lawyer is in the CC line of the last-in-time email does not, standing alone, suggest that a claim of privilege is improper. This is particularly true with these documents, as Gmail automatically moves all recipients other than the immediately previous sender to the CC line by default when replying to messages. Moreover, Google has produced many thousands of documents with attorneys appearing only in the CC line of the last-in-time email.

Google has reviewed your proposed compromise regarding Attachment D set out in your July 22, 2019 letter. Your request that Google re-review all documents that do not name specific counsel in the privilege description is overbroad. By definition, these entries list counsel in the metadata (as a CC), which is sufficient information to evaluate Google's claim of privilege.

Instead, as a compromise to resolve this dispute, Google proposes to re-review fully withheld documents listed on Attachment D of your June 4, 2021 letter where an attorney does not appear in the TO or the FROM lines of any of the messages in the email thread. These criteria address Plaintiffs' stated concern that attorneys listed in the CC line may not be involved in seeking or providing legal advice. Google has examined the metadata, and this set consists of approximately 17,000 documents. Google expects to complete re-review and production of any responsive, non-privileged information by the end of September but can accelerate re-review for particular custodians if necessary.

**Attachment E (documents with attorneys appearing only in the BCC line).** Google previously agreed to re-review all documents listed on Attachment E of your June 4,

**WILSON SONSINI**

Page 3

2021 letter. Google has completed its re-review. All responsive, non-privileged materials Google identified from the files of the noticed deponents will be produced by August 9, 2021. Google plans to produce all such materials for other custodians by August 17, 2021.

**Attachment F (documents identified on the log as redacted but not found in the production).** Google previously agreed to re-review all documents listed on Attachment F of your June 4, 2021 letter. Google has completed its re-review. All responsive, non-privileged materials Google identified from the files of the noticed deponents will be produced by August 9, 2021. Google plans to produce all such materials for other custodians by August 17, 2021.

Google has investigated these documents and determined that the discrepancy between the privilege log and the production resulted from a discrepancy in timing in the two processes. Google believes that the discrepancy has been resolved.

**Attachment G (documents missing privilege log entries).** Google previously agreed to re-review all documents listed on Attachment G of your June 4, 2021 letter. Google has completed its re-review. All responsive, non-privileged materials Google identified from the files of the noticed deponents will be produced by August 9, 2021. Google plans to produce all such materials for other custodians by August 17, 2021.

**II. Third Litigation Log**

Google has reviewed your July 29, 2021 letter and will discuss the issues raised during our August 5, 2021 meet and confer. Although Google does not concede that additional review of any category of documents specified in your July 29, 2021 letter is appropriate or necessary, at Plaintiffs' request we have re-reviewed: (1) the six documents identified in your July 29, 2021 letter with third parties in the metadata; (2) documents from the files of Amit Varia identified in Attachments B-2 and D-2 of your July 29, 2021 letter; and (3) documents from the files of Amit Varia listed on Attachments H-1, H-2, H-3, and H-4 of your July 29, 2021 letter. Responsive, non-privileged material that we have identified will be produced by August 9, 2021.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ Franklin M. Rubinstein