# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

United States of America, *et al.*,

                Plaintiff,

    - against -                        Case No. 1:20-cv-03010-APM

Google LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NON-PARTY PETITIONER APPLE INC.'S MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM RIDGWAY

Pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of William Ridgway *pro hac vice* in the above-referenced action as counsel for Non-Party Petitioner Apple Inc.

This motion is supported by the Declaration of William Ridgway, which is filed herewith. As set forth in Mr. Ridgway's declaration, he is admitted, practicing, and a member of good standing of the State Bar of California. This motion is supported and signed by Steven C. Sunshine, an active and sponsoring member of the Bar of this Court.

Dated: March 31, 2022                                       Respectfully submitted,

                                                                   /s/ Steven C. Sunshine
                                                                   Steven C. Sunshine
                                                                   D.C. Bar # 450078
                                                                   Skadden, Arps, Slate, Meagher & Flom LLP
                                                                   1440 New York Avenue, N.W.
                                                                   Washington, DC 20005
                                                                   (202) 371-7860
                                                                   steve.sunshine@skadden.com