UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

United States of America, *et al.*,

                Plaintiff,

     - against -                  Case No. 1:20-cv-03010-APM

Google LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DECLARATION OF WILLIAM RIDGWAY IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, William Ridgway, hereby declare:

1.     I am counsel for Non-Party Petitioner Apple Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2.     My full name is William Elliott Ridgway.

3.     I am an attorney with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP. My office address is 155 N. Upper Wacker Dr., Chicago, IL 60606. My telephone number is (312) 407-0449. My email address is william.ridgway@skadden.com.

4.     I am admitted and a member in good standing of the State Bar of California, as well as the State Bar of Illinois, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Seventh Circuit and the U.S. District Court for the Northern District of Illinois.

5.     I have never been disciplined by any bar.

6.     Within the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 31st day of March, 2022 in New York, NY.

*[signature]*
William Ridgway