# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

United States of America, *et al.*,

                Plaintiff,

      - against -                Case No. 1:20-cv-03010-APM

Google LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF WILLIAM RIDGWAY

Upon consideration of the motion of Apple Inc., seeking the admission *pro hac vice* of William Ridgway and the Declaration of William Ridgway submitted in support of the Motion, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of William Ridgway is GRANTED.

 

_____

Hon. Amit P. Mehta
United States District Judge