AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia   ▾

| | | |
|---|---|---|
| United States of America et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc. (Non-Party Petitioner)                                                                              .

Date: April 4, 2022

/s/ William Ridgway
*Attorney's signature*

William Ridgway (CA Bar 247529)
*Printed name and bar number*

Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Upper Wacker Dr.,
Chicago, IL 60606

*Address*

william.ridgway@skadden.com
*E-mail address*

(312) 407-0449
*Telephone number*

(312) 827-9445
*FAX number*