AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                    .

Date:    04/06/2022

Catharine S. Wright
*Attorney's signature*

Catharine S. Wright / DC Bar ID 1019454
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 7100
Washington, DC 20530
*Address*

catharine.wright@usdoj.gov
*E-mail address*

(202) 710-2445
*Telephone number*

(202) 616-8544
*FAX number*