IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

### DECLARATION OF MEAGAN K. BELLSHAW

I, Meagan K. Bellshaw, declare as follows:

1. I am a Trial Attorney with the Antitrust Division of the United States Department of Justice ("Antitrust Division"), counsel to Plaintiff United States of America.

2. I submit this declaration in support of Plaintiffs' Reply in Support of Plaintiff's Motion to Sanction Google and Compel Disclosure of Documents Unjustifiably Claimed by Google as Attorney-Client Privileged (Reply). I have personal knowledge of the facts set forth in this declaration, and, if called to testify, could and would do so under oath.

3. Attached hereto are true and correct copies of the following documents produced by Google LLC ("Google") in this matter:

    a. **Exhibit 38** is a two-page email titled "Re: Latest market share analysis," dated October 9, 2009, and bearing the Bates stamp GOOG-DOJ-12878297.

1

b.  **Exhibit 39** is a three-paged email titled, "Digest for ▮▮▮▮▮▮▮▮ - 3 Messages in 3 Topics," dated January 7, 2010, and bearing the Bates stamp GOOG-DOJ-20207374.

c.  **Exhibit 40** is a seven-page email titled "Fwd: Apple Defends App Store, Apple's App Store Motivations (Stratechery Daily Update 5-30-2019)," dated May 30, 2019, and bearing the Bates stamp GOOG-DOJ-32038891.

d.  **Exhibit 41** is a four-page email titled "Antitrust story," dated October 18, 2020, and bearing the Bates stamp GOOG-DOJ-29986895.

e.  **Exhibit 42** is a three-page email titled "Re: URGENT – ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮," dated July 11, 2017, and bearing the Bates stamp GOOG-DOJ-04245525. Google produced Exhibit 42 with redactions on May 3, 2020.

f.  **Exhibit 43** is a three-page email titled "Re: URGENT – ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮," dated July 11, 2017, and bearing the Bates stamp GOOG-DOJ-04245525. Google produced Exhibit 43 without redactions on March 27, 2022.

g.  **Exhibit 44** is a four-page email titled "Re: ▮▮▮▮▮▮▮▮ ▮▮▮," dated August 21, 2018, and bearing the Bates stamp GOOG-DOJ-31861007.

h.  **Exhibit 45** is a four-page email titled "Re: [A/C Privileged] ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮," dated September 2, 2020, and bearing the Bates stamp GOOG-DOJ-31862242. Google produced a deprivileged version on March 19, 2022.

i.  **Exhibit 46** is a three-page email titled "Re: ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮" dated October 15, 2018, and bearing the Bates stamp GOOG-DOJ-32019754. Google produced a deprivileged version on March 27, 2022.

j. **Exhibit 47** is a three-page email titled "Re: Discuss objectives for Search-related efforts," dated April 10, 2019, and bearing the Bates stamp GOOG-DOJ-32026492. Google produced a deprivileged version on March 27, 2022.

k. **Exhibit 48** is an eleven-page email titled "Re: Samsung deck for Sundar," dated June 15, 2017, and bearing the Bates stamp GOOG-DOJ-32028763. Google produced a deprivileged version on March 27, 2022.

l. **Exhibit 49** is a two-page email titled "Prep doc for ES conversation on Monday," date March 10, 2018, and bearing the Bates stamp GOOG-DOJ-32029748. Google produced a deprivileged version on March 27, 2022.

m. **Exhibit 50** is a two-page email titled "Re: Samsung content for Phillipp/███ which is going to ███," dated April 19, 2018, and bearing the Bates stamp GOOG-DOJ-32029883. Google produced a deprivileged version on March 27, 2022.

n. **Exhibit 51** is a one-page email titled "LG CEO MWC meeting prep," dated February 10, 2019, and bearing the Bates stamp GOOG-DOJ-32030544. Google produced a deprivileged version on March 27, 2022.

