# EXHIBIT 38

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE