# EXHIBIT 39

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE