# EXHIBIT 40

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE