# EXHIBIT 41

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE