# EXHIBIT 43

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE