# EXHIBIT 44

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE