# EXHIBIT 45

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE