# EXHIBIT 46

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE