# EXHIBIT 47

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE