# EXHIBIT 48

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE