# EXHIBIT 49

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE