# EXHIBIT 50

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE