# EXHIBIT 51

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE