# EXHIBIT 54

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE