# EXHIBIT 55

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE