# EXHIBIT 57

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE