# EXHIBIT 58

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE