# EXHIBIT 59

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE