# EXHIBIT 60

# FILED UNDER SEAL

DESIGNATED HIGHLY CONFIDENTIAL BY GOOGLE