```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,    )
                                     )
          Plaintiffs,                )
                                     )      CV No. 20-3010
       vs.                           )      Washington, D.C.
                                     )      April 8, 2022
GOOGLE LLC,                          )      1:15 p.m.
                                     )
          Defendant.                 )
_____)



                       TRANSCRIPT OF
          STATUS CONFERENCE/ORAL ARGUMENT PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE



APPEARANCES:

For DOJ Plaintiffs:            Kenneth M. Dintzer
                               U.S. DEPARTMENT OF JUSTICE
                               1100 L Street, NW
                               Washington, D.C.
                               (202) 307-0340
                               Email:
                               kenneth.dintzer2@usdoj.gov


For Plaintiff
State of Colorado:             Jonathan Bruce Sallet
                               COLORADO DEPARTMENT OF LAW
                               Consumer Protection Section,
                               Antitrust Unit
                               Ralph L. Carr
                               Colorado Judicial Center
                               1300 Broadway
                               Suite 7th Floor
                               Denver, CO 80203
                               (720) 508-6000
                               Email: jon.sallet@coag.gov
```

APPEARANCES CONTINUED:

For Defendant Google:       John E. Schmidtlein
                            WILLIAMS & CONNOLLY LLP
                            725 12th St., NW
                            Washington, D.C. 20005
                            (202) 434-5000
                            Email: jschmidtlein@wc.com

                            Mark Samuel Popofsky
                            ROPES & GRAY LLP
                            2099 Pennsylvania Avenue NW
                            Washington, D.C. 20006
                            (202) 508-4624
                            Email:
                            mark.popofsky@ropesgray.com

                            Franklin M. Rubenstein
                            Wilson Sonsini
                            Goodrich & Rosati P.C.
                            1700 K Street, NW
                            Fifth Floor
                            Washington, D.C. 20006

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

<pre>
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  All rise.  The Honorable Amit
 3   P. Mehta presiding.
 4            THE COURT:  Good afternoon.  Please be seated,
 5   everyone.
 6            COURTROOM DEPUTY:  Good afternoon, Your Honor.
 7   This is Civil Action 20-3010, United States of America,
 8   et al., versus Google LLC.
 9            Kenneth Dintzer for the DOJ plaintiffs.
10            Jonathan Sallet on behalf of the Colorado
11   Plaintiffs.
12            John Schmidtlein, Mark Popofsky, and Franklin
13   Rubinstein for Google LLC.
14            THE COURT:  Okay.  Welcome again, everybody.
15   I don't think I've seen this many people in a courtroom in
16   some time.  It's a nice image.
17            Okay.  So we're here to do a couple things.  First
18   is have our monthly status conference and see where things
19   are as we're approaching the close of discovery.
20            And then secondly, there's the government's motion
21   for sanctions and to compel relief.  So why don't we take
22   that up second.  Why don't we get started, at least at the
23   outset, with just the update and identifying any issues that
24   the parties may have.
25            I was unexpectedly relieved at the shortness of
</pre>

```
 1    this current Joint Status Report, so keep up the good work.
 2              Mr. Dintzer.
 3              MR. DINTZER:  Thank you, Your Honor.
 4              And may it please the Court.
 5              We don't have much to report this month, and
 6    that's not because we haven't been busy, because we are
 7    extremely busy.  But we have managed to -- except for the
 8    dispute, obviously, that we're going to get to shortly,
 9    we've managed to address and resolve the significant
10    disputes that we have with Google.
11              And so I can tell the Court that we've noticed
12    72 30(b)(1) depositions, so we're getting close to the
13    80 mark.  We've completed 49, with 23 noticed.
14              We have completed three 30(b)(6) depositions in
15    July, November, and February.  We've been working with the
16    plaintiffs -- I mean, with the defendants on getting
17    responses to 30(b)(6) motions both in writing and orally,
18    and we have nothing to report right now about any disputes
19    that we have.
20              THE COURT:  Okay.
21              I don't mean -- is there more you want to --
22              MR. DINTZER:  No.
23              Right now, we have a small third-party issue that
24    is not ready to percolate, and they're not available.  We
25    haven't asked them to be available, so that's not something
```

1    we're ready to address.

2             THE COURT:  Okay.

3             MR. DINTZER:  We are -- we're in the process of

4    getting the remains of our -- or we have gotten the remains

5    of our discovery out.  We're getting it.  We expect fact

6    discovery to close on time.

7             There may be a witness or two that we might have

8    to ask that has been noticed in time but may have to bleed

9    over the end of fact discovery because of personal

10   situations, but right now we don't have anything to report

11   or ask.

12            THE COURT:  Okay.

13            Just a few things.  I mean, I've -- just looking

14   through the report, it seems that there have been additional

15   requests for production that were issued since our last time

16   together.  It looks like the 10th, 11th, and 12th sets of

17   requests for production.

18            They're obviously not due yet, but I'm curious

19   what those look like and are we going to run into issues

20   with those potentially, given how late they're being -- or

21   the timing of which they're being issued.

22            MR. DINTZER:  They are extremely narrow,

23   Your Honor.  And we have -- at this point, we have found

24   no -- we are not in a position to say that we have any kind

25   of problem with the productions based on our interactions

1  with Google on them.

2          THE COURT:  Okay.

3          And how about the 30(b)(6), the second 30(b)(6)

4  notice?  That looks like the objections were due yesterday,

5  and I don't know whether -- I'm sort of curious where things

6  stand on that front, although I don't know how much time

7  you've had to digest whatever Google has returned.

8          MR. DINTZER:  I know that we got them.  I don't

9  think we've had a chance to break them down yet, Your Honor.

10          THE COURT:  Okay.

11          All right.  Well, you know, look, we're sort of

12  heading very much into the home stretch, and, you know, to

13  the extent that issues are going to percolate up in the next

14  couple weeks, I mean, I assume this is likely to be one of

15  them.

16          MR. DINTZER:  That could be.

17          If -- I mean, we issued our data 30(b)(6), and

18  I know that Google responded with an offer to do some in

19  writing and some in -- and some orally.

20          We have -- as a team, we haven't broken that down

21  and to see if that -- which ones we'll accept in one way and

22  which ones we'll accept the other and sort of how we'll

23  respond to Google in that.  But they did respond in a timely

24  manner, and we will address their proffer.

25          At this point, I don't know if there's going to be

1  anything to argue about in that 30(b)(6).

2          THE COURT:  Okay.

3          MR. DINTZER:  We have taken two of the elements

4  from the February 30(b)(6), I believe that is correct, and

5  we have negotiated and are negotiating the other elements at

6  this time.

7          THE COURT:  Okay.

8          Okay.  Terrific.

9          Anything else you'd like to add?

10          MR. DINTZER:  No, Your Honor.

11          I don't know if we have the next status conference

12  on the calendar.

13          THE COURT:  I don't think so.  But let's save that

14  until the end.

15          MR. DINTZER:  Okay.

16          THE COURT:  And one of the things I wanted to ask

17  is whether you thought it would be useful to have sort of a

18  two-week status conference, given the approaching deadline,

19  but I also am mindful that you all have a lot going on, and

20  I don't want there to be an additional court obligation

21  unless you feel like it's absolutely necessary.

22          MR. DINTZER:  Thank you, Your Honor.

23          THE COURT:  Okay.

24          Mr. Sallet.  Nice to see you in something other

25  than a red room.

 1              MR. SALLET:  Yes.  Thank you, Your Honor.  Yes,

 2     the backdrop is much more preferable here, Your Honor.

 3              Your Honor, just on topics that have already been

 4     addressed, a couple of things.

 5              There's one third-party deposition that all the

 6     parties, Google and the Department of Justice and we agree,

 7     if Your Honor approves, should be taken on May 10th and

 8     11th.

 9              This is a circumstance where we have issued and

10     Google has cross noticed a deposition for a witness who is

11     on leave now and does not return, is not available, until

12     these dates.  And so with Your Honor's permission, we would

13     move to take that deposition on May 10th and 11th.

14              THE COURT:  That's certainly fine by me.

15              MR. SALLET:  On the issues that you just asked

16     Mr. Dintzer about, we're in a similar position.  I do think

17     your foresight in thinking about the opportunity to approach

18     the Court may prove, but we don't yet have a basis to say,

19     is necessary.

20              We have issued a series of deposition requests

21     recently, a sixth RFP and a seventh RFP on different kinds

22     of documents, one focused on advertising, one focused on

23     documents that, for example, Your Honor, imagine an email

24     that has the hyperlink in it but we didn't have the document

25     that was hyperlinked.  So that kind of request.

1          We've issued a second request for admissions, a

2     third set of contention interrogatories.  Let me say,

3     I should say, Your Honor, when I'm saying the request for

4     admission and contention interrogatories, these are

5     combined.  We're numbering them in a combined way to include

6     both the Department of Justice and the states.  And

7     similarly, we've filed a combined fifth set of

8     interrogatories.

9          They were all timely filed, and Google has issued

10    a second set of interrogatories to us that were timely

11    filed.  We are certainly hopeful and have no reason to

12    believe we will not obtain all of the information in the

13    remaining, roughly, month of discovery, but we do think it's

14    important to state that we believe we are entitled -- and

15    this is an obligation that's reciprocal -- we are entitled

16    to discoverable information.

17         And if, in some unanticipated way, we're not

18    getting the information by the time May 6th rolls around, we

19    certainly expect that we would, nonetheless, be able to

20    obtain information responsive to timely filed discovery

21    requests, and that would work from and to all of the

22    parties.

23         THE COURT:  Okay.

24         MR. SALLET:  So to your point, Your Honor, the

25    question that we have specifically in mind is, as one would

1    expect, there are certain categories of information that

2    Google has unique access to.  Google's internal operations.

3              A number of our recent discovery requests deal

4    with such instances, information, for example, about how

5    Google uses data, where Google is clearly in the best

6    position to know what it does.

7              We have started to get some information about

8    that, some answers to the 30(b)(6) requests that came in

9    just this week, we're reviewing that.  But it's an important

10   area for us.  We've not been able to get a fulsome and

11   complete understanding from depositions.

12             We have -- we're using all the tools in the

13   discovery toolkit.  We have no reason to think, Your Honor,

14   that this will not work out fine within the discovery

15   period, but we do think, whether it's by setting another

16   status conference in two weeks or simply indicating, as

17   Your Honor has on prior occasions, your availability to talk

18   to us if necessary, it may come, although we hope it

19   doesn't, to a point where we're asking you to take action to

20   ensure that we have fulsome responses to timely discovery

21   requests.

22             THE COURT:  Okay.

23             MR. SALLET:  Okay?

24             THE COURT:  Look, this is not a Title VII

25   discrimination case where it's easy for a judge to say -- or

1    easier for a judge to say, look, this is the drop-dead date,

2    unless you comply, you know, anything produced beyond that

3    date is going to excluded.  I suppose I could do that, but

4    I think I would make a lot of folks unhappy.

5            Look, the bottom line is, to both sides, and I

6    suspect most of the information is coming in this direction,

7    you know, it's not as if trial is set in June.  So I think

8    we have some flexibility, but let's hope we don't need it.

9            MR. SALLET:  Yes, Your Honor.

10           THE COURT:  But I'll just -- to put everybody's

11   minds at ease, to the extent that there were concerns or

12   anxieties that early May comes and every single document

13   hasn't been disclosed, that's going to present a problem.

14   I don't think that's the case.  That's not the case.

15           And I'll -- I think we should be able to work with

16   one another and make sure that everyone gets what they're

17   entitled to in plenty of time for experts to consider and

18   for them to be considered as part of summary judgment and

19   ultimately trial.

20           MR. SALLET:  Thank you, Your Honor.

21           THE COURT:  Okay.

22           MR. SALLET:  That's all we have.

23           THE COURT:  All right.  Terrific.

24           All right.  Mr. Schmidtlein.

25           MR. SCHMIDTLEIN:  Good afternoon, Your Honor.

1          THE COURT:  Good afternoon.

2          MR. SCHMIDTLEIN:  It's good to be back in person.

3          THE COURT:  I'm sorry?

4          MR. DINTZER:  It's good to be back in person.

5          THE COURT:  It's nice to see you.

6          MR. SCHMIDTLEIN:  Just a few comments.  Your

7  intuition that the information is going predominantly in one

8  direction is a very diplomatic understatement.

9          I think we are now up to 19 document requests

10 between the two sets of plaintiffs.  A large or a not

11 insignificant number of them have come in the last 30 to

12 60 days, very late in the process, and they've also dropped

13 fairly voluminous 30(b)(6) and very voluminous

14 interrogatories.  Whether sort of standard or contention,

15 however you want to frame them, we have got obviously very

16 large teams that are working tirelessly to gather and

17 produce that information.

18         I will tell you that I wish and believe some of

19 that discovery should have been served much earlier in the

20 process because I think even Mr. Sallet is a little

21 embarrassed that they're not left expecting us to be able to

22 provide everything in 30 days.

23         These are, frankly, discovery requests that if

24 issued in the normal course of a case, the parties would

25 have worked together to have afforded one another more time

```
 1    to deal with them.  But we are doing our very, very level
 2    best to respond to those.
 3              Counsel have also made reference to the fact that
 4    we are doing a lot of third-party discovery, and that is --
 5    you know, is ongoing right now.  We've got depositions going
 6    every single day, I think, practically, probably for the
 7    rest of the discovery period.
 8              We are still working out some issues with
 9    Microsoft.  We don't have anything for today, but there are
10    still some open discovery issues with them that we are
11    working through.  And if we cannot get those resolved soon,
12    we will probably be back before Your Honor.
13              But that's all we have to report today.
14              THE COURT:  Okay.
15              MR. SALLET:  Your Honor, could I just address my
16    motions stake for a moment?
17              THE COURT:  I suspect you don't embarrass easily
18    but if you'd like to respond.
19              MR. DINTZER:  You've heard some of my jokes,
20    Your Honor, so you actually have evidence to that effect.
21              Your Honor, we're not embarrassed.  We've worked
22    hard.  There's a lot to go through.  We've worked in a
23    timely manner to have a fair opportunity to prove our case.
24    That's our right and our obligation.
25              Thank you, Your Honor.
```

1           THE COURT:  Okay.  Understood.

2           Okay.  So let's move from the sort of pedestrian

3    and mundane, I guess, to what's at issue here today, and

4    that is the government's motion for sanctions and,

5    alternatively, to compel disclosure of documents.

6           You know, I'm not going treat this as sort of an

7    ordinary oral argument.  I think we've all sort of been

8    together long enough that I don't know that there's much

9    point in that.  So let me just share my thoughts with you,

10   and then we can talk about how to move forward.

11          Look, the very first issue that is giving me a

12   high degree of concern here that neither side has actually

13   addressed is what authority a federal court has to sanction

14   a party for pre-litigation conduct that has an impact on a

15   litigation, but the litigation, in some cases, or with

16   respect to some of these documents, given that this goes

17   back, according to the government, five years or more, you

18   know, how does a federal judge have the authority to

19   actually issue a sanction in that context.

20          You know, there is some case law, I looked at this

21   a little bit.  I think the D.C. Circuit has said, in the

22   context of fee dispute, a fee shifting issue and sort of the

23   bad faith standard, you know, that bad faith can support an

24   award of attorneys' fees in circumstance where the bad

25   faith, one, occurred in connection with the litigation, or

two, was an aspect of the conduct giving rise to the

lawsuit.

Bad faith and conduct giving rise to the lawsuit

may be found where a party confronted with a clear statutory

or judicially imposed duty towards another is so

recalcitrant in performing that duty that the injured party

is forced to undertake otherwise unnecessary litigation to

vindicate plain legal rights.  This is from *American*

*Hospital Association versus Sullivan, 938 F.2d 216.*

And, you know, so the main Supreme Court case on

this, the name of which is escaping me, but you all cited,

it did involve some pre-litigation conduct that resulted in

the Trial Judge issuing substantial attorneys' fees as a

sanction.

It wasn't limited to that.  It also involved a

whole host of conduct during the litigation.  But the

pre-litigation conduct was really quite limited.  It was a

case in which -- it was a dispute over some -- I think some

property.

On a Friday, the plaintiffs' counsel said, look,

unless you take the following steps, you know, we're going

to go into court on a TRO on Monday.

And over the weekend, the plaintiffs did some

shenanigans to try and put the property out of the reach of

the Court.  So that was -- you know, obviously we're not in

1   that area here.

2          So, you know, nobody has cited a case, and I'm not

3   aware of any, and this is sort of a unique circumstance,

4   where the plaintiff is asking for sanctions for conduct that

5   pre-dates the litigation, in some cases by years.  And

6   I just -- I'm not sure that a federal court has the

7   authority, inherent or otherwise, to issue a sanction for

8   that.

9          Now, you know, to the extent that that kind of

10  conduct might add to the burden of a plaintiff, perhaps

11  there's a remedy in terms of fees and the like and that's

12  just not an issue here.  So that was sort of one big

13  question that occurred to me as I was looking through this

14  in terms of the sanctions request.

15         The next observation I'll make is this:  That in

16  terms of the factual record here, you know, I don't know

17  that it's terribly necessary one way or another to conclude

18  whether this was a policy or an institutional practice or

19  what have you.

20         But it does seem to me, based upon the evidence

21  the government has accumulated, that there is an

22  understanding, and widespread understanding, at Google

23  that -- as misguided as it may be, that adding an

24  attorney-client privilege header, including a lawyer on an

25  email, sort of making a perfunctory ask for information or

 1    advice from a lawyer, seems to be fairly prevalent.

 2              And, you know, the government has cited examples,

 3    but the examples are sort of eye-popping, and I particularly

 4    like the example involving the hashtag.  But the -- you

 5    know, it's the numbers that I found really sort of stunning.

 6              And, look, I don't know that -- it's not

 7    suggesting that every single email that the government is

 8    citing is exactly like the emails that initially Google

 9    withheld, but, you know, we're talking about your pie chart,

10    which was useful and interesting.  It has some pretty

11    eye-popping numbers, big numbers, and a large percentage of

12    those documents have now been after -- to the credit of

13    outside counsel, been given a harder look at, and outside

14    counsel has sensibly and rightly said, this isn't privileged

15    and it ought to be turned over.  So there's that.

16              And then ultimately the question is, what do we do

17    about this.  And I think what Google has done in this case

18    or at least what it seems to me they've done is entirely

19    appropriate, which is, you know, they started out -- they

20    started out with 140,000 of these silent attorney emails.

21    This is according to their pie chart.  98 of a thousand of

22    them were produced right off the bat, and the remaining have

23    been subject to re-review.

24              Now, I think we'd be in a very different posture

25    if Google was coming in here and saying, look, we're

standing by these emails, we're not going to take a second
look at them, and, government, you can go pound sand.  It's
not what they're doing.

I mean, they are producing these emails, they are
re-reviewing them.  In fact, you all just got 9,000 or --
8,000 or 9,000 recently.  It's a big number for --
certainly.

But on the other hand, it also, I think, reflects
the diligence that the other side -- that Google is
undertaking and the seriousness with which they are --
understand their obligations and what they're required to
produce and what they're not, which has arguably -- which is
arguably privileged.

So all of which is to say, so where does this put
us?  And I think the question where it puts us is, one, how
much is left.  You know, how many more emails of this
variety does Google still believe it needs to look at and
take a second glance at.  How many among these, at least the
silent attorney emails, is Google contending are covered by
a privilege.

And then the third thing, it seems to me is, well,
what do we do about it.  And, for example, the government
has said, plaintiffs have said, well, look, some of these
emails we would have liked to have had before we depose
somebody.  And because these emails came in late in the day,

1    we're not going to be able to use this email to -- we're not

2    going to be able to ask this deponent questions about this

3    email.

4            And I don't have a sense of how significant some

5    are, but given the subject matter, I can understand that

6    some of them would be.  And the fact that, you know, a

7    Google employee thought that this was something that they

8    ought to put the attorney-client header on and communicate

9    with care, maybe suggests a heightened degree of importance

10   of the emails, I don't know.  That's a potential inference.

11           So that's kind of where my thoughts are, and I'd

12   kind of like to just worry less about what we call this,

13   sanction, compel, but just figure out a solution that makes

14   sense, because it's the interests of the government and the

15   plaintiffs here to get these documents and then to be able

16   to use them in a meaningful way.

17           And, again, I go back to what I said at the

18   beginning.  As sort of -- as eyebrow raising as the practice

19   may be, again, I just don't know what I can do about it; at

20   least in terms of sanction and the practice.

21           I mean, the government has suggested that I could

22   sanction Google as sort of a -- just sort of send a shot

23   across the bow, just not for Google but other corporations

24   out there in the world that are engaging in similar

25   practices.  You know, maybe.

 1            I don't know that the Court's inherent powers

 2    ought to be used for that purpose.  It seems to me that's

 3    something better left to rules committees and the like.  But

 4    anyway, those are just my thoughts.

 5            So in light of that, why don't we turn to -- why

 6    don't I turn first to Mr. Dintzer and Mr. Sallet, get your

 7    reactions, thoughts, and then we'll turn to Mr. Schmidtlein.

 8            Actually, you know what, hang on, let me pause for

 9    a second.

10            Mr. Schmidtlein, actually, if you would start and

11    just provide the data that I asked for.  So in terms of how

12    many more do you have left, how many do you think you're

13    withholding, that would probably be a useful starting point.

14            MR. SCHMIDTLEIN:  Absolutely, Your Honor.

15            The re-review is complete.

16            THE COURT:  Right.

17            MR. SCHMIDTLEIN:  And I believe we have -- you

18    know, to the extent that there are what we kind of refer to

19    as throwbacks, I think those have been made.

20            To the extent that --

21            THE COURT:  When you say "throwbacks," you mean --

22            MR. SCHMIDTLEIN:  Documents that we have now

23    concluded we're not going to fight over basically --

24            THE COURT:  Okay.

25            MR. SCHMIDTLEIN:  -- and say we're going to

1   produce those.

2          THE COURT:  And can I just pause for a moment and

3   ask you, when you say the "re-review," does that include the

4   entirety of the privilege log or just these email chains in

5   which a lawyer is included but hasn't provided a response,

6   what that government calls sort of the silent emails?

