# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al., | Case No. 1:20-cv-03010-APM |
| Plaintiffs, | |
| v. | |
| Google LLC, | Judge:    HON. AMIT P. MEHTA |
| Defendant. | |

| | |
|---|---|
| State of Colorado, et al., | Case No. 1:20-cv-03715-APM |
| Plaintiffs, | |
| v. | |
| Google LLC, | Judge:    HON. AMIT P. MEHTA |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.6(b), Haley P. Tynes gives notice of her withdrawal as counsel of record for non-party petitioner Microsoft Corporation ("Microsoft") in the above-captioned matters. Microsoft will continue to be represented by Orrick, Herrington & Sutcliffe LLP and Dechert, LLP.

Body content:
Dated: April 13, 2022

By: */s/ Haley P. Tynes*

Haley P. Tynes
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: +1 202-339-8400
Facsimile: +1 202-339-8500
htynes@orrick.com

*Attorneys for Nonparty Microsoft Corporation*

By: [signature]

David Howard
VP Strategic Advisor
**MICROSOFT CORPORATION**
1 Microsoft Way
Redmond, WA 98052
Telephone: +1 425-704-8685
dhoward@microsoft.com

*Nonparty Microsoft Corporation*