IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Wendy Huang Waszmer, a member in good standing of the Bar of this Court and an attorney of record for Defendant Google LLC ("Google"), moves for the admission *pro hac vice* of attorney Rachael A. Racine in the above-captioned action. The required declaration is filed herewith.

Dated: April 15, 2022

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Wendy Huang Waszmer*
Wendy Huang Waszmer
1301 Avenue of Americas, 40th Floor
New York, New York 10019
Telephone: 212-999-5800
Facsimile: 212-999-5899
Email: wwaszmer@wsgr.com

*Counsel for Defendant Google LLC*