IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**DECLARATION OF RACHAEL A. RACINE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, RACHAEL A. RACINE, declare under penalty of perjury as follows:

1. I am counsel for Defendant Google LLC in the above-captioned actions. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Rachael Aryn Racine.

3. I am an attorney at Wilson Sonsini Goodrich & Rosati, P.C. My office address, telephone numbers and email address are as follows:

>  Wilson Sonsini Goodrich & Rosati, P.C.
>  1301 Avenue of the Americas, 40th Floor
>  New York, N York 10019
>  Telephone: 212-497-7766
>  Facsimile: 212-999-5899
>  Email: rracine@wsgr.com

-2-

    4.    I am admitted to New York State Bar (Registration No. 5428941), and I am a member in good standing in that bar.

    5.    I have never been disciplined by any bar.

    6.    In the last two years, I have not been admitted pro hac vice in this Court.

    7.    I do not engage in the practice of law from an office located in the District of Columbia.

    8.    I declare under penalty of perjury that the foregoing is true and accurate.

Dated: April 15, 2022
       New York, New York

*/s/ Rachael A. Racine*

_____
Rachael A. Racine