IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | CASE NO. 1:20-cv-03010-APM |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, ET AL., | CASE NO. 1:20-cv-03715-APM |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Rachael A. Racine of Wilson Sonsini Goodrich & Rosati, P.C. hereby enters an appearance as counsel of record on behalf of Defendant Google LLC in the above-captioned matter.  Ms. Racine has been admitted *pro hac vice* to practice before this Court.

-2-

Dated: April 19, 2022                                Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Rachael A. Racine*
Rachael A. Racine
1301 Avenue of Americas, 40th Floor
New York, New York 10019
Telephone: 212-999-5800
Facsimile: 212-999-5899
Email: rracine@wsgr.com

*Counsel for Defendant Google LLC*

-2-