IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                              Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

### GOOGLE LLC'S NOTICE REGARDING SUPPLEMENTAL AUTHORITY

Pursuant to the Court's April 12, 2022 Order, Defendant Google LLC respectfully submits this Notice regarding the Court's inherent authority to impose sanctions for "pre-litigation conduct of the type at issue" in the DOJ Plaintiffs' motion. Dkt. 338 at 1-2. Google notifies the Court that it is not aware of any reported decision where a court (1) used its inherent authority to sanction alleged pre-litigation conduct regarding marking business documents as subject to claims of attorney-client privilege or otherwise involving conduct relating to privilege issues, or (2) imposed the sanction of categorically removing attorney-client privilege and/or work-product protection over documents irrespective of whether they are privileged or work product in the absence of bad-faith litigation misconduct, typically involving violation of a court order.

Dated: April 19, 2022

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)

725 12th Street, NW
Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*