IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------x
: 
United States of America, *et al.,* :
 :
               Plaintiffs, :
 :  Case No. 1:20-cv-03010-APM
v. :
 :  HON. AMIT P. MEHTA
 :
Google, LLC :
 :
               Defendant :
 :
---------------------------------------------------------------------x
---------------------------------------------------------------------x
 :
State of Colorado, *et al.*, :
 :
               Plaintiffs, :
 :
 :  Case No. 1:20-cv-03715-APM
v. :
 :  HON. AMIT P. MEHTA
 :
Google LLC, :
 :
               Defendant. :
---------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(b), John D. Castiglione gives notice of his withdrawal as counsel of record for Plaintiff State of New York in *State of Colorado, et al. v. Google LLC*, Case No. 20-cv-03715. New York will continue to be represented by Morgan Feder.

Dated: April 21, 2022.

Respectfully submitted,

By: /s/ John D. Castiglione

John D. Castiglione
Senior Enforcement Counsel
Office of the New York State Attorney General
28 Liberty Street
New York, New York 10005