AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America, et al. )
*Plaintiff* )
v. ) Case No. 1:20-cv-03010-APM
Google LLC )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Indiana.

Date: 04/25/2022

/s/ Christi Foust
*Attorney's signature*

Christi Foust, #34166-49
*Printed name and bar number*

302 W. Washington Street
I.G.C.S. 5th Floor
Indianapolis, IN 46204
*Address*

Christi.Foust@atg.in.gov
*E-mail address*

(317) 233-9923
*Telephone number*

(317) 232-7979
*FAX number*