UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                          Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                          Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.6 (b), John P. Foley gives notice of his withdrawal as counsel of record for Plaintiff United States of America.

Dated: April 29, 2022                    Respectfully submitted,

By:   */s/ John P. Foley*
John P. Foley
U.S. Department of Justice, Antitrust Division
Technology and Digital Platforms Section
450 Fifth Street NW, Suite 7708
Washington, DC 20530
john.foley@usdoj.gov

*Counsel for Plaintiff United States of America*