AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Iowa                                                                                                                              .

Date: May 6, 2022

/s/ Bryce Pashler
*Attorney's signature*

Bryce Pashler BP2424
*Printed name and bar number*
Office of the Attorney General of Iowa
1305 E. Walnut St.
Des Moines, Iowa 50319

*Address*

bryce.pashler@ag.iowa.gov
*E-mail address*

(515) 725-5391
*Telephone number*

(515) 281-6771
*FAX number*