IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                             Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                             Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                             Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                             Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**PRAECIPE**

Pursuant to Local Civil Rules 83.15(b) and (c), counsel and the Clerk of the Court will please take note that the address for the undersigned counsel for Defendant Google LLC has changed to:

> Williams & Connolly LLP
> 680 Maine Avenue, S.W.
> Washington, DC 20024

Dated: May 9, 2022                                         Respectfully submitted,

                                                                          WILLIAMS & CONNOLLY LLP

                                                                          By: */s/ John E. Schmidtlein*

John E. Schmidtlein (D.C. Bar No. 441261)
Paul B. Gaffney (D.C. Bar No. 440456)
Kenneth C. Smurzynski (D.C. Bar No. 442131)
Edward J. Bennett (D.C. Bar No. 457112)
Aaron P. Maurer (D.C. Bar No. 476640)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette Connor (D.C. Bar No. 991533)
Gloria K. Maier (D.C. Bar No. 1012208)
Graham Safty (D.C. Bar No. 1033312)
Christopher Yeager (D.C. Bar No. 1048519)
Youlin Yuan (D.C. Bar No. 1613542)
680 Maine Avenue, S.W.
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
pgaffney@wc.com
ksmurzynski@wc.com
ebennett@wc.com
amaurer@wc.com
bgreenblum@wc.com
cconnor@wc.com
gmaier@wc.com
gsafty@wc.com
cyeager@wc.com
yyuan@wc.com

*Counsel for Defendant Google LLC*