# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**ORDER AMENDING SCHEDULING AND CASE MANAGEMENT ORDER**

It is ORDERED that the Amended Scheduling and Case Management Order entered on February 3, 2021, ECF No. 108-1 (CMO), is amended as follow:

26A.　**Evidentiary Cut-Off Date.** At trial, Google (including Google's experts) shall not rely upon documents and data (1) created after December 31, 2021, or (2) that came into Google's possession, custody, or control after December 31, 2021, but which were not produced during fact discovery, UNLESS (a) the documents were produced before May 23, 2022, in response to one of Plaintiffs' discovery requests, (b) the documents were produced pursuant to a Court order, or (c) the parties otherwise agree the documents should be excepted. This paragraph

does not limit Google's use of or reliance upon (i) publicly available documents and data; (ii) commercially available data; (iii) documents or data produced by a third party; (iv) third-party declarations; or (v) documents or data used solely for purposes of impeachment. Notwithstanding the provisions in this paragraph, any Party may file a motion to compel the production of documents or data, including after the end of fact discovery, to remedy defects in any producing party's prior productions, including moving to compel the production of documents or data withheld based on claims of privilege. Exceptions to the provisions in this paragraph shall be granted only upon a showing of good cause. Google shall complete its production of documents and data responsive to Plaintiffs' Requests for Productions by May 23, 2022, unless otherwise ordered by the Court.

Dated: _____

Amit. P. Mehta
United States District Court Judge