IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**[JOINT PROPOSED] ORDER REGARDING EXTENSION OF TIME TO PROPOSE AN EVIDENTIARY CUT-OFF DATE AND A DEADLINE FOR MOTIONS TO COMPEL**

Upon consideration of the Parties' Joint Motion for Extension of Time to Propose an Evidentiary Cut-Off Date and a Deadline for Motions to Compel, it is hereby ORDERED:

1. The deadline of May 17, 2022 for the Parties to propose an evidentiary cut-off date and a deadline for motions to compel, as set forth in the Minute Entry of May 12, 2022, is hereby extended to May 19, 2022; and

2. On or before May 19, 2022, the Parties shall file either an agreed proposed order reflecting an evidentiary cut-off date and a deadline for motions to compel, or the Parties' alternative proposals accompanied by position statements explaining their respective proposals.

Dated: May ____, 2022

                                                                                              Hon. Amit P. Mehta  
                                                              United States District Court Judge