IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

United States of America, et al.,

                Plaintiffs,

v.

Google LLC,

                Defendant.

Case No. 1:20-cv-03010 APM

HON. AMIT P. MEHTA

NOTICE OF WITHDRAWAL OF
APPEARANCE

PLEASE TAKE NOTICE that Assistant Attorney General Max M. Miller hereby withdraws as attorney of record for Plaintiff State of Iowa in the above-captioned matter. Plaintiff State of Iowa will continue to be represented by Assistant Attorney General Bryce Pashler, who has filed an appearance in this case.

Dated:  May 18, 2022                        Respectfully submitted,

                                                      */s/*    *Max M. Miller*
                                                      Max M. Miller (IA - AT0010344)
                                                      Assistant Attorney General
                                                      1305 East Walnut Street
                                                      Hoover Building, 2nd Floor
                                                      Des Moines, IA 50319-0001
                                                      (515)281-5164

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 18, 2022, I filed the foregoing document with the Court via the Case Management and Electronic Case (CM/ECF) System which will send a notice of electronic filing to all counsel of record.

<u>/s/ Max M. Miller</u>
Max M. Miller

Counsel for Plaintiff State of Iowa