# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

| | |
|---|---|
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

## [JOINT PROPOSED] ORDER REGARDING PRODUCTION DEADLINE, MOTION TO COMPEL DEADLINE, AND EVIDENTIARY CUT-OFF DATE

Upon consideration of the Parties' Joint Status Report of May 10, 2022 and the Parties' arguments at the status conference of May 12, 2022, and for good cause shown, it is hereby ORDERED:

1. <u>Production Deadline</u>. Subject to the exceptions set forth below in Paragraphs 1(a)-(b), on or before _____ ("Production Deadline Date"), the Parties shall complete production of all documents, data, and privilege log entries in connection with all requests for production made prior to the close of fact discovery. On or before that same Production Deadline Date, the Parties shall complete service of all supplemental responses to all written discovery

requests made prior to the close of fact discovery. Consistent with the Parties' approach during fact discovery, the Parties shall produce documents, data, privilege logs, and supplemental responses to written discovery requests on a rolling basis prior to the Production Deadline Date. The foregoing Production Deadline Date shall not apply to:

    a.   Documents, data, privilege log entries, or supplemental responses to written discovery requests for which the Court finds good cause for a later production or for which the requesting party and the producing party agree to a later production deadline. Plaintiffs shall consider in good faith any request by Google to allow productions after the Production Deadline Date.

    b.   Documents or data that are subject to the disclosure deadlines set forth in Paragraph 24 of the Amended Case Management and Scheduling Order or any other agreement or order relating to the timing of expert witness disclosures.

2.    <u>Motion to Compel Deadline</u>. Subject to the exceptions set forth below, on or before the thirtieth day after the Production Deadline Date, the Parties shall file any remaining motions to compel arising from any discovery requests served prior to the close of fact discovery. Consistent with the Parties' approach during fact discovery, the Parties shall endeavor to identify any remaining disputes that require the Court's intervention on or before June 10, 2022, and present them for the Court's consideration in the Joint Status Report due June 14, 2022. Any motion to compel relating solely to documents, data, privilege log entries, or supplemental responses to written discovery requests produced for the first time after the

Production Deadline Date shall be timely if filed within 30 days after the day that the corresponding production was completed.

      3.    <u>Evidentiary Cut-Off Date</u>. Subject to the exceptions set forth below in Paragraphs 3(a)-(f), at trial no Party may rely upon non-public documents or data produced by any Party or non-party after the Production Deadline Date, absent a stipulation of the Parties or order of the Court for good cause shown. The foregoing Evidentiary Cut-Off Date shall not apply to:

    a.  Documents or data produced by any Party pursuant to the disclosure deadlines set forth in Paragraph 24 of the Amended Case Management and Scheduling Order or any other agreement or order relating to the timing of expert witness disclosures.

    b.  Documents or data produced pursuant to requests for production served prior to the close of fact discovery, provided that such documents or data are produced in accordance with Paragraph 1 of this Order or for the purpose of complying with an order regarding a motion to compel filed in accordance with Paragraph 2 of this Order.

    c.  Affidavits or declarations submitted pursuant to Fed. R. Civ. P. 56(c) based on events having occurred prior to the Production Deadline Date.

    d.  Affidavits or declarations relating solely to the authentication or admissibility of documents or data.

    e.  Commercially available data.

    f.  Documents or data used solely for the purpose of impeachment.

Dated: May ____, 2022

_____
Hon. Amit P. Mehta
United States District Court Judge