# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                      Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                      Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[JOINT PROPOSED] ORDER REGARDING PRODUCTION DEADLINE, MOTION TO COMPEL DEADLINE, AND EVIDENTIARY CUT-OFF DATE**

Upon consideration of the Parties' Joint Status Report of May 10, 2022, the Parties' arguments at the status conference of May 12, 2022, and the Parties' Joint Status Report of May 19, 2022, and for good cause shown, it is hereby ORDERED:

1. Production Deadline. Subject to the exceptions set forth below in Paragraphs 1(a)-(c), on or before June 30, 2022, the Parties shall complete production of all documents, data, and privilege log entries in connection with all requests for production made prior to the close of fact discovery. On or before that same Production Deadline, the Parties shall complete service of all supplemental responses to all written discovery requests made prior to the close of fact

discovery. Consistent with the Parties' approach during fact discovery, the Parties shall produce documents, data, privilege logs, and supplemental responses to written discovery requests on a rolling basis prior to the Production Deadline. The foregoing Production Deadline shall not apply to:

 a. Documents, data, privilege log entries, or supplemental responses to written discovery requests that a Party has not either expressly agreed to produce or been ordered to produce as of May 19, 2022. Any documents, data, privilege log entries, or supplemental responses that are the subject of an agreement reached or order entered after May 19, 2022 shall be produced as expeditiously as possible and consistent with the terms of any applicable agreement or order.

 b. Documents, data, or privilege log entries that cannot reasonably be produced until after a separate, forthcoming production has been made, including, by way of example, documents that are linked in other documents produced for the first time between May 19, 2022 and June 30, 2022. Any such documents shall be produced as expeditiously as possible.

 c. Documents or data that are subject to the disclosure deadlines set forth in Paragraph 24 of the Amended Case Management and Scheduling Order or any other agreement or order relating to the timing of expert witness disclosures.

 2. <u>Motion to Compel Deadline</u>. Subject to the exceptions set forth below, the Parties shall file any remaining motions to compel arising from any discovery requests served prior to the close of fact discovery on or before June 30, 2022. Consistent with the Parties' approach during fact discovery, the Parties shall endeavor to identify any remaining disputes that require

the Court's intervention on or before June 10, 2022, and present them for the Court's consideration in the Joint Status Report due June 14, 2022.  The foregoing Motion to Compel Deadline shall not apply to any disputes relating solely to documents, data, privilege log entries, or supplemental responses to written discovery requests produced for the first time on or after June 16, 2022 that could not reasonably have been identified prior to the movant's receipt of the documents, data, privilege log entries, or supplemental responses.  Any such motion shall be filed no later than July 21, 2022.

      3.      <u>Evidentiary Cut-Off Date</u>.  Subject to the exceptions set forth below in Paragraphs 3(a)-(f), at trial no Party may rely upon non-public documents or data produced by any Party or non-party after June 30, 2022, absent a stipulation of the Parties or order of the Court for good cause shown.  The foregoing Evidentiary Cut-Off Date shall not apply to:

    a. Documents or data produced by any Party pursuant to the disclosure deadlines set forth in Paragraph 24 of the Amended Case Management and Scheduling Order or any other agreement or order relating to the timing of expert witness disclosures.

    b. Documents or data produced for the purpose of complying with an order regarding a motion to compel filed in accordance with Paragraph 2 of this Order.

    c. Affidavits or declarations submitted pursuant to Fed. R. Civ. P. 56(c) based on events having occurred prior to June 30, 2022.

    d. Affidavits or declarations relating solely to the authentication or admissibility of documents or data.

    e. Commercially available data.

      f.   Documents or data used solely for the purpose of impeachment.

Dated: May ____, 2022

                                                                                             Hon. Amit P. Mehta
                                                                                United States District Court Judge