AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-CV-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Nebraska.

Date: 05/27/2022

/s/ Colin P. Snider
*Attorney's signature*

Colin Snider (MO# 72137)
*Printed name and bar number*

Nebraska Attorney General's Office
2115 State Capitol
PO Box 98920
Lincoln, NE 68509
*Address*

colin.snider@nebraska.gov
*E-mail address*

(402) 471-7759
*Telephone number*

(402) 471-3297
*FAX number*