## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

| | |
|---|---|
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(b), Erin L. Shencopp gives notice of her withdrawal as counsel of record for Plaintiff State of Colorado in *State of Colorado, et al. v. Google LLC*, Case No. 20-cv-3715. Other attorneys will continue to represent the State of Colorado on the case.

Dated: June 10, 2022

Respectfully submitted,

By: /s/Erin L. Shencopp
Erin L. Shencopp
Special Assistant Attorney General
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203