IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,    )
                                     )
          Plaintiffs,                )
                                     )    CV No. 20-3010
      vs.                            )    Washington, D.C.
                                     )    June 17, 2022
GOOGLE LLC,                          )    3:00 p.m.
                                     )
          Defendant.                 )
_____)


TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov


For Plaintiff
State of Colorado:           William F. Cavanaugh, Jr.
                             PATTERSON BELKNAP
                             WEBB & TYLER LLP
                             1133 Avenue of the Americas
                             Suite 2200
                             New York, NY 10036-6710
                             (212) 335-2793
                             Email: wfcavanaugh@pbwt.com

APPEARANCES CONTINUED:

For Defendant Google:        John E. Schmidtlein
WILLIAMS & CONNOLLY LLP
725 12th St., NW
Washington, D.C. 20005
(202) 434-5000
Email: jschmidtlein@wc.com


Court Reporter:           William P. Zaremba
Registered Merit Reporter
Certified Realtime Reporter
Official Court Reporter
E. Barrett Prettyman CH
333 Constitution Avenue, NW
Washington, D.C. 20001
(202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S

 2          COURTROOM DEPUTY:  All rise.

 3          Good afternoon, Your Honor.  This is Civil Action

 4   20-3010, the United States of America, et al., versus

 5   Google LLC.

 6          Kenneth Dintzer on behalf of the DOJ Plaintiffs.

 7          William Cavanaugh for the Colorado Plaintiffs.

 8          And John Schmidtlein on behalf of Google LLC.

 9          THE COURT:  For the record, good afternoon again,

10   everybody.  It's nice to be with everyone.  I hope everybody

11   has been well.  I hope you had a chance to take a slight

12   breather after the close of fact discovery, at least the

13   formal close of fact discovery, but I suspect not.

14          All right.  So we have a handful of issues we need

15   to get to, but why don't we just begin with any updates,

16   topics anybody wishes to raise concerning expert discovery

17   or anything else that's not covered in the status report as

18   it relates to the open issues.

19          Mr. Dintzer.

20          MR. DINTZER:  Thank you, Your Honor.  May it

21   please the Court.

22          The plaintiffs exchanged expert reports on

23   June 6th -- the parties did.  The plaintiffs provided five

24   expert reports, which were about a thousand pages.  The

25   Colorado Plaintiffs, two expert reports, and Google provided
```

1    eight expert reports.

2            On June 11th is the date set by the CMO to

3    exchange backup materials and all of that happened with one

4    exception.  Google did not provide any of the backup

5    material for one of their experts, and initially they didn't

6    provide an explanation either.  They are telling us that

7    we're going to get it not till next week, which is

8    obviously, given the truncated amount of time that we're

9    going to have to prepare our response reports, it eats into

10   that.  And so we don't have -- there's no action item for

11   the Court, but we just wanted to bring that to your

12   attention.  We're awaiting getting that as part of expert

13   discovery.  So you asked for expert stuff.

14           We are continuing to await.  We've negotiated,

15   these are non-impasse items, but we are expecting the

16   production of items regarding the RFPs and interrogatories

17   that we understand Google will be producing by today.  So I

18   can't say that they won't lead to things in the future, but

19   we have an understanding and we expect production today.

20           We also expect production, and this will touch on

21   one of the issues, one of the items at issue.  We also

22   expect a production on a final set of de-privileged

23   documents today.

24           THE COURT:  All right.  Today is the expectation

25   for the final privileged documents.  I was a little

1    unclear -- and Mr. Schmidtlein is really the person to

2    answer this, but they made a representation about when the

3    final privilege log is expected?

4            MR. DINTZER:  My understanding, and, of course,

5    I don't try to speak for Mr. Schmidtlein, is that they will

6    be producing the final piece of the final privilege log on

7    June 30th.  So they have been providing pieces of it over

8    time and it will be wrapped up on June 30th.

9            THE COURT:  Okay.

10           MR. DINTZER:  Let's see.  And that's all we have,

11   Your Honor.

12           THE COURT:  Okay.

13           Before you take a seat, Mr. Dintzer, so much water

14   has passed under the bridge so you probably have no reason

15   to recall this, but at the very beginning, I had sort of

16   said to the parties that the last time I had one of these,

17   at least the one and only time I've had a substantial

18   antitrust case, I found it useful to read the expert reports

19   prior to the trial and, you know, so that when the experts

20   get on the witness stand, we're sort of past the

21   fundamentals so I've read some of it and, therefore, the

22   questioning I have would be very targeted, or more targeted,

23   I should say, in theory.

24           I'm just sort of curious whether there are

25   executive summaries, I mean, you've just said a thousand

1   pages worth of reports.  I'm not surprised, but are there

2   more digestible forms in which to read those reports?

3            MR. DINTZER:  There are very -- at least in the

4   government's, and I'm making my way through Google's, but

5   they seem to track where there are summary sections, but

6   I don't think that -- that may not be the detail the Court

7   is thinking about.  If the Court is thinking about in the

8   100 pages or 50 pages kind of summary type, then there

9   aren't; and it's the kind of thing that might be best if

10  we -- if the parties generate sort of summaries, 25-page

11  summaries of each expert or however long the Court wishes.

12  Obviously, the Court is welcome to all of them.  But as I

13  personally make my way through all of them, it's going to be

14  a lot.  And especially since we have both response and reply

15  briefs -- I mean, reports coming and right now, there are 15

16  experts but -- 15 -- but there may be more, then creating

17  summaries for the Court might be the most efficient way for

18  the Court to digest them.

19            THE COURT:  Yeah, I mean, look, I don't want to

20  impose additional burdens that -- you already have enough.

21            MR. DINTZER:  That wouldn't be a burden

22  Your Honor.

23            I mean, we've -- the burden is actually getting

24  through the production of the expert reports; but creating

25  that for the Court, I mean, obviously, this is for the

 1    Court's consumption, that would not be -- obviously, I'm not

 2    going to speak for the Colorado Plaintiffs or for Google,

 3    but for the U.S. Plaintiffs, that wouldn't be a burden, that

 4    would be something that we would be happy to do it to

 5    provide it in the most digestible form for the Court.

 6          THE COURT:  Okay.

 7          I mean, obviously, I'll get a preview.  This

 8    differs from the merger context in the sense that we move

 9    sort of right to trial there, right.  There was no weigh

10    station at summary judgment.  So I'll obviously have a

11    preview of the expert opinions, I assume, in some way, shape

12    or form if not quite in a fulsome way in connection with

13    summary judgment.

14          So, you know, this may not be -- the timing of

15    this, we don't think to -- we don't need to finalize any of

16    the answers now but just something to think about in terms

17    of when the timing of me getting something like that might

18    be useful or optimal.

19          MR. DINTZER:  I am passed a note that under the

20    CMO for July 23rd, 2023, we already owe you summaries.  So

21    I guess all of us were thinking about that well in advance.

22          THE COURT:  Oh.

23          MR. DINTZER:  So we will provide -- and just --

24    and also that --

25          THE COURT:  And can you tell me what the --

 1    I don't have the original CMO.  I only have the one that --
 2    the amended one after we extended discovery a little bit and
 3    it doesn't have anything that's a deadline for late July.
 4              MR. DINTZER:  2023, Your Honor.
 5              THE COURT:  2023, okay.
 6              MR. DINTZER:  If the Court wanted those sooner, of
 7    course, we would be happy to accommodate the Court.
 8              THE COURT:  Okay.
 9              MR. DINTZER:  But my note also notes that along
10    with our thousand pages, Google has 2,000 pages.  So it
11    might be closer to *War and Peace* than a short novella.
12              But, like I said, I speak for the U.S. Plaintiffs
13    in that we'd be happy to provide that soon, but it's already
14    on our radar.
15              THE COURT:  Okay.  Thank you, Mr. Dintzer.
16              MR. DINTZER:  Thank you, Your Honor.
17              THE COURT:  Okay.  On behalf of the Colorado
18    Plaintiffs.  Welcome to Washington.
19              MR. CAVANAUGH:  Thank you, Your Honor.
20              We served two expert reports.
21              I would say, if you look at our principal expert
22    economist, he does have an 18-page summary to his 179-page
23    report.  We, frankly, intentionally did that, recognizing,
24    I thought, at some point the Court would be going through
25    these, and, frankly, somewhat lengthy executive summaries

 1    are probably helpful.

 2            The only other -- we were waiting for some data

 3    from Google.  We got it late last night.  So I don't think

 4    is there any other open issues as between us.

 5            There are some issues that are on the agenda

 6    today, but United States has taken the lead and we have some

 7    interest in those issues.

 8            THE COURT:  Okay.

 9            All right, Mr. Schmidtlein.

10            MR. SCHMIDTLEIN:  Good afternoon, Your Honor.

11            THE COURT:  Good afternoon.

12            MR. SCHMIDTLEIN:  Just very briefly, we don't have

13    any affirmative issues to raise other than, obviously, the

14    issues we're going to talk about later today.

15            To respond to a couple of things Mr. Dintzer

16    raised, we're obviously not going to -- I don't want to get

17    into a back-and-forth over whether we provided or didn't

18    provide data that we were obligated to provide with one of

19    our expert's reports, but I can tell you that after they got

20    the request, this -- it actually has to do with query data,

21    individual level query data.  As you will recall, I think we

22    previewed for you in some prior -- the one percent, five

23    percent --

24            THE COURT:  Right.

25            MR. SCHMIDTLEIN:  -- some of those conversations.

 1   There is this issue of scrubbing data for personal

 2   information to make sure that we're providing the data in a

 3   way that does not violate other federal laws about providing

 4   privacy-related information.

 5              In any event, once they made the request for that

 6   level of data, which, again, we can set aside whether we

 7   were obligated to give them that, we've been working to

 8   scrub it in a way that will comply with other obligations.

 9              And my understanding is is that data will be

10   produced today to the plaintiffs.

11              With respect to privileged logs, I think we're all

12   on track to make various productions, make both our document

13   productions and then, in some instances, the privileged log

14   trails that a little bit, because it has to be rationalized

15   once the docs go out the door.  So I think we're on track in

16   all those respects.

17              The last part about the --

18              THE COURT:  Was Mr. Dintzer accurate in his

19   statement that June 30th is the expected --

20              MR. SCHMIDTLEIN:  I believe that's right.

21              THE COURT:  Okay.

22              MR. SCHMIDTLEIN:  We are going to -- we are trying

23   to push out sort of maybe even interim logs before that,

24   like maybe one network week, and then the final final a week

25   after that.  But certainly at the very latest, it's going to

1  be June 30th, but it may be before that.

2          THE COURT:  Okay.

3          MR. SCHMIDTLEIN:  On the expert report summaries

4  that you raised, I believe, like Mr. Cavanaugh, we were sort

5  of anticipating or we were aware of some prior dialogue and

6  requests by Your Honor and we knew you would be interested

7  in those.

8          I believe all of our experts do have executive

9  summaries.  Whether those are, you know, fulsome enough,

10  meaty enough for your purposes, I guess what I would

11  recommend at this point, and obviously we'll do whatever

12  Your Honor wants, I think you are going to hear and see

13  about these experts during summary judgment.

14          I believe there will be *Daubert* motions probably

15  filed directed to some, which we'll get to even further.

16  And I guess what I would recommend is perhaps you will get a

17  little flavor of some of those -- you know, and certainly

18  some of the meatiest ones -- during the course of the

19  summary judgment briefing.  And you might be in a position

20  to tell us, and you may well have seen by then as exhibits

21  to things, kind of what those summaries look like and you

22  might be able to guides us as to whether that's enough, I

23  actually would like more.  We're happy to either provide

24  those to you, the existing summaries, so if you want a sort

25  of sample and get a feel for whether that looks and kind of

 1   feels like it would be sufficient for your purposes before

 2   trial, but we're also happy to create something that's a

 3   little bit more robust, if that would be helpful to

 4   Your Honor.

 5              THE COURT:  Okay.

 6              No, that's -- I mean, that's fair to suggest that.

 7   You may want to at least have a sense of what I'm getting

 8   myself into before I ask for too much.

 9              MR. SCHMIDTLEIN:  Your inclination not to ask for

10   cover to cover, I think, we all -- we can all agree is the

11   correct inclination, and it's just a question of sort of

12   what portion or what something short of that would be

13   helpful for you.

14              THE COURT:  Right.  Okay.

15              All right.  Thank you, Mr. Schmidtlein.

16              Okay.  So why don't we then, unless there's

17   anything further, turn to our contested -- or open issues.

18   There are three, and then the issue of the court tutorial,

19   those we can resolve, I think, in short order.

20              But let's start with the hyperlinked records.

21   And, Mr. Schmidtlein, can I start with you, because I just

22   want to get my head around and understand exactly what we're

23   talking about and what's being sought.

24              So as I understand it, and you'll correct me

25   wherever I'm wrong, but what you said is that there are

1    hyperlinks within both email documents -- or emails and

2    non-email electronic discovery.  With respect to the email

3    hyperlinks -- well, with respect the email hyperlinks,

4    I understand Google's position to be that you all have

5    produced the hyperlinked documents to all emails.  Is that

6    accurate?

7             MR. SCHMIDTLEIN:  Not exactly.

8             THE COURT:  Okay.

9             MR. SCHMIDTLEIN:  But what we have done is we have

10   produced everything that we have -- we agreed to produce

11   pursuant to the protocol that was established in January of

12   2021, you know, after the first document requests were

13   issued and after we had obviously been in conversations

14   about an ESI protocol.  I'm happy to give you sort of the

15   details of that, but the -- and I don't think we're actually

16   in disagreement about that portion of --

17            THE COURT:  Right.

18            MR. SCHMIDTLEIN:  -- the linked documents.  We did

19   not agree to produce, I want to be very clear, every single

20   link in every single email that was otherwise responsive.

21            THE COURT:  Okay.

22            MR. SCHMIDTLEIN:  I won't give you a tutorial on

23   how incredibly burdensome that would be, but we did reach

24   sort of a compromise solution that has worked, that has

25   allowed them to get some linked documents and to be able to

```
1   identify or sort of pair the linked document with sort of
2   I guess what you might call the parent document --
3            THE COURT:  Right.
4            MR. SCHMIDTLEIN:  -- where the link existed.
5            And as part of that protocol, Your Honor, we
6   specifically agreed that with respect to non-email
7   documents, that those would be treated on sort of on a
8   one-off basis; in other words, that department or the
9   Colorado Plaintiffs would come to us if they had a non-email
10  document and say, hey, we would like to get either all the
11  links or the following links in very specific documents.
12  There are additional burdens with respect to that.
13           THE COURT:  Yeah.  Can I just ask, as a technical
14  matter, just so I have an understanding of how this has
15  worked:  An email that has an attachment, my understanding,
16  and you'll correct me if I am wrong, is that when you run
17  the search protocol and the search terms, the search terms
18  search both the body of the email and the body of the
19  attachment.
20           MR. SCHMIDTLEIN:  You can accomplish that, that is
21  correct.
22           THE COURT:  Is that also true with the hyperlinks?
23           MR. SCHMIDTLEIN:  No.
24           THE COURT:  No.  Okay.
25           And so when the searches were conducted in this
```

1    case, the documents that hit would only be the parent

2    documents, correct?

3              MR. SCHMIDTLEIN:  That is correct.

4              Now --

5              THE COURT:  And it is possible that the parent

6    documents -- well, let me ask:  Is it possible in some cases

7    the parent documents also match up with a hyperlink in some

8    other document?

9              MR. SCHMIDTLEIN:  Correct.

10             THE COURT:  All right.

11             MR. SCHMIDTLEIN:  Correct.

12             And, again, as -- and as part of the protocol we

13   negotiated, it could very well have been that the linked

14   document had already been hit on and identified, reviewed,

15   and produced sort of in the normal course as a freestanding

16   document --

17             THE COURT:  Right.

18             MR. SCHMIDTLEIN:  -- like an unlinked document.

19   And if that was the case, we have gone to some time and

20   trouble to be able to identify that and to be able to point

21   the plaintiffs to that document to the extent it had already

22   been produced.

23             THE COURT:  Can I -- I don't want to get too far

24   in the weeds here, but help me understand, the link -- does

25   it link up to a custodian in the way that an email account

1    does or a drive in a particular -- you know, somebody's

2    personal drive?

3            In other words, my question is, why would there be

4    linked documents that aren't captured by -- if it's already

5    out there in the network or in the cloud that's attached to

6    an email or a non-email ESI.

7            MR. SCHMIDTLEIN:  So there's a couple of easy

8    examples and a couple complicated examples.

9            So the easy examples would be sometimes people

10   will link to, for example, a news article on the Internet.

11           THE COURT:  Right.

12           MR. SCHMIDTLEIN:  So that's not a document that

13   exists independently within a company's G drive document

14   management system.  So we can't just sort of go and scoop

15   that up within our existing kind of ESI.

16           THE COURT:  Right.

17           MR. SCHMIDTLEIN:  There are other sort of, you

18   know, examples where, in theory, the document after the

19   person sends it or links to it, the person could have their

20   permission to access that document revoked or changed so

21   that later, when we come along months, years, whatever

22   later, that document actually is no longer associated with

23   the custodian of the underlying parent document.  So it

24   might oftentimes or some significant number of times be

25   associated and it might get pulled.

