IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                       Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                       Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                       Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                       Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.6(b), Adam Miller gives notice of his withdrawal as counsel of record for Plaintiff State of California in *United States of America et al. v. Google, LLC,* Case No. 1:20-cv-03010-APM. Other attorneys will continue to represent the State of California on the case, including, but not limited to, Brian Wang, who should receive any notices previously directed towards Adam Miller.

Dated: June 24, 2022                                   Respectfully submitted,

                                                                      By:   */s/ Adam Miller*
                                                                      Adam Miller, Deputy Attorney General
                                                                       Office of the Attorney General,
                                                                       California Department of Justice
                                                                       455 Golden Gate Avenue, Suite 11000
                                                                       San Francisco, California 94102