IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al., | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(b), Erica Sullivan gives notice of her withdrawal as counsel of record for Plaintiff State of Indiana in State of Indiana, et al. v. Google LLC, Case No. 1:20-cv-03010-APM. Other attorneys will continue to represent the State of Indiana on the case.

Dated: June 24, 2022

Respectfully submitted,

By: /s/Erica Sullivan
Erica Sullivan
Deputy Attorney General
Attorney No. 29504-49
Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington Street, 5th Floor
Indianapolis, IN 46204
Telephone: (317) 232-5931
Fax: (317) 232-7979
Erica.Sullivan@atg.in.gov