AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Texas.

Date:   6/30/22

*/s/ Margaret Sharp*
*Attorney's signature*

Margaret Sharp: TX Bar No. 24080147
*Printed name and bar number*

300 W. 15th St.
Austin, TX 78701

*Address*

Margaret.Sharp@oag.texas.gov
*E-mail address*

(512) 463-1265
*Telephone number*

*FAX number*