# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Bret Fulkerson hereby withdraws as attorney of record for Plaintiff State of Texas in the above-captioned matter.

Dated:  June 30, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　  */s/ Bret Fulkerson*
　　　　　　　　　　　　　　　　　　　　　　Bret Fulkerson

　　　　　　　　　　　　　　　　　　　　*/s/ Kelsey Paine*
　　　　　　　　　　　　　　　　　　　　Kelsey Paine

　　　　　　　　　　　　　　　　　　　　TEXAS ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　　300 W. 15th St.
　　　　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　　　　512-463-1266
　　　　　　　　　　　　　　　　　　　　Email: Bret.Fulkerson@oag.texas.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff State of Texas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2022, I filed the foregoing document with the Court via the Case Management and Electronic Case (CM/ECF) System which will send a notice of electronic filing to all counsel of record.

_/s/ Bret Fulkerson_____
Bret Fulkerson

*Counsel for Plaintiff State of Texas*