# APPENDIX A

**APPENDIX A TO GOOGLE'S POSITION STATEMENT**

| Witness | Days of Deposition Testimony | Additional Time Requested |
|---|---|---|
| Jamie Rosenberg, Vice President of Strategy for Platforms & Ecosystems | 3 days (2 during the litigation, and 1 during the investigation) | 4 hours |
| Hal Varian, Chief Economist | 2 days (both during the litigation) | 4 hours |
| Prabhakar Raghavan, Senior Vice President for Google Search, Geo, Ads, Assistant & Payments* | 2 days (both during the litigation) | 3 – 3.5 hours |
| Philipp Schindler, Senior Vice President & Chief Business Officer* | 2 days (both during the litigation) | 1.5 hours |
| Anna Kartasheva, Director of Product Operations & Strategies for Platforms & Ecosystems | 2 days (both during the litigation) | 1 hour |
| Jim Kolotouros, Vice President of Android Platform Partnerships | 2 days (1 during the litigation, and 1 during the investigation) | 7 hours |
| Richard Holden, Vice President of Product Management for Travel | 2 days (1 during the litigation, and 1 during the investigation) | 2 hours |
| Paul Gennai, Director of Product Management in the Office of the Chief Executive Officer | 1 day (during the litigation) | 7 hours |
| Andy Miller, Vice President of Ads Product Finance | 1 day (during the litigation) | 2 hours |

---

* Mr. Raghavan and Mr. Schindler report directly to Google's Chief Executive Officer, Sundar Pichai.