IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,  <br><br>                              Plaintiffs,  <br><br>v.  <br><br>Google LLC,  <br><br>                              Defendant. | Case No. 1:20-cv-03010-APM  <br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Extend the Deadline to Respond to the Report of Edward A. Fox and the entire record herein, it is ORDERED that Plaintiffs' Motion to Extend the Deadline to Respond to The Fox Report be and is hereby GRANTED; and the Amended Scheduling and Case Management Order entered on December 6, 2021, ECF No. 263, is hereby amended as follows:

| Event | Calculation of Date | Extension Date |
|---|---|---|
| Deadline for Plaintiffs to serve rebuttal expert report(s) to the Edward A. Fox report | 90 days after service of opening reports | 9/06/2022 |

All other dates, including the trial date, would remain unchanged. SO ORDERED.

Dated: July _____, 2022

_____
Hon. Amit P. Mehta
United States District Court Judge