# Exhibit A

# Filed Under Seal

**Contains Information Designated Highly Confidential**