# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

                Plaintiffs,

v.

GOOGLE LLC,

                Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6 (b), Jake M. Shields gives notice of his withdrawal as counsel of record for Plaintiff United States of America.

Dated: July 15, 2022

Respectfully submitted,

By: */s/ Jake Shields*
Jake M. Shields
U.S. Department of Justice, Antitrust Division
Technology and Digital Platforms Section
450 Fifth Street NW, Suite 7708
Washington, DC 20530
jake.m.shields@usdoj.gov

*Counsel for Plaintiff United States of America*