IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )    CV No. 20-3010
        vs.                        )    Washington, D.C.
                                   )    July 14, 2022
GOOGLE LLC,                        )    2:00 p.m.
                                   )
          Defendant.               )
_____)


TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov


For Plaintiff
State of Colorado:           Jonathan Bruce Sallet
                             COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
                             Antitrust Unit
                             Ralph L. Carr
                             Colorado Judicial Center
                             1300 Broadway
                             Suite 7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: jon.sallet@coag.gov

APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               WILLIAMS & CONNOLLY LLP
                               725 12th St., NW
                               Washington, D.C. 20005
                               (202) 434-5000
                               Email: jschmidtlein@wc.com


Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
1                    P R O C E E D I N G S
2              COURTROOM DEPUTY:  All rise.  The
3    Honorable Amit P. Mehta presiding.
4              THE COURT:  Good afternoon.  Please be seated,
5    everyone.
6              COURTROOM DEPUTY:  Good afternoon, Your Honor.
7    This is Civil Action 20-3010, United States of America
8    versus Google LLC.
9              Kenneth Dintzer for the DOJ plaintiffs.
10             Jonathan Sallet on behalf of the Colorado
11   Plaintiffs.
12             And John Schmidtlein on behalf of the defendant.
13             THE COURT:  Okay.  Welcome back, everybody.  It's
14   nice to see everyone.  I hope everyone is doing well.
15             Okay.  So we're back for another status
16   conference.  I've received the parties' Joint Status Report
17   and then the motion that was filed, but why don't we begin
18   with where we usually are, and that's just an update that
19   each side would like to provide and then we can get to the
20   disputed issues.
21             Mr. Dintzer.
22             MR. DINTZER:  Thank you, Your Honor.
23             May it please the Court.
24             So expert discovery is moving along.  The parties
25   exchanged their expert reports on June 6th.  The U.S.
```

1    Plaintiffs had five.  The Colorado Plaintiffs had two.  And

2    the Google defendant had eight reports.  With one exception,

3    which we will be discussing, the parties exchanged their

4    backup information five days later and, with the exception

5    of Professor Fox, who, like I said, we'll be discussing, the

6    next exchange that's due, the rebuttal reports, is

7    August 5th, and with that one exception, we're on track with

8    that.

9            There are no outstanding RFPs -- requests for

10   productions -- RFAs or interrogatories.

11           We did receive Google's privilege log on time, on

12   June 30th, and we are reviewing that.  And we have asked

13   Google to take a look at a set of individual documents that

14   we had concerns with on privilege, and it is our

15   understanding they are doing that, they haven't gotten back

16   to us on that.  So they have -- these are -- in the hundreds

17   of documents that we identified very specific things and

18   asked them for re-review on that.  So there's no outstanding

19   issues on that but just to let the Court know that's sort of

20   where we're at.

21           We have an emerging issue regarding a

22   subject-matter waiver issue that is -- I'm happy to talk

23   about it now or later, it is not ripe for the Court, but

24   it's just something that we would want to let the Court know

25   that's out there and something to discuss.  And if the Court

1   would like, I could give you a couple sentences on that now

2   or later.

3           THE COURT:  Sure, a few sentences will suffice.

4           MR. DINTZER:  So the Court has Professor Fox's

5   report.  And Professor Fox does one analysis that we're

6   going to be talking about, the supporting material, but he

7   also talks about a couple of analyses that he -- other

8   people did, one of which was done at the request of counsel

9   and which we have concerns, which we have that it was

10  captured under Google's previous assertions of privilege and

11  their decision to use it in the expert report would raise

12  subject-matter issues.  We have asked for information from

13  Google on this.  We're not ready to brief it and we're not

14  at an impasse.  We've asked Google so we can understand the

15  nature of, sort of, the broad outlines of what this was and

16  what the related information was.  We haven't gotten

17  anything back yet.  So that's an emerging issue but not one

18  that's ripe.

19          And I am told that the Zoom sound is not working,

20  so I just wanted to put the Court on notice just so that we

21  can make this as open as possible.

22          COURTROOM DEPUTY:  Should be working now.

23          MR. DINTZER:  Thank you.  I appreciate it.

24          So unless the Court has questions of issues that

25  are teed up are the request to reopen the depositions for

1   the Google employees and the -- it wasn't part of the JSR

2   but we have an outstanding request for an enlargement of

3   time related to Professor Fox's report.

4           THE COURT:  Okay.  All right.  Thank you,

5   Mr. Dintzer.

6           MR. DINTZER:  Thank you, Your Honor.

7           THE COURT:  Mr. Sallet.

8           MR. SALLET:  Thank you, Your Honor.

9   Good afternoon.

10          THE COURT:  Good afternoon.  It's nice to see you.

11          MR. SALLET:  As our Joint Status Report indicates,

12  on June 17th the plaintiff states produced additional

13  documents.  We served our fourth amended initial

14  disclosures.  We served several supplemental responses to

15  interrogatories from Google.  There are no outstanding

16  issues concerning those obligations.  As to Google, the only

17  outstanding issues that we briefed for today's status

18  conference is the issue that will come up later on reopening

19  depositions.

20          There is one other issue, though, that I would

21  like to note in the same spirit that Mr. Dintzer did of an

22  issue that we will be discussing with Google, which is at

23  this point not ripe, and it's this:  Last night, we received

24  metadata from Google which is, in essence, a list of emails

25  that contain links to other documents where we don't have

1  the linked documents.  Now, we've discussed before the

2  general context of seeking those linked documents where we

3  would like a document for our use.

4          As we are reviewing the expert reports, however,

5  there's a separate -- yes?

6          THE COURT:  I'm sorry to interrupt you.  You said

7  you received metadata or you received a dataset.

8          MR. SALLET:  Perhaps a data -- it has been

9  described to me as metadata but it is probably better

10 described as a dataset.

11         THE COURT:  Okay.  All right.

12         MR. SALLET:  In other words, I understand it to

13 effectively be a list as it were.

14         THE COURT:  Okay.

15         MR. SALLET:  The different context in which the

16 linked documents may come before the Court has to do when a

17 Google expert relies on a document for his or her opinion,

18 the document contains a link relevant to the purpose for

19 which the document is being used and we can't -- and we do

20 not have access to the link.  And we are looking at such

21 documents --

22         THE COURT:  If I can just interrupt you.

23         Mr. Sallet, is this, what you received, is that --

24 and you may have said this, so forgive me.

25         MR. SALLET:  Yes, sir.

1          THE COURT:  Is this a response to an RFP or some

2    other written discovery, or is it backup for an expert

3    report?

4          MR. SALLET:  We do not believe, Mr. Schmidtlein

5    can correct me, we do not believe it is connected to the

6    expert reports.  We believe it is part and parcel of

7    Google's continuing helping -- to help us understand what

8    linked documents we have and which ones we don't.

9          So, Your Honor, one can imagine an email and it

10   has a link in it and sometimes what it says is the word

11   "link," that's all.  Well, we -- to be able to ask for a

12   linked document, one has to know if one already has the

13   linked document.

14         THE COURT:  Right.

15         MR. SALLET:  That's not always an easy task, given

16   the fact that the document may not be identified.

17         So as we understand it, the additional information

18   from Google is to help us, and presumably the DOJ

19   Plaintiffs, understand what linked documents we do or do not

20   have.

21         THE COURT:  Right.

22         MR. SALLET:  We do not understand it to be

23   connected directly to the expert reports.

24         THE COURT:  Okay.

25         MR. SALLET:  That's why I say, and perhaps I

```
 1    wasn't clear, I apologize, that there's a separate issue
 2    that we will raise that may come up, and that contains --
 3    that's the instance, where, for example, a Google expert
 4    asserts a fact or an opinion, cites to a Google document for
 5    the proposition, we go to the Google document, we open it
 6    up, it says on this issue, here's a link to a more detailed
 7    analysis, or something equivalent to that.
 8           In those instances, we will go to Google and say,
 9    to test the expert's report, we need to understand what the
10    full information available to the expert in using the
11    document that is cited.
12           That's not ripe yet.  We're conducting a review
13    because we want to make sure this is the matching question
14    that we just talked about, that the mere fact is a link
15    doesn't mean we don't have it.
16           THE COURT:  Right.
17           MR. SALLET:  So we're trying to figure out whether
18    we do have it.  And I expect that we will be approaching
19    Google and that this may be a continuing issue since, after
20    all, there are two more rounds of expert reports to come.
21    And we will come to the Court should it be necessary to do
22    so.
23           THE COURT:  Okay.
24           And remind me, just refresh my memory, we talked
25    about this at length last time and, if memory serves, where
```

```
 1    we sort of came out is that Google would do what it sounds
 2    like you've just described.  And then to the extent there
 3    were records that had links that either the U.S. Plaintiffs
 4    or the State Plaintiffs --
 5              MR. SALLET:  Yes.
 6              THE COURT:  -- wanted, then Google would follow up
 7    and either determine whether the link -- linked document was
 8    already in the production somewhere --
 9              MR. SALLET:  Yes.
10              THE COURT:  -- else or retrieve the link, and it
11    sounds like we're sort of moving in that direction.
12              MR. SALLET:  I'm simply raising the fact that
13    there's a different context than was discussed at the last
14    status conference, a circumstance not simply where the
15    plaintiffs say this is a document that looks interesting to
16    us --
17              THE COURT:  Right.
18              MR. SALLET:  -- but where a Google expert is
19    expressly relying on it.
20              THE COURT:  Okay.
21              MR. SALLET:  All right.  Thank you, Your Honor.
22              THE COURT:  All right.  Thank you.
23              Mr. Schmidtlein.
24              MR. SCHMIDTLEIN:  Good afternoon, Your Honor.
25              THE COURT:  Good afternoon.
```

1          MR. SCHMIDTLEIN:  Just picking up on where

2     Mr. Sallet left you, you were right, this was an issue that

3     we discussed at the last status conference.  I think you

4     resolved and gave us a ruling about, you know, they get a

5     certain number of documents they can ask about.  We have

6     tried to historically respond to questions.  I think as I

7     explained last time, sometimes a document could have a link

8     that no longer exists.

9          THE COURT:  Right.

10          MR. SCHMIDTLEIN:  And sometimes the document may

11     be -- the link may be in another document that's already

12     been produced.  We've tried to work with them to resolve

13     that.  We're not trying to hide anything, but at the same

14     time, there's a lot of documents produced in the case.

15          THE COURT:  Right.

16          MR. SCHMIDTLEIN:  And at some point, we have to

17     sort of stop the request to try to get every single document

18     under the sun.  But we're working with them on that and I

19     presume we'll continue to work with them on that.

20          I agree with Mr. Dintzer's recitation in terms of

21     parties are working very hard on their expert reports.

22     I think both parties have gone back and forth and asked for,

23     you know, sort of additional follow-up questions about some

24     of the technical aspect of the reports.

25          You know, in some cases I'm sure Your Honor has

1   had, the sequencing is a little bit different.  You might

2   have one side go first; you take the depositions of those --

3   sort of their folks; and then the other side responds; you

4   take the depositions of those folks.  We've got a slightly

5   more robust schedule here that allows kind of everybody jump

6   in first, everybody can do second, and then everybody can do

7   kind of a rebuttal; and we're doing the expert depositions,

8   as you know, kind of at the end of all of the reports.

9   We're not taking depositions after every single report.

10          Sometimes in this situation, at least in my

11  experience, because we're not taking the depositions until

12  the end, questions that you might normally raise in a

13  deposition sort of a more interim deposition, the parties

14  try to kind of resolve, if it's a technical question, if

15  it's a data question, if it's, you know, something that you

16  can sort of resolve without having to take a deposition, you

17  know, we try to do that, and I think both parties have tried

18  to it to do that.  Absolutely, we have a slightly more

19  fundamental fight about some of Professor Fox's materials,

20  but both parties have, I think, been going back and forth

21  and trying to address those issues.

22          And I agree that there are no outstanding,

23  I think, discovery requests.  I think all of the RFPs, all

24  of the interrogatories, all of the RFAs, I think those are

25  mercifully to bed for good right now.

1          And then the last thing, I, candidly, whatever

2    issue Mr. Dintzer is talking about, a subject-matter waiver,

3    this is sort of news to us, we'll sort of deal with that in

4    due course.

5          THE COURT:  Right.  Okay.

6          Can I ask you while you're here, and I'm happy to

7    hear from plaintiffs' counsel as well, but, you know,

8    I'm just looking at the schedule, the rebuttal expert

9    reports are due August the 5th -- I'm sorry, excuse me,

10   September 26th.

11         MR. SCHMIDTLEIN:  Correct.

12         THE COURT:  And the close of expert discovery is

13   expected to be November 10th.  So that's about six weeks.

14   And is that it -- I mean, now that you've gotten a taste of

15   what the other side has done, I mean, do we think

16   realistically that you'll be able to depose at least 15

17   experts, maybe you won't depose everybody, but 15 and

18   perhaps more experts in that six-week period, accounting for

19   the prospect that depositions may not start up immediately

20   after those reply reports are filed.  You know, we're some

21   weeks away from that, but I wonder if you've got any

22   thoughts or opinions about that?

23         MR. SCHMIDTLEIN:  It's an issue that we've been

24   thinking about, and I imagine we may have more definitive

25   thoughts about that once we see this next round of reports

1   and whether there are new experts that come in at that round

2   and exactly sort of the breadth of, sort of, analyses we see

3   that needs further rebuttal to, I would say.

4            It's going to be tight under the best of

5   circumstances, absolutely, but, you know, the parties have

6   been dealing with tight schedules and steep mountains

7   throughout this and we are absolutely committed to meeting

8   Your Honor's schedule at this point.  And I think if we see

9   something materially different in terms of disclosures and

10  reports on this next go-round, I think at that point

11  somebody might raise their hand and say, we may need a

12  little bit more leeway, but right now, that's not our

13  position.

14            THE COURT:  Okay.  All right.

15            Okay.  That's helpful.

16            Mr. Dintzer, do you have any thoughts on that last

17  issue, and Mr. Sallet?

18            MR. DINTZER:  Yes, Your Honor.

19            I echo what Mr. Schmidtlein said.  Right now,

20  seeing what appears in this next round will inform it.

21  There's also the question -- there's at least some

22  professors in all the mix of experts and trying to get them

23  scheduled for depositions can often be a little more

24  challenging than other types of experts.  So I guess we'd

25  want to put a pin in the whole thing until we see

1   August 5th.  But understanding -- we do see it as tight, we

2   do see it as potentially doable without more time now,

3   depending on how the experts sort of shake out in their

4   schedules, but we would want to reserve a chance to talk to

5   the Court about it more after August 5th.

6           THE COURT:  Okay.

7           MR. SALLET:  Yeah, Your Honor, we take basically

8   the same view.

9           One notes, Your Honor, that it is possible under

10  the CMO to take, I believe, up to ten hours of testimony

11  from experts.  So a single expert's deposition could go into

12  a second day.

13          THE COURT:  Right.

14          MR. SALLET:  We have 15.  September 26th is Rosh

15  Hashana.  The next week includes Yom Kippur.  The following

16  week includes a Federal Holiday.  I think after we know the

17  full number of experts potentially to be deposed, that is to

18  say, as both of my colleagues have said after the August

19  reports, it would be prudent for us to have a discussion

20  about how to best manage that, because we, like the other

21  parties, wish to meant the current schedule.

22          THE COURT:  Okay.

23          Well, you know, it's something I wanted to discuss

24  and you all obviously have thought about it and it's helpful

25  to think -- to know that everybody is on the same page and

```
1    we'll see where we are after the next round of reports are

2    prepared.

3              All right.  Well, then why don't we turn then to

4    the disputed issues at hand.  Why don't we start with the

5    reopening of the depositions issue.

6              So, Mr. Dintzer, did you want to add anything to

7    what's already in your -- in the Joint Status Report?

8              MR. DINTZER:  Yes, Your Honor.  Thank you.

9              So, really, there are two issues that we see

10   before the Court on the depositions, the first is whether

11   the deposition should be reopened and the second is whether

12   Google should get a peek at the exhibits that we hope to

13   show to the witnesses on the reopening.

