UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br>             Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br>             Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.6(b), the undersigned, Diane R. Hazel, hereby submits her Withdrawal of Appearance for Plaintiff State of Colorado in the above-captioned matter. Jonathan B. Sallet, Steven M. Kaufmann, Matt Schock, Carla J. Baumel, and Erica L. Fruiterman, of the Colorado Attorney General's Office will continue to represent Plaintiff State of Colorado, which will not be without representation in this matter.

DATED: July 20, 2022.

Respectfully submitted,

*/s/ Diane R. Hazel*
Diane R. Hazel (DC Bar No. 1011531, *inactive*)
First Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway, 7th Floor
Denver, CO 80203
Tel: 720-508-6000
Diane.Hazel@coag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on July 20, 2022, a copy of the foregoing Notice of Withdrawal of Appearance for Diane R. Hazel was electronically filed with the Court, thereby providing electronic service to all counsel of record.

DATED:　　July 20, 2022

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Diane R. Hazel*
　　　　　　　　　　　　　　　　　　Diane R. Hazel (DC Bar No. 1011531, *inactive*)
　　　　　　　　　　　　　　　　　　First Assistant Attorney General
　　　　　　　　　　　　　　　　　　Colorado Office of the Attorney General
　　　　　　　　　　　　　　　　　　1300 Broadway, 7th Floor
　　　　　　　　　　　　　　　　　　Denver, CO 80203
　　　　　　　　　　　　　　　　　　Tel: 720-508-6000
　　　　　　　　　　　　　　　　　　Diane.Hazel@coag.gov