# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendants. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Assistant Attorney General Christopher M. Sloot hereby withdraws as attorney of record for Plaintiff State of Arizona in the above-captioned matter. Plaintiff State of Arizona will continue to be represented by Deputy Solicitor General Michael S. Catlett, who has filed an appearance in this case.

Dated: July 28, 2022

                                                    Respectfully submitted,

                                                    By: /s/ Christopher M. Sloot
                                                            Christopher M. Sloot
                                                  Assistant Attorney General
                                                           2005 N. Central Ave
                                                               Phoenix, AZ 85004
                                                                (602) 542-7728

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2022, I filed the foregoing document with the Court via the Case Management and Electronic Case (CM/ECF) System which will send a notice of electronic filing to all counsel of record.

/s/ Christopher M. Sloot
Christopher M. Sloot
