AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-3010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New York                                        .

Date:   08/02/2022

/s/ Michael D. Schwartz
*Attorney's signature*

Michael D. Schwartz (NY#5318225)
*Printed name and bar number*

Office of the New York State Attorney General
28 Liberty Street, Floor 20
New York, NY 10005
*Address*

michael.schwartz@ag.ny.gov
*E-mail address*

(212) 416-8096
*Telephone number*

*FAX number*