IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                              Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

**PLAINTIFFS' MOTION TO EXPEDITE BRIEFING OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DATA CITED IN EXPERT REPORTS OF EDWARD A. FOX AND MARK A. ISRAEL**

Plaintiffs in the above-captioned case respectfully request the Court order expedited briefing for Plaintiffs' Motion to Compel Production of Documents and Data Cited in Expert Reports of Edward A. Fox and Mark A. Israel ("Motion to Compel"). *See* ECF No. 376. Good cause exists for this request. At the time of filing, Google opposes Plaintiffs' motion for an expedited briefing schedule.

Plaintiffs filed their Motion to Compel on August 3, 2022, seeking, among other things, (1) disclosure of documents related to a 2020 lawyer-directed data reduction experiment discussed in the Expert Report of Edward A. Fox and (2) an opportunity to question three Google witnesses—Prabhakar Raghavan, Philipp Schindler, and Hal Varian—about the experiment during their upcoming depositions. *See* Mem. In Supp. of Pls.' Mot. To Compel Produc. of Docs. and Data Cited in Expert Reports of Edward A. Fox and Mark A. Israel 2-8, ECF 376-1; *see also* Minute Order, July 14, 2022 (permitting Plaintiffs to take further deposition testimony from Messrs. Raghavan, Schindler, and Varian). The parties scheduled Mr. Varian's

deposition for August 23, 2022, and are in the process of scheduling Mr. Raghavan's and Mr. Schindler's depositions for late August or early September.

An expedited briefing schedule is needed if the Court is to rule on Plaintiffs' Motion to Compel before Plaintiffs depose Messrs. Raghavan, Schindler, and Varian in coming weeks. Parties are typically given 14 days to oppose a motion. Were Google to take the time permitted under the local rules to file its opposition and Plaintiffs to forego filing a reply, Plaintiffs' Motion to Compel would not be fully briefed until August 17—less than a week before Mr. Varian's deposition is scheduled to take place. Should the Court grant the relief Plaintiffs seek, the parties would have only days to produce and review the previously withheld documents and prepare to discuss them at Mr. Varian's deposition. An expedited briefing schedule would help ensure Mr. Varian's deposition, as well as Mr. Raghavan's and Mr. Schindler's, can proceed on the scheduled date and time. Absent an expedited briefing schedule, Mr. Varian's deposition may need to be rescheduled.

Accordingly, Plaintiffs request the Court order Google to file its opposition brief by August 10, 2022, and Plaintiffs to file their reply by August 12, 2022. Plaintiffs respectfully ask the Court to consider the Motion to Compel fully briefed on August 12, 2022. The parties have met and conferred and exchanged correspondence on the issues raised by Plaintiffs' Motion to Compel. A week is sufficient time for Google to file an opposition brief laying out the position it has already taken on those issues.

Dated: August 5, 2022                               Respectfully submitted,

By:     */s/ Kenneth M. Dintzer*
Kenneth M. Dintzer
U.S. Department of Justice, Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff United States of America*

By:     */s/ Kelsey Paine*
Kelsey Paine, Assistant Attorney General
Margaret Sharp, Assistant Attorney General
Office of the Attorney General, Antitrust Division
300 West 15th Street
Austin, Texas 78701
Kelsey.Paine@oag.texas.gov

*Counsel for Plaintiff State of Texas*

By:     */s/ Matthew Michaloski*
Theodore Edward Rokita, Attorney General
Scott L. Barnhart, Chief Counsel and Director, Consumer Protection Division
Matthew Michaloski, Deputy Attorney General
Christi Foust, Deputy Attorney General
Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Matthew.Michaloski@atg.in.gov

*Counsel for Plaintiff State of Indiana*

By:     */s/ Johnathan R. Carter*
Leslie Rutledge, Attorney General
Johnathan R. Carter, Assistant Attorney General
Office of the Attorney General, State of Arkansas
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Johnathan.Carter@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

By: */s/ Brian Wang*
Rob Bonta, Attorney General
Ryan J. McCauley, Deputy Attorney General
Brian Wang, Deputy Attorney General
Paula Blizzard, Supervising Deputy Attorney General
Kathleen Foote, Senior Assistant Attorney General
Office of the Attorney General,
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Brian.Wang@doj.ca.gov

*Counsel for Plaintiff State of California*

By: */s/ Lee Istrail*
Ashley Moody, Attorney General
R. Scott Palmer, Special Counsel, Complex Enforcement Chief, Antitrust Division
Nicholas D. Niemiec, Assistant Attorney General
Lee Istrail, Assistant Attorney General
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

By: */s/ Daniel Walsh*
Christopher Carr, Attorney General
Margaret Eckrote, Deputy Attorney General
Daniel Walsh, Senior Assistant Attorney General
Charles Thimmesch, Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
cthimmesch@law.georgia.gov

*Counsel for Plaintiff State of Georgia*

4

By:    /s/ *Philip R. Heleringer*
Daniel Cameron, Attorney General
J. Christian Lewis, Executive Director of Consumer Protection
Philip R. Heleringer, Deputy Executive Director of Consumer Protection
Jonathan E. Farmer, Assistant Attorney General
Office of the Attorney General, Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Philip.Heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*

By:    /s/ *Christopher J. Alderman*
Jeff Landry, Attorney General
Christopher J. Alderman, Assistant Attorney General
Office of the Attorney General, State of Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
AldermanC@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

By:    /s/ *Scott Mertens*
Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for Plaintiff State of Michigan*

By:    /s/ *Stephen M. Hoeplinger*
Stephen M. Hoeplinger
Assistant Attorney General
Missouri Attorney General's Office
815 Olive St., Suite 200
St. Louis, Missouri 63101
Stephen.Hoeplinger@ago.mo.gov
*Counsel for Plaintiff State of Missouri*

By: */s/ Hart Martin*
Lynn Fitch, Attorney General
Hart Martin, Special Assistant Attorney General
Crystal Utley Secoy, Assistant Attorney General
Office of the Attorney General, State of Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Hart.Martin@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

By: */s/ Rebekah J. French*
Austin Knudsen, Attorney General
Rebekah J. French, Assistant Attorney General, Office of Consumer Protection
Office of the Attorney General, State of Montana
P.O. Box 200151
555 Fuller Avenue, 2nd Floor
Helena, Montana 59620-0151
Rebekah.french@mt.gov

*Counsel for Plaintiff State of Montana*

By: */s/ Rebecca M. Hartner*
Rebecca M. Hartner, Assistant Attorney General
Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney General
C. Havird Jones, Jr., Senior Assistant Deputy Attorney General
Mary Frances Jowers, Assistant Deputy Attorney General
Office of the Attorney General, State of South Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
RHartner@scag.gov

*Counsel for Plaintiff State of South Carolina*

By: /s/ *Gwendolyn J. Lindsay Cooley*
Joshua L. Kaul, Attorney General
Gwendolyn J. Lindsay Cooley, Assistant Attorney General
Wisconsin Department of Justice
17 W. Main St.
Madison, Wisconsin 53701
Gwendolyn.Cooley@Wisconsin.gov

*Counsel for Plaintiff State of Wisconsin*