IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                              Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER**

Plaintiffs' Motion to Expedite Briefing of Plaintiffs' Motion to Compel Production of Documents and Data Cited in Expert Reports of Edward A. Fox and Mark A. Israel is GRANTED. Google shall file its memorandum of points and authorities in opposition to Plaintiffs' Motion to Compel Production of Documents and Data Cited in Expert Reports of Edward A. Fox and Mark A. Israel by August 10, 2022. Plaintiffs shall file their reply memorandum by August 12, 2022.

Dated: August _____, 2022

_____
Hon. Amit P. Mehta
United States District Court Judge