IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>               Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>               Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America hereby gives notice that the undersigned, Thomas DeMatteo, hereby withdraws as counsel in the above-captioned matter.

                                                      Respectfully submitted,

                                                      /s/ *Thomas DeMatteo*
                                                      Thomas DeMatteo
                                                      U.S. Department of Justice
                                                      Antitrust Division
                                                      450 Fifth St. NW
                                                      Washington, DC 20530
                                                      Tel: (202) 705-8392
                                                      Fax: (202) 305-4766
                                                      thomas.dematteo@usdoj.gov

                                                      *Counsel for United States of America*

Dated: August 10, 2022

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2022, I electronically filed the foregoing Notice of Withdrawal of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such to all counsel of record.

/s/ *Thomas DeMatteo*
Thomas DeMatteo
U.S. Department of Justice
Antitrust Division
450 Fifth St. NW
Washington, DC 20530
Tel: (202) 705-8392
Fax: (202) 305-4766
thomas.dematteo@usdoj.gov

*Counsel for United States of America*