AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20cv3010-APM |
| Google LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California

Date:   08/12/2022

/s/ Henry H. Cornillie
*Attorney's signature*

Henry H. Cornillie (California SBN 324821)
*Printed name and bar number*

455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
*Address*

Henry.Cornillie@doj.ca.gov
*E-mail address*

(415) 510-3526
*Telephone number*

*FAX number*