IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America, *et al.*,

            Plaintiffs,

v.

Google LLC,

            Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Compel Production of Documents and Data Cited in Expert Reports of Edward A. Fox and Mark A. Israel, the motion is hereby GRANTED. Google shall (1) produce four previously withheld documents related to the 2020 data reduction experiment discussed in Dr. Fox's expert report including all previously withheld or redacted linked attachments to those documents; (2) conduct a reasonable search of its privilege log to locate and produce any additional documents related to the experiment that have been withheld; and (3) permit Plaintiffs to question Prabhakar Raghavan, Philipp Schindler, and Hal Varian about the experiment at their upcoming depositions. Moreover, Google shall produce all data, including the full raw dataset, underlying calculations in the Israel Report and a data dictionary for the raw dataset.

Dated: August _____, 2022

                                                                                  _____
                                                                                  Hon. Amit P. Mehta
                                                                                  United States District Court Judge