IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )      CV No. 20-3010
       vs.                         )      Washington, D.C.
                                   )      August 24, 2022
GOOGLE LLC,                        )      2:30 p.m.
                                   )
          Defendant.               )
_____)


TRANSCRIPT OF
STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For DOJ Plaintiffs:          Kenneth M. Dintzer
                             Richard Cameron Gower
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov
                             Email: richard.gower@usdoj.gov
For Plaintiff
State of Colorado:           William F. Cavanaugh, Jr.
                             PATTERSON BELKNAP
                             WEBB & TYLER LLP
                             1133 Avenue of the Americas
                             Suite 2200
                             New York, NY 10036-6710
                             (212) 335-2793
                             Email: wfcavanaugh@pbwt.com

APPEARANCES CONTINUED:

For Defendant Google:        John E. Schmidtlein
                             WILLIAMS & CONNOLLY LLP
                             725 12th St., NW
                             Washington, D.C. 20005
                             (202) 434-5000
                             Email: jschmidtlein@wc.com


Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                   P R O C E E D I N G S
 2          COURTROOM DEPUTY:  Good afternoon, Your Honor.
 3   This is Civil Action 20-3010, the United States of America,
 4   et al., versus Google LLC.
 5          Kenneth Dintzer and Cameron Gower on behalf of the
 6   DOJ Plaintiffs.
 7          William Cavanaugh on behalf of the Colorado
 8   Plaintiffs.
 9          And John Schmidtlein on behalf of the Defendants.
10          And, Your Honor, we cannot hear you yet.  Thanks.
11          THE COURT:  Okay.  How about now?
12          COURTROOM DEPUTY:  Now we can.  Thank you.
13          THE COURT:  I always have to toggle back and forth
14   on this microphone.
15          All right.  Good afternoon, everybody; I hope
16   everybody is doing well.
17          I hoped we would be together in person, but let's
18   put it this way, health protocols require me to be in the
19   basement of my home.  So that's the reason we had to switch
20   to virtual at the last minute.
21          So in any event, so we've heard news that one of
22   the three issues has been resolved by the parties, so I'm
23   pleased to hear that.  And so I think, hopefully, today will
24   be relatively short.
25          We've got -- I'd hoped to sort of for any general
```

 1   updates that the parties would like to provide, let's start

 2   there.  We have the two disputed issues, and then I wanted

 3   to talk about what you all have -- to the extent that you've

 4   thought further about the September 8th presentation, where

 5   things stand on that front.

 6          So why don't we start with Mr. Dintzer, and then

 7   we'll turn to Mr. Cavanaugh and Mr. Schmidtlein.

 8          MR. DINTZER:  Thank you, Your Honor.  May it

 9   please the Court.

10          The parties are making progress in expert

11   discovery.  We have exchanged rebuttal expert reports now.

12   Those were due on August 5th.  So that's the second round of

13   reports.

14          We served four reports.  The Colorado/Nebraska

15   Plaintiffs served one report, and Google served six reports.

16          And if you're keeping score here, Google has its

17   total of eight declared experts.  There were no new experts

18   on the second round.  The U.S. Plaintiffs have six.  There

19   was one new expert on the second round.  And the

20   Colorado/Nebraska plaintiffs have two.  There were no new

21   experts on the second round.

22          We served our rebuttal to the Fox report.  As the

23   Court will recall, the Court gave us two extra weeks.  We

24   served that on August 19th, as per the July 14th Minute

25   Order, so that was also timely.  And so we are all set with

1   respect to the reports that have been produced.  We have one

2   more round of expert reports that will be coming.

3          The depositions that the Court ordered to be

4   reopened have begun.  We've taken four of the permitted

5   depositions.  We have two that are scheduled, and then one

6   which has been noticed, which the Court will see in the

7   order that -- in the proposed order that parties have

8   provided, it provides for the scheduling of the final one

9   that Google has asked that that be pushed to October because

10  of conflicts with that individual and we didn't have an

11  opposition as part of the entire package of that proposed

12  order.  So that's the final one.  If the Court signs off on

13  that order, that would be done outside of the window that

14  the Court had otherwise provided but per the parties'

15  agreement.

16         Let's see.  With respect to -- and then the

17  Colorado/Nebraska Plaintiffs have scheduled two additional

18  reopened depositions for witnesses that the Court has

19  provided.

20         With respect to linked documents, I know that

21  there's an issue on that.  But separate from that issue,

22  Google has produced five new linked documents toward the

23  500 -- I'm sorry, the 200 cap that the Court has allowed.

24  And so what happened is on August 1st, we requested 38

25  linked documents and Google produced five.  It's important

1    for the Court to understand that not every request produces

2    a linked document.

3            THE COURT:  Right.

4            MR. DINTZER:  Sometimes withheld on privilege.

5    And sometimes it turns out we already had them and we didn't

6    have a link connecting them so we didn't know we had them.

7    So right now the score is 5 out of 200 on actually producing

8    new documents.  And on August 17th, we served a second

9    request of 29 missing link and we're awaiting Google's

10   response, which we understand is due today.

11           On the subject of privilege, Google continues to

12   produce de-privileged documents.  As we find individual

13   documents that we have concerns about, we raise those with

14   Google on a document by document basis.  Thirteen documents

15   were de-privileged and produced last week.

16           And that leaves us only with the disputed issues,

17   Your Honor.

18           THE COURT:  Okay.

19           Quick question, Mr. Dintzer.  Where are you all --

20   I take it -- well, let me ask this.  Have steps been taken

21   to start scheduling the expert depositions?

22           MR. DINTZER:  We have not communicated with Google

23   yet.  We've started gathering the information that will be

24   necessary to communicate with Google.  I would expect that

25   we'd be reaching out to them sometime next week and start

1    that process.

2            THE COURT:  I may ask your view on the linked

3    issue when we talk about that further.

4            Okay.  Thank you, Mr. Dintzer.

5            Mr. Cavanaugh, anything you'd like to add?

6            MR. CAVANAUGH:  No, Your Honor.  I think

7    Mr. Dintzer covered the two points I was going to make.

8            We have two depositions; one tomorrow, one next

9    week, that we noticed.  And we served one rebuttal report

10   from our expert, Dr. Baker.

11           THE COURT:  Okay.

12           MR. CAVANAUGH:  That's it.

13           THE COURT:  All right.  Thank you.

14           Mr. Schmidtlein.

15           MR. SCHMIDTLEIN:  Nothing from Google, Your Honor.

16   We're proceeding to respond to the various discovery issues,

17   the expert issues, and I think we're, as of right now,

18   I think we're on track.

19           THE COURT:  Okay.  Terrific.

20           All right.  Well, let's turn then to the two

21   issues that are in dispute.  Why don't we start with the

22   Dr. Israel issue and the raw data, if you will, backup --

23   well, I'll just call it the underlying data.

24           Let me just ask the following, which is, you know,

25   the CMO provides that each party will produce, I'm quoting

1   here, "all programs and codes necessary to recreate the

2   calculations from the initial raw data files, and including

3   the intermediate working data files that are generated from

4   the raw data files and used in performing the calculations

5   appearing in the report."

6            What was a little unclear to me, and you all

7   probably have greater insight into this since you drafted

8   the CMO, what you meant by interworking data files and

9   whether what Dr. Israel relied upon can be reasonably

10  construed as an intermediate working data file or, as

11  I think Google is construing it to be, raw data files, and

12  so I was a little unclear about that.

13           And maybe I'm even putting the cart before the

14  horse in the following sense; that Google has said that this

15  is really a moot issue, the government disagrees, and

16  perhaps you all have talked about why the government

17  disagrees and whether the additional data that's been

18  produced by Google satisfies, at least in Google's mind,

19  satisfies the government's request.

20           So maybe let's take that latter issue first.  And,

21  Mr. Schmidtlein, if you want to start by addressing that

22  question and then I can turn to Mr. Dintzer.

23           MR. SCHMIDTLEIN:  Yes, Your Honor.  Thank you.

24           I think this language about sort of intermediate

25  data files, I think it's fair to say this is a bit of a term

of art in antitrust cases, in particular where it is

oftentimes the case that the economic analyses that the

economists perform in particular require almost like

multiple steps of execution of data.

And so that the idea, I believe, behind this type

of all inclusive language, it is to make sure that the other

side gets not only the raw -- sort of the underlying data,

but then they see, you know, it may be that an expert sort

of has to go through six or seven or eight different steps

of calculations before you yield the final results.  This is

most frequently -- Your Honor's familiar with like

regression analyses, those types of things.

THE COURT:  Right.

MR. SCHMIDTLEIN:  Thankfully, we're not dealing

with regression analyses like in the most typical antitrust

context here.

But I don't believe that for present purposes, and

obviously my colleagues on the other side can disagree,

I don't believe we're really, at this juncture, fighting

about sort of the intermediate files.

I think we have produced -- and now with sort of

disaggregated data, I think they've got a very good snapshot

about, from like the bottom up with the query-hashing issue

resolved for privacy reasons, I think they've got a good

picture of the underlying data that was used and the various

1    calculations that were performed to yield the final results

2    that are set forth in tables in Dr. Israel's report.

3           I think to the extent there's an outlying -- or an

4    outstanding dispute, it's whether they should be able to

5    actually get additional data that Dr. Israel didn't use or

6    never saw or anything like that, and I think that's sort of

7    where the dispute lies.  But that's my take on this for the

8    intermediate file and some of the issues that you raised.

9           THE COURT:  And can I ask, so I understand, the

10   data that Dr. Israel relied upon, was that data that was

11   pre-existing data or was that data prepared for the report

12   and his analysis?

13          MR. SCHMIDTLEIN:  The data itself, the underlying

14   data itself, was pre-existing, what we call "panels data,"

15   that Google had in the ordinary course of its business.

16          And I think we may have referred to it.  I sort of

17   liken it to Nielsen data that Your Honor might be familiar

18   with, where, you know, people sign up and they agree to sort

19   of record, or now you can do it electronically, but to

20   basically allow outside parties with consent and contracts

21   and all of that, to sort of monitor and record, like, what

22   are their viewing habits on TV.

23          This is loosely, and I say that guardedly, loosely

24   analogous to that but in an Internet sort of related

25   context.  And it's users who are allowing people to observe

1    various activity that they have on the Internet.

2          And what Dr. Israel did was look at a sort of a

3    narrow slice of that data that pertained to how the users

4    operated using general search engines and specialized

5    vertical search engines and sort of queries that he gathered

6    that related to certain of the -- certain verticals that are

7    prominently featured in this case.

8          And what I think the dispute here is, is we have

9    produced everything, in our view, that relates to his

10   analysis, and they're saying, we want all the panels data;

11   in other words, like it's as if somebody did a Nielsen study

12   of what sports do people watch on TV, and the other side

13   says, well, I want everything about everything they watch on

14   TV, whether you say it's sports or not, we want everything

15   that they're watching all the time so we can kind of peruse

16   through that and see what we think of that, and that,

17   I think, I've tried to come up with the best analogy to make

18   it understandable even to myself.  That's, I think, kind of

19   where we are.

20         THE COURT:  Okay.  All right.  That's helpful.

21   Thank, Mr. Schmidtlein.

22         Let me turn to Mr. Dintzer and get his take on

23   this and where he thinks the delta is in terms of what the

24   government's asking for and what it's received.

25

1          MR. DINTZER:  Thank you, Your Honor.

2          I'm going to introduce to the Court Mr. Gower

3    who's been working on this and who will be addressing this

4    for the United States.

5          THE COURT:  Okay.  Hi, Mr. Gower.

6          MR. GOWER:  Hello, Your Honor.

7          So I want to address a couple things that you

8    raised there.  The first is about the raw data and the final

9    data.

10         Actually, let me start first with what the

11   Google -- raw Google panel's data is.  That's a dataset that

12   Google creates about all the online activity that its Google

13   panelists do.  That's a spreadsheet like you've probably

14   seen before with rows and columns.

15         Now, Google deleted lots of rows and unknown

16   number of columns before giving us that data.  So at a basic

17   level, we're asking for the rest of the rows and columns to

18   make sure that the rows and columns that we got weren't

19   cherry-picked or suffering from some other problem.

20         And you noted the terms of the CMO and I think it

21   hits it pretty well.  The CMO speaks about raw data and it

22   speaks about the final data that the expert uses.  And it

23   mentions intermediate data, which is something that can be

24   generated by economics code.

25         Here, we got the final data, that's the curated

1  data that Dr. Israel used.  We did not get the raw data.
2  That's the data that exists in the ordinary course.  I don't
3  think you got a direct answer to that question.
4          The data that Dr. Israel used was not the ordinary
5  course data.  It was a curated and aggregated set of the
6  ordinary course data.  We're asking for the ordinary course
7  data.
8          On the sports analogy, it's more like if you were
9  studying sports and then provided only the data for the
10 Philadelphia Flyers.  We'd like to see the other teams and
11 some other leagues, and so probably some other sports as
12 well.
13         THE COURT:  Well, let me ask this.
14         MR. SCHMIDTLEIN:  Let me make a correction to
15 Mr. Gower, Your Honor.
16         Mr. Gower's flat-out wrong when he says he doesn't
17 have the underlying data.  That was subsequently produced
18 and they have the underlying data.  So I'd suggest Mr. Gower
19 go back and double-check.
20         MR. GOWER:  Your Honor, if I may?
21         THE COURT:  Sure.
22         MR. GOWER:  The underlying data is the full
23 spreadsheet, the full Google panel's data spreadsheet.
24         As I said, Google has given us select columns and
25 select rows.  We're asking for the full underlying dataset

 1   to prevent -- to ensure that there's been no cherry-picking

 2   or other problems in the curation of the data that

 3   Dr. Israel used.

 4          THE COURT:  So, Mr. Schmidtlein, I guess the

 5   question is to you, which is, is that an accurate

 6   representation, from your perspective, of whatever

 7   underlying data has been produced, that it was anything less

 8   than 100 percent of whatever spreadsheet it may be, and if

 9   it's less than 100 percent, sort of what parameters Google

10   used to reduce the data?

11          MR. SCHMIDTLEIN:  Yeah.  I mean, first of all,

12   I reject Mr. Gower's sort of characterization that we've

13   deleted things or anything else.  That's just incorrect.

14          What Mr. Israel did -- or Dr. Israel did was, he

15   asked for specific user behavior with respect to the four

16   general search engines that are -- that the United States

17   has put at issue in this case, the four search engines they

18   say make up the general -- the relevant market.  So we've

19   looked at those and we have identified, again, based on a

20   number of the verticals that both the states and the

21   United States have put at issue, we've looked at categories

22   of queries that go to those types of search engines, and so

23   that's the data that was sort of extracted.

24          From the very beginning we have made clear, no, we

25   did not produce all of the panel's data relating to any and

1   all user behavior.

2          THE COURT:  Sure.

3          So just to point -- you'll forgive me if I'm being

4   sort of reductive about this, but, for example, if one of

5   your panelists put in a search query about, you know, a

6   particular type of medicine or they were looking to purchase

7   Rogaine, that is the kind of data that you have not supplied

8   to the government.  Is that fair?

9          MR. SCHMIDTLEIN:  No.  I believe we have supplied

10  that in connection with sort of the categories -- in other

11  words, Dr. Israel looked at flights and hotels or whatever,

12  he looked at very specific verticals, and I believe we have

13  now produced the queries that were classified as falling

14  within a particular vertical.

15         THE COURT:  Right.

16         But my question is a slightly different one which

17  is, I understand -- I thought I understood you to say that

18  the panel data includes more data and more queries than are

19  relevant to Dr. Israel's analysis.

20         MR. SCHMIDTLEIN:  That's correct.

21         THE COURT:  So that's the reason for my example,

22  that if some panelist is looking for where to buy Rogaine,

23  then that's not the kind of data that would have been

24  produced?

25         MR. SCHMIDTLEIN:  That's correct.

1          THE COURT:  Okay.  Did you --

2          MR. GOWER:  Your Honor, if I may?

3          THE COURT:  Sure.

4          MR. GOWER:  So Dr. Israel studied five categories

5    of online searches.  The five categories were automobiles,

6    shopping, flights, hotels, and financial searches.  So any

7    search that did not fall within those categories would not

8    have been included in the data.

9          So we'd like to study -- to make sure that the

10   right searches were put into the data and not left out, we'd

11   like to study categories that were not included.  So

12   searches for restaurants, for example, wouldn't have been

13   included in the data.

14         And even the example you gave may or may not be in

15   the data and we can't know.  If it's categorized as a

16   shopping search because you're looking for a hair product,

17   that would be in the data.  If it's a health search because

18   you're looking about a health condition, it would not be in

19   the data.

20         THE COURT:  I guess the question is, how -- what

21   would satisfy the government to learn, short of producing

22   all of the data, to satisfy you that you've got the searches

23   that had been categorized under those relevant worlds?

24         MR. GOWER:  Unfortunately, Your Honor, I don't

25   think there's anything less, because an important assessment

1    is to see whether something was excluded from the data that

2    should have been put in.  That's one important thing to do.

3    And we can't know that if we can't see what was excluded.

4         So if Dr. Israel determined that something was not

5    a shopping query but it actually was, suppose a search for a

6    garden bed --

7         THE COURT:  But I don't -- maybe I'm missing

8    something, you'll forgive me, but I don't understand

9    Dr. Israel to have made that determination.

10        MR. GOWER:  Well, Google paid --

11        THE COURT:  Well, Dr. Israel got whatever data

12   that Google has, that Google itself prepared, and it's

13   pre-existing data, and somebody or some algorithm made

14   determinations about what category searches fall in.

15        Dr. Israel wasn't doing that.  Rather, he got the

16   raw data as to each of those search categories.

17        MR. GOWER:  So we don't know who selected --

18        THE COURT:  Am I wrong about that?

19        MR. GOWER:  Go ahead.

20        MR. SCHMIDTLEIN:  That's correct, Your Honor.

21   I mean, Google, in the normal course, does sort of classify

22   queries by certain categories and they've got algorithms or

23   they've got ways that I think this happens and Dr. Israel

24   relied upon that.

25        I don't think Dr. Israel was staring and his staff

