## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

United States of America, *et al.*,

                        Plaintiffs,          Case No. 1:20-cv-03010-APM

v.                                           HON. AMIT P. MEHTA

Google LLC,

                        Defendant.

---

State of Colorado, *et al.*,

                        Plaintiffs,          Case No. 1:20-cv-03715-APM

v.                                           HON. AMIT P. MEHTA

Google LLC,

                        Defendant.

---

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(b), Erica Fruiterman gives notice of her withdrawal as counsel of record for Plaintiff State of Colorado in the above-captioned matters.

Dated: September 6, 2022                 Respectfully submitted,

                                         By: */s/ Erica Fruiterman*
                                         Erica Fruiterman (D.C. Bar No. 1643252)
                                         Special Assistant Attorney General
                                         Colorado Office of the Attorney General
                                         1300 Broadway, 10th Floor
                                         Denver, CO 80203
                                         Tel: 720-508-6000
                                         erica.fruiterman@coag.gov