UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br>          Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br>          Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(b), the undersigned, Abigail L. Smith, hereby submits her Notice of Withdrawal of Counsel for Plaintiff State of Colorado in the above-captioned matter. Jonathan B. Sallet, Carla J. Baumel, Matt Schock and Steven M. Kaufmann of the Colorado Office of the Attorney General will continue to represent Plaintiff State of Colorado which will not be without representation in this matter.

DATED: September 8, 2022.

Respectfully Submitted,

/s/ Abigail L. Smith
Abigail L. Smith
Assistant Attorney General
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Tel: 720-508-6000
Abigail.Smith@coag.gov

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on September 8, 2022, a copy of the foregoing *Notice of Withdrawal of Counsel* was electronically filed with the Court, thereby providing electronic service to all counsel of record.

      /s/ Abigail L. Smith
Abigail L. Smith
Assistant Attorney General
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Tel: 720-508-6000
Abigail.Smith@coag.gov