AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America, et al. *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC *Defendant* | ) ) ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of South Carolina.

Date: 09/15/2022

s/Mary Frances Jowers
*Attorney's signature*

Mary Frances Gibson Jowers (SC Bar No. 68413)
*Printed name and bar number*

South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211
*Address*

mfjowers@scag.gov
*E-mail address*

(803) 734-3996
*Telephone number*

(803) 734-0097
*FAX number*