IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,  ) | Case No. 1:20-cv-03010-APM |
| ) | |
| Plaintiffs,  ) | |
| ) | Hon. Amit P. Mehta |
| GOOGLE LLC,  ) | |
| ) | |
| Defendant.  ) | |

| | |
|---|---|
| STATE OF COLORADO, et al.,  ) | Case No. 1:20-cv-03715-APM |
| ) | |
| Plaintiffs,  ) | |
| ) | Hon. Amit P. Mehta |
| GOOGLE LLC,  ) | |
| ) | |
| Defendant.  ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff, State of Nevada, hereby gives notice that the Senior Deputy Attorney General Marie W.L. Martin, is hereby withdrawn as counsel for Plaintiff, State of Nevada, in the above-captioned matters. The State of Nevada will continue to be represented by Senior Deputy Attorney General Lucas J. Tucker and Senior Deputy Attorney General Michelle Newman, both of whom have previously entered appearances in these matters.

Dated this 15th day of September, 2022.

AARON D. FORD
Attorney General

By:   /s/ Michelle Newman
MICHELLE NEWMAN (Bar No. 13206)
Senior Deputy Attorney General
State of Nevada, Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701
775-684-1164 ph
mnewman@ag.nv.gov
Attorneys for Plaintiff, State of Nevada

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the Court's CM/ECF electronic filing system. Participants in this case who are registered electronic filing system users will be served by the Court's CM/ECF system.

Dated this 15th day of September, 2022.

/s/ Dorianne Potnar
An employee of the
Office of the Attorney General