AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:20-CV-3010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Utah.

Date: 09/14/2022

/s/ Marie W.L. Martin
*Attorney's signature*

Marie W.L. Martin (CA SBN 189219)
*Printed name and bar number*

160 East 300 South, 5th Floor
P.O. Box 140874
Salt Lake City, UT 84114-0874
*Address*

mwmartin@agutah.gov
*E-mail address*

(801) 538-9600
*Telephone number*

*FAX number*