IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>　　　　　　　　　　　　Plaintiffs, <br><br>v. <br><br>GOOGLE LLC, <br><br>　　　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING
GOOGLE'S MOTION TO EXCLUDE DOJ PLAINTIFFS'
<u>UNTIMELY DISCLOSED EXPERT</u>**

Upon consideration of Defendant Google LLC's Motion to Exclude the Report and Testimony of DOJ Plaintiffs' Untimely Disclosed Expert, the motion is hereby GRANTED, and it is further ORDERED:

1.　　Dr. Martin's report is stricken.

2.　　Plaintiffs are precluded from relying on Dr. Martin to provide any evidence or testimony in this matter.

　　　ISSUED this _____ day of _____, 2022.

SO ORDERED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　United States District Judge