AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010 |
| Google, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arkansas

Date: 10/12/2022

*Attorney's signature*

David A.F. McCoy, AR2006100
*Printed name and bar number*

323 Center Street, Suite 200, Little Rock, AR 72201
*Address*

david.mccoy@arkansasag.gov
*E-mail address*

501-682-7506
*Telephone number*

501-682-8118
*FAX number*