# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER REGARDING PAGE LIMITS FOR
<u>SUMMARY JUDGMENT BRIEFS</u>**

  Upon consideration of the Parties' Joint Status Report of October 12, 2022, and for good cause shown, it is hereby ORDERED:

  1. Google may file a 50-page memorandum of points of authorities in support of a motion for summary judgment in *United States, et al. v. Google LLC* (the "DOJ Action") and a separate 50-page memorandum of points and authorities in support of a motion for summary judgment in *State of Colorado, et al. v. Google LLC* (the "Colorado Action").

2. Plaintiffs in the DOJ Action and Plaintiffs in the Colorado Action may each file a 50-page memorandum of points and authorities in opposition to Google's motions for summary judgment.

3. Google may file 30-page replies in support of each of its motions for summary judgment.

Dated: October ____, 2022

_____
Hon. Amit P. Mehta
United States District Court Judge