IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER**

Upon consideration of Defendant Google LLC's Motion to Exclude the Report and Testimony of DOJ Plaintiffs' Untimely Disclosed Expert (the "Motion") and U.S. Plaintiffs' Opposition to Defendant's Motion to Exclude the Report and Testimony of U.S. Plaintiffs' Privacy Expert, the Motion is DENIED.

Dated: October _____, 2022　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge