UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**EXPEDITED MOTION TO PERMIT TWO ATTORNEYS FOR U.S. PLAINTIFFS TO EXAMINE EDWARD A. FOX AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiffs in the above-captioned case ("U.S. Plaintiffs") respectively move the Court for an order permitting U.S. Plaintiffs to divide their ten-hour examination of Dr. Edward A. Fox between two U.S. Department of Justice attorneys, who will proceed seriatim. The deposition is scheduled for November 14 and 15, 2022. Google opposes this request.

The deposition of Dr. Fox, a computer scientist retained by Google to offer opinions on the relationship between user data and search quality, is one of many happening near the close of expert discovery.[1] Federal Rule of Civil Procedure 30(c)(1) requires only that "[t]he examination and cross-examination of a deponent proceed as they would at trial under the Federal Rules of Evidence." Local Civil Rule 83.3 provides that, under normal trial circumstances, "one attorney on each side shall examine a witness," but permits multiple attorneys to do so with "permission of the Court."

Good cause exists for U.S. Plaintiffs' request to divide their examination of Dr. Fox

---

[1] Expert discovery closes November 10. *See* Dkt. No. 263. Because of the condensed window for deposing experts, though, five expert depositions will take place on or after November 14, including one expert whose deposition was rescheduled due to illness.

between two attorneys. Additional flexibility is needed in light of the discovery schedule, the length of the expert depositions, and the complexity of the subject matter. Efficiencies are available when two attorneys may divide the deposition preparation. *See* Feb. 11, 2022 Status Conference 30:7-10 (observing that "a 14-hour deposition is a long thing to prepare for and to have two lawyers conduct the questioning is not unreasonable"). Second, Google suffers no prejudice from permitting two attorneys to examine Dr. Fox. As this Court has recognized, dividing examination between two attorneys does not "creat[e] that much of a strategic benefit." *See* Feb. 11, 2022 Status Conference 30:07-10. Indeed, Google has identified no prejudice to itself or the witness from having two attorneys examine Dr. Fox.

For those reasons, U.S. Plaintiffs respectfully request permission to divide their examination of Dr. Fox between two attorneys, who will proceed seriatim.

Dated: November 10, 2022            Respectfully submitted,

By: ___*/s/ Kenneth M. Dintzer*___
Kenneth M. Dintzer
U.S. Department of Justice, Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff United States of America*

By: ___*/s/ Kelsey Paine*___
Ken Paxton, Attorney General
James Lloyd, Chief, Antitrust Division
Kelsey Paine, Assistant Attorney General
Margaret Sharp, Assistant Attorney General
Office of the Attorney General, State of Texas
300 West 15th Street
Austin, Texas 78701
Kelsey.Paine@oag.texas.gov

*Counsel for Plaintiff State of Texas*

By: */s/ Matthew Michaloski*
Theodore Edward Rokita, Attorney General
Scott L. Barnhart, Chief Counsel and Director, Consumer Protection Division
Matthew Michaloski, Deputy Attorney General
Christi Foust, Deputy Attorney General
Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Matthew.Michaloski@atg.in.gov

*Counsel for Plaintiff State of Indiana*

By: */s/ David A.F. McCoy*
David A.F. McCoy, Ark. Bar No.2006100
Senior Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Direct phone: (501) 682-7506
David.McCoy@ArkansasAG.gov

*Counsel for Plaintiff State of Arkansas*

By: */s/ Brian Wang*
Rob Bonta, Attorney General
Ryan J. McCauley, Deputy Attorney General
Brian Wang, Deputy Attorney General
Henry Cornillie, Deputy Attorney General
Paula Blizzard, Supervising Deputy Attorney General
Kathleen Foote, Senior Assistant Attorney General
Office of the Attorney General,
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Brian.Wang@doj.ca.gov

*Counsel for Plaintiff State of California*

3

By: */s/ Lee Istrail*
Ashley Moody, Attorney General
R. Scott Palmer, Special Counsel, Complex
Enforcement Chief, Antitrust Division
Nicholas D. Niemiec, Assistant Attorney General
Lee Istrail, Assistant Attorney General
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

By: */s/ Daniel Walsh*
Christopher Carr, Attorney General
Margaret Eckrote, Deputy Attorney General
Daniel Walsh, Senior Assistant Attorney General
Charles Thimmesch, Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
cthimmesch@law.georgia.gov

*Counsel for Plaintiff State of Georgia*

By: */s/ Philip R. Heleringer*
Daniel Cameron, Attorney General
J. Christian Lewis, Executive Director of
Consumer Protection
Philip R. Heleringer, Executive Director of the
Office of Consumer Protection
Jonathan E. Farmer, Deputy Executive Director of
the Office of Consumer Protection
Office of the Attorney General, Commonwealth of
Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Philip.Heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*

By: */s/ Christopher J. Alderman*
Jeff Landry, Attorney General
Christopher J. Alderman, Assistant Attorney General
Office of the Attorney General, State of Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
AldermanC@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

By: */s/ Scott Mertens*
Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for Plaintiff State of Michigan*

By: */s/ Stephen M. Hoeplinger*
Stephen M. Hoeplinger
Assistant Attorney General
Missouri Attorney General's Office
815 Olive St., Suite 200
St. Louis, Missouri 63101
Stephen.Hoeplinger@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

By: */s/ Hart Martin*
Lynn Fitch, Attorney General
Hart Martin, Special Assistant Attorney General
Crystal Utley Secoy, Assistant Attorney General
Office of the Attorney General, State of Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Hart.Martin@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

By: */s/ Derek Oestreicher*
Derek Oestreicher
Chief Deputy Attorney General
Montana Office of Consumer Protection
P.O. Box 200151
Helena, MT 59620-0151
derek.oestreicher@mt.gov
Phone: (406) 444-4500
Fax: 406-442-1894

*Counsel for Plaintiff State of Montana*

By: */s/ Mary Frances Jowers*
Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney General
C. Havird Jones, Jr., Senior Assistant Deputy Attorney General
Mary Frances Jowers, Assistant Deputy Attorney General
Rebecca M. Hartner, Assistant Attorney General
Office of the Attorney General, State of South Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
mfjowers@scag.gov

*Counsel for Plaintiff State of South Carolina*

By: */s/ Gwendolyn J. Lindsay Cooley*
Joshua L. Kaul, Attorney General
Gwendolyn J. Lindsay Cooley, Assistant Attorney General
Wisconsin Department of Justice
17 W. Main St.
Madison, Wisconsin 53701
Gwendolyn.Cooley@Wisconsin.gov

*Counsel for Plaintiff State of Wisconsin*