# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>         Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## [PROPOSED] ORDER

Upon consideration of U.S. Plaintiffs' Expedited Motion to Permit Two Attorneys for U.S. Plaintiffs to Examine Edward A. Fox and Memorandum in Support Thereof (the "Motion"), U.S. Plaintiffs' Motion is GRANTED.

Dated: November ___, 2022

                                 _____
                                 Hon. Amit P. Mehta
                                 United States District Court Judge