# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Plaintiff United States of America hereby gives notice that the undersigned attorney, Christopher K. VanDeusen, hereby withdraws as counsel in this matter.

Dated: November 10, 2022        Respectfully submitted,

By:  */s/ Christopher K. VanDeusen*
Christopher K. VanDeusen
U.S. Department of Justice, Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Telephone: (202) 549-6120
Christopher.VanDeusen@usdoj.gov

*Counsel for Plaintiff United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, I electronically filed the foregoing Notice of Withdrawal of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ Christopher K. VanDeusen*
Christopher K. VanDeusen
U.S. Department of Justice, Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Telephone: (202) 549-6120
Christopher.VanDeusen@usdoj.gov

*Counsel for Plaintiff United States of America*