IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**DEFENDANT GOOGLE LLC'S OPPOSITION TO DOJ PLAINTIFFS'
MOTION TO ALLOW A DIVIDED EXAMINATION OF DR. FOX**

DOJ Plaintiffs fail to provide any support for their request to be excepted from the rules governing depositions and the parties' practice in this case to allow for a divided examination of Professor Fox by two separate attorneys for the DOJ.[1] The majority of the expert depositions taken to date have lasted the full 10 hours allotted under the Case Management Order, and every expert deposition has been taken (and defended) by a single attorney for each party. The upcoming deposition of Professor Fox is no different than any other expert deposition in this case, and Google therefore respectfully opposes the request.

Dated: November 10, 2022

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000

---

[1] DOJ Plaintiffs first raised this issue yesterday afternoon, November 9, 2022.

jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*