IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER DENYING DOJ PLAINTIFFS'
MOTION TO ALLOW A DIVIDED EXAMINATION OF DR. FOX**

Upon consideration of DOJ Plaintiffs' Expedited Motion to Permit Two Attorneys for U.S. Plaintiffs to Examine Edward A. Fox and Memorandum in Support Thereof (ECF No. 404) (the "Motion"), as well as Google's Opposition to DOJ Plaintiffs' Motion to Allow a Divided Examination of Dr. Fox, the Motion is hereby DENIED.


Dated: November ____, 2022

_____
Hon. Amit P. Mehta
United States District Court Judge