# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## ORDER

Upon consideration of U.S. Plaintiffs' Expedited Motion to Permit Two Attorneys for U.S. Plaintiffs to Examine Edward A. Fox and Memorandum in Support Thereof (the "Motion"), U.S. Plaintiffs' Motion is GRANTED. The court will make an exception to the ordinary one-lawyer rule to facilitate the timely completion of expert discovery.

_____
Hon. Amit P. Mehta
United States District Court Judge