AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Minnesota     .

Date:     11/18/2022

/s Zach Biesanz
*Attorney's signature*

Zach Biesanz
*Printed name and bar number*

Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101

*Address*

zach.biesanz@ag.state.mn.us
*E-mail address*

(651) 757-1257
*Telephone number*

(651) 296-9663
*FAX number*