# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

### [PROPOSED] ORDER REGARDING DEADLINES FOR <u>DAUBERT MOTIONS</u>

Upon consideration of the Parties' Joint Status Report of November 25, 2022, and for good cause shown, it is hereby ORDERED:

The Amended Scheduling and Case Management Order, *see* ECF Nos. 108-1 and 263, is further amended so that the deadline to file any *Daubert* motions regarding experts Prof. Catherine Tucker and Prof. Kirsten Martin is extended to December 19, 2022, or ten days after the completion of the depositions of Prof. Catherine Tucker and Prof. Kirsten Martin, whichever is later. The deadline to file all other *Daubert* motions remains December 12, 2022.

Dated: November ____, 2022

_____
Hon. Amit P. Mehta
United States District Court Judge