# **EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER REGARDING THE FILING OF PUBLIC REDACTED VERSIONS OF PAPERS FILED UNDER SEAL IN CONNECTION WITH SUMMARY JUDGMENT OR DAUBERT MOTIONS**

Upon consideration of the Parties' Joint Status Report of November 25, 2022, and for good cause shown, it is hereby ORDERED:

1. Any party that files under seal a brief in support of a motion for summary judgment or *Daubert* motion shall file a redacted version of its brief on the public docket no later than January 11, 2023.

2. Any party that files under seal a brief in opposition to a motion for summary judgment or *Daubert* motion shall file a redacted version of its brief on the public docket no later than February 16, 2023.

      3.      Any party that files under seal a reply in support of a motion for summary judgment or *Daubert* motion shall file a redacted version of its brief on the public docket no later than March 13, 2023.

      4.      Any redacted versions of other papers filed under seal in support of or opposition to a motion for summary judgment or *Daubert* motion, including declarations or statements of material facts as to which the moving party contends there is no genuine issue, shall be filed on the public docket no later than March 13, 2023.

Dated: November ____, 2022

                                                                                     Hon. Amit P. Mehta
                                                                      United States District Court Judge