```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,   )
                                    )
          Plaintiffs,               )
                                    )      CV No. 20-3010
        vs.                         )      Washington, D.C.
                                    )      November 28, 2022
GOOGLE LLC,                         )      4:15 p.m.
                                    )
          Defendant.                )
_____ )



                      TRANSCRIPT OF
          STATUS CONFERENCE VIA ZOOM PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA
              UNITED STATES DISTRICT JUDGE



APPEARANCES:

For DOJ Plaintiffs:          Kenneth M. Dintzer
                             Joshua Hafenbrack
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov


For Plaintiff
State of Colorado:           William F. Cavanaugh, Jr.
                             PATTERSON BELKNAP
                             WEBB & TYLER LLP
                             1133 Avenue of the Americas
                             Suite 2200
                             New York, NY 10036-6710
                             (212) 335-2793
                             Email: wfcavanaugh@pbwt.com
```

APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               Colette Connor
                               WILLIAMS & CONNOLLY LLP
                               725 12th St., NW
                               Washington, D.C. 20005
                               (202) 434-5000
                               Email: jschmidtlein@wc.com
                               Email: cconnor@wc.com

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2           COURTROOM DEPUTY:  Good afternoon, Your Honor.
 3    This is Civil Action 20-3010, United States of America,
 4    et al., versus Google LLC.
 5               Kenneth Dintzer and Joshua Hafenbrack for the DOJ
 6    Plaintiffs.
 7               William Cavanaugh on behalf of the Colorado
 8    Plaintiffs.
 9               John Schmidtlein and Colette Connor on behalf of
10    Google LLC.
11           THE COURT:  Okay.  Counsel, good afternoon to all
12    of you.  I hope everybody is doing well.  I hope everybody
13    had a good Thanksgiving.
14               First thing, I thank you, all, for your patience
15    with me in terms of scheduling.  I think we had a conference
16    scheduled a couple weeks ago, I was trying to get a trial
17    wrapped up, and so that was the reason for the scheduling
18    change.  So thank you for that.
19               With that out of the way, it looks like we are at
20    a point where discovery should more or less be concluded; in
21    other words, the outstanding issue about Dr. Martin, which
22    we'll get to momentarily.  But are there any discovery
23    related matters that we -- either side feels like it needs
24    to raise today?
25               Mr. Dintzer, why don't we start with you.
```

1          MR. DINTZER:  Okay.  And I'd be happy to address

2     that, Your Honor.  Do you also want me to sort of walk

3     through the background like we usually do or just get

4     straight to answering the question?

5          THE COURT:  Yeah, just straight to answering the

6     question.

7          MR. DINTZER:  Besides the two experts that we're

8     going to talk about today, there is a related issue, which

9     is not teed up yet, but is potentially an expert discovery

10    question.  One of Google's experts identified Google

11    employees that did some of his work, and we've asked Google

12    for a list of those names that the expert could not

13    identify.  So we've asked Google for a list of the names of

14    the employees that did the work and to confirm that Google

15    as put a litigation hold on those related materials.  So

16    that request has gone out on the 21st, we haven't heard

17    back.  And so it comes under the big umbrella of expert

18    discovery.  So we would need to get that resolved before we

19    close the door on experts.

20          THE COURT:  Okay.

21          MR. CAVANAUGH:  Nothing for us, Your Honor.

22          MR. SCHMIDTLEIN:  Nothing for Google, Your Honor,

23    other than to note that I think we did submit for Your Honor

24    in connection with the JSR, an order modifying the timing

25    for *Daubert* motions relating to two of the experts that are

1   implicated by the motion to exclude.  So that's before

2   Your Honor and is not -- is an agreed upon order submitted

3   by the parties.

4           THE COURT:  Yeah, I know, I've seen those, I'll

5   take care of those as soon as we're done here this

6   afternoon.

7           All right.  Well, look, let me just first say the

8   following, which is that you all really -- I should say,

9   I want to congratulate all of you, I do think having come to

10  the close or substantial completion, let's call it that, of

11  discovery is a real milestone in this case, and I think it

12  really is an attribute -- a testament to all of you and your

13  professionalism and your ability to work together.  I have

14  no doubt there have been some challenges and some conflicts

15  that are behind the scenes that I don't get to see, which is

16  okay.

17          But, look, overall from my perspective, you know,

18  this has been a remarkably smooth case given its magnitude

19  and given the number of records and volume of data at issue,

20  and so I just want to extend my thanks to all of you for all

21  the hard work you've put in and, frankly, have made my job

22  easier over the last, I guess it's almost been two years, I

23  guess more than two years, which is hard to believe because

24  it feels like the case was just filed yesterday.

25          In any event, with that said, let's turn then to

1    the motion, and then after the motion, I wanted to talk

2    about scheduling and kind of just figuring out where we go

3    from here.

4           So the motion was filed by Google to exclude the

5    expert reply report of Dr. Kirsten Martin, who was

6    designated as, let's just call her a reply expert, to one of

7    Google's experts and Google's expert was Dr. Tucker,

8    correct?

9           MR. DINTZER:  That's correct, Your Honor.

10          THE COURT:  Okay.

11          So, I mean, I've read the parties' papers.  Why

12   don't I do this.  Why don't I turn to you, Mr. Schmidtlein

13   or Ms. Connor, if you want to add something more to your

14   papers.  I did have a couple of questions I wanted to ask,

15   but I think it may be better if I hear from you first.

16          MS. CONNOR:  Sure, good afternoon.

17          You were getting I can --

18          THE COURT:  I got a little feedback, and now the

19   volume is just low.  So perhaps it's a mic adjustment issue.

20   I don't know.

21          COURTROOM DEPUTY:  And, Mr. Schmidtlein, I believe

22   that you may need to lower the speaker volume or switch to

23   headsets, if you guys are in the same office.

24          MS. CONNOR:  Good afternoon, Your Honor.  Can you

25   hear me now?

1          THE COURT:  Yes.  That's great thank you.

2          MS. CONNOR:  Colette Connor for Google.

3          So I'll be brief, Your Honor, as our arguments are

4   laid out in the papers; but in short, the DOJ made a

5   deliberative decision to proceed without a dedicated privacy

6   expert.  That was an affirmative strategic decision that

7   they made.

8          The rules and the case law are clear that where a

9   disclosure failure is an affirmative strategic decision made

10  by a party, that the parties not to be saved from their own

11  strategic choice, especially here where there's just no

12  extenuating circumstance that they can point to that led to

13  their decision to submit this expert, a new expert with a

14  completely new theory, never before disclosed by DOJ, not

15  just in the course of expert disclosures but at any point in

16  the litigation, not interrogatory responses, for example.

17  It was their choice to sit on that expert and failed to

18  disclose her in the first two rounds of reports.

19          Just briefly on that point, even sort of reading

20  most generously to the plaintiffs and sort of assuming that

21  this expert would have been proper in the second round of

22  reports, the rebuttal round, with her new theory, that the

23  plaintiffs had not one but two bites of the apple here.

24  They had their first round of expert disclosures, they not

25  disclose the privacy expert.  Google did in the first round;

1    and then again in the second round, they had an opportunity

2    to submit a rebuttal expert to Google's privacy expert,

3    again, they chose not to, and it wasn't until the third

4    round really that they put forward this new theory with a

5    new expert.

6             THE COURT:  Ms. Connor, can I just ask you, is it

7    Google's position that it is the substance of the expert

8    opinion that is the problem as opposed to the fact that as

9    it is a new expert?

10            MS. CONNOR:  Yes, absolutely.

11            I think the fact that it is a new expert sort of

12   underscores how new the substance is.

13            THE COURT:  Right.

14            MS. CONNOR:  But absolutely, yes.

15            THE COURT:  So let me ask this.  I mean, I've --

16   read would be too generous a term, but I have closely

17   perused Dr. Martin's report.  And Google seems to me to be

18   primarily concerned about the opinions that appear on pages,

19   that sort of begin on page 4 through 13.  This is the -- her

20   opinion that Dr. Tucker did not consider sort of what she

21   calls non-contextual secondary uses of data, and that seems

22   to be the primary concern.

23            At least as I looked at -- and we'll talk about

24   that in a moment, but as I looked at the next two opinions

25   that she provided, one, which is about the contention that

1    studies that Dr. Tucker relied upon in her rebuttal report,

2    that those are outdated and they've been sort of superseded

3    by other studies, and that, you know, her opinion regarding

4    sort of consideration of the way Google provides privacy

5    choices.

6            Tell me why either or both of those subjects of

7    opinions are brand new?

8            MS. CONNOR:  So those are less problematic than

9    the part 2 of her report, her first opinion that you point

10   to in pages 4 through 13.

11           THE COURT:  Right.

12           MS. CONNOR:  These, I think, are certainly more

13   properly characterized as to rebuttal, however, of course,

14   they're rebutting opinions that were in Tucker's first round

15   1 report.  So they really did sort of skip a round of

16   reports there by including these, but they are more squarely

17   directed at Dr. Tucker than is the first opinion you point

18   out.

19           The only thing I would add is that part 4 of her

20   report, which is what picks up at page 21, it does really

21   sort of circle back to this new theory that's in part 2,

22   so it's kind of adopting a lot of that in that discussion;

23   but sort of setting that aside, these are much more rebuttal

24   than is the new theory that's in part 2 of her report.

25           THE COURT:  But do you disagree -- and, again, I'm

```
 1    just trying to narrow the issues here because she does have

 2    these different opinions.  I mean, maybe I didn't trace the

 3    citations all the way through but, for example, starting on

 4    page 15 of her report, paragraphs 33 forward, she identifies

 5    studies that are cited in the Tucker rebuttal report and

 6    then provides what she considers to be more updated

 7    scholarship.

 8            Am I reading that incorrectly, such that this is a

 9    true sort of reply to the rebuttal as opposed to a rebuttal

10    to the initial report Dr. Tucker prepared?

11            MS. CONNOR:  So every single one of the studies

12    that she, that Dr. Martin addresses was cited in

13    Dr. Tucker's report as well.

14            THE COURT:  I see.

15            MS. CONNOR:  So it is true they were cited in

16    Dr. Tucker's second report, but they were also cited in her

17    first report.

18            THE COURT:  I see.

19            MS. CONNOR:  So how -- the framing of it as

20    addressing her rebuttal report is really not quite right.

21    I mean they're addressing the opinions she put forward in

22    her first report.

