AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-03010-APM |
| Google, LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Montana .

Date: 12/06/2022

/s/ Christian B. Corrigan
*Attorney's signature*

Christian B. Corrigan, MT Bar No. 67387109
*Printed name and bar number*

PO Box 201401
Helena, MT 59620-1401

*Address*

christian.corrigan@mt.gov
*E-mail address*

(406) 444-2026
*Telephone number*

(406) 444-3549
*FAX number*