IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>      Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>      Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER REGARDING**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendant's Motion for Summary Judgment dated December 12, 2022, together with the papers and arguments submitted in support of and opposition to that Motion, it is hereby ORDERED:

  1.  Defendant's Motion for Summary Judgment is GRANTED;

  2.  The Amended Complaint in *United States, et al. v. Google LLC*, No. 20-cv-3010-APM (ECF No. 94) (the "DOJ Plaintiffs' Complaint") is DISMISSED; and

  3.  Insofar as the Complaint in *State of Colorado, et al. v. Google LLC*, No. 20-cv-3715 (ECF No. 1-2) (the "Colorado Plaintiffs' Complaint") incorporates by reference the DOJ

Plaintiffs' Complaint or any of the claims or allegations therein, the Colorado Plaintiffs' Complaint is DISMISSED.

Dated: _____, 2023

_____
Hon. Amit P. Mehta
United States District Court Judge