# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of Colorado, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>         Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## DEFENDANT GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Civil Rule 7(h) of the Local Rules of the United States District Court for the District of Columbia, Defendant Google LLC respectfully moves the Court for summary judgment against the plaintiffs in *State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM (the "Colorado Action").

This Motion addresses the claims and allegations that are unique to the Colorado Action and were not asserted by the plaintiffs in *United States, et al. v. Google LLC*, No. 20-cv-3010-APM (the "DOJ Action"). Google has separately moved for summary judgment against the plaintiffs in the DOJ Action. *See* ECF No. 421 in Case No. 20-cv-3010-APM. That motion for summary judgment also applies to the Colorado Action to extent that it "incorporate[s] by reference" any of the claims or allegations made in the DOJ Action. Colo. Pls.' Compl. ¶ 58 (ECF No. 1-2 in Case No. 20-cv-3715-APM).

Google's Motion is supported by the concurrently filed Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment, the Statement of Material Facts as to Which There Is No Genuine Issue in Support of Its Motion for Summary Judgment, and the accompanying exhibits.

Dated: December 12, 2022

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
Wendy Huang Waszmer (D.C. Bar No. 1631078)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com
wwaszmer@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*