# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of Colorado, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## [PROPOSED] ORDER REGARDING
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of Defendant's Motion for Summary Judgment dated December 12, 2022, together with the papers and arguments submitted in support of and opposition to that Motion, it is hereby ORDERED:

1. Defendant's Motion for Summary Judgment is GRANTED; and

2. The Complaint in *State of Colorado, et al. v. Google LLC*, No. 20-cv-3715 (ECF No. 1-2) is DISMISSED.

Dated: _____, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge