IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Kelsey Paine hereby withdraws as attorney of record for Plaintiff State of Texas in the above-captioned matter.

Dated:  December 19, 2022              Respectfully submitted,

                                                              */s/ Kelsey Paine*
                                                              Kelsey Paine

                                                              */s/ Margaret Sharp*
                                                              Margaret Sharp

                                                              TEXAS ATTORNEY GENERAL
                                                              300 W. 15th St.
                                                              Austin, TX 78701
                                                              512-936-1847
                                                              Email: Kelsey.Paine@oag.texas.gov

                                                              *Counsel for Plaintiff State of Texas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2022, I filed the foregoing document with the Court via the Case Management and Electronic Case (CM/ECF) System which will send a notice of electronic filing to all counsel of record.

/s/ Kelsey Paine
Kelsey Paine

*Counsel for Plaintiff State of Texas*