IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA et al.,**<br><br>   **Plaintiffs**<br><br>   v.<br><br>**GOOGLE, LCC**<br><br>   **Defendants** | **CASE NO. 1:20-cv-03010** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Senior Assistant Attorney General David A.F. McCoy respectfully notifies the Court of his withdrawal as counsel for the Plaintiff State of Arkansas in this case. Assistant Attorney General Keaton Barnes will continue to represent the Plaintiff State of Arkansas, and it will not be without representation in this matter.

Dated:   01/03/2023

                        Respectfully submitted,

                        **LESLIE RUTLEDGE**
                        **ARKANSAS ATTORNEY GENERAL**

By:   */s/ David A.F. McCoy*
       David A.F. McCoy, Ark. Bar No. 2006100
       Senior Assistant Attorney General
       323 Center Street, Suite 200
       Little Rock, Arkansas 72201
       Phone: (501) 682-7506
       Fax: (501) 682-8118
       Email: david.mccoy@arkansasag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I caused a copy of the foregoing to be filed though this Court's CM/ECF filing system, which will serve a notice of electronic filing on all registered users, including counsel of record for all parties.

/s/ David A.F. McCoy
David A.F. McCoy