IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>  Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Exclude the Expert Testimony of Randolph E. Bucklin and Memorandum in Support, under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and its progeny, and the entire record herein, IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

The following is excluded from Prof. Bucklin's reports and any testimony related to the these portions:

(a)   paragraph 10 (Summary of Opinions), paragraphs 15 through 30 (Section IV), paragraph 69 (concluding paragraph), and Exhibits 1–4 of the Expert Report of Randolph E. Bucklin, June 3, 2022; and

(b)   footnote 132 in the Rebuttal Expert Report of Randolph E. Bucklin, Aug. 4, 2022, which references Section IV of his June 3, 2022 report.

Dated:_____, 2022

_____
The Hon. Amit P. Mehta
United States District Court Judge