IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>         Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>         Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Exclude the Expert Testimony of Edward A. Fox and Memorandum in Support, under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and its progeny, and the entire record herein, IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

                     _____
                     The Hon. Amit P. Mehta
                     United States District Court Judge

Dated:_____, 2022