IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA et al.,

    Plaintiffs,

v.

GOOGLE, LCC,

    Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

## NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff, State of Idaho, hereby gives notice that the Deputy Attorney General Brett T. DeLange, is hereby withdrawn as counsel for Plaintiff, State of Idaho, in the above-captioned matter. The State of Idaho will continue to be represented by Deputy Attorney General John K. Olson, who has previously entered an appearance in this matter.

Dated this 12th day of January, 2023.

                                        RAÚL R. LABRADOR
                                        Attorney General

By:    */s/* Brett T. DeLange
        **BRETT T. DELANGE** (ISB #3628)
        Division Chief
        Consumer Protection Division
        Idaho Office of the Attorney General
        954 W. Jefferson Street, 2nd Floor
        P.O. Box 83720
        Boise, Idaho 83720-0010
        Tel: 208.334.2400
        brett.delange@ag.idaho.gov
        Attorneys for Plaintiff, State of Idaho

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the Court's CM/ECF electronic filing system. Participants in this case who are registered electronic filing system users will be served by the Court's CM/ECF system.

Dated this 12th day of January, 2023.

By: <u>/s/ Brett T. DeLange</u>
Brett T. DeLange