AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America et al )
*Plaintiff* )
v. ) Case No. 1:20-cv-03010-APM
Google LLC )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arizona.

Date: 01/12/2023

/s/ Robert Bernheim
*Attorney's signature*

Robert Bernheim
*Printed name and bar number*

Office of the Attorney General
400 W. Congress St., Ste. S-315
Tucson, AZ 85701

*Address*

Robert.Bernheim@azag.gov
*E-mail address*

(520) 628-6507
*Telephone number*

(520) 628-6532
*FAX number*