IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Plaintiff State of Arizona hereby gives notice that Deputy Solicitor General Michael S. Catlett is hereby withdrawn as counsel for the State of Arizona in the above-captioned matters. The State of Arizona will continue to be represented by Unit Chief Counsel Robert A. Bernheim, who has previously entered his appearance in this matter.

Dated: January 13, 2023

Respectfully submitted,

By: /s/ Robert A. Bernheim
Robert A. Bernheim
Unit Chief Counsel
Competition, Innovation, and Privacy Unit
Office of the Arizona Attorney General
400 W. Congress St., Ste. S-315
Tucson, AZ 85701
Robert.Bernheim@azag.gov
(520) 628-6507
*Counsel for the State of Arizona*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 13, 2023, I filed the foregoing Notice of Withdrawal of Counsel with the Court via the Case Management and Electronic Case Files (CM/ECF) system which will send a notice of electronic filing to all counsel of record.

/s/ Robert A. Bernheim
Robert A. Bernheim
Counsel for Plaintiff State of Arizona
