IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>Google LLC,<br><br>    *Defendants*. | Case No. 1:20-cv-03010-APM<br><br>**WITHDRAWAL OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Matthew Guice Aiken of Gibson, Dunn & Crutcher LLP hereby withdraws his appearance in the above-captioned case on behalf of Non-Party AT&T Inc. Gibson, Dunn & Crutcher LLP and its attorney that has appeared will continue to appear on behalf of Non-Party AT&T Inc. in this action.

Dated: Washington D.C.
       January 20, 2023

                                                                 GIBSON, DUNN & CRUTCHER LLP

                                                                 By:   */s/ Matthew Guice Aiken*
                                                                             Matthew Guice Aiken

Matthew Guice Aiken
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Tel: 202.955.3688
MAiken@gibsondunn.com

       *Attorney for Non-Party AT&T Inc.*