AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▼

|  |  |
|---|---|
| United States of America, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Google LLC | ) |
| *Defendant* | ) |

Case No.   1:20-cv-03010-APM

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arizona                                                                                              .

Date:      02/07/2023

/s/ Jayme Weber
*Attorney's signature*

Jayme Weber, AZ Bar No. 032608
*Printed name and bar number*

Arizona Office of the Attorney General
400 W. Congress St., Ste. S-215
Tucson, AZ 85701

*Address*

Jayme.Weber@azag.gov
*E-mail address*

(520) 628-6609
*Telephone number*

(520) 628-6532
*FAX number*