IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
United States of America,  :
:
      Plaintiffs,  :   C.A. No. 1:20-cv-03010 -APM
:
    – against –  :
:
Google LLC,  :
:
      Defendant.  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **PRAECIPE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Civil Rules 83.15(b) and (c) please take notice that the address and law firm affiliation of John A. Jurata, Jr., counsel to Non-Party Petitioners Microsoft Corporation, Sonos, Inc. and Cerence, Inc. has changed and request that copies of all papers in this action be served upon me at the address set forth below.

Dated: New York, New York
       February 7, 2023

                                        DECHERT LLP

                                      By: */s/ John A. Jurata, Jr.*
                                             John A. Jurata, Jr.
                                        jay.jurata@dechert.com
                                        1900 K. Street, N.W.
                                        Washington, D.C.20006
                                        Tel.: (202) 261-3440
                                        Fax:202.261.3333
                                        *Attorney for* Microsoft Corporation,
                                        Sonos, Inc. and Cerence, Inc.,