IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

        Plaintiffs,        C.A. No. 1:20-cv-03010 -APM

        – against –

Google LLC,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PRAECIPE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Pursuant to Local Civil Rules 83.15(b) and (c) please take notice that the address and law firm affiliation of Russell P. Cohen, counsel to Non-Party Petitioner Microsoft Corporation, has changed and request that copies of all papers in this action be served upon me at the address set forth below.

Dated: San Francisco, California
       February 8, 2023

                                         DECHERT LLP

                                         By: */s/ Russell P. Cohen.*
                                               Russell P. Cohen
                                        russ.cohen@dechert.com
                                        One Bush Street, Suite 1600
                                        San Francisco, California 94104
                                        Tel.: (415) 262.4506
                                        Fax: (415) 262.4555
                                        *Attorney for* Microsoft Corporation