IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO OPPOSE THE MOTIONS FILED ON FEBRUARY 10 AND 12, 2023**

Defendant Google LLC ("Google") respectfully moves the Court for an extension of time to oppose the Motions filed at ECF No. 495 on February 10, 2023 and ECF No. 496 on February 12, 2023. Google proposes that it file oppositions to these two Motions on or before March 10, 2023, which reflects a 14-day extension of time to oppose the United States' Motion and an 11-day extension of time to oppose the Colorado Plaintiffs' Motion. Google respectfully seeks additional time to oppose these two Motions in light of the length of the memoranda submitted by the United States and Colorado Plaintiffs as well as the upcoming deadline to file replies in support

of its summary judgment and *Daubert* motions.  The requested extension does not implicate any other deadlines in the case schedule.

Google sought consent from the United States and Colorado Plaintiffs to the requested extension of time and was informed that they do not oppose the request, provided that they are permitted to file replies in support of the Motions on or before March 24, 2023, which reflects a 7-day extension of time.  Google is attaching a proposed order that incorporates their request as well as its own.

Dated: February 15, 2023

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*