IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO OPPOSE THE MOTIONS FILED ON FEBRUARY 10 AND 12, 2023**

Upon consideration of Defendant's Motion for an Extension of Time to Oppose the Motions Filed on February 10 and 12, 2023, it is hereby ORDERED:

1. The Motion is GRANTED;

2. Oppositions to the Motions must be filed on or before March 10, 2023; and

3. Replies in support of the Motions must be filed on or before March 24, 2023.

Dated: February ____, 2023

_____
Hon. Amit P. Mehta
United States District Court Judge