IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of Colorado, et. al.,<br>Plaintiffs,<br><br>vs.<br><br>Google,<br>LLC.<br>Defendant. | Civil Action No. 20-cv-3715<br>Hon. Amit P. Mehta |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to File Brief of American Antitrust Institute as *Amicus Curiae* in Support of Plaintiff States, it is HEREBY ORDERED that the Motion for Leave to File is granted.

Dated:_____                    _____

                                                                            The Honorable Amit P. Mehta
                                                                            District Judge