**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

| | |
|---|---|
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

**[PROPOSED] ORDER**

Before the Court is the Motion by Behavioral Economists George Loewenstein, Klaus M. Schmidt, and Paul Heidhues for Leave to File Brief as *Amici Curiae* in Support of Plaintiffs (the "Motion"). Having reviewed the Motion, and for good cause shown, the Court ORDERS that the Motion is GRANTED. The Clerk of the Court is directed to file the *Amici Curiae* Brief Behavioral Economists George Loewenstein, Klaus M. Schmidt, and Paul Heidhues, on the dockets for the above-captioned cases.

DATE: _____        _____
                                            The Honorable Amit P. Mehta
                                            United States District Judge