IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Plaintiff, State of Utah, hereby gives notice that Tara W. Pincock, is hereby withdrawn as counsel for Plaintiff, State of Utah, in the above-captioned matters. The State of Utah will continue to be represented by Scott R. Ryther, who has previously entered an appearance in this matter.

Dated this 22nd day of February, 2023.

                By:    */s/* Tara W. Pincock
                         **Tara W. Pincock**
                         Assistant Attorney General
                         Antitrust and Data Privacy Section
                         Utah Office of the Attorney General
                         160 E 300 S, 5th Floor
                         P.O. Box 140874
                         Salt Lake City, UT 84114
                         Attorney for Plaintiff, State of Utah

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the Court's CM/ECF electronic filing system. Participants in this case who are registered electronic filing system users will be served by the Court's CM/ECF system.

Dated this 22nd  day of February, 2023.


By:     /s/ Tara W. Pincock
         Tara W. Pincock
         Counsel for Plaintiff State of Utah