IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA<br><br>**FILED UNDER SEAL** |

**UNITED STATES' MOTION FOR SANCTIONS AGAINST GOOGLE, LLC AND AN EVIDENTIARY HEARING TO DETERMINE THE APPROPRIATE RELIEF**

For the reasons described in Plaintiff United States' Memorandum In Support, Plaintiff United States respectfully moves the Court to: (1) hold that Google has engaged in spoliation in violation of Rule 37(e); (2) order an evidentiary hearing to assess the appropriate sanctions to remedy Google's spoliation; and (3) order Google to provide further information about custodians' history-off chat practices, through written declarations and oral testimony, in advance of the requested hearing.

Dated: February 10 2023                    Respectfully submitted,


                                           By:  /s/ Kenneth M. Dintzer
                                           Kenneth M. Dintzer
                                           Erin Murdock-Park (DC Bar # 1019993)
                                           Joshua Hafenbrack (DC Bar #1017128)
                                           Karl E. Herrmann (D.C. Bar #1022464)
                                           U.S. Department of Justice, Antitrust Division
                                           450 Fifth Street NW, Suite 7100
                                           Washington, DC 20530
                                           Telephone: (202) 227-1967
                                           Kenneth.Dintzer@usdoj.gov
                                           Erin.Murdock-Park@usdoj.gov
                                           Joshua.Hafenbrack@usdoj.gov
                                           Karl.Herrmann@usdoj.gov

                                           *Counsel for Plaintiff United States of America*