IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA<br><br>**FILED UNDER SEAL** |

**[PROPOSED ORDER]**

Upon consideration of Plaintiff, the United States' Motion for Sanctions Against Google, LLC And An Evidentiary Hearing To Determine The Appropriate Relief, IT IS HEREBY

**ORDERED:**

1. The Motion is **GRANTED**;

2. The Court sets an evidentiary hearing on the matter of Google's spoliation of chat messages for [**DATE**];

3. No later than [**three weeks prior to DATE**] Google shall provide to the United States:

    a. A copy of its litigation hold in this case, as well as any reminders thereto and a list of individuals who received the litigation hold;

    b. Written declarations from each custodian who received the litigation hold or its reminder notices, setting forth (i) whether and under what circumstances they turned "history on" for any specific chat messages and (ii) whether and under what circumstances they participated in "history off" chats from May 1, 2019 to the present;

4. No later than [**two weeks prior to DATE**] Google shall produce a corporate witness or witnesses to sit for a Rule 30(b)(6) deposition at which time the witness(es) shall answer questions regarding the topics set forth in the Notice of Deposition, attached as Exhibit 52 to the United States' Motion for Sanctions Against Google, LLC And An Evidentiary Hearing To Determine The Appropriate Relief.

Dated:                                                                                                            _____
                                                                                                           Hon. Amit P. Mehta
                                                                                                           United States District Court Judge