# Exhibit 4

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Schmidtlein, John |
| **To:** | Murdock-Park, Erin (ATR) |
| **Cc:** | Bellshaw, Meagan (ATR); Herrmann, Karl (ATR); "jon.sallet@coag.gov"; Dintzer, Kenneth (ATR); Severt, Adam T (ATR); Goldstein, Jeremy (ATR); Aguilar, Diana (ATR); Hammond, Matthew (ATR); Paine, Kelsey; Michaloski, Matthew; "Conrad, Joseph"; "Wismer, Evangeline"; "McKinley, Matt"; michael.schwartz@ag.ny.gov; Connor, Colette; Maier, Gloria; "Rubinstein, Franklin"; "Baimel, Stuart"; "Popofsky, Mark S."; Hafenbrack, Joshua (ATR); Bartels, Sarah (ATR); Safty, Graham |
| **Subject:** | [EXTERNAL] RE: Google"s response to outstanding questions |
| **Date:** | Wednesday, February 8, 2023 9:58:07 PM |

Erin:

I can confirm that Google has taken the necessary actions to preserve chats for the relevant document custodians in these cases through an automated process of changing the default chat setting for such custodians to permanently be set as history on.  Given the number of custodians and the computer run time needed to complete this change, the process will be completed today or tomorrow at latest for all custodians.

Regards,

**John E. Schmidtlein**
**Williams & Connolly LLP**

680 Maine Avenue, S.W., Washington, DC 20024

(P) 202-434-5901 |

JSchmidtlein@wc.com | www.wc.com/jschmidtlein

---

**From:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>
**Sent:** Wednesday, February 8, 2023 10:02 AM
**To:** Schmidtlein, John <JSchmidtlein@wc.com>
**Cc:** Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; 'jon.sallet@coag.gov' <jon.sallet@coag.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Michaloski, Matthew <Matthew.Michaloski@atg.in.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Wismer, Evangeline' <Evangeline.wismer@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; michael.schwartz@ag.ny.gov; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Baimel, Stuart' <sbaimel@wsgr.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Hafenbrack, Joshua (ATR) <Joshua.Hafenbrack@usdoj.gov>; Bartels, Sarah (ATR) <Sarah.Bartels@usdoj.gov>; Safty, Graham <GSafty@wc.com>
**Subject:** RE: Google's response to outstanding questions

John,

Thank you for confirming that Google intends turn the default setting to "history on"

USDOJ-GOOGEX-000415

for all custodians in this litigation and the separate states litigation. We appreciate Google confirming later today that this permanent change to "history on" has occurred.

Best,
Erin

Erin Murdock-Park (she/her/hers)
Tel. 202-445-8082

This message may contain privileged and/or confidential communications and should be read only by the intended recipient. If you believe you have received this message in error, please delete it and contact the sender.

---

**From:** Schmidtlein, John <JSchmidtlein@wc.com>
**Sent:** Tuesday, February 7, 2023 4:18 PM
**To:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>
**Cc:** Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; 'jon.sallet@coag.gov' <jon.sallet@coag.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Michaloski, Matthew <Matthew.Michaloski@atg.in.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Wismer, Evangeline' <Evangeline.wismer@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; michael.schwartz@ag.ny.gov; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Baimel, Stuart' <sbaimel@wsgr.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Hafenbrack, Joshua (ATR) <Joshua.Hafenbrack@usdoj.gov>; Bartels, Sarah (ATR) <Sarah.Bartels@usdoj.gov>; Safty, Graham <GSafty@wc.com>
**Subject:** [EXTERNAL] RE: Google's response to outstanding questions

Erin:

Google is implementing a process that will result in all Google Chats being permanently set to history on and preserved for the agreed upon document custodians in the DOJ and Colorado actions for so long as the legal hold in these cases is in place. We expect this process to be completed by no later than the end of the day tomorrow, February 8.

As for your request for a stipulation regarding Google document custodians' off the record chat practices or declarations regarding the same, there are over 100 such individuals, some of whom were not even employed by Google at the time this litigation was filed and/or are not employed by Google today. Under these circumstances, we cannot stipulate that all of these individuals failed to preserve responsive chats, nor do we believe it necessary (or even feasible) to produce declarations from all such individuals at this time. In any event, Google continues to believe that it took reasonable steps to preserve information that was likely to be responsive to Plaintiffs' discovery requests in these cases and that there is no merit to any potential motion for sanctions, which you have not shared with us. Google reserves all rights to oppose any such motion and to marshal

evidence accordingly to oppose such motion.

Regards,
**John E. Schmidtlein**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5901 |
JSchmidtlein@wc.com | www.wc.com/jschmidtlein

---

**From:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>
**Sent:** Tuesday, February 7, 2023 12:36 PM
**To:** Schmidtlein, John <JSchmidtlein@wc.com>
**Cc:** Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; 'jon.sallet@coag.gov' <jon.sallet@coag.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Michaloski, Matthew <Matthew.Michaloski@atg.in.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Wismer, Evangeline' <Evangeline.wismer@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; michael.schwartz@ag.ny.gov; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Baimel, Stuart' <sbaimel@wsgr.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Hafenbrack, Joshua (ATR) <Joshua.Hafenbrack@usdoj.gov>; Bartels, Sarah (ATR) <Sarah.Bartels@usdoj.gov>; Safty, Graham <GSafty@wc.com>
**Subject:** Google's response to outstanding questions

John,

I am following up from our meet and confer last week. We have not yet received Google's promised response to our outstanding questions from the parties' meet and confer last week, regarding Google's litigation hold and whether Google will provide to us declarations or a stipulation regarding custodians' "off the record" chat practices.

We appreciate your response no later than close of business today.

Best,
Erin

Erin Murdock-Park (she/her/hers)
Senior Litigation Counsel
U.S. Department of Justice
Antitrust Division
Tel: 202-445-8082

This message may contain privileged and/or confidential communications and should be read only by the intended recipient. If you believe you have received this message in error, please delete it and contact the sender.

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

USDOJ-GOOGEX-000418