# Exhibit 6

# FILED UNDER SEAL

DESIGNATED HIGHLY CONFIDENTIAL BY GOOGLE