# Exhibit 11

# FILED UNDER SEAL

DESIGNATED HIGHLY CONFIDENTIAL BY GOOGLE