# Exhibit 18

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE