# Exhibit 20

# FILED UNDER SEAL

DESIGNATED HIGHLY CONFIDENTIAL BY GOOGLE