# Exhibit 23

DESIGNATED CONFIDENTIAL BY GOOGLE

Revised Entries from CID Log and First Two Litigation Logs – Confidential

| Control Number | Beginning Bates | Parent Control Number | Parent Beginning Bates | Date | Custodians | Email From / Author | Email To | Email CC | Email BCC | Privilege Description | Privilege(s) Asserted | Redacted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GGPL-1080064970 | | | | 5/23/2019 17:12 | Donald Harrison; Hal Varian | [redacted] | | | | Memorandum providing analysis of 2007 FTC investigation materials compiled in connection with ongoing DOJ investigation prepared at or under the direction of counsel revealing legal advice of Kevin Yingling ESQ and Matthew Bye ESQ re contents thereof. | Attorney Client Communication | |

Privilege Log (Vol. 17) – Confidential

| Control Number | Beginning Bates | Parent Control Number | Parent Beginning Bates | Date | Custodians | Email From / Author | Email To | Email CC | Email BCC | Privilege Description | Privilege(s) Asserted | Redacted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GGPL-1030507240 | | | | 6/3/2019 20:57 | Emily Moxley; Nick Fox | nick fox [redacted] | crystal dahlen [redacted]; emily moxley [redacted]; Milana Homsi McCullagh ESQ [redacted] | | | Email seeking legal advice of Milana Homsi McCullagh ESQ re manner of proceeding with response to internal questions about potential DOJ investigation | Attorney Client Communications; Attorney Work Product | |