# Exhibit 24

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Alvarado-Rivera, Jesus (ATR) <Jesus.Alvarado-Rivera@ATR.USDOJ.GOV> |
| **Sent:** | Thursday, October 24, 2019 12:57 PM |
| **To:** | Labow, Ben |
| **Cc:** | Giordano, Elizabeth; Karr, Ryan (ATR); Gower, Cameron (ATR) |
| **Subject:** | DOJ ESI Specifications & Questionnaire |
| **Attachments:** | ATR-Unicode-Tiff-Text-Specifications-2019.pdf; DOJ ESI Questionnaire.pdf; ATR-Unicode-Tiff-Text-Specifications-2019.zip |

Ben,

In case you don't have the latest versions, attached you'll find the Division's ESI Specifications and Questionnaire. Please review the Specifications and provide Alphabet's response to the questionnaire to facilitate CID negotiations and compliance.

Thanks,

Jesús

**Jesús M. Alvarado-Rivera**
Trial Attorney
Antitrust Division
U.S. Department of Justice
450 5th St. NW
Washington, DC 20530
202-598-8325
Jesus.Alvarado-Rivera@usdoj.gov

**QUESTIONNAIRE ON ELECTRONICALLY STORED INFORMATION**
(March 2017)

I. **Definitions and Instructions**

    A.    "ESI" means electronically stored information as the term is used in the *Federal Rules of Civil Procedure*.

    B.    All responses should include all systems, practices, and procedures used at any time during the period specified in the Second Request/CID/Subpoena that may contain potentially responsive information.

    C.    All responses should reflect an inquiry into actual employee practices, and not just the organization's policies.

    D.    The term "archive" means long-term storage repositories for data, often for purposes of historical reference, and denotes a distinct concept from a "backup," which is created in order to restore data if needed at a later date (*e.g.*, for disaster recovery).

II. **Background**

Provide:

    A.    current organizational charts for your organization's information technology ("IT") unit;

    B.    written policies related to document retention and management, along with the period in which the policy was in effect and whether the policy is enforced and by whom; and

    C.    a description of IT functions performed by outside contractors.

III. **Computer Hardware and Systems**

Describe the computer hardware and systems used in the conduct of your organization's business, addressing:

    A.    the kinds of computers used (*e.g.*, mainframe, work stations, desktops, laptops, tablets, and any other portable devices);

    B.    the types and versions of all operating systems used (*e.g.*, Windows, Linux, UNIX), including dates of major changes or upgrades;

USDOJ-GOOGEX-000002

C.  the types of servers used (*e.g.*, Exchange servers), the approximate number of each server type, and the physical locations of servers;

D.  use of desktops, including where business information is saved and backed-up on the desktops, how the desktops are connected to the network (*e.g.*, LAN), and any use for telecommuting;

E.  use of company laptops, tablets, or other handheld or portable digital devices (*e.g.*, smartphones, BlackBerry devices, Apple iPads) to conduct business, where business information is accessed, saved or backed-up on the company devices, how the devices are connected to the network (*e.g.*, remote access programs, synchronization procedures), any use for telecommuting, and whether the devices contain business-related messages (including SMS or PIN), documents, or information not stored on the network;

F.  use of employees' own personal laptops, tablets, or other handheld or portable digital devices (*e.g.*, smartphones, BlackBerry devices, Apple iPads), how these devices are connected to your organization's network (*e.g.*, remote access, web access), where work-related ESI is saved or backed-up for the personal devices, any use for telecommuting, and whether they contain business-related messages (including SMS or PIN), documents, or information not stored on the network;

G.  use of removable storage media (*e.g.*, thumb drives, CDs, external hard drives);

H.  all third-party storage locations containing ESI created by your organization (*e.g.*, ASPs, cloud computing, external host servers);

I.  all legacy systems containing ESI not migrated to current systems; and

J.  where, and for how long, ESI created by former employees is stored.

**IV.  Applications and Information Management Software**

Describe the applications and information management software used in your organization's business, addressing:

A.  E-mail and Other Electronic Communication Software

1.  e-mail programs (including version) (*e.g.*, Microsoft Outlook, web-based e-mail accounts) and any related applications used (*e.g.*, contacts, calendar, notes, tasks);

2.  where e-mails are stored (*e.g.*, on network servers, local drives, web or cloud-based);

    3.    limits on e-mail retention (*e.g.*, size of mailbox, length of retention), and when such limits were put into effect;

    4.    whether routine journaling occurs, the system or program used, where journaled e-mails are stored, and the length of time journaled e-mails are normally maintained;

    5.    whether e-mails are routinely deleted (or auto-deleted) and the schedule or parameters for such deletions;

    6.    how e-mails are accessed remotely;

    7.    use of text or other messaging applications including Instant Messaging ("IM") programs, and the period for which these messages are retained;

    8.    any voicemail or unified messaging system used, the programs used for voicemail retention, how long voicemails are retained, whether voicemail messages are migrated to another electronic system, *e.g.*, email, and the format in which voicemail is stored (*e.g.*, .wav, etc.); and

    9.    any audio recording system used, the programs used for retention of recordings, the data tracked by each program or system, how long recordings are retained, whether recordings are migrated to another electronic system, and the format in which recordings are stored (e.g., .wav, etc.).

