# Exhibit 25

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE

# Google Chat Retention Policy

Policy last modified: November 18, 2020

Page last modified: February 25, 2022

Our Google Chat retention policy aims to reduce redundant, obsolete, and trivial information in corporate chats. By helping us all focus on our most meaningful and useful messages, we can reduce time spent sifting through irrelevant old messages and reduce storage costs.

## Retention Periods

A chat message remains in your view for the following periods (based on sent date), after which it's automatically removed:

- **24 hours** if history is off. (This is a static Google Chat product behavior that applies to all users and companies equally, rather than an Alphabet-specific policy.)
- **30 days** for history-on chats with just one one other person
- **18 months** for history-on chats in group conversations, flat spaces, and threaded spaces
  - Exception: *30 days* for a history-on flat space created within classic Hangouts before 11/18/20
  - For flat spaces (where it is possible to reply in-line to messages), the entire thread is removed from view based on when the <u>first</u> message in the thread was sent. (This is a static Google Chat product behavior that applies to all users and companies equally, rather than an Alphabet-specific policy.) For example, if the first message in a history-on thread was sent 17 months ago and a new reply is sent today, then the entire thread (including the message sent today) will be deleted 1 month from today (i.e., 18-month lifespan for the thread).
  - For group conversations and threaded spaces, each history-on message is individually removed 18 months after it was sent. (This is static product behavior.)
  - For threaded spaces, history is always on and can't be turned off. (This is static product behavior.)

**NOTE:** Turning history "on" or "off" applies only to messages sent after that change. For example, if you send or receive messages while history is "off" and then you turn it "on," the pre-existing messages will only be retained for 24 hours.

**NOTE:** Once a chat's retention period expires and it's removed from your view, it can't be recovered back into your view.

## Business Records

If your role involves data that is potentially subject to different or longer retention periods (for example, private user data or tax records), consider taking information like this off of Chat into Gmail (Gmail Retention Policy), Google Docs, or another storage system. If you aren't sure whether the data you're handling should be stored outside of Chat for a different retention period, reach out to your manager or product counsel (go/whichlawyer). Otherwise, feel free to reach out to us at records-retention@google.com for more general data retention questions.

## Legal Holds

If you've been notified that you're subject to a "legal hold": To comply with our preservation obligations, your Google Chat messages described below will be preserved automatically (all retention periods are paused) while the relevant matter is pending.

- On-the-record 1:1s, Group DMs, and flat space messages you've sent or received
- Threaded space conversations in which you've participated (i.e., sent a message, not just received)

Please refer to and always adhere to the instructions provided in your legal-hold notice.

Once all applicable legal holds have been lifted, the retention periods will take effect again and remove expired messages.

## Policy Scope

This policy applies to corporate Google Chat only. It applies to all employees and our extended workforce (temporary workers/vendors/contractors) across Alphabet (minus Calico and Sidewalk Labs).

## Approvals & Changes

This policy periodically will be reviewed by Google Legal to ensure alignment and compliance with our legal and regulatory obligations. Any changes to this retention policy will be approved by Google Legal.

## Questions/Feedback

If you have any questions about this policy, you can check out the [FAQs](#) for more info or send us an email at [records-retention@google.com](mailto:records-retention@google.com).

Chat Retention FAQs

# Google Chat Retention Policy
Policy last updated: November 18, 2020

## Chat Retention

**BANNER:** The 18-month retention rule for Rooms in Chat is now LIVE. We expect it to take up to 3-4 days from the Nov. 18 launch for the changes to roll out to all Rooms at Google.

### Changes to Chat retention

The timing of the *Chat in Gmail* migration provided an ideal opportunity to implement the updated retention policy for Rooms messages, announced earlier this year - with Rooms messages switching to a standard **18 month retention period** in sync with the larger Alphabet migration in November. See below for more details and direct questions to chat-help@.

