# Exhibit 26

# FILED UNDER SEAL



1700 K Street, NW, Fifth Floor
Washington, D.C. 20006-3817

PHONE (202) 973-8800
FAX (202) 973-8899

www.wsgr.com

FRANKLIN M. RUBINSTEIN
Direct: (202) 973-8833
frubinstein@wsgr.com

**CONFIDENTIAL**

January 15, 2021

**VIA E-MAIL**

Jeremy Michael P. Goldstein
Trial Attorney
United States Department of Justice
Antitrust Division | San Francisco Office
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102-3478

    Re:    *United States of America v. Google LLC*, No. 1:20-cv-03010-APM (D.D.C.)

Dear Jeremy:

    This letter-agreement ("Agreement") reflects additional points of agreement between the Plaintiffs in the above-captioned case and Defendant Google LLC ("Google") regarding the production of ESI. This Agreement supplements the Stipulation and Order Regarding Discovery Procedure entered by the Court on December 21, 2020 ("ESI Order"). Nothing in this Agreement amends or otherwise modifies the obligations of any Party in the ESI Order except as expressly stated.

    Google agrees that it will continue to produce "linked" documents and related metadata to Plaintiffs in a manner consistent with Google's productions during the investigation conducted by the Department of Justice prior to the filing of Plaintiffs' complaint on October 20, 2020. In particular, the Parties agree to the following:

1. For all emails produced by Google, Google will conduct an automated search to identify all links within emails that are linked to shared G Suite documents (Google Docs, Google Sheets, and Google Slides).

2. For each link identified, Google will conduct an automated search for the document corresponding with the link. The search will be over the collection sets of documents for the custodians that received the email(s) containing the link.

3. Google will process and produce the documents corresponding with the email links as though they were separate documents.

AUSTIN    BEIJING    BOSTON    BRUSSELS    HONG KONG    LOS ANGELES    LONDON    NEW YORK    PALO ALTO
SAN DIEGO    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, DC    WILMINGTON, DE

USDOJ-GOOGEX-000079

CONFIDENTIAL

4. For each email containing a link to a document located through the process above:

   a. The text load file for emails containing a linked document will include a field for LinkedAttachmentID identifying the Bates number for each linked document.

   b. The text load file for documents that are linked in an email must include a field for LinkedParentID identifying the Bates number for each document in which it is linked.

   c. The document control numbering for linked documents may not be sequential to the source email.

For links contained in documents that are not email, such as presentations (and not subject to the process described above), Google agrees to meet and confer regarding any requests by Plaintiffs for Google to produce documents or metadata that correlate with such links.

This Agreement may only be amended in writing by agreement of the Parties. The Parties also agree that this Agreement will remain confidential and not disclosed to any non-Party without prior written consent of all Parties.

Sincerely,

*Franklin Rubinstein*

Franklin M. Rubinstein
*Counsel for Google LLC*

SO AGREED:

Jeremy Michael P. Goldstein
*Counsel for United States of America*

cc:   Adam Severt, Esq.
      Ryan Sandrock, Esq.