# Exhibit 31

# FILED UNDER SEAL



Wilson Sonsini Goodrich & Rosati
Professional Corporation

1700 K Street NW
Fifth Floor
Washington, D.C. 20006-3817

O: 202.973.8800
F: 202.973.8899

STUART B. BAIMEL
Internet: sbaimel@wsgr.com
Direct dial: (202) 971-8033

July 23, 2021

**VIA E-MAIL**

Alex Cohen
Technology and Digital Platforms Section
U.S. Department of Justice
450 5th St. NW
Washington, DC 20530

Re:   *United States v. Google*, 1:20-cv-03010 (D.D.C.)

Dear Alex:

On behalf of Google LLC ("Google"), I write in response to your June 30, 2021 letter regarding text messages and instant messages (IMs). As we have explained earlier, Google employees use Google Chats (previously called Hangouts) and related products for instant messaging. Below, we confirm the document production process for text messages and IMs and provide additional detail.

**Segmenting of messages for review and production:** Text messages will be parsed into individual "days" based on the phone's set time zone at the time of collection for the purposes of running search terms and review for responsiveness. Google will review responsive text messages hitting on search terms to ensure that all responsive material is produced from text messages. The metadata will reflect the time zone. Instant messages from Google Chats and related applications are broken into individual conversations based on when a gap in the conversation occurs, not a static time zone. In our experience, a gap and ensuing new conversation in Google Chats occurs when several hours have passed.

**Application of search terms:** There are no technical limitations with running the agreed-upon search terms and date ranges on text messages and IMs. Each text message "day" and IM

AUSTIN    BEIJING    BOSTON    BRUSSELS    HONG KONG    LONDON    LOS ANGELES    NEW YORK    PALO ALTO
SAN DIEGO    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, DC    WILMINGTON, DE

WILSON SONSINI

Page 2

conversation will have search terms applied based on the extracted text, much as search terms are applied to other types of documents such as e-mails.

**Images and other types of files:** Images and other types of files, to the extent that they exist, will be produced as part of responsive text messages and IMs.

**Metadata fields:** For IMs, the metadata fields will mirror those of e-mails. For texts, we are still confirming the full scope of metadata fields but expect that date/time, sender/recipients and extracted text will be included.

**Date ranges:** Google will collect all available IMs and text messages within the date range agreed-upon by the parties.

**Hit reports:** Google will not provide "hit reports" for text messages and IMs. The parties reached agreement months ago on search terms and date ranges after extensive negotiations. Google's understanding was that the search terms would be applied to all of its document productions, including messages.

**Timeline:** Messages from Google Chats/Hangouts are being produced on the same schedule as other types of documents. Google anticipates it will complete production of text messages for the custodians requested by Plaintiffs within the next few weeks. As we have previously stated, this process is complicated and time-consuming because of the need to perform collections in person during a period when employees are generally working from home. In response to Plaintiffs' request to expedite document productions for certain custodians, we have determined that Joan Braddi does not have any responsive text messages.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ Stuart B. Baimel