# Exhibit 33

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Baimel, Stuart <sbaimel@wsgr.com> |
| **Sent:** | Wednesday, April 13, 2022 9:04 PM |
| **To:** | JSchmidtlein@wc.com; Smurzynski, Kenneth; Greenblum, Benjamin; Connor, Colette; Creighton, Susan; Rubinstein, Franklin; Waszmer, Wendy; Popofsky, Mark S.; McGinnis, Matthew; Safty, Graham; Carter, Johnathan; Ryan McCauley; Adam Miller; Palmer, Scott; Barnhart, Scott; Martin, Hart; mfjowers@scag.gov; rhartner@scag.gov; Fulkerson, Bret; Paine, Kelsey; Gwendolyn Cooley; Jon Sallet; Diane Hazel; Steve Kaufmann; Abigail Smith; Conrad, Joseph; 'dana.vogel@azag.gov'; 'Max.Miller@ag.Iowa.gov'; John; Morgan; 'elinor.hoffmann@ag.ny.gov'; 'Jmarx@Ncdoj.Gov'; 'jsutton2@ncdoj.gov'; 'chris.dunbar@ag.tn.gov'; 'david.mcdowell@ag.tn.gov'; 'jenna.pascale@ag.tn.gov'; 'tpincock@agutah.gov'; 'jeff.pickett@alaska.gov'; 'nicole.demers@ct.gov'; 'michael.undorf@delaware.gov'; 'elizabeth.arthur@dc.gov'; David (OAG); 'bpaholke@oagguam.org'; Rodney Kimura; 'brett.delange@ag.idaho.gov'; Lynette Bakker; Christina Moylan; 'ghonick@oag.state.md.us'; 'Matthew.Frank@mass.gov'; 'William.Matlack@mass.gov'; 'Michael.Mackenzie@mass.gov'; 'justin.moor@ag.state.mn.us'; 'mwmartin@ag.nv.gov'; 'mnewman@ag.nv.gov'; 'ltucker@ag.nv.gov'; 'brandon.h.garod@doj.nh.gov'; 'robert.holup@law.njoag.gov'; 'mswanson@nmag.gov'; 'ckhoury@nmag.gov'; 'ealm@nd.gov'; Beth Finnerty; 'mark.kittel@ohioattorneygeneral.gov'; jennifer.pratt@ohioattorneygeneral.gov; 'caleb.smith@oag.ok.gov'; 'cheryl.hiemstra@doj.state.or.us'; 'jbetsko@attorneygeneral.gov'; 'jorosa@justicia.pr.gov'; 'dmarzilli@riag.ri.gov'; 'yvette.lafrentz@state.sd.us'; 'ryan.kriger@vermont.gov'; 'soallen@oag.state.va.us'; 'thenry@oag.state.va.us'; 'amy.hanson@atg.wa.gov'; doug.davis@wvago.gov; 'tanya.l.godfrey@wvago.gov'; 'amy.pauli@wyo.gov'; Heleringer, Philip; Stephen Hoeplinger; Christopher; Maxeiner, Elizabeth; MertensS@michigan.gov; Erica Fruiterman; Joshua; Rebekah; McKinley, Matt; Erin Shencopp; Aguilar, Diana (ATR) |
| **Cc:** | Dintzer, Kenneth (ATR); Jensen, Elizabeth (ATR); Cohen, Alex (ATR); Bellshaw, Meagan (ATR); Hammond, Matthew (ATR); Severt, Adam T (ATR); Goldstein, Jeremy (ATR) |
| **Subject:** | [EXTERNAL] Re: US v Google - IMs and Text Messages |
| **Attachments:** | Appendix A (Text Message and IMs Bates Numbers) - Confidential.xlsx |

Diana--In response to your request for additional information on Google's text message and instant message (IM) collections, as a courtesy we are providing the following additional information and enclosing a spreadsheet with Bates ranges for the produced text message and instant message documents. *See* Attachment A.

As you will recall, the parties met and conferred extensively about the document review plan, and ultimately agreed upon search terms and date ranges that would be applied. In our letter to Mr. Cohen dated July 23, 2021, we specifically discussed the process for text messages and instant messages, including an explanation of the methodology used for segmenting messages for application of search terms, review, and production.

Google applied these agreed-upon processes to the large volume of text messages and instant messages that it collected from the agreed-upon custodians—a total of 122,188 text messages, and 495,077 instant messages.  After following the agreed-upon review processes, Google produced the responsive documents reflected in Attachment A.

In addition, please note that the documents from Google's production you describe as "instant message threads that were automatically saved to an email" are the instant messages that Google has produced. When processed, IM conversations (Google Hangouts, Google Chat) resemble e-mails.

S.

