# Exhibit 34

# FILED UNDER SEAL



**U.S. Department of Justice**

Antitrust Division

*450 Golden Gate Avenue.*
*San Francisco, CA 94102*
*(202) 257-3959*

April 26, 2022

**BY EMAIL DELIVERY**

Stuart B. Baimel
1700 K St NW
Fifth Floor
Washington, D.C. 20006
sbaimel@wsgr.com

Re: *United States, et al. v. Google LLC*, Case No. 1:20-cv-03010-APM – Google's Production of Text Messages and Instant Messages

Dear Stuart:

I write regarding Google's production of text messages and instant messages (IMs) in response to Plaintiffs' Requests for Production of Documents.

According to your April 13, 2022 email and attachment, Google has produced only 819 IMs and 14 text messages.[1] These low numbers have precipitated serious concerns about the production specifications for IMs and text messages. Specifically, despite Plaintiffs' request during the negotiation of custodians and search terms, Google did not provide yield rates for text messages and IMs separate from generalized yield rates. As a result, Google left Plaintiffs with no insight as to whether specific or additional search terms should be agreed to for text messages and IMs, and whether those terms were efficient and well-suited to collect relevant and responsive material, as required by the ESI Order. *See* ESI Order (ECF #99) at 7.[2]

Text messages and IMs are crucial sources of information in this case; indeed, the documents produced by both Google and third parties indicate that many substantive discussions occur over text message or IM. *See, e.g.*, GOOG-DOJ-10768239 (IMs between Matt Schwartz and Zahavah Levine, discussing the exclusivity provision of Verizon's RSA with Google), GOOG-DOJ-09075067 (referencing a potential text message conversation between Samsung's DJ Koh and Google's Hiroshi Lockheimer); GOOG-DOJ-04221236 ("FYI - I've had weekly or bi-weekly calls with 3PLs. Also we've talked whenever we want to talk. My mobile is listed in the signature block, so everyone call me quickly. I also use my SMS/Hangout/LINE/WeChat/Whatsup with my counterparts for side conversation."); GOOG-DOJ-30359209 ("[T]here is another reason

[1] This constitutes a less than 1% responsiveness rate; Google indicates it collect a total of 122,188 text messages, and 495,077 instant messages from agreed upon custodians.

[2] "The Producing Party shall also make disclosures reasonably necessary for the Requesting Party to assess the efficacy of the proposed Search Terms including, but not limited to, (1) the number of documents responsive to the Search Terms collectively (total and broken down by custodian); and (2) the number of documents responsive to each proposed Search Term (total)."

why I think 50% is a good number... best discussed off email so feel free to ping me via one of Google's services/features/products that offers chat/messaging/hangouts and I can walk you through the logic to help ease potential concerns."); APLGOOGDOJ-0015655. Further, text message and IM conversations often contain shorthand or abbreviations that might not be found in email or other communications. *E.g.*, GOOG-DOJ-10768239 ("VZ" as shorthand for "Verizon;" "amend 5" as shorthand for "Amendment 5;" "3p" as an abbreviation for "third party"). Due to this vernacular, specialized search terms are appropriate for text messages and IMs.

In order to remedy the shortcomings of Google's production of text message and IMs, Plaintiffs request that Google produce text messages and IMs, from those already collected, across the following custodians and keywords:

***Google Custodian and Keyword Search***

- **Custodians (OEMs)**: Don Harrison, Jim Kolotouros, Hiroshi Lockheimer, Sundar Pichai, Jamie Rosenberg, Christopher Li, Joan Braddi, Philipp Schindler, Adrienne McCallister, Richard Turner
- **Keywords (OEMs)**: MADA, RSA, "rev share," MDSA, agreement, agmt, deal, default, exclusive, excl, Bing, MSFT, GMS, extension, ext, contract, Chrome/GSA, GMS, Play, Bixby, Samsung, SS, Koh, DJ, Kim, Jay, ES, Chung, Chrome, Harry, Sammy, LO, Motorola, Moto, LG, Apple, Apple's, Appl, Samsung, SS, Cook, Tim, Eddy, Cue, JG, Bing, MSFT, VZ, Verizon, TMO, T-mobile, AT&T, ATT, ISA, Safari, license, "rev split", revenue, search, Giannandrea, John G, Bruce, BJ, Peter, Adrian, Phil, Kevan

This request is narrow given that it is likely that the entirety of Google employees' communications with third parties contain information responsive to Plaintiffs RFPs (i.e., Google has not made a showing that they contain unresponsive information).

Please confirm, by April 29, that Google will produce these text messages and IMs and that Google will produce them no later than May 6. We look forward to your response.

Sincerely,

*/s/ Diana A. Aguilar*