Exhibit 38

FILED UNDER SEAL



**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*

*Erin Murdock-Park*
*450 5th Street, N.W.*
*Washington, DC 20001*
*(202) 445-8082*

November 23, 2022

John Schmidtlein
Williams & Connolly
725 12th St NW
Washington, DC 20005
jschmidtlein@wc.com

      Re:    *United States, et al. v. Google LLC*, No. 1:20-cv-03010-APM

Dear Mr. Schmidtlein:

In light of recent filings in the Northern District of California case *Epic Games Inc. v. Google LLC*, No. 3:20-cv-05761-JD, the Department seeks further information from Google regarding its preservation and production of instant messages (IMs), including Google Chats, during the Department's investigation and in this litigation.

Accordingly, please address the following:

- Confirm that each document custodian during the Department's investigation and in this litigation was subject to a litigation hold, and confirm the date on which that litigation hold went into effect.

- Explain what steps Google took to ensure that each custodian complied with the litigation hold, including explaining whether and when Google changed any IM or software settings to ensure that potentially relevant evidence was not destroyed.

- State whether and when Google disabled the 24-hour auto-delete function for custodian IMs. If Google did not universally disable the 24-hour auto-delete function, identify the employees or departments for which Google did so.

- Identify any communications or information in which Google contends that it made the Department aware that, during the pendency of the Department's investigation and this litigation, some or all custodians were auto-deleting their IMs after 24 hours.

- For each custodian, explain:

  o Whether any custodian auto-deleted IMs after 24 hours at any point after the litigation hold was instituted. For any such custodian, identify

USDOJ-GOOGEX-000038

-2-

the period during which that custodian's chats auto-deleted after 24 hours.

o   When the default setting for that individual's IMs was changed to "history on."

o   Whether the default setting for the individual's IMs is currently set to "history on."

o   Beginning when the litigation hold went into effect, whether the default setting for the individual's IMs changed to "history off" at any point, identifying when and how long that setting was at "history off," and who made that change.

In addition to the above-requested information, please produce to us (1) copies of the litigation hold in this case, as well as copies of any reminders or changes to the litigation hold, and (2) unredacted versions of the *Epic v. Google* sanctions-related filings, i.e. ECF Nos. 322, 324, and 326 in case no. 3:20-cv-05761-JD (N.D. Cal.).

We appreciate receiving your response and the requested materials no later than December 2.

Sincerely,

*/s/ Erin Murdock-Park*
Erin Murdock-Park

cc:
Mark S. Popofsky, Esq. (Mark.Popofsky@ropesgray.com)
Colette T. Connor, Esq. (cconnor@wc.com)
Franklin M. Rubinstein, Esq. (frubinstein@wsgr.com)
Stuart Baimel, Esq. (sbaimel@wgsr.com)

2

USDOJ-GOOGEX-000039