# Exhibit 39

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Murdock-Park, Erin (ATR) |
| **Sent:** | Monday, December 5, 2022 1:37 PM |
| **To:** | Schmidtlein, John |
| **Cc:** | Bellshaw, Meagan (ATR); Herrmann, Karl (ATR); 'jon.sallet@coag.gov'; Dintzer, Kenneth (ATR); Severt, Adam T (ATR); Goldstein, Jeremy (ATR); Aguilar, Diana (ATR); Hammond, Matthew (ATR); Paine, Kelsey; Michaloski, Matthew; 'Conrad, Joseph'; 'Wismer, Evangeline'; 'McKinley, Matt'; michael.schwartz@ag.ny.gov; Safty, Graham; Connor, Colette; Maier, Gloria; 'Rubinstein, Franklin'; 'Baimel, Stuart'; 'Popofsky, Mark S.' |
| **Subject:** | RE: U.S. v. Google - letter regarding IMs |

Counsel,

Following up on my letter from November 23, please advise when Google will respond to our questions and provide us with the relevant requested documents.

Best,
Erin

Erin Murdock-Park (she/her/hers)
Tel. 202-445-8082

This message may contain privileged and/or confidential communications and should be read only by the intended recipient. If you believe you have received this message in error, please delete it and contact the sender.

---

**From:** Murdock-Park, Erin (ATR)
**Sent:** Wednesday, November 23, 2022 2:26 PM
**To:** Schmidtlein, John <JSchmidtlein@wc.com>
**Cc:** Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; 'jon.sallet@coag.gov' <jon.sallet@coag.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Michaloski, Matthew <Matthew.Michaloski@atg.in.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Wismer, Evangeline' <Evangeline.wismer@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; michael.schwartz@ag.ny.gov; Safty, Graham <GSafty@wc.com>; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Baimel, Stuart' <sbaimel@wsgr.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>
**Subject:** U.S. v. Google - letter regarding IMs

Counsel,

Please see the attached.

Best,
Erin Murdock-Park

Erin Murdock-Park (she/her/hers)
Senior Litigation Counsel

1

USDOJ-GOOGEX-000040

U.S. Department of Justice
Antitrust Division
Tel: 202-445-8082

This message may contain privileged and/or confidential communications and should be read only by the intended recipient. If you believe you have received this message in error, please delete it and contact the sender.

USDOJ-GOOGEX-000041