# Exhibit 40

# FILED UNDER SEAL

**From:**          Safty, Graham  <GSafty@wc.com>
**Sent:**          Wednesday, January 11, 2023 9:57 PM
**To:**            Murdock-Park, Erin (ATR); Schmidtlein, John
**Cc:**             Bellshaw, Meagan (ATR); Herrmann, Karl (ATR); 'jon.sallet@coag.gov'; Dintzer, Kenneth (ATR); Severt, Adam T (ATR); Goldstein, Jeremy (ATR); Aguilar, Diana (ATR); Hammond, Matthew (ATR); Paine, Kelsey; Michaloski, Matthew; 'Conrad, Joseph'; 'Wismer, Evangeline'; 'McKinley, Matt'; 'michael.schwartz@ag.ny.gov'; Connor, Colette; Maier, Gloria; 'Rubinstein, Franklin'; 'Baimel, Stuart'; 'Popofsky, Mark S.'; Hafenbrack, Joshua (ATR)
**Subject:**       [EXTERNAL] RE: Meet and confer request in U.S. v. Google
**Attachments:**  2023.01.11 Letter to E. Murdock-Park.pdf


Erin,

Please see the attached correspondence from John Schmidtlein.

Best,

**Graham Safty**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5548 | vcard | www.wc.com/gsafty

---

**From:** Safty, Graham
**Sent:** Tuesday, January 3, 2023 12:23 PM
**To:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Schmidtlein, John <JSchmidtlein@wc.com>
**Cc:** Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; 'jon.sallet@coag.gov' <jon.sallet@coag.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Michaloski, Matthew <Matthew.Michaloski@atg.in.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Wismer, Evangeline' <Evangeline.wismer@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; michael.schwartz@ag.ny.gov; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Baimel, Stuart' <sbaimel@wsgr.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Hafenbrack, Joshua (ATR) <Joshua.Hafenbrack@usdoj.gov>
**Subject:** RE: Meet and confer request in U.S. v. Google

Yes, that works. I sent an invitation for 4pm tomorrow.

**Graham Safty**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5548 | vcard | www.wc.com/gsafty

---

**From:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>
**Sent:** Tuesday, January 3, 2023 11:58 AM
**To:** Safty, Graham <GSafty@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>
**Cc:** Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; 'jon.sallet@coag.gov' <jon.sallet@coag.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T

1

USDOJ-GOOGEX-000043

(ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Michaloski, Matthew <Matthew.Michaloski@atg.in.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Wismer, Evangeline' <Evangeline.wismer@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; michael.schwartz@ag.ny.gov; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Baimel, Stuart' <sbaimel@wsgr.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Hafenbrack, Joshua (ATR) <Joshua.Hafenbrack@usdoj.gov>
**Subject:** RE: Meet and confer request in U.S. v. Google

Graham,

I have a conflict at 2:30. Does 4pm EST work?

Erin

Erin Murdock-Park (she/her/hers)
Tel. 202-445-8082

This message may contain privileged and/or confidential communications and should be read only by the intended recipient. If you believe you have received this message in error, please delete it and contact the sender.

---

**From:** Safty, Graham <GSafty@wc.com>
**Sent:** Tuesday, January 3, 2023 11:56 AM
**To:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Schmidtlein, John <JSchmidtlein@wc.com>
**Cc:** Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; 'jon.sallet@coag.gov' <jon.sallet@coag.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Michaloski, Matthew <Matthew.Michaloski@atg.in.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Wismer, Evangeline' <Evangeline.wismer@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; michael.schwartz@ag.ny.gov; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Baimel, Stuart' <sbaimel@wsgr.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Hafenbrack, Joshua (ATR) <Joshua.Hafenbrack@usdoj.gov>
**Subject:** [EXTERNAL] RE: Meet and confer request in U.S. v. Google

Erin,

We have a conflict at 12pm ET. Are you available at 2:30pm ET tomorrow?

Thanks,

**Graham Safty**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5548 | vcard | www.wc.com/gsafty

---

**From:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>
**Sent:** Wednesday, December 28, 2022 10:35 AM
**To:** Safty, Graham <GSafty@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>
**Cc:** Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; 'jon.sallet@coag.gov' <jon.sallet@coag.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T

USDOJ-GOOGEX-000044

(ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Michaloski, Matthew <Matthew.Michaloski@atg.in.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Wismer, Evangeline' <Evangeline.wismer@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; michael.schwartz@ag.ny.gov; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Baimel, Stuart' <sbaimel@wsgr.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Hafenbrack, Joshua (ATR) <Joshua.Hafenbrack@usdoj.gov>
**Subject:** RE: Meet and confer request in U.S. v. Google

Graham,

We can make ourselves available at noon EST on Wednesday, January 4.

Best,
Erin

Erin Murdock-Park (she/her/hers)
Tel. 202-445-8082

This message may contain privileged and/or confidential communications and should be read only by the intended recipient. If you believe you have received this message in error, please delete it and contact the sender.

