# Exhibit 42

# FILED UNDER SEAL

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL

Page 327

```
 1
 2   UNITED STATES DISTRICT COURT
 3   FOR THE NORTHERN DISTRICT OF CALIFORNIA
 4   SAN FRANCISCO DIVISION
 5   -------------------------------------------X
     IN RE GOOGLE PLAY STORE         Case No.
 6   ANTITRUST LITIGATION            3:21-md-02981-JD
 7
     THIS DOCUMENT RELATES TO:
 8   Epic Games Inc. v. Google LLC, et al.,
     Case No: 3:20-cv-05671-JD
 9
     In re Google Play Consumer
10   Antitrust Litigation,
     Case No: 3:20-cv-05761-JD
11
     In re Google Play Developer
12   Antitrust Litigation,
     Case No: 3:20-cv-05792-JD
13
14   State of Utah, et al., v.
     Google LLC, et al.,
15   Case No: 3:21-cv-05227-JD
     -------------------------------------------X
16
17    *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*
18
19    REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
20                 JAMES KOLOTOUROS
21                 VOLUME II
22                 February 3, 2022
23                 9:02 a.m. Pacific Standard Time
24
25    Reported by:  Fran Insley
```

```
 1
 2    REMOTE APPEARANCES:
 3
 4    Counsel for Plaintiff Epic Games, Inc. in:
 5    Epic Games, Inc. v. Google LLC, et al.
 6            CRAVATH, SWAINE & MOORE LLP.
 7            BY:   LAUREN MOSKOWITZ, ESQ.
 8                  DANIEL OTTAUNICK, ESQ.
 9                  825 Eighth Avenue
10                  New York, New York 10019
11
12    Counsel for Google Defendants and witness
13            MUNGER TOLLES & OLSON
14            BY:   GLENN POMERANTZ, ESQ.
15                  NICK SYDNEY, ESQ.
16                  560 Mission Street, 27th floor
17                  San Francisco, California 94105
18
19    Counsel for Developers
20            HAUFELD, LLP
21            BY:   KYLE BATES, ESQ.
22                  AMY ERNST, ESQ.
23                  325 Chestnut Street, Suite 900
24                  Philadelphia, Pennsylvania 19106
25
```

Page 329

```
 1
 2   REMOTE APPEARANCES
 3
 4   Counsel for the Proposed Class In re: Google
 5   Play Consumer Antitrust Litigation
 6           BARTLIT BECK
 7           BY:   JOHN BYARS, ESQ.
 8                 54 W. Hubbard Street
 9                 Courthouse Place, Suite 300
10                 Chicago, Illinois 60654
11                 john.byars@bartlitbeck.com
12
13   Counsel for Utah State Plaintiffs
14          OFFICE OF THE UTAH ATTORNEY GENERAL
15          STATE OF UTAH
16          BY:   MICHAEL ALTEBRANDO, ESQ.
17                160 East 300 South, Fifth Floor
18                Salt Lake City, Utah 84114
19
20
21   ALSO PRESENT:
22          KATE SMITH, ESQ. in-house counsel for
23                         Google
24          HOWARD BRODSKY, Videographer
25          DYLAN BRASCH, Concierge
```

```
1
2     ---------------I N D E X--------------------
3     WITNESS              EXAMINATION BY              PAGE
4     JAMES KOLOTOUROS  MS. MOSKOWITZ                   333
5                       MR. ALTEBRANDO                  392
6                       MR. BATES                       450
7                       MR. BYARS                       471
8     --------------E X H I B I T S----------------
9     DEFENDANT        DESCRIPTION                     PAGE
10    Exhibit 626   GOOG-PLAY-000416651                 333
11    Exhibit 627   GOOG-PLAY-007125883 - 5889          337
12    Exhibit 628   GOOG-PLAY-00717348                  352
13    Exhibit 629   GOOG-PLAY-004490494                 359
14    Exhibit 630   GOOG-PLAY4-004258208 - 8234         361
15    Exhibit 631   GOOG-PLAY-000117285.R               373
16    Exhibit 632   GOOG-PLAY-001166237 - 238           378
17    Exhibit 633   GOOG-PLAY-007320178 - 0179          384
18    Exhibit 634   GOOG-PLAY-001032635                 386
19    Exhibit 635   GOOG-PLAY-0037131144                393
20    Exhibit 636   GOOG-PLAY-008165967                 397
21    Exhibit 637   GOOG-PLAY-008165728                 398
22    Exhibit 638   GOOG-PLAY-008165727                 400
23    Exhibit 639   GOOG-PLAY-008165726                 402
24    Exhibit 640   GOOG-PLAY-008165725                 403
25    Exhibit 641   GOOG-PLAY-002929123                 405
```

