# Exhibit 43

# FILED UNDER SEAL

CONTAINS INFORMATION DESIGNATED CONFIDENTIAL