# Exhibit 44

# FILED UNDER SEAL

# Exhibit 5

CONFIDENTIAL

GOOG1-00012597

Message

| | |
|---|---|
| From: | Purnima Kochikar [kochikar@google.com] |
| Sent: | 8/13/2020 9:04:49 PM |
| To: | Adam Carpenter [adamcarpenter@google.com] |
| CC: | playapps-bd-leads [playapps-bd-leads@google.com]; Tia Arzu [tiaa@google.com] |
| Subject: | Re: Privileged and Confidential - Policy |

Thanks for checking, Adam.

P

On Thu, Aug 13, 2020 at 2:04 PM Adam Carpenter <adamcarpenter@google.com> wrote:
Privileged and Confidential

@Purnima Kochikar message history for chat in rooms is officially "Always on and retained according to your organization's policy".  In our case, messages appear to persist for at least 2+ years as my GC team channel has messages from July 2018.


On Thu, Aug 13, 2020 at 2:30 PM Purnima Kochikar <kochikar@google.com> wrote:
Privileged and Confidential +Tia Arzu for guidance

Hi Leads - a couple of updates on the policy front

one, the payment policy clarification is further delayed until Sundar has the opportunity to review our readiness plans in a bit more detail.

two, we are actively working on our response to the Fortnite situation, and will keep you posted.

I also heard that the conversations in Rooms on Meet remain in perpetuity so please don't discuss either topics in Rooms.  (could someone please confirm that this is the case?)

P
--
Purnima Kochikar
Google Play, Apps & Games
kochikar@google.com
+17813548147
--
You received this message because you are subscribed to the Google Groups "playapps-bd-leads" group.
To unsubscribe from this group and stop receiving emails from it, send an email to playapps-bd-leads+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/playapps-bd-leads/CAHLT3aPYCUbNWkbYQB2vRoKNG_yiHdp%2BVB4xL2bNzgbO6S2xNw%40mail.gmail.com.



--
- Adam

CONFIDENTIAL                                                                                                    GOOG-PLAY-011126651
    CONFIDENTIAL                                                                                                GOOG1-00012598

--
Purnima Kochikar
Google Play, Apps & Games
kochikar@google.com
+17813548147
--
You received this message because you are subscribed to the Google Groups "playapps-bd-leads" group.
To unsubscribe from this group and stop receiving emails from it, send an email to playapps-bd-leads+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/playapps-bd-leads/CAHLT3aP5nVq2GZDy9b%2B2%3DpnZLjdK4JLip%2B7C5wS%3DUVZsnLLtBw%40mail.gmail.com.

CONFIDENTIAL                                                    GOOG-PLAY-011126652
CONFIDENTIAL                                                    GOOG1-00012599