# Exhibit 46

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Murdock-Park, Erin (ATR) |
| **Sent:** | Wednesday, February 1, 2023 12:09 PM |
| **To:** | Safty, Graham; Schmidtlein, John |
| **Cc:** | Bellshaw, Meagan (ATR); Herrmann, Karl (ATR); 'jon.sallet@coag.gov'; Dintzer, Kenneth (ATR); Severt, Adam T (ATR); Goldstein, Jeremy (ATR); Aguilar, Diana (ATR); Hammond, Matthew (ATR); Paine, Kelsey; Michaloski, Matthew; 'Conrad, Joseph'; 'Wismer, Evangeline'; 'McKinley, Matt'; michael.schwartz@ag.ny.gov; Connor, Colette; Maier, Gloria; 'Rubinstein, Franklin'; 'Baimel, Stuart'; 'Popofsky, Mark S.'; Hafenbrack, Joshua (ATR); Bartels, Sarah (ATR) |
| **Subject:** | RE: U.S. v. Google - letter regarding instant message retention |

Counsel –

We request a meet and confer in advance of the United States filing a motion for sanctions for Google's spoliation of relevant "off the record" chats during the pendency of the Government's investigation and subsequent litigation. We are available to meet and confer at 6:30pm EST on Thursday, February 2.

We appreciate that Google provided us with some of the information that we sought, such as Google's chat-specific retention policy. However, Google's productions did not assuage our concerns nor did the documents sufficiently answer our questions. We do not know, for example, the extent of all custodians' use of off the record chats, and were not provided with Google's litigation hold notice.

Most importantly, despite our repeated requests for it to do so, Google has not confirmed that it is now preserving these "history off" chat messages. We thus assume that Google continues to delete such messages every 24 hours despite its ongoing duty to preserve relevant material during this bifurcated litigation. We again request that Google immediately confirm it has changed its policy and is no longer deleting daily the "history off" chat messages for custodians in this litigation.

Best,
Erin


Erin Murdock-Park (she/her/hers)
Tel. 202-445-8082

This message may contain privileged and/or confidential communications and should be read only by the intended recipient. If you believe you have received this message in error, please delete it and contact the sender.

---

**From:** Murdock-Park, Erin (ATR)
**Sent:** Monday, January 30, 2023 5:06 PM
**To:** Safty, Graham <GSafty@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>
**Cc:** Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; 'jon.sallet@coag.gov' <jon.sallet@coag.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Michaloski, Matthew <Matthew.Michaloski@atg.in.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Wismer, Evangeline' <Evangeline.wismer@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; michael.schwartz@ag.ny.gov; Connor, Colette <CConnor@wc.com>; Maier, Gloria

\<GMaier@wc.com\>; 'Rubinstein, Franklin' \<frubinstein@wsgr.com\>; 'Baimel, Stuart' \<sbaimel@wsgr.com\>; 'Popofsky, Mark S.' \<Mark.Popofsky@ropesgray.com\>; Hafenbrack, Joshua (ATR) \<Joshua.Hafenbrack@usdoj.gov\>
**Subject:** RE: U.S. v. Google - letter regarding instant message retention

Graham,

Thank you for sending John's letter, following my request for a meet and confer. In light of Google's representations that it will provide us with some of the materials that we seek later today, we withdraw our request for a meet and confer on January 31. We will review the materials that you send and will be in touch as soon as we have a chance to review.

John's letter did not respond to our request that Google explicitly state whether it continues to destroy all "history off" chat messages from custodians in this litigation. Because Google's discovery obligations are ongoing in this bifurcated case, we look forward to your confirmation that Google has ceased its destruction of these "off the record" chats.

Best,
Erin

Erin Murdock-Park (she/her/hers)
Tel. 202-445-8082

This message may contain privileged and/or confidential communications and should be read only by the intended recipient. If you believe you have received this message in error, please delete it and contact the sender.

