## CERTIFICATE OF SERVICE

    I hereby certify that on February 10, 2023, the foregoing The United States' Motion For Sanctions Against Google, LLC And An Evidentiary Hearing To Determine The Appropriate Relief was filed electronically under seal using the CM/ECF system and distributed electronically to the counsel of record identified in the Amended Case Management Order entered in this case on February 3, 2021 (ECF Nos. 108-1 and 141).

Dated: February 10, 2023

By:   */s/ Karl E. Herrmann*
Karl E. Herrmann (D.C. Bar #1022464)
U.S. Department of Justice, Antitrust Division
Technology and Digital Platforms Section
450 Fifth Street, NW
Washington, DC 20001
Telephone: (202) 476-0316
Karl.herrmann@usdoj.gov

*Counsel for Plaintiff United States of America*