**HIGHLY CONFIDENTIAL – SEALED FILING**

# Exhibit B

**Filed under Seal and Subject to Stipulated Protective Order in**
*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

**In the Matter Of:**

*USA vs*

*Google*

---

*KENNETH ELZINGA*

*November 07, 2022*

---



1   strategy.

2        So the question I'm getting at in much of

3   my report is what evidence is there as to why

4   Google designs its SRP the way it does, and, as I

5   indicated, Google uses a variety of mechanisms,

6   ablation studies, human raters, other algorithms to

7   try and determine is the design change in service

8   of user welfare, because if it is, if we get more

9   users, that will enhance our ability to get

10  advertising revenues which is what funds the firm.

11       So if it is the case that if the product

12  design changes are expected to benefit users or

13  increase advertising revenues, then that's a design

14  change that is inconsistent with a strategy or an

15  expectation of, to use your term, throttling the

16  SVP's.

17       Q.  So is it your view that as a matter of

18  economics for there to be economic harm a company

19  must have a strategy to inflict economic harm?

20       A.  Well, in the pedantic sense that

21  strategies lead to behavior, and if -- and so what

22  I'm focusing on here is behavior, as I've indicated

84

1    in my report, trying to assess what is the

2    consequence of Google's conduct with regard to the

3    design of its SRP.  But to flesh that out one might

4    look -- an economist does, there's nothing wrong

5    with an economist looking to see does a company

6    have a strategy that it states, and as I look at

7    documents that Google states as to what it's trying

8    to do from the top of the company, from Eric

9    Schmidt on down, the strategy is we want to change

10   things if it is in service to enhancing value to

11   users as opposed to a strategy that one might have

12   found, for example, with Northwest that our

13   strategy is to get Spirit out of the airline

14   business in servicing Detroit and Philadelphia and

15   Detroit and LaGuardia.  There was both a stated

16   strategy and a conduct that ratified that strategy.

17   Here I don't find a stated strategy, but more

18   importantly to me as an economist, I don't find

19   evidence of the conduct of that strategy.

20       Q.  Professor Elzinga, I'm going to try to use

21   your words back for clarity.  Imagine a

22   circumstance where the conduct existed that you