AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| GOOGLE, LLC, | ) |
| *Defendant* | ) |

Case No.   1:20-cv-03010-APM

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Indiana                                                                                     .

Date:      03/03/2023

/s/ Ryan Frasher
*Attorney's signature*

Ryan Frasher (Ind. Bar No. 27108-49)
*Printed name and bar number*
302 W. Washington St.
IGCS 5th Floor
Indianapolis, IN 46204

*Address*

ryan.frasher@atg.in.gov
*E-mail address*

(317) 986-2838
*Telephone number*

(317) 232-7979
*FAX number*