IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL., Plaintiffs,

vs.

GOOGLE LLC, Defendant.

CV No. 20-3010
Washington, D.C.
March 3, 2023
4:15 p.m.

TRANSCRIPT OF
SCHEDULING CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs: Kenneth M. Dintzer
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington, D.C.
(202) 307-0340
Email:
kenneth.dintzer2@usdoj.gov

For Plaintiff
State of Colorado: William F. Cavanaugh, Jr.
PATTERSON BELKNAP
WEBB & TYLER LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710
(212) 335-2793
Email: wfcavanaugh@pbwt.com

APPEARANCES CONTINUED:

For Defendant Google: John E. Schmidtlein
WILLIAMS & CONNOLLY LLP
725 12th St., NW
Washington, D.C. 20005
(202) 434-5000
Email: jschmidtlein@wc.com

Court Reporter: William P. Zaremba
Registered Merit Reporter
Certified Realtime Reporter
Official Court Reporter
E. Barrett Prettyman CH
333 Constitution Avenue, NW
Washington, D.C. 20001
(202) 354-3249

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

P R O C E E D I N G S

COURTROOM DEPUTY: Good afternoon, Your Honor, this is Civil Action 20-3010, the United States of America, et al., versus Google LLC.

Kenneth Dintzer for the DOJ Plaintiffs.

William Cavanaugh on behalf of the Colorado Plaintiffs.

And John Schmidtlein for Google LLC.

THE COURT: All right, Counsel, good afternoon. It's nice to see you all. I hope everybody has been doing well.

We're in receipt of your filings.

So the reason for the request to gather everybody is the sanctions motion that was filed recently and the schedule that's been requested to brief it and the implications that has for our summary judgment argument date, so I wanted to just get everybody together and have a discussion about that.

Just to recap, at least, my understanding of where things are, and you will have to proceed of the presumption that I've not looked in any great detail at the plaintiff's motion for sanctions, I have a general understanding of what the basis is; but my understanding is there is this motion for sanctions. The request is -- the sanctions have not been specified and there's a request for an evidentiary

hearing on the sanctions motion.

Google's opposition to the motion, the sanctions motion is due April 10th, our summary judgment argument, at least at present, is scheduled for the 13th of April, and then the reply on the sanctions motion is due the 24th.

MR. DINTZER: May I be heard, Your Honor?

THE COURT: Am I getting those dates wrong?

MR. SCHMIDTLEIN: Yes, Your Honor.

Google's opposition will be filed next Friday, March 10th. I think you misspoke and said April.

THE COURT: I misspoke. Sorry about that.

And then the reply is due --

MR. DINTZER: March 24th, Your Honor.

THE COURT: Okay. You'll have to forgive me. I misspoke, everybody.

All right. Well, that leaves us, between March 24th and when the summary judgment arguments are set, that gives us about three weeks.

And so I wanted to just gather everybody to figure out what you all are contemplating in terms of an evidentiary hearing, maybe Google said, we don't need one, but if there is to be one, is the hope that it will be before summary judgment so that I can evaluate the potential sanctions and the impact on summary judgment, and I'm just trying to figure out how I ought to sequence this, given the

sanctions motion.

So why don't we start with Mr. Dintzer and Mr. Cavanaugh.

MR. DINTZER: Yes, Your Honor.

So in our motion, we sought declarations from Google and a 30(b)(6) to gather some more information, as well as a copy of their withhold. Also, we haven't put this in the motion, but it's come up more recently, probably some of the redacted materials from the *Epic* case, we would want them unredacted so we could get access to them in full.

So we would want that before the hearing, if the Court wishes to have a hearing. And we don't believe that the hearing needs to take place before the summary judgment argument. We recognize that probably it should take place relatively close afterwards. The date we were going to throw out was sometime in early May, maybe May 8th, for the hearing so that we'd have a chance to do the 30(b)(6) to get these declarations and then be in a position to address the Court at the hearing if the Court wants to have one.

THE COURT: And, Mr. Dintzer, when you say -- as I understand it, the sort of origin of this motion is that similar, if not the same, issue arose in the *Epic* case, I believe it was in the Northern District of California.

So can you just shed more light on what you mean about the redacted materials from that case and how that

bears on this one.

MR. DINTZER: Of course, Your Honor.

So the *Epic* case made us aware of certain practices, and I'm not going to get into obviously certain practices that Google was engaging in, including the destruction of certain chats, and so we had been push -- we pushed Google on this for a period of time and we finally got some more information from them.

But we would want two things. We'd want the unredacted filings and attachments from the *Epic* case, along with additional chats that were just produced in that case. It wouldn't be an extra burden on Google for any of that, because it's already there, we would just like it unredacted, so that we would have access and would save us from having it duplicated in this case.

We would want -- we've asked for declarations from the people in this case, the custodians in this case about their use of the history-off feature so that we can have a clear record of their use, and under oath, and then a 30(b)(6) so we can kind of gather all of this together and make the necessary showing to the Court, which we believe we can, regarding Google's conduct.

So we've got our motion, and if we get -- if the Court grants our motion, we get these materials, we would then presumably use the time between the argument and the

hearing to farther these materials, prepare them for presentation to the Court.

