## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | **FILED UNDER SEAL** |
| Defendant. | |

## PLAINTIFF STATES' STATEMENT OF MATERIAL FACTS
## <u>AS TO WHICH THERE IS NO GENUINE ISSUE</u>

**TABLE OF CONTENTS**

I.     INDUSTRY BACKGROUND ............................................................................1

  A.   U.S. General Search Markets ...............................................................1

  B.   The Importance of Scale for Google .....................................................3

  C.   Google's Reliance on its Search Advertising Business ..........................4

II.    ELEMENTS OF GOOGLE'S SEARCH ENGINE RESULTS PAGE ....................5

III.   GOOGLE'S SEARCH DISTRIBUTION AGREEMENTS .............................12

IV.    GOOGLE'S SEM TOOL SA360 .............................................................19

  A.   Google's Conflicted Position in the U.S. Advertising Market ..............23

  B.   SA360 Feature Disparity for Auction-Time Bidding ...........................25

  C.   SA360 Feature Disparity for Other Current and Future Features .........28

V.     GOOGLE'S CONDUCT REGARDING SPECIALIZED VERTICAL PROVIDERS .........30

  A.   SVPs Rely on Google for User Traffic ................................................32

  B.   Google Restricts SVP Visibility in Strategically Important Verticals ....34

  C.   Google's Restrictions on SVP Visibility Harm SVPs, Including Decreased Traffic and Increased Customer Acquisition Costs ........................................43

  D.   Google Requires SVPs to Provide Access to Valuable Structured Data Without Adequate Compensation ..........................................................46

  E.   By Harming SVPs, Google Protects its Monopolies and Limits Innovation .....................49

Plaintiff States[1] respectfully submit this statement of undisputed material facts relevant to Google's summary judgment motions, in accordance with Local Rule 7(h).  The States are concurrently filing the exhibits cited herein along with an exhibit index.

## I.   INDUSTRY BACKGROUND

### A.   U.S. General Search Markets

1.      Google Search is a general search engine, a website that responds to user queries on any topic and provides results from a wide range of publicly available online information. Baker Opening Report ¶ 76 (Ex. 1); Gomes (Google) 9/24/20 Tr. 51:22-53:3 (Ex. 7); Gomes (Google) 12/10/21 Tr. 60:16-61:7 (Ex. 8); Google, "How Search works," https://www.google.com/search/howsearchworks/howsearch-works/organizing-information/ ("Every time you search, there are thousands, sometimes millions, of webpages or other content that might be a match."); Google SMF ¶ 2.[2]

2.      According to Google, Google Search "makes it easy to discover a broad range of information from a wide variety of sources."  Google, Our approach to Search, https://www.google.com/search/howsearchworks/our-approach/ (Ex. 10).

3.      The "buyers" of general search services are users who provide their attention, data, and potential spending dollars to advertisers.  Baker Opening Report ¶¶ 148-50, 193 (Ex. 1); Elzinga (Google Expert) Tr. 337:22-338:1 (Ex. 11).

4.      The four leading U.S. general search firms today, based on user queries, are Google, Bing, Yahoo!, and DuckDuckGo.  Others include AOL, Brave, Ecosia and Neeva.

---

[1] "Plaintiff States" or "States" refer to the undersigned thirty-eight jurisdictions that are Plaintiffs in *Colorado et al. v. Google LLC*, No. 20-cv-03715-APM.

[2] Citations to "Google SMF" refer to Google's Statement of Material Facts regarding the allegations in the States' Complaint.

Baker Opening Report ¶¶ 86, 213 (Ex. 1); Gomes (Google) 12/10/21 Tr. 60:16-61:7 (Ex. 8).

5.      Google market share in the U.S. general search services market, measured by either search queries or page views, is nearly 90% and has been more than 80% since 2012. Bing, Google's closest competitor, has never had more than 11% market share since 2012. Baker Opening Report ¶¶ 220-21 & Table 16 (Ex. 1).

6.      The information on a general search engine ("GSE") is collected by crawling and indexing websites throughout the internet, or by syndicating this data from another general search service that crawls and indexes.  Google and Bing crawl and index the internet to generate their content, whereas DuckDuckGo and Yahoo! syndicate their search results from Bing.  Baker Opening Report ¶¶ 76, 86, 214, 215 (Ex. 1); Answer to States' Complaint ¶¶ 63-64 (ECF No. 110); Nayak (Google) 10/28/21 Tr. 61:6-62:22 (Ex. 12); Google, "How Search works," https://www.google.com/search/howsearchworks/how-search-works/organizing-information/ (Ex. 9); Bing, "Why is My Site Not in the Index?," https://www.bing.com/webmasters/help/why-is-my-site-not-in-the-index-2141dfab (Ex. 13).

7.      General search services supplement this information with "structured data" (*e.g.*, data indicating a hotel's availability and prices on different dates, or a plumber's service area and the hours when its office is open) acquired from third parties that is not available on the open internet.  Baker Opening Report ¶¶ 76, 90, 215 (Ex. 1); ██████████████████ ██ (Ex. 14); Google, "How Search works," https://www.google.com/search/howsearchworks/howsearch-works/organizing-information/ (Ex. 9); Google, "In-depth guide to how Google Search works," https://developers.google.com/search/docs/advanced/guidelines/how-search-works (Ex. 15).

8.      The major general search companies derive nearly all of their search-related

revenue from advertising.  The only exception is Neeva, which is ad-free and generates revenue by selling subscriptions.  Baker Opening Report ¶¶ 106, 218 (Ex. 1).

9.     Most ads that appear on the search engine results page ("SERP") of the four leading U.S. general search companies are served by Google or Bing.  Yahoo! and DuckDuckGo (the third and fourth largest GSEs) use Bing to serve their ads and share the resulting revenue with Bing.  Baker Opening Report ¶ 111 (Ex. 1); Carlson, Nicholas, "Marissa Mayer redoes Yahoo's search deal with Microsoft, makes huge changes," *Business Insider*, April 16, 2015, https://www.businessinsider.com/yahoo-renews-microsoft-search-partnership-2015-4  (Ex. 16); Ramalingam (Yahoo!) 4/26/22 Tr. 160:13-18 (Ex. 17).

10.     Google's market share of advertising revenue on general search services is over 91% and has been over 80% every year since at least 2012.  Bing, Google's closest competitor, has held less than 10% share every year.  Baker Opening Report ¶¶ 225-26 & Table 17 (Ex. 1).

**B.     The Importance of Scale for Google**

11.     Today, Google's search engine typically receives more than ███████████ ████████████ the U.S. and 89% of all search queries on general search firms ("GSFs") in the U.S.  Baker Opening Report ¶¶ 77, 220 & Table 16 (Ex. 1).

12.     The vast number of search queries that Google receives provides it with scale, which helps it to better respond to future queries and to provide information faster and more accurately and to improve its algorithms.  Baker Opening Report ¶ 142 (Ex. 1); Baker Reply Report ¶¶ 123-28 (Ex. 3); ████████████████████████████████ ███████████████ (Ex. 18).

13.     More users running more queries also makes Google more appealing to advertisers because there is an increased likelihood that there are users who will be interested in the advertiser's product or service.  Baker Opening Report ¶¶ 143-44 (Ex. 1); Elzinga (Google

Expert) Tr. 337:22-338:10 (Ex. 11).

14.    Many advertisers do not find it cost-effective to advertise on smaller GSEs with

significantly smaller user bases due to the fixed costs of creating and managing an ad campaign.

Baker Opening Report ¶ 145 (Ex. 1); ███████████████████████ (Ex. 19);

Competition & Markets Authority, "Online platforms and digital advertising, Market study final

report," https://www.gov.uk/cma-cases/online-platforms-and-digital-advertising-market-study, p.

215 (Ex. 20).

15.    

Baker Opening Report ¶ 147 (Ex. 1); ████████████

██████████ (Ex. 21); ████████████████ (Ex. 22); ██████

███████████ (Ex. 14).

**C.    Google's Reliance on its Search Advertising Business**

16.    In 2019, about ███ billion of Google's $74.8 billion total revenue in the U.S.

███ was generated from Google Search advertising.  Baker Opening Report ¶ 106 (Ex. 1);

Baker Rebuttal Report ¶ 67 n.173 (Ex. 2).

17.    The vast majority of Google's ad revenue is from text ads, accounting for ███ of

all U.S. general search advertising spending on Google.  Baker Opening Report ¶ 106 & Figure 7

(Ex. 1).

18.    Google's search and search advertising operations have ████████████



Hammer (DOJ Expert) Opening Report ¶¶ 86-87 (Ex. 23).

19.     For the last few years, Google reported operating profit margins of over ▉ from

its worldwide search business and projects ▉▉▉▉▉▉▉▉▉▉▉▉▉

▉ Hammer (DOJ Expert) Opening Report ¶ 89 (Ex. 23).

20.     In 2020, Google's operating profits from general search advertising ▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Hammer (DOJ Expert) Opening Report ¶ 72 (Ex. 23).

21.     If users no longer came to Google Search to research and discover online

destinations, then the sale of ads would collapse, threatening the search business with, as a

Google document says, "irrelevance."  GOOG-DOJ-02860873, -881-85 (Ex. 24).

## II.     ELEMENTS OF GOOGLE'S SEARCH ENGINE RESULTS PAGE

22.     The below Figure 1 shows different elements that can appear on Google's SERP,

in this example, for the query "plumbers chicago."  *See* Baker Opening Report ¶ 96 (Ex. 1).

23.     The top of the SERP in Figure 1 displays paid ads specific to the local services

commercial segment (or "vertical").  Baker Opening Report ¶¶ 96, 119-20 (Ex. 1).  In this

example, there are local services ads for three local plumbers.  Beneath those, the SERP shows a

paid text ad that takes a user to the advertiser's website when clicked.  Below that is an example

of Google's "universal" feature offering information (obtained from third parties) specific to the

local search query.  Baker Opening Report ¶¶ 6, 78, 82-84, 88, 91, 99, 126 & Figures 1-4 (Ex. 1);

Holden (Google) Dep. Ex. 4 (Ex. 25); Holden (Google) Dep. Ex. 9 (Ex. 26); Fitzpatrick (Google)

Dep. Ex. 14 (Ex. 27).  Finally, near the bottom of the SERP is a familiar unpaid link (here for

Yelp.com) commonly referred to as "blue links."  Baker Opening Report ¶¶ 78, 89 (Ex. 1);

Google SMF ¶ 3.

**Figure 1**



24.     The local services ads depicted in Figure 1 above are an example of Google's vertically-focused search ads.  Unlike text ads, vertically-focused search ads look less like algorithmic results and may include photos and information such as prices, customer ratings, and business hours.  Baker Opening Report ¶ 101, 193 & Figure 3 (Ex. 1); Google SMF ¶¶ 5-6.

25.      Google's vertically-focused search ads include product listing ads (also known as PLAs or shopping ads), local search ads, and hotel ads.  Baker Opening Report ¶¶ 6, 104 (Ex. 1); ███████████████████ (Ex. 28); Dischler (Google) Tr. 17:1-12 (Ex. 29); Google SMF ¶ 6.

