# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA <br><br> **FILED UNDER SEAL** |

**EXHIBITS TO PLAINTIFF STATES' STATEMENT OF MATERIAL FACTS AND RESPONSE TO GOOGLE'S STATEMENT OF MATERIAL FACTS**

| Exhibit No. | Description of Exhibit |
|---|---|
| 1 | Corrected Opening Expert Report of Jonathan Baker filed on behalf of the Plaintiff States (June 6, 2022) |
| 2 | Corrected Rebuttal Expert Report of Jonathan Baker filed on behalf of the Plaintiff States (August 5, 2022) |
| 3 | Corrected Reply Expert Report of Jonathan Baker filed on behalf of the Plaintiff States (September 26, 2022) |
| 4 | Supplemental Materials of Jonathan Baker filed on behalf of the Plaintiff States (October 29, 2022) |
| 5 | Opening Expert Report of Wilfred Amaldoss filed on behalf of the Plaintiff States (June 6, 2022) |
| 6 | Reply Expert Report of Wilfred Amaldoss filed on behalf of the Plaintiff States (September 26, 2022) |
| 7 | Excerpts of Transcript of Google Employee Ben Gomes and errata sheet (September 24, 2020) |
| 8 | Excerpts of Transcript of Google Employee Ben Gomes (December 10, 2021) |
| 9 | How Search Works, available at https://www.google.com/search/howsearchworks/howsearch-works/organizing-information/ (last accessed January 18, 2023) |
| 10 | Our Approach to Search, available at https://www.google.com/search/howsearchworks/our-approach/ (last accessed January 18, 2023) |
| 11 | Excerpts of Transcript of Google Expert Kenneth Elzinga (November 7-8, 2022) |
| 12 | Excerpts of Transcript of Google Employee Pandu Nayak (October 28, 2021) |
| 13 | Why is My Site Not in the Index?, available at https://www.bing.com/webmasters/help/why-is-my-site-not-in-the-index-2141dfab (last accessed January 18, 2023) |
| 14 | Excerpts of Transcript of ▮▮▮▮▮▮▮▮▮▮ (April 21, 2022) |
| 15 | In-depth guide to how Google Search works, available at https://developers.google.com/search/docs/advanced/guidelines/how-search-works (last accessed January 18, 2023) |
| 16 | Marissa Mayer redoes Yahoo's search deal with Microsoft, makes huge changes, available at https://www.businessinsider.com/yahoo-renews-microsoft-search-partnership-2015-4 (last accessed January 18, 2023) |

| Exhibit No. | Description of Exhibit |
|---|---|
| 17 | Excerpts of Transcript of ▮▮▮▮ (April 26, 2022) |
| 18 | Excerpts of Transcript of ▮▮▮▮ and errata sheet (April 21, 2022) |
| 19 | Excerpts of Transcript of ▮▮▮▮ (March 9, 2022) |
| 20 | Online platforms and digital advertising, Market study final report, available at https://www.gov.uk/cma-cases/online-platforms-and-digital-advertising-market-study (last accessed January 18, 2023) |
| 21 | Excerpts of Transcript of ▮▮▮▮ (February 22, 2022) |
| 22 | Excerpts of Transcript of ▮▮▮▮ (March 8, 2022) |
| 23 | Opening Expert Report of Christine Hammer filed on behalf of DOJ (June 6, 2022) |
| 24 | Document Entitled "Geo Food" - GOOG-DOJ-02860873 |
| 25 | Exhibit 4 from Deposition of Google Employee Richard Holden |
| 26 | Exhibit 9 from Deposition of Google Employee Richard Holden |
| 27 | Exhibit 14 from Deposition of Google Employee Jen Fitzpatrick |
| 28 | Excerpts of Transcript of ▮▮▮▮ (April 26, 2022) |
| 29 | Excerpts of Transcript of Google Employee Jerry Dischler and errata sheet (December 7, 2021) |
| 30 | Opening Expert Report of Kenneth Elzinga filed on behalf of Google (June 6, 2022) |
| 31 | A Timeline of Google's Advances in Travel, available at https://redeam.com/google-travel-timeline/ (last accessed January 17, 2023) |
| 32 | Excerpts of Transcript of Google Employee Richard Holden and errata sheet (September 30, 2021) |
| 33 | Exhibit 5 from Deposition of Google Employee Richard Holden |
| 34 | Excerpts of Transcript of Google Employee Jen Fitzpatrick and errata sheet (December 2, 2021) |
| 35 | Exhibit 2 from Deposition of Google Employee Jen Fitzpatrick |
| 36 | Exhibit 3 from Deposition of Google Employee Jen Fitzpatrick |
| 37 | Exhibit 6 from Deposition of Google Employee Richard Holden |

