# Exhibit 13

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

Home

- Getting Started
- Webmaster Tools & Feature
- Messages & Alerts
- Getting Help & Support
- Content Guidelines
- Advanced Topics
- FAQ

Why do I get notifications from Bin...

Why is My Site Not in the Index?

How Can I Remove a URL or Page ...

Which Crawlers Does Bing Use?

Where can I submit feedback?

HTTPS: Which cipher suites can I u...

Go to Webmaster Tools

## Why is my site not in the index?

When Bing crawls and indexes pages on the internet, it makes decisions about the sites that are most likely to resonate with searchers. The web is virtually infinite in size; all your web pages cannot be selected, and some of your pages may not be present in the Bing index. This article tells you how to verify if a page from your site is currently indexed, the reasons why it did not make it to the index, and tips on how to improve your chances.

There are several reasons why your website may not be in the Bing index, but first you need to verify if your site is really not indexed. Next step is to put up a query for the specific URL on your website using the **url:** search operator followed by your site URL. The following example shows that the URL is in the index, since it is returned as a result:



If no result is returned, then your site or page is not in the index. It could be due to any or a combination of the following reasons:

- **Your site is new and we haven't discovered and crawled it yet:** If your website is new, Bing may take time to find the links and crawl through your site. Even if you submit sitemaps or pages directly to us via your Webmaster Tools account (as described in Submit URLs to Bing), we still need to crawl and assess it before it appears in the index.
- **We are running into issues crawling the site:** If we cannot crawl your website consistently, we may select not to index. You can go to the URL Inspection tool to see if Bingbot, our main crawler, is able to crawl your homepage and other pages.
- **There are no links pointing to your website:** A common problem for new websites is the lack of links pointing to it from other places on the web. Such links help us discover your content and tell us about the popularity of your web pages. Note that we prefer to see a few links from quality, authoritative websites pointing at you, rather than see hundreds of new links from random sites. We need to see at least one link pointing to your website for us to find it. More quality links are obviously better, but concentrate on getting a few quality links pointing to your new website by creating compelling, link-worthy content.
- **Your robots.txt file is preventing us from crawling your site:** If you have incorrectly set up your robots.txt file, you may be telling Bingbot not to crawl your website. It keeps you from being seen in our index. Check out How to Create a Robots.txt File to learn more on how to set up a basic robots.txt file.
- **You have a <meta name="robots" content="NOINDEX"> on your pages:** If your pages contain <meta name="robots" content="NOINDEX"> in the source code, we will not add them to the index.
- **You have blocked URLs inside your Bing Webmaster Tools:** If you have an active Bing Webmaster Tools account, you may have blocked URLs from showing in our results using the Block URLs tool. Check your account and ensure that the URLs you expect to see in the index are not blocked.
- **Your site does not meet the quality threshold required by Bing:** Bing likes unique, quality content. Make sure that your website does not replicate content, redirect users quickly, or provide little depth that don't fare well in our results. Prolonged poor performance can lead us to delist websites to make room for quality websites.
- **Your website has been penalized and removed from the index:** In rare cases where we have found your website to be in violation of quality guidelines, or presence of malware, your site may not appear in search results as it has been penalized. Bing communicates directly with website owners via the Webmaster Tools to alert them of any malware we detect on a website. If any malware is detected on your website, we will either remove the site

from our search results entirely or add a malware warning to the listing to protect our searchers. If you have been hit by malware you should follow the
Bing Webmaster Guidelines .