# Exhibit 20

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

Home  >  Competition and Markets Authority cases

# Online platforms and digital advertising market study

The Competition and Markets Authority has completed its market study into online platforms and the digital advertising market in the UK.

---

From: **Competition and Markets Authority (/government/organisations/competition-and-markets-authority)**

Published 3 July 2019

Last updated 1 July 2020 —

Case type: **Markets (/cma-cases?case_type%5B%5D=markets)**
Case state: **Open (/cma-cases?case_state%5B%5D=open)**
Market sector: **Communications (/cma-cases?market_sector%5B%5D=communications)**, **Recreation and leisure (/cma-cases?market_sector%5B%5D=recreation-and-leisure)**
Opened: **3 July 2019**

**Related content**

Collection

**Digital Markets Unit (/government/collections/digital-markets-unit)**

Contents

**Administration timetable**

**Contact**

- — Media enquiries

**Final report**

**Responses to interim report**

**Penalty notice**

**Interim report**

**Responses to Statement of Scope**

**Launch of the study**

- — Personal information

**Digital markets strategy**

# Administration timetable

| Date | Action |
| --- | --- |
| 1 July 2020 | Publication of final report and decision not to make a market investigation reference |
| 12 February 2020 | Consultation on interim report closed |
| 18 December 2019 | Publication of interim report and consultation on whether to make a market investigation reference |
| 30 July 2019 | Deadline for responses to the invitation to comment |
| 3 July 2019 | Launch of market study |

# Contact

email: onlineplatforms@cma.gov.uk

**Media enquiries**

Any media enquiries should be directed to press@cma.gov.uk.

# Final report

1 July 2020: We have published the final report of our market study into online platforms and digital advertising. We have found that competition is not working well in these markets, leading to substantial harm for consumers and society as a whole.

We recommend that the government passes legislation to establish a new pro-competition regulatory regime.

- [Final report](#) (1.7.20)
- [Appendix A: the legal framework](#) (1.7.20)
- [Appendix B: summary of responses to our interim report consultation](#) (1.7.20)
- [Appendix C: market outcomes](#) (1.7.20)
- [Appendix D: profitability of Google and Facebook](#) (1.7.20)
- [Appendix E: ecosystems of Google and Facebook](#) (1.7.20)
- [Appendix F: the role of data in digital advertising](#) (1.7.20)
- [Appendix G: the role of tracking in digital advertising](#) (1.7.20)
- [Appendix H: default positions in search](#) (1.7.20)
- [Appendix I: search quality and economies of scale](#) (1.7.20)
- [Appendix J: Facebook Platform and API access](#) (1.7.20)
- [Appendix K: consumer controls over platforms' data collection](#) (1.7.20)
- [Appendix L: summary of research on consumers' attitudes and behaviour](#) (1.7.20)
- [Appendix M: intermediation in open display advertising](#) (1.7.20)
- [Appendix N: understanding advertiser demand for digital advertising](#) (1.7.20)
- [Appendix O: measurement issues in digital advertising](#) (1.7.20)
- [Appendix P: specialised search](#) (1.7.20)
- [Appendix Q: exploitation of market power](#) (1.7.20)
- [Appendix R: fees in the adtech stack](#) (1.7.20)
- [Appendix S: the relationship between large digital platforms and publishers](#) (1.7.20)
- [Appendix T: our approach to assessing data remedies](#) (1.7.20)
- [Appendix U: supporting evidence for the code of conduct](#) (1.7.20)

- [Appendix V: assessment of pro-competition interventions in general search](#) (1.7.20)
- [Appendix W: assessment of pro-competition interventions in social media](#) (1.7.20)
- [Appendix X: assessment of pro-competition interventions to enable consumer choice over personalised advertising](#) (1.7.20)
- [Appendix Y: choice architecture and Fairness by Design](#) (1.7.20)
- [Appendix Z: assessment of potential data-related interventions in digital advertising markets](#) (1.7.20)
- [Appendix ZA: assessment of potential pro-competition interventions to address market power in open display advertising](#) (1.7.20)
- [Glossary](#) (1.7.20)
- [Qualitative research report prepared by Jigsaw Research](#) (1.7.20)
- Press release: [New regime needed to take on tech giants](#) (1.7.20)
- [Presentation slides: summary of final report](#) (1.10.20)

## Responses to interim report

- [An advertiser](#) (8.4.20)
- [A broadcaster](#) (8.4.20)
- [A digital advertising service provider](#) (8.4.20)
- [A European telecommunications provider](#) (8.4.20)
- [An ICSS provider](#) (8.4.20)
- [Small advertiser A](#) (8.4.20)
- [Small advertiser B](#) (8.4.20)
- [Small advertiser C](#) (8.4.20)
- [Small advertiser D](#) (8.4.20)
- [Small advertiser E](#) (8.4.20)
- [An online travel comparison service](#) (8.4.20)

