# Exhibit 31

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

Redeam

Google

# A TIMELINE OF GOOGLE'S ADVANCES IN TRAVEL

**2004**
Google Earth & Google Maps launch[1]

**2006**
Google Translate launches[2]

**2011**
Hotel Finder launches, helping Google users locate and book hotels; Acquisition of ITA Software, which parses airline flight information[3]

**2011**
Google Flights launches, enabling users to book airline tickets; Restaurant review site Zagat acquired[4]

**2013**
Google Wallet launches (eventually becomes Google Pay in 2018) enabling on-the-go purchases through mobile devices[5]

**2016**
Google Trips mobile app launches (merges into Google Travel August 2019)[6]

**2016**
Google Assistant, an AI-powered mobile personal assistant with voice command, launches[7]

**2016**
Smart speaker, Google Home, with travel-friendly commands unveiled[8]

**2018 - 2019**
Reserve with Google, Google's local activities booking tool, begins expanding into travel by making tours and activities bookable[9]

**2018**
Touring Bird is unveiled in September 2018 (officially merges into Google Travel in October 2019)[10]

**2018**
Google launches Local Guides for an improved travel review experience[11]

**2018**
New "For You" feature of Google Maps on mobile devices offers personalized, relevant recommendations of local businesses within a selected area[12]

**JANUARY 2019**
Flight check-in and hotel booking abilities added to Google Assistant[13]

**MARCH 2019**
Dedicated search site for hotel booking availability by destination launches[14]

**MAY 2019**
By consolidating travel functionality of "Trips, Flights, Explore {from Touring Bird}, Hotels, and Packages" into one site, The Google Travel Hub is born[15]

**MAY - DECEMBER 2019**
OTA organic visibility in Google searches noticeably reduced[16]

**AUGUST 2019**
Location history timeline allowing mobile users to share favorite places and recommendations with friends and family launches; Maps integrates vacation listings[17]

**NOVEMBER 2019**
New built-in translation enables Google Maps to speak names and places in the local language; New social feature allows users to follow Google Local Guides[18]

**DECEMBER 2019**
Alphabet (Google's parent company) launches its own ride-hailing app; will compete against Uber[19]

**APRIL 2020**
Google quietly announces rolling Reserve with Google into their travel group (a potential signal of longer-term objectives for tours and attractions)[20]

1. Wikipedia Google Maps Data
2. TechCrunch, Google Translate Now Has..., February 2016
3. Netaffinity Google Hotel Ads, August 2019; Google ITA Acquisition Facts
4. Wikipedia Google Flights; TechCrunch, Google Acquires Zagat..., September 2011
5. Wikipedia Google Pay
6. Wikipedia Google Trips
7. TechCrunch, Google Unveils..., May 2016
8. The New York Times, Google Home Helps You..., December 2016
9. Search Engine Roundtable, Reserve With Google Expands, August 2018
10. PhocusWire, Google Launches Touring Bird..., September 2018
11. The Business Owner's Manual to Google Local Guides, October 2018
12. Google Maps' new For You tab of personalized recommendations..., December 2018
13. Google adds hotel booking, flight check-in to Google Assistant, January 2019
14. HospitalityNet, Google launches hotel search site..., March 2019
15. Google Travel, May 2019
16. rezStream, Google hotel search site could rattle the OTAs, April 2019
17. PhocusWire, Google's playbook to become a Super App..., December 2019
18. PhocusWire, Google's playbook to become a Super App..., December 2019
19. Yahoo! News, Alphabet Launches Waymo App..., December 2019
20. Arival Industry News, "Google Takes Soft Step into Tour, Activity Booking," April 2020

