# Exhibit 38

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

# About knowledge panels

*This article includes information about knowledge panels on Google Search and how information that appears in knowledge panels is sourced.*

Knowledge panels are information boxes that appear on Google when you search for entities (people, places, organizations, things) that are in the Knowledge Graph. They are meant to help you get a quick snapshot of information on a topic based on Google's understanding of available content on the web.

Knowledge panels are automatically generated, and information that appears in a knowledge panel comes from various sources across the web. In some cases, we may work with data partners who provide authoritative data on specific topics like movies or music, and combine that data with information from other open web sources.

We also know that entities whose information is included in knowledge panels (like prominent individuals or the creators of a television show) are self-authoritative, and we provide ways for these entities to provide direct feedback. Therefore, some of the information displayed may also come from verified entities who have suggested edits to facts on their own knowledge panels.

Images that appear in the knowledge panel can come from several sources. One source is those individuals that have claimed their knowledge panels and selected a featured image from images available on the web. Other images (especially when there is a collection of multiple images) are a preview of Google Images results for the entity and are automatically sourced from across the web.

Knowledge panels are updated automatically as information changes on the web, but Google also considers changes in two main ways: directly from the entities depicted in the knowledge panel, and from general user feedback.

If you are the subject of or official representative of an entity depicted in a knowledge panel, you can claim this panel and suggest changes. More information about these processes are available in the following articles:

- Get verified on Google
- Update your Google knowledge panel

**Note:** If you are not the official representative of a given entity, you can use the feedback link on the bottom right-hand corner of a knowledge panel and suggest edits for review.

## Business Profile on Google Search

Business Profiles look similar to knowledge panels, but are specific to businesses that serve customers at a particular location or within a designated service area. Use Google My Business ⧉ to claim or create a Business Profile, which appears on Google.

---

### Need more help?
Try these next steps:

 **Contact us**
Tell us more and we'll help you get there