# Exhibit 42

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

Ads & Commerce Blog

GOOGLE ADS

# Google Hotel Ads joins Google Ads

Jul 11, 2018 · 3 min read




**Michael Trauttmansdorff**
Senior Product Manager, Hotels

In 2010, we started showing hotel information in a more useful way with sponsored hotel prices in Google Maps. Since then, we've expanded Google Hotel ads to more than 150 countries on Google.com and Google Maps, helping travelers browse hotels on mobile devices and spot hotel deals. Our Hotel ad partners are happy with the volume of leads and bookings - in the first six months of 2018, the number of leads to partners grew 65 percent year over year. As Hotel ads has grown, we've heard feedback that some partners have a hard time managing their Hotel ads in a separate platform from their other Google Ads, like their search and display campaigns.

To help partners efficiently scale, Hotel ads will become a part of the Google Ads platform with a new campaign type. Hotel campaigns in Google Ads will launch later this year, enabling you to manage your Hotel campaigns alongside your other campaigns in a single platform. We're also launching a new Hotel Center to simplify the management of your hotel price feeds.

## Google Hotel Ads join Google Ads

Yesterday at Google Marketing Live, we introduced a new campaign type in Google Ads called Hotel campaigns. This campaign type will simplify campaign management and optimization. Specifically, the benefits include:

- Hotel groups to organize hotels by important attributes like brand and class

- Robust bidding controls that allow marketers to optimize for bidding dimensions unique to hotels like a traveler's length of stay or check-in day and audience bidding

- Smart bidding powered by machine learning to maximize bookings at your ROI goal

- Rich reporting and familiar responsive interface available with the newly redesigned Google Ads



We're testing this new Hotel campaign type with a few initial partners, and they are excited by the results.



"As the largest travel agent in Latin America we're focused on getting interested online leads to our site and Google Hotel ads have been a great channel for us thus far. As an alpha tester, we're excited by the promise of Hotel ads in Google Ads. We think it'll help us save time, scale our efforts and started to move more of our hotel inventory to the new Hotel campaign type."

- Andrés Patetta, Chief Marketing Officer, Despegar.com



"At Koddi, we have over 400,000 hotels in our global portfolio including large global advertisers. We're always looking for ways to drive more bookings, and Google Hotel ads are a central part of many of our partner's distribution strategy. We've seen Google Hotel ads traffic steadily grow, with our partners experiencing an average 31% increase every year. The upcoming Ads integration will uncover new insights that will allow us to scale our clients' reach and bookings further."

- Deep Kohli, Senior Director of Client Services, Koddi.

New Hotel Center for hotel price feed management

Hotel price feed management can be complex and time-consuming. With Hotel campaign management moving into Google Ads, we're also redesigning how partners optimize and manage their hotel price feeds in a new Hotel Center. This Hotel Center will:

Simplify feed troubleshooting with faster and more intuitive in-product guidance

Quickly optimize your feed's health with actionable opportunities and one-click fixes

Use a central hub to power other price feed-based hotel features in the future, like dynamic remarketing creatives.

The existing Hotel Ads Center will be replaced with the new Hotel Center in phases. We're starting with the basics first, focusing on a better way to submit your hotel inventory and describe your hotel properties.

**Learn more**

Hotel Ads will launch as an open beta available to advertisers later this year. If you'd like to stay up to date on the Google Ads integration and Hotel Center launch, beta test Hotel ads in Google Ads or learn more about Hotel ads in general, please fill out this interest form.

Whether you're a hotel owner trying to fill your rooms or an online travel agent wanting to drive more leads, we hope Hotel ads in Google Ads and the new Hotel Center will make it easier than ever to connect with travelers at scale.

**POSTED IN:**

Google Ads

## Related stories



**GOOGLE ADS**

New insights for the holidays and beyond

Dec 14, 2022



**GOOGLE ADS**

Turning data into results with data-driven attribution

Dec 13, 2022



**GOOGLE AD**

3 ways f maximiz presenc

Nov 14, 202

Google serves cookies to analyze traffic to this site. Information about your use of our site is shared with Google for that purpose.   See details.



OK