**HIGHLY CONFIDENTIAL – SEALED FILING**

# Exhibit 45

**Filed under Seal and Subject to Stipulated Protective Order in**
***United States, et al. v. Google LLC*, No. 20-cv-3010-APM**
***State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM**