# Exhibit 84

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

1/17/23, 3:25 PM
Case 1:20-cv-03010-APM   Document 584-31   Filed 03/13/23   Page 2 of 7
Apple Maps showing TripAdvisor, Booking.com reviews in search results | AppleInsider

(HTTPS://APPLEINSIDER.COM)

# Apple Maps showing TripAdvisor, Booking.com reviews in search results



Mikey Campbell (https://appleinsider.com/editor/mikey+campbell) | Apr 06, 2015



(https://photos5.ap   leinsider.com/archive   gallery/12403-6240-   50405-Maps-l.jpg)

*AppleInsider may earn an affiliate commission on purchases made through links on our site.*

In what appears to be a recent update to Apple's in-house mapping service, hotel reviews pulled from TripAdvisor and Booking.com are showing up in local search results alongside data sourced from Yelp.

Spotted by *AppleInsider* reader Ram, Apple Maps searches are returning TripAdvisor reviews for specific hotels, including the Days Inn in Monmouth Junction, New Jersey. Further investigation showed Booking.com reviews also popping up in various locations around the world, including China.

Since its inception, Apple Maps has relied (http://appleinsider.com/articles/12/06/11/apples_new_maps_for_ios_6_features_navigation_crowd_sourced_traffic.html) solely on Yelp to provide reviews for local search, allowing users to read point of interest reviews without leaving the app. Neither TripAdvisor or Booking.com are listed as sources on Apple's official Maps attribution (http://gspa21.ls.apple.com/html/attribution.html) webpage, but reviews with links to their respective webpages and apps are now appearing in Maps queries.

It is not yet known how Apple plans to incorporate the new services, or to what extent, though it appears that data from TripAdvisor and Booking.com are currently supplementing, not replacing, Yelp information. For example, conducting a search for "Hotels" in the area surrounding Monmouth Junction returns a list of establishments from Yelp's database, while a pointed query for "Days Inn" brings back a list supplied by TripAdvisor.

## Watch the Latest from AppleInsider TV

(HTTPS://APPLEINSIDER.COM)

The new capability may be linked to Apple's acquisition of social navigation startup Spotsetter (http://appleinsider.com/articles/14/06/06/apple-reportedly-acquires-social-search-startup-spotsetter), which used proprietary algorithms to recommend points of interest based on social network contacts. Prior to Apple's purchase, the app had hooks into TripAdvisor, Zagat and Yelp.

Apple has been working hard to build out its mapping service since a bungled launch in 2012 (http://appleinsider.com/articles/12/09/28/apple-ceo-tim-cook-apologizes-to-customers-for-maps-in-ios-6). Most recently, four new sources (http://appleinsider.com/articles/15/02/25/gasbuddy-greatschools-now-providing-data-for-apple-maps) of business and POI data were added to bolster the app's local search feature.

13 Comments (https://forums.appleinsider.com/discussion/185602)

**LATEST NEWS**


(https://appleinsider.com/articles/23/01/17/supreme-court-asks-feds-to-weigh-in-on-apple-patent-dispute)

**Supreme Court asks feds to weigh in on Apple patent dispute (https://appleinsider.com/articles/23/01/17/supreme-court-asks-feds-to-weigh-in-on-apple-patent-dispute)**

1 hour ago


(https://appleinsider.com/articles/23/01/17/apple-reclaims-smartphone-market-lead-despite-17-contraction)

**Apple reclaims smartphone market lead despite 17% contraction (https://appleinsider.com/articles/23/01/17/apple-reclaims-smartphone-market-lead-despite-17-contraction)**

2 hours ago


(https://appleinsider.com/inside/mac-studio/vs/m2-pro-mac-mini-versus-mac-studio---compared)

**M2 Pro Mac mini vs Mac Studio - compared (https://appleinsider.com/inside/mac-studio/vs/m2-pro-mac-mini-versus-mac-studio---compared)**

2 hours ago


(https://appleinsider.com/articles/23/01/14/lowest-price-ever-microsoft-office-for-mac-home-business-2021-2499-90-off)

**Extended 1 day: Microsoft Office for Mac Home & Business 2021 $24.99 (90% off) (https://appleinsider.com/articles/23/01/14/lowest-price-ever-microsoft-office-for-mac-home-business-2021-2499-90-off)**

3 hours ago


(https://appleinsider.com/articles/23/01/17/2024-mac-mini-will-keep-same-design-says-ming-chi-kuo)

**2024 Mac mini will keep same design, says Ming-Chi Kuo (https://appleinsider.com/articles/23/01/17/2024-mac-mini-will-keep-same-design-says-ming-chi-kuo)**

3 hours ago


(https://appleinsider.com/articles/23/01/17/mac-pro-trade-in-value-plummets-after-m2-announcements)

**Mac Pro trade-in value plummets after M2 announcements (https://appleinsider.com/articles/23/01/17/mac-pro-trade-in-value-plummets-after-m2-announcements)**

3 hours ago


(https://appleinsider.com/inside/mac-mini/vs/m2-mac-mini-vs-m1-mac-mini---compared)

**M2 Mac mini vs M1 Mac mini - compared (https://appleinsider.com/inside/mac-mini/vs/m2-mac-mini-vs-m1-mac-mini---compared)**

