# Exhibit 85

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM



Ecommerce Websites

Marketing Services　　Store Types

Success Stories　　Our Team

Talk to an Expert

# Verifying Information on Yelp for Apple Maps

by Janet Thomas | Feb 24, 2022 | Blog, Search Engine Optimization, Seo, Videos





## Verifying Information on Yelp for Apple Maps

Apple Maps has over 100 million users, and Apple Maps displays information about your business based on your Yelp business profile. Learn why Yelp is essential to influencing more foot traffic to your brick and mortar retail store.

In this video, Francesca shares tips for optimizing your Yelp profile, so your business looks its best on Apple Maps.

## Transcript

Hello my name is Francesca. Thank you so much for joining me today for another quick marketing tip. We spend a lot of time talking about Google Business Profile and for good reason; it has an impact on Google Search, Google Maps and more.

## For users on the go, Google Maps comes pre-installed on Android devices.



Maintaining your Google Business Profile goes a long way in setting the accuracy of the location and general information about your business for users trying to get to your store. Plus, reviews show on Google Maps as well, but what about iPhone users? iPhones come pre-installed with Apple Maps.

## According to Apple, Apple Maps has hundreds of millions of users.

So where is Apple Maps getting this information from? Is it connected to Google Business Profile? No. Let's take a look first at what users see when they are using Apple Maps about a business. You'll see in this screenshot, you see the business name, the category, Yelp reviews, recommend this place, photos pulled from Yelp, click to call, hours, address, and then phone number listed again along with some other elements. Apple Maps currently relies heavily on Yelp to provide this data.

## As important as Google Business Profile is to Google Maps, Yelp is to Apple Maps.

It's important that you make sure the information about your business on Yelp is accurate to help ensure the information about your business on Apple Maps is accurate. But it's not just about the information being accurate, you should be aware of the review activity that's taking place on your Yelp profile. As well as these reviews are shown and directly displayed on your apple maps listing, there have been reports that suggest Apple will release its own version of a tool similar to Google My Business, meaning that it would no longer rely on Yelp for this data. You can see the recommend this place question mark. Is Apple introducing a beta feature to set this process in place? But for now I'd really encourage you to keep Yelp on your radar. Make sure the information that's there is accurate, and be aware of new reviews that are coming in as they will have a direct impact on your listing through apple maps.

Thanks so much for joining me today for another quick marketing tip be sure to

check back soon.



1/17/23, 3:27 PM
Case 1:20-cv-03010-APM   Document 534-32   Filed 03/13/23   Page 6 of 10
Verifying Information on Yelp for Apple Maps | New Media Retailer

# Recent Posts

3 Things to Know About Instagram's Latest Algorithm Update

January 10, 2023

Multisearch Near Me

October 7, 2022

Developing Relevant Content Every Season

September 27, 2022

Google Business Profile Video Verification

August 31, 2022

Ideas to Keep Customers Coming Back to Your Website

August 16, 2022

# Categories

Analytic Advice

Blog

Business

Case Study

Coupon Creator

Ecommerce

Email Address Builder

Email Marketing

Event Planning

Google Ads

In Store Support

Integrated Marketing Communication



Marketing

NMR Minute Tips

Online Reviews

Press Release

Search Engine Optimization

Seo

Social Media Marketing

Tech

Uncategorized

Videos

Website Promoter

Websites

# Turn your local market into regulars

We can help your local business compete in any market



