# Exhibit 86

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM





TRENDING   Reality Pro VR   iPhone 15   iPad Pro 2022   iPhone 14 Pro   Watc

When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.

# Apple Maps integrating TripAdvisor and Booking.com hotel reviews in results

By Harish Jonnalagadda last updated March 01, 2018

 



At this stage, Booking.com results are more prevalent than TripAdvisor for international search queries. Apple is yet to formally acknowledge the addition of these services, with its Maps attribution page{.nofollow} currently listing Yelp as the only source for local reviews.



Apple is bolstering the amount of available on its in-house Maps service by adding new locations to the 3D Flyover feature along with bringing new local data partners on board. There's also the suggestion that the Cupertino giant is looking to introduce a Street View-style feature in Maps.

Via: AppleInsider





# Harish Jonnalagadda

The clumsiest man in tech.

---

**TOPICS**

`TRANSPORTATION`  `MAPS`


## IMORE NEWSLETTER

Your Email Address

☐ Contact me with news and offers from other Future brands

☐ Receive email from us on behalf of our trusted partners or sponsors

**SIGN ME UP**

By submitting your information you agree to the Terms & Conditions and Privacy Policy and are aged 16 or over.

Advertisement

1/17/23, 3:27 PM
Apple Maps integrating TripAdvisor and Booking.com hotel reviews in results | iMore
Case 1:20-cv-03010-APM   Document 534-38   Filed 03/13/23   Page 9 of 13

Advertisement

**MOST READ**



1  **Apple TV Plus to bid for streaming rights for the Premier League**

2  **Nintendo recap: New GameCube controller for Switch promises never to drift, if you can manage to buy one**

3  **Why you should turn off Content Analysis in Adobe Creative Cloud (and how to do it)**

4  **Is this the best iPhone 14 Pro clone yet?**

5  **This 1980s Apple logo makeover is better than the real thing**

Advertisement

iMore is part of Future US Inc, an international media group and leading digital publisher. **Visit our corporate site**.

---

Terms and conditions

Privacy policy

Cookies policy

Accessibility statement

Careers

Licensing

External links disclosure

About us

Newsletter

Advertising inquiries

Do not sell my info

© Future US, Inc. Full 7th Floor, 130 West 42nd Street, New York, NY 10036.