# Exhibit 113

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

PRODUCT OVERVIEW                                                                  Search Ads 360

# Search Ads 360

## Get more from your search campaigns

### Maximize performance

Search Ads 360 gives you the workflow tools, robust reporting, and strategic bid optimization you need to get more value from your search campaigns. Respond faster to an ever-changing market — in real time and at scale — using native integrations with other Google Marketing Platform products.

### Automation in volume

Save time and improve campaign performance by automating key activities at scale. From keyword creation to ad copy changes and reporting, Search Ads 360 helps streamline your advertising in all markets, languages, and across search engines. Manage your campaigns for Google Ads, Bing Ads, Yahoo! Japan, and Baidu, all in a single interface.

### Use Search Ads 360 to easily:



Drive performance for advertisers with automation and optimization. Implement automated bidding powered by machine learning to increase return on ad spend.



Bring together your own business insights with external signals. Use them to optimize media across channels, improve ad management, and expand reporting capabilities.



Centralize your search marketing with combined insights and reporting across multiple engines including Google, Bing, Baidu, and Yahoo! Japan, as well as search and social channels.

Search Ads 360 is a search management tool that helps marketers improve campaign performance across multiple channels. Its enhanced reporting and bid optimization facilitates collaboration.

      

Google Marketing Platform

## Smart bidding, smart decisions

Intelligent bidding drives performance. Search Ads 360 helps you automatically optimize for your business goals with Smart Bidding. Make informed decisions based on real-time insights built on Google's machine learning capabilities.

## Insights and reporting in one place

Measure and report on the metrics that matter most to your business — across purchase paths, channels, and devices. And optimize for every step of your customers' journey with cross-device graphs. Native integration with the Google Marketing Platform enables streamlined workflows so you can track campaigns across a single platform.

## Driving performance

Search Ads 360 helps you automate complex search campaigns more efficiently. Implement automated bidding powered by machine learning to increase return on spend. Use your own business insights to customize campaigns and drive performance, then combine reporting from your search campaigns with other media channels in one central place.

You'll have the flexibility to view campaign insights in a way that aligns with your business goals. That way you can make more informed decisions and act — both in real time and at scale.

**Business data in Search Ads 360 makes the most of your unique information sources so you can customize and automate your campaigns, reports, and bids for improved performance.**

Learn more about Search Ads 360 at
g.co/marketingplatform

About Google Marketing Platform

Google Marketing Platform is a unified advertising and analytics platform that helps enterprise marketers make better decisions faster. With Google Marketing Platform, you're in control of every campaign, so you have the flexibility to adapt to the needs of your business and your customers. Learn more at g.co/marketingplatform.

© 2018 Google LLC. All rights reserved. Google and the Google logo are trademarks of Google LLC. All other company and product names may be trademarks of the respective companies with which they are associated.

Google Marketing Platform