**HIGHLY CONFIDENTIAL – SEALED FILING**

# Exhibits 124-126

**Filed under Seal and Subject to Stipulated Protective Order in**
*United States, et al. v. Google LLC*, **No. 20-cv-3010-APM**
*State of Colorado, et al. v. Google LLC*, **No. 20-cv-3715-APM**