# Exhibit 132

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

Search Ads 360 overview
# What's Search Ads 360?

<   Next: How Search Ads 360 works  >

⚠ Due to the war in Ukraine, we will pause ads containing content that exploits, dismisses, or condones the war.

⚠ As part of our recent suspension of ads in Russia, we will also pause ads on Google properties and networks globally for advertisers based in Russia.

⚠ Due to the ongoing war in Ukraine, we will be temporarily pausing Google ads from serving to users located in Russia.

⚠ Effective immediately, due to an ongoing sensitive event (the war in Ukraine), we are pausing ads from and for Russian Federation state-funded media.

Search Ads 360 is a search management platform that helps agencies and marketers efficiently manage some of the largest search marketing campaigns in the world, across multiple engines and media channels. Streamlined workflow and powerful reporting features enable buyers to efficiently run campaigns, while automated bidding improves campaign performance. Built-in integration with the Google Marketing Platform allows buyers to manage and track digital campaigns across a single platform, enabling rich, cross-channel buying, reporting and attribution.

Without Search Ads 360, you'd need to manage your ads and keywords on each search engine, and it would be much more difficult to analyze your ad/keyword performance across engines. You also wouldn't have the automated bidding power of Search Ads 360 bid strategies. **With Search Ads 360, you save time, reduce complexity, and have the ability to make better decisions and increase your Return on Investment (ROI) for search marketing.**

Campaigns: Traffic your ads and keywords to the search engines            ⌄

Strategic bid optimization: Apply automated bid rules to your keywords    ⌄

Reporting: See how your ads and keywords are performing                   ⌄

## Stories from businesses who use Search Ads 360

See how other business have benefited ↗ from using Search Ads 360 and the Google Marketing Platform.

<   Next: How Search Ads 360 works  >