**HIGHLY CONFIDENTIAL – SEALED FILING**

# Exhibits 135-145

**Filed under Seal and Subject to Stipulated Protective Order in**
*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM