# Exhibit 150

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

# Setting Smarter Search Bids

Inside Automated Bidding with AdWords



## Table of Contents

**The bidding challenge** ................................................................................................. Page 3

**The AdWords automated bidding solution** ........................................................... Page 3

    Part 1: True auction-time bidding ................................................................. Page 3

    Part 2: Adaptive learning at the query level .............................................. Page 5

    Part 3: Richer user signals and cross-signal analysis ............................ Page 5

        When signals work together ......................................................... Page 7

**Bid strategies to help you meet your goals** ......................................................... Page 8

    Conversion and revenue-based bid strategies ........................................ Page 8

    Awareness-based bid strategies ................................................................... Page 9

    How AdWords calculates bids ....................................................................... Page 9

**How our bidding algorithms learn** ......................................................................... Page 11

    Setting a bid strategy up for success .......................................................... Page 11

    Adapting to your performance changes ................................................... Page 13

**Key takeaways** ............................................................................................................... Page 14



# The bidding challenge

Intelligent bid optimization is a keystone of any successful search campaign. The keyword bids you choose directly influence your campaign performance and how visible your ads are for the search queries most important to your business. Without regular, data-driven bidding oversight, you could find yourself spending too much on the wrong keywords while missing out on valuable conversions and revenue from others.

It can be challenging to scalably manage your bids to achieve the best results, especially if you have campaigns with a significant number of keywords and are trying to optimize across multiple dimensions like match type, device and location. Given the dynamic nature of search auctions, the "right" bid can often be a moving target as well. This is why advertisers often choose automated bidding solutions to make frequent bid optimizations using comprehensive data models. These solutions can help them make better bidding decisions not only on their highest-volume head terms, but also on their low-volume terms to drive significant performance gains. Furthermore, they can save hours per week when transitioning from manual to automated bidding, and reclaim valuable time to reinvest in other strategic optimizations.

# The AdWords automated bidding solution

AdWords automated bidding is an enterprise-class solution that helps advertisers set precise bids for each and every auction, and helps drive higher conversion volume or revenue at a cost-efficiency that is comparable to or better than existing performance targets. It offers three core capabilities not available in any other tool:

1. True auction-time bidding
2. Adaptive learning at the query level
3. Richer user signals and cross-signal analysis

Let's explore each of these in more detail.

## 1. True auction-time bidding

For conversion and revenue-based bid strategies, AdWords automated bidding offers true auction-time optimization that sets bids for each individual auction, not just a few times a day. This gives advertisers a more precise level of bid optimization and the ability to tailor bids to each user's unique search context. Rather than only adjusting bids based on aggregate performance across users, AdWords bidding algorithms also evaluate relevant contextual signals present at auction-time. These include the time of day, the specific ad creative being shown, or the user's device, location, browser, and operating system.



Identifying the conversion opportunity of each and every auction helps to better differentiate bids and optimize with a higher degree of precision. For example, a banking advertiser may identify that iOS users are more likely to open a checking account, or that smartphone users located in cities with higher branch coverage are more likely to visit a bank location. With auction-time bidding, AdWords can detect the presence of signals like these to more accurately predict conversion rate and set a more informed bid for every search query.

> **Today's bidding solutions offer varying levels of bidding frequency and precision**
>
> Advertisers can choose from a variety of bidding methods to manage their keywords, so it's important to understand the incremental benefits of each solution:
>
> - **Manual bidding**: Advertisers manually set keyword bids themselves, with the option to use performance filters (e.g. for keywords with a conversion rate higher than x%, increase bids by y%). Due to time constraints, they may only optimize bids for a subset of their keywords during each round of optimization, such as top-performers or by keyword or product category.
>
> - **Rules-based bidding**: Advertisers define performance criteria and a system automatically adjusts bids when keyword performance meets those criteria (e.g. when average position falls below x, increase bids y%).
>
> - **Intra-day bidding**: Machine-learning algorithms train on historical and ongoing performance data to optimize keyword bids and bid adjustments a few times a day. This is often referred to as "real-time" bidding for search marketing, as some tools have the ability to register new conversion data as soon as it happens.
>
>> The DoubleClick Search management platform optimizes bids four times a day while refreshing its conversion models multiple times per hour. It allows advertisers to set up portfolio bid strategies that span multiple search engines and accounts. Learn More
>
> - **AdWords auction-time bidding**: AdWords automated bidding combines machine learning algorithms with bid optimization for each and every auction. This is the most precise, granular level you can use to set your bids. Comparatively, even when keyword bids and bid adjustments are modified a few times a day, they are still applied uniformly across every user. Ultimately, you can underbid for your strongest-performing auctions while overbidding for poorer-performing ones.
>
>> You can implement an AdWords automated bid strategy to get the benefits of auction-time bidding while still using a third-party search management solution for bulk edits and reporting across multiple accounts and search engines.



