Case 1:20-cv-03010-APM   Document 536-36   Filed 03/13/23   Page 1 of 1

**HIGHLY CONFIDENTIAL – SEALED FILING**

# Exhibit 237

**Filed under Seal and Subject to Stipulated Protective Order in**
*United States, et al. v. Google LLC*, **No. 20-cv-3010-APM**
*State of Colorado, et al. v. Google LLC*, **No. 20-cv-3715-APM**