# Exhibit 238

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

Who We Are     Travel With Us     Partner With Us     Investors

Media     Careers

Our Story | Leadership | Impact & Sustainability | Inclusion & Diversity | Corporate Standards

# WE BELIEVE TRAVEL IS A FORCE FOR GOOD

When we power more travel, we unleash more opportunities to strengthen connections, broaden horizons and bridge divides.

Our mission is to power global travel for everyone, everywhere.



# THE POWER OF OUR PLATFORM

| REACHING THE WORLD THROUGH GLOBAL DISTRIBUTION | INDUSTRY-LEADING TECHNOLOGY | BROADEST OFFERING IN THE TRAVEL INDUSTRY |
|---|---|---|
| **20+** Globally relevant brands | **600B+** AI predictions | **3M+** Properties |
| **200+** Travel sites | **29M+** Virtual conversations | **220K+** Unique activities |
| **70+** Countries | **70PB+** Data | **500+** Airlines, dozens of cruise lines and thousands of car rentals |

` Do`     How We Do It

ross time zones, hemispheres, cultures and languages. We're used to
o again, until they're even better. We know travel can be hard, but we
use we believe travel is a force for good, we take our roles seriously.
connections between travelers and our partners that truly bring good

## HOW WE GOT HERE

1996-2002     2003-2005     2005     2005-2012     2013-2017

2018-2020     **2020 & Beyond**

## WHAT'S NEXT

**The pandemic changes the world, but it also rallies Expedians like never before.** We act fast, launching recovery initiatives designed to support the business, our partners, destinations and industry.

Travel is a force for good, and we are a force for travel. At Expedia Group we believe travel can bring good into the world, and so our mission is to power global travel for everyone, everywhere.



Who We Are     Travel With Us     Partner With Us

Investors     Media     Careers

© 2023 Expedia, Inc., an Expedia Group company. All rights reserved. Expedia, Expedia Group, and the Expedia E Logo are trademarks or registered trademarks of Expedia, Inc. All other trademarks are property of their respective owners.

Terms of Use   |   Privacy