# Exhibit 249

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

# Microsoft Advertising features in Search Ads 360

Last updated May 17, 2022

Microsoft Advertising allows customers the option to sign in with a work account. Search Ads 360 supports signing in to a Microsoft Advertising account with either a personal Microsoft account or a work account.

If you switch from a personal account to a work account, you must reauthorize Search Ads 360 to access your Microsoft Advertising account to avoid functionality issues.

The following lists the Microsoft Advertising features that Search Ads 360 supports, unsupported features, and any available workarounds.

Learn more about Microsoft Advertising.

## Supported Microsoft Advertising features

### Campaigns

- Ad campaigns (search campaigns with text ads). See supported campaign settings
- Shopping campaign

### Ad groups

- See supported ad group settings

### Ads

- Expanded text ads
    - See supported ad settings
    - Text parameters ({keyword}, {param2}, and {param3} only)

    Soon, you'll no longer be able to create or edit expanded text ads in your Google Ads, Microsoft Advertising, and Yahoo! Japan Ads campaigns. The engines will continue to serve expanded text ads, and you'll still see reports on their performance going forward.

    We strongly encourage you to transition to responsive search ads in your campaigns and ad builder and inventory management templates.

    - Learn more about this change to expanded text ads in the Google Ads Help Center.
    - Learn more about this change to expanded text ads in the Microsoft Advertising Blog.
    - Learn more about this change to expanded text ads in the Yahoo! Japan Ads Help Center.
    - Learn more about this change to ad builder and inventory management templates in the Search Ads 360 Help Center.

- Responsive search ads (reporting only)
- Dynamic search ads (reporting only)
- Product ads generated by shopping campaigns
- You can add countdowns from Microsoft Advertising and sync them in, or add countdowns to your ad copy in Search Ads 360.
- Local inventory ads

### Extensions

- Account-level sitelink extensions

## Keywords

- See supported keyword settings
- Negative keywords

## URL management

- Tracking templates at all levels in an account
- Device-specific landing pages
- Parallel tracking

## Targeting and bid adjustments

- Geographic targeting and bid adjustments (ZIP codes for some countries, cities, metro areas, states/provinces, and countries/regions)
- Language targeting
- Device targeting and bid adjustments
- Remarketing

## Bid automation

- Apply a Search Ads 360 bid strategy from campaign settings.

## Reporting

- Clicks, cost, impressions, and related metrics
- Quality score (ad group level or higher)
- Impression share

# Unsupported Microsoft Advertising features

## Campaigns

- Unsupported campaign settings:
  - Multiplicative bid adjustments (+-1% increments)
  - Campaign-specific timezones
  - Shared budgets

    In Search Ads 360, an error will occur if you edit the budget of a campaign that is using a shared budget. Edit shared budgets in Microsoft Advertising only.

## Ad groups

- Network selection:
  - All search networks (Bing and syndicated search partners)
  - Bing (owned and operated) only
  - Bing syndicated search partners only
- Pricing model
- Shared targeting (a feature that is available only through the Bing Ads API)

## Ads

- Ad copy testing of expanded text ads. Test only standard text ads.
- A/B Landing page testing. Use ad copy tests instead.
- Microsoft Audience Ads

- Ad customizers

## Extensions

- App extensions
- Automated extensions
- Callout extensions
- Call extensions
- Image extensions
- Location extensions
- Review extensions
- Structured snippet extensions

## Keywords

- Shared negative keywords

## Targeting

- Age and gender
- Day of the week/time of day
- Radius targeting
- Geographic targeting options that let you target customers in a specific location or customers who search for information about a location
- Website exclusions

## Bid automation

- Enhanced CPC

    Microsoft Advertising announced that starting on April 5, 2021, any new Microsoft Advertising campaigns created will no longer have the option of Manual CPC. By April 30, 2021, any Microsoft Advertising campaigns not yet using Enhanced CPC (eCPC) will be automatically migrated by Microsoft Advertising.

- Maximize Clicks
- Maximize Conversions
- Target CPA

## URL management

- Custom parameters

    While Search Ads 360 uses one of the available custom parameters to uniquely identify keywords and ads, you cannot view or manage Microsoft Advertising custom parameters from Search Ads 360. If you sign into Microsoft Advertising and add custom parameters for a keyword or ad, you can successfully sync the item into Search Ads 360, but Search Ads 360 ignores the custom parameters you created. Microsoft Advertising will apply the custom parameters when it serves an ad.

## Reporting

- Labels that you apply in Microsoft Advertising do not appear in Search Ads 360. Use Search Ads 360 labels for Search Ads 360 reports and Microsoft Advertising labels for reporting within Microsoft Advertising.
- Universal event tracking

# Next steps

Create a Microsoft Advertising engine account in Search Ads 360.