# Exhibit I

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

# Modern Industrial Organization

**THIRD EDITION**

**DENNIS W. CARLTON**
*University of Chicago*

**JEFFREY M. PERLOFF**
*University of California, Berkeley*


ADDISON-WESLEY

An imprint of Addison Wesley Longman, Inc.

Reading, Massachusetts • Menlo Park, California • New York • Harlow, England
Don Mills, Ontario • Sydney • Mexico City • Madrid • Amsterdam

*To Janie and Jackie*

| | |
|---:|:---|
| Executive Editor: | Denise Clinton |
| Executive Development Manager: | Sylvia Mallory |
| Senior Supplements Editor: | Deborah Kiernan |
| Senior Project Manager, Web Site: | Melissa Honig |
| Marketing Manager: | Amy Cronin |
| Design Supervisor: | Regina Hagen |
| Interior Designer: | Ellen Pettengel |
| Cover Designer: | Leslie Haimes |
| Managing Editor: | Jim Rigney |
| Production Coordinator: | Kathy Diamond |
| Copyeditor/Art Coordinator: | Kathy Smith |
| Proofreader: | Joy Enterprises |
| Illustrator: | Jim McLaughlin |
| Indexer: | Bernice Eisen |
| Senior Prepress Supervisor: | Caroline Fell |
| Manufacturing Coordinator: | Tim McDonald |
| Compositor: | Nesbitt Graphics, Inc. |
| Printer: | Phoenix Color |

Cover image: Musée National d'Art Moderne, Centre Georges Pompidou, Paris/SuperStock, © 2000 Artists Rights Society (ARS), New York / ADAGP, Paris.

Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book and Addison-Wesley is aware of a trademark claim, the designations have been printed in initial caps or all caps.

**Library of Congress Cataloging-in-Publication Data**
Carlton, Dennis W.
    Modern industrial organization/Dennis W. Carlton, Jeffrey M. Perloff.—3rd ed.
      p.   cm.
    Includes bibliographical references and index.
    ISBN 0-321-01145-7
    1. Industrial organization (Economic theory)  I. Perloff, Jeffrey M.  II. Title.
HD2326.C376   1999
338.6—dc21
                                                      99-25713
                                                           CIP

Copyright © 2000 by Dennis W. Carlton and Jeffrey M. Perloff
All rights reserved. No part of this publication may be reproduced, stored in a database or retrieval system, distributed, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher. Printed in the United States of America.

4 5 6 7 8 9 10 PHX 03 02

# Product Differentiation and Monopolistic Competition

**CHAPTER 7**

*Good taste is better than bad taste, but bad taste is better than no taste.*
—Arnold Bennett

In many markets firms engage in *monopolistic competition:* Firms have *market power,* the ability to raise price profitably above marginal cost, yet they make zero economic profits. Such a market structure combines attributes of monopoly (market power) and competition (zero economic profits). An industry has monopolistic competition if there is *free entry* and each firm faces a *downward-sloping demand curve.* If firms enter the industry whenever positive profits are available, each firm makes zero economic profits in the long run, as in a competitive industry. If a firm faces a downward-sloping demand curve, it has market power.

An important reason why a firm faces a downward-sloping demand curve is that consumers view its product as different from those of other firms in the industry. In previous chapters, we concentrated on industries with **homogeneous** or **undifferentiated** goods: Products are viewed as identical by consumers. That is, consumers view the products as *perfect substitutes* for each other. In many industries, however, products are typically **heterogeneous** or **differentiated:** Consumers consider products or brands of various firms to be imperfect substitutes. If consumers view brands in an industry as imperfect substitutes, a firm may raise its price above that of its rivals without losing all its customers.

The models analyzed in this chapter differ in two ways from the oligopoly models in Chapter 6. First, entry is impossible in an oligopolistic market (by definition), but firms can freely enter and exit an industry characterized by monopolistic competition. In this chapter, the number of firms is determined within the model by entry behavior rather than

194

arbitrarily determined outside the model as in the oligopoly chapter. Second, in Chapter 6, we assumed that oligopolistic firms produce identical products, whereas in this chapter products differ across firms.[1]

In the models of Chapter 6, in which firms produced homogeneous goods, an increase in the number of oligopolists benefited consumers because the additional competition led to lower prices. If firms produce differentiated products, the entry of a new firm helps consumers for two reasons: It lowers prices and increases the variety of products from which to choose.

Both these effects are illustrated in models of monopolistic competition. There are two major types of monopolistic competition models with free entry and differentiated products. In one, the *representative consumer model*, all firms compete equally for all consumers who typically buy from each firm. This model might be used to study the restaurant market, in which firms produce differentiated products (such as different ethnic cuisines), but all compete for the same customers.

In the other, the *spatial* or *location* model, each consumer prefers products that have certain characteristics or are sold by firms located near him or her and is willing to pay a premium for these preferred products. Moreover, the consumer may not care greatly about the price of some other goods in the market. For example, a consumer whose favorite cereal is Kellogg's corn flakes is more sensitive to the relative price of Post's corn flakes than to the relative price of Nabisco's sugar-coated shredded wheat. The other brand of corn flakes is a much better substitute than other types of cereal.

These models differ in the type of demand each firm faces. In the representative consumer model, a firm's demand varies continuously with the prices of all firms. A small change in any one firm's price causes a relatively small change in the demand facing a firm. In the location model, as the cereal example suggests, the demand for one brand may be either independent of some other brand's price because they are not close substitutes, or highly dependent on another brand's price because they are close substitutes. Moreover, a firm may, at some very low price, gain a large number of extra consumers as it captures all the customers of another firm that produces a very similar product.

Either model can be used to study the welfare of consumers and firms by comparing the monopolistic competition equilibrium to the social optimum in terms of price and variety. This chapter asks whether there are too many or too few brands in the monopolistic competition equilibrium. The answer to this question depends on how much more consumers are willing to pay for greater variety (it is expensive to produce many types of products). Which would you prefer: a choice of three different-flavored soft drinks at 50¢ per drink or only one flavor at 25¢? The answers to such questions determine the optimal variety-price combination.

The first section of this chapter explains why product differentiation affects the demand curve facing a firm. Then the two most widely used models of monopolistic competition are discussed. Representative consumer models of monopolistic

---

[1]Differentiated products are sold in most oligopolistic markets. This heterogeneity was ignored in the previous chapter for simplicity. The analysis of differentiation in this chapter may be applied to those oligopoly models.