# Exhibit J

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

Jean Tirole

# The Theory of Industrial Organization

The MIT Press
Cambridge, Massachusetts
London, England

Seventh printing, 1994

© 1988 Massachusetts Institute of Technology

All rights reserved. No part of this book may be reproduced in any form by any electronic or mechanical means (including photocopying, recording, or information storage and retrieval) without permission in writing from the publisher.

This book was set in Palatino by Asco Trade Typesetting Ltd. in Hong Kong, and printed and bound by Hamilton Printing in the United States of America.

Library of Congress Cataloging-in-Publication Data

Tirole, Jean.
  The theory of industrial organization.

  Includes bibliographies and indexes.
  1. Industrial organization (Economic theory)
I. Title
HD2326.T56   1988        302.3'5        88-2700
ISBN 0-262-20071-6

This book is based in part on a translation by John Bonin and Hélène Bonin of Jean Tirole's *Concurrence Imparfaite*.

Ortega-Reichert, A. 1967. Models for Competitive Bidding under Uncertainty. Ph.D. thesis, Stanford University.

Pearce, D. 1987. Renegotiation-Proof Equilibria: Collective Rationality and Intertemporal Cooperation. Mimeo, Yale University.

Porter, M. 1983. *Cases in Competitive Strategy*. New York: Free Press.

Porter, R. 1983a. A Study of Cartel Stability: The Joint Economic Committee, 1880–1886. *Bell Journal of Economics* 14: 301–314.

Porter, R. 1983b. Optimal Cartel Trigger Price Strategies. *Journal of Economic Theory* 29: 313–338.

Riordan, M. 1985. Imperfect Information and Dynamic Conjectural Variations. *Rand Journal of Economics* 16: 41–50.

Rotemberg, J., and G. Saloner. 1985a. Strategic Inventories and the Excess Volatility of Production. Mimeo, Massachusetts Institute of Technology.

Rotemberg, J., and G. Saloner. 1985b. Price Leadership. Mimeo, Massachusetts Institute of Technology.

Rotemberg, J., and G. Saloner. 1986. A Supergame-Theoretic Model of Business Cycles and Price Wars during Booms. *American Economic Review* 76: 390–407.

Rubinstein, A. 1979. Equilibrium in Supergames with the Overtaking Criterion. *Journal of Economic Theory* 21: 1–9.

Rubinstein, A. 1986. Finite Automata Play the Repeated Prisoner's Dilemma. *Journal of Economic Theory* 39: 83–96.

Schelling, T. 1960. *The Strategy of Conflict*. Cambridge, Mass.: Harvard University Press.

Scherer, F. 1980. *Industrial Market Structure and Economic Performance*, second edition. Chicago: Rand-McNally.

Schmalensee, R. 1987. Competitive Advantage and Collusive Optima. *International Journal of Industrial Organization* 5: 351–368.

Shapiro, C. 1986. Theories of Oligopolistic Behavior. In *The Handbook of Industrial Organization*, ed. R. Schmalensee and R. Willig (Amsterdam: North-Holland, forthcoming).

Sheshinski, E., and Y. Weiss. 1977. Inflation and Costs of Price Adjustment. *Review of Economic Studies* 44: 287–304.

Sheshinski, E., and Y. Weiss. 1983. Optimum Pricing Policy under Stochastic Inflation. *Review of Economic Studies* 50: 513–529.

Slade, M. 1985. Price Wars in Price Setting Supergames. Mimeo, University of British Columbia.

Stigler, G. 1947. The Kinky Oligopoly Demand Curve and Rigid Prices. *Journal of Political Economy* 55: 442–444.

Stigler, G. 1964. A Theory of Oligopoly. *Journal of Political Economy* 72: 44–61.

Sultan, R. 1975. Pricing in the Electrical Oligopoly. Division of Research, Harvard Graduate School of Business Administration.

Sumner, D. 1981. Measurement of Monopoly Behavior: An Application to the Cigarette Industry. *Journal of Political Economy* 89: 1010–1019.

Sweezy, P. 1939. Demand under Conditions of Oligopoly. *Journal of Political Economy* 47: 568–573.

Telser, L. 1960. Why Should Manufacturers Want Fair Trade? *Journal of Law and Economics* 3: 86–105.

van Damme, E. 1986. Renegotiation-Proof Equilibria in Repeated Prisoner's Dilemma. Mimeo, Universität Bonn.

Zabel, E. 1972. Multiperiod Monopoly under Uncertainty. *Journal of Economic Theory* 5: 524–536.

