# Exhibit K

***United States, et al. v. Google LLC***, No. 20-cv-3010-APM
***State of Colorado, et al. v. Google LLC***, No. 20-cv-3715-APM

-ARM Document 537-3 Filed 03

# Information

# RuLes



## A Strategic Guide to the
## Network Economy

# CarL SHapiro anD
# HaL R. Varian

HARVARD BUSINESS SCHOOL PRESS

# Copyright

Copyright © 1999 Carl Shapiro and Hal R. Varian
All rights reserved

ISBN: 978-0-87584-863-1
First eBook Edition: October 1998

The paper used in this publication meets the requirements of the American National Standard for Permanence of Paper for Printed Library Materials Z39.49-1984.

There are no natural supply curves or traditional copies.

These cost characteristics of information goods have significant implications for competitive pricing strategy.

The first and most important point is that markets for information will not, and *cannot*, look like textbook-perfect competitive markets in which there are many suppliers offering similar products, each lacking the ability to influence prices. Such a market structure may be a plausible description of the market for wheat or government bonds, but it has little relevance to information markets.

We've seen business plans for "information auctions," where digital content is sold to the highest bidder(s). That sort of market structure works well for goods in fixed supply, like stocks or airline seats, but it simply isn't viable for a good in which the incremental cost of production is zero. Selling a generic product—say, a digital map, for 10 cents—isn't viable when your competition can sell the same map for 9 cents and still make a profit.

### When Information Is Commoditized

To see why "information commodity markets" don't work, let's examine the history of CD phone books.

CD phone books first appeared in 1986 when Nynex developed a directory of the New York area. Nynex charged $10,000 per disk and sold copies to the FBI, the IRS, and others. The Nynex executive in charge of the product, James Bryant, left to set up his own company, Pro CD, to produce a national directory. A consultant who worked on the project, Claude Schoch, had the same idea and created Digital Directory Assistance.

The phone companies wouldn't rent their computerized listings to the CD companies at a reasonable price, since they didn't want to cannibalize their $10 billion Yellow Pages services. So Pro CD hired Chinese workers to do the transcriptions in a Beijing factory, at a cost per worker of $3.50 per day. These Chinese workers typed in all the listings in every phone book in the United States —in fact, they typed them in twice to check for errors!

The resulting database had more than 70 million listings. These data were used to create a master CD, which was then used to create hundreds of thousands of copies. These copies, which cost well under a dollar a piece to produce, were sold for hundreds of dollars in the early 1990s and yielded a tidy profit.

But other producers caught on: within a few years competitors such as American Business Information adopted essentially the same business model, with minor variations. By now there are at least a half-dozen companies that produce CD telephone directories, and prices have fallen dramatically. You can buy CD

phone directories for less than $20, and these are also several directory listings on the Internet that provide the same service for free, covering their costs through advertising.

The story of CD telephone directories is a classic one: once several firms have sunk the costs necessary to create the product—be it a CD or a rail line—competitive forces tend to move the price toward marginal cost, the cost of producing an "additional" copy.

To see why, consider a simple example. Suppose that Numbers R Us and Fone Your Friends each offer a CD telephone directory for $200 a disk. Imagine that these two CDs are essentially identical—they have the same amount of information and similar user interfaces, and they are both reasonably current.

What happens if Numbers R Us decides to cut its price to $189.95? Since the products are essentially identical, consumers gravitate to the cheaper product. In response, Fone Your Friends cuts *its* price to $179.95. Numbers R Us responds with a $169.95 price ... and so it goes. This downward spiral of prices may be hard to prevent. Once the sunk costs have been sunk, there is no natural floor to the price except the cost of producing and distributing another CD, which is only a few dollars. Nowadays, CD telephone directories sell for $19.95 or less, a far cry from the heady days of the 1980s.

Commentators marvel at the amount of free information on the Internet, but it's not so surprising to an economist. The generic information on the Net—information commodities such as phone numbers, news stories, stock prices, maps, and directories—are simply selling at marginal cost: zero.

### Market Structures for Information Goods

The high sunk cost, low marginal cost feature of information markets has significant implications for the market structure of information industries. In the final analysis, there are only two sustainable structures for an information market.

