# Exhibit M

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

Case 1:20-cv-03010-APM   Document 537-5   Filed 03/13/23   Page 2 of 20

# Intermediate Microeconomics

## A Modern Approach

### Eighth Edition

**Hal R. Varian**

University of California at Berkeley



**W. W. Norton & Company • New York • London**

W. W. Norton & Company has been independent since its founding in 1923, when William Warder Norton and Mary D. Herter Norton first published lectures delivered at the People's Institute, the adult education division of New York City's Cooper Union. The firm soon expanded its program beyond the Institute, publishing books by celebrated academics from America and abroad. By mid-century, the two major pillars of Norton's publishing program—trade books and college texts—were firmly established. In the 1950s, the Norton family transferred control of the company to its employees, and today—with a staff of four hundred and a comparable number of trade, college, and professional titles published each year—W. W. Norton & Company stands as the largest and oldest publishing house owned wholly by its employees.

Copyright © 2010, 2006, 2003, 1999, 1996, 1993, 1990, 1987 by Hal R. Varian

All rights reserved
Printed in the United States of America

EIGHTH EDITION

Editor: Jack Repcheck
Production Manager: Eric Pier-Hocking
Editorial Assistant: Jason Spears
T<sub>E</sub>Xnician: Hal Varian

ISBN 978-0-393-93424-3

W. W. Norton & Company, Inc., 500 Fifth Avenue, New York, N.Y. 10110
W. W. Norton & Company, Ltd., Castle House, 75/76 Wells Street, London W1T 3QT
www.wwnorton.com

2 3 4 5 6 7 8 9 0

## EXAMPLE: Online Bill Payment

Many banks offer low-cost or even free bill payment services. Some banks will even pay customers who start using their online bill payment services.

Why the big rush to pay bills online? The answer is that banks have found that once a customer goes to the trouble of setting up the bill-paying service, he or she is much less likely to switch banks. According to a Bank of America study, the frequency of switching goes down by 80 percent for such customers.[5]

It's true that once you get online bill payment up and running, it's hard to give it up. Switching to another bank to get an extra tenth of a percent of interest on your checking account doesn't seem very attractive. As in the analysis of lock-in presented above, investing in services that create switching costs can be very profitable for businesses.

## EXAMPLE: Number Portability on Cell Phones

At one time, cell phone providers prevented individuals from transferring their phone numbers when they switched carriers. This prohibition increases individual switching costs significantly, since anyone who switched would have to notify all of his or her friends about the new number.

As the model presented in this chapter describes, the fact that customers could be charged more when they faced high switching costs meant that the phone providers would compete even more aggressively to sign up such highly profitable customers. This competition took the form of providing low-cost or even free phones, along with offers of "free minutes," "rollover plans," "cell-to-cell discounts," and other marketing gimmicks.

The cell phone industry was united in its efforts to block number portability and lobbied regulatory agencies and Congress to maintain the status quo.

Slowly but surely, the tide started to turn against the cell phone industry as consumers demanded number portability. The Federal Communications Commission, which regulates the telephone business, started dropping hints that cell phone providers should consider ways in which they could implement number portability.

In June 2003, Verizon Wireless said it would drop opposition to number portability. Their decision appeared to rest on two considerations. First, it was becoming clear that they were fighting a losing battle: eventually cell-number portability would win out. Perhaps more significantly, several recent consumer surveys showed that Verizon led the industry in terms of

---

[5] Michelle Higgins, "Banks Use Online Bill Payment In Effort to Lock In Customers," *Wall Street Journal*, September 4, 2002.

customer satisfaction. It appeared quite possible that Verizon would gain more customers than it lost if switching costs were reduced. Indeed, it appears that ultimately Verizon benefited from number portability.

This episode provides a good lesson in business strategy: tactics to increase customer switching costs may be valuable for a while. But ultimately service quality plays a decisive role in attracting and retaining customers.

