# Exhibit O

*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM

# MICROECONOMICS

## SECOND EDITION

**B. Douglas Bernheim**
Stanford University

**Michael D. Whinston**
Northwestern University


McGraw-Hill Irwin



# McGraw-Hill Irwin

MICROECONOMICS, SECOND EDITION
Published by McGraw-Hill/Irwin, a business unit of The McGraw-Hill Companies, Inc., 1221 Avenue of the Americas, New York, NY, 10020. Copyright © 2014 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Previous edition © 2008. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

1 2 3 4 5 6 7 8 9 0 DOW/DOW 1 0 9 8 7 6 5 4 3

ISBN    978-0-07-337585-4
MHID    0-07-337585-3

Senior Vice President, Products & Markets: *Kurt L. Strand*
Vice President, Content Production & Technology Services: *Kimberly Meriwether David*
Managing Director: *Douglas Reiner*
Executive Brand Manager: *Michele Janicek*
Brand Manager: *Scott Smith*
Executive Director of Development: *Ann Torbert*
Managing Development Editor: *Christina Kouvelis*
Development Editor: *Alyssa Lincoln*
Director of Digital Content: *Doug Ruby*
Marketing Manager: *Katie White*
Content Project Manager: *Pat Frederickson*
Content Project Manager: *Marianne L. Musni*
Senior Buyer: *Carol A. Bielski*
Senior Designer: *Matt Diamond*
Cover Designer: *Pam Verros*
Cover Image: *Getty*
Senior Content Licensing Specialist: *Keri Johnson*
Photo Researcher: *Colleen Miller*
Typeface: *10.5/12.5 Times New Roman*
Compositor: *Laserwords Private Limited*
Printer: *R. R. Donnelley*

All credits appearing on page or at the end of the book are considered to be an extension of the copyright page.

**Library of Congress Cataloging-in-Publication Data**

Bernheim, B. Douglas.
  Microeconomics / B. Douglas Bernheim, Michael D. Whinston.—Second edition.
    pages cm.—(The McGraw-Hill series in economics)
  Includes index.
  ISBN 978-0-07-337585-4 (alk. paper)—ISBN 0-07-337585-3 (alk. paper)
 1. Microeconomics.  I. Whinston, Michael Dennis.  II. Title.
  HB172.B485 2014
  338.5—dc23
                                                                    2012049438

The Internet addresses listed in the text were accurate at the time of publication. The inclusion of a website does not indicate an endorsement by the authors or McGraw-Hill, and McGraw-Hill does not guarantee the accuracy of the information presented at these sites.

www.mhhe.com

## Figure 8.23

**Long-Run and Short-Run Average Cost Curves.** The long-run average cost curve $AC_{LR}$ is the lower envelope of the various short-run average cost curves. Each short-run average cost curve $AC_{SR}^Q$ touches the long-run average cost curve at output level $Q$, and lies above it everywhere else.



shows that their long-run average cost curve is the *lower envelope* of their various short-run average cost curves. (This lower envelope is the highest curve that lies below all of the short-run curves.) At each output level $Q$, the long-run average cost curve just touches the short-run average cost curve $AC_{SR}^Q$, and it lies below that short-run average cost curve everywhere else.

What about short-run and long-run marginal cost? Look back at Figure 8.22(a). The slopes of the short-run and long-run cost functions are equal at $Q = 140$; thus, short-run marginal cost equals long-run marginal cost at that output level. Just above $Q = 140$, short-run cost rises more quickly than long-run cost, so short-run marginal cost is greater than long-run marginal cost. Just below $Q = 140$, short-run cost rises more slowly than long-run cost, so short-run marginal cost is lower than long-run marginal cost. Thus, if Noah and Naomi have been producing 140 garden benches per week at point B, their short-run and long-run marginal cost curves have the relationship shown in Figure 8.24. In Chapter 9, we'll see that this relationship has an important implication: competitive firms will respond more to changes in output prices over the long run than they will over the short run.

