# Exhibit C

Excerpts from the Deposition of Randolph Edwards Bucklin, 1, 81–82, 95–96, 209–210, 214–216, Oct. 26–27, 2022.

1

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3

   UNITED STATES OF AMERICA, et    )
4  al.,                            )
                                   )
5              Plaintiffs,         )
                                   )  Case No.
6         vs.                      )  1:20-cv-03010-APM
                                   )
7  GOOGLE LLC,                     )
                                   )
8              Defendant.          )
   ------------------------------- )
9  STATE OF COLORADO, et al.,      )
                                   )
10             Plaintiffs,         )
                                   )
11        vs.                      )  Case No.
                                   )  1:20-cv-03715-APM
12 GOOGLE LLC,                     )
                                   )
13                                 )
               Defendant.          )
14 _____  )

15

16                  ███████████████

17          VIDEO-RECORDED DEPOSITION OF

18          RANDOLPH EDWARDS BUCKLIN

19               New York, New York

20          Wednesday, October 26, 2022

21

22

23  Reported Stenographically By:
    PATRICIA A. BIDONDE
24  Registered Professional Reporter
    Realtime Certified Reporter
25  JOB#:  866105

81

1  to understand I'm not trying to get you to
2  violate that, and she will need to make that
3  objection.  But we understand what the rules
4  are here in related to what we are -- can
5  expect you to answer.
6              And when it came to the documents
7  you reviewed, how were those selected?
8       A.   Well, with respect to the history
9  of advertising, advertising expenditure, a
10 search was made for publicly available,
11 high-quality data sets.  And the determination
12 was made that that was largely going to be
13 eMarketer and Census Bureau.
14             And then with respect to the
15 discussions of the purchase funnel and the
16 effectiveness of digital advertising, that was
17 based on a literature review that came from me
18 as well as the searches of Analysis Group
19 staff.
20      Q.   Okay.  And then -- and this was
21 all talking about your first report.  For your
22 rebuttal report, did any of this process
23 change?
24      A.   No, I would say the general
25 process, the work process was similar, but

1  with the rebuttal report, in responding to the
2  initial reports from plaintiffs' experts, the
3  documents and testimony in the case record
4  were highly relevant.
5            So there was a review of -- I was
6  given complete access to the case record, and
7  I directed staff to search that record for
8  documents and examples that would be
9  informative on the issues I was addressing.
10           Many of the documents, testimony
11 that I discuss were initially cited by
12 plaintiffs' experts in their reports.  So that
13 provided a first set of, I guess, case record
14 materials to examine.
15      Q.   Okay.  When you say you had
16 "complete access" to the documents, what do
17 you mean by that?
18      A.   Nothing was withheld from me.
19      Q.   Do you mean that you could search
20 directly the document database that counsel
21 had assembled for this case from all the
22 produced documents?
23      A.   I was offered the opportunity to
24 do that, and I delegated that to staff at
25 Analysis Group.

95

1   documents and literature cited.  So it does
2   take some time to re-review everything.
3        Q.   Okay.  And have you discussed
4   this case with anyone other than Google's
5   counsel?
6        A.   I've discussed it with staff at
7   Analysis Group.  Other than staff at Analysis
8   Group and counsel, no.
9        Q.   Okay.  One last thing on the
10  document access.  When did you first get
11  access to all the documents?
12       A.   As I sit here, I don't recall.
13  The initial report assignment was focused on
14  the publicly available data and also publicly
15  available academic literature.
16            And so the focus of my work there
17  was not on the case record.  I think during
18  that period of time I, you know, became aware
19  that depositions were being taken, documents
20  were being produced, but I don't recall
21  looking at those until starting to think
22  through the initial reports from plaintiffs'
23  experts.
24       Q.   So you didn't review any
25  documents until you started working on your

1  rebuttal report?
2      A.   And by your question, I assume
3  you mean documents from the case record?
4      Q.   Correct.
5      A.   Yes.  I believe that was the
6  case, yes.
7      Q.   And did you review any
8  depositions in relation to your first report?
9      A.   I do not recall doing so.
10     Q.   Okay.  So the only case materials
11 that you reviewed related to your first report
12 are the two complaints?
13     A.   That is my recollection, yes.
14     Q.   Okay.  Was there anything you
15 requested related to the case that you did not
16 receive?
17     A.   No.  There's been nothing
18 withheld or ...
19     Q.   Was there any work that you
20 wanted to do but you did not do?
21     A.   No.  I can't think of anything as
22 I sit here.
23          MS. SESSIONS:  Counsel, when you
24     get to a good stopping point, I'll put
25     in a request for a break, please.

