# Exhibit F

1

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF COLUMBIA

 3
    UNITED STATES OF AMERICA, et    )
 4  al.,                            )
                                    )
 5            Plaintiffs,           )
                                    )  Case No.
 6        vs.                       )  1:20-cv-03010-APM
                                    )
 7  GOOGLE LLC,                     )
                                    )
 8            Defendant.            )
    -----------------------------   )
 9  STATE OF COLORADO, et al.,      )
                                    )
10            Plaintiffs,           )
                                    )
11        vs.                       )  Case No.
                                    )  1:20-cv-03715-APM
12  GOOGLE LLC,                     )
                                    )
13                                  )
              Defendant.            )
14  _____  )

15

16

17          VIDEO-RECORDED DEPOSITION OF

18            RANDOLPH EDWARDS BUCKLIN

19              New York, New York

20            Wednesday, October 26, 2022

21

22

23  Reported Stenographically By:
    PATRICIA A. BIDONDE
24  Registered Professional Reporter
    Realtime Certified Reporter
25  JOB#:  866105
```

1        A.    So I worked with them on a

2   variety of topics, and some were online

3   promotions, some were analysis of paid search

4   data and paid search strategy, and I tried to

5   provide them with help across a range of

6   topics that they were charged with looking

7   into.

8        Q.    Okay.  And beyond what's listed

9   in your resume or your CV, Exhibit 4, have

10  there been any other work engagements that

11  you've had that involve digital advertising?

12       A.    Yes, I worked -- I -- I'm trying

13  to remember the time.  I don't think it's

14  listed here, but I worked with another company

15  on their digital advertising issues.

16       Q.    Do you know the name of that

17  company?

18       A.    Yes, and I'd rather not disclose

19  it because that work led to a publication, and

20  the terms of that arrangement are that the

21  company name is not to be disclosed.

22       Q.    Okay.  What publication did it

23  lead to?

24       A.    It led to the 2015 JMR article

25  "Display Advertising."

48

1          Q.    Okay.  And is it possible for you

2    to share in general what industry that company

3    was in?

4          A.    Yes, you know, as the article

5    describes, it's financial services.

6          Q.    Okay.  That's right.  And when

7    was the -- and that engagement ended in 2015

8    when the article was published or before then?

9          A.    Before then.

10         Q.    And when did it end?

11         A.    Probably two or three years

12   before that because the -- when a journal

13   is -- when a journal article is published,

14   that's typically several years after the

15   initial work has actually been done because

16   there's a -- as I describe in my role as an

17   editor and a reviewer, there's a publication

18   process where the article is written up, it's

19   submitted to a journal, it goes through

20   multiple rounds of review, hopefully it gets

21   accepted, and then there's a publication lag

22   between acceptance and appearance.

23               And so it ends up being listed on

24   a CV is when it finally appears, you know, in

25   the -- I guess the print journal, which could

USA vs                                              Randolph Bucklin
Google                                              October 26, 2022
███████████

95

1   documents and literature cited.  So it does

2   take some time to re-review everything.

3        Q.    Okay.  And have you discussed

4   this case with anyone other than Google's

5   counsel?

6        A.    I've discussed it with staff at

7   Analysis Group.  Other than staff at Analysis

8   Group and counsel, no.

9        Q.    Okay.  One last thing on the

10  document access.  When did you first get

11  access to all the documents?

12       A.    As I sit here, I don't recall.

13  The initial report assignment was focused on

14  the publicly available data and also publicly

15  available academic literature.

16            And so the focus of my work there

17  was not on the case record.  I think during

18  that period of time I, you know, became aware

19  that depositions were being taken, documents

20  were being produced, but I don't recall

21  looking at those until starting to think

22  through the initial reports from plaintiffs'

23  experts.

24       Q.    So you didn't review any

25  documents until you started working on your

1    rebuttal report?

2          A.    And by your question, I assume

3    you mean documents from the case record?

4          Q.    Correct.

5          A.    Yes.  I believe that was the

6    case, yes.

7          Q.    And did you review any

8    depositions in relation to your first report?

9          A.    I do not recall doing so.

10         Q.    Okay.  So the only case materials

11   that you reviewed related to your first report

12   are the two complaints?

13         A.    That is my recollection, yes.

14         Q.    Okay.  Was there anything you

15   requested related to the case that you did not

16   receive?

17         A.    No.  There's been nothing

18   withheld or ...

19         Q.    Was there any work that you

20   wanted to do but you did not do?

21         A.    No.  I can't think of anything as

22   I sit here.

23              MS. SESSIONS:  Counsel, when you

24         get to a good stopping point, I'll put

25         in a request for a break, please.

USA vs
Google

Randolph Bucklin
October 26, 2022

155

