# Exhibit I

Case 1:20-cv-03010-APM   Document 538-6   Filed 03/13/23   Page 2 of 7
United States of America v Google
Kinshuk Jerath, Ph.D.
November 08, 2022

263

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLUMBIA
 3     - - - - - - - - - - - - - - -+
                                     |
 4     UNITED STATES OF AMERICA,     |
       et al,                        |
 5                                   |
                 Plaintiffs,         |   Case Number:
 6                                   |
          vs.                        |   1:20-cv-03010-APM
 7                                   |
       GOOGLE, LLC,                  |
 8                                   |
                 Defendant.          |
 9     - - - - - - - - - - - - - - -+
                                     |
10     STATE OF COLORADO, et al,     |
                                     |
11               Plaintiffs,         |   Case Number:
                                     |
12        vs.                        |   1:20-cv-03715-APM
                                     |
13     GOOGLE, LLC,                  |
                                     |
14               Defendant.          |
       ----------------------------x
15

17                    Video Deposition of
18                   KINSHUK JERATH, Ph.D.
19                Tuesday, November 8, 2022
20                        9:03 a.m.
21                         (Day 2)
22
23     Job No. 867366
24     Reported by:  Laurie Donovan, RPR, CRR, CLR
25
```

Case 1:20-cv-03010-APM   Document 538-6   Filed 03/13/23   Page 3 of 7
United States of America v Google
Kinshuk Jerath, Ph.D.
November 08, 2022
271

1  As I said, they recognize this difference, and
2  again, what I'm explaining here is that how
3  advertisers view them, how they distinguish
4  between them, right, but I'm not really looking at
5  exactly sort of this point of view of do
6  advertisers distinguish between them when they're
7  advertising.  I'm not directly looking at that.
8  I'm just sort of explaining the differences
9  between the queries.
10     Q   Do you have an opinion as to whether
11 advertising on branded queries is a distinct
12 category of advertising from an advertiser
13 perspective as advertising on generic queries?
14     A   So again, I haven't done that type of a
15 study.  I'm not offering an opinion on that.
16 However, I do state in the report that branded
17 queries have brands, and unbranded queries don't.
18 I'm characterizing the queries themselves here.
19     Q   Do you have any opinion as to whether
20 advertising on branded queries is interchangeable
21 with advertising on generic queries from an
22 advertiser's perspective?
23           MS. MADDOX:  Objection; vague.
24           THE WITNESS:  Again, I have not
25     looked at that aspect as part of my

Case 1:20-cv-03010-APM   Document 538-6   Filed 03/13/23   Page 4 of 7
United States of America v Google
Kinshuk Jerath, Ph.D.
November 08, 2022

272

1     assignment here.
2  BY MS. SESSIONS:
3     Q    Is advertising on branded queries
4  similarly suited and effective as advertising on
5  generic queries?
6     A    Could you explain "similarly suited and
7  effective" from a particular point of view, like a
8  particular player's point of view, or -- I mean I
9  would say that they are both falling under search
10 advertising, and so the statements that I make for
11 search advertising are valid for these.
12    Q    So are branded -- is advertising on
13 branded queries similarly suited and effective for
14 the objectives of search advertising as
15 advertising on generic queries?
16    A    As I state in the report, they are both
17 similar, they are both similarly suited and
18 effective for -- they're, they're both well-suited
19 and effective, I should say, for the middle and
20 lower-funnel.
21    Q    So advertising on branded queries is
22 suited and effective for middle-funnel goals?
23    A    Middle and lower.  I just said that.
24    Q    I'm, I'm taking it in pieces.  So --
25    A    Okay.

Case 1:20-cv-03010-APM   Document 538-6   Filed 03/13/23   Page 5 of 7
United States of America v Google
Kinshuk Jerath, Ph.D.
November 08, 2022

273

1   Q   -- advertising on branded queries is
2   suited and effective for middle-funnel goals?
3   A   It is suited and effective for
4   middle-funnel goals, but that was not my complete
5   statement.
6   Q   Advertising on branded queries is also
7   suited and effective for lower-funnel goals?
8   A   Say that again.  I'm just trying to
9   distinguish between a different statement, and
10  it's confusing me a little bit.
11  Q   Advertising on branded queries is suited
12  and effective for lower-funnel goals?
13  A   Yes, it is, and again, that was not my
14  complete statement that I just made.
15  Q   And it's your opinion that advertising
16  on generic queries is suited and effective for
17  middle-funnel goals?
18  A   Suited and effective for middle-funnel
19  goals and for bottom-funnel goals also.
20  Q   And it's your opinion that advertising
21  on branded queries is not suited and effective for
22  upper-funnel goals; is that right?
23  A   That is not my opinion.  As I've stated
24  in my report, this advertising, search advertising
25  can be used upper-funnel, but my opinion is about

Case 1:20-cv-03010-APM   Document 538-6   Filed 03/13/23   Page 6 of 7
United States of America v Google
Kinshuk Jerath, Ph.D.
November 08, 2022
274

1  most suited and effective, say that search
2  advertising is most suited and effective for
3  middle and lower-funnel goals.
4      Q   So is it your opinion that advertising
5  on branded queries is not most suited and
6  effective for upper-funnel goals?
7      A   There are other types of advertising
8  that are better suited and effective for
9  upper-funnel goals than search advertising.
10     Q   And is it your opinion that advertising
11 on generic queries is not most suited and
12 effective for upper-funnel goals?
13     A   As I state in the report, advertising,
14 search advertising -- let me restate that.
15         There are other types of advertising
16 other than search advertising that are better
17 suited and effective than search advertising for
18 upper-funnel goals.
19     Q   Does a branded query express a different
20 intent than a generic query?
21     A   It may or may not, but it's possible.
22     Q   Under what circumstances would a branded
23 query express the same intent as a generic query?
24     A   Again, I have not done a detailed study
25 of the different queries and all.  They're sort of

Case 1:20-cv-03010-APM   Document 538-6   Filed 03/13/23   Page 7 of 7
United States of America v Google
Kinshuk Jerath, Ph.D.
November 08, 2022

275

1   at that level of granularity of the difference in
2   intent, so I would have to do more study to be
3   able to give a definitive answer here.
4       Q    Have you done a study of the intent
5   behind any queries as a part of your work in this
6   case?
7               MS. MADDOX:  Go ahead.
8               THE WITNESS:  Could you repeat the
9       question, please.
10  BY MS. SESSIONS:
11      Q    Have you done a study of the intent
12  behind any queries as part of your work in this
13  case?
14      A    So as I state that the fact that a
15  consumer has typed in a query in a search engine
16  indicates intent, and beyond that, like which
17  query indicates, how much intent, I have not done
18  a detailed study of that.
19      Q    Have you done any study of the intent
20  that any queries entered into a search engine
21  represent?
22      A    So intent, as I explained, can be intent
23  for various things, right?  It can be intent to
24  purchase, intent to find more information.  So I
25  have explained it at that level, but I have not