# Exhibit F

# *The* Content Analysis *Guidebook*

## Kimberly A. Neuendorf
### *Cleveland State University*


Sage Publications
*International Educational and Professional Publisher*
Thousand Oaks ▪ London ▪ New Delhi

Copyright © 2002 by Kimberly A. Neuendorf.

All rights reserved. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Throughout this book, the term SAS © is copyrighted by SAS Institute, Inc., SAS Campus Drive, Cary, NC 27513-2414; the term SPSS © is copyrighted by SPSS Inc., SPSS Inc Headquarters, 233 S. Wacker Drive, 11th Floor, Chicago, IL 60606.

---

*For information:*



Sage Publications, Inc.
2455 Teller Road
Thousand Oaks, California 91320
E-mail: order@sagepub.com

Sage Publications Ltd.
6 Bonhill Street
London EC2A 4PU
United Kingdom

Sage Publications India Pvt. Ltd.
M-32 Market
Greater Kailash I
New Delhi 110 048 India

Printed in the United States of America

SO E
255.2
CU 6632, 2002a
Universität
Oldenburg
Bibliothek

*Library of Congress Cataloging-in-Publication Data*

Neuendorf, Kimberly A.
    The content analysis guidebook / by Kimberly A. Neuendorf.
        p.   cm.
Includes bibliographical references and index.
    ISBN 978-0-7619-1977-3 (cloth: alk. paper)
    ISBN 978-0-7619-1978-0 (pbk: alk. paper)
    1. Sociology—Research—Methodology.   2. Content analysis
(Communication).   I. Title.
    HM529 .N47 2002
    301'.01—dc21                                    2001004115

09  10  11  12  13    12  11  10  9  8

| | |
|---|---|
| *Acquiring Editor:* | Margaret H. Seawell |
| *Editorial Assistant:* | Alicia Carter |
| *Production Editor:* | Claudia A. Hoffman |
| *Copy Editor:* | Marilyn Power Scott |
| *Typesetter/Designer:* | Janelle LeMaster |
| *Cover Designer:* | Jane Quaney |

# *Contents*

List of Boxes                                                    xi

List of Tables and Figures                                       xiii

Foreword                                                         xv

Acknowledgments                                                  xvii

1. Defining Content Analysis                                     1
   Is Content Analysis "Easy"? Is It Something That
     Anyone Can Do?                                              2
       Myth 1:  Content analysis is easy.                        2
       Myth 2:  The term *content analysis* applies to *all* examinations
                of message content.                              4
       Myth 3:  Anyone can do content analysis; it doesn't take any
                special preparation.                             8
       Myth 4:  Content analysis is for academic use only.       9
   A Six-Part Definition of Content Analysis                     9
       1.  Content Analysis as Relying on the Scientific Method  10
       2.  The Message as the Unit of Analysis, the Unit of Data
           Collection, or Both                                   13
       3.  Content Analysis as Quantitative                      14
       4.  Content Analysis as Summarizing                       15
       5.  Content Analysis as Applicable to *All* Contexts      17
       6.  All Message Characteristics Are Available to
           Content Analyze                                       23

2. Milestones in the History of Content Analysis                 27
   The Growing Popularity of Content Analysis                    27
   Milestones of Content Analysis Research                       31
       Rhetorical Analysis                                       31
       Biblical Concordances and the Quantification of History   31

The Payne Fund Studies                                                      32
The Language of Politics                                                    32
The War at Home: Advances in Social and Behavioral
  Science Methods During World War II                                       36
Speech as a Personality Trait                                               37
Department of Social Relations at Harvard                                   38
Television Images: Violence and Beyond                                      39
The Power of Computing                                                      40
The Global Content Analysis Village                                         40

3. Beyond Description: An Integrative Model of
   Content Analysis                                                         47
   The Language of the Scientific Method                                    47
   How Content Analysis Is Done: Flowchart for the
     Typical Process of Content-Analytic Research                           49
     Human Coding Versus Computer Coding                                    52
   Approaches to Content Analysis                                           52
     Descriptive Content Analysis                                           53
     Inferential Content Analysis                                           54
     Psychometric Content Analysis                                          54
     Predictive Content Analysis                                            55
   The Integrative Model of Content Analysis                                56
   Evaluation With the Integrative Model of Content Analysis                61
     First-Order Linkage                                                    61
     Second-Order Linkage                                                   62
     Third-Order Linkage                                                    62
     Linking Message and Receiver Data                                      62
     Linking Message and Source Data                                        65
     Developing New Linkages                                                68

