# Exhibit H



GLOBAL
EDITION

# Qualitative Research Methods for the Social Sciences

**NINTH EDITION**

Howard Lune • Bruce L. Berg



Pearson

# Qualitative Research Methods for the Social Sciences

**NINTH EDITION**

**GLOBAL EDITION**

**Howard Lune**
*Hunter College, CUNY*

**Bruce L. Berg**
*California State University, Long Beach*



Harlow, England • London • New York • Boston • San Francisco • Toronto • Sydney • Dubai • Singapore • Hong Kong
Tokyo • Seoul • Taipei • New Delhi • Cape Town • Sao Paulo • Mexico City • Madrid • Amsterdam • Munich • Paris • Milan

**VP, Product Development:** Dickson Musslewhite
**Director, Content Strategy and Development:** Sharon Geary
**Editor in Chief:** Ashley Dodge
**Managing Editor:** Sutapa Mukherjee
**Sponsoring Editor:** Bimbabati Sen
**Content Manager:** Carly Czech
**Project Manager, Global Edition:** Sudipto Roy
**Senior Acquisitions Editor, Global Edition:** Sandhya Ghoshal
**Senior Project Editor, Global Edition:** Daniel Luiz
**Project Editor, Global Edition:** Rahul Arora
**Manager, Media Production, Global Edition:** M. Vikram Kumar
**Manufacturing Controller, Production, Global Edition:** Jerry Kataria
**Editorial Project Manager:** Lindsay Bethoney, Lumina Datamatics, Inc.

**Asset Development Team:** LearningMate Solutions, Ltd.
**VP, Director of Marketing:** Maggie Moylan
**Director, Project Management Services:** Etain O'Dea
**Project Team Lead:** Vamanan Namboodiri
**Project Manager:** Ruchi Sachdev
**Director of Field Marketing:** Jonathan Cottrell
**Senior Marketing Coordinator:** Susan Osterlitz
**Operations Manager:** Mary Fischer
**Operations Specialist:** Mary Ann Gloriande
**Associate Director of Design:** Blair Brown
**Interior Design:** Kathryn Foot
**Cover Design:** Lumina Datamatics, Inc.
**Cover Art:** Westend61 Premium/Shutterstock
**Full-Service Project Management and Composition:** Ashwina Ragounath/Integra Software Services

Acknowledgements of third party content appear on pages 235–237, which constitutes an extension of this copyright page.

Pearson Education Limited
Edinburgh Gate
Harlow
Essex CM20 2JE
England

and Associated Companies throughout the world

Visit us on the World Wide Web at:
www.pearsonglobaleditions.com

© Pearson Education Limited 2017

The rights of Howard Lune and Bruce L. Berg to be identified as the authors of this work have been asserted by them in accordance with the Copyright, Designs and Patents Act 1988.

*Authorized adaptation from the United States edition, entitled Qualitative Research Methods for the Social Sciences, 9th edition, ISBN 978-0-134-20213-6, by Howard Lune and Bruce L. Berg, published by Pearson Education © 2017.*

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without either the prior written permission of the publisher or a license permitting restricted copying in the United Kingdom issued by the Copyright Licensing Agency Ltd, Saffron House, 6–10 Kirby Street, London EC1N 8TS.

All trademarks used herein are the property of their respective owners. The use of any trademark in this text does not vest in the author or publisher any trademark ownership rights in such trademarks, nor does the use of such trademarks imply any affiliation with or endorsement of this book by such owners.

ISBN 10: 129-2-16439-5
ISBN 13: 978-1-292-16439-7

British Library Cataloguing-in-Publication Data
A catalogue record for this book is available from the British Library.

10 9 8 7 6 5 4 3 2 1
14 13 12 11 10

Printed and bound in Vivar, Malaysia.

# Brief Contents

**1** Introduction  11

**2** Designing Qualitative Research  22

**3** Ethical Issues in Research  43

**4** A Dramaturgical Look at Interviewing  65

**5** Focus Group Interviewing  94

**6** Ethnographic Field Strategies  107

**7** Participatory Action Research  136

**8** Unobtrusive Measures in Research  146

**9** Social Historical Research and Oral Traditions  158

**10** Case Studies  170

**11** An Introduction to Content Analysis  181

**12** Writing Research: Finding Meaning in Data  201

*This page intentionally left blank*

# Contents

Preface                                                                      9

## 1 Introduction                                                           11

1.1: Qualitative Methods, Qualitative Data                                  12
1.2: Use of Triangulation in Research Methodology                           14
1.3: Qualitative Strategies: Defining an Orientation                        15
1.4: From a Symbolic Interactionist Perspective                             17
1.5: Why Use Qualitative Methods?                                           19
1.6: A Plan of Presentation                                                 20

## 2 Designing Qualitative Research                                         22

2.1: Theory and Concepts                                                    22
2.2: Ideas and Theory                                                       24
2.3: Reviewing the Literature                                               26
   2.3.1: Evaluating Web Sites                               27
   2.3.2: Content versus Use                                 28
   **Trying It Out**                                         **31**
2.4: Framing Research Problems                                              31
2.5: Operationalization and Conceptualization                              31
2.6: Designing Projects                                                     33
   2.6.1: Concept Mapping                                    34
   2.6.2: Creating a Concept Map                             34
   2.6.3: Using a Concept Map                                36
   2.6.4: Setting and Population Appropriateness             36
   2.6.5: Sampling Strategies                                38
   2.6.6: Representativeness                                 39
2.7: Data Collection and Organization                                      40
2.8: Data Storage, Retrieval, and Analysis                                 40
2.9: Dissemination                                                         41
2.10: Why It Works                                                         41
2.11: Why It Fails                                                         42
   **Trying It Out**                                         **42**

## 3 Ethical Issues in Research                                            43

3.1: Research Ethics in Historical Perspective                             44
   3.1.1: Regulations in the Research Process                45
3.2: Informed Consent and Implied Consent                                  46
3.3: Confidentiality and Anonymity                                         48
   3.3.1: Keeping Identifying Records                        48
   3.3.2: Strategies for Safeguarding Confidentiality        48
3.4: Securing the Data                                                     49
3.5: Why Researchers Violate                                               49
3.6: Institutional Review Boards                                           52
   3.6.1: IRBs and Their Duties                              52

   3.6.2: Clarifying the Role of IRBs                        54
   3.6.3: Active versus Passive Consent                      55
   3.6.4: Active versus Passive Consent in
      Internet Research                       56
   3.6.5: Membership Criteria for IRBs                       56
3.7: Ethical Codes                                                         57
3.8: Some Common Ethical Concerns in Behavioral
   Research                                                  57
   3.8.1: Covert versus Overt Researcher Roles               58
3.9: New Areas for Ethical Concern: Cyberspace                             60
   3.9.1: Protection for Children                            61
   3.9.2: Debriefing the Subjects                            61
3.10: Objectivity and Careful Research Design                              62
3.11: Other Misconduct                                                     63
3.12: Why It Works                                                         63
3.13: Why It Fails                                                         63
   **Trying It Out**                                         **64**

## 4 A Dramaturgical Look at Interviewing                                   65

4.1: Performing the Interview                                              66
4.2: Types of Data                                                         67
4.3: Types of Interviews                                                   67
   4.3.1: The Standardized Interview                         67
   4.3.2: The Unstandardized Interview                       68
   4.3.3: The Semistandardized Interview                     69
4.4: The Data-Collection Instrument                                        70
4.5: Guideline Development                                                 71
   4.5.1: Question Order (Sequencing), Content,
      and Style                               72
4.6: Communicating Effectively                                            75
4.7: A Few Common Problems in Question
   Formulation                                               75
   4.7.1: Affectively Worded Questions                       75
   4.7.2: The Double-Barreled Question                       76
   4.7.3: Complex Questions                                  76
4.8: Pretesting the Schedule                                              76
4.9: Long versus Short Interviews                                         77
4.10: Telephone Interviews                                                78
   4.10.1: Advantages of the Telephone Interview             78
   4.10.2: Disadvantages of the Telephone Interview          79
4.11: Computer-Assisted Interviewing                                      79
   4.11.1: Computer-Assisted Telephone Interviewing          79
   4.11.2: Computer-Assisted Personal Interviewing           79
   4.11.3: Web- and E-mail-Based In-Depth Interviews         80
   **Trying It Out**                                         **81**

4.12: Conducting an Interview: A Natural or
an Unnatural Communication?                               81
4.13: The Dramaturgical Interview                          81
   4.13.1: Interviewer Roles and Rapport                   82
   4.13.2: The Role of the Interviewee                     83
   4.13.3: The Interviewer as a Self-Conscious
          Performer                                        83
   4.13.4: Social Interpretations and the Interviewer      84
4.14: The Interviewer's Repertoire                         85
   4.14.1: Interviewers' Attitudes and Persuading
          a Subject                                        86
   4.14.2: Developing an Interviewer Repertoire            87
   4.14.3: Techniques to Get Started                       87
   4.14.4: Taking the Show on the Road                     88
   4.14.5: The Ten Commandments of Interviewing            88
4.15: Know Your Audience                                   89
4.16: Analyzing Interview Data                             89
   4.16.1: Beginning an Analysis                           90
   4.16.2: Organizing Your Data                            90
   4.16.3: Analysis Procedures: A Concluding
          Remark                                           92
   **Trying It Out**                                       **92**
4.17: Why It Works                                         93
4.18: Why It Fails                                         93

**5**  Focus Group Interviewing                            94

5.1: Basic Ingredients in Focus Groups                     95
5.2: How Focus Groups Work                                 96
   5.2.1: The Moderator's Guide                            96
   5.2.2: Introduction and Introductory Activities         96
   5.2.3: Statement of the Basic Rules or Guidelines
          for the Interview                                97
   5.2.4: Short Question-and-Answer Discussions            97
   5.2.5: Special Activities or Exercises                  97
   5.2.6: Guidance for Dealing with Sensitive Issues       97
5.3: Focus Group Data                                      98
5.4: Selecting Focus Groups as a Method                    100
5.5: Selecting Groups                                       101
   5.5.1: Virtual Groups                                    102
5.6: Working with a Group                                   103
5.7: Common Missteps When Using Focus Groups               103
5.8: Confidentiality and Focus Group Interviews            104
5.9: Why It Works                                           105
5.10: Why It Fails                                          106
   **Trying It Out**                                       **106**
   Notes                                                    106

**6**  Ethnographic Field Strategies                       107

6.1: Accessing a Field Setting: Getting In                 109
   6.1.1: Negotiating the Researcher's Role                112

6.2: Becoming Invisible                                    113
   6.2.1: Dangers of Invisibility                          114
   6.2.2: Other Dangers During Ethnographic
          Research                                         115
6.3: Watching, Listening, and Learning                     116
   6.3.1: How to Learn: What to Watch and
          Listen For                                       117
   6.3.2: Field Notes                                      119
   6.3.3: Computers and Ethnography                        124
   6.3.4: Online Ethnography                               124
   **Trying It Out**                                       **125**
6.4: Analyzing Ethnographic Data                           125
6.5: Other Analysis Strategies: Typologies,
     Sociograms, and Metaphors                             126
   6.5.1: Typologies                                       126
   6.5.2: Sociograms                                       127
   6.5.3: Metaphors                                        129
6.6: Disengaging: Getting Out                              130
6.7: Reflectivity and Ethnography                          131
6.8: Critical Ethnography                                  131
   6.8.1: The Attitude of the Ethnographer                 132
   6.8.2: The Researcher's Voice                           133
6.9: Why It Works                                          134
6.10: Why It Fails                                         135
   **Trying It Out**                                       **135**