o. **Exhibit 54** is a one-page email titled "Deck for tomorrow's ███ on US Carrier Rev Share Agreements," dated May 1, 2020, and bearing the Bates stamp GOOG-DOJ-32042330. Google produced a deprivileged version on March 27, 2022.

p. **Exhibit 55** is a four-page file titled "Finance POV on FYI ███ on Android Rev Share Deals **Privileged & Confidential**," dated July 24, 2019, and bearing the Bates stamp GOOG-DOJ-32042539. Google produced a deprivileged version on March 28, 2022.

q. **Exhibit 56** is a one-page email titled "Draft Note to Patrick; ▬ on 2014.12.15," with April 20, 2015 in the DateATRMaster metadata field, and bearing the Bates stamp GOOG-DOJ-17541107.

r. **Exhibit 57** is a three-page email titled "Finance Prep – ▬ Deal Review Tomorrow," dated April 21, 2015, and bearing the Bates stamp GOOG-DOJ-32036318.

s. **Exhibit 58** is a two-page file titled "▬ ▬," with February 20, 2014 in the DateATRMaster metadata field, and bearing the Bates stamp GOOG-DOJ-29633231.

t. **Exhibit 59** is a two-page email titled "Samsung Rev Share Deal," dated November 30, 2016, and bearing the Bates stamp GOOG-DOJ-31860787. Google produced a deprivileged version on March 19, 2022.

4. Attached hereto are true and correct copies of the following additional exhibits:

   a. **Exhibit 60** consists of pages 1, 152, 153, and 154, from the 30(b)(6) deposition transcript of Google's Adam Juda, taken in this matter on October 19, 2021. Yellow highlights have been added by Plaintiff. The full deposition transcript is available at the Court's request.

5. On August 11, 2021, my colleague Lauren Willard of the Antitrust Division sent Franklin Rubinstein of Wilson Sonsini Goodrich & Rosati and several other outside counsel an email asking Google to produce an index that lists all the Bates numbers and associated privilege log identifier of files produced in response to Plaintiffs' privilege challenges. Google has not produced the requested index.

6. Google has produced 59,395 deprivileged documents pursuant to an agreement with Plaintiffs to re-review certain challenged files for privilege. Deprivileged files were identified by Google using the "Privilege Review" tag in each produced file's "Properties" metadata.

7. Google has produced 9,278 deprivileged documents since March 8, 2022.  Of these deprivileged documents 845 were produced between March 8 and March 22, 2022 and 8,424 were produced on or after March, 27, 2022.

8. On March 27, 2022, Google produced "PROD171" consisting of 8,412 de-privileged documents that are Bates-labeled GOOG-DOJ-04123029 to GOOG-DOJ-32042432 (non-consecutive).

9. Since February 1, 2022, Google has produced to Plaintiffs 12,316 deprivileged documents from the custodial files of previously deposed Google employees, including but not limited to:

    a. 2,414 deprivileged documents from the custodial files of Jim Kolotouros. Mr. Kolotouros was deposed on December 16, 2021.

    b. 1,361 deprivileged documents from the custodial files of Jamie Rosenberg. Mr. Rosenberg was deposed on December 13, 2021.

    c. 993 deprivileged documents from the custodial files of Joan Braddi. Ms. Braddi was deposed on January 25, 2022.

    d. 650 deprivileged documents from the custodial files of Paul Gennai. Mr. Gennai was deposed on September 2, 2021.

    e. 559 deprivileged documents from the custodial files of Hiroshi Lockheimer. Mr. Lockheimer was deposed on February 16-17, 2022.

    f.  443 deprivileged documents from the custodial files of Yuki Richardson. Ms. Richardson was deposed on December 15, 2021.

    g.  328 deprivileged documents from the custodial files of Philip Schindler. Mr. Schindler was deposed on February 9, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 1st Day of April, 2022, in Washington, D.C.

<br>

                                              /s/ Meagan K. Bellshaw
                                              Meagan K. Bellshaw