7          MR. SCHMIDTLEIN:  The silent emails that are --

8   that have been the subject of this challenge.

9          THE COURT:  Okay.

10          MR. SCHMIDTLEIN:  So I think, it's my

11   understanding everything that has been challenged in a

12   categorical fashion has now been re-reviewed.

13          THE COURT:  Okay.

14          MR. SCHMIDTLEIN:  And we did that with an eye

15   towards prioritizing people who were still to be deposed or

16   were going to be -- you know, we've had people deposed this

17   past week and the weeks prior.  So we prioritized and tried

18   to identify for that re-review any and all documents that

19   pertain to deponents so that we could push those out to try

20   to address the deposition question.

21          As to the question of how many documents fit this

22   silent attorney description that we are maintaining a

23   privilege claim over, either in a redacted form or withheld

24   as in full, I believe there are roughly 21,000 of those

25   emails.

1          Again, because when this was first raised with us

2     and through the motion, the government has never sort of

3     sent us a, here's the full list or here's the log of all the

4     documents that we claim.

5          The 140,000 number, Your Honor, was a number that

6     my team tried to kind of back into by sort of analyzing and

7     looking at the log.  And I think Your Honor characterized

8     this correctly, but I want the record to be very clear.  The

9     overwhelming majority of those were never put on a log,

10    ever.

11         THE COURT:  Oh, okay.

12         MR. SCHMIDTLEIN:  They were reviewed, and they

13    were determined not to be privileged in the very first

14    instance and were pushed out.  So this has not been a

15    situation where sort of this category was just categorically

16    put on a log waiting to be challenged.

17         We have gone back, in light of some of the

18    requests made by the government, to re-review with a fresh

19    eye, to elevate to maybe more experienced reviewers, and to

20    try to, you know, make the best judgment calls we can under

21    these circumstances, but -- if that answers -- I think that

22    answers your question.

23         THE COURT:  It does.

24         So I think it naturally leads into the next

25    question, which is, to the extent Mr. Dintzer and Mr. Sallet

 1    and their teams would want to challenge this volume of

 2    emails, how do you think they would be able to do so?

 3            In other words, you know, ordinarily, you know, an

 4    email that -- there are the obvious privilege documents,

 5    right?  You know, so-and-so is seeking legal advice on X

 6    topic from somebody who's a lawyer.

 7            I take it none of these -- well, it may be the

 8    case that these 21,000 aren't described in that way because

 9    the lawyer is not communicating.  And so if that's true --

10    and maybe my assumption is wrong, and correct me if it is --

11    how do the plaintiffs say, well, you know, the following

12    10,000 of these we have real concerns about?

13            MR. SCHMIDTLEIN:  Well, we have -- particularly in

14    the context of some of the more recent deponents, while they

15    have made this sort of blanket categorical challenge, they

16    also have identified and come to us with specific emails or

17    specific entries, I should say, in the log, and said, hey,

18    we want you to, in particular, re-review these.

19            I will tell you, and, again, I'm afraid this is a

20    trend that you and I probably didn't deal with as much when

21    we were younger lawyers, but in the age of electronic

22    discovery where a case like this, 15 years, massive

23    e-Discovery, the numbers are just completely out of whack as

24    to what we were dealing with.

25            THE COURT:  Yes, sure, and given the size of the

 1    in-house lawyers.

 2            MR. SCHMIDTLEIN:  Yeah.  We have over

 3    100,000 lawyers.  We have people engaged in lines of

 4    business, constant regulation.

 5            THE COURT:  I think you said 100,000 lawyers?

 6            MR. SCHMIDTLEIN:  No, no, but there are, I mean,

 7    scores of lawyers all over the world who have to the deal

 8    with the operation.  We have over 100,000 employees in the

 9    company.

10            And we have lawyers embedded in teams so that they

11    understand the products.  They actually -- they're sort of

12    like the day-to-day lawyers for groups.

13            THE COURT:  Right.

14            MR. SCHMIDTLEIN:  And they are often copied on

15    things so that they are kept abreast, not necessarily

16    because they need to give legal advice but because they need

17    to be apprised of what the teams are doing and they can jump

18    in if they see something that requires legal advice.

19            What I have seen in this more modern sort of era

20    where we have massive privilege logs in big cases, and I --

21    for better or worse, antitrust is sort of what I've

22    specialized in where these cases tend to be big.

23            What I've seen happen in cases is, as with sort of

24    you do with a document production when you get millions of

25    documents, at the end of the day, there's not a million

1    documents that matter in the case.

2              In the same way, there aren't a million entries,

3    or all the privilege log entries don't really matter for the

4    case.

5              And they have, as I think most people would do,

6    they sort of focus, let's look at a particular time period

7    we're interested, let's look around a certain subject matter

8    that we're interest or certain individuals that we're

9    particularly interested in, and they tend to focus their

10   sort of follow-up requests or challenges or to say, hey,

11   listen, we're particularly interested in this -- these

12   documents, we'd like some more information than what you've

13   given us on the log so we can evaluate whether, in fact, we

14   want to challenge these.

15             That's the way this normally plays out.  That

16   hasn't happened because they've sort of taken a categorical

17   approach, which I'm not casting aspersions on at the moment,

18   but I think the -- in terms of next steps, like where do

19   they go, what do they do next, what I would normally expect

20   would be, come back and tell us, as they have done in some

21   instances, hey, these specific entries, we need more

22   information because we're not sure you've given us enough to

23   substantiate the privilege.

24             That's what, I think, normally would happen.  And

25   then after that process plays out, if there's still a

 1    dispute, then we come back to a court and we get an

 2    adjudication on it.

 3              THE COURT:  Okay.

 4              Can I just ask, I mean, you've described a

 5    circumstance where the businesspeople within a group,

 6    there's an in-house lawyer embedded within that group,

 7    emails are sent among members of the group but the lawyer is

 8    copied, and I only -- and I'm not casting any ill motives on

 9    the person that sends this email, but he copies the lawyer

10    or she copies the lawyer because it's a good idea to keep

11    the lawyer in the loop.  But the lawyer doesn't respond.

12              What's been Google's practice in this case with

13    respect to that kind of email?  I mean, you all -- is there

14    a categorical rule you've applied to such emails, and if so,

15    how have you made that determination, which may depend, in

16    part, on somebody's subjective assessment of why they're

17    sending an email to somebody who doesn't respond?

18              MR. SCHMIDTLEIN:  So I believe the way we have

19    tried to look at it is if there is -- if it is really just

20    solely a business communication and it's really the lawyers

21    being copied -- at least based on the review of the

22    document, the lawyers being copied more as a just keeping

23    you in the loop type of situation on ongoing matters, that's

24    not privileged.

25              And we have -- and even if somehow somebody marks

1    it privileged, the reviewers have been instructed, markings

2    about attorney-client privilege or please advise or

3    whatever, those are not determinative.  Those might cause

4    you to sort of look more carefully at the document but

5    absolutely not determinative.

6              THE COURT:  Right.

7              MR. SCHMIDTLEIN:  So in that situation, I think

8    the way we would look at it is, it's primarily a business

9    communication.

10             They might be in a situation where the

11   communication of the body of the text really does call out

12   something that's primarily legal, I mean, something that you

13   can tell from looking at the context, it's being forwarded

14   to the entire group but it is -- embedded within that is

15   really very, very meaty legal issues.  In that situation,

16   it's going to get -- probably claim privilege.

17             And then harder edge cases are, candidly,

18   Your Honor, where it's in the middle, and that's a problem

19   that -- or a challenge, I think, that occurs in all

20   commercial litigation.  That's not unique to this case.

21             I think in large corporations now that have

22   significant in-house legal teams where you are both having a

23   communication to apprise people of ongoing business

24   relationships but which you might want -- you want to

25   apprise the lawyer and give the lawyer a chance to jump in

1    and say, hey, wait a minute, you need to course correct

2    because we can't do that in a contract, or I've got a

3    regulatory concern, or I've got another issue; those are the

4    ones that you have to make good faith judgments on.

5              THE COURT:  Right.

6              MR. SCHMIDTLEIN:  And there could be differences

7    of opinion.  There could be mistakes by review teams.  You

8    know, these are large teams of lawyers with varying degrees.

9    I mean, they're trained, they're given instructions, people

10   can make mistakes.  But those are the areas where you could

11   have a good faith disagreement, but you try to put those in

12   a log fashion where you can then have the conversation.

13             And I'll be very frank, Your Honor, I mean, when

14   we went back and re-reviewed some of these, some of these we

15   sort of decided, you know what, it's a closer edge call, but

16   we're just not going to fight over it.

17             We're not trying to hide information here.  We're

18   trying to make the best on-our-feet judgments we can with

19   the best interests of our clients.

20             So those are the -- I hope that's responsive to

21   what you were looking for --

22             THE COURT:  It is.

23             MR. SCHMIDTLEIN:  -- but those are some of the

24   challenges we face.

25             THE COURT:  Okay.  That's helpful.  And I suspect,

1   hopefully, that provides some more clarity to Mr. Dintzer,

2   and Mr. Sallet.

3           Mr. Dintzer, Mr. Sallet, who would like to go

4   first?

5           MR. DINTZER:  Thank you, Your Honor.

6           We appreciate the Court's guidance and the Court's

7   comments, and I'd like to go ahead and just sort of pick up

8   where the Court sort of started.

9           The United States and the States Attorneys General

10  have taken the extraordinary step of asking for sanctions,

11  instead of just seeking a motion to compel, Your Honor,

12  because we believe that Google's conduct here was

13  extraordinary, that they shielded documents under false or

14  pretextual claims of privilege.

15          This is not, as we view it, Your Honor, a

16  discovery dispute.  This is an attempt, an effort made by

17  one party to undermine the discovery process, and

18  accordingly, we ask the Court -- I understand the Court

19  said, you know, not to really focus on the title right now,

20  but we believe that the title of the remedy that we get here

21  is incredibly important.

22          THE COURT:  So let me ask Mr. Sallet, and

23  I'm sorry, Mr. Dintzer, maybe you could -- could you just

24  actually move the microphone a little closer to you.

25  I think your voice is not projecting as much as it ought to.

1              I mean, take the situation of somebody destroys a
2    document, a corporate employee destroys a document, does so
3    purposely, because that employee thinks to herself, you
4    know, this is some bad stuff, I want to destroy this
5    document.
6              There's no lawsuit filed.  In fact, the lawsuit or
7    investigation comes years afterwards.  And in that context,
8    do you think a judge could sanction the defendant's company?
9              MR. DINTZER:  I don't know.
10             I would --
11             THE COURT:  Because that's an even more extreme
12   example than the one you all have presented, as pervasive as
13   you've posited this practice may have been.
14             MR. DINTZER:  I think, though, that ours is
15   fundamentally different, if I may explain, Your Honor.
16             Some of the conduct goes back as far as -- as
17   2014, there's no question about that.  But some of the
18   conduct is after they received the government's CID or even
19   after discovery opened in this case.
20             But more than that, Your Honor, when Google
21   took -- Google had these documents, and they had this -- if
22   you want to call it program or policy, they had this culture
23   of people doing this, and everybody at Google knew about
24   this culture because they were receiving and sending these
25   emails.

1          When they gave those documents to their outside

2     counsel here, that was an affirmative act that was done

3     after, after this lawsuit was filed, and that -- and so if

4     the person who destroys the document, it's a hard case

5     because there's no affirmative act that's taking place after

6     the lawsuit was filed.

7          This -- when they handed those off, there's no

8     question that that was an affirmative act that -- that is

9     subject to the Court's inherent authority.  And --

10          THE COURT:  Yes, let me just push back a little

11     bit.

12          I mean --

13          MR. DINTZER:  I'm sorry, Your Honor?

14          THE COURT:  Let me just respond to that, which is,

15     yes, you're right, that Google makes available to its

16     outside counsel documents that are potentially responsive,

17     but, I mean, you don't mean to suggest that in-house counsel

18     ought to go back and do a review before they turn it to

19     outside counsel?  I mean, in-house counsel would say, well,

20     that's what we've hired outside counsel for.

21          I mean, it can't be the case, and, frankly,

22     it would be breaking some interesting ground for a judge to

23     say, well, you know what, inside counsel needs to do a

24     thorough privilege review, and if they don't do that and

25     they turn over a bunch of documents that aren't really

1    subject to privilege, then the company can be sanctioned.

2            I mean, I don't know of any obligation of a

3    company or a party to do that.  That seems to be what you're

4    suggesting ought to have been done here.

5            MR. DINTZER:  Not at all, Your Honor.

6            What I'm suggesting is that when a company has a

7    pervasive policy and practice of training their people to

8    put requests for attorney advice where they don't need it.

9            And then they have all these documents that have

10   those pretextual false requests for attorney advice and they

11   knowingly give them to their outside counsel without a

12   heads-up, by the way, and then they -- I mean, Google's

13   attorneys have been sitting in a lot of things, they're

14   monitoring this.  They know -- they must know that tens of

15   thousands, 50,000, more, documents were ultimately

16   de-privileged by Google that were improperly withheld.

17           Now, if -- in June 2021, we wrote an email --

18   I mean a letter to Google saying, we see way too many cc'ed

19   attorneys on your privilege log without anything more, we

20   have concerns.

21           By then we hadn't found the slides yet.  We hadn't

22   found a lot of these documents yet.  We had concerns.  If

23   they had any communication with their client, which they

24   almost certainly did, the fact that at that point somebody

25   didn't say, hey, you know, we've got this practice of doing

1  this, you might want to be more careful about your review --

2  because when we sent that later in June, Google was still

3  reviewing.  We had further productions.  So they continued,

4  their outside counsel continued to mark documents like this

5  as privilege.  We had to dig these out of each subsequent

6  production.

7         So, Your Honor, we don't view this -- and I don't

8  think the Court should view this, as something that happened

9  a long time ago and we're still dealing with the fallout.

10  This is something that worked exactly the way that Google

11  wanted it to.

12         THE COURT:  Yeah, look, Mr. Dintzer, look, even if

13  I accept your characterization of the facts, and as I said

14  earlier on, it's not an unsupported characterization, given

15  the volume of documents and, frankly, given some of the

16  examples you've put forward.

17         I'm still at a loss to understand -- I mean, you

18  haven't cited a case, for example, and, you know, courts

19  have spoken fairly broadly about the extent of a court's

20  inherent power to sanction.  I mean, that's a pretty

21  substantial thing to do, to sanction another party.

22         To, again, sanction conduct, even if it's conduct

23  that's strategic, not good practice, that pre-dates a

24  litigation by years -- and then ultimately, ultimately I'm

25  still sort of scratching around or searching around for the

 1    prejudice here other than, other than, the inability to put

 2    certain documents in front of witnesses.

 3            And I'll tell you, I'll tell you right now, that

 4    if there are documents that get produced that are

 5    substantial and that you want to put in front of somebody

 6    because you didn't have the opportunity to, I will be more

 7    than open to hearing about that.

 8            But, you know, the sanction is -- again, before I

 9    sanction a party, I want to feel pretty firm in my authority

10    to do that, particularly when it's not tethered to a rule.

11    And maybe I've got a little bit more flexibility when it

12    comes to inherent authority, but this seems to be even

13    outside that heartland.

14            MR. DINTZER:  So there's two parts to -- that I'd

15    like to address, Your Honor.

16            The first is that -- the prejudice to the

17    United States.  We don't believe that any prejudice to the

18    United States is necessary for the Court to say, this

19    conduct is wrong and sanctionable.  But there has been a

20    significant amount.

21            Google has de-privileged 50,000 documents.  They

22    did 12,000 documents since we filed our motion.  So, I mean,

23    we have had a flood of new documents, presumably, as the

24    Court has noted, the ones that people really didn't want us

25    to see.  We're making our way through them.  We could have

1    had those in June, and we could have used them to develop

2    our strategy, we could have used them to --

3              THE COURT:  Well, why isn't the remedy -- sorry to

4    cut you off, but why isn't the remedy as it would be in a

5    spoliation case or a document destruction case, which is --

6    the remedy there, that sanction, it's an evidentiary

7    presumption or something along those lines.

8              You know, Judge, you ought to -- not in this

9    case -- you ought to instruct yourself that Google's

10   adoption of this program can be viewed as -- adversely to

11   Google.

12             I mean, I'm not saying I'd do that, but that's the

13   ordinary remedy for this kind of behavior which pre-dates a

14   lawsuit.  It is to, particularly when there's a jury around,

15   instruct the jury that you may take and adverse inference

16   from this conduct, and you may also argue that this is state

17   of mind evidence, right?  This is state of mind.  The reason

18   they were doing this is because they knew they were doing

19   something wrong.

20             Now, again, I'm not making any judgments, but, you

21   know, that's what trial lawyers would argue when they're

22   faced with these kind of facts.

23             MR. DINTZER:  And, Your Honor, we may ask for both

24   of us.  We've reserved the right to ask for both of those.

25             For example, in the Johnson case, sanctions for

1   spoliation and misrepresentation were actually on the menu.

2   And so we believe that -- I mean, spoliation, especially if

3   done in bad faith, which we believe this is and which

4   we believe the evidence showed that it was --

5           THE COURT:  Was that done during the course of the

6   case, or was that done here -- or is that more analogous to

7   here where the spoliation was -- you know, it's one thing --

8           MR. DINTZER:  It was -- I believe that was during

9   the course --

10          THE COURT:  I mean, it's one thing to spoliate

11  once you've --

12          MR. DINTZER:  -- when plaintiff refiles on it --

13          THE COURT:  And even if you -- look, even if a

14  party is put on notice, it doesn't have to be once the suit

15  starts, as you know.  People get litigation notices, and

16  once you get a litigation notice, even if the suit doesn't

17  come for months after, you know, the party that gets that

18  notice is on notice that you better not destroy these

19  documents.  And if you do, there may be a price to pay.

20  They didn't get anything like that.

21          MR. DINTZER:  Well, Your Honor, the CID that they

22  got on August 30th, 2019, which pre-dated them sending out

23  another one of their communicate-with-care documents,

24  putting it together five days, six days later, they were

25  specifically responding -- and this is Exhibit 5, they were

 1   specifically responding to the fact that we were

 2   investigating them.

 3              And I can cite --

 4              THE COURT:  What's the basis for that assertion?

 5              MR. DINTZER:  Well, there's a temporal

 6   relationship.  There's the fact that the subject matters

 7   were -- that the two documents that Google uses to -- to

 8   create exclusivity on their defaults.

 9              But also there's --

10              THE COURT:  Well, let me ask you this.

11   Do you know who created that deck?

12              MR. DINTZER:  I can't recall if that's listed in

13   Google's declaration or not.

14              THE COURT:  I mean, look, I don't --

15              MR. DINTZER:  We --

16              THE COURT:  Let me be clear.  I mean, look, we can

17   speculate about timing, we can sort of say that X happened

18   on this day and Y happened five days later.  But, you know,

19   correlation is not causation.

20              And unless there's evidence before me that the

21   person that created this slide deck knew about the CID and

22   understood the contents of the CID, and -- you know, that's

23   the kind of evidentiary chain that you need to sort of

24   establish causation.  At least for me.  You know, somebody

25   else might be a little bit more -- at least for me.

1          I just think, you know, you can't assume that --

2  the timing of this.  I mean, that slide deck could have

3  been -- you know, it's a long slide deck.  That thing could

4  have been in process for weeks prior to the CID being sent

5  out.  I don't know, because if I remember correctly, it's

6  sort of one slide in a very large slide deck.

7          MR. DINTZER:  Well, weeks before the CID was

8  issued, Google was aware that the United States was

9  investigating their conduct.

10          I mean, that -- it's -- the reality is that after

11  that -- and I can show you emails, Your Honor, but after

12  that slide deck, that presentation where they say, every

13  written communication about the rev share and the MADA has

14  to be including a lawyer and you have to ask that lawyer a

15  question.

16          Telling people that they have to do that,

17  something that will only have a purpose in protecting things

18  from discovery, that -- that's -- on its face, Your Honor,

19  that shows a level of intent necessary -- on its face,

20  that's bad faith.

21          But we know what happens after in Exhibit 13 and

22  45 and 54 in our brief, the people do exactly what they're

23  told to.  They're writing about rev share, they include a

24  lawyer on.

25          And I'll give you an example.  On Exhibit 54, we

 1  have the two-level greeting.  We have the privileged and

 2  confidential Kate, please advise.  And then we have the real

 3  greeting, hi, Ruth, Kristin and Carlos.  We have clear

 4  evidence that the people who saw this presentation did what

 5  they were told to do, which is -- and then that document was

 6  withheld, and we ultimately got it after a challenge.

 7            And so, I mean, I can walk the Court through some

 8  of the evidence if the Court's question is, is there really

 9  evidence of bad faith.

10            We have it -- I have a slide deck here to present

11  to -- or some slides to present to the Court to connect the

12  dots, and we believe that that is done in our brief, but

13  I can do that here as well.

14            If the question is, what's the harm, there's been

15  a tremendous amount of harm, but also, Your Honor, if --

16  I mean, it succeeded, which means that if -- if the only

17  thing that Google gets out of all of this is, it gets to

18  produce the documents later, that's success.  That means --

19            THE COURT:  I guess I don't understand that.

20            MR. DINTZER:  Well, if --

21            THE COURT:  Why is it -- you'll have to forgive

22  me, but I don't understand why that's success.  It seems to

23  me it's just the opposite; it shows that it wasn't

24  successful.

25            In other words, if the goal here is to hide the

1    documents, right, is to prevent a regulator or a private

2    party to get their hands on these communications because

3    we're going to label them falsely as privileged, but they

4    get turned over anyway --

5              MR. DINTZER:  So --

6              THE COURT:  -- because outside counsel knows

7    better and is diligent -- now, I'm not saying Google ought

8    to be rewarded or any company ought to be rewarded or patted

9    on the back for that, but I don't understand how that's

10   success.

11             MR. DINTZER:  Well, okay.  First of all, the

12   burden that it placed upon us.  I had three people spend an

13   enormous amount of time going through privileged logs,

14   writing letters, looking for these documents.

15             These documents just didn't bubble up.  I mean,

16   our ability to hunt these down took tens, if not hundreds,

17   of hours.  So that's one way of success.