```
 1              It also, Your Honor, might be a situation where
 2    the underlying linked document would not have hit on the
 3    search terms that were negotiated between the parties.  So
 4    that freestanding document --
 5              THE COURT:  Right.
 6              MR. SCHMIDTLEIN:  -- even though it is associated
 7    with the custodian of the parent, it may not have gotten
 8    picked up and otherwise produced and it may not have been
 9    deemed responsive even if it had been.
10              THE COURT:  Okay.
11              MR. SCHMIDTLEIN:  So there can be situations where
12    those documents are sort of free floating out there and not
13    otherwise sort of responsive, if that's helpful.
14              THE COURT:  Yeah.  No, that is helpful.
15              So tell me then what we're fighting about in the
16    following -- you've said that -- Google has identified
17    170,000 links in the non-ESI -- excuse me, non- email ESI
18    documents.  Mr. Dintzer has referenced, or the U.S.
19    Plaintiffs have suggested that you've done some collection
20    of linked documents, and I'm not quite sure I understand the
21    relationship between those two things, to the extent there
22    is one.
23              MR. SCHMIDTLEIN:  Sure.
24              So you are correct that what we're really arguing
25    about are these non-email linked documents.
```

1          And as I said, we had previously negotiated a

2   protocol that said, come and ask us for those documents if

3   you think -- and we'll evaluate sort of the burden and what

4   have you.

5          I believe we put it in the brief.  I think they've

6   presented us throughout discovery, with, on the order of

7   like 360 or so documents that, within those documents, had

8   roughly 2,000 links.  And we had agreed as part of our

9   protocol that we would meet and confer if they made those

10  requests.  And we have tried to honor those requests as they

11  have been made, maybe never as quickly as they wanted, but

12  that's life in litigation where you're being asked to

13  produce a lot of things.  But we tried to produce those.

14  They would sometimes come to us right before depositions and

15  say, hey, we think this document is relevant to this

16  deposition, we see a bunch of links in it, please produce

17  all these links, and we would try to turn and get to those

18  to the extent we could.

19         And sometimes, as I noted, sometimes the links

20  would be otherwise obtainable and sometimes they wouldn't

21  be, but we would do our best and try to produce them.

22         That's the way the case has proceeded until one

23  month before the close of fact discovery, they served a

24  brand-new document request that said, no, no, no, now we

25  want everything.

1           THE COURT:  Right.

2           MR. SCHMIDTLEIN:  And, you know, we've now gone

3    back and forth trying to navigate that.  And where the

4    parties have landed for purposes of today is, they say,

5    okay, well, we don't want everything, all the links in all

6    of the non-emails, but we want all the links that otherwise

7    exist within all of the documents that you have collected

8    for purposes of the case.  So in other words, if out there

9    within all of the ESI of all of the custodians that have

10   been agreed to, if you can find that link, then you need to

11   produce it.

12          That is a -- and at the time we filed, we had

13   tried to run -- you know, you've got to run scripts, you've

14   got to come up with code to sort of do all this stuff.  We

15   had run it and we found that there were roughly 170,000

16   links that hit within this broad -- not just documents were

17   produced, in the broad ESI that was collected.

18          THE COURT:  This is the overall pre-relevancy

19   review universe.

20          MR. SCHMIDTLEIN:  Correct.  Correct.

21          So, you know, that was sort of the number.

22          And we've sort of tried to cull back and looked

23   at, well, what percentage would be documents that were

24   either -- I should say, that were in the scope of what would

25   have potentially been reviewed for purposes of the case.  We

1    think that's in the tens of thousands, roughly 47,000 or

2    something documents at this point.  I don't know that that

3    number has been de-duped yet, but that's -- we're talking

4    tens and tens of thousands of documents.

5              And our position is, Your Honor --

6              THE COURT:  If I can just pause for a moment.

7              When you say 47,000, those are documents that --

8    these are documents that are post relevancy review, is that

9    right?

10             MR. SCHMIDTLEIN:  No, these are not -- these have

11   not been reviewed for relevancy.

12             THE COURT:  So 170,000, that number is across --

13   just the general collection that was done across every

14   custodian.

15             MR. SCHMIDTLEIN:  Correct.

16             THE COURT:  Okay.

17             And then you ran the search terms and you ended up

18   with a set of -- a universe of records -- it's okay --

19             MR. SCHMIDTLEIN:  The 170 is the total and the

20   47 -- I'm sorry.  I misspoke.  The 170 is total links.  The

21   47,000 is within the ESI that we'd gathered for the case.

22   So the 170 is outside of the documents that we gathered for

23   the case.  I misspoke.  In other words, that's all links,

24   wherever they may be, not including links that were within

25   documents that were gathered for the case.

 1          And their demand, for purposes of today, is, we

 2   want the 47 -- I think they want the universe that would be

 3   equivalent to the 47,000.

 4          THE COURT:  Okay.

 5          So essentially it's 47,000 documents among the

 6   universe of documents that were collected for review, and we

 7   don't know, for example, whether a document that -- to which

 8   there's a link, that that document -- well, you may know --

 9   but one of those documents could have been sort of put by

10   the wayside because it was determined it wasn't responsive

11   to anything.

12          MR. SCHMIDTLEIN:  Correct.

13          THE COURT:  Okay.

14          MR. SCHMIDTLEIN:  And, you know, our -- as I said,

15   our position has been, you know, through the case, they've

16   come to us with the request.  I mean, as they've done this,

17   they've obviously had access to large number of these

18   documents for a long time and to sort of move the goalposts

19   at the eleventh hour and say, well, now, all of a sudden we

20   want this broader collection, you know, we think is

21   unreasonable.

22          In response, we said, well, listen, if -- as a

23   result of kind of more recent productions -- in other words,

24   productions we've been making in the last 90 days -- if

25   you've now, after reviewing those, you find a reasonable

1    number, and we picked 200, you know, because based on the

2    volume that they've been asking us for previously, if you

3    want us to go and look for those, we'll go look for those.

4           But to do a wholesale change here at the last

5    minute, we would have negotiation a very different protocol

6    if we knew at the end of discovery they were basically going

7    to pull the rug and say, well, no, we're just going to

8    litigate this afresh now.  We made very specific agreed

9    commitments based on document hit rates, custodians.  I mean

10   we did, as you painfully remember, I'm sure, we did a lot of

11   work on the front end when we were negotiating what the

12   agreements and what the disputes were going to be, and now

13   we're look at a very, very different universe.

14          THE COURT:  Okay.  Thank you for that background.

15   That's helpful.

16          All right.  Let me turn to Mr. Dintzer and get

17   your thoughts.

18          MR. DINTZER:  Thank you, Your Honor.

19          So let's see, to start off, to set us, we don't

20   disagree with the way counsel has described the email side

21   of the agreements.  We put that over there.

22          The language in the letter that had that email

23   agreement does not have an agreement with respect to

24   non-email documents.  What it does is it says is that the

25   parties will meet and confer over those documents.  It

1    doesn't guarantee us anything.  And if the Court remembers

2    its contract rules, an agreement to discuss something and

3    perhaps reach an agreement in the future is not an

4    agreement.

5           We don't have an agreement with respect to those

6    documents.  We had been handling them.  And I'd be happy,

7    I've got the letter right here, I'd be happy to put the

8    language in front of the Court if that would help.  But we

9    had been handling them on a one-off basis and they kept

10   telling us basically they were doing us a favor that we

11   weren't entitled to them.

12          And I think Mr. Schmidtlein was a little generous

13   to themselves.  They were slower than slow and we weren't

14   getting what we needed, and at some point we decided we need

15   these and we need them in a larger quantity because --

16   sometimes it's just a link to, hey, look at this, but

17   sometimes the links are important to understanding the

18   underlying document, like the example we gave in the

19   briefing where the underlying -- the document is about the

20   finances and the links are the supporting material for that.

21   In that instance, it's like the attachments to a memo.

22          THE COURT:  So, Mr. Dintzer, let me ask the

23   following, which is, I don't think there's any dispute that

24   some of these links are potentially relevant.  My question

25   is, we're at stage now where you've deposed dozens and

1  dozens of Google employees.

2          MR. DINTZER:  78, Your Honor, just to put a number

3  on it.

4          THE COURT:  78 Google employees, meaning you've

5  reviewed custodial files for some number, at least 78 Google

6  employees, and undoubtedly more.

7          Presumably what that means is that in the course

8  of preparing for those depositions, you identified the very

9  kind of documents that you think are relevant.  You know, in

10  other words, non-email ESI documents that have links in them

11  and had the opportunity, in that run-up to say, hey, we need

12  this -- we'd like to have this link, and it sounds like

13  Mr. Schmidtlein said some of that was happening before the

14  depositions.

15          So understanding the depositions are certainly not

16  the scope of everything, I understand that, but aren't they

17  a pretty good measure of what really matters and that to now

18  simply say, all right, well, we want all the links, really,

19  is both burdensome and risks not really producing anything

20  that's going to be terribly relevant at a stage in the

21  proceedings where you all have sort of moved on to a new

22  phase, and it seems to me what we ought to be picking up

23  right now are just some entrails and not sort of large

24  categories of materials that could have been negotiated

25  earlier.

 1          MR. DINTZER:  Well, and I appreciate that,

 2   Your Honor, and to some extent we saw links in documents and

 3   we just -- we didn't have the time at that point to pursue

 4   them.  But others, we are -- I mean, you know, with the

 5   millions of documents that we've received, we are still in

 6   the process of reviewing some.

 7          Obviously, we're still getting de-privileged

 8   documents, but other documents as well, and it's not always

 9   facially apparent what -- I mean, if somebody says,

10   something's here, and the word "Here" is a link, it --

11   facially, we can't tell what "here" is, or it could be this

12   treasure-trove of information or it could be a meme.  And

13   so, but if we don't have that, what it does is, there's this

14   imbalance, because Google does have that.  So they have the

15   supporting material for all of these documents when we

16   don't.

17          And so what we were trying to do it in one way and

18   it wasn't working for us, which is why we sent the RFP.  If

19   it had been working for us, we would have just continued to

20   do that.  We sent the RFP, request for production.  We did

21   it.  There's no question it was timely, there's no question

22   is was -- I mean...

23          THE COURT:  You're right, it was timely in the

24   sense that it was before the discovery deadline, but it

25   also -- I mean, you said it wasn't working for you, but, you

 1   know, if it hadn't been working, it seems to me it ought to

 2   be something that ought to have perhaps been raised in an

 3   RFP or raised with me at an earlier time.

 4            Look, I'm not suggesting, Mr. Dintzer, that you

 5   are not -- you're seeking more than you need.  I understand

 6   that some of this is undoubtedly relevant.  What I'm trying

 7   to really get my arms around is, what is it that you really

 8   need.  It cannot be that you need the links for 47,000

 9   records.  You just can't.  At this stage in the ballgame,

10   sort of a blind request for 47,000 linked documents seems to

11   me to be excessive.

12            MR. DINTZER:  If, Your Honor, if we could get a

13   thousand, a thousand go-gets, which is when we say we need

14   this link and they have to get it to us.  And we have -- one

15   of the things is -- I mean, I'll just give you an example,

16   Your Honor.  If their expert cites to a document that we

17   haven't looked at yet and, oh, there's five links to that

18   document, well, that document is all of a sudden more

19   important than it was.

20            THE COURT:  But you're also entitled to anything

21   an expert's looked at so I'm not sure that counts against

22   your thousand anyway.  In other words, it wouldn't

23   contribute to your need to a thousand.  Anything that an

24   expert has looked at that you think you haven't received --

25            MR. DINTZER:  But he may not or she may not have

 1    followed the links.

 2            So we would want all those links for any document

 3    that any of their experts looked at.  But also, as we

 4    continue, we're still going to be reviewing documents both

 5    in helping our expert out, but also in preparation for

 6    summary judgment, preparation for trial, if we had a --

 7    basically a cachet of links that we could ask for as we go

 8    along to -- so that we could fill out when we identify those

 9    as being important, that would give us peace of mind.

10            What Google was saying is, you don't have a right

11    to these documents, these links, because they aren't called

12    for, they're --

13            THE COURT:  Hang on.

14            So let's be practical here.

15            MR. DINTZER:  Sure.

16            THE COURT:  I mean, a thousand requests is, if you

17    ask for one a day, it would take you 33 months to ask for

18    all thousand.  So I doubt you're, A, going to ask for one a

19    day or, B, ask for one at a rate that would get you to a

20    thousand even before trial.  So, I mean, you know, you asked

21    for how many during the course of discovery?  I can't

22    remember what the number Mr. Schmidtlein said.

23            MR. DINTZER:  I think he said 350, but I think

24    that is how many they gave us, not necessarily how many we

25    asked for.

1          But putting that aside, all it takes -- quite

2     honestly, Your Honor, all it takes is one document with five

3     or six links and that's five or six links.

4          THE COURT:  Why isn't the thing to do here to say

5     look, put the number 200, and if you run up against the

6     ceiling, come back to me and ask for more.

7          MR. DINTZER:  If the Court -- I mean, if the Court

8     recognizes that this is something that we may need --

9     I mean --

10          THE COURT:  For example -- and I don't mean to be

11     difficult here, but, you know, this past week, leading up to

12     this hearing, give me a ballpark number of records that were

13     reviewed and presumably not either previously reviewed or

14     maybe you're going through a re-review in connection with

15     the expert reports, that you would say, this past week we

16     now need the link document to.

17          MR. DINTZER:  You know, in all honesty,

18     Your Honor, I haven't asked that question of my team.

19          THE COURT:  Okay.

20          MR. DINTZER:  So I'm not -- that's a number

21     I can't give you.

22          I can tell you that you'll be reading a document

23     that you haven't seen before and there's a link and you try

24     to find it and you can't find it because we don't have the

25     metadata.

1        And this is one of the problems, which to Google's

2   credit they've said, is -- I mean, there's two issues here

3   really.  One is --

4        THE COURT:  One is the link and then how

5   do you know what's linked to the document?

6        MR. DINTZER:  Right.

7        And they've promised to give us the metadata so if

8   we have the document, we can make those connections.

9        But they're continuing to produce documents now.

10       So I would say to the Court if -- I mean, we can

11  accept 200 if we don't have to come back and show good

12  cause.  If we have to show -- and Mr. Schmidtlein is

13  laughing.  He's going to try to make us show good cause,

14  which is why, right now, I mean, we have an RFP, we don't

15  have to show good cause under an RFP, which is one of the

16  reasons we're protecting ourselves with this by asking for

17  these documents now when we actually have the right to them.

18       So what I would say to the Court is 200 seems --

19       THE COURT:  And by when would you envision a time

20  cut-off for your ability to request these records?  I mean,

21  up to the date of trial?

22       MR. DINTZER:  No.

23       THE COURT:  During trial?

24       MR. DINTZER:  I think in our filing we said

25  December 1st of this year.  That would take us through

1   experts and the initial look at summary judgment.

2          And so if the Court gave us 500, with the

3   understanding that if we came back, then it would be for

4   good cause, then --

5          THE COURT:  Yeah, but even 500, I just feel

6   like -- I mean, there's a sense of this that numbers are

7   just kind of being pulled out -- I mean, you know, again,

8   we're five months till December 1, four months until

9   December 1, five, and you're going to -- do you need 100 of

10  these a month?  I'm trying to be realistic here.

11         MR. DINTZER:  No, no, I understand.

12         And I try not to ask the Court for more than we

13  need.

14         I would expect that we'd end up using those 500,

15  I would, both between the documents we've already found.

16         THE COURT:  It just seems an odd thing to me that

17  you would ask for more documents than you did during the

18  entire lead-up to the discovery and to the depositions.

19         Again, I'm not trying to be difficult here, but,

20  you know, the lawyers have -- if you give them a number, the

21  incentive is to use all of the number.  And so, in some

22  sense, the number matters.

23         MR. DINTZER:  One of the things that Google did is

24  in offering us 200 is they wanted a date delimiter so we

25  could -- I think the opportunity to use those would expire

1    in the next few weeks.

2              And so along with the number is the time to use

3    those.  So if we got -- I mean, I think the Court is asking

4    us to exchange an RFP, which we have a right, with a very

5    limited number, which we will then after that, we will not

6    have a right.  So that's a --

7              THE COURT:  Well, to be clear, your right only

8    goes so far.

9              MR. DINTZER:  No.  I understand.  It's only as

10   good as the Court says it is.

11             THE COURT:  Right, exactly.

12             MR. DINTZER:  I do understand that.

13             But until the Court says otherwise, we have the

14   right to issue the RFP.  And to trade that in for something

15   that is 200 -- that's probably not enough, and I'm probably

16   going to have to come back if we get 200.

17             And then Mr. Schmidtlein will say, Mr. Dintzer's

18   not going to show good cause, and that would be something

19   that would be hard to do document by document.

20             So I will say these are things that

21   Mr. Schmidtlein seems to think that fact discovery ended

22   last December.  It continued on.  This was a valid document

23   request.  We were willing to negotiate.  And we were willing

24   to negotiate it with Google and we talked about it, we just

25   could not find the common ground.

1    But I understand what the Court is saying and we

2  are trying to look for a number that I won't find myself two

3  months from now, after we see their expert documents, after

4  we look at what ours and the like, in a position where we

5  can't get the links that we need.

6    THE COURT:  Okay.

7    Mr. Schmidtlein, can I just ask you one more

8  question.  I don't think I've asked you the specifics in

9  terms of your proposal and by when -- I asked Mr. Dintzer

10  about a cut-off date.  What's your position on that?

11    MR. SCHMIDTLEIN:  Well, and just to be clear, my