14             THE COURT:  I mean, let me just interrupt you.

15             I see the issues is essentially links in the

16   following sense.  I understand Google wants to peek at what

17   you want -- or a peek at your documents so they can

18   potentially object to the reopening.

19             MR. DINTZER:  They say that, Your Honor.  But it

20   doesn't actually follow.  The opening should be provided

21   because they withheld documents on a claim of privilege and

22   we did not have those documents to be used with the -- in

23   the deposition.  I mean, there's no dispute on that.  We

24   simply didn't have the documents to be used in the

25   depositions.
```

1          And so what they want to make it is, they want to

2   make it -- and they cite cases along the lines of for people

3   who miss something, who forgot to do something.  This has to

4   nothing to do with that.  We didn't get a chance to put

5   these specific documents in front of these specific

6   witnesses.  And these are not just any documents.  Google

7   wants to talk, oh, these are just one percent of the

8   documents, but these are the ones that their people said,

9   hmm, this is important, I think I'll mark it privileged and

10  I'll throw someone's name -- an attorney's name on it.

11  These are things that are balanced in favor of being more

12  interesting.

13          And so Google says they want to see our documents

14  to see if we're going to cover subjects that we covered

15  before.  And I'll tell you the Court we are definitely going

16  to cover subjects we covered before.

17          THE COURT:  You will cover?

18          MR. DINTZER:  Absolutely, because when we had

19  those subjects, those witnesses, we didn't have the

20  documents; we didn't have those documents.  So when

21  witnesses said, well, I can't remember this, we didn't have

22  the document to show them.

23          And even if --

24          THE COURT:  Can I interrupt for a second?

25          MR. DINTZER:  Sure.

 1          THE COURT:  I don't think there's -- to the extent

 2   depositions are reopened, I don't think there's any

 3   disagreement on this point, which is the depositions should

 4   focus on the new documents.  Now, documents may relate to

 5   subject matters that were previously at issue but for which

 6   you didn't have the document, I don't think -- at least

 7   I hope Mr. Schmidtlein's position is not that because a

 8   subject matter was previously explored during a deposition,

 9   that that subject matter is now completely out of bounds

10   even though the new email, recently released email, pertains

11   to that subject matter.

12          MR. DINTZER:  If he's not saying that, then we're

13   a lot closer than we thought, because what we have done is

14   this, Your Honor.  We've looked at the documents, we've seen

15   the most important ones.  And while it's not exactly the

16   easiest thing, we have made a best effort to only use

17   documents that were either withheld entirely, so we didn't

18   see them before, or that they have produced what was

19   redacted before.

20          We're only going to be asking about documents that

21   are -- so a good argument could be made that, oh, I've now

22   seen this new document, now I want to ask about this old

23   document, but we at this point, we're not asking for that.

24          Every document that we're asking to put in front

25   of these witnesses is something that was de-privileged after

March 1st, and we will be asking about the contents of the
documents, but also, you know, this stream of questions
where that leads, and that's it.

And so we are not asking sort of for a holiday
where we get to ask whatever we want.  The hours that we've
put in -- if I can just put this up on the ELMO -- the hours
and the witnesses are very reasonable, Your Honor.  I mean,
you know, we've asked for two hours with one witness, one
hour with another.

We have asked for seven full hours Mr. Gennai and
Mr. Kolotouros.  All these other witnesses were already
deposed for two days.  So our ask for them is we basically
looked at how many documents we've found so far, we may find
more, but approximately how much time do we need to look, to
ask them about those documents and potentially the
surrounding issues that they raise.

These last two were only deposed one day each, and
the reason that they were only deposed one day each is we
decided not to use our two-day multipliers that we had
because, based on the documents, we didn't think that they
were worth a second day.

Now, we still have two of the two-day multipliers
in the bank that we never used, and we believe that given
the number of documents, especially for Mr. Kolotouros but
also Mr. Gennai, and the fact that we never used those, that

1   we should get the full seven hours.

2          Now, we're still only going to focus on -- or ask

3   about documents and questions arising from those documents

4   that were produced so we believe that we should have the

5   full seven hours and for Mr. Kolotouros, he was

6   particularly --

7          THE COURT:  So, Mr. Dintzer, can I interrupt you?

8          MR. DINTZER:  Sure.

9          THE COURT:  Let's put aside for a moment the

10  number of hours.

11         MR. DINTZER:  Okay.

12         THE COURT:  I want to sort of have a separate

13  conversation about that.  So let me just actually bring

14  Mr. Schmidtlein up, I think it probably makes more sense to

15  talk to him about this issue of subject matter scope of

16  depositions and sort of what your general position is,

17  I guess the place to start is, what's your general position

18  with respect to reopening, to the extent they are reopened,

19  your views on the subject matter and what any limitations

20  would be.

21         MR. SCHMIDTLEIN:  Our position is not that they

22  can't ask about a subject matter, but that the documents

23  have to present, like, actually new factual information; in

24  other words, it can't be that the document is talking about

25  and disclosing facts or things that they've already got

1  documents on and they had ample opportunity to ask about.

2          And the notion that Mr. Kolotouros --

3  Mr. Kolotouros was deposed for seven hours during the

4  investigation and seven hours during the litigation.  The

5  idea that somehow the fact that they didn't use their two

6  days, now they want to come back and they've rethought, that

7  doesn't sound to me like a deposition that is going to be

8  confined to newly discovered documents.

9          THE COURT:  Like I said, I want to put the issue

10  of hours to the side for a moment.

11          MR. SCHMIDTLEIN:  But our point simply is this,

12  you know, this idea that we're trying to seek some

13  advantage, my associates are going review every single

14  document relating to these witnesses before I prep these

15  witnesses for the next round.  It's a relatively narrow set

16  of documents.  There's no gamesman -- at this point in the

17  case, there's no secrets here about what the documents are.

18          So we want to see these documents because we have

19  real doubts that the documents they've identified, this few

20  dozen documents they've identified, contain anything

21  materially new that warrants four hours, seven hours, you

22  know, whatever, these types of examinations.  This is a,

23  hey, I've got their expert reports, I want a do-over of

24  these depositions.

25          And we don't believe that these new documents that

1  have been produced justify it.  And if they think they do

2  justify it, put the documents on the table.  There's no

3  secrets at this point in the case as to what documents are

4  out there, and certainly not the narrow set of documents

5  that have been produced.

6       THE COURT:  So, I guess, just a couple of

7  reactions.

8       One is, there is a -- there is some work-product

9  issue to be concerned about in the sense that you are asking

10 them to identify a set of documents and that does arguably

11 reflect on what they think is important.  Now, they're going

12 to disclose those during the deposition anyway so that's

13 really just a matter of timing.

14      You know, there is the other issue of sort of how

15 you'll use the documents if you were to get them; in other

16 words, I think their main concern, I certainly would be if

17 I was at that side of the table, would be to preview those

18 documents with the witnesses, which I think is not something

19 you would get to do in the ordinary course, absent consent,

20 but, you know, you usually don't -- I mean, I suppose you

21 could, but, you know, I guess these days with remote

22 deposition and the like, oftentimes documents, I guess, are

23 being exchanged in advance.  But the bottom line is I think

24 it is fair in my view as a baseline to try to put these

25 depositions on par with where they would have been if the

1    documents had been produced on time.

2           Now, that said, that does not mean -- that doesn't

3    mean that, you know, you get necessarily seven hours, it

4    doesn't mean you get to plow ground that you've already

5    plowed before.  The government's already said, both

6    plaintiffs have already said, they're only going to focus on

7    the documents themselves.  I mean, I have a question for

8    plaintiffs' counsel, you know, why you need seven hours if

9    you've only identified 45 documents at most.

10          MR. SCHMIDTLEIN:  Well, and that's across all the

11   witnesses.

12          THE COURT:  No, right, that's across all

13   witnesses.  So it's not clear to me why anybody would need

14   to be deposed for seven hours.  But, again, that's a

15   separate issue, that's why I want to talk about that

16   separately.

17          But, you know, what I think is -- in the interest

18   of fairness is to put them in a position that they would

19   have been if they had had these documents prior these folks'

20   depositions.

21          And the other thing I'd like to avoid is, to the

22   extent that we can, is getting to a fight about whether what

23   they think they want to go over is worth going over, right?

24   In other words, if they disclose documents to you, you say,

25   oh, they've already trodden this ground before, you know,

1    I'm not sure I'm in the best position to resolve that issue

2    absent a lot of work reviewing depositions and documents.

3            MR. SCHMIDTLEIN:  Well, Your Honor, the way,

4    I think -- if this is sort of your inclination -- and

5    I understand it, it's difficult -- and there will

6    undoubtedly be disputes if they disclose to us the

7    documents -- I think that's probably why they don't want to

8    disclose the documents to us, because I know what -- I can

9    imagine what documents they might want to use and I'm going

10   to be prepping my witnesses with those documents whether

11   they identify them to me or not.

12           THE COURT:  Right.

13           MR. SCHMIDTLEIN:  So I think that makes it even

14   that much more incumbent to limit the amount of time; in

15   other words, let's cut through -- we're at the end of this

16   case, they've had a ton of discovery, the idea that there's

17   some new bombshell fact within 45 documents, among the

18   4 million that have been produced, I think, is highly

19   unlikely.

20           So we have got to be talking about, to examine a

21   witness on a document, we've got to be talking about an hour

22   or an hour and a half of a deposition, if they're not

23   prepared to come forward and explain to you why they need

24   multiple hours to use all these documents across different

25   witnesses.

1          And that way, you know, if you then say, okay,

2    you've got to pick a certain number of witnesses and you are

3    limited to this much time, cut through it, use the documents

4    and, Mr. Schmidtlein, I'm going to give them a lot of

5    latitude, I don't want to see you objecting and instructing

6    people not to answer because you think you've got to object,

7    I think that's the best way to solve it.

8          THE COURT:  Are you asking me to limit the number

9    of these depositions they can reopen?  Or are you saying,

10   you know, give them 20 hours, 20 more hours, and they can

11   decide how to allocate those hours however they see fit?

12   Across these nine witnesses that have been identified.

13         MR. SCHMIDTLEIN:  Well, I think that's fine, with

14   the caveat, you can't do any single witness more than three

15   hours.  I mean, there is zero justification for them to go

16   back and say, well, yeah, no, I'm going to go back and I'm

17   going to take this person for seven and then I'll do

18   everybody else for one, or whatever the math would be.

19         THE COURT:  Right.

20         MR. SCHMIDTLEIN:  I think you have to put a

21   presumptive cap.  And, again, like, I don't see how any of

22   these depositions last more than two hours, even when both

23   sides want to depose.  These are senior executives who have,

24   except for one person, they've all been deposed multiple

25   days either between the investigation or the actual

  1    litigation.  So this small number of additional documents

  2    spread across all these witnesses just cannot justify more

  3    than an hour or two at most, in our view.  Thank you.

  4                 THE COURT:  Okay.

  5                 Mr. Dintzer and Mr. Sallet, thoughts?

  6                 I mean, look, I'm looking at this list, the

  7    appendix is very thoughtful.  You've asked for 33 hours

  8    worth of depositions for 60 -- I think, north of 70

  9    documents when we include the plaintiff states' documents.

 10    That seems out of whack to me.

 11                 MR. SCHMIDTLEIN:  63 documents between both

 12    parties.

 13                 THE COURT:  63, right.

 14                 And, look, I understand that there will be

 15    follow-up questions, et cetera, et cetera, so it's not a --

 16    there's not a direct correlation between document and time

 17    of questioning, but it does seem to me to be a little bit

 18    disproportionate.

 19                 MR. SALLET:  Your Honor, as you know, we've asked

 20    to focus on four of the nine in total, two of which we asked

 21    a question alongside the Department of Justice.  We will, of

 22    course, work efficiently with the Department of Justice as

 23    we did during the original discovery phase to avoid

 24    duplication in questioning.

 25                 THE COURT:  Mr. Sallet, can I interrupt you for a

 1   second?

 2           Can you just identify for me again, I should have

 3   done my homework before, but who are the two that you wish

 4   to jointly depose?

 5           MR. DINTZER:  Sure.

 6           Mr. Raghavan and Mr. Varian.  They're both senior

 7   Google executives.  They're both people with a great deal of

 8   knowledge on the issues that the states bring before the

 9   Court.  They are both witnesses, frankly, in which we had

10   significant questioning time during the first depositions

11   goes to the point that there are topics that are important

12   to us on which we've questioned and we would use the new

13   documents in the manner that Your Honor has said in an

14   earlier colloquy to focus on what's in those documents.

15           Your Honor, there are also two additional

16   depositions we've sought, and that's for Mr. Holden and

17   Mr. Miller.  For each of these, we've asked for two hours.

18   So in two of them, it's an additional two hours; in two of

19   them, it's just two hours.

20           Your Honor, let me be candid about this.  We've

21   had conversations, you know, lawyers love to be

22   quantitative.  Could we do it in an hour and 20 minutes,

23   could we do it in an hour and 40 minutes?  These -- this is

24   not susceptible to that kind of analysis, Your Honor.

25           THE COURT:  Sure.

1          MR. SALLET:  So we've taken what we believe to be

2     a rational amount of time, given the fact that we will be

3     doing more work between now and the depositions, if we don't

4     need the full two hours, we won't use it; but we think,

5     frankly, there is no factual or principal basis to come to

6     shorter amounts of time, given the fact that these witnesses

7     has significant understandings of very important issues in

8     the case.

9          THE COURT:  Okay.

10         MR. SALLET:  Thank you, Your Honor.

11         THE COURT:  Mr. Sallet -- I'm sorry, Mr. Dintzer,

12    come on.

13         MR. DINTZER:  Thank you, Your Honor.

14         To echo what Mr. Sallet was saying, it's not easy

15    to quantify.  And on top of that, there's -- cutting us back

16    to a certain number invites a certain gamesmanship about how

17    long it takes to read a document, some of these are slide

18    decks, how long it takes to -- and, trust me, we are so

19    busy, we will not spend more than one minute necessary to

20    get through the documents.

21         Now, I did want to put a note that we are

22    continuing to look at the documents.  And especially for

23    Mr. Kolotouros, who used to communicate with care protocol,

24    perhaps, more aggressively and successfully than anybody

25    else, and so there are a lot more documents for him and a

1   lot more interesting documents for him, which is, without

2   just -- I don't want to sit there and I don't want my people

3   sitting there for seven hours if they don't have documents

4   to ask about, but there are a lot of documents from him that

5   are significant.

6          And we're at the point where we're looking for

7   trial exhibits.  And so -- Mr. Schmidtlein knows that, he's

8   tried cases, he knows that that's the goal here is to see

9   what we can get and we -- and so we've narrowed it

10  approximately, not counting the states, about 45 --

11  that's -- but we're looking for more, and believe that that

12  could be 55, 60 by the time we're done looking especially at

13  Mr. Kolotouros.

14         So I mean we have not been -- to be fair to us, we

15  have not been particularly aggressive in asking for time --

16  for three of them, they're two hours or less right off the

17  bat.  Mr. Rosenberg also has a fair number of documents, a

18  significant, Mr. Schindler as well, so four of the seven are

19  one or two hours or less.

20         The others are more significant because either we

21  didn't have as much time, Mr. Gennai was only deposed for

22  one day, he was not deposed during the investigation, and so

23  we didn't have as much time and now we have a lot more

24  documents to use with them, and Mr. Kolotouros because of

25  the documents that were available.

1          And because we believe, in fairness, we would have

2   used two days with these gentlemen if -- I mean, we would

3   not have let our two-day multipliers expire unused if we had

4   thought that they would have been in value with these

5   gentlemen, till we saw these documents.

6          Now we believe that they are and we believe in

7   fairness we should have that.  As the Court said, put us in

8   the position that we would have been had they been produced

9   we would have definitely used the two days on these

10  gentlemen had they been produced, that would put us exactly

11  where we would have been.

12          So we won't go past the documents and obvious

13  questions that follow the documents on the related subject

14  matters.  This is not a fishing expedition.  This is not

15  anything else, but we've set out enough hours to make sure

16  that we have time for the documents that we've identified.

17  And we appreciate the Court's time on that.

18          THE COURT:  Look, I think this is what I'm

19  inclined to do.  You know, as I said, what I'd like to do as

20  my baseline here is to put the plaintiffs in as close to the