```
 1    were looking on a query-by-query basis and saying this one's
 2    in, this one's out, this one's in, this one's out.
 3              THE COURT:  Right.
 4              MR. GOWER:  Your Honor, if I may address that.
 5              We don't know who selected the five categories;
 6    google has avoided answering that question.  It could have
 7    been Dr. Israel who said, give me the queries, give me
 8    automobile queries, give me shopping queries, and listed off
 9    just five categories, and then Google went and picked
10    whatever it deemed fit within those categories.
11              THE COURT:  Again, maybe I'm misunderstanding
12    here, but I thought -- I understood Mr. Schmidtlein to say
13    that these were pre-existing -- this is pre-existing data
14    that had already been categorized by Google, separate and
15    apart from this litigation, such that, say there are 20
16    categories in which Google has classified searches,
17    Dr. Israel asked for five and he got the data, the raw data,
18    relating to the five, not the underlying searches, not the
19    remaining 15.
20              And if that's how this all happened, it's not
21    clear to me why the other 15 categories are relevant and
22    what the United States hopes to accomplish by trying to
23    parse precisely what specific -- how Google put certain
24    searches in certain categories.
25              So I mean, that's how I see -- am I missing
```

1    something here?  But that's how I understand this all to

2    have happened.

3            MR. GOWER:  Let me try to explain it a different

4    way.

5            The categories -- these are categories that are

6    trying to be -- that searches from across the Internet are

7    trying to be put in, not just on Google.com, this would

8    include Priceline, it would include Bank of America, all

9    sorts of websites.

10           THE COURT:  Right.

11           MR. GOWER:  And Google, in preparing this data,

12   analyzed URLs -- this is made to order for this

13   litigation -- analyzed URLs to try to figure out which

14   category searches on other websites like Priceline, which

15   categories those fit into.

16           Those were not preexisting categories.  They were

17   invented for this litigation.  Someone at Google picked them

18   and put them in those buckets, and we want to be able to

19   test if they put them in the right buckets.

20           And we also want to be able to test what the other

21   buckets look like, because restaurants searches, for

22   example, are relevant.  And if Dr. Israel selected only the

23   five that are best for him and there are 20 more that are

24   great for the United States, we need to be able to see that

25   his data was cherry-picked, and we can't see that without

1    the raw data.

2          THE COURT:  Mr. Schmidtlein.

3          MR. SCHMIDTLEIN:  Your Honor, again, Google

4    classifies queries sort of in the ordinary course.

5    Dr. Israel asked for queries that fell within certain

6    categories and Google gathered that data and transmitted it

7    in the format that we've described.

8          THE COURT:  Well, let me ask this,

9    Mr. Schmidtlein.  Once Dr. Israel made the request for these

10   particular categories, was there any further subjective --

11   was there any further subjectivity applied in determining

12   which searches ended up in the category data, or did Google

13   just simply turn over the category data as it already had

14   categorized it?

15         MR. SCHMIDTLEIN:  I think it's the latter, in the

16   sense that Google has ways that they, in the ordinary

17   course, classify queries, and that was applied to this data

18   and then handed over to Dr. Israel.

19         MR. GOWER:  Your Honor, if I may?

20         THE COURT:  Sure.

21         MR. GOWER:  The pre-existing categories exist for

22   Google's own searches but they do not categorize every

23   search entered on every vertical search engine across the

24   Internet, such as Priceline.  That categorization was done

25   specific for this litigation, and it was done based on URLs,

 1    the full extent of which we don't even have.

 2            And there's one more problem about this, if you'll

 3    indulge an example.  The data was filtered based on whether

 4    a search happened in the first place because the data covers

 5    not just searches but other online conduct.

 6            We have no idea who or how it was decided whether

 7    some form of online conduct was a search but from the

 8    intermediate -- excuse me, from the partial raw data that

 9    we've now received it, looks like Google is counting things

10    like entering your user name and password into a website as

11    a search.  And of course that's not true and we need the

12    rest of the data to be able to check to see if that's the

13    case.

14            So there is subjectivity and there's room for

15    error even on something as simple as filtering for whether

16    something is a query.  And if we're not able to check

17    whether that was done correctly, no one will be able to.

18            MR. SCHMIDTLEIN:  These are arguments I'm hearing

19    for the first time.  I have no idea what Mr. Gower is

20    talking about.

21            THE COURT:  Look, I will say the following, which

22    is, it sounds to me like there is some -- that you all

23    aren't reading from the same factual playbook on this.

24            And to the extent the United States wants to

25    understand how Google categorized or put searches from this

1    panel data into the particular categories that Dr. Israel

2    ultimately received, I'm not sure that's the way to do that

3    is to provide you with all the other data.  I'm sure that's

4    one way to do it.  But given what this other data is,

5    I'm not sure that's an appropriate thing to do.

6            I presume there is someone who can provide the

7    factual answers you're looking for, and it was some Google

8    engineer who can tell you how she turned the data --

9    collected the data and turned it over upon Dr. Israel's

10   request.

11           It seems to me once you got the answers to those

12   questions, you probably have the answers to the questions

13   that you need to satisfy yourself that Google hasn't

14   cherry-picked this data.  And if you find, for example,

15   that -- well, let me just leave it at that.

16           MR. GOWER:  Fair enough, Your Honor.

17           I'll note that if there is a mistake in the way

18   the data was collected, we're not -- unless we have the raw

19   data, we're not going to be able to do the calculations

20   correctly and show what the results should have been.

21   That's part of the reason why we need the raw data, to do it

22   correctly when we spot an error.

23           THE COURT:  Okay.

24           Well, look, here's where I'm going to leave it,

25   which is, I suggest that Mr. Schmidtlein, to the extent he

```
 1   has not yet, identify who it is inside of Google that
 2   assisted Dr. Israel in collecting this data or collected the
 3   data for Dr. Israel and figure out the answers to some of
 4   the questions that you have.  And if you're not satisfied
 5   with those answers, we can take this up at a later time.
 6          But I will tell you, I am very reluctant to --
 7   these datasets sound like, one, not just -- to call them
 8   large is undoubtedly an understatement, but, you know, this
 9   undoubtedly also involves fairly intimate and personal
10   information, even if, you know, the actual individuals who
11   conducted the searches or did the searches on panels are
12   anonymized.
13          And then we'd also just talking about a whole
14   bunch of irrelevant information.  I would think the
15   government would concede some percentage of it, and perhaps
16   a great percentage of it, is not relevant.  So let's leave
17   it there.
18          I'll -- why don't you all continue your dialogue
19   about this.  Like I said, I think there's got to be some
20   warm body inside of Google that can answer the questions the
21   government has.  And if you're not satisfied at the end of
22   the day, you can let me know.  We're back together in a
23   couple weeks on September 8th and hopefully that's enough
24   time for you all to work through this and we can revisit
25   this issue then, okay?
```

1          MR. GOWER:  Thank you, Your Honor.

2          THE COURT:  All right.

3          All right.  Let's turn then to the other

4    outstanding issue and that is the linked documents.  And the

5    states have asked for, essentially, that the linked

6    documents in records that the experts have relied upon not

7    count towards the 200 cap that I imposed, I think it was at

8    the last hearing or the hearing prior.

9          Let me just leave this impression and get your

10   response, Mr. Cavanaugh.  If I'm understanding

11   Mr. Schmidtlein correctly and what they've said is that the

12   expert data, the expert documents that the experts relied

13   upon, were in a closed virtual document room, for lack of a

14   better description, and it's not as if that some document

15   that had links in it, that they rely upon, they were then

16   able to click on the link in the document and follow that

17   link all the way through.  If that's right, that sort of by

18   definition means that the expert did not rely on the linked

19   document, unless, of course, unless, of course, the linked

20   document is somewhere separately in that database.  And if

21   that's the case, then it's not clear to me why we need those

22   records.

23          Now, maybe you need, you know, one -- some number

24   of them because you want to test whether the expert's

25   understanding of that particular document and what those

documents say is tied to whatever linked document was

identified in the actual document that they relied upon.

But it seems to me you're asking for every linked record

that appears in one of these documents even if --

regardless -- well, not even regardless -- the experts

didn't rely on those things, and so it's not clear to me why

we need to essentially give an exception to allow you to get

every single linked document, even though the experts relied

on them.

MR. CAVANAUGH:  Well, Your Honor, I think you've

identified exactly what the issue is.

We accept that the experts did not look at the

linked documents.  They looked at the document that's cited

in their expert report, which then referenced linked

documents, which go to, in the examples we provided, the

document the expert relied on has some conclusory statement,

some statement about the success of Google flights, for

example, and then cites a good number of linked documents

relating to the subject matter of that document.  We should

have the ability to look at those documents to be able to

test the conclusion that the expert drew from that document

because that document is based on underlying linked

documents.

You know, to give you an example, Your Honor, and

it's important to remember we're doing this in the context

1  of expert discovery and I'm old enough to remember expert

2  discovery before there were hyperlinked documents.

3          And essentially if an expert relies on that

4  document and the document then has citations to underlying

5  documents, I think we would be entitled to discovery of

6  those documents.

7          The problem here is that with linked documents,

8  you don't have to have a lot -- you don't get a lot of

9  information, whereas with citations in a document, it might

10 cite, you know, it's Mary Jones's memo of September 18th,

11 2018.  We don't have that kind of information with the

12 linked documents.  We just know the document the expert

13 relied on makes certain statements.  There are then

14 references to linked documents.

15          And, Your Honor, we tried to take a reasonable --

16          THE COURT:  Hang on, Mr. Cavanaugh.

17          And let me say this.  I actually think you did

18 take a reasonable approach to this.  I appreciate that you

19 were a little bit more scrutinizing of what you were going

20 to put in front of me, but I mean, just take a look, for

21 example, at page 8 of the Joint Status Report.  You've

22 produced Exhibit B and pasted that in here.

23          And it seems to me, and maybe there's more to this

24 and maybe this is just a single slide in a larger deck; but

25 it's not clear to me that if some expert is relying on this

1    particular document that is nothing more than just a list of

2    topics and links, that obtaining the links is going to tell

3    you very much about what the expert has done or not done.

4            Now, again, if there is some document that says,

5    you know, Google is excelling in this particular area and

6    there's a link, you know, I think maybe you've got something

7    to say here.  But it seems to me that when you're using this

8    as examples, making me question whether you're just asking

9    for every single link that appears in any document that

10   they've identified as something they've relied upon.

11           MR. CAVANAUGH:  Well, Your Honor, it's an 88-page

12   slide deck, that's what Exhibit B is, which Dr. Elzinga

13   cites ten different times, including saying, "Google's

14   documents make clear that the key to achieving these goals

15   to increase the company's ability to consolidate listings

16   from different SVPs create a better and cleaner user

17   experience."  And then there is this citation, which

18   Your Honor noted on page 8, which links all of the

19   underlying Google strategy papers.

20           Now, we may have some of them, we may have all of

21   them, but until we can look at the underlying documents, we

22   don't have the ability to test the conclusions Dr. Elzinga

23   is drawing from Exhibit B, over ten times.  I mean, that's

24   why we put in some criteria looking at documents that they

25   are citing to repeatedly.

```
1              THE COURT:  Right.

2              Like I said, that raises the question,

3    Mr. Cavanaugh, that we've addressed previously, which is --

4    or talked about previously, which is that, how do you know

5    you don't already have the linked document?

6              MR. CAVANAUGH:  Well, because --

7              THE COURT:  Go ahead.

8              Because I thought where we had left this was

9    Google would attempt to map with metadata what the link is

10   if you all asked if there were links that you all were

11   interested in.

12             MR. CAVANAUGH:  Well, we don't have the metadata

13   for the 17 documents we've identified.

14             THE COURT:  Okay.

15             MR. CAVANAUGH:  So without the metadata, we can't

16   seek to discover what are the links, because it starts with

17   the documents and we don't have the metadata.

18             THE COURT:  So isn't the answer getting the

19   metadata first?