23            THE COURT:  Okay.

24            And then in terms of the first topic, I'll have

25    questions for the United States on this.  But as
```

1    I understand it, what she's opined on is that there are --
2    is that Dr. Tucker has not taken into account what she calls
3    sort of secondary uses of user data; that is, people's
4    privacy attitudes toward user data that is used for an
5    additional reason, as opposed to what's collective initially
6    and that people have very different views when it comes to
7    privacy with respect to that kind of use of secondary use of
8    data.
9           Was there any hint of that in either the -- in the
10   two experts that the government's -- United States submitted
11   in their initial reports?  I know the reports were --
12   covered more territory than just privacy, but is there any
13   reference to this concept in those early, I guess it's --
14   this is Winston and Rangle.
15          MS. CONNOR:  No, absolutely not, there was not.
16   This is the first time we've heard this theory advanced by
17   DOJ.
18          THE COURT:  Okay.
19          And so what then is -- I mean, given the timing of
20   where we are and even if I were to conclude that there's no
21   justification for the late introduction of this theory
22   through a new expert, what's the -- and I know it's not your
23   burden, but what's the prejudice that Google suffers here if
24   I were to give you time to file a surrebuttal or sur -- to
25   basically respond to the reply report, a surreply report,

1    and then obviously ultimately you would be able to depose

2    Dr. Martin?

3              MS. CONNOR:  Sure, Your Honor.

4              The prejudice is the plaintiffs dropping this on

5    us, of course, at sort of the eleventh hour or pass the

6    eleventh hour as we are really trying to finish up expert

7    reports or finishing expert reports, going to expert

8    depositions and preparing for summary judgment and *Daubert*.

9              Certainly, we have a privacy expert, Dr. Tucker,

10   so we would -- she would be able to address the opinions

11   that Dr. Martin has put forth, but certainly, especially as

12   to that new theory, her part two of her report, there's

13   absolutely no justification on the part of the plaintiffs

14   where they're advancing that theory for the first time in

15   the third round of expert disclosures.

16             THE COURT:  Okay.

17             But beyond that, it's really, really late, and we

18   wish you would have done it earlier, is there anything more

19   specific than that in terms of prejudice?

20             MS. CONNOR:  I think that's -- I mean, we have a

21   privacy expert in this case, so I think it's not, you know,

22   it's not the circumstance where we're unable to address the

23   allegations.  And certainly I think if -- we would want her

24   to be able to respond to any portion of Dr. Martin's report

25   that you choose to allow -- allow in the case.

 1            THE COURT:  And, again, hypothetically, if I were

 2    to sort of go the route of a lesser sanction if one were

 3    appropriate, what would you be asking for?

 4            MS. CONNOR:  I think, you know, I think we would

 5    ask that this new theory be struck, so part 2 of her report,

 6    and allow her to testify as to parts 3 and 4, which are the

 7    more, you know, are more rebuttal.  It should have been

 8    disclosed in the second round, but, of course, I think we

 9    can overlook that.

10            If you were to allow her opinion to come in in

11    full or even in part, we would want our expert to be able to

12    file a short responsive report and as well as take her

13    deposition.

14            And the parties did set aside time for deposition

15    if she's allowed in the case.

16            THE COURT:  Okay.  All right.

17            Thank you, Ms. Connor, I appreciate all you've

18    said and maybe, if I feel need of a rebuttal, I'll ask for

19    one.

20            Mr. Dintzer, I'm happy to hear from you about

21    this.

22            MR. DINTZER:  Your Honor, Mr. Hafenbrack, my

23    colleague, will be addressing this issue.

24            THE COURT:  Okay.  Mr. Hafenbrack.

25            MR. HAFENBRACK:  Good afternoon, Your Honor.

1    Josh Hafenbrack for the United States.

2         A couple of broad points and then I'll address

3    Your Honor's specific questions.

4         You know, under our view, Professor Martin's

5    expert report was timely and properly disclosed under the

6    CMO.  Her report is indisputably relevant to an important

7    issue here, online privacy, and her testimony will help the

8    Court as the trier of fact resolve this case on the merits

9    at trial next fall.

10        Your Honor asked specifically about the opinion

11   about the non-contextual or secondary use of data.  I'd like

12   to make the point that that's not a new theory that we're

13   arguing for the first time, that's not a theory of harm.

14   Rather, Professor Martin was making the point, you know,

15   that people have privacy expectations not only about what

16   data Google collects but how Google uses that data after

17   they've collected it.

18        We think that's an important point but it's not a

19   legal theory we're offering as a basis for liability;

20   rather, it's a point that undermines the force of Professor

21   Tucker's analysis that she offers in her rebuttal report and

22   it's an important point from the field of privacy research

23   and scholarship that contradicts her opinions.

24        And it's also, you know, it's not only another new

25   theory, it's not even new.  In her first report,

1    Professor Tucker referenced, albeit briefly, the idea of

2    contextual use of data, and, in fact, cited to an article by

3    Professor Martin on that point.  So she's not even the first

4    one to raise the point.

5         It certainly is true, as Ms. Connor noted, that

6    none of our other experts had raised this point, this

7    critique of Professor Tucker about secondary uses of data.

8    But that's not surprising given that this is Professor

9    Martin's, Dr. Martin's core area of expertise.  If she

10   brought nothing new to the table, we would have no reason to

11   disclose her in a rebuttal capacity at all.  So Google is

12   really attacking the concept of having a new expert in the

13   later stages of expert discovery.

14        THE COURT:  Can I just cut to the heart of what

15   Google's seeking here?

16        MR. HAFENBRACK:  Sure.

17        THE COURT:  At least as to this first area, why

18   shouldn't this have been -- if the government wanted to

19   raise this, why not raise it as part of the rebuttal to

20   Dr. Martin's -- excuse me, to Dr. Tucker's initial report on

21   privacy?  I mean, it seems that's when this concept should

22   have been introduced, Dr. Martin should have been introduced

23   to rebut her initial opinion, and it seems a little -- well,

24   could be called sandbagging to suggest that -- to say that

25   there's this new theory now, and another one says, but this

1    is a more robust theory than what's been put forward

2    previously in lots of other expert reports to come in during

3    the reply round seems a little odd.

4            MR. HAFENBRACK:  Yes, Your Honor.

5            From our perspective Professor Tucker's initial

6    report was a bit thin.  She only cited six documents in the

7    entire report.  A lot of her analysis was about industries

8    and apps that have nothing to do with general search.

9            And then she came back in the rebuttal report and

10   made a much more substantive and specific argument to the

11   general search market, and in particular, used her analysis

12   to criticize our opening experts, and that's why we decided

13   that it was worthwhile to respond to her rebuttal report on

14   reply.

15           And I should note, Your Honor, that Google doesn't

16   contest the fact that every argument that is raised in

17   Professor Martin's reply report addresses something that was

18   specifically an argument that was specifically made by

19   Professor Tucker in Google's rebuttal round.

20           You know, Google presumably wouldn't file a

21   rebuttal report that it thought was unnecessary or

22   superfluous, you know, was making arguments that we should

23   be entitled to respond to.

24           And I think Your Honor was getting to the point

25   here that there's no prejudice or the --

1          THE COURT:  Yeah, before we get to prejudice,

2     I guess I'm still not -- either the government's theory is

3     that by virtue of being a monopoly, Google reduces or

4     diminishes opportunities to create better privacy policies

5     for consumers, or that's not part of your theory.

6          And if it is part of your theory, it is a bit head

7     scratching for a substantial -- well, let me put it this

8     way.  It's a little head scratching to see a substantial

9     support for that theory to come in for the first time in

10    reply to a privacy expert that Google designated.  And that

11    seems to be what's happened here.  I mean, would you

12    disagree with that characterization?

13         MR. HAFENBRACK:  I would, Your Honor, and I can

14    provide a little bit of the context.  From our perspective,

15    privacy is a relevant issue, it's an important issue because

16    it's one area where general search engines complete against

17    each other, but it's not an element of our prima facie case.

18    I can bring to the Court cases like *United States versus*

19    *Microsoft*, which lay out the elements required to prove

20    monopoly maintenance which are maintaining a monopoly

21    through exclusionary conduct.

22         And in our opening reports, we did address

23    privacy, Your Honor.  We had a very straightforward kind of

24    economic analysis which was privacy is an aspect of search

25    engine quality and in a more competitive market, consumers

1   would get a better deal on privacy.  But through common

2   sense theory that we think is well supported by the record

3   evidence, and then Professor Tucker, in a rebuttal report in

4   particular, kind of throws a curveball with the opinion that

5   privacy is an unusual feature where competition may not lead

6   to better market outcomes and she criticizes our experts for

7   failing to account for that fact.

8          And Professor Martin's reply is really about

9   critiquing why Professor Tucker's analysis is not persuasive

10  from the perspective of one privacy expert, you know,

11  evaluating the work of another.  That's why it's sort of a

12  classical rebuttal style expert.

13         We do have opening experts that will be part of

14  our case-in-chief that speak to privacy, Professor Martin is

15  not one of them.  She can't be essential to our prima facie

16  case because she won't even be presented in our prima facie

17  case, Your Honor.

18         On the prejudice point, Your Honor, I think that

19  there's nothing here to justify the extreme remedy of

20  sanctions in our view, at least.  Google simply isn't being

21  put to any disadvantage here.  They've had her report for

22  two plus months.  Ms. Connor said they dropped it, we

23  dropped it at the eleventh hour, but that -- we just don't

24  think that's true, we submitted it on September 26th --

25  September 26th, there was a lot of time left in expert

1    discovery.  They've had her report now for more time than
2    they would have had if we filed it in the rebuttal round and
3    they submitted a reply on reply.
4            We're happy to have Professor Tucker file a
5    surreply report.  Google will have ten hours to depose
6    Professor Martin over a 23-page report.  And not for
7    nothing, Your Honor, but Rule 26 was designed to prevent
8    unfair surprise at trial.  That's not a goal that's being
9    remotely frustrated here.  And not that we're counting but
10   there's 288 days to trial, Your Honor.  There's plenty of
11   time for Google to develop its strategy to pivot if it needs
12   to.  There's just no prejudice here that would warrant
13   exclusion under Rule 37 in our view.
14           THE COURT:  I guess what -- I mean, look all of
15   what you said is accurate in terms of timing and the like.
16   I think what I've sort of been a little wondering is when
17   could a party ever, in a case such as this, be sanctioned
18   for a disclosure that's not in conformance with the Case
19   Management Order.
20           In cases like this, there's always going to be a
21   long lag between the end of discovery and a trial because
22   the record is so large and there's going to be extensive
23   summary judgment briefing.
24           And so it can't be that it's that kind of sanction
25   is reserved only for expert disclosures that come after the

1  deadline and on the eve of trial.

2          MR. HAFENBRACK:  I don't disagree with that at

3  all, Your Honor.  And this is certainly an area where the

4  Court has a wide zone of discretion.

5          I would just point out a couple things; one, the

6  cases where courts have granted a motion to exclude an

7  expert at a Rule 37 -- you know, that's a drastic sanction,

8  a draconian sanction according this court's case law --

9  almost invariably come in the circumstances where you have a

10  "no bones about it" untimely report that's filed after

11  expert discovery is closed entirely and the Court is faced

12  with sort of the prospect of upsending summary judgment

13  deadlines, trial deadlines, simply not present here.

14          Certainly, you know, the harmlessness factors turn

15  around prejudice and then there's also sort of an element of

16  if the Court thinks there's something untoward, thinks

17  there's gamesmanship, that the Court can issue a sanction,

18  but we just don't think that's present here, Your Honor.

19          We've continued --

20          THE COURT:  What would that sanction be?  I mean,

21  it's not a sanction to allow Google to file a surreply and

22  depose?  They're entitled to that no matter what.

23          What would an appropriate sanction be if I thought

24  that this was a late disclosure?

25          MR. HAFENBRACK:  We would submit there's no

1   sanction is necessary because there's only a very light

2   degree of prejudice, if there's any at all, that's very

3   curable and sanctions are removed -- sanctions are reserved

4   for cases where there's not only an untimely report, which

5   we don't think there is here, but there is also, you know,

6   some sort of incurable prejudice that's affecting the other

7   side's ability to litigate the case, and that's just not --

8   I will note, Your Honor, not that I'm recommending

9   this as an idea, but there are cases where, you know, courts

10   order one side to pay the other side's cost in doing a

11   supplemental deposition or something.  I don't think that

12   would be appropriate in this case, but there some

13   intermediate sanctions that courts have imposed.  I don't

14   think Google has asked for anything like that in this case.

15   Your Honor, on this, I just want to make one note

16   on the sandbagging point that Google, Your Honor mentioned

17   and that Google mentioned a few times in their papers.

18   You know, we have continually worked with Google.

19   You know, to cite one example, we offered an expedited

20   briefing schedule.  We filed our opposition brief six days

21   early on November 18th.  We've taken affirmative steps to

22   ease any time crunch that might arise.  We've always

23   supported and we continue to support the idea of allowing

24   them to have surreply.  We've worked with them on deposition

25   dates.  If we're sandbagging them, we're not doing a very

1   good job of it.  We're trying to make this as seamless and

2   as efficient as possible for both parties.

3           THE COURT:  Okay.  Ms. Connor, did you wish to,

4   I'll give you a brief reply, or rebuttal, I should say.

5           MS. CONNOR:  Sure, just very briefly.

6           I certainly read part 2 of Dr. Martin's opinion as

7   advancing a new theory of privacy harm.  That is really the

8   target of our motion, if the Court is going to permit any of

9   it.

10          I mean, it's not a rebuttal to anything Dr. Tucker

11  said in either of her first two reports.  It's styled as

12  Dr. Tucker is wrong because she fails to consider, and then

13  they're advancing a theory of harm, and that is a new theory

14  never before disclosed and it simply is just not -- cannot

15  properly be characterized as a rebuttal to any opinion of

16  Dr. Tucker.  It's an affirmative opinion by the DOJ's expert

17  that they should have advanced in their first round of

18  disclosures.

19          THE COURT:  Okay.

20          So, look, I think this is where I come out.  And I

21  actually am in full agreement with Google about the late

22  disclosure.  I mean, the way I read this, and of course, you

23  all are much closer to it than I am, but to introduce what

24  seems to me to be a new and robust theory of privacy

25  violation or how privacy is impacted by the alleged --

1   Google's alleged monopoly status and how greater competition

2   could result in better privacy terms for consumers, you

3   know, what Dr. Martin seems to want to -- or does inject in

4   her report seems brand-new, and is not -- sure, it is a

5   response to what Dr. Tucker has said, but it is the kind of

6   theory that the Department of Justice should have either put

7   forward in one of its own early expert reports or in

8   rebuttal to Dr. Tucker's initial report.

9          As I understand it, she put forward an opinion

10  about privacy.  And so I do think there is a late disclosure

11  here, at least as to part 2.  The other two parts I'm a

12  little less convinced of because they do strike me as a

13  little more traditionally qualifying as a reply.

14         But here's the challenge I'm facing, which is that

15  the case law in this Circuit is fairly strict with respect

16  to the remedy of exclusion, and the D.C. Circuit has said

17  that, you know, Rule 37(c)1 is sort of self-executing, but

18  that the exclusion of an expert or an exclusion of a witness

19  is a really -- as Ms. Connor noted, or I can't remember, as

20  Mr. Hafenbrack noted, is a draconian measure, and the courts

21  need to look at alternative measures first before imposing

22  that kind of measure.  And if there are alternatives that

23  would cure the late violation or the late disclosure, then

24  the Court ought to look to that before it excludes.

25         And so, regrettably -- I shouldn't say

1   regrettable.  I think that's unfortunately where I am,

2   because even though I do think the disclosure is late even

3   though I don't think it's necessarily appropriately a part

4   of a reply, the sanction that's being sought, which is the

5   wholesale exclusion of Dr. Martin's opinion, it's hard to

6   conclude that it is anything -- well, let's put it this way.

7   It's hard to conclude that there are not lesser remedies

8   available here to cure whatever harm has come of the late

9   disclosure, and the obvious remedies are allowing a surreply

10  and to give Google as much time as it needs to file such

11  surreply.

12          And if Google would like to have somebody other

13  than Dr. Tucker file its surreply and put forward a new

14  expert to contradict Dr. Martin, all of that, it seems to me

15  is fair game and on the table.  But I just think my hands

16  are tied at this point in terms of what you all are asking

17  for as a sanction.

18          And it is true that, as I've sort of observed,

19  that in cases like this, it's really difficult, given the

20  timing of how cases like this play themselves out, but this

21  might be a slightly different scenario if there was no

22  privacy theory put forward by the United States in its first

23  round of briefing.  And while it may be thin or not as

24  well-developed, it is there.  And I think in those kind of

25  circumstances, it is appropriate to not have the expert

1    excluded.

2           I mean, you all have cited this *Williams versus*

3    *Aviles* case.  It's actually my case.  Obviously a very

4    different case in terms of complexity, but it's a case in

5    which the plaintiff simply made an expert disclosure that

6    was months after the deadline.  She had actually purposely

7    avoided designating an expert based upon her theory.  And in

8    that case, it was clear that it was appropriate to exclude

9    the expert opinion.

10          You know, this is not that.  It's a combination of

11   the United States having some privacy opinion in the first

12   round and that there being a lesser sanction available to

13   cure any harm, that I think militates against the requested

14   relief of exclusion.

15          So I turn then to you, Ms. Connor, and ask what

16   does Google think it needs in terms of time to address

17   Dr. Martin's reply report?

18          MS. CONNOR:  Sure, Your Honor.

19          We have set Dr. Tucker's deposition for the second

20   half of next week, sort of -- that was worked out a couple

21   weeks ago sort of in anticipation of this motion.  So we

22   very much would like to hold that date and to have her

23   deposition go forward next Thursday, because she starts to

24   really lose availability.  We've obviously pushed it back a

25   little bit already.  So we would get a report to the DOJ

1    before her deposition; in other words, we really want to

2    hold to that deposition schedule.

3             THE COURT:  Well, I leave it to you whether you

4    want to hold that date.  But what I am telling you is that

5    you don't need -- well, let's put it differently.  Given the

6    circumstances, I'm not demanding that whatever rebuttal or

7    reply report she wants to submit be done by next Thursday.

8    If it can be done by next Thursday, all the better.  But

9    given where we are and given what I think is a late

10   disclosure by the government, I'm prepared to say to you

11   all, if you need more than the next seven days or eight days

12   before her deposition, then you are welcome to have it.

13            MS. CONNOR:  We appreciate that, Your Honor.  And

14   I'll confer with our team and with the DOJ and work

15   something out along those lines.

16            THE COURT:  Okay.

17            All right.  So that resolves that issue.

18            Is there anything else we need to discuss?

19   I wanted to just talk about scheduling as the last agenda

20   item.

21            MR. DINTZER:  Not for DOJ, Your Honor.  We have

22   some minor issues bubbling up, but they're really not ripe

23   for the Court so we can save them for if they get to that

24   point, we can always let the Court know.

25            THE COURT:  Okay.

1          Mr. Cavanaugh and Mr. Schmidtlein.

2          MR. CAVANAUGH:  Nothing for the states,

3   Your Honor.

4          MR. SCHMIDTLEIN:  Nothing for Google, Your Honor.

5   As I said, there's a couple of housekeeping, I think,

6   matters that are on your desk that I can sort of draw your

7   attention to because I know you've been distracted with a

8   lot of other things.

9          THE COURT:  Reminders are helpful.

10          MR. SCHMIDTLEIN:  Yeah.

11          So there's three things that I want to just sort

12   of put on your desk.  One we mentioned before, which would

13   be an order extending deadlines for filing *Daubert* directed

14   to the privacy experts in light of what guidance you've

15   given us today.  So I think we would still ask you to enter

16   those, and if we need to modify those because we need to

17   make some additional adjustments, we'll let you know that,

18   at least from Professor Tucker's standpoint.

19          THE COURT:  Okay.

20          MR. SCHMIDTLEIN:  We also, I believe we submitted

21   an order to you in connection with the October status that

22   was canceled.  This had to do just with page limits for

23   summary judgment.

24          THE COURT:  Right.

25          I just actually -- I saw -- did I not enter that

1    order?

2            MR. SCHMIDTLEIN:  I don't believe so.

3            THE COURT:  We'll double-check.  But if we didn't,

4    I certainly meant to, and so we can take care of that.

5            MR. SCHMIDTLEIN:  Great.

6            And then I guess the last one that is on your desk

7    is an order having to do with the timing of the filing of

8    sort of redacted and unredacted versions of summary judgment

9    and *Daubert*.  As I think we've done in the past, you know,

10   we've filed things initially under seal in total and then

11   there's been a lag for the parties to be able to work

12   through the redaction issues.

13           Here, I can tell you that given the extent of the

14   filings, which are going to be larger than some of the

15   filings you've gotten previously in connection with summary

16   judgment, in particular, there's going to be a lot of

17   third-party information that's going to need to be worked

18   through.  And so we have proposed a schedule whereby there

19   is a lag that allows us to work with third parties so that

20   we can then appropriately file redacted versions, you know,

21   some number of weeks after.  We've given ourselves a little

22   bit more time over the Christmas holidays, but I think as to

23   the oppositions and the replies, it's like roughly two weeks

24   or so after the original filing we're going to commit to

25   filing those redacted versions on the record.

1          THE COURT:  Yeah, that's no problem,

2   Mr. Schmidtlein, and I'll take care of that as soon as we're

3   done here today.

4          MR. SCHMIDTLEIN:  If I may, Your Honor.

5          THE COURT:  Of course.

6          MR. SCHMIDTLEIN:  To indulge one more moment, the

7   only last issue that's not been presented to you, but I know

8   you raised it a long time ago, is the -- and we haven't

9   spoken to DOJ about this, to try to sort of get something

10  agreed to -- but I know you raised a while back that you

11  would like to have or ideally would like to have in this

12  case, and I think probably summary judgment is what you most

13  had in mind, was hyperlinked versions --

14         THE COURT:  I just was actually just going to

15  raise that.

16         MR. SCHMIDTLEIN:  We are, we're happy to do that,

17  but, again, I think we will appreciate some time lag between

18  when we file on the record and then when we get you a

19  hyperlinked version.

20         THE COURT:  That is entirely fine.  And when I've

21  done this in past, I have not asked the parties to file a

22  hyperlinked version to coincide with the paper version, and

23  the reason for that is obvious.

24         So whatever you all think is -- I don't know

25  whether it's a week, ten days, or whatever the case may be

1    that you need to take care of that, that is fine by me.

2              Is a week enough time after the papers are filed

3    or 14 days?  What do you think?

4              MR. DINTZER:  14 days, Your Honor, I think, given

5    that sometimes the complexity -- it's not always as easy as

6    it sounds, and so 14 days would be appreciated.

7              THE COURT:  Okay.

8              That's fine.

9              And just to -- I don't need you to hyperlink case

10   citations, we can obviously pull that up; but it is to the

11   record and whether that's a document or a deposition

12   excerpt, it really is extremely useful to be able to just

13   click on a link and go directly to the record citation.  And

14   so, yeah, I would appreciate very much if you all would do

15   that.  And 14 days is fine.

16             All right.  So I wanted to discuss scheduling and

17   primarily, I guess, I have a question and then would like

18   to -- I have two questions and one is set down a schedule.

19             Question one is whether the *Daubert* motions that

20   you all are contemplating, you will be asking for an

21   evidentiary hearing?  Will I need to have any of these

22   experts come in to testify and be cross-examined or is it

23   something -- are these motions do you think I will be able

24   to resolve on the papers?

25             MR. DINTZER:  From where we sit now, Your Honor,