B.    Other Applications

    1.    each application (including version) used to create ESI, including word processing, spreadsheet, presentation, financial and accounting, and any customized or proprietary software applications; and

    2.    where ESI created through such programs is stored, and whether each such storage space is shared or personal.

C.    Document Management

    1.    each document management application (including version) (*e.g.*, eFileCabinet, DocuWare, LogicalDOC) used;

    2.    the types of ESI stored using such programs; and

    3.    where such ESI is stored.

USDOJ-GOOGEX-000004

## V.    Internet, Intranet, and Other Web-based Information

    A.    Describe the internet and intranet sites that your organization maintains, addressing:

        1.    the type of information maintained on each site;

        2.    which groups or categories of users (not lists of names of individuals) have rights to add, delete, or alter data on each site;

        3.    where each site is stored;

        4.    whether ESI contained in each database is routinely deleted (or auto-deleted) and the schedule or parameters for such deletions; and

        5.    any approval process or procedures to alter content on each site.

    B.    Describe the web-based services your employees or the organization use in relation to your organization's business, addressing:

        1.    which, if any, social networking sites (*e.g.*, Facebook, MySpace, Twitter, LinkedIn), personal e-mail accounts (*e.g.*, Hotmail, Gmail), collaborative work environments (*e.g.*, wikis, SharePoint, blogs, WebEx), video or photo sharing sites (*e.g.*, YouTube, Flickr, Snapfish, etc.), web content management systems (*e.g.*, Drupal), chat services or software, or cloud storage or file sharing services (*e.g.*, Dropbox, Google Drive) are used;

        2.    how employees use each web-based service;

        3.    which groups or categories of users (not lists of names of individuals) have rights to add, delete, or alter data in each web-based service;

        4.    any approval process or procedures to alter content on any web-based services;

        5.    where the information for each web-based service is stored;

        6.    whether ESI contained in each web-based service is routinely deleted (or auto-deleted) and the schedule or parameters for such deletions; and

        7.    the terms or provisions for the company's access to and copying of ESI in the service provider's possession.

USDOJ-GOOGEX-000005

    C.    Identify any data room or temporary document repositories (*e.g.*, due diligence rooms).

**VI.    Databases**

Describe databases used in the conduct of your organization's business, addressing:

    A.    the name of each such database and its underlying software (including version);

    B.    the type of information each database contains;

    C.    which groups or categories of users (not lists of names of individuals) have rights to add, delete, or alter data in each database;

    D.    where each database is stored;

    E.    whether ESI contained in each database is routinely deleted (or auto-deleted) and the schedule or parameters for such deletions; and

    F.    the availability of regular or standard reports, data dictionaries, manuals, and training materials for each database.

**VII.    Disaster Recovery Backup and Archiving Procedures**

    A.    For each repository of ESI identified in response to this questionnaire, describe your organization's backup procedures, addressing:

        1.    the types of backups performed (*e.g.*, full backups, incremental backups, redundant systems);

        2.    the types of data backed up (*e.g.*, e-mails, word processing documents);

        3.    the backup schedule (*e.g.*, each business day, weekly, and monthly);

        4.    the period for which ESI contained on backups may be restored (*i.e.*, the number of months or years backup media are retained before being overwritten);

        5.    whether backup media are individually labeled by type of data stored on the media, or by employees whose data is stored on the tape;

        6.    whether an individual e-mail account can be restored or the files of a single custodian restored, without restoring the entire backup media;

    7. whether backup media are indexed and/or logged by backup software;

    8. the type of media on which the backup data is stored, and the backup application (including version) used;

    9. the use of any remote or on-line backup service;

    10. the specific geographic location of any and all backup media, whether on or off-site;

    11. whether backup media have been restored within the last two years, for any purpose, including for other litigation or to retrieve data inadvertently deleted from computer systems;

    12. the cost associated with restoring one backup media component (*e.g.*, one backup tape, restoring a user's mailbox, or a shared directory); and

    13. the company's disaster recovery procedures.

  B. Do the backups or archives contain ESI outside of your normal procedures? (For example, in relation to a merger, acquisition, or sale of assets or a business line, in relation to the migration of ESI from one system to another, or in relation to a major system upgrade.) If so, describe what was backed up or archived and whether it has been retained.

## VIII. Preservation Efforts

Describe the actions that have been undertaken to preserve ESI potentially responsive to the Second Request/CID/Subpoena and when the actions were taken, addressing:

  A. the steps taken to preserve responsive electronic documents, including:

    1. issuing preservation notices to employees, contractors, and third parties;

    2. the suspension of backup media recycling and overwriting; and discontinuation of auto-delete functions;

  B. the preservation of potentially responsive ESI within computer systems, applications, document management software or systems, web-based information and systems, databases, servers, local drives attached to PCs, laptops, personal devices used by employees to conduct business, backup

USDOJ-GOOGEX-000007

        media, archival media, handheld devices, removable media, and other systems identified in response to this questionnaire;

C.     the individuals covered, including contractors and third parties;

D.     the time period covered; and

E.     efforts to preserve ESI on a going-forward basis.

USDOJ-GOOGEX-000008