### When I send or receive a message, how long is it kept?

| Previous (before 11/18/20) | Current |
| --- | --- |
| • **24 hours** if message history is off (default) | • <sup>No change</sup> **24 hours** if message history is off (default) |
| • **30 days** if message history is on and you are:<br>  • Chatting with just one other person or<br>  • Chatting in a group of people (without a topic name) or<br>  • Chatting in a named group chat that was started in old classic Hangouts | • **30 days** if message history is on and you are:<br>  • Chatting with just one other person<br>• **18 months** if message history is on and you are:<br>  • Chatting in a new Google Chat **flat (non-threaded)** room* |
| • **Indefinitely** if you are chatting in a new Google Chat room | • **18 months** if you are chatting in a new Google Chat threaded room |

*30 days if chatting in a **flat** room that was created in classic Hangouts before 11/18/20

### What's already changed and what does the roadmap look like?

#### May 2020
• Bug fixed that caused some group Chat messages (one or more users on classic Hangouts) to be retained indefinitely.

#### June 2020
• Process created to enable Googlers to set their own history default setting to on or off. See below for details on how to change your history defaults.

#### November 2020
• Chat rooms in which all Googlers are using the newer Google Chat platform will retain messages for 18 months (versus indefinitely before 11/18/20) when history is turned "on".

### How does History On/Off work?

Each chat message can be sent with History on or off.

History Off messages expire and are deleted after 24 hours -- these Chat messages are intended for quick, short-term conversations which you will not need to refer back to.

CONFIDENTIAL                                                                                      GOOG1-00012654

The on/off history status for a conversation is determined by the person who starts the conversation. In Google today, everyone has history off by default so if you start a new conversation that you want to keep, you should turn the history on.

## How can I change my history defaults?

If you wish to change your personal default setting so that your messages have History On by default, you can do so by joining g/chat-history-default-on. Once you have joined this group, any 1:1 or group chat that you create will start with history on.

If you need even longer retention, we recommend you try Chat Rooms which will offer 18 month retention of messages.

Hopefully that menu of options (24 hours, 30 days, and 18 months) offers the flexibility to select which conversation type and history setting is right for you.

## Hey lawyercat, why do we only retain messages for limited periods?

Google's success depends on making sure that we safeguard our information, keep critical business content for the appropriate amount of time, and discard materials that are no longer necessary. We do this by keeping only timely, meaningful and useful data, while reducing redundant, obsolete, or trivial information, such as chat messages not intended to be kept past their initial transmission (similar to a telephone call or in-person conversation).

Learn more atgo/records-retention  or email the team at records-retention@.

# Google Chat Retention Policy

Policy last modified: November 18, 2020

Page last modified:  February 26, 2021

Our Google Chat retention policy aims to reduce redundant, obsolete, and trivial information in corporate chats. By helping us all focus on our most meaningful and useful messages, we can reduce time spent sifting through irrelevant old messages and reduce storage costs.

## Retention Periods

- **24 hours** if history is off
- **30 days** for history-on chats with just one one other person
- Currently **18 months** for history-on chats in a group conversation or flat (non-threaded) room
  - Exception: 30 days if the history-on flat room was created from within classic Hangouts before 11/18/20
  - **Please be aware:** You may have noticed that your group chats created in classic Hangouts are also reflected as flat rooms in Google Chat (and vice versa). Historically, both had a retention period of 30 days. The current 18-month retention of flat rooms is a technical interim step and will be brought back to the initial **30 days** earliest H1 2021 (we'll be sure to announce when this is happening!). If you need 18-month-long retention, please consider a threaded room instead.
- **18 months** for chats in a threaded room (history is always on and can't be turned off)

NOTE:  Turning history "on" or "off" applies only to messages sent after that change. For example, if you send or receive messages while history is "off" and then you turn it "on," the pre-existing messages will only be retained for 24 hours.

NOTE: Once a chat's retention period expires and it's removed from your view, it can't be recovered back into your view.

## Business Records

If your role involves data that is potentially subject to different or longer retention periods (for example, private user data or tax records), consider taking information like this off of Chat into Gmail (Gmail Retention Policy), Google Docs, or another storage system. If you aren't sure whether the data you're handling should be stored outside of Chat for a different retention period, reach out to your manager or product counsel (go/whichlawyer). Otherwise, feel free to reach out to us at records-retention@google.com for more general data retention questions.