USDOJ-GOOGEX-000030

**Stuart B. Baimel**
Wilson Sonsini Goodrich & Rosati
(805) 705-3126

---

**From:** Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>
**Sent:** Wednesday, March 30, 2022 2:33 PM
**To:** Schmidtlein, John <JSchmidtlein@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; Creighton, Susan <screighton@wsgr.com>; Rubinstein, Franklin <frubinstein@wsgr.com>; Waszmer, Wendy <wwaszmer@wsgr.com>; Popofsky, Mark S. <Mark.Popofsky@ropesgray.com>; 'McGinnis, Matthew' <Matthew.McGinnis@ropesgray.com>; Safty, Graham <GSafty@wc.com>; Carter, Johnathan <Johnathan.carter@arkansasag.gov>; Ryan McCauley <Ryan.McCauley@doj.ca.gov>; Adam Miller <Adam.Miller@doj.ca.gov>; Palmer, Scott <Scott.Palmer@myfloridalegal.com>; Barnhart, Scott <Scott.Barnhart@atg.in.gov>; Martin, Hart <Hart.Martin@ago.ms.gov>; mfjowers@scag.gov; rhartner@scag.gov; Fulkerson, Bret <Bret.Fulkerson@oag.texas.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Gwendolyn Cooley <gwendolyn.cooley@wisconsin.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Diane Hazel <Diane.Hazel@coag.gov>; Steve Kaufmann <Steve.Kaufmann@coag.gov>; Abigail Smith <Abigail.Smith@coag.gov>; Conrad, Joseph <joseph.conrad@nebraska.gov>; dana.vogel@azag.gov; Max.Miller@ag.Iowa.gov; john.castiglione@ag.ny.gov; morgan.feder@ag.ny.gov; elinor.hoffmann@ag.ny.gov; Jmarx@Ncdoj.Gov; jsutton2@ncdoj.gov; chris.dunbar@ag.tn.gov; david.mcdowell@ag.tn.gov; jenna.pascale@ag.tn.gov; tpincock@agutah.gov; jeff.pickett@alaska.gov; nicole.demers@ct.gov; michael.undorf@delaware.gov; elizabeth.arthur@dc.gov; david.brunfeld@dc.gov; bpaholke@oagguam.org; Rodney Kimura <Rodney.I.Kimura@hawaii.gov>; brett.delange@ag.idaho.gov; Lynette Bakker <Lynette.Bakker@ag.ks.gov>; Christina Moylan <Christina.Moylan@maine.gov>; ghonick@oag.state.md.us; Matthew.Frank@mass.gov; William.Matlack@mass.gov; Michael.Mackenzie@mass.gov; justin.moor@ag.state.mn.us; mwmartin@ag.nv.gov; mnewman@ag.nv.gov; ltucker@ag.nv.gov; brandon.h.garod@doj.nh.gov; robert.holup@law.njoag.gov; mswanson@nmag.gov; ckhoury@nmag.gov; ealm@nd.gov; Beth Finnerty <beth.finnerty@ohioattorneygeneral.gov>; mark.kittel@ohioattorneygeneral.gov; jennifer.pratt@ohioattorneygeneral.gov; caleb.smith@oag.ok.gov; cheryl.hiemstra@doj.state.or.us; jbetsko@attorneygeneral.gov; jorosa@justicia.pr.gov; dmarzilli@riag.ri.gov; yvette.lafrentz@state.sd.us; ryan.kriger@vermont.gov; soallen@oag.state.va.us; thenry@oag.state.va.us; amy.hanson@atg.wa.gov; doug.davis@wvago.gov; tanya.l.godfrey@wvago.gov; amy.pauli@wyo.gov; Heleringer, Philip <philip.heleringer@ky.gov>; Stephen Hoeplinger <Stephen.Hoeplinger@ago.mo.gov>; Alderman, Christopher <AldermanC@ag.louisiana.gov>; Maxeiner, Elizabeth <Elizabeth.Maxeiner@ilag.gov>; MertensS@michigan.gov; Erica Fruiterman <Erica.Fruiterman@coag.gov>; Pierson, Joshua <Joshua.Pierson@mt.gov>; French, Rebekah <Rebekah.French@mt.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; Erin Shencopp <Erin.Shencopp@coag.gov>
**Cc:** Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Cohen, Alex (ATR) <Alex.Cohen@usdoj.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Subject:** US v Google - IMs and Text Messages

External Email - Sender is diana.aguilar@usdoj.gov

---

Counsel,

We have not been able to identify any text messages in Google's document productions. Google agreed to produce text messages for the below list of custodians. Please identify by bates number where these materials can be found in Google's document productions. If Google has not produced any text messages, please do so immediately.

2

**Custodians for which Google agreed to produce text messages**:  Adam Cohen, Adrienne McCallister, Anil Sabharwal, Ariel Spivak, Ashish Pimplapure, Ben Gomes, Bill Ready, Carol Lin, Chris Gklaros-Stravropoulos, Christina Bita, Christopher Li, Dave Graham, Donald Harrison, Emily Moxley, Hal Varian, Hiroshi Lockheimer, Jamie Rosenberg, Jen Fitzpatrick, Jerry Dischler, Jim Kolotouros, Joan Braddi, Karen Aviram Beatty, Kent Walker, Larry Page, Nick Fox, Paul Liu, Philipp Schindler, Pooja Kapoor, Prabhakar Raghavan, Qing Wu, Richard Turner, Ruth Porat, Sameer Samat, Sergey Brin, Sundar Pichai, Susan Wojcicki.

In addition, Google agreed to produce instant messages for all Google custodians. To date, Plaintiffs have only been able to locate about 700 instant message threads that were automatically saved to an email but have not been able to identify any separate productions of instant messages.  The documents Google has produced in this case evidence that Google employees regularly use instant messaging to communicate about relevant matters to this case. Please identify by bates number where these materials can be found in Google's document productions.  If Google has not produced responsive instant messages, please do so immediately.

In addition, we request that Google provide a detailed accounting of the volume of materials collected by custodian for each category of messaging (IMs and texts).  As it stands, we have serious concerns about Google's collections efforts given its productions to date of these materials.

Best,
Diana

**Diana A. Aguilar | U.S. Department of Justice | Antitrust Division**
450 Golden Gate Avenue | Room 10-0101 | San Francisco, CA 94102
*t* 202-257-3959 | *f* 415-934-5399 | diana.aguilar@atr.usdoj.gov

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.