**From:** Safty, Graham <GSafty@wc.com>
**Sent:** Tuesday, December 27, 2022 11:18 PM
**To:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Schmidtlein, John <JSchmidtlein@wc.com>
**Cc:** Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; 'jon.sallet@coag.gov' <jon.sallet@coag.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Michaloski, Matthew <Matthew.Michaloski@atg.in.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Wismer, Evangeline' <Evangeline.wismer@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; michael.schwartz@ag.ny.gov; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Baimel, Stuart' <sbaimel@wsgr.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Hafenbrack, Joshua (ATR) <Joshua.Hafenbrack@usdoj.gov>
**Subject:** [EXTERNAL] RE: Meet and confer request in U.S. v. Google

Erin,

We are not available during the times you identified tomorrow or Thursday, but we can be available next Wednesday morning. Please let us know which time works best for you, and we'll circulate an invitation.

Best,

**Graham Safty**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5548 | vcard | www.wc.com/gsafty

**From:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>
**Sent:** Friday, December 23, 2022 2:13 PM
**To:** Schmidtlein, John <JSchmidtlein@wc.com>

3

USDOJ-GOOGEX-000045

**Cc:** Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; 'jon.sallet@coag.gov' <jon.sallet@coag.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Michaloski, Matthew <Matthew.Michaloski@atg.in.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Wismer, Evangeline' <Evangeline.wismer@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; michael.schwartz@ag.ny.gov; Safty, Graham <GSafty@wc.com>; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Baimel, Stuart' <sbaimel@wsgr.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Hafenbrack, Joshua (ATR) <Joshua.Hafenbrack@usdoj.gov>

**Subject:** Meet and confer request in U.S. v. Google

Counsel,

Google has failed to respond to our multiple requests for further information on two issues (attached). First, Plaintiffs requested on November 17, and again on November 28, that Google provide us with two privacy-related documents cited by the court in a sanctions order against Google in *Calhoun v. Google*, No. 4:20-cv-05146 (N.D.Cal.). These documents are highly relevant to our case and are responsive to our discovery requests. Second, Plaintiffs requested on November 23, and again on December 5, that Google provide us with further information regarding its instant message retention policy following a motion for spoliation sanctions against Google in *Epic v. Google*, No. 3:20-cv-05761 (N.D.Cal.). Google's policies and practices regarding instant messages are also highly relevant to discovery in this case.

Because Google has refused to engage with us, we request a meet and confer to discuss these two issues. We are available from 10am-5pm EST on December 28, and from 10am-2pm EST on December 29. Please advise when you are available for a meet and confer on those dates and we will send a meeting invitation.

Best,
Erin

Erin Murdock-Park (she/her/hers)
Senior Litigation Counsel
U.S. Department of Justice
Antitrust Division
Tel: 202-445-8082

This message may contain privileged and/or confidential communications and should be read only by the intended recipient. If you believe you have received this message in error, please delete it and contact the sender.

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

USDOJ-GOOGEX-000046

LAW OFFICES

# WILLIAMS & CONNOLLY LLP*

JOHN E. SCHMIDTLEIN
(202) 434-5901
jschmidtlein@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 11, 2023

**BY EMAIL DELIVERY**

Erin Murdock-Park, Esq.
U.S. Department of Justice
450 Fifth Street, NW
Washington, DC 20530
Erin.Murdock-Park@usdoj.gov

   Re:  ***United States, et al. v. Google LLC,*** **No. 20-cv-03010 (D.D.C.)**

Dear Erin:

   I write in response to your November 23, 2022 letter which "seeks further information from Google regarding its preservation and production of instant messages (IMs)."

   The discovery period in this case spanned approximately 18 months and ended over six months ago. During that time, the parties engaged in protracted negotiations over the parameters of discovery in this case. This discovery period followed on the heels of a lengthy pre-Complaint investigation, during which the DOJ also received an extraordinary amount of information from Google. In addition, Google responded to numerous specific inquiries about its document retention practices relating to Google Chats in 2020 and 2021 in response to questions posed by DOJ in connection with its ad tech investigation. Given this background, your belated requests for information are both untimely and unjustified.

   Google provided a copy of its document and Gmail retention policies to the DOJ in November 2019. The Gmail policy describes documents that are excepted from Google's general retention requirements when a custodian is placed on litigation hold, including Google Chats that are placed on the record. All chats that are not on the record are subject to deletion within 24 hours and are not automatically preserved by a legal hold; however, on the record Chats (which are ordinarily subject to a 30-day or 18-month retention period depending on the type of Chat) are automatically preserved for custodians on legal hold. As with all litigation matters, Google also sent out a legal hold notice reminder during the course of the litigation that reminded employees of their document retention obligations.

**USDOJ-GOOGEX-000047**

WILLIAMS & CONNOLLY LLP*

January 11, 2023
Page 2

   Finally, although your letter cites certain "recent filings" in another case, these issues were first raised in public filings made in December 2021. *See* Dkt. No. 233 at 8–9, *In re Google Play Consumer Antitrust Litig.*, No. 3:20-cv-5761 (N.D. Cal.). DOJ and its co-plaintiffs in this case subsequently served dozens of interrogatories and requests for production, conducted depositions of dozens of Google employees, and sent countless emails and letters regarding document discovery. To the extent that those requests sought information from Google or its employees regarding instant messages, Plaintiffs either received the requested information or an explanation of why the request was improper.

        Sincerely,

        John E. Schmidtlein

USDOJ-GOOGEX-000048