----------------I N D E X----------------------

--------------E X H I B I T S-----------------

| DEFENDANT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 642 | GOOG-PLAY-00855825 | 410 |
| Exhibit 643 | GOOG-PLAY-001955617 | 418 |
| Exhibit 644 | GOOG-PLAY-001182510 | 421 |
| Exhibit 645 | GOOG-PLAY4-004258090 | 430 |
| Exhibit 646 | GOOG-PLAY4-004260176 | 433 |
| Exhibit 647 | GOOG-PLAY-000128863.R | 445 |
| Exhibit 648 | GOOG-PLAY-000127848 | 453 |
| Exhibit 649 | GOOG-PLAY-000127934 | 457 |
| Exhibit 650 | GOOG-PLAY-000077670 | 460 |
| Exhibit 651 | GOOG-PLAY-002934950 | 464 |
| Exhibit 652 | GOOG-PLAY-004259430 | 468 |

(Exhibits produced.)

oOo

REQUEST: Hyperlink Produced 433

Page 476

1      KOLOTOUROS - HIGHLY CONFIDENTIAL
2         Q.    And anybody else that you haven't
3    named who is on your team or Chris Li's team
4    that works with Samsung?
5         A.    Do you want me to name them now?
6         Q.    Yes.  And again, this is your team,
7    your relationship with Samsung, not everybody
8    at Google who works with Samsung.
9         A.    So, my team -- so, Ling Wan worked
10   on the Samsung ware efforts.  She worked --
11   she's on Sidney Lee's team because she works
12   with Epic Partners.  That is L-I-N-G W-A-N.
13   Ling Wan is focused on smart watches with
14   Samsung.  David Kim, D-A-V-I-D K-I-M, also
15   works with Samsung.  I think he's based in
16   Korea.  Denise Yoon, D-E-N-I-S-E Y-O-O-N, also
17   works with Samsung.  There is obviously Chris
18   Li.  There is Jin Younj Baik, who I think we've
19   discussed.  Sung June Kim that we discussed.
20   And I think in limited instances, Ethan Chen
21   also works with Samsung.
22        Q.    Thank you.  Mr. Kolotouros, have you
23   ever received a litigation hold notice?
24        A.    I have.
25        Q.    When have you received a litigation

```
                                              Page 477
 1         KOLOTOUROS - HIGHLY CONFIDENTIAL
 2    hold notice?
 3         A.    I don't remember the precise date I
 4    received the litigation hold notice.
 5         Q.    Do you have a general recollection
 6    of when you received the litigation hold
 7    notice?
 8         A.    I'm afraid I don't have a general
 9    recollection of when I would have received it.
10         Q.    Now, is the litigation hold notice
11    that you are recalling in connection with this
12    case?
13         A.    Yes.
14         Q.    Have you ever received any other
15    litigation hold notices?
16         A.    I have, yes.
17         Q.    When did you receive those
18    litigation hold notices?
19         A.    I don't have a precise kind of
20    sequencing of when I received litigation hold
21    notices.
22         Q.    Would it have been before you
23    received the litigation hold notice in this
24    case?
25         A.    It could have been, yes.
```