---

**From:** Safty, Graham \<GSafty@wc.com\>
**Sent:** Monday, January 30, 2023 2:44 PM
**To:** Murdock-Park, Erin (ATR) \<Erin.Murdock-Park@usdoj.gov\>; Schmidtlein, John \<JSchmidtlein@wc.com\>
**Cc:** Bellshaw, Meagan (ATR) \<Meagan.Bellshaw@usdoj.gov\>; Herrmann, Karl (ATR) \<Karl.Herrmann@usdoj.gov\>; 'jon.sallet@coag.gov' \<jon.sallet@coag.gov\>; Dintzer, Kenneth (ATR) \<Kenneth.Dintzer2@usdoj.gov\>; Severt, Adam T (ATR) \<Adam.Severt@usdoj.gov\>; Goldstein, Jeremy (ATR) \<Jeremy.Goldstein@usdoj.gov\>; Aguilar, Diana (ATR) \<Diana.Aguilar@usdoj.gov\>; Hammond, Matthew (ATR) \<Matthew.Hammond@usdoj.gov\>; Paine, Kelsey \<Kelsey.Paine@oag.texas.gov\>; Michaloski, Matthew \<Matthew.Michaloski@atg.in.gov\>; 'Conrad, Joseph' \<joseph.conrad@nebraska.gov\>; 'Wismer, Evangeline' \<Evangeline.wismer@nebraska.gov\>; 'McKinley, Matt' \<Matt.McKinley@nebraska.gov\>; michael.schwartz@ag.ny.gov; Connor, Colette \<CConnor@wc.com\>; Maier, Gloria \<GMaier@wc.com\>; 'Rubinstein, Franklin' \<frubinstein@wsgr.com\>; 'Baimel, Stuart' \<sbaimel@wsgr.com\>; 'Popofsky, Mark S.' \<Mark.Popofsky@ropesgray.com\>; Hafenbrack, Joshua (ATR) \<Joshua.Hafenbrack@usdoj.gov\>
**Subject:** [EXTERNAL] RE: U.S. v. Google - letter regarding instant message retention

Erin,

Please see the attached letter from John Schmidtlein.

Best,

**Graham Safty**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5548 | vcard | www.wc.com/gsafty

**From:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>
**Sent:** Thursday, January 26, 2023 2:50 PM
**To:** Safty, Graham <GSafty@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>
**Cc:** Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; 'jon.sallet@coag.gov' <jon.sallet@coag.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Michaloski, Matthew <Matthew.Michaloski@atg.in.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Wismer, Evangeline' <Evangeline.wismer@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; michael.schwartz@ag.ny.gov; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Baimel, Stuart' <sbaimel@wsgr.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Hafenbrack, Joshua (ATR) <Joshua.Hafenbrack@usdoj.gov>
**Subject:** RE: U.S. v. Google - letter regarding instant message retention

Graham,

Please see the attached.

Best,
Erin

Erin Murdock-Park (she/her/hers)
Tel. 202-445-8082

This message may contain privileged and/or confidential communications and should be read only by the intended recipient. If you believe you have received this message in error, please delete it and contact the sender.

**From:** Safty, Graham <GSafty@wc.com>
**Sent:** Wednesday, January 25, 2023 8:25 PM
**To:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Schmidtlein, John <JSchmidtlein@wc.com>
**Cc:** Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; 'jon.sallet@coag.gov' <jon.sallet@coag.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Michaloski, Matthew <Matthew.Michaloski@atg.in.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Wismer, Evangeline' <Evangeline.wismer@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; michael.schwartz@ag.ny.gov; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Baimel, Stuart' <sbaimel@wsgr.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Hafenbrack, Joshua (ATR) <Joshua.Hafenbrack@usdoj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Google - letter regarding instant message retention

Erin,

We are reviewing your letter with our client and expect to be able to provide a substantive response by the first part of next week. If you have any questions about the information provided with the response, we will be available for a meet and confer.

Best,

**Graham Safty**
**Williams & Connolly LLP**

680 Maine Avenue, S.W., Washington, DC 20024
202-434-5548 | vcard | www.wc.com/gsafty

---

**From:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>
**Sent:** Friday, January 20, 2023 5:17 PM
**To:** Schmidtlein, John <JSchmidtlein@wc.com>
**Cc:** Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; 'jon.sallet@coag.gov' <jon.sallet@coag.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Michaloski, Matthew <Matthew.Michaloski@atg.in.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Wismer, Evangeline' <Evangeline.wismer@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; michael.schwartz@ag.ny.gov; Safty, Graham <GSafty@wc.com>; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Baimel, Stuart' <sbaimel@wsgr.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Hafenbrack, Joshua (ATR) <Joshua.Hafenbrack@usdoj.gov>
**Subject:** U.S. v. Google - letter regarding instant message retention

Counsel,

Please see the attached.

Best,
Erin Murdock-Park

Erin Murdock-Park (she/her/hers)
Senior Litigation Counsel
U.S. Department of Justice
Antitrust Division
Tel: 202-445-8082

This message may contain privileged and/or confidential communications and should be read only by the intended recipient. If you believe you have received this message in error, please delete it and contact the sender.

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.