THE COURT: And in terms of what you're seeking from -- help me understand what you're seeking in the declaration and is the idea that the 30(b)(6) would be a followup to a declaration from a custodian of records and are you also seeking to file -- I mean, my recollection is you have dozens and dozens of custodians in this case. My limited understanding is that each individual custodian had an opportunity to change the settings here on the deletion of the chats. And so is part of this an effort to determine what each individual custodian had as his or her settings?

MR. DINTZER: Yes, Your Honor.

What their practice was.

So under oath, whether they used the history-off default to have work-related discussions. So we'd want --

THE COURT: So, but is the expectation, if it's permitted, the 30(b)(6) witness will make inquiries, with the assistance of counsel, of each of the custodians to find out what their practice was and what that person's settings were?

MR. DINTZER: Our thinking was that, first, we get declarations from the custodians so we'd have that. And then we would be able to use the 30(b)(6) to go deeper and to ask more about Google's practices about why they didn't

stop deleting these when we raised the issue in -- last fall and answer questions about what Google is doing, ask questions about their lay hold, which we've never received. So the breadth of the 30(b)(6) would be to cover these issues so we wouldn't have to ask for individual fact witnesses on these subjects. These are all subjects that obviously would be relevant to our sanctions motion.

THE COURT: Okay.

Mr. Cavanaugh, do you want to add anything before I turn to Mr. Schmidtlein?

MR. CAVANAUGH: No. No, thank you, Judge.

THE COURT: Mr. Schmidtlein, your thoughts.

MR. DINTZER: Thank you, Your Honor.

As we understand it, they have filed a motion and we're going to brief that motion and we'll respond, as I said, next Friday to it in terms of the motion that's been filed.

As I understand sort of their process, they have set this up as a, we are asking for a sanction based on what they've laid out in the motion, that there should be an order of spoliation or a finding that sanctionable conduct has occurred, which Google, of course, denies and will oppose next week.

And then pending, or depending on how Your Honor rules on that, then they may be entitled to or they may seek

additional discovery to try to establish what they claim is more information so they can figure out what exact sanction they're going to ask for because they actually haven't indicated in their motion what exact sanction they're seeking in the case.

And so while I disagree with a lot of what Mr. Dintzer is obviously saying and suggesting in the motion, I do agree that the motion does not need to be resolved prior to the summary judgment hearing. And we can get that -- we can certainly take care of that in April. But we are -- we're available and willing to take up this argument on the motion papers, you know, at the Court's earliest convenience.

THE COURT: Okay. All right. Well, I think that answers the question I really wanted to pose to, really, mainly the plaintiffs, which is whether they wanted to or envisioned having this sanctions issue resolved in advance of the summary judgment hearings so that I can, A, consider whether a sanction is appropriate, and, B, whether, if it is, what it ought to be and how it ought to affect my thinking on the summary judgment motions. And obviously since this is a bench trial, this -- certain sanctions that otherwise might be available are not, I suppose I could instruct myself, but it's a little bit awkward to do so.

So, in any event, okay. All right. Well, that is

helpful and that provides some clarity in my mind and we'll take it from there.

MR. DINTZER: One comment on Your Honor, everything you said we agree with, but we believe that that resolving, not hearing from -- not necessarily holding the hearing on what the punishment would be for the sanctions but resolving that before summary judgment, before you issue the summary judgment opinion, would be fortuitous, because obviously if we get adverse inferences and there was -- we don't think that there is, but some deficiency in facts in one area or another, then that could affect the Court's conclusion as to whether something should go through to trial. For the resolution, we still think it needs to be addressed before.

THE COURT: Right. Right.

No, I mean, that's why I raised this whole issue of sequencing. Okay.

MR. DINTZER: We appreciate that, Your Honor.

THE COURT: Okay.

MR. SCHMIDTLEIN: Your Honor, if I may, I know we have set aside, I believe, the 12th and the 13th.

THE COURT: I think that's right.

MR. SCHMIDTLEIN: I think were the dates you asked us to hold.

THE COURT: Correct.

MR. SCHMIDTLEIN: And --

THE COURT: Go ahead, Mr. Schmidtlein.

MR. SCHMIDTLEIN: And I believe, per Your Honor's request, I believe both sides communicated to you, I think some time ago, about whether they believed an evidentiary hearing was necessary in connection with the *Daubert* motions, and I believe both sides have separately came to the same conclusion, that those were not, those were not necessary. Obviously if Your Honor has a different view, you control.

But I don't know if you have further guidance for us as to either timing, whether you want to hear arguments on all the *Daubert* motions. I know we've given you a mountain of paper to read and you may not have a firm view or any further direction to give us at this time. But if you did or if you believed in the future that you would, obviously we would welcome that.

MR. DINTZER: Your Honor, if I may correct Mr. Schmidtlein, who is speaking for me when he probably shouldn't be, we've not agreed on anything about whether there should be a *Daubert* hearing or not. Our basic position is the default to whatever the Court would request, but we haven't reached any sort of agreement with Google about that.

MR. SCHMIDTLEIN: This was just on the evidentiary

issue, Ken.

THE COURT: Right.

MR. SCHMIDTLEIN: Which you did put a letter in on.

THE COURT: Right.

MR. DINTZER: Okay. Then I apologize if I misunderstood Mr. Schmidtlein.

THE COURT: That's all right.

So, Mr. Schmidtlein, look, the unsatisfactory answer is I have no idea at this point. We are six weeks out, which may sound like a close-in-time but I'm not there yet in terms of figuring out what I need and how I'm going to ask this to be structured right now. I have just April 13th set aside. I can -- I've left April 12th open on my own calendar just in the event that I think we'll need two days instead of one.