26.      Google has universals that can appear on its SERP for hotels, flights, shopping, and vacation rentals, among others.  Baker Opening Report ¶¶ 6, 91, 99, 126 & Figures 1-4 (Ex. 1); Holden (Google) Dep. Ex. 4 (Ex. 25); Holden (Google) Dep. Ex. 9 (Ex. 26); Fitzpatrick (Google) Dep. Ex. 14 (Ex. 27); Google SMF ¶¶ 55, 99, 130, 186, 198.

27.      Google has also developed its own specialized vertical sites that are separate but reachable from the SERP, such as the immersive and business listing (or detail) pages.  Baker Opening Report ¶¶ 99, 126 (Ex. 1); Elzinga (Google Expert) Opening Report ¶¶ 146-47 (Ex. 30); Redeam, "A Timeline of Google's Advances in Travel," https://redeam.com/google-travel-timeline/ (Ex. 31); Google SMF ¶¶ 20-21.

28.      According to Google's own expert, the immersive and detail pages are less prominent than the SERP's universals.  Elzinga (Google Expert) 11/8/22 Tr. 330:15-331:12, 333:7-16 (Ex. 11).

29.      Users can reach Google's immersive page by clicking on the search universal.  Baker Opening Report ¶¶ 13, 99 (Ex. 1); Holden (Google) 9/30/21 Tr. 86:21-87:6, 107:21-108:7, 252:15-253:3 (Ex. 32); Holden (Google) Dep. Ex. 4 (Ex. 25); Holden (Google) Dep. Ex. 5 (Ex. 33); Fitzpatrick (Google) Tr. 63:8-64:16 (Ex. 34); Fitzpatrick (Google) Dep. Ex. 2 (Ex. 35); Fitzpatrick (Google) Dep. Ex. 3 (Ex. 36); Google SMF ¶¶ 92 (hotels), 123 (flights).

30.      In the hotels vertical, the immersive page displays ads alongside a map of the properties.  An example of Google's hotel immersive is shown in Figure 2 below.  Elzinga

(Google) Opening Report ¶ 148 & Ex. 13 (Ex. 30); Holden (Google) 9/30/21 Tr. 107:21-108:21

(Ex. 32); Holden (Google) Dep. Ex. 5 (Ex. 33); Baker Opening Report ¶ 99 & Figure 5 (Ex. 1).

**Figure 2**



31.     The business listing (or "detail") page (which, for hotels, offers additional

information and booking links such as links to the hotel site and to SVPs) is reachable from the

immersive page or from the SERP itself.  An example of a business listing page for a hotel is

shown in Figure 3 below.  Elzinga (Google Expert) Opening Report ¶¶ 146-47, 149 (Ex. 30);

Redeam, "A Timeline of Google's Advances in Travel," https://redeam.com/google-travel-timeline/ (Ex. 31); Baker Opening Report ¶¶ 13, 99, 106 (Ex. 1); Holden (Google) 9/30/21 Tr. Ex. 116:23-117:22 (Ex. 32); Holden (Google) Dep. Ex. 5 (Ex. 33); Holden (Google) Dep. Ex. 6 (Ex. 37); Answer to States' Complaint ¶ 184 (ECF No. 110); Google SMF ¶¶ 95-96.

**Figure 3**



32.     Google's SERP features also include information boxes, such as knowledge panels, that provide information on specific topics.  An example of a knowledge panel is shown in Figure 4 below.  Elzinga (Google Expert) Opening Report Exhibit 53 (Ex. 30); Baker Opening

Report ¶¶ 6, 78 & Figure 4 (Ex. 1); Google, "About knowledge panels,"

https://support.google.com/knowledgepanel/answer/9163198?hl=en (Ex. 38); Google SMF ¶

162.

**Figure 4**



33.    Over time, Google has altered its SERP for commercial queries to increasingly

display Google's own search universals above the unpaid blue links.  Baker Opening Report ¶¶

284-285 & Table 23 & Figures 26-27 (Ex. 1); GOOG-DOJ-07548313, -314 (Ex. 39);

Tinuiti.com, "Google Algorithm Updates History & Timeline (2000-2021),"

https://tinuiti.com/blog/seo/google-algorithm-updates-history-timeline/ (Ex. 40); ▇▇▇▇▇

███████████ (Ex. 41); Google Ads and Commerce Blog, "Google Hotel Ads joins Google Ads," https://www.blog.google/products/ads/hotel-campaigns/ (Ex. 42); RevLocal, "What's Up With Google's Local Services Ads?" https://www.revlocal.com/resources/library/blog/whats-up-with-googles-local-service-ads (Ex. 43); BlueCorona.com, "What are Google Local Service Ads? Everything You Need to Know," https://www.bluecorona.com/blog/google-local-services-ads/ (Ex. 44); ███████████ (Ex. 45).

34.     For many commercial searches, blue links appear "below the fold," meaning a user must scroll down to see the links.  Braddi (Google) Tr. 296:16-25 (Ex. 46); Baker Opening Report ¶ 82, n. 17 (Ex. 1); Baker Rebuttal Report ¶ 54 n. 136 (Ex. 2).

35.     Search users read the SERP from top down and are less likely to click links that appear lower on the page, particularly when they are below the fold.  Baker Opening Report ¶ 286 & Table 24 (Ex. 1); Baker Rebuttal Report ¶ 54, n. 136 (Ex. 2); GOOG-DOJ-15860312, -331-38 (Ex. 47).

36.     ████████████████████████████████████ ███████████ Baker Rebuttal Report ¶¶ 21-26, 54, Table 1 & Figure 2 (Ex. 2).

37.     ████████████████████████████████████ ████████████████████████ Baker Opening Report ¶¶ 287-88 & Table 25 (Ex. 1).

38.     Google's own expert admits uncertainty as to the accuracy of his analysis of the extent to which users click on the universals.  Elzinga (Google Expert) Tr. 145:2-16 ("What's the real number? I'm not sure . . . Could it appear somewhere in between Professor Baker's estimates and mine? Perhaps it does.") (Ex. 11).

III.    **GOOGLE'S SEARCH DISTRIBUTION AGREEMENTS**

39.    For years, Google has entered into a series of contracts with smartphone manufacturers (most notably Apple), mobile carriers (including ███████████ and ██████), and companies that provide Internet browsers to ensure that Google is the default GSE.  Baker Opening Report ¶¶ 248-49 & Table 20 (Ex. 1); Baker Reply Report ¶ 113 (Ex. 3); Answer to States' Complaint ¶ 43 (ECF No. 110).

40.    Google has exclusive Revenue Share Agreements (RSAs) with manufacturers and carriers to pre-install Google as the default search on search access points.  Baker Opening Report ¶ 249 (Ex. 1); Davies (DOJ Expert) Opening Report ¶¶ 77-80 (Ex. 48); Varian (Google) 3/1/22 Tr. 268:12-25 (Ex. 49); Rosenberg (Google) 12/13/21 Tr. 39:11-40:18 (Ex. 50); ████

████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████

41.    Google has had an exclusive pre-installation default arrangement with ████ since at least 2005 and has had exclusive pre-installation default arrangements with ████ and ████ since at least 2010.  Baker Opening Report ¶ 250 (Ex. 1); Answer to States' Complaint ¶ 107 (ECF No. 110); GOOG-DOJ-02696817, 817-19 (Ex. 54); ██████████████ (Ex. 55); ██████████████████ (Ex. 56); ████████████████████████ (Ex. 57).

42.    ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████████████ Higgins

██████████████████████ (Ex. 56).

43.     Google has Mobile Application Distribution Agreements (MADAs) with manufacturers of Android devices that license a suite of Google applications.  Baker Opening Report ¶ 249 (Ex. 1); Rosenberg (Google) 12/13/21 Tr. 37:3-38:5 (Ex. 50).  Examples of MADAs include GOOG-DOJ-02697863 (Ex. 60), GOOG-DOJ-02698052 (Ex. 61), GOOG-DOJ-02697939 (Ex. 62).

44.     MADAs require a full bundle of Google applications to be present on the default home page screen in specified locations as a condition for permission to distribute devices with any of those applications.  Baker Opening Report ¶ 249 (Ex. 1); Davies (DOJ Expert) Opening Report ¶¶ 67-70 (Ex. 48); Answer to States' Complaint ¶¶ 118-21 (ECF No. 110); Rosenberg (Google) Tr. 29:19-37:8 (Ex. 50); Pichai (Google) 4/5/22 Tr. 52:3-6, 169:17-170:10 (Ex. 63); GOOG-DOJ-02698052, -055, -057-58 ████████████████████ (Ex. 61); GOOG-DOJ-02697863, -867-68, -871-72 ██████████████████████) (Ex. 60); GOOG-DOJ-02697939, -944, -948-49 ████████████████ (Ex. 62).

45.     The MADAs require smartphone manufacturers to sign an Anti-Fragmentation Agreement (AFA) or its successor Android Compatibility Commitment (ACC).  This contract prohibits manufacturers from distributing devices that do not comply with detailed hardware and software specifications, which Google can unilaterally alter.  Davies (DOJ Expert) Opening Report ¶ 63 (Ex. 48); Answer to States' Complaint ¶¶ 115-16 (ECF No. 110); GOOG-DOJ-02698052, -055 ████████████████ (Ex. 61); GOOGDOJ-02697863, -867–68 █████████████████ (Ex. 60); GOOG-DOJ-02697939, -944 ████████████ (Ex. 62); GOOG-DOJ-02698102, -107 ████████████████ (Ex. 64);

GOOG-DOJ-02697362, -362-63 ██████████████████ (Ex. 65); GOOG-DOJ-
10988553, -553-544 ████████████████ (Ex. 66); GOOG-DOJ-28380959, -
967 (Ex. 67).

     46.    ██████████████████████████████████████

██████████████ Davies (DOJ Expert) Opening Report ¶ 63 (Ex. 48); Answer to

States' Complaint ¶¶ 116 (ECF No. 110); GOOG-DOJ-12878269 ██████████ (Ex. 68);

GOOG-DOJ-02698257 ████████████ (Ex. 69); GOOG-DOJ-02697362 ██████████

██ (Ex. 65); GOOG-DOJ-20955686 ████████████████████████ (Ex.

70).

     47.    Since 2014, Google paid almost █████ to smartphone manufacturers, mobile

carriers, browsers and other Android partners to ensure that Google Search is the pre-installed

default, including ████████████ alone.  Baker Opening Report ¶ 251 & Table 21 (Ex.

1); Rangel (DOJ Expert) Opening Report ¶ 112 (Ex. 71); Porat (Google) Tr. 28:21-25 (Ex. 72);

████████████████ (Ex. 73); GOOG-DOJ-28350201, -204 (Ex. 74); ████

██████████ (Ex. 56); ████████████ (Ex. 55).

     48.    The largest payments were to █████ to which Google paid over ██████████

████████████████████ Baker Opening Report ¶ 251 & Table 21 (Ex. 1);

Answer to States' Complaint ¶ 108 (ECF No. 110).

     49.    Google makes these ████████ payments each year to lock in Google's default

pre-installation status because, as Google's own documents confirm, consumers tend to retain

defaults settings.  Baker Opening Report ¶ 256 (Ex. 1); Rangel (DOJ Expert) Opening Report ¶¶

61-97 (Ex. 71); Answer to DOJ Plaintiffs' Complaint ¶ 47 (ECF No. 87) ("Google admits that

attaining a preinstalled search access point, depending on the setting, can encourage utilization of

a service"); Varian (Google) Tr. 268:4-269:19 (Ex. 49).