| Exhibit No. | Description of Exhibit |
|---|---|
| 38 | About knowledge panels, available at https://support.google.com/knowledgepanel/answer/9163198?hl=en (last accessed January 17, 2023) |
| 39 | Document Entitled "Launch Doc: Holy Load" - GOOG-DOJ-07548313 |
| 40 | Google Algorithm Updates History & Timeline (2000-2021), available at https://tinuiti.com/blog/seo/google-algorithm-updates-history-timeline/ (last accessed January 18, 2023) |
| 41 | Document Entitled ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 42 | Google Hotel Ads joins Google Ads, available at https://www.blog.google/products/ads/hotel-campaigns/ (last accessed January 18, 2023) |
| 43 | What's Up With Google's Local Service Ads?, available at https://www.revlocal.com/resources/library/blog/whats-up-with-googles-local-service-ads (last accessed January 18, 2023) |
| 44 | What Are Google Local Service Ads? Everything You Need to Know, available at https://www.bluecorona.com/blog/google-local-service-ads/ (last accessed January 18, 2023) |
| 45 | Document Entitled ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 46 | Excerpts of Transcript of Google Employee Joan Braddi (January 25, 2022) |
| 47 | Document Entitled "▮▮▮▮▮▮▮▮▮ Study for Search" February 2020 - GOOG-DOJ-15860312 |
| 48 | Opening Expert Report of Michael Davies filed on behalf of DOJ (June 6, 2022) |
| 49 | Excerpts of Transcript of Google Employee Hal Varian (March 1, 2022) |
| 50 | Excerpts of Transcript of Google Employee Jamie Rosenberg (December 13, 2021) |
| 51 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 52 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 53 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 54 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 55 | Excerpts of Transcript of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and errata sheet (January 26, 2022) |

| Exhibit No. | Description of Exhibit |
|---|---|
| 56 | Excerpts of Transcript of ███████████ (January 27, 2022) |
| 57 | Excerpts of Transcript of ███████████ (April 14, 2022) |
| 58 | ███████████ |
| 59 | ███████████ |
| 60 | ███████████ |
| 61 | ███████████ |
| 62 | ███████████ |
| 63 | Excerpts of Transcript of Google Employee Sundar Pichai (April 5, 2022) |
| 64 | ███████████ |
| 65 | ███████████ |
| 66 | Example of Anti-Fragmentation Agreement - GOOG-DOJ-10988553 |
| 67 | Document Entitled "Android Agreements Explainer--ACC, MADA, RSA, DCB" (February 2, 2018) - GOOG-DOJ-28380959 |
| 68 | ███████████ |
| 69 | ███████████ |
| 70 | ███████████ |
| 71 | Opening Expert Report by Antonio Rangel filed on behalf of DOJ (June 6, 2022) |
| 72 | Excerpts of Transcript of Google Employee Ruth Porat (February 18, 2022) |
| 73 | Document Entitled ███████████ |
| 74 | ██████/Android leadership document - GOOG-DOJ-28350201 |
| 75 | Document Entitled "On Strategic Value of Default Home Page to Google" - GOOG-DOJ-05756467 |