- [51Degrees](#) (8.4.20)
- [Advertising Association](#) (8.4.20)
- [Age Verification Providers Association](#) (8.4.20)
- [Archant Community Media](#) (8.4.20)
- [Arete Research](#) (8.4.20)
- [Awin](#) (8.4.20)
- [Barclays](#) (8.4.20)
- [Baylis Media](#) (8.4.20)
- [Beeswax](#) (8.4.20)
- [Bradbury Harper Ltd](#) (8.4.20)
- [Brave](#) (8.4.20)
- [British Brands Group](#) (8.4.20)
- [BT](#) (8.4.20)
- [Business Information Risk Management Consulting](#) (8.4.20)
- [Cancer Research UK](#) (8.4.20)
- [Centre for Data Ethics and Innovation](#) (8.4.20)
- [Cliqz](#) (8.4.20)
- [Competition Law Forum](#) (8.4.20)
- [Computer and Communications Industry Association](#) (8.4.20)
- [Ctrl-Shift](#) (8.4.20)
- [Developers Alliance](#) (8.4.20)
- [Data and Marketing Association](#) (8.4.20)
- [Digital Policy Alliance](#) (8.4.20)
- [DMG Media](#) (8.4.20)
- [Doteveryone](#) (8.4.20)
- [Dr Oles Andriychuk](#) (8.4.20)
- [DuckDuckGo](#) (8.4.20)
- [Ecosia](#) (8.4.20)

- Facebook (8.4.20)
- Google (8.4.20)
- Horizon Digital Economy Research Institute (8.4.20)
- IAB (8.4.20)
- ICO (8.4.20)
- Independent News & Media (8.4.20)
- Index Exchange (8.4.20)
- ISBA (8.4.20)
- JICWEBS (8.4.20)
- John Lewis Partnership (8.4.20)
- Lilo (8.4.20)
- Lloyds Banking Group (8.4.20)
- Maouloua Ltd (8.4.20)
- Marker Lab Ltd (8.4.20)
- Microsoft Corporation (8.4.20)
- Midland News Association (8.4.20)
- Mojeek (8.4.20)
- News Media Association (8.4.20)
- News UK (8.4.20)
- Next Net Designs (8.4.20)
- Oracle Moat (8.4.20)
- Privacy International (8.4.20)
- Prof. Damian Geradin and Dimitrios Katsifis (8.4.20)
- Professional Publishers Association (8.4.20)
- Radiocentre (8.4.20)
- Reach PLC (8.4.20)
- Snap Inc. (8.4.20)
- Telefonica UK (8.4.20)

- [Telegraph Media Group](#) (8.4.20)
- [The Guardian Media Group](#) (8.4.20)
- [Twitter](#) (8.4.20)
- [UCL Institution for Innovation and Public Purpose](#) (8.4.20)
- [Verizon Media](#) (8.4.20)
- [Vodafone](#) (8.4.20)
- [Which?](#) (8.4.20)
- [Whitereport](#) (8.4.20)
- [Yoti](#) (8.4.20)

# Penalty notice

17 January 2020: The CMA has published a notice (served 10 January 2020) of a penalty imposed on AppNexus Europe Limited under section 174A of the Enterprise Act 2002. The CMA imposed the penalty for a failure to comply, without reasonable excuse, with the requirements imposed on AppNexus Europe Limited by a notice issued by the CMA under section 174 of the Enterprise Act 2002.

- [Penalty notice](#) (17.1.20)

# Interim report

18 December 2019: We have published an update on our online platforms and digital advertising market study, setting out our initial findings, including the concerns we have identified and the potential interventions we are considering.

We are inviting comments on our report, including on our proposal not to make a market investigation reference at this stage, by 5pm on 12 February 2020.

- Press release: CMA lifts the lid on digital giants (18.12.19)
- Interim report (18.12.19)
- Appendix A: The legal framework (18.12.19)
- Appendix B: Summary of responses to our statement of scope (18.12.19)
- Appendix C: Market outcomes (18.12.19)
- Appendix D: Profitability of Google and Facebook (18.12.19)
- Appendix E: The role of data (18.12.19)
- Appendix F: Consumer control over data collection (18.12.19)
- Appendix G: Summary of research on consumers' attitudes and behaviour (18.12.19)
- Appendix H: Intermediation in digital advertising (18.12.19)
- Appendix I: Potential practices to be tackled through a code of conduct (18.12.19)
- Appendix J: Potential interventions in general search (18.12.19)
- Appendix K: Potential interventions in social media (18.12.19)
- Appendix L: Potential approaches to improving personal data mobility (18.12.19)
- Appendix M: Potential interventions in digital advertising (18.12.19)
- Glossary (18.12.19)