4 hours ago

**M2 Pro Mac mini returns line to four Thunderbolt ports (https://appleinsider.com/articles/23/01/17/m2-pro-mac-mini-returns-line-to-four-thunderbolt-ports)**

4 hours ago

(https://appleinsider.com/articles/23/01/17/m2-pro-mac-mini-returns-line-to-four-thunderbolt-ports)

1/17/23, 3:25 PM
Apple Maps showing TripAdvisor, Booking.com reviews in search results | AppleInsider
Case 1:20-cv-03010-APM   Document 584-31   Filed 03/13/23   Page 5 of 7





**How to use AI subject selection in Photos in iOS 16 & macOS Ventura (https://appleinsider.com/inside/ios-16/tips/how-to-use-ai-subject-selection-in-photos-in-ios-16-macos-ventura)** (HTTPS://APPLEINSIDER.COM)

(https://appleinsider.com/inside/ios-16/tips/how-to-use-ai-subject-selection-in-photos-in-ios-16-macos-ventura)



**Best apps for a healthy pregnancy on iPhone in 2023 (https://appleinsider.com/inside/iphone/best/best-apps-for-a-healthy-pregnancy-on-iphone-in-2023)**

(https://appleinsider.com/inside/iphone/best/best-apps-for-a-healthy-pregnancy-on-iphone-in-2023)



**Best sleep tracking apps for iPhone (https://appleinsider.com/inside/iphone/best/best-sleep-tracking-apps-for-iphone)**

(https://appleinsider.com/inside/iphone/best/best-sleep-tracking-apps-for-iphone)

**LATEST VIDEOS**



**Hands on: best HomeKit gear announced so far in 2023 (https://appleinsider.com/articles/23/01/14/hands-on-with-all-the-best-homekit-gear-announced-so-far-this-year)**

(https://appleinsider.com/articles/23/01/14/hands-on-with-all-the-best-homekit-gear-announced-so-far-this-year)



**Hands on with all the best Apple accessories at CES 2023 (https://appleinsider.com/articles/23/01/12/hands-on-with-all-the-best-apple-accessories-at-ces-2023)**

(https://appleinsider.com/articles/23/01/12/hands-on-with-all-the-best-apple-accessories-at-ces-2023)



### All the Find My gear at CES 2023 - hands on (https://appleinsider.com/articles/23/01/11/all-the-find-my-gear-at-ces-2023---hands-on)

(https://appleinsider.com/articles/23/01/11/all-the-find-my-gear-at-ces-2023---hands-on)



### iPhone 14 Pro long term review: Still worth the upgrade (https://appleinsider.com/articles/23/01/01/iphone-14-pro-long-term-review-still-worth-the-upgrade)

(https://appleinsider.com/articles/23/01/01/iphone-14-pro-long-term-review-still-worth-the-upgrade)



### Brydge ProDock review: A vertical Thunderbolt 4 docking station for modern Macs (https://appleinsider.com/articles/23/01/01/brydge-prodock-review-a-vertical-thunderbolt-4-docking-station-for-modern-macs)

(https://appleinsider.com/articles/23/01/01/brydge-prodock-review-a-vertical-thunderbolt-4-docking-station-for-modern-macs)

**LATEST REVIEWS**



### Yale Smart Safe review: HomeKit support, but buggy (https://appleinsider.com/articles/23/01/17/yale-smart-safe-review-homekit-support-but-buggy)

(https://appleinsider.com/articles/23/01/17/yale-smart-safe-review-homekit-support-but-buggy)



### Oakywood Magsafe Collection Review: perfect for a home office (https://appleinsider.com/articles/23/01/14/oakywood-magsafe-collection-review-perfect-for-home-office)

(https://appleinsider.com/articles/23/01/14/oakywood-magsafe-collection-review-perfect-for-home-office)



**Harber London Commuter Backpack review: Fashion meets tech** (https://appleinsider.com/articles/23/01/14/harber-london-commuter-backpack-review-fashion-meets-tech)



**MGG Wireless Charging Station review: You get what you pay for** (https://appleinsider.com/articles/23/01/13/mgg-wireless-charging-station-review-you-get-what-you-pay-for)



**Spark Mail 2.11 Review: e-mail organizer with Gatekeeper & Smart Inbox** (https://appleinsider.com/articles/23/01/13/spark-mail-211-review-e-mail-organizer-with-gatekeeper-smart-inbox)

### LOAD MORE (/news/page/2)





If you love AppleInsider and want to support independent publications, please consider a small donation.

Follow us on Social Media:

(https://www.facebook.com/AppleInsiderdotcom)   (https://twitter.com/appleinsider)   (https://www.instagram.com/applei

---

Copyright © 2023, Quiller Media, Inc.

Advertise on AI (https://appleinsider.com/advertising) | Contact Us (https://appleinsider.com/contact) | Privacy Policy (https://appleinsider.com/privacy) | Ethics Policy (https://appleinsider.com/help/ethics) | Terms of Use (https://appleinsider.com/terms-of-use)

**DESIGNED BY CRAFTED (HTTPS://WWW.CRAFTEDNY.COM)**