## 2. Adaptive learning at the query level

Machine learning algorithms rely on robust conversion data to build accurate bidding models that predict performance at different bid levels. While high-volume head terms often provide plenty of conversion rate data for modeling, accounts typically have some low-volume or new keywords with little performance history that must be taken into account. For these low-volume keywords, bidding solutions rely on models to set bids that reflect the best estimate of conversion rates at that time.

For example, bidding solutions may test different bid levels to build the conversion rate model for a specific keyword. However, this may result in poor performance while the keyword accrues data, which may be a lengthy process depending on search volume. Another common process for modeling conversion rate performance on low-volume keywords is to "borrow" data from the same keyword across match types or from higher-level ad group and campaign performance.

AdWords automated bidding expands upon this method and augments it using query-level data across your account. This gives the bidding algorithms significantly more data to make decisions with, and helps reduce performance fluctuations when keyword-level conversion data is scarce.

---

#### Why query-level learning improves your bidding

AdWords bidding models aren't limited and compartmentalized by where a keyword lives in your account structure. Instead, conversion data can be leveraged at the search query level across ad groups and campaigns. This is especially beneficial for optimizing bids on phrase and broad match keywords, where a wide variety of search queries may match to a single keyword. In these cases, having just one keyword-level bid wouldn't optimize for conversion rate differences across queries.

Furthermore, let's say you add new keywords or move keywords to a different ad group. AdWords algorithms don't have to relearn performance from scratch. Because they learn at the query level rather than the keyword level, if a search query has already been matching to other parts of your campaigns, the algorithms simply apply what they've learned about it across your account to make smarter bidding decisions.

---

## 3. Richer contextual signals and cross-signal analysis

Every user search is different and bids for each query should reflect the unique contextual signals present at auction-time. Signals like time of day, presence on a remarketing list, or a user's device and location are key dimensions to consider when determining optimal bids. On top of evaluating these signals, AdWords automated bidding includes additional signals like a user's operating system, web browser, language settings, and many more to optimize for performance differences across platforms and users. This helps capture meaningful context for every search, allowing AdWords to more accurately predict the conversion likelihood of each auction and set the optimal bid. See a list of several of the important predictive signals AdWords automated bidding uses below.



| Contextual signals | Description | Example |
|---|---|---|
| Device | System can optimize bids based on whether the query is coming from desktop, tablet or mobile | Advertiser: **Car dealership**<br>*Bids take into account if a user searches for "car dealer locations" on a desktop computer at home or from a smartphone while on the go* |
| Location | System can optimize bids based on the specific location (down to the city level) the user is located in or searching for, even if location targeting is set at a higher level | Advertiser: **Bank**<br>*Even if location targeting is set to New York state, bids take into account if a user searches for "new checking account" from different cities within the state (e.g. Manhattan vs. Long Island where there may be differing branch coverage)* |
| Weekday / time of day | System can optimize bids based on the user's local time of day and day of week in their time zone | Advertiser: **Coffee shop**<br>*Bids take into account if a user searches at 7am before work vs. noon at lunchtime on Monday* |
| Remarketing List (RLSA) | System takes remarketing lists for search ads into account | Advertiser: **Online retailer**<br>*Bids take into account if a user has already browsed the product during a previous site visit* |
| Actual query | System can optimize bids based on the text of the query that triggered the ad, not just the keyword it matches to | Advertiser: **Shoe retailer**<br>*Bids take into account if a user's query is "leather boots" or "boot repairs," even if both queries broad match to the keyword "boots"* |
| Ad creative | When you have multiple ad creatives eligible to serve for a given search query, system can optimize the bid based on which creative will be shown, including whether it drives to a mobile app | Advertiser: **Online travel company**<br>*Bids take into account if ad shown is the "latest deals" creative or the "popular getaways" creative, or if it points to the mobile site or app, based on which variation has a higher likelihood of converting for the specific query* |
| Interface language | System can optimize bids based on the particular user's language preference | Advertiser: **Spanish language learning site**<br>*For the query, "learn a new language", bids take into account whether ad is shown to a user whose Google language setting is English or Spanish* |
| Browser | System can optimize bids based on the browser the query is coming from | Advertiser: **Software company**<br>*Bids take into account if a user searches for "mac software" from Safari or Internet Explorer* |
| OS | System can optimize bids based on the user's operating system for that query | Advertiser: **Phone accessories seller**<br>*Bids take into account if a user searches for "Nexus 6 phone case" from an Android or iOS device* |
| Search Network partner | System can optimize bids based on which search partner site the ad appears on | Advertiser: **Consumer packaged goods brand**<br>*Different bids placed if query is coming from a more relevant search on an eCommerce site vs. a news site* |