# Product Differentiation: Price Competition and Non-Price Competition

One of the crucial assumptions behind the Bertrand paradox (chapter 5) is that firms produce a homogeneous product. Hence, price is the only variable of interest to consumers, and no firm can raise its price above marginal cost without losing its entire market share. In practice, such an assumption is unlikely to be satisfied. Some consumers will prefer buying the firm's brand even at a small premium because it is available at a closer store, can be delivered sooner, or comes with superior post-sale services; some other consumers will remain faithful to the high-price firm because they are unaware of the existence of other brands; still other consumers will be concerned that alternative brands do not have the same quality or will not satisfy their preferences as well. In short, the products are differentiated; the cross-elasticity of demand is not infinite at equal prices. As was noted in chapter 5, it is clear that a price above marginal cost can (and therefore will) be sustained under product differentiation. Diversity prevents unbridled competition for customers, even in a nonrepeated relationship. This chapter addresses two main issues: the determination of prices under differentiated products (assuming a nonrepeated interaction) and the choice of products in oligopoly. This chapter thus extends the analysis of chapter 2 by including the effects of strategic interaction.

Prices can often be adjusted faster than product characteristics can. To formalize this we will assume that firms competing in prices take these characteristics as given. Consequently, firms will choose their products anticipating that their location in product space will affect the intensity of price competition. In making these assumptions, we conform to the literature, which envisions a world where products are chosen first and prices second (similar to the way capacities were chosen before prices in chapter 5).

The main points will be illustrated by means of two classic models. The first is the so-called *location* or *spatial-*

*differentiation* model,[1] in which different consumers are located at different places (see Hotelling 1929). Another interpretation of this model is that consumers have heterogeneous tastes which lie on a continuum; for instance, a consumer's "location" may represent the degree of sweetness he prefers most. Firms are not located at each potential location, possibly as the result of fixed costs. Thus, consumers pay transportation costs when going to purchase the good. (In the taste interpretation, they incur a utility loss from not consuming their preferred commodity.)

We begin solving this model by finding the Bertrand-Nash equilibrium of the (static) price competition game, taking the firms' locations as given. Calculating the equilibrium prices, we obtain the firms' reduced-form profit functions conditional on their locations. The next stage looks at the firms' entry and location decisions (non-price competition). At this stage, it suffices to work with the reduced-form profit functions and consider only the entry and location decision of each firm.

We then develop the *principle of differentiation*, according to which firms generally do not want to locate at the same place in the product space. The reason is simply the Bertrand paradox: Two firms producing perfect substitutes face unbridled price competition (at least in a static framework). In contrast, product differentiation establishes clienteles ("market niches," in the business terminology) and allows firms to enjoy some market power over these clienteles. Thus, firms usually wish to differentiate themselves from other firms. However, market conditions place certain restrictions on this differentiation. For example, supermarkets cannot be located just anywhere, and little diversity is possible among laundry detergents, food flavorings, or even cameras. (Firms may nonetheless seek to differentiate themselves through gadgetry or advertising.)

As was just mentioned, not all technically feasible goods will be produced. Often two or three models are selected even though thousands are possible *a priori*. This incomplete spectrum of goods is closely related to the existence of fixed costs (capital, personnel, research and development, etc.). To produce all imaginable goods would imply a huge expense in fixed costs, and the demand for most of these products would never be sufficient to make them profitable. Therefore, fixed costs limit the spectrum.

Next, we make the assumption that there are many potential firms (more than the number of firms that will eventually be operative, and perhaps an infinite number). Since in later chapters we will consider technological differences, we also assume here that all potential firms have the same technology. These two properties combine to yield an assumption of "free entry." What is the effect of this assumption on equilibrium profit? We already know that an entering firm must make a non-negative profit. Under the assumption of free entry, the profit of existing firms (assuming that the profit is the same for all firms) cannot be too large; otherwise, entry would occur until profit had decreased sufficiently to make further entry unprofitable. Therefore, the assumption of free entry naturally leads to that of approximately zero profit (actually, this intuition is valid only if the market is sufficiently large). To simplify our calculations, we will often assume that profits are zero. This assumption may lead to the number of firms being calculated as a noninteger. In such a case the actual solution, which must be an integer, is the integer closest to but not exceeding the real number calculated.

In section 7.1 we develop two standard models of spatial differentiation: "on the line" and "on the circle." We use these examples to demonstrate the nature of Bertrand competition with differentiated products, to enunciate the principle of differentiation, and to study free-entry equilibria. We also discuss product diversity and the number of goods in both a market economy and a social optimum. We conclude that section by discussing some factors that reduce the incentive to differentiate from other firms. In the supplementary section we consider another important model of product differentiation—one that uses the vertical-differentiation model introduced in chapter 2—to formalize quality competition. Because the analysis here closely parallels that of horizontal differentiation, the points of divergence between the quality model and the location model will be indicated.[2]

In section 7.2 we consider the concept of "monopolistic competition," introduced by Chamberlin (1933).

---

1. See chapter 2 for a description of horizontal differentiation.

2. For interesting applications of these models to the beer industry and the automobile industry, see Baker and Bresnahan 1985 and Bresnahan 1987.