1. The *dominant firm* model may or may not produce the "best" product, but by virtue of its size and scale economies it enjoys a cost advantage over its smaller rivals. Microsoft is everyone's favorite example, since it controls the market for operating systems for desktop computers.

2. In a *differentiated product* market we have a number of firms producing the same "kind" of information, but with many different varieties. This is the most common market structure for information goods: the publishing, film, television, and some software markets fit this model.

Analgams of the two modes are not uncommon, many software markets involve both differentiated products and disparate market shares. Indeed, one can say that all products are differentiated, it's just a question of how much. TV listings are an interesting example. *TV Guide* is the dominant firm in this industry, selling nearly a billion copies a year and offering some differentiated content. However, there are many local advertiser-supported guides, distributed for free as standalones or with hundreds of Sunday newspapers, that compete with the commodity information in *TV Guide*. After a period of relative calm, the TV listings market is gearing up for a heated battle with GIST TV and other on-line TV listing services. On-line listings are likely to give the print media a run for their money, especially if Web TV takes off.

Your basic strategy will depend on what kind of industry you are in. At the most fundamental level, we have the classic time-tested principles of competitive strategy:

- **Differentiate your product**. If you are in a differentiated products industry, you must add value to the raw information, thereby distinguishing yourself from the competition.
- **Achieve cost leadership**. If you are in a dominant firm industry, your strategy should be to achieve cost leadership through economies of scale and scope.

These classic prescriptions are just as valid as they ever were, but the unique characteristics of information markets offer new opportunities to implement them.

Pricing policies are central to successfully implementing either strategy. To succeed, you must either become the price and cost leader based on your scale, or you must create a unique information resource and charge for it based on the value that it offers to consumers.

Even if you have the good fortune to dominate a market and don't have to worry about competitors, you still have to worry about pricing, since you need to price your products in ways that maximize their value. Stockholders naturally want high returns on their investments and can be just as difficult to deal with as competitors.

## Differentiation

The lesson of the CD phonebook example is clear: don't let your information product become a commodity. Do everything you can to make sure there are no

close competitors by differentiating our product from others that are available.

We opened this chapter with a description of the *Britannica* and *Encarta* battle. The latest strategy in that competition involves product differentiation. As we indicated earlier, *Britannica*'s product is far more complete and authoritative than Microsoft's. Simply on the dimension of quantity, *Britannica*'s 44 million words dwarf *Encarta*'s 14 million.

*Britannica*'s price cuts have certainly had an effect on *Encarta*'s sales: Microsoft's share of unit sales of multimedia encyclopedias was 27.5 percent in 1996, down from 44.8 percent in 1995. But Microsoft is striking back. It increased the word count in the most recent release of *Encarta* by 30 percent and has purchased rights to use content from *Collier's*, a highly respected print encyclopedia.

It now looks like the market might be shaking out into two or three segments: a multimedia, bells-and-whistles market, an educational market, and an authoritative reference market. However, these market segments are still being contested. Whichever industry player wins these various market segments, consumers are likely to be the ultimate winners. Despite the intense competition and steep price declines, industry revenues surged 32 percent last year to about $60 million.

Even information commodities can be successfully differentiated if you exploit the unique features of the Internet. Bigbook is one of several business directories available on the Internet. These directories are essentially nationwide Yellow Page servers that allow the user to look up businesses by name or category. But Bigbook has a gimmick that differentiates it from its paper-based competitors. It has linked a geographic information system with its database of phone numbers and addresses, allowing it to display maps showing the location of each business the user looks up. These maps help to differentiate Bigbook's product from other business directories. However, even this clever idea isn't immune to competition— there are other sellers of geographic information systems, and competitors have already started to copy the idea.

One way to avoid such copying is to assert intellectual property rights to protect information commodities. West Publishing offers a good example of this strategy. Historically, only a few firms went to the trouble of collecting and publishing statutes and legal opinions. With high sunk costs, there was only room in the market for a limited number of competitors. But now, because these materials can be scanned and put onto a CD and are available in electronic form from the government, the fixed costs of collecting the information has fallen and several new suppliers have entered the market. CDs containing huge amounts of valuable legal information became available at bargain-basement prices. Fortunately for West, it was able to differentiate its product, notably through its

copyrighted key-number system, lost to protect its margins and survive at least for a time. In the fall of 1996, U.S. Judge John S. Martin ruled that West could not claim copyright in its citation system, allowing rivals to cross-reference West numbers. West, seeking to protect an important source of product differentiation, appealed this ruling, hoping to maintain its primary competitive advantage.