## 35.4 Network Externalities

We have already examined the idea of **externalities** in Chapter 34. Recall that economists use this term to describe situations in which one person's consumption directly influences another person's utility. **Network externalities** are a special kind of externalities in which one person's utility for a good depends on the *number* of other people who consume this good.[6]

Take for example a consumer's demand for a fax machine. People want fax machines so they can communicate with each other. If no one else has a fax machine, it certainly isn't worthwhile for you to buy one. Modems have a similar property: a modem is only useful if there is another modem somewhere that you can communicate with.

Another more indirect effect for network externalities arises with complementary goods. There is no reason for a video store to locate in a community where no one owns a video player; but then again, there is little reason to buy a video player unless you have access to pre-recorded video tapes to play in the machine. In this case the demand for video tapes depends on the number of VCRs, and the demand for VCRs depends on the number of video tapes available, resulting in a slightly more general form of network externalities.

## 35.5 Markets with Network Externalities

Let us try to model network externalities using a simple demand and supply model. Suppose that there are 1000 people in a market for some good and we index the people by $v = 1, \ldots, 1000$. Think of $v$ as measuring the **reservation price** for the good by person $v$. Then if the price of the good is $p$, the number of people who think that the good is worth at least $p$ is $1000 - p$. For example, if the price of the good is $200, then there are 800 people who are willing to pay at least $200 for the good, so the total number of units sold would be 800. This structure generates a standard, downward-sloping demand curve.

---

[6] More generally, a person's utility could depend on the *identity* of other users; it is easy to add this to the analysis.

But now let's add a twist to the model. Suppose that the good we are examining exhibits network externalities, like a fax machine or a telephone. For simplicity, let us suppose that the value of the good to person $v$ is $vn$, where $n$ is the number of people who consume the good—the number of people who are connected to the network. The more people there are who consume the good, the more *each* person is willing to pay to acquire it.[7] What does the demand function look like for this model?

If the price is $p$, there is someone who is just indifferent between buying the good and not buying it. Let $\hat{v}$ denote the index of this marginal individual. By definition, he is just indifferent to purchasing the good, so his willingness to pay for the good equals its price:

$$p = \hat{v}n. \qquad (35.5)$$

Since this "marginal person" is indifferent, everyone with a *higher* value of $v$ than $\hat{v}$ must definitely want to buy. This means that the number of people who want to buy the good is

$$n = 1000 - \hat{v}. \qquad (35.6)$$

Putting equations (35.5) and (35.6) together, we have a condition that characterizes equilibrium in this market:

$$p = n(1000 - n).$$

This equation gives us a relationship between the price of the good and the number of users. In this sense, it is a kind of demand curve; if there are $n$ people who purchase the good, then the willingness to pay of the marginal individual is given by the height of the curve.

However, if we look at the plot of this curve in Figure 35.1, we see that it has quite a different shape than a standard demand curve! If the number of people who connect is low, then the willingness to pay of the marginal individual is low, because there aren't many other people out there that he can communicate with. If there are a large number of people connected, then the willingness to pay of the marginal individual is low, because everyone else who valued it more highly has already connected. These two forces lead to the humped shape depicted in Figure 35.1.

Now that we understand the demand side of the market, let's look at the supply side. To keep things simple, let us suppose that the good can be provided by a constant returns to scale technology. As we've seen, this means that the supply curve is a flat line at price equals average cost.

Note that there are three possible intersections of the demand and supply curve. There is a low-level equilibrium where $n^* = 0$. This is where no one

---

[7] We should really interpret $n$ as the number of people who are *expected* to consume the good, but this distinction won't be very important for what follows.



**Figure 35.1** Network externalities. The demand is given by the curved hump, the supply by the horizontal line. Note that there are three intersections where demand equals supply.

consumes the good (connects to the network), so no one is willing to pay anything to consume the good. This might be referred to as a "pessimistic expectations" equilibrium.

The middle equilibrium with a positive but small number of consumers is one where people don't think the network will be very big, so they aren't willing to pay that much to connect to it—and therefore the network isn't very big.

Finally the last equilibrium has a large number of people, $n_H$. Here the price is small because the marginal person who purchases the good doesn't value it very highly, even though the market is very large.