## Figure 8.24

**Long-Run and Short-Run Marginal Cost.** This figure shows Noah and Naomi's long-run and short-run marginal cost curves when they are initially producing 140 garden benches per week. The short-run marginal cost curve is steeper than the long-run marginal cost curve, and the two curves cross at $Q = 140$.



## WORKED-OUT PROBLEM 8.6

**The Problem** Consider again Hannah and Sam's remodeling business described in Worked-Out Problems 8.2 and 8.3 (pages 254 and 256). They have a Cobb-Douglas production function $Q = F(L,K) = 10L^{0.5}K^{0.5}$, and face a wage rate of \$1,000 per week, and a capital price of \$250 per week per unit. Suppose that they are initially remodeling 100 square feet per week using the least-cost input combination for producing that output level. What are their short-run and long-run cost functions if their capital is fixed in the short run, but variable in the long run?

**The Solution** The solution to Worked-Out Problem 8.2 tells us that they initially use 20 units of capital. So, if their capital is fixed at 20 units, to remodel $Q$ square feet Hannah and Sam need the amount of labor $L$ that solves the formula

$$10\sqrt{L}\sqrt{20} = Q$$

which means that $L = (Q^2/2,000)$. So, their short-run cost function is

$$C_{SR}^{100}(Q) = (250)(20) + (1,000)\left(\frac{Q^2}{2,000}\right)$$

or equivalently,

$$C_{SR}^{100}(Q) = 5,000 + \left(\frac{Q^2}{2}\right)$$

In contrast, the solution to Worked-Out Problem 8.3 tells us that Hannah and Sam's long-run cost function is

$$C_{LR}(Q) = 100Q$$

Observe, though, that their short-run and long-run costs are equal when $Q = 100$ [since $C_{SR}^{100}(100) = C_{LR}(100) = 10,000$], just as our discussion indicated they must be.



Observe that the difference between short-run and long-run costs, $5,000 + (Q^2/2) - 100Q$, is a function whose minimum is achieved at $Q = 100$, where its value is zero, just as our discussion indicated must be the case. Observe as well that their short- and long-run marginal costs are equal at $Q = 100$.

**IN-TEXT EXERCISE 8.6** Suppose that a unit of capital instead costs Hannah and Sam \$1,000 per week. They are initially remodeling 100 square feet per week using the least-cost input combination for producing that output level. What are their short-run and long-run cost functions if their capital is fixed in the short run, but variable in the long run?

Want the video or text solution? Visit www.mhhe.com/ bernheim2e or scan here. Need a barcode reader? Try ScanLife, available in your app store.

##  8.7 ECONOMIES AND DISECONOMIES OF SCALE AND SCOPE

In Section 7.4 we introduced the concept of returns to scale. We learned that a firm has constant, increasing, or decreasing returns to scale depending on whether an increase in its inputs increases its output proportionately, more than proportionately, or less than proportionately. In this section we'll look at the cost implications of returns to scale.

A firm experiences *economies of scale* when its average cost falls as it produces more. This occurs when cost rises less, proportionately, than the increase in output.

A firm experiences *economies of scale* when its average cost falls as it produces more.



## Figure 8.25

**Returns to Scale and Economies of Scale.** The figures illustrate that increasing returns to scale implies economies of scale and that decreasing returns to scale implies diseconomies of scale. In figure (a) with increasing returns to scale, input combination C costs less than twice as much as A. So B, which costs less than C, must also cost less than twice as much as A. In figure (b) with decreasing returns to scale, input combination D costs less than half as much as B. So A, which costs less than D, must also cost less than half as much as B.

A firm experiences ***diseconomies of scale*** when its average cost rises as it produces more.