209

1 to occur on that basis.
2     Q. Okay. And -- we'll come back to
3 this but -- we'll go back to your opinions,
4 but this was helpful.
5     So we've talked about, there's
6 the alternatives. And this is the history
7 section of your opinions that you referred to
8 before, "advertising has continuously evolved
9 to provide advertisers more alternatives to
10 reach relevant consumers"?
11     A. Yes, that's referring to that
12 subsequent section.
13     Q. Okay. And then, in the bullet
14 point in that paragraph, you say:
15     "As the channels available to
16     advertisers have evolved, advertisers
17     have shifted expenditure from older to
18     newer channels and amongst existing
19     channels."
20     What does it mean when you say
21 they "have shifted expenditure"?
22     A. Well, from the exhibits, that the
23 allocated share of spending has changed.
24     Q. Okay. Does it mean that they
25 have actually taken money from one and moved

1  it to the other?
2        A.    In the case of their -- I would
3  have -- I haven't analyzed the data in that
4  way.  I simply presented it as -- I simply
5  presented it as shares to show the growth in
6  the alternatives.
7              If there is an increase in the
8  denominator, or total spend, and a decrease in
9  the dollar spend -- and, again, this might be
10 analysis that one would want to do with
11 deflated or real dollars as opposed to nominal
12 dollars, and I haven't tried to do that in
13 this case -- that there would be -- that the
14 ad dollars have been taken from something and,
15 again, you know, under the two assumptions of
16 spending has -- overall spending has gone up
17 and total spending on a channel has gone
18 down -- either nominal or real terms -- that
19 we would infer from that that there has been,
20 not just a share change, but expenditure shift
21 of dollars away from one channel to another.
22       Q.    And what would be the reason for
23 that spend shift?  Is there anything in your
24 opinion about what the reason for the spend
25 shift is?

214

1   potentially TV, start to take a dive or
2   plateau.  Would that be correct in real
3   dollars -- I mean in absolute dollars?
4           A.   I'm sorry.  Is there a question
5   or --
6           Q.   That's okay.  So -- but, again,
7   overall ad spend has increased from 1981 to
8   2020.  And looking back at your Exhibit 1, if
9   a new advertising channel became available,
10  and I as an advertiser decided to spend more
11  money on advertising and start spending it in
12  that new advertising channel, would that have
13  caused a shift in market share?
14          A.   With respect to the market
15  share --
16          Q.   Yes.
17          A.   -- which is the graph that I
18  presented?
19          Q.   Yes.
20          A.   So the question is if there is
21  additional spend coming into the market?
22          Q.   Correct.
23          A.   And so, again, please read the
24  question back or repeat it again.
25          Q.   Okay.  So TV comes along, and if

1  you look at paragraph 24 of your report, you
2  say that:
3              "Advertisers shifted expenditure
4       towards television advertising because
5       television demonstrated several new and
6       desirable attributes."
7              If I'm an advertiser, and I have
8  a better form of advertising, I may also choose
9  to increase my spend, maintain my spend in my
10 current channels, but bring new money to these
11 other channels.
12             Would that show a change in the
13 market shares if that's what I did, all else
14 being equal?
15      A.    Again, without looking at the
16 specific data, it would be hard to say, but in
17 theory, yes, it could.
18      Q.    I mean, I'm not sure it's hard to
19 say.  If there's $100 spent in the market --
20      A.    Okay.
21      Q.    -- I have $25 that I'm spending,
22 and I spend 20 of it on radio, 5 of it on
23 print, and then television comes along and I
24 say, Oh, I'm going to spend 10 more dollars,
25 so I'm now going to spend 35.  20 on radio, 5

1   on print, 10 on television.  And everything
2   else is the same.  So now $110 is being spent
3   in the market.
4              As basic math, the market shares
5   would change.  Correct?
6        A.    In your scenario, yes.
7        Q.    Okay.  And that's all I asked.
8        A.    Okay.  Fair enough.
9        Q.    That if I decided, because there
10  was a new, more effective means of
11  advertising, to spend more money, that could
12  result in market share changes even though it
13  didn't cause me to shift my spend of my
14  existing money.  Correct?
15       A.    But nevertheless, the advertiser,
16  looking across the landscape, is allocating
17  its spending, in other words, it's -- an
18  advertiser will think in terms of its total
19  budget and its allocation.  And its allocation
20  has shifted, which is represented by the
21  share.
22       Q.    Okay.  Is there a point where
23  advertising of a particular channel no longer
24  becomes worthwhile?  Like, increasing the
25  amount of money I'm going to spend, is there a