```
1    timeline of when work occurred.
2         Q.    Okay.  But are you relying on
3    what you learned in that matter to support
4    your opinions in this matter in addition to
5    anything you already disclosed in your
6    "Materials Relied Upon"?
7         A.    There's no other data or academic
8    literature or information that I'm aware of
9    that was part of the other matter that is not
10   cited in this matter.
11        Q.    Okay.  So everything that's in
12   your reports includes everything that you
13   relied upon beyond your experience for your
14   opinions in this matter?
15        A.    Yes.
16        Q.    All right.  So if you could turn
17   to -- in Exhibit 5, the Department of
18   Justice's complaint, and turn to paragraph 13,
19   which is on page 5.  And in the last sentence
20   of that paragraph --
21        A.    Sorry.  Paragraph 13 in my
22   copy --
23        Q.    I'm sorry then.
24        A.    -- is on page 7.
25        Q.    All right.  Then paragraph -- I'm
```

206

1    Q.    Okay.  And both of these charts,

2    Exhibit 4 and Exhibit 1 in your original

3    report, those are percentages?

4    A.    Yeah, it's the share of total ad

5    spend in the case of Exhibit 1, and it's the

6    share of total digital ad spend in Exhibit 4.

7    Q.    Okay.  And Exhibit 4, for each of

8    those companies, you attempted to use a number

9    that represents all of their advertising

10   revenue regardless of type of advertising?

11   A.    Yes, because it's done by

12   platform, and that's likely driven by what's

13   publicly available.

14   Q.    Okay.  And in Exhibit 1, is there

15   anything about Exhibit 1 that would tell me

16   about how much ad spending is occurring?

17   A.    No, I mean, Exhibit 1 has been

18   presented in terms of shares.  So this doesn't

19   depict the spending.  The spending data, it

20   was computed from spending data.

21   Q.    Okay.

22   A.    So we could also present spending

23   data as well as share data.

24                MR. HAMMOND:  We can mark this.

25                (Bucklin Exhibit 7, Printout of

207

1          Exhibit 1 to the Initial Expert Report

2          of Randolph E. Bucklin beginning Bates

3          Number USDOJ-XDEPBUC-000581, marked for

4          identification, as of this date.)

5          Q.    I'll give you what the court

6     reporter has marked as Bucklin Exhibit 7.

7     This is a printout on 11" by 14" and Bates

8     number starting USDOJ-XDEPBUC-000581.  And

9     this is a printout of the backup you provided

10    for Exhibit 1.

11             And so if you would go to page

12    -591, the second-to-last page, that's from the

13    aggregated data tab.  There we are.

14             Sir, are you on the aggregated

15    data tab that's -- ends in -591?

16         A.    Yes.

17         Q.    So when you say that the

18    background data had the spend numbers, would

19    this be what you're referring to?  The

20    right-hand column under "spending amounts," or

21    the right-hand set of columns?

22         A.    Yes, I believe so.

23         Q.    Okay.  And -- so if we wanted to

24    do similar charts that were based on the

25    dollar spend, we would just need to chart the

220

1    have an opinion on whether digital advertising

2    spend has increased faster than the decrease

3    in the other advertising channels?

4        A.    Just eyeballing the chart, no, I

5    wouldn't want to state anything.  I'd want to

6    look at the -- look up and add across the raw

7    numbers.

8        Q.    Separate from the chart, in this

9    matter, do you have an opinion on whether

10   digital advertising has increased in a greater

11   amount than the decrease in spending on other

12   advertising channels?

13       A.    As I sit here, without reviewing

14   the data, I don't have an opinion on that one

15   way or the other.  The point was simply to

16   show the alternatives for advertisers

17   increasing over time and that there was

18   reallocation of spending across channels.

19       Q.    So I understand -- I understand.

20   I'm asking you a question that you don't have

21   an opinion on because you didn't look at it.

22   Is that correct?

23       A.    And by looking at, would be

24   whether the -- I'm sorry, again, the --

25       Q.    I'll try again.