4. Message Units and Sampling                                              71
   Units                                                                    71
     Unitizing a Continuous Stream of Information                           73
   Defining the Population                                                  74
   Archives                                                                 76
     The Evaluation of Archives                                             77
   Medium Management                                                        78
     The Brave New Digital World                                           79
   Sampling                                                                 83
     Random Sampling                                                        83
     Nonrandom Sampling                                                     87
   Sample Size                                                              88

5. Variables and Predictions                                               95
   Identifying Critical Variables                                           95
     A Consideration of Universal Variables                                 97

|  |  |
|---|---|
| Using Theory and Past Research for Variable Collection | 99 |
| A Grounded or Emergent Process of Variable Identification | 102 |
| Attempting to Find Medium-Specific Critical Variables | 104 |
| Hypotheses, Predictions, and Research Questions | 107 |
| Conceptual Definitions | 107 |
| Hypotheses | 108 |
| Research Questions | 109 |
| **6. Measurement Techniques** | **111** |
| Defining *Measurement* | 111 |
| Validity, Reliability, Accuracy, and Precision | 112 |
| Reliability | 112 |
| Validity | 112 |
| Accuracy | 113 |
| Precision | 113 |
| How the Standards Interrelate | 113 |
| Types of Validity Assessment | 114 |
| External Validity or Generalizability | 115 |
| Face Validity | 115 |
| Criterion Validity | 115 |
| Content Validity | 116 |
| Construct Validity | 117 |
| Operationalization | 118 |
| Categories or Levels That Are Exhaustive | 118 |
| Categories or Levels That Are Mutually Exclusive | 119 |
| An Appropriate Level of Measurement | 120 |
| Computer Coding | 125 |
| Dictionaries for Text Analysis | 126 |
| Selection of a Computer Text Content Analysis Program | 130 |
| Number of Cases or Units Analyzed | 130 |
| Frequency Output | 131 |
| Size Limitation | 131 |
| Alphabetical Output | 131 |
| Multiple-Unit Data File Output | 131 |
| KWIC or Concordance | 131 |
| Standard Dictionaries | 131 |
| Custom Dictionaries | 132 |
| Specialty Analyses | 132 |
| Human Coding | 132 |
| Codebooks and Coding Forms | 132 |
| Coder Training | 133 |
| The Processes | 134 |
| Medium Modality and Coding | 134 |
| Some Tips | 135 |
| Index Construction in Content Analysis | 137 |

7. Reliability                                                              141
   Intercoder Reliability Standards and Practices                           142
   Issues in the Assessment of Reliability                                  144
      Agreement Versus Covariation                                          144
      Reliability as a Function of Coder and Unit Subsamples                145
      Threats to Reliability                                                145
      Reliability for Manifest Versus Latent Content                        146
      Reliability and Unitizing                                             146
   Pilot and Final Reliabilities                                            146
   Intercoder Reliability Coefficients: Issues and Comparisons              148
      Agreement                                                             149
      Agreement Controlling for the Impact of Chance
         Agreement                                                          150
      Covariation                                                           151
   Calculating Intercoder Reliability Coefficients                          153
   The Reliability Subsample                                                158
      Subsample Size                                                        158
      Sampling Type                                                         159
      Assignment of Units to Coders                                         159
   Treatment of Variables That Do Not Achieve an
      Acceptable Level of Reliability                                       160
   The Use of Multiple Coders                                               161
   Advanced and Specialty Issues in Reliability
      Coefficient Selection                                                 162
      Beyond Basic Coefficients                                             162
      The Possibility of "Consistency" Intracoder Reliability
         Assessment                                                        163
      Controlling for Covariates                                            163
      Sequential Overlapping Reliability Coding                             163

8. Results and Reporting                                                    167
   Data Handling and Transformations                                        167
   Hypothesis Testing                                                       168
      Hypotheses and Research Questions—A Reminder                          168
      Inferential Versus Nonparametric Statistics                          168
   Selecting the Appropriate Statistical Tests                              169
   Frequencies                                                              172
   Co-Occurrences and In-Context Occurrences                                175
   Time Lines                                                               176
   Bivariate Relationships                                                  178
   Multivariate Relationships                                               182