**7**  Participatory Action Research                       136

7.1: The Basics of Action Research                         138
7.2: Identifying the Research Question(s)                  139
7.3: Data Collection                                       139
7.4: Analyzing and Interpreting the Information            139
   7.4.1: Descriptive Accounts and Reports                 140
7.5: Sharing the Results with the Participants             140
7.6: When to Use and When Not to Use Action
     Research                                              141
7.7: The Action Researcher's Role                          141
7.8: Types of Action Research                              141
   7.8.1: Technical/Scientific/Collaborative
          Mode                                             142
   7.8.2: A Practical/ Mutual Collaborative/
          Deliberate Mode                                  142
   7.8.3: Emancipating or Empowering/
          Enhancing/Critical Science Mode                  142
7.9: Photovoice and Action Research                        143
   7.9.1: The Goals in Photovoice                          143
7.10: Action Research: A Reiteration                       144
7.11: Why It Works                                         144
7.12: Why It Fails                                         145
   **Trying It Out**                                       **145**

**8**   Unobtrusive Measures in Research   146

8.1:  Archival Strategies   147
  8.1.1:  Public Archives   148
  8.1.2:  Private Archives: Solicited and Unsolicited
       Documents   152
  8.1.3:  A Last Remark About Archival Records   154
8.2:  Physical Erosion and Accretion: Human Traces
     as Data Sources   155
  8.2.1:  Erosion Measures   155
  8.2.2:  Accretion Measures   156
8.3:  Why It Works   156
8.4:  Why It Fails   156
  **Trying It Out**   **156**

**9**   Social Historical Research and Oral
     Traditions   158

9.1:  What Is Historical Research?   158
9.2:  Life Histories and Social History   160
9.3:  What Are the Sources of Data for Historical
     Researchers?   161
9.4:  Doing Historiography: Tracing Written
     History as Data   161
  9.4.1:  External Criticism   163
  9.4.2:  Internal Criticism   164
9.5:  What Are Oral Histories?   166
  9.5.1:  Oral History as Reality Check   166
  9.5.2:  Oral History Data   167
9.6:  Why It Works   169
9.7:  Why It Fails   169
  **Trying It Out**   **169**

**10**   Case Studies   170

10.1:  The Nature of Case Studies   170
10.2:  Theory and Case Studies   172
10.3:  The Use of Interview Data   172
  10.3.1:  The Use of Personal Documents   174
10.4:  Intrinsic, Instrumental, and Collective Case Studies   175
10.5:  Case Study Design Types   176
  10.5.1:  Exploratory Case Studies   176
  10.5.2:  Explanatory Case Studies   176
  10.5.3:  Descriptive Case Studies   176
  10.5.4:  Designing Case Studies   176
10.6:  The Scientific Benefit of Case Studies   177
  10.6.1:  Objectivity and the Case Method   177
  10.6.2:  Generalizability   177
10.7:  Case Studies of Organizations   178
10.8:  Case Studies of Communities   178
  10.8.1:  Data Collection for Community Case Studies   179

10.9:  Why It Works   180
10.10:  Why It Fails   180
  **Trying It Out**   **180**

**11**   An Introduction to Content Analysis   181

11.1:  What Is Content Analysis?   182
11.2:  Analysis of Qualitative Data   182
  11.2.1:  Interpretative Approaches   182
  11.2.2:  Social Anthropological Approaches   183
  11.2.3:  Collaborative Social Research Approaches   183
  11.2.4:  Content Analysis and Theory   183
11.3:  Content Analysis as a Research Technique   184
  11.3.1:  Quantitative or Qualitative?   186
  11.3.2:  Manifest versus Latent Content Analysis   186
11.4:  Communication Components   187
  11.4.1:  Levels and Units of Analysis   188
  11.4.2:  Building Grounded Theory   188
  11.4.3:  What to Count   189
  11.4.4:  Combinations of Elements   189
  11.4.5:  Units and Categories   190
  11.4.6:  Classes and Categories   191
  **Trying It Out**   **191**
11.5:  Discourse Analysis and Content Analysis   191
11.6:  Open Coding   192
11.7:  Coding Frames   193
  11.7.1:  A Few More Words on Analytic Induction   194
  11.7.2:  Interrogative Hypothesis Testing   195
11.8:  Stages in the Content Analysis Process   196
11.9:  Computers and Qualitative Analysis   197
11.10:  Why It Works   199
11.11:  Why It Fails   199
  **Trying It Out**   **200**

**12**   Writing Research: Finding
     Meaning in Data   201

12.1:  Plagiarism: What It Is, Why It's Bad, and How
     to Avoid It   202
  12.1.1:  Why Plagiarism Occurs   202
  12.1.2:  How to Avoid Plagiarism   203
12.2:  Identifying the Purpose of the Writing   204
12.3:  Delineating a Supportive Structure: Visual
     Signals for the Reader   205
  12.3.1:  Context Sections   206
  12.3.2:  Original Contribution Sections   208
  12.3.3:  Findings or Results   209
  12.3.4:  Discussion/Conclusion   209
  12.3.5:  References, Notes, and Appendices   210
12.4:  Terms and Conditions   212

12.5:  Presenting Research Material                                    212

    12.5.1:  Disseminating the Research: Professional
         Meetings and Publications                             213

12.6:  A Word About the Content of Papers and Articles      215

12.7:  Write It, Rewrite It, Then Write It Again!                 215

12.8:  A Few Writing Hints                                          216

12.9:  None of This Works                                           216

    **Trying It Out**                                                  **218**

    Notes                                                              218

References                                                            219

Credits                                                               235

Name Index                                                            238

Subject Index                                                         244

# Chapter 11
# An Introduction to Content Analysis

## ⌄ Learning Objectives

*After studying this chapter, you should be able to:*

**11.1**  Explain how content analysis techniques are conducted.

**11.2**  Describe the three major approaches to qualitative data analysis.

**11.3**  Examine how content analysis is used in research.

**11.4**  Analyze how the communication components are used in research.

**11.5**  Examine the link between content analysis and discourse analysis.

**11.6**  Recall the four basic guidelines of conducting open coding.

**11.7**  Examine the process of using coding frames in content analysis.

**11.8**  Summarize the steps of the content analysis process.

**11.9**  Describe how different forms of computer programs help study qualitative research data.

**11.10**  Outline the advantages of content analysis.

**11.11**  Recall causes why content analysis may fail.

Throughout the preceding chapters, techniques and strategies for collecting and organizing data have been discussed. With a partial exception for Chapters 4, 6, and perhaps 7, in which limited analytic procedures are mentioned, analysis of data has not yet been extensively discussed. And yet, all qualitative data, from interviews to fieldwork, need to be coded and analyzed in order to derive meaningful findings from them. Interestingly, we use the same basic tools and techniques to analyze any of these forms of data. In this chapter, the task of qualitative data analysis is finally considered at length. The techniques of content analysis serve as both a qualitative research method in its own right and as the backbone of most qualitative analysis.

The instructions in this chapter are intended to assist researchers in their attempt to learn the methodological technique(s) for standard, or basic, content analysis. These techniques are sufficient for most purposes. But the reader should recognize that many more intricate and specialized variations are possible, some of which you may encounter in your readings in the field.

The chapter begins with a brief explanation of what content analysis is in an effort to orient the discussion. Next, I offer a brief discussion of analysis approaches in qualitative research. Following this, some general discussion on concerns and debates regarding content analysis are presented. Then, a number of procedures for analyzing content are examined. These include consideration of what counts as content and what to analyze, the nature of *levels and units of analysis*, and how to effectively employ *coding frames*. In the next section, *analytic induction* is examined in relation to content analysis procedures. We will consider forms of nontextual content, such as visual and spatial analysis, and discuss what to look for in content analysis software.

# 11.1:  What Is Content Analysis?

**11.1**  **Explain how content analysis techniques are conducted**

Content analysis is a careful, detailed, systematic examination and interpretation of a particular body of material in an effort to identify patterns, themes, assumptions, and meanings (Berg & Latin, 2008; Leedy & Ormrod, 2005; Neuendorf, 2002). But then, what is content? The materials in question can be anything produced by people for various purposes, usually not originally intended for research. We refer to such materials as social *artifacts*. Typically, content analysis is performed on forms of human communications; this may include permutations of written documents, photographs, film or video, and audiotapes, but can also include street signs, graffiti, personalized license plates, and names of online avatars. Thus, content analysis can be used to determine whether the language used in a set of advertisements has an underlying tone of fatalism; which stereotypes in 1950s textbooks are still visible in the 2010s; how strongly the metaphors of a particular French-language author are influenced by Indian heroic tales; or whether the Labour Party candidate or the Conservative Party candidate in British elections uses a more authoritarian manner of speaking. I have used the content analysis of the mission statements of community organizations to infer their relations with state agencies, and the content analysis of interview transcripts to distinguish proactive versus reactive responses to HIV-related social stigmas.

The analysis is designed to "code" the content as data in a form that can be used to address research questions. We tend to refer to whatever materials we have collected, whether from field observations or focus groups, as data. To be more precise, however, these are records of our work. Coding converts the information content of those records into data. It is the coded form of the data that we analyze. For example, Amy Binder analyzed the content of news articles and opinion pieces published in newsmagazines and major national newspapers between 1985 and 1990 concerning "dangerous" popular music. As music is not considered inherently dangerous, her research asked how dangerousness was "constructed" and represented, and what other factors, specifically race, contributed to these constructions. Binder found that while both heavy metal music and rap music were frequently "framed" as dangerous, the nature of the threat in each case was presented differently. Arguments against heavy metal raised concerns that the music would corrupt its listeners' moral sensibilities by glorifying drugs, alcohol, violence, promiscuity, and antiauthority sentiments.

Rap music, on the other hand, was more often described as "a danger to society." The author notes that while the corruption frame raised the specter of harm to the listeners, who were presumed to be mostly white, the danger frame emphasized the supposed harm to the rest of us that all of those presumably black listeners would inflict under rap's influence. Through this analysis she was able to identify a racialized pattern of reactions against changes in pop culture.

Content analysis also provides a means by which to study processes that occur over long periods of time that may reflect trends in a society. As examples, you might study the portrayal of women in the media from 1800 to 1993 just as you might focus on the changing images of women in the media from 1982 to 1992. For instance, McBroom (1992) examined women in the clergy as depicted in the *Christian Century* between 1984 and 1987. McBroom (1992, p. 208) found that while the Christian media initially featured a number of positive references to the question of the ordination of women, by 1985 the pattern was less consistent, turning toward mostly negative representations by 1986–1987. This pattern of coverage matched the brief rise and then fall of overall support for women in the clergy ending in a state of retrenchment in which there were fewer opportunities for women than there had been at the start. Thus, using content analysis, McBroom was able to examine data during individual years, as well as over the span of all years under study.