18             The second way is they kept them out of our hands

19   for most of the litigation.

20             And the third is, it gave them a chance.  It

21   failed in this case, but who knows how many litigants,

22   litigants who don't have our resources, Your Honor, who have

23   faced this wall of privilege, when we've shown that it

24   happens in other cases, in front of the NLRB.  They did the

25   same type -- I mean, the judge knocked out -- or the Special

 1    Master knocked out 100 of the 149 privilege claims and

 2    called what they did disingenuous.

 3            So this is not just here and this is not just us.

 4    This is a practice that will continue, and other

 5    corporations will pick this up if there's no sanction, if

 6    there's no downside.

 7            So I mean, we wouldn't have invested -- this took

 8    an enormous investment of our time just to bring this

 9    motion.  We wouldn't have done that, Your Honor, if we

10    didn't believe that this is the type of conduct -- we don't

11    want to normalize this conduct.

12            There are corporations throughout the country who

13    have enough money and enough people that they can route

14    every single thing through a lawyer with a, please review

15    and make it difficult enough, even if they don't wait on the

16    case --

17            THE COURT:  I guess I go back to where I started,

18    Mr. Dintzer, which is, again, even if I accept everything

19    you've said as true and your characterization of it is true,

20    you haven't put forward a single case -- and maybe it's

21    because this is just unusual, but I mean, I've looked at

22    some of your cases, and I don't think a single one of them

23    involves a sanction of the kind -- a sanction of the conduct

24    that you're talking about that pre-dates a litigation by

25    years.

1            I mean, you're essentially asking me to penalize a

2    company for its policies.  And, you know, courts have a lot

3    of authority but I don't know that we've got the authority

4    to do that.

5            MR. DINTZER:  For a longstanding policy which

6    allowed them to have their outside counsel, it worked, and

7    their outside counsel improperly claimed privilege on more

8    than 50,000 documents.

9            If it was just -- if we stopped at Google and

10   somebody at Google said, you know, before we turn these over

11   to the outside counsel, we better let them know because

12   there's all sort of false claims and pretextual requests for

13   attorney advice, but they didn't.

14           THE COURT:  But if you were asking me for fees,

15   okay, that I could -- I could wrap my head around that.

16   I could see myself saying, all right, well, look, this

17   conduct, even though it preceded the litigation, caused the

18   plaintiffs to expend additional time and resources.  And

19   maybe there's an attorneys' fee award in there somewhere,

20   I don't know.

21           But you're not asking for that.  And I understand

22   why.  And what you're essentially asking for is tantamount

23   to saying to Google, look, all your efforts at doing this,

24   you know, this judge is not having it anymore, you're going

25   to turn everything over, and let the U.S. Government and the

1   states have a look at least 20,000 documents, which outside

2   counsel has looked at twice, if not more, and, in good

3   faith, believed to be privileged.  That's a pretty big deal.

4         MR. DINTZER:  Okay.  And what I would like to do,

5   Your Honor -- yes.  The short answer to your question is

6   yes -- I'd like to separate two things.

7         I'd like to separate the question of whether the

8   Court should sanction Google, which the Court -- we believe

9   the Court should -- from the question of what the remedy for

10  that is, which we believe should be the turning over of

11  these documents, and I'll get to that in one second.

12        But even if it is just, Google, you are sanctioned

13  for doing this, that means that every other litigant who has

14  to face this wall of privilege will also have in their back

15  pocket a declaration by this Court that says, Google does

16  this.  And so everybody needs to look at Google, and if

17  Google does it again, then the next judge down the road can

18  say, well, they really need to be put in hot water because

19  they've -- so even if it was just a verbal sanction,

20  separate from the remedy that we've asked, we believe that's

21  entirety appropriate and entirely -- really important.

22        As far as the remedy that we've asked for,

23  Your Honor, and this gets to the heart of things, there's a

24  number of problems with the fact that Google now says, look,

25  look, we've done our best, now you've got to trust us.

Okay, yes, we made 50,000 mistakes before, but now you have
to trust us.

          We don't trust them.  Not that they didn't do a
good job, not that they were dishonest, but we don't trust
their judgments.  And we don't have to because they have the
burden of proving the privilege on their documents.  So
until they have proved those 21,000 documents are properly
withheld, there is no privilege on those documents.

          And the problem is that they created a system
where a false claim of privilege looks exactly like it might
be a legitimate one, a bill.  I really need some legal
advice on this document, could be a communicate with care,
or it might not, and all we have is their judgment.

          On a privilege log, which is what we had to deal
with before, what it looked like was seeking advice of
counsel.  Well, we know that seeking advice of counsel is
what communicate with care was all about.  It can't be that,
and we don't have any more insight.

          Mr. Schmidtlein says, well, Mr. Dintzer can pick
these out one by one.  Well, we can't do that because the
privilege log is polluted.  The ecosystem is polluted with
the conduct that Google has brought to it for over
five years.

          So we can't, there is no organized, methodical way
that we can look at what they've done and check their

1    homework.  And so -- and it's because of what they've done.

2    It's not because we're slothful or we haven't taken the time

3    or won't invest.  We can't.

4         And so because we can't and because they have the

5    burden, that means the ball is on their side of the net.

6    And because they can't get it over the net with what they've

7    done, the Court should feel comfortable providing us with

8    those 21,000 documents.

9         And to the extent, if there were some legitimately

10   privileged documents in there, which they haven't proven, if

11   that is, that would be part of the sanction.

12        And, Your Honor, next time, after this case when

13   someone is putting one of these slides together that says,

14   always ask a question, always put on counsel's name, doing

15   something that is facially bad faith, somebody else will

16   say, that really cost us last time, we better not do it.

17        So, Your Honor, we ask the Court to sanction

18   Google, we ask the Court for a remedy, and we ask the Court

19   to order Google to produce those documents, because that

20   would be the only thing that we see as making them take this

21   seriously enough that they will stop.

22        They're enormous, they're wealthy, they have

23   enough lawyers that they can run everything through counsel,

24   and they will, and other corporations will as well.  If the

25   only standard is, look, just make sure you stop doing it

1    when the complaint is filed, if that's the answer,

2    everything else they can do it to, then everybody else who

3    doesn't have our resources will not be able to find the

4    stuff.

5          THE COURT:  I'm trying to formulate what I want to

6    ask you, which is, you know, in these cases that involve

7    large companies, involving long periods of time,

8    Mr. Schmidtlein is right, it involves a greater number of

9    documents than you would see in a run-of-the-mill case.  And

10    so -- and I think you're right, sort of a page-by-page,

11    document-by-document evaluation is not only burdensome, it's

12    unrealistic.

13          What is the alternative to that?  In other words,

14    if some third-party neutral like me or somebody else were to

15    take a sample of these things, I mean, that's one

16    possibility, is to just take a sample and take a look at

17    them, and if it turns out that 75, 80 percent of them are,

18    as you think they may be, just pretext and really not

19    privileged, then maybe there's something to be said about

20    that.

21          But right now, I mean, I've got a record in which,

22    again, even if I agree with you that Google has done what

23    you say they've done, I've got outside counsel as to whom

24    you haven't cast any -- made any accusations of bad faith,

25    and I think that's proper that you haven't done that, who

1   has eyeballed these things, multiple times, and is now

2   saying, there are 21,000 documents that we think are

3   privileged, I'm not sure I'd get affirmed on appeal if I

4   issued an order that said today, Mr. Schmidtlein, turn over

5   all those 21,000 documents.  I think I'd get reversed

6   tomorrow.

7          MR. DINTZER:  We would defend that with every --

8          THE COURT:  I'm sure you would, but you can defend

9   with as much as aplomb as you want.  It doesn't mean

10  I'm going to be affirmed.

11         MR. DINTZER:  Your Honor, the --

12         THE COURT:  I'm telling you right now what's going

13  to happen on appeal.  You can learn that now or learn it

14  months from now.

15         MR. DINTZER:  Your Honor, the documents that we've

16  provided, when you have somebody, on an email, say, please

17  add attorney-client language to the top and make sure to

18  have a lawyer in the "to" section of the email that you ask

19  a question of, and they write, "Added question to Helen

20  below, to which I'm pretty sure I know the answer, which

21  allows for the attorney-client privilege language, please

22  let me know if you had something different in mind" -- when

23  people have been taught to do that and they do it year in

24  and year out, the first question, Your Honor, is, is this

25  bad faith.  And that -- this document is bad faith.  And

1    whoever taught these people to do it, that's bad faith.

2          Even if, even if the Court didn't have the ability

3    to sanction, which we disagree and -- and the fact that it's

4    never been done because nobody has ever done this on a scale

5    like this before, even if that's the case, and we believe

6    the spoliation cases would apply and people have been

7    sanctioned for spoliation, some of it for intentional

8    spoliation, this is bad faith.

9          And it should be called bad faith by the Court,

10   because at a minimum, at a minimum, then we would have a

11   statement of what Google has done is not okay and it can't

12   be normalized.  This is misconduct.

13         You mentioned -- this is a document where -- this

14   was not a training slide.  This was a working document

15   between a bunch of, I believe, engineers, but somebody in

16   the first comment put, for all of this -- "For all

17   iterations of this document, until the design details are

18   final, please mark the document confidential and legally

19   privileged attorney-client communication.  Also include one

20   or more attorneys on any document and in any discussion, and

21   be sure to ask for their legal opinion."

22         This is what they've taught.  I mean, you asked

23   me, how can I know that this was their intent, how can --

24   because this is what happened.

25         THE COURT:  My question was different, which was

         1    you were talking about that in the context of the timing of

         2    the CID.  I wasn't questioning about the intent of those

         3    kind of emails.

         4              MR. DINTZER:  If the Court found that was bad

         5    faith and that the teaching of this was bad faith,

         6    we believe that that would support a motion -- an order of

         7    sanctions, even if the Court didn't give us what we're

         8    asking for, which we would like, but even if we only got the

         9    sanctions and we had to come up with another -- another

        10    resolution of the 21,000 documents, at least we would have a

        11    statement that Google should be sanctioned for this.

        12              And even if they got it reversed, which we don't

        13    think that they could, but even if they did, the reversal

        14    would be because their sanctionable conduct preceded the

        15    date by which -- that's not a bad reversal, Your Honor.

        16              On the other hand -- that's not a bad -- the

        17    alternative is this.  If we're right and the Court does have

        18    the authority and they don't get sanctioned, they will

        19    continue to do this.

        20              But somewhere, somebody at Google is saying this

        21    right now, they're writing the email right now that says,

        22    lawyers, whenever you get asked a question, make sure you

        23    respond, because the courts are going to be looking for

        24    that.

        25              THE COURT:  Okay.  All right.  I'm going to noodle

1  over not-bad reversals.

2          MR. DINTZER:  I appreciate you hearing me out,

3  Your Honor.

4          I will say that with respect to the documents, the

5  21,000 documents, separate from this question of sanctions,

6  that -- that -- whether as a remedy for that or a remedy for

7  the motion to compel, because of their failure to be able to

8  prove that they have privilege on those, we believe those

9  should be produced.

10          If not to us, if they have to be run through a

11  Special Master, we don't think that that's the better way.

12  We believe that the better way is that they are produced to

13  us, and then if Google wants to make a specific proof of any

14  single document, the burden is on them to make those proofs

15  because of the bad faith that they have shown on these

16  documents.

17          But anyway, that's -- we believe we're entitled to

18  that relief, we shouldn't be left to the -- tit for tat.

19  Mr. Schmidtlein come up here and say, trust me; we got it

20  wrong the first time really bad, like 50,000 times, and we

21  dumped 12,000 on you in the past week, but trust us, we got

22  it right this time, that shouldn't be the outcome of this

23  conduct that we've looked at.

24          THE COURT:  Okay.

25          Mr. Schmidtlein, I'll hear from you -- actually,

```
 1    I should have asked Mr. Sallet if he wanted to be heard.
 2              MR. SCHMIDTLEIN:  His client did not file this
 3    motion.  They are not a party to this motion.
 4              MR. SALLET:  I will address it.
 5              THE COURT:  I'm sorry?
 6              MR. SALLET:  Thank you.
 7              THE COURT:  I'm sorry, is this -- hang on for a
 8    second.
 9              MR. SALLET:  We --
10              THE COURT:  Hang on for a second.
11              MR. SALLET:  No, we did not, Your Honor.  I just
12    wanted to make a record.
13              THE COURT:  I'm sorry?
14              MR. SALLET:  We did not join the motion on the
15    papers.
16              THE COURT:  Okay.
17              MR. SALLET:  We're here today to say we completely
18    support the government's motion for sanctions, so that the
19    record is clear on that, and that we separately support, as
20    Mr. Dintzer has just said, the motion to compel, that is an
21    alternative ground of the Justice Department's request.
22              And that as to the motion to compel, the reason we
23    support this is that the documents are not limited only to
24    those allegations into the -- in the Department of Justice's
25    case, but as near as we can tell, and obviously the
```

 1   knowledge is incomplete, it also touches on specific conduct

 2   remedies.

 3          And we completely agree with Your Honor that

 4   dealing with 21,000 documents on a case-by-case basis would

 5   be inappropriate or -- you didn't say that, burdensome, you

 6   said, I apologize, but would be burdensome, and in these

 7   circumstances, it's why the relief sought for the motion to

 8   compel, even if that is the only ground reached, in ordering

 9   the complete disclosure of these, is the best and soundest

10   way to proceed.

11          Thank you, Your Honor.

12          THE COURT:  Okay.  Thank you, Mr. Sallet.

13          MR. SCHMIDTLEIN:  I will try to be brief,

14   Your Honor.  You've been very patient, and we appreciate

15   your time today.

16          On the first question of a legal authority, you

17   are absolutely spot on.  There is zero legal authority under

18   inherent authority, or even under Rule 37.  I suspect the

19   reason they didn't bring this under Rule 37 is, you would

20   need to be in violation of an actual court order.

21          THE COURT:  Right.

22          MR. SCHMIDTLEIN:  So there is no authority for

23   this type of sanction.

24          They've never even -- they've brought no case or

25   cited no case where a court has ordered a waiver of

1    privilege in anything remotely like the circumstances here.

2          So -- and we absolutely agree that the cases

3    involving sort of sanctions for attorneys' fees -- I think

4    the *Chambers v. Nasco* case is the one you were referring to.

5          THE COURT:  Right.  That's what I was referring

6    to.

7          MR. SCHMIDTLEIN:  Yeah, the Supreme Court case is

8    sort of spot on.  So you need bad faith, and you need it

9    during the course of the litigation.

10         Secondly, I do have to express some very -- some

11   outrage at the suggestion that the slide he's referring to

12   that was created, he claims, five days, presented five days

13   after the CID was issued in this, there was some causal

14   connection, that is outrageous.

15         A 100-page slide deck, we supplied the declaration

16   from the gentleman who resides in Germany who was involved

17   in the creation of that slide deck, and a meeting that was

18   obviously prepared weeks in advance, the slides prepared

19   well in advance.

20         The slide that they complain about is basically

21   the same slide that was presented at a meeting three years

22   earlier.  For him to stand up here and suggest that that

23   slide and that presentation was made because there was a CID

24   issued five days earlier, I haven't asked the person who was

25   involved in that, whose declaration is before Your Honor,

1   whether he was even aware of the CID.

2           The idea that the CID was well-known throughout

3   the company, is crazy.  So we take very serious exception to

4   that.  There is no evidence of that whatsoever.

5           In terms of the factual record here, they have not

6   shown -- they have cited these two slide decks to you.  They

7   claim that this language about every single document, you

8   know, that refers to these, you should put a lawyer on.

9           They know full well by the massive production of

10  documents in this case that every document that refers to

11  rev share agreements or MADA agreements doesn't have a

12  lawyer on them.

13          We've produced the declarations from the people

14  who were involved in these presentations.  I don't think

15  anyone came away from theirs thinking, we're going to just

16  blindly put lawyers -- and ask for legal advice on every

17  single document.

18          Are there instances where people have done that?

19  Absolutely.  Are there instances where people thought they

20  were probably trying to get legal advice but also primarily

21  get business communication?  Absolutely.  Are there

22  instances where people got it wrong and they mistakenly

23  thought that something would be privileged because they put

24  it on there?  Absolutely.

25          We -- and it's not just this group, it is a

massive group -- with counsel, have worked very hard to try
to deal with these issues.  I almost fell out of my seat
when Mr. Dintzer complained that he had three whole people,
three whole people who have had to go through a privilege
log.

This is a big litigation.  I don't know how many
people I've seen enter appearances on their side of this
case, but it's a massive number of people.

I've got an army of people who've had to have been
dealing with these privilege logs, who have been involved in
the document review.  The discovery in this case has been
extraordinarily one way.

So the idea that somehow Google has escaped a lot
of work and a lot of effort here because of privilege
battles and everything else and the DOJ has suffered because
of it, I absolutely don't agree with.

Lastly, Your Honor, on this question of a Special
Master, we would be happy -- this is not a relief that they
asked for in the case.  I believe there is law on the
question of when there is actually legal authority to
appoint a Special Master to do this sort of review, and we'd
be happy to cite some of that to you.

I don't think, in a situation where you've got a
facial -- a log -- you know, they haven't disputed -- they
haven't come back and said to us, we don't agree with this,

1    this, and this, they've done this categorical approach.

2    I think there's law out there that says that -- I'm not even

3    sure there's authority to appoint a Special Master in that

4    situation.

5            We continue to believe that they should be able

6    to -- and they have, they have brought to our attention,

7    specific docs on the log.  If they have additional questions

8    about documents, they want additional information because

9    they don't think the information on the log is sufficient,

10   we can have that conversation with them.

11           But for them just to say right now, oh, the log is

12   useless, they haven't made that showing to Your Honor.  They

13   haven't made a showing that they're entitled to have a

14   Special Master put in place at this point in time.

15           I'm not saying that I would be against that

16   wholesale later if we actually had a dispute, but they are

17   skipping several steps in the process here.

18           The last point I will suggest to Your Honor,

19   Mr. Dintzer put up in front of you, they put in their reply

20   brief, a declaration about -- that had that comment bubble

21   in a document that had to do with some privacy-related

22   issues.

23           I would like to hand up the declaration of the

24   person who put in that comment bubble.  This person is a

25   principal software engineer within Alphabet's privacy and

1    data protection office, and this person explains that

2    because data privacy is an area of Google's business that

3    involves complex regulation by government authorities, the

4    Project Green, that Project Green document that was cited

5    there, they worked very closely with Google's in-house

6    counsel to address privacy-related questions, and to obtain

7    legal advice on privacy policies that were directly relevant

8    to that project.

9           And that -- he describes that that project that

10   required considerations, it has to do with a product that's,

11   frankly, not even at issue in this litigation, but that

12   involved re-evaluating data collection and privacy issues.

13   From the very beginning, the entire point of that project

14   was to obtain legal advice, and that was the purposes for

15   that.

16          I will hand it up to Your Honor as the exhibit for

17   this hearing.

18          THE COURT:  Is there a copy for the plaintiff's

19   counsel?

20          MR. SCHMIDTLEIN:  And if plaintiff's counsel had

21   submitted that document in their opening brief instead of

22   reply, we would have included it in our opposition, but we

23   wanted it to be part of the record.

24          Thank you, Your Honor.

25          THE COURT:  Thank you.

1          Mr. Dintzer, if you've got one last comment, I'll

2     be happy to -- since it's your motion, if you'd like to be

3     heard a moment.

4          MR. DINTZER:  Yes, Your Honor.

5          Counsel's -- I mean, counsel's outrage is

6     misplaced.  The documents speak for themselves.  The Court

7     itself noted this one hashtag, communicate with care.

8          And this one's particularly revealing in that the

9     person who wrote the email included a hashtag, communicate

10    with care.  Clearly he'd had the training.

11         And the respondent knew what he meant.  He didn't

12    write back, oh, what do you mean, or, let's not use certain

13    words.

14         What did the person do in writing back?  They

15    wrote, "Privilege, seeks advice of counsel" at the top.

16    They knew because, they've been taught exactly what

17    communicate with care was, and they included it at the top,

18    even though if you look -- the Court has the unredacted

19    version, of course.

20         If you look at what he wrote, not only is it not

21    seek advice of counsel, it doesn't seek anybody's advice,

22    it's just a blanket statement.  But he put that there

23    because that was what he was taught.  This is in 2019.  This

24    isn't a lot -- long time ago.  This is the direct response.

25    This document shows it all.

1          This document was withheld from production.  We

2     only got it after we challenged it.  So this is exactly what

3     we're talking about, where the -- communicate with care,

4     they got people -- that training, got people to mark

5     something as seeks advice of counsel.  That was then

6     withheld by counsel on the privilege log.  We then had to

7     invest time.

8          And while three people might not seem like much to

9     Mr. Schmidtlein, we are the government, and so we have a

10    finite amount of resources, and they have taxed a number of

11    them by their false claims of privilege.  And with that,

12    Your Honor, we ask the Court -- our asks are, one, to

13    sanction Google.

14         Second, to please -- to order Google to produce

15    the 21,000 documents that are currently being withheld, the

16    silent attorney documents.

17         If the Court feels that that is not within its

18    authority or that is not something it wants to do,

19    we believe the Court should still sanction Google and then

20    order -- we could brief it -- an alternative remedy or with

21    the Special Master.

22         Finally, Your Honor, to come to our final -- where

23    we started, the conduct that Google participated in was not

24    five years ago; it started five years ago.

25         It continued, as this email says, in May 30th,

 1    2019; it continued after our CID was issued; and we have

 2    documents in our brief that show that it continued even

 3    after our complaint was filed.  Those documents were given

 4    to their counsel, and they were withheld.

 5              And so with that, Your Honor, we appreciate your

 6    time.  I appreciate your patience in hearing us out.

 7              THE COURT:  All right.  Look, there's a lot to

 8    process here, and I want to think about this a little bit

 9    before I decide what to do.  So I think I'll just leave it

10    at that.  I don't know that there's much point in ruminating

11    in a room full of people.