12  position wasn't the discovery ended last December, it ended

13  in May; and we're now here six weeks after that and they

14  want six months to continue to, like, bombard us with links

15  and links and links.  That discovery cut-off has to mean

16  something.

17    We initially said, you know, we will give you, you

18  know, a period of 30 days after -- or some period after the

19  final productions.  I think we initially had a date in June

20  because we thought this should have all been agreed to back

21  in May, and I think the date we have proposed is July 12 for

22  documents produced before June 2nd.  And if there are links

23  or there's additional requests for documents that have been

24  produced here during the last several weeks, we understand

25  they need to review those.  But it's got to be a tight time

1   period.  This idea that they're just going to continue

2   reviewing and reviewing and re-reviewing and, you know,

3   that's not how discovery works; and we're going to be going

4   into the fall and what have you in the midst of everything

5   else, and they're going to be still saying, oh, well, we

6   think we'd like to fish for more documents and links.

7   I think we need to get this wrapped up soon.

8                  THE COURT:  Okay.

9                  MR. DINTZER:  Could I just be heard one last time,

10   Your Honor?

11                  THE COURT:  Sure.

12                  I've also been remiss, Mr. Cavanaugh,

13   I didn't know if you wanted to weigh in on this issue or

14   not.

15                  MR. CAVANAUGH:  No, Your Honor.

16                  MR. DINTZER:  The only thing I would say,

17   Your Honor, is if the Court is going to cut us back from the

18   number that I proposed, we would ask that, on top of that,

19   as the Court indicated, that we get the links to any of the

20   documents cited by their experts so that that be sort of a

21   baseline so we have -- the documents.

22                  THE COURT:  Any links cited by their experts or

23   links within documents?

24                  MR. DINTZER:  Links within documents cited by

25   their experts, because they have them, and so they have

 1   information about those documents that we don't.

 2          And, I mean, they can make an argument about --

 3   but we don't -- we couldn't have known which documents their

 4   experts would be citing before their experts cited them.  So

 5   Mr. Schmidtlein's argument that, why didn't we ask for them

 6   during discovery --

 7          THE COURT:  Well, are you finding there to be

 8   records that they've cited to that are outside the confines

 9   of discovery?

10          MR. DINTZER:  No, no, no, no.  They produced the

11   documents.

12          THE COURT:  Right.

13          MR. DINTZER:  But, I mean, if we didn't identify

14   document X, Y, Z as important, we wouldn't have asked for

15   the links.

16          THE COURT:  Sure.  I understand.

17          MR. DINTZER:  Now their expert is saying, no, no,

18   X, Y, Z is really important, well, it's got four links.

19          So we would ask as a baseline, any document cited

20   by one of their experts, we would get the links to that.

21          THE COURT:  Okay.

22          MR. DINTZER:  Thank you, Your Honor.

23          MR. SCHMIDTLEIN:  We're now making up requests as

24   we go along, Your Honor.

25          The documents cited by our experts, they have had

1   for gosh knows how long, they could have asked for those.

2   I have -- this is the first time I'm hearing this request

3   and I have no idea what the burden, what the numbers, I have

4   no idea what that looks like.

5           I will say that as part of the meet-and-confer, we

6   did agree that if we cited a document for summary judgment

7   and it has links in it that haven't been produced within the

8   universe, we would produce those.  But they've now got our

9   expert reports, they've got all the documents that are cited

10  in the expert reports.  If they want those documents or they

11  think there are links that are important enough to ask for,

12  that should be part of their quota for purposes of this.

13          THE COURT:  Okay.

14          All right.  Look, here's what we're going to do.

15  I think -- look, the number is going to be 200 for now and

16  you can come back to me if you think you need more, but you

17  haven't made the case to me, Mr. Dintzer, at this point,

18  that anything above that is really reasonable.

19          I mean, you know, again, we're talking about --

20  200 is not a small number.  And in terms of, it sounds like

21  these are one-offs in any event.  Again, if you need more,

22  you can come back to me and say, Judge, we hit 200 in the

23  first two weeks after we started looking hard at their

24  expert reports, and then, you know, I'll accommodate

25  consideration of a higher number.

1          I'll sort of hit a mid-point in terms of the

2    cut-off.  I think I'll hit the cut-off at September 26th,

3    which is the date the reply expert reports are due, such

4    that, you know, if your experts, in preparing their reply,

5    come across a record that has a hyperlink to it that you

6    need to prepare that, you'll have the opportunity to ask for

7    it.

8          You know, similarly -- I suppose -- let's put it

9    this way.  If there's a report -- if there's a document that

10   is new in a Google reply, you know, I suspect you all can

11   talk that through.  But let's at least just put

12   September 26th as the deadline for that so we have a date,

13   okay?

14         All right.  Let's talk about the next issue, which

15   concerns reopen depositions.

16         Let me ask this.  Mr. Dintzer and Mr. Cavanaugh,

17   I understand you do not yet have either all of the

18   de-privileged material nor do you have the full final

19   privilege log; however, you have received thousands, if not

20   tens of thousands, of de-privileged records, and you've got

21   good portions of the privilege log.

22         I would hope you would be in a position to say

23   today how many reopenings you are currently contemplating.

24   And I'm not holding you to a number, but it can't be that

25   you won't be thinking about it until every last document and

 1   every last line of a privilege log is returned.

 2              So why don't you tell me what your current

 3   thinking is.

 4              MR. DINTZER:  Yes, Your Honor.

 5              If I may use the ELMO just to put something up.

 6              And this chart is in the filing, Your Honor.

 7              THE COURT:  Yeah, I'm looking at it on page 23.

 8              MR. DINTZER:  Okay.

 9              And so we are looking at very significant numbers

10   for the people on this chart.  So we have not made our way

11   through all of the documents for all of these people so

12   I don't -- I can't say there's 18 for Mr. Kolotouros and

13   four for Mr. Gennai.  We're not at that point.  We are at

14   the point where we believe that we need to reopen some of

15   these depositions and maybe for one that is not on this

16   chart but that we believe we need to.

17              THE COURT:  To be clear, this is a sample but

18   you're not suggesting that -- as you stand here today,

19   you're not intending to reseek reopening as to each of these

20   individuals, right?

21              MR. DINTZER:  No.  This is -- I would say this is

22   both -- there may be -- there are names that are not on here

23   that we may seek to reopen, and there are names -- we would

24   certainly not seek to reopen everybody on this list, that's

25   not an expectation.

1          The reality is if the Court just looks at how

2    these productions have been done.  We have gotten them

3    piecemeal and we have not had a chance to dig in deep enough

4    to know how many documents are -- and it's not just the

5    documents.  We also have to take a look at what we did use

6    with the person and see if it's worth the effort of going

7    back, we're going to get -- you know, does it add on and the

8    like.  The truth is that's a burdensome process and it's one

9    that doesn't make sense for us to make until we get the

10   final production on June 17th so we can then take a look and

11   say, look, these are the documents, does it make sense for

12   us to go forward.

13          THE COURT:  I understand that.  And this is unlike

14   the way you all worked together during discovery which is to

15   say, look, we've got a deposition scheduled for person X,

16   can we make sure we get the custodian folder -- custodial

17   file for that person before the date of that deposition.

18   I mean, you know, you can just see from your chart that

19   these weren't sort of custodian specific productions.

20          MR. DINTZER:  That is correct.

21          THE COURT:  For whatever reason, that may be --

22   they weren't.  And so it may be that you're going to get a

23   lot of documents in June -- today -- that may cause you to

24   think differently about somebody on this list or somebody

25   who's not on the list.

1          But, look -- I mean, you're right, this is a

2   function of more documents that should have been -- that

3   were labeled privileged and then perhaps ought to have been

4   from the get-go.  You know, I've said I think Google

5   deserves credit for going back and looking at all this, but

6   at the same time, it's put the plaintiffs in a difficult

7   position, because they've had to depose people potentially

8   without documents that might have otherwise been used during

9   a deposition.

10          So, look, I think what I really need to understand

11   at this point is to the extent that you have a number, both

12   parties, both sets of plaintiffs have a number in mind and

13   by when you'd like to get them done.

14          MR. DINTZER:  I mean, the number would probably be

15   between eight and ten.

16          And the number of documents, if there are a number

17   of -- it could be three, four documents.  But significant

18   documents.  We're planning -- we would only ask to do these

19   virtually.  So we're not going to ask to move people around

20   the country.

21          So it's not just the number, it's whether we would

22   have used them in the deposition, whether their documents we

23   might like to use at trial and we need to try them out in

24   front of the witness.

25          So the number now, without having seen this final

1    column, which the Court understands, I mean, we just don't

2    know what we don't know.

3              And all of these documents --

4              THE COURT:  Hang on.

5              Again, it seems to me to be less about the

6    documents than the number.  I get the two are linked, but

7    you said eight to ten.  And what's your thinking currently,

8    given all the other obligations you have, by what date you

9    would like to get them done.

10             MR. DINTZER:  Get them done -- if -- I mean --

11             THE COURT:  Assuming June 17th you get every last

12   privileged document you're entitled to.

13             MR. DINTZER:  So we're not going to have the

14   privilege log until June 30th, that's the last piece of

15   that.

16             THE COURT:  I understand that.

17             But I view that as a less critical issue in terms

18   of identifying who and how many.

19             It's possible, I suppose, that there's some

20   document on the privilege log that belongs to a custodian

21   that's improperly privileged that could give rise to a

22   reopening, but we'll hit that eventuality -- we'll hit that

23   bridge if we ever get to it.

24             MR. DINTZER:  The optimal time, I mean, would be

25   in early August.  Now, I know people travel in early August

1    and we wouldn't say, oh, these people, we don't want to mess

2    with people' lives, of course, it's all virtual, but we

3    would be very flexible about scheduling.  I mean, that's --

4    the goal is to get through these and get them done and the

5    like.

6              But we could be ready to do them if that's what

7    the Court is asking as early as -- we have another round of

8    expert reports that are due August 5th, I believe, and

9    immediately after that, we should have an opportunity to

10   sort of -- there are no quiet periods, but it will be a less

11   crazy period for us to do these and, again, since there's no

12   travel, since it's all virtual, we could stack them one

13   after the other.

14             THE COURT:  Okay.

15             All right.  Mr. Cavanaugh, thoughts from you.

16             MR. CAVANAUGH:  Your Honor, I don't have a precise

17   number, but it will be very few.  You know, two, three.

18   I don't have anything more precise for the Court.

19             THE COURT:  And would your two or three be in

20   tandem with the U.S. Plaintiffs or --

21             MR. CAVANAUGH:  I think that's highly, highly

22   likely.

23             THE COURT:  All right.

24             MR. CAVANAUGH:  It's possible there might be

25   someone where we, based on documents, they're far more

1    relevant to us than it is to the United States.  I think

2    that's probably unlikely.

3             And in terms of the schedule, I was actually

4    thinking Labor Day, given that it's the summer and just

5    trying to get these scheduled won't be easy, give the

6    parties enough time to get them done.

7             THE COURT:  Okay.

8             And are the plaintiffs open to sort of written

9    deposition questions as an alternative?  If we're talking

10   about two documents you want to put in front of somebody,

11   I mean -- I'm not sure what's more sufficient, putting them

12   down in a chair for a half hour or getting written

13   responses, but perhaps that's another time-saving mechanism

14   in some cases.

15            MR. CAVANAUGH:  I would say, let us identify what

16   the documents are.  Is that possible?  Yes.  I'm not sure it

17   would actually end up saving time.

18            THE COURT:  Right.

19            MR. CAVANAUGH:  If it's a handful of documents,

20   it's a relatively short examination.

21            THE COURT:  Especially if you do them virtually.

22            MR. CAVANAUGH:  We're doing them virtually.

23            THE COURT:  Right.  Okay.

24            Mr. Schmidtlein, your thoughts, and then we'll

25   move forward.

1              MR. SCHMIDTLEIN:  I guess just a couple of

2     observations.

3              That the chart that Mr. Dintzer showed you, if you

4     still have that in front of you.

5              THE COURT:  I do.

6              MR. SCHMIDTLEIN:  Just a couple of things to note

7     just to be clear, that 37,223 number there at the top, that

8     is not the total for the witnesses --

9              THE COURT:  Right, no, no, no.

10             MR. SCHMIDTLEIN:  -- that are below.  The total

11    for the witnesses below is about 20,000.

12             And those documents comprise less than three

13    percent of the total documents that were produced for these

14    custodians.

15             So we're talking about a very, very small

16    percentage of documents with no guarantee that those

17    documents are materially different or in any way new or

18    unique from documents that have already been produced for

19    this -- and they've had, you know, well before when they

20    took the depositions or that were not part of privileged

21    documents, and in fact, there are probably some that there

22    are other versions of the document that were, in fact,

23    produced.

24             THE COURT:  Right.

25             MR. SCHMIDTLEIN:  So I can see some potential

1  disputes about whether, in fact, reopening is warranted, so

2  we're going to need to get -- we want them to identify the

3  people and the documents they claim justify reopening as

4  soon as possible so we can evaluate that.  And we also

5  expect that if any of these depositions actually are going

6  to take place, they are going to be narrowly confined to

7  these supposed documents.

8         THE COURT:  Well, that's certainly my expectation,

9  that the scope of any reopening would be limited to the new

10  records.  So I think that seems to be an assumption that is

11  shared, or agreement shared by everyone.

12         Look, from my standpoint, two things are

13  important:  One is a number and two is a deadline; and,

14  three, to try and avoid the very kind of disputes that

15  you're talking about, because the truth is if these

16  documents had been produced earlier, and I'm not casting any

17  aspersions one way or another, if they had been produced

18  earlier, it would have been up to the plaintiffs whether to

19  use a document in a deposition or not.  You wouldn't have

20  had an opportunity to say, no, you can't use that document

21  or, no, you can't depose that person because, you know, this

22  record is immaterial.

23         So I guess what I really would like to -- I think

24  the deadline Mr. Cavanaugh is proposing, let me get your

25  reaction to that, which is essentially sort of first week of

1    September, people are very busy and are maybe taking a

2    little time off in August, that may not be optimal either,

3    but I know each side has sizable teams.

4                MR. SCHMIDTLEIN:  Correct me if I am wrong,

5    I think that's when they want to schedule them.

6                THE COURT:  I thought he said that's by when they

7    would be done.

8                MR. CAVANAUGH:  I'm either saying that's when they

9    would be taken by Labor Day.

10               THE COURT:  So basically over the next two and a

11   half months.

12               MR. CAVANAUGH:  Yeah.

13               THE COURT:  Which, you know, ought to give enough

14   time and flexibility for your clients' employees to be

15   available.

16               MR. SCHMIDTLEIN:  Right.

17               So the question is when are they going to send us

18   the letter saying, here are the people we want to depose and

19   here are the documents that we claim have been more recently

20   produced and justify the deposition.  And, you know, we

21   think that time is now and they want to push it off,

22   I think, until like the middle of August.

23               THE COURT:  Right.  Well -- okay.

24               Mr. Dintzer, Mr. Cavanaugh, when do you think that

25   is a realistic -- I mean, if you're getting everything by

1    June 17, how long do you need to make your final list?

2              MR. DINTZER:  If we had 30 days after June 17th,

3    Your Honor, so to July 17th, we could at least -- I think we

4    could at least give them the names for sure.  And the

5    documents that -- and if there's a stray document we need to

6    add afterwards, we'd add that.  But I think we could cut it

7    back to 30 days, that would be fine.

8              THE COURT:  Okay.

9              MR. DINTZER:  The procedure, I think, is something

10   that we would want to talk to the Court about and I think

11   maybe, since we haven't discussed it with the other side, we

12   should probably have a meet-and-confer before we waste the

13   Court's time.  We're not comfortable with the idea that we

14   would ship them all the documents we're about to sit down

15   with their witnesses and talk about.  And so they certainly

16   wouldn't have gotten that if they hadn't improperly

17   privileged the documents so -- but I think the better thing

18   would be for us to talk to them and to try to come up with a

19   process before we bother the Court with that.

20             THE COURT:  Okay.

21             MR. SCHMIDTLEIN:  I would like to get this

22   resolved and teed up for the next conference with you, if

23   possible.  I guess, obviously, if we have to do something

24   that bleeds a little bit past that, you know, we'll work to

25   do that.  But I think, Your Honor, your having these on a

 1   regular basis has really been a great way to get the parties

 2   to resolve these things quickly and to get us on our way.

 3            So, you know, the 30 days to July 17, I wouldn't

 4   normally quibble with that.  But if they gave us that on

 5   July 17th, we're not going to have it probably fully teed up

 6   for you on the 22nd, maybe we would, but that's all I'm

 7   concerned about.

 8            MR. CAVANAUGH:  Your Honor, it would also be

 9   helpful to know how many documents they plan on producing

10   today.

11            MR. SCHMIDTLEIN:  I don't have the number today.

12            THE COURT:  Okay.

13            All right.  Let's -- I think Mr. Schmidtlein's

14   proposal makes some sense which is, to the extent disputes

15   arise as a result of this, I'd like to get them resolved

16   sooner rather than later.  And so if we time this sort of to

17   our monthly status conferences, then all the better.  So how

18   about July 8th as a date by which you should identify

19   witnesses you wish to re-depose and you can talk about the

20   extent to which you identify the records that you think

21   justify that, whether that's a disclosure should be made at

22   all, disclosures should be made only for attorneys eyes, we

23   can -- I leave it to you all to think about that in the

24   first instance if you can't come an agreement sooner rather

25   than later, then just let me know.