21  position they would have been in with these records had they

22  had them prior to their deposing these folks.  At the same

23  time, we're now in a slightly different position because

24  they have deposed everybody at least once, and now we're

25  talking about a much smaller universe of records than we

1   would have been necessarily talking about perhaps before.

2           So here's what I'm going to do.  To all these

3   folks who have been identified as less than three hours, so

4   that would be Ms. Kartasheva, Mr. Holden, Mr. Miller,

5   they'll all be kept to that time, okay?  And Mr. Schindler.

6   For Mr. Rosenberg, I'll allow the four hours.  For

7   Mr. Varian, because he is being deposed by both sides, the

8   four hours seems reasonable to me, same with Mr. Raghavan,

9   the 3.5 hours is fine.

10          I'm going to cut back Mr. Kolotouros and

11  Mr. Gennai.  As I said, it's just hard for me to believe

12  that you need seven hours.  And given, I think, the need to

13  be efficient here and identify specifically what you want to

14  ask them and to sort of avoid redundancy, I'm going to cut

15  them back to four hours as well, which basically means half

16  a day for each of them.  I'm not discounting the importance

17  of their time and the value of their time, but, I think, you

18  know, setting aside a half a day is a lot more manageable

19  than a full seven hours, which including lunch and breaks,

20  translates into really eight and a half to nine.

21          So let's do it that way.  So that limits the

22  number of hours.  And obviously just because you have a max,

23  doesn't mean you need to use every hour, so I assume you

24  will be judicious in your approaches.  Okay?

25          All right.  Let's talk then about the Fox report

1    and what we do about that issue.

2          I don't know if it's appropriate to have this

3    discussion in an open courtroom, given that the entirety of

4    the report is under seal, but I will tell you, I read a

5    little bit of it and it was like reading hieroglyphics.

6    I have literally no idea what he's talking about.  So I have

7    a theory of what he's talking about, but I don't know

8    whether -- I'll share that with you if I can publicly in a

9    moment.

10          But it may be helpful to just get an understanding

11    of what the report is about, and you all tell me to what

12    extent we can discuss it in a public setting.

13          MR. SCHMIDTLEIN:  Your Honor, why don't I take a

14    crack at it because I will be -- I'll try to be mindful of

15    what is public and what's not.

16          THE COURT:  Okay.

17          MR. SCHMIDTLEIN:  And I don't want Mr. Dintzer

18    having to guess at what we might find.  And I think we can

19    probably have a shared agreement at a high level sort of

20    what the report is about.

21          Professor Fox is a computer science professor at

22    Virginia Tech.

23          THE COURT:  This may short-circuit because I want

24    to give you my theory of what he's trying to say.

25          MR. SCHMIDTLEIN:  Sure.

 1          THE COURT:  If I'm right, which is, what I gather

 2   him to be saying is that the volume of data to which Google

 3   has access because of its size doesn't put it in a better

 4   search -- doesn't make a better search engine; in other

 5   words, I don't know whether I can say the rival.  But the

 6   rival search engine has access to as much data as it needs

 7   in order to be a competitive search engine, and that the

 8   quality of the search results are not better or not

 9   appreciably better for Google by virtue of its access to far

10   more data.

11          MR. SCHMIDTLEIN:  You've got it.

12          You got it; that he's done an experiment that

13   tries to study the quality of search results as a function

14   of algorithmic access to certain scale of quick and query

15   data and says that the differential between search engines

16   is overwhelmingly that happen on the ordinary course is

17   explained -- has to be explained by other things other than

18   scale based on the experiment he did.

19          THE COURT:  Right.  Okay.

20          And so with that understanding, to make sure --

21   let me -- I'll ask Mr. Dintzer to come up instead, so

22   understand, what I do not understand, what I'm trying to get

23   my arms around, what the government is asking for that

24   already hasn't been produced, because I get the sense that

25   fair amount has been produced, but I'd like to understand

1    what it is you think is left, if there is anything left, and

2    why you need the additional 30 days to respond to it once

3    you have it.

4            MR. DINTZER:  Thank you, Your Honor.

5            So just to add to what Mr. Schmidtlein said, there

6    are actually, what Mr. Fox says is he finds two times when

7    other people did this analysis, one of which raises the

8    subject matter waiver issue that we discussed earlier and

9    that's not on the table right now but just -- and then he

10   purports to do his own, which is in some of those tables

11   that's in there.

12           We've gotten nothing from the ones that he finds.

13   My understanding is --

14           THE COURT:  I'm sorry, the ones he finds, what do

15   you mean?

16           MR. DINTZER:  Those two -- so there's three

17   experiments.

18           THE COURT:  Oh, I see.  You mean the experiments

19   he took off the shelf.

20           MR. DINTZER:  Right.  We don't get any data from

21   those.  And my understanding is that Google doesn't have it

22   or they give it to us or he doesn't rely on it, whatever it

23   is, we're getting nothing on those two.

24           What we're asking for the enlargement amount of

25   time, we have two issues, Your Honor.  The first is that it

took Google 23 extra days to give us what we've got as of
today, and they slow rolled this stuff to us to the point
where that inhibited our ability to analyze the
hieroglyphics that you're looking at, because without the
backup data, it really is hieroglyphics.  So that's what we
asked for and that's what they slow rolled.  So our first
request is simply an enlargement of time.

Your Honor, I'll just draw the Court's attention
to the CMO, which directly says that, "For all calculations
appearing in the report, all data and programs underlying
the calculations, including all programs and codes necessary
to recreate the calculations."

So they have to give us everything so we could do
it ourselves.  "And including intermediate working data
files that are generated."  So they have to give us, really,
everything, the whole schmear, okay?

What we got on the first day -- so that was
supposed to happen five days after the expert reports were
produced, we were supposed to have that.  And what we got
actually on that fifth day was nothing.  They provided us no
documents.  And they continue to not provide us any
documents up until -- we immediately demanded them and we
know that they provided us no documents because in the JSR
that was filed a couple days later, they acknowledged that
they hadn't provided any backup materials, and I can put

1    that on the screen as well.

2            So this is what Google put in their -- in the JSR

3    from last time.  And it says:  "Google served eight experts

4    reports on plaintiffs on June 6th and served related and

5    underlying support for all but one of those reports on

6    June 13th."

7            So we know -- I mean, Google acknowledges we

8    didn't get that -- his stuff when we were supposed to.  So

9    the question is how long did it take them to get us that

10   stuff.  And I can put on the screen that it came out in

11   dribs and drabs, but the stuff we have today, it took them

12   until July 7th or July 6th to finish what they have.

13           Now, we don't believe it's complete and that's our

14   second issue, but even if it was complete, that's 23 days

15   where we don't have the materials and which we believe we're

16   entitled to have 23 additional days so that -- at a minimum,

17   so that we can complete our evaluation of Mr. Fox and

18   have -- or Professor Fox and have one of our experts

19   consider and address this.  So that's the first thing.

20           And the second thing is whether it's complete.  We

21   have not filed our motion to compel.  We're trying to work

22   with them.

23           THE COURT:  What is it that you think you're

24   entitled to that you haven't yet gotten?  Does it relate to

25   the two, what I sort of call, the off-the-shell experiments

1    or does it relate to his experiments?

2              MR. DINTZER:  No.  My understanding, Google

3    doesn't have anything to give us on the off-the-shell

4    experiments.

5              THE COURT:  Okay.

6              MR. DINTZER:  Has to do with datasets, it's always

7    the datasets, Your Honor.  It has to do with datasets that

8    were -- they were not properly labeled.  So we can't --

9    we're trying to figure out which datasets are which and

10   figure out what we don't have.

11             So it's because they didn't label it, and I'm not

12   going to say it's anything nefarious, but for whatever

13   reason, because it's not labeled, trying to figure out what

14   we have and don't have has been more difficult than it

15   normally would be.  But they treat it like they've given us

16   everything and now we can recreate.

17             We know that there are -- there is some coding and

18   some that we haven't gotten.  So but we haven't filed the

19   motion to compel.  If we do that, we will lay this out in

20   more detail, but we're still trying to get our arms around

21   what we don't have.

22             But on the question of what we don't -- of when we

23   got what we got, I'm going to show you -- and we've redacted

24   a lot of this email because we're sensitive to the Google --

25   Google's concerns, this was an email sent to us on -- I want

1   to get this right -- I believe on July 1st, and they say,

2   "In response to DOJ Plaintiffs' requests, Google is

3   uploading the following materials to plaintiffs' respective

4   FTP sites," and then there's some specifics about that.

5           "To accommodate plaintiffs' request to recreate

6   calculations that appear in Dr. Fox's report, Google is

7   producing," and then it goes on.

8           Okay.  That's what we were entitled to under the

9   CMO.  This shouldn't have happened in July.  This should

10  have happened five days after they gave us the report, just

11  like they were supposed to.

12          So there's no question that -- I mean, we had to

13  ask for it and they finally gave us -- and that wasn't the

14  last one.  We kept -- came back again and then they gave us

15  a spreadsheet we hadn't gotten and that was on July 6th and

16  that's where we get the 23 days from.  But there's no

17  question, we had to push them and they dribbed and drabbed

18  it and it was into July before we got what they claim is a

19  full set.

20          So we believe we're entitled, Your Honor, to an

21  enlargement of time to at least match those 23 days.  We

22  asked for 30 because we're still trying to figure out the --

23  exactly what they gave us and parse it, but, at a minimum,

24  those 23.

25          So we're entitled to that.  We don't believe it

 1  will affect the ultimate schedule.  It may compress Google's

 2  response time, but they're the people who decided, for

 3  whatever reason, not to provide us the information that they

 4  knew that they were obligated to provide under the CMO.

 5          THE COURT:  Okay.  All right.  Thank you,

 6  Mr. Dintzer.

 7          Mr. Sallet, did you want to be heard on this

 8  issue?

 9          MR. SALLET:  No, Your Honor, we have nothing to

10  add to what the Department of Justice has said.

11          THE COURT:  All right.

12          MR. SCHMIDTLEIN:  Thank you, Your Honor.

13          I guess a couple of things where I think we sort

14  of disagree with them.

15          We're turning again to what exactly the report and

16  what the opinion is here about quality of search results.

17  The hieroglyphics that Your Honor referred to, I mean,

18  reports out all of the data and all of the conclusions, and

19  from that, we believe they could understand, at great length

20  and the experts they have, what was done here.

21          In terms of sort of the backup, so what Dr. Fox

22  has done is he has taken a study where search queries and

23  search results were produced and then people rate them and

24  then you aggregate those ratings to come up with kind of a

25  composite aggregated score.

 1           What they claim that they wanted to have right

 2    from the get-go was -- and which we didn't believe they

 3    wanted was -- we want every single rating for every single

 4    search result done on both versions of the search engine,

 5    and then just the math that comes with those individual

 6    ratings.

 7           Dr. Fox, in doing this analysis, you would never

 8    judge the quality of two different search engines by looking

 9    at the search results for one query, right, because, you

10    know, it wouldn't be surprising if you had a one-off here or

11    there.

12           So we didn't produce every last little data point,

13    but once they said, hey, we want that stuff, you know, we

14    want to check your math or what have you, we went and got

15    it, we went and got all the queries because the way these

16    are done is we actually do take actual queries.

17           THE COURT:  Can I just interrupt you for a moment?

18           So I guess the question is, do you agree with the

19    notion that what needs to be disclosed as to each expert is

20    essentially whatever data and information that they rely

21    upon to form an opinion such that that data and information

22    can essentially be recreated by the other side's report --

23    I mean the experts.

24           MR. SCHMIDTLEIN:  And we believe we gave them

25    that.  If arguably we gave them that on the date of the last

1   status conference, which was the 17th, where we did give

2   them all of the underlying queries, we did have to -- what I

3   was trying to explain was -- for some of those, because

4   these were actual queries, which is how we do this, we did

5   have to do some privacy assessments because some queries,

6   depending on how specific it was, might actually potentially

7   identify a particular individual, so we had to do the

8   scrubbing for that and we got that to them -- they claim we

9   should have given it to them on a Monday, we got it all to

10  them, I think, by a Thursday or a Friday the same week.

11          Since then, the other things Mr. Dintzer has made

12  reference to, have been follow-up questions of the same

13  types, I think, of nature that we've had of them of some of

14  their experts, oh, we're not really sure what does this

15  column mean, or can you help us figure out this type of

16  thing or that type of thing.  We don't have a 30-day or a

17  23-day delay here.  At most what we have is a four- or

18  five-day delay here is our position.

19          THE COURT:  Okay.

20          Look, folks, there's no real science to any of

21  this, unlike what Dr. Fox is trying to do, in terms of

22  deciding what's reasonable here.

23          Look, I gather Google's, at a minimum, admits that

24  what was provided to the plaintiffs that would have enabled

25  them to recreate the experiments came to them by June the

1    17th, which is about 12 days afterwards.  So I'll give you a

2    14-day extension.  It's not the full amount of time you're

3    asking for, it's obviously not the zero days that Google is

4    asking for, but it's enough to acknowledge the fact that

5    some of the data that you think is necessary came after the

6    deadline, it's approximate number of days after that

7    deadline, and so we'll do it that way, okay.

8              MR. DINTZER:  Thank you, Your Honor.

9              THE COURT:  All right.

10             So I guess the question though, then, does that --

11   I think that then would mean that Google would get a

12   commensurate 14-day extension for their reply?  Any

13   objection to that?  I mean, I think that then really does

14   compress the time for Dr. Fox's deposition to really the

15   back end of October, early November?

16             MR. SCHMIDTLEIN:  Yeah, the way your scheduling

17   order reads, there are actually not set dates for these,

18   it's a certain date and then it's X number of days after.

19             THE COURT:  Okay.

20             MR. SCHMIDTLEIN:  So I think it is almost like --

21   it would be a self-executing 14-day extension,

22   notwithstanding Mr. Dintzer's suggestion that --

23             THE COURT:  We had included dates in here as just

24   placeholders but I suppose that's right that if something

25   is -- the clock is started later then the entire schedule

1   for that report is bumped out as well.  Okay.

2          MR. SCHMIDTLEIN:  Your Honor, may I suggest,

3   I don't think -- I would recommend based on a two week --

4   what you've granted -- I will not recommend moving any of

5   the other dates for right now.  If, as we get further down

6   the road, for some reason Mr. Fox needs to be deposed and

7   when they get his rebuttal report, they claim they need a

8   little bit of extra time to depose him or his scheduling or

9   whatever, we'll try to work that out.

10          Does that make sense?

11          MR. DINTZER:  We agree with that, Your Honor.

12          THE COURT:  Okay.  Terrific.

13          Okay.  So those were the two issues that you all

14   had identified and so those have been resolved.  Is there

15   anything else either side wants to discuss before we

16   adjourn?  I think we need a next date but other than that.

17          MR. SCHMIDTLEIN:  That's it, Your Honor.

18          THE COURT:  Let me dare to discuss this question.

19   Do any of you have any vacation planned in August?

20          MR. SALLET:  No, Your Honor.

21          MR. SCHMIDTLEIN:  I know I haven't discussed this

22   with my colleagues here.  And I don't know, and I know some

23   of my -- at least I hope some of my team have got a

24   vacation, although we may be doing some depositions in the

25   month of August.  I don't know that we absolutely

1    100 percent need a date for August, but we might -- because

2    we do have the tutorial coming up on September 8th,

3    I believe, so we could sort of try to kick things over until

4    then, if that suits Your Honor.

5               THE COURT:  Hang on one second, everybody.

6               (Pause)

7               THE COURT:  Sorry about that.

8               Look, let's do the following, because there is

9    this issue that's arisen about schedule, and so why don't we

10   at least put a placeholder date down.  If as we get closer

11   to that date, you all say, look, Judge, we really don't need

12   to come in, then just let me know and we can -- it's easier

13   to take things off the calendar than put them on.  So let's

14   do that.  And you know, as I said, if you all don't think we

15   need to come in, then that's fine by me, and we'll just then

16   see everybody on the 8th.

17              MR. SCHMIDTLEIN:  Can we -- I think -- just a

18   quick consult -- the week of the 22nd, I think, is probably

19   the best week for --

20              THE COURT:  Yeah, that would also -- that's good,

21   because that would be my -- that would be my preference as

22   well.

23              So how about 2:30 on the 24th?  That's Wednesday,

24   the 24th.

25              And, you know, just let me know -- I mean, you can

```
 1    let me know on the 23rd if you want to take it off calendar,

 2    that's fine.