20             I mean, look, I'm not trying to put this back on

21   you, although maybe it sounds like that, but, you know, if

22   you've got all this already and, you know, the only issue is

23   how you can link it up, quite literally, you know, it sounds

24   like the metadata is the key to being able to do that.  And

25   if you get the metadata, you'll be able to do it.
```

1          Mr. Schmidtlein.

2          MR. SCHMIDTLEIN:  Your Honor, I guess a couple of

3     observations here.  What we're really fighting about is

4     whether these requests count towards the 200.

5          THE COURT:  Right.

6          MR. SCHMIDTLEIN:  You heard Mr. Dintzer earlier

7     today talk about that they've made several requests, we've

8     made some productions.

9          We have -- I've told my people to interpret

10    Your Honor's order to mean if they ask for 25 documents and

11    it turns out we only have links to five, we will only count

12    it as five, even though we've had to go and run down and

13    manually search all 25.  Your Honor said 200 produced.  I've

14    said, interpret it as 200 produced, not 200 requests, even

15    if a bunch of them turn out to be dead ends.

16         I think they're like in single digits of their 200

17    document limit.  And when they made these requests to us, we

18    said, and as I counted the three documents in their motion,

19    I counted 12 links that they've pointed out in those three

20    documents.

21         You want those documents.  Our position is, fine,

22    we'll search for those documents, but they count towards the

23    200.  You don't get an exemption.  Our experts have cited --

24    and their experts are no different, our expert reports cite

25    over a thousand different documents.

1          So this idea that they get an exemption for

2   anything that an expert might have cited to is contrary,

3   we're right back to square one where we were with you in

4   June fighting over the reasonableness of -- and Your Honor

5   made a point very early on in this that was spot on, which

6   is, remember, these are only documents that will count

7   toward the 200 if they haven't already been swept up in the

8   massive document production we've already done.  So if they

9   want to make these requests on a document-by-document basis,

10  they can do so, but these count toward the 200.

11          THE COURT:  Is Mr. Cavanaugh right that -- let's

12  leave aside the count issue, well, you know, for some reason

13  his number is 138 as opposed to yours.  Sorry, they

14  requested 130.  But if they were -- you know, if you were to

15  provide them with the metadata as to each of -- you know, as

16  to some -- all of those links, would they then be able to

17  determine whether they already have the records?

18          MR. SCHMIDTLEIN:  I think we've provided the

19  metadata, but they should be able to already determine that.

20          THE COURT:  Mr. Cavanaugh is shaking his head.

21          MR. CAVANAUGH:  Your Honor, my understanding what

22  I've been told from our team is we do not have the metadata

23  for the 17 documents we've identified for which there are

24  138 links.  And, again, we came up with the 17 using the

25  criteria of three or more references by Dr. Elzinga.

1          Your Honor, in terms of counting towards the 200,

2   expert discovery is different.  I mean, these are documents

3   that their experts have decided to rely upon.

4          THE COURT:  Well, that's -- there's no -- perhaps.

5   But the bottom line, in my view, is this.  Before I start

6   monkeying with the number, you've got to satisfy me that, in

7   fact, you don't already have these documents.

8          These are actual legitimate requests to go look

9   for documents that you don't already have, and it seems to

10  me that if you don't have the metadata, then what you do is

11  ask for the metadata.  Nobody is objecting to getting the

12  metadata in the first instance and trying to track these

13  links down.  I don't hear Google objecting to that.  They,

14  in fact, think you have already.

15         MR. DINTZER:  Your Honor, may I be heard on this,

16  please?

17         THE COURT:  Hang on, Mr. Dintzer.

18         Mr. Cavanaugh, am I wrong about that?

19         MR. CAVANAUGH:  Your Honor, all I can represent to

20  the Court is my understanding is we do not have the

21  metadata.

22         Oh, I just got a note from someone:  No metadata

23  exists for these 17 documents.

24         THE COURT:  Okay.

25         Well, does that mean you didn't receive the

1    metadata or the metadata doesn't exist, period?  In other

2    words, Google has affirmatively told you there is no

3    metadata, which seems hard for me to believe?

4            MR. CAVANAUGH:  I don't know the answer to that

5    question, Your Honor.

6            THE COURT:  Okay.

7            MR. CAVANAUGH:  But as to these 17 documents and

8    as to the linked documents referenced in there, my

9    understanding is the metadata does not exist.

10           THE COURT:  Okay.  Or at least you don't have it,

11   let's put it that way.

12           MR. CAVANAUGH:  We certainly don't have it, but my

13   understanding is it does not exist.

14           THE COURT:  Mr. Schmidtlein, what's your -- to the

15   extent you have an understanding right now, do you know

16   whether these are metadata-free documents, which, again,

17   seems hard for me to believe, or have you -- have they just

18   not been produced or perhaps I guess the third option is

19   that there's just some confusion as to whether they've been

20   produced or not?

21           MR. SCHMIDTLEIN:  Well, the 17 documents have

22   obviously been produced.  They've got them.

23           THE COURT:  Right.

24           MR. SCHMIDTLEIN:  Some amount of metadata has to

25   have been produced with them.  I'm not aware of documents

that have been produced without metadata, but if there
was -- there obviously can be errors in productions or
things like that, that was not my understanding.

        And in terms of the metadata -- the question of
whether they should be able to figure out whether the linked
documents, they have those, because we've produced the
metadata for those -- I mean, I will double-check with my
team -- but we certainly have efforted to try to get that
data out so that they can, in fact, make those
determinations themselves.

        I understand that there may be difficulties on
their end doing it sometimes or the productions may not be
perfect, but that certainly has been the intention to try to
make that understandable on their side.

        THE COURT:  I mean, look, at the end of the day
when we were together talking about these links, my
intention, at least I thought it was at the time, was to
provide the plaintiffs with an opportunity to have Google go
get documents that they themselves were unable to get
because they didn't have them as links, that they weren't
themselves unable to link up whether, whether through
metadata or some other manner.

        And I guess what I'm hearing is that you all may
have every one of these documents, you're just not able to
figure that out.

1          MR. CAVANAUGH:  Your Honor, yeah.

2          THE COURT:  And --

3          MR. CAVANAUGH:  Just to be clear, these 17

4   documents do not have metadata identifying any links.

5          THE COURT:  All right.

6          So I think the first thing to ask ourselves or for

7   you all to ask or for Google to ask is were these documents

8   produced in some anomalous way that does not allow you to

9   track where the links end up.  And it seems to me if the

10  answer is -- well, I guess there's one of two answers.  One

11  is that there is metadata that should have been produced and

12  it wasn't, Google will produce that.  If there is no such

13  metadata, then I'm not even sure how Google could identify

14  what it link is in the first place.

15         MR. DINTZER:  Your Honor, could I just be heard on

16  this because I think I can inform the Court a little bit

17  about the metadata.

18         THE COURT:  Sure.

19         MR. DINTZER:  So Google has provided metadata.

20  First of all, they were supposed to provide metadata for

21  every single document produced, that was their obligation.

22         They have provided metadata but it has a lot of

23  holes in it, which is why, when we go to them with 28 links

24  and say, we need these, a bunch of times they're saying, oh,

25  we already have them, we just have to give you the metadata.

 1    So we're sort of doing that at a retail level, which we

 2    shouldn't have to do.  And we're supposed to get a new

 3    metadata overlay at the end of this week, which is supposed

 4    to cure some of this.

 5            But I think what the Court is sort of aiming

 6    towards, and I think that this would probably be a first

 7    step in what the states are asking for, and we fully support

 8    what the states are asking for, is that Google should go

 9    back and they should make sure that we have every link to

10    every expert -- every document that their expert cited.  Now

11    that, we're supposed to already have.  And so all they would

12    be --

13            THE COURT:  I guess I'll say this, Mr. Dintzer.

14    I'm not going to ask Google to go back and reanalyze every

15    single document to make sure that --

16            MR. DINTZER:  Not documents, Your Honor.

17    I misspoke.  Just the metadata.  They should make sure that

18    we have sufficient metadata for those thousand to make sure

19    that if we have the documents, we can put those together,

20    because, as I understand what the Court is saying, make sure

21    we don't have them.

22            We can't do that on our own, and right now we're

23    in a position where it's a retail process with Google where

24    we're doing it on a one-by-one basis, and we really

25    shouldn't be in that position.

```
1                THE COURT:  Okay.

2                Mr. Schmidtlein, your thoughts.

3                MR. SCHMIDTLEIN:  I know we're trying to correct,

4     to the extent that there are holes or there's sort of

5     technological glitches in some of the metadata that's

6     produced, I know my team is working to fix those.

7                And we don't like any more than they do sort of

8     running down, you know, requests that they already have,

9     like, that doesn't do us any good, so we're not trying to

10    put ourselves through that extra step.

11               THE COURT:  Right.

12               Like, I mean, I think it's quite obvious what the

13    first step needs to be and that is to ensure that states

14    have the metadata they need to determine whether they have

15    these linked documents or not.

16               And if after you get that metadata or whatever

17    metadata you get, you're still unable to obtain many of

18    these links, then I suspect you will either find out the

19    documents don't exist or you have them, then we might be in

20    a position to actually assess where you need to move the cap

21    up or not.

22               So let's do it that way.  Again, we're sort of

23    getting back together in a couple weeks and we can get an

24    update on that as well.  All right.