```
 1    I will say the papers.  But we haven't seen theirs and they
 2    haven't seen ours.  So it may be that after we see what
 3    they're -- it may be that if there's a disagreement and
 4    obviously the witness would need to be brought in to provide
 5    the information.  So I would say tentatively, at least for
 6    DOJ, we could do it on the papers for the things that we
 7    have in mind, but I guess it would be easier to know after
 8    we finish ours and see theirs.
 9            MR. CAVANAUGH:  The Colorado plaintiffs would be
10    in the same position, Your Honor.
11            MR. SCHMIDTLEIN:  Your Honor, for Google, I would
12    agree with that.  I think we would like to have the
13    opportunity to review whatever papers we get and then to be
14    able to advise the Court as to our view as to whether we
15    think it would be useful or not.
16            THE COURT:  Okay.
17            So your initial filing deadline is the 12th of
18    December.  So could you all let me know, you can just file
19    something, by December 21, as to whether you think you would
20    be asking for an evidentiary hearing on any of the Daubert
21    motions?  I ask only because my schedule is a complete mess
22    and so if I need to find a day or more to set aside for this
23    case, better to try and find it sooner rather than later.
24            MR. DINTZER:  We appreciate that, Your Honor, and
25    we can make December 21st work.
```

1          THE COURT:  Okay.

2          The second question is, can you just give me a

3     sense, from both sides, or all three sides, I should say, of

4     what these summary judgment motions will look like?

5          For example, you know, will Google be moving to

6     have judgment entered as to the entire case or will its

7     motion simply be, shouldn't say simply, but will there be a

8     motion, for example, to narrow the issues for trial?

9          And, you know, the question is sightly different

10    to plaintiff, which is if you were filing summary judgment

11    motions, to what end are those motions being filed,

12    particularly if, as this is going to be, as a bench trial,

13    some efficiencies that otherwise might be created through

14    summary judgment can be done through the trial process.  So

15    those are the questions.  I want to ask that question and

16    then I want to set a date for argument.

17          Mr. Dintzer.

18          MR. DINTZER:  Your Honor, the DOJ does not

19    contemplate a motion that would -- a summary judgment motion

20    that would resolve all issues.  So in answer to your first

21    question if we seek summary judgment, it would be on to

22    narrow the issues and sharpen the issues for trial.

23          I don't want to commit right now on which path

24    we're going to take, but we wouldn't be expecting an

25    expansive one if we decide to file one.

1      THE COURT:  Okay.

2      You know, I mean, I just want to -- look, I'm not

3 foreclosing anything, but this is a case that's going to end

4 up in a -- well, let me put it differently.  I don't know

5 what Mr. Schmidtlein is going to file, but in theory this is

6 a case that's going to end up as a bench trial and it's not

7 a case -- there may be different theories of harm, but this

8 isn't the sort of prototypical case with multiple claims and

9 summary judgment considered as to 1, 2, 3 but not 4, 5, 6.

10      So, I guess, I would say that as an observation to

11 sort of just put to you whether any summary judgment motion

12 will sort of truly narrow the issues as -- or to put

13 differently, that if you're going to file something, let's

14 make sure it's something that truly narrows the issues as

15 opposed to something that may just shape the trial around

16 the edges, because, you know, shaping the trial around the

17 edges is easy, and if we're really going to narrow the

18 issues, then it ought to be something that's a clear cut

19 narrowing of, for example, theories that are taken off the

20 table or -- in one direction or another.  Okay.

21      MR. DINTZER:  We understand what the Court is

22 saying, and so we will make our decision on whether to file

23 and, if so, what to file based on the advice that the Court

24 has given us right now.

25      THE COURT:  Mr. Cavanaugh.

1        MR. CAVANAUGH:  Your Honor, I've had many judges

2   and many bench trials provide that admonition as to

3   essentially don't waste me time with summary judgment

4   motions that don't really dispose of the case, and we're

5   very mindful of that, Your Honor.

6        THE COURT:  Okay.

7        Mr. Schmidtlein.

8        MR. SCHMIDTLEIN:  Your Honor, Google will be

9   filing a motions for summary judgment on December 12th, two

10  motions.  The first motion will ask for judgment as to the

11  entire Department of Justice case.

12       As you are aware, the Department of Justice's case

13  here concerns Google's search distribution agreements.  The

14  Colorado Plaintiffs have incorporated sort of by reference

15  those allegations into their complaint, and we will be

16  filing a motion directed at the search distribution

17  agreements in the motion directed to the DOJ case, and

18  we will essentially incorporate by reference and address the

19  Colorado identical claims in that motion.

20       In the separate motion that we are going to file

21  directed at Colorado sort of separately, we will seek

22  judgment as a matter of law against all of the Colorado

23  claims.  That brief well address the other two categories of

24  conduct that are independent and new and unique to the

25  Colorado complaint having to do with vertical search,

 1    specialized vertical search providers, as you will recall us
 2    discussing at the tutorial, and then also allegations
 3    relating to SA360.
 4           So together, those two motions will seek judgment
 5    in their entirety as to both cases.
 6           THE COURT:  Okay.
 7           All right.  Well, so in light of that, I think it
 8    does behoove all of us to open up our calendars and fix a
 9    date now for summary judgment arguments.
10           MR. SCHMIDTLEIN:  If it helps Your Honor, I think
11    the briefing is scheduled to be due February 27th.
12           THE COURT:  Right.
13           MR. SCHMIDTLEIN:  I think it's the date of the
14    reply.
15           THE COURT:  Sorry, bear with me, everyone.
16    I thought I had written down -- oh, yes, okay.
17           So is the week of April the 10th available?
18           MR. DINTZER:  It's available for DOJ, Your Honor.
19           MR. CAVANAUGH:  It's available for Colorado,
20    Your Honor.
21           MR. SCHMIDTLEIN:  We will make that work for us as
22    well.
23           THE COURT:  Okay.
24           On the presumption that we can get this done in a
25    day, it seems to me to be anything more than a day would

1   be -- it shouldn't take more than a day.

2           Let's set aside April 13th for a hearing.  If I,

3   after getting the papers, think it may take more time than

4   that, than I may, why don't you just reserve the 12th also.

5   But given my trial schedule, that is the one week right now

6   that is not occupied with a trial, so I wanted to lock you

7   all in sooner rather than later.

8           Let's just set aside the 12th and the 13th.

9           The 13th will be the presumptive date for

10  argument.  If for some reason I think it will take more than

11  a day, we can start on the 12th and conclude on the 13th.

12  But I think we ought to be able to finish up everything in a

13  day.

14           MR. DINTZER:  That works for the DOJ Plaintiffs,

15  Your Honor.

16           A question.  Is the Court -- assuming that we

17  don't have to have a hearing, would the Court anticipate an

18  argument on *Daubert* sort of at that time, or would we set

19  those for separate dates?

20           THE COURT:  I think I'll give you the same

21  response that you gave me, which is, let me see what gets

22  filed.  And if it makes sense to have a separate date, I'll

23  have a separate date.

24           MR. DINTZER:  Fair enough, Your Honor.

25           THE COURT:  All right.  So is there anything else