## Legal Holds

If you've been notified that you're subject to a "legal hold": To comply with our preservation obligations, your Google Chats described below will be preserved automatically (all retention periods are paused) while the relevant matter is pending. Still, don't manually delete any chats relevant to the matter at issue under any circumstances.

- On-the-record 1:1s, Group DMs, and Flat Rooms you've sent or received
- Threaded Rooms conversations in which you've participated (i.e., sent a message, not just received)

Once all applicable legal holds have been lifted, the retention periods will take effect again and remove expired messages.

CONFIDENTIAL                                                                                                       GOOG1-00012656

## Policy Scope

This policy applies to corporate Google Chat only. It applies to all employees and our extended workforce (temporary workers/vendors/contractors) across Alphabet (minus Calico and Sidewalk Labs).

## Approvals & Changes

This policy periodically will be reviewed by Google Legal to ensure alignment and compliance with our legal and regulatory obligations. Any changes to this retention policy will be approved by Google Legal.

## Questions/Feedback

If you have any questions about this policy, you can send us an email at records-retention@google.com.

CONFIDENTIAL                                                                                                   GOOG1-00012657

# Google Chat Retention Policy

Policy last modified: November 18, 2020

Page last modified:  October 1, 2021

Our Google Chat retention policy aims to reduce redundant, obsolete, and trivial information in corporate chats. By helping us all focus on our most meaningful and useful messages, we can reduce time spent sifting through irrelevant old messages and reduce storage costs.

## Retention Periods

A chat message remains in your view for the following periods, after which it's automatically removed:

- **24 hours** if history is off. (This is a static Google Chat product behavior that applies to all users and companies equally, rather than an Alphabet-specific policy.)
- **30 days** for history-on chats with just one one other person
- **18 months** for history-on chats in group conversations, flat spaces, and threaded spaces
  - Exception: *30 days* for a history-on flat space created within classic Hangouts before 11/18/20
  - For threaded spaces, history is always on and can't be turned off

**NOTE:** Turning history "on" or "off" applies only to messages sent after that change. For example, if you send or receive messages while history is "off" and then you turn it "on," the pre-existing messages will only be retained for 24 hours.

**NOTE:** Once a chat's retention period expires and it's removed from your view, it can't be recovered back into your view.

## Business Records

If your role involves data that is potentially subject to different or longer retention periods (for example, private user data or tax records), consider taking information like this off of Chat into Gmail (Gmail Retention Policy), Google Docs, or another storage system. If you aren't sure whether the data you're handling should be stored outside of Chat for a different retention period, reach out to your manager or product counsel (go/whichlawyer). Otherwise, feel free to reach out to us at <u>records-retention@google.com</u> for more general data retention questions.

## Legal Holds

If you've been notified that you're subject to a "legal hold": To comply with our preservation obligations, your Google Chat messages described below will be preserved automatically (all retention periods are paused) while the relevant matter is pending. Still, don't manually delete any chats relevant to the matter at issue under any circumstances, and turn history "on" if you are discussing anything related to the hold.

- On-the-record 1:1s, Group DMs, and flat space messages you've sent or received
- Threaded space conversations in which you've participated (i.e., sent a message, not just received)

Once all applicable legal holds have been lifted, the retention periods will take effect again and remove expired messages.

## Policy Scope

This policy applies to corporate Google Chat only. It applies to all employees and our extended workforce (temporary workers/vendors/contractors) across Alphabet (minus Calico and Sidewalk Labs).

## Approvals & Changes

This policy periodically will be reviewed by Google Legal to ensure alignment and compliance with our legal and regulatory obligations. Any changes to this retention policy will be approved by Google Legal.

## Questions/Feedback

If you have any questions about this policy, you can check out the [FAQs](#) for more info or send us an email at [records-retention@google.com.](mailto:records-retention@google.com)