Page 478

1   KOLOTOUROS - HIGHLY CONFIDENTIAL
2       Q.    Do you recall yesterday that you
3   testified that you had given some depositions,
4   you had sat for depositions before; is that
5   correct?
6       A.    That is correct, yes.
7       Q.    And one of those depositions that
8   you sat for was in July of 2020; is that right?
9       A.    That is correct, yes.
10      Q.    Did you receive a litigation hold
11  notice in connection with the matter for which
12  you were sitting for a deposition in July 2020?
13      A.    Yes.
14      Q.    Do you recall when you received that
15  litigation hold notice?
16      A.    I do not recall when I received that
17  litigation hold notice.
18      Q.    Was it prior to 2020?
19      A.    I'm assuming it would have been
20  prior to the deposition but I could be sure as
21  to when the actual hold notice was received.
22      Q.    So, but it was -- we know at least
23  it was before July of 2020, correct?
24      A.    Yes.
25      Q.    Prior to receiving the litigation

Page 479

1      KOLOTOUROS - HIGHLY CONFIDENTIAL
2    hold notice in that particular instance, had
3    you ever received a litigation hold notice
4    before that?
5         A.    In connection with that case?
6         Q.    No, in connection with any case.
7         A.    Yes.
8         Q.    Do you recall when you had received
9    other litigation hold notices?
10        A.    No, I do not.
11        Q.    Did you re -- do you know if you
12   received one in 2019?
13        A.    I don't know precise dates when I
14   would have received litigation hold notices.
15        Q.    I'm not looking for precise dates.
16   I'm just wondering if you can even pinpoint
17   would you have received one in 2019?
18        A.    I am reluctant to hazard a guess as
19   to when they might have arrived.
20        Q.    Well, I would appreciate if you
21   would give me a guess.
22        A.    If I didn't guess or did guess?
23        Q.    I would appreciate it if you gave me
24   your best guess.
25              MR. POMERANTZ:  Objection to the

Page 480

1    KOLOTOUROS - HIGHLY CONFIDENTIAL
2        form.
3        A.    I imagine in 2018 or 2019 timeframe.
4        Q.    Is there a particular case that you
5    are thinking of that you would have received a
6    litigation hold notice in connection with in
7    that timeframe?
8        A.    None in particular, no.
9        Q.    Are there any -- do you remember
10   generally what the cases would have concerned
11   for those litigation hold notices that your
12   guessing you received in 2018 or 2019?
13              MR. POMERANTZ:  Objection to the
14        form.  Also, Jim, I'm going to instruct
15        you not to answer to the extent anything
16        would be based on any communications you
17        had with counsel for Google.
18       Q.    Are you --
19       A.    I'm not going to answer.
20       Q.    You're not going to answer, okay.
21   Do you have any general recollection of the
22   case name?
23       A.    Not really, no.
24       Q.    In the past three years, has there
25   been any point at which you have not been

Page 481

1      KOLOTOUROS - HIGHLY CONFIDENTIAL
2  subject to a litigation hold notice?
3      A.    I do not think so, no.
4      Q.    How about in the past four years,
5  has there been any point at which you have not
6  been subject to a litigation hold notice?
7      A.    I feel I'm sensitive going back
8  beyond like a clear timeframe for fear of being
9  inaccurate in the chronology.
10     Q.    It's possible but you're just not
11 sure; is that fair?
12     A.    Yes, I think that's fair.
13     Q.    Do you have -- strike that.
14           Do you know what I mean when I say
15 history off in respect to Google Chats?
16     A.    Yes.
17     Q.    Do you have history off in your
18 Google Chats?
19     A.    I do.
20     Q.    How long have you had history off in
21 your Google Chats?
22     A.    I think for as long as I have been
23 using Google Chat.
24     Q.    Have you ever turned history on in
25 Google Chat?

```
                                              Page 482
 1            KOLOTOUROS - HIGHLY CONFIDENTIAL
 2       A.    Not that I can recall.
 3       Q.    And just to be clear, my
 4   understanding of having history off means that
 5   the chats are deleted after 24 hours.  Is that
 6   a correct understanding?
 7       A.    That is my understanding as well.
 8       Q.    When history is on, the chats are
 9   preserved; is that correct?
10       A.    I think that is correct, yes.
11       Q.    And when did you start using Google
12   Chats?
13       A.    I don't know -- I don't when the
14   service was rolled out, so I have been using it
15   probably since it was deployed to the general
16   Google employee population.
17       Q.    Prior to using Google Chats, did you
18   use a different service?
19       A.    I think it might have been Hangouts
20   but it would have been an internal tool.
21       Q.    Do you remember when -- strike that.
22             How long did you use Hangouts?
23       A.    I'm not sure I would call when
24   Hangouts was introduced or displaced by chats,
25   so I'm not sure when the timing is.
```