I can tell you all, just given what my other time demands are right now, I'm still in trial, have another one before the end of the month. So I'm trying to figure out where to -- where I can really start to commit the time that this is going to require to get ready in a way that you all deserve.

MR. SCHMIDTLEIN: Understood, Your Honor.

And, I mean, the fact that -- if you've only got really one day for this, then that's even helpful to us so

we can get a sense of --

THE COURT: But, again, that's just right now without having cracked a single brief. So that's why I've asked you to hold the two days, because I may get into this and think, one day is not going to be enough. I will say that when I've had -- well -- I can't -- where I've had complicated cases, I will -- I've advised the parties in advance of how I'd like to structure the arguments. So let me assure you that you won't show up on the 12th or the 13th without any sense of how the day or days will be organized, so you'll certainly have advanced warning of that.

MR. SCHMIDTLEIN: We appreciate that, Your Honor.

MR. DINTZER: Thank you, Your Honor.

THE COURT: I can't tell you exactly how much advanced warning you'll have right now but...

MR. DINTZER: Exciting, Your Honor.

MR. SCHMIDTLEIN: We'll take whatever you can give us.

MR. CAVANAUGH: Exactly.

THE COURT: So okay. Is there anything else we need to discuss?

MR. DINTZER: No, Your Honor.

THE COURT: Okay. All right. Thank you, all. We'll see you soon.

(Proceedings concluded at 4:38 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note: This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.



Date:__March 3, 2023________ ______________________________

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [1]** 3/2
**MR. CAVANAUGH: [2]** 8/11 13/19
**MR. DINTZER: [14]** 4/6 4/13 5/4 6/2 7/13 7/22 8/13 10/3 10/18 11/18 12/6 13/13 13/16 13/22
**MR. SCHMIDTLEIN: [10]** 4/8 10/20 10/23 11/1 11/3 11/25 12/3 12/23 13/12 13/17
**THE COURT: [22]**

**0**

**0340 [1]** 1/15

**1**

**10036-6710 [1]** 1/20
**10th [2]** 4/3 4/10
**1100 [1]** 1/14
**1133 [1]** 1/19
**12th [4]** 2/3 10/21 12/14 13/9
**13th [4]** 4/4 10/21 12/14 13/9
**19 [1]** 14/6

**2**

**20-3010 [2]** 1/4 3/3
**20001 [1]** 2/8
**20005 [1]** 2/3
**202 [3]** 1/15 2/4 2/9
**2023 [2]** 1/5 14/10
**212 [1]** 1/20
**2200 [1]** 1/19
**24th [3]** 4/5 4/13 4/17
**2793 [1]** 1/20

**3**

**30 [7]** 5/6 5/17 6/20 7/5 7/18 7/24 8/4
**3010 [2]** 1/4 3/3
**307-0340 [1]** 1/15
**3249 [1]** 2/9
**333 [1]** 2/8
**335-2793 [1]** 1/20
**354-3249 [1]** 2/9

**4**

**434-5000 [1]** 2/4
**4:15 [1]** 1/6
**4:38 [1]** 13/25

**5**

**5000 [1]** 2/4

**6**

**6710 [1]** 1/20

**7**

**725 [1]** 2/3

**8**

**8th [1]** 5/16

**A**

**able [1]** 7/24
**about [12]** 3/18 4/11 4/18 5/25 6/17 7/25 7/25 8/2 8/3 11/5 11/20 11/24
**above [1]** 14/4
**above-titled [1]** 14/4
**access [2]** 5/10 6/14
**Action [1]** 3/3
**actually [1]** 9/3
**add [1]** 8/9
**additional [2]** 6/11 9/1
**address [1]** 5/18
**addressed [1]** 10/14
**advance [2]** 9/17 13/8
**advanced [2]** 13/11 13/15
**adverse [1]** 10/9
**advised [1]** 13/7
**affect [2]** 9/20 10/11
**afternoon [2]** 3/2 3/9
**afterwards [1]** 5/15
**again [1]** 13/2
**ago [1]** 11/5
**agree [2]** 9/8 10/4
**agreed [1]** 11/20
**agreement [1]** 11/23
**ahead [1]** 11/2
**aided [1]** 2/10
**al [2]** 1/3 3/4
**all [14]** 3/9 3/10 4/16 4/20 6/20 8/6 9/14 9/25 11/13 12/8 12/17 12/21 13/23 13/23
**all right [2]** 3/9 12/8
**along [1]** 6/10
**already [1]** 6/13
**also [2]** 5/7 7/7
**Am [1]** 4/7
**AMERICA [2]** 1/3 3/3
**Americas [1]** 1/19
**AMIT [1]** 1/10
**another [2]** 10/11 12/18
**answer [2]** 8/2 12/10
**answers [1]** 9/15
**any [6]** 3/21 6/12 9/25 11/15 11/23 13/10
**anything [3]** 8/9 11/20 13/20
**apologize [1]** 12/6
**APPEARANCES [2]** 1/12 1/22
**appreciate [2]** 10/18 13/12
**appropriate [1]** 9/19
**April [6]** 4/3 4/4 4/10 9/10 12/13 12/14
**are [10]** 3/20 4/17 4/20 7/7 8/6 8/19 9/11 9/23 12/10 12/18
**area [1]** 10/11
**argument [5]** 3/16 4/3 5/14 6/25 9/12
**arguments [3]** 4/17 11/12 13/8
**arose [1]** 5/22
**as [10]** 5/6 5/7 5/20 7/12 8/14 8/15 8/18 8/19 10/12 11/12
**aside [2]** 10/21 12/14
**ask [5]** 7/25 8/2 8/5 9/3 12/13
**asked [3]** 6/16 10/23 13/4
**asking [1]** 8/19
**assistance [1]** 7/19
**assure [1]** 13/9
**attachments [1]** 6/10
**available [2]** 9/11 9/23
**Avenue [2]** 1/19 2/8
**aware [1]** 6/3
**awkward [1]** 9/24