50.     For example, a Google study of default home pages found that "[m]ost users stay with pre-configured home page settings" and "do not always make an active, deliberate choice of a [search engine]."  Google found that if it lost home page settings, it could lose "a big share" to competitors.  Baker Opening Report ¶ 257 (Ex. 1); Rangel (DOJ Expert) Opening Report ¶¶ 68, 96 (Ex. 71); GOOG-DOJ-05756467, -482, -484, -485 (Ex. 75); Varian (Google) Tr. 282:9-286:3 (Ex. 49).

51.     Likewise, another Google analysis predicted that Google would lose ████████ ████████████████████████████████████████████████████████████ ████████  Baker Opening Report ¶ 259 (Ex. 1); GOOG-DOJ-17461385, -412 (Ex. 76).

52.     There are numerous examples of this effect: ████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████  Opening Report ¶ 259 (Ex. 1); Rangel (DOJ Expert) Opening Report ¶¶ 104-11 (Ex. 71); Roszak (Google) 1/11/22 Tr. 69:22-70:16, 92:10-95:14 (Ex. 77); GOOG-DOJ-09088910, -921 (Ex. 78).

53.     Microsoft projected that if Apple changed its pre-installed default search engine from Google to Bing, then ████ of search queries would stay on Bing.  Baker Opening Report ¶¶ 258 (Ex. 1); ████████████████████████████████ (Ex. 22); ████████████████████ ████████████████ (Ex. 18).

54.     It would be irrational for Google to pay ████████████████ a year for default placement if it did not believe that being the default had a powerful effect of steering users to Google and away from competitors, and was a profitable business decision.  Rangel

(DOJ Expert) Opening Report ¶¶ 112-13 (Ex. 71); Israel (Google Expert) Tr. 448:16-22 (Ex. 79);

Levine (Google) Tr. 233:18-240:6 (Ex. 80); Porat (Google) Tr. 27:9-28:4, 29:19-30:1 (Ex. 72).

55.     In 2021, ███ of mobile general search queries were covered by Google's

agreement with Apple.  This figure increased ████████████████████ as has the

overall percentage of search queries that are made on mobile devices.  Baker Opening Report ¶

252 & Figure 16 (Ex. 1); Answer to DOJ Complaint ¶ 121 (ECF No. 87).

56.     ██████████████████████████████████████

████████████████████████████████ (Ex. 81); ███

██████████████████████████ (Ex. 82); ████████████

███ (Ex. 83); Baker Reply Report ¶ 111 (Ex. 3).

57.     ██████████████████████████████████████

████████████████████████████████████████████

███ (Ex. 82); Baker Reply Report ¶ 111 (Ex. 3).

58.     Faced with the prospect of entry of a new, credible competitor, ██████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

█████████████████ Baker Reply Report ¶¶ 6, 111 & Figure 5 (Ex. 3).

59.     Apple has worked with specialized vertical provider ("SVP") partners in the past

to provide SVP-branded travel and local content for Apple Maps.  Apple Maps showing

TripAdvisor, Booking.com reviews in search results (Apr. 6, 2015)

https://appleinsider.com/articles/15/04/06/apple-maps-showing-tripadvisor-bookingcom-

reviews-in-search-results (Ex. 84); Verifying Information on Yelp for Apple Maps (Feb. 24,

2022) https://newmediaretailer.com/verifying-information-on-yelp-for-apple-maps/ (Ex. 85);

Apple Maps integrating TripAdvisor and Booking.com hotel reviews in results (Mar. 1, 2018)

https://www.imore.com/apple-maps-integrating-tripadvisor-and-bookingcom-reviews-results

(Ex. 86);  (Ex. 87).

60. 

Baker Reply Report ¶ 190

(Ex. 3); DuckDuckGo, "Anonymous Localized Results,"

https://help.duckduckgo.com/duckduckgo-help-pages/privacy/anonymous-localized-results/ (Ex.

88); GOOG-DOJ-13115029, -039 (Ex. 89); GOOG-DOJ-17642826, -827 (Ex. 90); 

(Ex. 91); (Ex. 82);

Harrison (Google) 3/10/22 Tr. 312:3-25 (Ex. 92).

61. Between the Apple agreement and Android agreements,  of mobile general

search queries in 2021 were covered by Google's agreements.  Baker Opening Report ¶ 253 &

Figure 17 (Ex. 1).

62. Adding queries made through Google's Chrome browser and its Search App,

which also use Google as the default, brings the percentage of all mobile and desktop general

search queries controlled by a Google default to  as of 2021.  Baker Opening Report ¶ 255 &

Figure 19 (Ex. 1).

63. 

Baker Reply Report ¶ 188 (Ex. 3);

(Ex. 93).

64. ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████ (Ex. 94); ██████████████ (Ex. 95).

65. ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██ (Ex. 96); ████████████ (Ex. 97).

66.     OEMs (e.g., ██████) and carriers (e.g., ████████████ and ██████) sought
to install ██████ on their devices, because, in the words of ████████████████████████████
████████████████████████████████████ (Ex. 56); ████
████████████████████████████ (Ex. 93); ████████████████████████████
████ (Ex. 55) (considered partnership with ████ and Bing together); ████████████████
████████ (sought ██████ partnership because it would ████████████████████████████
████████ (Ex. 98); ████████████████ viewed ████ as ████████████████████
(Ex. 99).

67.     As early as 2015, Google recognized that ██████ technology could "unseat
them" Google.  GOOG-DOJ-07896399, -408 (Ex. 100).

68.     Google understood that ██████ could address ████████████████████████████
████████████ GOOG-DOJ-21824751 (Ex. 101).

69.     Google used the importance of its revenue share agreements to hamper ████████
potential partnerships.  ██████ understood from Google that installing ██████ would jeopardize
their revenue share payment.  ████████████████████████████ (Ex. 55).

70.     When ▮▮▮▮ sought to include ▮▮▮▮ technology on its phones, ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Baker Reply Report ¶ 189 (Ex. 3); *compare* GOOG-DOJ-

21716020, -021 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *with* GOOG-

DOJ-21682392, -394 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Ex. 51);

▮▮▮▮▮▮▮ (Ex. 102); ▮▮▮▮▮▮▮ (Ex. 103); ▮▮▮▮▮▮▮ (Ex. 104).

71.     Google insisted that ▮▮▮▮ partnering with ▮▮▮▮ would violate the revenue

share agreements if ▮▮▮▮ technology had *any* access to content on the internet.  Google also

indicated to ▮▮▮▮ it wanted this restriction to apply retroactively and refused to allow any

carve-out for ▮▮▮▮ ▮▮▮▮▮▮▮▮▮ (Ex. 103).

72.     According to ▮▮▮▮, Google ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Ex. 103); ▮▮▮▮▮▮▮ (Ex. 105).

73.     Other manufacturers and carriers installed a similarly restricted version of

▮▮▮▮ technology to avoid violating Google RSAs. ▮▮▮▮▮▮▮▮▮▮ (Ex. 106); ▮▮▮

▮▮▮▮▮▮▮ (Ex. 107); ▮▮▮▮▮▮▮▮▮ (Ex. 108); ▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ (Ex. 109); ▮▮▮▮▮▮▮▮▮▮▮ (Ex. 110); ▮▮▮

▮▮▮▮▮▮▮ (Ex. 111).

74.     To avoid revenue share concerns, those mobile devices with ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮ (Ex. 93).

## IV.     GOOGLE'S SEM TOOL SA360

75.     Advertisers use two primary methods to bid in ad auctions and place search ads:

native advertising tools and search engine marketing (SEM) tools.  Native advertising tools allow advertisers to place ads with one specific GSE.  Google's native tool is Google Ads and Bing's is Microsoft Ads.  Baker Opening Report ¶¶ 111, 113 (Ex. 1); Amaldoss Opening Report ¶¶ 245 (Ex. 5); ███████████████████ (Ex. 112); Answer to States' Complaint ¶ 146 (ECF No. 110); Google SMF ¶ 243(b)-(c).

76.     SEM tools allow advertisers to plan and manage search advertising campaigns across multiple GSEs.  Baker Opening Report ¶ 113 (Ex. 1); Amaldoss Reply Report ¶¶ 123-25 (Ex. 6); ██████████████████ (Ex. 28); Answer to States' Complaint ¶¶ 49, 145 (ECF No. 110); Google, "Product Overview: Search Ads 360," https://services.google.com/fh/files/misc/search_ads_360_product_overview.pdf (Ex. 113); Google SMF ¶¶ 252-53.

77.     Google's SEM tool is called SA360; other competitors are Marin, Skai (formerly Kenshoo) and Adobe.  Amaldoss Opening Report ¶¶ 249-50 (Ex. 5); Google SMF ¶¶ 243(c), 252.

78.     When an advertiser places ads through an SEM tool, including SA360, the tool earns a commission on the dollars it manages.  Baker Opening Report ¶ 115 (Ex. 1).

79.     In 2020, about one-third of the revenues from the sale of general search ads flow through the four major SEM tools (SA360, Marin, Skai and Adobe).  Baker Opening Report ¶ 118 (Ex. 1).

80.     SA360 is by far the most used SEM tool.  In 2020, SA360 accounted for ███ of general search ad revenue from SEM tools, up from ███ in 2016.  Baker Opening Report ¶ 118, Table 4 (Ex. 1); Amaldoss Opening Report ¶¶ 249-51 (Ex. 5); GOOG-NE-02536183, -187, -194 (Ex. 114) ("SA360 is the #1 SEM tool and larger than all other tools combined"); GOOG-DOJ-

24816888, -888 (Ex. 115); ██████████████████████████ (Ex. 21); GOOG-DOJ-

06262890, -892 (Ex. 116); ███████████████████ (Ex. 117).

81.     SEM tools are popular because they save advertisers time and effort by allowing

them to use a single product to manage and compare ad campaigns across multiple native tools,

evaluate the relative performance of ad campaigns across multiple platforms, and use powerful

tools to assist with ad placement and bidding strategies.  Baker Opening Report ¶ 144 (Ex. 1);

Amaldoss Opening Report ¶¶ 249, 253-54 (Ex. 5); Answer to States' Complaint ¶ 157 (ECF No.

110); ████████████████████████ (Ex. 28); ████████████████

██ (Ex. 118); ██████████████████ (Ex. 112); ████████████████

(Ex. 117); Krueger (Google) Tr. 141:11-142:1 (Ex. 119); Kachachi (Google) Tr. 62:1-13 (Ex.

120);  GOOG-DOJ-23028616, -616 (Ex. 121); █████████████████ (Ex. 122).

82.     ███████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████

83.     SEM tools, and particularly SA360, are also competitively important for rival

general search firms because they provide an efficient means to attract advertisers that would not

otherwise invest in using the rival general search firm's native tool to place ads.  ████

████████████████████ (Ex. 117); ████████████████████████████

(Ex. 22).

84.     Advertisers rarely switch between SEM tools because it requires significant

investments of time, effort and expense.  Amaldoss Opening Report ¶¶ 257, 291 (Ex. 5); ████

████████████████████ (Ex. 117).

85.     ███████████████████████████████████████

████████████████████████████████████████████████████

████████████████ (Ex. 124).

86.   ████████████████████████████████████████

████████████████████████████████████████████████████

████████ (Ex. 28).