| Exhibit No. | Description of Exhibit |
|---|---|
| 76 | Document Entitled "Android Commercial Agreements" (October 2020) - GOOG-DOJ-17461385 |
| 77 | Excerpts of Transcript of Google Employee Mike Roszak (January 11, 2022) |
| 78 | Document Entitled "NYC Scenarios" ▮▮▮▮ - GOOG-DOJ-09088910 |
| 79 | Excerpts of Transcript of Google Expert Mark Israel (November 4, 2022) |
| 80 | Excerpts of Transcript of Google Employee Zahaveh Levine (September 14, 2021) |
| 81 | Excerpts of Transcript of ▮▮▮▮ (April 22, 2022) |
| 82 | Excerpts of Transcript of ▮▮▮▮ (April 13, 2022) |
| 83 | ▮▮▮▮ |
| 84 | Apple Maps showing TripAdvisor, Booking.com reviews in search results, available at https://appleinsider.com/articles/15/04/06/apple-maps-showing-tripadvisor-bookingcom-reviews-in-search-results (last accessed January 18, 2023) |
| 85 | Verifying Information on Yelp for Apple Maps, available at https://newmediaretailer.com/verifying-information-on-yelp-for-apple-maps/ (last accessed January 18, 2023) |
| 86 | Apple Maps integrating TripAdvisor and Booking.com hotel reviews in results, available at https://www.imore.com/apple-maps-integrating-tripadvisor-and-bookingcom-reviews-results (last accessed January 18, 2023) |
| 87 | Document Entitled ▮▮▮▮ |
| 88 | Anonymous Localized Results, available at https://help.duckduckgo.com/duckduckgo-help-pages/privacy/anonymous-localized-results/ (last accessed January 18, 2023) |
| 89 | Document Entitled "Giving Search users more privacy choices" - GOOG-DOJ-13115029 |
| 90 | Document Entitled "Privacy PR and Marketing approach" (April 2020) - GOOG-DOJ-17642826 |
| 91 | Excerpts of Transcript of ▮▮▮▮ (March 23, 2022) |
| 92 | Excerpts of Transcript of Google Employee Don Harrison and errata sheet (March 10, 2022) |

| Exhibit No. | Description of Exhibit |
|---|---|
| 93 | Excerpts of Transcript of ▮▮▮ and errata sheet (March 30, 2022) |
| 94 | ▮▮▮ |
| 95 | Document Entitled ▮▮▮ |
| 96 | ▮▮▮ |
| 97 | Document Entitled ▮▮▮ |
| 98 | Excerpts of Transcript of ▮▮▮ (January 10 & 11, 2022) |
| 99 | ▮▮▮ |
| 100 | Document Entitled "Mobile App Growth and Engagement Audience Study" (January 2021) - GOOG-DOJ-07896399 |
| 101 | Google email-Subject: RE: Google search powering in-app search on device (June 10, 2020) - GOOG-DOJ-21824751 |
| 102 | ▮▮▮ |
| 103 | ▮▮▮ |
| 104 | ▮▮▮ |
| 105 | ▮▮▮ |
| 106 | ▮▮▮ |
| 107 | ▮▮▮ |
| 108 | ▮▮▮ |
| 109 | ▮▮▮ |
| 110 | ▮▮▮ |
| 111 | ▮▮▮ |
| 112 | Excerpts of Transcript of ▮▮▮ (March 30, 2022) |
| 113 | Product Overview: Search Ads 360, available at https://services.google.com/fh/files/misc/search_ads_360_product_overview.pdf (last accessed January 18, 2023) |
| 114 | Document Entitled "Search Ads 360 Value" (June 2019) - GOOG-NE-02536183 |
| 115 | Document Entitled "SA360 Strategy for 2020+" - GOOG-DOJ-24816888 |

| Exhibit No. | Description of Exhibit |
|---|---|
| 116 | Document Entitled "Search Ads 360" (November 16, 2018) - GOOG-NE-06259628 |
| 117 | Excerpts of Transcript of ▇▇▇▇ (April 8, 2022) |
| 118 | Excerpts of Transcript of ▇▇▇▇ (May 10, 2022) |
| 119 | Excerpts of Transcript of Google Employee Jason Krueger (November 10, 2021) |
| 120 | Excerpts of Transcript of Google Employee Bashar Kachachi (November 20, 2020) |
| 121 | Google email-Subject: RE: AdWords vs. DoubleClick Search (May 18, 2016) - GOOG-DOJ-23028616 |
| 122 | ▇▇▇▇ |
| 123 | Appeal Committee Doc - GOOG-DOJ-27556714 |
| 124 | Document Entitled ▇▇▇▇ |
| 125 | Excerpts of Transcript of ▇▇▇▇ (April 20, 2022) |
| 126 | Document Entitled ▇▇▇▇ |
| 127 | Document Entitled "SA360 Competitive Strategy" - GOOG-DOJ-24793794 |
| 128 | Excerpts of Transcript of ▇▇▇▇ (April 20, 2022) |
| 129 | Excerpts of Transcript of ▇▇▇▇ (March 17, 2022) |
| 130 | Excerpts of Transcript of ▇▇▇▇ (April 4, 2022) |
| 131 | Excerpts of Transcript of ▇▇▇▇ (March 8, 2022) |
| 132 | Search Ads 360 Overview, available at https://support.google.com/searchads/answer/1187512 |
| 133 | Google Closes Acquisition of DoubleClick, available at https://googlepress.blogspot.com/2008/03/google-closes-acquisition-of_11.html (last accessed January 18, 2023) |
| 134 | Excerpts of Transcript of ▇▇▇▇ (March 23, 2022) |
| 135 | Document Entitled "VivaKi RFP" - GOOG-DOJ-27571830 |
| 136 | Document Entitled "EMEA Search Ads 360 Acquisition" (July 2018) - GOOG-DOJ-11574718 |