## Responses to Statement of Scope

- News UK response to State of Scope (18.12.19)
- Ecosia (30.10.19)
- Digital advertising services provider (30.9.19)
- News Media Association (26.9.19)
- 5Rights Foundation (11.9.19)
- Advertising Association (11.9.19)

- [An online travel comparison service](#) (11.9.19)
- [Association of Independent Tour Operators](#) (11.9.19)
- [Arete Research](#) (11.9.19)
- [Barclays](#) (11.9.19)
- [Behavioural Insights Team](#) (11.9.19)
- [BAPLA](#) (11.9.19)
- [Business Information Risk Management Consulting](#) (11.9.19)
- [BT](#) (11.9.19)
- [Carnegie Trust](#) (11.9.19)
- [CDT](#) (11.9.19)
- [Citizens Advice](#) (11.9.19)
- [Competition Law Forum at BIICL](#) (11.9.19)
- [CCIA](#) (11.9.19)
- [Channel 4](#) (11.9.19)
- [Damien Geradin](#) (11.9.19)
- [Developers Alliance](#) (11.9.19)
- [Digi.me](#) (11.9.19)
- [DCN](#) (11.9.19)
- [Digital Policy Alliance](#) (11.9.19)
- [DLG](#) (11.9.19)
- [DMG Media](#) (11.9.19)
- [Dr Ryan and Dr Lynksey](#) (11.9.19)
- [Ernie App](#) (11.9.19)
- [eyeo GmbH](#) (11.9.19)
- [European Publishers Council](#) (11.9.19)
- [Facebook](#) (11.9.19)
- [Gillian Doyle](#) (11.9.19)
- [GoCompare](#) (11.9.19)

- Google (11.9.19)
- Guardian Media Group (11.9.19)
- IAB UK (11.9.19)
- ICSS (11.9.19)
- Index Exchange (11.9.19)
- ISBA (11.9.19)
- JICWEBS (11.9.19)
- John Lewis Partnership (11.9.19)
- Lloyds Banking Group (11.9.19)
- L'Oréal (11.9.19)
- Money Saving Expert (11.9.19)
- Open Rights Group (11.9.19)
- Oracle (11.9.19)
- Oracle response appendix 1 (13.1.20)
- Oracle response appendix 2 (13.1.20)
- Oracle response appendix 3 (13.1.20)
- Oracle response appendix 4 (13.1.20)
- Professional Publishers Association (11.9.19)
- Progressive Policy Institute (11.9.19)
- Privacy International (11.9.19)
- Radiocentre (11.9.19)
- Reckitt Benckiser (11.9.19)
- RGA (11.9.19)
- ResPublica (11.9.19)
- Telefonica UK (11.9.19)
- University of East Anglia (11.9.19)
- UKTV (11.9.19)
- Vodafone (11.9.19)

- [Verizon Media](#) (11.9.19)
- [Which?](#) (11.9.19)
- [WhiteReport](#)(11.9.19)

## Launch of the study

3 July 2019: The CMA has launched a market study into online platforms and the digital advertising market in the UK. We are assessing three broad potential sources of harm to consumers in connection with the market for digital advertising:

- to what extent online platforms have market power in user-facing markets, and what impact this has on consumers
- whether consumers are able and willing to control how data about them is used and collected by online platforms
- whether competition in the digital advertising market may be distorted by any market power held by platforms

We are inviting comments by 30 July 2019 on the issues raised in the statement of scope, including from interested parties such as online platforms, advertisers, publishers, intermediaries within the ad tech stack, representative professional bodies, government and consumer groups.

- [Market study notice](#) (3.7.19)
- [Statement of scope](#) (3.7.19)

## Personal information

The CMA may collect, use and share personal data for its market studies under the Enterprise Act 2002. This includes processing personal data

for the purposes of the General Data Protection Regulation and the Data Protection Act 2018.

For more information about how the CMA handles personal information, see the CMA's Personal Information Charter.

## Digital markets strategy

This study is part of the CMA's Digital Markets Strategy, which sets out our broad approach to protecting consumers in the digital economy while ensuring robust, competitive digital markets.

- CMA Digital markets strategy (3.7.19)
- Press release: CMA launches digital markets strategy (3.7.19)

Published 3 July 2019

Last updated 1 July 2020 + show all updates

↑ Contents

### Explore the topic

Competition (/business/competition)



**OGL**

All content is available under the Open Government Licence v3.0, except where otherwise stated

© Crown copyright