### When signals work together

While implementing manual bid adjustments for individual signals like device and location is a great first step to setting more precise bids, AdWords automated bidding goes a step beyond traditional signal analysis. Search context is never defined by just one signal, and AdWords can recognize and adjust for meaningful interactions between combinations of signals that can impact conversion rates.

#### Evaluating signals individually vs. analyzing cross-signal effects

Individual bid adjustments for signals such as device, location, and time of day look at performance data in aggregate. For example, a bidding solution may evaluate how your mobile conversion rate across users compares to your overall computer and tablet conversion rate, and set a corresponding mobile bid adjustment.

Although this method of aggregating data and evaluating performance averages helps to avoid making bid adjustments with insufficient data, it can also overlook the nuanced conversion opportunity between individual auctions. For example, a mortgage lender might determine that on average, their mobile conversion rates are 20% lower than computer and tablet conversion rates, and set a mobile bid adjustment of -20%. However, this doesn't account for the times of day where their mobile conversion rates are strong, such as in the mornings, when people may be researching loan options on their phones during their early work commute.

Furthermore, when you begin to layer on additional bid adjustments (e.g. for location), calculating them individually and then multiplying them together doesn't account for the potential interacting effects of the signals together. It can even produce unreasonably high bids if you combine multiple, large bid increases with a base keyword bid that's already high.

AdWords evaluates how signals interact with each other to identify meaningful correlations that impact conversion rate across advertisers. By seeing which signal combinations are most predictive of conversion performance and adding these to the bidding models, it can calculate more holistic bids that account for how certain signals work together.





# Bid strategies to help you meet your goals

AdWords offers multiple bid strategies to help you achieve your performance objectives. These strategies aren't constrained by campaign structure and can be applied at more granular levels to ad groups or keywords as needed.

## Conversion and revenue-based bid strategies:

For conversion and revenue-based bid strategies, AdWords automated bidding offers true auction-time optimization that sets bids for each individual auction, not just a few times a day. This gives advertisers a more precise level of bid optimization and the ability to tailor bids to each user's unique search context. Rather than only adjusting bids based on aggregate performance across users, AdWords bidding algorithms also evaluate relevant contextual signals present at auction-time such as the time of day, the specific ad creative being shown, or the user's device, location, browser, and operating system.

| Performance goal | Bid strategy | When to use it |
| --- | --- | --- |
| Conversions | Conversion Optimizer or Target cost-per-acquisition (CPA) | To get more conversions within a set target CPA. You can use Conversion Optimizer at the campaign-level or use Target CPA to more flexibly apply automated bidding at the ad group or campaign level. |
|  | Enhanced cost-per-click (eCPC) | To get more conversions while still manually setting your own bids and bid adjustments. Does not offer the full power of Target CPA or Target ROAS, as it only works on a limited portion of traffic and adjusts bids from -100% to +30% based on how likely a click is to lead to a conversion. It is still anchored by your base keyword bid and cannot optimize against relative performance on your other keywords. |
| Revenue/ Conversion value | Target return on ad spend (ROAS) | To get more revenue or conversion value within a set target ROAS. |

The AdWords enhanced CPC (eCPC) bid strategy can work in conjunction with third-party automated bidding. However, it does not provide the full benefit of AdWords auction-time bidding as eCPC only adjusts bids within a strict range of -100% to +30%, and only works on a limited portion of your traffic.



## Awareness-based bid strategies:

| Performance goal | Bid strategy | When to use it |
|---|---|---|
| **Visibility** | Target search page location | To target the top of page or first page search results. |
| | Target outranking share | To outrank or show more frequently than another domain in search results. |
| **Clicks** | Maximize clicks | To get the most clicks from your budget. |

Outranking share = the percentage of times your ad ranked higher in the auction than another participant's ad or showed when theirs did not, out of the total number of ad auctions you participated in.