## *Cost Leadership*

If it is hard to differentiate your product, you can at least try to sell a lot of it. If you can sell more than others, your average costs will be lower, allowing you to make money when others cannot. But be careful—to sell a lot you will need to lower your price (at least to match any discounts offered by others) and so will necessarily earn a smaller amount on each unit sold. To win, you have to make up for it in volume. You also have to prevent others from capturing the inside track by selling more than you do. This can be a dangerous game; if two or more firms discount heavily, counting on the scale economies that come with market leadership, both cannot succeed. When Microsoft priced *Encarta* at $49.95, it was betting that it could move a lot of CDs at that price and drive competitors out of the mass market. Distribution skills, marketing expertise, and channel control are critical in this type of pricing game.

In traditional industries, reducing your average cost of production usually means focusing on unit costs of production: using supply chain management, workflow analysis, and other tools to cut costs of parts, assembly, and distribution. With information goods, unit costs of production are negligible and supply chain management and related techniques usually don't help much with the first-copy costs. The key to reducing average cost in information markets is to increase sales *volume.*

One great thing about information is that you can sell the same thing over and over again. Think of how a TV show is marketed. It's sold once for prime time play in the United States. Then it's sold again for reruns during the summer. If it is a hot product, it's sold abroad and syndicated to local stations. The same good can be sold dozens of times. The most watched TV show in the world is *Baywatch,* which is available in 110 countries and has more than 1 billion viewers. In the United States, *Baywatch* isn't even broadcast on national networks; it is available only via syndication. The shows are cheap to produce, have universal appeal, *and* are highly reusable.

One company that is trying to exploit this strategy in the information industry is Reuters. Its core business is financial information; Reuters provides data to more than 255,000 terminals around the world, more than twice as many as its nearest competitor. It currently controls about 68 percent of the

information market do not begin exchange to process in the equity market and a percent of the fixed income market.

Reuters also provides news stories as a complement to its data services. Though its managers would be loathe to admit it, this is pretty much a commodity business. Several other news services, such as Associated Press, Bloomberg, and Dow Jones, sell similar material.

Despite the commodity nature of the news product, Reuters has managed to do well at this business. One of the reasons is that it has been able to package news items that are of interest to particular industries. This packaging adds value to the product by providing filtering and sorting services—services that are highly valuable to customers suffering from information overload.

For example, if you are in the shipping industry, you can purchase a news service from Reuters that will send you news that is relevant to shipping. Currently, these customized news services also cover foreign exchange, money, securities, fixed income, commodities, and energy.

Much of the news in these industries overlaps, allowing Reuters to sell many of the *same* pieces of information over and over again. The company avoids the trap of having its prime product commoditized by *organizing* it in ways that are useful to customers, thereby differentiating its product from the competition.

Reuters has been experimenting with Internet news services for several years. It has been a long-time supplier to ClariNet, an early on-line news provider. Recently Reuters has begun selling news feeds to Web-based news providers, such as Pointcast. Pointcast is a combination Web browser/screensaver that displays noteworthy headlines in categories chosen by the user. When a user clicks on a headline, the whole article appears. Furthermore, users can customize the browser/screensaver so that only information about certain industries, cities, or sports teams is displayed. Since Reuters already classifies its news items as a matter of course, it is easy for Pointcast to organize them for its users.

As of 1996, Reuters was the dominant news service on the Internet, supplying stories to thirty-five Web sites and making a profit doing so. This example shows that a volume-based strategy of cost leadership must be rooted in adding value to raw information to broaden appeal and fully exploit the economies of scale and scope.

Not surprisingly, Reuters' success has caught the attention of other information providers, most notably Michael Bloomberg, who has forged agreements with @Home, CNet, and AOL to provide on-line content. Bloomberg makes no secret of the fact that he wants to become "the business-news site for a very large percentage of the world's Internet users." Reuters has a head start, but it will have to fight hard to keep its market share.