## 35.6 Market Dynamics

Which of the three equilibria will we see occur? So far the model gives us no reason to choose among them. At each of these equilibria, demand equals supply. However, we can add a dynamic adjustment process to help us decide which equilibrium is more likely to occur.

It is plausible to assume that when people are willing to pay more than the cost of the good, the size of the market expands and, when they are willing to pay less, the market contracts. Geometrically this is saying that when the demand curve is above the supply curve, the quantity goes up and, when it is beneath the supply curve, the quantity goes down. The arrows in Figure 35.1 illustrate this adjustment process.

These dynamics give us a little more information. It is now evident that the low-level equilibrium, where no one connects, and the high-level equilibrium, where many people connect, are stable whereas the middle equilibrium is unstable. Hence it is unlikely that the final resting point of the system will be the middle equilibrium.

We are now left with two possible stable equilibria; how can we tell which is likely to occur? One idea is to think about how costs might change over time. For the kinds of examples we have discussed—faxes, VCRs, computer networks, and so on—it is natural to suppose that the cost of the good starts out high and then decreases over time due to technological progress. This process is illustrated in Figure 35.2. At a high unit cost there is only one stable equilibrium—where demand equals zero. When the cost decreases sufficiently, there are two stable equilibria.



**Cost adjustment and network externalities.** When the cost is high, the only equilibrium implies a market of size zero. As the cost goes down, other equilibria become possible.   **Figure 35.2**

Now add some noise to the system. Think of perturbing the number of people connected to the network around the equilibrium point of $n^* = 0$. These perturbations could be random, or they could be part of business strategies such as initial discounts or other promotions. As the cost gets smaller and smaller, it becomes increasingly likely that one of these perturbations will kick the system up *past* the unstable equilibrium. When this happens, the dynamic adjustment will push the system up to the high-level equilibrium.

A possible path for the number of consumers of the good is depicted in Figure 35.3.

**682**  INFORMATION TECHNOLOGY  (Ch. 35)

It starts out at essentially zero, with a few small perturbations over time. The cost decreases, and at some point we reach a critical mass that kicks us up past the low-level equilibrium and the system then zooms up to the high-level equilibrium.



**Figure 35.3**    **Possible adjustment to equilibrium.** The number of users connected to the network is initially small, and increases only gradually as costs fall. When a critical mass is reached, the network growth takes off dramatically.

A real-life example of this kind of adjustment is the market for fax machines. Figure 35.4 illustrates the price and number of fax machines shipped over a period of 12 years.[8]

## EXAMPLE: Network Externalities in Computer Software

Network externalities arise naturally in the provision of computer software. It is very convenient to be able to exchange data files and tips with other

---

[8] This diagram is taken from "Critical Mass and Network Size with Applications to the US Fax Market," by Nicholas Economides and Charles Himmelberg (Discussion Paper no. EC-95-11, Stern School of Business, N.Y.U., 1995). See also Michael L. Katz and Carl Shapiro, "Systems Competition and Network Effects," *Journal of Economic Perspectives*, 8 (1994), 93–116, for a nice overview of network externalities and their implications.



**Figure 35.4**    **Fax market.** The demand for fax machines was small for a long time since so few people used them. During the mid-eighties the price fell significantly and the demand suddenly exploded.

users of the same software. This gives a significant advantage to the largest seller in a given market and leads software producers to invest heavily in acquiring market share.

Examples of this abound. Adobe Systems for example, invested heavily in developing a "page description language" called PostScript for desktop publishing. Adobe realized clearly that no one would invest the time and resources necessary to learn PostScript unless it was the clear "industry standard." So the firm deliberately allowed competitors to "clone" its language in order to create a competitive market in PostScript interpreters. Adobe's strategy paid off: several competitors emerged (including one that gave its product away) and PostScript became a widely used standard

for desktop publishing. Adobe kept a few things proprietary—for instance, techniques for displaying fonts at low resolution—and managed to dominate the high end of the market. Ironically, Adobe's market success was due to its ability to encourage entry by its competitors!