For example, suppose a firm increases its output from $Q$ to $2Q$. If costs less than double, then $C(2Q) < 2C(Q)$; dividing both sides by $2Q$ tells us that $C(2Q)/2Q < C(Q)/Q$, so average cost is lower at $2Q$ than at $Q$. When the production technology for a good creates economies of scale, small producers will have a hard time surviving, because their average cost will be higher than that of larger competitors.

A firm experiences ***diseconomies of scale*** when its average cost rises as it produces more. Diseconomies occur when cost rises more, proportionately, than the increase in output.

What is the relationship between returns to scale and economies of scale? When a firm's input prices do not vary with the amount it produces, it experiences economies of scale if it has an increasing returns to scale technology, and experiences diseconomies of scale if it has a decreasing returns to scale technology.

Figure 8.25 illustrates why. Let's first consider a firm that has increasing returns to scale in Figure 8.25(a). Suppose the firm begins by producing 100 units of output per month using input combination A. If the firm decides to double its output to 200 units by increasing its use of all inputs in the same proportion, it must use input combination C. Because the firm has increasing returns to scale, C will use less than double the amount of inputs used in A, so it will be less than twice as costly (the input combination that uses double the inputs in A is labeled 2A in the figure). Since the least-cost bundle for producing 200 units, bundle B, is less costly than bundle C, it must also cost less than twice as much as bundle A. This means that the firm's average cost of producing 200 units is less than its average cost of producing 100 units; it experiences economies of scale.

Now consider Figure 8.25(b), which shows a case with decreasing returns to scale. Suppose the firm starts by producing 200 units a month using input combination B. If it decides to cut its production in half to 100 units by reducing its use of all inputs in the same proportion, it must use input combination D. Because the firm has decreasing returns to scale, D will use *less* than half of the amount of inputs as B, so it will be less than half as costly (the input combination that uses half the inputs in B is labeled B/2 in the figure). Since the least-cost bundle for producing 100 units, bundle A, is less costly than D, it must also be less than half as

costly as B. This means that the firm's average cost for producing 100 units is less than the average cost of producing 200 units; it experiences diseconomies of scale.[13]

We have discussed situations in which a firm's cost function has either economies of scale, diseconomies of scale, or a constant average cost. However, a firm's cost function may have economies of scale over some range of output, and diseconomies of scale over another range of output. The cost function shown in Figure 8.12 (page 260) is one example.

## Economies of Scope

In most of this chapter we have focused, for simplicity, on firms that produce a single product. Yet few firms actually do so. Hewlett Packard produces notebook computers, printers, and printer cartridges; Microsoft produces Windows, Office, and computer games. Even the corner gas station sells multiple grades of gasoline—"regular," "super," and "premium."

Fortunately, the basic concepts we've studied apply equally well to firms that produce many products. Suppose you're the manager of a firm that sells two products, whose output levels are $Q_1$ and $Q_2$. To make sound decisions, you need to determine your firm's cost function, which takes the form $C(Q_1, Q_2)$. This function tells you the total cost of producing each possible bundle of outputs. To derive it, you need to find the least-cost production method for each possible output bundle $(Q_1, Q_2)$. Just as with a single product, there is an isoquant that gives the combinations of inputs that will allow you to produce this bundle of outputs using efficient production methods. Least-cost production involves finding the least-costly point on that isoquant.

Why do firms produce multiple products? Just as economies of scale determine whether small or large firms are more effective competitors in a single-product market, the nature of technology and input costs help to determine whether single-product or multi-product firms are more effective competitors. ***Economies of scope*** are present when a single firm can produce two or more products more cheaply than two separate firms. For example, a single firm can produce the output bundle $(Q_1, Q_2)$ more cheaply than two separate firms if

$$C(Q_1, Q_2) < C(Q_1, 0) + C(0, Q_2)$$

***Diseconomies of scope*** occur when producing two products in the same firm is more expensive than producing them separately in different firms, so that $C(Q_1, Q_2) > C(Q_1, 0) + C(0, Q_2)$.