9. Contexts                                                                 191
   Psychometric Applications of Content Analysis                            192
      Thematic Content Analysis                                             192
      Clinical Applications                                                 193

Open-Ended Written and Pictorial Responses ... 194
Linguistics and Semantic Networks ... 196
Stylometrics and Computer Literary Analysis ... 197
Interaction Analysis ... 198
Other Interpersonal Behaviors ... 199
Violence in the Media ... 200
Gender Roles ... 201
Minority Portrayals ... 202
Advertising ... 203
News ... 204
Political Communication ... 205
Web Analyses ... 206
Other Applied Contexts ... 207
Commercial and Other Client-Based Applications of
  Content Analysis ... 208
    Funded Research Conducted by Academics ... 208
    Commercial Applications of Text Analysis ... 210
    Content Analysis for Standards and Practices ... 210
    Applied Web Analyses ... 211
Future Directions ... 211

Resource 1: Message Archives ... 215
    *Paul D. Skalski*

General Collections ... 215
Film, Television and Radio Archives ... 216
Literary and General Corpora ... 217
Other Archives ... 217

Resource 2: Using NEXIS for Text Acquisition for
    Content Analysis ... 219

Resource 3: Computer Content Analysis Software ... 225
    *Paul D. Skalski*

Part I. Quantitative Computer Text Analysis Programs ... 225
  VBPro ... 227
  CATPAC ... 229
  Computer Programs for Text Analysis ... 229
  Concordance 2.0 ... 229
  Diction 5.0 ... 230
  DIMAP-3 ... 230
  General Inquirer (Internet version) ... 231
  INTEXT 4.1 ... 231
  Lexa (Version 7) ... 231
  LIWC (Lingustic Inquiry and Word Count) ... 232
  MCCALite ... 232
  MECA ... 232

PCAD 2000                                                            233
SALT (Systematic Analysis of Language Transcripts)                  233
SWIFT 3.0                                                           233
TextAnalyst                                                         234
TEXTPACK 7.0                                                        234
TextQuest 1.05                                                      234
TextSmart by SPSS                                                   235
WordStat v3.03                                                      235
Part II: VBPro How-To Guide and Executional Flowchart               235

Resource 4: An Introduction to PRAM—A Program for
            Reliability Assessment With Multiple Coders             241

Resource 5: *The Content Analysis Guidebook Online*                 243
Content Analysis Resources                                          243
Bibliographies                                                      243
Message Archives and Corpora                                        244
Reliability                                                         244
Human Coding Sample Materials                                       244
Computer Content Analysis                                           245

References                                                          247

Author Index                                                        283

Subject Index                                                       295

About the Authors                                                   301

### Specialty Analyses

Some programs provide features not readily categorized, such as VBPro's provision of "VBMap," a routine that uses co-occurrence matrices of concepts (dictionaries) to place concepts in a multidimensional space. Concepts that co-occur frequently are close together in the space, whereas concepts that rarely co-occur in message units are far apart (Miller, 2000). Other specialty analyses include the clustering and mapping provided by CATPAC and the comparative data provided by Diction.

# Human Coding

All measures for human content analysis coding need to be fully explicated in a document called a *codebook*. The codebook corresponds to a *coding form*, which provides spaces appropriate for recording the codes for all variables measured. Together, the codebook and coding form should stand alone as a protocol for content analyzing messages. As described earlier, Boxes 6.1 and 6.2 contain simple examples of a paired codebook and coding form for measuring demographic and descriptive information about characters appearing in moving image media.

### Codebooks and Coding Forms

The goal in creating codebooks and coding forms is to make the set so complete and unambiguous as to almost eliminate the individual differences among coders. The construction of an original codebook is a rather involved process, with repeated revisions right up until the moment when coding begins. Even the most mundane details need to be spelled out. All instructions should be written out carefully and fully. There should be instructions on what is a codable unit (see the codebook example in Box 6.1), and any other instructions on the coding protocol (e.g., "View the commercial a *second* time to code *characters* within the spot.").

The researcher has some choice on the distribution of measurement details between the codebook and the coding form. Some choose to put many instructions and details in the coding form, leaving little additional information to be contained in the accompanying codebook. Naccarato and Neuendorf (1998) went this route, and it resulted in a 12-page coding form, which was a bit unwieldy. The Naccarato and Neuendorf materials are available for inspection at *The Content Analysis Guidebook Online*.