Content analysis is used in a wide variety of disciplines, including sociology, criminology, psychology, education, business, journalism, art, and political science. Regardless of where it is used, content analysis is chiefly *a coding operation and data interpreting process* (Bogdan & Biklen, 2007).

# 11.2:  Analysis of Qualitative Data

**11.2**  **Describe the three major approaches to qualitative data analysis**

There are a number of procedures used by qualitative researchers to analyze their data. Miles and Huberman (1994) identified three major approaches to qualitative data analysis: interpretative approaches, social anthropological approaches, and collaborative social research approaches.

## 11.2.1: Interpretative Approaches

This orientation allows researchers to treat social action and human activity as text. In other words, human action can be seen as a collection of symbols expressing layers of meaning. Interviews and observational data, then, can

be transcribed into written text for analysis. How one interprets such a text depends in part on the theoretical orientation taken by the researcher. Thus, a researcher with a phenomenological bent will resist condensing data or framing data by various sorting or coding operations. Instead, one might attempt to uncover or capture the telos (essence) of an account. This approach provides a means for discovering the practical understandings of meanings and actions. Researchers with a more general interpretative orientation (dramaturgists, symbolic interactionists, etc.) are likely to organize or reduce data in order to uncover patterns of human activity, action, and meaning. Interpretive approaches presume that our content, whether interviews, short stories, or photographs, were created for the purpose of communication. A close and systematic analysis can identify such data as surface meanings, latent meanings, and intent.

## 11.2.2: Social Anthropological Approaches

Researchers following this orientation often have conducted various sorts of field or case study activities to gather data. In order to accomplish data collection, they have necessarily spent considerable time in a given community, or with a given assortment of individuals in the field. They have participated, indirectly or directly, with many of the individuals residing in or interacting with the study population. This provides the researcher with a special perspective on the material collected during the research, as well as a special understanding of the participants and how these individuals interpret their social worlds.

Analysis of this sort of data can be accomplished by setting information down in field notes and then applying the interpretative style of treating this information as text. However, frequently this analytic process requires the analysis of multiple sources of data such as diaries, observations, interviews, photographs, and artifacts. Determining what material to include or exclude, how to order the presentation of substantiating materials, and what to report first or last are analytic choices the researcher must make.

Researchers employing the social anthropological approach usually are interested in the behavioral regularities of everyday life, language and language use, rituals and ceremonies, and relationships. The analytic task, then, is to identify and explain the ways people use or operate in a particular setting and how they come to understand things, account for, take action, and generally manage their day-to-day life. Unlike the interpretive approach, this anthropological approach looks at an assortment of materials assembled by the researcher. The goal is less to interpret the "text" of one's field notes than to find patterns that appear across multiple sources and materials. Many

researchers using this approach begin with a conceptual or theoretical frame and then move into the field in order to test or refine this conceptualization.

## 11.2.3: Collaborative Social Research Approaches

Researchers operating in this research mode work with their subjects in a given setting in order to accomplish some sort of change or action (see Chapter 7 on action research). The analysis of data gathered in such collaborative studies is accomplished with the participation of the subjects who are seen by the researcher as *stakeholders* in the situation in need of change or action. Data is collected and then reflexively considered both as feedback to craft action and as information to understand a situation, resolve a problem, or satisfy some sort of field experiment. The actual analytic strategies applied in this effort may be similar to the interpretative and social anthropology approaches. Part of the goal of this analysis, however, is to generate a shared perspective of the information materials compiled from disparate sources.

## 11.2.4: Content Analysis and Theory

Hsieh and Shannon (2005) discuss three different approaches to the conduct of qualitative content analysis: *conventional, directed,* and *summative content analysis*. From Hsieh and Shannon's perspective, the approaches differ based on the degree of involvement of inductive reasoning. In actual research, you do not just choose one approach to the exclusion of the others. For teaching and learning purposes, however, it is useful to think of these perspectives one at a time.

*Conventional content analysis* involves coding categories that have been derived directly and *inductively* from the raw data itself, what some methodologists might refer to as a grounded or grounded theoretical approach. The purpose of this orientation is the generation of theories or theoretically connected explanations of the content of the document under analysis. The code categories reflect the categories of meaning used by the study subjects or in the context of the study site. In this perspective, a researcher might collect data from participants in a work setting and code for evidence pertaining to the issues that concern them, such as collegiality, cooperation, clarity, abuse or privilege, and regimentation or flexibility.

*Directed content analysis* involves the use of more analytic codes and categories derived from existing theories and explanations relevant to the research focus. In this case, the investigator will immerse himself or herself in the raw data, using these themes and those that may emerge from the data itself. The code categories reflect

the meanings and expectations inherent in the theoretical framework that the researcher has adopted in order to view the study. Looking at the same work setting as above, one might talk with subjects about collegiality and clarity, but actually code the data for instances of political maneuvering, applications of power or demonstrations of subservience, or other forms of attitude or "hidden" intent.

*Summative content analysis* begins from existing words or phrases in the text itself (the raw data), and counts them; then, the researcher extends his or her exploration to include *latent meanings* and themes that are apparent in the data (latent meanings will be discussed later in this chapter). Once again looking at the imaginary work setting data, one might count up instances of both positive and negative exchanges and encounters among coworkers in order to get a quick indication of whether the workplace overall is collegial. Note that in such a case one would not ask research subjects to list either positive or negative encounters. That would only measure whether they feel that the setting is collegial or not. Instead, one might ask them to describe everything that happened during the last four hours of work, after which the researcher would code the narratives for both positive and negative events.

Given these diverse yet overlapping approaches, you can see certain facets of research that recur during any style of qualitative analysis. Following is a fairly standard set of analytic activities arranged in a general order of sequence:

a. Data is collected and made into text or otherwise organized to be "read" (e.g., field notes, transcripts, image sequences, news reports). The same applies to visual materials, such as photographs, drawings, cartoons, cartoon strips and graphic novels, film, or architecture.
b. Codes are analytically developed and/or inductively identified in the data and affixed to sets of notes or transcript pages.
c. Codes are transformed into categorical labels or themes.
d. Materials are sorted by these categories, identifying similar phrases, patterns, relationships, and commonalties or disparities.
e. Sorted materials are examined to isolate meaningful patterns and processes.
f. Identified patterns are considered in light of previous research and theories, and a small set of generalizations is established.

During the remainder of this chapter, these features will be discussed and considered in relationship to content analysis. The following section will consider the nature of content analysis as a research technique.

# 11.3: Content Analysis as a Research Technique

**11.3**  **Examine how content analysis is used in research**

In content analysis, researchers examine artifacts of social communication. Typically, these are written documents or transcriptions of recorded verbal communications. Broadly defined, however, content analysis is "a research technique for making replicable and valid inferences from texts (or other meaningful matter) to the contexts of their use" (Krippendorff, 2004, p. 18). From this perspective, photographs, videotape, or any items that can be "read"— that is, virtually any qualitative data—are amenable to content analysis. Or, looking at that the other way around, virtually all forms of qualitative analysis are forms of content analysis.

To take an example from my own work (Lune, 2015), I was interested in the goals and strategies of the Society of United Irishmen in their efforts to liberate Ireland from British rule in the 1790s. While a considerable amount of documentation exists concerning the published and private statements of Society members, newspaper accounts of their activities, and government reports from the period on their meetings, I chose to focus on the Society's membership oath. This oath, which all members had to swear, summarized the Society's "presentation of self" to those people who would be called upon to act for the group. Coding the various forms of the oath, and debates about the nature of the oath, through the lens of contemporary identity theories, I was able to argue that the Society actively constructed and disseminated what we would now call a new cultural nationalism. Such identity constructs are frequently created by protest organizations now. But it is important both to see that this sort of work happened before we had a theory to describe it and to use the insights of contemporary theories to better understand past events.

Content analysis can also be used in conjunction with other data-collection techniques, such as interviews, through *photo-response* methods. For example, rather than asking people in some neighborhood to talk about their neighborhood, a researcher can take photographs of different landmarks, buildings, intersections, or activities, and ask respondents to talk about each image. The data analysis for the study would consist of an analytic interpretation of the subjects' interpretations of the content, along with the researcher's reading of the images.

In all cases, and with all forms of data, the most important task of the researcher is to establish meaningful procedures for a *systematic* (nonarbitrary) analysis. This means that any researcher applying the systematic procedures to

the data would find essentially the same results, regardless of the researchers' subjective perspectives. The objectivity of the analysis is safeguarded by means of explicit rules called *criteria of selection*, which must be formally established before the actual analysis of data. We determine in advance how to decide what content is being coded, how it is to be coded, and how the codes are to be used in the analysis. We have to know what we're looking for and how we will recognize it when we find it before we start looking. Additional codes may be added as we proceed, but usually only as variations on the already-identified themes.

The criteria of selection used in any given content analysis must be sufficiently exhaustive to account for each variation of message content and must be rigidly and consistently applied so that other researchers or readers, looking at the same messages, would obtain the same or comparable results. This may be considered a kind of reliability test of the measures and a validation of eventual findings (Berg & Latin, 2008; Lune, Pumar, & Koppel, 2009). The categories that emerge in the course of developing these criteria should reflect all relevant aspects of the messages and retain, as much as possible, the exact wording used in the statements. This, of course, is merely a restatement of proper sampling techniques as applied to the collected data rather than to the subject pool. The researcher must define the appropriate criteria for inclusion first and apply them to the data after, without fear or favor.

By way of contrast, the more popular, less scientific discussions of media content that one might come across in cable news programs refer to content without performing an analysis. There, a pundit might selectively isolate particular phrases, images, or claims that supposedly reveal a bias on the part of a writer, politician, or other content creator. Words or phrases that offend or challenge the pundit are pulled out of context and presented as though representative of the overall work. But are they? Were we to undertake a thorough content analysis of the materials, we would need to define systematic criteria by which any reader could identify the leanings present in different portions of the text. If, for example, our question was whether certain news stories accepted or denied scientific explanations for global climate change, we would have to first rigorously define (1) what that explanation is; (2) what kinds of claims, assumptions, or explanations represent support for this perspective; and (3) what claims, assumptions, and so on represent denial or doubt. Then, using this code system, we would identify all such events throughout the text. It would then be up to the researcher to decide whether to count the cases of each and see if one predominates over the other, or to interpret the context and qualities of each coded incident.

Popular and academic interpretations run into one another when examining visual evidence of controversial events. With the increasing use of personal cell phone cameras and police dash-cams, we are now seeing video footage of arrests and other police encounters. In several highly contentious cases, videos have revealed patterns of surprising violence by police against citizens (suspects), followed by the greater surprise that such procedures are generally considered legal and appropriate police behavior. Certainly real policing is a good deal more complex than it seems on television. Without offering any personal evaluations of any one video, it has become clear that a great many African American viewers see specific incidents as the excessive and unjustified use of force by police against black citizens. Significantly, white viewers of the same videos are often much more divided over what it is that has been recorded. Since the data is a social artifact, created by events and not by researchers, the racial element is not a controlled variable. Yet, as it is present in many of the videos, and as it fits existing criminal justice models concerning unequal policing, it needs to be a part of the analysis. For the sociologist, two questions come to the fore: (1) Are nonwhite suspects more likely than white suspects to be treated as dangerous? (2) Do white and nonwhite viewers see the same events when they watch the videos? Both of these questions relate to larger patterns of police encounters, across a region or across the country, holding constant other factors, such as suspects' possession of weapons. Our techniques are less appropriate for determining whether a specific police officer acted fairly in dealing with one specific suspect.