12              So let's talk about next -- Mr. --

13              MR. SCHMIDTLEIN:  You wanted to have a schedule?

14              THE COURT:  Yeah, let's just quickly talk about

15    that and whether -- we've got a discovery deadline now of

16    May 5 -- May 6, I think.  Do you all want an interim status?

17              MR. SCHMIDTLEIN:  We are -- I think we will

18    probably be in the heat of agreement that we are all very

19    busy between now and May 6th.

20              THE COURT:  Right.  I'm not suggesting we have one

21    but only if you all want it.

22              MR. SCHMIDTLEIN:  Yeah.  I mean, I don't --

23              MR. DINTZER:  How about a tentative one?  Can we

24    put on one on the book and then we try to avoid using it?

25              THE COURT:  I'm out next week, so if you want to

```
 1   just sort of put down the 20th of April.

 2            Or how about the 19th of April at 2:00 p.m.?

 3            MR. DINTZER:  That works for us, Your Honor.

 4            MR. SCHMIDTLEIN:  Just one second, Your Honor.

 5            (Defense counsel conferred off the record.)

 6            MR. SCHMIDTLEIN:  That day is fine, Your Honor.

 7   Thank you.

 8            THE COURT:  So let's just put down, just as a

 9   placeholder, April 19th at 2:00 p.m., and you all will just

10   let us know whether you want to be heard on that day or not.

11            MR. DINTZER:  We appreciate that, Your Honor.

12            THE COURT:  And then let's put something down for

13   after the 6th.

14            I'm supposed to be in trial the week of the 9th,

15   but I think will be done by the 12th, I hope.

16            How about 3:00 p.m. on the 12th of May?

17            MR. DINTZER:  That works for us, Your Honor.

18            MR. SCHMIDTLEIN:  That's fine, Your Honor.

19            THE COURT:  Okay.  All right.  So let's put that

20   down.  And between now and then, we'll be in touch just to

21   figure out where things are.  None of this is written in

22   stone.

23            Okay.  Thank you, all.  Is there anything else

24   anybody wants to raise before we adjourn?

25            MR. DINTZER:  No.
```

1            THE COURT:  Okay.

2            Thank you, everybody.

3            Be well.

4            COURTROOM DEPUTY:  All rise.

5            The Court stands adjourned.

6            (Proceedings concluded at 2:38 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__April 8, 2022_____     

**COURTROOM DEPUTY: [3]** 4/2 4/6 63/4

**MR. DINTZER: [42]** 5/3 5/22 6/3 6/22 7/8 7/16 8/3 8/10 8/15 8/22 13/4 14/19 30/5 31/9 31/14 32/13 33/5 35/14 36/23 37/8 37/12 37/21 38/5 38/12 38/15 39/7 40/20 41/5 41/11 43/5 44/4 48/7 48/11 48/15 50/4 51/2 59/4 61/23 62/3 62/11 62/17 62/25

**MR. SALLET: [14]** 9/1 9/15 10/24 11/23 12/9 12/20 12/22 14/15 52/4 52/6 52/9 52/11 52/14 52/17

**MR. SCHMIDTLEIN: [30]** 12/25 13/2 13/6 21/14 21/17 21/22 21/25 22/7 22/10 22/14 23/12 24/13 25/2 25/6 25/14 27/18 28/7 29/6 29/23 52/2 53/3 53/22 54/7 58/20 61/13 61/17 61/22 62/4 62/6 62/18

**THE COURT: [83]**

**0**

**0340 [1]** 1/15

**1**

**10,000 [1]** 24/12
**100 [1]** 42/1
**100,000 [2]** 25/5 25/8
**100,000 lawyers [1]** 25/3
**100-page [1]** 54/15
**10th [3]** 6/16 9/7 9/13
**1100 [1]** 1/14
**11th [3]** 6/16 9/8 9/13
**12,000 [1]** 35/22 51/21
**12th [4]** 2/3 6/16 62/15 62/16
**13 [1]** 39/21
**1300 [1]** 1/20
**140,000 [2]** 18/20 23/5
**149 [1]** 42/1
**15 [1]** 24/22
**1700 [1]** 2/11
**19 [1]** 13/9
**19th [2]** 62/2 62/9
**1:15 [1]** 1/6

**2**

**20,000 [1]** 44/1
**20-3010 [2]** 1/4 4/7
**20001 [1]** 3/5
**20005 [1]** 2/3
**20006 [2]** 2/7 2/12
**2014 [1]** 31/17
**2019 [3]** 37/22 59/23 61/1
**202 [4]** 1/15 2/4 2/7 3/5
**2021 [1]** 33/17

**2099 [1]** 2/6
**20th [1]** 62/1
**21,000 [10]** 22/24 24/8 45/7 46/8 48/2 48/5 50/10 51/5 53/4 60/15
**216 [1]** 16/9
**23 [1]** 5/13
**2:00 [2]** 62/2 62/9
**2:38 [1]** 63/6

**3**

**30 [11]** 5/12 5/14 5/17 7/3 7/3 7/17 8/1 8/4 11/8 13/11 13/13
**30 days [1]** 13/22
**3010 [2]** 1/4 4/7
**307-0340 [1]** 1/15
**30th [2]** 37/22 60/25
**3249 [1]** 3/5
**333 [1]** 3/4
**354-3249 [1]** 3/5
**37 [2]** 53/18 53/19
**3:00 [1]** 62/16

**4**

**434-5000 [1]** 2/4
**45 [1]** 39/22
**4624 [1]** 2/7
**49 [1]** 5/13

**5**

**50,000 [5]** 33/15 35/21 43/8 45/1 51/20
**5000 [1]** 2/4
**508-4624 [1]** 2/7
**508-6000 [1]** 1/22
**54 [2]** 39/22 39/25

**6**

**60 days [1]** 13/12
**6000 [1]** 1/22
**6th [3]** 10/18 61/19 62/13

**7**

**72 30 [1]** 5/12
**720 [1]** 1/22
**725 [1]** 2/3
**75 [1]** 47/17
**7th [1]** 1/21

**8**

**8,000 [1]** 19/6
**80 [1]** 47/17
**80 mark [1]** 5/13
**80203 [1]** 1/21

**9**

**9,000 [2]** 19/5 19/6
**938 [1]** 16/9
**98 [1]** 18/21
**9th [1]** 62/14

**A**

**ability [2]** 41/16 49/2
**able [11]** 10/19 11/10 12/15 13/21 20/1 20/2 20/15 24/2 47/3 51/7

**about [41]** 5/18 7/3 8/1 9/16 9/17 11/4 11/7 15/10 18/9 18/17 19/22 20/2 20/12 20/19 24/12 28/2 31/17 31/23 34/1 34/19 35/7 38/17 38/21 39/13 39/23 42/24 45/17 47/19 50/1 50/2 54/20 55/7 57/8 57/20 60/3 61/8 61/12 61/14 61/23 62/2 62/16
**above [1]** 64/4
**above-titled [1]** 64/4
**abreast [1]** 25/15
**absolutely [9]** 8/21 21/14 28/5 53/17 54/2 55/19 55/21 55/24 56/16
**accept [4]** 7/21 7/22 34/13 42/18
**access [1]** 11/2
**according [2]** 15/17 18/21
**accordingly [1]** 30/18
**accumulated [1]** 17/21
**accusations [1]** 47/24
**across [1]** 20/23
**act [3]** 32/2 32/5 32/8
**action [2]** 4/7 11/19
**actual [1]** 53/20
**actually [11]** 14/20 15/12 15/19 21/8 21/10 25/11 30/24 37/1 51/25 56/20 57/16
**add [3]** 8/9 17/10 48/17
**Added [1]** 48/19
**adding [1]** 17/23
**additional [5]** 6/14 8/20 43/18 57/7 57/8
**address [8]** 5/9 6/1 7/24 14/15 22/20 35/15 52/4 58/6
**addressed [2]** 9/4 15/13
**adjourn [1]** 62/24
**adjourned [1]** 63/5
**adjudication [1]** 27/2
**admission [1]** 10/4
**admissions [1]** 10/1
**adoption [1]** 36/10
**advance [2]** 54/18 54/19
**adverse [1]** 36/15
**adversely [1]** 36/10
**advertising [1]** 36/10
**advice [18]** 18/1 24/5 25/16 25/18 33/8 33/10 43/13 45/12 45/15 45/16 55/16 55/20 58/7 58/14 59/15 59/21 59/21 60/5
**advise [2]** 28/2 40/2
**affirmative [3]** 32/2 32/5 32/8
**affirmed [2]** 48/3 48/10
**afforded [1]** 13/25
**afraid [1]** 24/19

**after [2]** 18/8 7/9
**31/18 31/19 32/3 32/3 32/5 37/17 39/10 39/11 39/21 40/6 46/12 54/13 60/2 61/1 61/3 62/13
**afternoon [4]** 4/4 4/6 12/25 13/1
**afterwards [1]** 31/7
**again [11]** 4/14 20/17 20/19 23/1 24/19 34/22 35/8 36/20 42/18 44/17 47/22
**against [1]** 57/15
**age [1]** 24/21
**ago [4]** 34/9 59/24 60/24 60/24
**agree [6]** 9/6 47/22 53/3 54/2 56/16 56/25
**agreement [1]** 61/18
**agreements [2]** 55/11 55/11
**ahead [1]** 30/7
**aided [1]** 3/2
**al [2]** 1/3 4/8
**all [45]** 4/2 7/11 8/19 9/5 10/9 10/12 10/21 11/12 12/22 12/23 12/24 14/13 15/7 16/11 19/5 19/14 22/18 23/3 25/7 26/3 27/13 28/19 31/12 33/5 33/9 40/17 41/11 43/12 43/16 43/23 45/13 45/17 48/5 49/16 49/16 50/25 59/25 61/7 61/16 61/18 61/21 62/9 62/19 62/23 63/4
**all right [1]** 43/16
**allegations [1]** 52/24
**allowed [1]** 43/6
**allows [1]** 48/21
**almost [2]** 33/24 56/2
**along [1]** 36/7
**Alphabet's [1]** 57/25
**already [1]** 9/3
**also [13]** 8/19 13/12 14/3 16/15 19/8 24/16 36/16 38/9 40/15 44/14 49/19 53/1 55/20
**alternative [4]** 47/13 50/17 52/21 60/20
**alternatively [1]** 15/5
**although [2]** 7/6 11/18
**always [2]** 46/14 46/14
**am [1]** 8/19
**AMERICA [2]** 1/3 4/7
**American [1]** 16/8
**AMIT [2]** 1/10 4/2
**among [2]** 19/18 27/7
**amount [4]** 35/20 40/15 41/13 60/10
**analogous [1]** 37/6
**analyzing [1]** 23/6
**another [10]** 11/15 12/16 13/25 16/5 17/17 29/3 34/21 37/23 50/9 50/9
**answer [1]** 44/5 47/1

**answers [3]** 11/8 23/21 23/22
**antitrust [2]** 1/19 25/21
**anxieties [1]** 12/12
**any [17]** 4/23 5/18 6/24 17/3 22/18 27/8 33/2 33/23 35/17 36/20 41/8 45/18 47/24 47/24 49/20 49/20 51/13
**anybody [1]** 62/25
**anybody's [1]** 59/21
**anymore [1]** 43/24
**anyone [1]** 55/15
**anything [9]** 6/10 8/1 8/9 12/2 14/9 33/19 37/20 54/1 62/23
**anyway [3]** 21/4 41/4 51/17
**aplomb [1]** 48/9
**apologize [1]** 53/6
**appeal [2]** 48/3 48/13
**appearances [4]** 1/12 1/24 2/12 56/7
**applied [1]** 27/14
**apply [1]** 49/6
**appoint [2]** 56/21 57/3
**appreciate [6]** 30/6 51/2 53/14 61/5 61/6 62/11
**apprise [2]** 28/23 28/25
**apprised [1]** 25/17
**approach [3]** 9/17 26/17 57/1
**approaching [2]** 4/19 8/18
**appropriate [2]** 18/19 44/21
**approves [1]** 9/7
**April [5]** 1/5 62/1 62/2 62/9 64/7
**are [74]**
**area [3]** 11/10 17/1 58/2
**areas [1]** 29/10
**aren't [3]** 24/8 26/2 32/25
**arguably [1]** 19/12 19/13
**argue [3]** 8/1 36/16 36/21
**argument [2]** 1/9 15/7
**army [1]** 56/9
**around [6]** 10/18 26/7 34/25 34/25 36/14 43/15
**as [60]** 4/19 7/20 10/25 11/16 12/7 12/18 15/6 16/13 17/13 17/23 17/23 20/18 20/18 20/18 20/22 21/19 22/21 22/24 24/20 24/23 25/23 26/5 26/20 27/22 30/15 30/25 30/25 31/12 31/12 31/16 31/16 31/16 34/5 34/8 34/13 35/23 36/4 36/10 37/15 40/13 41/3

**A**

**as... [19]** 42/19 44/22
44/22 46/20 46/24
47/18 47/23 48/9 48/9
48/9 51/6 52/19 52/22
52/25 52/25 58/16 60/5
60/25 62/8

**ask [22]** 6/8 6/11 8/16
17/25 20/2 22/3 27/4
30/18 30/22 36/23
36/24 38/10 39/14
46/14 46/17 46/18
46/18 47/6 48/18 49/21
55/16 60/12

**asked [10]** 5/25 9/15
21/11 44/20 44/22
49/22 50/22 52/1 54/24
56/19

**asking [8]** 11/19 17/4
30/10 43/1 43/14 43/21
43/22 50/8

**asks [1]** 60/12

**aspect [1]** 16/1

**aspersions [1]** 26/17

**assertion [1]** 38/4

**assessment [1]** 27/16

**Association [1]** 16/9

**assume [2]** 7/14 39/1

**assumption [1]** 24/10

**attempt [1]** 30/16

**attention [1]** 57/6

**attorney [13]** 17/24
18/20 19/19 20/8 22/22
28/2 33/8 33/10 43/13
48/17 48/21 49/19
60/16

**attorney-client [6]**
17/24 20/8 28/2 48/17
48/21 49/19

**attorneys [4]** 30/9
33/13 33/19 49/20

**attorneys' [4]** 15/24
16/13 43/19 54/3

**August [1]** 37/22

**authorities [1]** 58/3

**authority [16]** 15/13
15/18 17/7 32/9 35/9
35/12 43/3 43/3 50/18
53/16 53/17 53/18
53/22 56/20 57/3 60/18

**availability [1]** 11/17

**available [4]** 5/24 5/25
9/11 32/15

**Avenue [2]** 2/6 3/4

**avoid [1]** 61/24

**award [2]** 15/24 43/19

**aware [3]** 17/3 39/8
55/1

**away [1]** 55/15

**B**

**back [19]** 13/2 13/4
14/12 15/17 20/17 23/6
23/17 26/20 27/1 29/14
31/16 32/10 32/18 41/9
42/17 44/14 56/25
59/12 59/14

**backdrop [1]** 9/2

**Bouldara [23]** 1/15 1/23
15/24 16/3 31/4 37/3
39/20 40/9 46/15 47/24
48/25 48/25 49/1 49/8
49/9 50/4 50/5 50/15
50/16 51/1 51/15 51/20
54/8

**ball [1]** 46/5

**Barrett [1]** 3/4

**based [3]** 6/25 17/20
27/21

**basically [2]** 21/23
54/20

**basis [3]** 9/18 38/4
53/4

**bat [1]** 18/22

**battles [1]** 56/15

**be [100]**

**because [51]** 5/6 5/6
6/9 13/20 19/25 20/14
23/1 24/8 25/16 25/16
26/16 26/22 27/10 29/2
30/12 31/3 31/11 31/24
32/5 34/2 35/6 36/18
39/5 41/2 41/6 42/21
43/11 44/18 45/5 45/20
46/1 46/2 46/4 46/4
46/6 46/19 49/4 49/10
49/24 50/14 50/23 51/7
51/15 54/23 55/23
56/14 56/15 57/8 58/2
59/16 59/23

**been [34]** 5/6 5/15 6/8
6/14 9/3 11/10 12/13
13/19 15/7 18/12 18/13
18/23 21/19 22/8 22/11
22/12 23/14 27/12 28/1
31/13 33/4 33/13 35/19
39/3 39/4 40/14 48/23
49/4 49/6 53/14 56/9
56/10 56/11 59/16

**before [14]** 1/10 14/12
19/24 32/18 35/8 38/20
39/7 43/10 45/1 45/15
49/5 54/25 61/9 62/24

**beginning [2]** 20/18
58/13

**behalf [1]** 4/10

**behavior [1]** 36/13

**being [7]** 6/20 6/21
27/21 27/22 28/13 39/4
60/15

**believe [29]** 8/4 10/12
10/14 13/18 19/17
21/17 22/24 27/18
30/12 30/20 35/17 37/2
37/3 37/4 37/8 40/12
42/10 44/8 44/10 44/20
49/5 49/15 50/6 51/8
51/12 51/17 56/19 57/5
60/19

**believed [1]** 44/3

**below [1]** 48/20

**best [7]** 11/5 14/2
23/20 29/18 29/19
44/25 53/9

**better [8]** 21/3 25/21
37/18 41/7 43/11 46/16

**between [4]** 13/10
49/15 61/19 62/20

**beyond [1]** 12/2

**big [7]** 17/12 18/11
19/6 25/20 25/22 44/3
56/6

**bill [1]** 45/11

**bit [5]** 15/21 32/11
35/11 38/25 61/8

**blanket [2]** 24/15 59/22

**bleed [1]** 6/8

**blindly [1]** 55/16

**body [1]** 28/11

**book [1]** 61/24

**both [6]** 5/17 10/6 12/5
28/22 36/23 36/24

**bottom [1]** 12/5

**bow [1]** 20/23

**break [1]** 7/9

**breaking [1]** 32/22

**brief [7]** 39/22 40/12
53/13 57/20 58/21
60/20 61/2

**bring [2]** 42/8 53/19

**broadly [1]** 34/19

**Broadway [1]** 1/20

**broken [1]** 7/20

**brought [3]** 45/22
53/24 57/6

**Bruce [1]** 1/17

**bubble [3]** 41/15 57/20
57/24

**bunch [2]** 32/25 49/15

**burden [5]** 17/10 41/12
45/6 46/5 51/14

**burdensome [3]** 47/11
53/5 53/6

**business [6]** 25/4
27/20 28/8 28/23 55/21
58/2

**businesspeople [1]**
27/5

**busy [3]** 5/6 5/7 61/19

**C**

**calendar [1]** 8/12

**call [4]** 20/12 28/11
29/15 31/22

**called [2]** 42/2 49/9

**calls [2]** 22/6 23/20

**came [3]** 11/8 19/25
55/15

**can [36]** 5/11 15/10
15/23 19/2 20/5 20/19
22/2 23/20 25/17 26/13
27/4 28/13 29/10 29/12
29/18 33/1 36/10 38/3
38/16 38/17 39/11 40/7
40/13 42/13 44/17
45/19 45/25 46/23 47/2
48/8 48/13 49/23 49/23
52/25 57/10 61/23

**can't [11]** 29/2 32/21
38/12 39/1 45/17 45/20
45/24 46/3 46/4 46/6
49/11

**candidly [1]** 28/17

**care [8]** 20/9 37/23
45/12 45/17 59/7 59/10
59/17 60/3

**careful [1]** 34/1

**carefully [1]** 28/4

**Carlos [1]** 40/3

**Carr [1]** 1/19

**case [42]** 11/25 12/14
12/14 13/24 14/23
15/20 16/10 16/18 17/2
18/17 24/8 24/22 26/1
26/4 27/12 28/20 31/19
32/4 32/21 34/18 36/5
36/5 36/9 36/25 37/6
41/21 42/16 42/20
46/12 47/9 49/5 52/25
53/4 53/4 53/24 53/25
54/4 54/7 55/10 56/8
56/11 56/19