```
 1                And then I think I'm probably going to shoot for
 2      July 14th as our next date, if that's available for
 3      everyone.
 4                MR. DINTZER:  That's good for the plaintiffs,
 5      Your Honor.
 6                MR. CAVANAUGH:  Good for us.
 7                THE COURT:  Mr. Cavanaugh, does that work for you?
 8                I could also do the 15th.  I just need to move
 9      some things around.
10                I could do the 15th at 2:30 in the afternoon,
11      although I told my Law Clerk not to schedule -- I should not
12      schedule these hearings on late Friday afternoons.
13                MR. SCHMIDTLEIN:  We'll make that work,
14      Your Honor.
15                THE COURT:  Okay.  If it's a problem, like I said,
16      I could do the 15th, that's not a problem.
17                MR. SCHMIDTLEIN:  No.  I think the 14th works.
18                THE COURT:  All right.  So let's set down the 14th
19      and we'll do that at 2:00.
20                And, you know, in terms of the timing, you know,
21      I've set the 8th.  You know we usually get our Joint Status
22      Reports, you all get them to me usually two days in advance.
23      If you can't meet and confer in time to put it all in a
24      Joint Status Report, that's okay, we can address any
25      disputes orally on the 14th.  Okay?
```

 1            MR. DINTZER:  Thank you, Your Honor.

 2            THE COURT:  All right.  So that leaves a couple of

 3    final open issues and that's the second set of

 4    interrogatories, plaintiffs' answers to those

 5    interrogatories, 8 and 10.

 6            So why don't we start with you, Mr. Schmidtlein,

 7    and we'll figure out what to do here.

 8            I guess I'll just give you my observation, which

 9    is, it isn't clear to me what more you're seeking other than

10    a statement as to Section 1, a potential Section 1

11    violation.  I mean, is that what's missing, you think, from

12    their response?

13            MR. SCHMIDTLEIN:  Yes.

14            We want to know whether the agreements -- you

15    know, we want to know whether the agreements that they have

16    identified that they claim that Google entered into were

17    unlawful.  We simply want to know, is it your position that

18    it's because Google entered into them or are the agreements

19    themselves inherently anti competitive such that nobody

20    could enter into them.

21            And they've come back --

22            THE COURT:  Can I ask why that's relevant in the

23    following sense, because this is a Section 2 case and

24    whatever argument they're going to make at trial is going to

25    be in the context of the allegation that Google is a

1    monopolist.

2         So what does it matter whether a particular

3    agreement or type of agreement is inherently unlawful and

4    they think it's inherently unlawful?  Why does that matter?

5         MR. SCHMIDTLEIN:  Because one of the elements of a

6    Section 2 violation is, is the conduct exclusionary or

7    anti-competitive.  I mean, that's one of the key elements.

8    If the conduct is competition on the merits, in other words,

9    it's not anti-competitive, it's just competition, then it's

10   not anti-competitive.

11        And I'll give you one example that the parties are

12   fighting over.  The default search engine on the Safari

13   browser on IOS devices, that is a default position that

14   parties compete to be awarded by Apple.  We've asked them,

15   are you saying that the fact that Google won that

16   competition and entered into an agreement to be the default

17   search engine on the Safari browser, are you saying that's

18   illegal because Google did it, or are you saying that's

19   somehow inherently anti-competitive?

20        And they've come back and they've said -- they've

21   given kind of a hornbook, oh, well, under Section 2

22   companies that --

23        THE COURT:  Right.

24        MR. SCHMIDTLEIN:  -- aren't monopolist can enter

25   into agreements that companies that are monopolist can enter

 1   into.  Okay, that's interesting.  You haven't answered the

 2   question.  Is it your position that that conduct in and of

 3   itself is exclusionary?  And that's the answer we're trying

 4   to get out of them and they don't want to give.

 5               THE COURT:  Okay.

 6               Mr. Dintzer, Mr. Cavanaugh, thoughts?

 7               MR. DINTZER:  Your Honor, I must admit that until

 8   I saw Section 1 in their brief, I had no idea that they were

 9   asking about Section 1.

10               So to say that we don't want to give it,

11   Your Honor, we're not bringing a Section 1 case.  They might

12   as well is about the SEC law, whether they violated --

13               We're bringing a Section 2 case.  We thought they

14   were asking about whether other people could do it.  We gave

15   an answer that expressly addresses -- I mean, actually it's

16   broader -- we actually give them more than they ask for, but

17   we basically outline that, you know, Section 2 only applies

18   to either those with monopoly power or those with dangerous

19   probability of acquiring monopoly power.  Nobody else in the

20   search market is in either one of those slots in the general

21   search market so the conduct that we're talking about here

22   is conduct that would not be barred by Section 2 for any of

23   the people in the general search market.

24               I don't know how else we could say that.  The idea

25   that they can ask us about Section 1 means that their

1    questions are inherently, inherently hypothetical and

2    irrelevant because we're not bringing a Section 1 case.

3            And so they could -- I mean, there are no more or

4    less hypothetical than if they were asking about some other

5    law that we're not bringing, whether they were fraud or

6    whether they -- we shouldn't be ordered to answer questions

7    about cases that we're not bringing, and the case law is

8    pretty clear about that, that -- we're not contending.

9            So these are -- and I can put up the

10   interrogatories, the language, but the language is, state

11   whether you contend, whether you contend.  We're not

12   contending anything about Section 1 because we didn't bring

13   a Section 1 case.

14           So the short answer, which is why we originally

15   said, can we give you a yes-or-no answer, because the answer

16   would be, no, we don't contend anything about that.

17           THE COURT:  Right.

18           Okay.  Here's my concern about this,

19   Mr. Schmidtlein, is that, one, even if what -- even if we

20   could categorize agreements and not talk about specific

21   agreements, you're asking the Department of Justice and

22   States' Attorneys General to take positions about industry

23   practices in the context of discovery responses, and that

24   just doesn't seem to me to be an ideal place in which

25   enforcers should be expressing their positions about

1    industry practices.  You know, the right place to do that is

2    either in sort rule-making, you know, policy guidance, or an

3    enforcement action specific to that particular kind of

4    practice.

5              And so there's sort of an inherent -- you know, we

6    talked about this before.  There's an inherent uncertainty,

7    speculative quality about this, and so I'm just not inclined

8    to require them to answer anything more than they've already

9    answered.

10             MR. SCHMIDTLEIN:  Your Honor, at some point,

11   they're going to have to explain why -- what exactly it is

12   that makes the type of agreement, the examples of agreements

13   here, exclusionary.

14             THE COURT:  Right.

15             MR. SCHMIDTLEIN:  And is it -- are they inherently

16   exclusionary or is it just -- are you saying going forward

17   that Google can't do this but everybody else in the market

18   can do it?  That's the question we're trying to get

19   answered.

20             THE COURT:  Well, I understand that's what you're

21   trying to get answered.  What I don't understand is why that

22   is relevant to this case.  And maybe it's just because I

23   don't understand the area well enough and I'm happy to be

24   educated about it, but...

25             I mean, what they have said is that it's Google

1  doing it, right, and it's because Google has monopoly power

2  and at some point, it acquired sufficient market power in

3  various markets that its continued use, for example, and for

4  continued prevailing, even perhaps in a competitive bid

5  process, is anti-competitive.  I mean, that's what I

6  understand their theory to be based on what I've just heard.

7  And whether that practice is inherently anticompetitive or

8  not, I'm not sure why it matters.

9         MR. SCHMIDTLEIN:  Again, one of the elements of a

10 Section 2 claim is, in addition to, you have to prove the

11 company has monopoly power in a properly defined relevant

12 market, they also have to prove

13 anti-competitive/exclusionary conduct.

14        And what the -- the answer they've given us is a

15 cute little out based on, oh, well, they don't have monopoly

16 power, and we're trying to get them to answer it, are you

17 saying this conduct is inherently anti-competitive such that

18 nobody is allowed to engage in it.

19        THE COURT:  Well, let me deal -- I don't --

20 I'm not going to compel them to say anything more right now.

21 I think this could be an area that you'll undoubtedly ask

22 their experts about.  And so, you know, it seems to me that

23 if you haven't learned enough through that process, then

24 maybe you could come back to me and ask for this request

25 again.

1        But I suspect you'll have lots of questions on

2   this topic of their experts and that'll flesh their position

3   out, whether they like it or not, okay?

4        MR. SCHMIDTLEIN:  Thank you, Your Honor.

5        THE COURT:  All right.  Last thing is the tutorial

6   that I've requested and I appreciate the thought that

7   everybody's put into this.

8        I think -- I don't know that we need to have a

9   long discussion about this.  At least, let me say the

10  following, which is, one, the scope of this, you know, look,

11  it's hard to define the scope precisely.  I mean, given the

12  nature of the case, but what I've envisioned throughout is

13  that this would be largely factual, right.  It's background

14  facts that, you know, frankly, I don't want you all having

15  to waste time to present to me at trial or in summary

16  judgment briefing, right.  I mean, it makes a lot more sense

17  for everybody to be able to get up in a single day and just

18  educate me about the basics in a way that conserves time for

19  everyone down the road so I'm not asking the elementary

20  questions I'll undoubtedly be asking you both during that

21  day and after.  So that's what I envision.

22        And, you know, to the extent that slips into

23  declarations or positions about what the market is and who

24  those market participants are, I think that's okay, I'm not

25  troubled by that.  You know, that will ultimately have to be

1   resolved on summary judgment, but at the same time getting a

2   little bit of preview about those issues isn't a bad thing

3   as far as I'm concerned.

4         In terms of timing, look, this is less about --

5   I hate to tell you -- your schedule than it is mine.  I'm

6   basically starting at the end of -- I mean, really starting

7   September 19th, I am scheduled to be in trial every day for

8   the rest of the year, and so the optimal time really is

9   early September.  And, you know, right now, I've got open

10   7th, 8th and 9th, that's right after Labor Day, and you all

11   had been contemplating completing your depositions by then

12   so maybe that's a window of time where it makes sense to do

13   that.

14         Does that work for everyone?

15         MR. DINTZER:  It's at the Court's convenience,

16   Your Honor.  Obviously, we would strongly prefer it to be

17   after experts were done just so that we wouldn't have to

18   double track, but I understand the Court's crushing trial

19   schedule, which it sounds intense.  So we obviously can make

20   ourselves available at the Court's convenience.

21         THE COURT:  Okay.

22         MR. SCHMIDTLEIN:  We'll make it work, Your Honor.

23         THE COURT:  All right.  How about September 8th?

24   All right.  So we'll mark off September 8th.  We'll set

25   aside the whole day, three hours each side.

1          You know, I don't -- we can play it by ear in

2    terms of whether there's a rebuttal necessary.  I mean,

3    again, I envision this to be factually -- first, factual,

4    and to the extent this bleeds into factual disputes, I don't

5    know that we need a rebuttal, but I'm sure the disputes will

6    make themselves imminently clear to the extent that they

7    exist.

8          And then finally in terms of confidentiality,

9    look, you know, this is an enforcement action, there's

10   obviously a fair -- a good deal of public interest so I'm

11   really disinclined to have it all happen in a sealed

12   proceeding, but, you know, as much as we did and I suspect

13   we'll have to do at trial, and I'm prepared to close some

14   portion of your time if you think there are truly

15   confidential matters that you don't think can be put on the

16   public record or documents that are trade secrets,

17   confidential business records that really shouldn't be

18   seeing the light of day, and you can ultimately decide, you

19   know, how much of that time you think ought to be done in a

20   closed proceeding.  But as I said, I mean, the full day, the

21   full three hours of each side, that, I just -- I can't do

22   that given the nature of the case and the public interest of

23   the case.

24          MR. SCHMIDTLEIN:  Your Honor, I understand.

25          Let us sort of talk and think about -- this will

1    obviously effect how we might structure some things.

2              THE COURT:  Right.

3              MR. SCHMIDTLEIN:  A not insignificant, as you

4    know, part of this case is about highly sensitive contracts

5    with terms that are confidential and business sensitive

6    between not only Google and third parties, and the third

7    parties views' on confidentiality of those contracts are

8    just as ferocious as Google's views.

9              But we've also got other third-party people who

10   you've seen before you in terms of other discovery disputes,

11   who, you know, have information that would otherwise be

12   presented as part of these submissions and they're going to

13   have concerns about that as well.

14             THE COURT:  Right.

15             MR. SCHMIDTLEIN:  We may be in a position to try

16   to structure chunks that are, here's what a search engine

17   result page looks like, and a very high level types of

18   things.

19             THE COURT:  Right.

20             MR. SCHMIDTLEIN:  And to the extent we get into

21   more confidential portions, you know, we'll try to deal with

22   that.

23             I wonder if it might make sense -- I know we had

24   contemplated a pre-presentation disclosure to you of

25   whatever materials might make sense for us to try to flag

 1   for you in advance, section or portions that we think might