 3              MR. SCHMIDTLEIN:  As Your Honor knows, we have --

 4    we kind of have an internal process we follow about

 5    exchanging whether we have any issues for the JSR several

 6    days out.

 7              THE COURT:  Okay.

 8              MR. SCHMIDTLEIN:  So we should know by either the

 9    end of the week before, probably by that Friday before,

10    whether there's anything that will require Your Honor.  So

11    we'll get you that, if not by the Friday before, the Monday

12    for sure.

13              THE COURT:  Okay.  Perfect.  That works out well.

14              Okay.  I think this one is completed in record

15    time.  Anything else from anyone?

16              MR. DINTZER:  Not from the U.S. Plaintiffs,

17    Your Honor.

18              MR. SCHMIDTLEIN:  No, Your Honor.  Thank you.

19              THE COURT:  All right.  Thank you, everybody.

20    Be well.

21              COURTROOM DEPUTY:  All rise.

22              The Court stands adjourned.

23              (Proceedings concluded at 3:00 p.m.)

24

25
```

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__July 14, 2022_____      _____

**COURTROOM DEPUTY: [4]** 3/2 3/6 5/22 45/21

**MR. DINTZER: [22]** 3/22 5/4 5/23 6/6 14/18 16/8 16/19 17/18 17/25 18/12 20/8 20/11 27/5 28/13 34/4 34/16 34/20 37/2 37/6 42/8 43/11 45/16

**MR. SALLET: [23]** 6/8 6/11 7/8 7/12 7/15 7/25 8/4 8/15 8/22 8/25 9/17 10/5 10/9 10/12 10/18 10/21 15/7 15/14 26/19 28/1 28/10 39/9 43/20

**MR. SCHMIDTLEIN: [29]** 10/24 11/1 11/10 11/16 13/11 13/23 20/21 21/11 23/10 24/3 24/13 25/13 25/20 26/11 32/13 32/17 32/25 33/11 39/12 40/24 42/16 42/20 43/2 43/17 43/21 44/17 45/3 45/8 45/18

**THE COURT: [73]**

**0**

**0340 [1]** 1/14

**1**

**100 percent [1]** 44/1
**10th [1]** 13/13
**1100 [1]** 1/13
**12 [1]** 42/1
**12th [1]** 2/3
**1300 [1]** 1/19
**13th [1]** 36/6
**14 [1]** 1/5 46/7
**14-day [3]** 42/2 42/12 42/21
**15 [3]** 13/16 13/17 15/14
**17th [3]** 6/12 41/1 42/1
**1st [2]** 19/1 38/1

**2**

**20 [3]** 25/10 25/10 27/22
**20-3010 [2]** 1/4 3/7
**20001 [1]** 2/9
**20005 [1]** 2/4
**202 [3]** 1/14 2/4 2/9
**2022 [2]** 1/5 46/7
**22nd [1]** 44/18
**23 [6]** 35/1 36/14 36/16 38/16 38/21 38/24
**23-day [1]** 41/17
**23rd [1]** 45/1
**24th [2]** 44/23 44/24
**26th [2]** 13/10 15/14
**2:00 [1]** 1/6
**2:30 [1]** 44/23

**3**

**3.5 [1]** 31/9

**30 [1]** 18/15
**30 days [1]** 34/2
**30-day [1]** 41/16
**3010 [2]** 1/4 3/7
**307-0340 [1]** 1/14
**30th [1]** 4/12
**3249 [1]** 2/9
**33 [1]** 26/7
**333 [1]** 2/8
**354-3249 [1]** 2/9
**3:00 [1]** 45/23

**4**

**4 million [1]** 24/18
**40 [1]** 27/23
**434-5000 [1]** 2/4
**45 [3]** 23/9 24/17 29/10

**5**

**5000 [1]** 2/4
**508-6000 [1]** 1/21
**55 [1]** 29/12
**5th [4]** 4/7 13/9 15/1 15/5

**6**

**60 [2]** 26/8 29/12
**6000 [1]** 1/21
**63 [2]** 26/11 26/13
**6th [4]** 3/25 36/4 36/12 38/15

**7**

**70 [1]** 26/8
**720 [1]** 1/21
**725 [1]** 2/3
**7th [2]** 1/20 36/12

**8**

**80203 [1]** 1/20
**8th [2]** 44/2 44/16

**A**

**ability [1]** 35/3
**able [2]** 8/11 13/16
**about [52]**
**above [1]** 46/4
**above-titled [1]** 46/4
**absent [2]** 22/19 24/2
**absolutely [5]** 12/18 14/5 14/7 17/18 43/25
**access [5]** 7/20 33/3 33/6 33/9 33/14
**accommodate [1]** 38/5
**accounting [1]** 13/18
**acknowledge [1]** 42/4
**acknowledged [1]** 35/24
**acknowledges [1]** 36/7
**across [5]** 23/10 23/12 24/24 25/12 26/2
**Action [1]** 3/7
**actual [3]** 25/25 40/16 41/4
**actually [8]** 16/20 20/13 20/23 34/6 35/20 40/16 41/6 42/17
**add [3]** 16/6 34/5 39/10
**additional [8]** 6/12

27/18 34/2 36/16
**address [2]** 12/21 36/19
**adjourn [1]** 43/16
**adjourned [1]** 45/22
**admits [1]** 41/23
**advance [1]** 22/23
**advantage [1]** 21/13
**affect [1]** 39/1
**after [13]** 9/19 12/9 13/20 15/5 15/16 15/18 16/1 18/25 35/18 38/10 42/5 42/6 42/18
**afterwards [1]** 42/1
**again [5]** 23/14 25/21 27/2 38/14 39/15
**aggregate [1]** 39/24
**aggregated [1]** 39/25
**aggressive [1]** 29/15
**aggressively [1]** 28/24
**agree [4]** 11/20 12/22 40/18 43/11
**agreement [1]** 32/19
**aided [1]** 2/11
**AL [1]** 1/3
**algorithmic [1]** 33/14
**all [42]** 3/2 6/4 7/11 8/11 9/20 10/21 10/22 12/8 12/23 12/23 12/24 14/14 14/22 15/24 16/3 19/11 23/10 23/12 24/24 25/4 26/2 31/2 31/5 31/25 32/11 35/9 35/10 35/11 36/5 39/5 39/11 39/18 39/18 40/15 41/2 41/9 42/9 42/13 44/11 44/14 45/19 45/21
**All right [2]** 7/11 14/14
**allocate [1]** 25/11
**allow [1]** 31/6
**allows [1]** 12/5
**almost [1]** 42/20
**along [2]** 3/24 17/2
**alongside [1]** 26/21
**already [11]** 8/12 10/8 11/11 16/7 19/11 23/25 23/4 23/5 23/6 23/25 33/24
**also [7]** 5/7 14/21 19/2 19/25 27/15 29/17 44/20
**although [1]** 43/24
**always [2]** 8/15 37/6
**am [1]** 5/19
**amended [1]** 6/13
**AMERICA [2]** 1/3 3/7
**AMIT [2]** 1/9 3/3
**among [1]** 24/17
**amount [5]** 24/14 28/2 33/25 34/24 42/2
**amounts [1]** 28/6
**ample [1]** 21/1
**analyses [2]** 5/7 14/2
**analysis [5]** 5/5 9/7

**analyze [1]** 35/3
**another [3]** 3/15 11/11 19/9
**answer [1]** 25/6
**Antitrust [1]** 1/18
**any [16]** 13/21 14/16 17/6 18/22 20/19 25/14 25/21 34/20 35/21 35/25 41/20 42/12 43/4 43/19 43/19 45/5
**anybody [2]** 23/13 28/24
**anyone [1]** 45/15
**anything [11]** 5/17 11/13 16/6 21/20 30/15 34/1 37/3 37/12 43/15 45/10 45/15
**anyway [1]** 22/12
**apologize [1]** 9/1
**appear [1]** 38/6
**APPEARANCES [2]** 1/11 1/23
**appearing [1]** 35/10
**appears [1]** 14/20
**appendix [1]** 26/7
**appreciably [1]** 33/9
**appreciate [2]** 5/23 30/17
**approaches [1]** 31/24
**approaching [1]** 9/18
**appropriate [1]** 32/2
**approximate [1]** 42/6
**approximately [2]** 19/14 29/10
**are [62]**
**arguably [2]** 22/10 40/25
**argument [1]** 18/21
**arisen [1]** 44/9
**arising [1]** 44/9
**arms [2]** 33/23 37/20
**around [2]** 33/23 37/20
**as [42]** 5/21 5/21 6/11 6/16 7/4 7/9 7/10 7/13 8/17 11/6 12/8 13/7 15/1 15/2 15/18 22/3 22/24 26/19 26/22 29/18 29/21 29/23 30/7 30/19 30/19 30/20 31/3 31/11 31/15 33/6 33/6 33/13 35/1 36/1 40/19 42/23 43/1 43/5 44/10 44/14 44/21 45/3
**aside [2]** 20/9 31/18
**ask [14]** 8/11 11/5 13/6 18/22 19/5 19/15 20/2 20/22 21/1 29/4 31/14 33/21 38/13
**asked [13]** 4/12 4/18 5/12 5/14 11/22 19/8 19/10 26/7 26/19 26/20 27/17 35/6 38/22
**asking [12]** 18/20 18/23 18/24 19/1 19/4 22/9 25/8 29/15 33/23 34/24 42/3 42/4
**aspect [1]** 11/24

**assertions [1]** 5/10
**asserts [1]** 9/4
**assessments [1]** 41/5
**associates [1]** 21/13
**assume [1]** 31/23
**attention [1]** 35/8
**attorney's [1]** 17/10
**August [8]** 4/7 13/9 15/1 15/5 15/18 43/19 43/25 44/1
**August 5th [2]** 4/7 15/1
**available [2]** 9/10 29/25
**Avenue [1]** 2/8
**avoid [3]** 23/21 26/23 31/14
**away [1]** 13/21

**B**

**back [14]** 3/13 3/15 4/15 5/17 11/22 12/20 21/6 25/16 25/16 28/15 31/10 31/15 38/14 42/15
**backup [5]** 4/4 8/2 35/5 35/25 39/21
**balanced [1]** 17/11
**bank [1]** 19/23
**Barrett [1]** 2/8
**based [3]** 19/20 33/18 43/3
**baseline [1]** 22/24 30/20
**basically [3]** 15/7 19/12 31/15
**basis [1]** 28/5
**bat [1]** 29/17
**be [69]**
**Be well [1]** 45/20
**because [34]** 9/13 12/11 15/20 16/21 17/18 18/7 18/13 19/20 21/18 24/8 25/6 29/20 29/24 30/1 30/23 31/7 31/22 32/14 32/23 33/3 33/24 35/4 35/23 37/11 37/13 37/24 38/22 40/9 40/15 41/3 41/5 44/1 44/8 44/21
**bed [1]** 12/25
**been [28]** 7/8 11/12 12/20 13/23 14/6 22/1 22/5 22/25 23/1 23/19 24/18 25/12 25/24 29/14 29/15 30/4 30/8 30/8 30/10 30/11 30/21 31/1 31/3 33/24 33/25 37/14 41/12 43/14
**before [19]** 1/9 7/1 7/16 16/10 17/15 17/16 18/18 18/19 21/14 23/5 23/25 27/3 27/8 31/1 38/18 43/15 45/9 45/9 45/11
**begin [1]** 3/17
**behalf [2]** 3/10 3/12
**being [4]** 7/19 17/11 22/23 31/7

**B**

**believe [22]** 8/4 8/5 8/6 15/10 19/23 20/4 21/25 28/1 29/11 30/1 30/6 30/6 31/11 36/13 36/15 38/1 38/20 38/25 39/19 40/2 40/24 44/3
**best [6]** 14/4 15/20 18/16 24/1 25/7 44/19
**better [5]** 7/9 33/3 33/4 33/8 33/9
**between [5]** 25/25 26/11 26/16 28/3 33/15
**bit [5]** 12/1 14/12 26/17 32/5 43/8
**bombshell [1]** 24/17
**both [12]** 11/22 12/17 12/20 15/18 23/5 25/22 26/11 27/6 27/7 27/9 31/7 40/4
**bottom [1]** 22/23
**bounds [1]** 18/9
**breadth [1]** 14/2
**breaks [1]** 31/19
**brief [1]** 5/13
**briefed [1]** 6/17
**bring [2]** 20/13 27/8
**broad [1]** 5/15
**Broadway [1]** 1/19
**Bruce [1]** 1/16
**bumped [1]** 43/1
**busy [1]** 28/19

**C**

**calculations [4]** 35/9 35/11 35/12 38/6
**calendar [2]** 44/13 45/1
**call [1]** 36/25
**came [5]** 10/1 36/10 38/14 41/25 42/5
**can [37]** 3/19 5/14 5/21 7/22 8/5 8/9 11/15 12/6 12/6 12/16 13/6 14/23 16/17 17/24 19/6 20/7 23/22 24/8 25/9 32/8 32/12 32/18 33/5 35/25 36/10 36/17 37/16 40/17 40/22 41/15 44/12 44/17 44/25
**can't [6]** 7/19 17/21 20/22 20/24 25/14 37/8
**candid [1]** 27/20
**candidly [1]** 13/1
**cannot [1]** 26/2
**cap [1]** 25/21
**captured [1]** 5/10
**care [1]** 28/23
**Carr [1]** 1/18
**case [5]** 11/14 21/17 22/3 24/16 28/8
**cases [3]** 11/25 17/2 29/8
**caveat [1]** 25/14
**Center [1]** 1/19
**certain [6]** 11/5 25/2 28/16 28/16 33/14 42/18

**Certified [1]** 2/7
**certify [1]** 46/2
**cetera [2]** 26/15 26/15
**CH [1]** 2/8
**challenging [1]** 14/24
**chance [2]** 15/4 17/4
**check [1]** 40/14
**circuit [1]** 32/23
**circumstance [1]** 10/14
**circumstances [1]** 14/5
**cite [1]** 17/2
**cited [1]** 9/11
**cites [1]** 9/4
**Civil [1]** 3/7
**claim [5]** 16/21 38/18 40/1 41/8 43/7
**clear [2]** 9/1 23/13
**clock [1]** 42/25
**close [2]** 13/12 30/20
**closer [2]** 18/13 44/10
**CMO [4]** 15/10 35/9 38/9 39/4
**CO [1]** 1/20
**coag.gov [1]** 1/21
**codes [1]** 35/11
**coding [1]** 37/17
**colleagues [2]** 15/18 43/22
**colloquy [1]** 27/14
**Colorado [5]** 1/16 1/17 1/19 3/10 4/1
**COLUMBIA [1]** 1/1
**column [1]** 41/15
**come [14]** 6/18 7/16 9/2 9/20 9/21 14/1 21/6 24/23 28/5 28/12 33/21 39/24 44/12 44/15
**comes [1]** 40/5
**coming [1]** 44/2
**commensurate [1]** 42/12
**committed [1]** 14/7
**communicate [1]** 28/23
**compel [2]** 36/21 37/19
**competitive [1]** 33/7
**complete [4]** 36/13 36/14 36/17 36/20
**completed [1]** 45/14
**completely [1]** 18/9
**composite [1]** 39/25
**compress [2]** 39/1 42/14