25               MR. CAVANAUGH:  That's fine, Your Honor.
```

1    Thank you.

2              THE COURT:  You're welcome.

3              Okay.  All right.  Before we turn then to our last

4    topic, anything else anybody wants to raise?

5              Okay.  Great.

6              So we have September 8 set aside for a tutorial,

7    for lack of a better term.  I think where we last left this

8    is each side would have three hours; we really didn't get

9    much beyond that.  I know Plaintiffs had asked for the

10   opportunity for rebuttal.  I think I said, well, this is

11   really not that kind of exercise.

12             There was also the issue of confidential records

13   and how to the extent confidential records or information to

14   the extent that that needed to be presented or intended to

15   be presented how it handle that.

16             So thoughts or anything else you all can let me

17   know about what you've been thinking about, how to pull this

18   off.

19             MR. SCHMIDTLEIN:  Your Honor, John Schmidtlein for

20   Google.

21             I guess the only issue that -- and I think we

22   should probably plan to meet with plaintiffs' counsel on

23   this, but as we're sort of putting the final touches on kind

24   of our presentation, the issue of confidentiality is a very

25   significant one, and we're thinking about a couple of

 1  different ways to try to deal with it.  Again, I have not

 2  had the opportunity yet to confer with Mr. Cavanaugh and

 3  with Mr. Dintzer on this, but any guidance you might give us

 4  would be welcome.

 5          You know, obviously there are third parties, as

 6  you're well aware, there, as a lot of third-party discovery

 7  in this case and some of that third-party discovery is quite

 8  relevant to the case.

 9          We are -- again, consistent with what we

10  understood Your Honor to be looking for here in terms of a

11  tutorial --

12          THE COURT:  Right.

13          MR. SCHMIDTLEIN:  -- try to stay at levels that

14  don't implicate that.

15          THE COURT:  Right.

16          Well, that was going to be my response, at least

17  in part, Mr. Schmidtlein, is, to the extent you all are

18  intending to present numbers, for example, you know, Google

19  data, financial information and the like, I'm not sure how

20  much of that I really need at this stage.  This is really

21  just about getting the framework in place.  You know, you'll

22  obviously have an opportunity at trial to fill in that

23  framework with whatever facts you think are helpful.

24          Look, I'm sensitive to the need to ensure that

25  some of this remain confidential.  But, again, if we're

1    thinking about what I'm asking of you all at a very high

2    level, it seems to me we ought to be able to minimize that.

3    I'm not looking to -- I don't think I need to learn, for

4    example, about nonpublic programs that Google has made an

5    effort to launch unsuccessfully or their competitors have

6    made an effort to launch unsuccessfully.

7            You know, this is hard for me to talk about in

8    terms of specifics because I don't know anything about what

9    the records look like and what the facts show.  But I will

10   say this; that I am prepared to, you know, proceed under

11   seal for some portion of this as needed, but I would urge

12   you all to try and minimize what needs to be put under seal.

13           What I did with the merger trial, the way this

14   works is we would -- and I suppose we may need to do this at

15   our trial next year, which is that we would put on the

16   public testimony and then to the extent that there was

17   confidential information that needed to be brought in,

18   either through direct examination or documents that would be

19   done at the end of the direct, any cross-examination about

20   the confidential information would follow immediately so

21   that we weren't opening and closing the courtroom doors any

22   more than we needed to.

23           You know, we don't have that much of a problem

24   here because this is a one-day event, but, you know, I'm

25   happy to do that it we need to do it.

1          MR. SCHMIDTLEIN:  Your Honor, I don't think that

2     that is going to be -- I don't think that's going to be

3     necessary and I think that just -- and I know I haven't done

4     this in other cases like you described; it is difficult to

5     keep the flow of the presentation when you have to sort of

6     cherry-pick bits and piece asks try to cobble them all

7     together in a confidential session at the very end.

8          One thing we were thinking about and I guess one

9     question I wanted to raise with you is, are the slides we're

10    going to share with you in advance, and I know we're going

11    to exchange, were you planning on making those public?

12         Because -- and here's -- let me give you part two

13    of my question, is that, because what I could imagine as a

14    possible solution here is that in those few instances where

15    we might want to get into something more confidential, we

16    could have it on the slide but we could talk about it to

17    you, presented in a way where we sort of direct you to the

18    slide but the slide's not broadly publicly available.

19         THE COURT:  So that's a good question,

20    Mr. Schmidtlein.

21         Look, without having thought about it completely,

22    my reaction is I would not make it public.

23         MR. SCHMIDTLEIN:  Okay.

24         THE COURT:  For two reasons.  One, you know, just

25    in my conversations with other judges who've attempted

1    something like this in complex cases is that that's sort of

2    their practice, they don't -- this is meant to be for the

3    judge.

4         I know some judges who have just completely closed

5    the whole session altogether; I'm not prepared to go that

6    far.

7         But, you know, this is really an opportunity just

8    to educate me and I don't want to make this any more

9    difficult than it needs to be.

10        Secondly, you know, something of what you just

11   described seems to me doesn't qualify as a judicial document

12   for which there's a presumption of publicity.  You know,

13   this isn't something that I'm going to rely on to make

14   rulings, it's not something that's going to be in a pleading

15   or any memorandum opinion, so I'm not -- I don't see the

16   need to make that kind of slide deck public.

17        MR. SCHMIDTLEIN:  Thank you, Your Honor.  That's

18   really helpful.

19        And I think if -- with that sort of understanding,

20   I think that we can probably put the slides together in a

21   way that we can then modulate how much we talk about it sort

22   of openly and direct Your Honor to it and I think we can

23   have a very fruitful exchange with you.

24        THE COURT:  That's fine, Mr. Schmidtlein.

25        And this obviously goes for Mr. Dintzer and

1   Mr. Cavanaugh too.  We obviously have the technological

2   capability that to the extent that slides are put up, if

3   some of them viewed, you know, some of them can be shown

4   publicly, if you ask them not to be shown publicly, we can

5   take down the public screen and just have --

6              COURT REPORTER:  Judge, you're cutting in and out.

7              THE COURT:  Sorry about that.

8              Well, no, I was simply saying, you know, we have

9   obviously the technology capability to the extent that any

10  slide deck or any slide within a deck is shown publicly, if

11  there's a public display and make it available only to

12  counsel and the Court.  So that's not a problem.

13             You know, and even if you're looking to not

14  display the slide deck publicly, I think that's probably

15  fine, too.

16             MR. SCHMIDTLEIN:  Thank you, Your Honor.

17             THE COURT:  Okay.

18             Mr. Dintzer, Mr. Cavanaugh, any questions or

19  thoughts from the both of you?

20             MR. CAVANAUGH:  Your Honor, no, that guidance is

21  helpful, because, you know, as Your Honor will see from our

22  perspective, this case isn't really about technology, it's

23  about business practices.  And so we'll be talking about

24  those business practices and providing a tutorial.

25             And I'm sure there will be some references to

1   things Google might treat as confidential, I don't think it
2   will be extensive, but I suspect such slides will exist and,
3   you know, handling it the way Your Honor suggested is
4   certainly an approach we'll talk to the United States about.
5           THE COURT:  All right.  Well, you know, if any
6   questions come up between now and then, just contact
7   chambers and we can easily get on a phone call and talk it
8   through.
9           But just in terms of timing, we do have the 8th,
10  so we'll just start at 9:30, we'll go till 12:30, break for
11  lunch, and then come back around 1:30 or so, and then go --
12  I'm sorry, right, come back at 1:30 and then go till the end
13  of the day.  We'll treat it like a usual trial day with some
14  breaks in the morning and a break in the afternoon.
15          And, look, you know, you don't have the use the
16  full three hours but, you know, if you feel like you need
17  to, that's okay, but, you know, sometimes brevity is better
18  than length.  So okay?
19          MR. SCHMIDTLEIN:  Thank you, Your Honor.
20          THE COURT:  All right.  Thank you, everybody.
21  Be well.  We'll see you in a couple weeks.
22          (Proceedings concluded at 3:32 p.m.)
23
24
25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__August 24, 2022_____      _____

**COURT REPORTER:**
**[1]** 42/6
**COURTROOM**
**DEPUTY: [2]** 3/2 3/12
**MR. CAVANAUGH:**
**[16]** 7/6 7/12 25/10
27/11 28/6 28/12 28/15
30/21 31/19 32/4 32/7
32/12 34/1 34/3 36/25
42/20
**MR. DINTZER: [8]** 4/8
6/4 6/22 11/25 31/15
34/15 34/19 35/16
**MR. GOWER: [16]**
12/6 13/20 13/22 16/2
16/4 16/24 17/10 17/17
17/19 18/4 19/3 19/11
20/19 20/21 22/16 24/1
**MR. SCHMIDTLEIN:**
**[26]** 7/15 8/23 9/14
10/13 13/14 14/11 15/9
15/20 15/25 17/20 20/3
20/15 21/18 29/2 29/6
30/18 32/21 32/24 36/3
37/19 38/13 40/1 40/23
41/17 42/16 43/19
**THE COURT: [65]**

**0**

**0340 [1]** 1/15

**1**

**100 [2]** 14/8 14/9
**10036-6710 [1]** 1/20
**1100 [1]** 1/14
**1133 [1]** 1/19
**12 [1]** 29/19
**12:30 [1]** 43/10
**12th [1]** 2/3
**130 [1]** 30/14
**138 [2]** 30/13 30/24
**14th [1]** 4/24
**15 [2]** 18/19 18/21
**17 [7]** 28/13 30/23
30/24 31/23 32/7 32/21
34/3
**17th [1]** 6/8
**18th [1]** 26/10
**19 [1]** 44/6
**19th [1]** 4/24
**1:30 [2]** 43/11 43/12
**1st [1]** 5/24

**2**

**20 [2]** 18/15 19/23
**20-3010 [2]** 1/4 3/3
**200 [12]** 5/23 6/7 24/7
29/4 29/13 29/14 29/14
29/16 29/23 30/7 30/10
31/1
**20001 [1]** 2/8
**20005 [1]** 2/3
**2018 [1]** 26/11
**202 [3]** 1/15 2/4 2/9
**2022 [2]** 1/5 44/10
**212 [1]** 1/21
**2200 [1]** 1/20

**25 [2]** 29/10 29/13
**2793 [1]** 1/21
**28 [1]** 34/23
**29 [1]** 6/9
**2:30 [1]** 1/6

**3**

**3010 [2]** 1/4 3/3
**307-0340 [1]** 1/15
**3249 [1]** 2/9
**333 [1]** 2/8
**335-2793 [1]** 1/21
**354-3249 [1]** 2/9
**38 [1]** 5/24
**3:32 [1]** 43/22

**4**

**434-5000 [1]** 2/4

**5**

**500 [1]** 5/23
**5000 [1]** 2/4
**5th [1]** 4/12

**6**

**6710 [1]** 1/20

**7**

**725 [1]** 2/3

**8**

**88-page [1]** 27/11
**8th [3]** 4/4 23/23 43/9

**9**

**9:30 [1]** 43/10

**A**

**ability [3]** 25/20 27/15
27/22