```
 1   that we need to discuss?
 2            MR. DINTZER:  Not from the government, Your Honor.
 3            MR. CAVANAUGH:  Not for the Colorado Plaintiffs.
 4            MR. SCHMIDTLEIN:  Not for Google.  Thank you,
 5   Your Honor.
 6            THE COURT:  All right.  Thank you, everybody.
 7   It's good to see you again and we'll look forward to seeing
 8   your papers.  Have a great holidays.
 9            (Proceedings concluded at 5:13 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__November 29, 2022____    

                         William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [2]** 3/2 6/21
**MR. CAVANAUGH: [6]** 4/21 27/2 31/9 34/1 35/19 37/3
**MR. DINTZER: [14]** 4/1 4/7 6/9 13/22 26/21 30/4 30/25 31/24 32/18 33/21 35/18 36/14 36/24 37/2
**MR. HAFENBRACK: [6]** 13/25 15/16 16/4 17/13 20/2 20/25
**MR. SCHMIDTLEIN: [15]** 4/22 27/4 27/10 27/20 28/22 28/5 29/4 29/6 29/16 31/11 34/8 35/10 35/13 35/21 37/4
**MS. CONNOR: [17]** 6/16 6/24 7/2 8/10 8/14 9/8 9/12 10/11 10/15 10/19 11/15 12/3 12/20 13/4 22/5 25/18 26/13
**THE COURT: [51]**

**0**

**0340 [1]** 1/15

**1**

**10036-6710 [1]** 1/20
**10th [1]** 35/17
**1100 [1]** 1/14
**1133 [1]** 1/19
**12th [6]** 2/3 31/17 34/9 36/4 36/8 36/11
**13 [2]** 8/19 9/10
**13th [4]** 36/2 36/8 36/9 36/11
**14 [3]** 30/4 30/6 30/15
**14 days [1]** 30/3
**15 [1]** 10/4
**18th [1]** 21/21

**2**

**20-3010 [2]** 1/4 3/3
**20001 [1]** 2/9
**20005 [1]** 2/4
**202 [3]** 1/15 2/4 2/10
**2022 [1]** 1/5 38/7
**21 [2]** 9/20 31/19
**212 [1]** 1/21
**21st [2]** 4/16 31/25
**2200 [1]** 1/20
**23-page [1]** 19/6
**26 [1]** 19/7
**26th [2]** 18/24 18/25
**2793 [1]** 1/21
**27th [1]** 35/11
**28 [1]** 1/5
**288 [1]** 19/10
**29 [1]** 38/7

**3**

**3010 [2]** 1/4 3/3
**307-0340 [1]** 1/15
**3249 [1]** 2/10
**33 [1]** 10/4

**335-2793 [1]** 1/21
**354-3249 [1]** 2/10
**37 [3]** 19/13 20/7 23/17

**4**

**434-5000 [1]** 2/4
**4:15 [1]** 1/6

**5**

**5000 [1]** 2/4
**5:13 [1]** 37/9

**6**

**6710 [1]** 1/20

**7**

**725 [1]** 2/3

**A**

**ability [2]** 5/13 21/7
**able [9]** 12/1 12/10 12/24 13/11 28/11 30/12 30/23 31/14 36/12
**about [18]** 3/21 4/8 6/2 8/18 8/23 8/25 13/20 14/10 14/11 14/15 15/7 16/7 18/8 20/10 22/21 23/10 26/19 29/9
**above [1]** 38/4
**above-titled [1]** 38/4
**absolutely [4]** 8/10 8/14 11/15 12/13
**according [1]** 20/8
**account [2]** 11/2 18/7
**accurate [1]** 19/15
**Action [1]** 3/3
**actually [5]** 22/21 25/3 25/6 27/25 29/14
**add [2]** 6/13 9/19
**additional [1]** 11/5 27/17
**address [8]** 4/1 12/10 12/22 14/2 17/22 25/16 34/18 34/23
**addresses [2]** 10/12 16/17
**addressing [3]** 10/20 10/21 13/23
**adjustment [1]** 6/19
**adjustments [1]** 27/17
**admonition [1]** 34/2
**adopting [1]** 9/22
**advanced [2]** 11/16 22/17
**advancing [3]** 12/14 22/7 22/13
**advice [1]** 33/23
**advise [1]** 31/6
**affecting [1]** 21/6
**affirmative [4]** 7/6 7/9 21/21 22/16
**after [11]** 6/1 14/16 19/25 20/10 25/6 28/21 28/24 30/2 31/2 31/7 36/3
**afternoon [6]** 3/2 3/11 5/6 6/16 6/24 13/25

**agent [6]** 14/1 14/21 14/25 13/1 29/17 37/7
**against [3]** 17/16 25/13 34/22
**agenda [1]** 26/19
**ago [3]** 3/16 25/21 29/8
**agree [1]** 31/12
**agreed [2]** 5/2 29/10
**agreement [1]** 22/21
**agreements [2]** 34/13 34/17
**aided [1]** 2/11
**al [2]** 1/3 3/4
**albeit [1]** 15/1
**all [35]** 3/11 3/14 5/7 5/8 5/9 5/12 5/20 5/20 10/3 13/16 13/17 15/11 19/14 20/3 21/2 22/23 24/14 24/16 25/2 26/8 26/11 26/17 29/24 30/14 30/16 30/20 31/18 32/3 32/20 34/22 35/7 35/8 36/7 36/25 37/6
**allegations [3]** 12/23 34/15 35/2
**alleged [2]** 22/25 23/1
**allow [5]** 12/25 12/25 13/6 13/10 20/21
**allowed [1]** 13/15
**allowing [2]** 21/23 24/9
**allows [2]** 28/19
**almost [2]** 5/22 20/9
**along [1]** 26/15
**already [1]** 25/25
**also [8]** 4/2 10/16 14/24 20/15 21/5 27/20 35/2 36/4
**alternative [1]** 23/21
**alternatives [1]** 23/22
**always [4]** 19/20 21/22 26/24 30/5
**am [5]** 10/8 22/21 22/23 24/1 26/4
**AMERICA [2]** 1/3 3/3
**Americas [1]** 1/19
**AMIT [1]** 1/10
**analysis [5]** 14/21 16/7 16/11 17/24 18/9
**another [4]** 14/24 15/25 18/11 33/20
**answer [1]** 32/20
**answering [2]** 4/4 4/5
**anticipate [1]** 36/17
**anticipation [1]** 25/21
**any [15]** 3/22 5/25 7/15 11/9 11/12 12/24 18/21 21/2 21/22 22/8 22/15 25/13 30/21 31/20 33/11
**anything [8]** 12/18 21/14 22/10 24/6 26/18 30/3 35/25 36/25
**appear [1]** 8/18
**APPEARANCES [2]** 1/12 1/23
**apple [1]** 7/23
**appreciate [5]** 13/17

**appreciated [1]** 30/6
**appropriate [5]** 13/3 20/23 21/12 24/25 25/8
**appropriately [2]** 24/3 28/20
**apps [1]** 16/8
**April [2]** 35/17 36/2
**are [44]**
**area [4]** 15/9 15/17 17/16 20/3
**arguing [1]** 14/13
**argument [6]** 16/10 16/16 16/18 32/16 36/10 36/18
**arguments [3]** 7/3 16/22 35/9
**arise [1]** 21/22
**around [3]** 20/15 33/15 33/16
**article [1]** 15/2
**as [70]**
**aside [5]** 9/23 13/14 31/22 36/2 36/8
**ask [10]** 6/14 8/6 8/15 13/5 13/18 25/15 27/15 31/21 32/15 34/10
**asked [5]** 4/11 4/13 14/10 21/14 29/21
**asking [4]** 13/3 24/16 30/20 31/20
**aspect [1]** 17/24
**assuming [2]** 7/20 36/16
**attacking [1]** 15/12
**attention [1]** 27/7
**attitudes [1]** 11/4
**attribute [1]** 5/12
**availability [1]** 25/24
**available [5]** 24/8 25/12 35/17 35/18 35/19
**Avenue [2]** 1/19 2/9
**Aviles [1]** 25/3
**avoided [1]** 25/7
**aware [1]** 34/12

**B**

**back [5]** 4/17 9/21 16/9 25/24 29/10
**background [1]** 4/3
**Barrett [1]** 2/8
**based [2]** 25/7 33/23
**basically [1]** 11/25
**basis [1]** 14/19
**be [71]**
**bear [1]** 35/15
**because [14]** 5/23 10/1 17/15 18/16 19/21 21/1 22/12 23/12 24/2 25/23 27/7 27/16 31/21 33/16
**been [14]** 5/14 5/18 5/22 7/21 9/2 13/7 15/18 15/22 15/22 16/1 19/16 27/7 28/11 29/7
**before [11]** 1/10 4/19 5/1 7/14 17/1 22/14

**41/21** 23/24 26/1 26/12 27/12
**begin [1]** 8/19
**behalf [2]** 3/7 3/9
**behind [1]** 5/15
**behoove [1]** 35/8
**being [6]** 17/3 18/20 19/8 24/4 25/12 32/11
**believe [4]** 5/23 6/21 27/20 28/2
**BELKNAP [1]** 1/18
**bench [2]** 32/12 33/6 34/2
**Besides [1]** 4/7
**better [7]** 6/15 17/4 18/1 18/6 23/2 26/8 31/23
**between [2]** 19/21 29/17
**beyond [1]** 12/17
**big [1]** 4/17
**bit [5]** 16/6 17/6 17/14 25/25 28/22
**bites [1]** 7/23
**bones [1]** 20/10
**both [4]** 9/6 22/2 32/3 35/5
**brand [2]** 9/7 23/4
**brand-new [1]** 23/4
**brief [4]** 7/3 21/20 22/4 34/23
**briefing [4]** 19/23 21/20 24/23 35/11
**briefly [3]** 7/19 15/1 22/5
**bring [1]** 17/18
**broad [1]** 14/2
**brought [2]** 15/10 31/4
**bubbling [1]** 26/22
**burden [1]** 11/23

**C**

**calendars [1]** 35/8
**call [2]** 5/10 6/6
**called [1]** 15/24
**calls [2]** 8/21 11/2
**came [1]** 16/9
**can [23]** 6/17 6/24 7/12 8/6 13/9 15/14 17/13 17/18 20/17 26/8 26/23 26/24 27/6 28/4 28/13 28/20 30/10 31/18 31/25 32/2 32/14 35/24 36/11
**can't [3]** 18/15 19/24 23/19
**canceled [1]** 27/22
**cannot [1]** 22/14
**capacity [1]** 15/11
**care [4]** 5/5 28/4 29/2 30/1
**case [37]** 5/11 5/18 5/24 7/8 12/21 12/25 13/15 14/8 17/17 18/14 18/16 18/17 19/17 19/18 20/8 21/7 21/12 21/14 23/15 25/3 25/4 25/8 29/12

**C**

case... **[12]** 29/25 30/9 31/23 32/6 33/3 33/6 33/7 33/8 34/4 34/11 34/12 34/17