Page 483

1   KOLOTOUROS - HIGHLY CONFIDENTIAL
2       Q.    During the pendency of any of the
3   litigation holds that you have been subject to,
4   did anybody ever instruct you to turn your
5   history on on Google Chats?
6             MR. POMERANTZ:  I'm going to
7       instruct him not to answer on that
8       question on grounds of privilege.
9       Q.    And are you going to take your
10  attorney's instruction, Mr. Kolotouros?
11      A.    Yes, I will.
12            MR. J. BYARS:  Just for the record,
13      Glenn, you know that we disagree with
14      that, but we will have that discussion
15      later.
16            MR. POMERANTZ:  Understood.
17      Q.    Were the there any other modes of
18  communication that you used at Google aside
19  from e-mail or Google Chats?
20      A.    Phone calls and video conference
21  calls.
22      Q.    Are phone calls recorded at Google?
23      A.    I don't believe so.
24      Q.    Are video conference calls recorded
25  at Google?

Page 484

1       KOLOTOUROS - HIGHLY CONFIDENTIAL
2       A.   There is a feature that allows them
3   to be recorded, yes.
4       Q.   Do you know of any video conference
5   calls that you have been on that have been
6   recorded?
7       A.   Like team meetings and group
8   meetings are traditionally recorded for large
9   group gatherings so other people can watch
10  them.
11      Q.   How often do those team meetings and
12  large group meetings take place?
13      A.   It can be -- depending on the group
14  which is affiliated with the meeting, every
15  month to every three months or so.
16      Q.   And these are meetings at which
17  business is discussed, correct?
18      A.   They are traditionally meetings at
19  which a leader of the team will provide updates
20  on what is happening within the organization
21  and the area in which they are responsible for.
22      Q.   Aside from chats, phone calls, video
23  conferences, e-mails, any other modes of
24  communication that you use at Google?
25      A.   None that come to mind.

Page 485

1        KOLOTOUROS - HIGHLY CONFIDENTIAL
2        Q.    Do you keep any notes?
3        A.    I do not.  I'm sorry, in what
4    format?
5        Q.    Do you keep any -- well, in
6    electronic format, do you keep any notes?
7        A.    I do, yes.
8        Q.    Are those notes on -- saved at
9    Google?
10       A.    They are within my corporate Gmail
11   account.
12       Q.    Do you keep any notes on any
13   personal computing devices relating to your
14   work at Google?
15       A.    I do not.
16       Q.    Do you keep any paper notes?
17       A.    I do not.
18       Q.    Do you ever participate in chats in
19   chat rooms at Google?
20       A.    Meaning, as distinct from one-on-one
21   chats but specific to chat rooms?
22       Q.    As distinct from one-on-one chats,
23   yes.
24       A.    Yes.
25       Q.    Do these chat rooms have names?

Page 486

1    KOLOTOUROS - HIGHLY CONFIDENTIAL
2         A.    They are typically correlated with
3    the meeting name.  So, when group meetings are
4    created, the group chat can be created in
5    connection with the group, the kind of to have
6    a group chat concurrent to a meeting.
7         Q.    Do you happen to recall, as you sit
8    here today, any names of any of the group chats
9    or chat rooms?
10        A.    I don't recall.
11        Q.    I'm sorry.  Here, I'll just ask the
12   question again.  Do you happen to recall, as
13   you sit here today, any name of the group chats
14   or chat rooms?
15        A.    I do not.
16        Q.    You're subject to employee review
17   processes at Google; is that correct?
18        A.    That is correct.
19        Q.    Do you receive written feedback in
20   connection with those review processes?
21        A.    Occasionally, yes.
22        Q.    Who is responsible for reviewing?
23              MR. POMERANTZ:  Are you talking
24        about today, John?
25        Q.    Well, we can start with today.  Who