**B**

**Barrett [1]** 2/7
**based [1]** 8/19
**basic [1]** 11/21
**basis [1]** 3/23
**be [23]**
**bears [1]** 6/1
**because [4]** 6/13 9/3 10/8 13/4
**been [5]** 3/10 3/15 3/25 6/6 8/16
**before [9]** 1/10 4/23 5/11 5/13 8/9 10/7 10/7 10/14 12/19
**behalf [1]** 3/6
**believe [8]** 5/12 5/23 6/21 10/4 10/21 11/3 11/4 11/7
**believed [2]** 11/5 11/16
**BELKNAP [1]** 1/18
**bench [1]** 9/22
**between [2]** 4/16 6/25
**bit [1]** 9/24
**both [2]** 11/4 11/7
**breadth [1]** 8/4
**brief [3]** 3/15 8/15 13/3
**burden [1]** 6/12

**C**

**calendar [1]** 12/15
**California [1]** 5/23
**came [1]** 11/7
**can [14]** 4/23 5/24 6/18 6/20 6/22 9/2 9/9 9/10 9/18 12/14 12/17 12/20 13/1 13/17
**can't [2]** 13/6 13/14
**care [1]** 9/10
**case [11]** 5/9 5/22 5/25 6/3 6/10 6/11 6/15 6/17 6/17 7/8 9/5
**cases [1]** 13/7
**Cavanaugh [4]** 1/17 3/6 5/3 8/9
**certain [4]** 6/3 6/4 6/6 9/22
**certainly [2]** 9/10 13/11
**Certified [1]** 2/6
**certify [1]** 14/2
**CH [1]** 2/7
**chance [1]** 5/17
**change [1]** 7/10
**chats [3]** 6/6 6/11 7/11
**Civil [1]** 3/3
**claim [1]** 9/1
**clarity [1]** 10/1
**clear [1]** 6/19
**close [2]** 5/15 12/11
**Colorado [2]** 1/17 3/6
**COLUMBIA [1]** 1/1
**come [1]** 5/8
**comment [1]** 10/3
**commit [1]** 12/20
**communicated [1]** 11/4
**complicated [1]** 13/7
**computer [1]** 2/10
**computer-aided [1]** 2/10
**concluded [1]** 13/25
**conclusion [2]** 10/12 11/8
**conduct [2]** 6/22 8/21
**CONFERENCE [1]** 1/9
**connection [1]** 11/6
**CONNOLLY [1]** 2/2
**consider [1]** 9/18
**Constitution [1]** 2/8
**contemplating [1]** 4/20
**CONTINUED [1]** 2/1
**control [1]** 11/10
**convenience [1]** 9/13
**copy [1]** 5/7
**correct [3]** 10/25 11/18 14/3
**could [3]** 5/10 9/23 10/11
**counsel [2]** 3/9 7/19
**course [2]** 6/2 8/22
**court [11]** 1/1 2/5 2/7 5/12 5/19 5/19 6/21 6/24 7/2 11/22 14/7
**Court's [2]** 9/12 10/11
**cover [1]** 8/4
**COVID [1]** 14/6
**COVID-19 [1]** 14/6
**cracked [1]** 13/3
**CRR [2]** 14/2 14/11
**custodian [3]** 7/6 7/9 7/12
**custodians [4]** 6/17 7/8 7/19 7/23
**CV [1]** 1/4

**D**

**D.C [4]** 1/5 1/14 2/3 2/8
**date [3]** 3/17 5/15 14/10
**dates [2]** 4/7 10/23
**Daubert [3]** 11/6 11/13 11/21
**day [3]** 12/25 13/5 13/10
**days [3]** 12/16 13/4 13/10
**declaration [2]** 7/5 7/6
**declarations [4]** 5/5 5/18 6/16 7/23
**deeper [1]** 7/24
**default [2]** 7/16 11/22
**Defendant [2]** 1/7 2/2
**deficiency [1]** 10/10
**deleting [1]** 8/1
**deletion [1]** 7/10
**demands [1]** 12/18
**denies [1]** 8/22
**DEPARTMENT [1]** 1/13
**depending [1]** 8/24
**deserve [1]** 12/22
**destruction [1]** 6/6
**detail [1]** 3/21
**determine [1]** 7/11
**did [2]** 11/16 12/3
**didn't [1]** 7/25
**different [1]** 11/9
**Dintzer [5]** 1/13 3/5 5/2 5/20 9/7
**direction [1]** 11/15
**disagree [1]** 9/6
**discovery [1]** 9/1
**discuss [1]** 13/21
**discussion [1]** 3/18
**discussions [1]** 7/16
**DISTRICT [4]** 1/1 1/1 1/10 5/23
**do [4]** 5/17 8/9 9/8 9/24
**does [1]** 9/8
**doing [2]** 3/10 8/2
**DOJ [2]** 1/13 3/5
**don't [5]** 4/21 5/2 5/12 10/10 11/11
**dozens [2]** 7/8 7/8
**due [3]** 4/3 4/5 4/12
**duplicated [1]** 6/15
**during [1]** 14/5