87.   For ████████████████████████████████████████

████████████████████████████ (Ex. 118); Amaldoss Opening Report ¶ 257

(Ex. 5); Amaldoss Reply Report ¶ 125 (Ex. 6).

88.   In addition, it is costly for an advertiser to use an SEM tool other than SA360

exclusively because Google integrates all Google Ad features into SA360, but not necessarily

into competing SEM tools.  GOOG-NE-02536183, -188 (Ex. 114); ████████████████

████████████████ (Ex. 125); Kachachi (Google) Tr. 155:7-156:6 (Ex. 120); ████

████████████████████████████████████████████████████

████████████████ (Ex. 126).

89.   It is nearly impossible for online marketers to avoid advertising on Google due to

Google's dominance in general search, making use of SA360 vital.  Baker Opening Report ¶¶

227, 303 (Ex. 1); GOOG-DOJ-24793794, -801 (Ex. 127); ████████████████████

████████ (Ex. 128); ████████████████████████ (Ex. 129); ████████████████

████████████████ (Ex. 130); ████████████████ (Ex. 131); ████████████

████████████████ (Ex. 28); ████████████████████████ (Ex. 21).

90.   Using multiple SEM tools concurrently is ████████████████████

████████████████████████████████████████████████████

████████████████ (Ex. 28); Amaldoss Reply Report ¶ 127 (Ex. 6); ████████

███████ (Ex. 126).

91.     The use of multiple SEM tools contravenes the tools' very purpose, which as Google explains is to "allow[] buyers to manage and track digital campaigns across a single platform."  Google, "Search Ads 360 Overview," https://support.google.com/searchads/answer/1187512 (Ex. 132).

**A.     Google's Conflicted Position in the U.S. Advertising Market**

92.     SA360 was previously called DoubleClick, which Google acquired in 2008. News from Google, Google Closes Acquisition of DoubleClick http://googlepress.blogspot.com/2008/03/google-closes-acquisition-of_11.html (Ex. 133); Google SMF ¶ 252.

93.     Through its ownership of SA360, Google has conflicting interests, *i.e.* Google's SEM tool purports to assist advertisers in optimizing their purchase of ads, including ads that Google itself is selling.  No other SEM tool provider has this conflict.  Amaldoss Opening Report ¶ 252 (Ex. 5); Israel (Google Expert) Tr. 321:20-322:3 (Ex. 79); Kachachi (Google) Tr. 68:24-69:7 (Ex. 120); ███████████████ (Ex. 112).

94.     In the years after Google acquired DoubleClick, ███████████



(Ex. 134); Amaldoss Opening Report ¶ 259 (Ex. 5); GOOG-DOJ-27571830, -031 (Ex. 135) (2011 Google sales presentation: "We believe in analytics-based marketing – on Google, Bing, Yahoo,

███████████████████████████   GOOG-DOJ-11574718, -721 (Ex. 136).

95.      Google has represented repeatedly that SA360 offers functionality and interoperability across ad platforms in an attempt to avoid the perception that it was favoring its own GSE over competitors.  Amaldoss Opening Report ¶¶ 260-61 (Ex. 5); ████████████████ ████████████ (Ex. 134); GOOG-DOJ-24873894, -905, -908 (Ex. 251).

96.      By Google's own admission, it "prioritizes Google features" on SA360 and ensures that "SA360 is first to market on key Google Ads features," while failing or delaying integration of these key features on competing search platforms including Microsoft Ads. GOOG-NE-02536183, -186 (Ex. 114); GOOG-DOJ-24814854, -856 (Ex. 252); Amaldoss Opening Report ¶ 280 & Table 2 (Ex. 5); ████████████████ (Ex. 125).

97.      ████████████████████████████████████████████████████████████████████████████████████████████████████████████████

98.      ████████████████████████████████████████████████

99.      ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

100.    Major advertisers have expressed ████████████████████████████████████████████████

████████████████ Amaldoss Opening Report ¶ 287 (Ex. 5); GOOG-DOJ-31491195, -195 (Ex. 144); Indacochea (Google) Tr. 141:14-142:2 (Ex. 145); ████████████████ ████████████ (Ex. 28); ████████████████ (Ex. 146); GOOG-DOJ-24807903, -903, -904, -906 (Ex. 147); GOOG-DOJ-31541191, -193 (Ex. 148); ████████████████ (Ex. 255); GOOG-DOJ-24765189, -189 (SA360 does not support "Basic bing functions") (Ex. 149).

      **B.**    **SA360 Feature Disparity for Auction-Time Bidding**

101.    Since 2019, SA360 has supported a key feature called auction-time bidding on Google Ads, but not on Microsoft Ads.  Amaldoss Opening Report ¶ 280 (Ex. 5); Israel (Google Expert) Tr. 325:18-326:9 (Ex. 79); Google SMF ¶¶ 301, 309.

102.    Auction-time bidding is the most efficient form of automated ad bidding, in which an ad campaign's performance is analyzed in real-time, followed by automated adjustments to bidding strategy.  Amaldoss Opening Report ¶¶ 271, 270 (Ex. 5); ████████████████ (Ex. 117); Google, "Setting Smarter Search Bids," https://services.google.com/fh/files/blogs/search_automated_bidding_guide.pdf (Ex. 150); Answer to States' Complaint ¶ 155 (ECF No. 110); Google Response to States' Third Set of Interrogatories, Interrogatory No. 17 (Ex. 151) ("Search Ads 360 auction-time bidding strategies are informed by data generated from a search user's query, such as device type, browser type, location, time of day, and the search user's relation to remarketing lists. An auction-time bidding strategy analyzes different contextual signals (such as device, browser type, location, time of day, remarketing list, and more) to set each keyword bid to show ads in the best position and maximize performance"); Google Response to States' Second Set of Requests for Admission, Request No. 54 (Ex. 152); Google SMF ¶¶ 301-03.

103.    With auction-time bidding, bids are automatically set at the time of each

individual ad auction, rather than only a few times a day.  Amaldoss Opening Report ¶¶ 270-73 (Ex. 5); Google, "Setting Smarter Search Bids,"

https://services.google.com/fh/files/blogs/search_automated_bidding_guide.pdf (Ex. 150);

Answer to States' Complaint ¶¶ 152-54 (ECF No. 110); Google SMF ¶¶ 301-03.

104.    This greatly improves productivity of ad spending.  By Google's own calculation, auction-time bidding results in a 15-30% increase in conversions and ad revenue, and was

███████████████████████████████████████████████████   GOOG-NE-

10860013, -028 (Ex. 153); GOOG-DOJ-24764237, -238 (Ex. 143); GOOG-DOJ-22526606, -607

(Ex. 154); Krueger (Google) Tr. 99:11-100:24 (Ex. 119); Amaldoss Opening Report ¶ 283 (Ex.

5); Baker Opening Report ¶ 310 (Ex. 1); ████████████████████████ (Ex. 117); Google

Response to States' Third Set of Contention Interrogatories, Contention Interrogatory No. 34

(Ex. 155) ("Google admits that advertising customers may experience increased performance

when enabling Google auction-time bidding for Google Ads campaigns managed in Search Ads

360.").

105.    Numerous advertisers—such as ███████████████████—determined

that the lack of SA360 support for auction-time bidding on Microsoft Ads resulted in less

efficient Bing ad campaigns.  Amaldoss Opening Report ¶¶ 289-90 (Ex. 5); Baker Opening

Report ¶ 310 (Ex. 1); Krueger (Google) Tr. 192:24-193:14, 205:17-206:5 (Ex. 119); ███

████████████████ (Ex. 156); GOOG-DOJ-24807903, -904 (Ex. 147); ████████████

████████████████ (Ex. 28), GOOG-DOJ-24807759, -759 (Ex. 157).

106.    ██████████████████████████████████████████████████

██████████████████████████████████████████████   Amaldoss

Opening Report ¶ 273 (Ex. 5); GOOG-DOJ-24796266, -270 (Ex. 158); Krueger (Google) Tr.

53:4-15 (Ex. 119).

107.    Google integrated auction-time bidding support for Google Ads into SA360 in September 2019.  Google SMF ¶ 276.

108.    Google still has not done so for Microsoft Ads, despite the fact that █████████ ███████████████████████████████████████████████████████ Google SMF ¶¶ 302, 303, 309; ██████████████████████ (Ex. 159); ████████ ██████████████████ (Ex. 160); Google SMF ¶ 309.

109.    Google concedes that ████████████████████████████████ ██████████████████████████████████ Google SMF ¶¶ 268-69, 272-74; ████████████████████████ (Ex. 19); Google Response to States' Third Set of Contention Interrogatories, Contention Interrogatory No. 35 (Ex. 155).

110.    For years, Google has been aware of customer demand for auction-time bidding in Microsoft Ads.  Amaldoss Opening Report ¶ 261 (Ex. 5); Varia (Google) Tr. 148:8-149:3 (Ex. 137); ██████████████████████ (Ex. 21); ███████████████████ █ (Ex. 22); ████████████████████ (Ex. 117); ██████████████ █ (Ex. 156); GOOG-DOJ-24807903, -903 (Ex. 147); █████████████████ (Ex. 161); GOOG-DOJ-24813184, -184 (Ex. 162).

111.    Nonetheless, Google admits that it has still not released auction-time bidding support for Microsoft Ads.  Google SMF ¶ 309; Indacochea (Google) Decl. ¶ 7 (Google SMF Ex. 80).

112.    In contrast, Google admits that ████, a smaller company, developed auction-time bidding support for Microsoft Ads in no more two years and launched the feature in early 2020. Google SMF ¶ 282.

113.    ██████ integration of auction-time bidding support for Microsoft Ads resulted in a ████████████████████████████. Indacochea (Google) Tr. 71:2-16 (Ex. 145).

114.    ████████████████████████████████████████

████████████████████████████████████████

██████████████████████████

115.    ████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

116.    The feature called "fractional conversions" was not required in order for Google to integrate Microsoft Ads support for auction-time bidding into SA360.  GOOG-DOJ-24813895, -896 (Ex. 164); █████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

**C.    SA360 Feature Disparity for Other Current and Future Features**

117.    Google admits that a years-long disparity has existed between Google Ads and Microsoft Ads for several other important SA360 features, including dynamic search ads, responsive search ads, and local inventory ads.  Amaldoss Opening Report ¶ 280 & Table 2 (Ex. 5); Google SMF ¶ 311; Varia (Google) Tr. 99:16-25 (Ex. 137); ██████████████████████████ ██ (Ex. 165); ██████████████████████ (Ex. 156).

118.    In early 2022, Google announced a new version of SA360 with Microsoft Ads integration for some of these features, ████████████████████████████. Amaldoss Opening Report ¶ 280 & Table 2 (Ex. 5).

119. ████████████████████████████████████████████

████████████████████████████████████████████

120.    The primary purpose of the new SA360 is to integrate SA360 into the Google

Stack, meaning that any new feature will be immediately integrated for Google Ads, but not for

competing ad platforms—thereby exacerbating the disparity between Google and its competitors

for any future feature.  Google, "Introducing the new Search Ads 360,"

https://blog.google/products/marketingplatform/360/introducing-new-search-ads-360/ ("You'll

now have immediate support for most new Google Ads features and improved support for other

channels and search engines, like Microsoft Ads and Yahoo! Japan. We've also built new

enterprise features that are only available in the new Search Ads 360 which will give you new

ways to centralize and scale your day-to-day tasks across engines and accounts") (Ex. 166);

GOOG-NE-03419547, -550 (Ex. 139); Kachachi (Google) Tr. 155:7-156:6 (Ex. 120); ████████

████████████ (Ex. 125); Google Response to States' Second Set of Requests for

Admission, Request No. 55 (Ex. 152) ("Google's new Search Ads 360 platform will offer

immediate support for most new Google Ads features… The legacy Search Ads 360 platform did

not provide immediate support for Google Ads features…").