| Exhibit No. | Description of Exhibit |
|---|---|
| 137 | Excerpts of Transcript of Google Employee Amit Varia (August 12, 2021) |
| 138 | Document Entitled "SA360 PRD: Impression Share Bid Strategy" - GOOG-NE-04622423 |
| 139 | Google email-Subject: Contacts for Simplemation (January 28, 2016) - GOOG-NE-03419547 |
| 140 | Document Entitled "SA360 Pricing and 3P Incentives" - GOOG-DOJ-11572660 |
| 141 | Document Entitled "Search Ads 360 2021 P&L follow-up" - GOOG-DOJ-31788543 |
| 142 | Document Entitled "Susan Wojcicki - SMX West 2012 February 29, 2012" - GOOG-DOJ-00119259 |
| 143 | Document Entitled "jasonkrueger@ PM Artifacts (Q1'18 - Q1'19)" - GOOG-DOJ-24764237 |
| 144 | Google email-Subject: [▮▮▮▮ SA360] Post-Mortem and Next Steps (September 15, 2021) - GOOG-DOJ-31491195 |
| 145 | Excerpts of Transcript of Google Employee Eduardo Indacochea (May 2, 2022) |
| 146 | Excerpts of Transcript of ▮▮▮▮▮▮▮▮▮▮ (April 27, 2022) |
| 147 | Google email-Subject: ▮▮▮▮▮▮▮▮▮▮ (December 3, 2020) - GOOG-DOJ-24807903 |
| 148 | Google email-Subject: RE: ▮▮▮▮ situation with Sa360 - product meeting (October 18, 2021) - GOOG-DOJ-31541191 |
| 149 | Document Entitled ▮▮▮▮▮▮▮▮▮▮ - GOOG-DOJ-24765189 |
| 150 | Google, "Setting Smarter Search Bids," available at https://services.google.com/fh/files/blogs/search_automated_bidding_guide.pdf (last accessed January 18, 2023) |
| 151 | Google Response to States' Third Set of Interrogatories |
| 152 | Google Response to States' Second Set of Requests for Admission |
| 153 | Document Entitled "Unlock the power of auction-time bidding in Search Ads 360" - GOOG-NE-10860013 |
| 154 | Google email-Subject: ▮▮▮▮▮▮▮▮▮▮ - GOOG-DOJ-22526606 |
| 155 | Google Response to States' Third Set of Contention Interrogatories |

| Exhibit No. | Description of Exhibit |
|---|---|
| 156 | Excerpts of Transcript of ███████████████ (May 5-6, 2022) |
| 157 | Google email-Subject: ███████████████ - GOOG-DOJ-24807759 |
| 158 | Document Entitled "amitvaria Promo Packet 7" - GOOG-DOJ-24796266 |
| 159 | ███████████████ |
| 160 | ███████████████ |
| 161 | ███████████████ |
| 162 | Document Entitled "███████████████" - GOOG-DOJ-24813184 |
| 163 | Google email-Subject: SA360 Copper Q3 Launches & Feature Progress - GOOG-DOJ-04198862 |
| 164 | Document Entitled "███████████████" - GOOG-DOJ-24813895 |
| 165 | Document Entitled ███████████████ |
| 166 | Google, "Introducing the new Search Ads 360," available at https://blog.google/products/marketingplatform/360/introducing-new-search-ads-360/ (last accessed January 18, 2023) |
| 167 | Document Entitled ███████████████ |
| 168 | ███████████████ |
| 169 | Excerpts of Transcript of Google Employee Kim Spalding (November 16, 2021) |
| 170 | Document Entitled "Economics of search engines and implications for competition policy" - GOOG-DOJ-03368147 |
| 171 | Excerpts of Transcript of ███████████████ (April 21, 2022) |
| 172 | Document Entitled "Marketplace Analysis, March 2020" - GOOG-DOJ-29831927 |
| 173 | Document Entitled "Vertical Strategy for monetization (3+yrs)" - GOOG-DOJ-04140385 |
| 174 | Google, "How Search Algorithms Work," available at https://www.google.com/search/howsearchworks/algorithms/ (Last accessed January 25, 2023) |