## How AdWords calculates bids

**Conversion and revenue-based bid strategies**



The algorithms predict the conversion rate outcome for a click in each auction based on the specific contextual signals present. In addition to trying to maximize conversions, bids also account for the target CPA you've specified to ensure you're meeting your performance target. For example, if a bid strategy has recently been trending below your assigned target CPA, the algorithms may increase bids to capture more competitive conversions until we align with the target CPA.





The key difference in bid calculations between our conversion and revenue-based strategies is the replacement of a target ROAS for target CPA as the performance goal. In addition to predicting the conversion rate from a click at auction-time, we also apply a predicted conversion value for that click based on historical data. In other words, how much revenue a click and subsequent conversion is predicted to generate on average.

**Enhanced CPC (eCPC)**

The eCPC bid strategy takes the keyword-level bids and bid adjustments you've implemented into account, while also giving you some degree of auction-time bidding capabilities. For a given keyword, AdWords algorithms will adjust the bid up or down between -100% and +30% based on an auction's predicted conversion rate compared to the average conversion rate across auctions. However, this limits the full power of automated bidding by only working on a portion of your traffic and having a strict ceiling of +30% for increasing bids beyond the baseline you've set.

## Awareness-based bid strategies

- **Maximize clicks**: The same bid is applied across keywords in the bid strategy and is adjusted up or down to ensure you hit your campaign budgets while getting as many clicks as possible.

  > If your goal is to maximize clicks and you value each click equally, our [research](#) has found that applying uniform bids across keywords, adjusted up or down based on budget utilization, can be as effective as tailoring unique bids for every keyword. Our Maximize clicks bid strategy leverages this finding to get you the most clicks for your budget and is especially effective in cases where individual keywords have sparse or highly variable click volume.



- **Target outranking share**: AdWords uses auction insights data from your account to model your outranking share against other advertisers participating in the same auctions with you. Your bids are then adjusted to meet the outranking share target you set.

- **Target search page location**: Your bids are adjusted up or down to meet the estimated top of page bid or estimated first page bid, depending on which you choose.

# How our bidding algorithms learn

## Setting a bid strategy up for success

Launching a bid strategy with a solid foundation of conversion data can help drive faster results by speeding up the initial "learning period" required for algorithms to build and customize performance models for your business. It typically takes 1-2 weeks for our algorithms to calibrate for a newly created bid strategy, although this largely depends on the amount of conversion data present. Subsequently, we recommend applying conversion-based strategies like Target CPA to campaigns, ad groups, or keywords that have generated **at least 30 conversions in the past 30 days**.

| Number of Conversions (in the past 30 days) | CPA Fluctuation | Initial Learning Period |
|---|---|---|
| 30 | Medium to High | Slow |
| 60 | Medium | Medium |
| 100 | Low | Fast |
| 500 | Very Low | Very Fast |

Revenue-based bid strategies tend to see greater performance variance since conversion values/revenue fluctuate in addition to conversion rates. As a result, for a bid strategy like Target ROAS, we recommend a higher conversion threshold of **at least 50 conversions in the past 30 days**.



| Number of Conversions (in the past 30 days) | ROAS Fluctuation | Initial Learning Period |
|---|---|---|
| 50 | Medium to High | Slow |
| 100 | Medium | Medium |
| 200 | Low | Fast |
| 500 | Very Low | Very Fast |

#### Bid strategy statuses provide insight into what's going on under the hood

AdWords bid strategy statuses give you deeper transparency into how your automated bid strategies are performing. For example, if a strategy is still in "Learning" status because you recently created it or changed the composition of its campaigns, ad groups or keywords, we will display the "estimated time left in learning" and "days since the last significant change". These indicate that the algorithms are still calibrating and how much longer you should wait before making any other changes or evaluating what baseline performance looks like.

Alternatively, if your bid strategy lacks conversion data, we'll flag this with the "Limited (not enough data)" status and show you the recommended conversion volume thresholds to help AdWords better optimize bids.

In instances where you have little to no conversion data available, AdWords automated bidding can still leverage query-level data beyond your bid strategy to build more accurate initial conversion rate models and make more informed bidding decisions from the start. It then uses Bayesian learning to continuously update and improve these models as it accrues conversion rate data at more granular levels (e.g. for a search query mapped to specific versions of ad copy or landing pages).

#### Make every conversion count using cross-device data

Having sufficient conversion data is critical for successful automated bidding. This can be a challenge in today's mobile world, where over 90% of users move between different screens when completing a task[1]. This presents advertisers with the tough challenge of fully measuring consumer journeys that start with an ad click on one device, but end with a conversion on another. In fact, advertisers around the world have measured up to 16% more conversions after accounting for cross-device data[2].