In recent years, many software producers have followed this model. Adobe itself gives away several software products, such as the Adobe Acrobat reader. One of the hot new stock issues of 1995, Netscape Communications Corporation, acquired the lion's share of the Web browser market by giving away its main product, making it a prime example of a company that "lost money on every sale, but made up for it in volume."

## 35.7 Implications of Network Externalities

The model described above, simple though it is, still yields a number of insights. For example, the critical mass issue is very important: if one user's demand depends on how many other users there are, it is very important to try to stimulate growth early in the life cycle of a product. Nowadays it is quite common to see producers offering very cheap access to a piece of software or a communications service in order to "create a market" where none existed before.

Of course, the critical question is how big does the market have to be before it can take off on its own? Theory can provide little guidance here; everything depends on the nature of the good and the costs and benefits the users face in adopting it.

Another important implication of network externalities is the role played by governmental policy. The Internet is a prime example. The Internet was originally used only by a few small research labs to exchange data files. In the mid-eighties the National Science Foundation used the Internet technology to connect several large universities to 12 supercomputers deployed at various locations. The original vision was that researchers at the universities would send data back and forth to the supercomputers. But a fundamental property of communications networks is that if you are all connected to the same thing, you are all connected to each other. This allowed researchers to send email to each other that had nothing to do with the supercomputers. Once a critical mass of users had been connected to the Internet, its value to new users increased dramatically. Most of these new users had no interest in the supercomputer centers, even though this was the original motivation for providing the network.

EXAMPLE: The Yellow Pages

The familiar local yellow pages phone directories are a $14 billion business.

Ten years ago, it was dominated by telephone companies, who had about 95 percent of the market. Nowadays, they have only 85 percent.

The difference is due to competition. Several small upstarts entered the market in recent years, taking business away from the local phone companies. This is no easy task, as the local business directories exhibit a classic form of network effects: it used to be that consumers all used the yellow page directory provided by their local phone companies, so local merchants were forced to advertise in them.

One upstart, Yellow Book, managed to overcome the network effects by using clever business strategies, such as dramatically undercutting the phone companies' ad rates and distributing its directory just before the local phone company's directory came out. The incumbent providers, thinking that their market was secure, dismissed the threat of aggressive newcomers until it was nearly too late. In the last few years, competition has heated up in this industry. This example goes to show that even industries with strong network effects aren't immune to competitive forces, particularly when the incumbents become overconfident.

## EXAMPLE: Radio Ads

The "killer app" for radio in 1910 was ship-to-shore communication. Unfortunately, radio conversations were not private since they were broadcast to anyone who tuned into the right frequency. At some point David Sarnoff recognized that this bug might be a feature and offered a "radio music box" that sent music over the airwaves. His colleagues were skeptical, saying, "The wireless music box has no imaginable commercial value. Who would pay for a message sent to nobody in particular?"

They had a point. Even though people found broadcast radio attractive, the industry did not have a business model. How would they make money?

The magazine *Wireless World* held a contest in which it proposed 5 business models for broadcast radio and people voted for their favorite. The business models were:

- support from general taxation;

- donations from the public;

- radio hardware makers subsidized the production of radio content;

- advertising-supported radio;

- vacuum tube tax used to support content production.

The winner was the last model: a tax on vacuum tubes. Some of the other models are still used today. BBC Radio and TV is supported by a tax

on TVs, and National Public Radio in the United States is supported by donations from the public at large. However, in most countries advertising has become the most popular business model.

In 1922, 30 radio stations were in operation in the United States, and a hundred thousand radios were sold. By the next year there were 556 stations with half-a-million receivers being sold. Radio was on its way.

## 35.8 Two-sided Markets

A **two-sided market** is a special kind of network effect. Think about the case of a new technology, like Blu-ray DVDs. I don't really care what sort of DVD player other people have, so there is no direct network effect. But there is a kind of *indirect* network effect: the more Blu-ray players that are sold, the more disks that will become available, and the more disks there are available, the more attractive it will be to buy a Blu-ray player.

One can think of many other examples. Consider a new credit card: the more merchants accept the credit card, the more attractive the credit card will be to consumers. But the more consumers who adopt the card, the more attractive it will be to merchants.