Economies of scope arise for many of the same reasons as increasing returns to scale (see Section 7.4). If Noah and Naomi produce both garden benches and garden chairs, for example, workers may be able to specialize even further (perhaps by assembling similar portions of both products). Likewise, delivery routes may become more efficient when a truck delivers more than one product, perhaps by delivering multiple products to the same address. Sometimes physical processes create opportunities for joint production. Many manufacturing firms now sell electricity generated from the heat produced as a by-product of their manufacturing processes.

> **Economies of scope** are present when a single firm can produce two or more products more cheaply than two separate firms.
>
> **Diseconomies of scope** occur when producing two products in a single firm is more expensive than producing them separately in different firms.

---

[13]Sometimes a firm's input prices vary with the amount it produces. For example, the firm may get a quantity discount or face a quantity penalty (see Section 5.5), so that its input price changes when it uses more or less of the input. In that case, there is a factor in addition to the firm's technology that contributes to economies or diseconomies of scale. For example, a firm facing a quantity discount for its inputs could have economies of scale even though it has decreasing returns to scale. Similarly, a firm that faces a quantity penalty for its inputs could have diseconomies of scale even though it has increasing returns to scale.

Another reason for economies of scope, at least over some range of production, is the more intensive utilization of lumpy, indivisible inputs. The top executives of a firm that produces only one product may find they have the time and ability to manage the production of a second, related product. A similar effect comes from the transfer of knowledge. For example, Xerox invested a great deal in learning how to design paper-feeding mechanisms for copy machines. That same knowledge can be used for printers.

As in our discussion of returns to scale in Section 7.4, it's harder to see why a firm might have diseconomies of scope. Couldn't the firm always set up a separate facility to produce each product, thereby producing just as cheaply as separate firms? Not necessarily. Indeed, firms often decide that some of their divisions would be more efficient if they were run as separate firms and sell those divisions to other firms or to division managers. One of the motives behind these sales is to overcome the kinds of bureaucratic costs we discussed as sources of decreasing returns to

## Application 8.7

### FedEx Ground

In 1965, Yale University undergraduate Frederick Smith wrote a term paper about the passenger route systems most air freight shippers used, which he viewed as economically inefficient. Smith emphasized the need for a system designed specifically for air freight that could accommodate time-sensitive shipments such as medicines, computer parts, and electronics. In 1973 he founded Federal Express, which would soon become the dominant provider of express package delivery.

In January 2000 Smith launched FedEx Ground, which aimed to compete with archrival United Parcel Service (UPS) in five-to-seven-day package deliveries via truck transport. Unlike Federal Express, UPS had started out as a ground shipping company and for years it enjoyed a virtual monopoly in five-to-seven-day ground package delivery. UPS entered the air-based express delivery market in the mid-1980s, after FedEx had established itself. Now Federal Express would be going head-to-head with UPS in UPS's core market.

Why would FedEx be a good competitor for UPS in the five-to-seven-day ground market? Might it have lower costs than a separate ground-based shipping company? That is, might FedEx profit from economies of scope between express and five-to-seven-day ground delivery?

You might think that FedEx would benefit from economies of scope by using the same local trucks and delivery routes for its express and ground-based services. In fact, the company maintains two separate delivery fleets. So where might the economies of scope have come from? One possible source was the many existing FedEx offices, which could accept ground packages as well as express packages. FedEx also had a lot of accumulated experience in the efficient organization of transportation systems, which was applicable to ground shipping. Finally, FedEx had its excellent brand name and reputation. By leveraging its existing reputation for high-quality service in express package delivery, FedEx may have avoided some of the costs of developing brand recognition.

Although our focus is on costs, demand factors may also have made FedEx a natural entrant into the ground shipping market. If existing FedEx customers valued the opportunity to use just one shipper for all of their shipping needs, FedEx could offer more value to those customers than a stand-alone ground shipping company.



A FedEx Ground truck