The more common choice is to include lots of detail in the codebook and to leave the coding form looking like an empty shell, merely a convenient re-

pository for numeric information. Lombard et al. (1996) have chosen this tack, as may be seen in their materials on the book's Web site. Also, the sample codebook and coding form displayed in Boxes 6.1 and 6.2 follow this model. Note how the coding form uses shorthand version for variable names and is rather meaningless without the codebook.

## Coder Training

Three words describe good coder preparation: Train, train, and train. As part of the training process, the researcher may need to revise the codebook repeatedly until researcher and coders are all comfortable with the coding scheme. Practice coding, called *pilot* coding, can inform the researchers as to the reliability and overall viability of the coding scheme. Then, revisions may be made before final coding commences.

Coding decisions should be made from information available in the coded message only. For example, when coding behaviors exhibited on television soap operas, coders may not use information they might have from being fans of a show over a period of years (e.g., a character's divorces, paternity, etc.). At the same time, it is common practice to allow coders to review the message units as often as they need to extract the maximum information from the content.

Final coding is to be done by each coder individually; at this stage, it is not a consensus-building process. Consensus is useful only during training, pilot, and revision stages. All arguments leading to consensus at these earlier stages should be documented in the codebook, to enable future efforts to achieve the same level of reliability. Nor is final coding a democratic, majority-rule situation. Rather, it is geared to standardize the coders' techniques. Their coding methods need to be calibrated so that they view the content in the same way, as they code *independently*, without discussion or collaboration.

*Blind coding*, in which coders do not know the purpose of the study, is desirable, to reduce bias that compromises validity. Of course, the coders clearly need to fully understand the variables and their measures, but preferably they should *not* be aware of the research questions or hypotheses guiding the investigation. This is to avoid the coder equivalent of what is termed *demand characteristic* (Orne, 1975): the tendency of participants in a study to try to give the researcher what he or she wants. Kolbe and Burnett (1991) argue the value of what they call *judge independence*, the freedom of coders to make judgments without input from the researcher. Sparkman (1996) used a blind coder as a check against the primary, informed coder (the principal investigator himself). Banerjee, Capozzoli, McSweeney, & Sinha (1999) point out the biasing effect of coder knowledge of variables extraneous to the content analysis (e.g., being aware of the political party of political speakers at a convention), and offer techniques of statistical control for such confounding influences.

### The Processes

The process of coder training is inextricably linked with the process of codebook development, at least for the original development of a codebook.

The process may be long and arduous. What follows would be the extreme scenario, including *all* possible points for codebook revision, in the case of the first development of a coding scheme.

→ Write codebook, with variable selection following guidelines in Chapter 5 and variable measurement following guidelines in this chapter
  → Coder training, with discussion
    → Coders practice code together, engaging in consensus-building discussion
      → Possible codebook revisions
        → Coder training on revisions
          → Coders practice code independently on a number of units representing the variety of the population
            → Coders discuss results of independent practice coding
              → Possible codebook revisions
                → Coder training on revisions
                  → Coders code pilot subsample for reliability purposes (see Chapter 7)
                    → Researcher checks reliabilities
                      → Possible codebook revisions
                        → Coder training on revisions
                          → Final, independent coding (including final reliability checks)
                            → Coder "debriefing," which asks coders to analyze their experiences (may be written)

The coder debriefing process has proved to be a valuable tool for the long-term evolution of a coding scheme, providing the researcher with possible changes, additions, and deletions based on the experiences of the frontline workers, the coders (e.g., Capwell, 1997; Smith, 1999).

## Medium Modality and Coding

The medium in which the messages to be analyzed are stored or transmitted can have implications for the human coding process.

In general, it seems to be appropriate to attempt to code in the *same modality* in which the messages are created and received (thus, maximizing ecological validity). So to code popular music, it makes sense to use an audio playback on tape or CD. To code naturally occurring interpersonal interaction, high-quality videotape rather than audiotape seems to be the logical choice, coming as close to face-to-face as possible. Coding films released after 1952 should be done on letterboxed versions; the pan-and-scan versions actually have an altered editing pace, and entire characters may be missing from scenes.[14]

Above all, the researcher needs to know the capabilities and limitations of his or her delivery system. He or she should test it out before even collecting the message sample. For example, if using VHS format videotape, the re-

Case 1:20-cv-03010-APM   Document 539-6   Filed 03/13/23   Page 13 of 18

searcher will be tempted to use the EP recording option, to save money on tapes (EP allows 6 hours of content on a standard VHS 120 tape, whereas SP accommodates only 2 hours). However, the EP quality is significantly lower, and some playback equipment cannot execute fast scans and freeze-frames in EP, functions essential to coding from videotape.