With regard to the second question, one example that I have used in some of my classes is the online responses to the AC Transit fight known as the "Epic Beard Man" incident. In this video, a white man and a black man on an Oakland bus get into an argument that is mostly inaudible on the recording. Both appear belligerent in different ways. At one point, as the black participant moves away from the other, back toward his seat, the white participant, with the massive beard, taunts him in a threatening manner. The first man then returns and tries to punch the beard man, but is beaten down to the floor instead. Many viewers saw this incident as a case of possibly racially motivated provocation by the white participant to pick a fight and cause harm. The passenger who videotaped the incident even offers her video to the black man in case he wants to file charges. Others see this as an argument that could have ended without violence if the black participant had not escalated the situation in response to being taunted.

Both of those interpretations have validity, and ultimately no charges were filed against either man. What I find interesting is the response of the viewers. Simply titling the video "epic beard man," a manifest comment on his beard, also carries the latent implication that the white man is the protagonist and the black man is therefore the antagonist. Indeed, numerous spoof and commentary

videos following the distribution of the original event have treated the beard man as a cultural hero, while others have portrayed the black man as a "punk" or worse. Some of the celebratory interpretations suggested that a 68-year-old (beard man) put a punk in his place, implicitly and perhaps unintentionally linking the event to more than a century of American history in which laws and practices were defined as "keeping the black man in his place" (c.f., Observations, 1903). Yet, while the term "punk" is often used to describe young people, the man in this video is over 50. Thus, without assigning blame entirely to either party in the actual conflict, a simple and direct content analysis of viewer responses shows that some viewers are imposing a highly racialized, even racist, interpretive framework over the events. To be clear, the racial element is not about deciding who is more at fault. It occurs in the framing of the participants' social identities. This analysis involves both an interpretive reading of the visual data in the video and a coding of the text of people's responses.

## 11.3.1: Quantitative or Qualitative?

Content analysis is not inherently either quantitative or qualitative, and may be both at the same time. Some authors of methods books distinguish the procedure of *narrative analysis* from the procedure of content analysis (see, e.g., Manning & Cullum-Swan, 1994; Silverman, 2006). In narrative analysis, the investigator typically begins with a set of principles and seeks to exhaust the meaning of the text using specified rules and principles but maintains a qualitative textual approach (Boje, 1991; Heise, 1992; Manning & Cullum-Swan, 1994; Silverman, 2006). Context matters. In contrast to this allegedly more textual approach, nonnarrative content analysis may be limited to counts of textual elements. Thus, the implication is that content analysis is more reductionistic and ostensibly a more positivistic approach. These two approaches may more usefully be viewed as differences in degree (of analysis) rather than differences in technique. "Counts" of textual elements merely provide a means for identifying, organizing, indexing, and retrieving coded data. This may be a snapshot description of the data, or a first step toward an interpretive analysis. Interpretive analysis of the data, once organized according to certain content elements, should involve consideration of the literal words in the text being analyzed, including the manner in which these words are offered. In effect, the researcher develops ideas about the information found in the various categories, patterns that are emerging, and meanings that seem to be conveyed. In turn, this analysis should be related to the literature and broader concerns and to the original research questions. In this manner, the analysis provides the researcher a means by which to learn about how subjects or the authors of textual materials view their social worlds

and how these views fit into the larger frame of how the social sciences view these issues and interpretations.

Consider as an example questions concerning the representation of women in American films. Cartoonist Alison Bechdel has proposed a simple, essentially quantitative measure commonly referred to now as the Bechdel Test. The test has three criteria for a movie: "(1) It has to have at least two [named] women in it; (2) Who talk to each other; (3) About something besides a man" (bechdeltest. com). The test does not automatically mean that every film that has those three elements is fair in its treatment of women, or that every film that doesn't is unfair. But the extraordinary numbers of films that fail the test is a serious indicator of the lack of fully developed female characters in the movie industry. As with any good sociological measure, the Bechdel Test reliably reveals larger social patterns despite all of the possible variations and causes at an individual level.

A more qualitative approach may be found in what some writers have called the *Trinity syndrome*. This description is entirely based on the context of women's roles in their specific films. The syndrome refers to a woman character who, like Trinity in the *Matrix* trilogy, is introduced as a strong, capable individual who may be more able than the male hero, but whose substantial contribution to the film is reduced to either inspiring the hero to become great, being rescued by the hero, or both. Frequently the woman in question also falls in love with the hero, which helps to show how great he is but has little to do with her. This model of analysis requires a close reading of each character in a film, their strengths and weaknesses, and their role in the resolution of whatever the film is about (even if we're not really sure what the film is about).

## 11.3.2: Manifest versus Latent Content Analysis

Another useful distinction concerning the use of content analysis is between *manifest content* and *latent content*. Again, a researcher does not have to choose to adopt one or the other approach. We usually look at both. Manifest content examines those elements that are physically present and countable. It is often the best starting point for making sense of your data. When analyzing latent content, the analysis is extended to an interpretive reading of the symbolism underlying the physical data. That is, manifest analysis describes the visible content (text), while latent analysis seeks to discern its meaning (subtext). For example, an entire speech may be assessed for how radical it was, or a novel could be considered in terms of how violent the entire text was. Manifest violence is actually described as events. A latent presence of violence considers all forms of stated and implied use of power and dominance and the physical and emotional harms caused by the

described events. In simpler terms, manifest content is comparable to the *surface structure* present in the message, and latent content is the *deep structural* meaning conveyed by the message.

By reporting the frequency with which a given concept appears in text, researchers suggest the magnitude of this observation. It may be more convincing for their arguments when researchers demonstrate the appearance of a claimed observation in some large proportion of the material under study. A presentation about illness that mentions death twice as often as it mentions prevention or protection might well be seen as warning, threatening, or instilling fear. One that mostly addresses precautionary measures and only briefly discusses negative outcomes is probably a more positive and encouraging presentation. Or so the surface analysis would suggest.

Researchers must bear in mind, however, that these descriptive statistics—namely, proportions and frequency distributions—do not necessarily reflect the nature of the data or variables. If the theme "positive attitude toward shoplifting" appears 20 times in one subject's interview transcript and 10 times in another subject's, this would not be justification for the researchers to claim that the first subject is twice as likely to shoplift as the second subject. In short, researchers must be cautious not to claim magnitudes as findings in themselves. The magnitude for certain observations is presented to demonstrate more fully the overall analysis. The meanings underlying these cases, however, are a matter of latent, context-sensitive coding and analysis.

Consider the problem of determining whether a book should be considered literature, and therefore appropriate for teaching, or pornography, and therefore maybe not. Pornography depicts sexual encounters and states of arousal. D. H. Lawrence's classic *Lady Chatterley's Lover* and Vladimir Nobokov's *Lolita* do so as well, and both were banned in countries throughout the world for much of the twentieth century. Somehow, authors, teachers, and critics have made the case that whereas porn depicts sexual accounts in order to create a sexual experience for the reader, these books depict them because they are important elements to the lives of the characters and the deeper intentions of the authors. (Opinions are more mixed about *50 Shades of Grey*, but we don't have to take sides on that.) Further, the literary merits of these two works, and so many others, are observable throughout the books, not just in the parts about sex. No one has ever succeeded in creating a rule structure that allows us to count or define scenes or acts in ways that can distinguish favorable literature from unfavorable literature, or even good or bad writing. But we tend to believe that there are differences, and one can create a valid schema with which to interpret these differences with reasonable and meaningful consistency. Sometimes a researcher simply has to offer a set of

temporary working definitions for purposes of the present analysis without claiming that other definitions would not be as valid.

To accomplish this "deciphering" of latent symbolic meaning, researchers must incorporate independent corroborative techniques. For example, researchers may include agreement between independent coders concerning latent content or some noncontent analytic source (Krippendorff, 2004; Neuendorf, 2002). As well, researchers should offer detailed excerpts from relevant statements (messages) that document the researchers' interpretations. Bear in mind, however, that such excerpts are only examples given for the purpose of explaining the concepts. One does not have to list every example of a concept in order to claim that it is significant to the analysis.

Furthermore, it helps to include some amount of three-dimensionality when describing the creator or speaker of the text used as excerpts or patterns being illustrated. In other words, if the text being analyzed is from an interview, rather than simply stating, "Respondent 12 states…" or, "One respondent indicates…," the researcher should indicate some features or characteristics (often, but not necessarily, demographic elements) of the speaker, for instance, "Respondent Jones, a 28-year-old African American man who works as a bookkeeper, states…." By including these elements, the reader gets a better sense of who is saying what and by extension, what perspectives lie behind the stated observations. As well, it provides a subtle sort of assurance that each of the illustrative excerpts has come from different cases or instances, rather than different locations of the same source. To use a different language, such descriptives *situate* the data in relation to the source's perspective.

# 11.4:  Communication Components

### 11.4   Analyze how the communication components are used in research

Communications may be analyzed in terms of three major components: the message, the sender, and the audience (Littlejohn & Foss, 2004). When we talk of "messages" in this context, we refer to the information that is being conveyed whether that information was intended to "send a message" or not. The message should be analyzed in terms of explicit themes, relative emphasis on various topics, amount of space or time devoted to certain topics, and numerous other dimensions. Occasionally, messages are analyzed for information about the sender of the communication.

Strauss (1990) similarly differentiated between what he calls *in vivo codes* and *sociological constructs*. In vivo

codes are the literal terms used by individuals under investigation, in effect, the terms used by the various actors themselves. These in vivo codes then represent the behavioral processes, which will explain to the researcher how the basic problem of the actors is resolved or processed. For example, an interview subject may define some challenges as opportunities and others as threats. These descriptions, offered by the speaker, reveal the speaker's orientations and situational definitions. In contrast, sociological constructs are formulated by the analyst (analytic constructions). Terms and categories, such as *professional attitude, family oriented, workaholic*, and *social identity*, might represent examples of sociological constructs. These categories may be "revealed" in the coding of the text, but do not necessarily reflect the conscious perspective of the speaker. These constructs, of course, need not derive exclusively from sociology and may come from the fields of education, nursing, law, psychology, and the like. Strauss (1990) observed that these constructs tend to be based on a combination of things, including the researcher's scholarly knowledge of the substantive field under study. The result of using constructs is the addition of certain social scientific meanings that might otherwise be missed in the analysis. Thus, sociological constructs add breadth and depth to observations by reaching beyond local meanings and understandings to broader social scientific ones.