**cases [11]** 15/15 17/5
15/20 25/22 25/23
28/17 41/24 42/22 47/6
49/6 54/2

**cast [1]** 47/24

**casting [2]** 26/17 27/8

**categorical [5]** 22/12
24/15 26/16 27/14 57/1

**categorically [1]** 23/15

**categories [1]** 11/1

**category [1]** 23/15

**causal [1]** 54/13

**causation [2]** 38/19
38/24

**cause [1]** 28/3

**caused [1]** 43/17

**cc'ed [1]** 33/18

**Center [1]** 1/20

**certain [5]** 11/1 26/7
26/8 35/2 59/12

**certainly [5]** 9/14 10/11
10/19 19/7 33/24

**Certified [1]** 3/3

**certify [1]** 64/2

**CH [1]** 3/4

**chain [1]** 38/23

**chains [1]** 22/4

**challenge [6]** 22/8 24/1
24/15 26/14 28/19 40/6

**challenged [3]** 22/11
23/16 60/2

**challenges [2]** 26/10
29/24

**Chambers [1]** 54/4

**chance [3]** 7/9 28/25
41/20

**characterization [3]**
34/13 34/14 42/19

**characterized [1]** 23/7

**chart [2]** 18/9 18/21

**check [1]** 45/25

**CID [12]** 31/18 37/21
38/21 38/22 39/4 39/7
50/2 54/13 54/23 55/1
55/2 61/1

**Circuit [1]** 15/21

**circumstance [4]** 9/9
15/24 17/3 27/5

**circumstances [3]**
23/21 53/7 54/1

**cite [2]** 38/3 56/22

**cited [7]** 16/11 17/2
18/2 34/18 53/25 55/6
58/4

**citing [1]** 18/8

**Civil [1]** 4/7

**claim [5]** 22/23 23/4
28/16 45/10 55/7

**claimed [1]** 43/7

**claims [5]** 30/14 42/1
43/12 54/12 60/11

**clarity [1]** 30/1

**clear [5]** 16/4 23/8
38/16 40/3 52/19

**clearly [2]** 11/5 59/10

**client [8]** 17/24 20/8
28/2 33/23 48/17 48/21
49/19 52/2

**clients [1]** 29/19

**close [3]** 4/19 5/12 6/6

**closely [1]** 54/3

**closer [2]** 29/15 30/24

**CO [1]** 1/21

**coag.gov [1]** 1/22

**collection [1]** 58/12

**Colorado [4]** 1/17 1/18
1/20 4/10

**COLUMBIA [1]** 1/1

**combined [3]** 10/5
10/5 10/7

**come [10]** 11/18 13/11
24/16 26/20 27/1 37/17
50/9 51/19 56/25 60/22

**comes [3]** 12/12 31/7
35/12

**comfortable [1]** 46/7

**coming [2]** 12/6 18/25

**comment [4]** 49/16
57/20 57/24 59/1

**comments [2]** 13/6
30/7

**commercial [1]** 28/20

**committees [1]** 21/3

**communicate [8]** 28/8
37/23 45/12 45/17 59/7
59/9 59/17 60/3

**communicating [1]**
24/9

**communication [8]**
27/20 28/9 28/11 28/23
33/23 39/13 49/19
55/21

**communications [1]**
41/2

**companies [1]** 47/7

**company [8]** 25/9 31/8
33/1 33/3 33/6 41/8
43/2 55/3

**compel [8]** 4/21 15/5
20/13 30/11 51/7 52/20
52/22 53/8

**complain [1]** 54/20

**complained [1]** 56/3

**complaint [2]** 47/1
61/3

**complete [1]** 11/11

**C**

complete... [2] 21/15 53/9
completed [2] 5/13 5/14
completely [3] 24/23 52/17 53/3
complex [1] 58/3
comply [1] 12/2
computer [1] 3/7
computer-aided [1] 3/7
concern [2] 15/12 29/3
concerns [4] 12/11 24/12 33/20 33/22
conclude [1] 17/17
concluded [2] 21/23 63/6
conduct [25] 15/14 16/1 16/3 16/12 16/16 16/17 17/4 17/10 30/12 31/16 31/18 34/22 34/22 35/19 36/16 39/9 42/10 42/11 42/23 43/17 45/22 50/14 51/23 53/1 60/23
conference [5] 1/9 4/18 8/11 8/18 11/16
CONFERENCE/ORAL [1] 1/9
conferred [1] 62/5
confidential [2] 40/2 49/18
confronted [1] 16/4
connect [1] 40/11
connection [2] 15/25 54/14
CONNOLLY [1] 2/2
consider [1] 12/17
considerations [1] 58/10
considered [1] 12/18
constant [1] 25/4
Constitution [1] 3/4
Consumer [1] 1/18
contending [1] 19/19
contention [3] 10/2 10/4 13/14
contents [1] 38/22
context [6] 15/19 15/22 24/14 28/13 31/7 50/1
continue [3] 42/4 50/19 57/5
continued [7] 2/1 3/1 34/3 34/4 60/25 61/1 61/2
contract [1] 29/2
conversation [2] 29/12 57/10
copied [4] 25/14 27/8 27/21 27/22
copies [2] 27/9 27/10
copy [1] 58/18
corporate [1] 31/2
corporations [5] 20/23 28/21 42/5 42/12 46/24
correct [4] 8/4 24/10 29/1 64/3

correctly [2] 23/8 29/15
correlation [1] 38/19
cost [1] 46/16
could [22] 7/16 12/3 14/15 20/21 22/19 29/6 29/7 29/10 30/23 30/23 31/8 35/25 36/1 36/2 39/2 39/3 43/15 43/15 43/16 45/12 50/13 60/20
counsel [32] 14/3 16/20 18/13 18/14 32/2 32/16 32/17 32/19 32/19 32/20 32/23 33/11 34/4 41/6 43/6 43/7 43/11 44/2 45/16 45/16 46/23 47/23 56/1 58/6 58/19 58/20 59/15 59/21 60/5 60/6 61/4 62/5
counsel's [3] 46/14 59/5 59/5
country [1] 42/12
couple [3] 4/17 7/14 9/4
course [6] 13/24 29/1 37/5 37/9 54/9 59/19
court [43] 1/1 3/2 3/3 15/13 16/10 16/22 16/25 17/6 27/1 30/8 30/18 30/18 34/8 35/18 35/24 40/7 40/11 44/8 44/8 44/9 44/15 46/7 46/17 46/18 46/18 49/2 49/9 50/4 50/7 50/17 53/20 53/25 54/7 59/6 59/18 60/12 60/17 60/19 63/5
court's [6] 21/1 30/6 30/6 32/9 34/19 40/8
courtroom [1] 4/15
courts [3] 34/18 43/2 50/23
covered [1] 19/19
crazy [1] 55/3
create [1] 38/8
created [4] 38/11 38/21 45/9 54/12
creation [1] 54/17
credit [1] 18/12
cross [1] 9/10
CRR [1] 64/2
culture [2] 31/22 31/24
curious [2] 6/18 7/5
current [1] 5/1
currently [1] 60/15
cut [1] 36/4
CV [1] 1/4

**D**

D.C [6] 1/5 1/14 2/3 2/7 2/12 3/5
D.C. [1] 15/21
D.C. Circuit [1] 15/21
data [6] 7/17 11/5 21/11 58/1 58/2 58/12
date [4] 12/1 12/3

dated [1] 37/22
dates [5] 9/12 17/5 34/23 36/13 42/24
day [8] 14/6 19/25 25/12 25/12 25/25 38/18 62/6 62/10
days [8] 13/12 13/22 37/24 37/24 38/18 54/12 54/12 54/24
de [2] 33/16 35/21
de-privileged [2] 33/16 35/21
dead [1] 12/1
deadline [2] 8/18 61/15
deal [7] 11/3 14/1 24/20 25/7 44/3 45/14 56/2
dealing [4] 24/24 34/9 53/4 56/10
decide [1] 61/9
decided [1] 29/15
deck [9] 38/11 38/21 39/2 39/3 39/6 39/12 40/10 54/15 54/17
decks [1] 55/6
declaration [6] 38/13 44/15 54/15 54/25 57/20 57/23
declarations [1] 55/13
defaults [1] 38/8
defend [2] 48/7 48/8
Defendant [2] 1/7 2/2
defendant's [1] 31/8
defendants [1] 5/16
Defense [1] 62/5
degree [2] 15/12 20/9
degrees [1] 29/8
Denver [1] 1/21
DEPARTMENT [5] 1/13 1/18 9/16 10/6 52/24
Department's [1] 52/21
depend [1] 27/15
deponent [1] 20/2
deponents [2] 22/19 24/14
depose [1] 19/24
deposed [2] 22/15 22/16
deposition [5] 9/5 9/10 9/13 9/20 22/20
depositions [4] 5/12 5/14 11/11 14/5
described [2] 24/8 27/4
describes [1] 58/9
description [1] 22/22
design [1] 49/17
destroy [2] 31/4 37/18
destroys [3] 31/1 31/2 32/4
destruction [1] 36/5
details [1] 49/17
determination [1] 27/15
determinative [2] 28/3 28/5
determined [1] 23/13

develop [1] 29/6
did [14] 7/23 16/12 16/23 22/14 33/24 35/22 40/4 41/24 42/2 50/13 52/2 52/11 52/14 59/14
didn't [15] 9/24 44/20 33/25 35/6 35/24 37/20 41/15 42/10 43/13 45/3 49/2 50/7 53/5 53/19 59/11
differences [1] 29/6
different [5] 9/21 18/24 31/15 48/22 49/25
difficult [1] 42/15
dig [1] 34/5
digest [1] 7/7
diligence [1] 19/9
diligent [1] 41/7
Dintzer [16] 1/13 4/9 5/2 9/16 21/6 23/25 30/1 30/3 30/23 34/12 42/18 45/19 52/20 56/3 57/19 59/1
diplomatic [1] 13/8
direct [1] 59/24
direction [2] 12/6 13/8
directly [1] 58/7
disagree [1] 49/3
disagreement [1] 29/11
disclosed [1] 12/13
disclosure [2] 15/5 53/9
discoverable [1] 10/16
discovery [23] 4/19 6/5 6/6 6/9 10/13 10/20 11/3 11/13 11/14 11/20 13/19 13/23 14/4 14/7 14/10 24/22 24/23 30/16 30/17 31/19 39/18 56/11 61/15
discrimination [1] 11/25
discussion [1] 49/20
dishonest [1] 45/4
disingenuous [1] 42/2
dispute [6] 5/8 15/22 16/18 27/1 30/16 57/16
disputed [1] 56/24
disputes [2] 5/10 5/18
DISTRICT [3] 1/1 1/1 1/10
do [55] 4/17 7/18 9/16 10/13 11/15 12/3 18/16 18/16 19/22 19/22 20/19 21/12 21/12 24/2 24/2 24/11 25/24 26/5 26/18 26/19 26/19 29/2 31/8 32/18 32/23 32/24 33/3 34/21 35/10 36/12 37/19 38/11 39/16 39/22 40/5 40/13 43/4 44/4 45/3 45/20 46/16 47/2 48/23 48/23 49/1 50/19 54/10 56/21 57/21 58/10 59/12 59/14 60/18 61/9 61/16

do you [1] 61/16
do you have [1] 21/12
Do you know [1] 38/11
docs [1] 57/7
document [31] 9/24 12/12 13/9 25/24 27/22 28/4 31/2 31/2 31/5 32/4 36/5 40/5 40/5 45/12 47/11 47/11 48/25 49/13 49/14 49/17 49/18 49/20 51/14 55/7 55/10 55/17 56/11 60/1 52/1 58/4 58/21 59/25 60/1
documents [62] 9/22 9/23 15/15 15/16 18/12 20/15 21/22 22/18 22/21 23/4 24/4 25/25 26/1 26/12 30/13 31/21 32/1 32/16 32/25 33/9 33/15 33/22 34/4 34/15 35/2 35/4 35/21 35/22 35/23 37/19 37/23 38/7 40/18 41/1 41/14 41/15 43/8 44/1 44/11 45/6 45/7 45/8 46/8 46/10 46/19 47/9 48/2 48/5 48/15 50/10 51/4 51/5 51/16 52/23 53/4 55/10 57/8 59/6 60/15 60/16 61/2 61/3
does [13] 9/11 11/6 15/18 17/20 19/14 19/17 22/3 23/23 28/11 31/2 44/15 44/17 50/17 48/9 55/11 59/21
doesn't [9] 11/19 27/11 27/17 37/14 37/16 47/3 48/9 55/11 59/21
doing [12] 14/1 14/4 19/3 25/17 31/23 33/25 36/18 36/18 43/23 44/13 46/14 46/25
DOJ [3] 1/13 4/9 56/15
don't [62] 4/15 4/21 4/22 5/5 5/21 6/10 7/5 7/6 7/8 7/25 8/11 8/13 8/20 9/18 12/8 12/14 14/9 14/17 15/8 17/16 18/6 20/4 20/10 20/19 21/1 21/5 21/6 26/3 31/9 32/17 32/24 33/2 33/8 34/7 34/7 35/17 38/14 39/5 40/19 40/22 41/9 41/22 42/10 42/15 42/22 43/3 43/20 45/3 45/4 45/5 45/18 50/12 50/18 51/11 55/14 56/6 56/16 56/23 56/25 57/9 61/10 61/22
done [23] 18/17 18/18 26/20 32/2 33/4 37/3 37/5 37/6 40/12 42/9 44/25 45/25 46/1 46/7 47/22 47/23 47/25 49/4 49/4 49/11 55/18 57/1 62/15
dots [1] 40/12
down [8] 7/9 7/20

**D**

down... [6] 41/16 44/17
62/1 62/8 62/12 62/20
downside [1] 42/6
drop [1] 12/1
drop-dead [1] 12/1
dropped [1] 13/12
due [2] 6/18 7/4
dumped [1] 51/21
during [4] 16/16 37/5
37/8 54/9
duty [2] 16/5 16/6

**E**

e-Discovery [1] 24/23
each [1] 34/5
earlier [4] 13/19 34/14
54/22 54/24
early [1] 12/12
ease [1] 12/11
easier [1] 12/1
easily [1] 14/17
easy [1] 11/25
ecosystem [1] 45/21
edge [1] 28/17 29/15
effect [1] 14/20
effort [2] 30/16 56/14
efforts [1] 43/23
either [1] 22/23
electronic [1] 24/21
elements [2] 8/3 8/5
elevate [1] 23/19
else [8] 8/9 38/25
46/15 47/2 47/2 47/14
56/15 62/23
email [20] 1/15 1/22
2/4 2/8 9/23 17/25 18/7
20/1 20/3 22/4 24/4
27/9 27/13 27/17 33/17
48/16 48/18 50/21 59/9
60/25
emails [19] 18/8 18/20
19/1 19/4 19/16 19/19
19/24 19/25 20/10 22/6
22/7 22/25 24/2 24/16
27/7 27/14 31/25 39/11
50/3
embarrass [1] 14/17
embarrassed [2] 13/21
14/21
embedded [3] 25/10
27/6 28/14
employee [3] 20/7 31/2
31/3
employees [1] 25/8
end [3] 6/9 8/14 25/25
engaged [1] 25/3
engaging [1] 20/24
engineer [1] 57/25
engineers [1] 49/15
enormous [3] 41/13
42/8 46/22
enough [7] 15/8 26/22
42/13 42/13 42/15
46/21 46/23
ensure [1] 11/20
enter [1] 56/7
entire [2] 28/14 58/13

entirety [2] 22/4 44/21
entitled [5] 10/14 10/15
12/17 51/17 57/13
entries [4] 24/17 26/2
26/3 26/21
era [1] 25/19
escaped [1] 56/13
escaping [1] 16/11
especially [1] 37/2
essentially [2] 43/1
43/22
establish [1] 38/24
et [2] 1/3 4/8
et al [1] 4/8
evaluate [1] 26/13
evaluating [1] 58/12
evaluation [1] 47/11
even [31] 13/20 27/25
31/11 31/18 34/12
34/22 35/12 37/13
37/13 37/16 42/15
42/18 43/17 44/12
44/19 47/22 49/2 49/2
49/5 50/7 50/8 50/12
50/13 53/8 53/18 53/24
55/1 57/2 58/11 59/18
61/2
ever [2] 23/10 49/4
every [10] 12/12 14/6
18/7 39/12 42/14 44/13
48/7 55/7 55/10 55/16
everybody [5] 4/14
31/23 44/16 47/2 63/2
everybody's [1] 12/10
everyone [2] 4/5 12/16
everything [7] 13/22
22/11 42/18 43/25
46/23 47/2 56/15
evidence [9] 14/20
17/20 36/17 37/4 38/20
40/4 40/8 40/9 55/4
evidentiary [2] 36/6
38/23
exactly [6] 18/8 34/10
39/22 45/10 59/16 60/2
example [8] 9/23 11/4
18/4 19/22 31/12 34/18
36/25 39/25
examples [3] 18/2 18/3
34/16
except [1] 5/7
exception [1] 55/3
excluded [1] 12/3
exclusivity [1] 38/8
exhibit [4] 37/25 39/21
39/25 58/16
expect [4] 6/5 10/19
11/1 26/19
expecting [1] 13/21
expend [1] 43/18
experienced [1] 23/19
experts [1] 12/17
explain [1] 31/15
explains [1] 58/1
express [1] 54/10
extent [8] 7/13 12/11
17/9 21/18 21/20 23/25

extraordinarily [1]
56/12
extraordinary [2]
30/10 30/13
extreme [1] 31/11
extremely [2] 5/7 6/22
eye [4] 18/3 18/11
22/14 23/19
eye-popping [2] 18/3
18/11
eyeballed [1] 48/1
eyebrow [1] 20/18

**F**

F.2d [1] 16/9
face [4] 29/24 39/18
39/19 44/14
faced [2] 36/22 41/23
facial [1] 56/24
facially [1] 46/15
fact [12] 6/5 6/9 14/3
19/5 20/6 26/13 31/6
33/24 38/1 38/6 44/24
49/3
facts [2] 34/13 36/22
factual [2] 17/16 55/5
failed [1] 41/21
failure [1] 51/7
fair [1] 14/23
fairly [3] 13/13 18/1
34/19
faith [21] 15/23 15/23
15/25 16/3 29/4 29/11
37/3 39/20 40/9 44/3
46/15 47/24 48/25
48/25 49/1 49/8 49/9
50/5 50/5 51/15 54/8
fallout [1] 34/9
false [5] 30/13 33/10
43/12 45/10 60/11
falsely [1] 41/3
far [2] 31/16 44/22
fashion [2] 22/12 29/12
February [2] 5/15 8/4
federal [3] 15/13 15/18
17/6
fee [2] 15/22 15/22
43/19
feel [3] 8/21 35/9 46/7
feels [1] 60/17
fees [5] 15/24 16/13
17/11 43/14 54/3
feet [1] 29/18
fell [1] 56/2
few [2] 6/13 13/6
fifth [2] 2/11 10/7
fight [2] 21/23 29/16
figure [2] 20/13 62/21
file [1] 52/2
filed [10] 10/7 10/9
10/11 10/20 31/6 32/3
32/6 35/22 47/1 61/3
final [2] 49/18 60/22
Finally [1] 60/22
find [1] 47/3
fine [4] 9/14 11/14 62/6

firm [1] 35/9
first [4] 4/17 15/11
21/6 23/1 23/13 30/4
35/16 41/11 48/24
49/16 51/20 53/16
fit [1] 22/21
five [9] 15/17 37/24
38/18 45/23 54/12
54/12 54/24 60/24
60/24
five years [1] 45/23
flexibility [2] 12/8
35/11
flood [1] 35/23
Floor [1] 1/21 2/11
focus [3] 26/6 26/9
30/19
focused [1] 9/22 9/22
folks [1] 12/4
follow [1] 26/10
follow-up [1] 26/10
following [2] 16/21
24/11
forced [1] 16/7
foregoing [1] 64/3
foresight [1] 9/17
forgive [1] 40/21
form [1] 22/23
formulate [1] 47/5
forward [3] 15/10
34/16 42/20
forwarded [1] 28/13
found [6] 6/23 16/4
18/5 33/21 33/22 50/4
frame [1] 13/15
frank [1] 29/13
Franklin [2] 2/9 4/12
frankly [4] 13/23 32/21
34/15 58/11
fresh [1] 23/19
Friday [1] 16/20
front [5] 7/6 35/2 35/5
41/24 57/19
full [4] 22/24 23/3 55/9
61/11
fulsome [2] 11/10
11/20
fundamentally [1]
31/15
further [1] 34/3

**G**

gather [1] 13/16
gave [2] 32/1 41/20
General [1] 30/9
gentleman [1] 54/16
Germany [1] 54/16
get [25] 4/22 5/8 11/7
11/10 14/11 20/15 21/6
25/24 27/1 28/16 30/20
35/4 37/15 37/16 37/20
41/2 41/4 44/11 46/6
48/3 48/5 50/18 50/22
55/20 55/21
gets [5] 12/16 37/17
40/17 40/17 44/23
getting [5] 5/12 5/16

give [5] 25/16 28/25
33/11 39/25 50/7
given [12] 6/20 8/18
15/16 18/13 20/5 24/25
26/13 26/22 29/9 34/14
34/15 61/3
giving [3] 15/11 16/1
16/3
glance [1] 19/18
go [10] 14/22 16/22
19/2 20/17 26/19 30/3
30/7 32/18 42/17 56/4
goal [1] 40/25
goes [2] 15/16 31/16
going [27] 5/8 6/19
7/13 7/25 8/19 12/3
12/13 13/7 14/5 15/6
16/21 19/1 20/2 20/2
21/23 21/25 22/16
28/16 29/16 41/3 41/13
43/24 48/10 48/12
50/23 50/25 55/15
gone [1] 23/17
good [13] 4/4 4/6 5/1
12/25 13/1 13/2 13/4
27/10 29/4 29/11 34/23
44/2 45/4
Goodrich [1] 2/10
GOOGLE [61] 1/6 2/2
4/8 4/13 5/10 7/1 7/7
7/18 7/23 9/6 9/10 10/9
11/2 11/5 11/5 17/22
18/8 18/17 18/25 19/9
19/17 19/19 20/7 20/22
20/23 31/20 31/21
31/23 32/15 33/16
33/18 34/2 34/10 35/21
36/11 38/7 39/8 40/17
41/7 43/9 43/10 43/23
44/8 44/12 44/15 44/16
44/17 44/24 45/22
46/18 46/19 47/22
49/11 50/11 50/20
51/13 56/13 60/13
60/14 60/19 60/23
Google LLC [1] 4/13
Google's [8] 11/2
27/12 30/12 33/12 36/9
38/13 58/2 58/5
got [26] 7/8 13/15 14/5
15/9 25/2 29/3 33/25
35/11 37/22 40/6 43/3
44/25 47/21 47/23 50/8
50/12 51/19 51/21
55/22 56/9 56/23 59/1
60/2 60/4 60/4 61/15
gotten [1] 6/4
government [14] 15/17
17/21 18/2 18/7 19/2
19/22 20/14 20/21 22/6
23/2 23/18 43/25 58/3
60/9
government's [4] 4/20
15/4 31/18 52/18
GRAY [1] 2/6
greater [1] 47/8
Green [2] 58/4 58/4

**G**

greeting [2] 40/1 40/3
ground [3] 32/22 52/21
53/8
group [6] 27/5 27/6
27/7 28/14 55/25 56/5
groups [1] 25/12
guess [3] 15/3 40/19
42/17
guidance [1] 30/6