 2   implicate these issues.

 3            THE COURT:  Okay.

 4            Look, this can be flexible.  I don't have a

 5   particular template in mind.  I mean, even sort of the three

 6   hours for each side, if you want to take two hours, two

 7   hours and an hour, an hour to have an opportunity for

 8   rebuttal or a follow-up, you know, that's okay with me, too.

 9            So, you know, it doesn't have to be sort of three

10   solid blocks of time in which you take a half an hour out of

11   the last portion.

12            I mean, think through what you want to do.  That

13   may sort of dictate your thinking about how the day ought to

14   be structured and the way want to do your presentations.  So

15   I don't think we need to set anything in stone today.  And

16   as you all think through what you'd like to do, you know, I

17   suspect we'll come -- as we get closer, we'll have a

18   structure that works for everyone.

19            MR. SCHMIDTLEIN:  We'll have some additional maybe

20   conversations and then to the extent it makes sense to maybe

21   revisit on it at the next status conference, maybe we'll

22   plan to do that.

23            THE COURT:  Okay.

24            This is going to be a preview, it seems to me, of

25   what is going to be a bigger issue at trial, which is, how

 1   much of the trial is going to involve the kind of sensitive

 2   business information that both Google and third parties are

 3   going to assert can't be put on the public record.

 4          You know, it comes up in all of these antitrust

 5   cases and every judge has to deal with them, every judge

 6   urges the parties to minimize that.  But, you know, that can

 7   only be avoided so much, and it's just something that's

 8   lurking in the background that's going to be an issue as we

 9   move forward.

10          MR. SCHMIDTLEIN:  Understood, Your Honor.

11          THE COURT:  Okay.

12          All right.  So we have our next date and we have a

13   deadline of, I think we had set July 14th.  Your Joint

14   Status Reports by the 12th.  And with that, is there

15   anything else we need to talk about?

16          MR. DINTZER:  Not from the plaintiffs, U.S.

17   Plaintiffs, Your Honor.

18          THE COURT:  Mr. Cavanaugh.

19          MR. CAVANAUGH:  Nothing for us, Your Honor.

20          MR. SCHMIDTLEIN:  Not for Google, Your Honor.

21          THE COURT:  Thank you, all, very much.  Be well,

22   have a nice long weekend, and we'll see you soon.  Don't

23   wait for me.

24          COURTROOM DEPUTY:  This court stands adjourned.

25          (Proceedings concluded at 4:26 p.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__June 21, 2022_____     

                                 William P. Zaremba, RMR, CRR

62

**COURTROOM DEPUTY: [2]** 3/2 60/24

**MR. CAVANAUGH: [13]** 8/19 33/15 41/16 41/21 41/24 42/15 42/19 42/22 45/8 45/12 47/8 48/6 60/19

**MR. DINTZER: [50]** 3/20 5/4 5/10 6/3 6/21 7/19 7/23 8/4 8/6 8/9 8/16 22/18 24/2 25/1 26/12 26/25 27/15 27/23 28/7 28/17 28/20 29/6 29/22 29/24 30/11 30/23 31/9 31/12 33/9 33/16 33/24 34/10 34/13 34/17 34/22 37/4 37/8 37/21 38/20 39/14 40/10 40/13 40/24 46/2 46/9 48/4 49/1 51/7 56/15 60/16

**MR. SCHMIDTLEIN: [58]** 9/10 9/12 9/25 10/20 10/22 11/3 12/9 13/7 13/9 13/18 13/22 14/4 14/20 14/23 15/3 15/9 15/11 15/18 16/7 16/12 16/17 17/6 17/11 17/23 19/2 19/20 20/10 21/14 32/11 34/23 43/1 43/6 43/10 43/25 45/4 45/16 46/21 47/11 48/13 48/17 49/13 50/5 50/24 53/10 53/15 54/9 55/4 56/22 57/24 58/3 58/15 58/20 59/19 60/10 60/20

**THE COURT: [116]**

## 0

**0340 [1]** 1/14

## 1

**10 [1]** 49/5
**100 [2]** 6/8 30/9
**10036-6710 [1]** 1/19
**1100 [1]** 1/13
**1133 [1]** 1/18
**11th [1]** 4/2
**12 [1]** 32/21
**12th [2]** 2/3 60/14
**14th [5]** 48/2 48/17 48/18 48/25 60/13
**15 [2]** 6/15 6/16
**15th [3]** 48/8 48/10 48/16
**17 [3]** 1/5 46/1 47/3
**170 [3]** 20/19 20/20 20/22
**170,000 [3]** 17/17 19/15 20/12
**179-page [1]** 8/22
**17th [5]** 38/10 40/11 46/2 46/3 47/5
**18 [1]** 37/12
**18-page [1]** 8/22

## 2

**2,000 [2]** 8/10 18/8
**20,000 [1]** 43/11
**20-3010 [2]** 1/4 3/4
**200 [10]** 22/1 28/5 29/11 29/18 30/24 31/15 31/16 35/15 35/20 35/22
**20001 [1]** 2/9
**20005 [1]** 2/3
**202 [3]** 1/14 2/4 2/9
**2021 [1]** 13/12
**2022 [2]** 1/5 61/7
**2023 [3]** 7/20 8/4 8/5
**21 [1]** 61/7
**212 [1]** 1/19
**2200 [1]** 1/18
**22nd [1]** 47/6
**23 [1]** 37/7
**23rd [1]** 7/20
**25-page [1]** 6/10
**26th [2]** 36/2 36/12
**2793 [1]** 1/19
**2:00 [1]** 48/19
**2:30 [1]** 48/10
**2nd [1]** 32/22

## 3

**30 [1]** 46/2
**30 days [3]** 32/18 46/7 47/3
**3010 [2]** 1/4 3/4
**307-0340 [1]** 1/14
**30th [5]** 5/7 5/8 10/19 11/1 40/14
**3249 [1]** 2/9
**33 [1]** 27/17
**333 [1]** 2/8
**335-2793 [1]** 1/19
**350 [1]** 27/23
**354-3249 [1]** 2/9
**360 [1]** 18/7
**37,223 [1]** 43/7
**3:00 [1]** 1/6

## 4

**434-5000 [1]** 2/4
**47 [2]** 20/20 21/2
**47,000 [7]** 20/1 20/7 20/21 21/3 21/5 26/8 26/10
**4:26 [1]** 60/25

## 5

**50 [1]** 6/8
**500 [3]** 30/2 30/5 30/14
**5000 [1]** 2/4
**5th [1]** 41/8

## 6

**6710 [1]** 1/19
**6th [1]** 3/23

## 7

**725 [1]** 2/3
**78 [3]** 24/2 24/4 24/5

## 8

**8th [5]** 47/18 48/21 56/10 56/23 56/24

## 9

**90 [1]** 21/24
**9th [1]** 56/10

## A

**ability [1]** 29/20
**able [5]** 11/22 13/25 15/20 15/20 55/17
**about [67]**
**above [2]** 35/18 61/4
**above-titled [1]** 61/4
**accept [1]** 29/11
**access [2]** 16/20 21/17
**accommodate [2]** 8/7 35/24
**accomplish [1]** 14/20
**account [1]** 15/25
**accurate [2]** 10/18 13/6
**acquired [1]** 54/2
**acquiring [1]** 51/19
**across [3]** 20/12 20/13 36/5
**action [4]** 3/3 4/10 53/3 57/9
**actually [11]** 6/23 9/20 11/23 13/15 16/22 29/17 42/3 42/17 44/5 51/15 51/16
**add [3]** 38/7 46/6 46/6
**addition [1]** 54/10
**additional [4]** 6/20 14/12 32/23 59/19
**address [1]** 48/24
**addresses [1]** 51/15
**adjourned [1]** 60/24
**admit [1]** 51/7
**advance [3]** 7/21 48/22 59/1
**affirmative [1]** 9/13
**afresh [1]** 22/8
**after [21]** 3/12 8/2 9/19 10/25 13/12 13/13 16/18 21/25 31/5 32/3 32/3 32/13 32/18 32/18 35/23 41/9 41/13 46/2 55/21 56/10 56/17
**afternoon [5]** 3/3 3/9 9/10 9/11 48/10
**afternoons [1]** 48/12
**afterwards [1]** 46/6
**again [12]** 3/9 10/6 15/12 30/7 30/19 35/19 35/21 40/5 41/11 54/9 54/25 57/3
**against [2]** 26/21 28/5
**agenda [1]** 9/5
**agree [3]** 12/10 13/19 35/6
**agreed [6]** 13/10 14/6 18/8 19/10 22/8 32/20
**agreement [12]** 22/23 22/23 23/2 23/3 23/4

**agreements [9]** 22/12 22/21 49/14 49/15 49/18 50/25 52/20 52/21 53/12
**aided [1]** 2/11
**al [2]** 1/3 3/4
**all [77]**
**all right [3]** 9/9 15/10 24/18
**allegation [1]** 49/25
**allowed [2]** 13/25 54/18
**along [5]** 8/9 16/21 27/8 31/2 34/24
**already [9]** 6/20 7/20 8/13 15/14 15/21 16/4 30/15 43/18 53/8
**also [19]** 4/20 4/21 7/24 8/9 12/2 14/22 15/7 17/1 25/25 26/20 27/3 27/5 33/12 38/5 44/4 47/8 48/8 54/12 58/9
**alternative [1]** 42/9
**although [4]** 48/11
**always [1]** 25/8
**am [47]** 7/19 14/16 45/4 56/7
**amended [1]** 8/2
**AMERICA [2]** 1/3 3/4
**Americas [1]** 1/18
**AMIT [1]** 1/9
**among [1]** 21/5
**amount [1]** 44/12
**another [3]** 41/7 42/13 44/17
**answer [10]** 5/2 51/3 51/15 52/6 52/14 52/15 52/15 53/8 54/14 54/16
**answered [4]** 51/1 53/9 53/19 53/21
**answers [2]** 7/16 49/4
**anti [8]** 49/19 50/7 50/9 50/10 50/19 54/5 54/13 54/17
**anti-competitive [6]** 50/7 50/9 50/10 50/19 54/5 54/17
**anti-competitive/exclusionary [1]** 54/13
**anticipating [1]** 11/5
**anticompetitive [1]** 54/7
**antitrust [2]** 5/18 60/4
**any [19]** 3/15 4/4 7/15 9/4 9/13 10/5 23/23 27/2 27/3 33/19 33/22 34/19 35/21 43/17 44/5 44/9 44/16 48/24 51/22
**anybody [1]** 3/16
**anything [16]** 3/17 8/3 12/17 21/11 23/1 24/19 26/20 26/23 35/18 41/18 52/12 52/16 53/8 54/20 59/15 60/15
**anyway [1]** 26/22

**apparent [1]** 25/9
**APPEARANCES [2]** 1/11 1/21
**Apple [1]** 50/14
**applies [1]** 51/17
**appreciate [2]** 25/1 55/6
**are [92]**
**area [2]** 53/23 54/21
**aren't [5]** 6/9 16/4 24/16 27/11 50/24
**arguing [1]** 17/24
**argument [3]** 34/2 34/5 49/24
**arise [1]** 47/15
**arms [1]** 26/7
**around [4]** 12/22 26/7 39/19 48/9
**article [1]** 16/10
**as [61]** 3/17 4/12 6/12 9/4 9/21 11/20 11/22 12/24 14/5 14/13 15/12 15/12 15/15 18/1 18/8 18/10 18/11 18/11 18/19 21/14 21/16 21/22 22/10 25/8 27/3 27/7 27/9 31/9 31/10 33/19 34/14 34/19 34/23 35/5 36/12 37/18 37/19 40/17 41/7 41/7 42/9 44/3 44/4 47/15 47/18 48/2 49/10 51/12 56/3 56/3 57/12 57/12 57/20 58/3 58/8 58/8 58/12 58/13 59/16 59/17 60/8
**aside [3]** 10/6 28/1 56/25
**ask [28]** 12/8 12/9 14/13 15/6 18/2 23/22 27/7 27/17 27/17 27/18 27/19 28/6 30/12 30/17 32/7 33/18 34/5 34/19 35/11 36/6 36/16 39/18 39/19 49/22 51/16 51/25 54/21 54/24
**asked [10]** 4/13 18/12 27/20 27/25 28/18 32/8 32/9 34/14 35/5 52/14
**asking [10]** 22/2 29/16 31/3 41/7 51/9 51/14 52/4 52/21 55/19 55/20
**aspersions [1]** 44/17
**assert [1]** 60/3
**associated [3]** 16/22 16/25 17/6
**assume [1]** 7/11
**Assuming [1]** 40/11
**assumption [1]** 44/10
**attached [1]** 16/5
**attachment [2]** 14/15 14/19
**attachments [1]** 23/21
**attention [1]** 4/12
**attorneys [1]** 47/22 52/22
**August [5]** 40/25 40/25 41/8 45/2 45/22

**A**

available [3] 45/15 48/2 56/20
Avenue [2] 1/18 2/8
avoid [1] 44/14
avoided [1] 60/7
await [1] 4/14
awaiting [1] 4/12
awarded [1] 50/14
aware [1] 11/5

**B**

back [17] 9/17 19/3 19/22 28/6 29/11 30/3 31/16 32/20 33/17 35/16 35/22 38/7 39/5 46/7 49/21 50/20 54/24
background [3] 22/14 55/13 60/8
backup [2] 4/3 4/4
bad [1] 56/2
ballgame [1] 26/9
ballpark [1] 28/12
barred [1] 51/22
Barrett [1] 2/8
based [5] 22/1 22/9 41/25 54/6 54/15
baseline [2] 33/21 34/19
basically [6] 22/6 23/10 27/7 45/10 51/17 56/6
basics [1] 55/18
basis [3] 14/8 23/9 47/1
be [143]
because [22] 10/14 12/21 21/10 22/1 23/15 25/14 27/11 28/24 32/20 33/25 39/7 44/15 44/21 49/18 49/23 50/5 50/18 52/2 52/12 52/15 53/22 54/1
been [39] 3/11 5/7 10/7 13/13 15/13 15/14 15/22 17/8 17/9 18/11 19/10 19/25 20/3 20/11 21/9 21/15 21/24 22/2 23/6 23/9 24/24 25/19 26/1 26/2 32/20 32/23 33/12 35/7 38/2 39/2 39/3 39/8 43/18 44/16 44/17 44/18 45/19 47/1 56/11
before [20] 1/9 5/13 10/23 11/1 12/1 12/8 18/14 18/23 24/13 25/24 27/20 28/23 32/22 34/4 38/17 43/19 46/12 46/19 53/6 58/10
begin [1] 3/15
beginning [1] 5/15
behalf [3] 3/6 3/8 8/17
being [4] 12/23 18/12 27/9 30/7
believe [8] 10/20 11/4 11/8 11/14 18/5 37/14 37/16 41/8

**BRONWYN [1] ...**

belongs [1] 40/20
below [2] 43/10 43/11
best [2] 6/9 18/21
better [2] 46/17 47/17
between [6] 9/4 17/3 17/21 30/15 39/15 58/6
bid [1] 54/4
bigger [1] 59/25
bit [5] 8/2 10/14 12/3 46/24 56/2
bleeds [2] 46/24 57/4
blind [1] 26/10
blocks [1] 59/10
body [2] 14/18 14/18
bombard [1] 32/14
both [12] 6/14 10/12 13/1 14/18 24/19 27/4 30/15 37/22 39/11 39/12 55/20 60/2
bother [1] 46/19
brand [1] 18/24
brand-new [1] 18/24
breather [1] 3/12
bridge [2] 5/14 40/23
brief [2] 18/5 51/8
briefing [3] 11/19 23/19 55/16
briefly [1] 9/12
briefs [1] 6/15
bring [2] 4/11 52/12
bringing [5] 51/11 51/13 52/2 52/5 52/7
broad [2] 19/16 19/17
broader [2] 21/20 51/16
browser [2] 50/13 50/17
bunch [1] 18/16
burden [5] 6/21 6/23 7/3 18/3 35/3
burdens [2] 6/20 14/12
burdensome [3] 13/23 24/19 38/8
business [3] 57/17 58/5 60/2
busy [1] 45/1

**C**

cachet [1] 27/7
call [1] 14/2
called [1] 27/11
came [1] 30/3
can [41] 7/25 9/19 10/6 12/10 12/19 12/21 14/13 14/20 15/23 17/11 19/10 20/6 28/22 29/8 29/10 32/7 34/2 35/16 35/22 36/10 38/10 38/16 38/18 43/25 44/4 47/19 47/23 48/24 49/22 50/24 50/25 51/25 52/9 52/15 53/18 56/19 57/1 57/15 57/18 59/4 60/6
can't [17] 4/18 16/14 25/11 26/9 27/21 28/21 28/24 32/5 36/24 37/12

**BRONWYN[1]...**

cannot [1] 26/8
captured [1] 16/4
case [22] 5/18 15/1 15/19 18/22 19/8 19/25 20/21 20/23 20/25 21/15 35/17 49/23 51/11 51/13 52/2 52/7 52/13 53/22 55/12 57/22 57/23 58/4
cases [4] 15/6 42/14 52/7 60/5
casting [1] 44/16
categories [1] 24/24
categorize [1] 52/20
cause [6] 29/12 29/13 29/15 30/4 31/18 38/23
Cavanaugh [11] 1/16 3/7 11/4 33/12 36/16 41/15 44/24 45/24 48/7 51/6 60/18
ceiling [1] 28/6
certainly [6] 10/25 11/17 24/15 37/24 44/8 46/15
Certified [1] 2/7
certify [1] 61/2
CH [1] 2/8
chair [1] 42/12
chance [2] 3/11 38/3
change [1] 22/4
changed [1] 16/20
chart [5] 37/6 37/10 37/16 38/18 43/3
chunks [1] 58/16
cited [9] 33/20 33/22 33/24 34/4 34/8 34/19 34/25 35/6 35/9
cites [1] 26/16
citing [1] 34/4
Civil [1] 3/3
claim [4] 44/3 45/19 49/16 54/10
clear [8] 13/19 31/7 32/11 37/17 43/7 49/9 52/8 57/6
Clerk [1] 48/11
clients' [1] 45/14
close [4] 3/12 3/13 18/23 57/13
closed [1] 57/20
closer [2] 8/11 59/17
cloud [1] 16/5
CMO [3] 4/2 7/20 8/1
code [1] 19/14
collected [1] 19/7 19/17 21/6
collection [3] 17/19 20/13 21/20
Colorado [6] 1/16 3/7 3/25 7/2 8/17 14/9
COLUMBIA [1] 1/1
column [1] 40/1
come [18] 14/9 16/21 18/2 18/14 19/14 21/16 28/6 29/11 31/16 35/16 35/22 36/5 46/18 47/24

**BRONWYN[1]...**

59/17
comes [1] 60/4
comfortable [1] 46/13
coming [1] 6/15
commitments [1] 22/9
common [1] 31/25
companies [2] 50/22 50/25
company [1] 54/11
company's [1] 16/13
compel [1] 54/20
compete [1] 50/14
competition [1] 50/8 50/9 50/16
competitive [9] 49/19 50/7 50/9 50/10 50/19 54/4 54/5 54/13 54/17
completing [1] 56/11
complicated [1] 16/8
comply [1] 10/8
comprise [1] 43/12
compromise [1] 13/24
computer [1] 2/11
computer-aided [1] 2/11
concern [1] 52/18
concerned [2] 47/7 56/3
concerning [1] 3/16
concerns [2] 36/15 58/13
concluded [1] 60/25
conduct [7] 50/6 50/8 51/2 51/21 51/22 54/13 54/17
conducted [1] 14/25
confer [5] 18/9 22/25 35/5 46/12 48/23
conference [3] 1/9 46/22 59/21
conferences [1] 47/17
confidential [4] 57/15 57/17 58/5 58/21
confidentiality [2] 57/8 58/7
confined [1] 44/6
confines [1] 34/8
connection [2] 7/12 28/14
connections [1] 29/8
CONNOLLY [1] 2/2
conserves [1] 55/18
consideration [1] 35/25
Constitution [1] 2/8
consumption [1] 7/1
contemplated [1] 58/24
contemplating [2] 36/23 56/11
contend [3] 52/11 52/11 52/16
contending [2] 52/8 52/12
contested [1] 12/17
context [3] 7/8 49/25 52/23

**BRONWYN[1]...**

continue [3] 27/4 32/14 33/1
continued [5] 2/1 25/19 31/22 54/3 54/4
continuing [2] 4/14 29/9
contract [1] 23/2
contracts [2] 58/4 58/7
contribute [1] 26/23
convenience [2] 56/15 56/20
conversations [3] 9/25 13/13 59/20
correct [16] 12/11 12/24 14/16 14/21 15/2 15/3 15/9 15/11 17/24 19/20 19/20 20/15 21/12 38/20 45/4 61/3
could [31] 15/13 16/19 18/18 21/9 24/24 25/11 25/12 26/12 27/7 27/8 30/25 31/25 33/9 35/1 39/17 40/21 41/6 41/12 46/3 46/4 46/6 48/8 48/10 48/16 49/20 51/14 51/24 52/3 52/20 54/21 54/24
couldn't [1] 34/3
counsel [1] 22/20
country [1] 39/20
counts [1] 26/21
couple [6] 9/15 16/7 16/8 43/1 43/6 49/2
course [7] 5/4 8/7 11/18 15/15 24/7 27/21 41/2
court [38] 1/1 2/6 2/7 3/21 4/11 6/6 6/7 6/11 6/12 6/17 6/18 6/25 7/5 8/6 8/7 8/24 12/18 23/1 23/8 28/7 28/7 29/10 29/18 30/2 30/12 31/3 31/10 31/13 32/1 33/17 33/19 38/1 40/1 41/7 41/18 46/10 46/19 60/24
Court's [5] 7/1 46/13 56/15 56/18 56/20
cover [2] 12/10 12/10
covered [1] 3/17
crazy [1] 41/11
create [1] 12/2
creating [2] 6/16 6/24
credit [2] 29/2 39/5
critical [1] 60/8
CRR [2] 61/2 61/8
crushing [1] 56/18
cull [1] 19/22
curious [1] 5/24
current [1] 37/2
currently [2] 36/23 40/7
custodial [2] 24/5 38/16
custodian [7] 15/25 16/23 17/7 20/14 38/16 38/19 40/20
custodians [3] 19/9

**C**
custodians... [2] 22/9 43/14
cut [7] 29/20 32/10 32/15 33/17 36/2 36/2 46/6
cut-off [5] 29/20 32/10 32/15 36/2 36/2
cute [1] 54/15
CV [1] 1/4

**D**
D.C [4] 1/5 1/13 2/3 2/9
dangerous [1] 51/18
data [8] 9/2 9/18 9/20 9/21 10/1 10/2 10/6 10/9
date [14] 4/2 29/21 30/24 32/10 32/19 32/21 36/3 36/12 38/17 40/8 47/18 48/2 60/12 61/7
Daubert [1] 11/14
day [12] 27/17 27/19 42/4 45/9 55/17 55/21 56/7 56/10 56/25 57/18 57/20 59/13
days [6] 21/24 32/18 46/2 46/7 47/3 48/22