**computer [2]** 2/11 32/21
**computer-aided [1]** 2/11
**concern [1]** 22/16
**concerned [1]** 22/9
**concerning [1]** 6/16
**concerns [3]** 4/14 5/9 37/25
**concluded [1]** 45/23
**conclusions [1]** 39/18
**conducting [1]** 9/12

**D.C [4]** 1/5 1/13 2/3 2/9
**dare [1]** 43/18
**data [15]** 7/8 12/15 33/2 33/6 33/10 33/15 34/20 35/5 35/10 35/14 39/18 40/12 40/20 40/21 42/5
**dataset [2]** 7/7 7/10
**datasets [4]** 37/6 37/7 37/9

**3/16 6/18 10/14 11/3 41/1**
**confined [1]** 21/8
**connected [2]** 8/5 8/23
**CONNOLLY [1]** 2/2
**consent [1]** 22/19
**consider [1]** 36/19
**Constitution [1]** 2/8
**consult [1]** 44/18
**Consumer [1]** 1/17
**contain [2]** 6/25 21/20
**contains [2]** 7/18 9/2
**contents [1]** 19/1
**context [1]** 7/2 7/15 10/13
**continue [1]** 11/19 35/21
**CONTINUED [1]** 2/1
**continuing [3]** 8/7 9/19 28/22
**conversation [1]** 20/13
**conversations [1]** 27/21
**correct [3]** 8/5 13/11 46/3
**correlation [1]** 26/16
**could [11]** 5/1 11/7 15/11 18/21 22/21 27/22 27/23 29/12 35/13 39/19 44/3
**counsel [3]** 5/8 13/7 23/8
**counting [1]** 29/10
**couple [5]** 5/1 5/7 22/6 35/24 39/13
**course [1]** 13/4 22/19 26/22 33/16
**COURT [19]** 1/1 2/6 2/7 3/23 4/19 4/23 4/24 4/25 5/4 5/20 5/24 7/16 9/21 15/5 16/10 17/15 27/9 30/7 45/22
**Court's [2]** 30/17 35/8
**courtroom [1]** 32/3
**cover [5]** 17/14 17/16 17/17
**covered [2]** 17/14 17/16
**crack [1]** 32/14
**CRR [1]** 46/2
**current [1]** 15/21
**cut [4]** 24/15 25/3 31/10 31/14
**cutting [1]** 28/15
**CV [1]** 1/4

**D**

**43/16 44/1 44/10 44/11 46/7**
**dates [3]** 42/17 42/23 43/5
**day [18]** 15/12 19/17 19/18 19/19 19/21 19/22 29/22 30/3 31/16 31/18 35/17 35/20 41/16 41/17 41/18 42/2 42/12 42/21
**days [21]** 4/4 19/12 21/6 22/21 25/25 30/2 30/9 34/2 35/1 35/18 35/24 36/14 36/16 38/10 38/16 38/21 42/1 42/3 42/6 42/18 45/6
**de [1]** 18/25
**de-privileged [1]** 18/25
**deadline [2]** 42/6 42/7
**deal [2]** 13/3 27/7
**dealing [1]** 14/6
**decide [1]** 25/11
**decided [2]** 19/19 39/2
**deciding [1]** 41/22
**decision [1]** 5/11
**decks [1]** 28/18
**defendant [4]** 1/7 2/2 3/12 4/2
**definitely [2]** 17/15 30/9
**definitive [1]** 13/24
**delay [2]** 41/17 41/18
**demanded [1]** 35/22
**Denver [1]** 1/20
**DEPARTMENT [5]** 1/12 1/17 26/21 26/22 39/10 41/6
**depending [2]** 15/3 41/6
**depose [5]** 13/16 13/17 25/23 27/4 43/8
**deposed [12]** 15/17 19/12 19/17 19/18 21/3 23/14 25/24 29/21 29/22 30/24 31/7 43/6
**deposing [1]** 30/22
**deposition [12]** 12/13 12/13 12/16 15/11 16/11 16/23 18/8 21/7 22/12 22/22 24/22 42/14
**depositions [26]** 5/25 6/19 12/2 12/4 12/7 12/9 12/11 13/19 14/23 16/5 16/10 16/25 18/2 18/3 20/16 21/24 22/25 23/20 24/2 25/9 25/22 26/8 27/10 27/16 28/3 43/24
**described [3]** 7/9 7/10 10/2
**detail [1]** 37/20
**detailed [1]** 9/6
**determine [1]** 10/7
**did [14]** 4/11 5/8 6/21 16/6 16/22 26/23 28/21 33/18 34/7 36/9 39/7 41/1 41/2 41/4

**didn't [15]** 16/24 17/4 17/19 17/20 17/21 18/6 18/17 19/20 21/5 29/21 29/23 36/8 37/11 40/2 40/12
**different [7]** 7/15 10/13 12/1 14/9 24/24 30/23 40/8
**differential [1]** 33/15
**difficult [2]** 24/5 37/14
**Dintzer's [1]** 1/12 3/9 3/21 6/5 6/21 13/2 14/16 16/6 20/7 26/5 28/11 32/17 33/21 39/6 41/11
**Dintzer's [1]** 11/20 42/22
**direct [1]** 26/16
**direction [1]** 10/11
**directly [2]** 8/23 35/9
**disagree [1]** 39/14
**disagreement [1]** 18/3
**disclose [2]** 22/12 23/24 24/6 24/8
**disclosed [1]** 40/19
**disclosing [1]** 20/25
**disclosures [2]** 6/14 14/9
**discounting [1]** 31/16
**discovered [1]** 21/8
**discovery [6]** 3/24 8/2 12/23 13/12 24/16 26/23
**discuss [5]** 4/25 15/23 32/12 43/15 43/18
**discussed [5]** 7/1 10/13 11/3 34/8 43/21
**discussing [3]** 4/3 4/5 6/22
**discussion [2]** 15/19 32/3
**disproportionate [1]** 26/18
**dispute [1]** 16/23
**disputed [2]** 3/20 16/4
**disputes [1]** 24/6
**DISTRICT [3]** 1/1 1/1 1/10
**do [51]**
**do you [1]** 40/18
**do you have [1]** 14/16
**do-over [1]** 21/23
**doable [1]** 15/2
**document [26]** 7/3 7/17 7/18 7/19 8/12 8/13 8/16 9/4 9/5 9/11 10/7 10/15 11/7 11/10 11/11 11/17 17/22 18/6 18/22 18/23 18/24 20/24 21/14 24/21 26/16 28/17
**documents [85]**
**does [10]** 5/5 22/10 23/2 26/17 36/24 37/1 41/14 42/10 42/13 43/10
**doesn't [11]** 9/15 16/20 21/7 23/2 23/4 31/23

**D**

doesn't... [5]  33/3 33/4 34/21 34/22 37/3
doing [6]  3/14 4/15 12/7 28/3 40/7 43/24
DOJ [4]  1/12 3/9 8/18 38/2
don't [38]  3/17 6/25 8/8 9/15 16/3 16/4 18/1 18/2 18/6 21/25 22/20 24/7 25/5 25/21 28/3 29/2 29/2 29/3 32/2 32/7 32/13 32/17 33/5 34/20 36/13 36/15 37/10 37/14 37/21 37/22 38/25 41/16 43/3 43/22 43/25 44/9 44/11 44/14
done [10]  5/8 13/15 18/13 27/3 29/12 33/12 39/20 39/22 40/4 40/16
doubts [1]  21/19
down [2]  43/5 44/10
dozen [1]  21/20
Dr. [5]  38/6 39/21 40/7 41/21 42/14
Dr. Fox [3]  39/21 40/7 41/21
Dr. Fox's [2]  38/6 42/14
drabbed [1]  38/17
drabs [1]  36/11
draw [1]  35/8
dribbed [1]  38/17
dribs [1]  36/11
due [3]  4/6 13/4 13/9
duplication [1]  26/24
during [7]  18/8 21/3 21/4 22/12 26/23 27/10 29/22

**E**

each [6]  3/19 19/17 19/18 27/17 31/16 40/19
earlier [2]  27/14 34/8
early [1]  42/15
easier [1]  44/12
easiest [1]  18/16
easy [2]  8/15 28/14
echo [2]  14/19 28/14
effectively [1]  7/13
efficient [1]  31/13
efficiently [1]  26/22
effort [1]  18/16
eight [3]  4/2 31/20 36/3
either [7]  10/3 10/7 18/17 25/25 29/20 43/15 45/8
ELMO [1]  19/6
else [6]  10/10 25/18 28/25 30/15 43/15 45/15
email [8]  1/14 1/21 2/4 8/9 18/10 18/10 37/24 37/25
emails [1]  6/24
emerging [2]  4/21 5/17

**employees [1]**  40/19

enabled [1]  41/24
end [5]  12/8 12/12 24/15 42/15 45/9
engine [4]  33/4 33/6 33/7 40/4
engines [2]  33/15 40/8
enlargement [4]  6/2 34/24 35/7 38/21
enough [2]  30/15 42/4
entire [1]  42/25
entirely [1]  18/17
entirety [1]  32/3
entitled [5]  36/16 36/24 38/8 38/20 38/25
equivalent [1]  9/7
especially [3]  19/24 28/22 29/12
essence [1]  6/24
essentially [1]  16/15 40/20 40/22
et [3]  1/3 26/15 26/15
evaluation [1]  36/17
even [5]  17/23 18/10 24/13 25/22 36/14
every [8]  11/17 12/9 18/24 21/13 31/23 40/3 40/3 40/12
everybody [11]  3/13 12/5 12/6 12/6 13/17 15/25 25/18 30/24 44/5 44/16 45/19
everyone [3]  3/5 3/14 3/14
everything [3]  35/13 35/16 37/16
exactly [5]  14/2 18/15 30/10 38/23 39/15
examinations [1]  21/22
examine [1]  24/20
example [1]  9/3
except [1]  25/24
exception [3]  4/2 4/4 4/7
exchange [1]  4/6
exchanged [3]  3/25 4/3 22/23
exchanging [1]  45/5
excuse [1]  13/9
executing [1]  42/21
executives [2]  25/23 27/7
exhibits [2]  16/12 29/7
exists [1]  11/8
expect [1]  9/18
expected [1]  13/13
expedition [1]  30/14
experience [1]  12/11
experiment [2]  33/12 33/18
experiments [6]  34/17 34/18 36/25 37/1 37/4 41/25
expert [19]  3/24 3/25 5/11 7/4 7/17 8/2 8/6 8/23 9/3 9/10 9/20 10/18 11/21 12/7 13/8

**expert's [2]**  9/9 15/11
experts [13]  13/17 13/18 14/1 14/22 14/24 15/3 15/11 15/17 36/3 36/18 39/20 40/23 41/14
expire [1]  30/3
explain [2]  24/23 41/3
explained [1]  11/7 33/17 33/17
explored [1]  18/24
expressly [1]  10/19
extension [3]  42/2 42/12 42/21
extent [5]  10/2 18/1 20/18 23/22 32/12
extra [2]  35/1 43/8

**F**

fact [10]  8/16 9/4 9/14 10/12 19/25 21/5 24/17 28/2 28/6 42/4
facts [1]  20/25
factual [2]  20/23 28/5
fair [4]  22/24 29/14 29/17 33/25
fairness [1]  23/18 30/1 30/7
far [2]  19/13 33/9
favor [1]  17/11
Federal [1]  15/16
few [2]  5/3 21/19
fifth [1]  35/20
fight [2]  12/19 23/22
figure [6]  9/17 37/9 37/10 37/13 38/22 41/15
filed [5]  3/17 13/20 35/24 36/21 37/18
files [1]  35/15
finally [1]  38/13
find [2]  19/13 32/18
finds [3]  34/6 34/12 34/14
fine [4]  25/13 31/9 44/15 45/2
finish [1]  36/12
first [8]  12/2 12/6 16/10 27/10 34/25 35/6 35/17 36/19
fishing [1]  30/14
fit [1]  25/11
five [5]  4/1 4/4 35/18 38/10 41/18
five-day [1]  41/18
Floor [1]  1/20
focus [5]  18/4 20/2 23/6 26/20 27/14
folks [5]  12/3 12/4 30/22 31/3 41/20
folks' [1]  23/19
follow [7]  10/6 11/23 16/20 26/15 30/13 41/12 45/4
follow-up [3]  11/23 26/15 41/12

**following [5]**  16/16 38/3 44/8
foregoing [1]  46/3
forgive [1]  7/24
forgot [1]  17/3
form [1]  40/21
forth [1]  11/22 12/20
forward [1]  24/23
found [1]  19/13
four [7]  21/21 26/20 29/18 31/6 31/8 31/15 41/17
fourth [1]  6/13
Fox [11]  4/5 5/5 31/25 32/21 34/6 36/17 36/18 39/21 40/7 41/21 43/6
Fox's [5]  5/4 6/3 12/19 38/6 42/14
frankly [2]  27/9 28/5
Friday [3]  41/10 45/9 45/11
front [2]  17/5 18/24
FTP [1]  38/4
full [9]  9/10 15/17 19/10 20/1 20/5 28/4 31/19 38/19 42/2
function [1]  33/13
fundamental [1]  12/19
further [2]  14/3 43/5

**G**

gamesman [1]  21/16
gamesmanship [1]  28/16
gather [2]  33/1 41/23
gave [7]  11/4 38/10 38/13 38/14 38/23 40/24 40/25
general [3]  7/2 20/16 20/17
generated [1]  35/15
Gennai [4]  19/10 19/25 29/21 31/11
gentlemen [1]  30/2 30/5 30/10
get [29]  3/19 11/4 11/17 14/22 16/12 17/4 19/5 20/1 22/15 22/19 22/3 23/4 28/20 29/9 32/10 33/22 33/24 34/20 36/8 36/9 37/20 38/1 38/16 40/2 42/11 43/5 43/7 44/10 45/11
get-go [1]  40/2
getting [3]  23/22 34/23
give [11]  5/1 25/4 25/10 32/24 34/22 35/1 35/13 35/15 37/3 41/1 42/1
given [8]  8/15 19/23 28/2 28/6 31/12 32/3 37/15 41/9
go [10]  9/5 9/8 12/2 14/10 15/11 23/23 25/15 25/16 30/12 40/2
go-round [1]  14/10
goal [1]  29/8
goes [2]  27/11 38/7

**going [21]**  5/6 12/20 14/4 17/14 17/15 18/20 20/2 21/7 21/13 22/21 23/6 23/23 24/9 25/4 25/16 25/17 31/2 31/10 31/14 37/12 37/23
gone [1]  11/22
good [9]  3/4 3/6 6/9 6/10 10/24 10/25 12/25 18/21 44/20
Good afternoon [2]  6/9
GOOGLE [40]  1/6 2/2 3/8 4/2 4/13 5/13 5/14 6/1 6/15 6/16 6/22 6/24 7/17 8/18 9/3 9/4 9/5 9/8 9/19 10/1 10/6 10/18 16/12 16/16 16/16 17/13 27/7 33/2 33/9 34/21 35/1 36/2 36/3 36/7 37/2 37/24 38/2 38/6 42/3 42/11
Google LLC [1]  3/8
Google's [6]  4/11 5/10 8/7 37/25 39/1 41/23
got [21]  12/4 13/21 20/25 21/23 24/20 24/21 25/2 25/6 33/11 33/12 35/1 35/17 35/19 37/23 37/23 38/18 40/14 40/15 41/8 41/9 43/23
gotten [7]  4/15 5/16 13/14 34/12 36/24 37/18 38/15
government [1]  33/23
government's [1]  23/5
granted [1]  43/4
great [2]  27/7 39/19
ground [2]  23/4 23/25
guess [9]  14/24 20/17 22/6 22/21 22/22 32/18 39/13 40/18 42/10