**able [17]** 10/4 19/18
19/20 19/24 21/12
21/16 21/17 22/19
24/16 25/20 28/24
28/25 30/16 30/19 33/5
33/24 39/2
**about [50]**
**above [1]** 44/4
**above-titled [1]** 44/4
**accept [1]** 25/12
**accomplish [1]** 18/22
**accurate [1]** 14/5
**achieving [1]** 27/14
**across [2]** 19/6 20/23
**Action [1]** 3/3
**activity [1]** 11/1 12/12
**actual [3]** 23/10 25/2
31/8
**actually [6]** 6/7 10/5
12/10 17/5 26/17 36/20
**add [1]** 7/5
**additional [1]** 5/17
8/17 10/5
**address [2]** 12/7 18/4
**addressed [1]** 28/3
**addressing [2]** 8/21
12/3
**advance [1]** 40/10

**after [1]** 36/16
**afternoon [3]** 3/2 3/15
43/14
**again [10]** 14/19 18/11
20/3 27/4 30/24 32/16
36/22 38/1 38/9 38/25
**aggregated [1]** 13/5
**agree [1]** 10/18
**agreement [1]** 5/15
**ahead [2]** 17/19 28/7
**aided [1]** 2/10
**aiming [1]** 35/5
**al [2]** 1/3 3/4
**algorithm [1]** 17/13
**algorithms [1]** 17/22
**all [51]**
**All right [2]** 34/5 36/24
**allow [3]** 10/20 25/7
34/8
**allowed [1]** 5/23
**allowing [1]** 10/25
**almost [1]** 9/3
**already [15]** 6/5 18/14
20/13 28/5 28/22 30/7
30/8 30/17 30/19 31/7
31/9 31/14 34/25 35/11
36/8
**also [5]** 4/25 19/20
23/9 23/13 37/12
**although [1]** 28/21
**altogether [1]** 41/5
**always [1]** 3/13
**am [5]** 17/18 18/25
23/6 31/18 39/10
**AMERICA [3]** 1/3 3/3
19/8
**Americas [1]** 1/19
**AMIT [1]** 1/10
**amount [1]** 32/24
**analogous [1]** 10/24
**analogy [2]** 11/17 13/8
**analyses [3]** 9/2 9/12
9/15
**analysis [3]** 10/12
11/10 15/19
**analyzed [2]** 19/12
19/13
**anomalous [1]** 34/8
**anonymized [1]** 23/12
**answer [5]** 13/3 23/20
28/18 32/4 34/10
**answering [1]** 18/6
**answers [6]** 22/7 22/11
22/12 23/3 23/5 34/10
**antitrust [2]** 9/1 9/15
**any [19]** 3/21 3/25
14/25 16/6 20/10 20/11
27/9 34/4 36/7 36/9
38/3 39/19 39/21 41/8
41/15 42/9 42/10 42/18
43/5
**anybody [1]** 37/4
**anything [9]** 7/5 10/6
14/7 14/13 16/25 30/2
37/4 37/16 39/8
**apart [1]** 18/15
**APPEARANCES [2]**

**alternatively [1]** 21/12
**appearing [1]** 8/5
**appears [2]** 25/4 27/9
**applied [2]** 20/11 20/17
**appreciate [1]** 26/18
**approach [2]** 26/18
43/4
**appropriate [2]** 22/5
**are [42]** 4/10 4/25 5/5
6/19 7/21 8/3 10/2
10/22 10/25 11/6 11/19
14/16 15/18 18/15
18/21 19/5 19/5 19/6
19/22 19/23 19/23
19/23 21/18 23/11
26/13 27/25 28/16
29/24 30/6 30/23 31/2
31/8 32/16 35/7 35/8
36/4 38/5 38/9 38/17
38/23 40/9 42/2
**area [1]** 27/5
**aren't [1]** 21/23
**arguments [1]** 21/18
**around [1]** 43/11
**art [1]** 9/1
**as [41]** 4/22 4/24 5/11
6/12 7/17 8/10 8/10
11/11 13/11 13/24
15/13 16/15 17/16
20/13 20/24 21/10
21/15 21/15 24/14 27/8
27/10 29/12 29/14
29/18 30/13 30/15
30/15 32/7 32/8 32/19
33/20 35/20 36/24
37/23 38/5 38/6 39/11
40/13 41/11 42/21 43/1
**aside [2]** 30/12 37/6
**ask [13]** 6/20 7/2 7/24
10/9 13/12 20/8 29/10
31/11 34/6 34/7 34/7
35/14 42/4
**asked [7]** 5/9 14/15
18/17 20/5 24/5 28/10
37/9
**asking [9]** 11/24 12/17
13/6 13/25 25/3 27/8
35/7 35/8 39/1
**asks [1]** 40/6
**assess [1]** 36/20
**assessment [1]** 16/25
**assisted [1]** 23/2
**attempt [1]** 28/9
**attempted [1]** 40/25
**August [6]** 1/5 4/12
4/24 5/24 6/8 44/10
**automobile [1]** 18/8
**automobiles [1]** 16/5
**available [1]** 40/18
42/11
**Avenue [2]** 1/19 2/8
**avoided [1]** 18/6
**awaiting [1]** 6/9
**aware [2]** 32/25 38/6

**B**

**back [10]** 3/13 13/19
23/22 28/20 30/3 35/9

35/14 36/23 43/11
43/12
**backup [1]** 7/22
**Baker [1]** 7/10
**Bank [1]** 19/8
**Barrett [1]** 2/7
**based [4]** 14/19 20/25
21/3 25/22
**basement [1]** 3/19
**basic [1]** 12/16
**basically [1]** 10/22
**basis [4]** 6/14 18/1
30/9 35/24
**be [67]**
**Be well [1]** 43/21
**because [20]** 5/9 16/16
16/17 16/25 19/21 21/4
24/24 25/22 28/6 28/8
28/16 33/6 33/20 34/16
35/20 39/8 39/24 40/12
40/13 42/21
**bed [1]** 17/6
**been [26]** 3/22 5/1 5/6
6/20 8/17 12/3 14/1
14/7 15/23 16/8 16/12
16/23 17/2 18/7 18/14
22/20 30/7 30/22 32/18
32/19 32/22 32/25 33/1
33/13 34/11 37/17
**before [8]** 1/10 8/13
9/10 12/14 12/16 26/2
31/5 37/3
**beginning [1]** 14/24
**begun [1]** 5/4
**behalf [3]** 3/5 3/7 3/9
**behavior [2]** 14/15
15/1
**behind [1]** 9/5
**being [2]** 15/3 28/24
**believe [7]** 9/5 9/17
9/19 15/9 15/12 32/3
32/17
**BELKNAP [1]** 1/18
**best [2]** 11/17 19/23
**better [4]** 24/14 27/16
37/7 43/17
**between [1]** 43/6
**beyond [1]** 37/9
**bit [3]** 8/25 26/19 34/16
**bits [1]** 40/6
**body [1]** 23/20
**both [2]** 14/20 42/19
**bottom [2]** 9/23 31/5
**break [2]** 43/10 43/14
**breaks [1]** 43/14
**brevity [1]** 43/17
**broadly [1]** 40/18
**brought [1]** 39/17
**buckets [1]** 19/18
19/19 19/21
**bunch [3]** 23/14 29/15
34/24
**business [3]** 10/15
42/23 42/24
**buy [1]** 15/22

**C**

**calculations [5]** 8/2

**C**

calculations... [4] 8/4 9/10 10/1 22/19
call [4] 7/23 10/14 23/7 43/7
came [1] 30/24
Cameron [1] 1/13 3/5
can [30] 3/12 8/9 8/22 9/18 10/9 10/19 11/15 12/23 22/6 22/8 23/5 23/20 23/22 23/24 27/21 28/23 30/10 31/19 33/2 33/9 34/16 35/19 36/23 37/16 41/20 41/21 41/22 42/3 42/4 43/7
can't [6] 16/15 17/3 17/3 19/25 28/15 35/22
cannot [1] 3/10
cap [3] 5/23 24/7 36/20
capability [2] 42/2 42/9
cart [1] 8/13
case [8] 9/2 11/7 14/17 21/13 24/21 38/7 38/8 42/22
cases [3] 9/1 40/4 41/1
categories [22] 14/21 15/10 16/4 16/5 16/7 16/11 17/16 17/22 18/5 18/9 18/10 18/16 18/21 18/24 19/5 19/5 19/15 19/16 20/6 20/10 20/21 22/1
categorization [1] 20/24
categorize [1] 20/22
categorized [5] 16/15 16/23 18/14 20/14 21/25
category [4] 17/14 19/14 20/12 20/13
Cavanaugh [13] 1/18 3/7 4/7 7/5 24/10 26/16 28/3 30/11 30/20 31/18 38/2 42/1 42/18
certain [7] 11/6 11/6 17/22 18/23 18/24 20/5 26/13
certainly [4] 32/12 33/8 33/13 43/4
Certified [1] 2/6
certify [1] 44/2
CH [1] 2/7
chambers [1] 43/7
characterization [1] 14/12
check [4] 13/19 21/12 21/16 33/7
cherry [5] 12/19 14/1 19/25 22/14 40/6
cherry-pick [1] 40/6
cherry-picked [3] 12/19 19/25 22/14
cherry-picking [1] 14/1
citation [1] 27/17
citations [2] 26/4 26/9
cite [2] 26/10 29/24
cited [4] 25/13 29/23

cites [2] 25/18 27/13
citing [1] 27/25
Civil [1] 3/3
classified [2] 15/13 18/16
classifies [1] 20/4
classify [2] 17/21 20/17
cleaner [1] 27/16
clear [7] 14/24 18/21 24/21 25/6 26/25 27/14 34/3
click [1] 24/16
closed [2] 24/13 41/4
closing [1] 39/21
CMO [4] 7/25 8/8 12/20 12/21
cobble [1] 40/6
code [1] 12/24
codes [1] 8/1
colleagues [1] 9/18
collected [2] 22/9 22/18 23/2
collecting [1] 23/2
Colorado [5] 1/18 3/7 4/14 4/20 5/17
Colorado/Nebraska [3] 4/14 4/20 5/17
COLUMBIA [1] 1/1
columns [5] 12/14 12/16 12/17 12/18 13/24
come [4] 11/17 43/6 43/11 43/12
coming [1] 5/2
communicate [1] 6/24
communicated [1] 6/22
company's [1] 27/15
competitors [1] 39/5
completely [2] 40/21 41/4
complex [1] 41/1
computer [1] 2/10
computer-aided [1] 2/10
concede [1] 23/15
concerns [1] 6/13
concluded [1] 43/22
conclusion [1] 25/21
conclusions [1] 27/22
conclusory [1] 25/16
condition [1] 16/18
conduct [2] 21/5 21/7
conducted [1] 23/11
confer [1] 38/2
CONFERENCE [1] 1/9
confidential [8] 37/12 37/13 38/25 39/17 39/20 40/7 40/15 43/1
confidentiality [1] 37/24
conflicts [1] 5/10
confusion [1] 32/19
connecting [1] 6/6
connection [1] 15/10
CONNOLLY [1] 2/2

consent [1] 38/9
consistent [1] 38/9
consolidate [1] 27/15
Constitution [1] 2/8
construed [1] 8/10
construing [1] 8/11
contact [1] 43/6
context [3] 9/16 10/25 25/25
continue [1] 23/18
CONTINUED [1] 2/1
continues [1] 6/11
contracts [1] 10/20
contrary [1] 30/2
conversations [1] 40/25
correct [5] 15/20 15/25 17/20 36/3 44/3
correction [1] 13/14
correctly [4] 21/17 22/20 22/22 24/11
could [6] 18/6 34/13 34/15 40/13 40/16 40/16
counsel [2] 37/22 42/12
count [7] 24/7 29/4 29/11 29/22 30/6 30/10 30/12
counted [2] 29/18 29/19
counting [2] 21/9 31/1
couple [6] 12/7 23/23 29/2 36/23 37/25 40/3
course [11] 10/15 13/2 13/5 13/6 13/6 17/21 20/4 20/17 21/11 24/19 24/19
court [20] 1/1 2/5 2/7 4/9 4/23 4/23 5/3 5/6 5/5 5/14 5/18 5/23 6/1 12/2 31/20 34/16 35/5 35/20 42/12 44/7
courtroom [1] 39/21
covered [1] 7/7
covers [1] 21/4
COVID [1] 44/6
COVID-19 [1] 44/6
create [1] 27/16
creates [1] 12/12
criteria [2] 27/24 30/25
cross [1] 39/19
cross-examination [1] 39/19
CRR [1] 44/2
curated [2] 12/25 13/5
curation [1] 14/2
cure [1] 35/4
cutting [1] 42/6
CV [1] 1/4

**D**

D.C [4] 1/5 1/15 2/3 2/8
data [93]
database [1] 24/20
dataset [2] 12/11 13/25
datasets [1] 23/7
Date [1] 44/10

consider [3] 17/2 29/3 39/24 43/13 43/13
de [2] 6/12 6/15
de-privileged [2] 6/12 6/15
dead [1] 29/15
deal [1] 38/1
dealing [1] 9/14
decided [2] 21/6 31/3
deck [6] 26/24 27/12 41/16 42/10 42/10 42/14
declared [1] 4/17
deemed [1] 18/10
Defendant [2] 1/7 2/2
Defendants [1] 3/9
definition [1] 24/18
deleted [2] 12/15 14/13
delta [1] 11/23
DEPARTMENT [1] 1/14
depositions [5] 5/3 5/5 5/18 6/21 7/8
described [3] 20/7 40/4 41/11
description [1] 24/14
determination [1] 17/9
determinations [2] 17/14 33/10
determine [3] 30/17 30/19 36/14
determined [1] 17/4
determining [1] 20/11
dialogue [1] 23/18
did [14] 11/2 11/11 13/1 14/14 14/14 14/25 16/1 16/7 20/12 23/11 24/18 25/12 26/17 39/13
didn't [8] 5/10 6/5 6/6 10/5 25/6 31/25 33/20 37/8
different [9] 9/9 15/16 19/3 27/13 27/16 29/24 29/25 31/2 38/1
difficult [2] 40/4 41/9
difficulties [1] 33/11
digits [1] 29/16
Dintzer [14] 1/13 3/5 4/6 6/19 7/4 7/7 8/22 11/22 29/6 31/17 35/13 38/3 41/25 42/18
disaggregated [1] 9/22
disagree [1] 9/18
disagrees [2] 8/15 8/17
discover [1] 28/16
discovery [8] 4/11 7/16 26/1 26/2 26/5 31/2 38/6 38/7
display [2] 42/11 42/14
dispute [4] 7/21 10/4 10/7 11/8
disputed [2] 4/2 6/16
DISTRICT [3] 1/1 1/1 1/10
do [28] 10/19 11/12 12/13 17/2 20/22 22/2

25/4 22/5 22/19 22/21 28/4 28/24 28/25 30/10 30/22 31/10 31/20 32/15 34/4 35/2 35/22 36/7 36/9 36/22 39/14 39/25 39/25 43/9
do you know [2] 28/4 32/15
document [33] 6/2 6/14 6/14 24/13 24/14 24/16 24/19 24/20 24/25 25/1 25/2 25/8 25/13 25/16 25/19 25/21 25/22 26/4 26/4 26/9 26/12 27/1 27/4 27/9 28/25 29/7 30/8 30/9 30/9 34/21 35/10 35/15 41/11
documents [55]
does [5] 17/21 31/25 32/9 32/13 34/8
doesn't [4] 13/16 32/1 36/9 41/11
doing [6] 3/16 17/15 25/25 33/12 35/1 35/24
DOJ [2] 1/13 3/6
don't [42] 4/6 7/21 9/17 9/19 13/2 16/24 17/7 17/8 17/17 17/25 18/5 21/1 23/18 26/8 26/8 26/11 27/22 28/5 28/12 28/17 29/23 31/7 31/9 31/10 31/13 32/4 32/10 32/12 35/21 36/7 36/19 38/14 39/3 39/8 39/23 40/1 40/2 41/2 41/8 41/15 43/1 43/15
done [9] 5/13 20/24 20/25 21/17 27/3 27/3 30/8 39/19 40/3
doors [1] 39/21
double [2] 13/19 33/7
double-check [2] 13/19 33/7
down [4] 29/12 31/13 36/8 42/5
Dr [1] 27/12
Dr. [32] 7/10 7/22 8/9 10/2 10/5 10/10 11/2 13/1 13/4 14/3 14/14 15/11 15/19 16/4 17/4 17/9 17/11 17/15 17/23 17/25 18/7 18/17 19/22 20/5 20/9 20/18 22/1 22/9 23/2 23/22 27/22 30/25
Dr. Baker [1] 7/10
Dr. Elzinga [2] 27/22 30/25
Dr. Israel [26] 7/22 8/9 10/5 10/10 11/2 13/1 13/4 14/3 14/14 15/11 16/4 17/4 17/9 17/11 17/15 17/23 17/25 18/7 18/17 19/22 20/5 20/9 20/18 22/1 23/2 23/23
Dr. Israel's [3] 10/2 15/19 22/9

**D**

drafted [1] 8/7
drawing [1] 27/23
drew [1] 25/21
due [2] 4/12 6/10
during [1] 44/5

**E**

each [4] 7/25 17/16
30/15 37/8
earlier [1] 29/6
early [1] 30/5
easily [1] 43/7
economic [1] 9/2
economics [1] 12/24
economists [1] 9/3
educate [1] 41/8
effort [2] 39/5 39/6
efforted [1] 33/8
eight [2] 4/17 9/9
either [2] 36/18 39/18
electronically [1]
10/19
else [3] 14/13 37/4
37/16
Elzinga [3] 27/12 27/22
30/25
Email [1] 1/16 1/17
1/21 2/4
end [8] 23/21 33/12
33/15 34/9 35/3 39/19
40/7 43/12
ended [1] 20/12
ends [1] 29/15
engine [1] 20/23
engineer [1] 22/8
engines [5] 11/4 11/5
14/16 14/17 14/22