cases **[8]** 17/18 19/20 20/6 21/4 21/9 24/19 24/20 35/5

categories **[1]** 34/23

Cavanaugh **[4]** 1/18 3/7 27/1 33/25

cconnor **[1]** 2/5

certainly **[9]** 9/12 12/9 12/11 12/23 15/5 20/3 20/14 22/6 28/4

Certified **[1]** 2/7

certify **[1]** 38/2

CH **[1]** 2/8

challenge **[1]** 23/14

challenges **[1]** 5/14

change **[1]** 3/18

characterization **[1]** 17/12

characterized **[2]** 9/13 22/15

check **[1]** 28/3

chief **[1]** 18/14

choice **[2]** 7/11 7/17

choices **[1]** 9/5

choose **[1]** 12/25

chose **[1]** 8/3

Christmas **[1]** 28/22

circle **[1]** 9/21

Circuit **[2]** 23/15 23/16

circumstance **[1]** 7/12 12/22

circumstances **[3]** 20/9 24/25 26/6

citation **[1]** 30/13

citations **[2]** 10/3 30/10

cite **[1]** 21/19

cited **[7]** 10/5 10/12 10/15 10/16 15/2 16/6 25/2

Civil **[1]** 3/3

claims **[3]** 33/8 34/19 34/23

classical **[1]** 18/12

clear **[3]** 7/8 25/8 33/18

click **[1]** 30/13

close **[2]** 4/19 5/10

closed **[1]** 20/11

closely **[1]** 8/16

closer **[1]** 22/23

CMO **[1]** 14/6

coincide **[1]** 29/22

Colette **[3]** 2/2 3/9 7/2

colleague **[1]** 13/23

collected **[1]** 14/17

collective **[1]** 11/5

collects **[1]** 14/16

Colorado **[10]** 1/18 3/7 31/9 34/14 34/19 34/21 34/22 34/25 35/19 37/3

COLUMBIA **[1]** 1/1

combination **[1]** 25/10

come **[9]** 5/9 13/10 16/2 17/9 19/25 20/9

comes **[2]** 4/17 11/6

commit **[2]** 28/24 32/23

common **[1]** 18/1

competition **[2]** 18/5 23/1

competitive **[1]** 17/25

complaint **[2]** 34/15 34/25

complete **[2]** 17/16 31/21

completely **[1]** 7/14

completion **[1]** 5/10

complexity **[2]** 25/4 30/5

computer **[1]** 2/11

computer-aided **[1]** 2/11

concept **[3]** 11/13 15/12 15/21

concern **[1]** 8/22

concerned **[1]** 8/18

concerns **[1]** 34/13

conclude **[4]** 11/20 24/6 24/7 36/11

concluded **[2]** 3/20 37/9

conduct **[2]** 17/21 34/24

confer **[1]** 26/14

conference **[1]** 1/9 3/15

confirm **[1]** 4/14

conflicts **[1]** 5/14

conformance **[1]** 19/18

congratulate **[1]** 5/9

connection **[3]** 4/24 27/21 28/15

CONNOLLY **[1]** 2/3

Connor **[11]** 2/2 3/9 6/13 7/2 8/6 13/17 15/5 18/22 22/3 23/19 25/15

consider **[2]** 8/20 22/12

consideration **[1]** 9/4

considered **[1]** 33/9

considers **[1]** 10/6

Constitution **[1]** 2/9

consumers **[3]** 17/5 17/25 23/2

contemplate **[1]** 32/19

contemplating **[1]** 30/20

contention **[1]** 8/25

contest **[1]** 16/16

context **[1]** 17/14

contextual **[3]** 8/21 14/11 15/2

continually **[1]** 21/18

continue **[1]** 21/23

continued **[2]** 2/1 20/19

contradict **[1]** 24/14

contradicts **[1]** 14/23

convinced **[1]** 23/12

core **[1]** 15/9

correct **[3]** 6/8 6/9 38/3

cost **[1]** 21/10

couldn't **[1]** 12/1

19/17 23/2 31/6 31/18

Counsel **[1]** 3/11

counting **[1]** 19/9

couple **[6]** 3/16 6/14 14/2 20/5 25/20 27/5

course **[7]** 7/15 9/13 12/5 13/8 22/22 29/5

COURT **[18]** 1/1 2/6 2/8 14/8 17/18 20/4 20/11 20/16 20/17 22/8 23/24 26/23 26/24 31/14 33/21 33/23 36/16 36/17

court's **[1]** 20/8

courts **[4]** 20/6 21/9 21/13 23/20

covered **[1]** 17/4

create **[1]** 17/4

created **[1]** 32/13

criticize **[1]** 16/12

criticizes **[1]** 18/6

critique **[1]** 15/7

critiquing **[1]** 18/9

cross **[1]** 30/22

cross-examined **[1]** 30/22

CRR **[2]** 38/2 38/8

crunch **[1]** 21/22

curable **[1]** 21/3

cure **[3]** 23/23 24/8 25/13

curveball **[1]** 18/4

cut **[3]** 15/14 33/18

CV **[1]** 1/4

**D**

D.C **[4]** 1/5 1/15 2/4 2/9

D.C. **[1]** 23/16

D.C. Circuit **[2]** 23/16

data **[10]** 5/19 8/21 11/3 11/4 11/8 14/11 14/16 14/16 15/2 15/7

date **[9]** 25/22 26/4 32/16 35/9 35/13 36/9 36/22 36/23 38/7

dates **[2]** 21/25 36/19

Daubert **[7]** 4/25 12/8 27/13 28/9 30/19 31/20 36/18

day **[6]** 31/22 35/25 35/25 36/1 36/11 36/13

days **[9]** 19/10 21/20 26/11 26/11 29/25 30/3 30/4 30/6 30/15

deadline **[3]** 20/1 25/6 31/17

deadlines **[3]** 20/13 20/13 27/13

deal **[1]** 18/1

December **[4]** 31/18 31/19 31/25 34/9

decide **[1]** 32/25

decided **[1]** 16/12

decision **[5]** 7/5 7/6 7/9 7/13 33/22

dedicated **[1]** 7/5

Defendant **[2]** 1/7 2/2

degree **[1]** 7/6

deliberative **[1]** 7/5

demanding **[1]** 26/6

DEPARTMENT **[4]** 1/14 23/6 34/11 34/12

depose **[3]** 12/1 19/5 20/22

deposition **[10]** 13/13 13/14 21/11 21/24 25/19 25/23 26/1 26/2 26/12 30/11

depositions **[1]** 12/8

designated **[2]** 6/6 6/10

designating **[1]** 25/7

designed **[1]** 19/7

desk **[3]** 27/6 27/12 28/6

develop **[1]** 9/11

developed **[1]** 24/24

did **[11]** 4/11 4/14 4/23 6/14 7/25 8/20 9/15 13/14 17/22 22/23 27/25

did you **[1]** 22/3

didn't **[2]** 10/2 28/3

different **[6]** 10/2 11/6 24/21 25/4 32/9 33/7

differently **[3]** 26/5 33/4 33/13

difficult **[1]** 24/19

diminishes **[1]** 17/4

Dintzer **[5]** 1/13 3/5 3/25 13/20 32/17

directed **[5]** 9/17 27/13 34/16 34/17 34/21

direction **[1]** 33/20

directly **[1]** 30/13

disadvantage **[1]** 18/21

disagree **[3]** 9/25 17/12 20/2

disagreement **[1]** 31/3

disclose **[3]** 7/18 7/25 15/11

disclosed **[4]** 7/14 13/8 14/5 22/14

disclosure **[10]** 7/9 19/18 20/24 22/22 23/10 23/23 24/2 24/9 25/5 26/10

disclosures **[5]** 7/15 7/24 12/15 19/25 22/18 discovery **[9]** 3/20 3/22 4/9 4/18 5/11 15/13 19/1 19/21 20/11

discretion **[1]** 20/4

discuss **[2]** 26/18 30/16 37/1

discussing **[1]** 35/2

discussion **[1]** 9/22

dispose **[1]** 34/4

distracted **[1]** 27/7

distribution **[2]** 34/13 34/16

DISTRICT **[3]** 1/1 1/1 1/10

do **[18]** 4/2 4/3 5/9 6/12 9/25 16/8 18/13 23/10

43/12 24/2 27/22 28/7 29/16 30/3 30/14 30/23 31/6 34/25

do you **[2]** 4/2 9/25

document **[1]** 30/11

documents **[1]** 16/6

does **[6]** 9/20 10/1 23/3 25/16 32/18 35/8

doesn't **[1]** 16/15

doing **[3]** 3/12 21/10 21/25

DOJ **[14]** 1/13 3/5 7/4 7/14 11/17 25/25 26/14 26/21 29/9 31/6 32/18 34/17 35/18 36/14

DOJ's **[1]** 22/16

don't **[22]** 3/25 5/15 6/12 6/12 6/20 18/23 20/2 20/18 21/5 21/11 21/13 24/3 26/5 28/2 29/24 30/9 32/23 33/4 34/3 34/4 36/4 36/17

done **[9]** 5/5 12/18 26/7 26/8 28/9 29/3 29/21 32/14 35/24

door **[1]** 4/19

double **[1]** 28/3

double-check **[1]** 28/3

doubt **[1]** 5/14

down **[2]** 30/18 35/16

Dr. **[32]** 3/21 6/5 6/7 8/17 8/20 9/1 9/17 10/10 10/12 10/13 10/16 11/12 12/2 12/9 12/11 12/24 15/9 15/20 15/20 15/22 22/6 22/10 22/12 22/16 23/3 23/5 23/8 24/5 24/13 24/14 25/17 25/19

Dr. Kirsten **[1]** 6/5

Dr. Martin **[7]** 3/21 10/12 12/2 12/11 15/22 23/3 24/14

Dr. Martin's **[7]** 8/17 12/24 15/9 15/20 22/6 24/5 25/17

Dr. Tucker **[12]** 6/7 8/20 9/1 9/17 10/10 11/2 12/9 12/10 22/12 22/16 23/5 24/13

Dr. Tucker's **[5]** 10/13 10/16 15/20 23/8 25/19

draconian **[2]** 20/8 23/20

drastic **[1]** 20/7

draw **[1]** 27/6

dropped **[2]** 18/22 18/23

dropping **[1]** 12/4

due **[1]** 35/11

during **[1]** 16/2

**E**

each **[1]** 17/17

earlier **[1]** 12/18

early **[3]** 11/13 21/21 23/7

ease **[1]** 21/22

**E**

easier [2]  5/22 31/7
easy [2]  30/5 33/17
economic [1]  17/24
edges [2]  33/16 33/17
efficiencies [1]  32/13
efficient [1]  22/2
eight [1]  26/11
either [6]  3/23 9/6 11/9
17/2 22/11 23/6
element [2]  17/17
20/15
elements [1]  17/19
eleventh [3]  12/5 12/6
18/23
else [2]  26/18 36/25
Email [4]  1/16 1/21 2/5
2/5
employees [2]  4/11
4/14
end [4]  19/21 32/11
33/3 33/6
engine [1]  17/25
engines [1]  17/16
enough [2]  30/2 36/24
enter [2]  27/15 27/25
entered [1]  32/6
entire [3]  16/7 32/6
34/11
entirely [2]  20/11 29/20
entirety [1]  35/5
entitled [2]  16/23 20/22
especially [2]  7/11
12/11
essential [1]  18/15
essentially [2]  34/3
34/18
et [2]  1/3 3/4
et al [1]  3/4
evaluating [1]  18/11
eve [1]  20/1
even [8]  7/19 11/20
13/11 14/25 15/3 18/16
24/2 24/2
event [1]  5/25
ever [1]  19/17
every [2]  10/11 16/16
everybody [3]  3/12
3/12 37/6
everyone [1]  35/15
everything [1]  36/12
evidence [1]  18/3
evidentiary [2]  30/21
31/20
examined [1]  30/22
example [6]  7/16 10/3
21/19 32/5 32/8 33/19
excerpt [1]  30/12
exclude [4]  5/1 6/4
20/6 25/8
excluded [1]  25/1
excludes [1]  23/24
exclusion [6]  19/13
23/16 23/18 23/18 24/5
25/14
exclusionary [1]  17/21
excuse [1]  15/20
executing [1]  23/17

**F**

expectations [1]  14/15
expecting [1]  32/24
expedited [1]  21/19
expert [47]
expertise [1]  15/9
experts [12]  4/7 4/10
4/19 4/25 6/7 11/10
15/6 16/12 18/6 18/13
27/14 30/22
extend [1]  5/20
extending [1]  27/13
extensive [1]  19/22
extent [1]  28/13
extenuating [1]  7/12
extreme [1]  18/19
extremely [1]  30/12

**F**

faced [1]  20/11
facie [3]  17/17 18/15
18/16
facing [1]  23/14
fact [6]  8/8 8/11 14/8
15/2 16/16 18/7
factors [1]  20/14
failed [1]  7/17
failing [1]  18/7
fails [1]  22/12
failure [1]  7/9
fair [2]  24/15 36/24
fairly [1]  23/15
fall [1]  14/9
feature [1]  18/5
February [1]  35/11
feedback [1]  6/18
feel [1]  13/18
feels [2]  3/23 5/24
few [1]  21/17
field [1]  14/22
figuring [1]  6/2
file [17]  11/24 13/12
16/20 19/4 20/21 24/10
24/13 28/20 29/18
29/21 31/18 32/25 33/5
33/13 33/22 33/23
34/20
filed [9]  5/24 6/4 19/2
20/10 21/20 28/10 30/2
32/11 36/22
filing [8]  27/13 28/7
28/24 28/25 31/17
32/10 34/9 34/16
filings [2]  28/14 28/15
find [2]  31/22 31/23
fine [4]  29/20 30/1 30/8
30/15
finish [3]  12/6 31/8
36/12
finishing [1]  12/7
first [26]  3/14 5/7 6/15
7/18 7/24 7/25 9/9 9/14
9/17 10/17 10/22 10/24
11/16 12/14 14/13
14/25 15/3 15/17 17/9
22/11 22/17 23/21
22/22 25/11 32/20
34/10

**F**

following [1]  5/8
force [1]  14/20
foreclosing [1]  33/3
foregoing [1]  38/3
forth [1]  12/11
forward [10]  8/4 10/4
10/21 16/1 23/7 23/9
24/13 24/22 25/23 37/7
framing [1]  10/19
frankly [1]  5/21
frustrated [1]  19/9
full [2]  13/11 22/21

**G**

game [1]  24/15
gamesmanship [1]
20/17
gave [1]  36/21
general [3]  16/8 16/11
17/16
generous [1]  8/16
generously [1]  7/20
get [13]  3/16 3/22 4/3
4/18 5/15 17/1 18/1
25/25 26/23 29/9 29/18
31/13 35/24
gets [1]  36/21
getting [5]  6/17 16/24
36/3
give [5]  11/24 22/4
24/10 32/2 36/20
given [14]  5/18 5/19
11/19 15/8 24/19 26/5
26/9 26/9 27/15 28/13
28/21 30/4 33/24 36/5
go [4]  6/2 13/2 25/23
30/13
goal [1]  19/8
going [18]  4/8 12/7
19/20 19/22 22/8 28/14
28/16 28/17 28/24
29/14 32/12 32/24 33/3
33/5 33/6 33/13 33/17
34/20
gone [1]  4/16
good [8]  3/2 3/11 3/13
6/16 6/24 13/25 22/1
37/7
GOOGLE [39]
Google LLC [1]  3/10
Google's [9]  4/10 6/7
6/7 8/2 8/7 15/15 16/19
23/1 34/13
got [1]  6/18
gotten [1]  28/15
government [3]  15/18
26/10 37/2
government's [2]
11/10 17/2
granted [1]  20/6
great [3]  7/1 28/5 37/8
greater [1]  23/1
guess [9]  5/22 5/23
11/13 17/12 19/14 28/6
30/17 31/7 33/10
guidance [1]  27/14
guys [1]  6/23