**E**

**each [3]** 7/9 7/12 7/19
**earliest [1]** 9/13
**early [1]** 5/16
**effort [1]** 7/11
**either [1]** 11/12
**else [1]** 13/20
**Email [3]** 1/15 1/21 2/4
**end [1]** 12/19
**engaging [1]** 6/5
**enough [1]** 13/5
**entitled [1]** 8/25
**envisioned [1]** 9/17
**Epic [4]** 5/9 5/22 6/3 6/10
**establish [1]** 9/1
**et [2]** 1/3 3/4
**et al [1]** 3/4
**evaluate [1]** 4/23
**even [1]** 12/25
**event [2]** 9/25 12/15
**everybody [5]** 3/10 3/13 3/17 4/15 4/19
**everything [1]** 10/4
**evidentiary [4]** 3/25 4/21 11/5 11/25
**exact [2]** 9/2 9/4
**exactly [2]** 13/14 13/19
**Exciting [1]** 13/16
**expectation [1]** 7/17
**extra [1]** 6/12

**F**

**fact [2]** 8/5 12/24
**facts [1]** 10/10
**fall [1]** 8/1
**farther [1]** 7/1
**feature [1]** 6/18
**figure [4]** 4/19 4/25 9/2 12/19
**figuring [1]** 12/12
**file [1]** 7/7
**filed [4]** 3/14 4/9 8/14 8/17
**filings [2]** 3/12 6/10
**finally [1]** 6/7
**find [1]** 7/19
**finding [1]** 8/21
**firm [1]** 11/14
**first [1]** 7/22
**followup [1]** 7/6
**foregoing [1]** 14/3
**forgive [1]** 4/14
**fortuitous [1]** 10/8
**Friday [2]** 4/9 8/16
**full [1]** 5/10
**further [2]** 11/11 11/15
**future [1]** 11/16

**G**

**gather [4]** 3/13 4/19 5/6 6/20
**general [1]** 3/22
**get [12]** 3/17 5/10 5/17 6/4 6/23 6/24 7/22 9/10 10/9 12/21 13/1 13/4
**getting [1]** 4/7
**give [2]** 11/15 13/17
**given [3]** 4/25 11/13 12/17
**gives [1]** 4/18
**go [3]** 7/24 10/12 11/2
**Go ahead [1]** 11/2
**going [7]** 5/15 6/4 8/15 9/3 12/12 12/21 13/5
**good [2]** 3/2 3/9
**GOOGLE [12]** 1/6 2/2 3/4 3/8 4/21 5/6 6/5 6/7 6/12 8/2 8/22 11/23
**Google LLC [2]** 3/4 3/8
**Google's [4]** 4/2 4/9 6/22 7/25
**got [3]** 6/8 6/23 12/24
**grants [1]** 6/24
**great [1]** 3/21
**guidance [1]** 11/11

**H**

**had [5]** 6/6 7/9 7/12 13/6 13/6
**has [4]** 3/10 3/16 8/22 11/9
**have [25]**
**haven't [3]** 5/7 9/3 11/23
**having [3]** 6/15 9/17 13/3
**he [1]** 11/19
**hear [1]** 11/12
**heard [1]** 4/6
**hearing [14]** 4/1 4/20 5/11 5/12 5/13 5/17 5/19 7/1 9/9 10/5 10/6 11/6 11/21 14/5
**hearings [1]** 9/18
**help [1]** 7/4
**helpful [2]** 10/1 12/25
**her [1]** 7/12
**here [1]** 7/10
**his [1]** 7/12
**history [2]** 6/18 7/15
**history-off [2]** 6/18 7/15
**hold [3]** 8/3 10/24 13/4
**holding [1]** 10/5
**Honor [19]**
**Honor's [1]** 11/3
**HONORABLE [1]** 1/10
**hope [2]** 3/10 4/22
**how [8]** 4/25 5/25 8/24 9/20 12/12 13/8 13/10 13/14

**I**

**I apologize [1]** 12/6
**I believe [5]** 5/23 10/21 11/3 11/4 11/7
**I can [4]** 4/23 9/18 12/14 12/17
**I can't [2]** 13/6 13/14
**I have [3]** 3/22 12/10 12/13
**I hope [1]** 3/10
**I know [2]** 10/20 11/13
**I mean [3]** 7/7 10/16 12/24
**I misspoke [2]** 4/11 4/15
**I think [5]** 9/14 10/22 10/23 11/4 12/15
**I understand [2]** 5/21 8/18
**I will [2]** 13/5 13/7
**I'd [1]** 13/8
**I'm [6]** 4/24 6/4 12/11 12/12 12/18 12/19
**I'm just [1]** 4/24
**I'm not [2]** 6/4 12/11
**I've [6]** 3/21 12/14 13/3 13/6 13/6 13/7
**idea [2]** 7/5 12/10
**impact [1]** 4/24
**implications [1]** 3/16
**including [1]** 6/5
**indicated [1]** 9/4
**individual [3]** 7/9 7/12 8/5
**inferences [1]** 10/9
**information [3]** 5/6 6/8 9/2
**inquiries [1]** 7/18
**instead [1]** 12/16
**instruct [1]** 9/24
**is [35]**
**Is there [1]** 13/20
**issue [6]** 5/22 8/1 9/17 10/7 10/16 12/1
**issues [1]** 8/5
**it [15]**
**it's [5]** 3/10 5/8 6/13 7/17 9/24