121.    Google's preferential treatment of its own ad platform over that of its chief

competitor causes ad campaigns on Bing to be less efficient than they could have been and less

efficient than campaigns on Google.  Amaldoss Opening Report ¶ 285 (Ex. 5); Baker Opening

Report ¶¶ 310-11 (Ex. 1); Krueger (Google) Tr. 204:8-206:5 (Ex. 119); ████████████████

████████████ (Ex. 156); GOOG-DOJ-24807903, -904 (Ex. 147); ████████████████

████████ (Ex. 28), GOOG-DOJ-24807759, -759 (Ex. 157); ████████████████████ (Ex.

167).

122. ███████████████████████████████████

███████████████████████████████████████

███████████████

123.   This conduct also harms advertisers, by ████████████████

███████████████████████████████████████

███████████████████████████ (Ex. 22).

124. ███████████████████████████████████

████████████████████████ ███████████████████

████████████████████ (Ex. 168); ████████████████

█████ (Ex. 112); ████████████████████ (Ex. 21) ████████████

███████████████████████████████████████

██████████████████████████

125.   Google thus prevents its rivals from competing more effectively and prevents

advertisers from efficiently spending their advertising dollars, harming competition and

protecting Google's search monopolies.  Baker Opening Report ¶¶ 334-35 (Ex. 1); █████

████████████████████ (Ex. 117); █████████████████████ (Ex. 21);

████████████████████ (Ex. 112); GOOG-DOJ-24807903, -904, -906 (Ex. 147).

126.   This SA360-specific conduct contributes to the overall harm to competition by

impeding the ability of Google's actual or potential competitors to compete for advertising

dollars, thereby further entrenching Google's search monopolies.  Baker Opening Report ¶¶ 334-

35 (Ex. 1).

## V.   GOOGLE'S CONDUCT REGARDING SPECIALIZED VERTICAL PROVIDERS

127.   Specialized Vertical Providers ("SVPs") are websites or applications that focus on

one or a limited number of commercial segments (also called "verticals") that serve a similar function or a common group of customers.  Baker Opening Report ¶¶ 119-120, 124 (Ex. 1); Amaldoss Opening Report ¶¶ 20 & 91  (Ex. 5); Foundation, "Verticals," https://foundationinc.co/learn/verticals/ (Ex. 253); Holden (Google) 9/30/21 Tr. 36:18-37:4 (Ex. 32); Spalding (Google) Tr. 86:15-87:19 (Ex. 169); GOOG-DOJ-03368147, -148 (Ex. 170).

128.    Amazon, eBay, and Etsy are examples of SVPs that sell products to shoppers. Expedia and Booking are examples of SVPs that sell airline tickets or hotel reservations in the flights and hotels verticals.  Angi, Thumbtack, and OpenTable are examples of SVPs that provide consumers with the ability to book local service providers, like plumbers, or make a restaurant reservation.  Baker Opening Report ¶ 124 & Table 5 (Ex. 1); Baker Rebuttal Report ¶ 78 & Table 2 (Ex. 2); Amaldoss Opening Report ¶ 90 (Ex. 5); ██████████████████ ████ GOOG-DOJ-29831927, -930 (Ex. 172); GOOG-DOJ-04140385, -388, -392 (Ex. 173).

129.    SVPs differ from GSFs because of their much narrower commercial focus and because many of them afford users the convenience of completing transactions on their websites, such as purchasing a pair of shoes (Amazon) or reserving a hotel room (Booking).  Baker Opening Report ¶¶ 120-21 (Ex. 1); GOOG-DOJ-03368147, -148 (Ex. 170) (referring to SVPs as "special purpose search engines").

130.    SVPs are often highly ranked by the Google search results algorithm that generates its blue links, which Google claims are designed to serve users the most relevant and highest quality search results.  Baker Opening Report ¶¶ 80, 328-330, Tables 28 & 29 (Ex. 1); Google, "How Search Algorithms Work," https://www.google.com/search/howsearchworks/algorithms/  (Ex.174); Nayak (Google) 10/28/21 Tr. 116:5-18 (Ex. 12); Gomes (Google) 9/24/20 Tr. 258:7-263:5 (Ex. 7); Google SMF ¶

43 ("[u]sers should get the best results in the most helpful order").

131.    In addition, SVPs are highly ranked by the algorithm that selects text advertising, which similarly takes into account a prediction of ad value to the search user.  Baker Opening Report ¶¶ 328-330 & Table 28 (Ex. 1); GOOG-DOJ-13123748, -761 (Ex.175); GOOG-DOJ-01187998, 31-33 (Ex. 176).

132.    Google recognizes that search results that include SVPs are valuable to search users.  Baker Opening Report ¶¶ 52, 276, n. 387 (Ex. 1); Silverman (Google) Tr. 52:3-53:4 (Ex. 177); Holden (Google) 9/30/21 Tr. 196:18-197:12 (Ex. 32).

**A.    SVPs Rely on Google for User Traffic**

133.    Google describes itself as a place for research and discovery—including discovering SVPs relevant to a user's need.  Reid (Google) Tr. 273:20-274:17 (Ex. 178); Moxley (Google) 1/28/22 Tr. 49:8-19 (Ex. 179); Israel (Google Expert) Tr. 90:14-91:7, 157:18-158:14 (Ex. 79).

134.    General search is a significant source of user traffic for SVPs, accounting for as much as ███ of traffic for some of the largest SVPs.  Baker Opening Report ¶ 270 & Figure 23 (Ex. 1); ██████████████████████ (Ex. 131); ██████████████████████ (Ex. 129); ██████████████████████ (Ex. 180); ██████████████████████ (Ex. 181); Holden (Google) 9/30/21 Tr. 244:4-22 (Ex. 32); ██████████████████████ (Ex. 182); AngiHomeservices Inc., 2019 Form 10-K at 12 (Ex. 183).

135.    A user may learn of a place to buy a needed product through general search, then journey to an SVP's site to conduct further research and/or make a purchase.  Baker Reply Report ¶¶ 63, 76 (Ex. 3); Israel (Google Expert) Tr. 157:18-158:14, 385:10-386:1 (Ex. 79).

136.    Consequently, SVPs are heavily reliant on Google to attract customers.  Baker Opening Report ¶¶ 220-21, 270-74 & Figures 20-23 (Ex. 1); Amaldoss Opening Report ¶ 94 (Ex.

5); ███████████████████████ (Ex. 184); ████████████████████████

(Ex. 129); ██████████████████████ (Ex. 185); █████████████████

███ (Ex. 186); ████████████████████ (Ex. 187); █████████████████████

(Ex. 182); █████████████████████ (Ex. 131); ████████████████████████ (Ex.

188); Holden (Google) 9/30/21 Tr. 244:4-22 (Ex. 32); Elzinga (Google Expert) Tr. 337:22-338:3

("Google has lots of users[,] and advertisers [like SVPs] look upon users as potential customers.

So the fact that there's many people using the Google Search engine itself makes it attractive")

(Ex. 11).

137.   ████████ estimates that ████████ of its user traffic comes from Google.

████████████████████████████ (Ex. 129). ████████ currently has no ████████████

████████████████ to Google ██████████████████████ (Ex. 187)) and ████ (which owns

████ considers Google to be ████████████████████████████████████████

██████████████████████████ (Ex. 188)).

138.   New customer acquisition is important to SVPs both in terms of revenue and

customer loyalty. ████████, for example, relies on traffic from Google for ████████████

████████████████████████████████████████████████████████████████████████

████ (Ex. 185).

139.   Customers who develop loyalty to a specific SVP generally do so through their

experience using that SVP's services.  Baker Rebuttal Report ¶ 43 (Ex. 2); ████████████████

████████████ (Ex. 186); Baker Opening Report ¶¶ 272-73 (Ex. 1); ████████████████

████████████ (Ex. 184).  Indeed, ████████ found that ████ of its customers acquired through

general search became repeat customers ████████████  Baker Rebuttal Report ¶ 43, n. 111 (Ex.

2); ██████████████████████████ (Ex. 189).



140.    Given the importance of general search to customer acquisition, SVPs are among Google's largest advertisers.  Baker Opening Report ¶ 274 & Table 2 (Ex. 1); Elzinga (Google Expert) Opening Report ¶ 117 (Ex. 30); Elzinga (Google Expert) Dep. Ex. 9 (Ex. 259); Elzinga (Google Expert) Tr. 337:3-14 (Ex. 11).

141.    Google knows this.  As stated in one internal Google document, ███████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████ Amaldoss

Opening Report ¶ 95 (Ex. 5); GOOG-DOJ-12527423, -423 (Ex. 190).

**B.    Google Restricts SVP Visibility in Strategically Important Verticals**

142.    Google considers the hotels, flights, shopping, and local services verticals to be strategically important for its business.  Baker Opening Report ¶¶ 124, 241, 279 & Table 5 (Ex. 1); Holden (Google) Tr. 12:11-13:9, 247:16-23 (Ex. 32); Fitzpatrick (Google) Tr. 91:13-92:3 (Ex. 34); GOOG-DOJ-29831927-930 (Ex. 172); GOOG-DOJ-04140385-387 (Ex. 173); GOOG-DOJ-03034316, -337 (Ex. 256).

143.    Google admits that it restricts SVP visibility on its SERP in these strategically important verticals.  Baker Opening Report ¶ 279 (Ex. 1); Baker Rebuttal Report ¶ 19 (Ex. 2); *Compare* Baker Opening Report ¶¶ 280, 284 (Ex. 1) *with* Elzinga (Google) Opening Report ¶¶ 132-33 & Ex. 10 (hotels), ¶¶ 181-82 & Ex. 15-16 (flights), ¶¶ 251-52, 257 & Ex. 22 (local services) (Ex. 30); Holden (Google) 9/30/21 Tr. 247:13-248:24 (hotels & flights) (Ex. 32); Amaldoss Opening Report ¶¶ 133-49 (Ex. 5); Spalding (Google) Tr. 122:3-21 (Ex. 169).

144.    The names of SVPs cannot appear on Google's SERP in its hotel universal and flights universal (see Figures 5 & 6 below) or in the local universal triggered by searches for nearby businesses (as in Figure 1 above).  Baker Opening Report ¶¶ 279-82 (Ex. 1); Fitzpatrick (Google) Tr. 217:20-218:22 (local search) (Ex. 34); Fitzpatrick (Google) Dep. Ex. 14 (local

search) (Ex. 27); Amaldoss Opening Report ¶¶ 133-48 (Ex. 5); Ready (Google) Tr. 193:2-16

(hotels) (Ex. 192); Silverman (Google) Tr. 85:15-86:2 (hotels) (Ex. 177); Reid (Google) Tr.

94:9-95:12 (local search) (Ex. 178); ███████████████████████████ (Ex. 186);

Google SMF ¶¶ 89 (hotels unit/universal), ¶ 122 (flights unit/universal), ¶ 159 (local

unit/universal).