| Exhibit No. | Description of Exhibit |
|---|---|
| 175 | Document Entitled "Search Advertising" - GOOG-DOJ-13123748 |
| 176 | Document Entitled "Session Three: Search Advertising" - GOOG-DOJ-01187998 |
| 177 | Excerpts of Transcript of Google Employee Andrew Silverman (February 17, 2022) |
| 178 | Excerpts of Transcript of Google Employee Elizabeth Reid (January 11, 2022) |
| 179 | Excerpts of Transcript of Google Employee Emily Moxley (January 28, 2022) |
| 180 | Excerpts of Transcript of ▌ and errata sheet (March 9, 2022) |
| 181 | Excerpts of Transcript of ▌ (April 7, 2022) |
| 182 | Document Entitled ▌ |
| 183 | AngiHomeservices Inc., 2019 Form 10-K |
| 184 | Excerpts of Transcript of ▌ (February 10, 2022) |
| 185 | Excerpts of Transcript of ▌ (March 8, 2022) |
| 186 | Excerpts of Transcript of ▌ (April 19, 2022) |
| 187 | Excerpts of Transcript of ▌ and errata sheet (March 28, 2022) |
| 188 | Excerpts of Transcript of ▌ (March 31, 2021) |
| 189 | ▌ |
| 190 | Document Entitled "Tough Questions/Discussion Points: PSSR 2019 Prep" - GOOG-DOJ-12527423 |
| 191 | Exhibit 13 from Deposition of Google Employee Jen Fitzpatrick |
| 192 | Excerpts of Transcript of Google Employee Bill Ready (May 3, 2022) |
| 193 | Document Entitled ▌ |
| 194 | Exhibit 9 to the Transcript of ▌ (March 31, 2021) |

11

| Exhibit No. | Description of Exhibit |
|---|---|
| 195 | Document Entitled ▮▮▮ |
| 196 | Google Response to States' First Set of Contention Interrogatories |
| 197 | Excerpts of Transcript of Google Employee Emily Moxley (January 27, 2022) |
| 198 | Exhibit 12 from the Deposition of Google Employee Bill Ready |
| 199 | Document Entitled "Google Travel, October 2019" - GOOG-DOJ-06903301 |
| 200 | Excerpts of Transcript of Plaintiff States' Expert Jonathan Baker (November 21 & 22, 2022) |
| 201 | Ad Formats on Google - GOOG-DOJ-15899143 |
| 202 | Exhibit 3 from the Deposition of ▮▮▮ (April 21 & 22, 2022) |
| 203 | Expedia email ▮▮▮ |
| 204 | Document Entitle ▮▮▮ |
| 205 | Angi's ▮▮▮ |
| 206 | Excerpts of Transcript of Google Employee Andrew Miller (April 18, 2022) |
| 207 | Document Entitled " ▮▮▮ P&L review, Nov 7" - GOOG-DOJ-04166485 |
| 208 | Document Entitled ▮▮▮ - GOOG-DOJ-27912467 |
| 209 | Document Entitled " ▮▮▮ experiment report" - GOOG-DOJ-26452172 |
| 210 | Excerpts of Transcript of ▮▮▮ (March 3, 2022) |
| 211 | Google email-Subject: Urgent - Naming - Strategy Issue - Vertical Search (September 21, 2012) - GOOG-NE-00069104 |
| 212 | Document Entitled "Hotles-GeoCon Summit" (September 4, 2013) - GOOG-DOJ-23492669 |
| 213 | Google Supplemental Response to States' Third Set of Interrogatories |
| 214 | Rebuttal Report of Kenneth Elzinga filed on behalf of Google (August 5, 2022) |
| 215 | Document Entitled ▮▮▮ - GOOG-DOJ-18192970 |