AdWords helps advertisers bridge this measurement gap by not only capturing cross-device conversions, but also allowing you to take direct action on this data through automated bidding. This helps ensure that you're making informed bidding decisions with a more complete data set, and not undervaluing clicks on devices that may be driving more conversions than what traditional, tag-based measurement alone would show you.

---

[1] Industry Multi-Screen Study, Google/Ipsos, 2013
[2] Google AdWords Internal Data, 2015



## Adapting to your performance changes

As your business grows and you make adjustments to your campaigns, AdWords continues to update your bidding models to align with any corresponding shifts in performance. On average, it takes at least one conversion cycle to adjust to performance changes that may result from internal factors like adding new keywords, testing new ad copy or updating landing pages, or external factors like seasonality or competition.

We define a conversion cycle as the typical amount of time it takes for a click to result in a conversion. For example, if the majority of clicks yield conversions within seven days, we would expect the system to adjust to changes in conversion performance within approximately seven days.

> "Days to Conversion" can be found in [Attribution and Time Lag reports](#) within your AdWords account to help you determine what your average conversion cycle is.

### Adjusting performance targets in advance of short-term conversion changes

AdWords bidding algorithms work to prevent hyperactivity and sudden bid changes based on limited data to ensure that they optimize based on real performance trends rather than random fluctuations. At the same time, we recognize that advertisers often have known events that will impact conversion performance for a short period of time. For example, they may be planning a weekend sale, performing website maintenance or even running a TV spot during the Super Bowl.

To accommodate these brief, anticipated changes in performance, we recommend that advertisers adjust their bidding targets (target CPA or target ROAS) proportionately to the predicted increase or decrease in conversion rate. This way, they can adapt automated bidding to short-term changes without disrupting performance in the longer-term.

### Adjusting for data recency and conversion delays

Our algorithms apply adaptive historical weighting to rely more heavily on recent data in bidding decisions while also accounting for the length of your conversion cycle. We recognize that recent performance is likely more predictive of future performance, but that recency calculations should weigh less heavily against clicks that aren't yet seeing conversions solely due to conversion delays. A conversion delay is defined as the latency period between an ad click and the eventual conversion.

For example, if you're an advertiser such as a car dealership or travel booking company with lengthier conversion cycles, your recent data may not be as useful because those ad clicks require a longer period of time to yield conversions. As a result, we'll weigh that recent data less heavily compared to advertisers with shorter conversion cycles such as a clothing retailer or food delivery service. This helps prevent overreactions to recent clicks experiencing conversion delays, which could otherwise lead to unnecessary bid reductions. We also automate this process so that advertisers don't have to manually calculate and frequently adjust for these conversion delays themselves. For example, an insurance advertiser who streamlines their quote form may see their conversion delays shorten significantly. AdWords will automatically detect this change and adjust the historical weighting when predicting conversion rates accordingly.



# Key takeaways

AdWords automated bidding helps advertisers optimize bids at scale across various performance goals and leverage powerful machine learning capabilities unique to Google:

- **True auction-time bid optimization**: AdWords automated bidding optimizes bids for each and every auction, helping you set more precise bids tailored to each user's unique search context and meet your performance targets more effectively.

- **Query-level performance modeling**: AdWords leverages search query-level conversion data across your account to help solve for data scarcity that individual keywords may face. This allows the algorithms to bid more accurately on low-volume keywords or keywords that are still building performance history.

- **Evaluating a richer set of contextual signals**: In addition to evaluating key signals like device, location, and time of day, AdWords automated bidding accounts for others like browser, operating system, language, and many more. This improves the ability to understand the search context and conversion likelihood of each auction. It also analyzes how some signal combinations have a statistically significant impact on conversion rate, which individual bid adjustments cannot capture.

- **Bid strategies that align to your goals**: Choose from a variety of bid strategies to meet your conversion, revenue, or awareness objectives.

- **Intelligent algorithms that keep learning**: AdWords algorithms continuously update your bidding models to align with changes in performance and adapt to your business' specific conversion cycle to know how heavily to weight recent versus historical data.

Read our best practices guide to see how you can get the most out of AdWords automated bidding and visit our Help Center to learn more about each bid strategy. You can also see the display automated bidding guide for best practices and behind-the-scenes insight into how automated bidding works on the Google Display Network.