Or think about Adobe's PDF platform. The more users who have the PDF-viewing software (Acrobat Reader) the more graphics designers will want to distribute content in this format, and the more demand there will be for the Acrobat Distiller, the software used to create PDF files.

This last example illustrates an important point: it may pay Adobe to give away one product (Reader) in order to encourage demand for another product (Distiller). This is as old as "giving away the razor to sell the blades," but since the combination of digital goods and the Internet has made distribution so cheap, the strategy has become very common.

Apple, for example, sells the popular iPod music player. They also distribute music for the iPod on their iTunes store. According to industry reports, Apple makes very little money on the music—most of the profits go to the music studios. However, from Apple's point of view it makes sense to give away the blades (songs) to sell the razors (iPods).

### A Model of Two-sided Markets

Let us generalize the model used in section 34.5 to apply to two-sided markets.

Suppose now that there are two goods. The reservation price for good 1 is $v_1$ and it takes on values $v_1 = 1, \ldots, 1000$. Similarly the reservation price for good 2 takes on values $v_2 = 1, \ldots, 1000$.

The total value for good 1 depends on how many people adopt good 2, and the total value for good 2 depends on how many people adopt

good 1, so we write $U_1 = v_1 n_2$ and $U_2 = v_2 n_1$. Finally, there are some exogenous prices for supplying good 1 and good 2, which we denote by $p_1$ and $p_2$. (You can think of these as costs from a constant-returns to scale production process.)

The marginal adopters for goods 1 and 2 are determined by $\hat{v}_1 n_2 = p_1$ and $\hat{v}_2 n_1 = p_2$. Everybody who has a value higher than $\hat{v}_1$ will purchase good 1, so $n_1 = 1000 - \hat{v}_1$. Similarly, $n_2 = 1000 - \hat{v}_2$.

Putting all these equations together we have

$$\hat{v}_1 n_2 = p_1$$
$$\hat{v}_2 n_1 = p_2$$
$$n_1 = 1000 - \hat{v}_1$$
$$n_2 = 1000 - \hat{v}_2$$

Substituting from equations (3) and (4) into (1) and (2) we find

$$(1000 - n_1) n_2 = p_1$$
$$(1000 - n_2) n_1 = p_2$$

The first thing we observe is that there is always an equilibrium at $n_1 = n_2 = 0$. If no one purchases good 1, the value of good 2 will be zero and vice versa. To find the other solutions, we plot the two functions. As you might guess, generally there will be two solutions as depicted in the example in Figure 35.5. There is a low-level equilibrium where little is sold of either good and a high-level equilibrium where there are substantial sales of both goods.

The challenge facing a supplier is how to get to the high-level equilibrium. One strategy, mentioned above, is to subsidize the production of one of the goods. Selling one good below cost can make sense if it leads to a larger market and more profits for other goods you sell.

## 35.9 Rights Management

There is much interest these days in new business models for intellectual property (IP). IP transactions take a variety of forms: books are sold outright and also borrowed from libraries. Videos can either be sold or rented. Some software is licensed for particular uses; other software is sold outright. Shareware is a form of software in which payment is voluntary.

Choosing the terms and conditions under which a piece of intellectual property is offered is a critical business decision. Should you use copy protection? Should you encourage users to share a news item with a friend? Should you sell to individuals or use site license?

Some simple economics helps to understand the relevant issues. Let's consider a purely digital good, such as an online newspaper, so we don't



**Figure 35.5** Equilibrium in a two-sided market. In general there will be three equilibria in a two-sided market.

have to worry about marginal cost of production. First let us consider behavior under some default set of terms and conditions. The owner of the digital good will choose a price and, implicitly, a quantity to sell so as to maximize profit:

$$\max_y \ p(y)y \tag{35.7}$$

This yields some optimal $(p^*, y^*)$.

Now the seller of the good contemplates liberalizing terms and conditions: let's say extending a trial period of free use from 1 week to 1 month. This has two effects on the demand curve. First, it increases the value of the product to each of the potential users, shifting the demand curve up. But it also may easily result in less of the item being sold, since some users will find the longer trial period enough to meet their needs.