## Some Tips

Research reports and articles usually put the best face possible on a content analysis project and do not report the technical or mundane challenges and failures. So, many of the selected tips that follow are culled from my own experiences and those of my colleagues and students. They are organized by modality.

### Text

- Human text coding seems to work better with hard copy (Franke, 2000), especially when some measures are helped by the coders being able to mark up the pages. Sometimes, the old ways are best.

- Many assume that text analysis by computer is intuitive or user-friendly. This is not always the case. Some text analysis programs will run only on certain operating systems. Others have manuals or protocols so complicated that attendance at a training seminar is necessary. Some are proprietary and can be run only by licensed representatives or so intractable and mathematically complex that only their authors use them.

### Static Images

- Analyses of static images often borrow variables from the practice of graphic design (e.g., Hendon, 1973; Holbrook & Lehmann, 1980; Reid, Rotfeld, & Barnes, 1984; Standen, 1989). Most of these variables are form variables and depend on accurate physical measurements.

- Any duplication should come as close to the original as possible (e.g., using high-quality color photocopies). The original medium should be used whenever possible, be it magazine, newspaper, textbook, or photograph (Low & Sherrard, 1999).

- It is difficult to code many historical images in their original forms. For example, ads are sometimes excised from magazines and journals before libraries bind them (Michelson, 1996). Some periodicals are available only on microfilm or microfiche, often rendering them completely in black and white.

- Computer display may allow zooming in on small design details for a careful examination (e.g., using a graphics program such as Photo-

Shop). However, some of the beauty of the images is lost when coding on computer (e.g., magazine photographs), accurate measurements of image size may be lost, and load time can be a problem for high-quality images.

### Audio Messages

- Few content analysis studies examine audio-only messages. Most often, spoken audio messages are transcribed, and text analysis is applied to the transcriptions (e.g., LaBarge, Von Dras, & Wingbermuehle, 1998; Tunnicliffe & Reiss, 1999). This process misses the paralanguage[15]: other nonverbals, music, and other accompanying sounds that might have implications for how the message is normally received. Even the few studies that have used audio as the coding modality generally have not measured these additional features of the audio media (e.g., Hurtz & Durkin, 1997; Lont, 1990).

- Studies of music typically target the lyrics (Lull, 1987) and ignore the music itself. The exceptions to this rule are the works of musicologists (largely qualitative, not what we would call content analysis) and the unique work of Simonton (1994; see also Chapter 9).

### Moving Images

- The quality of the images is an issue for coding. The current state of video as played back on most computers is of inferior quality. The standard VHS tape format is the lowest-quality tape system to be marketed. DVD is compressed, and loss of small details and general ambiance may not fully reflect the original production.

- Obviously, the coding of moving images may include the analysis of text, static images, and audio, as well as measures focusing on the image movement. With that in mind, the delivery system needs to accommodate these possibilities—with monitors large and clear enough to allow the reading of titles, playback allowing a clear and stable freeze-frame function, and good audio quality (with individual headsets if several coding stations are in the same room).

- When using a video system, it's important that the equipment provides a real-time counter (or time code). This helps the coder remain organized and is essential for the measurement of certain dynamic features (e.g., editing pace, number of transitions over a certain period of time).

- The study of the *scripts* of television or film content should be identified as just that. Such an analysis will necessarily miss a great deal of the content of the moving image form. And such a study of scripts should consider carefully what script version(s) to use. Often, the original script is quite different from the shooting script, which in turn is quite different

from the final script and what we hear when listening to the production. Many scripts are now available in Internet archives, but they vary as to type. Abstracts of scripts are even farther removed from the original moving image content and should be used with caution (Althaus, Edy, & Phalen, 2000).

## Multimedia

- To date, the content analysis coding of multimedia content has borrowed heavily from past work in all the areas from which multimedia draw—text, static images, and moving images. The really significant new work has added measures designed to tap the unique nature of the Internet, CD-ROM, DVD, and other multimedia—dimensions of *interactivity* (e.g., use of hypertext, feedback, and scalability; Ghose & Dou, 1998). Chapter 9 contains a section highlighting the state of content analysis research on Internet content.