Latent meanings are interpretations. Some of them are easy and obvious, and may reflect the speaker's use of commonly understood symbolic language that most listeners would see the same way. Some are subtle, and may not be recognized the same way by speakers and listeners, or by different sets of listeners. And some are subtle enough that one might assume that the meaning is clear while others can still deny it. For example, when a politician refers to "inner city culture," or "New York values," we might infer that the first term is a coded phrase for "Black," and the second for "Jewish," but there is room for doubt or denial.

## 11.4.1: Levels and Units of Analysis

When using a content analysis strategy to assess written documents, researchers must first decide at what level they plan to sample and what units of analysis will be counted. Sampling may occur at any or all of the following levels: words, phrases, sentences, paragraphs, sections, chapters, books, writers, ideological stance, subject topic, or similar elements relevant to the context. When examining other forms of messages, researchers may use any of the preceding levels or may sample at other conceptual levels more appropriate to the specific message. For example, when examining television programs, researchers might use segments between commercials as the level of analysis, meaning that any given program might have three or

more segments, each of which is described and analyzed independently. Alternatively they might choose to use the entire television program, excluding commercials (see, e.g., Fields, 1988). Extending this example to a television series, I might examine each episode as one instance of the unit under analysis, and draw conclusions about the series overall by identifying patterns that appear consistently across episodes. Or I might treat an entire season or series as one unit with a considerable amount of both continuity and variability in its situations and characters.

Photographs may be analyzed by examining the framing of the image: who or what is central, and who or what is peripheral. Or they may be examined for the literal action depicted in them. Alternatively, a photo album or editorial spread may be examined as a single photo-narrative.

One might also analyze an entire genre. Robert Fitts (2001) examined all of the written descriptions of New York's Five Points District published in the mid-nineteenth century by the two most active Christian missions in the neighborhood. Although the surface text (the manifest meanings) of the works tends to emphasize, and overemphasize, the horrors of poverty and crowded slum living, and to emphasize the salvation of work and temperance, Fitts finds, among other things, that the latent message of the genre is that Catholicism is a threat to American middle-class values and that the nation needed to uphold its Protestantism in order to remain secure. While evidence suggests that "the reformers exaggerated the area's poverty and stereotyped its inhabitants" in order to create a more powerful contrast with their idealized domesticity, the publications "tell us more about middle-class values" than they do about Five Points or immigrant life (Fitts, 2001, p. 128).

## 11.4.2: Building Grounded Theory

The categories researchers use in a content analysis can be determined inductively, deductively, or by some combination of both (Blaikie, 2009; Strauss, 1987). Abrahamson (1983, p. 286) described the inductive approach as beginning with the researchers "immersing" themselves in the documents (i.e., the various messages) in order to identify the dimensions or *themes* that seem meaningful to the producers of each message. The analysis starts with the patterns discernable in the text, which are subsequently explained by the application or development of a theoretical framework. In a deductive approach, researchers start with some categorical scheme suggested by a theoretical perspective. The framework is designed to explain cases, such as the one under investigation, and may be used to generate specific hypotheses about the case. The data itself, the documents or other texts, provide a means for assessing the hypothesis.

In many circumstances, the relationship between a theoretical perspective and certain messages involves both inductive and deductive approaches. However, in order to present the perceptions of others (the producers of messages) in the most forthright manner, a greater reliance on induction is necessary. Nevertheless, induction need not be undertaken to the exclusion of deduction.

The development of inductive categories allows researchers to link or *ground* these categories to the data from which they derive. Certainly, it is reasonable to suggest that insights and general questions about research derive from previous experience with the study phenomena. This may represent personal experience, scholarly experience (having read about it), or previous research undertaken to examine the matter. Researchers, similarly, draw on these experiences in order to propose tentative comparisons that assist in creating various deductions. Experience, thus, underpins both inductive and deductive reasoning.

From this interplay of experience, induction, and deduction, Glaser and Strauss formulated their description of grounded theory. According to Glaser and Strauss (1967, pp. 2–3), grounded theory blends the strengths of both inductive and deductive reasoning:

> To generate theory, … we suggest as the best approach an initial, systematic discovery of the theory from the data of social research. Then one can be relatively sure that the theory will fit the work. And since categories are discovered by examination of the data, laymen involved in the area to which the theory applies will usually be able to understand it, while sociologists who work in other areas will recognize an understandable theory linked with the data of a given area.

## 11.4.3: What to Count

The content found in written messages can be usefully, perhaps arbitrarily, divided into seven major elements: words or terms, themes, characters, paragraphs, items, concepts, and semantics (Berg, 1983; Merton, 1968). Most of these elements have corresponding versions for visual content analysis, such as visual themes, items, or concepts, or variations such as recurring color patterns or paired images. Looking at the patterns of symbolic associations in images, or "reading" an image from top to bottom or center out, one can discern a visual "syntax" as well. With these building blocks, working as the basic syntax of a textual or visual content, a researcher may define more specialized and complex "grammars" of coded elements. Here we will briefly discuss the basic elements.

**WORDS**   The *word* is the smallest element or unit used in content analysis. Its use generally results in a frequency distribution of specified words or terms. One might, for example, count the use of gendered pronouns (*he* or *she*), the use of military terms for nonmilitary situations (*rout,*

*blitz*), or the distributions of certain qualifiers (*great, superior, inferior*).

**THEMES**   The *theme* is a more useful unit to count. In its simplest form, a theme is a simple sentence, a string of words with a subject and a predicate. Because themes may be located in a variety of places in most written documents, it becomes necessary to specify (in advance) which places will be searched. For example, researchers might use only the primary theme in a given paragraph location or alternatively might count every theme in a given text under analysis. How often does Hamlet invoke divine judgment? How frequently is a person's ethnicity referenced as part of an explanation for his or her behaviors?

**CHARACTERS**   In some studies, *characters* (persons) are significant to the analysis. In such cases, you count the number of times a specific person or persons are mentioned, and in what manner, rather than the number of words or themes.

**PARAGRAPHS**   The *paragraph* is infrequently used as the basic unit in content analysis chiefly because of the difficulties that have resulted in attempting to code and classify the various and often numerous thoughts stated and implied in a single paragraph. Yet, to the extent that each paragraph "covers" a unique idea or claim, it provides a straightforward way to divide and code the text.

**ITEMS**   An *item* represents the whole unit of the sender's message—that is, an item may be an entire book, a letter, speech, diary, newspaper, or even an in-depth interview.

**CONCEPTS**   The use of *concepts* as units to count is a more sophisticated type of word counting than previously mentioned. Concepts involve words grouped together into conceptual clusters (ideas) that constitute, in some instances, variables in a typical research hypothesis. For instance, a conceptual cluster may form around the idea of deviance. Words such as *crime, delinquency, littering,* and *fraud* might cluster around the conceptual idea of deviance (Babbie, 2007). To some extent, the use of a concept as the unit of analysis leads toward more latent than manifest content.

**SEMANTICS**   In the type of content analysis known as *semantics*, researchers are interested not only in the number and type of words used but also in how affected the word(s) may be—in other words, how strong or weak, how emotionally laden, a word (or words) may be in relation to the overall sentiment of the sentence (Sanders & Pinhey, 1959).

## 11.4.4: Combinations of Elements

In many instances, research requires the use of a combination of several content analytic elements. For example, in Berg's (1983) study to identify subjective definitions

for Jewish affiliational categories (Orthodox, Conservative, Reform, and Nonpracticing), he used a combination of both item and paragraph elements as a content unit. In order to accomplish a content analysis of these definitions (as items), Berg lifted every respondent's definitions of each affiliational category verbatim from an interview transcript. Each set of definitions was additionally annotated with the transcript number from which it had been taken. Next, each definition (as items) was separated into its component definitional paragraph for each affiliational category. An example of this definitional paragraphing follows (Berg, 1983, p. 76):

**Interview #60: Orthodox**
Well, I guess, Orthodox keep kosher in [the] home and away from home. Observe the Sabbath, and, you know…, actually if somebody did [those] and considered themselves an Orthodox Jew, to me that would be enough. I would say that they were Orthodox.

**Interview #60: Conservative**
Conservative, I guess, is the fellow who doesn't want to say he's Reform because it's objectionable to him. But he's a long way from being Orthodox.

**Interview #60: Reform**
Reform is just somebody that, they say they are Jewish because they don't want to lose their identity. But actually I want to be considered a Reform, 'cause I say I'm Jewish, but I wouldn't want to be associated as a Jew if I didn't actually observe any of the laws.'

**Interview #60: Nonpracticing**
Well, a Nonpracticing is the guy who would have no temple affiliation, no affiliation with being Jewish at all, except that he considers himself a Jew. I guess he practices in no way, except to himself.

The items under analysis are definitions of one's affiliational category. The definitions mostly require multiple sentences, and hence, a paragraph.

## 11.4.5: Units and Categories

Content analysis involves the interaction of two processes: specification of the content characteristics (basic content elements) being examined and application of explicit rules for identifying and recording these characteristics. The *categories* into which you code content items vary according to the nature of the research and the particularities of the data (i.e., whether they are detailed responses to open-ended questions, newspaper columns, letters, television transcripts).

As with all research methods, conceptualization and operationalization necessarily involve an interaction between theoretical concerns and empirical observations. For instance, if researchers wanted to examine newspaper orientations toward changes in a state's gun law (as a potential barometer of public opinion), they might read newspaper articles and editorials. As they read each article, the researchers could ask themselves which ones were in favor of and which ones were opposed to changes in the law. Were the articles' positions more clearly indicated by their manifest content or by some undertone? Was the decision to label one article pro or con based on the use of certain terms, on presentation of specific study findings, or because of statements offered by particular characters (e.g., celebrities, political figures)? The answers to these questions allow the researchers to develop inductive categories in which to slot various units of content.

As previously mentioned, researchers need not limit their procedures to induction alone in order to ground their research in the cases. Both inductive and deductive reasoning may provide fruitful findings. If, for example, investigators are attempting to test hypothetical propositions, their theoretical orientation should suggest empirical indicators of concepts (deductive reasoning). If they have begun with specific empirical observations, they should attempt to develop explanations grounded in the data (grounded theory) and apply these theories to other empirical observations (inductive reasoning).

There are no easy ways to describe specific tactics for developing categories or to suggest how to go about defining (operationalizing) these tactics. To paraphrase Schatzman and Strauss's (1973, p. 12) remark about methodological choices in general, the categorizing tactics worked out—some in advance, some developed later—should be consistent not only with the questions asked and the methodological requirements of science but also with a relation to the properties of the phenomena under investigation. Stated succinctly, categories must be grounded in the data from which they emerge (Denzin, 1978; Glaser & Strauss, 1967). The development of categories in any content analysis must derive from inductive reference (to be discussed in detail later) concerning patterns that emerge from the data.