**H**

had [26] 7/7 7/9 19/24
22/16 31/21 31/21
31/22 33/22 33/23 34/3
34/5 35/23 36/1 41/12
45/14 48/22 50/9 56/3
56/4 56/9 57/16 57/20
57/21 58/20 59/10 60/6
hadn't [2] 33/21 33/21
hand [4] 19/8 50/16
57/23 58/16
handed [1] 32/7
hands [2] 41/2 41/18
hang [3] 21/8 52/7
52/10
happen [3] 25/23 26/24
48/13
happened [5] 26/16
34/8 38/17 38/18 49/24
happens [2] 39/21
41/24
happy [3] 56/18 56/22
59/2
hard [3] 14/22 32/4
56/1
harder [2] 18/13 28/17
harm [2] 40/14 40/15
has [44] 6/8 7/7 9/10
9/24 10/9 11/2 11/17
15/12 15/13 15/14
15/21 17/2 17/6 17/21
18/2 18/10 18/14 18/17
19/12 19/23 20/21
22/11 22/12 23/2 23/14
33/6 35/19 35/21 35/24
39/13 44/2 44/13 45/22
47/22 48/1 49/4 49/11
52/20 53/25 56/11
56/13 56/15 58/10
59/18
hashtag [3] 18/4 59/7
59/9
hasn't [2] 12/13 22/5
26/16
have [158]
haven't [14] 5/6 5/25
7/20 34/18 42/20 46/2
46/10 47/24 47/25
54/24 56/24 56/25
57/12 57/13
having [2] 28/22 43/24
he [11] 27/9 52/1 54/12
55/1 56/3 58/9 59/11
59/11 59/20 59/22
59/23
he'd [1] 59/10
he's [1] 54/11

header [2] 17/24 20/8
heading [1] 7/12
heads [1] 33/12
heads-up [1] 33/12
hear [1] 51/25
heard [4] 14/19 52/1
59/3 62/10
hearing [4] 35/7 51/2
58/17 61/6
heart [1] 44/23
heartland [1] 35/13
heat [1] 61/18
heightened [1] 20/9
Helen [1] 48/19
helpful [1] 29/25
here [29] 4/17 9/12 15/3
15/12 17/1 17/12 17/16
18/25 20/15 29/17
30/12 30/20 32/2 33/4
35/1 37/6 37/7 40/10
40/13 40/25 42/3 51/19
52/17 54/1 54/22 55/5
56/14 57/17 61/8
here's [2] 23/3 23/3
herself [1] 31/3
hey [5] 24/17 26/10
26/21 29/1 33/25
hi [1] 40/3
hide [2] 29/17 40/25
high [1] 15/12
him [1] 54/22
hired [1] 32/20
His [1] 52/2
home [1] 7/12
homework [1] 46/1
Honor [73]
Honor's [1] 9/12
HONORABLE [2] 1/10
4/2
Honorable Amit [1] 4/2
hope [4] 11/18 12/8
29/20 62/15
hopeful [1] 10/11
hopefully [1] 30/1
Hospital [1] 16/9
host [1] 16/16
hot [1] 44/18
hours [1] 41/17
house [6] 25/1 27/6
28/22 32/17 32/19 58/5
how [25] 6/20 7/3 7/6
7/22 11/4 15/10 15/18
19/15 19/16 19/18 20/4
21/11 21/12 22/21 24/2
24/11 27/15 41/9 41/21
49/23 49/23 56/6 61/23
62/2 62/16
however [1] 13/15
hundreds [1] 41/16
hunt [1] 41/16
hyperlink [1] 9/24
hyperlinked [1] 9/25

**I**

I also [1] 8/19
I apologize [1] 53/6
I assume [1] 7/14

I believe [7] 11/8 12/22
22/24 27/18 37/8 49/15
56/19
I can [6] 5/11 20/19
38/3 39/11 40/7 40/13
I could [1] 43/16
I don't [10] 4/15 7/8
12/14 34/7 38/14 42/22
43/20 55/14 56/23
61/22
I don't have [1] 20/4
I guess [3] 15/3 40/19
42/17
I have [2] 25/19 40/10
I haven't [1] 54/24
I hope [2] 29/20 62/15
I just [4] 14/15 17/6
20/19 39/1
I know [2] 7/18 48/20
I mean [27] 5/16 6/13
7/17 19/4 20/21 25/6
28/12 31/1 32/12 32/19
33/2 33/12 33/18 35/22
36/12 37/2 38/16 39/2
39/10 40/16 41/15 42/7
42/21 47/15 49/22 59/5
61/22
I should [2] 10/3 52/1
I think [31] 12/4 12/15
13/9 13/20 14/6 15/7
16/18 18/17 18/24 19/8
19/15 21/19 23/7 23/21
25/5 26/5 26/18 26/24
28/7 28/19 28/21 30/25
31/14 47/10 47/25 48/5
54/3 57/2 61/16 61/17
62/15
I understand [1] 43/21
I want [5] 23/8 31/4
35/9 47/5 61/8
I was [3] 4/25 17/13
54/5
I will [8] 13/18 24/19
35/6 51/4 52/4 53/13
57/18 58/16
I would [1] 31/10
I'd [8] 20/11 30/7 35/14
36/12 44/6 44/7 48/3
48/5
I'll [11] 12/10 12/15
17/15 29/13 35/3 35/3
39/25 44/11 51/25 59/1
61/9
I'm [33] 6/18 7/5 10/3
13/3 15/6 17/2 17/6
24/19 26/17 27/8 30/23
32/13 33/6 34/17 34/24
36/12 36/20 41/7 47/5
48/3 48/8 48/10 48/12
48/20 50/25 52/5 52/7
52/13 57/2 57/15 61/20
61/25 62/14
I'm going [2] 48/10
50/25
I'm not [11] 15/6 17/2
26/17 27/8 36/12 36/20
41/7 48/3 57/2 57/15
61/20

I'm sorry [6] 13/3
30/23 32/13 52/5 52/7
52/13
I'm sure [1] 48/8
I've [12] 4/15 6/13
25/21 25/23 29/2 29/3
35/11 42/21 47/21
47/23 56/7 56/9
idea [3] 27/10 55/2
56/13
identified [1] 24/16
identify [1] 22/18
identifying [1] 4/23
ill [1] 27/8
image [1] 4/16
imagine [1] 9/23
impact [1] 15/14
importance [1] 20/9
important [4] 10/14
11/9 30/21 44/21
imposed [1] 16/5
improperly [2] 33/16
43/7
inability [1] 35/1
inappropriate [1] 53/5
include [4] 10/5 22/3
39/23 49/19
included [4] 22/5
58/22 59/9 59/17
including [2] 17/24
39/14
incomplete [1] 53/1
incredibly [1] 30/21
indicating [1] 11/16
individuals [1] 26/8
inference [2] 20/10
36/15
information [16] 10/12
10/16 10/18 10/20 11/1
11/4 11/7 12/6 13/7
13/17 17/25 26/12
26/22 29/17 57/8 57/9
inherent [6] 17/7 21/1
32/9 34/20 35/12 53/18
initially [1] 18/8
injured [1] 16/6
inside [1] 32/23
insight [1] 45/18
insignificant [1] 13/11
instance [1] 23/14
instances [5] 11/4
26/21 55/18 55/19
55/22
instead [2] 30/11 58/21
institutional [1] 17/18
instruct [2] 36/9 36/15
instructed [1] 28/1
instructions [1] 29/9
intent [3] 39/19 49/23
50/2
intentional [1] 49/7
interactions [1] 6/25
interest [1] 26/8
interested [1] 26/7
26/9 26/11
interesting [2] 18/10
32/22

interests [2] 20/14
29/19
interim [1] 61/16
internal [1] 11/2
interrogatories [5]
10/2 10/4 10/8 10/10
13/14
intuition [1] 13/7
invest [2] 46/3 60/7
invested [1] 42/7
investigating [2] 38/2
39/9
investigation [1] 31/7
investment [1] 42/8
involve [2] 16/12 47/6
involved [6] 16/15
54/16 54/25 55/14
56/10 58/12
involves [3] 42/23 47/8
58/3
involving [3] 18/4 47/7
54/3
is [192]
is there [5] 5/21 27/13
40/8 58/18 62/23
isn't [4] 18/14 36/3
36/4 59/24
issue [9] 5/23 15/3
15/11 15/19 15/22 17/7
17/12 29/3 58/11
issued [13] 6/15 6/21
7/17 9/9 10/10 10/9
13/24 39/8 48/4 54/13
54/24 61/1
issues [10] 4/23 6/19
7/13 9/15 14/8 14/10
28/15 56/2 57/22 58/12
issuing [1] 16/13
it [124]
it would be [3] 8/17
32/22 36/4
it's [45] 4/16 8/21
10/13 11/9 11/15 11/25
12/7 13/2 13/4 13/5
17/17 18/5 18/6 19/2
19/6 20/14 22/10 27/10
27/20 28/8 28/13 28/16
28/18 29/15 32/4 34/14
34/22 35/10 36/6 37/7
37/10 39/3 39/5 39/10
40/23 42/20 46/1 46/2
47/11 49/3 53/7 55/25
56/8 59/2 59/22
iterations [1] 49/17
its [5] 32/15 39/18
39/19 43/2 60/17
itself [1] 59/7

**J**

job [1] 45/4
John [2] 2/2 4/12
Johnson [1] 36/25
join [1] 52/14
Joint [1] 5/1
jokes [1] 14/19
jon.sallet [1] 1/22
Jonathan [2] 1/17 4/10
jschmidtlein [1] 2/4

**J**

judge [11]  1/10 11/25
12/1 15/18 16/13 31/8
32/22 36/8 41/25 43/24
44/17
judgment [3]  12/18
23/20 45/13
judgments [4]  29/4
29/18 36/20 45/5
Judicial [1]  1/20
judicially [1]  16/5
July [1]  5/15
jump [2]  25/17 28/25
June [4]  12/7 33/17
34/2 36/1
jury [2]  36/14 36/15
just [60]  4/23 6/13 6/13
9/3 9/15 11/9 12/10
13/6 14/15 15/9 17/6
17/12 19/5 20/12 20/13
20/19 20/22 20/23 21/4
21/11 22/2 22/4 23/15
24/23 27/4 27/19 27/22
29/16 30/7 31/10 30/23
32/10 32/14 39/1 40/23
42/21 43/9 44/12 44/19
46/25 47/16 47/18
52/11 52/20 55/15
55/25 57/11 59/22 61/9
61/14 62/1 62/4 62/8
62/8 62/9 62/20
JUSTICE [4]  1/13 9/6
10/6 52/21
Justice's [1]  52/24

**K**

Kate [1]  40/2
keep [2]  5/1 27/10
keeping [1]  27/22
Kenneth [2]  1/13 4/9
kenneth.dintzer2 [1]
1/16
kept [2]  25/15 41/18
kind [13]  6/24 9/25
17/9 20/11 20/12 21/18
23/6 27/13 36/13 36/22
38/23 42/23 50/3
kinds [1]  9/21
knew [3]  31/23 36/18
38/21 59/11 59/16
knocked [2]  41/25 42/1
know [85]
knowingly [1]  33/11
knowledge [1]  53/1
known [1]  55/2
knows [2]  41/6 41/21
Kristin [1]  40/3

**L**

label [1]  41/3
language [1]  48/17
48/21 55/7
large [7]  13/10 13/16
18/11 28/21 29/8 39/6
47/7
last [5]  6/15 13/11
46/16 57/18 59/1

late [3]  6/20 13/12
19/25
later [5]  34/2 37/24
38/18 40/18 57/16
law [4]  1/18 15/20
56/19 57/2
lawsuit [7]  16/2 16/3
31/6 31/6 32/3 32/6
36/14
lawyer [20]  17/24 18/1
22/5 24/6 24/9 27/6
27/7 27/9 27/10 27/11
27/11 28/25 28/25
39/14 39/14 39/24
42/14 48/18 55/8 55/12
lawyers [14]  24/21
25/1 25/3 25/5 25/7
25/10 25/12 27/20
27/22 29/8 36/21 46/23
50/22 55/16
leads [1]  23/24
learn [2]  48/13 48/13
least [9]  4/22 18/18
19/18 20/20 27/21
38/24 38/25 44/1 50/10
leave [2]  9/11 61/9
left [5]  13/21 19/16
21/3 21/12 51/18
legal [16]  16/8 24/5
25/16 25/18 28/12
28/15 28/22 45/11
49/21 53/16 53/17
55/16 55/20 56/20 58/7
58/14
legally [1]  49/18
legitimate [1]  45/11
legitimately [1]  46/9
less [1]  20/12
let [12]  10/2 15/9 21/8
30/22 32/10 32/14
38/10 38/16 43/11
43/25 48/22 62/10
let's [11]  8/13 12/8
15/2 26/6 26/7 59/12
61/12 61/14 62/8 62/12
62/19
letter [1]  33/18
letters [1]  41/14
level [3]  14/1 39/19
40/1
light [2]  21/5 23/17
like [33]  6/16 6/19 7/4
8/9 8/21 14/18 17/11
18/4 18/8 20/12 21/3
24/22 25/12 26/12
26/18 30/3 30/7 34/4
35/15 37/20 44/4 44/6
44/7 45/10 45/15 47/14
49/5 50/8 51/20 54/1
57/23 59/2 60/8
liked [1]  19/24
likely [1]  7/14
limited [3]  16/15 16/17
52/23
line [1]  12/5
lines [2]  25/3 36/7
list [1]  23/3

listen [1]  26/11
litigant [1]  44/13
litigants [2]  41/21
41/22
litigation [19]  15/14
15/15 15/15 15/25 16/7
16/12 16/16 16/17 17/5
28/20 34/24 37/15
37/16 41/19 42/24
43/17 54/9 56/6 58/11
little [7]  13/20 15/21
30/24 32/10 35/11
38/25 61/8
LLC [3]  1/6 4/8 4/13
LLP [2]  2/2 2/6
log [18]  22/4 23/3 23/7
23/9 23/16 24/17 26/3
26/13 29/12 33/19
45/14 45/21 56/5 56/24
57/7 57/9 57/11 60/6
logs [3]  25/20 41/13
56/10
long [5]  15/8 34/9 39/3
47/7 59/24
longstanding [1]  43/5
look [35]  6/19 7/11
11/24 12/1 12/5 15/11
16/20 18/6 18/13 18/25
19/2 19/17 19/23 26/6
26/7 27/19 28/4 28/8
34/12 34/12 37/13
38/14 38/16 43/16
43/23 44/1 44/16 44/24
44/25 45/25 46/25
47/16 59/18 59/20 61/7
looked [5]  15/20 42/21
44/2 45/15 51/23
looking [7]  6/13 17/13
23/7 28/13 29/21 41/14
50/23
looks [3]  6/16 7/4
45/10
loop [2]  27/11 27/23
loss [1]  34/17
lot [11]  8/19 12/4 14/4
14/22 33/13 33/22 43/2
56/13 56/14 59/24 61/7

**M**

MADA [2]  39/13 55/11
made [11]  14/3 21/19
23/18 24/15 27/15
30/16 45/1 47/24 54/23
57/12 57/13
main [1]  16/10
maintaining [1]  22/22
majority [1]  23/9
make [14]  12/4 12/16
17/15 23/20 29/4 29/10
29/18 42/15 46/25
48/17 50/22 51/13
51/14 52/12
makes [2]  20/13 32/15
making [4]  17/25 35/25
36/20 46/20
managed [2]  5/7 5/9
manner [2]  7/24 14/23

18/19 21/12 21/12
22/21 33/18 41/21 56/6
mark [6]  2/5 4/12 5/13
34/4 49/18 60/4
mark.popofsky [1]  2/8
markings [1]  28/1
marks [1]  27/25
massive [4]  24/22
25/20 55/9 56/1 56/8
Master [7]  42/1 51/11
56/18 56/21 57/3 57/14
60/21
matter [5]  20/5 26/1
26/3 26/7 64/4
matters [2]  27/23 38/6
may [27]  4/24 5/4 6/7
6/8 9/7 9/13 9/18 10/18
11/18 12/12 16/4 17/23
20/19 24/7 27/15 31/13
31/15 36/15 36/16
36/23 37/19 47/18
60/25 61/16 61/16
61/19 62/16
maybe [9]  20/9 20/25
23/19 24/10 30/23
35/11 42/20 43/19
47/19
me [29]  9/14 10/2 15/9
15/11 16/11 17/13
17/20 18/18 19/21 21/2
21/8 24/10 30/22 32/10
32/14 38/10 38/16
38/20 38/24 38/25
40/22 40/23 43/1 43/14
47/14 48/22 49/23 51/2
51/19
mean [47]  5/16 5/21
6/13 7/14 7/17 19/4
20/21 21/21 25/6 27/4
27/13 28/12 29/9 29/13
31/1 32/12 32/17 32/17
32/19 32/21 33/2 33/12
33/18 34/17 34/20
35/22 36/12 37/2 37/10
38/14 38/16 39/2 39/10
40/7 40/16 41/15 41/25
42/7 42/21 43/1 47/15
47/21 48/9 49/22 59/5
59/12 61/22
meaningful [1]  20/16
means [4]  40/16 40/18
44/13 46/5
meant [1]  59/11
meaty [1]  28/15
mechanical [1]  3/6
meeting [2]  54/17
54/21
MEHTA [2]  1/10 4/3
members [1]  27/7
mentioned [1]  49/13
menu [1]  37/1
Merit [1]  3/2
methodical [1]  45/24
microphone [1]  30/24
Microsoft [1]  14/9
middle [1]  28/18
might [10]  6/7 17/10

18/19 21/12 21/12

28/10 28/24 34/1
38/25 45/10 45/13 60/8
mill [1]  47/9
million [2]  25/25 26/2
millions [1]  25/24
mind [4]  10/25 36/17
36/17 48/22
mindful [1]  19/11
minds [1]  12/11
minimum [2]  49/10
49/10
minute [1]  29/1
misconduct [1]  49/12
misguided [1]  17/23
misplaced [1]  59/6
misrepresentation [1]
37/1
mistakenly [1]  55/22
mistakes [3]  29/7
29/10 45/1
modern [1]  25/19
moment [4]  14/16 22/2
26/17 59/3
Monday [1]  16/22
money [1]  42/13
monitoring [1]  33/14
month [2]  5/5 10/13
monthly [1]  4/18
months [2]  37/17
48/14
more [27]  5/21 9/2
13/25 15/17 19/16
21/12 23/19 24/14
25/19 26/12 26/21
27/22 28/4 30/1 31/11
31/20 33/15 33/19 34/1
35/6 35/11 37/6 38/25
43/7 44/2 45/18 49/20
most [3]  12/6 26/5
41/19
motion [16]  4/20 15/4
23/2 30/11 35/22 42/9
50/6 51/7 52/3 52/3
52/14 52/18 52/20
52/22 53/7 59/2
motions [2]  5/17 14/16
motives [1]  27/8
move [4]  9/13 15/2
15/10 30/24
Mr [2]  60/9 61/12
Mr. [31]  5/2 8/24 9/16
12/24 13/20 21/6 21/6
21/7 21/10 23/25 23/25
30/1 30/2 30/3 30/3
30/22 30/23 34/12
42/18 45/19 45/19 47/8
48/4 51/19 51/25 52/1
52/20 53/12 56/3 57/19
59/1
Mr. Dintzer [14]  5/2
9/16 21/6 23/25 30/1
30/3 30/23 34/12 42/18
45/19 52/20 56/3 57/19
59/1
Mr. Sallet [9]  8/24
13/20 21/6 23/25 30/2
30/3 30/22 52/1 53/12
Mr. Schmidtlein [8]

## M

**Mr. Schmidtlein... [8]**
12/24 21/7 21/10 45/19
47/8 48/4 51/19 51/25
**much [12]** 5/5 7/6 7/12
9/2 13/19 15/8 19/16
24/20 30/25 48/9 60/8
61/10
**multiple [1]** 48/1
**mundane [1]** 15/3
**must [1]** 33/14
**my [12]** 14/15 14/19
15/9 20/11 21/4 22/10
23/6 24/10 35/9 43/15
49/25 56/2
**myself [1]** 43/16

## N

**name [2]** 16/11 46/14
**narrow [1]** 6/22
**Nasco [1]** 54/4
**naturally [1]** 23/24
**near [1]** 52/25
**necessarily [1]** 25/15
**necessary [6]** 8/21
9/19 11/18 17/17 35/18
39/19
**need [12]** 12/8 25/16
25/16 26/21 29/1 33/8
38/23 44/18 45/11
53/20 54/8 54/8
**needs [3]** 19/17 32/23
44/16
**negotiated [1]** 8/5
**negotiating [1]** 8/5
**neither [1]** 15/12
**net [2]** 46/5 46/6
**neutral [1]** 47/14
**never [4]** 23/2 23/9
49/4 53/24
**new [1]** 35/23
**next [10]** 7/13 8/11
17/15 23/24 26/18
26/19 44/17 46/12
61/12 61/25
**nice [3]** 4/16 8/24 13/5
**NLRB [1]** 41/24
**no [22]** 1/4 5/22 6/24
8/10 10/11 11/13 25/6
25/6 31/6 31/17 32/5
32/7 42/5 42/6 45/8
45/24 52/11 53/22
53/24 53/25 55/4 62/25
**nobody [2]** 17/2 49/4
**none [2]** 24/7 52/14
**nonetheless [1]** 10/19
**noodle [1]** 50/25
**normal [1]** 13/24
**normalize [1]** 42/11
**normalized [1]** 49/12
**normally [3]** 26/15
26/19 26/24
**not [100]**
**not-bad [1]** 51/1
**noted [2]** 35/24 59/7
**nothing [1]** 5/18
**notice [5]** 7/4 37/14
37/16 37/18 37/18

**noticed [1]** 24/21
6/8 9/10
**notices [1]** 37/15
**November [1]** 5/15
**now [31]** 5/18 5/23
6/10 9/11 13/9 14/5
17/9 18/12 18/24 21/22
22/12 28/21 30/19
33/17 35/3 36/20 41/7
44/24 44/25 45/1 47/21
48/1 48/12 48/13 48/14
50/21 50/21 57/11
61/15 61/19 62/20
**number [9]** 11/3 13/11
19/6 23/5 23/5 44/24
47/8 56/8 60/10
**numbering [1]** 10/5
**numbers [4]** 18/5
18/11 18/11 24/23
**NW [5]** 1/14 2/3 2/6
2/11 3/4

## O

**objections [1]** 7/4
**obligation [4]** 8/20
10/15 14/24 33/2
**obligations [1]** 19/11
**observation [1]** 17/15
**obtain [4]** 10/12 10/20
58/6 58/14
**obvious [1]** 24/4
**obviously [6]** 5/8 6/18
13/15 16/25 52/25
54/18
**occasions [1]** 11/17
**occurred [2]** 15/25
17/13
**occurs [1]** 28/19
**off [4]** 18/22 32/7 36/4
62/5
**offer [1]** 7/18
**office [1]** 58/1
**Official [1]** 3/3
**often [1]** 25/14
**oh [3]** 23/11 57/11
59/12
**okay [37]** 4/14 4/17
5/20 6/2 6/12 7/2 7/10
8/2 8/7 8/8 8/15 8/23
10/23 11/22 11/23
12/21 14/14 15/1 15/2
21/24 22/9 22/13 23/11
27/3 29/25 41/11 43/15
44/4 45/1 49/11 50/25
51/24 52/16 53/12
62/19 62/23 63/1
**once [3]** 37/11 37/14
37/16
**one [38]** 7/14 7/21 8/16
9/5 9/22 9/22 10/25
12/16 13/7 13/25 15/25
17/12 17/17 19/15
30/17 31/12 37/7 37/10
37/23 39/6 41/17 42/22
44/11 45/11 45/20
45/20 46/13 47/15
49/19 54/4 56/12 59/1
59/7 60/12 61/20 61/23