de [5] 4/22 20/3 25/7 36/18 36/20
de-duped [1] 20/3
de-privileged [4] 4/22 25/7 36/18 36/20
deadline [6] 8/3 25/24 36/12 44/13 44/24 60/13
deal [4] 54/19 57/10 58/21 60/5
December [5] 29/25 30/8 30/9 31/22 32/12
decide [1] 7/2
decided [1] 23/14
declarations [1] 55/23
deemed [1] 17/9
deep [1] 38/3
default [3] 50/12 50/13 50/16
Defendant [1] 1/7 2/2
define [1] 55/11
defined [1] 54/11
delimiter [1] 30/24
demand [1] 21/1
department [3] 1/12 14/8 52/21
depose [4] 39/7 44/21 45/18 47/19
deposed [1] 23/25
deposition [8] 18/16 38/15 38/17 39/9 39/22 42/9 44/19 45/20
depositions [10] 18/14 24/8 24/14 24/15 30/18 36/15 37/15 43/20 44/5 56/11
described [1] 22/20
deserves [1] 39/5
detail [1] 6/6

determined [1] 21/10
devices [1] 50/13
dialogue [1] 11/5
dictate [1] 59/13
did [14] 3/23 4/4 8/23 13/18 13/23 22/10 22/10 25/20 30/17 30/23 35/6 38/5 50/18 57/12
didn't [7] 4/5 9/17 25/3 33/13 34/5 34/13 52/12
different [3] 22/5 22/13 43/17
differently [1] 38/24
differs [1] 7/8
difficult [3] 28/11 30/19 39/6
dig [1] 38/3
digest [1] 6/18
digestible [2] 6/2 7/5
Dintzer [17] 1/12 3/6 3/19 5/13 8/15 9/15 10/18 17/18 22/16 23/22 26/4 32/9 35/17 36/16 43/3 45/24 51/6
Dintzer's [1] 31/17
directed [1] 11/15
disagree [1] 22/20
disagreement [1] 13/16
disclosure [2] 47/21 58/24
disclosures [1] 47/22
discovery [21] 3/12 3/13 3/16 4/13 8/2 13/2 18/6 18/23 22/6 25/24 27/21 30/18 31/21 32/12 32/15 33/3 34/6 34/9 38/14 52/23 58/10
discuss [1] 23/2
discussed [1] 46/11
discussion [1] 55/9
disinclined [1] 57/11
dispute [1] 23/23
disputes [8] 22/12 44/11 44/14 47/14 47/14 57/4 57/5 58/10
DISTRICT [3] 1/1 1/1 1/10
do [42] 7/4 9/20 11/8 11/11 18/21 19/14 22/4 25/17 25/20 28/4 29/5 30/9 31/12 31/19 35/14 36/17 36/18 39/18 41/6 41/11 42/21 43/5 45/24 46/1 46/23 46/25 48/8 48/10 48/16 48/19 49/7 51/14 53/1 53/17 53/18 56/12 57/13 57/21 59/12 59/14 59/16
do understand [1] 31/12
do you [2] 30/9 46/1
do you have [1] 36/18
do you know [1] 29/5
docs [1] 10/15

13/12 14/1 14/2 14/10 15/8 15/14 15/16 15/18 15/21 16/12 16/13 16/18 16/20 16/22 16/23 17/2 17/4 18/15 18/24 21/7 21/8 22/9 23/18 23/19 26/16 26/18 26/18 27/2 28/2 28/16 28/22 29/5 29/8 31/19 31/19 31/22 34/14 34/19 35/6 36/9 36/25 40/12 40/20 43/22 44/19 44/20 46/5
documents [96]
does [14] 8/22 10/3 15/24 16/1 22/23 22/24 25/13 25/14 38/7 38/11 48/7 50/2 50/4 56/14
doesn't [5] 8/3 23/1 38/9 52/24 59/9
doing [3] 23/10 42/22 54/1
DOJ [2] 1/12 3/6
don't [55] 3/15 4/10 5/5 6/6 6/19 7/15 7/15 8/1 9/3 9/12 9/16 12/16 13/15 15/23 19/5 20/2 21/7 22/19 23/23 23/23 25/13 25/16 27/10 28/10 28/24 29/11 29/14 32/8 34/1 34/3 37/2 37/12 40/1 40/2 41/1 41/16 41/18 47/11 49/6 51/4 51/10 51/24 52/16 53/21 53/23 54/15 54/19 55/8 55/14 57/1 57/4 57/15 59/4 59/15 60/22
done [13] 13/9 17/19 20/13 21/16 38/2 39/13 40/9 40/10 41/4 42/6 45/7 56/17 57/19
door [1] 10/15
double [1] 56/18
doubt [1] 27/18
down [4] 42/12 46/14 48/18 55/19
dozens [2] 23/25 24/1
drive [3] 16/1 16/2 16/13
due [2] 36/3 41/8
duped [1] 20/3
during [10] 11/13 11/18 27/21 29/23 30/17 32/24 34/6 38/14 39/8 55/20

**E**
each [6] 6/11 37/19 45/3 56/25 57/21 59/6
ear [1] 57/1
earlier [4] 24/25 26/3 44/16 44/18
early [4] 40/25 40/25 41/7 56/9
easy [3] 16/7 16/9 42/5
eats [1] 4/9

educate [1] 55/18
educated [1] 53/24
effect [1] 58/1
efficient [1] 6/17
effort [1] 38/6
eight [3] 4/1 39/15 40/7
either [11] 4/6 11/23 14/10 19/24 28/13 36/17 45/2 45/8 51/18 51/20 53/2
electronic [1] 13/2
elementary [1] 55/19
elements [3] 50/5 50/7 54/9
eleventh [1] 21/19
ELMO [1] 37/5
else [6] 3/17 33/5 51/19 51/24 53/17 60/15
email [21] 1/14 1/20 2/4 13/1 13/2 13/2 13/20 14/6 14/9 14/15 14/18 15/25 16/6 16/6 17/17 17/25 22/20 22/22 22/24 24/10
emails [3] 13/1 13/5 19/6
employees [4] 24/1 24/4 24/6 45/14
end [5] 22/6 22/11 30/14 42/17 56/6
ended [4] 20/17 31/21 32/12 32/12
enforcement [2] 53/3 57/9
enforcers [1] 52/25
engage [1] 54/18
engine [3] 50/12 50/17 58/16
enough [11] 6/20 11/9 11/10 11/22 31/15 35/11 38/3 42/6 45/13 53/23 54/23
enter [3] 49/20 50/24 50/25
entered [1] 49/16 49/18 50/16
entire [1] 30/18
entitled [3] 23/11 26/20 40/12
entrails [1] 24/23
envision [3] 29/19 55/21 57/3
envisioned [1] 55/12
equivalent [1] 21/3
ESI [9] 13/14 16/6 16/15 17/17 17/17 19/9 19/17 20/21 24/10
especially [2] 6/14 42/21
essentially [2] 21/5 44/25
established [1] 13/11
et [2] 1/3 3/4
et al [1] 3/4
evaluate [2] 18/3 44/4
even [10] 10/23 11/15

economist [1] 7/6 17/9 27/20 30/5 52/19 52/19 54/4 59/5
event [2] 10/5 35/21
eventuality [1] 40/22
ever [1] 40/23
every [9] 13/19 13/20 20/13 36/25 37/1 40/11 56/7 60/5 60/5
everybody [5] 3/10 3/10 37/24 53/17 55/17
everybody's [1] 55/7
everyone [6] 3/10 44/11 48/3 55/19 56/14 59/18
everything [6] 13/10 18/25 19/5 24/16 33/4 45/25
exactly [4] 12/22 13/7 37/11 53/11
examination [1] 42/20
example [7] 16/10 21/7 23/18 26/15 28/10 50/11 54/3
examples [5] 16/8 16/8 16/9 16/18 53/12
exception [1] 4/4
excessive [1] 26/11
exchange [2] 4/3 31/4
exchanged [1] 3/22
exclusionary [5] 50/6 51/3 53/13 53/16 54/13
excuse [1] 17/17
executive [3] 5/25 8/25 11/8
exhibits [1] 11/20
exist [2] 19/7 57/7
existed [1] 14/4
existing [2] 11/24 16/15
exists [1] 16/13
expect [5] 4/19 4/20 4/22 30/14 44/5
expectation [3] 4/24 37/25 44/8
expected [2] 5/3 10/19
expecting [1] 4/15
expert [25] 3/16 3/22 3/24 3/25 4/1 4/12 4/13 5/18 6/11 6/24 7/11 8/20 8/21 11/3 26/16 26/24 27/5 28/15 32/3 34/17 35/9 35/10 35/24 36/3 41/8
expert's [2] 9/19 26/21
experts [18] 4/5 5/19 6/16 11/8 11/13 27/3 30/1 33/20 33/22 33/25 34/4 34/4 34/20 34/25 36/4 54/22 55/2 56/4
expire [1] 30/25
explain [1] 53/11
explanation [1] 4/6
expressing [1] 52/25
expressly [1] 51/15
extended [1] 8/2
extent [12] 15/21 17/21 18/18 25/2 39/11 47/14 47/20 55/22 57/4 57/6

**E**

extent... [2] 58/20
59/20
eyes [1] 47/22

**F**

facially [2] 25/9 25/11
fact [8] 3/12 3/13 18/23
31/21 43/21 43/22 44/1
50/15
facts [1] 55/14
factual [3] 55/13 57/3
57/4
factually [1] 57/3
fair [2] 12/6 57/10
fall [1] 33/4
far [4] 15/23 31/8 41/25
56/3
favor [1] 23/10
federal [1] 10/3
feel [2] 11/25 30/5
feels [1] 12/1
ferocious [1] 58/8
few [2] 31/1 41/17
fighting [2] 17/15
50/12
figure [1] 49/7
file [1] 38/17
filed [2] 11/15 19/12
files [1] 24/5
filing [2] 29/24 37/6
fill [1] 27/8
final [13] 4/22 4/25 5/3
5/6 5/6 10/24 10/24
32/19 36/18 38/10
39/25 46/1 49/3
finalize [1] 7/15
finally [1] 57/8
finances [1] 23/20
find [6] 19/10 21/25
28/24 28/24 31/25 32/2
finding [1] 54/7
fine [1] 46/7
first [6] 13/12 13/25 35/2
35/23 44/25 47/24 57/3
fish [1] 33/6
five [7] 3/23 9/22 26/17
28/2 28/3 30/8 30/9
flag [1] 58/25
flavor [1] 11/17
flesh [1] 55/2
flexibility [1] 45/14
flexible [2] 41/3 59/4
floating [1] 17/12
folder [1] 38/16
follow [1] 59/8
follow-up [1] 59/8
followed [1] 27/1
following [5] 14/11
17/16 23/23 49/23
55/10
foregoing [1] 61/3
form [2] 7/5 7/12
formal [1] 3/13
forms [1] 6/2
forth [2] 9/17 19/3
forward [4] 38/12
42/25 53/16 60/9

found [3] 8/19 20/15
30/15
four [4] 30/8 34/18
37/13 39/17
frankly [3] 8/23 8/25
55/14
fraud [1] 52/5
free [1] 17/12
freestanding [2] 15/15
17/4
Friday [1] 48/12
front [5] 22/11 23/8
39/24 42/10 43/4
full [3] 36/18 57/20
57/21
fully [1] 47/5
fulsome [2] 7/12 11/9
function [1] 39/2
fundamentals [1] 5/21
further [2] 11/15 12/17
future [2] 4/18 23/3

**G**

gathered [3] 20/21
20/22 20/25
gave [5] 23/18 27/24
30/2 47/4 51/14
general [4] 20/13 51/20
51/23 52/22
generate [1] 6/10
generous [1] 23/12
Gennai [1] 37/13
get [54] 3/15 4/7 5/20
7/7 9/16 11/15 11/16
11/25 12/22 13/25
14/10 15/23 16/25
18/17 22/16 26/7 26/12
26/14 27/19 31/16 32/5
33/7 33/19 34/20 38/7
38/9 38/16 38/22 39/4
39/13 40/6 40/9 40/10
40/11 40/23 41/4 41/4
42/5 42/6 44/2 44/24
46/21 47/1 47/2 47/15
48/21 48/22 51/4 53/18
53/21 54/16 55/17
58/20 59/17
get-go [1] 39/4
gets [1] 26/13
getting [9] 4/12 6/23
7/17 12/7 23/14 25/7
42/12 45/25 56/1
give [20] 10/7 13/14
13/22 26/15 27/9 28/12
28/21 29/7 30/20 32/17
40/21 42/5 45/13 46/4
49/8 50/11 51/4 51/10
51/16 52/15
given [7] 4/8 40/8 42/4
50/21 54/14 55/11
57/22
go [9] 10/15 16/14 22/3
22/3 26/13 27/7 34/24
38/12 39/4
go-gets [1] 26/13
goal [1] 41/4
goalposts [1] 21/18
goes [1] 31/8

going [36] 3/24 9/14 9/16
7/2 8/24 9/14 9/16
10/22 10/25 11/17 22/6
22/7 22/12 24/20 27/4
27/18 28/14 29/13 30/9
31/16 31/18 33/1 33/3
33/3 33/5 33/17 35/14
35/15 38/6 38/7 38/22
39/5 39/19 40/13 44/2
44/5 44/6 45/17 47/5
48/1 49/24 49/24 53/11
53/16 54/20 58/12
59/24 59/25 60/1 60/3
60/8
gone [2] 15/19 19/2
good [15] 3/3 3/9 9/10
9/11 24/17 29/11 29/13
29/15 30/4 31/10 31/18
36/21 48/4 48/6 57/10
GOOGLE [31] 1/6 2/2
3/5 3/8 3/25 4/4 4/17
7/2 8/10 9/3 17/16 24/1
24/4 24/5 25/14 27/10
30/23 31/24 36/10 39/4
49/16 49/18 49/25
50/15 50/18 53/17
53/25 54/1 58/6 60/2
60/20
Google LLC [2] 3/5 3/8
Google's [4] 6/4 13/4
29/1 58/8
gosh [1] 35/1
got [14] 9/3 9/19 19/13
19/14 23/7 31/3 32/25
34/18 35/8 35/9 36/20
38/15 56/9 58/9
gotten [3] 17/7 38/2
46/16
government's [1] 6/4
great [1] 47/1
ground [1] 31/25
guarantee [2] 23/1
43/16
guess [8] 7/21 11/10
11/16 14/2 43/1 44/23
46/23 49/8
guidance [1] 53/2
guides [1] 11/22

**H**

had [34] 3/11 5/15 5/16
5/17 13/13 14/9 15/14
15/21 17/9 18/1 18/7
18/8 19/12 19/15 21/17
22/22 23/6 23/9 24/11
25/19 27/6 32/19 34/25
38/3 39/7 43/19 44/16
44/17 44/20 46/2 51/8
56/11 58/23 60/13
hadn't [2] 26/1 46/16
half [3] 42/12 45/11
59/10
handful [2] 3/14 42/19
handling [2] 23/6 23/9
Hang [2] 27/13 40/4
happen [1] 57/11
happened [1] 4/3
happening [1] 24/13

happy [2] 58/22 58/25
11/23 12/2 13/14 23/6
23/7 53/23
hard [3] 31/19 35/23
55/11
has [25] 3/11 5/14 8/10
9/6 9/20 10/14 13/24
13/24 14/14 14/15
17/16 17/18 18/22 20/3
21/15 22/20 26/24
32/15 35/7 36/5 45/3
47/1 54/1 54/11 60/5
hate [1] 56/5
have [138]
haven't [9] 26/17 26/24
28/18 28/23 35/7 35/17
46/11 51/1 54/23
having [3] 39/25 46/25
55/14
he [4] 8/22 26/25 27/23
45/6
he said [1] 27/23
He's [1] 29/13
head [1] 12/22
hear [1] 11/12
heard [2] 33/9 54/6
hearing [2] 28/12 35/2
hearings [1] 48/12
help [2] 15/24 23/8
helpful [7] 9/1 12/3
12/13 17/13 17/14
22/15 47/9
helping [1] 27/5
here [21] 15/24 22/4
23/7 25/10 25/10 25/11
27/14 28/4 28/11 29/2
30/10 30/19 32/13
32/24 37/18 37/22
45/18 45/19 49/7 51/21
53/13
here's [3] 35/14 52/18
58/16
hey [4] 14/10 18/15
23/16 24/11
high [1] 58/17
higher [1] 55/3
highly [3] 41/21 41/21
58/4
his [2] 8/22 10/18
hit [10] 15/1 15/14 17/2
19/16 22/9 35/22 36/1
36/2 40/22 40/22
holding [1] 36/24
honestly [1] 28/17
honesty [1] 28/17
honor [47] 3/3 3/20
5/11 6/22 8/4 8/16 8/19
9/10 11/6 11/12 12/4
14/5 17/1 18/10 20/5
22/18 24/2 25/2 26/12
26/16 28/2 28/18 33/10
33/15 33/17 34/22
34/24 37/4 37/6 41/16
46/3 46/25 47/8 48/5
48/14 49/1 51/7 51/11
53/10 55/4 56/16 56/22
57/24 60/10 60/17
60/19 60/20

HONORABLE [1] 1/9
hope [3] 3/10 3/11
36/22
hornbook [1] 50/21
hour [5] 21/19 42/12
59/7 59/7 59/10
hours [5] 56/25 57/21
59/6 59/6 59/7
how [21] 13/23 14/14
27/21 27/24 27/24 29/4
33/3 35/1 36/23 38/1
38/4 40/18 46/1 47/9
47/17 51/24 56/23
57/19 58/1 59/13 59/25
however [2] 6/11 36/19
hyperlink [2] 15/7 36/5
hyperlinked [2] 12/20
13/5
hyperlinks [4] 13/1
13/3 13/3 14/22
hypothetical [2] 52/1
52/4

**I**

I am [2] 7/19 56/7
I believe [6] 10/20 11/4
11/8 11/14 18/5 41/8
I can [4] 9/19 28/22
43/25 52/9
I can't [2] 28/21 57/21
I didn't know [1] 33/13
I don't [5] 5/5 6/6 9/3
13/15 23/23 37/12
54/19 57/1 59/15
I don't have [4] 8/1
41/16 41/18 59/4
I guess [8] 7/21 11/10
11/16 14/2 43/1 44/23
46/23 49/8
I hate [1] 56/5
I have [5] 5/22 14/14
35/2 35/3 35/3
I haven't [1] 28/18
I hope [2] 3/10 3/11
I just [4] 12/21 30/5
48/8 57/21
I know [3] 40/25 45/3
58/23
I mean [40] 5/25 6/15
6/19 12/6 21/16 25/4
25/22 25/25 26/15
27/16 27/20 28/7 28/9
29/10 29/14 29/20 30/6
30/7 34/2 34/13 35/19
38/18 39/1 39/14 40/1
40/10 40/24 41/3 42/11
45/25 49/11 50/7 51/15
52/3 53/25 54/5 55/16
56/6 57/20 59/5
I should [3] 5/23 19/24
48/11
I think [36] 9/21 10/11
11/12 12/10 12/19 18/5
21/2 23/12 27/23 27/23
29/24 32/19 32/21 33/7
35/15 36/2 39/4 39/10
41/21 42/1 44/10 44/23
45/22 46/6 46/23 46/6

**I**

I think... [10]  46/9
46/10 46/17 46/25
47/13 48/17 54/21 55/8
55/24 60/13
I thought [2]  8/24 45/6
I told [1]  48/11
I understand [15]
12/24 13/4 17/20 24/16
26/5 30/11 31/9 32/1
34/16 36/17 38/13
40/16 53/20 56/18
57/24
I want [1]  13/19
I was [2]  4/25 42/3
I will [2]  31/20 35/5
I would [3]  29/18 30/15
37/21
I wouldn't [1]  47/3
I'd [3]  23/6 23/7 47/15
I'll [9]  7/7 7/10 26/15
35/24 36/1 36/2 49/8
50/11 55/20
I'm [37]  5/24 6/1 6/4
7/1 12/7 12/25 13/14
17/20 20/20 22/10 26/4
26/6 26/21 28/20 30/10
30/19 31/15 35/2 36/24
37/7 42/11 42/16 44/16
45/8 47/6 48/1 53/7
53/23 54/8 54/20 55/19
55/24 56/3 56/5 57/5
57/10 57/13
I'm just [2]  5/24 53/7
I'm not [11]  6/1 7/1
17/20 26/4 28/20 30/19
36/24 44/16 54/20
55/19 55/24
I'm not sure [3]  26/21
42/16 54/8
I'm sure [1]  57/5
I've [11]  5/17 5/21 23/7
32/8 33/12 39/4 48/21
54/6 55/6 55/12 56/9
idea [6]  33/1 35/3 35/4
46/13 51/8 51/24
ideal [1]  52/24
identified [4]  15/14
17/16 24/8 49/16
identify [8]  14/1 15/20
27/8 34/13 42/15 44/2
47/18 47/20
identifying [1]  40/18
illegal [1]  50/18
imbalance [1]  25/14
immaterial [1]  44/22
immediately [1]  41/9
imminently [1]  57/6
impasse [1]  4/15
implicate [1]  59/2
important [7]  23/17
26/19 27/9 34/14 34/18
35/11 44/13
impose [1]  6/20
improperly [2]  40/21
46/16
incentive [1]  30/21
inclination [2]  12/9

inclined [1]  53/7
including [1]  20/24
incredibly [1]  13/23
independently [1]
16/13
indicated [1]  33/19
individual [1]  9/21
individuals [1]  37/20
industry [2]  52/22 53/1
information [6]  10/2
10/4 25/12 34/1 58/11
60/2
inherent [2]  53/5 53/6
inherently [9]  49/19
50/3 50/4 50/19 52/1
52/1 53/15 54/7 54/17
initial [1]  30/1
initially [3]  4/5 32/17
32/19
insignificant [1]  58/3
instance [2]  23/21
47/24
instances [1]  10/13
intending [1]  37/19
intense [1]  56/19
intentionally [1]  8/23
interest [3]  9/7 57/10
57/22
interested [1]  11/6
interesting [1]  51/1
interim [1]  10/23
Internet [1]  16/10
interrogatories [4]
4/16 49/4 49/5 52/10
involve [1]  60/1
IOS [1]  50/13
irrelevant [1]  52/2
is [178]
is there [1]  60/14
isn't [3]  28/4 49/9 56/2
issue [9]  4/21 10/1
12/18 31/14 33/13
36/14 40/17 59/25 60/8
issued [1]  13/13
issues [13]  3/14 3/18
4/21 9/4 9/5 9/7 9/13
9/14 12/17 29/2 49/3
56/2 59/2
it [138]
it would be [2]  12/1
30/3
it's [42]  3/10 6/9 6/13
8/13 10/25 12/11 16/4
20/18 21/5 23/16 23/21
25/8 31/9 32/25 34/18
38/4 38/6 38/8 39/6
39/21 39/21 40/19 41/2
41/12 41/24 42/4 42/19
42/20 48/15 49/18 50/4
50/9 50/9 50/9 51/15
53/22 53/25 54/1 55/11
55/13 56/15 60/7
item [1]  4/10
items [3]  4/15 4/16
4/21
its [2]  23/2 54/3
itself [1]  51/3

**J**

January [1]  13/11
John [2]  2/2 3/8
Joint [3]  48/21 48/24
60/13
Jr [1]  1/16
jschmidtlein [1]  2/4
judge [4]  1/10 35/22
60/5 60/5
judgment [9]  7/10 7/13
11/13 11/19 27/6 30/1
35/6 55/16 56/1
July [9]  7/20 8/3 32/21
46/3 47/3 47/5 47/18
48/2 60/13
June [16]  1/5 3/23 4/2
5/7 5/8 10/19 11/1
32/19 32/22 38/10
38/23 40/11 40/14 46/1
46/2 61/7
June 6th [1]  3/23
just [56]  3/15 4/11 5/24
5/25 7/16 7/23 9/12
12/11 12/21 14/13
14/14 16/14 19/16 20/6
20/13 22/7 23/16 24/2
24/23 25/3 25/19 26/9
26/15 30/5 30/7 30/16
31/24 32/7 32/11 33/1
33/9 36/11 37/5 38/1
38/4 38/18 39/21 40/1
42/4 43/1 43/6 43/7
47/25 48/8 49/8 50/9
52/24 53/7 53/16 53/22
54/6 55/17 56/17 57/21
58/8 60/7
JUSTICE [2]  1/12
52/21
justify [3]  44/3 45/20
47/21

**K**

Kenneth [2]  1/12 3/6
kenneth.dintzer2 [1]
1/15
kept [1]  23/9
key [1]  50/7
kind [12]  6/8 6/9 11/21
11/25 16/15 21/23 24/9
30/7 44/14 50/21 53/3
60/1
knew [2]  11/6 22/6
know [85]
known [1]  34/3
knows [1]  35/1
Kolotouros [1]  37/12

**L**

labeled [1]  39/3
Labor [3]  42/4 45/9
56/10
landed [1]  19/4
language [4]  22/22
23/8 52/10 52/10
large [2]  21/17 24/23
largely [1]  55/13
larger [1]  23/15
last [15]  5/16 9/3 10/17

32/5 32/14 32/15 32/15
32/22 33/6 33/19 33/22
33/23 33/24 34/15
34/18 34/20 35/7 35/11
list [4]  37/24 38/24