**H**

had [27]  4/1 4/1 4/2 4/14 10/3 12/1 17/18 19/19 21/1 23/1 23/19 23/19 24/16 27/9 27/21 30/3 30/8 30/10 30/21 30/22 38/12 38/17 40/10 41/7 41/13 42/23 43/14
hadn't [2]  35/25 38/15
half [4]  24/22 31/15 31/18 31/20
hand [2]  14/11 16/4
Hang [1]  44/5
happen [2]  33/16 35/18
happened [2]  38/9 38/10
happy [2]  4/22 13/6
hard [2]  11/21 31/11
has [24]  5/4 5/24 7/8 7/16 8/10 8/12 8/12 11/25 13/15 17/3 27/13 28/7 29/17 33/3 33/6 33/17 33/25 37/6 37/7

**H**

has... [5] 37/14 39/10 39/22 39/22 41/11
Hashana [1] 15/15
hasn't [1] 33/24
have [117]
haven't [6] 4/15 5/16 36/24 37/18 37/18 43/21
having [2] 12/16 32/18
he [14] 5/6 5/7 20/5 29/8 29/22 31/7 33/18 34/6 34/9 34/12 34/14 34/19 34/22 39/22
he's [6] 18/12 29/7 32/6 32/7 32/24 33/12
hear [1] 13/7
heard [1] 39/7
help [3] 8/7 8/18 41/15
helpful [3] 14/15 15/24 32/10
helping [1] 8/7
her [1] 7/17
here [14] 12/5 13/6 21/17 29/8 30/20 31/13 39/16 39/20 40/10 41/17 41/18 41/22 42/23 43/22
here's [2] 9/6 31/2
hey [1] 21/23 40/13
hide [1] 11/13
hieroglyphics [4] 32/5 35/4 35/5 39/17
high [1] 32/19
highly [1] 24/18
him [6] 20/15 28/25 29/1 29/4 33/2 43/8
his [6] 7/17 34/10 36/8 37/1 43/7 43/8
historically [1] 11/6
hmm [1] 17/9
Holden [2] 27/16 31/4
holiday [2] 15/16 19/4
homework [1] 27/3
Honor [42] 3/6 3/22 6/6 6/8 8/9 10/21 10/24 11/25 14/18 15/7 15/9 16/8 16/19 18/14 19/7 24/3 26/19 27/13 27/15 27/20 27/24 28/10 28/13 32/13 34/4 34/25 35/8 37/7 38/20 39/9 39/12 39/17 42/8 43/2 43/11 43/17 43/20 44/4 45/3 45/10 45/17 45/18
Honor's [1] 14/8
HONORABLE [2] 1/9 3/3
Honorable Amit P. Mehta [1] 3/3
hope [4] 3/14 16/12 18/7 43/23
hour [1] 19/9 24/21 24/22 26/3 27/22 27/23 31/23
hours [39] 15/10 19/5 19/6 19/8 19/10 20/1 20/5 20/10 21/3 21/4

**I**

23/8 23/14 24/24 25/10 25/10 25/11 25/15 25/22 26/7 27/17 27/18 27/19 28/4 29/3 29/16 29/19 30/15 31/3 31/6 31/8 31/9 31/12 31/15 31/19 31/22
how [13] 15/3 15/20 19/13 19/14 22/14 25/11 25/21 28/16 28/18 36/9 41/4 41/6 44/23
however [2] 7/4 25/11
hundreds [1] 4/16

**I**

I am [1] 5/19
I apologize [1] 9/1
I assume [1] 31/23
I believe [3] 15/10 38/1 44/3
I can [4] 24/8 33/5 35/25 36/10
I don't [2] 18/2 43/3
I guess [7] 14/24 20/17 22/6 22/21 39/13 40/18 42/10
I have [3] 23/7 32/6 32/6
I haven't [1] 43/21
I hope [3] 3/14 18/7 43/23
I just [1] 5/20
I know [3] 24/8 43/21 43/22
I mean [16] 13/14 13/15 16/14 16/23 19/7 22/20 23/7 25/15 26/6 29/14 30/2 38/12 39/17 40/23 42/13 44/25
I say [1] 8/25
I should [1] 27/2
I think [35] 11/3 11/6 11/22 12/17 12/20 12/23 12/23 12/24 14/8 14/10 15/16 17/9 20/14 22/16 22/18 22/23 23/17 24/4 24/7 24/18 25/7 25/13 25/20 26/8 30/18 31/12 31/17 32/18 41/13 42/11 42/13 43/16 44/17 44/18 45/14
I understand [3] 16/16 24/5 26/14
I want [7] 18/22 20/12 21/9 21/23 23/15 32/23 37/25
I was [1] 22/17
I will [3] 32/4 32/14 43/4
I'd [3] 23/21 30/19 31/9
I'll [10] 17/9 17/10 17/15 25/11 31/6 32/8 32/11 33/21 35/8 42/11
I'm [25] 4/22 7/6 10/12

24/1 24/1 24/9 25/4 25/16 25/16 26/8 26/21 30/18 31/2 31/10 31/14 31/16 33/1 33/22 34/14 37/11 37/23
I'm going [5] 24/9 25/16 31/2 31/10 31/19
I'm just [1] 13/8
I'm not [2] 31/16 37/11
I'm not sure [1] 24/1
I'm sorry [3] 13/9 28/11 34/14
I'm sure [1] 11/25
I've [3] 3/16 18/21 21/23
idea [4] 21/5 21/12 24/16 32/6
identified [9] 4/17 8/16 21/19 21/20 23/9 25/12 30/16 31/3 43/14
identify [5] 22/10 24/11 27/2 31/13 41/7
imagine [4] 8/9 13/24 24/9
immediately [2] 13/19 35/22
impasse [1] 5/14
importance [1] 31/16
important [5] 17/9 18/15 22/11 27/11 28/7
inclination [1] 24/4
inclined [1] 30/19
include [1] 26/9
included [1] 42/23
includes [2] 15/15 15/16
including [3] 31/19 35/11 35/14
incumbent [1] 24/14
indicates [1] 17/8
individual [3] 4/13 40/5 41/7
inform [1] 14/20
information [9] 4/4 5/12 5/16 8/17 9/10 20/23 39/3 40/20 40/21
inhibited [1] 35/3
initial [1] 6/13
instance [1] 9/3
instances [1] 9/8
instead [1] 33/21
instructing [1] 25/5
interest [1] 23/17
interesting [10] 10/15 17/12 29/1
interim [1] 12/13
intermediate [1] 35/14
internal [1] 45/4
interrogatories [3] 4/10 6/15 12/24
interrupt [7] 7/6 7/22 16/14 17/24 20/7 26/25 40/17
investigation [3] 21/4 25/25 29/22
invites [1] 28/16
is [134]

**J**

is there [1] 5/21
issue [26] 4/21 4/22 5/17 6/18 6/20 6/22 9/1 9/6 9/19 11/2 13/2 13/23 14/17 16/5 18/5 20/15 21/9 22/22 22/14 23/15 24/1 32/1 34/8 36/14 39/8 44/9
issues [16] 3/20 4/19 5/12 5/24 6/16 6/17 12/21 16/4 16/9 16/15 19/16 27/8 28/7 34/25 43/13 45/5
it [110]
it would be [2] 15/19 42/21
it's [34] 3/13 4/24 6/10 6/23 12/14 12/15 12/15 13/23 14/4 15/23 15/24 18/15 21/15 23/13 24/5 26/15 27/18 27/19 28/14 31/11 32/2 36/13 36/20 37/6 37/11 37/12 37/13 42/2 42/3 42/4 42/6 42/18 42/18 44/12
its [2] 33/3 33/9

**J**

John [2] 2/2 3/12
Joint [3] 3/16 6/11 16/7
jointly [1] 27/4
jon.sallet [1] 1/21
Jonathan [2] 1/16 3/10
jschmidtlein [1] 2/4
JSR [4] 6/1 35/23 36/2 45/5
judge [3] 1/10 40/8 44/11
Judicial [1] 1/19
judicious [1] 31/24
July [8] 1/5 36/12 36/12 38/1 38/9 38/15 38/18 46/7
jump [1] 12/5
June [6] 3/25 4/12 6/12 36/4 36/6 41/25
June 13th [1] 36/6
just [36] 3/18 4/19 4/24 5/20 5/20 7/22 9/14 9/24 10/2 11/1 13/8 16/14 17/6 17/7 19/6 20/13 22/6 22/13 26/2 27/2 27/19 29/2 31/11 31/22 32/10 34/5 34/9 35/8 38/10 40/5 40/17 42/23 44/12 44/15 44/17 44/25
JUSTICE [4] 1/12 26/21 26/22 39/10
justification [1] 25/15
justify [3] 22/1 22/2 26/2

**K**

Kartasheva [1] 31/4
Kenneth [2] 1/12 3/9
kenneth.dintzer2 [1] 1/15

**K**

kick [1] 44/3
kind [7] 12/5 12/7 12/8 12/14 27/24 39/24 45/4
Kippur [1] 15/15
knew [1] 39/4
know [51]
knowledge [1] 27/8
knows [3] 29/7 29/8 45/3
Kolotouros [9] 19/11 19/24 20/5 21/2 21/3 28/23 29/13 29/24 31/10

**L**

label [1] 37/11
labeled [2] 37/8 37/13
last [13] 6/23 9/25 10/13 11/3 11/7 13/1 14/16 19/17 25/22 26/3 38/14 40/12 40/25
later [6] 4/4 4/23 5/2 6/18 35/24 42/6
latitude [1] 25/5
LAW [1] 1/17
lawyers [1] 27/21
lay [1] 37/19
leads [1] 19/3
least [8] 12/10 13/16 14/21 18/6 30/24 38/21 43/23 44/10
leeway [1] 14/12
left [3] 11/2 34/1 34/1
length [2] 9/25 39/19
less [3] 29/16 29/19 31/3
let [11] 4/19 4/24 16/14 20/13 27/20 30/3 33/21 43/18 44/12 44/25 45/1
let's [6] 20/9 24/15 31/21 31/25 44/8 44/13
level [1] 32/19
like [20] 3/19 4/5 5/1 6/21 7/3 10/2 10/11 15/20 20/23 21/7 21/9 22/22 23/21 25/21 30/19 32/5 33/25 37/15 38/11 42/20
limit [2] 24/14 25/8
limitations [1] 20/19
limited [1] 25/3
limits [1] 31/21
line [1] 22/23
lines [1] 17/2
link [18] 7/18 7/20 8/10 8/11 9/6 9/14 10/7 10/10 11/7 11/11
linked [8] 7/1 7/2 7/16 8/8 8/12 8/13 8/19 10/7 10/15 6/25 10/3 16/15
list [3] 6/24 7/13 26/6
literally [1] 32/6
litigation [2] 21/4 26/1
little [7] 12/1 14/12 14/23 26/17 32/5 40/12 43/8

**L**

LLC [2]  1/6 3/8
LLP [1]  2/2
log [1]  4/11
long [3]  28/17 28/18
36/9
longer [1]  11/8
look [10]  4/13 19/14
26/6 26/14 28/22 30/18
41/20 41/23 44/8 44/11
looked [2]  18/14 19/13
looking [8]  7/20 13/8
26/6 29/6 29/11 29/12
35/4 40/8
looks [1]  10/15
lot [10]  11/14 18/13
24/2 25/4 28/25 29/1
29/4 29/23 31/18 37/24
love [1]  27/21
lunch [1]  31/19

**M**

made [3]  18/16 18/21
41/11
main [1]  22/16
make [8]  5/21 9/13
17/1 17/2 30/15 33/4
33/20 43/10
makes [2]  20/14 24/13
manage [1]  15/20
manageable [1]  31/18
manner [1]  27/13
many [1]  19/13
March [1]  19/1
March 1st [1]  19/1
mark [1]  17/9
match [1]  38/21
matching [1]  9/13
material [1]  5/6
materially [2]  14/9
21/21
materials [4]  12/19
35/25 36/15 38/3
math [3]  25/18 40/5
40/14
matter [12]  4/22 5/12
13/2 18/8 18/9 18/11
20/15 20/19 20/22
22/13 34/8 46/4
matters [2]  18/5 30/14
max [1]  31/22
may [18]  9/23 7/16
7/24 8/16 9/2 9/19
11/10 11/11 13/19
13/24 14/11 18/4 19/13
32/10 32/23 39/1 43/2
43/24
maybe [1]  13/17
me [25]  7/9 7/24 8/5
9/24 13/9 16/14 20/13
21/7 23/13 24/11 25/8
26/10 26/17 27/2 27/20
28/18 31/8 31/11 32/11
33/21 43/18 44/12
44/15 44/25 45/1
mean [26]  9/15 13/14
13/15 15/16 16/23 19/7
22/20 23/2 23/3 23/4
30/2 31/23 34/15 34/18
36/7 38/12 39/17 40/23
41/15 42/11 42/13
44/25
means [1]  31/15
meant [1]  15/21
mechanical [1]  2/10
meeting [1]  14/7
MEHTA [2]  1/9 3/3
memory [2]  9/24 9/25
mercifully [1]  12/25
mere [1]  9/14
Merit [1]  2/6
metadata [3]  6/24 7/7
7/9
might [7]  12/1 12/12
14/11 24/9 32/18 41/6
44/1
Miller [2]  27/17 31/4
million [1]  24/18
mindful [1]  32/14
minimum [3]  36/16
38/23 41/23
minute [1]  28/19
minutes [2]  27/22
27/23
miss [1]  17/3
mix [1]  14/22
moment [4]  20/9 21/10
32/9 40/17
Monday [2]  41/9 45/11
month [1]  43/25
more [31]  9/6 9/20 12/5
12/13 12/18 13/18
13/24 14/12 14/23 15/2
15/5 17/11 19/14 20/14
24/14 25/10 25/14
25/22 26/2 28/3 28/9
28/24 28/25 29/1 29/11
29/20 29/23 31/18
33/10 37/14 37/20
most [4]  18/15 23/9
26/3 41/17
motion [3]  3/17 36/21
37/19
mountains [1]  14/6
moving [3]  3/24 10/11
43/4
Mr. [60]
Mr. Dintzer [13]  3/21
6/5 6/21 13/2 14/16
16/6 20/7 26/5 28/11
32/17 33/21 39/6 41/15
Mr. Dintzer's [2]  11/20
42/22
Mr. Fox [3]  34/6 36/17
43/6
Mr. Gennai [4]  19/10
19/25 29/21 31/11
Mr. Holden [2]  27/16
31/4
Mr. Kolotouros [9]
19/11 19/24 20/5 21/2
21/3 28/23 29/13 29/24
31/10
Mr. Miller [2]  27/17
31/4

**Mr. Raghavan [2]**
29/17 31/6
Mr. Rosenberg [2]
29/17 31/6
Mr. Sallet [9]  6/7 7/23
11/2 14/17 26/5 26/25
28/11 28/14 39/7
Mr. Schindler [2]
29/18 31/5
Mr. Schmidtlein [7]
8/4 10/13 14/19 20/14
25/4 29/7 34/5
Mr. Schmidtlein's [1]
18/7
Mr. Varian [2]  27/6
31/7
Ms. [1]  31/4
Ms. Kartasheva [1]
31/4
much [7]  19/14 24/14
25/3 29/21 29/23 30/25
33/6
multiple [2]  24/24
25/24
multipliers [3]  19/19
19/22 30/3
my [19]  9/24 12/10
15/18 21/13 22/24
24/10 27/3 29/2 30/20
32/24 33/23 34/13
34/21 37/2 43/22 43/23
43/23 44/21 44/21

**N**

name [2]  17/10 17/10
narrow [2]  21/15 22/4
narrowed [1]  29/9
nature [2]  5/15 41/13
necessarily [2]  23/3
31/1
necessary [4]  9/21
28/19 35/11 42/5
need [16]  9/9 14/11
19/14 23/8 23/13 24/23
28/4 31/12 31/12 31/23
34/2 43/7 43/16 44/1
44/11 44/15
needs [4]  14/3 33/6
40/19 43/6
nefarious [1]  37/12
never [9]  19/23 19/25
40/7
new [9]  14/1 18/4
18/10 18/22 20/23
21/21 21/25 24/17
27/12
newly [1]  21/8
news [1]  13/3
next [8]  4/6 13/25
14/10 14/20 15/15 16/1
21/15 43/16
nice [2]  3/14 6/10
night [1]  6/23
nine [3]  25/12 26/20
31/20
no [23]  1/4 4/9 4/18
6/15 11/8 12/22 16/23
21/16 21/17 22/2 23/12