enough [3] 22/16
23/23 26/1
ensure [3] 14/1 36/13
38/24
entered [1] 20/23
entering [1] 21/10
entire [1] 5/11
entitled [1] 26/5
error [2] 21/15 22/22
errors [1] 33/2
essentially [3] 24/5
25/7 26/3
et [2] 1/3 3/4
et al [1] 3/4
even [13] 8/13 11/18
16/14 21/1 21/15 23/10
25/4 25/5 25/8 29/12
29/14 34/13 42/13
event [2] 3/21 39/24
every [12] 6/1 20/22
20/23 25/3 25/8 27/9
33/24 34/21 35/9 35/10
35/10 35/14
everybody [3] 3/15
3/16 43/20
everything [4] 11/9
11/13 11/13 11/14
exactly [1] 25/11
examination [2] 39/18
39/19

example [2] 1/8 5/4
15/21 16/12 16/14
19/22 21/3 22/14 25/18
25/24 26/21 38/18 39/4
examples [2] 25/15
27/8
excelling [1] 27/5
exception [1] 25/7
exchange [2] 40/11
41/23
exchanged [1] 4/11
excluded [2] 17/1 17/3
excuse [1] 21/8
execution [1] 9/4
exemption [2] 29/23
30/1
exercise [1] 37/11
Exhibit [3] 26/22 27/12
27/23
Exhibit B [3] 26/22
27/12 27/23
exist [6] 20/21 32/1
32/9 32/13 36/19 43/2
existing [6] 10/11
10/14 17/13 18/13
18/13 20/21
exists [2] 13/2 31/23
expect [1] 6/24
experience [1] 27/17
expert [26] 4/10 4/11
4/19 5/2 6/21 7/10 7/17
9/8 12/22 24/12 24/12
24/18 25/14 25/16
25/21 26/1 26/1 26/3
26/12 26/25 27/3 29/24
30/2 31/2 35/10 35/10
expert's [1] 24/24
experts [11] 4/17 4/17
4/21 24/6 24/12 25/5
25/8 25/12 29/23 29/24
31/3
explain [1] 19/3
extensive [1] 43/2
extent [13] 4/3 10/3
21/1 21/24 22/25 32/15
36/4 37/13 37/14 38/17
39/16 42/2 42/9
extra [2] 4/23 36/10
extracted [1] 14/23

**F**

fact [3] 31/7 31/14 33/9
facts [2] 38/23 39/9
factual [2] 21/23 22/7
fair [3] 8/25 15/8 22/16
fairly [1] 23/9
fall [2] 16/7 17/14
falling [1] 15/13
familiar [2] 9/11 10/17
far [1] 41/6
featured [1] 11/7
feel [1] 43/16
fell [1] 20/5
few [1] 40/14
fighting [1] 9/19 29/3
30/4
figure [4] 19/13 23/3
33/5 33/25

files [7] 8/2 8/3 8/4 8/8
8/11 8/25 9/20
fill [1] 38/22
filtered [1] 21/3
filtering [1] 21/15
final [8] 5/8 5/12 9/10
10/1 12/8 12/22 12/25
37/23
financial [2] 16/6 38/19
find [2] 6/12 22/14
36/18
fine [4] 29/21 36/25
41/24 42/15
first [13] 8/20 12/8
12/10 14/11 21/4 21/19
28/19 31/12 34/6 34/14
34/20 35/6 36/13
fit [2] 18/10 19/15
five [11] 5/22 5/25 16/4
16/5 18/5 18/9 18/17
18/18 19/23 29/11
29/12
fix [1] 36/6
flat [1] 13/16
flat-out [1] 13/16
flights [3] 15/11 16/6
25/17
flow [1] 40/5
Flyers [1] 13/10
follow [2] 24/16 39/20
following [3] 7/24 8/14
21/21
foregoing [1] 44/3
forgive [2] 15/3 17/8
form [1] 21/7
format [1] 20/7
forth [2] 3/13 10/2
four [4] 4/14 5/4 14/15
14/17
Fox [1] 4/22
framework [2] 38/21
38/23
free [1] 32/16
frequently [1] 9/11
front [2] 4/5 26/20
fruitful [1] 41/23
full [5] 13/22 13/23
13/25 21/1 43/16
fully [1] 35/7
further [4] 4/4 7/3
20/10 20/11

**G**

garden [1] 17/6
gathered [2] 11/5 20/6
gathering [1] 6/23
gave [2] 4/23 16/14
general [4] 3/25 11/4
14/16 14/18
generated [2] 8/3
12/24
get [19] 10/5 11/22
13/1 24/9 25/7 26/8
28/25 29/23 30/1 33/8
33/19 33/19 35/2 36/16
36/17 36/23 37/8 40/15
43/7

getting [4] 28/18 31/11
36/23 38/21
give [8] 18/7 18/7 18/8
25/7 25/24 34/25 38/3
40/12
given [2] 13/24 22/4
giving [1] 12/16
glitches [1] 36/5
go [16] 9/9 13/19 14/22
17/19 25/15 28/7 29/12
31/8 33/18 34/23 35/8
35/14 41/5 43/10 43/11
43/12
Go ahead [2] 17/19
28/7
goals [1] 27/14
goes [1] 41/25
going [14] 7/7 12/2
22/19 22/24 26/19 27/2
35/14 38/16 40/2 40/2
40/10 40/10 41/13
41/14
good [7] 3/2 3/15 9/22
9/24 25/18 36/9 40/19
google [64]
Google LLC [1] 3/4
Google's [4] 6/9 8/18
20/22 27/13
Google.com [1] 19/7
got [19] 3/25 9/22 9/24
12/18 12/25 13/3 16/22
17/11 17/15 17/22
17/23 18/17 22/11
23/19 27/6 28/22 31/6
31/22 32/22
government [6] 8/15
8/16 15/8 16/21 23/15
23/21
government's [2] 8/19
11/24
Gower [7] 1/13 3/5
12/2 12/5 13/15 13/18
21/19
Gower's [2] 13/16
14/12
great [3] 19/24 23/16
37/5
greater [1] 8/7
guardedly [1] 10/23
guess [9] 14/4 16/20
29/2 32/18 33/23 34/10
35/13 37/21 40/8
guidance [2] 38/3
42/20

**H**

habits [1] 10/22
had [13] 3/19 5/14 6/5
6/6 10/15 16/23 18/14
20/13 24/15 28/8 29/12
37/9 38/2
hair [1] 16/16
handed [1] 20/18
handle [1] 37/15
handling [1] 43/2
Hang [2] 26/16 31/17
happened [4] 5/24

18/20 19/2 21/4

happens [1] 17/23
happy [1] 3/2
hard [3] 32/3 32/17
39/7
has [27] 3/22 4/16 5/6
5/9 5/18 5/22 5/23 8/14
9/9 13/24 14/7 14/17
17/12 18/6 18/16 20/16
23/1 23/21 25/16 26/4
27/3 32/2 32/24 33/13
34/19 34/22 39/4
hashing [1] 9/23
hasn't [1] 22/13
have [113]
haven't [2] 30/7 40/3
having [1] 40/21
he [9] 11/5 11/23 13/16
13/16 14/14 15/12
17/15 18/17 22/25
head [1] 30/20
health [3] 3/18 16/17
16/18
hear [3] 3/10 3/23
31/13
heard [4] 3/21 29/6
31/15 34/15
hearing [5] 21/18 24/8
24/8 33/23 44/5
Hello [1] 12/6
helpful [4] 11/20 38/23
41/18 42/21
here [14] 4/16 8/1 9/16
11/8 12/25 18/12 19/1
26/7 26/22 27/7 29/3
38/10 39/24 40/14
here's [2] 22/24 40/12
Hi [1] 12/5
high [1] 39/1
him [1] 19/23
his [7] 10/12 11/9
11/22 17/25 19/25
30/13 30/20
hits [1] 12/21
holes [2] 34/23 36/4
home [1] 3/19
Honor [47]
Honor's [2] 9/11 29/10
HONORABLE [1] 1/10
hope [1] 3/15
hoped [2] 3/17 3/25
hopefully [2] 3/23
23/23
hopes [1] 18/22
horse [1] 8/14
hotels [2] 15/11 16/6
hours [2] 37/8 43/16
how [18] 3/11 11/3
16/20 18/20 18/23
18/25 19/1 21/6 21/25
22/8 28/4 28/23 34/13
37/13 37/15 37/17
38/19 41/21
hyperlinked [1] 26/2

**I**

I am [2] 23/6 39/10
I believe [3] 9/5 15/9

**I**

**I believe...** [1] 15/12
**I can** [3] 8/22 31/19
34/16
**I did** [1] 39/13
**I don't** [11] 9/17 9/19
13/2 16/24 17/7 17/25
31/13 39/3 40/1 40/2
43/1
**I guess** [6] 14/4 29/2
32/18 33/23 35/13
37/21
**I have** [2] 21/19 38/1
**I haven't** [1] 40/3
**I hope** [1] 3/15
**I hoped** [1] 3/17
**I just** [2] 31/22 34/15
**I know** [7] 5/20 36/3
36/6 37/9 40/3 40/10
41/4
**I mean** [9] 14/11 17/21
18/25 27/23 28/20 31/2
33/7 33/15 36/12
**I misspoke** [1] 35/17
**I reject** [1] 14/12
**I say** [1] 10/23
**I take** [1] 6/20
**I think** [37] 7/6 7/17
7/18 8/11 8/24 8/25
9/21 9/22 9/24 10/3
10/6 10/16 11/8 11/17
11/18 12/20 17/23
20/15 23/19 24/7 25/10
26/5 27/6 29/16 30/18
34/16 35/5 35/6 36/12
37/7 37/10 37/21 40/3
41/19 41/20 41/22
42/14
**I thought** [4] 15/17
18/12 28/8 33/17
**I understand** [5] 10/9
15/17 19/1 33/11 35/20
**I want** [2] 11/13 12/7
**I wanted** [1] 40/9
**I was** [3] 7/7 8/12 42/8
**I will** [4] 21/21 23/6
33/7 39/9
**I would** [1] 23/14
**I'd** [2] 3/25 13/18
**I'd hoped** [1] 3/25
**I'll** [4] 7/23 22/17 23/18
35/13
**I'm** [30] 3/22 5/23 7/25
8/13 12/2 15/3 17/7
18/11 21/18 22/2 22/3
22/5 22/24 24/10 26/1
28/20 32/25 33/23
34/13 35/14 38/19
38/24 39/1 39/3 39/24
41/5 41/13 41/15 42/25
43/12
**I'm going** [3] 12/2
22/24 41/13
**I'm not** [7] 28/20 32/25
34/13 35/14 39/3 41/5
41/15
**I'm not sure** [3] 22/2
22/5 38/19

**I'm sorry** [2] 5/23
43/12
**I've** [4] 11/17 29/9
29/13 30/22
**idea** [4] 9/5 21/6 21/19
30/1
**identified** [6] 14/19
25/2 25/11 27/10 28/13
30/23
**identify** [2] 23/1 34/13
**identifying** [1] 34/4
**imagine** [1] 40/13
**immediately** [1] 39/20
**implicate** [1] 38/14
**important** [4] 5/25
16/25 17/2 25/25
**imposed** [1] 24/7
**impression** [1] 24/9
**include** [2] 19/8 19/8
**included** [3] 16/8
16/11 16/13
**includes** [1] 15/18
**including** [2] 8/2 27/13
**inclusive** [1] 9/4
**incorrect** [1] 14/13
**increase** [1] 27/15
**individual** [2] 5/10 6/12
**individuals** [1] 23/10
**indulge** [1] 21/3
**inform** [1] 34/16
**information** [6] 6/23
23/10 23/14 26/9 26/11
37/13 38/19 39/17
39/20
**initial** [1] 8/2
**inside** [2] 23/1 23/20
**insight** [1] 8/7
**instance** [1] 31/12
**instances** [1] 40/14
**intended** [1] 37/14
**intending** [1] 38/18
**intention** [2] 33/13
33/17
**interested** [1] 28/11
**intermediate** [7] 8/3
8/10 8/24 9/20 10/8
12/23 21/8
**Internet** [4] 10/24 11/1
19/6 20/24
**interpret** [2] 29/9 29/14
**interworking** [1] 8/8
**intimate** [1] 23/9
**introduce** [1] 12/2
**invented** [1] 19/17
**involves** [1] 23/9
**irrelevant** [1] 23/14
**is** [124]
**Is that fair** [1] 15/8
**isn't** [3] 28/18 41/13
42/22
**Israel** [27] 7/22 8/9
10/5 10/10 11/2 13/1
13/4 14/3 14/14 14/14
15/11 16/4 17/4 17/9
17/11 17/15 17/23
17/25 18/7 18/17 19/22
20/5 20/9 20/18 22/1
23/2 23/3

**issue** [17] 5/25 7/1
7/3 7/22 8/15 8/20 9/23
14/17 14/21 23/25 24/4
25/11 28/22 30/12
37/12 37/21 37/24
**issues** [7] 3/22 4/2
6/16 7/16 7/17 7/21
10/8
**it** [92]
**it's** [25] 5/25 8/25 10/4
10/25 11/11 11/14
11/24 13/8 14/9 16/15
16/17 17/12 18/20
20/15 24/14 24/21 25/6
25/25 26/10 26/25
27/11 35/23 36/12
41/14 42/22
**its** [4] 4/16 10/15 12/12
**itself** [2] 10/13 10/14
17/12

**J**

**John** [3] 2/2 3/9 37/19
**Joint** [1] 26/21
**Jones's** [1] 26/10
**Jr** [1] 1/18
**jschmidtlein** [1] 2/4
**judge** [3] 1/10 41/3
42/6
**judges** [2] 40/25 41/4
**judicial** [1] 41/11
**July** [1] 4/24
**juncture** [1] 9/19
**June** [1] 30/4
**just** [35] 7/23 7/24
14/13 15/3 18/9 19/7
20/13 21/5 22/9 23/23
23/13 24/9 26/12 26/20
26/24 27/1 27/8 31/22
32/17 32/19 33/24 34/3
34/15 34/25 35/17
38/21 40/3 40/24 41/4
41/7 41/10 42/5 43/6
43/9 43/10
**JUSTICE** [1] 1/14

**K**

**keep** [1] 40/5
**keeping** [1] 4/16
**Kenneth** [1] 1/13 3/5
**kenneth.dintzer2** [1]
1/16
**key** [2] 27/14 28/24
**kind** [8] 11/15 11/18
15/7 15/23 26/11 37/11
37/23 41/16
**know** [57]

**L**

**lack** [2] 24/13 37/7
**language** [2] 8/24 9/6
**large** [1] 23/8
**larger** [1] 26/24
**last** [5] 3/20 6/15 24/8
37/3 37/7
**later** [1] 23/5

**launch** [2] 39/5 39/6
**leagues** [1] 13/11
**learn** [2] 16/21 39/3
**least** [4] 8/18 32/10
33/17 38/16
**leave** [5] 22/15 22/24
23/16 24/9 30/12
**leaves** [1] 6/16
**left** [3] 16/10 28/8 37/7
**legitimate** [1] 31/8
**length** [1] 43/18
**less** [3] 14/7 14/9
16/25
**let** [14] 6/20 7/24 11/22
12/10 13/13 13/14 19/3
20/8 22/15 23/22 24/9
26/17 37/16 40/12
**let's** [10] 3/17 4/1 5/16
7/20 8/20 23/16 24/3
30/11 32/11 36/22
**Let's see** [1] 5/16
**level** [3] 12/17 35/1
39/2
**levels** [1] 38/13
**lies** [1] 10/7
**like** [35] 4/1 7/5 9/3
9/11 9/15 9/23 10/6
10/21 11/11 12/13 13/8
13/10 16/9 16/11 19/14
19/21 21/9 21/10 21/22
23/7 23/19 28/2 28/21
28/24 29/16 33/3 36/7
36/9 36/12 38/19 39/9
40/4 41/1 43/13 43/16
**liken** [1] 10/17
**limit** [1] 29/17
**limitations** [1] 44/7
**line** [1] 31/12
**link** [11] 6/6 6/9 24/16
24/17 27/6 27/9 28/9
28/23 33/21 34/14 35/9
**linked** [23] 5/20 5/22
5/25 6/2 7/2 24/4 24/5
24/18 24/19 25/1 25/3
25/8 25/13 25/14 25/18
25/22 26/7 26/12 26/14
28/5 32/8 33/5 36/15
**links** [17] 24/15 27/2
27/2 27/18 28/10 28/16
29/11 29/19 30/16
30/24 31/13 33/16
33/20 34/4 34/9 34/23
36/18
**list** [1] 27/1
**listed** [1] 18/8
**listings** [1] 27/15
**literally** [1] 28/23
**litigation** [4] 18/15
19/13 19/17 20/25
**little** [4] 8/6 8/12 26/19
34/16
**LLC** [2] 1/6 3/4
**LLP** [2] 1/7 3/7
**look** [15] 11/2 19/21
21/21 22/24 25/12
25/20 26/20 27/21
28/20 31/8 33/15 38/24

**looked** [5] 14/19 14/21
15/11 15/12 25/13
**looking** [10] 15/6
15/22 16/16 16/18 18/1
22/7 27/24 38/10 39/3
42/13
**looks** [1] 21/9
**loosely** [2] 10/23 10/23
**lot** [4] 26/8 26/8 34/22
38/6
**lots** [1] 12/15
**lunch** [1] 43/11

**M**

**made** [11] 14/24 17/9
17/13 19/12 20/9 29/7
29/8 29/17 30/5 39/4
39/6
**make** [21] 7/7 9/6
11/7 12/18 13/14
14/18 16/9 27/14 30/9
33/9 33/14 35/9 35/15
35/17 35/18 35/20
40/22 41/8 41/13 41/16
42/11
**makes** [1] 26/13
**making** [3] 4/10 27/8
40/11
**manner** [1] 33/22
**manually** [1] 29/13
**many** [1] 36/17
**map** [1] 28/9
**market** [1] 14/18
**Mary** [1] 26/10
**massive** [1] 30/8
**matter** [2] 25/19 44/4
**may** [18] 4/8 7/2 9/8
10/16 13/20 14/8 16/2
16/14 16/14 18/4 20/19
27/20 27/20 31/15
33/11 33/12 33/23
39/14
**maybe** [9] 8/13 8/20
17/7 18/11 24/23 26/23
26/24 27/6 28/21
**me** [42] 3/18 6/20 7/24
8/6 11/22 12/10 13/13