**H**

had [15]  3/13 3/15 7/23
7/24 8/1 15/6 17/23
18/21 19/1 19/2 25/6
27/22 29/13 34/1 35/16
Hafenbrack [6]  1/13
3/5 13/22 13/24 14/1
23/20
half [1]  25/20
hands [1]  24/15
happened [1]  17/11
happy [4]  4/1 13/20
19/4 29/16
hard [4]  5/21 5/23 24/5
24/7
harm [2]  14/13 22/7
22/13 24/8 25/13 33/7
harmlessness [1]
20/14
has [10]  4/16 5/18 11/2
12/11 20/4 21/14 23/5
23/16 24/8 33/24
have [53]
haven't [4]  4/16 29/8
31/1 31/2
having [5]  5/9 15/12
25/11 28/7 34/25
head [2]  17/6 17/8
headsets [1]  6/23
hear [3]  6/15 6/25
13/20
heard [2]  4/16 11/16
hearing [4]  30/21
31/20 36/2 36/17
heart [1]  15/14
help [1]  14/7
helpful [1]  27/9
helps [1]  35/10
her [39]
here [22]  5/5 6/3 7/11
7/23 10/1 11/23 14/7
15/15 16/25 17/11
18/19 18/21 19/9 19/12
20/13 20/18 21/5 23/11
24/8 28/13 29/3 34/13
here's [1]  23/14
hint [1]  11/9
his [1]  4/11
hold [4]  4/15 25/22
26/2 26/4
holidays [2]  28/22 37/8
Honor [49]
Honor's [1]  14/3
HONORABLE [1]  1/10
hope [2]  3/12 3/12
hour [2]  12/5 12/6
18/23
hours [1]  19/5
housekeeping [1]  27/5
how [6]  8/12 10/19
14/16 22/25 23/1 24/20
however [1]  9/13
hyperlink [1]  30/9
hyperlinked [3]  29/13
29/19 29/22
hypothetically [1]  13/1

**I**

I am [2]  24/1 26/4
I believe [2]  6/21 27/20
I can [5]  6/17 17/13
17/18 27/6 28/13
I did [1]  6/14
I didn't [1]  10/2
I don't [7]  5/15 20/2
21/11 21/13 24/3 28/2
30/9
I guess [8]  5/22 11/13
17/2 19/14 28/6 30/17
31/7 33/10
I have [4]  5/13 8/16
29/21 30/18
I hope [2]  3/12 3/12
I just [5]  5/20 21/15
24/15 27/25 33/2
I know [6]  5/4 11/11
11/22 27/7 29/7 29/10
I mean [10]  8/15 10/2
10/21 12/20 15/21
17/11 19/14 20/20 25/2
33/2
I should [4]  5/8 16/15
22/4 32/3
I think [32]  3/15 4/23
5/11 6/15 8/11 9/12
12/20 12/23 13/4 13/4
13/8 16/24 18/18 19/16
22/20 24/1 24/24 25/13
26/9 27/5 28/9 28/22
29/12 29/17 30/4 31/12
35/7 35/10 35/13 36/10
36/12 36/20
I thought [1]  35/16
I understand [1]  11/1
I want [3]  5/9 32/15
32/16
I wanted [1]  26/19
I was [1]  3/16
I will [3]  21/8 30/23
31/1
I would [1]  33/10
I'd [2]  4/1 14/11
I'll [10]  5/4 7/3 10/24
13/18 14/2 22/4 26/14
29/2 36/20 36/22
I'm [9]  9/25 13/20 17/2
21/8 23/11 23/14 26/6
26/10 33/2
I'm not [2]  26/6 33/2
I've [7]  5/4 6/11 8/15
19/16 24/18 29/20 34/1
idea [3]  15/1 21/9
21/23
ideally [1]  29/11
identical [1]  34/19
identified [1]  4/10
identifies [1]  10/4
identify [1]  4/13
impacted [1]  22/25
implicated [1]  5/1
important [4]  14/6
14/18 14/22 17/15
imposed [1]  21/13
imposing [1]  23/21
including [1]  9/16

**I**

incorporate [1] 34/18
incorporated [1] 34/14
incorrectly [1] 10/8
incurable [1] 21/6
independent [1] 34/24
indisputably [1] 14/6
indulge [1] 29/6
industries [1] 16/7
information [2] 28/17
31/5
initial [7] 10/10 11/11
15/20 15/23 16/5 23/8
31/17
initially [2] 11/5 28/10
inject [1] 23/3
intermediate [1] 21/13
interrogatory [1] 7/16
introduce [1] 22/23
introduced [2] 15/22
15/22
introduction [1] 11/21
invariably [1] 20/9
is [127]
is there [3] 11/12 12/18
26/18
isn't [2] 18/20 33/8
issue [11] 3/21 4/8
5/19 6/19 13/23 14/7
17/15 17/15 20/17
26/17 29/7
issues [10] 10/1 26/22
28/12 28/18 32/20 32/22
32/22 33/12 33/14
33/18
it [82]
it would be [3] 31/7
31/15 32/21
it's [40]
it's like [1] 28/23
item [1] 26/20
its [6] 5/18 19/11 23/7
24/13 24/22 32/6

**J**

job [2] 5/21 22/1
John [2] 2/2 3/9
Josh [1] 14/1
Josh Hafenbrack [1]
14/1
Joshua [2] 1/13 3/5
Jr [1] 1/18
jschmidtlein [1] 2/5
JSR [1] 4/24
JUDGE [1] 1/10
judges [1] 34/1
judgment [21] 12/8
19/23 20/12 27/23 28/8
28/16 29/12 32/4 32/6
32/10 32/14 32/19
32/21 33/9 33/11 34/3
34/9 34/10 34/22 35/4
35/9
just [39]
JUSTICE [2] 1/14 23/6
34/11
Justice's [1] 34/12
justification [2] 11/21

**K**

justify [1] 18/19

Kenneth [2] 1/13 3/5
kenneth.dintzer2 [1]
1/16
kind [9] 6/2 9/22 11/7
17/23 18/4 19/24 23/5
23/22 24/24
Kirsten [1] 6/5
know [39]

**L**

lag [4] 19/21 28/11
28/19 29/17
laid [1] 7/4
large [1] 19/22
larger [1] 28/14
last [4] 5/22 26/19 28/6
29/7
late [10] 11/21 12/17
20/24 22/21 23/10
23/23 23/23 24/2 24/8
26/9
later [3] 15/13 31/23
36/7
law [4] 7/8 20/8 23/15
34/22
lay [1] 17/19
lead [1] 18/5
least [6] 8/23 15/17
18/20 23/11 27/18 31/5
leave [1] 26/3
led [1] 7/12
left [1] 18/25
legal [1] 14/19
less [3] 3/20 9/8 23/12
lesser [3] 13/2 24/7
25/12
let [8] 5/7 8/15 17/7
26/24 27/17 31/18 33/4
36/21
let's [8] 5/10 5/25 6/6
24/6 26/5 33/13 36/2
36/8
liability [1] 14/19
light [3] 21/1 27/14
35/7
like [19] 3/19 3/23 4/3
5/24 14/11 17/18 19/15
19/20 21/14 24/12
24/19 24/20 25/22
28/23 29/11 29/11
30/17 31/12 32/4
limits [1] 27/22
lines [1] 26/15
link [1] 30/13
list [2] 4/12 4/13
litigate [1] 21/7
litigation [2] 4/15 7/16
little [10] 6/18 15/23
16/3 17/8 17/14 19/16
23/12 23/13 25/25
28/21
LLC [3] 1/6 3/4 3/10
LLP [1] 1/19 2/3
lock [1] 36/6

look [9] 5/7 5/17 19/14
22/20 23/21 23/24 32/4
33/2 37/7
looked [2] 8/23 8/24
looks [1] 3/19
lose [1] 25/24
lot [5] 9/22 16/7 18/25
27/8 28/16
lots [1] 16/2
low [1] 6/19
lower [1] 6/22

**M**

made [7] 5/21 7/4 7/7
7/9 16/10 16/18 25/5
magnitude [1] 5/18
maintaining [1] 17/20
maintenance [1] 17/20
make [8] 14/12 21/15
22/1 27/17 31/25 33/14
33/22 35/21
makes [1] 36/22
making [2] 14/14 16/22
Management [1] 19/19
many [2] 34/1 34/2
market [3] 16/11 17/25
18/6
Martin [12] 3/21 6/5
10/12 12/2 12/11 14/14
15/3 15/22 18/14 19/6
23/3 24/14
Martin's [11] 8/17
12/24 14/4 15/9 15/9
15/20 16/17 18/8 22/6
24/5 25/17
materials [1] 4/15
matter [3] 20/22 34/22
38/4
matters [2] 3/23 27/6
may [12] 6/15 6/22
18/5 24/23 29/4 29/25
31/2 31/3 33/7 33/15
36/3 36/4
maybe [2] 10/2 13/18
me [21] 3/15 4/2 5/7
6/25 8/15 8/17 9/6
15/20 17/7 22/24 23/12
24/14 30/1 31/18 32/2
33/4 34/3 35/15 35/25
36/21 36/21
mean [14] 6/11 8/15
10/2 10/21 11/19 12/20
15/21 17/11 19/14
20/20 22/10 22/22 25/2
33/2
meant [1] 28/4
measure [2] 23/20
23/22
measures [1] 23/21
mechanical [1] 2/11
MEHTA [1] 1/10
mentioned [3] 21/16
21/17 27/12
Merit [1] 2/7
merits [1] 14/8
mess [1] 31/21
mic [1] 6/19

Microsoft [24] 4/18 6/2
might [3] 21/22 24/21
32/13
milestone [1] 5/11
militates [1] 25/13
mind [2] 29/13 31/7
mindful [1] 34/5
minor [1] 26/22
modify [1] 27/16
modifying [1] 4/24
moment [2] 8/24 29/6
momentarily [1] 3/22
monopoly [4] 17/3
17/20 17/20 23/1
months [2] 18/22 25/6
more [24] 3/20 5/23
6/13 9/12 9/16 9/23
10/6 11/12 12/18 13/7
13/7 16/1 16/10 17/25
19/1 23/13 26/11 28/22
29/6 31/22 35/25 36/1
36/3 36/10
most [2] 7/20 29/12
motion [17] 5/1 6/1 6/1
6/4 20/6 22/8 25/21
32/7 32/8 32/19 32/19
33/11 34/10 34/16
34/17 34/19 34/20
motions [11] 4/25
30/19 30/23 31/21 32/4
32/11 32/11 34/4 34/9
34/10 35/4
moving [1] 32/5
Mr. [14] 3/25 6/12 6/21
13/20 13/22 13/24
23/20 27/1 27/1 29/2
32/17 33/5 33/25 34/7
Mr. Cavanaugh [2]
27/1 33/25
Mr. Dintzer [3] 3/25
13/20 32/17
Mr. Hafenbrack [3]
13/22 13/24 23/20
Mr. Schmidtlein [6]
6/12 6/21 27/1 29/2
33/5 34/7
Ms. [8] 6/13 8/6 13/17
15/5 18/22 22/3 23/19
25/15
Ms. Connor [8] 6/13
8/6 13/17 15/5 18/22
22/3 23/19 25/15
much [6] 9/23 16/10
22/23 24/10 25/22
30/14
multiple [1] 33/8
my [8] 5/17 5/20 5/21
13/22 24/15 25/3 31/21
36/5

**N**

names [2] 4/12 4/13
narrow [5] 10/1 32/8
32/22 33/12 33/17
narrowing [1] 33/19
narrows [1] 33/14
necessarily [1] 24/3
necessary [1] 21/1

need [16] 4/18 6/22
13/18 23/21 26/5 26/11
26/18 27/16 27/16
28/17 30/1 30/9 30/21
31/4 31/22 37/1
needs [4] 3/23 19/11
24/10 25/16
never [2] 7/22 34/14
new [27] 1/20 7/13
7/14 7/22 8/4 8/5 8/9
8/11 8/12 9/7 9/21 9/24
11/22 12/12 13/5 14/12
14/24 14/25 15/12 22/13
15/12 15/25 22/7 22/13
22/24 23/4 24/13 34/24
next [7] 8/24 14/9
25/20 25/23 26/7 26/8
26/11
no [14] 1/4 5/14 7/11
11/15 11/20 12/13
15/10 16/25 19/12
20/10 20/22 20/25
24/21 29/1
non [2] 8/21 14/11
non-contextual [2]
8/21 14/11
none [1] 15/6
not [65]
note [4] 4/23 16/15
21/8 21/15
noted [3] 15/5 23/19
23/20
nothing [8] 4/21 4/22
15/10 16/8 18/19 19/7
27/2 27/4
November [3] 1/5
21/21 38/7
November 18th [1]
21/21
now [9] 6/18 6/25
15/25 19/1 30/25 32/22
33/24 35/9 36/5
number [2] 5/19 28/21
NW [3] 1/14 2/3 2/9
NY [1] 1/20

**O**

observation [1] 33/10
observed [1] 24/18
obvious [2] 9/29 29/23
obviously [5] 12/1 25/3
25/24 30/10 31/4
occupied [1] 36/6
October [1] 27/21
odd [1] 16/3
off [1] 33/19
offered [1] 21/19
offering [1] 14/19
offers [1] 14/21
office [1] 6/23
Official [1] 2/8
oh [1] 35/16
okay [24] 3/11 4/1 4/20
5/16 6/10 10/23 11/18
12/16 13/16 13/24 22/3
22/19 26/16 26/25
27/19 30/7 31/16 32/1
33/1 33/20 34/6 35/6

**O**

okay... [2] 35/16 35/23
one [26] 4/10 6/6 7/23
8/25 10/11 13/2 13/19
15/4 15/25 17/16 18/10
18/15 20/5 21/10 21/15
21/19 23/7 27/12 28/6
29/6 30/18 30/19 32/25
32/25 33/20 36/5
online [1] 14/7
only [9] 9/19 14/15
14/24 16/6 19/25 21/1
21/4 29/7 31/21
open [1] 35/8
opening [3] 16/12
17/22 18/13
opined [1] 11/1
opinion [16] 8/8 8/20
9/3 9/9 9/17 13/10
14/10 15/23 18/4 22/6
22/15 22/16 23/9 24/5
25/9 25/11
opinions [8] 8/18 8/24
9/7 9/14 10/2 10/21
12/10 14/23
opportunities [1] 17/4
opportunity [2] 8/1
31/13
opposed [4] 8/8 10/9
11/5 33/15
opposition [1] 21/20
oppositions [1] 28/23
order [8] 4/24 5/2
19/19 21/10 27/13
27/21 28/1 28/7
original [1] 28/24
other [13] 3/21 4/23
9/3 15/6 16/2 17/17
21/6 21/10 23/11 24/12
26/1 27/8 34/23
otherwise [1] 32/13
ought [3] 23/24 33/18
36/12
our [21] 7/3 13/11 14/4
15/6 16/5 16/12 17/14
17/17 17/22 18/6 18/14
18/15 18/16 18/20
19/13 21/20 22/8 26/14
31/14 33/22 35/8
ours [2] 31/2 31/8
ourselves [1] 28/21
out [11] 3/19 4/16 6/2
7/4 9/18 17/19 20/5
22/20 24/20 25/20
26/15
outcomes [1] 18/6
outdated [1] 9/2
outstanding [1] 3/21
over [3] 5/22 19/6
28/22
overall [1] 5/17
overlook [1] 13/9
own [7] 7/10 23/7