**J**

**John [2]** 2/2 3/8
**Jr [1]** 1/17
**jschmidtlein [1]** 2/4
**JUDGE [2]** 1/10 8/11
**judgment [11]** 3/16 4/3 4/17 4/23 4/24 5/13 9/9 9/18 9/21 10/7 10/8
**just [12]** 3/17 3/19 4/19 4/24 5/24 6/11 6/13 11/25 12/13 12/15 12/17 13/2
**JUSTICE [1]** 1/13

**K**

**Ken [1]** 12/1
**Kenneth [2]** 1/13 3/5
**kenneth.dintzer2 [1]** 1/16
**kind [1]** 6/20
**know [4]** 9/12 10/20 11/11 11/13

**L**

**laid [1]** 8/20
**last [1]** 8/1
**lay [1]** 8/3
**least [2]** 3/19 4/4
**leaves [1]** 4/16
**left [1]** 12/14
**let [1]** 13/8
**letter [1]** 12/3
**light [1]** 5/24
**like [3]** 6/13 12/11 13/8
**limitations [1]** 14/7
**limited [1]** 7/9
**little [1]** 9/24
**LLC [3]** 1/6 3/4 3/8
**LLP [2]** 1/18 2/2
**look [1]** 12/9
**looked [1]** 3/21
**lot [1]** 9/6

**M**

**made [1]** 6/3
**mainly [1]** 9/16
**make [2]** 6/21 7/18
**March [5]** 1/5 4/10 4/13 4/17 14/10
**March 24th [1]** 4/17
**materials [4]** 5/9 5/25 6/24 7/1
**matter [1]** 14/4
**may [10]** 4/6 5/16 5/16 8/25 8/25 10/20 11/14 11/18 12/11 13/4
**maybe [2]** 4/21 5/16
**me [4]** 4/14 7/4 11/19 13/9
**mean [4]** 5/24 7/7 10/16 12/24
**mechanical [1]** 2/10
**MEHTA [1]** 1/10
**Merit [1]** 2/6
**might [1]** 9/23
**mind [1]** 10/1
**misspoke [3]** 4/10 4/11 4/15
**misunderstood [1]** 12/7
**month [1]** 12/19
**more [6]** 5/6 5/8 5/24 6/8 7/25 9/2
**motion [22]**
**motions [3]** 9/21 11/7 11/13
**mountain [1]** 11/14
**Mr. [11]** 5/2 5/3 5/20 8/9 8/10 8/12 9/7 11/2 11/19 12/7 12/9
**Mr. Cavanaugh [2]** 5/3 8/9
**Mr. Dintzer [3]** 5/2 5/20 9/7
**Mr. Schmidtlein [6]** 8/10 8/12 11/2 11/19 12/7 12/9
**much [1]** 13/14
**my [8]** 3/19 3/23 7/7 7/8 9/20 10/1 12/14 12/17
**myself [1]** 9/24

**N**

**necessarily [1]** 10/5
**necessary [3]** 6/21 11/6 11/9
**need [5]** 4/21 9/8 12/12 12/15 13/21
**needs [2]** 5/13 10/13
**never [1]** 8/3
**New [1]** 1/20
**next [3]** 4/9 8/16 8/23
**nice [1]** 3/10
**no [6]** 1/4 8/11 8/11 10/16 12/10 13/22
**Northern [1]** 5/23
**not [15]**
**note [1]** 14/5
**now [4]** 12/13 12/18 13/2 13/15
**NW [3]** 1/14 2/3 2/8
**NY [1]** 1/20

**O**

**oath [2]** 6/19 7/15
**obviously [7]** 6/4 8/7 9/7 9/21 10/9 11/9 11/17
**occurred [2]** 8/22 14/5
**off [2]** 6/18 7/15
**Official [1]** 2/7
**okay [9]** 4/14 8/8 9/14 9/25 10/17 10/19 12/6 13/20 13/23
**one [10]** 4/21 4/22 5/19 6/1 10/3 10/11 12/16 12/18 12/25 13/5
**only [1]** 12/24
**open [1]** 12/14
**opinion [1]** 10/8
**opportunity [1]** 7/10
**oppose [1]** 8/23
**opposition [2]** 4/2 4/9
**order [1]** 8/21
**organized [1]** 13/10
**origin [1]** 5/21
**other [1]** 12/17
**otherwise [1]** 9/23
**ought [3]** 4/25 9/20 9/20
**our [8]** 3/16 4/3 5/5 6/23 6/24 7/22 8/7 11/21
**out [9]** 4/20 4/25 5/16 7/20 8/20 9/2 12/11 12/12 12/19
**own [1]** 12/15