145.    Figure 5 below depicts a Google Hotel Universal (or Unit). *See* Amaldoss

Opening Report Figure 16 (Ex. 5).

**Figure 5**



146.    Figure 6 below depicts a Google Flights Universal (or Unit).  *See* Amaldoss

Opening Report Figure 17 (Ex. 5).

**Figure 6**



147.    SVPs cannot purchase local services ads in their own name and cannot appear prominently in the tile of local services ads on Google's SERP.  Rather, it must purchase an ad in the name of one of its providers and limit its name to a much less prominent position than the provider's name.  Additionally, when a user clicks on an ad paid for by the SVP, the user is directed to another Google site, not the SVP's site.  In commercial segments in which Google shows local information on its SERP, an SVP often cannot buy a local search ad showing their own brand names in Google's local universal.  Baker Opening Report ¶¶ 280-81 (Ex. 1); Amaldoss Opening Report ¶¶ 22, 118-24 (Ex. 5); Google Response to States' Second Set of

Requests for Admission, Request No. 44 at 7 (Ex. 152); Google Response to States' Third Set of

Interrogatories, Interrogatory 9 at 10 (Ex.  151); ████████████████ (Ex. 193); ████

████████████████████████████████████████ (Ex. 188); ████

████████████████████ (Ex. 194); ████████████████ (Ex. 195); ████████████████

████████ (Ex. 186); Google SMF ¶¶ 166, 181, 183.

148.    Below (Figure 7) is an image displaying local services ads in which the SVP

(Thumbtack) is limited to a much less prominent position than the supplier for whom the SVP

purchased the ad.  *See* Elzinga (Google Expert) Opening Report Exhibit 1 (Ex. 30).

**<u>Figure 7</u>**



149.    Figure 8 below depicts a local services immersive page linked to a local services

ad.  *See* Amaldoss Opening Report, Figure BD.2.a at 195 (Ex. 5).

**Figure 8**



150.   Beyond the SERP, Google applies restrictions to SVPs in Google sites, like the immersive pages that a user can reach by clicking on a hotel, flight, or local universal.  Baker Opening Report ¶ 282 (Ex. 1); Amaldoss Opening Report ¶¶ 144-49 (Ex. 5); Fitzpatrick (Google) Tr. 64:16-65:22, 215:6-216:14, 218:1-219:10 (Ex. 34); Reid (Google) Tr. 94:9-95:12, 97:3-98:10 (Ex. 178); Google Response to States' First Set of Contention Interrogatories, Contention Interrogatory 2 at 9-12 (Ex. 196); █████████████████████ (Ex. 186).

151.   It is also notable that SVPs in the Movies Vertical are not listed in the Movies Carousel and Movies Unit.  Clicking on a movie in the Carousel takes the user to the Showtimes tab in the Movies Unit and not an SVP website, and Google does not display SVP affiliation with its movie and showtime results.  Elzinga (Google Expert) Opening Report ¶ 476 & Exs. 45-46

(Ex. 30); Google SMF ¶ 194.

152.    Likewise, SVPs in the Events Vertical cannot appear in the Events Unit.  Clicking on the Events Unit takes users to Google's Events immersive and not to the page of an SVP, and Google does not display SVP affiliation with its events results.  Elzinga (Google Expert) Opening Report ¶ 450 & Exs. 42-43 (Ex. 30); Google SMF ¶ 208.

153.    In his deposition, Google's own expert did not identify a single experiment, study, or test upon which he relied that assessed the difference in user satisfaction between the presence or absence of an SVP in any SERP feature.  *See*, *e.g.*, Elzinga (Google Expert) Tr. 271:13-275:12, 321:13-322:13, 327:5-16 (Ex. 11); Elzinga (Google Expert) Dep. Ex. 9 (Ex. 259); *see also* Elzinga (Google Expert) Tr. 310:18-315:18 (Ex. 11); Elzinga (Google Expert) Dep. Ex. 13 (Ex. 260).

154.    Google gives disparate treatment to SVPs across different commercial segments. Indeed, Google credits and includes SVPs in its universals for shopping, vacations, and jobs. Baker Opening Report ¶ 283 & Figure 24 (Ex. 1); Holden (Google) 9/30/21 Tr. 163:7-164:12 (Ex. 32);  Holden (Google) Dep. Ex. 9 (Ex. 26); Holden (Google) Dep. Ex. 10 (Ex. 254) (vacations); Ready (Google) Tr. 198:14-201:25 (vacations) (Ex. 192); Amaldoss Opening Report ¶¶ 153-60, 175-76 & Figure 22 (Ex. 5); Moxley (Google) 1/27/22 Tr. 44:1-5, 45:16-23 (jobs) (Ex. 197); Elzinga (Google Expert) Opening Report ¶ 504 & Ex. 50 (shopping) (Ex. 30); Google SMF 91 (vacation rentals).

155.    For example, as depicted in Figure 9 below, vacation rental SVP Vacasa appears in a universal on Google's SERP in response to a query for "vacation rentals smoky mountains." Baker Opening Report ¶ 283 & Figure 24 (Ex. 1); *see also* Holden (Google) Dep. Ex. 9 (Ex. 26).

**Figure 9**



156.    Shopping SVPs can buy vertically-focused ads on Google's SERP and appear in SERP features like the free product listings with their brand names and website links.  Elzinga (Google Expert) Opening Report ¶¶ 504, 525 & Ex. 50 (Ex. 30); Ready (Google) Tr. 36:13-19, 37:14-21 (Ex. 192); Ready (Google) Dep. Ex. 12 (Ex. 198).

157.    Although Google attempts to distinguish vacation rentals by arguing that they are so unlike hotels as to preclude monetization (Elzinga (Google Expert) Opening Report ¶¶ 217-219 (Ex. 30)), ███████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████ (Ex. 199); Holden (Google) 9/30/21 Tr. 161:16-22 (Ex. 32).

158.    And, while Google also launched free hotel booking links, those links only appear on the SERP when the query triggers a knowledge panel (see Figure 10 below), which it does infrequently.  Baker Opening Report ¶ 280, n. 399 (Ex. 1); Ready (Google) Tr. 37:14-25 (Ex.

192); Baker (Colo. Expert) Tr. 179:10-180:5 (Ex. 200); Elzinga Reply Report Ex. 1 (Ex. 261);

Elzinga Workpaper 7 (Ex. 257).

**Figure 10**



159.     That SVPs may appear more prominently on the SERPs of Google's rivals

reinforces the point.  As shown in Figure 11 below, Bing gives TripAdvisor visibility by putting

its name and mark near tiles showing hotel properties for which TripAdvisor provides the data.

Baker Opening Report ¶ 283 & Figure 25 (Ex. 1); █████████████████████████

(Ex. 14); ██████████████████████ (Ex. 202); Google SMF ¶ 241.

**Figure 11**



160.    DuckDuckGo likewise provides attribution to TripAdvisor for data it supplies, as shown in Figure 12 below (*see*, *e.g.*, ███████████████████ (Ex. 129); ███ ███████████ Ex. 236)):

42

**Figure 12**



161.    Similarly, Neeva credits Yelp as a source of information for restaurant results on

its SERP. ████████████████████████████ (Ex. 134).

**C.    Google's Restrictions on SVP Visibility Harm SVPs, Including Decreased
Traffic and Increased Customer Acquisition Costs**

162.    Professor Baker's statistical analysis of the click-through rates on various search

features demonstrates that the loss of visibility has fueled an increase in customer-acquisition

43

costs of the affected SVPs.  Baker Opening Report ¶¶ 286-88, 292 & Tables 24-25 (Ex. 1); ███████████████████████ (Ex. 41); ███████████████████ (Ex. 131); ███ ████████████ (Ex. 193); ████████████████████████████ (Ex. 188).

163.    The impact of Google's visibility-limitation practices is magnified by the fact that the highly relevant blue links have been pushed towards the bottom of a SERP, or "below the fold."  Baker Opening Report ¶¶ 284-86 & Tables 23-24 & Figures 26-27 (Ex. 1); Baker Rebuttal Report ¶ 54, n. 136 (Ex. 2); GOOG-DOJ-15860312, -331-38 (Ex. 47).

164.    Numerous SVPs have observed a decline in traffic from blue links and attribute this decline to Google's repeated demotion of the blue links to lower parts of the SERP.  Baker Opening Report ¶ 289 (Ex. 1); █████████████████████ (Ex. 204); ███████████████████████ (Ex. 41); █████████████████████ (Ex. 180); ██████████████████████ (Ex. 129); █████████████████████ (Ex. 171); ███████████████████████████ (Ex. 186); ████████████ (Ex. 131); Amaldoss Opening Report ¶¶ 164-71 (Ex. 5).

165.    Even a seemingly small change in visibility on Google's SERP can make a substantial difference in the traffic SVPs receive.  Baker Opening Report ¶ 290 (Ex. 1); ███████████████████ (Ex. 41); ████████████████████ (Ex. 45); Baker Rebuttal Report ¶ 52 (Ex. 2); GOOG-DOJ-15860312, -319 (trying to understand why "small UI [user interface] changes in font size, spacing, image etc cause big movements in live traffic metrics") (Ex. 47).

166.    The demotion of blue links has forced SVPs to purchase more ads from Google to maintain visibility, resulting in increased customer acquisition costs.  Baker Opening Report ¶ 292 (Ex. 1); Amaldoss Opening Report ¶¶ 162-63 (Ex. 5); ████████████████████████



██ (Ex. 180); ████████████████████████████ (Ex. 188); ██

███ (Ex. 205); Baker Rebuttal Report ¶¶ 59-60, 67-69 (Ex. 2); ████████

███ (Ex. 41); ████████████████ (Ex. 131); ████████████ (Ex.

193); Miller (Google) Tr. 71:9-72:1 (Ex. 206); GOOG-DOJ-04166485, -488 (Ex. 207); ██

████████████ (Ex. 187); ████████████ (Ex. 203).

167.   For example, ████ reported that its customer acquisition costs rose by ██

████████████████████████████████

███████████████ Baker Opening Report ¶ 297 & Figure

29 (Ex. 1); ████████ (Ex. 41).

168.   In addition, ██████ average cost per visitor ████████████

██████████████████████████.  Baker

Rebuttal Report ¶¶ 59-60 & n.148, Figures 4-5; Baker Supplemental Materials, Figure 1, Table 4

(Ex. 4).

169.   Notably, ████████████████████████

███████████████████████ (Ex.

181).

170.   That the burdened SVPs have (limited) visibility on the immersive pages does not

compensate for their lack of visibility on the SERP.  As Google's own expert admits, the

percentage of SVP traffic originating from Google's immersive page is "relatively small."

Elzinga (Google Expert) Tr. 334:14-22 (Ex. 11).

171.   Google recognizes in other contexts that travel SVPs provide price competition,

for example, by offering discounts.  Elzinga (Google Expert) Tr. 287:4-288:10, 294:3-13 (Ex.

11); GOOG-DOJ-27912467 (Ex. 208); GOOG-DOJ-26452172, -176 (Ex. 209).

172.    Without the ability to display their prices on the SERP in their own names in the restricted universals, trusted SVPs have ███████████████████████████████████

███████████████████████████████ (Ex. 187); ███████████████████████████████
███████████████ (Ex. 14); ████████████████████████████ (Ex. 129).