Case 1:20-cv-03010-APM   Document 534   Filed 03/13/23   Page 13 of 15

| Exhibit No. | Description of Exhibit |
|---|---|
| 216 | ██████████████ |
| 217 | ██████████████ |
| 218 | ██████████████ |
| 219 | ██████████████ |
| 220 | Document Entitled "████████████████ - GOOG-DOJ-31509915 |
| 221 | Document Entitled ████████████ - GOOG-DOJ-25762376 |
| 222 | Google's Third Supplemental Responses to Plaintiffs' 11/1/21 Notice of Deposition |
| 223 | ██████████████ |
| 224 | ██████████████ |
| 225 | ██████████████ |
| 226 | ██████████████ |
| 227 | Document Entitled "Japan, 2021" - GOOG-DOJ-30406618 |
| 228 | Document Entitled "████████ Partnership Review" - GOOG-DOJ-31809321 |
| 229 | Document Entitled "Japan RPM" - GOOG-DOJ-16070848 |
| 230 | Google email-Subject: Jack's cheat sheet (October 4, 2019) - GOOG-NE-02291567 |
| 231 | Document Entitled "PSSR Offsite Day 1: Production Discussion" - GOOG-DOJ-12436033 |
| 232 | Document Entitled "Travel Leadership Meeting Singapore May 2019: Google Travel Strategy Update" - GOOG-DOJ-11367339 |
| 233 | Document Entitled "Unifying Google's food ordering Strategy" - GOOG-NE-11062391 |
| 234 | Document Entitled "Travel Traffic Analysis ACM" - GOOG-DOJ-29193225 |
| 235 | Document Entitled "Draft copy of PSSR - Travel Discussion Pre-Read - June 2018" - GOOG-NE-04000767 |

13

| Exhibit No. | Description of Exhibit |
|---|---|
| 236 | Exhibit 26 from the Deposition of ▮ |
| 237 | Document Entitled "▮ experiment report" (January 24, 2016) - GOOG-DOJ-32477235 |
| 238 | Expedia Group, available at https://www.expediagroup.com/who-we-are/our-story/default.aspx#module-tabs_item--1 (last access January 19, 2023) |
| 239 | ▮ |
| 240 | ▮ |
| 241 | Document Entitled "▮ AdWords Value Search" (September 8, 2017) - GOOG-DOJ-03181743 |
| 242 | ▮ |
| 243 | ▮ |
| 244 | Internal Google email-Subject: Search advertising vs. Display advertising in the curious incident of the dog? (April 3, 2008) - GOOG-DOJ-01399616 |
| 245 | Google email-Subject: ▮ (December 9, 2019) - GOOG-DOJ-24771373 |
| 246 | Document Entitled "▮" - GOOG-DOJ-29518150 |
| 247 | ▮ |
| 248 | ▮ |
| 249 | Microsoft Advertising features in Search Ads 360, available at https://support.google.com/searchads/answer/2592341?hl=en (last access January 19, 2023) |
| 250 | Google email-Subject: ▮ (December 2, 2020) - GOOG-DOJ-24807903 |
| 251 | Document Entitled "Search Ads 360 Pitch Deck" - GOOG-DOJ-24873894 |
| 252 | Document Entitled "SA360 Re-Innovation" - GOOG-DOJ-24814854 |
| 253 | Foundation, "What is a vertical," available at https://foundationinc.co/learn/verticals/ (last accessed January 18, 2023) |
| 254 | Exhibit 10 from Deposition of Google Employee Richard Holden |
| 255 | ▮ |

| Exhibit No. | Description of Exhibit |
|---|---|
| 256 | Document Entitled "Advertiser Experience" (June 20, 2019) - GOOG-DOJ-03034316 |
| 257 | Google Expert Kenneth Elzinga, Workpaper 7 from Opening Expert Report |
| 258 | ███████████████████████████████ |
| 259 | Exhibit 9 from Deposition of Google Expert Kenneth Elzinga - GOOG-DOJ-29801589 |
| 260 | Exhibit 13 from Deposition of Google Expert Kenneth Elzinga - GOOG-DOJ-06682383 |
| 261 | Reply Expert Report of Kenneth Elzinga filed on behalf of Google |