Let us model this by defining the new amount consumed by $Y = by$, where $b > 1$, and the new demand curve by $P(Y) = ap(Y)$, where $a > 1$.

The new profit-maximization problem now becomes

$$\max_Y \ P(Y)y.$$

Note that we multiply price times the amount sold, $y$, not the amount consumed, $Y$.

Applying the definitions $Y = by$ and $P(Y) = ap(Y)$, we can write this as

$$\max_Y \ ap(Y)\frac{Y}{b} = \max_Y \ \frac{a}{b}p(Y)Y.$$

This maximization problem looks like problem (35.7) except for the constant $a/b$ in front of the max. This will not affect the optimal choice, so we can conclude that $Y^* = y^*$.

This simple analysis allows us to make several conclusions:

- The amount of the good consumed, $Y^*$, is independent of the terms and conditions.

- The amount of the good produced is $y^*/b$ which is less than $y^*$.

- The profits could go up or down depending on whether $a/b$ is greater or less than 1. Profits go up if the increase in value to the consumers who buy the product compensates for the reduced number of buyers.

### EXAMPLE: Video Rental

Video stores can choose the terms and conditions under which they rent videos. The longer you can keep the video, the more valuable it is to you, since you have a longer period of time during which you can watch it. But the longer you keep the video, the less profit the store makes from it, since it is unable to rent it to someone else. The optimal choice for the rental period involves trading off these two effects.

In practice, this has tended to lead to a form of product differentiation. New releases are rented for short periods, since the the profits from other renters being excluded are very substantial. Older videos are rented for longer periods, since there is less cost to the store from the video being unavailable.

## 35.10 Sharing Intellectual Property

Intellectual property is often shared. Libraries, for example, facilitate the sharing of books. Video stores help people to "share" videos—and charge a price for doing so. Interlibrary loan helps libraries share books among

themselves. Even textbooks—such as the one you are holding—are shared among students from one term to the next via the resale market.

There is considerable debate in the publishing and library communities about the proper role of sharing. Librarians have established an informal "rule of five" for interlibrary loan: an item may be loaned out up to five times before additional royalty payments should be made to the publisher. Publishers and authors have traditionally been unenthusiastic about the resale market for books.

The advent of digital information has made this situation even more acute. Digital information can be perfectly reproduced, and "sharing" can be taken to new extremes. Recently, a well-known country music singer engaged in a vociferous public relations campaign against stores selling used CDs. The problem was that CDs do not deteriorate with replay and it is possible to buy a CD, tape it, and then sell the CD to the used-CD store.

Let us try to construct a model of this sort of sharing phenomenon. We begin with the baseline case in which there is no sharing. In this case a video maker chooses to produce $y$ copies of a video to maximize profit:

$$\max_{y} \; p(y)y - cy - F. \tag{35.8}$$

As usual, $p(y)$ is the inverse demand function, $c$ is the (constant) marginal cost, and $F$ is the fixed cost. Let the profit maximizing output be denoted by $y_n$, where the $n$ stands for "no sharing."

Now suppose that a video rental market is allowed. In this case the number of videos *viewed* will be distinct from the number of copies produced. If $y$ is the number of videos produced and each video is shared among $k$ viewers, then the number of viewings will be $x = ky$. (For simplicity we are assuming that *all* copies of the video are rented in this case.)

We need to specify how the consumers sort themselves into the "clubs" that share the videos. The simplest assumption is that the consumers with high values associate with each other, and the consumers with low-values associate with each other. That is, one club consists of consumers with the $k$ highest values, another club consists of the consumers with the next $k$ highest values, and so on. (Other assumptions could be used, but this one gives a very simple analysis.)

If $y$ copies of the video are produced, $x = ky$ copies will be viewed, so the willingness to pay of the marginal individual will be $p(x) = p(ky)$. However, it is clearly the case that there is some inconvenience cost to renting a video rather than owning it yourself. Let us denote this "transactions cost" by $t$, so that the willingness to pay of the marginal individual becomes $p(x) - t$.