- Those coding on the Internet need to be aware of differences in machines and browsers. What one coder sees and hears using Netscape may be rather different from what another encounters on Explorer. Layout may differ, animations may fail to move, and so forth.

## Index Construction in Content Analysis

Often, more than one measure is used to tap a concept, especially if that concept is broad; therefore, multiple measures are needed to meet the requirement of content validity. When two or more measures are combined mathematically into a single indicator, that indicator is called a scale or *index*.[16]

Indexes are routinely used in text content analysis, and most standard and custom dictionaries are, in essence, indexes. For example, the "tax" custom dictionary used by Miller et al. (1998) includes measures for the following words: flat, mortgage, mortgages, overtaxed, tax, taxable, taxation, taxed, taxer, taxes, taxing, taxpayer, and taxpayers. The total index is a sum of the frequencies of all the individual word counts.

Standard indexes may be developed for content analysis in the same way scales and indexes are established for survey and experimental purposes (DeVellis, 1991). This involves a series of data collections, which aids in the refinement of the index over time.

In the case of combined measures from a human coding analysis, the measures are sometimes adapted from self-report indexes designed for survey or experiment applications. In this case, it is appropriate to examine the internal consistency of the group of measures, just as one would do for an index in a survey or experiment. This involves using a statistic such as Cronbach's alpha to assess how well the individual measures intercorrelate (Carmines & Zeller,

1979). For example, Smith (1999) adapted Eysenck's (1990) three dimensions of personality—extraversion-introversion, neuroticism, and psychoticism—for her study of women's images in American film. Her 15 individual coded measures (reduced in number from the original indexes due to the challenges of objective coding) were summed together to create the three indexes, and the sets were each examined for intercorrelation, using Cronbach's alpha.

Perhaps the most problematic issue in index construction for human-coded content analysis is whether to restrict an index to individual measures meeting a certain level of intercoder reliability. As will be discussed in Chapter 7, intercoder reliability assessment is vital to human coding, and variables that do not achieve a criterion level are often dropped from subsequent analyses. In the case of an index, is it enough that the full index is reliable across coders, or does every individual measure have to meet the criterion? Obviously, those wishing to hold content analysis to the highest standard will choose the latter. At present, however, the methodological literature does not address this question. It *is* addressed from a reliability standpoint in the next chapter.

## Notes

1. This was garnered from my notes from a class lecture given by Edward L. Fink in 1977, Department of Communication, Michigan State University, East Lansing.

2. Some might argue that ecological validity would require that when the content analysis is motivated by concerns over effects on receivers, that coding be similar to "naive" exposure to the content—that all coding of television content be done in real time, without reviewing the material repeatedly and thus discovering nuances of information that would not be noticed the first time. There are several problems with this argument. First, in today's communication environment, most receivers do have control over the speed and repetition of their exposure to messages (with videotape, CD-ROM, DVD, hypertextuality on the Internet, and even the old-fashioned random access of newspaper reading). Second, the content analyst's job seems to be to tap all information that receivers might have access to; although there doesn't seem to be research on the issue, exercises in my classes have revealed an extraordinary variety in what individuals notice the first time they see film content. And of course, things that people don't notice may still have an effect on them. To tap all possible receiver experiences, it may take considerable repetition and effort by an individual coder.

3. It's surprising how few reports of human content analysis make the full set of coding materials available. Some good examples of reports that do are Lange, Baker, and Ball (1969), Gottschalk (1995), and the National Television Violence Study (1997).

4. Janis (1949) phrased it this way: "The validity of a measuring device is usually studied by comparing the results or measures obtained from it with those obtained by another device, the validity of which is already established for measuring the same characteristic" (p. 58).

5. Potter and Levine-Donnerstein (1999) also introduce an expansion on the manifest-latent content dichotomy, splitting *latent* into "pattern" and "projective"

content. Pattern latent content focuses on patterns in the content itself. Potter and Levine-Donnerstein present the example (from Johnston and White, 1994) of a measure of the mode of dress of female political candidates—formal suit, soft feminine suit, dress, casual, or a combination. This measure represents pattern content because it requires the coders to consider various combinations of manifest content (i.e., clothing items, such as jackets, scarves, pants) and evaluate how formal or feminine the combinations are (Potter and Levine-Donnerstein, 1999, pp. 259-260). Projective latent content focuses on coders' interpretations of the meanings of the content. The example used (from Signorielli, McLeod, and Healy, 1994) is a five-point measure of attractiveness for characters on MTV, ranging from very attractive to repulsive or ugly. This measure taps projective latent content because it relies on coders' *individual* mental schema.