For example, in a study evaluating the effectiveness of a Florida-based delinquency diversion program, Berg (1986) identified several thematic categories from information provided on intake sheets. By setting up a tally sheet, he managed to use the criminal offenses declared by arresting officers in their general statements to identify two distinct classes of crime, in spite of arresting officers' use of similar-sounding terms. In one class of crime, several similar terms were used to describe what amounted to the same type of crime. In a second class of crime, officers more consistently referred to the same type of crime by a consistent term. Specifically, Berg found that the words *shoplifting, petty theft*, and *retail theft* each referred to essentially the same category of crime involving the stealing of some type of store *merchandise*, usually not exceeding $3.50

in value. Somewhat surprisingly, the semantically similar term *petty larceny* was used to describe the taking of cash whether it was from a retail establishment, a domicile, or an auto. Thus, the data indicated a subtle perceptual distinction made by the officers reporting juvenile crimes.

Dabney (1993) examined how practicing nurses perceived other nurses who worked while impaired by alcohol or drugs. He developed several thematic categories based on previous studies found in the literature. He was also able to inductively identify several classes of drug diversion described by subjects during the course of interviews. For instance, many subjects referred to *stockpiled drugs* that nurses commonly used for themselves. These drugs included an assortment of painkillers and mild sedatives stored in a box, a drawer, or some similar container on the unit or floor. These stockpiled drugs accumulated when patients died or were transferred to another hospital unit, and this information did not immediately reach the hospital pharmacy.

## 11.4.6: Classes and Categories

Three major procedures are used to identify and develop classes and categories in a standard content analysis and to discuss findings in research that use content analysis: common classes, special classes, and theoretical classes.

**COMMON CLASSES**   The *common classes* are classes of a culture in general and are used by virtually anyone in society to distinguish between and among persons, things, and events (e.g., age, gender, social roles). These common classes, as categories, provide for laypeople a means of designation in the course of everyday thinking and communicating and to engender meaning in their social interactions. These common classes are essential in assessing whether certain demographic characteristics are related to patterns that may arise during a given data analysis.

**SPECIAL CLASSES**   The *special classes* are those labels used by members of certain areas (communities) to distinguish among the things, persons, and events within their limited province (Schatzman & Strauss, 1973). These special classes can be likened to jargonized terms used commonly in certain professions or subcultures but not by laypeople. Alternatively, these special classes may be described as *out-group* versus *in-group* classifications. In the case of the out-group, the reference is to labels conventionally used by the greater (host) community or society (e.g., "muggle"); as for the in-group, the reference is to conventional terms and labels used among some specified group or that may emerge as theoretical classes.

**THEORETICAL CLASSES**   The *theoretical classes* are those that emerge in the course of analyzing the data (Schatzman & Strauss, 1973). In most content analyses, these theoretical classes provide an overarching pattern (a key linkage) that occurs throughout the analysis.

Nomenclature that identifies these theoretical classes generally borrows from that used in special classes and, together with analytically constructed labels, accounts for novelty and innovations.

According to Schatzman and Strauss (1973), these theoretical classes are special sources of classification because their specific substance is grounded in the data. Because these theoretical classes are not immediately knowable or available to observers until they spend considerable time going over the ways respondents (or messages) in a sample identify themselves and others, it is necessary to retain the special classes throughout much of the analysis.

The next problem to address is how to identify various classes and categories in the data set, which leads to a discussion of open coding.

### TRYING IT OUT

#### Suggestion 1

Consider the representation of women in advertisements or films in your country this year. How are they portrayed? Which age group features most often? What are their professions in them? Are they depicted as successful in their professions? Which aspects of their lives are glorified and which ones are vilified? What does such a portrayal reveal to you about your society? Does any pattern of representation emerge from this study? You have just performed content analysis.

# 11.5:  Discourse Analysis and Content Analysis

**11.5**  Examine the link between content analysis and discourse analysis

The use of various *counting* schema, as suggested earlier, may seem to be less than qualitative and in some ways is different from some orientations more aligned with aspects of traditional *linguistic discourse analysis.* According to Johnstone (2003), discourse analysis may be understood as the study of language in the everyday sense of the term *language*. In other words, what most people generally mean when they use the term *language* is talk—words used to communicate and conduct a conversation or create a discourse. By extension, this would include written versions of this communication, or even transcribed *signs* of talking, such as might be used in exchanges between people using American Sign Language. To the social scientist, however, the interesting aspect of this discourse in not merely what is said, or which words are used, but the social construction and apprehension of meanings thus created through this discourse. Using the various analytic schema suggested earlier—including counts of terms, words, and

themes—provides one avenue for the social scientist to better understand these meanings as produced and understood by parties involved in a communication exchange.

Content analysis, then, examines a discourse by looking at patterns of the language used in this communications exchange, as well as the social and cultural contexts in which these communications occur. The relationship between a given communication exchange and its social context, then, requires an appreciation of culturally specific ways of speaking and writing and ways of organizing thoughts. This includes how, where, and when the discourse arises in a given social and cultural situation (Paltridge, 2006; Wodak & Krzyzanowski, 2008). Further, this sort of content analysis should include examining what a given communication exchange may be intended to do or mean in a given social cultural setting. In effect, the ways in which one says whatever one is saying are also important in terms of constructing certain views of the social world. Counting terms, words, themes, and so on allows the researcher to ascertain some of the variations and nuances of these *ways* in which parties in an exchange create their social worlds.

As stated earlier, virtually all forms of qualitative data analysis rely on content analysis. In the following sections, the techniques for conducting a content analysis will be presented with the assumption that you are working with data collected through one of the various means discussed in this text, such as fieldwork, interviews, or focus groups. The same techniques, of course, apply in the same way to the qualitative analysis of social artifacts, found objects, or other data.

# 11.6:  Open Coding

### 11.6  Recall the four basic guidelines of conducting open coding

Researchers inexperienced with qualitative analysis, although they may intellectually understand the process described so far, usually become lost at about this point in the actual process of coding. Some of the major obstacles that cause anguish include the so-called true or intended meaning of the sentence and a desire to know the real motivation behind a subject's clearly identifiable lie. If the researchers can get beyond such concerns, the coding can continue. For the most part, these concerns are actually irrelevant to the coding process, particularly with regard to *open coding*, the central purpose of which is to open inquiry widely. Although interpretations, questions, and even possible answers may seem to emerge as researchers code, it is important to hold these as tentative at best. Contradictions to such early conclusions may emerge during the coding of the very next document. The most thorough analysis of the various concepts and categories will best be accomplished after all the material has been coded. The solution to the

investigators' anguish, then, as suggested by Strauss (1987, p. 28) is to "believe everything and believe nothing" while undertaking open coding. More to the point, our task is to find meanings that are present in the text or supported by it. This is not the same as discovering anyone's true motive or intent.

Strauss (1987, p. 30) suggests four basic guidelines when conducting open coding: (1) Ask the data a specific and consistent set of questions, (2) analyze the data minutely, (3) frequently interrupt the coding to write a theoretical note, and (4) never assume the analytic relevance of any traditional variable such as age, sex, social class, and so forth until the data shows it to be relevant. A detailed discussion of each of these guidelines follows.

1. *Ask the data a specific and consistent set of questions.* The most general question researchers must keep in mind is, What study is this data pertinent to? In other words, what was the original objective of the research study? This is not to suggest that the data must be molded to that study. Rather, the original purpose of a study may not be accomplished and an alternative or unanticipated goal may be identified in the data. If, for example, your research question concerns the nature of moral advice to be found within Harlequin romances, then you would begin your open coding by identifying statements of principles, expectations, or general notions of human nature within the text. As well, it would be important to look at the moral career of the main characters or the lessons implicit in the stories of side characters. You don't need to make extensive note of sexist language, political assumptions, descriptions of locales, or other factors that are unrelated to your question. Along the way, however, you may find that locations are associated with notions of deserved and undeserved outcomes, in which case it would become necessary to understand the symbolic use of place descriptions.

2. *Analyze the data minutely.* Strauss (1987, 1990) cautions that researchers should remember that they are conducting an initial coding procedure. As such, it is important to analyze data minutely. Students in qualitative research should remind themselves that in the beginning, more is better. Coding is much like the traditional funnel used by many educators to demonstrate how to write papers. You begin with a wide opening, a broad statement; narrow the statement throughout the body by offering substantial backing; and finally, at the small end of the funnel, present a refined, tightly stated conclusion. In the case of coding, the wide end represents inclusion of many categories, incidents, interactions, and the like. These are coded in detail during open coding. Later, this effort ensures extensive theoretical coverage that will be thoroughly grounded. At a later time, more systematic coding can be accomplished, building from the numerous elements that emerge during this phase of open coding.

The question that arises, of course, is when to stop this open-coding process and move on to the speedier, more systematic coding phase. Typically, as researchers minutely code, they eventually saturate the document with repetitious codes. As this occurs and as the repetition allows the researchers to move more rapidly through the documents, it is usually safe to conclude that the time has come to move on.

3. *Frequently interrupt the coding to write a theoretical note.* This third guideline suggested by Strauss (1987) directs researchers closer to grounded theory. Often, in the course of coding, a comment in the document triggers ideas. Researchers should take a moment to jot down a note about these ideas, which may well prove useful later. If they fail to do so, they are very likely to forget the idea. In many instances, researchers find it useful to keep a record of where in each document similar comments, concepts, or categories seem to convey the same elements that originally triggered the theory or hypothesis. These may yield new code categories. For example, during the coding process of a study on adolescents' involvement with alcohol, crime, and drugs, interview transcripts revealed youths speaking about drugs and criminal activities as if they were almost partitioned categories (Carpenter Glassner, Johnson, & Loughlin, 1988). Notes scribbled during coding later led to theories on drug-crime event sequences and the nexus of drug-crime events.

4. *Never assume the analytic relevance of any traditional variable such as age, sex, social class, and so on until the data shows it to be relevant.* As Strauss (1987, p. 32) indicated, even these more mundane variables must "earn their way into the grounded theory." This assumes that these variables are necessarily contributing to some condition, but it does not mean you are prohibited from intentionally using certain variables deductively. The first guideline—What study is this data pertinent to?—is germane to this stage in the coding process. Consequently, if researchers are interested in gender differences, naturally, they begin by assuming that gender might be analytically relevant, but if the data fails to support this assumption, the researchers must accept this result. By the same token, if the study is not about gender-related issues, then there is probably no reason to measure gender differences.

It is also important to bear in mind that there is no single best way to code data. Morse and Richards (2002) point out that there are actually many ways of coding, and coding is undertaken in qualitative research for a variety of purposes. Morse and Richards (2002, p. 112) distinguish between three types of coding, each of which contributes differently to the overall process of analysis. The first type of coding they discuss involves the storage of information and is called *descriptive coding*. The second type is coding used to gather material by *topic*. The third is coding used when the goal is the development of concepts, which Morse and Richards (2002, p. 112) call *analytic coding*.

Bogdan and Biklen (2007, offer a virtual typology of code terms, including *setting/context codes, definition of the situation codes, process codes, activity codes, event codes, strategy codes, relationship and social structural codes, narrative codes, and methods codes*. Regardless of what terms are used to classify coding categories or how many are included in the analysis process, coding is the key to organizing data and interpreting what the data say. Furthermore, the more organized and systematic the coding schemes, the easier it is to allow the data to *talk to you* and inform you about various research-related questions you might have. It is also important to note that qualitative analysis is not something that you begin after you completely finish collecting all the data (Warren & Karner, 2005). Rather, analysis starts as the data begins to indicate the necessary categories and codes to use and as these elements begin to form patterns and conceptual realities each time the researcher reads and rereads a transcript, undertakes another day of fieldwork, or reviews some document.