**one's [1]** 59/8
**ones [4]** 7/21 7/22 29/4
35/24
**ongoing [3]** 14/5 27/23
28/23
**only [12]** 27/8 39/17
40/16 46/20 46/25
47/11 50/8 52/23 53/8
59/20 60/2 61/21
**open [2]** 14/10 35/7
**opened [1]** 31/19
**opening [1]** 58/21
**operation [1]** 25/8
**operations [1]** 11/2
**opinion [1]** 29/7 49/21
**opportunity [3]** 9/17
14/23 35/6
**opposite [1]** 40/23
**opposition [1]** 58/22
**oral [2]** 1/9 15/7
**orally [2]** 5/17 7/19
**order [6]** 46/19 48/4
50/6 53/20 60/14 60/20
**ordered [1]** 53/25
**ordering [1]** 53/8
**ordinarily [1]** 24/3
**ordinary [2]** 15/7 36/13
**organized [1]** 45/24
**other [16]** 7/22 8/5
8/24 19/8 19/9 20/23
24/3 35/1 35/1 40/25
41/24 42/4 44/13 46/24
47/13 50/16
**otherwise [2]** 16/7
17/7
**ought [10]** 18/15 20/8
21/2 30/25 32/18 33/4
36/8 36/9 41/7 41/8
**our [31]** 4/18 6/4 6/5
6/15 6/25 7/17 11/3
14/1 14/23 14/24 14/24
29/18 29/19 35/22
35/25 36/2 39/22 40/12
41/16 41/18 41/22 42/8
44/25 47/3 57/6 58/22
60/12 60/22 61/1 61/2
61/3
**ours [1]** 31/14
**out [30]** 6/5 11/14 14/8
16/24 18/19 18/20
20/13 20/24 22/19
23/14 24/23 26/15
26/25 28/11 34/5 37/22
39/5 40/17 41/18 41/25
42/1 45/20 47/17 48/24
51/2 56/2 57/2 61/6
61/25 62/21
**outcome [1]** 51/22
**outrage [2]** 54/11 59/5
**outrageous [1]** 54/14
**outset [1]** 4/23
**outside [15]** 18/13
18/13 32/1 32/16 32/19
32/20 33/11 34/4 35/13
41/6 43/6 43/7 43/11
44/1 47/23
**over [19]** 6/9 16/18

## P

**P.C [1]** 2/10
**p.m [5]** 1/6 62/2 62/9
62/16 63/6
**page [2]** 47/10 47/10
54/15
**papers [1]** 52/15
**part [4]** 12/18 27/16
46/11 58/23
**participated [1]** 60/23
**particular [2]** 24/18
26/6
**particularly [7]** 18/3
24/13 26/9 26/11 35/10
36/14 59/8
**parties [4]** 4/24 9/6
10/22 13/24
**parts [1]** 35/14
**party [15]** 5/23 9/5 14/4
15/14 16/4 16/6 30/17
33/3 34/21 35/9 37/14
37/17 41/2 47/14 52/3
**past [2]** 22/17 51/21
**patience [1]** 61/6
**patient [1]** 53/14
**patted [1]** 41/8
**pause [2]** 21/8 22/2
**pay [1]** 37/19
**pedestrian [1]** 15/2
**penalize [1]** 43/1
**Pennsylvania [2]** 2/6
2/10
**people [32]** 4/15 22/15
22/16 25/3 26/5 28/23
29/9 31/23 33/7 35/24
37/15 39/16 39/22 40/4
41/12 42/13 48/23 49/1
49/6 55/13 55/18 55/19
55/22 56/3 56/4 56/7
56/8 56/9 60/4 60/4
60/8 61/11
**percent [1]** 47/17
**percentage [1]** 18/11
**percolate [2]** 5/24 7/13
**performing [1]** 16/6
**perfunctory [1]** 17/25
**perhaps [1]** 17/10
**period [3]** 11/15 14/7
26/6
**periods [1]** 47/7
**permission [1]** 9/12
**person [11]** 13/2 13/4
27/9 32/4 38/21 54/24
57/24 57/24 58/1 59/9
59/14
**personal [1]** 6/9
**pertain [1]** 22/19
**pervasive [2]** 31/12
33/7
**pick [3]** 30/7 42/5
45/19
**pie [2]** 18/9 18/21

**place [2]** 32/5 57/14
**placed [1]** 41/12
**placeholder [1]** 62/9
**plain [1]** 16/8
**plaintiff [4]** 1/17 17/4
17/10 37/12
**plaintiff's [2]** 58/18
58/20
**plaintiffs [11]** 1/4 1/13
4/9 4/11 5/16 13/10
16/23 19/23 20/15
24/11 43/18
**plaintiffs' [1]** 16/20
**plays [2]** 26/15 26/25
**please [9]** 4/4 5/4 28/2
40/2 42/14 48/16 48/21
49/18 60/14
**plenty [1]** 12/17
**pocket [1]** 44/15
**point [11]** 6/23 7/25
10/24 11/19 15/9 21/13
33/24 57/14 57/18
58/13 61/10
**policies [2]** 43/2 58/7
**policy [4]** 17/18 31/22
33/7 43/5
**polluted [1]** 45/21
45/21
**Popofsky [2]** 2/5 4/12
**popping [2]** 18/3 18/11
**posited [1]** 31/13
**position [3]** 6/24 9/16
11/6
**possibility [1]** 47/16
**posture [1]** 18/24
**potential [1]** 20/10
**potentially [2]** 6/20
32/16
**pound [1]** 19/2
**power [1]** 34/20
**powers [1]** 21/1
**practically [1]** 14/6
**practice [9]** 17/18
20/18 20/20 27/12
31/13 33/7 33/25 34/23
42/4
**practices [1]** 20/25
**pre [8]** 15/14 16/12
16/17 17/5 34/23 36/13
37/22 42/24
**pre-dated [1]** 37/22
**pre-dates [4]** 17/5
34/23 36/13 42/24
**pre-litigation [2]** 15/14
16/12 16/17
**preceded [2]** 43/17
50/14
**predominantly [1]** 13/7
**preferable [1]** 35/1
**prejudice [3]** 35/1
35/16 35/17
**prepared [2]** 54/18
54/18
**present [3]** 12/13
40/10 40/11
**presentation [3]** 39/12
40/4 54/23
**presentations [1]**

**P**

presentations... [1] 55/14
presented [3] 31/12 54/12 54/21
presiding [1] 4/3
presumably [1] 35/23
presumption [1] 36/7
pretext [1] 47/18
pretextual [3] 30/14 33/10 43/12
pretty [5] 18/10 34/20 35/9 44/3 48/20
Prettyman [1] 3/4
prevalent [1] 18/1
prevent [1] 41/1
price [1] 37/19
primarily [2] 28/8 28/12 55/20
principal [1] 57/25
prior [3] 11/17 22/17 39/4
prioritized [1] 22/17
prioritizing [1] 22/17
privacy [6] 57/21 57/25 58/2 58/6 58/7 58/12
privacy-related [2] 57/21 58/6
private [1] 41/1
privilege [33] 17/24 19/20 22/4 22/23 24/4 25/20 26/3 26/23 28/2 28/16 30/14 32/24 33/1 33/19 34/5 41/23 42/1 43/7 44/14 45/6 45/8 45/10 45/14 45/21 48/21 51/8 54/1 56/4 56/10 56/14 59/15 60/6 60/11
privileged [16] 18/14 19/13 23/13 27/24 28/1 33/16 35/21 40/1 41/3 41/13 44/3 46/10 47/19 48/3 49/19 55/23
probably [7] 14/6 14/12 21/13 24/20 28/16 55/20 61/18
problem [4] 6/25 12/13 28/18 45/9
problems [1] 44/24
proceed [1] 53/10
proceedings [4] 1/9 3/6 63/6 64/4
process [8] 6/3 13/12 13/20 26/25 30/17 39/4 57/17 61/8
produce [6] 13/17 19/12 22/1 40/18 46/19 60/14
produced [7] 3/7 12/2 18/22 35/4 51/9 51/12 55/13
producing [1] 19/4
product [1] 58/10
production [6] 6/15 6/17 25/24 34/6 55/9 60/1
productions [2] 6/25

**Q**

products [1] 25/11
proffer [1] 7/24
program [2] 31/22 36/10
project [5] 58/4 58/4 58/8 58/9 58/13
projecting [1] 30/25
proof [1] 51/13
proofs [1] 51/14
proper [1] 47/25
properly [1] 45/7
property [2] 16/19 16/24
protecting [1] 39/17
protection [2] 1/18 58/1
prove [3] 9/18 14/23 51/8
proved [1] 45/7
proven [1] 46/10
provide [2] 13/22 21/11
provided [2] 22/5 48/16
provides [1] 30/1
providing [1] 46/7
proving [1] 45/6
purpose [2] 21/2 39/17
purposely [1] 31/3
purposes [1] 58/14
push [2] 22/19 32/10
pushed [1] 23/14
put [29] 12/10 16/24 19/14 20/8 23/9 23/16 29/11 33/8 34/16 35/1 35/5 37/14 42/20 44/18 46/14 49/16 55/8 55/16 55/23 57/14 57/19 57/19 57/24 59/22 61/24 62/1 62/8 62/12 62/19
puts [1] 19/15
putting [2] 37/24 46/13

**Q**

question [26] 10/25 17/13 18/16 19/15 22/20 22/21 23/22 23/25 31/17 32/8 39/15 40/8 40/14 44/5 44/7 44/9 46/14 48/19 48/19 48/24 49/25 50/22 51/5 53/16 56/17 56/20
questioning [1] 50/2
questions [3] 20/2 57/7 58/6
quickly [1] 61/14
quite [1] 16/17

**R**

raise [1] 62/24
raised [1] 23/1
raising [1] 20/18
Ralph [1] 1/19
re [10] 18/23 19/5 21/15 22/3 22/12 22/18 23/18 24/18 29/14

**R**

re-evaluating [1] 58/12
re-review [6] 18/23 21/15 22/3 22/18 23/18 24/18
re-reviewed [2] 22/12 29/14
re-reviewing [1] 19/5
reach [1] 16/24
reached [1] 53/8
reactions [1] 21/7
ready [2] 5/24 6/1
real [2] 24/12 40/2
reality [1] 39/10
really [17] 16/17 18/5 26/3 27/19 27/20 28/11 28/15 30/19 32/25 35/24 40/8 44/18 44/21 45/11 46/16 47/18 51/20
Realtime [1] 3/3
reason [5] 10/11 11/13 36/17 52/22 53/19
recalcitrant [1] 16/6
recall [1] 38/12
received [1] 31/18
receiving [1] 31/24
recent [2] 11/3 24/14
recently [2] 9/21 19/6
reciprocal [1] 10/15
record [9] 17/16 23/8 47/21 52/12 52/19 55/5 58/23 62/5 64/3
recorded [1] 3/6
red [1] 8/25
redacted [1] 22/23
refer [1] 21/18
reference [1] 14/3
referring [3] 54/4 54/5 54/11
refers [2] 55/8 55/10
refiles [1] 37/12
reflects [1] 19/8
Registered [1] 3/2
regulation [2] 25/4 58/3
regulator [1] 41/1
regulatory [1] 29/3
related [2] 57/21 58/6
relationship [1] 38/6
relationships [1] 28/24
relevant [1] 58/7
relief [4] 4/21 51/18 53/7 56/18
relieved [1] 4/25
remaining [2] 10/13 18/22
remains [2] 6/4 6/4
remedies [1] 53/2
remedy [13] 17/11 30/20 36/3 36/4 36/6 36/13 44/9 44/20 44/22 46/18 51/6 51/6 60/20
remember [1] 39/5
remotely [1] 54/1
reply [2] 57/19 58/22
report [6] 5/1 5/5 5/18 6/10 6/14 14/13

**Reporter [4]** 3/2 3/2 3/3 3/3
request [2] 9/25 10/1 10/3 17/14 52/21
requests [14] 6/15 6/17 9/20 10/21 11/3 11/8 11/21 13/9 13/23 23/18 26/10 33/8 33/10 43/12
required [2] 19/11 58/10
requires [1] 25/18
reserved [1] 36/24
resides [1] 54/16
resolution [1] 50/10
resolve [1] 5/9
resolved [1] 14/11
resources [4] 41/22 43/18 47/3 60/10
respect [3] 15/16 27/13 51/4
respond [8] 7/23 7/23 14/2 14/18 27/11 27/17 32/14 50/23
responded [1] 7/18
respondent [1] 59/11
responding [2] 37/25 38/1
response [2] 22/5 59/24
responses [5] 5/17 11/20
responsive [3] 10/20 29/20 32/16
rest [1] 14/7
resulted [1] 16/12
return [1] 9/11
returned [1] 7/7
rev [3] 39/13 39/23 55/11
revealing [1] 56/6
reversal [2] 50/13 50/15
reversals [1] 51/1
reversed [2] 48/5 50/12
review [14] 18/23 21/15 22/3 22/18 23/18 24/18 27/21 29/7 32/18 32/24 34/1 42/14 56/11 56/21
reviewed [3] 22/12 23/12 29/14
reviewers [2] 23/19 28/1
reviewing [3] 11/9 19/5 34/3
rewarded [2] 41/8 41/8
RFP [2] 9/21 9/21
right [36] 5/18 5/23 6/10 7/11 12/23 12/24 14/5 14/24 18/22 21/16 24/5 25/13 28/6 29/5 30/19 32/15 35/3 36/17 36/24 41/1 43/16 47/8 47/10 47/21 48/12 50/17 50/21 50/21 50/25 51/22 53/21 54/5 57/11 61/7 61/20 62/19

**R**

rightly [1] 18/14
rights [1] 16/8
rise [4] 4/2 16/1 16/3 63/4
RMR [1] 64/2
road [1] 44/17
rolls [1] 10/18
room [2] 8/25 61/11
ROPES [1] 2/6
ropesgray.com [1] 2/8
Rosati [1] 2/10
roughly [2] 10/13 22/24
route [1] 42/13
Rubenstein [1] 2/9
Rubinstein [1] 4/13
rule [4] 27/14 35/10 53/18 53/19
rules [1] 21/3
ruminating [1] 61/10
run [4] 6/19 46/23 47/9 51/10
Ruth [1] 40/3

**S**

said [17] 15/21 16/20 18/14 19/23 19/23 20/17 24/17 25/5 30/19 34/13 42/19 43/10 47/19 48/4 52/20 53/6 56/25
Sallet [11] 1/17 4/10 8/24 13/20 21/6 23/25 30/2 30/3 30/22 52/1 53/12
same [3] 26/2 41/25 54/21
sample [2] 47/15 47/16
Samuel [1] 2/5
sanction [25] 15/13 15/19 16/14 17/7 20/13 20/20 20/22 31/8 34/20 34/21 34/22 35/8 35/9 36/6 42/5 42/23 42/23 44/8 44/19 46/11 46/17 49/3 53/23 60/13 60/19
sanctionable [2] 35/19 50/14
sanctioned [5] 33/1 44/12 49/7 50/11 50/18
sanctions [11] 4/21 15/4 17/4 17/14 30/10 36/25 50/7 50/9 51/5 52/18 54/3
sand [1] 19/2
save [1] 8/13
saw [1] 40/4
say [29] 6/24 9/18 10/2 10/3 11/25 12/1 19/14 21/21 21/25 22/3 24/11 24/17 26/10 29/1 32/19 32/23 33/25 35/18 38/17 39/12 44/18 46/16 47/23 48/16 51/4 51/19 52/17 53/5 57/11
saying [10] 10/3 18/25 33/18 36/12 41/7 43/16 43/23 48/2 50/20 57/15

says [7] 44/15 44/24 45/19 46/13 50/21 57/2 60/25
scale [1] 49/4
schedule [1] 61/13
Schmidtlein [11] 2/2 4/12 12/24 21/7 21/10 45/19 47/8 48/4 51/19 51/25 60/9
scores [1] 25/7
scratching [1] 34/25
searching [1] 34/25
seat [1] 56/2
seated [1] 4/4
second [13] 4/22 7/3 10/1 10/10 19/1 19/18 21/9 41/18 44/11 52/8 52/10 60/14 62/4
secondly [2] 4/20 54/10
section [2] 1/18 48/18
see [10] 4/18 7/21 8/24 13/5 25/18 33/18 35/25 43/16 46/20 47/9
seek [2] 59/21 59/21
seeking [4] 24/5 30/11 45/15 45/16
seeks [2] 59/15 60/5
seem [2] 17/20 60/8
seems [8] 6/14 18/1 18/18 19/21 21/2 33/3 35/12 40/22
seen [4] 4/15 25/19 25/23 56/7
send [1] 20/22
sending [3] 27/17 31/24 37/22
sends [1] 27/9
sense [2] 20/4 20/14
sensibly [1] 18/14
sent [4] 23/3 27/7 34/2 39/4
separate [4] 44/6 44/7 44/20 51/5
separately [1] 52/19
series [1] 9/20
serious [1] 55/3
seriously [1] 46/21
seriousness [1] 19/10
served [1] 13/19
set [4] 10/2 10/7 10/10 12/7
sets [2] 6/16 13/10
setting [1] 11/15
seventh [1] 9/21
several [1] 57/17
share [4] 15/9 39/13 39/23 55/11
she [1] 27/10
shenanigans [1] 16/24
shielded [1] 30/13
shifting [1] 15/22
short [1] 44/5
shortly [1] 5/8
shortness [1] 4/25
shot [1] 20/22
should [17] 9/7 10/3

44/8 44/9 44/10 46/7 49/9 50/11 51/9 52/1 55/8 57/5 60/19
shouldn't [2] 51/18 51/22
show [2] 39/11 61/2
showed [1] 37/4
showing [2] 57/12 57/13
shown [3] 41/23 51/15 55/6
shows [3] 39/19 40/23 59/25
side [4] 15/12 11/9 46/5 56/7
sides [1] 12/5
significant [4] 5/9 20/4 28/22 35/20
silent [6] 18/20 19/19 22/6 22/7 22/22 60/16
similar [2] 9/16 20/24
similarly [1] 10/7
simply [1] 11/16
since [3] 6/15 35/22 59/2
single [9] 12/12 14/6 18/7 42/14 42/20 42/22 51/14 55/7 55/17
sitting [1] 33/13
situation [8] 23/15 27/23 28/7 28/10 28/15 31/1 56/23 57/4
situations [1] 6/10
six [1] 37/24
sixth [1] 9/21
size [1] 24/25
skipping [1] 57/17
slide [15] 38/21 39/2 39/3 39/6 39/6 39/12 40/10 49/14 54/11 54/15 54/17 54/20 54/21 54/23 55/6
slides [4] 33/21 40/11 46/13 54/18
slothful [1] 46/2
small [1] 5/23
so [76]
So I think [4] 12/7 22/10 23/24 61/9
So this has [1] 23/14
So this is [2] 42/3 60/2
software [1] 57/25
solely [1] 27/20
solution [1] 20/13
some [49] 4/16 7/18 7/19 7/19 10/17 11/7 11/8 12/8 13/18 14/8 14/10 14/19 15/15 15/16 15/20 16/12 16/18 16/18 16/23 17/5 18/10 19/23 20/4 20/6 23/17 24/14 26/12 26/20 29/14 29/14 29/23 30/1 31/4 31/16 31/17 32/22 34/15 40/7 40/11 42/22 45/11 46/9 47/14 49/7 54/10 54/10

somebody [14] 19/25 24/6 27/17 27/25 31/1 33/24 35/5 38/24 43/10 46/15 47/14 48/16 49/15 50/20
somebody's [1] 27/16
somehow [2] 27/25 56/13
someone [1] 46/13
something [19] 5/25 8/24 20/7 21/3 25/18 28/12 28/12 34/8 34/10 36/7 36/19 39/17 46/15 47/19 48/22 55/23 60/5 60/18 62/12
somewhere [2] 43/19 50/20
Sonsini [1] 2/10
soon [1] 14/11
sorry [7] 13/3 30/23 32/13 36/3 52/5 52/7 52/13
sort [43] 7/5 7/11 7/22 8/17 13/14 15/2 15/6 15/7 15/22 17/3 17/12 17/25 18/3 18/5 20/18 20/22 20/22 22/6 23/2 23/6 23/15 24/15 25/11 25/19 25/21 25/23 26/6 26/10 26/16 28/4 29/15 30/7 30/8 34/25 38/17 38/23 39/6 43/12 47/10 54/3 54/8 56/21 62/1
sought [1] 53/7
soundest [1] 53/9
speak [1] 59/6
Special [7] 41/25 51/11 56/17 56/21 57/3 57/14 60/21
specialized [1] 25/22
specific [6] 24/16 24/17 26/21 51/13 53/1 57/7
specifically [3] 10/25 37/25 38/1
speculate [1] 38/17
spend [1] 41/12
spoken [1] 34/19
spoliate [1] 37/10
spoliation [7] 36/5 37/1 37/2 37/7 49/6 49/7 49/8
spot [2] 53/17 54/8
St [1] 2/3
stake [1] 14/16
stand [2] 7/6 54/22
standard [3] 13/14 15/23 46/25
standing [1] 19/1
stands [1] 63/5
start [1] 21/10
started [8] 4/22 11/7 18/19 18/20 30/8 42/17 60/23 60/24
starting [1] 21/13
starts [1] 37/15
state [4] 1/17 10/14