38/25 46/1
listen [1]  21/22
litigate [1]  22/8
litigation [1]  18/12
little [10]  4/25 8/2
10/14 11/17 12/3 23/12
45/2 46/24 54/15 56/2
lives [1]  41/2
LLC [1]  1/6 3/5 3/8
LLP [2]  1/17 2/2
log [8]  5/3 5/6 10/13
36/19 36/21 37/1 40/14
40/20
logs [2]  10/11 10/23
long [6]  6/11 21/18
35/1 46/1 55/9 60/22
longer [1]  16/22
look [25]  6/19 8/21
11/21 22/3 22/3 22/13
23/16 26/4 28/5 30/1
32/2 32/4 35/14 35/15
38/5 38/10 38/11 38/15
39/1 39/10 44/12 55/10
56/4 57/9 59/4
looked [5]  19/22 26/17
26/21 26/24 27/3
looking [4]  35/23 37/7
37/9 39/5
looks [4]  11/25 35/4
38/1 58/17
lot [5]  6/14 18/13 22/10
38/23 55/16
lots [1]  55/1
lurking [1]  60/8

**M**

made [9]  5/2 10/5 18/9
18/11 22/8 35/17 37/10
47/21 47/22
make [19]  6/13 10/2
10/12 10/12 29/8 29/13
34/2 38/9 38/9 38/11
38/16 46/1 48/13 49/24
56/19 56/22 57/6 58/23
58/25
makes [5]  47/14 53/12
55/16 56/12 59/20
making [4]  6/4 21/24
34/23 53/2
management [1]  16/14
many [7]  27/21 27/24
27/24 36/23 38/4 40/18
47/9
mark [1]  56/24
market [8]  51/20 51/21
51/23 53/17 54/2 54/12
55/23 55/24
markets [1]  54/3
match [1]  15/7
material [4]  4/5 23/20
25/15 36/18
materially [1]  43/17
materials [3]  4/3 24/24

**M**

**materials...** [1] 58/25
**matter** [4] 14/14 50/2 50/4 61/4
**matters** [4] 24/17 30/22 54/8 57/15
**may** [25] 3/20 6/6 6/16 7/14 11/1 11/20 12/7 17/7 17/8 20/24 21/8 26/25 26/25 28/8 32/13 32/21 37/5 37/22 37/23 38/21 38/22 38/23 45/2 58/15 59/13
**maybe** [14] 10/23 10/24 18/11 28/14 37/15 45/1 46/11 47/6 53/22 54/24 56/12 59/19 59/20 59/21
**me** [38] 7/17 7/25 12/24 14/16 15/6 15/24 17/15 17/17 22/16 23/22 24/22 26/1 26/3 26/11 28/6 28/12 30/16 35/16 35/17 35/22 36/16 37/2 40/5 44/24 45/4 47/25 48/22 49/9 52/24 54/19 54/22 54/24 55/9 55/15 55/18 59/8 59/24 60/23
**mean** [52] 5/25 6/15 6/19 6/23 6/25 7/7 12/6 21/16 22/9 25/4 25/9 25/22 25/25 26/15 27/16 27/20 28/7 28/9 28/10 29/2 29/10 29/14 29/20 30/6 30/7 31/3 32/15 34/2 34/13 35/19 38/18 39/1 39/14 40/1 40/10 40/24 41/3 42/11 45/25 49/11 50/7 51/15 52/3 53/25 54/5 55/11 55/16 56/6 57/2 57/20 59/5 59/12
**meaning** [1] 24/4
**means** [2] 24/7 51/25
**measure** [1] 24/17
**meatiest** [1] 11/18
**meaty** [1] 11/10
**mechanical** [1] 2/10
**mechanism** [1] 42/13
**meet** [5] 18/9 22/25 35/5 46/12 48/23
**MEHTA** [1] 1/9
**meme** [1] 25/12
**memo** [1] 23/21
**merger** [1] 7/8
**Merit** [1] 2/6
**merits** [1] 50/8
**mess** [1] 41/1
**metadata** [2] 28/25 29/7
**mid** [1] 36/1
**mid-point** [1] 36/1
**middle** [1] 45/22
**midst** [1] 33/4
**might** [18] 6/9 6/17 7/17 8/11 11/9 11/22 14/2 16/24 16/25 17/1

58/1 58/23 58/25 59/1
**millions** [1] 25/5
**mind** [3] 27/9 39/12 59/5
**mine** [1] 56/5
**minimize** [1] 60/6
**minute** [1] 22/5
**missing** [1] 49/11
**misspoke** [2] 20/20 20/23
**moment** [1] 20/6
**monopolist** [3] 50/1 50/24 50/25
**monopoly** [5] 51/18 51/19 54/1 54/11 54/15
**month** [2] 18/23 30/10
**monthly** [1] 47/17
**months** [7] 16/21 27/17 30/8 30/8 32/3 32/14 45/11
**more** [28] 5/22 6/2 6/16 11/23 12/3 21/23 24/6 26/5 26/18 28/6 30/12 30/17 32/7 33/6 35/16 35/21 39/2 41/18 41/25 42/11 45/19 49/9 51/16 52/3 53/8 54/20 55/16 58/21
**most** [2] 6/17 7/5
**motions** [1] 11/14
**move** [6] 7/8 21/18 39/19 42/25 48/8 60/9
**moved** [1] 24/21
**Mr** [1] 9/9
**Mr.** [43] 3/19 5/1 5/5 5/13 8/15 9/15 10/18 11/4 12/15 12/21 17/18 22/16 23/12 23/22 24/13 26/4 27/22 29/12 31/17 31/17 31/21 32/7 32/9 33/12 34/5 35/17 36/16 36/16 37/12 37/13 41/15 42/24 43/3 44/24 45/24 45/24 47/13 48/7 49/6 51/6 51/6 52/19 60/18
**Mr. Cavanaugh** [9] 11/4 33/12 36/16 41/15 44/24 45/24 48/7 51/6 60/18
**Mr. Dintzer** [15] 3/19 5/13 8/15 9/15 10/18 17/18 22/16 23/22 26/4 32/9 35/17 36/16 43/3 45/24 51/6
**Mr. Dintzer's** [1] 31/17
**Mr. Gennai** [1] 37/13
**Mr. Kolotouros** [1] 37/12
**Mr. Schmedtlein** [14] 5/1 5/5 12/15 12/21 23/12 24/13 27/22 29/12 31/17 31/21 32/7 42/24 49/6 52/19
**Mr. Schmidtlein's** [2] 34/5 47/13
**much** [7] 5/13 12/8

60/21
**must** [1] 51/7
**my** [17] 5/4 6/4 6/13 8/9 10/9 12/22 14/15 16/3 23/24 26/7 28/18 32/11 44/8 44/12 48/11 49/8 52/18
**myself** [2] 12/8 32/2

**N**

**names** [3] 37/22 37/23 46/4
**narrowly** [1] 44/6
**nature** [2] 55/12 57/22
**navigate** [1] 19/3
**necessarily** [1] 27/24
**necessary** [1] 57/2
**need** [33] 3/14 7/15 19/10 23/14 23/15 24/11 26/5 26/8 26/8 26/13 26/23 28/8 28/16 30/9 30/13 32/5 32/25 33/7 35/16 35/21 36/6 37/14 37/16 39/10 39/23 44/2 46/1 46/5 48/8 55/8 57/5 59/15 60/15
**needed** [1] 23/14
**negotiate** [2] 31/23 31/24
**negotiated** [5] 4/14 15/13 17/3 18/1 24/24
**negotiating** [1] 22/11
**negotiation** [1] 22/5
**network** [2] 10/24 16/5
**never** [1] 18/11
**new** [6] 1/19 18/24 24/21 36/10 43/17 44/9
**news** [1] 16/10
**next** [8] 4/7 31/1 36/14 45/10 46/22 48/2 59/21 60/12
**nice** [2] 3/10 60/22
**night** [1] 9/3
**no** [43] 1/4 4/10 5/14 7/9 12/6 14/23 14/24 16/22 17/14 18/24 18/24 18/24 20/10 22/7 25/21 25/21 29/22 30/11 30/11 31/9 33/15 34/10 34/10 34/10 34/10 34/17 34/17 35/3 35/4 37/21 41/10 41/11 43/9 43/9 43/9 43/16 44/20 44/21 48/17 51/8 52/3 52/15 52/16
**nobody** [3] 49/19 51/19 54/18
**non** [11] 4/15 13/2 14/6 14/9 16/6 17/17 17/17 17/25 19/6 22/24 24/10
**non-email** [7] 13/2 14/6 14/9 16/6 17/25 22/24 24/10
**non-emails** [1] 19/6
**non-ESI** [1] 17/17
**non-impasse** [1] 4/15

**normal** [1] 26/17
**normally** [1] 47/4
**not** [98]
**note** [3] 7/19 8/9 43/6
**noted** [1] 18/19
**notes** [1] 8/9
**Nothing** [1] 60/19
**novella** [1] 8/11
**now** [27] 6/15 7/16 15/4 18/24 19/2 21/19 21/25 22/8 22/12 23/25 24/17 24/23 28/16 29/9 29/14 29/17 32/3 32/13 34/17 34/23 35/8 35/15 39/25 40/25 45/21 54/20 56/9
**number** [35] 16/24 19/21 20/3 20/12 21/17 22/1 24/2 24/5 27/22 28/5 28/12 28/20 30/20 30/21 30/22 31/2 31/5 32/2 33/18 35/15 35/20 35/25 36/24 39/11 39/12 39/14 39/16 39/16 39/21 39/25 40/6 41/17 43/7 44/13 47/11
**numbers** [3] 30/6 35/3 37/9
**NW** [3] 1/13 2/3 2/8
**NY** [1] 1/19

**O**

**obligated** [2] 9/18 10/7
**obligations** [2] 10/8 40/8
**observation** [1] 49/8
**observations** [1] 43/2
**obtainable** [1] 18/20
**obviously** [17] 4/8 6/12 6/25 7/1 7/7 7/10 9/13 9/16 11/11 13/13 21/17 25/7 46/23 56/16 56/19 57/10 58/1
**odd** [1] 30/16
**off** [11] 14/8 22/19 23/9 29/20 32/10 32/15 36/2 36/2 45/2 45/21 56/24
**offering** [1] 30/24
**Official** [1] 2/7
**offs** [1] 35/21
**oftentimes** [1] 16/24
**oh** [6] 7/22 26/17 33/5 41/1 50/21 54/15
**okay** [50] 5/9 5/12 7/6 8/5 8/8 8/15 8/17 9/8 10/21 11/2 12/5 12/14 12/16 13/8 13/21 14/24 17/10 19/5 20/16 20/18 21/4 21/13 22/24 25/13 32/6 33/8 34/21 35/13 36/13 37/8 41/14 42/7 42/23 46/8 46/20 47/12 48/15 48/24 48/25 51/1 51/5 52/18 55/3 55/24 56/21 57/3 59/8 59/23 60/11
**once** [2] 10/5 10/15
**one** [43] 4/3 4/5 4/21

4/21 5/16 5/17 8/1 8/2 9/18 9/22 10/24 14/8 17/22 18/22 21/9 23/9 25/17 26/14 27/17 27/18 27/19 28/2 29/1 29/3 29/4 29/15 30/23 32/7 33/9 34/20 35/21 34/15 38/8 41/12 44/13 44/17 50/5 50/7 50/11 51/20 52/19 54/9 55/10
**one-off** [2] 14/8 23/9
**one-offs** [1] 35/21
**ones** [1] 11/18
**only** [12] 5/17 8/1 9/2 15/1 31/7 31/9 33/16 39/18 47/22 51/17 58/6 60/7
**open** [6] 3/18 9/4 12/17 42/8 49/3 56/9
**opinions** [1] 7/11
**opportunity** [6] 24/11 30/25 36/6 41/9 44/20 59/7
**optimal** [4] 7/18 40/24 45/2 56/8
**orally** [1] 48/25
**order** [2] 12/19 18/6
**ordered** [1] 52/6
**original** [1] 8/1
**originally** [1] 52/14
**other** [25] 9/2 9/4 9/13 10/3 10/8 14/8 15/8 16/3 16/17 19/8 20/23 21/23 24/10 25/8 26/22 46/11 49/9 50/8 51/14 52/4 58/9 58/10
**others** [1] 25/4
**otherwise** [8] 13/20 17/8 17/13 18/20 19/6 31/13 39/8 58/11
**ought** [7] 24/22 26/1 26/2 39/3 45/13 57/19 59/13
**our** [24] 4/9 8/10 8/14 8/21 9/19 10/12 11/8 12/17 16/15 18/8 18/21 20/5 21/14 21/15 27/5 29/24 34/25 35/8 37/10 47/2 47/17 48/2 48/21 60/12
**ours** [1] 32/4
**ourselves** [2] 29/16 56/20
**out** [14] 10/15 10/23 16/5 17/12 19/8 27/5 27/8 30/7 39/23 49/7 51/4 54/15 55/3 59/10
**outline** [1] 51/17
**outside** [2] 20/22 34/8
**over** [6] 5/7 9/17 22/21 22/25 45/10 50/12
**overall** [1] 19/18
**owe** [1] 7/20

**P**

**p.m** [2] 1/6 60/25
**page** [5] 6/10 8/22 8/22

**P**

page... [2] 37/7 58/17
pages [6] 3/24 6/1 6/8
6/8 8/10 8/10
painfully [1] 22/10
pair [1] 14/1
parent [6] 14/2 15/1
15/5 15/7 16/23 17/7
part [10] 4/12 10/17
14/5 15/12 18/8 35/5
35/12 43/20 58/4 58/12
participants [1] 55/24
particular [4] 16/1 50/2
53/3 59/5
parties [15] 3/23 5/16
6/10 17/3 19/4 22/25
39/12 42/6 47/1 50/11
50/14 58/6 58/7 60/2
60/6
party [1] 58/9
passed [2] 5/14 7/19
past [4] 5/20 28/11
28/15 46/24
PATTERSON [1] 1/17
pause [1] 20/6
pbwt.com [1] 1/20
peace [2] 8/11 27/9
people [13] 16/9 37/10
37/11 39/7 39/19 40/25
41/1 44/3 45/1 45/18
51/14 51/23 58/9
people' [1] 41/2
percent [3] 9/22 9/23
43/13
percentage [2] 19/23
43/16
perhaps [6] 11/16 23/3
26/2 39/3 42/13 54/4
period [4] 32/18 32/18
33/1 41/11
periods [1] 41/10
permission [1] 16/20
person [7] 5/1 16/19
16/19 38/6 38/15 38/17
44/21
personal [2] 10/1 16/2
personally [1] 6/13
phase [1] 24/22
picked [2] 17/8 22/1
picking [1] 24/22
piece [2] 5/6 40/14
piecemeal [1] 38/3
pieces [1] 5/7
place [3] 44/6 52/24
53/1
Plaintiff [1] 1/16
plaintiffs [23] 1/4 1/12
3/6 3/7 3/22 3/23 3/25
7/2 7/3 8/12 8/18 10/10
14/9 15/21 17/19 39/6
39/12 41/20 42/8 44/18
48/4 60/16 60/17
plaintiffs' [1] 49/4
plan [2] 47/9 59/22
planning [1] 39/18
play [1] 57/1
please [2] 3/21 18/16
point [13] 8/24 11/11

35/17 36/1 37/13 37/14
39/11 53/10 54/2
policy [1] 53/2
portion [4] 12/12 13/16
57/14 59/11
portions [3] 36/21
58/21 59/1
position [14] 11/19
13/4 20/5 21/15 32/4
32/10 32/12 36/22 39/7
49/17 50/13 51/2 55/2
58/15
positions [3] 52/22
52/25 55/23
possible [7] 15/5 15/6
40/19 41/24 42/16 44/4
46/23
post [1] 20/8
potential [2] 43/25
49/10
potentially [3] 19/25
23/24 39/7
power [6] 51/18 51/19
54/1 54/2 54/11 54/16
practical [1] 27/14
practice [2] 53/4 54/7
practices [2] 52/23
53/1
pre [2] 19/18 58/24
pre-presentation [1]
58/24
pre-relevancy [1]
19/18
precise [4] 41/16 41/18
precisely [1] 55/11
prefer [1] 56/16
preparation [2] 27/5
27/6
prepare [2] 4/9 36/6
prepared [1] 57/13
preparing [2] 24/8 36/4
present [1] 55/15
presentation [1] 58/24
presentations [1]
59/14
presented [2] 18/6
58/12
presumably [2] 24/7
28/13
pretty [2] 24/17 52/8
Prettyman [1] 2/8
prevailing [1] 54/4
preview [4] 7/7 7/11
56/2 59/24
previewed [1] 9/22
previously [3] 18/1
22/2 28/13
principal [1] 8/21
prior [3] 5/19 9/22 11/5
privacy [1] 10/4
privacy-related [1]
10/4
privilege [7] 5/3 5/6
36/19 36/21 37/1 40/14
40/20
privileged [12] 4/22
4/25 10/11 10/13 25/7

40/21 43/20 46/17
probability [1] 51/19
probably [11] 5/14 9/1
11/14 31/15 31/15
39/14 42/2 43/21 46/12
47/5 48/1
problem [2] 48/15
48/16
problems [1] 29/1
procedure [1] 46/9
proceeded [1] 18/22
proceeding [2] 57/12
57/20
proceedings [5] 1/9
2/10 24/21 60/25 61/4
process [5] 25/6 38/8
46/19 54/5 54/23
produce [9] 13/10
13/19 18/13 18/13
18/16 18/21 19/11 29/9
35/8
produced [18] 2/11
10/10 13/5 13/10 15/15
15/22 17/8 19/17 32/22
32/24 34/10 35/7 43/13
43/18 43/23 44/16
44/17 45/20
producing [4] 4/17 5/6
24/19 47/9
production [7] 4/16
4/19 4/20 4/22 6/24
25/20 38/10
productions [7] 10/12
10/13 21/23 21/24
32/19 38/2 38/19
promised [1] 29/7
properly [1] 54/11
proposal [2] 32/9
47/14
proposed [2] 32/21
33/18
proposing [1] 44/24
protecting [1] 29/16
protocol [8] 13/11
13/14 14/5 14/17 15/12
18/2 18/9 22/5
prove [2] 54/10 54/12
provide [8] 4/4 4/6 7/5
7/23 8/13 9/18 9/18
11/23
provided [3] 3/23 3/25
9/17
providing [5] 5/7 10/2
10/3
public [4] 57/10 57/16
57/22 60/3
pull [1] 22/7
pulled [2] 16/25 30/7
purposes [7] 11/10
12/1 19/4 19/8 19/25
21/1 35/12
pursuant [1] 13/11
pursue [1] 25/3
push [2] 10/23 45/21
put [16] 18/5 21/9
22/21 23/7 24/2 28/5
28/6 36/11 37/5 39/6

57/15 60/3
putting [2] 28/1 42/11

**Q**

quality [1] 53/7
quantity [2] 23/15
query [2] 9/20 9/21
question [10] 12/11
16/3 23/24 25/21 25/21
28/18 32/8 45/17 51/2
53/18
questioning [1] 5/22
questions [5] 42/9
52/1 52/6 55/1 55/20
quibble [1] 47/4
quickly [2] 18/11 47/2
quiet [1] 41/10
quite [3] 7/12 17/20
28/1
quota [1] 35/12

**R**

radar [1] 8/14
raise [2] 3/16 9/13
raised [4] 9/16 11/4
26/2 26/3
ran [1] 20/17
rate [1] 27/19
rates [1] 22/9
rather [2] 47/16 47/24
rationalized [1] 10/14
re [2] 28/14 33/2 47/19
re-depose [1] 47/19
re-review [1] 28/14
re-reviewing [1] 33/2
reach [2] 13/23 23/3
reaction [1] 44/25
read [3] 5/18 5/21 6/2
reading [1] 28/22
ready [1] 41/6
realistic [2] 30/10
45/25
reality [1] 38/1
really [17] 5/1 17/24
24/17 24/18 24/19 26/7
26/7 29/3 34/18 35/18
39/10 44/23 47/1 56/6
56/8 57/11 57/17
Realtime [1] 2/7
reason [2] 5/14 38/21
reasonable [2] 21/25
35/18
reasons [1] 29/16
rebuttal [3] 57/2 57/5
59/8
recall [2] 5/15 9/21
received [3] 25/5 26/24
36/19
recent [1] 21/23
recently [1] 45/19
recognizes [1] 28/8
recognizing [1] 8/23
recommend [2] 11/11
11/16
record [2] 3/9 36/5
44/22 57/16 60/3 61/3
recorded [1] 2/10

records [10] 12/20
20/18 26/9 28/12 29/20
34/8 36/20 44/10 47/20
57/17
referenced [1] 17/18
regarding [1] 4/16
Registered [1] 2/6
regular [1] 4/17
related [1] 10/4
relates [1] 3/18
relationship [1] 17/21
relatively [1] 42/20
relevancy [3] 19/18
20/8 20/11
relevant [9] 18/15
23/24 24/9 24/20 26/6
42/1 49/22 53/22 54/11
remember [2] 22/10
27/22
remembers [1] 23/1
remiss [1] 33/12
reopen [4] 36/15 37/14
37/23 37/24
reopening [5] 37/19
40/22 44/1 44/3 44/9
reopenings [1] 36/23
reply [4] 6/14 36/3 36/4
36/10
report [5] 3/17 8/23
11/3 36/9 48/24
Reporter [1] 2/6 2/6
2/7 2/7
reports [20] 3/22 3/24
3/25 4/1 4/9 5/18 6/1
6/2 6/15 6/24 8/20 9/19
28/15 35/9 35/10 35/24
36/3 41/8 48/22 60/14
representation [1] 5/2
request [6] 9/20 10/5
18/24 21/16 26/20
26/10 29/20 31/23 35/2
54/24
requested [1] 55/6
requests [7] 11/6
13/12 18/10 18/10
27/16 32/23 34/23
require [1] 53/8
reseek [1] 37/19
resolve [2] 12/19 47/2
resolved [3] 46/22
47/15 56/1
respect [7] 10/11 13/2
13/3 14/6 14/12 22/23
23/5
respects [1] 10/16
respond [1] 9/15
response [4] 4/9 6/14
21/22 49/12
responses [2] 42/13
52/23
responsive [4] 13/20
17/9 17/13 21/10
rest [1] 56/8
result [3] 21/23 47/15
58/17
returned [1] 37/1
review [5] 19/19 20/8
21/6 28/14 32/25

**R**

reviewed [6]  15/14
19/25 20/11 24/5 28/13
28/13
reviewing [6]  21/25
25/6 27/4 33/2 33/2
33/2
revisit [1]  59/21
revoked [1]  16/20
RFP [7]  25/18 25/20
26/3 29/14 29/15 31/4
31/14
RFPs [1]  4/16
right [67]
rise [2]  3/2 40/21
risks [1]  24/19
RMR [2]  61/2 61/8
road [1]  55/19
robust [1]  12/3
roughly [3]  18/8 19/15
20/1
round [1]  41/7
rug [1]  22/7
rule [1]  53/2
rule-making [1]  53/2
rules [1]  23/2
run [6]  14/16 19/13
19/13 19/15 24/11 28/5
run-up [1]  24/11

**S**

Safari [2]  50/12 50/17
said [25]  5/16 5/25
8/12 12/25 17/16 18/1
18/2 18/24 21/14 21/22
24/13 25/25 27/22
27/23 29/2 29/24 32/17
39/4 40/7 45/6 48/15
50/20 52/15 53/25
57/20
same [2]  39/6 56/1
sample [2]  13/25 37/17
saving [2]  42/13 42/17
saw [2]  25/2 51/8
say [34]  4/18 5/23 8/21
14/10 18/15 19/4 19/24
20/7 21/19 22/7 24/11
24/18 26/13 28/4 28/15
29/10 29/18 31/17
31/20 33/16 35/5 35/22
36/22 37/12 37/21
38/11 38/15 41/1 42/15
44/20 51/10 51/24
54/20 55/9
saying [11]  27/10 32/1
33/5 34/17 45/8 45/18
50/15 50/17 50/18
53/16 54/17
says [4]  22/24 25/9
31/10 31/13
schedule [6]  42/3 45/5
48/11 48/12 56/5 56/19
scheduled [3]  38/15
42/5 56/7
scheduling [1]  41/3
Schmidtlein [17]  2/2
3/8 5/1 5/5 9/9 12/15
12/21 23/12 24/13

reviewed [6]  15/14 — continued

31/21 32/7 42/24 49/6
52/19
Schmidtlein's [2]  34/5
47/13
scoop [1]  16/14
scope [5]  19/24 24/16
44/9 55/10 55/11
scripts [1]  19/13
scrub [1]  10/8
scrubbing [1]  10/1
sealed [1]  57/11
search [12]  14/17
14/17 14/17 14/18 17/3
20/17 50/12 50/17
51/20 51/21 51/23
58/16
searches [1]  14/25
seat [1]  5/13
SEC [1]  51/12
second [1]  49/3
secrets [1]  57/16
section [17]  49/10
49/10 49/23 50/6 50/21
51/8 51/9 51/11 51/13
51/17 51/22 51/25 52/2