**Mr. Raghavan [2]**
35/23 37/2 38/12 38/16
39/9 41/20 43/20 45/18
normally [2]  12/12
37/15
north [1]  26/8
not [68]
note [2]  6/21 28/21
notes [1]  15/9
nothing [5]  17/4 34/12
34/23 35/20 39/9
notice [1]  5/20
notion [2]  21/2 40/19
notwithstanding [1]
42/22
November [2]  13/13
42/15
now [28]  4/23 5/1 5/22
7/1 12/25 13/14 14/12
14/19 15/2 18/4 18/9
18/21 18/22 19/22 20/2
21/6 22/11 23/2 28/3
28/21 29/23 30/6 30/23
30/24 34/9 36/13 37/16
43/5
number [12]  11/5
15/17 19/24 20/10 25/2
25/8 26/1 28/16 29/17
31/22 42/6 42/18
NW [3]  1/13 2/3 2/8

**O**

object [2]  16/18 25/6
objecting [1]  25/5
objection [1]  42/13
obligated [1]  39/4
obligations [1]  6/16
obvious [1]  30/12
obviously [3]  15/24
31/22 42/3
October [1]  42/15
off [7]  29/16 34/19
36/25 37/3 40/10 44/13
45/1
Official [1]  2/7
often [1]  14/23
oftentimes [1]  22/22
oh [5]  17/7 18/21 23/25
34/18 41/14
okay [34]  3/13 3/15 6/4
7/11 7/14 8/24 9/23
10/20 13/5 14/14 14/15
15/6 15/22 20/11 25/1
26/4 28/9 31/5 31/24
32/16 33/19 35/16 37/5
38/8 39/5 41/19 42/7
42/19 43/1 43/12 43/13
45/7 45/13 45/14
old [1]  18/22
once [4]  13/25 30/24
34/2 40/13
one [30]  4/2 4/7 5/5 5/8
5/17 6/20 8/9 8/12 8/12
12/2 15/9 17/7 19/8
19/8 19/17 19/18 22/8
25/18 25/24 28/19
29/19 29/22 34/7 36/5
36/18 38/14 40/9 40/10

**Mr. Raghavan [2]**
one-off [1]  40/10
ones [5]  8/8 17/8 18/15
34/12 34/14
only [9]  6/16 18/16
18/20 19/17 19/18 20/2
23/6 23/9 29/21
open [3]  5/21 9/5 32/3
opening [1]  16/20
opinion [4]  7/17 9/4
39/16 40/21
opinions [1]  13/22
opportunity [1]  21/1
order [2]  33/7 42/17
ordinary [2]  22/19
33/16
original [1]  26/23
other [24]  5/7 6/20
6/25 7/12 8/12 12/3
13/15 14/24 15/20
19/11 20/24 22/14
22/15 23/21 23/24
24/15 33/4 33/17 33/17
34/7 40/22 41/11 43/5
43/16
others [1]  29/20
our [20]  4/14 6/11 6/13
7/3 14/12 17/13 19/12
19/19 20/21 21/11 26/3
30/3 35/3 35/6 36/13
36/17 36/18 36/21
37/20 41/18
ourselves [1]  35/14
out [20]  4/25 9/17 10/1
15/3 18/9 22/4 26/10
30/15 36/10 37/9 37/10
37/13 37/19 38/22
39/18 41/15 43/1 43/9
45/6 45/13
outlines [1]  5/15
outstanding [6]  4/9
4/18 6/2 6/15 6/17
12/22
over [4]  21/23 23/23
23/23 44/3
overwhelmingly [1]
33/16
own [1]  34/10

**P**

P. [1]  3/3
p.m [2]  1/6 45/23
page [1]  15/25
par [1]  22/25
parcel [1]  8/6
parse [1]  38/23
part [2]  6/1 8/6
particular [1]  41/7
particularly [2]  20/6
29/15
parties [10]  3/24 4/3
11/21 11/22 12/13
12/17 12/20 14/5 15/21
26/12
parties' [1]  3/16
past [1]  30/12
Pause [1]  44/6
peek [3]  16/12 16/16

**P**

peek... [1] 16/17
people [9] 5/8 17/2 17/8 25/6 27/7 29/2 34/7 39/2 39/23
percent [2] 17/7 44/1
Perfect [1] 45/13
perhaps [5] 7/8 8/25 13/18 28/24 31/1
period [1] 13/18
person [2] 25/17 25/24
pertains [1] 18/10
phase [1] 26/23
pick [1] 25/2
picking [1] 11/1
pin [1] 14/25
place [1] 20/17
placeholder [1] 44/10
placeholders [1] 42/24
plaintiff [3] 1/16 6/12 26/9
plaintiffs [15] 1/4 1/12 3/9 3/11 4/1 4/1 8/19 10/3 10/4 10/15 23/6 30/20 36/4 41/24 45/16
plaintiffs' [5] 13/7 23/8 38/2 38/3 38/5
planned [1] 43/19
please [2] 3/4 3/23
plow [1] 23/4
plowed [1] 23/5
point [13] 6/23 11/16 14/8 14/10 18/3 18/23 21/11 21/16 22/3 27/11 29/6 32/6 40/12
position [11] 14/13 18/7 20/16 20/17 20/21 23/18 24/1 30/8 30/21 30/23 41/18
possible [2] 5/21 15/9
potentially [5] 15/2 15/17 16/18 19/15 41/6
preference [1] 44/21
prep [1] 21/14
prepared [2] 16/2 24/23
prepping [1] 24/10
present [1] 20/23
presiding [1] 3/3
presumably [1] 8/18
presume [1] 11/19
presumptive [1] 25/21
Prettyman [1] 2/8
preview [1] 22/17
previous [1] 5/10
previously [2] 18/5 18/8
principal [1] 28/5
prior [2] 23/19 30/22
privacy [1] 41/5
privilege [4] 4/11 4/14 5/10 16/21
privileged [2] 17/9 18/25

probably [6] 7/9 20/14 24/7 32/19 44/18 45/9
proceedings [4] 1/9 2/10 45/23 46/4
produce [1] 40/12
produced [16] 2/11 6/12 11/12 11/14 18/18 20/4 22/1 22/5 23/1 24/18 30/8 30/10 33/24 33/25 35/19 39/23
producing [1] 38/7
product [1] 22/8
production [1] 10/8
productions [1] 4/10
professor [8] 4/5 5/4 5/5 6/3 12/19 32/21 32/21 36/18
professors [1] 14/22
programs [1] 35/10 35/11
properly [1] 37/8
proposition [1] 9/5
prospect [1] 13/19
Protection [1] 1/17
protocol [1] 28/23
provide [4] 3/19 35/21 39/3 39/4
provided [5] 16/20 35/20 35/23 35/25 41/24
prudent [1] 15/19
public [2] 32/12 32/15
publicly [1] 32/8
purports [1] 34/10
purpose [1] 7/18
push [1] 38/17
put [22] 5/20 14/25 17/4 18/24 19/6 19/6 20/9 21/9 22/2 22/24 23/18 25/20 28/21 30/7 30/10 30/20 33/3 35/25 36/2 36/10 44/10 44/13

**Q**

quality [4] 33/8 33/13 39/16 40/8
quantify [1] 28/15
quantitative [1] 27/22
queries [6] 39/22 40/15 40/16 41/2 41/4 41/5
query [2] 33/14 40/9
question [13] 9/13 12/14 12/15 14/21 23/7 26/21 36/9 37/22 38/12 38/17 40/18 42/10 43/18
questioned [1] 27/12
questioning [3] 26/17 26/24 27/10
questions [9] 5/24 11/6 11/23 12/12 19/2 20/3 26/15 30/13 41/12
quick [1] 33/14 44/18

**R**

Raghavan [2] 27/6 31/8
raise [5] 5/11 9/2 12/12 14/11 19/16
raises [1] 34/7
raising [1] 10/12

rate [1] 39/23
rating [1] 40/3
ratings [2] 39/24 40/6
rational [1] 28/2
re [1] 4/18
re-review [1] 4/18
reactions [1] 22/7
read [2] 28/17 32/4
reading [1] 32/5
reads [1] 42/17
ready [1] 5/13
real [2] 21/19 41/20
realistically [1] 13/16
really [9] 16/9 22/13 31/20 35/5 35/15 41/14 42/13 42/14 44/11
Realtime [1] 1/17
reason [4] 19/18 37/13 39/3 43/6
reasonable [2] 19/7 31/8 41/22
rebuttal [5] 4/6 12/7 13/8 14/3 43/7
receive [1] 4/11
received [5] 3/16 6/23 7/7 7/7 7/23
recently [1] 18/10
recitation [1] 11/20
recommend [2] 43/3 43/4
record [2] 45/14 46/3
recorded [1] 2/10
records [3] 10/3 30/21 30/25
recreate [4] 35/12 37/16 38/5 41/25
recreated [1] 40/22
redacted [2] 18/19 37/23
redundancy [1] 31/14
reference [1] 41/12
referred [1] 39/17
reflect [1] 22/11
refresh [1] 9/24
regarding [1] 4/21
Registered [1] 2/6
relate [3] 18/4 36/24 37/1
related [4] 5/16 6/3 30/13 36/4
relating [1] 21/14
relatively [1] 21/15
released [1] 18/10
relevant [1] 7/18
relies [1] 7/17
rely [2] 34/22 40/20
relying [1] 10/19
remember [1] 17/21
remind [1] 9/24
remote [1] 22/21
reopen [2] 5/25 25/9
reopened [3] 16/11 18/2 20/18
reopening [5] 6/18 16/5 16/13 16/18 20/18
reply [2] 13/20 42/12
report [20] 3/16 5/5
12/9 16/7 31/25 32/4 32/11 32/20 35/10 38/6 38/10 39/15 40/22 43/1 43/7
Reporter [4] 2/6 2/6 2/7 2/7
reports [21] 3/25 4/2 4/6 7/4 8/6 8/23 9/20 11/21 11/24 12/8 13/9 13/20 13/25 14/10 15/19 16/1 21/23 35/18 36/4 36/5 39/18
request [1] 5/8 5/25 6/2 11/17 35/7 38/5
requests [2] 4/9 12/23 38/2
require [1] 45/10
reserve [1] 15/4
resolve [4] 11/12 12/14 12/16 24/1
resolved [2] 11/4 43/14
respect [1] 20/18
respective [1] 38/3
respond [2] 11/6 34/2
responds [1] 12/3
response [3] 8/1 38/2 39/2
responses [1] 6/14
result [1] 40/4
results [5] 33/8 33/13 39/16 39/23 40/9
rethought [1] 21/6
retrieve [1] 10/10
review [3] 4/18 9/12 21/13
reviewing [3] 4/12 7/4 24/2
RFAs [2] 4/10 12/24
RFP [1] 8/1
RFPs [2] 4/9 12/23
right [38] 6/4 7/11 8/14 8/21 9/16 10/17 10/21 10/22 11/2 11/9 11/15 12/25 13/5 14/12 14/14 14/19 15/13 16/3 23/12 23/23 24/12 25/19 26/13 29/16 31/25 33/1 33/19 34/9 34/20 38/1 39/5 39/11 40/1 40/9 42/9 42/24 43/5 45/19
ripe [4] 4/23 5/18 6/23 9/12
rise [2] 3/2 45/21
rival [2] 33/5 33/6
RMR [1] 46/2
road [1] 43/6
robust [1] 12/5
rolled [2] 35/2 35/6
Rosenberg [2] 29/17 31/6
Rosh [1] 15/14
round [6] 13/25 14/1 14/10 14/20 16/1 21/15
rounds [1] 9/20
ruling [1] 11/4

said [19] 4/5 7/6 7/24 14/19 15/18 17/8 17/21 21/9 23/2 23/5 23/6 27/13 30/7 30/19 31/11 34/5 39/10 40/13 44/14
Sallet [11] 1/16 3/10 6/7 7/23 11/2 14/17 26/5 26/25 28/11 28/14 39/7
same [8] 6/21 11/13 15/8 15/25 32/2 31/8 41/10 41/12
saw [1] 30/5
say [15] 8/25 9/8 10/15 14/3 14/11 15/18 16/19 23/24 25/1 25/16 32/24 33/5 37/12 38/1 44/11
saying [4] 18/12 25/9 28/14 33/2
says [7] 8/10 9/6 17/13 33/15 34/6 35/9 36/3
scale [2] 33/14 33/18
schedule [7] 12/5 13/8 14/8 15/21 39/1 42/25 44/9
scheduled [1] 14/23
schedules [2] 14/6 15/4
scheduling [2] 42/16 43/8
Schindler [2] 29/18 31/5
schmear [1] 35/16
Schmidtlein [9] 2/2 3/12 8/4 10/23 14/19 20/14 25/4 29/7 34/5
Schmidtlein's [1] 18/7
science [2] 32/21 41/20
scope [1] 20/15
score [1] 39/25
screen [1] 36/1 36/10
scrubbing [1] 41/8
seal [1] 32/4
search [14] 33/4 33/4 33/6 33/7 33/8 33/13 33/15 39/16 39/22 39/23 40/4 40/4 40/8 40/9
seated [1] 3/4
second [9] 12/6 15/12 16/11 17/24 19/21 27/1 36/14 36/20 44/5
secrets [2] 21/17 22/3
Section [1] 1/17
see [21] 3/14 6/10 13/25 14/2 14/8 14/25 15/1 15/2 16/1 16/9 16/15 17/13 17/14 18/18 21/18 25/5 25/11 25/21 29/8 34/18 44/16
seeing [1] 14/20
seek [1] 21/12
seeking [1] 7/2
seem [1] 26/17
seems [2] 26/10 31/8
seen [2] 18/14 18/22

**self** [1] 42/21
**self-executing** [1] 42/21
**senior** [2] 25/23 27/6
**sense** [5] 16/16 20/14 22/9 33/24 43/10
**sensitive** [1] 37/24
**sent** [1] 37/25
**sentences** [2] 5/1 5/3
**separate** [4] 7/5 9/1 20/12 23/15
**separately** [1] 23/16
**September** [3] 13/10 15/14 44/2
**sequencing** [1] 12/1
**served** [4] 6/13 6/14 36/3 36/4
**serves** [1] 9/25
**set** [7] 4/13 21/15 22/4 22/10 30/15 38/19 42/17
**setting** [2] 31/18 32/12
**seven** [14] 19/10 20/1 20/5 21/3 21/4 21/21 23/3 23/8 23/14 25/17 29/3 29/18 31/12 31/19
**several** [2] 6/14 45/5
**shake** [1] 15/3
**share** [1] 32/8
**shared** [1] 32/19
**shelf** [1] 34/19
**shell** [2] 36/25 37/3
**short** [1] 32/23
**short-circuit** [1] 32/23
**shorter** [1] 28/6
**should** [13] 5/22 9/21 16/11 16/12 16/20 18/3 20/1 20/4 27/2 30/7 38/9 41/9 45/8
**shouldn't** [1] 38/9
**show** [3] 16/13 17/22 37/23
**side** [7] 3/19 12/2 12/3 13/15 21/10 22/17 43/15
**side's** [1] 40/22
**sides** [3] 25/23 31/7
**significant** [5] 27/10 28/7 29/5 29/18 29/20
**simply** [5] 10/12 10/14 16/24 21/11 35/7
**since** [2] 9/19 41/11
**single** [7] 11/17 12/9 15/11 21/13 25/14 40/3 40/3
**sir** [1] 7/25
**sit** [1] 29/2
**sites** [1] 38/4
**sitting** [1] 29/3
**situation** [1] 12/10
**six** [2] 13/13 13/18
**six-week** [1] 13/18
**size** [1] 33/3
**slide** [1] 28/17
**slightly** [3] 12/4 12/18 30/23
**slow** [2] 35/2 35/6

**smaller** [1] 30/25
**so** [94]
**So I think** [2] 24/13 42/20
**So it's** [1] 37/11
**So this is** [1] 36/2
**So this small** [1] 26/1
**solve** [1] 25/7
**some** [24] 8/1 11/16 11/23 11/25 12/19 13/20 14/21 21/12 22/8 24/17 28/17 34/10 37/17 37/18 38/4 41/3 41/5 41/5 41/13 42/5 43/6 43/22 43/23 43/24
**somebody** [1] 14/11
**somehow** [1] 21/5
**someone's** [1] 17/10
**something** [11] 4/24 4/25 9/7 12/15 14/9 15/23 17/3 17/3 18/25 22/18 42/24
**sometimes** [4] 8/10 11/7 11/10 12/10
**somewhere** [1] 10/8
**sorry** [5] 7/6 13/9 28/11 34/14 44/7
**sort** [25] 4/19 5/15 10/1 10/11 11/17 11/23 12/3 12/13 12/16 13/3 13/3 14/2 14/2 15/3 19/4 20/12 20/16 22/14 24/4 31/14 32/19 36/25 39/13 39/21 44/3
**sought** [1] 27/16
**sound** [2] 5/19 21/7
**sounds** [2] 10/1 10/11
**specific** [4] 4/17 17/5 17/5 41/6
**specifically** [1] 31/13
**specifics** [1] 38/4
**spend** [1] 28/19
**spirit** [1] 6/21
**spread** [1] 26/2
**spreadsheet** [1] 38/15
**St** [1] 2/3
**stands** [1] 45/22
**start** [3] 13/19 16/4 20/17
**started** [1] 42/25
**State** [2] 1/16 10/4
**states** [7] 1/1 1/3 1/10 3/7 6/12 27/8 29/10
**states'** [1] 26/9
**status** [9] 1/9 3/15 3/16 6/11 6/17 10/14 11/3 16/7 41/1
**steep** [1] 14/6
**stenography** [1] 2/10
**still** [4] 19/22 20/2 37/20 38/22
**stop** [1] 11/17
**stream** [1] 19/2
**Street** [1] 1/13
**study** [2] 33/13 39/22
**stuff** [5] 35/2 36/8 36/10 36/11 40/13

**so** [94]
1/2 18/5 18/8 18/9