13/14 15/3 17/8 18/7
18/7 18/8 18/21 19/3
20/8 21/8 21/22 22/11
22/15 23/22 24/9 24/21
25/3 25/6 26/17 26/20
26/23 26/25 27/7 27/8
31/6 31/10 32/3 32/17
34/9 37/16 39/2 39/7
40/12 41/8 41/11
**mean** [12] 14/11 17/21
18/25 26/20 27/23
28/20 29/10 31/2 31/25
33/7 33/15 36/12
**means** [1] 24/18
**meant** [2] 8/8 41/2
**mechanical** [1] 2/10
**medicine** [1] 15/6
**meet** [1] 37/22
**MEHTA** [1] 1/10
**memo** [1] 26/10

49

**M**

**memorandum [1]**
41/15
**mentions [1]** 12/23
**merger [1]** 39/13
**Merit [1]** 2/6
**metadata [40]** 28/9
28/12 28/15 28/17
28/19 28/24 28/25
30/15 30/19 30/22
31/10 31/11 31/12
31/21 31/22 32/1 32/1
32/3 32/9 32/16 32/24
33/1 33/4 33/7 33/22
34/4 34/11 34/13 34/17
34/19 34/20 34/22
34/25 35/3 35/17 35/18
36/5 36/14 36/16 36/17
**metadata-free [1]**
32/16
**microphone [1]** 3/14
**might [7]** 10/17 26/9
30/2 36/19 38/3 40/15
43/1
**mind [1]** 8/18
**minimize [2]** 39/2
39/12
**minute [2]** 3/20 4/24
**missing [3]** 6/9 17/7
18/25
**misspoke [1]** 35/17
**mistake [1]** 22/17
**misunderstanding [1]**
18/11
**modulate [1]** 41/21
**monitor [1]** 10/21
**monkeying [1]** 31/6
**moot [1]** 8/15
**more [14]** 5/2 13/8
15/18 15/18 19/23 21/2
26/19 26/23 27/1 30/25
36/7 39/22 40/15 41/8
**morning [1]** 43/14
**most [2]** 9/11 9/15
**motion [1]** 29/18
**move [1]** 36/20
**Mr. [47]**
**Mr. Cavanaugh [11]**
4/7 7/5 24/10 26/16
28/3 30/11 30/20 31/18
38/2 42/1 42/18
**Mr. Dintzer [12]** 4/6
6/19 7/4 7/7 8/22 11/22
29/6 31/17 35/13 38/3
41/25 42/18
**Mr. Gower [5]** 12/2
12/5 13/15 13/18 21/19
**Mr. Gower's [2]** 13/16
14/12
**Mr. Israel [1]** 14/14
**Mr. Schmidtlein [16]**
4/7 7/14 8/21 11/21
14/4 18/12 20/2 20/9
22/25 24/11 29/1 32/14
36/2 38/17 40/20 41/24
**much [5]** 27/3 37/9
38/20 39/23 41/21
**multiple [1]** 9/4

15/16 15/21 29/9 30/21
31/5 31/20 32/8 32/12
33/3 33/7 33/16 36/6
38/16 40/13 40/22
40/25
**myself [1]** 11/18

**N**

**name [1]** 21/10
**narrow [1]** 11/3
**Nebraska [3]** 4/14 4/20
5/17
**necessary [3]** 6/24 8/1
40/3
**need [17]** 19/24 21/11
22/13 22/21 24/21
24/23 25/7 34/24 36/14
36/20 38/20 38/24 39/3
39/14 39/25 41/16
43/16
**needed [4]** 37/14 39/11
39/17 39/22
**needs [3]** 36/13 39/12
41/9
**never [1]** 10/6
**new [7]** 1/20 4/17 4/19
4/20 5/22 6/8 35/2
**news [1]** 3/21
**next [3]** 6/25 7/8 39/15
**Nielsen [2]** 10/17 11/11
**no [17]** 1/4 4/17 4/20
7/6 14/1 14/24 15/9
21/6 21/17 21/19 29/24
31/4 31/22 32/2 34/12
42/8 42/20
**Nobody [1]** 31/11
**nonpublic [1]** 39/4
**normal [1]** 17/21
**not [76]**
**note [3]** 22/17 31/22
44/5
**noted [2]** 12/20 27/18
**nothing [2]** 7/15 27/1
**noticed [2]** 5/6 7/9
**now [17]** 3/11 3/12
4/11 6/7 7/17 9/21
10/19 12/15 15/13 21/9
24/23 27/4 27/20 32/15
35/10 35/22 43/6
**number [6]** 12/16
14/20 24/23 25/18
30/13 31/6
**numbers [1]** 38/18
**NW [3]** 1/14 2/3 2/8
**NY [1]** 1/20

**O**

**objecting [2]** 31/11
31/13
**obligation [1]** 34/21
**observations [1]** 29/3
**observe [1]** 10/25
**obtain [1]** 36/17
**obtaining [1]** 27/2
**obvious [1]** 36/12
**obviously [8]** 9/18
32/22 33/2 38/5 38/22

**occurred [1]** 44/5
**October [1]** 5/9
**off [3]** 5/12 18/8 37/18
**Official [1]** 2/7
**oftentimes [1]** 9/2
**oh [2]** 31/22 34/24
**okay [21]** 3/11 6/18 7/4
7/11 7/19 11/20 12/5
16/1 22/23 23/25 28/14
31/24 32/6 32/10 36/1
37/3 37/5 40/23 42/17
43/17 43/18
**old [1]** 26/1
**once [2]** 20/9 22/11
**one [30]** 3/21 4/15 4/19
5/1 5/5 5/8 5/12 7/8 7/8
7/9 15/4 15/16 17/2
21/2 21/17 22/4 23/7
24/23 25/4 30/3 33/24
34/10 34/10 35/24
35/24 37/25 39/24 40/8
40/8 40/24
**one's [4]** 18/1 18/2
18/2 18/2
**one-day [1]** 39/24
**online [4]** 12/12 16/5
21/5 21/7
**only [10]** 6/16 9/7 13/9
19/22 28/22 29/11
29/11 30/6 37/21 42/11
**opening [1]** 39/21
**openly [1]** 41/22
**operated [1]** 11/4
**opinion [1]** 41/15
**opportunity [5]** 33/18
37/10 38/2 38/22 41/7
**opposed [1]** 30/13
**opposition [1]** 5/11
**option [1]** 32/18
**order [7]** 4/25 5/7 5/7
5/12 5/13 19/12 29/10
**ordered [1]** 5/3
**ordinary [7]** 10/15 13/2
13/4 13/6 13/6 20/4
20/16
**other [21]** 9/6 9/18
11/11 11/12 12/19
13/10 13/11 13/11 14/2
15/10 18/21 19/14
19/20 21/5 22/3 22/4
24/3 32/1 33/22 40/4
40/25
**otherwise [1]** 5/14
**ought [1]** 39/2
**our [12]** 4/22 7/10 11/9
29/21 29/23 29/24
30/22 35/22 37/3 37/24
39/15 42/21
**ourselves [2]** 34/6
36/10
**out [17]** 6/5 6/7 6/25
13/16 16/10 18/2 18/2
19/13 23/3 29/11 29/15
29/19 33/5 33/9 33/25
36/18 42/6
**outlying [1]** 10/3
**outside [2]** 5/13 10/20

**outstanding [1]** 24/4
**over [6]** 20/13 20/18
22/9 27/23 29/25 30/4
**overlay [1]** 35/3
**own [2]** 20/22 35/22

**P**

**p.m [2]** 1/6 43/22
**package [1]** 5/11
**page [2]** 26/21 27/11
27/18
**paid [1]** 17/10
**pandemic [1]** 44/6
**panel [2]** 15/18 22/1
**panel's [3]** 12/11 13/23
14/25
**panelist [1]** 15/22
**panelists [2]** 12/13
15/5
**panels [3]** 10/14 11/10
23/11
**papers [1]** 27/19
**parameters [1]** 14/9
**parse [1]** 18/23
**part [5]** 5/11 22/21
38/17 40/12
**partial [1]** 21/8
**particular [9]** 9/1 9/3
15/6 15/14 20/10 22/1
24/25 27/17 27/5
**parties [6]** 3/22 4/1
4/10 5/7 10/20 38/5
**parties' [1]** 5/14
**party [3]** 7/25 38/6 38/7
**password [1]** 21/10
**pasted [1]** 26/22
**PATTERSON [1]** 1/18
**pbwt.com [1]** 1/21
**people [4]** 10/18 10/25
11/12 29/9
**per [2]** 4/24 5/14
**percent [2]** 14/8 14/9
**percentage [2]** 23/15
23/16
**perfect [1]** 33/13
**perform [1]** 9/3
**performed [1]** 10/1
**performing [1]** 8/4
**perhaps [4]** 8/16 23/15
31/4 32/18
**period [1]** 32/1
**permitted [1]** 5/4
**person [1]** 3/17
**personal [1]** 23/9
**perspective [2]** 14/6
42/22
**pertained [1]** 11/3
**peruse [1]** 11/15
**Philadelphia [1]** 13/10
**phone [1]** 43/7
**pick [1]** 40/6
**picked [5]** 12/19 18/9
19/17 19/25 22/14
**picking [1]** 14/1
**picture [1]** 9/25
**piece [1]** 40/6
**place [3]** 21/4 34/14

**Plaintiff [1]** 1/17
**plaintiffs [10]** 1/4 1/13
3/6 3/8 4/15 4/18 4/20
5/17 33/18 37/9
**plaintiffs' [1]** 37/22
**plan [1]** 37/22
**planning [1]** 40/11
**playbook [1]** 21/23
**pleading [1]** 41/14
**please [3]** 4/9 31/16
44/5
**pleased [1]** 3/23
**point [2]** 15/3 30/5
**pointed [1]** 29/19
**points [1]** 7/7
**portion [1]** 39/11
**position [4]** 29/21
35/23 35/25 36/20
**possible [1]** 40/14
**practice [1]** 41/2
**practices [2]** 42/23
42/24
**pre [6]** 10/11 10/14
17/13 18/13 18/13
20/21
**pre-existing [6]** 10/11
10/14 17/13 18/13
18/13 20/21
**precisely [1]** 18/23
**preexisting [1]** 19/16
**prepared [4]** 10/11
17/12 39/10 41/5
**preparing [1]** 19/11
**present [2]** 9/17 38/18
**presentation [1]** 4/4
37/24 40/5
**presented [3]** 37/14
37/15 40/17
**presume [1]** 22/6
**presumption [1]** 41/12
**pretty [1]** 12/21
**Prettyman [1]** 2/7
**prevent [1]** 14/1
**previously [2]** 28/3
28/4
**Priceline [3]** 19/8
19/14 20/24
**prior [1]** 24/8
**privacy [1]** 9/24
**privilege [2]** 6/4 6/11
**privileged [2]** 6/12
6/15
**probably [8]** 8/7 12/13
13/11 22/12 35/6 37/22
41/20 42/14
**problem [5]** 12/19 21/2
26/7 39/23 42/12
**problems [1]** 14/2
**proceed [1]** 39/10
**proceeding [1]** 7/16
**proceedings [4]** 1/9
2/10 43/22 44/4
**process [7]** 7/1 35/23
14/25 34/12
**produce [4]** 6/12 7/25
14/25 34/12
**produced [25]** 2/10 5/1
5/22 5/25 6/15 8/18

**P**

produced... [19] 9/21
11/9 13/17 14/7 15/13
15/24 26/22 29/13
29/14 32/18 32/20
32/22 32/25 33/1 33/6
34/8 34/11 34/21 36/6
produces [1] 6/1
producing [2] 6/7
16/21
product [1] 16/16
production [1] 30/8
productions [3] 29/8
33/2 33/12
programs [2] 8/1 39/4
progress [1] 4/10
prominently [1] 11/7
proposed [2] 5/7 5/11
protocols [1] 3/18
provide [6] 4/1 22/3
22/6 30/15 33/18 34/20
provided [8] 5/15 5/14
5/19 13/9 25/15 30/18
34/19 34/22
provides [2] 5/8 7/25
providing [1] 42/24
public [6] 39/16 40/11
40/22 41/16 42/5 42/11
publicity [1] 41/12
publicly [5] 40/18 42/4
42/4 42/10 42/14
pull [1] 37/17
purchase [1] 15/6
purposes [1] 9/17
pushed [1] 5/9
put [21] 3/18 14/17
14/21 15/5 16/10 17/2
18/23 19/7 19/18 19/19
21/25 26/20 27/24
28/20 32/11 35/19
36/10 39/12 39/15
41/20 42/2
putting [2] 8/13 37/23

**Q**

qualify [1] 41/11
queries [11] 11/5 14/22
15/13 15/18 17/22 18/7
18/8 18/8 20/4 20/5
20/17
query [6] 9/23 15/5
17/5 18/1 18/1 21/16
query-hashing [1] 9/23
question [14] 6/19
8/22 13/3 14/5 15/16
16/20 18/6 27/8 28/2
32/5 33/4 40/9 40/13
40/19
questions [6] 22/12
22/12 23/4 23/20 42/18
43/6
Quick [1] 6/19
quite [3] 28/23 36/12
38/7
quoting [1] 7/25

**R**

raise [3] 6/13 37/4 40/9

raised [2] 4/10 12/2
raises [1] 28/2
Rather [1] 17/15
raw [15] 7/22 8/2 8/4
8/11 9/7 12/8 12/11
12/21 13/1 17/16 18/17
20/1 21/8 22/18 22/21
reaching [1] 6/25
reaction [1] 40/22
reading [1] 21/23
really [11] 8/15 9/19
29/3 35/24 37/8 37/11
38/20 38/20 41/7 41/18
42/22
Realtime [1] 2/6
reanalyze [1] 35/14
reason [4] 3/19 15/21
22/21 30/12
reasonable [2] 26/15
26/18
reasonableness [1]
30/4
reasonably [1] 8/9
reasons [2] 9/24 40/24
rebuttal [4] 4/11 4/22
7/9 37/10
recall [1] 4/23
receive [1] 31/25
received [3] 11/24 21/9
22/2
record [4] 10/19 10/21
25/3 44/3
recorded [1] 2/10
records [6] 24/6 24/22
30/17 37/12 37/13 39/9
recreate [1] 8/1
reduce [1] 14/10
reductive [1] 15/4
referenced [2] 25/14
32/8
references [1] 26/14
30/25 42/25
referred [1] 10/16
regardless [1] 25/5
25/5
Registered [1] 2/6
regression [2] 9/12
9/15
reject [1] 14/12
related [2] 10/24 11/6
relates [1] 11/9
relating [1] 14/25
18/18 25/19
relatively [1] 3/24
relevant [7] 14/18
15/19 16/23 18/21
19/22 23/16 38/8
relied [10] 8/9 10/10
17/24 24/6 24/12 25/2
25/8 25/16 26/13 27/10
relies [1] 26/3
reluctant [1] 23/6
rely [5] 24/15 24/18
25/6 31/3 41/13
relying [1] 26/25
remain [1] 38/25
remaining [1] 18/19
remember [3] 25/25

remotely [1] 44/7
reopened [2] 5/4 5/18
repeatedly [1] 27/25
report [8] 4/15 4/22 7/9
8/5 10/2 10/11 25/14
26/21
Reporter [4] 2/5 2/6
2/6 2/7
reporting [1] 44/7
reports [7] 4/11 4/13
4/14 4/15 5/1 5/2 29/24
represent [1] 31/19
representation [1]
14/6
request [5] 6/1 6/9
8/19 20/9 22/10
requested [2] 5/24
30/14
requests [7] 29/4 29/7
29/14 29/17 30/9 31/8
36/8
require [2] 3/18 9/3
resolved [2] 3/22 9/24
respect [4] 5/1 5/16
5/20 14/15
respond [1] 7/16
response [3] 6/10
24/10 38/16
rest [2] 12/17 21/12
restaurants [2] 16/12
19/21
results [3] 9/10 10/1
22/20
retail [2] 35/1 35/23
revisit [1] 23/24
Richard [1] 1/13
richard.gower [1] 1/17
right [32] 3/15 6/3 6/7
7/13 7/17 7/20 9/13
11/20 15/15 16/10 18/3
19/10 19/19 24/2 24/3
24/17 28/1 29/5 30/3
30/11 32/15 32/23 34/5
35/22 36/11 36/24 37/3
38/12 38/15 43/5 43/12
43/20
RMR [1] 44/2
Rogaine [2] 15/7 15/22
room [2] 21/14 24/13
round [5] 4/12 4/18
4/19 4/21 5/2
rows [5] 12/14 12/15
12/17 12/18 13/25
rulings [1] 41/14
run [1] 29/12
running [1] 36/8

**S**

said [10] 8/14 13/24
18/7 23/19 24/11 28/2
29/13 29/14 29/18
37/10
same [1] 21/23
satisfied [2] 23/4 23/21
satisfies [2] 8/18 8/19
satisfy [4] 16/21 16/22
22/13 31/6

saw [2] 9/6 37/5
say [14] 8/25 10/23
11/14 14/18 15/17
18/12 18/15 21/21 25/1
26/17 27/7 34/24 35/13
39/10
saying [6] 11/10 18/1
27/13 34/24 35/20 42/8
says [3] 11/13 13/16
27/4
scheduled [2] 5/5 5/17
scheduling [2] 5/8
6/21
Schmidtlein [19] 2/2
3/9 4/7 7/14 8/21 11/21
14/4 18/12 20/2 20/9
22/25 24/11 29/1 32/14
36/2 37/19 38/17 40/20
41/24
score [2] 4/16 6/7
screen [1] 42/5
scrutinizing [1] 26/19
seal [2] 39/11 39/12
search [18] 11/4 11/5
14/16 14/17 14/22 15/5
16/7 16/16 16/17 17/5
17/16 20/23 20/23 21/4
21/7 21/11 29/13 29/22
searches [18] 16/5
16/6 16/10 16/12 16/22
17/14 18/16 18/18
18/24 19/6 19/14 19/21
20/12 20/22 21/5 21/25
23/11 23/11
second [3] 4/12 4/18
4/19 4/21 6/8
Secondly [1] 41/10
see [14] 5/6 5/16 9/8