**P**

p.m [2] 1/6 37/9
page [5] 8/19 9/20 10/4
19/6 27/22

paper [1] 29/22
papers [11] 6/11 6/14
7/4 21/17 30/2 30/24
31/1 31/6 31/13 36/3
37/8
paragraphs [1] 10/4
part [15] 9/9 9/19 9/21
9/24 12/12 12/13 13/5
13/11 15/19 17/5 17/6
18/13 22/6 23/11 24/3
particular [3] 16/11
18/4 28/16
particularly [1] 32/12
parties [7] 5/3 7/10
13/14 22/2 28/11 28/19
29/21
parties' [1] 6/11
parts [2] 13/6 23/11
party [3] 7/10 19/17
28/17
pass [1] 12/5
past [2] 28/9 29/21
path [1] 32/23
patience [1] 3/14
PATTERSON [1] 1/18
pay [1] 21/10
pbwt.com [1] 1/21
people [2] 11/6 14/15
people's [1] 11/3
perhaps [1] 6/19
permit [1] 22/8
perspective [4] 5/17
16/5 17/14 18/10
persuasive [1] 18/9
perused [1] 8/17
picks [1] 9/20
pivot [1] 19/11
plaintiff [3] 1/17 25/5
32/10
plaintiffs [12] 1/4 1/13
3/6 3/8 7/20 7/23 12/4
12/13 31/9 34/14 36/14
37/3
play [1] 24/20
plenty [1] 19/10
plus [1] 18/22
point [20] 3/20 7/12
7/15 7/19 9/9 9/17
14/12 14/14 14/18
14/20 14/22 15/3 15/4
15/6 16/24 18/18 20/5
21/16 24/16 26/24
points [1] 14/2
policies [1] 17/4
portion [1] 12/24
position [2] 8/7 31/10
possible [1] 22/2
potentially [1] 4/9
prejudice [10] 11/23
12/4 12/19 16/25 17/1
18/18 19/12 20/15 21/2
21/6
prepared [2] 10/10
26/10
preparing [1] 12/8
present [2] 20/13
20/18

29/7
presumably [1] 16/20
presumption [1] 35/24
presumptive [1] 36/9
Prettyman [1] 2/8
prevent [1] 19/7
previously [2] 16/2
28/15
prima [3] 17/17 18/15
18/16
primarily [2] 8/18
30/17
primary [1] 8/22
privacy [30] 7/5 7/25
8/2 9/4 11/4 11/7 11/12
12/9 12/21 14/7 14/15
14/22 15/21 17/4 17/10
17/15 17/21 17/24 18/1
18/5 18/10 18/14 22/7
22/24 23/2 23/10 24/20
24/22 25/11 27/14
probably [1] 29/12
problem [2] 8/9 29/1
problematic [1] 9/8
proceed [1] 7/5
proceedings [4] 1/9
2/11 37/9 38/4
process [1] 32/14
produced [1] 2/11
professionalism [1]
5/13
Professor [17] 14/4
14/14 14/20 15/1 15/3
15/7 15/8 16/5 16/17
16/19 18/3 18/8 18/9
18/14 19/4 19/6 27/18
rebutting [1] 9/14
Professor Tucker [5]
15/1 15/7 16/19 18/3
19/4
Professor Tucker's [3]
16/5 18/9 27/18
proper [1] 7/21
properly [3] 9/13 14/5
22/15
proposed [1] 28/12
prospect [1] 20/12
prototypical [1] 33/8
prove [1] 17/19
provide [3] 17/14 31/4
34/2
provided [1] 8/25
providers [1] 35/1
provides [2] 9/4 10/6
pull [1] 30/10
purposely [1] 25/6
pushed [1] 25/24
put [18] 4/15 5/21 8/4
10/21 12/11 16/1 17/7
18/21 23/6 23/9 24/6
24/13 24/22 26/5 27/12
32/4 33/11 33/12

**Q**

qualifying [1] 23/13
quality [1] 17/25
question [10] 4/4 4/6
4/10 30/17 30/19 32/2

questions [5] 6/14
10/25 14/3 30/18 32/15
quite [1] 10/20

**R**

raise [5] 3/24 15/4
15/19 15/19 29/15
raised [4] 15/6 16/16
29/8 29/10
Rangle [1] 11/14
rather [4] 14/14 14/20
31/23 36/7
read [4] 6/11 8/16 22/6
22/22
reading [2] 7/19 10/8
real [1] 5/11
really [20] 5/8 5/12 8/4
9/15 9/20 10/20 12/6
12/17 12/17 15/12 18/8
22/7 23/19 24/19 25/24
26/1 26/22 30/12 33/17
34/4
Realtime [1] 2/7
reason [5] 3/17 11/5
15/10 29/23 36/10
rebut [1] 15/23
rebuttal [26] 7/22 8/2
9/1 9/13 9/23 10/5 10/9
10/9 10/20 13/7 13/18
14/21 15/11 15/19 16/9
16/13 16/19 16/21 18/3
18/12 19/2 22/4 22/10
22/15 23/8 26/6
rebutting [1] 9/14
recall [1] 35/1
recommending [1]
21/8
record [7] 18/2 19/22
28/25 29/18 30/11
30/13 38/3
recorded [2] 2/11
records [1] 5/19
redacted [2] 28/8
28/20 28/25
redaction [1] 28/12
reduces [1] 17/3
reference [3] 11/13
34/14 34/18
referenced [1] 15/1
regarding [1] 9/3
Registered [1] 2/7
regrettable [1] 24/1
regrettably [1] 23/25
related [3] 3/23 4/8
4/15
relating [1] 4/25 35/3
relevant [1] 14/6 17/15
relied [1] 9/1
relief [1] 25/14
remarkably [1] 5/18
remedies [2] 24/7 24/9
remedy [2] 18/19 23/16
remember [1] 23/19
Reminders [1] 27/9
remotely [1] 19/9
removed [1] 21/3
replies [1] 28/23

reply [17] 6/5 6/6 10/9
11/25 16/3 16/14 16/17
17/10 18/8 19/3 19/3
22/4 23/13 24/4 25/17
26/7 35/14
report [44]
Reporter [4] 2/6 2/7
2/7 2/8
reports [11] 7/18 7/22
9/16 11/11 11/11 12/7
12/7 16/2 17/22 22/11
23/7
request [1] 4/16
requested [1] 25/13
required [1] 17/19
research [1] 14/22
reserve [1] 36/4
reserved [2] 19/25 21/3
resolve [3] 14/8 30/24
32/20
resolved [1] 4/18
resolves [1] 26/17
respect [2] 11/7 23/15
respond [1] 11/25
12/24 16/13 16/23
response [2] 23/5
36/21
responses [1] 7/16
responsive [1] 13/12
result [1] 23/2
review [1] 31/13
right [15] 5/7 8/13 9/11
10/20 13/16 26/17
27/24 30/16 32/23
33/24 35/7 35/12 36/5
36/25 37/6
ripe [1] 26/22
RMR [2] 38/2 38/8
robust [2] 16/1 22/24
roughly [1] 28/23
round [16] 7/21 7/22
7/24 7/25 8/1 8/4 9/14
9/15 12/15 13/8 16/3
16/19 19/2 22/17 24/23
25/12
rounds [1] 7/18
route [1] 13/2
Rule [4] 19/7 19/13
20/7 23/17
Rule 26 [1] 19/7
rules [1] 7/8

**S**

SA360 [1] 35/3
said [8] 5/25 13/18
18/22 19/15 22/11 23/5
23/16 27/5
same [3] 6/23 31/10
36/20
sanction [12] 13/2
19/24 20/7 20/8 20/17
20/20 20/21 20/23 21/1
24/4 24/17 25/12
sanctioned [1] 19/17
sanctions [4] 18/20
21/3 21/3 21/13
sandbagging [3] 15/24
21/16 21/25

**save [1]** 26/23
**saved [1]** 7/10
**saw [1]** 27/25
**say [11]** 5/7 5/8 15/24 22/4 23/25 26/10 31/1 31/5 32/3 32/7 33/10
**saying [1]** 15/25
**says [1]** 15/25
**scenario [1]** 24/21
**scenes [1]** 5/15
**schedule [6]** 21/20 26/2 28/18 30/18 31/21 36/5
**scheduled [2]** 3/16 35/11
**scheduling [5]** 3/15 3/17 6/2 26/19 30/16
**Schmidtlein [8]** 2/2 3/9 6/12 6/21 27/1 29/2 33/5 34/7
**scholarship [2]** 10/7 14/23
**scratching [2]** 17/7 17/8
**seal [1]** 28/10
**seamless [1]** 22/1
**search [8]** 16/8 16/11 17/16 17/24 34/13 34/16 34/25 35/1
**second [6]** 7/21 8/1 10/16 13/8 25/19 32/2
**secondary [5]** 8/21 11/3 11/7 14/11 15/7
**see [8]** 5/15 10/14 10/18 17/8 31/2 31/8 36/21 37/7
**seeing [1]** 37/7
**seek [3]** 32/21 34/21 35/4
**seeking [1]** 15/15
**seems [11]** 8/17 8/21 15/21 15/23 16/3 17/11 22/24 23/3 23/4 24/14 35/25
**seen [3]** 5/4 31/1 31/2
**self [1]** 23/17
**self-executing [1]** 23/17
**sense [3]** 18/2 32/3 36/22
**separate [4]** 34/20 36/19 36/22 36/23
**separately [1]** 34/21
**September [2]** 18/24 18/25
**set [8]** 13/14 25/19 30/18 31/22 32/16 36/2 36/8 36/18
**setting [1]** 9/23
**seven [1]** 26/11
**shape [1]** 5/15
**shaping [1]** 33/16
**sharpen [1]** 32/22
**she [21]** 8/20 8/25 10/1 10/4 10/6 10/12 10/21 11/2 12/10 14/21 15/9 16/6 16/9 18/6 18/15

---

25/23 26/7
**she's [3]** 11/1 13/15 15/3
**short [2]** 7/4 13/12
**should [11]** 3/20 5/8 13/7 15/21 15/22 16/15 16/22 22/4 22/17 23/6 32/3
**shouldn't [4]** 15/18 23/25 32/7 36/1
**side [2]** 3/23 21/10
**side's [2]** 21/7 21/10
**sides [2]** 32/3 32/3
**sightly [1]** 32/9
**simply [6]** 18/20 20/13 22/14 25/5 32/7 32/7
**single [1]** 10/11
**sit [2]** 7/17 30/25
**six [2]** 16/6 21/20
**skip [1]** 9/15
**slightly [1]** 24/21
**smooth [1]** 5/18
**so [61]**
**so I think [2]** 12/21 27/15
**so it's [1]** 9/22
**some [13]** 4/11 5/14 5/14 21/6 21/12 25/11 26/22 27/17 28/14 28/21 29/17 32/13 36/10
**somebody [1]** 24/12
**something [12]** 6/13 16/17 20/16 21/11 26/15 29/9 30/23 31/19 33/13 33/14 33/15 33/18
**sometimes [1]** 30/5
**soon [2]** 5/5 29/2
**sooner [2]** 31/23 36/7
**Sorry [1]** 35/15
**sort [34]** 4/2 7/19 7/20 8/11 8/19 8/20 9/2 9/4 9/15 9/21 9/23 10/9 11/3 12/5 13/2 18/11 19/16 20/12 20/15 21/6 23/17 24/18 25/20 25/21 27/6 27/11 28/8 29/9 33/8 33/11 33/12 34/14 34/21 36/18
**sought [1]** 24/4
**sounds [1]** 30/6
**speak [1]** 18/14
**speaker [1]** 6/22
**specialized [1]** 35/1
**specific [3]** 12/19 14/3 16/10
**specifically [3]** 14/10 16/18 16/18
**spoken [1]** 29/9
**squarely [1]** 9/16
**St [1]** 2/3
**stages [1]** 15/13
**standpoint [1]** 27/18
**start [2]** 3/25 36/11
**starting [1]** 10/3
**starts [1]** 25/23

---

**states [11]** 1/1 1/3 1/10 3/3 10/25 11/10 14/1 17/18 24/22 25/11 27/2
**status [3]** 1/9 23/1 27/21
**stenography [1]** 2/11
**steps [1]** 21/2
**still [2]** 17/2 27/15
**straight [2]** 4/4 4/5
**straightforward [1]** 17/23
**strategic [3]** 7/6 7/9 7/11
**strategy [1]** 19/11
**Street [1]** 1/14
**strict [1]** 23/15
**strike [1]** 23/12
**struck [1]** 13/5
**studies [4]** 9/1 9/3 10/5 10/11
**style [1]** 18/12
**styled [1]** 22/11
**subjects [1]** 9/6
**submit [5]** 4/23 7/13 8/2 20/25 26/7
**submitted [5]** 5/2 11/10 18/24 19/3 27/20
**substance [2]** 8/7 8/12
**substantial [3]** 5/10 17/7 17/8
**substantive [1]** 16/10
**such [3]** 10/8 19/17 24/10
**suffers [1]** 11/23
**suggest [1]** 15/24
**Suite [1]** 1/20
**summary [17]** 12/8 19/23 20/12 27/23 28/8 28/15 29/12 32/4 32/10 32/14 32/19 32/21 33/9 33/11 34/3 34/9 35/9
**superfluous [1]** 16/22
**superseded [1]** 9/2
**supplemental [1]** 21/11
**support [2]** 17/9 21/23
**supported [2]** 18/2 21/23
**sur [1]** 11/24
**sure [7]** 6/16 12/3 15/16 22/5 23/4 25/18 33/14
**surprise [1]** 19/8
**surprising [1]** 15/8
**surrebuttal [1]** 11/24
**surreply [7]** 11/25 19/5 20/21 21/24 24/9 24/11 24/13
**switch [1]** 6/22