**P**

**p.m [2]** 1/6 13/25
**pandemic [1]** 14/6
**paper [1]** 11/14
**papers [1]** 9/12
**part [1]** 7/11
**parties [1]** 13/7
**PATTERSON [1]** 1/18
**pbwt.com [1]** 1/21
**pending [1]** 8/24
**people [1]** 6/17
**per [1]** 11/3
**period [1]** 6/7
**permitted [1]** 7/18
**person's [1]** 7/20
**place [2]** 5/13 5/14
**Plaintiff [1]** 1/17
**plaintiff's [1]** 3/21
**plaintiffs [5]** 1/4 1/13 3/5 3/7 9/16
**Please [1]** 14/5
**point [1]** 12/10
**pose [1]** 9/15
**position [2]** 5/18 11/22
**potential [1]** 4/23
**practice [2]** 7/14 7/20
**practices [3]** 6/4 6/5 7/25
**prepare [1]** 7/1
**present [1]** 4/4
**presentation [1]** 7/2
**presumably [1]** 6/25
**presumption [1]** 3/20
**Prettyman [1]** 2/7
**prior [1]** 9/9
**probably [3]** 5/8 5/14 11/19
**proceed [1]** 3/20
**proceedings [4]** 1/9 2/10 13/25 14/4
**process [1]** 8/18
**produced [2]** 2/10 6/11
**provides [1]** 10/1
**punishment [1]** 10/6
**push [1]** 6/6
**pushed [1]** 6/7
**put [2]** 5/7 12/3

**Q**

**question [1]** 9/15
**questions [2]** 8/2 8/3

**R**

**reached [1]** 11/23
**read [1]** 11/14
**ready [1]** 12/21
**really [4]** 9/15 9/15 12/20 12/25
**Realtime [1]** 2/6
**reason [1]** 3/13
**recap [1]** 3/19
**receipt [1]** 3/12
**received [1]** 8/3
**recently [2]** 3/14 5/8
**recognize [1]** 5/14
**recollection [1]** 7/7
**record [2]** 6/19 14/3
**recorded [1]** 2/10
**records [1]** 7/6
**redacted [2]** 5/9 5/25
**regarding [1]** 6/22
**Registered [1]** 2/6
**related [1]** 7/16
**relatively [1]** 5/15
**relevant [1]** 8/7
**remotely [1]** 14/7
**reply [2]** 4/5 4/12
**Reporter [4]** 2/5 2/6 2/6 2/7
**reporting [1]** 14/7
**request [5]** 3/13 3/24 3/25 11/4 11/22
**requested [1]** 3/15
**require [1]** 12/21
**resolution [1]** 10/13
**resolved [2]** 9/9 9/17
**resolving [2]** 10/5 10/7
**respond [1]** 8/15
**right [15]**
**RMR [2]** 14/2 14/11
**rules [1]** 8/25

**S**

**said [4]** 4/10 4/21 8/16 10/4
**same [2]** 5/22 11/8
**sanction [4]** 8/19 9/2 9/4 9/19
**sanctionable [1]** 8/21
**sanctions [13]** 3/14 3/22 3/24 3/24 4/1 4/2 4/5 4/24 5/1 8/7 9/17 9/22 10/6
**save [1]** 6/14
**say [2]** 5/20 13/5
**saying [1]** 9/7
**schedule [1]** 3/15
**scheduled [1]** 4/4
**SCHEDULING [1]** 1/9
**Schmidtlein [8]** 2/2 3/8 8/10 8/12 11/2 11/19 12/7 12/9
**see [2]** 3/10 13/24
**seek [1]** 8/25
**seeking [4]** 7/3 7/4 7/7 9/5
**sense [2]** 13/1 13/10
**separately [1]** 11/7
**sequence [1]** 4/25
**sequencing [1]** 10/17
**set [4]** 4/7 8/9 10/21 12/14
**settings [3]** 7/10 7/12 7/20
**shed [1]** 5/24
**should [4]** 5/14 8/20 10/12 11/21
**shouldn't [1]** 11/20
**show [1]** 13/9
**showing [1]** 6/21
**sides [2]** 11/4 11/7
**similar [1]** 5/22
**since [1]** 9/22
**single [1]** 13/3
**six [1]** 12/10
**so [35]**
**some [6]** 5/6 5/8 6/8 10/1 10/10 11/5
**something [1]** 10/12
**sometime [1]** 5/16
**soon [1]** 13/24
**Sorry [1]** 4/11
**sort [3]** 5/21 8/18 11/23
**sought [1]** 5/5
**sound [1]** 12/11
**speaking [1]** 11/19
**specified [1]** 3/25
**spoliation [1]** 8/21
**St [1]** 2/3
**start [2]** 5/2 12/20
**State [1]** 1/17
**STATES [4]** 1/1 1/3 1/10 3/3
**stenography [1]** 2/10
**still [2]** 10/13 12/18
**stop [1]** 8/1
**Street [1]** 1/14
**structure [1]** 13/8
**structured [1]** 12/13
**subject [1]** 14/6
**subjects [2]** 8/6 8/6
**suggesting [1]** 9/7
**Suite [1]** 1/19
**summary [11]** 3/16 4/3 4/17 4/23 4/24 5/13 9/9 9/18 9/21 10/7 10/8
**suppose [1]** 9/23