**D.    Google Requires SVPs to Provide Access to Valuable Structured Data Without Adequate Compensation**

173.    SVPs make substantial investments in gathering information about suppliers, including pricing and availability, keeping that information current, and organizing the information in a searchable format on their websites or apps.  This information is valuable to general search users and also very valuable to Google, since it is not otherwise available through Google's internet crawling and indexing.  Baker Opening Report ¶¶ 123, 127-28, 276 & n. 387 (Ex. 1); Amaldoss Opening Report ¶ 91-92, 177-79 (Ex. 5); Elzinga (Google Expert) Tr. 408:2-410:6 (Ex. 11); Silverman (Google) Tr. 52:3-14, 157:8-13 (Ex. 177); Holden (Google) 9/30/21 Tr. 196:18-197:6 (Ex. 32); ███████████████████████████████████████ (Ex. 188); ██████████████████████████████████ (Ex. 187); ██████████████████████████████ (Ex. 180); █████████████████████████ (Ex. 210); GOOG-NE-00069104, -105-08 (Google sought "to create ecosystems that encourage[d] 3rd parties to give [Google] data"; "some very valuable data will never be fully modelable in a general structure …") (Ex. 211); GOOG-DOJ-23492669, -671 (Ex. 212); Google SMF ¶¶ 85, 119, 158.

174.    Initially, Google tried to appropriate this structured data from SVPs.  ██████████ █████████████████████████████████████████ (Ex. 181).

175.    Today, as a condition of participating in its vertically-focused search advertising, Google requires certain SVPs to provide access to their data.  Holden (Google) 9/30/21 Tr. 206:6-20 (Google "requiring" data from ████████ "to be able to serve ads") (Ex. 32); ████

████████████████████████████████████████████████████████

████████████████████████ (Ex. 187); Amaldoss Opening Report ¶ 180 (Ex. 5); Google

Supplemental Response to States' Third Set of Interrogatories, Interrogatory No. 10 (Ex. 213);

Silverman (Google) Tr. 197:23-199:7 (Ex. 177); Elzinga (Google Expert) Rebuttal Report, Ex. 5

(Ex. 214); GOOG-DOJ-18192970 (Ex. 215).

176.    Google's vertically-focused ads are important to SVPs because the users who

navigate through the unit can be of great commercial interest.  *See*, *e.g.*, ███████████

████████ (Ex. 187).

177.    Google has employed these data-sharing agreements since at least 2010.  GOOG-

DOJ-29344264, -266, -269 (Ex. 216); ████████████████████████ (Ex. 217).

178.    Google agrees to very few limitations on its use of SVP data.  Baker Opening

Report ¶ 277 (Ex. 1); Baker Rebuttal Report ¶ 39 (Ex. 2); *e.g.*, █████████████████████

████ (Ex. 224); GOOG-DOJ-29344264, -265-66 (Ex. 216); █████████████████ (Ex.

217).

179.    Shopping SVPs are an exception.  For those SVPs, Google agrees to greater

limitations on the type of data it receives as a condition of advertising and on its use of that data.

Baker Rebuttal Report ¶ 39 (Ex. 2); ███████████████████████ (Ex. 219); GOOG-

DOJ-31509915, -917-18 (Ex. 220); GOOG-DOJ-25762376, -377 (Ex. 221).

180.    Google uses SVP data for its own purposes in its hotels, flights, and local

universals, in local services ads, and in the hotel and flights immersive pages.  Elzinga (Google

Expert) Rebuttal Report Ex. 5 & n.4 (Ex. 214); Google's Third Supplemental Responses to

Plaintiffs' 11/1/21 Notice of Deposition, Topic 9 (Ex. 222); Google SMF ¶¶ 84 (hotels), 182

(local services ads), 218 (flights).

181.     Google also uses ███████████████████████████████

████████████████████████████████████████████████████████

Baker Opening Report ¶ 276 & n.388 (Ex. 1); Google Response to Plaintiffs States' Third Set of

Interrogatories, Interrogatory No. 10 (Ex. 151); Silverman (Google) Tr. 184:24-188:1 (Ex. 177);

███████████████████████ (Ex. 223).

182.     Google often does not compensate SVPs in return for allowing Google to use

SVP data, including SVPs that place hotel ads and local services ads.  Baker Opening Report ¶

277 (Ex. 1); Silverman (Google) Tr. 52:21-53:10 (Ex. 177); ███████████████████

(Ex. 223); ████████████████████████ (Ex. 224); ████████████████

(Ex. 186); ███████████████████ (Ex. 225).

183.     Google also mandates that SVPs, such as ████████████████████

███████████████████████████████ thus restricting SVPs' control over their

valuable data.  Baker Reply Report ¶¶ 166-67 & Figure 6 (Ex. 3); GOOG-DOJ-29344264, - 266

███████████████████████████████ (Ex. 216); ████████████████

███████████████████████████████ (Ex. 218); GOOG-DOJ-

32223814, -817 ██████████████████████████████ (Ex. 258).

184.     Some SVPs ███████ for example) have complained about the requirement to

surrender their valuable structured data to Google.  Holden (Google) 9/30/21 Tr. 211:8-12

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

(Ex. 215); *see also* ████████████████████████████████████

████████████████████████████ (Ex. 187).

185.    They have also registered official objections.  ████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████

**E.     By Harming SVPs, Google Protects its Monopolies and Limits Innovation**

186.    Visibility limitations necessarily harm SVPs' brand recognition.  Baker Rebuttal Report ¶¶ 72-73 ("reductions in traffic from Google to the SVP . . . will also tend to reduce SVP customer loyalty . . .") (Ex. 2).

187.    And Google's data restrictions disincentivize SVPs from investing in their data further, as they cannot appropriate the value of these investments fully.  Baker Reply Report ¶¶ 165 (Ex. 3).

188.    The overall effect of Google's conduct directed at SVPs is to make SVPs less attractive and less valuable partners for rival general search firms.  Baker Opening Report ¶ 325 (Ex. 1); Baker Rebuttal Report ¶¶ 62-66 (Ex. 2).

189.    In the other direction, Google's conduct has made rivals less attractive to SVPs. Microsoft, for example, recognizes that ████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████ (Ex. 14); Baker Reply Report ¶ 179 (Ex. 3).

190.    Moreover, ██████████ recognizes the benefits of working with SVPs whose

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████ (Ex. 14).  As a result, ██████████ finds that, ██████████

██████████████████████████████████████████████████████████

██████████████████████████ (Ex. 14).

191.    The importance of SVP partnerships is demonstrated by ██████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████ (Ex. 227).

192.    Google cites the importance of partnering with ██████████████████████

██████████████████████████████████████████████████████████

██████████████████████ (Ex. 227).

193.    Google also emphasizes that, ████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████

194.     Google recognizes that increased SVP visibility can shift consumer behavior and result in elimination of Google as a necessary intermediary.  Thus, for example, ███████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████ GOOG-DOJ-02860873, -880-85 (Ex. 24); GOOG-NE-02291567 (recognizing the "existential fear" within Google that the "verticalization of the web" would "obviat[e] search") (Ex. 230).

195.     Google acknowledges that building visibility for SVPs risks disintermediation. Baker Rebuttal Report ¶¶ 70, 73 (Ex. 2); GOOG-DOJ-12436033, -034 (discussing concern with commercial effects of direct access and discussing initiatives to protect against disintermediation by local services SVPs) (Ex. 231); GOOG-DOJ-29831927, -930-31 (Ex. 172); GOOG-DOJ-11367339, -342 (identifying disintermediation risk from travel SVPs) (Ex. 232); GOOG-NE-11062391, -395, -402 (Ex. 233).

196.     Disintermediation would deprive Google of future ad revenues, decrease Google's scale, and reduce its leverage in bargaining to obtain SVP data.  Baker Rebuttal Report ¶ 70, n. 178 ("SVP customers that reach it directly do not see or click on general search ads along their journey to the SVP") & Fig. 3, ¶ 66, n. 165 (Ex. 2); ████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████ (Ex. 234).

197.     Thus, Google is incentivized to limit SVP brand recognition to ensure that users continue using Google Search to find SVP content.  Baker Rebuttal Report ¶¶ 70-75 (Ex. 2); GOOG-DOJ-29831927, -931 (Ex. 172); GOOG-DOJ-12436033, -034 (Ex. 231); GOOG-DOJ-11367339, -342 (Ex. 232); GOOG-NE-11062391, -395, -402 (Ex. 233).

198.    Notably, when designing the visibility of hotel SVP branding in Hotel Search, Google viewed users ignoring SVPs as "easy and not imprudent."  GOOG-NE-04000767, -771 (Ex. 235).

199.    Consumers would benefit from stronger partnerships in a competitive world. Indeed, as a senior SVP executive opined: ███████████████████████████

███████████████████████████████████████████

████████ (Ex. 187) ████████████████████████████████

████████████████████████████ (Ex. 187).

[SIGNATURES ON NEXT PAGE]

Dated: January 26, 2023                    Respectfully submitted,


                                           FOR PLAINTIFF STATE OF COLORADO:

                                           PHILIP WEISER
                                           Attorney General

                                           Jonathan B. Sallet
                                           Special Assistant Attorney General

                                           /s/ Jonathan B. Sallet
                                           Jonathan B. Sallet, DC Bar No. 336198
                                           Jon.Sallet@coag.gov
                                           Steven M. Kaufmann, DC Bar No. 1022365
                                           *(inactive)*
                                           Steve.Kaufmann@coag.gov
                                           Carla Baumel
                                           Carla.Baumel@coag.gov
                                           Elizabeth W. Hereford
                                           Elizabeth.Hereford@coag.gov
                                           Conor J. May
                                           Conor.May@coag.gov
                                           Colorado Office of the Attorney General
                                           1300 Broadway, 7th Floor
                                           Denver, CO 80203
                                           Tel: 720-508-6000

                                           William F. Cavanaugh, Jr.
                                           PATTERSON BELKNAP WEBB & TYLER
                                           LLP
                                           1133 Avenue of the Americas
                                           Suite 2200
                                           New York, NY 10036-6710
                                           212-335-2793
                                           Email: wfcavanaugh@pbwt.com

                                           *Counsel for Plaintiff Colorado*


                                           FOR PLAINTIFF STATE OF NEBRASKA:

                                           MIKE HILGERS
                                           Attorney General

                                           Joseph M. Conrad, Assistant Attorney General

Colin P. Snider, Assistant Attorney General
Matthew K. McKinley, Special Assistant
Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3840
Joseph.Conrad@nebraska.gov
Colin.snider@nebraska.gov
Matt.Mckinley@nebraska.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER
LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710
212-335-2793
Email: wfcavanaugh@pbwt.com

*Counsel for Plaintiff Nebraska*


FOR PLAINTIFF STATE OF ARIZONA:

KRISTIN K. MAYES
Attorney General

Robert A. Bernheim, Unit Chief Counsel
Arizona Office of the Attorney General
400 West Congress, Ste. S-315
Tucson, Arizona 85701
Tel: (520) 628-6507
Robert.bernheim@azag.gov

*Counsel for Plaintiff Arizona*


FOR PLAINTIFF STATE OF IOWA:

BRENNA BIRD
Attorney General

Noah Goerlitz, Assistant Attorney General
Office of the Attorney General of Iowa

1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Tel: (515) 725-1018
Noah.goerlitz@ag.iowa.gov