Recall that we have assumed that all copies of the video are shared among $k$ users. Therefore the willingness to pay of a *video store* will just be $k$ times the willingness to pay of the marginal individual. That is, if $y$

copies are produced, the willingness to pay of the video store will be

$$P(y) = k[p(ky) - t]. \qquad (35.9)$$

Equation (35.9) contains the two key effects that arise from sharing: the willingness to pay goes *down* since more videos are viewed than are produced; but the willingness to pay also goes *up* since the cost of a single video is shared among several individuals.

The profit maximization problem of the producer now becomes

$$\max_y \ P(y)y - cy - F,$$

which can be written as

$$\max_y \ k[p(ky) - t]y - cy - F,$$

or

$$\max_y \ p(ky)ky - \left(\frac{c}{k} + t\right)ky - F.$$

Recalling that the number of viewings, $x$, is related to the number produced, $y$, via $x = ky$, we can also write the maximization problem as

$$\max_x \ p(x)x - \left(\frac{c}{k} + t\right)x - F.$$

Note that this problem is identical to problem (35.8), with the exception that the marginal cost is now $(c/k + t)$ rather than $c$.

The close relationship between the two problems is very useful since it allows us to make the following observation: *profits will be larger when rental is possible than when it is not if and only if*

$$\frac{c}{k} + t < c.$$

Rearranging this condition, we have

$$\left(\frac{k}{k+1}\right) t < c.$$

For large $k$, the fraction on the left is about 1. Hence the critical issue is the relationship between the marginal cost of production, $c$, and the transactions cost of renting, $t$.

If the cost of production is large and the cost of renting is small, then the most profitable thing for a producer to do is to produce a few copies, sell them at a high price, and let the consumers rent. On the other hand, if the transactions cost of renting is larger than the cost of production, it is more profitable for a producer to have renting prohibited: since renting is so inconvenient for the consumers, video stores aren't willing to pay much more for the "shared" videos, and so the producer is better off selling.

EXAMPLE: Online Two-sided Markets

There are several examples of two-sided markets on the Internet. For example, eBay serves as a meeting place for those who wish to buy and sell collectibles. If you are selling rare coins, for example, you want to offer them on a market where there are many potential buyers. Similarly, if you are a buyer, you want to go to a market where there are several competing sellers. This two-sided network effect tends to lead to a single meeting place. In the last several years, eBay has expanded beyond collectibles and now sells a variety of mechandise.

Another set of interesting examples are social networking sites, such as Facebook, MySpace, LinkedIn, and others. Participants want to register on sites where their friends have registered. This again leads to a network effect—the largest network attracts the most new participants.

Facebook has seen particularly rapid growth. It was launched in February of 2004 and by December of that year had 1 million active users. In September of 2009, Facebook had over 300 million active users worldwide, according to statistics from its website.

## Summary

1. Because information technology works together in systems, it is costly to consumers to switch any one component.

2. If two monopoly providers of complementary products coordinate their price setting, then they will both set their prices lower than they would than if they set them independently.

3. This will increase profit for the two monopolists *and* make consumers better off.

4. There are many ways to achieve this coordination, including merger, negotiation, revenue sharing, and commoditization.

5. In a lock-in equilibrium the discount offered first period is paid for by increased prices in future periods.

6. Network externalities arise when one person's willingness to pay for a good depends on the number of other users of that good.

7. Models with network externalities typically exhibit multiple equilibria. The ultimate outcome often depends on the history of the industry.

8. Rights management involves a tradeoff between increased value and prices versus reduced sales.

9. Information goods like books and videos are often rented or shared as well as purchased. Rental or purchase can be more profitable depending on how transactions costs compare with production costs.

## REVIEW QUESTIONS

1. If the cost to a customer from switching long-distance carriers is on the order of $50, how much should a long-distance carrier be willing to pay to acquire a new customer?

2. Describe how the demand for a word processing package might exhibit network externalities.

3. Suppose that the marginal cost of producing an extra video is zero and the transactions cost of renting a video is zero. Does a producer make more money by selling the video or by renting it?