6. The assumption that coding schemes should be validated through an examination of sources' perceptions of the messages has been called into question by Rogers and Millar (1982), who note that under the "pragmatic" approach to communication, the researcher is concerned with "how behavior means" rather than "what the performer means" (p. 250).

7. Novice researchers are often confused about the differences among measurement, operationalization, and operational definition (described by Babbie, 1995, p. 116, as "a definition that spells out precisely how the concept will be measured"). For most intents and purposes, *measurement* and *operational definition* mean the same thing. *Operationalization* is simply the process of developing these measurements. Throughout this book, *measurement* will be the primary term used.

8. For a good example of a coding scheme using this approach, see the Brayack (1998) materials on *The Content Analysis Guidebook Online.*

9. The following would be an example of a hypothetical interval measure: "Indicate the ad's use of color on a 0-to-10 scale, with 0 = minimal color and 10 = wide use of color." But there seems to be no reason not to construct the measure as ratio, that is, with a true zero: "Indicate the ad's use of color on a 0-to-10 scale, with 0 = no color in the ad and 10 = wide use of color."

10. For a comprehensive review of measures of readability, see Severin and Tankard (1997).

11. The MCCA computer program is available as part of the DIMAP package, which is described in Resource 3 and in *The Content Analysis Guidebook Online.*

12. The "further analyses" included a sophisticated process of using the VBMap program to place the most frequently occurring words in a multidimensional space based on co-occurrence, then submitting the dimensional coordinates of these words to SPSS for cluster analysis and using the new cluster-based concept sets for a second VBMap analysis. This final analysis resulted in dimensional coordinates that were plotted in 3-D, creating visual representations of the key concept clusters for news releases and elite press coverage.

13. Throughout this chapter and in Resource C, *multiple-unit data file output* is used to designate a frequency output matrix that is *case-by-variable* in format. It is a data file only in the sense that it is typically a numeric matrix that is further submitted to statistical analyses via SPSS or other statistical package.

14. Wide-screen filmmaking began in the United States in 1953, with 20th Century-Fox's release of the CinemaScope epic, *The Robe.* A variety of wide-screen formats exist, and all of their aspect ratios are wider than the 4:3 current U.S. television standard (e.g., CinemaScope's aspect ratio is 2.35 to 1, width to height). There are two op-

tions for the display of wide-screen movies on a U.S. NTSC TV screen. A letterboxed version of a wide-screen film shows the entire original image, with black bands at the top and bottom of the TV screen to fill the unused space. A pan-and-scan version crops off the sides of the wide image to fit it to the nearly square TV screen and typically pans and cuts back and forth across the original wide image to capture the action, thus fundamentally changing the editing and mise-en-scene (shot framing) of the film. For example, a sequence in Stanley Kramer's *Guess Who's Coming to Dinner* (1967) shows the Katharine Hepburn and Spencer Tracy characters taking a drive in their car. In the original version, a long take allows the viewer to see both characters at the same time during their entire meaningful discussion. The pan-and-scan version cuts back and forth between the two to catch only the speaker so that the listener's reactions are lost. In another example, the character played by comedienne Mary Wickes in *The Music Man* (1962) is virtually eliminated from most of her scenes in the pan-and-scan version, because her minor character often stands near the edge of the frame. Her priceless comedic nonverbal reactions are never seen.

15.   *Paralanguage* consists of all the elements of speech that are in addition to the words (i.e., oral behaviors that are not verbal). It includes such nonverbals as speech rate, pitch, intonation, and nonfluencies (e.g., "uh . . . ").

16.   This book typically uses the term *index* rather than *scale* to designate a simple composite measure, following the terminology of Babbie (1995). By his definitions, a multiple-item scale is a set of measures that vary in intensity, such as Bogardus's (as cited in Babbie, p.176) social distance scale ("Are you willing to permit Swedes to live in your country?"; "Are you willing to permit Swedes to live in your neighborhood?"; "Would you let your child marry a Swede?"). The goal is to locate a respondent's position along a continuum of *items* that make up the scale. An index is a more general construction (usually additive) of multiple items. An additional reason for the use of *index* over *scale* is the confusion that sometimes arises with the concept of *measurement scale,* the set of responses or coding categories for one variable.