# 11.7:  Coding Frames

**11.7**  **Examine the process of using coding frames in content analysis**

Content analysis is accomplished through the use of *coding frames*. The coding frames are used to organize the data and identify findings after open coding has been completed (David & Sutton, 2004). The first coding frame is often a multileveled process that requires several successive sortings of all cases under examination. Investigators begin with a general sorting of cases into some specified special class. In many ways, this first frame is similar to what Strauss (1987, p. 32) describes as axial coding. According to Strauss (1987), *axial coding* occurs after open coding is completed and consists of intensive coding around one category. An example may better illustrate this process.

Berg (1983) began the sorting process for his study of Jewish affiliational categories by separating all cases into the categories declared by respondents during an initial telephone contact. Subjects' responses came after being asked the screening question, "With which of the following do you most closely associate yourself: Reform, Orthodox, Conservative, or Nonpracticing?" (Subjects were consistently asked this question using the preceding affiliational ordering in an attempt to guard against certain acquiescent response sets.) The subjects' answers were accepted at face value, at this stage, and the initial grouping of cases followed from these self-reports.

This procedure separated the sample (cases) into four groupings bearing the conventional affiliational titles listed previously. After completing this sorting, Berg carefully read the responses to the identical question asked in the course of each respondent's in-depth interview. Subsequently, each affiliational grouping was subdivided into three groups using the following criteria of selection:

1. The first subdivision in each category consisted of all cases in which respondents' answers to the interview version of the question, "With which of the following…" (1) were consistent with the response given during the telephone screening and (2) were offered with no qualification or exception.

2. The second subdivision in each category consisted of cases in which respondents qualified their responses with a simple modifier (usually a single adjective), but were otherwise consistent with the response offered on the telephone screening question (e.g., "I am a *modern* Orthodox Jew.").

3. The third subdivision consisted of all cases in which the respondents offered detailed explanations for their affiliational declarations that were also consistent with their telephone screening response. For example, one male respondent explained that just as his father had switched from being an Orthodox to a Conservative affiliate, so too did he make a switch from being a Conservative to a Reform affiliate. His declaration of *Reform*, however, was consistent with what he had originally declared during the telephone screening.

4. The fourth subdivision consisted of all cases in which the respondents contradicted their original telephone screening question response or indicated that they simply could not determine where they fit in terms of the four conventional affiliational categories.

Using the preceding criteria, Berg sorted cases into the indicated subdivisions. Following this, and using a sorting process similar to the preceding one, he again subdivided each newly created subgroup to produce a typological scheme containing 16 distinct categories, the overarching or key linkage in every case being the subjective declaration of each respondent (at two distinct iterations of the same question). Having sorted and organized the data, Berg was ready to interpret the patterns apparent from both the organizational scheme and the details offered in response to interview questions.

## 11.7.1: A Few More Words on Analytic Induction

Inductive reasoning is frequently used as a form of theory development in which the analyst seeks to discover the crucial patterns that can best explain the data. In this sense, deductive reasoning is considered to be a form of theory testing, in which one's conceptual framework guides the researcher to seek out and test anticipated patterns and relationships. The use of analytic induction, however, also has involved a number of refinements—including several variations on its style and purpose. For example, Sutherland and Cressey (1966) refined the method and suggested that it be used in the study of causes of crime. Even before Sutherland (1950), Lindesmith (1947) had discovered the usefulness of an analytic inductive strategy in a study of opiate users. Lindesmith (1952, p. 492) described analytic induction as follows:

> The principle which governs the selection of cases to test a theory is that the chances of discovering a decisive negative case should be maximized. The investigator who has a working hypothesis concerning the data becomes aware of certain areas of critical importance. If his theory is false or inadequate, he knows that its weakness will be more clearly and quickly exposed if he proceeds to the investigation of those critical areas. This involves going out of one's way to look for negative evidence.

Hypothesis testing cannot simply involve the examination of supportive evidence. A valid hypothesis must also be falsifiable, or "nullifiable." Inverting the statistical notion of the null hypothesis, Lindesmith accepted the validity of his hypothesis if he was unable to falsify it.

Similarly, Merton (1968, pp. 147–148) discussed the "logical fallacy underlying post factum explanations" and hypothesis testing. While accepting that observations contribute to theory development, Merton warned of the kind of careless (or unscrupulous) reasoning in which researchers derive a theoretical argument from their data and then presents that same research as a test of that argument. Given that the model was designed to fit the data, there is no way that the test of the model on that data can fail to support it. Merton calls this a failure of nullifiabilty. One might also see it as lying, and therefore a kind of fraud.

Adding further refinements to the method, in order to avoid this particular failure, Glaser and Strauss suggested that analytic induction should combine analysis of data after the coding process with analysis of data while integrating theory. In short, analysis of data is grounded to established theory and is also capable of developing theory. Glaser and Strauss (1967, p. 102) describe their refinements as the constant comparative method. In this approach, coding categories are not merely derived from theory, but refined on the fly as the data is examined. The authors suggested that such a joint coding and analysis of data is a more honest way to present findings and analysis.

Throughout the analysis, researchers should be prepared to incorporate any and all appropriate modes of inquiry. Thus, both logically derived hypotheses and those that have "serendipitously" (Merton, 1968) arisen from the data may find their way into the research.

## 11.7.2: Interrogative Hypothesis Testing

The process of negative case testing, as described by Lindesmith and others, involves the investigator intentionally seeking negative or unique cases until the data is saturated and built into an emerging pattern. At that point, the investigator looks for confirmation of a developing theory or a specific hypothesis. This testing process involves the following steps:

1. Make a rough hypothesis based on an observation from the data.
2. Conduct a thorough search of all cases to locate negative cases (i.e., cases that do not fit the hypothesized relationship).
3. If a negative case is located, either discard the hypothesis, reformulate the hypothesis to account for the negative case, or narrow the scope of the hypothesis to exclude the negative case.
4. Examine all relevant cases from the sample before determining whether "practical certainty" (Denzin, 1978) in this recommended analysis style is attained.

For example, based on a reading of responses to the open-ended question, "With which of the following do you most closely associate yourself: Conservative, Orthodox, Reform, or Nonpracticing?" Berg (1983) hypothesized that certain groups of persons offered instrumentally oriented answers (i.e., oriented to achievement and goals), while other groups offered expressively oriented answers (i.e., sentimental, feeling oriented, and symbolic). Berg further hypothesized that these styles of responses could be linked to particular categories relevant to the analysis of differential involvement with religious activities and subjective affiliational identification. However, after carefully reexamining each case, with these hypotheses in mind, many negative cases were identified. At each stage, the researcher modified the scope or implications of the thesis to fit the data, as appropriate. Eventually, however, he found that the working hypothesis was so artificially altered as to have lost most of its meaning, at which point he abandoned it altogether.

Howard S. Becker (1998) has offered a similar approach, which he calls the *null hypothesis trick*. Becker suggests that the researcher should initially assume that the data reveals no patterns or relationships. Then, the researcher should tease out various conditions under which the observed pattern might develop, which is to say, conditions under which this assumption can be disproven. Esterberg (2002, p. 175) also offers an explanation of this null hypothesis trick, suggesting that you state a relationship in your research as not existing and then seek "clear evidence, based on examples from the data, that there is one." This so-called null hypothesis trick is paramount to interrogative hypothesis testing.

It may be argued that the search for negative cases sometimes neglects contradictory evidence (i.e., when a case both affirms and, in some way, denies a hypothetical relationship) or distorts the original hypothetical relationship (i.e., when the observers read into the data whatever relationship they have hypothesized—a variation on post-factum hypothesizing). To accomplish content analysis in the style recommended here, researchers must use several safeguards against these potential flaws in analysis. First, whenever numbers of cases allow, examples that illustrate a point may be lifted at random from among the relevant grouped cases. Second, every assertion made in the analysis should be documented with no fewer than three examples. (It is difficult to call fewer cases a pattern.) Third, analytic interpretations should be examined carefully by an independent reader (someone other than the actual researchers) to ensure that their claims and assertions are not derived from a misreading of the data and that they have been documented adequately. Finally, whenever inconsistencies in patterns do emerge, these too should be discussed in order to explain whether they have invalidated overall patterns. Failure to mention these inconsistencies in pattern is a less than forthright presentation of the data and analysis.

In effect, the use of the foregoing safeguards avoids what Glaser and Strauss (1967, p. 5) describe as *exampling*. According to Glaser and Strauss, exampling is finding examples for "dreamed-up, speculative, or logically deducted theory after the idea occurred," rather than allowing the patterns to emerge from the data. For instance, in the course of analyzing responses to the question, "How do you celebrate Chanukkah, if at all?" during an early analysis of the data, Berg suggested that gift giving was emphasized to a greater extent by some affiliational groups than by others. However, when this section was read by an independent reader, the reader noticed that several negative cases had been presented in evidence of this assertion. Among other things, it appeared that many of the nonpracticing affiliational group members had described gift giving as being in competition with an observance of Christmas and, thus, actually fused their observance of Chanukkah with a reflection of Christmas. Those negative cases had not initially been recognized as such, because they did not occur in the manner that the theoretical framework predicted. But once they were recognized, the model had to be changed to accommodate them.

Many nonresearchers write about the content of various texts, performances, or other products and artifacts. We hear that certain films are anti-[name of your group here] or that advertisements insult [other group]. These assertions may be valid or not. But nonscientific discussions of content rarely attempt a scientific content analysis. Instead, most that I have seen use exampling. Identifying representative examples of an idea or phenomenon

is a reasonable first step in an analysis, but it cannot be the last. We need systematic and reliable procedures to discover and explain patterns in the content.

A final warning on this topic, based on my experiences as a writer and an instructor: Anyone, anytime, can dismiss your findings when you use content analysis by claiming that you are just "cherry-picking" the cases that support your ideas and ignoring the rest. This places the burden on you, the researcher, to demonstrate that the things that you haven't discovered really weren't there. It's a difficult situation. For the most part, we just have to explain our methods clearly, follow them precisely, and trust that peer review will give us the credibility we need to make our arguments.

# 11.8:  Stages in the Content Analysis Process

**11.8**  Summarize the steps of the content analysis process

As a means of recapitulating what has been described in this chapter as the content analysis process, consider the model offered in Figure 11.1. In the first stage of content

analysis, you begin with the research question. Specifically, what are you trying to explain? Next, many researchers move to developing a number of sociological constructs or analytic categories by sorting the themes or category labels of the various chunks of data (generally segments of text from field notes, interview transcripts, or whatever textual data are being analyzed). These analytic categories arise from reading the literature, referring to the research question, or even stating them in interview questions (in the case of depth interviews).

After establishing the analytic categories, the next step is to read through the data. Although you need not read through all transcripts or every page of field notes, you should read through a fairly hefty amount of the data. As you do, you can begin to jot down what seem to be on the surface relevant themes and category labels for sorting the data. You are also likely to notice that some of the analytic categories you have already identified (or similar versions of them) emerge. As you conduct this segment of the analysis, it is important to keep in mind that the categories should have some relationship with the research question and should not simply be random words that seem to occur with some frequency. (Although, if something unexpected recurs with regularity, you might make a note to look into it more later.)