statement [3] 49/11 50/11 59/22
states [11] 1/1 1/3 1/10 4/7 10/6 30/9 30/9 35/17 35/18 39/8 44/1
status [7] 1/9 4/18 5/1 8/11 8/11 11/16 61/16
statutory [1] 16/4
stenography [1] 3/6
step [1] 30/10
steps [3] 16/21 26/18 57/17
still [10] 14/8 14/10 19/17 22/15 26/25 34/2 34/9 34/17 34/25 60/19
stone [1] 62/22
stop [2] 46/21 46/25
stopped [1] 43/9
strategic [1] 34/23
strategy [1] 36/2
Street [2] 1/14 2/11
stretch [1] 7/12
stuff [2] 31/4 47/4
stunning [1] 18/5
subject [17] 18/23 20/5 22/8 26/7 32/9 33/1 38/6
subjective [1] 27/16
submitted [1] 58/21
subsequent [1] 34/5
substantial [3] 16/13 34/21 35/5
substantiate [1] 26/23
succeeded [1] 40/16
success [4] 40/18 40/22 41/10 41/17
successful [1] 40/24
such [2] 11/4 27/14
suffered [1] 56/15
sufficient [1] 57/9
suggest [3] 32/17 54/22 57/18
suggested [1] 20/21
suggesting [4] 18/7 33/4 33/6 61/20
suggestion [1] 54/11
suggests [1] 20/9
suit [2] 37/14 37/16
Suite [1] 1/21
Sullivan [1] 16/9
summary [1] 12/18
supplied [1] 54/15
support [5] 15/23 50/6 52/18 52/19 52/23
suppose [1] 12/3
supposed [1] 62/14
Supreme [2] 16/10 54/7
Supreme Court [2] 16/10 54/7
sure [12] 12/16 17/6 24/25 26/22 46/25 48/3 48/8 48/17 48/20 49/21 50/22 57/3
suspect [4] 12/6 14/17 29/25 53/18
system [1] 45/9

take [14] 4/21 9/13 11/19 16/21 19/1 19/18 24/7 31/1 36/15 46/20 47/15 47/16 47/16 55/3
taken [5] 8/3 9/7 26/16 30/10 46/2
taking [1] 32/5
talk [4] 11/17 15/10 61/12 61/14
talking [4] 18/9 42/24 50/1 60/3
tantamount [1] 43/22
tat [1] 51/18
taught [5] 48/23 49/1 49/22 59/16 59/23
taxed [1] 60/10
teaching [1] 50/5
team [2] 7/20 23/6
teams [5] 13/16 24/1 25/10 25/17 28/22 29/7 29/8
tell [8] 5/11 13/18 24/19 26/20 28/13 35/3 35/3 52/25
telling [2] 39/16 48/12
temporal [1] 38/5
tend [2] 25/22 26/9
tens [2] 33/14 41/16
tentative [1] 61/23
terms [7] 17/11 17/14 17/16 20/20 21/11 26/18 55/5
terribly [1] 17/17
Terrific [2] 8/8 12/23
tethered [1] 35/10
text [1] 28/11
than [9] 8/25 26/12 31/12 31/20 35/1 35/1 35/7 43/8 47/9
Thank [14] 5/3 8/22 9/1 12/20 14/25 30/5 52/6 53/11 53/12 58/24 58/25 62/7 62/23 63/2
Thank you [12] 5/3 8/22 12/20 14/25 30/5 53/11 53/12 58/24 58/25 62/7 62/23 63/2
that [413]
that's [52] 5/6 5/25 9/14 10/15 12/13 12/14 12/14 12/22 14/13 14/24 17/11 20/10 20/11 21/2 24/9 26/15 26/24 27/23 28/12 28/18 28/20 29/20 29/25 31/11 32/5 32/20 34/20 34/23 36/12 36/21 38/12 38/22 39/18 39/20 40/18 40/22 41/9 41/17 44/3 44/20 47/1 47/15 47/25 49/1 49/5 50/15 50/16 51/11 51/17 54/5 58/10 62/18
their [31] 7/24 18/21 19/11 24/1 26/9 32/1 33/7 33/11 33/23 34/4

**T**

**their... [21]** 37/23 38/8 39/9 41/2 43/6 43/7 44/14 45/5 45/6 45/13 45/25 46/5 49/21 49/23 50/14 51/7 56/7 57/19 58/21 60/11 61/4

**theirs [1]** 55/15

**them [37]** 5/25 7/1 7/8 7/9 7/15 10/5 12/18 13/11 13/15 14/1 14/10 18/22 19/2 19/5 20/6 20/16 33/11 35/25 36/1 36/2 37/22 38/2 41/3 41/18 41/20 42/22 43/6 43/11 45/3 46/20 47/17 47/17 51/14 55/12 57/10 57/11 60/11

**themselves [1]** 59/6

**then [28]** 4/20 15/10 18/16 19/21 20/15 21/7 26/25 27/1 28/17 29/12 33/1 33/9 33/12 33/21 34/24 40/2 40/5 44/17 47/2 47/19 49/10 51/13 60/5 60/6 60/19 61/24 62/12 62/20

**there [47]** 5/21 6/7 6/14 8/20 11/1 12/11 14/9 15/20 17/21 20/24 21/18 22/24 24/4 25/6 26/2 27/13 27/19 29/6 29/7 35/4 35/19 36/6 37/19 40/8 42/12 43/19 45/8 45/24 46/9 46/10 48/2 53/17 53/22 54/13 54/23 55/4 55/18 55/19 55/21 55/24 56/19 56/20 57/2 58/5 58/18 59/22 62/23

**there's [31]** 4/20 7/25 9/5 14/22 15/8 17/11 18/15 25/25 26/25 27/6 31/6 31/17 32/5 32/7 35/14 36/14 38/5 38/6 38/9 38/20 40/14 42/5 42/6 43/12 43/19 44/23 47/19 57/2 57/3 61/7 61/10

**these [51]** 9/12 10/4 13/23 15/16 18/20 19/1 19/4 19/18 19/23 19/25 20/15 22/4 23/21 24/7 24/8 24/12 24/18 25/22 26/11 26/16 26/21 29/8 29/14 29/14 31/21 31/24 33/9 33/22 34/5 36/22 37/18 41/2 41/14 41/15 41/16 43/10 44/11 45/20 46/13 47/6 47/15 48/1 49/1 51/15 53/6 53/9 55/6 55/8 55/14 56/2 56/10

**they [123]**

**they're [21]** 5/24 6/18 6/20 6/21 12/16 13/21 19/3 19/11 19/12 25/11 27/16 29/9 29/9 33/13

46/22 46/22 50/21 57/13

**they've [13]** 13/12 18/18 26/16 44/19 45/25 46/1 46/6 47/23 49/22 53/24 53/24 57/1 59/16

**thing [8]** 19/21 34/21 37/7 37/10 39/3 40/17 42/14 46/20

**things [14]** 4/17 4/18 6/13 7/5 8/16 9/4 25/18 33/13 39/17 44/6 44/23 47/15 48/1 62/21

**think [58]** 4/15 7/9 8/13 9/16 10/13 11/13 11/15 12/4 12/7 12/14 12/15 13/9 13/20 14/6 15/7 15/21 16/18 18/17 18/24 19/8 19/15 21/12 21/19 22/10 23/7 23/21 23/24 24/2 25/5 26/5 26/18 26/24 28/7 28/18 28/21 30/25 31/8 31/14 34/8 39/1 42/22 47/10 47/18 47/25 48/2 48/5 50/13 51/11 54/3 55/14 56/23 57/2 57/9 61/8 61/9 61/16 61/17 62/15

**thinking [2]** 9/17 55/15

**thinks [1]** 31/3

**third [7]** 5/23 9/5 10/2 14/4 19/21 41/20 47/17

**third-party [4]** 5/23 9/5 14/4 47/14

**this [168]**

**thorough [1]** 32/24

**those [35]** 6/19 6/20 14/2 14/11 18/12 21/4 21/19 22/1 22/19 22/24 23/9 28/3 28/3 29/3 29/10 29/11 29/20 29/23 32/1 32/7 33/10 36/1 36/7 36/24 45/7 45/8 46/8 46/19 48/5 50/2 51/8 51/8 51/14 52/24 61/3

**though [3]** 31/14 43/17 59/18

**thought [4]** 8/17 20/7 55/19 55/23

**thoughts [4]** 15/9 20/11 21/4 21/7

**thousand [1]** 18/21

**thousands [1]** 33/15

**three [6]** 5/14 41/12 54/21 56/3 56/4 60/8

**through [12]** 6/14 14/11 14/22 17/13 23/2 35/25 40/7 41/13 42/14 46/23 51/10 56/4

**throughout [2]** 42/12 55/2

**throwbacks [2]** 21/19 21/21

**time [25]** 4/16 6/6 6/8 6/15 7/6 8/6 10/18

41/13 42/8 43/18 46/2 46/12 46/16 47/7 51/20 51/22 53/15 57/14 59/24 60/7 61/6

**timely [6]** 7/23 10/9 10/10 10/20 11/20 14/23

**times [2]** 48/1 51/20

**timing [4]** 6/21 38/17 39/2 50/1

**tirelessly [1]** 13/16

**tit [1]** 51/18

**title [3]** 11/24 30/19 30/20

**Title VII [1]** 11/24

**titled [1]** 64/4

**today [6]** 14/9 14/13 15/3 48/4 52/17 53/15

**together [5]** 6/16 13/25 15/8 37/24 46/13

**told [2]** 39/23 40/5

**tomorrow [1]** 48/6

**too [1]** 33/18

**took [3]** 31/21 41/16 42/7

**toolkit [1]** 11/13

**tools [1]** 11/12

**top [3]** 48/17 59/15 59/17

**topic [1]** 24/6

**topics [1]** 9/3

**touch [1]** 62/20

**touches [1]** 53/1

**towards [2]** 16/5 22/15

**trained [1]** 29/9

**training [4]** 33/7 49/14 59/10 60/4

**transcript [3]** 1/9 3/6 64/3

**transcription [1]** 3/7

**treat [1]** 15/6

**tremendous [1]** 40/15

**trend [1]** 24/20

**trial [5]** 12/7 12/19 16/13 36/21 62/14

**tried [3]** 22/17 23/6 27/19

**TRO [1]** 16/22

**true [3]** 24/9 42/19 42/19

**trust [6]** 44/25 45/2 45/3 45/4 51/19 51/21

**try [7]** 16/24 22/19 23/20 29/11 53/13 56/1 61/24

**trying [4]** 29/17 29/18 47/5 55/20

**turn [8]** 21/5 21/6 21/7 32/18 32/25 43/10 43/25 48/4

**turned [2]** 18/15 41/4

**turning [1]** 44/10

**turns [1]** 47/17

**twice [1]** 44/2

**two [11]** 6/7 8/3 8/18 11/16 13/10 16/1 35/14 38/7 40/1 44/6 55/6

**two-week [1]** 8/18

**type [4]** 27/23 41/25 42/10 53/23

**U**

**U.S [1]** 1/13

**U.S. [1]** 43/25

**U.S. Government [1]** 43/25

**ultimately [6]** 12/19 18/16 33/15 34/24 34/24 40/6

**unanticipated [1]** 10/17

**under [5]** 23/20 30/13 53/17 53/18 53/19

**undermine [1]** 30/17

**understand [9]** 19/11 20/5 25/11 30/18 34/17 40/19 40/22 41/9 43/21

**understanding [4]** 11/11 17/22 17/22 22/11

**understatement [1]** 13/8

**understood [2]** 15/1 38/22

**undertake [1]** 16/7

**undertaking [1]** 19/10

**unexpectedly [1]** 4/25

**unhappy [1]** 12/4

**unique [3]** 11/2 17/3 28/20

**Unit [1]** 1/19

**UNITED [8]** 1/1 1/3 1/10 4/7 30/9 35/17 35/18 39/8

**United States [4]** 30/9 35/17 35/18 39/8

**United States of [1]** 4/7

**unless [4]** 8/21 12/2 16/21 38/20

**unnecessary [1]** 16/7

**unrealistic [1]** 47/12

**unredacted [1]** 59/18

**unsupported [1]** 34/14

**until [4]** 8/14 9/11 45/7 49/17

**unusual [1]** 42/21

**up [15]** 4/22 5/1 7/13 13/9 26/10 30/7 33/12 41/15 42/5 50/9 51/19 54/22 57/19 57/23 58/16

**update [1]** 4/23

**upon [2]** 17/20 41/12

**us [29]** 10/10 11/10 11/18 13/21 19/15 19/15 23/1 23/3 24/16 26/13 26/20 26/22 35/24 36/24 41/12 42/3 44/25 45/2 46/7 46/16 50/7 51/10 51/13 51/21 56/25 61/6 62/3 62/10 62/17

**usdoj.gov [1]** 1/16

**useless [1]** 20/1 20/16 59/12

**used [18]** 21/2 36/1 36/2 42/10 53/23

**useful [3]** 8/17 18/10 21/13

**useless [1]** 57/12

**uses [2]** 11/5 38/7

**using [2]** 11/12 61/24

**V**

**variety [1]** 19/17

**varying [1]** 29/8

**verbal [1]** 44/19

**version [1]** 59/19

**versus [2]** 4/8 16/9

**very [22]** 7/12 13/8 13/12 13/13 13/15 14/1 14/1 15/11 18/24 23/8 23/13 28/15 28/15 29/13 39/6 53/14 54/10 55/3 56/1 58/5 58/13 61/18

**view [3]** 30/15 34/7 34/8

**viewed [1]** 36/10

**VII [1]** 11/24

**vindicate [1]** 16/8

**violation [1]** 53/20

**voice [1]** 30/25

**volume [2]** 24/1 34/15

**voluminous [2]** 13/13 13/13

**vs [1]** 1/5

**W**

**wait [2]** 29/1 42/15

**waiting [1]** 23/16

**waiver [1]** 53/25

**walk [1]** 40/7

**wall [2]** 41/23 44/14

**want [24]** 5/21 8/20 13/15 23/8 24/1 24/18 26/14 28/24 28/24 31/4 31/22 34/1 35/5 35/9 35/24 42/11 47/5 48/9 57/8 61/8 61/16 61/21 61/25 62/10

**wanted [6]** 8/16 34/11 52/1 52/12 58/23 61/13

**wants [5]** 51/13 60/18 62/24

**was [67]**

**Washington [6]** 1/5 1/14 2/3 2/7 2/12 3/5

**wasn't [3]** 16/15 40/23 50/2

**water [1]** 44/18

**way [21]** 7/21 10/5 10/17 17/17 20/16 24/8 26/2 26/15 27/18 28/8 33/12 33/18 34/10 35/25 41/17 41/18 45/24 51/11 51/12 53/10 56/12

**wc.com [1]** 2/4

**we [230]**

**we believe [16]** 10/14 30/12 30/20 37/2 37/3

**we believe...** [11] 37/4
40/12 44/8 44/10 44/20
49/5 50/6 51/8 51/12
51/17 60/19
**we will** [4] 7/24 10/12
14/12 61/17
**we'd** [3] 18/24 26/12
56/21
**we'll** [5] 7/21 7/22 7/22
21/7 62/20
**we're** [42] 4/17 4/19
5/8 5/12 6/1 6/3 6/5
7/11 9/16 10/5 10/17
11/9 11/12 11/19 14/21
16/21 16/25 18/9 18/25
19/1 20/1 20/1 21/23
21/25 26/7 26/8 26/8
26/11 26/22 29/16
29/17 29/17 34/9 35/25
41/3 46/2 50/7 50/17
51/17 52/17 55/15 60/3
**we've** [25] 5/9 5/11
5/13 5/15 7/9 10/1 10/7
11/10 14/5 14/21 14/22
15/7 22/16 32/20 33/25
36/24 41/23 43/3 44/20
44/22 44/25 48/15
51/23 55/13 61/15
**wealthy** [1] 46/22
**week** [6] 8/18 11/9
22/17 51/21 61/25
62/14
**weekend** [1] 16/23
**weeks** [6] 7/14 11/16
22/17 39/4 39/7 54/18
**Welcome** [1] 4/14
**well** [26] 7/11 19/21
19/23 24/7 24/11 24/13
32/19 32/23 36/3 37/21
38/5 38/10 39/7 40/13
40/20 41/11 43/16
44/18 45/16 45/19
45/20 46/24 54/19 55/2
55/9 63/3
**well-known** [1] 55/2
**went** [1] 29/14
**were** [37] 6/15 7/4 10/9
10/10 12/11 18/22
22/15 22/16 23/9 23/12
23/13 23/14 24/21
24/24 29/21 31/24
33/15 33/16 36/18
36/18 37/1 37/24 37/25
38/1 38/7 40/5 43/14
45/4 46/9 47/14 50/1
54/4 55/14 55/20 58/7
61/3 61/4
**whack** [1] 24/23
**what** [63] 6/19 11/6
12/16 15/13 17/19
18/16 18/17 18/18 19/3
19/11 19/12 19/22
20/12 20/17 20/19 21/8
21/18 22/6 24/24 25/17
25/19 25/21 25/23
26/12 26/19 26/19
26/24 29/15 29/21

36/21 39/21 39/22 40/4
42/2 43/22 44/4 44/9
45/14 45/15 45/17
45/25 46/1 46/6 47/5
47/13 47/22 49/11
49/22 49/24 50/7 54/5
59/11 59/12 59/14
59/16 59/20 59/23 60/2
61/9
**what's** [5] 15/3 27/12
38/4 40/14 48/12
**whatever** [2] 7/7 28/3
**whatsoever** [1] 55/4
**when** [24] 10/3 21/21
22/3 23/1 24/20 25/24
29/13 31/20 32/1 32/7
33/6 34/2 35/10 35/11
36/14 36/21 37/12
41/23 46/12 47/1 48/16
48/22 56/3 56/20
**whenever** [1] 50/22
**where** [38] 4/18 7/5 9/9
11/5 11/19 11/25 15/24
16/4 17/4 19/14 19/15
20/11 23/15 24/22
25/20 25/22 26/18 27/5
28/10 28/18 28/22
29/10 29/12 30/8 33/8
37/7 39/12 42/17 45/10
49/13 53/25 55/18
55/19 55/22 56/23 60/3
60/22 62/21
**whether** [11] 7/5 8/17
11/15 13/14 17/18
26/13 44/7 51/6 55/1
61/15 62/10
**which** [41] 6/21 7/21
7/22 16/11 16/18 18/10
18/19 19/10 19/12
19/12 19/14 22/5 23/25
26/17 27/15 28/24
32/14 33/23 36/5 36/13
37/3 37/3 37/22 40/5
40/16 42/18 43/5 44/1
44/8 44/10 45/14 46/10
47/6 47/21 48/20 48/20
49/3 49/25 50/8 50/12
50/15
**while** [2] 24/14 60/8
**who** [23] 9/10 22/15
25/7 27/17 30/3 32/4
38/11 40/4 41/21 41/22
41/22 42/12 44/13 47/2
47/25 54/16 54/16
54/24 55/14 56/4 56/10
57/24 59/9
**who's** [1] 24/6
**who've** [1] 56/9
**whoever** [1] 49/1
**whole** [3] 16/16 56/3
56/4
**wholesale** [1] 57/16
**whom** [1] 47/23
**whose** [1] 54/25
**why** [11] 4/21 4/22
21/5 21/5 27/16 36/3
36/4 40/21 40/22 43/22

**widespread** [1] 17/22
**will** [25] 7/24 10/12
11/14 13/18 14/12
24/19 35/6 39/17 42/4
42/5 44/14 46/15 46/21
46/24 46/24 47/3 50/18
51/4 52/4 53/13 57/18
58/16 61/17 62/9 62/15
**William** [2] 3/2 64/2
**WILLIAMS** [1] 2/2
**Wilson** [1] 2/10
**wish** [1] 13/18
**withheld** [9] 18/9 22/23
33/16 40/6 45/8 60/1
60/6 60/15 61/4
**withholding** [1] 21/13
**within** [6] 11/14 27/5
27/6 28/14 57/25 60/17
**without** [2] 33/11
33/19
**witness** [2] 6/7 9/10
**witnesses** [1] 35/2
**won't** [1] 46/3
**words** [4] 24/3 40/25
47/13 59/13
**work** [5] 5/1 10/21
11/14 12/15 56/14
**worked** [7] 13/25 14/21
14/22 34/10 43/6 56/1
58/5
**working** [5] 5/15 13/16
14/8 14/11 49/14
**works** [2] 62/3 62/17
**world** [2] 20/24 25/7
**worry** [1] 20/12
**worse** [1] 25/21
**would** [44] 8/17 9/12
10/19 10/21 10/25 12/4
13/24 19/24 20/6 21/10
21/13 24/1 24/2 26/5
26/19 26/20 26/24 28/8
30/3 31/10 32/19 32/22
36/4 36/21 44/4 46/11
46/20 47/9 48/7 48/8
49/6 49/10 50/6 50/8
50/10 50/14 53/4 53/6
53/19 55/23 56/18
57/15 57/23 58/22
**wouldn't** [2] 42/7 42/9
**wrap** [1] 43/15
**write** [2] 48/19 59/12
**writing** [6] 5/17 7/19
39/23 41/14 50/21
59/14
**written** [2] 39/13 62/21
**wrong** [5] 24/10 35/19
36/19 51/20 55/22
**wrote** [4] 33/17 59/9
59/15 59/20

**Y**

**Yeah** [5] 25/2 34/12
54/7 61/14 61/22
**year** [2] 48/23 48/24
**years** [10] 15/17 17/5
24/22 31/7 34/24 42/25
45/23 54/21 60/24

**yes** [10] 9/1 9/1 12/9
24/25 32/10 32/15 44/5
44/6 45/1 59/4
**yesterday** [1] 7/4
**yet** [6] 6/18 7/9 9/18
33/21 33/22
**you** [192]
**you'd** [3] 8/9 14/18
59/2
**you'll** [1] 40/21
**you're** [9] 21/12 32/15
33/3 42/24 43/1 43/21
43/22 43/24 47/10
**you've** [14] 7/7 14/19
26/12 26/22 27/4 27/14
31/13 34/16 37/11
42/19 44/25 53/14
56/23 59/1
**younger** [1] 24/21
**your** [93]
**Your Honor** [71]
**Your Honor's** [1] 9/12
**yourself** [1] 36/9

**Z**

**Zaremba** [2] 3/2 64/2
**zero** [1] 53/17