52/12 52/13 54/10 59/1
Section 1 [9]  49/10
49/10 51/8 51/9 51/11
51/25 52/2 52/12 52/13
sections [1]  6/5
see [9]  5/10 11/12
18/16 22/19 32/3 38/6
38/18 43/25 60/22
seeing [1]  57/18
seek [2]  37/23 37/24
seeking [2]  26/5 49/9
seem [2]  6/5 52/24
seems [10]  24/22 26/1
26/10 29/18 30/16
31/21 40/5 44/10 54/22
59/24
seen [4]  11/20 28/23
39/25 58/10
send [1]  45/17
sends [1]  16/19
sense [14]  7/8 12/7
25/24 30/6 30/22 38/9
38/11 47/14 49/23
55/16 56/12 58/23
58/25 59/20
sensitive [3]  58/4 58/5
60/1
sent [2]  25/18 25/20
September [7]  36/2
36/12 45/11 56/7 56/9
56/23 56/24
September 26th [1]
36/12
served [2]  8/20 18/23
set [11]  4/2 4/22 10/6
20/18 22/19 48/18
48/21 49/3 56/24 59/15
60/13
sets [1]  39/12
several [1]  32/24
shape [1]  7/11
shared [2]  44/11 44/11

ship [1]  46/14
shoot [1]  48/1
short [5]  8/11 12/12
12/19 42/20 52/14
should [12]  5/23 19/24
32/20 35/12 39/2 41/9
46/12 47/18 47/21
47/22 48/11 52/25
shouldn't [2]  52/6
57/17
show [5]  29/11 29/12
29/13 29/15 31/18
showed [1]  43/3
side [6]  22/20 45/3
46/11 56/25 57/21 59/6
significant [3]  16/24
37/9 39/17
similarly [1]  36/8
simply [2]  24/18 49/17
since [4]  6/14 41/11
41/12 46/11
single [3]  13/19 13/20
55/17
sit [1]  46/14
situation [1]  17/1
situations [1]  17/11
six [4]  28/3 28/3 32/13
32/14
sizable [1]  45/3
slight [1]  3/11
slips [1]  55/22
slots [1]  51/20
slow [1]  23/13
slower [1]  23/13
small [2]  35/20 43/15
so [116]
So I think [1]  10/15
solid [1]  59/10
solution [1]  13/24
some [42]  5/21 7/11
8/24 9/2 9/5 9/6 9/22
9/25 10/13 11/5 11/15
11/17 11/18 13/25 15/6
15/7 15/19 16/24 17/19
23/14 23/24 24/5 24/14
24/23 25/2 25/6 26/6
30/21 32/18 37/14
40/19 42/14 43/21
43/25 47/14 48/9 52/4
53/10 54/2 57/13 58/1
59/19
somebody [4]  25/9
38/24 38/24 42/10
somebody's [1]  16/1
somehow [1]  50/19
someone [1]  41/25
something [16]  7/4
7/16 7/17 12/12 12/12
20/2 23/2 26/2 28/8
31/14 31/18 32/16 37/5
46/9 46/23 60/7
something's [1]  25/10
sometimes [7]  16/9
18/14 18/19 18/19
18/20 23/16 23/17
somewhat [1]  8/25
soon [4]  8/13 33/7 44/4

sooner [3]  8/6 47/16
47/24
sorry [1]  20/20
sort [41]  5/15 5/20 5/24
6/10 7/9 10/23 11/4
11/24 12/11 13/14
13/24 14/1 14/1 14/7
15/15 16/14 16/17
17/12 17/13 18/3 19/14
19/21 19/22 21/9 21/18
24/21 24/23 26/10
33/20 36/11 39/10
42/8 44/25 47/16 53/2
53/5 57/25 59/5 59/9
59/13
sought [1]  12/23
sounds [3]  24/12 35/20
56/19
speak [3]  5/5 7/2 8/12
specific [5]  14/11 22/8
38/19 52/20 53/3
specifically [1]  14/6
specifics [1]  32/8
speculative [1]  53/7
St [1]  2/3
stack [1]  41/12
stage [3]  23/25 24/20
26/9
stand [2]  5/20 37/18
standpoint [1]  44/12
stands [1]  60/24
start [4]  12/20 12/21
22/19 49/6
started [1]  35/23
starting [2]  56/6 56/6
state [1]  1/16 52/10
statement [2]  10/19
49/10
STATES [6]  1/1 1/3
1/10 3/4 9/6 62/5
States' [1]  52/22
station [1]  7/10
status [7]  1/9 3/17
47/17 48/21 48/24
59/21 60/14
stenography [1]  2/10
still [5]  25/5 25/7 27/4
33/5 43/4
stone [1]  59/15
stray [1]  46/5
Street [1]  1/13
strongly [1]  56/16
structure [3]  58/1
58/16 59/18
structured [1]  59/14
stuff [2]  4/13 19/14
submissions [1]  58/12
substantial [1]  5/17
such [3]  36/3 49/19
54/17
sudden [2]  21/19 26/18
sufficient [3]  12/1
42/11 54/2
suggest [1]  12/6
suggested [1]  17/19
suggesting [2]  26/4
37/18

Suite [1]  1/18
summaries [10]  5/25
6/10 6/11 6/17 7/20
8/25 11/3 11/9 11/21
11/24
summary [12]  6/5 6/8
7/10 7/13 8/22 11/13
11/19 27/6 30/1 35/6
55/15 56/1
summer [1]  42/4
supporting [2]  23/20
25/15
suppose [2]  36/8 40/19
supposed [1]  44/7
sure [14]  10/2 17/20
17/23 22/10 26/21
27/15 33/11 34/16
38/16 42/11 42/16 46/4
54/8 57/5
surprised [1]  6/1
suspect [5]  3/13 36/10
55/1 57/12 59/17
system [1]  16/14

**T**

take [10]  3/11 5/13
27/17 29/25 38/5 38/10
44/6 52/22 59/6 59/12
taken [2]  9/6 45/9
takes [2]  28/1 28/2
taking [1]  45/1
talk [9]  9/14 36/11
36/14 46/10 46/15
46/18 47/19 52/20
57/25 60/15
talked [2]  31/24 53/6
talking [7]  12/23 20/3
35/19 42/9 43/15 44/15
51/21
tandem [1]  41/20
targeted [2]  5/22 5/22
team [1]  28/18
teams [1]  45/3
technical [1]  14/13
teed [2]  46/22 47/5
tell [8]  7/25 9/19 11/20
17/15 25/11 28/22 37/2
56/5
telling [2]  4/6 23/10
template [1]  59/5
ten [2]  39/15 40/7
tens [2]  20/1 20/4 20/4
36/20
terms [16]  7/16 14/17
14/17 17/3 20/17 32/9
35/20 36/1 40/17 42/3
48/20 56/4 57/2 57/8
58/5 58/10
terribly [1]  24/20
than [17]  8/11 9/13
23/13 26/5 26/19 30/12
30/17 40/6 42/1 43/12
47/16 47/25 49/9 51/16
52/4 53/8 56/5
Thank [11]  3/20 8/15
8/16 8/19 12/15 22/14
22/18 34/22 49/1 55/4
60/21

**T**

**Thank you [9]** 3/20
8/15 8/16 8/19 12/15
22/18 34/22 49/1 55/4
**that [383]**
**that'll [1]** 55/2
**that's [59]** 3/17 5/10
8/3 10/20 11/22 12/2
12/6 12/6 16/5 16/12
17/13 18/12 18/22 20/1
20/3 20/23 22/15 24/20
28/3 28/20 31/6 31/15
33/3 37/24 38/8 40/14
40/21 41/3 41/6 41/21
42/2 42/13 44/8 45/5
45/6 45/8 47/6 47/21
48/2 48/4 48/16 48/24
49/3 49/22 50/7 50/17
50/18 51/1 51/3 53/18
53/20 54/5 55/21 55/24
56/10 56/12 59/8 60/7
60/8
**their [26]** 4/5 16/19
21/1 26/16 27/3 32/3
33/20 33/22 33/25 34/3
34/4 34/17 34/20 35/12
35/23 36/4 39/22 46/15
49/12 51/8 51/25 52/25
54/6 54/22 55/2 55/2
**them [46]** 6/12 6/13
6/18 10/7 13/25 18/21
23/6 23/9 23/11 23/15
24/10 25/4 29/17 30/20
33/25 34/4 34/5 38/2
39/13 39/22 39/23 40/9
40/10 41/4 41/6 41/12
42/6 42/11 42/21 42/22
44/2 45/5 46/4 46/14
46/18 47/15 48/22
49/18 49/20 50/14 51/4
51/16 53/8 54/16 54/20
60/5
**themselves [3]** 23/13
49/19 57/6
**then [27]** 6/8 6/16
10/13 10/24 11/20
12/16 12/18 17/15
19/10 20/17 29/4 30/3
30/4 31/5 31/17 35/24
38/10 39/3 42/24 47/17
47/25 48/1 50/9 54/23
56/11 57/8 59/20
**theory [3]** 5/23 16/18
54/6
**there [40]** 5/24 6/1 6/3
6/5 6/8 6/15 6/16 7/9
7/9 9/4 9/5 10/1 11/14
12/18 12/25 14/12 16/3
16/5 16/17 17/11 17/12
17/21 19/8 19/15 22/21
32/22 34/7 35/11 37/22
37/22 37/23 39/16
41/10 41/24 43/7 43/21
43/21 52/3 57/14 60/14
**there's [23]** 4/10 12/16
16/7 21/8 23/23 25/13
25/21 25/21 26/17
28/23 29/2 30/6 32/23

41/11 46/5 53/5 53/6
57/2 57/9
**therefore [1]** 5/21
**these [43]** 4/15 5/16
8/25 11/13 17/25 18/17
20/8 20/10 20/10 21/17
23/15 23/24 25/15
27/11 27/11 29/17
29/20 30/10 31/20
35/21 37/11 37/15
37/19 38/2 38/11 38/19
39/18 40/3 41/1 41/4
41/11 42/5 43/13 44/5
44/7 44/15 46/25 47/2
48/12 52/9 58/12 59/2
60/4
**they [73]**
**they're [8]** 27/12 29/9
33/1 33/5 41/25 49/24
53/11 58/12
**they've [18]** 18/5 21/15
21/16 21/17 22/2 29/2
29/7 34/8 35/8 35/9
39/7 43/19 49/21 50/20
50/20 50/20 53/8 54/14
**thing [7]** 6/9 28/4
30/16 33/16 46/17 55/5
56/2
**things [14]** 4/18 9/15
11/21 17/21 18/13
26/15 30/23 31/20 43/6
44/12 47/2 48/9 58/1
58/18
**think [72]**
**thinking [8]** 6/7 6/7
7/21 36/25 37/3 40/7
42/4 59/13
**third [4]** 58/6 58/6 58/9
60/2
**third-party [1]** 58/9
**this [90]**
**those [48]** 6/2 8/6 9/7
9/25 10/16 11/7 11/9
11/17 11/21 11/24
12/19 14/7 17/12 17/21
18/2 18/7 18/9 18/10
18/13 18/17 20/7 21/9
21/25 22/3 22/3 22/25
23/5 24/8 27/2 27/8
29/8 30/14 30/25 31/3
32/25 34/1 35/1 35/8
35/10 43/12 43/16 49/4
51/18 51/18 51/20
55/24 56/2 58/7
**though [1]** 17/6
**thought [5]** 8/24 32/20
45/6 51/13 55/6
**thoughts [4]** 22/17
41/15 42/24 51/6
**thousand [10]** 3/24
32/5 51/20 26/13 26/13
26/22 26/23 27/16
27/18 27/20
**thousands [4]** 20/1
20/4 36/19 36/20
**three [10]** 12/18 39/17
41/17 41/19 43/12

59/9
**through [13]** 6/4 6/13
6/24 8/24 21/15 28/14
29/25 36/11 37/11 41/4
54/23 59/12 59/16
**throughout [2]** 18/6
55/12
**tight [1]** 32/25
**till [2]** 4/7 30/8
**time [33]** 4/8 5/8 5/16
5/17 15/19 19/12 21/18
25/3 26/3 29/19 31/2
32/25 33/9 35/2 39/6
40/24 42/6 42/13 42/17
45/2 45/14 45/21 46/13
47/16 48/23 55/15
55/18 56/1 56/8 56/12
57/14 57/19 59/10
**time-saving [1]** 42/13
**timely [2]** 25/21 25/23
**times [1]** 16/24
**timing [4]** 7/14 7/17
48/20 56/4
**titled [1]** 61/4
**today [15]** 4/17 4/19
4/23 4/24 9/6 9/14
10/10 19/4 21/1 36/23
37/18 38/23 47/10
47/11 59/15
**together [1]** 38/14
**told [1]** 48/11
**too [3]** 12/8 15/23 59/8
**took [1]** 43/20
**top [2]** 33/18 43/7
**topic [1]** 55/2
**topics [1]** 3/16
**total [5]** 20/19 20/20
43/8 43/10 43/13
**touch [1]** 4/20
**track [4]** 6/5 10/12
10/15 56/18
**trade [2]** 31/14 57/16
**trails [1]** 10/14
**transcript [3]** 1/9 2/10
61/3
**transcription [1]** 2/11
**travel [2]** 40/25 41/12
**treasure [1]** 25/12
**treasure-trove [1]**
25/12
**treated [1]** 14/7
**trial [15]** 5/19 7/9 12/2
27/6 27/20 29/21 29/23
39/23 49/24 55/15 56/7
56/18 57/13 59/25 60/1
**tried [4]** 18/10 18/13
19/13 19/22
**trouble [1]** 15/20
**troubled [1]** 55/25
**trove [1]** 25/12
**true [1]** 14/22
**truly [1]** 57/14
**truncated [1]** 4/8
**truth [2]** 38/8 44/15
**try [12]** 5/5 18/17 18/21
28/23 29/13 30/12
39/23 44/14 46/18

**trying [12]** 10/22 19/3
25/17 26/6 30/10 30/19
32/2 42/5 51/3 53/18
53/21 54/16
**turn [3]** 12/17 18/17
22/16
**tutorial [3]** 12/18 13/22
55/5
**two [16]** 3/25 8/20
17/21 29/2 32/2 35/23
40/6 41/17 41/19 42/10
44/12 44/13 45/10
48/22 59/6 59/6
**TYLER [1]** 1/17
**type [3]** 6/8 50/3 53/12
**types [1]** 58/17

**U**

**U.S [6]** 1/12 7/3 8/12
17/18 41/20 60/16
**ultimately [2]** 55/25
57/18
**uncertainty [1]** 53/6
**unclear [1]** 5/1
**under [4]** 5/14 7/19
29/15 50/21
**underlying [4]** 16/23
17/2 23/18 23/19
**understand [24]** 4/17
12/22 12/24 13/4 15/24
17/20 24/16 26/5 30/11
31/9 31/12 32/1 32/24
34/16 36/17 38/13
39/10 40/16 53/20
53/21 53/23 54/6 56/18
57/24
**understanding [8]**
4/19 5/4 10/9 14/14
14/15 23/17 24/15 30/3
**understands [1]** 40/1
**Understood [2]** 60/10
60/16
**undoubtedly [4]** 24/6
26/6 54/21 55/20
**unique [1]** 43/18
**UNITED [6]** 1/1 1/3
1/10 3/4 9/6 42/1
**United States [2]** 9/6
42/1
**United States of [1]**
3/4
**universe [6]** 19/19
20/18 21/2 21/6 22/13
35/8
**unlawful [3]** 49/17 50/3
50/4
**unless [1]** 12/16
**unlike [1]** 38/13
**unlikely [1]** 42/2
**unlinked [1]** 15/18
**unreasonable [1]**
21/21
**until [8]** 18/22 30/8
31/13 36/25 38/9 40/14
45/22 51/7
**up [26]** 5/8 15/7 15/25
16/15 17/8 19/14 20/17
24/11 24/22 28/5 28/11

7/21 30/14 30/18 33/7
34/23 37/5 42/17 44/18
46/18 46/22 47/5 52/9
55/17 59/8 60/4
**updates [1]** 3/15
**urges [1]** 60/6
**us [44]** 4/6 7/21 9/4
11/20 11/22 14/9 18/2
18/6 18/14 21/16 22/2
22/3 22/19 23/1 23/10
23/10 25/18 25/19
26/14 27/9 27/24 29/7
29/13 29/25 30/2 30/24
31/4 32/14 33/17 38/9
38/12 41/11 42/1 42/15
45/17 46/18 47/2 47/4
48/6 51/25 54/14 57/25
58/18
**usdoj.gov [1]** 1/15
**use [9]** 30/21 30/25
31/2 37/5 38/5 39/23
44/19 44/20 54/3
**used [2]** 39/8 39/22
**useful [2]** 5/18 7/18
**using [1]** 30/14
**usually [2]** 48/21 48/22

**V**

**valid [1]** 31/22
**various [2]** 10/12 54/3
**versions [1]** 43/22
**versus [1]** 3/4
**very [23]** 5/15 5/22 6/3
9/12 10/25 13/19 14/11
15/13 22/5 22/8 22/13
22/13 24/8 31/4 37/9
41/3 41/17 43/15 43/15
44/14 45/1 58/17 60/21
**view [1]** 40/17
**views [1]** 58/8
**views' [1]** 58/7
**violate [1]** 10/3
**violated [1]** 51/12
**violation [2]** 49/11 50/6
**virtual [1]** 41/2 41/12
**virtually [3]** 39/19
42/21 42/22
**volume [1]** 22/2
**vs [1]** 1/5

**W**

**wait [1]** 60/23
**waiting [1]** 9/2
**want [34]** 6/19 9/16
11/24 12/7 12/22 13/19
15/23 18/25 19/5 19/6
21/2 21/2 21/20 22/3
24/18 27/2 32/14 35/10
41/1 42/10 44/2 45/5
45/18 45/21 46/10
49/14 49/15 49/17 51/4
51/10 55/14 59/6 59/12
59/14
**wanted [5]** 4/11 8/6
8/11 30/24 33/13
**wants [1]** 11/12
**War [1]** 8/11
**warranted [1]** 44/1

**was [20]** 4/25 7/9 10/18 13/11 13/20 15/19 19/17 19/21 20/13 21/10 23/12 24/13 25/21 25/22 25/23 25/24 26/19 27/10 31/22 42/3

**Washington [5]** 1/5 1/13 2/3 2/9 8/18

**wasn't [4]** 21/10 25/18 25/25 32/12

**waste [2]** 46/12 55/15

**water [1]** 5/13

**way [20]** 6/4 6/13 6/17 7/11 7/12 10/3 10/8 15/25 18/22 22/20 25/17 36/9 37/10 38/14 43/17 44/17 47/1 47/2 55/18 59/14

**wayside [1]** 21/10

**wc.com [1]** 2/4

**we [276]**

**we believe [1]** 37/16

**we will [4]** 7/23 31/5 31/5 32/17

**we would [1]** 22/5

**we'd [6]** 8/13 20/21 24/12 30/14 33/6 46/6

**we'll [21]** 11/11 11/15 18/3 22/3 40/22 40/22 42/24 46/24 48/13 48/19 49/7 56/22 56/24 56/24 57/13 58/21 59/17 59/17 59/19 59/21 60/22

**we're [51]** 4/7 4/8 4/12 5/20 9/14 9/16 10/2 10/11 10/15 11/23 12/2 12/22 13/15 17/15 17/24 20/3 22/7 22/13 23/25 25/7 27/4 29/16 30/8 32/13 33/3 34/23 35/14 35/19 37/13 38/7 39/18 39/19 40/13 42/9 42/22 43/15 44/2 46/13 46/14 47/5 51/3 51/11 51/13 51/21 52/2 52/5 52/7 52/8 52/11 53/18 54/16

**we've [11]** 4/14 6/23 10/7 19/2 19/22 21/24 25/5 30/15 38/15 50/14 58/9

**WEBB [1]** 1/17

**weeds [1]** 15/24

**week [6]** 4/7 10/24 10/24 28/11 28/15 44/25

**weekend [1]** 60/22

**weeks [4]** 31/1 32/13 32/24 35/23

**weigh [2]** 7/9 33/13

**welcome [2]** 6/12 8/18

**well [32]** 3/11 7/21 11/20 13/3 15/6 15/13 19/5 19/23 21/8 21/19 21/22 22/7 24/18 25/1

33/5 34/7 34/18 43/19 44/8 45/23 50/21 51/12 53/20 53/23 54/15 54/19 58/13 60/21

**were [36]** 3/24 7/21 9/2 9/18 10/7 11/4 11/5 13/12 14/25 17/3 19/15 19/16 19/23 19/24 20/24 20/25 21/6 22/6 22/11 22/12 23/10 23/13 25/17 28/12 31/23 31/23 39/3 43/13 43/20 43/22 49/16 51/8 51/14 52/4 52/5 56/17

**weren't [4]** 23/11 23/13 38/19 38/22

**wfcavanaugh [1]** 1/20

**what [65]**

**what's [6]** 12/23 29/5 32/10 40/7 42/11 49/11

**whatever [5]** 11/11 16/21 38/21 49/24 58/25

**when [21]** 5/2 5/19 7/17 14/16 14/25 16/21 20/7 22/11 25/15 26/13 27/8 29/17 29/19 32/9 39/13 43/19 45/5 45/6 45/8 45/17 45/24

**where [14]** 6/5 14/4 16/18 17/1 17/11 18/12 19/3 23/19 23/25 24/21 32/4 37/14 41/25 56/12

**wherever [2]** 12/25 20/24

**whether [24]** 5/24 9/17 10/6 11/9 11/22 11/25 21/7 39/21 39/22 44/1 44/18 47/21 49/14 52/5 52/6 52/11 52/11 54/7 55/3 57/2

**which [31]** 3/24 4/7 6/2 10/6 11/15 21/7 23/23 25/18 26/13 29/1 29/14 29/15 31/4 31/5 34/3 36/3 36/14 38/14 40/1 44/25 45/13 47/14 47/18 47/20 49/8 52/14 52/24 55/10 56/19 59/10 59/25

**who [4]** 40/18 55/23 58/9 58/11

**who's [1]** 38/25

**whole [1]** 56/25

**wholesale [1]** 22/4

**why [15]** 3/15 12/16 16/3 25/18 28/4 29/14 34/5 37/2 49/6 49/22 50/4 52/14 53/11 53/21 54/8

**will [23]** 4/17 4/20 5/5 5/8 7/23 9/21 10/8 10/9 11/14 11/16 16/10 22/25 31/5 31/5 31/17 32/6 32/17 35/5 41/10 41/17 55/25 57/5 57/25

**WILLIAMS [1]** 2/2

**willing [1]** 31/23 31/23

**window [1]** 56/12

**wish [1]** 47/19

**wishes [2]** 3/16 6/11

**within [12]** 13/1 16/13 16/15 18/7 19/7 19/9 19/16 20/21 20/24 33/23 33/24 35/7

**without [2]** 39/8 39/25

**witness [2]** 5/20 39/24

**witnesses [4]** 43/8 43/11 46/15 47/19

**won [1]** 50/15

**won't [5]** 4/18 13/22 32/2 36/25 42/5

**wonder [1]** 58/23

**word [1]** 25/10

**words [8]** 14/8 16/3 19/8 20/23 21/23 24/10 26/22 50/8

**work [6]** 22/11 46/24 48/7 48/13 56/14 56/22

**worked [13]** 13/24 14/15 38/14

**working [5]** 10/7 25/18 25/19 25/25 26/1

**works [3]** 33/3 48/17 59/18

**worth [2]** 6/1 38/6

**would [85]**

**wouldn't [10]** 6/21 7/3 18/20 26/22 34/14 41/1 44/19 46/16 47/3 56/17

**wrapped [2]** 5/8 33/7

**written [2]** 42/8 42/12

**wrong [3]** 12/25 14/16 45/4

**Y**

**Yeah [6]** 6/19 14/13 17/14 30/5 37/7 45/12

**year [2]** 29/25 56/8

**years [1]** 16/21

**yes [4]** 37/4 42/16 49/13 52/15

**yet [3]** 20/3 26/17 36/17

**York [1]** 1/19

**you [237]**

**you know [1]** 21/20

**you'd [2]** 39/13 59/16

**you'll [6]** 12/24 14/16 28/22 36/6 54/21 55/1

**you're [17]** 18/12 25/23 26/5 26/20 27/18 28/14 30/9 37/18 37/19 38/22 39/1 40/12 44/15 45/25 49/9 52/21 53/20

**you've [10]** 5/25 17/16 17/19 19/13 19/13 21/25 23/25 24/4 36/20 58/10

**your [75]**

**Your Honor [46]** 3/3 3/20 5/11 6/22 8/4 8/16

12/4 14/5 17/1 20/5 22/18 24/2 25/2 26/12 26/16 28/2 28/18 33/10 33/15 33/17 34/22 34/24 37/4 37/6 41/16 46/3 46/25 47/8 48/5 48/14 49/1 51/7 51/11 53/10 55/4 56/16 56/22 57/24 60/10 60/17 60/19 60/20

**Z**

**Zaremba [3]** 2/6 61/2 61/8