18/11 20/15 20/19
20/22 30/13 34/8
**subject-matter** [3] 4/22 5/12 13/2
**subjects** [3] 17/14 17/16 17/19
**successfully** [1] 28/24
**such** [2] 7/20 40/21
**suffice** [1] 5/3
**suggest** [1] 43/2
**suggestion** [1] 42/22
**Suite** [1] 1/20
**suits** [1] 44/4
**sun** [1] 11/18
**supplemental** [1] 6/14
**support** [1] 36/5
**supporting** [1] 5/6
**suppose** [2] 22/20 42/24
**supposed** [4] 35/18 35/19 36/8 38/11
**sure** [13] 5/3 9/13 11/25 17/25 20/8 24/1 27/5 27/25 30/15 32/25 33/20 41/14 45/12
**surprising** [1] 40/10
**surrounding** [1] 19/16
**susceptible** [1] 27/24

**T**

**table** [3] 22/2 22/17 34/9
**tables** [1] 34/10
**take** [12] 4/13 12/2 12/4 12/16 15/7 15/10 25/17 32/13 36/9 40/16 44/13 45/1
**taken** [1] 28/1 39/22
**takes** [2] 28/17 28/18
**taking** [2] 12/9 12/11
**talk** [6] 4/22 15/4 17/7 20/15 23/15 31/25
**talked** [2] 9/14 9/24
**talking** [9] 5/6 13/2 20/24 24/20 24/21 30/25 31/1 32/6 32/7
**talks** [1] 5/7
**task** [1] 8/15
**taste** [1] 13/14
**team** [1] 43/23
**Tech** [1] 32/22
**technical** [1] 11/24 12/14
**teed** [1] 5/25
**tell** [3] 17/15 32/4 32/11
**ten** [1] 15/10
**terms** [4] 11/20 14/9 39/21 41/21
**Terrific** [1] 43/12
**test** [1] 9/9
**testimony** [1] 15/10
**than** [15] 10/13 14/24 18/13 25/14 25/22 26/3 28/19 28/24 30/25 31/3 31/19 33/17 37/14

**Thank** [17] 3/22 5/23 6/4 6/6 6/8 10/21 10/22 16/8 26/3 28/10 28/13 34/4 39/5 39/12 42/8 45/18 45/19
**Thank you** [13] 3/22 5/23 6/6 10/22 16/8 28/10 28/13 34/4 39/5 39/12 42/8 45/18 45/19
**that** [267]
**that's** [43] 3/18 4/6 4/19 4/25 5/17 5/18 8/11 8/15 8/25 9/3 9/12 11/11 13/13 14/12 14/15 19/3 22/12 23/10 23/12 23/14 23/15 24/7 25/7 25/13 27/16 29/8 29/11 34/9 34/11 35/5 35/6 36/13 36/14 36/19 38/8 38/16 42/24 43/17 44/9 44/15 44/20 44/23 45/2
**their** [17] 3/25 4/3 5/11 11/21 12/3 14/11 15/3 17/8 21/5 21/23 22/16 30/22 31/7 31/17 36/2 41/14 42/12
**them** [41] 4/18 11/12 11/18 11/19 14/22 17/22 18/18 19/12 19/15 22/10 22/15 23/18 24/11 25/4 25/10 25/5 27/18 27/19 29/16 29/24 30/22 31/14 31/15 31/16 35/22 36/9 36/11 36/22 38/17 39/14 39/23 40/24 40/25 41/2 41/8 41/9 41/10 41/13 41/25 41/25 44/13
**themselves** [1] 23/7
**then** [30] 3/17 3/19 10/2 10/6 12/3 12/6 13/1 16/3 16/3 18/12 25/1 25/17 31/25 34/9 38/4 38/7 38/14 39/23 39/24 40/5 41/11 42/10 42/11 42/13 42/18 42/25 44/4 44/12 44/15 44/20
**theory** [2] 32/7 32/24
**there** [32] 4/9 4/25 6/15 6/20 9/20 10/12 12/22 14/1 16/9 22/4 22/8 22/8 22/14 24/5 25/15 26/14 27/11 27/15 28/5 28/25 29/2 29/3 29/4 34/1 34/5 34/11 37/17 37/17 40/11 42/17 43/14 44/8
**there's** [22] 4/18 7/5 9/1 10/13 11/14 14/21 14/21 16/23 18/1 18/2 21/16 21/17 22/2 24/16 26/16 28/15 34/16 38/4 38/12 38/16 41/20 45/10

**these** [40] 4/16 17/5 17/5 17/6 17/7 17/8 17/11 18/25 19/11 19/17 21/14 21/14 21/18 21/22 21/24 21/25 22/21 22/24 23/19 23/19 24/24 25/9 25/12 25/22 25/23 26/2 27/17 27/23 28/6 28/17 30/2 30/4 30/5 30/9 30/21 30/22 31/2 40/15 41/4 42/17
**they** [82]
**they'll** [1] 31/5
**they're** [7] 22/11 23/6 24/22 27/6 27/7 29/16 39/2
**they've** [8] 20/25 21/6 21/19 21/20 23/25 24/16 25/24 37/15
**thing** [8] 13/1 14/25 18/16 23/21 36/19 36/20 41/16 41/16
**things** [8] 4/17 17/11 20/25 33/17 39/13 41/11 44/3 44/13
**think** [55]
**thinking** [1] 13/24
**this** [73]
**This is Civil** [1] 3/7
**those** [32] 6/16 7/2 9/8 12/2 12/4 12/21 12/24 13/20 16/22 17/9 17/19 17/19 17/20 19/15 19/25 20/3 22/12 22/17 24/10 25/11 27/14 34/10 34/16 34/21 34/23 36/5 38/21 38/24 39/24 40/5 41/3 43/13 43/14
**though** [3] 6/20 18/10 42/10
**thought** [3] 15/24 18/13 30/4
**thoughtful** [1] 26/7
**thoughts** [4] 13/22 13/25 14/16 26/5
**three** [4] 25/14 29/16 31/3 34/16
**through** [3] 24/15 25/3 28/20
**throughout** [1] 14/7
**throw** [1] 17/10
**Thursday** [1] 41/10
**tight** [3] 14/4 14/6 15/1
**till** [1] 30/5
**time** [33] 4/11 6/3 9/25 11/7 11/14 15/2 19/14 23/1 24/14 25/3 26/16 27/10 28/2 28/6 29/12 29/15 29/21 29/23 30/16 30/17 30/23 31/5 31/17 31/17 34/25 35/7 36/3 38/21 39/22 42/2 42/14 43/8 45/15
**times** [1] 34/6
**timing** [1] 22/13
**titled** [1] 46/4

**T**

today [2]  35/2 36/11
today's [1]  6/17
told [1]  5/19
ton [1]  24/16
took [3]  34/19 35/1 36/11
top [1]  28/15
topics [1]  27/11
total [1]  26/20
track [1]  4/7
transcript [3]  1/9 2/10 46/3
transcription [2]  2/11
translates [1]  31/20
treat [1]  37/15
trial [1]  29/7
tried [4]  11/6 11/12 12/17 29/8
tries [1]  33/13
trodden [1]  23/25
trust [1]  28/18
try [7]  11/17 12/14 12/17 22/24 32/14 43/9 44/3
trying [14]  9/17 11/13 12/21 14/22 21/12 32/24 33/22 36/21 37/9 37/13 37/20 38/22 41/3 41/21
turn [1]  16/3
turning [1]  39/15
tutorial [1]  44/2
two [34]  4/1 9/20 16/9 19/8 19/12 19/17 19/19 19/22 19/22 21/5 25/22 26/3 26/20 27/3 27/15 27/17 27/18 27/18 27/18 27/19 28/4 29/16 29/19 30/2 30/3 30/9 34/6 34/16 34/23 34/25 36/25 40/8 43/3 43/13
two-day [3]  19/19 19/22 30/3
type [2]  41/15 41/16
types [3]  14/24 21/22 41/13

**U**

U.S [4]  1/12 3/25 10/3 45/16
ultimate [1]  39/1
under [7]  5/10 11/18 14/4 15/9 32/4 38/8 39/4
underlying [3]  35/10 36/5 41/2
understand [14]  5/14 7/12 8/7 8/17 8/19 8/22 9/9 16/16 24/5 26/14 33/22 33/22 33/25 39/19
understanding [7]  4/15 15/1 32/10 33/20 34/13 34/21 37/2
understandings [1]  28/7
undoubtedly [1]  24/6

UNITED [4]  1/1 1/3 1/10 3/7
United States of [1]  3/7
universe [1]  30/25
unless [1]  5/24
unlike [1]  41/21
unlikely [1]  24/19
until [5]  12/11 14/25 35/22 36/12 44/3
unused [1]  30/3
up [17]  5/25 6/18 9/2 9/6 10/6 11/1 11/23 13/19 15/10 19/6 20/14 26/15 33/21 35/22 39/24 41/12 44/2
update [1]  3/18
uploading [1]  38/3
upon [1]  40/21
us [32]  4/16 8/7 8/18 10/16 11/4 13/3 15/19 24/6 24/8 27/12 28/15 29/14 30/7 30/10 34/22 35/1 35/2 35/13 35/15 35/20 35/21 35/23 36/9 37/3 37/15 37/25 38/10 38/13 38/14 38/23 39/3 41/15
usdoj.gov [1]  1/15
use [13]  5/11 7/3 18/16 19/19 21/5 22/15 24/9 24/24 25/3 27/12 28/4 29/24 31/23
used [8]  7/19 16/22 16/24 19/23 19/25 28/23 30/2 30/9
using [1]  9/10
usually [2]  3/18 22/20

**V**

vacation [2]  43/19 43/24
value [2]  30/4 31/17
Varian [2]  27/6 31/7
versions [1]  40/4
versus [1]  3/8
very [5]  4/17 11/21 19/7 26/7 28/7
view [3]  15/8 22/24 26/3
views [1]  20/19
Virginia [1]  32/22
virtue [1]  33/9
volume [1]  33/2
vs [1]  1/5

**W**

waiver [3]  4/22 13/2 34/8
want [34]  4/24 9/13 14/25 15/4 16/6 16/17 17/1 17/1 17/13 18/22 19/5 20/12 21/6 21/9 21/18 21/23 23/15 23/23 24/7 24/9 25/5 25/23 28/21 29/2 29/2 31/13 32/17 32/23

wanted [5]  5/20 10/6 15/23 40/1 40/3
wants [3]  16/16 17/7 43/15
warrants [1]  21/21
was [33]  3/17 5/8 5/9 5/15 5/16 10/7 10/13 11/2 18/8 18/18 18/25 20/5 21/3 22/17 28/14 29/21 29/22 32/5 35/17 35/20 35/24 36/14 37/25 38/15 38/18 39/20 40/2 40/3 41/1 41/3 41/3 41/6 41/24
Washington [4]  1/5 1/13 2/3 2/9
wasn't [3]  6/1 9/1 38/13
way [7]  24/3 25/1 25/7 31/21 40/15 42/7 42/16
wc.com [1]  2/4
we [243]
we believe [7]  8/6 20/4 30/6 30/6 36/15 38/20 40/24
we covered [1]  17/16
we will [11]  4/3 6/22 9/2 9/8 9/18 9/21 19/1 26/21 28/22 28/19 37/19
we'd [1]  14/24
we'll [8]  4/5 11/19 13/3 16/1 42/7 43/9 44/15 45/11
we're [41]  3/15 4/7 4/20 5/5 5/13 5/13 9/12 9/17 10/11 11/13 11/18 12/7 12/9 12/11 13/20 17/14 18/12 18/20 18/23 18/24 20/2 21/12 24/15 29/6 29/6 29/11 29/12 30/23 30/24 34/23 34/24 36/15 36/21 37/9 37/20 37/24 38/20 38/22 38/25 39/15 41/14
we've [24]  5/14 7/1 11/12 12/4 13/23 18/14 18/14 19/5 19/8 19/13 24/21 26/19 27/12 27/16 27/17 27/20 28/1 29/9 30/15 30/16 34/12 35/1 37/23 41/13
Wednesday [1]  44/23
week [8]  13/18 15/15 15/16 41/10 43/3 44/18 44/19 45/9
weeks [2]  13/13 13/21
Welcome [1]  3/13
well [17]  3/14 8/11 13/7 15/23 16/3 17/21 23/10 24/3 25/13 25/16 29/18 31/15 36/1 43/1 44/22 45/13 45/20
went [2]  40/14 40/15
were [23]  7/13 10/3 11/2 18/5 18/17 19/11

words [6]  7/12 20/24 22/16 23/24 24/15 33/5
work [8]  11/12 11/19 22/8 24/2 26/22 28/3 36/21 43/9
work-product [1]  22/8
working [5]  5/19 5/22 11/18 11/21 35/14
works [1]  45/13
worth [3]  19/21 23/23 26/8
would [40]  3/19 4/24 5/1 5/11 6/20 7/3 10/1 10/6 14/3 15/4 15/19 20/20 22/16 22/17 22/19 22/25 23/13 23/18 25/18 27/12 30/1 30/2 30/4 30/8 30/9 30/10 30/11 30/21 31/1 31/4 37/15 40/7 41/24 42/11 42/11 42/21 43/3 44/20 44/21 44/21
wouldn't [1]  40/10
written [1]  8/2

**Y**

yeah [4]  15/7 25/16 42/16 44/20
yes [6]  7/5 7/25 10/5 10/9 14/18 16/8
yet [3]  5/17 9/12 36/24
Yom [1]  15/15
you [133]
you know [1]  14/5
you'll [2]  13/16 22/15
you're [4]  13/6 35/4 36/23 42/2
you've [10]  10/2 13/14 13/21 23/4 23/9 25/2 25/6 26/7 33/11 43/4
your [52]
Your Honor [41]  3/6 3/22 6/6 8/9 10/21 10/24 11/25 14/18 15/7 15/9 16/8 16/19 18/14 19/7 24/3 26/19 27/13 27/15 27/20 27/24 28/10 28/13 32/13 34/4 34/25 35/8 37/7 38/20 39/9 39/12 39/17 42/8 43/2 43/11 43/17 43/20 44/4 45/3 45/10 45/17 45/18
Your Honor's [1]  14/8

**Z**

Zaremba [2]  2/6 46/2
zero [2]  25/15 42/3
Zoom [1]  5/19