11/16 13/10 17/1 17/3
18/25 19/24 19/25
21/12 41/15 42/21
43/21
seek [1] 28/16
seems [10] 22/11 25/3
26/23 27/7 31/9 32/3
32/17 34/9 39/2 41/11
seen [1] 12/14
select [2] 13/24 13/25
selected [3] 17/17 18/5
19/22
sense [2] 8/14 20/16
sensitive [1] 38/24
separate [2] 5/21 18/14
separately [1] 24/20
September [4] 4/4
4/23 26/10 37/6
served [7] 4/14 4/15
4/15 4/22 4/24 6/8 7/9
session [2] 40/7 41/5
set [4] 4/25 10/2 13/5
37/6
seven [1] 9/9
several [1] 29/7
shaking [1] 30/20
share [1] 40/10
she [1] 22/8
shopping [4] 16/6
16/16 17/5 18/8

sort [2] 3/24 16/21
should [11] 10/4 17/2
22/20 25/19 30/19 33/5
34/11 35/8 35/9 35/17
37/22
shouldn't [2] 35/2
35/25
show [2] 22/20 39/9
shown [3] 42/3 42/4
42/10
side [5] 9/7 9/18 11/12
33/14 37/8
sign [1] 10/18
significant [1] 37/25
signs [1] 5/12
simple [1] 21/15
simply [2] 20/13 42/8
since [1] 8/7
single [6] 25/8 26/24
27/9 29/16 34/21 35/15
six [3] 4/15 4/18 9/9
slice [1] 11/3
slide [8] 26/24 27/12
40/16 40/18 41/16
42/10 42/10 42/14
slide's [1] 40/18
slides [4] 40/9 41/20
42/2 43/2
slightly [1] 15/16
snapshot [1] 9/22
so [59]
so I think [2] 3/23 34/6
So this idea [1] 30/1
solution [1] 40/14
some [37] 10/8 12/19
13/11 13/11 15/22
17/13 21/7 21/22 22/7
23/3 23/15 23/19 24/14
24/23 25/16 25/17
26/25 27/4 27/20 27/24
29/8 30/12 30/16 32/19
32/24 33/22 34/8 35/4
36/5 38/7 38/25 39/11
41/4 42/3 42/3 42/25
43/13
somebody [2] 11/11
17/13
someone [3] 19/17
22/6 31/22
something [14] 12/23
17/1 17/14 17/8 19/1
21/15 21/16 27/6 27/10
40/15 41/1 41/10 41/13
41/14
sometime [1] 6/25
sometimes [4] 6/4 6/5
33/12 43/17
somewhere [1] 24/20
sorry [4] 5/23 30/13
42/7 43/12
sort [32] 3/25 8/24 9/7
9/8 9/20 9/21 10/6
10/16 10/18 10/21
10/24 11/12 11/5 14/9
14/12 14/23 15/4 15/10
17/21 20/4 24/17 35/1
35/5 36/4 36/7 36/22
37/23 40/5 40/17 41/1

**S**

sort... [2] 41/19 41/21
sorts [1] 19/9
sound [1] 23/7
sounds [3] 21/22 28/21 28/23
speaks [2] 12/21 12/22
specialized [1] 11/4
specific [4] 14/15 15/12 18/23 20/25
specifics [1] 39/8
sports [5] 11/12 11/14 13/8 13/9 13/11
spot [2] 22/22 30/5
spreadsheet [4] 12/13 13/23 13/23 14/8
square [1] 30/3
St [1] 2/3
staff [1] 17/25
stage [1] 38/20
stand [1] 4/5
staring [1] 17/25
start [9] 4/1 4/6 6/21 6/25 7/21 8/21 12/10 31/5 43/10
started [1] 6/23
starts [1] 28/16
State [1] 1/18
statement [2] 25/16 25/17
statements [1] 26/13
states [16] 1/1 1/3 1/10 3/3 12/4 14/16 14/20 14/21 18/22 19/24 21/24 24/5 35/7 35/8 36/13 43/4
STATUS [2] 1/9 26/21
stay [1] 38/13
stenography [1] 2/10
step [3] 35/7 36/10 36/13
steps [3] 6/20 9/4 9/9
still [1] 36/17
strategy [1] 27/19
Street [1] 1/14
studied [1] 16/4
study [3] 11/11 16/9 16/11
studying [1] 13/9
subject [3] 6/11 25/19 44/6
subjective [1] 20/10
subjectivity [2] 20/11 21/14
subsequently [1] 13/17
success [1] 25/17
such [4] 18/15 20/24 34/12 43/2
suffering [1] 12/19
sufficient [1] 35/18
suggest [2] 13/18 22/25
suggested [1] 43/3
Suite [1] 1/20
supplied [2] 15/7 15/9
support [1] 35/7
suppose [2] 17/5 39/14

supposed [4] 20/20 35/2 35/3 35/11
sure [19] 9/6 12/18 13/21 15/2 16/3 16/9 20/20 22/2 22/3 22/5 34/13 34/18 35/9 35/15 35/17 35/18 35/20 38/19 42/25
suspect [2] 36/18 43/2
SVPs [1] 27/16
swept [1] 30/7
switch [1] 3/19

**T**

tables [1] 10/2
take [9] 6/20 8/20 10/7 11/22 23/5 26/15 26/18 26/20 42/5
taken [2] 5/4 6/20
talk [8] 4/3 7/3 29/7 39/7 40/16 41/21 43/4 43/7
talked [2] 16/18 28/4
talking [4] 21/20 23/13 33/16 42/23
team [3] 30/22 33/8 36/6
teams [1] 13/10
technological [3] 36/5 42/1 44/7
technology [2] 42/9 42/22
tell [3] 22/8 23/6 27/2
ten [2] 27/13 27/23
term [2] 8/25 37/7
terms [7] 11/23 12/20 31/1 33/4 38/10 39/8 43/9
Terrific [1] 7/19
test [5] 19/19 19/20 24/24 25/21 27/22
testimony [1] 39/16
than [8] 14/8 14/9 15/18 27/1 36/7 39/22 41/9 43/18
Thank [13] 3/12 4/8 7/4 7/13 8/23 11/21 11/25 24/1 37/1 41/17 42/16 43/19 43/20
Thank you [10] 4/8 7/4 7/13 8/23 11/25 24/1 37/1 41/17 43/19 43/20
Thankfully [1] 9/14
Thanks [1] 3/10
that [290]
that's [48]
their [12] 10/22 25/14 29/16 29/18 29/24 31/3 33/12 33/14 34/21 35/10 39/5 41/2
them [25] 6/5 6/6 6/6 6/25 19/17 19/18 19/19 23/7 24/24 25/9 27/20 27/21 29/15 30/15 32/22 32/25 33/20 34/23 34/25 35/21 36/19 40/6 42/3 42/3 42/4

then [33] 4/2 4/6 5/5 5/16 7/20 8/22 9/8 13/9 15/23 18/9 20/18 23/13 23/25 24/3 24/15 24/21 25/14 25/18 26/4 26/13 27/17 30/16 31/10 34/13 36/18 36/19 37/3 39/16 41/21 43/6 43/11 43/11 43/12
there [33] 4/2 4/17 4/18 4/20 12/8 18/15 19/23 20/10 20/11 21/14 21/22 22/6 22/17 23/17 26/2 26/13 27/4 27/17 28/10 30/23 32/2 32/8 33/1 33/2 33/11 34/11 34/12 36/4 37/12 38/5 38/6 39/16 42/25
there's [15] 5/21 10/3 14/1 16/25 21/2 21/14 23/19 26/23 27/6 31/4 32/19 34/10 36/4 41/12 42/11
therefore [1] 44/6
these [26] 18/13 19/5 20/9 21/18 23/7 25/4 27/14 29/4 29/17 30/6 30/9 30/10 31/2 31/7 31/8 31/12 31/23 32/7 32/16 33/16 33/24 34/3 34/7 34/24 36/15 36/18
they [47]
they're [4] 11/10 11/15 29/16 34/24
they've [11] 9/22 9/24 17/22 17/23 24/11 27/10 27/10 29/7 29/19 32/19 32/22
thing [4] 17/2 22/5 34/6 40/8
things [8] 4/5 9/12 12/7 14/13 21/9 25/6 33/3 43/1
think [51]
thinking [4] 37/17 37/25 39/1 40/8
thinks [1] 11/23
third [4] 32/18 38/5 38/6 38/7
third-party [1] 38/6 38/7
Thirteen [1] 6/14
this [94]
those [32] 4/12 6/13 9/12 14/19 14/22 16/7 16/23 17/16 18/10 19/15 19/16 19/18 22/11 23/5 24/21 24/25 25/6 25/20 26/6 29/19 29/21 29/22 30/16 33/6 33/7 33/9 35/18 35/19 36/6 40/11 40/14 42/24
though [2] 25/8 29/12
thought [6] 4/4 15/17 18/12 28/8 33/17 40/21
thoughts [3] 36/2

thousand [2] 29/25 35/18
three [6] 3/22 29/18 29/19 30/25 37/8 43/16
through [8] 9/9 11/16 23/24 24/17 33/21 36/10 39/18 43/8
tied [1] 25/1
till [2] 43/10 43/12
time [5] 11/15 21/19 23/5 23/24 33/17
timely [1] 4/25
times [3] 27/13 27/23 34/24
timing [1] 43/9
titled [1] 44/4
today [3] 3/23 6/10 29/7
together [7] 3/17 23/22 33/16 35/19 36/23 40/7 41/20
toggle [1] 3/13
told [3] 29/9 30/22 32/2
tomorrow [1] 7/8
too [2] 42/1 42/15
topic [1] 37/4
topics [1] 27/2
total [1] 4/17
touches [1] 37/23
toward [3] 5/22 30/7 30/10
towards [5] 24/7 29/4 29/22 31/1 35/6
track [3] 7/18 31/12 34/9
transcript [3] 1/9 2/10 44/3
transcription [1] 2/10
transmitted [1] 20/6
treat [2] 43/1 43/13
trial [4] 38/22 39/13 39/15 43/13
tried [2] 11/17 26/15
true [1] 21/11
try [8] 19/3 19/13 33/8 33/13 38/1 38/13 39/12 40/6
trying [7] 18/22 19/6 19/7 28/20 31/12 36/3 36/9
turn [8] 4/7 7/20 8/22 11/22 20/13 24/3 29/15 37/3
turned [2] 22/8 22/9
turns [2] 6/5 29/11
tutorial [3] 37/6 38/11 42/24
TV [3] 10/22 11/12 11/14
two [11] 4/2 4/20 4/23 5/5 5/17 7/7 7/8 7/20 34/10 40/12 40/24
TYLER [1] 1/19
type [2] 9/5 15/6
types [2] 9/12 14/22
typical [1] 9/15

**U**

U.S [2] 1/14 4/18
ultimately [1] 22/2
unable [3] 33/19 33/21 36/17
unclear [2] 8/6 8/12
under [3] 16/23 39/10 39/12
underlying [14] 7/23 9/7 9/25 10/13 13/17 13/18 13/22 13/25 14/7 18/18 25/22 26/4 27/19 27/21
understand [9] 6/1 6/10 10/9 15/17 17/8 19/1 21/25 33/11 35/20
understandable [2] 11/18 33/14
understanding [9] 24/10 24/25 30/21 31/20 32/9 32/13 32/15 33/3 41/19
understatement [1] 23/8
understood [3] 15/17 18/12 38/10
undoubtedly [2] 23/8 23/9
Unfortunately [1] 16/24
UNITED [11] 1/1 1/3 1/10 3/3 12/4 14/16 14/21 18/22 19/24 21/24 43/4
United States [6] 12/4 14/21 18/22 19/24 21/24 43/4
United States of [1] 3/3
unknown [1] 12/15
unless [3] 22/18 24/19 24/19
unsuccessfully [2] 39/5 39/6
until [1] 27/21
up [14] 9/23 10/18 11/17 14/18 20/12 23/5 28/23 30/7 30/24 33/21 34/9 36/21 42/2 43/6
update [1] 36/24
updates [1] 4/1
upon [8] 8/9 10/10 17/24 22/9 24/6 24/13 24/15 25/2 27/10 31/3
urge [1] 39/11
URLs [3] 19/12 19/13 20/25
us [7] 4/23 6/16 12/16 13/24 29/17 36/9 38/3
usdoj.gov [2] 1/16 1/17
use [2] 10/5 43/15
used [6] 8/4 9/25 13/1 13/4 14/3 14/10
user [4] 14/15 15/1 21/10 27/16
users [2] 10/25 11/3
uses [1] 12/22

**U**

**using [3]** 11/4 27/7 30/24
**usual [1]** 43/13

**V**

**various [3]** 7/16 9/25 11/1
**versus [1]** 3/4
**vertical [3]** 11/5 15/14 20/23
**verticals [3]** 11/6 14/20 15/12
**very [10]** 9/22 14/24 15/12 23/6 27/3 30/5 37/24 39/1 40/7 41/23
**VIA [1]** 1/9
**view [3]** 7/2 11/9 31/5
**viewed [1]** 42/3
**viewing [1]** 10/22
**virtual [2]** 3/20 24/13
**vs [1]** 1/5

**W**

**want [12]** 8/21 11/10 11/13 11/14 12/7 19/18 19/20 24/24 29/21 30/9 40/15 41/8
**wanted [2]** 4/2 40/9
**wants [2]** 21/24 37/4
**warm [1]** 23/20
**was [47]**
**Washington [4]** 1/5 1/15 2/3 2/8
**wasn't [2]** 17/15 34/12
**watch [2]** 11/12 11/13
**watching [1]** 11/15
**way [13]** 3/18 19/4 22/2 22/4 22/17 24/17 32/11 34/8 36/22 39/13 40/17 41/21 43/3
**ways [3]** 17/23 20/16 38/1
**wc.com [1]** 2/4
**we [138]**
**we will [1]** 29/11
**we'd [5]** 6/25 13/10 16/9 16/10 23/13
**we'll [8]** 4/7 29/22 42/23 43/4 43/10 43/10 43/13 43/21
**we're [29]** 6/9 7/16 7/17 7/18 9/14 9/19 12/17 13/6 13/25 21/16 22/18 22/19 23/22 25/25 29/3 30/3 35/1 35/2 35/11 35/22 35/24 36/3 36/9 36/22 37/23 37/25 38/25 40/9 40/10
**we've [17]** 3/21 3/25 5/4 6/23 14/12 14/18 14/21 20/7 21/9 28/3 28/13 29/7 29/12 30/8 30/18 30/23 33/6
**WEBB [1]** 1/19
**website [1]** 21/10
**websites [2]** 19/9 19/14

35/3
**weeks [4]** 4/23 23/23 36/23 43/21
**welcome [2]** 37/2 38/4
**well [30]** 3/16 6/20 7/20 7/23 11/13 12/21 13/12 13/13 17/10 17/11 20/8 22/15 22/24 25/5 25/10 27/11 28/6 28/12 30/12 31/4 31/25 32/21 34/10 36/24 37/10 38/6 38/16 42/8 43/5 43/21
**went [1]** 18/9
**were [31]** 4/12 4/17 4/20 6/15 10/1 13/8 15/6 15/13 16/5 16/10 16/11 18/1 18/13 19/16 19/16 24/13 24/15 26/2 26/19 26/19 28/10 28/10 30/3 30/14 30/14 33/16 33/19 34/7 34/20 40/8 40/11
**weren't [3]** 12/18 33/20 39/21
**wfcavanaugh [1]** 1/21
**what [52]**
**what's [1]** 32/14
**whatever [8]** 14/6 14/8 15/11 17/11 18/10 25/1 36/16 38/23
**when [8]** 7/3 13/16 22/22 27/7 29/17 33/16 34/23 40/5
**where [18]** 4/4 6/19 9/1 10/7 10/18 11/19 11/23 15/22 22/24 28/8 30/3 34/9 35/23 35/23 36/20 37/7 40/14 40/17
**whereas [1]** 26/9
**whether [20]** 8/9 8/17 10/4 11/14 17/1 21/3 21/6 21/15 21/17 24/24 27/8 29/4 30/17 32/16 32/19 33/5 33/5 33/21 33/21 36/14
**which [30]** 5/6 5/6 6/10 7/24 12/23 14/5 15/16 18/16 19/13 19/14 20/12 21/1 21/21 22/25 25/14 25/15 27/12 27/17 27/18 28/3 28/4 30/5 30/23 32/3 32/16 34/23 35/1 35/3 39/15 41/12
**who [11]** 10/25 12/3 17/17 18/5 18/7 21/6 22/6 22/8 23/1 23/10 41/4
**who's [1]** 12/3
**who've [1]** 40/25
**whole [2]** 23/13 41/5
**why [10]** 4/6 7/21 8/16 18/21 22/21 23/18 24/21 25/6 27/24 34/23
**will [21]** 3/23 4/23 5/2 5/6 6/23 7/22 7/25 12/3

30/6 33/7 34/12 36/18 39/9 42/21 42/25 43/2 43/2
**William [4]** 1/18 2/5 3/7 44/2
**WILLIAMS [1]** 2/2
**window [1]** 5/13
**withheld [1]** 6/4
**within [5]** 15/14 16/7 18/10 20/5 42/10
**without [4]** 19/25 28/15 33/1 40/21
**witnesses [1]** 5/18
**words [3]** 11/11 15/11 32/2
**work [1]** 23/24
**working [4]** 8/3 8/10 12/3 36/6
**works [1]** 39/14
**worlds [1]** 16/23
**would [26]** 3/17 4/1 5/13 6/24 15/23 16/7 16/17 16/18 16/21 19/7 19/8 23/14 23/15 26/5 28/9 30/16 35/6 35/11 37/8 38/4 39/11 39/14 39/15 39/18 39/20 40/22
**wouldn't [1]** 16/12
**wrong [4]** 13/16 17/18 31/18

**Y**

**yeah [2]** 14/11 34/1
**year [1]** 39/15
**Yes [1]** 8/23
**yet [4]** 3/10 6/23 23/1 38/2
**yield [2]** 9/10 10/1
**York [1]** 1/20
**you [149]**
**you know [4]** 27/6 28/23 38/18 41/10
**you'd [1]** 7/5
**you'll [5]** 15/3 17/8 21/2 28/25 38/21
**you're [15]** 4/16 16/16 16/18 22/7 23/4 23/21 25/3 27/7 27/8 33/24 36/17 37/2 38/6 42/6 42/13
**you've [9]** 4/3 12/13 16/22 25/10 26/21 27/6 28/22 31/6 37/17
**your [57]**
**Your Honor [47]**
**Your Honor's [2]** 9/11 29/10
**yours [1]** 30/13
**yourself [1]** 22/13

**Z**

**Zaremba [2]** 2/5 44/2
**ZOOM [1]** 1/9