---

**T**

**table [3]** 15/10 24/15 33/20
**take [9]** 5/5 13/12 28/4 29/2 30/1 32/24 36/1 36/3 36/10
**taken [1]** 11/2 21/21

---

**talk [4]** 4/8 6/1 8/23 26/19
**target [1]** 22/8
**team [1]** 26/14
**teed [1]** 4/9
**tell [2]** 9/6 28/13
**telling [1]** 26/4
**ten [2]** 19/5 29/25
**tentatively [1]** 31/5
**term [1]** 8/16
**terms [8]** 3/15 10/24 12/19 19/15 23/2 24/16 25/4 25/16
**territory [1]** 11/12
**testament [1]** 5/12
**testify [2]** 13/6 30/22
**testimony [1]** 14/7
**than [20]** 4/23 5/23 9/8 9/17 9/24 11/12 12/19 16/1 19/1 22/23 24/13 26/11 28/14 31/23 32/25 36/1 36/3 36/4 36/7 36/10
**thank [6]** 3/14 3/18 7/1 13/17 37/4 37/6
**thank you [6]** 3/14 3/18 7/1 13/17 37/4 37/6
**thanks [1]** 5/20
**Thanksgiving [1]** 3/13
**that [214]**
**that's [34]** 5/1 6/9 7/1 9/21 9/24 12/20 14/12 14/13 14/18 15/8 15/21 16/12 17/5 18/11 18/24 19/8 19/8 19/18 20/7 20/10 20/18 21/2 21/6 21/7 24/1 24/4 28/17 29/1 29/7 30/8 30/11 33/3 33/6 33/18
**their [9]** 7/10 7/13 7/17 7/24 11/11 21/17 22/17 34/15 35/5
**theirs [2]** 31/1 31/8
**them [5]** 18/15 21/24 21/24 21/25 26/23
**themselves [1]** 24/20
**then [24]** 5/25 6/1 8/1 10/6 10/24 11/19 12/1 14/2 16/9 18/3 20/15 22/12 23/23 25/15 26/12 28/6 28/10 28/20 29/18 30/17 31/13 32/16 33/18 35/2
**theories [2]** 33/7 33/19
**theory [29]** 7/14 7/22 8/4 9/21 9/24 11/16 11/21 12/12 12/14 13/5 14/12 14/13 14/19 14/25 15/25 16/1 17/2 17/5 17/6 17/9 18/2 22/7 22/13 22/13 22/24 23/6 24/22 27/20 29/6 29/17 30/2 34/3 36/3 36/18
**there [25]** 3/22 4/8 5/14 9/16 11/1 11/9 11/12 11/15 12/18 18/25 21/5 21/5 21/9 21/12 23/10

---

25/12 26/18 28/18 32/7 33/7 36/25
**there's [23]** 7/11 11/20 12/12 15/25 16/25 18/19 19/10 19/10 19/12 19/20 19/22 20/15 20/16 20/17 20/25 21/1 21/2 21/4 27/5 27/11 28/11 28/16 31/3
**these [7]** 9/12 9/16 9/23 10/2 30/21 30/23 32/4
**they [18]** 7/7 7/12 7/24 7/24 8/1 8/3 8/4 9/15 9/16 10/15 10/16 18/22 19/2 19/3 22/17 23/12 26/23 31/1
**they're [7]** 9/14 10/21 12/14 20/22 22/13 26/22 31/3
**they've [4]** 9/2 14/17 18/21 19/1
**thin [2]** 16/6 24/23
**thing [2]** 3/14 9/19
**things [5]** 20/5 27/8 27/11 28/10 31/6
**think [53]**
**thinks [2]** 20/16 20/16
**third [4]** 8/3 12/15 28/17 28/19
**third-party [1]** 28/17
**this [65]**
**those [6]** 4/12 4/15 5/4 5/5 9/2 9/6 9/8 11/13 24/24 26/15 27/16 27/16 28/25 32/11 32/15 34/15 35/4 36/19
**though [6]** 24/2 24/3 24/12 24/17 26/12 28/6
**thought [3]** 16/21 20/23 35/16
**three [2]** 27/11 32/3
**through [11]** 4/3 8/19 9/10 10/3 11/22 17/21 18/1 28/12 28/18 32/13 32/14
**throws [1]** 18/4
**Thursday [3]** 25/23 26/7 26/8
**tied [1]** 24/16
**time [19]** 11/16 11/24 12/14 13/14 14/13 17/9 18/25 19/1 19/11 21/22 24/10 25/16 28/22 29/8 29/17 30/2 34/3 36/3 36/18
**timely [1]** 14/5
**times [1]** 21/17
**timing [5]** 4/24 11/19 19/15 24/20 28/7
**titled [1]** 38/4
**today [3]** 3/24 4/8 27/15 29/3
**together [2]** 5/13 35/4
**too [1]** 8/16
**topic [1]** 10/24

**T**

**total [1]** 28/10
**toward [1]** 11/4
**trace [1]** 10/2
**traditionally [1]** 23/13
**transcript [3]** 1/9 2/11 38/3
**transcription [1]** 2/11
**trial [16]** 3/16 14/9 19/8 19/10 19/21 20/1 20/13 32/8 32/12 32/14 32/22 33/6 33/15 33/16 36/5 36/6
**trials [1]** 34/2
**trier [1]** 14/8
**true [5]** 10/9 10/15 15/5 18/24 24/18
**truly [2]** 33/12 33/14
**try [2]** 29/9 31/23
**trying [4]** 3/16 10/1 12/6 22/1
**Tucker [18]** 6/7 8/20 9/1 9/17 10/5 10/10 11/2 12/9 15/1 15/7 16/19 18/3 19/4 22/10 22/12 22/16 23/5 24/13
**Tucker's [10]** 9/14 10/13 10/16 14/21 15/20 16/5 18/9 23/8 25/19 27/18
**turn [4]** 5/25 6/12 20/14 25/15
**tutorial [1]** 35/2
**two [17]** 4/7 4/25 5/22 5/23 7/18 7/23 8/24 11/10 12/12 18/22 22/11 23/11 28/23 30/18 34/9 34/23 35/4
**TYLER [1]** 1/19

**U**

**U.S [1]** 1/14
**ultimately [1]** 12/1
**umbrella [1]** 4/17
**unable [1]** 12/22
**under [5]** 4/17 14/4 14/5 19/13 28/10
**undermines [1]** 14/20
**underscores [1]** 8/12
**understand [3]** 11/1 23/9 33/21
**unfair [1]** 19/8
**unfortunately [1]** 24/1
**unique [1]** 34/24
**UNITED [10]** 1/1 1/3 1/10 3/3 10/25 11/10 14/1 17/18 24/22 25/11
**United States [5]** 10/25 11/10 14/1 17/18 25/11
**United States of [1]** 3/3
**unnecessary [1]** 16/21
**unredacted [1]** 28/8
**until [1]** 8/3
**untimely [2]** 20/10 21/4
**untoward [1]** 20/16
**unusual [1]** 18/5

**updating [5]** 29/19 29/21 12/6 26/22 30/10 33/4 33/6 35/8 36/12
**updated [1]** 10/6
**upon [3]** 5/2 9/1 25/7
**upsending [1]** 20/12
**us [8]** 4/21 12/5 27/15 28/19 33/24 35/1 35/8 35/21
**usdoj.gov [1]** 1/16
**use [4]** 11/7 11/7 14/11 15/2
**used [2]** 11/4 16/11
**useful [2]** 30/12 31/15
**user [2]** 11/3 11/4
**uses [4]** 8/21 11/3 14/16 15/7
**usually [1]** 4/3

**V**

**version [3]** 29/19 29/22 29/22
**versions [4]** 28/8 28/20 28/25 29/13
**versus [3]** 3/4 17/18 25/2
**vertical [2]** 34/25 35/1
**very [10]** 11/6 17/23 21/1 21/2 21/25 22/5 25/3 25/22 30/14 34/5
**VIA [1]** 1/9
**view [4]** 14/4 18/20 19/13 31/14
**views [1]** 11/6
**violation [2]** 22/25 23/23
**virtue [1]** 17/3
**volume [3]** 5/19 6/19 6/22
**vs [1]** 1/5

**W**

**walk [1]** 4/2
**want [15]** 4/2 5/9 5/20 6/13 12/23 13/11 21/15 23/3 26/1 26/4 27/11 32/15 32/16 32/23 33/2
**wanted [6]** 6/1 6/14 15/18 26/19 30/16 36/6
**wants [1]** 26/7
**warrant [1]** 19/12
**was [33]** 3/16 3/17 5/24 6/4 6/5 6/7 7/6 7/17 10/12 11/9 11/15 14/5 14/14 16/6 16/7 16/13 16/17 16/18 16/21 16/22 16/24 17/24 18/25 19/7 20/24 24/21 25/6 25/8 25/8 25/20 27/22 29/13 29/14
**Washington [4]** 1/5 1/15 2/4 2/9
**wasn't [1]** 8/3
**waste [1]** 34/3
**way [6]** 3/19 9/4 10/3 17/8 22/22 24/6
**wc.com [2]** 2/5 2/5

**we will [5]** 29/17 33/22 34/15 34/18 34/21
**we'll [5]** 3/22 8/23 27/17 28/3 37/7
**we're [4]** 4/7 5/5 12/22 14/12 14/19 19/4 19/9 21/25 21/25 22/1 28/24 29/2 29/16 32/24 33/17 34/4
**we've [11]** 4/11 4/13 11/16 20/19 21/21 21/22 21/24 25/24 28/9 28/10 28/21
**WEBB [1]** 1/19
**week [5]** 25/20 29/25 30/2 35/17 36/5
**weeks [4]** 3/16 25/21 28/21 28/23
**welcome [1]** 26/12
**well [15]** 3/12 5/7 10/13 13/12 15/23 17/7 18/2 24/6 24/24 26/3 26/5 33/4 34/23 35/7 35/22
**well-developed [1]** 24/24
**were [11]** 6/17 9/14 10/15 10/16 11/11 11/20 11/24 13/1 13/2 13/10 32/10
**wfcavanaugh [1]** 1/21
**what [32]** 8/20 9/20 10/6 11/1 11/2 11/19 13/3 14/15 15/14 19/14 19/15 19/16 20/20 20/22 20/23 22/23 23/3 23/5 24/16 25/15 26/4 26/9 27/14 29/12 30/3 31/2 32/4 32/11 33/5 33/21 33/23 36/21
**what's [5]** 11/5 11/22 11/23 16/1 17/11
**whatever [5]** 24/8 26/6 29/24 29/25 31/13
**when [6]** 11/6 15/21 19/16 29/18 29/18 29/20
**where [18]** 3/20 6/2 7/8 7/11 11/20 12/14 12/22 17/16 18/5 20/3 20/6 20/9 21/4 21/9 22/20 24/1 26/9 30/25
**whereby [1]** 28/18
**whether [8]** 26/3 29/25 30/11 30/19 31/14 31/19 33/11 33/22
**which [20]** 3/21 4/8 5/8 5/15 5/23 8/25 9/20 13/6 17/19 17/20 17/24 21/4 23/14 24/4 25/5 27/12 28/14 32/10 32/23 36/21
**while [2]** 24/23 29/10
**who [1]** 6/5
**wholesale [1]** 24/5
**why [10]** 3/25 6/11 6/12 9/6 15/17 15/19

**wide [1]** 20/4
**will [26]** 13/23 14/7 18/13 19/5 21/8 29/17 30/20 30/21 30/23 31/1 32/4 32/5 32/6 32/7 33/12 33/22 34/8 34/10 34/15 34/18 34/21 35/1 35/4 35/21 36/9 36/10
**William [5]** 1/18 2/6 3/7 38/2 38/8
**WILLIAMS [2]** 2/3 25/2
**Winston [1]** 11/14
**wish [2]** 12/18 22/3
**without [1]** 7/5
**witness [3]** 23/18 31/4
**won't [1]** 18/16
**wondering [1]** 19/16
**words [2]** 3/21 26/1
**work [10]** 4/11 4/14 5/13 5/21 18/11 26/14 28/11 28/19 31/25 35/21
**worked [4]** 21/18 21/24 25/20 28/17
**works [1]** 36/14
**worthwhile [1]** 16/13
**would [50]**
**wouldn't [2]** 16/20 32/24
**wrapped [1]** 3/17
**written [1]** 35/16
**wrong [1]** 22/12

**Y**

**yeah [6]** 4/5 5/4 17/1 27/10 29/1 30/14
**years [2]** 5/22 5/23
**yes [5]** 7/1 8/10 8/14 16/4 35/16
**yesterday [1]** 5/24
**yet [1]** 4/9
**York [1]** 1/20
**you [105]**
**you're [1]** 33/13
**you've [5]** 5/21 13/17 27/7 27/14 28/15
**your [64]**
**Your Honor [47]**
**Your Honor's [1]** 14/3

**Z**

**Zaremba [3]** 2/6 38/2 38/8
**zone [1]** 20/4
**ZOOM [1]** 1/9