**T**

**take [6]** 5/13 5/14 9/10 9/11 10/2 13/17
**technological [1]** 14/7
**tell [2]** 12/17 13/14
**terms [4]** 4/20 7/3 8/16 12/12
**thank [4]** 8/11 8/13 13/13 13/23
**Thank you [3]** 8/13 13/13 13/23
**that [59]**
**that's [8]** 3/15 8/16 10/16 10/22 12/8 12/25 13/2 13/3
**their [8]** 5/7 6/18 6/19 7/14 7/20 8/3 8/18 9/4
**them [4]** 5/10 5/10 6/8 7/1
**then [11]** 4/5 4/12 5/18 6/16 6/24 8/24 8/25 10/11 12/6 12/25
**there [10]** 3/23 4/22 6/13 8/20 10/2 10/9 10/10 11/21 12/11 13/20
**there's [1]** 3/25
**therefore [1]** 14/6
**these [7]** 5/18 6/24 7/1 8/1 8/4 8/6 8/6
**they [11]** 7/15 7/25 8/14 8/18 8/25 8/25 9/1 9/2 9/3 9/16 11/5
**they're [2]** 9/3 9/4
**they've [1]** 8/20
**things [2]** 3/20 6/9
**think [9]** 4/10 9/14 10/10 10/13 10/22 10/23 11/4 12/15 13/5
**thinking [2]** 7/22 9/21
**this [27]**
**those [3]** 4/7 11/8 11/8
**thoughts [1]** 8/12
**three [1]** 4/18
**through [1]** 10/12
**throw [1]** 5/16
**time [7]** 6/7 6/25 11/5 11/15 12/11 12/17 12/20
**timing [1]** 11/12
**titled [1]** 14/4
**together [2]** 3/17 6/20
**transcript [3]** 1/9 2/10 14/3
**transcription [1]** 2/10
**trial [3]** 9/22 10/13 12/18
**try [1]** 9/1
**trying [2]** 4/25 12/19
**turn [1]** 8/10
**two [3]** 6/9 12/15 13/4
**TYLER [1]** 1/18

**U**

**U.S [1]** 1/13
**under [2]** 6/19 7/15
**understand [4]** 5/21 7/4 8/14 8/18
**understanding [4]** 3/19 3/22 3/23 7/9
**Understood [1]** 12/23
**UNITED [4]** 1/1 1/3 1/10 3/3
**United States of [1]** 3/3
**unredacted [3]** 5/10 6/10 6/14
**unsatisfactory [1]** 12/9
**up [4]** 5/8 8/19 9/11 13/9
**us [9]** 4/16 4/18 6/3 6/14 10/24 11/12 11/15 12/25 13/18
**usdoj.gov [1]** 1/16
**use [4]** 6/18 6/19 6/25 7/24
**used [1]** 7/15

**V**

**versus [1]** 3/4
**VIA [1]** 1/9
**view [2]** 11/9 11/14
**vs [1]** 1/5

**W**

**want [8]** 5/9 5/11 6/9 6/9 6/16 7/16 8/9 11/12
**wanted [4]** 3/17 4/19 9/15 9/16
**wants [1]** 5/19
**warning [2]** 13/11 13/15
**was [10]** 3/14 5/16 5/23 6/5 7/14 7/20 7/22 10/9 11/6 11/25
**Washington [4]** 1/5 1/14 2/3 2/8
**way [1]** 12/21
**wc.com [1]** 2/4
**we [46]**
**we believe [2]** 6/21 10/4
**we'd [4]** 5/17 6/9 7/16 7/23
**we'll [5]** 8/15 10/1 12/15 13/17 13/24
**we're [3]** 3/12 8/15 9/11
**we've [5]** 6/16 6/23 8/3 11/13 11/20
**WEBB [1]** 1/18
**week [1]** 8/23
**weeks [2]** 4/18 12/10
**welcome [1]** 11/17
**well [6]** 3/11 4/16 5/7 9/14 9/25 13/6
**were [6]** 5/15 6/11 7/21 10/23 11/8 11/8
**wfcavanaugh [1]** 1/21
**what [19]**
**whatever [2]** 11/22 13/17
**when [5]** 4/17 5/20 8/1 11/19 13/6
**where [4]** 3/19 12/20 12/20 13/6
**whether [8]** 7/15 9/16 9/19 9/19 10/12 11/5 11/12 11/20
**which [6]** 6/21 8/3 8/22 9/16 12/3 12/11
**while [1]** 9/6
**who [1]** 11/19
**whole [1]** 10/16
**why [4]** 5/2 7/25 10/16 13/3
**will [8]** 3/20 4/9 4/22 7/18 8/22 13/5 13/7 13/10
**William [5]** 1/17 2/5 3/6 14/2 14/11
**WILLIAMS [1]** 2/2
**willing [1]** 9/11
**wishes [1]** 5/12
**withhold [1]** 5/7
**without [2]** 13/3 13/10
**witness [1]** 7/18
**witnesses [1]** 8/6
**won't [1]** 13/9
**work [1]** 7/16
**work-related [1]** 7/16
**would [17]**
**wouldn't [2]** 6/12 8/5
**wrong [1]** 4/7

**Y**

**Yes [3]** 4/8 5/4 7/13
**yet [1]** 12/12
**York [1]** 1/20
**you [36]**
**you'll [3]** 4/14 13/11 13/15
**you're [2]** 7/3 7/4
**you've [1]** 12/24
**your [22]**
**Your Honor [19]**
**Your Honor's [1]** 11/3

**Z**

**Zaremba [3]** 2/5 14/2 14/11
**ZOOM [1]** 1/9