*Counsel for Plaintiff Iowa*


FOR PLAINTIFF STATE OF NEW YORK:

LETITIA JAMES
Attorney General

Elinor R. Hoffmann
Morgan J. Feder
Michael Schwartz
Office of the Attorney General of New York
28 Liberty Street, 21st Floor
New York, NY 10005
212-416-8513
Elinor.hoffmann@ag.ny.gov
Morgan.feder@ag.ny.gov
Michael.schwartz@ag.ny.gov

*Counsel for Plaintiff New York*


FOR PLAINTIFF STATE OF NORTH
CAROLINA:

JOSH STEIN
Attorney General

Kunal Janak Choksi
Joshua Daniel Abram
Jonathan R. Marx
Jessica Vance Sutton
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
919-716-6000
kchoksi@ncdoj.gov
jabram@ncdoj.gov
jmarx@ncdoj.gov
jsutton2@ncdoj.gov

55

*Counsel for Plaintiff North Carolina*


FOR PLAINTIFF STATE OF TENNESSEE:

JONATHAN SKRMETTI
Attorney General

J. David McDowell
Chris Dunbar
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville.TN 37202
(615) 741-8722
David.McDowell@ag.tn.gov
Chris.Dunbar@ag.tn.gov

*Counsel for Plaintiff Tennessee*


FOR PLAINTIFF STATE OF UTAH:

SEAN D. REYES
Attorney General

Scott R. Ryther
Tara Pincock
Utah Office of Attorney General
160 E 300 S, 5th Floor
P.O. Box 142320
Salt Lake City, Utah 84114
385-881-3742
sryther@agutah.gov
tpincock@agutah.gov

*Counsel for Plaintiff Utah*


FOR PLAINTIFF STATE OF ALASKA:

TREG TAYLOR
Attorney General

Jeff Pickett
State of Alaska, Department of Law

56

Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Tel: (907) 269-5100
Jeff.pickett@alaska.gov

*Counsel for Plaintiff Alaska*


FOR PLAINTIFF STATE OF
CONNECTICUT:
WILLIAM TONG
Attorney General

Nicole Demers
Office of the Attorney General of Connecticut
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
860-808-5202
Nicole.demers@ct.gov

*Counsel for Plaintiff Connecticut*


FOR PLAINTIFF STATE OF DELAWARE:

KATHY JENNINGS
Attorney General

Michael Andrew Undorf
Delaware Department of Justice
Fraud and Consumer Protection Division
820 N. French St., 5th Floor
Wilmington, DE 19801
302-577-8924
Michael.undorf@delaware.gov

*Counsel for Plaintiff Delaware*


FOR PLAINTIFF DISTRICT OF COLUMBIA:

BRIAN SCHWALB
Attorney General

Elizabeth Gentry Arthur

57

Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, DC 20001
202-724-6514
Elizabeth.arthur@dc.gov

*Counsel for Plaintiff District of Columbia*


FOR PLAINTIFF TERRITORY OF GUAM:

DOUGLAS MOYLAN
Attorney General

Fred Nishihira, Chief, Consumer Protection
Division
Office of the Attorney General of Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Tel: (671) 475-3324

*Counsel for Plaintiff Guam*


FOR PLAINTIFF STATE OF HAWAIʻI:

ANNE E. LOPEZ
Attorney General

Rodney I. Kimura
Department of the Attorney General, State of
Hawaiʻi
Commerce & Economic Development
425 Queen Street
Honolulu, HI 96813
808-586-1180
Rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff Hawaiʻi*


FOR PLAINTIFF STATE OF IDAHO:

RAÚL LABRADOR
Attorney General

58

John K. Olson
Office of the Idaho Attorney General
Consumer Protection Division
954 W. State St., 2nd Floor
P.O. Box 83720
Boise, ID 83720
208-334-4114
Brett.delange@ag.idaho.gov
John.olson@ag.idaho.gov

*Counsel for Plaintiff Idaho*


FOR PLAINTIFF STATE OF ILLINOIS:

KWAME RAOUL
Attorney General

Elizabeth Maxeiner
Brian Yost
Office of the Attorney General of Illinois
100 W. Randolph St.
Chicago, IL 60601
773-590-7935
Elizabeth.maxeiner@ilag.gov
Brian.yost@ilag.gov

*Counsel for Plaintiff Illinois*


FOR PLAINTIFF STATE OF KANSAS:

KRIS W. KOBACH
Attorney General

Lynette R. Bakker
Kansas Office of the Attorney General
120 S.W. 10th Avenue., 2nd Floor
Topeka, KS 66612
Tel: (785) 296-3751
Lynette.bakker@ag.ks.gov

*Counsel for Plaintiff Kansas*

59

FOR PLAINTIFF STATE OF MAINE:

AARON M. FREY
Attorney General

Christina M. Moylan
Office of the Attorney General of Maine
6 State House Station
August, ME 04333
207-626-8800
Christina.moylan@maine.gov

*Counsel for Plaintiff Maine*


FOR PLAINTIFF STATE OF MARYLAND:

ANTHONY G. BROWN
Attorney General

Schonette J. Walker
Gary Honick
Office of the Attorney General of Maryland
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
410-576-6480
swalker@oag.state.md.us
ghonick@oag.state.md.us

*Counsel for Plaintiff Maryland*


FOR PLAINTIFF COMMONWEALTH
MASSACHUSETTS:

ANDREA CAMPBELL
Attorney General

William T. Matlack
Michael B. MacKenzie
Office of the Attorney General of Massachusetts
One Ashburton Place, 18th Fl.
Boston, MA 02108
Tel: (617) 727-2200
William.matlack@mass.gov
Michael.Mackenzie@mass.gov

*Counsel for Plaintiff Massachusetts*


FOR PLAINTIFF STATE MINNESOTA:

KEITH ELLISON
Attorney General

Zachary William Biesanz
Office of the Minnesota Attorney General
Consumer, Wage, and Antitrust Division
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
651-757-1257
Zach.biesanz@ag.state.mn.us

*Counsel for Plaintiff Minnesota*


FOR PLAINTIFF STATE OF NEVADA:

AARON D. FORD
Attorney General

Michelle Christine Newman
Lucas J. Tucker
Nevada Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
775-684-1164
mnewman@ag.nv.gov
ltucker@ag.nv.gov

*Counsel for Plaintiff Nevada*


FOR PLAINTIFF STATE OF NEW
HAMPSHIRE:

JOHN FORMELLA
Attorney General

Brandon Garod
Office of Attorney General of New Hampshire
33 Capitol Street

61

Concord, NH 03301
603-271-1217
Brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff New Hampshire*


FOR PLAINTIFF STATE OF NEW  JERSEY:

MATT PLATKIN
Attorney General

Isabella R. Pitt
Deputy Attorney General
New Jersey Attorney General's Office
124 Halsey Street, 5th Floor
Newark, NJ 07102
973-648-7819
Isabella.Pitt@law.njoag.gov

*Counsel for Plaintiff New Jersey*


FOR PLAINTIFF STATE OF NEW MEXICO:

RAUL TORREZ
Attorney General

Judith E. Paquin
Cholla Khoury
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87504
Tel: 505-490-4885
jpaquin@nmag.gov
ckhoury@nmag.gov

*Counsel for Plaintiff New Mexico*


FOR PLAINTIFF STATE NORTH DAKOTA:

DREW WRIGLEY
Attorney General

Elin S. Alm
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of the Attorney General of North Dakota
1720 Burlington Drive, Suite C
Bismarck, ND 58504
701-328-5570
ealm@nd.gov

*Counsel for Plaintiff North Dakota*

FOR PLAINTIFF STATE OHIO:

DAVE YOST
Attorney General

Jennifer Pratt
Beth Ann Finnerty
Mark Kittel
Office of the Attorney General of Ohio
30 E Broad Street, 26th Floor
Columbus, OH 43215
614-466-4328
Jennifer.pratt@ohioattorneygeneral.gov
Beth.finnerty@ohioattorneygeneral.gov
Mark.kittel@ohioattorneygeneral.gov

*Counsel for Plaintiff Ohio*

FOR THE PLAINTIFF STATE OKLAHOMA:

GENTNER DRUMMOND
Attorney General

Caleb J. Smith
Office of the Oklahoma Attorney General
313 NE 21st St
Oklahoma City, OK 73105
Tel: (405) 522-1014
Caleb.Smith@oag.ok.gov

*Counsel for Plaintiff Oklahoma*

FOR PLAINTIFF STATE OREGON:

63

ELLEN ROSENBLUM
Attorney General

Cheryl Hiemstra
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
503-934-4400
Cheryl.hiemstra@doj.state.or.us

*Counsel for Plaintiff Oregon*


FOR PLAINTIFF COMMONWEALTH
PENNSYLVANIA:

MICHELLE HENRY
Attorney General

Tracy W. Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
Tel: (717) 787-4530
jbetsko@attorneygeneral.gov
twertz@attorneygeneral.gov

*Counsel for Plaintiff Pennsylvania*


FOR PLAINTIFF TERRITORY PUERTO
RICO:

DOMINGO HERNANDEZ
Attorney General

Guarionex Diaz Martinez
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902
Tel: (787) 721-2900, ext. 1201
gdiaz@justicia.pr.gov

64

*Counsel for Plaintiff Puerto Rico*


FOR PLAINTIFF STATE RHODE ISLAND:

PETER NERONHA
Attorney General

Stephen Provazza
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
SProvazza@riag.ri.gov

*Counsel for Plaintiff Rhode Island*


FOR PLAINTIFF STATE SOUTH DAKOTA:

MARTY J. JACKLEY
Attorney General

Yvette K. Lafrentz
Office of the Attorney General of South Dakota
1302 E. Hwy 14, Suite 1
Pierre, SD 57501
605-773-3215
Yvette.lafrentz@state.sd.us

*Counsel for Plaintiff South Dakota*


FOR PLAINTIFF STATE VERMONT:

CHARITY R. CLARK
Attorney General

Christopher J. Curtis
Assistant Attorney General
Office of the Attorney General of Vermont
109 State St.
Montpelier, VT 05609
802-828-3170
Ryan.kriger@vermont.gov

*Counsel for Plaintiff Vermont*


FOR PLAINTIFF COMMONWEALTH
VIRGINIA:

JASON S. MIYARES
Attorney General

Tyler T. Henry
thenry@oag.state.va.us
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, VA 23219
Tel: (804) 692-0485

*Counsel for Plaintiff Virginia*


FOR PLAINTIFF STATE WASHINGTON:

BOB FERGUSON
Attorney General

Amy Hanson
Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-5419
Amy.hanson@atg.wa.gov

*Counsel for Plaintiff Washington*


FOR PLAINTIFF STATE WEST VIRGINIA:

PATRICK MORRISEY
Attorney General

Douglas Lee Davis
Office of the Attorney General, State of West
Virginia
1900 Kanawha Boulevard, East
Building 6, Suite 402
P.O. Box 1789

66

Charleston, WV 25305
304-558-8986
Douglas.l.davis@wvago.gov

*Counsel for Plaintiff West Virginia*


FOR PLAINTIFF STATE WYOMING:

BRIDGET HILL
Attorney General

Benjamin Peterson
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002
(307) 777-6397
Benjamin.peterson2@wyo.gov

*Counsel for Plaintiff Wyoming*