**Figure 11.1**  Stage Model of Qualitative Content Analysis



Identify Research Question

Determine Analytic Categories (sociological constructs)

Read through Data and Establish Grounded Categories (open and axial coding)

Determine Systematic (objective) Criteria of Selection for Sorting Data Chunks into the Analytic and Grounded Categories

Begin Sorting the Data into the Various Categories (revise categories or selection criteria, if necessary, after several cases have been completed)

- Count the number of entries in each category for descriptive statistics and to allow for the demonstration of magnitude.
- Review textual materials as sorted into various categories seeking patterns.
- Remember, no apparent pattern is a pattern.

- Consider the patterns in light of relevant literature and/or theory (show possible links to theory or other research).
- Offer an explanation (analysis) for your findings.
- Relate your analysis to the extant literature of the subject.

Following the analytic and grounded categories, you need to establish objective criteria by which the code categories are applied to the content. The idea here is to offer some explicit definition or coding rules for each category (either analytic or grounded). This criterion might simply be the specific statement of a particular phrase or word, or it might include several inferential levels. For example, you might sort data chunks into a category, provided the subject (or field notes) has described a particular event, such as a holiday, or a type of event or activity. For example, if you were reading memoirs written by American musicians of the jazz era, you might have codes relating to where they chose to live. Some might specify that they came to Harlem because that's where the best music scene was, while others might end up in Harlem because of segregation in the housing markets. If one author refers to finding his way into the jazz scene in Harlem after failing to find an apartment elsewhere, you might apply codes for both of those conditions. This case raises the possibility that other texts might refer indirectly to discrimination without using explicit terms for it. You should have defined your major codes and criteria during the research design, but we always want to revisit those choices after we have data in hand.

Once the criteria for selection for various categories have been accomplished, the next stage is to sort the data accordingly. This can be accomplished in a number of ways. Researchers who like to hold their data in hand may use color-coded highlighters or sticky notes to mark sections of text that are comparable. Software programs, including both word processors and specialized content analysis programs, have versions of both of these techniques. Specialized programs, however, also allow the researcher to assign multiple codes to different sections of text, to run comparative analysis of the occurrence patterns of different codes, and to produce summary reports relating all of the code categories. But whatever means we use, sorting is an important early step. By looking primarily at the assigned codes, we pull the relevant sections out of context and group them as instances of that category.

After sorting or locating data chunks, I recommend taking a surface look at the data by counting the number of items of data chunks that have been cast into each category. Although not really a finding in itself, having a larger number of chunks of data from many cases in a particular category does suggest to the researcher where to look for patterns. As well, if many of these items say similar things that establish a pattern, then you are able to offer the reader some idea of how strong the pattern is by describing its magnitude (the proportion of the sample that made similar comments or statements).

Thematic patterns do not only refer to the regular occurrence of any given category. We also need to look at patterns among categories. Do certain ideas tend to come up in relation to one another? Do particular codes only occur in the context of specific topics? Are there subcategories of respondents or cases that demonstrate a relationship between two categories while others do not?

Once thematic (categorical) patterns have been identified, they still need to be explained. Researchers often see this segment of the analysis process as the most challenging. Recalling the chapter on research design, however, reminds us that you chose to collect exactly this data because you foresaw that it would help you to answer your research question. How did you imagine that working? Do that. Once again you must consult the literature and consider your pattern findings in light of previous research and existing theory. Do your findings confirm previous similar research? Do they contradict previous studies? How can you explain these differences or similarities? As you begin to consider answers to these sorts of questions, you should also begin to see that you are conducting analysis.

# 11.9:  Computers and Qualitative Analysis

### 11.9  Describe how different forms of computer programs help study qualitative research data

Today a number of computer programs for qualitative data are readily available. It would be impossible to estimate how many qualitative researchers today use either such dedicated software packages or word-processing programs in their analysis. To be sure, the potential for using computers in qualitative research for analytic purposes is enormous. Some researchers have adapted commercial software packages to their personal qualitative sorting or data management needs. For example, Excel, Lotus 1-2-3, and similar spreadsheets can be applied to a wide assortment of tasks common in content analysis. With them, you can create fields to contain shorthand versions of themes, classes, or categories and corresponding fields to indicate tallies of these categorical containers. After you sort textual data into these fields, calculations of the magnitude (how many times a theme has been placed in a given thematic category) can be automatically determined. LaPelle (2004) argues that it is possible to use various components of word-processing programs to simulate many of the functions of dedicated qualitative data-analysis software packages (see also Dabney, 1993; Norman, 1989).

Most data-analysis programs, however, are designed to do much more than that. With most commercially available programs, each stage of the content analysis process has a corresponding function. Morse and Richards (2002, p. 80) also point out that software intended for qualitative research allows researchers the versatility of not only storing materials but also storing "ideas, concepts, issues, questions,

**Figure 11.2**  Coded Text in MaxQDA



models, and theories. Researchers can relate the various materials by coding relevant sections of text, by linking them, or by writing about them." Software allows you to enter codes, sort by codes, add comments to texts, run multiple analyses by adding or dropping different categories, and generate a variety of custom reports. In other words, they work similarly to quantitative analysis programs.

Software packages also facilitate team projects. By setting up a software "project," users create a shared space in which all data files, code systems, supporting materials, queries, and output are kept and managed. With a common interface, multiple users can update or view the data without overwriting each other's work.

Figure 11.2 shows a screenshot from MAXQDA in which the text of an interview has been coded by the researcher, with paragraph numbers inserted by the program. In this excerpt, the entire section of the interview is marked with the code "work issues," while the one paragraph shown is marked with the codes for "interests"

and "education." Users can perform searches for all data within any project folder with specific codes or combinations of codes. You can also run summary information for each case (interview). In the screenshot shown in the figure, you can also see that the researcher has attached a note (■) to the paragraph.

Qualitative software programs also offer a variety of visual displays of data in multiple forms, often interactive. Figure 11.3 shows a network view of links among different data sources, produced by ATLAS.ti. The visual representation is informative on its own, revealing connections among different data segments. Additionally, the user may select which codes are included or excluded from the output, in which combination. In the language of the software, this view shows different data objects and their relationships.

Qualitative analysis software packages offer a variety of visual displays to help researchers discover, analyze, and present relationships within their data. Figure 11.4 shows a word tree relating a single-code category to the

**Figure 11.3**  Network Output in ATLAS.ti



**Figure 11.4** Word Tree in NVivo



places and ways in which that code occurs throughout the data. Importantly, however, we must remember that the software can only give us back interpretable versions of what we put in. The researcher defines the codes, identifies the data to associate with them, and defines the queries concerning the relations among them. The pictures in the examples given here do not reveal the "truth" of the data. They show the relations coded by people and entered into a program.

The following is a list of just a few Internet sites that might allow interested readers to begin their journey into the vast world of qualitative research tools.

1. QualPage, a resource listing for qualitative researchers: http://www.qualitativeresearch.uga.edu/QualPage/
2. *Qualitative Report*, an online journal that also provides an alphabetized listing of helpful qualitative research Web sites on a variety of interesting topics: www.nova.edu/ssss/QR/
3. ATLAS.ti, a software site designed for qualitative text, audio and video data: http://www.atlasti.com/
4. CAQDAS Network, a general listing of computer-assisted qualitative analysis Web sites: http://caqdas.soc.surrey.ac.uk/
5. MAXQDA, qualitative data analysis software: http://www.maxqda.com/

# 11.10:  Why It Works

**11.10**  Outline the advantages of content analysis

Perhaps the most important advantage of content analysis is that it can be virtually unobtrusive (Webb, Campbell, Schwartz, & Sechrest, 2004). Content analysis, although

useful when analyzing depth interview data, may also be used nonreactively: No one needs to be interviewed; no one needs to fill out lengthy questionnaires; no one must enter a laboratory. Rather, newspaper accounts, public addresses, libraries, archives, television shows, movies, and similar sources allow researchers to conduct analytic studies.

Nonreactivity means that the information that we are coding existed before we came along and was not influenced at all by our research process or objectives. When we analyze a speech, it is a form of communication chosen and presented entirely by the speaker and not shaped by our questions. When we examine the lyrics to songs, these songs were deliberately written and presented to the public for their own communication value. Our work is "clean."

An additional advantage is that content analysis is cost-effective. Generally, the materials necessary for conducting content analysis are easily and inexpensively accessible. One college student working alone can effectively undertake a content analysis study of written public opinions, whereas undertaking a national survey, for instance, might require enormous staff, time, and expense.

# 11.11:  Why It Fails

**11.11**  Recall causes why content analysis may fail

The most serious weakness of content analysis may be in locating appropriate unobtrusive content relevant to the particular research questions. In other words, content analysis is limited to examining already-recorded messages. The unobtrusive nature of the work means that we

rely on existing content rather than generating our own. Although these messages may be oral, written, graphic, or videotaped, they must be recorded in some manner in order to be analyzed. We are therefore often limited to the examination of records that others have decided were worth preserving. Of course, when you undertake content analysis as an analysis tool rather than as a complete research strategy, such a weakness is minimal. For example, if researchers use content analysis to analyze interview data or responses to open-ended questions (on written questionnaires), this weakness is virtually nonexistent.

A variation on this problem is that long before we begin our data sampling, the available pool of data has been limited to just that which has been compiled or created through the work of filters that we can't see. As an obvious example, I might want to look at the comments section of a news Web site to see how readers have responded to news stories on a particular topic. But would anyone seriously suggest that the pool of people who leave comments online in any way represent the population of readers? My guess is that no matter what topic you chose, from news about abortions to news about kittens, the overwhelming trend of online comments would indicate that readers are angry about that thing. The analysis might be excellent, but the data itself has already been invisibly filtered through the social world of the Internet.

Another limitation (although some might call it a weakness) of content analysis is that it is often ineffective for testing causal relationships between variables. Researchers and their audiences must resist the temptation to infer such relationships unless the data collection has been particularly designed around this relationship, as might be the case with interview data. This issue reiterates the point made previously about motivations: We can use content analysis to say what is present, but not why. Causality may be suspected or suggested by the patterns of association among measured phenomena, but other means must be used to test that idea.

## TRYING IT OUT

### Suggestion 2

Without writing their names on the paper, have everyone in your class write a response to the following question: If you could change one thing in the world today, what would it be?

Ask each classmate to write his or her gender or age at the bottom of the response, but remind them not to write their names. Have each person make enough photocopies to distribute one copy to every person in the class. Now everyone has a set of data to work with.

Next, go through the responses and see if you can locate any patterns of similarity or difference. Sort the responses into groups according to the patterns or themes that emerge as you read through the responses. Try to make the following assessments:

1. How many times have students identified the same (or very similar) things they would change if they could?

2. What proportion of the class used identical words to describe what they would change?

3. Are patterns any different if you first sort them according to gender?

4. Are patterns any different if you first sort them into the following age groupings: *young*, *older*, *oldest*?