# Exhibit I



Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or

**Fourth Edition**

# Content Analysis
## An Introduction to Its Methodology

### Klaus Krippendorff

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

# Content Analysis

## An Introduction to Its Methodology

### Fourth Edition

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:16 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

Sara Miller McCune founded SAGE Publishing in 1965 to support the dissemination of usable knowledge and educate a global community. SAGE publishes more than 1000 journals and over 800 new books each year, spanning a wide range of subject areas. Our growing selection of library products includes archives, data, case studies and video. SAGE remains majority owned by our founder and after her lifetime will become owned by a charitable trust that secures the company's continued independence.

Los Angeles | London | New Delhi | Singapore | Washington DC | Melbourne

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:16 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

# Content Analysis

## An Introduction to Its Methodology

### Fourth Edition

**Klaus Krippendorff**

Annenberg School for Communication
*University of Pennsylvania*



Los Angeles | London | New Delhi
Singapore | Washington DC | Melbourne

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:16 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.



FOR INFORMATION:

SAGE Publications, Inc.
2455 Teller Road
Thousand Oaks, California 91320
E-mail: order@sagepub.com

SAGE Publications Ltd.
1 Oliver's Yard
55 City Road
London EC1Y 1SP
United Kingdom

SAGE Publications India Pvt. Ltd.
B 1/I 1 Mohan Cooperative Industrial Area
Mathura Road, New Delhi 110 044
India

SAGE Publications Asia-Pacific Pte. Ltd.
3 Church Street
#10-04 Samsung Hub
Singapore 049483

Acquisitions Editor:   Terri Accomazzo
Editorial Assistant:   Erik Helton
Production Editor:   Andrew Olson
Copy Editor:   Michelle Ponce
Typesetter:   C&M Digitals (P) Ltd.
Proofreader:   Ellen Howard
Indexer:   Jeanne Busemeyer
Cover Designer:   Anupama Krishnan
Marketing Manager:   Liz Thornton

Copyright © 2019 by SAGE Publications, Inc.

All rights reserved. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Printed in the United States of America

*Library of Congress Cataloging-in-Publication Data*

Names: Krippendorff, Klaus, author.

Title: Content analysis : an introduction to its methodology / Klaus Krippendorff, University of Pennsylvania.

Description: Fourth Edition. | Los Angeles : SAGE, [2018] | Includes bibliographical references and index.

Identifiers: LCCN 2017050739 | ISBN 9781506395661 (Paperback : acid-free paper)

Subjects: LCSH: Content analysis (Communication)

Classification: LCC P93 .K74 2018 | DDC 302.2—dc23
LC record available at https://lccn.loc.gov/2017050739

This book is printed on acid-free paper.

18 19 20 21 22 10 9 8 7 6 5 4 3 2 1

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:16 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

# BRIEF CONTENTS

**Preface to the Fourth Edition**      **xii**

Introduction      1

**PART I  •  CONCEPTUALIZING CONTENT ANALYSIS**

Chapter 1  •  History      10

Chapter 2  •  Conceptual Foundation      24

Chapter 3  •  Uses and Inferences      51

**PART II  •  COMPONENTS OF CONTENT ANALYSIS**

Chapter 4  •  The Logic of Content Analysis Designs      86

Chapter 5  •  Unitizing      102

Chapter 6  •  Sampling      115

Chapter 7  •  Recording/Coding      128

Chapter 8  •  Data Languages      157

Chapter 9  •  Analytical Constructs      178

**PART III  •  ANALYTICAL PATHS AND EVALUATIVE TECHNIQUES**

Chapter 10  •  Analytical/Representational Techniques      196

Chapter 11  •  Computer Aids      215

Chapter 12  •  Reliability      277

Chapter 13  •  Validity      361

Chapter 14  •  A Practical Guide      383

**Glossary**      **407**

**References**      **414**

**Index**      **433**

**About the Author**      **453**

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/23/2023 9:35 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

# DETAILED CONTENTS

**Preface to the Fourth Edition**                                            **xii**

**Introduction**                                                              **1**

## PART I • CONCEPTUALIZING CONTENT ANALYSIS

**Chapter 1 • History**                                                       **10**

    1.1 Some Precursors                                    10

    1.2 Quantitative Newspaper Analysis                    11

    1.3 Early Content Analysis                             12

    1.4 Propaganda Analysis                                14

    1.5 Content Analysis Generalized                       17

    1.6 Computer Text Analysis                             18

    1.7 Qualitative Approaches                             21

**Chapter 2 • Conceptual Foundation**                                         **24**

    2.1 Definition                                         24

    2.2 Epistemological Elaborations                       27

    2.3 Examples                                           31

    2.4 Framework                                          37

        2.4.1 Texts                     38

        2.4.2 Research Questions        39

        2.4.3 Context                   40

        2.4.4 Analytical Constructs     42

        2.4.5 Inferences                43

        2.4.6 Validating Evidence       45

    2.5 Contrasts and Comparisons                          46

**Chapter 3 • Uses and Inferences**                                           **51**

    3.1 Traditional Overviews                              51

    3.2 Extrapolations                                     54

        3.2.1 Trends                    55

        3.2.2 Patterns                  56

        3.2.3 Differences               58

    3.3 Standards                                          61

        3.3.1 Identifications           61

        3.3.2 Evaluations              62

        3.3.3 Judgments                64

    3.4 Indices and Symptoms                               65

    3.5 Linguistic Re-Presentations                        69

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/23/2023 9:35 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

3.6 Conversations 73
3.7 Institutional Processes 74
3.8 Areas of Likely Success 80

**PART II • COMPONENTS OF CONTENT ANALYSIS**

**Chapter 4 • The Logic of Content Analysis Designs 86**

4.1 Content Analysis Designs 86
    4.1.1 Components 87
    4.1.2 Quantitative and Qualitative Content Analysis 91
4.2 Designs Preparatory to Content Analysis 94
    4.2.1 Operationalizing Available Knowledge of the Context 94
    4.2.2 Testing Analytical Constructs as Hypotheses 95
    4.2.3 Developing Analytical Constructs by Trial and Error 96
4.3 Designs Going Beyond Content Analysis 98
    4.3.1 Comparing Similar Phenomena Inferred From Different Bodies of Texts 99
    4.3.2 Testing Relationships Among Phenomena Inferred From One Body of Texts 99
    4.3.3 Testing Hypotheses Concerning How Content Analysis Results Relate to Other Variables 100

**Chapter 5 • Unitizing 102**

5.1 Units 102
5.2 Types of Units 103
    5.2.1 Sampling Units 103
    5.2.2 Recording/Coding Units 104
    5.2.3 Context Units 105
5.3 Ways of Defining Units 107
    5.3.1 Physical Distinctions 107
    5.3.2 Syntactical Distinctions 108
    5.3.3 Categorial Distinctions 109
    5.3.4 Propositional Distinctions 110
    5.3.5 Thematic Distinctions 111
5.4 Productivity, Efficiency, and Reliability 112

**Chapter 6 • Sampling 115**

6.1 Sampling in Theory 115
6.2 Sampling Techniques Applicable to Texts 117
    6.2.1 Random Sampling 118
    6.2.2 Systematic Sampling 118
    6.2.3 Stratified Sampling 119
    6.2.4 Varying Probability Sampling 119
    6.2.5 Cluster Sampling 120
    6.2.6 Snowball Sampling 121
    6.2.7 Relevance Sampling 122
    6.2.8 Census 123
    6.2.9 Convenience Sampling 124

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/23/2023 9:35 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

6.3 Sample Size                                                      124
    6.3.1 Statistical Sampling Theory                               124
    6.3.2 Sampling Experiments                                      125
    6.3.3 The Split-Half Technique                                  127

**Chapter 7 • Recording/Coding**                                    **128**

7.1 The Function of Coding and Recording                            128

7.2 Coder Qualifications                                            130
    7.2.1 Cognitive Abilities                                       130
    7.2.2 Background                                                130
    7.2.3 Frequency                                                 131

7.3 Coder Training                                                  131

7.4 Crowdcoding                                                     134
    7.4.1 Methodological Advantages                                 135
    7.4.2 Efforts to Assure Crowdcoding Quality                     136
    7.4.3 Uses of Reliability Tests                                 136
    7.4.4 Limitations and Warnings                                  137

7.5 Approaches to Defining the Semantics of Data                    138
    7.5.1 Verbal Designations                                       139
    7.5.2 Extensional Lists                                         140
    7.5.3 Examples                                                  141
    7.5.4 Decision Schemes                                          142
    7.5.5 Magnitudes and Scales                                     143
    7.5.6 Simulation of Hypothesis Testing                          145
    7.5.7 Simulation of Interviewing                                146
    7.5.8 Constructs for Closure                                    148

7.6 Records                                                         149
    7.6.1 Administrative Information                                 151
    7.6.2 Information on the Organization of Records                151
    7.6.3 Substantive Information About the Phenomena of Interest    153

**Chapter 8 • Data Languages**                                      **157**

8.1 The Place of Data Languages in Analytical Efforts              157

8.2 Definitions                                                     159

8.3 Variables                                                       161

8.4 Nominal Variables                                               167

8.5 Ordered Variable                                                167
    8.5.1 Chains                                                    168
    8.5.2 Recursions                                                169
    8.5.3 Cubes                                                     169
    8.5.4 Trees                                                     171
    8.5.5 Multi-Valued Sets                                         171

8.6 Metrics                                                         172
    8.6.1 Ordinal Metrics                                           173
    8.6.2 Interval Metrics                                          175
    8.6.3 Ratio Metrics                                             176

8.7 Mathematical Operations                                         176

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/23/2023 9:35 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

**Chapter 9 • Analytical Constructs**                                                   **178**

9.1 The Role of Analytical Constructs                                                   178

9.2 Sources of Certainty                                                                180
    9.2.1 Previous Successes and Failures                                            180
    9.2.2 Expert Knowledge and Experience                                            181
    9.2.3 Established Theories                                                        183
    9.2.4 Embodied Practices                                                          185

9.3 Types of Constructs                                                                 186
    9.3.1 Extrapolations                                                             186
    9.3.2 Applications of Standards                                                   186
    9.3.3 Indices and Symptoms                                                        186
    9.3.4 Re-Presentations                                                           188
    9.3.5 Conversations/Interactions                                                 189
    9.3.6 Institutional Processes                                                    189

9.4 Sources of Uncertainty                                                              191
    9.4.1 Variance of the Target Domain                                              191
    9.4.2 Confidence Levels                                                          192
    9.4.3 Stability of the Analytical Constructs Model                               192

**PART III • ANALYTICAL PATHS AND EVALUATIVE TECHNIQUES**

**Chapter 10 • Analytical/Representational Techniques**                                 **196**

10.1 Counts                                                                             197

10.2 Cross-Tabulations, Associations, and Correlations                                  200

10.3 Multivariate Techniques                                                            203

10.4 Factor Analysis and Multidimensional Scaling                                       205

10.5 Images, Portrayals, Semantic Nodes, and Profiles                                   207

10.6 Contingencies and Contingency Analysis                                             210

10.7 Clustering                                                                         212

**Chapter 11 • Computer Aids**                                                          **215**

11.1 What Computers Do                                                                  215

11.2 How Computers Can Aid Content Analyses                                             216

11.3 Text Analyses                                                                      220
    11.3.1 Accounts of Character Strings                                             220
    11.3.2 Text Mining                                                               227
    11.3.3 Mining Textual Evidence for Theories                                      236
    11.3.4 Analysis of Networked Texts                                               239

11.4 Computational Content Analyses                                                     246
    11.4.1 Coding/Dictionary Approaches                                              248
    11.4.2 Machine Learning of Discriminant Functions                                254
    11.4.3 Statistical Association Approaches                                        256
    11.4.4 Semantic Network Approaches                                               258
    11.4.5 Memetic Approaches                                                        264

11.5 Qualitative Data Analysis Support                                                  268

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/23/2023 9:35 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

11.6 Frontiers                                                                    272
   11.6.1 Intelligent Browsers                                     272
   11.6.2 Common Platforms                                          272
   11.6.3 Computational Theories of Meaning                         273
   11.6.4 Utilization of Intertextualities                          274
   11.6.5 Analyzing Networked Text                                  274
   11.6.6 Natural Interfaces                                        275

**Chapter 12 • Reliability**                                                      **277**

12.1 Why Reliability?                                                             277

12.2 Reliability Designs                                                          280
   12.2.1 Types of Agreement; Types of Reliability                  280
   12.2.2 Conditions for Generating Reliability Data                283
   12.2.3 Reliability Data                                          285

12.3 Agreement on Coding Predefined Units                                         289
   12.3.1 The Direct Path to $_c\alpha$-Agreement                   293
   12.3.2 The Path to $_c\alpha$ via Coincidence Matrices           296
   12.3.3 Difference Functions for Data With Various Metrics        299
   12.3.4 Some Typical Examples and Important Properties            306
      *12.3.4.1 Binary Data, None Missing*          306
      *12.3.4.2 Coincidences and Contingencies*     308
      *12.3.4.3 $_c\alpha$'s Decomposition of Observed Coincidences*   310
      *12.3.4.4 Two Observers, Several Nominal Values, No Missing Data*   310
      *12.3.4.5 Uninformative Values in Ordered Variables*   312
      *12.3.4.6 Trading Information for Reliability*   314
   12.3.5 Some Contested Coefficients and Correspondences           315

12.4 Accuracy, Surrogacy, and the Decisiveness of Majorities                      323
   12.4.1 Accuracy of or Surrogacy for Crowd Members' Judgments     325
   12.4.2 Accuracy of or Surrogacy for Majorities or Aggregates     326
   12.4.3 The Decisiveness of Majorities or Aggregates             328
   12.4.4 Numerical Examples                                        329

12.5 The Reliability of Text Mining and Information Retrieval                     331
   12.5.1 For Replications of Searches                              334
   12.5.2 For Replications of Judgments on the Relevance of
      Retrieval Results                               336

12.6 Agreement on Unitizing and Coding Finite Continua                            337
   12.6.1 Reliability Data From Unitizing                           338
   12.6.2 Observed and Expected Coincidences                         340
   12.6.3 Agreement on the Partitions of a Continuum Into
      Unequal Segments                                342
   12.6.4 Agreement on the Distinction Between Relevant
      and Irrelevant Segments                         343
   12.6.5 Agreement on the Coding of Single-Valued
      Segments Independent of Unitizing               344
   12.6.6 Agreement on Individual Values Among Valued Intersections  346

12.7 Agreement on Multi-Valued Coding                                             347
   12.7.1 Two Reasons for Multi-Valued Coding                       348
   12.7.2 Reliability Data for Multi-Valued Coding                  349
   12.7.3 Multi-Valued Difference Functions                         349

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/23/2023 9:35 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

12.7.4 Disagreements for Multi-Valued Data    350
12.7.5 $_c\alpha$ for Multi-Valued Coding    351

12.8 Statistical Properties of $\alpha$    351
12.8.1 Insufficient Variation    351
12.8.2 Statistical Significance    353
12.8.3 Sampling Considerations    354
12.8.4 Standards for the Reliability of Data    356

**Chapter 13 • Validity**    **361**

13.1 Validity Defined    361

13.2 A Typology for Validating Evidence    365
13.2.1 Sampling Validity    368
13.2.2 Semantic Validity    370
13.2.3 Structural Validity    376
13.2.4 Functional Validity    377
13.2.5 Correlative Validity    378
13.2.6 Predictive Validity    381

**Chapter 14 • A Practical Guide**    **383**

14.1 Designing an Analysis    384
14.1.1 Text-Driven Analyses    384
14.1.2 Problem-Driven Analyses    386
14.1.2.1 Formulating Research Questions    387
14.1.2.2 Ascertaining Stable Correlations (With the Research Questions)    388
14.1.2.3 Locating Relevant Texts    390
14.1.2.4 Defining and Identifying Sampling Units Among Relevant Texts    392
14.1.2.5 Sampling a Sufficiently Large Number of These Units    393
14.1.2.6 Developing Appropriate Coding Categories and Recording Instructions    394
14.1.2.7 Selecting Appropriate Analytical Procedures    395
14.1.2.8 Adopting Standards for the Reliability of Generated Data and Statistical Significance Levels for the Results    396
14.1.2.9 Allocating Resources    397
14.1.3 Method-Driven Analyses    398

14.2 Writing a Research Proposal    400
14.2.1 Rhetorical Function    400
14.2.2 Contractual Function    401
14.2.3 Outline for a Research Proposal    402

14.3 Applying the Research Design    403

14.4 Narrating the Results    404
14.4.1 Outline for a Research Report    405

**Glossary**    **407**

**References**    **414**

**Index**    **433**

**About the Author**    **453**

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/23/2023 9:35 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.



# 4 THE LOGIC OF CONTENT ANALYSIS DESIGNS

*As a technique, content analysis relies on several specialized procedures for handling text. These can be thought of as tools for designing suitable analyses. This chapter outlines the key components of content analysis and distinguishes among several research designs, especially designs used in the preparation of content analyses and designs for content analyses that collaborate with other research methods to contribute to larger research efforts.*

## 4.1 CONTENT ANALYSIS DESIGNS

The very idea of *research*—a *re*peated *search* within data for generalizations, patterns that appear to permeate the data—presupposes explicitness about methodology. Unless researchers explain clearly what they have done, how can they expect to be able to replicate their analyses or to process more texts than an individual can read? Beyond that, how can they convince others that their research was sound and thus their results should be accepted?

A *datum* is a unit of information that is recorded in a durable medium, distinguishable from and comparable with other data, analyzable through the use of clearly delineated techniques, and relevant to a particular problem. Data are commonly thought of as representing observations or readings, but they are always the products of chosen procedures and geared toward particular ends—in content analysis, data are justified in terms of the procedures the researcher has chosen to answer specific questions concerning phenomena in the context of given texts. Hence data are made, not found, and researchers are obligated to say how they generated their data.

The network of steps a researcher takes to conduct a research project is called the *research design,* and what knits the procedural steps into the fabric of a coherent research design is the design's *logic.* Generally, this logic concerns two qualities: the efficiency of the procedural steps (avoiding structural redundancies while preventing "noise" from entering an analysis) and the evenhandedness of data processing (preventing prejudices from biasing the data or favoring of one outcome over another). This logic enables analysts to account to their scientific community for how the research was conducted. For a research design to be replicable, not merely understandable, the researcher's descriptive account of the analysis must be complete enough to serve as a set of *instructions* to coders, fellow researchers, and critics—much as a computer program determines what a machine is to do. Although the thoroughness of a computer program may serve as a scientific ideal, in social

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:38 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

research the best one can hope for is an approximation of that ideal. Content analysts in particular must cope with a good deal of implicitness in their instructions. (I will return to this topic in subsequent chapters.)

Traditional guides to research methods tend to insist that all scientific research tests hypotheses concerning whether or not patterns are evident in the data. Content analysis, however, has to address prior questions concerning why available texts came into being, what they mean and to whom, how they mediate between antecedent and consequent conditions, and, ultimately, whether they enable the analysts to select valid answers to questions concerning their contexts. Hence the logic of content analysis designs is justifiable not only according to accepted standards of scientific data processing (efficiency and evenhandedness) but also by reference to the context in relation to which texts must be analyzed.

Figure 2.2 contextualizes content analysis and content analysts most comprehensively. It may be seen to contain Figure 4.1, which represents the simplest content analysis design. Here, the analyst relies solely on available texts to answer a research question. Although this figure locates texts and results—inputs and outputs of the analysis—in a chosen context, it suggests nothing about the nature of the context that justifies the analysis (discussed in Chapter 3) or about the network of needed analytical steps, which I address below.

**FIGURE 4.1   ■   Content Analysis: Answering Questions Concerning a Context of Texts**



### 4.1.1 Components

Here we open the "content analysis" box in Figure 4.1 and examine the components the analyst needs to proceed from texts to results. Listing these components is merely a convenient ways to partition, conceptualize, talk of, and evaluate content analysis designs step by step. As accounts of what the components do must also serve as instructions for replicating them elsewhere, each component has a descriptive and an operational state:

- *Unitizing*: relying on definitions of relevant units

- *Sampling:* relying on sampling plans

- *Recording/coding:* relying on coding instructions

- *Reducing* data to manageable representations: relying on established statistical techniques or other methods for summarizing or simplifying data

- Abductively *inferring* contextual phenomena: relying on established analytical constructs or presumed models of the chosen context as warrants

- *Narrating* the answer to the research question: relying on narrative traditions or discursive conventions established within the discipline of the content analyst

Together, the first four components constitute what may be summarily called *data making*—creating computable data from raw or unedited texts. In the natural sciences, these four are embodied in physical measuring instruments. In the social sciences, the use of mechanical devices is less common—often impossible—and data making tends to start with observations. The fifth component, abductively inferring contextual phenomena, is unique to content analysis and goes beyond the representational qualities of data. I describe each of the components in turn below.

*Unitizing* draws systematic distinctions within a continuum of otherwise undifferentiated text—documents, images, voices, videos, websites, and other observables—that are of interest to an analysis, omitting irrelevant matter but keeping together what cannot be divided without loss of meaning. In Chapter 5, I discuss different kinds of units—sampling units, recording units, context units, units of measurement, units of enumeration—and the different analytical purposes they serve. With these diverse uses, unitizing may occur at various places in a content analysis design. Content analysts must justify their methods of unitizing, and, to do so, they must show that the information they need for their analyses is represented in the collection of units, not in what unitizing omits and not in the relationships between the units, which an analysis discards by treating them independent of each other.

*Sampling* allows the analyst to economize on research efforts by limiting observations to a manageable subset of units that is statistically or conceptually representative of the set of all conceivable relevant units, the population or universe of interest. Ideally, an analysis of a whole population and an analysis of a representative sample of that population should come to the same conclusion. This is possible only if the population manifests redundant properties that do not need to be repeated in the sample drawn for analysis. But samples of text do not relate to the issues that interest content analysts in the same way that samples of individuals relate to populations of individuals of interest in surveys of public opinion, for example. Texts can be read on several levels—at the level of words, sentences, paragraphs, chapters, or whole publications; as literary works or discourses; or as concepts, frames, issues, plots, genres—and may have to be sampled accordingly. Hence creating representative samples for content analyses is far more complex than creating samples for, say, psychological experiments or consumer research, in which the focus tends to be on one level of units, typically individual respondents with certain attributes (I discuss the issues involved in sampling for content analysis in depth in Chapter 6). In

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:38 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

qualitative research, samples may not be drawn according to statistical guidelines, but the selective use of quotes and examples that qualitative researchers present to their readers are intended to serve the same function as do samples. Quoting typical examples in support of a general point implies the claim that they are fair representations of the phenomena of concern.

*Recording/coding* bridges the gap between texts and someone's reading them, between distinct images and what people see in them, or between separate observations and their situational interpretations. One reason for this analytical component is researchers' need to create durable and analyzable records of otherwise transient phenomena, such as spoken words or passing visual events. Once such phenomena are suitably recorded, analysts can compare them across time, apply different methods to them, and replicate the analyses of other researchers. Written text is always already recorded in this sense, and, as such, it is rereadable. It has a material base—much like an audiotape, which can be replayed repeatedly—without being in an analyzable form, however. The second reason for recording/coding is, therefore, content analysts' need to transform unedited texts, original images, and/or unstructured sounds into analyzable representations. The coding of text is mostly accomplished through human intelligence. I discuss the processes involved in recording and coding in Chapter 7, and then, in Chapter 8, I discuss the data languages used to represent the outcomes of these processes. In content analysis, the scientific preference for mechanical measurements over human intelligence is evident in the increasing use of computer-aided text analysis (discussed in Chapter 11); the key hurdle of such text analysis software, not surprisingly, is the difficulty of programming computers to respond to the meanings of texts. It often confuses character strings with what they mean to particular readers or users of documents.

*Reducing* data serves analysts' need for efficient representations, especially of large volumes of data. A type/token statistic (a list of types and the frequencies of tokens associated with each), for example, is a more efficient representation than a tabulation of all occurrences. It merely replaces duplications by a frequency. Because one representation can be created from the other, nothing is lost. However, in many statistical techniques for aggregating units of analysis—correlation coefficients, parameters of distributions, indices, and tested hypotheses—information is lost. In qualitative pursuits, rearticulations and summaries have similar effects: They reduce the diversity of text ideally to what matters.

Abductively *inferring* contextual phenomena from texts moves an analysis outside their data. It bridges the gap between descriptive accounts of texts and what they mean, refer to, entail, provoke, or cause. It points to unobserved phenomena in the context of interest to an analyst. As I have noted in Chapter 2, abductive inferences—unlike deductive or inductive ones—require warrants, which in turn may be backed by evidence. In content analysis, such warrants are provided by analytical constructs (discussed in Chapter 9) that are backed by everything known about the context. Abductive inferences distinguish content analysis from other, largely inductive modes of inquiry.

*Narrating* the answers to content analysts' questions amounts to researchers' making their results comprehensible to others. Sometimes, this means explaining the practical significance of the findings or the contributions they make to available literature. At other times, it means arguing the appropriateness of the use of content analysis rather than direct observational techniques. It could also entail making

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:38 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

recommendations for actions—legal, practical, or for further research. Narrating the results of a content analysis is a process informed by traditions that analysts believe they share with their audiences or the beneficiaries of their research (clients, for example). Naturally, most of these traditions are implicit in how social scientists conduct themselves. Academic journals may publish formal guidelines for researchers to follow in narrating their results and let peer reviewers decide whether a given content analysis is sound, interesting, and worthwhile.

The six components of content analysis do not need to be organized as linearly as suggested by Figure 4.2. A content analysis design may include iterative loops—the repetition of particular processes until a certain quality is achieved. Or components may recur in various guises. For example, unitizing may precede the sampling of whole documents, but it may also be needed to describe the details of their contents. Thus, coding instructions may well include unitizing schemes. Moreover, a content analysis could use components that are not specifically highlighted in Figure 4.2. Decisions, to mention just one analytical action, typically direct the content analysts along an inferential path with many forks and turns toward one or another answer to the research question. Here, decisions are part of the inference component. Finally, it is important to note that there is no single "objective" way of flowcharting research designs.

**FIGURE 4.2   ■   Components of Content Analysis**



The analyst's written instructions (represented in boldface type in Figure 4.2), which specify the components in as much detail as feasible, include all the information the analyst can communicate to other analysts so that they can replicate the design or evaluate it critically. The traditions of the analyst's discipline (in medium type in Figure 4.2) are an exception to the demand for explicitness. Most scientific research takes such traditions for granted.

Any set of instructions, it must be noted, imposes a structure on the available texts. Ideally, this structure feels natural, but it may feel inappropriate or forced, if not alien, relative to the analyst's familiarity with the texts' context. Take unitizing, for example. Texts may be cut into any kind of units, from single alphabetical characters to whole publications. Unitizing is arbitrary but not for a particular content analysis.

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

For example, if an analyst wants to infer public opinion from newspaper accounts, stories may be more natural for an examination of what readers think and talk about than, say, value-laden words that occur in these accounts. The use of inappropriate units leads analysts to experience conceptual troubles. Or an analyst may apply a particular sampling plan and then discover, perhaps too late, not only that the sampled documents are unevenly relevant but also that the sampling plan has excluded the most significant ones. Finally, in reading given texts, an analyst may encounter important concepts for which the coding instructions fail to provide suitable categories. Such a discovery would render the recording/coding task irrelevant or of uncertain validity. During the development phase of content analysis design, a sensible analyst should "resist the violence" that poor instructions can inflict on the texts and attempt to reformulate instructions as needed so that they are appropriate to the texts at hand. The path that a sensible approach might take is illustrated in Figure 4.2 by the dashed lines, which show another flow of information that is motivated by the analyst's resistance to inappropriate analytical steps. The instructions in good content analysis designs always take such information into account.

A final point regarding Figure 4.2: As noted in Chapter 2, texts are always the observable parts of a chosen context. The context directs the analysis of a text, and the results of the analysis contribute to a (re)conceptualization of the context, redirecting the analysis, and so forth. This reveals the essentially recursive nature of the process of designing content analyses. This recursion contrasts sharply with the application of a content analysis design, which is essentially a one-way transformation of available texts into the answers to the analyst's research questions. We must therefore distinguish between the *development* of a content analysis, during which a design with context-sensitive specificity should emerge, and the *execution* of a content analysis, during which the design is relatively fixed and ideally replicable, regardless of what the texts could teach the analyst. Interestingly, the context-sensitive path that the content analyst takes while developing the design may no longer be recognizable when the finished design is applied to large volumes of text and/or replicated elsewhere.

### 4.1.2 Quantitative and Qualitative Content Analysis

In Chapter 2, I noted that quantification cannot be a defining criterion for content analysis. Text is always qualitative to begin with, categorizing textual units is considered the most elementary form of measurement (Stevens, 1946), and a content analysis may well result in verbal answers to a research question. Using numbers instead of verbal categories or counting instead of listing quotes is merely convenient; it is not a requirement for obtaining valid answers to a research question. In Chapter 1, I suggested that the quantitative/qualitative distinction is a mistaken dichotomy between the two kinds of justifications of content analysis designs: the explicitness and objectivity of scientific data processing on one side and the appropriateness of the procedures used relative to a chosen context on the other. For the analysis of texts, both are indispensable. My view is the subject of a continuing debate. Proponents of quantification, starting with Berelson and Lazarsfeld (1948), but most explicitly Lasswell (1949/1965b), equate quantification with science and dismiss qualitative analyses as mere literature. This view has been rightly criticized for restricting content analysis to numerical counting exercises (George, 1959b) and for uncritically buying into the measurement theories of the natural sciences or commercial or political

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:38 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

interests in large markets. Proponents of qualitative approaches, who have come largely from the traditions of political analysis, literary scholarship, ethnography, and cultural studies (Bernard & Ryan, 1998), have been criticized for being unsystematic in their uses of texts and impressionistic in their interpretations. Although qualitative researchers compellingly argue that each body of text is unique, affords multiple interpretations, and needs to be treated accordingly, there is no doubt that the proponents of both approaches sample text, in the sense of selecting what is relevant; unitize text, in the sense of distinguishing words, propositions, or larger narrative units and using quotes or examples; contextualize what they are reading in light of what they know about the circumstances surrounding the texts; and have specific research questions in mind. Thus, the components of content analysis in Figure 4.2 are undoubtedly present in qualitative research as well, albeit less explicitly so. I think it is fair to state the following:

- Avowedly qualitative scholars tend to find themselves in a hermeneutic circle, using known literature to contextualize their readings of given texts, rearticulating the meanings of those texts in view of the assumed contexts, and allowing research questions and answers to arise together in the course of their involvement with the given texts. The process of recontextualizing, reinterpreting, and redefining the research question continues until some kind of satisfactory interpretation is reached (see Figure 4.3). Scholars in this interpretive research tradition acknowledge the open-ended and always tentative nature of text interpretation. Taking a less extreme position, content analysts are more inclined to limit such hermeneutic explorations to the development phase of research design.

- Qualitative scholars resist being forced into a particular sequence of analytical steps, such as those illustrated in Figure 4.2. Acknowledging the holistic qualities of texts, these scholars feel justified in going back and revising earlier interpretations in light of later readings; they settle for nothing less than interpretations that do justice to a whole body of texts. As such readings cannot easily be standardized, this process severely limits the volume of texts that a single researcher can analyze consistently and by uniform standards. Because this process is difficult to describe and to communicate, qualitative studies tend to be carried out by analysts working alone, and replicability is generally of little concern. By contrast, faced with larger volumes of text and working in research teams, content analysts have to divide a body of texts into convenient units, distribute analytical tasks among team members, and work to ensure the consistent application of analytical procedures and standards. For these reasons, content analysts have to be more explicit about the steps they follow than qualitative scholars may need to be.

- Qualitative researchers tend to acknowledge the possibility of multiple interpretations of textual units by considering diverse voices (readers), alternative perspectives (from different ideological positions), oppositional readings (critiques), or varied uses of the texts examined (by different groups). In Figure 2.2 these are referred to as the many worlds of others. This conflicts with the measurement model of the natural sciences—the assignment of unique measures, single values, typically numbers, to distinct

objects—but not with content analysts' ability to use more than one context for justifying multiple inferences from texts.

- Qualitative content analysts support their interpretations by weaving quotes from the analyzed texts and literature about the contexts of these texts into their conclusions, by constructing parallelisms, by engaging in triangulations, and by elaborating on any metaphors they can identify. Such research results tend to be compelling for readers who are interested in the contexts of the analyzed texts. Quantitative content analysts, too, argue for the context sensitivity of their designs (or take this as understood), but they compel readers to accept their conclusions by assuring them of the careful application of their design.

- Committed qualitative researchers tend to apply criteria other than reliability and validity to their results. It is not clear, however, whether they take this position because intersubjective verification of their interpretations is extraordinarily difficult to accomplish or whether the criteria they propose are truly incompatible with making abductive inferences from texts. Among the many alternative criteria qualitative scholars have advanced are, according to Denzin and Lincoln (2000, p. 13), trustworthiness, credibility, transferability, embodiment, accountability, reflexivity, and emancipatory capabilities.

In other words, qualitative approaches to text interpretation are not incompatible with content analysis. The recursion (hermeneutic circle) shown in Figure 4.2 is visible in Figure 4.3 as well, although the former figure provides more details and is limited to the design phase of a content analysis. Multiple interpretations are not limited to qualitative scholarship either. Content analysts can adopt multiple contexts, pursue multiple research questions, and apply multi-valued codes to the phenomena of interests. Content analysis researchers' reflexive involvement—systematically ignored in naturalist inquiries, often acknowledged in qualitative scholarship—manifests itself in the awareness that they are the ones who construct contexts for their analysis, acknowledge the worlds of others in the pursuit of their own research questions, and adopt analytical

**FIGURE 4.3 ■ Qualitative Content Analysis**



Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

constructs based on available literature or prior knowledge about the contexts of given texts. Whether a close but uncertain reading of small volumes of text is superior to a systematic content analysis of large bodies of text is undecidable in the abstract.

The reason this book appears to rely most heavily on examples involving quantitative content analyses is that researchers working within this tradition have tended to encourage greater explicitness and transparency than have qualitative scholars.

## 4.2 DESIGNS PREPARATORY TO CONTENT ANALYSIS

Generating data—describing what was seen, heard, or read—is relatively easy. Content analyses succeed or fail, however, with the validity of the analytical constructs that guide their coding instruction and inform their inferences. Once established, analytical constructs may become applicable to a variety of texts and may be passed on from one analyst to another, much like a computational theory concerning the stable features of a context. Below, I discuss three ways of establishing analytical constructs.

### 4.2.1 Operationalizing Available Knowledge of the Context

Content analysts, by their very ability to read and have an interest in given texts, acknowledge at least cursory knowledge of their sources: who else reads, appreciates, or uses the texts (note that authors always are the first readers of what they write); what the texts in question typically mean and to whom; which institutionalized processes are invoked in publishing and disseminating the texts; and what makes the texts hang together. Knowledge of this kind, intuitive as it may seem in the beginning, concerns the stable features surrounding given texts. Figure 4.4 suggests that such knowledge needs to be rearticulated into an inference mechanism. Without clarifying one's conceptions of the context of given texts, the analytic procedure employed may not qualify as a "design." I provide more specific discussions of this process in Chapter 9, but because the three preparatory designs all yield the same result, an analytical construct, I present them here for comparison.

Operationalizing available knowledge may be as simple as equating the frequency of co-occurrence of two categories of text with the strength of the association between



**FIGURE 4.4 ■ Operationalizing Expert Knowledge**



EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:38 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

the two conceptual categories in an author's mind. Other operationalizations include the construction of the tagging dictionary for a computer program, which requires extensive knowledge of language use; formulating an algorithm that formalizes the propositions found in the message effects literature; and a computer program written to trace the linguistic entailments of selected political slogans through a body of texts. Operationalizations must be justified, of course, and available theory, literature, or acknowledged experts may be consulted for this purpose. Ultimately, the application of any operationalization of analysts' knowledge to given texts must yield valid inferences.

### 4.2.2 Testing Analytical Constructs as Hypotheses

The most traditional way to establish a valid analytical construct is to test it empirically. To develop alternative hypotheses of relations between textual and contextual variables and let empirical evidence select the most predictive one. This is how researchers establish psychological tests, validate behavioral indices, and develop predictive models of message effects. Once the correlations between textual and extratextual features are known, content analysts can use these correlations to infer contextual correlates from given texts—provided the correlations are sufficiently decisive and generalizable to the current context. This is why we speak of stable or relatively enduring relations operating in the chosen context. Osgood (1959), for example, conducted word-association experiments with subjects before building the correlation he found between word co-occurrences in text and patterns of recall into his contingency analysis (see also Krippendorff & Bock, 2009, Chapter 3.1). In a carefully executed study, Phillips (1978) established a correlation between reports of suicides of important celebrities and the fatality rate due to private airplane crashes. He found that the circulation of such suicide reports did predict an increase in airplane crashes (see also Krippendorff & Bock, 2009, Chapter 2.4). Whether such an index has practical consequences is another matter.

To test such statistical hypotheses empirically, data must not only be large enough to support statistically sound analytical constructs, but they must also be generalizable to the textual matter currently content analyzed. It follows that this design applies mainly to repeatedly asked research questions or situations in which the relations between texts and the answers to these questions concerning their context are stable, not unique (see Figure 4.5).

**FIGURE 4.5    ■    Testing Analytical Constructs as Hypotheses**



Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

### 4.2.3 Developing Analytical Constructs by Trial and Error

Most traditional content analysis designs develop their analytical constructs from sound background knowledges or theories of the context of texts and apply them to obtain potentially valid inferences of interests. However, there are many occasions where individual content analysts or larger scholarly communities stay with an analytical effort for longer periods of time and systematically work on improving the quality of their inferences. Such efforts may start by making tentative inferences from given texts, comparing them to validating evidence and using observed discrepancies to alter their analytical construct for subsequently improved inferences from similar texts. In the absence of validating evidence, the corrective feedback may also come from misleading decisions to which the inferences lead or from respected critics. The iterative process of this content analysis design converges toward a "best fit" of the analytical construct and the context within which the analysts work. This is how intelligent content analysts learn from their failures and improve the quality of their research over time, as did the Federal Communications Commission propaganda analysts during World War II, who simply became better analysts as they repeatedly corrected the assumptions of their predictions (George, 1959a).

A particularly transparent example of developing of analytical constructs is the iterative computation of discriminant functions, sometimes called "machine learning" (Alpaydin, 2004). A discriminant function is an analytical construct, whether in the form of a procedure, decision rule, or algorithm which, when applied to a set of texts, distinguishes among them according to well-defined criteria. In content analysis, these criteria are tied to the inferences that a researcher wishes to make from texts.

Perhaps Earl B. Hunt was the first who developed the methodology of (1) starting with a sample of documents categorized in ways to be generalized to other documents; (2) using an algorithm that iteratively searches for the strongest relationships between the presence or absence of textual qualities in these documents to their categorization; (3) applying the thereby acquired discriminant function to distinguish among documents whose categories are known to the analyst but withheld from the function; and, if successful, (4) inferring the categories of other documents. Hunt (Stone & Hunt, 1963) had two sets of suicide notes. One collected by Shneidman (Shneidman & Farberow, 1957) at the San Francisco Suicide Prevention Center, hence real. The other generated by a panel of writers from Osgood's research group, hence simulated. Hunt relied on Stone's (Stone & Hunt, 1963) dictionary-based general inquirer, which gave him the frequencies of semantically related groups of words for each note. His discriminant function emerged in the process of examining 15 pairs of notes, testing numerous hypotheses regarding how the real and simulated notes differed. After obtaining a good fit, the difference function was applied to another set of notes and inferred the psychological states of the writers in 17 out of 18 cases. This was a remarkable success, achieved without suicide-related preconceptions.

It is important to note that this discriminant function emerged during a "learning" period prior to its application, and was limited to a very small universe of existing notes with known authenticity. I do not know whether it found applications outside

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:38 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

the scholarly effort. However, the idea of developing an analytical construct by trial and error before applying it to generate inferences contrasts with the most common practice of developing analytical constructs from sound preconceptions or theories of the context under consideration. For example, Osgood, who had posed the problem of distinguishing real from fake suicide notes and had generated the simulated notes, before Stone and Hunt got hold of his data, applied an analytical construct derived from a psychological theory to distinguish between these notes. Stone and Hunt reported that Osgood's content analysis was far less successful then theirs.

While Hunt's discriminant function contributed little to understanding the motivation of the authors of these notes (see Section 9.2.1), the process of developing it became the prototype for formulating algorithms capable of distinguishing among textual characteristics from which inferences could be justified, now called supervised machine learning algorithms (see Section 11.4.2).

Hunt's design was limited to very small sets of texts, one research team, and little interest in theories underlying their inferences, but the process of developing analytical constructs by trials and learning from errors is quite common, especially in larger contexts and when time for learning is available. Besides the example of slowly improving predictions from domestic enemy propaganda during World War II, already mentioned, there are numerous occasions where analytical constructs evolve within research communities facing and coping with emerging challenges. Efforts to distinguish between good and bad journalistic practices have been around for a century. Media critics and governmental regulators of the public use of radio frequencies had a long history of content analyzing media presentations using objectivity, public service, and balanced reporting as the criteria for such evaluations. The measurability of these criteria became challenged by new forms of communication media and institutions with commercial or political interests in bypassing criticism and regulations. Today, content analyses that measure the quality of journalism in these three dimensions are undermined by the very journalistic practices to be judged. The meaningfulness of the concept of objectivity is challenged when journalists correctly quote lies by politicians. Balanced reporting faces limits when applied to giving criminals and their victims equal attention. Whether news outlets report their sources is easy to establish. However, the distinction between trustworthy and unreliable sources is not always easy, and when it is, reporting their identity may violate their privacy. When reporting on controversies, trusted sources may well become the target of harassment by opponents when identified by name. Violating their privacy may conflict with the value of transparency. In the United States, free speech is protected by the Constitution, but public responsibility calls for excluding hate speech, the promotion of ethnic prejudices, and use of slander, a not always easy distinction. Journalists are not mere reporters of facts; good journalistic research needs to uncover barely noticeable and often deliberately hidden connections between them. Unless evidence of these connections is unquestionably compelling, opponents can free themselves of apparent wrongdoing by dismissing them as conspiracy theories or witch hunts. In other words, the analytical constructs that could enable the community of media scholars to evaluate journalistic practices have become exceedingly complex, multidimensional, and require openness to continuous improvements as new media and rhetorical strategies are invented that make journalistic accountability difficult.

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:38 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

In all of these examples, content analyses, designed to improve their analytical constructs in the face of failures, need to be iteratively coupled with validating information from the contexts they are addressing, as shown in Figure 4.6. Whether this feedback results in computable algorithms (discriminant functions, further discussed in Section 11.4.3), analytical techniques, or improved abilities by scholarly communities to make valid or usable inferences from available texts to their contexts of use, it always involves time and clear criteria of successes and failures, even when their analytical objectives and contexts are evolving.

**FIGURE 4.6    ■    Developing Discriminant Functions**



## 4.3 DESIGNS GOING BEYOND CONTENT ANALYSIS

Unfortunately, starting with Berelson's (1952) account, the content analysis literature is full of insinuations that content analyses are aimed at testing scientific hypotheses, which brings us back to the notion of content as something inherent in or indistinguishable from text, a conception we abandoned in Chapter 2. According to the definition of content analysis employed in this book, content analysts rely on hypothetical generalizations in the form of analytical constructs. But the proof of these generalizations lies in the validity or usefulness of the inferences they support. It becomes evident mainly after content analysts have answered their research questions, made their abductive inferences, or interpreted their texts systematically. For example, to test a hypothesis concerning the behavioral correlates of anxiety, one must know the level of anxiety and separately observe the behavioral correlates of interest. By inferring the level of anxiety from an individual's talk—from accounts of feelings, distress vocabulary, or speech disturbances (Mahl, 1959)—the content analysis becomes a necessary part of a larger research effort. Despite what Figure 4.1 might suggest, content analyses do not need to stand alone, and they rarely do. Below, I briefly discuss three research designs in which content analysis is instrumental.

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

### 4.3.1 Comparing Similar Phenomena Inferred From Different Bodies of Texts

In this design, researchers have reasons to draw distinctions within a body of text and apply the same content analysis to each part (see Figure 4.7). For example, to study speeches made before, during, and after a given event—or trends—analysts must distinguish texts according to time periods. To compare the treatment of one event in different media, analysts would have to distinguish texts by their sources. To examine how candidates for a political office tailor their promises to different audiences, analysts would want to distinguish texts according to audience demographics. And to test hypotheses regarding the impacts of competition between newspapers on the papers' journalistic qualities, analysts would want to distinguish texts by how their sources are situated. What content analysts compare—the hypotheses they test—in this design do not concern differences among textual properties but differences among the inferences drawn from texts, which are a function of the assumed context, not directly observed.



**FIGURE 4.7   ■   Comparing Similar Phenomena Inferred From Different Texts**



### 4.3.2 Testing Relationships Among Phenomena Inferred From One Body of Texts

In this design, the researcher analyzes one body of texts from different perspectives, with reference to different contexts, through different analytical constructs, or addressing different dimensions of meaning, and then correlates the results (see Figure 4.8). In behavioral research, such separately inferred phenomena tend to appear as different variables, which can be compared, correlated, or subjected to hypothesis testing. On a micro level, examples of such designs are found in analyses of attributions (multiple adjectives that qualify nouns), co-occurrences of concepts (inferred from word co-occurrences), KWIC lists (keywords in their textual contexts),

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:38 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

contingencies (Osgood, 1959), and conversational moves (adjacency pairs or triplets). On a macro level, examples include efforts to understand how public concerns—crime, environment, health, unemployment, and politics—compete with or stimulate each other in the mass media. Such designs also enable an analyst to compare different readings of the same texts by readers of unlike gender or from divergent socioeconomic, educational, ethnic, or ideological backgrounds. Here, the content analyst would define diverse contexts in reference to which texts are being read and analyzed.

**FIGURE 4.8 ■ Testing Hypotheses Concerning Relations Among Various Inferences From One Body of Texts**



### 4.3.3 Testing Hypotheses Concerning How Content Analysis Results Relate to Other Variables

Typically, this kind of design brings communicational or symbolic and behavioral variables together. For example, the cultivation hypothesis, which asserts that there are correlations between media coverage and audience perceptions, calls for comparing the results of a content analysis of mass-media presentations with interview data on audience members' perceptions of everyday reality. Gerbner and his colleagues have explored the relationship between the "world of TV violence" and how TV audiences perceive the world outside television (see, e.g., Gerbner, Gross, Morgan, & Signorielli, 1995; and the debate reproduced in Krippendorff & Bock, 2009, Chapter 6.6). In comparing newspaper coverage of crime with crime statistics and public opinion, Zucker (1978) found that the frequency of crime reports in the media correlated more highly with public opinion than with official crime statistics. Conversation analysts usually are satisfied with their own accounts of what they see in the transcripts of naturally occurring conversations; thus their approach conforms to the design illustrated in Figure 4.8. However, if they were to relate their

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

interpretations to participants' awareness of the phenomena being inferred, then they would compare inferences from texts with other accounts.

Such designs have three primary aims:

- To provide variables about the nature of communications that enable the testing of hypotheses concerning the causes, correlates, and effects of such communications

- To enrich indicators of observed behavioral phenomena by adding measures that concern the meanings of these phenomena (multiple operationalism), especially concerning individuals' perceptions or interpretations of social phenomena, which cannot be observed as such

- To substitute more economical measures for measures that are cumbersome (for example, using content analysis of TV news instead of surveys of what the public knows)

This design is represented in Figure 4.9.

**FIGURE 4.9 ■ Testing Hypotheses Concerning Relations Between Observations and Inferences From Texts**



I should emphasize that content analysts are not limited to the research designs distinguished above. Researchers can combine designs to obtain more complex forms that embrace many variables, and they can use any design in tandem with other techniques. There is no methodological limit to the use of content analysis in large social research projects.

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:38 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.



# 7 RECORDING/CODING

*In making data—from recording or describing observations to transcribing or coding texts—human intelligence is required. This chapter addresses the cultural competencies that observers, interpreters, judges, or coders need to have; how training and instruction can help to channel these to satisfy the reliability requirements of an analysis; and ways in which the syntax and semantics of data languages can be implemented cognitively. It also suggests designs for creating records of texts in a medium suitable for subsequent data processing.*

## 7.1 THE FUNCTION OF CODING AND RECORDING

Research—that is, *re-search*—requires the ability to search repeatedly within available data, not only to assure that the claims advanced about them are warranted but also to enable other scholars to evaluate and even replicate the process. Clearly, re-search is possible only if its ground does not shift while being examined, which means that the data are recorded in a medium that is durable enough to withstand recurrent examinations. Human speech vanishes unless it is audio-recorded (taped) or written down (transcribed). Social situations are lost unless witness accounts of them are preserved. And even written texts and photographic images will defy content analytic techniques that cannot recognize at least some of their features. Transcribing speech, describing observations, creating field notes, interpreting messages, judging performances, categorizing television presentations—all of these are ways of recording or coding transient, unstructured, or fuzzy but otherwise perfectly meaningful phenomena into the terms of a data language, ways to make transient phenomena available to appropriate analytical techniques.

As Figure 4.2 indicates, recording/coding is one among several procedural components of content analysis. In practice, however, it represents a major problem for analysts, who must formulate recording instructions that they and other researchers can reliably execute. The recognition of the rather unique role that coding plays in content analysis explains why older definitions of the technique virtually equate content analysis with coding, as if this were all there is to it. For example, Janis (1943/1965) provides this definition:

> "Content Analysis" may be defined as referring to any technique (a) for the classification of *the sign-vehicles* (b) which relies solely upon the *judgments* (which theoretically may range from perceptual discrimination to sheer

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:30 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

guesses) of an analyst or group of analysts as to which sign-vehicles fall into which categories, (c) provided that the analyst's judgments are regarded as the report of a scientific observer. (p. 55)

Another early characterization of content analysis comes from Miller (1951):

In order to handle larger blocks of verbal material in a statistical way, it seems necessary to reduce the variety of alternatives that must be tabulated. This can be accomplished by putting a wide variety of different word patterns in a single category. (p. 95)

Although Janis's conception of recording—categorizing sign-vehicles—is severely limited by the semiotic terminology of his time, he nevertheless acknowledges the role of specially trained analysts (as noted in Chapter 3) and different levels of what I refer to in this volume as *data languages* (see Chapter 8). Miller's assertion invokes measurement theory, the simplest form of which is categorization (Stevens, 1946).

*Recording* takes place when observers, readers, or analysts interpret what they see, read, or find and then state their experiences in the formal terms of an analysis; *coding* is the term content analysts use when this process is carried out according to observer-independent rules. The preference in the natural sciences for data making by mechanical instruments privileges the latter; thus, researchers attempt to formulate recording instructions that contain explicit and detailed rules that coders can apply reliably, just as mechanical devices would.

However, where texts and images are involved, or, more generally, where the phenomena of interest to analysts are social in nature, mechanical measurements exhibit serious shortcomings that only culturally competent humans can overcome. Notwithstanding the many advances that have been made in computer-aided text analysis in recent years (see Chapter 11), in most content analyses, researchers come to a point at which they need to rely on human interpretive abilities (Shapiro, 1997; see also Krippendorff & Bock, 2009, Chapter 4.3). This said, I use the term *coder* in this volume merely as a convenient designation for a person employed in the process of recording, transcribing, or coding observations, perceptions, and readings of texts. Coders are particular kinds of observers. They follow the recording or coding instructions that content analysts create to minimize idiosyncratic judgments in the recording process. Unrecognizable judgments create uncertainties and make it difficult to know what the records are about. Coding instructions provide rules for coders to follow and for analysts to know what the data they examine stand for. These rules do not deny the participation of widely shared and largely taken-for-granted human abilities. After all, even very strict instructions need to be read, understood, and followed by humans, and coders are humans even when they are asked to act like computers.

The recording instructions for a content analysis should spell out everything needed to replicate the analysis elsewhere and with equally qualified coders. In the following pages, I recommend that such instructions include specific information in four major areas:

- The qualifications that coders need to have
- The training that coders must undergo in preparation for the task of recording

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except for fair uses permitted under U.S. or applicable copyright law.

- The syntax and semantics of the data language, preferably including the cognitive procedures that coders must apply in order to record texts and images efficiently and reliably

- The nature and administration of the records to be produced

Specifying the recording process is only one function of the instructions that content analysts need to develop. Another is assuring that the meanings of the resulting records are available to others, to their analysts, to the beneficiaries reported research, and to its critics who ought to be able to interpret what the content analysis inferred. The check marks on a data sheet, the numbers entered into boxes, the annotations written in the margins of a text, the transcription symbols used by conversation analysts, the scales used to indicate extents—all provide information as long as their connections to the recorded phenomena are clear. If a study's data-making instructions, the codebook, or scale definitions are lost—which sometimes happens—the data are left without their semantic relations to the phenomena to be presented in them, and the records that a study has generated are reduced to nothing more than a collection of meaningless marks or numbers—computable but no longer interpretable.

Probably, the most important motivation for generating data by relying on several human coders and making sure they follow the same rules is that content analyses have to process texts whose volume easily exceeds the ability of single scholars to read and interpret them. If everyone would be left to their own devices, the data they generate would be inconsistent and uninterpretable and could not possibly have social consequences.

## 7.2 CODER QUALIFICATIONS

The coders involved in a content analysis must have the necessary cognitive abilities, but what is perhaps more important is that they have appropriate backgrounds. In addition, the qualifications they bring to a content analysis must be shared by a sufficiently large population of potential coders and those who intend to make use of the data they generate.

### 7.2.1 Cognitive Abilities

Even where recording is reduced to coding—that is, to the seemingly mechanical application of stated rules for mapping textual units into the terms of a data language—coders must be capable of *understanding these rules and applying them consistently* throughout an analysis. Recording is a highly repetitive analytical task that requires strenuous attention to details. Not everyone is capable of maintaining consistency under these conditions.

### 7.2.2 Background

In selecting coders, content analysts should not underestimate the importance of coders' familiarity with the phenomena under consideration. In order to read and interpret texts, or even observe visual images, coders need a level of familiarity with what they are looking at that usually cannot be made explicit. Literacy, for example, is a social ability. It is acquired through a lifetime of using texts within

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:30 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

a particular community. It would be impossible to convey all that is involved in reading, observing, and understanding in a document or instruction. When it comes to interpreting what local folks are saying to each other, coders who lack familiarity with the local vernacular may feel that they are able to understand what is being said, yet their understanding may not correspond to how those who speak that vernacular conceptualize their world accordingly. We rarely know what we do not know, and we are generally unable to articulate how our understanding differs from that of others. The joint *familiarity* with a subject matter is one qualification that coders need to bring to a content analysis. Ultimately, the sharing of similar *backgrounds*— similar histories of involvement with texts, similar education, and similar social sensitivities—is what facilitates generating reliable data.

Even the most detailed recording/coding instructions take for granted that coders and content analysts are able to interpret the written instructions alike. To ensure high reliability of coding, it makes sense, therefore, for content analysts to employ coders from the same cultural/educational/professional background (Peter & Lauf, 2002). In analyses of therapeutic discourse, licensed therapists are an obvious choice. In literary applications, English majors are likely to do well, whereas in analyses of intricate visual images, graphic artists or connoisseurs of film might do better. The challenge for content analysts is to find *clear and communicable descriptions of coders' backgrounds* so that other analysts can select coders with backgrounds similar to those in the original research.

### 7.2.3 Frequency

Scientific research demands an intersubjective understanding of the process as well as of its results. Thus, content analysts must allow other scholars to replicate their analyses. Adequate instructions are easy enough to communicate, but coders are not. Analysts attempting to replicate previous research need to choose coders from the same population that provided the coders for the original research. To ensure the availability of potential coders, content analysts must make sure that the above-noted coder qualifications (suitable cognitive abilities and appropriate backgrounds) are common—that is, that they *occur with sufficient frequency* within the population of potential coders. If they do not, the recording process may not be replicable, and the research results become questionable. Any researcher who claims to be the only one who is capable of reading a text correctly in fact denies the possibility of replicating the research elsewhere. The requirement of frequency might be disheartening to those who consider themselves outstanding experts, but even experts need to be able to communicate, and the requirement that particular coder qualifications occur with the necessary frequency ensures that they will.

### 7.3 CODER TRAINING

Recording and coding are not natural and everyday activities. They may be motivated by abstract theory about the context of available texts or by the necessities of a complex research design. Coders may be asked to interpret texts in terms that are unfamiliar or difficult, even seemingly contrived or meaningless to persons without knowledge of the research questions. Although instructions ideally should be understood as

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:30 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

written, it is typical for content analysts to provide coders with additional training in using the recording instructions.

Content analysts have reported spending months in training sessions with coders, during which time they refined categories, altered instructions, and revised data sheets until the coders felt comfortable with what was expected of them and the analysts were convinced they were getting the data they needed. It is typical for analysts to perform reliability tests during the development of the coding instructions until the reliability requirement is met as well. Singer's (1964) report on his study of Soviet-American attitudes provides a good example of how definitions of a data language emerge during the training of coders:

The purpose of the study was to generate an accurate picture of Soviet and American foreign policy goals and strategies as far as they might be reflected in elite articulations regarding (A) the international environment, (B) the distribution of power, (C) the other's operational code, and (D) their own operational code.

The procedure followed two main phases: designing and refining our coding procedure and applying it. The first phase followed six more or less distinct steps:

1. The questions that seemed most germane to the study at hand were compiled. These were, of course, based on a multiplicity of sources: The author's general knowledge of the subject, the parameters of his own social science conceptual schemes, and those dimensions of foreign policy suggested by the writings and research of others in the field.

2. Once a tentative set of essentially a priori dimensions was set up and arranged, these dimensions were discussed, criticized, and modified by the author, his assistants, some consultants, and several professional colleagues.

3. This set of dimensions was then applied by the coders to a sample of the material to be coded, resulting in the deletion of some dimensions, the rephrasing of others, and the addition of a few new dimensions.

4. The author then re-appraised the dimensions and further tightened up the three categories under each dimension, in order to maximize mutual exclusiveness as well as exhaustiveness of the categories under each dimension.

5. The dimensions and their categories were then pre-tested by the coders themselves to ensure that:

   a. The literature to be coded made frequent enough reference to the dimensions to be worth coding,

   b. The dimensions themselves did not overlap one another (except in a few cases where some subtle shadings of attitude were being sought),

   c. The dimensions themselves were clear and unambiguous enough to assure that independent coders would have a high agreement that a specific article should or should not be coded along that dimension,

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:30 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

   d.  The three category alternatives under each dimension were as
       mutually exclusive as possible, yet exhaustive of the possible ranges
       of relevant response.

6.  When the pre-tests had demonstrated (by agreement between two or more
    independent coders) that the dimensions and categories were adequately
    refined and clarified, they were settled upon as final. (pp. 432–433)

In this example, the analyst achieved closure. However, a methodological problem
lies in the implicitness of the process. During the negotiations that Singer (1964)
describes, the boundaries of categories shifted until their meanings could accom-
modate what Singer wanted and what the coders were able to code with agreement
and ease. When coders participate in such conceptual development, it becomes dif-
ficult to know whether they have merely become more careful in applying the coding
instructions as written or developed coder-specific and nonreplicable consensus on
how to interpret them in order to achieve the needed level of agreement among them.
Summarizing the use of content analysis in psychotherapy, Lorr and McNair (1966)
observe the effects of such implicit adjustments on replicability:

> Although most investigators publish respectable indices of inter-rater
> agreement in categorizing the responses, these are open to serious questions.
> Usually the published inter-rater agreement is based on two people who
> have worked together intimately in the development of a coding scheme,
> and who have engaged in much discussion of definitions and disagreements.
> Inter-rater agreement for a new set of judges given a reasonable but practical
> period of training with a system would represent a more realistic index of
> reliability. Trials with some existing systems for content analysis suggested
> that reliabilities obtained by a new set of judges, using only the formal
> coding rules, definitions, and examples, are much lower than usually reported.
> Often they do not meet minimum standards for scientific work. (p. 583)

Ideally, the individuals who take part in the development of recording instruc-
tions should not be the ones who apply them, for they will carry the history of their
development into the process which other coders do not have access to and that future
scholars who may wish to use the instructions cannot imagine much less replicate.
The best recording instructions incorporate everything that has been agreed upon,
everything that coders have been exposed to during training, every test applied to
them to establish whether they are sufficiently qualified to be employed as code, and
the final form of the coding instructions should be tested for their replicability with
a fresh set of coders.

Coders need to learn to work independently of each other with the recording
instructions as their sole guide. Relying on extraneous sources of information (e.g.,
about the development of the instructions or the intentions of the researchers), or
consulting with each other about problems they experienced during the coding
process and how they solved them, undermines the exclusive governance of the
recording instructions and corrupts the independence of individual coders. Working
independently is a precondition for the ability to interpret observed inter-coder
agreement as indicating that the data making process is replicable. Extraneous

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:30 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

information and any help coders might receive from each other is not communicable to future coders. If analysts see the need to correct, amend, or modify the recording instructions for their project, they must assure that these changes are consistently employed and communicable, that is, put in writing for future coders to be able to replicate them. Also, if analysts see the need to provide coders with additional training material, they should report on what they provided them so that the calibration of coders can be replicated elsewhere.

To assure the replicability of given coding instructions, my colleagues and I once devised a detailed self-teaching program for the coders we hoped to employ in a study of television violence: Initially, the trainees were briefed about the clerical aspects of the task, the equipment they had to operate, and the test they faced to qualify. Thereafter, potential coders worked on their own, watching a preselected television show, identifying incidences of violence, the units of our content analysis, and applying the written coding instructions to generate records of what they saw. After they evaluated one preselected TV program, noted incidences of violence and recorded their categories on one data sheet, they had access to the ostensibly correct scores (established by a panel of experts). Comparing their own performance with what we had determined to be correct provided immediate feedback to the trainees and enabled them to reevaluate their conceptions before examining the second television show, and so on, until we could see that they could work on the television shows we intended to analyze by means of the data they provided us. This training program allowed coders to perfect their understanding of what we wanted them do. It allowed us to monitor their progress and decide when trainees would be ready to code the television programs we intended to analyze. Some students progressed quickly, some required more time, and some were just incapable of becoming more reliable. A self-teaching program like this is easily communicable and replicable elsewhere and provided us the capable coders we needed to complete our project.

I should mention more humbling experiences with this program. There were a couple of incidences when coders told us convincingly that the standard we supplied was wrong. Even panels of experts can be mistaken. When this happened, we had to change the coding instructions and the training program and recode all television shows with the corrected instructions.

Early content analysts often devised and applied their own categories to the texts they were analyzing. Regarding the reliability of the resulting data, this practice is probably worse than allowing coders to consult each other on difficulties they experience. Publishing the categories used in their analysis is no substitute for demonstrating their replicability. Without comparing the use of these categories with independently working coders, reliability remains uncertain. Claiming to be an authority on the phenomena studied does not produce reliable data. In fact, self-applied recording instructions are notoriously unreliable. Content analysts should be able to find other coders who are able to understand and reliably apply the recording instructions before claiming that the data they generate do account for the phenomena under considerations.

## 7.4 CROWDCODING

Jeff Howe (2006, 2008) is credited with coining the term *crowdsourcing* for processes of outsourcing tasks, usually done by the employees of a company, to an anonymous

and typically large group of contractors who can perform them as well if not better, cheaper, and faster. Crowdsourcing may not be a substitute for the capabilities of employees. Its results may well exceed their abilities. Crowdsourcing has succeeded in accessing public sentiments, finding acceptable solutions to common problems, creating grassroots marketers for campaigns, and it has opened up even Fortune 100 companies to directions not imagined from their insiders.

Crowdsourcing presupposes access to crowds, usually via the Internet, and its success assumes that crowd members possess unequally distributed competencies that can be mobilized and combined to yield answers to questions not easily imagined by any one member of the crowd, least of all by outsiders. This "wisdom of crowds" is evident in numerous collaborations ranging from conversations in design offices, focus groups, political deliberations, peer reviews of academic publications, and markets regulating prices. But the systematic use of Internet users is new.

Content analysts' initial excitement about the availability of big electronic data has become muted by the realization that tabulating and analyzing character strings of texts resulting from powerful search engines provides data stripped of their context and meanings. Interpretations of the results of their statistical analyses tend to be unclear, subject to debates and uncertain claims. The costs of training literary competent coders and the time it would take for them to code large volumes of textual data, easily retrieved from electronically available text, is generally unaffordable. The idea of outsourcing the task of coding texts to large numbers of capable readers—crowdcoding (Guo, Mays, Sameki, & Betke 2017)—has become an attractive possibility.

The empirical justification for attributing wisdom to crowds stems from the recognition that "we never think (and read) alone" (Sloman & Fernbach, 2017). Tapping into this wisdom would call for qualified readers to overcome their individual shortcomings by collaborations that could combine each other's strengths, fill in evident gaps of knowledge, and correct apparent misconceptions, all of which could lead to collectively satisfactory interpretations of texts that exceed individual crowd members' competencies.

To get a sense of the potential of crowdcoding, consider how many people play intelligent games on the Internet that could be directed to gain collective insights. If an appropriately designed platform can motive a crowd of 5,000 to label the about 400 million images on Google in just 31 days, as Ahn and Dabbish (2004) observed, imagine what collaborative crowds could contribute to answer content analysis questions on far smaller data. Wang (2017) reviewed the literature of collaborative crowdsourcing and concluded that while social media do have the potential to network people into teams, current crowdsourcing platforms rarely encourage collaborations among crowd members by limiting communication to coders and researchers. This does not take full advantage of the wisdom of crowds that resides in their diversity.

### 7.4.1 Methodological Advantages

Among the half a dozen crowdsourcing platforms that have been used for crowdcoding of selected texts, Amazon's Mechanical Turk, *mTurk* for short, is favored by most content analysts. It recruits what are called "crowdworkers" on the Internet market place—anyone willing to examine given texts according to instructions

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

provided by what *mTurk* calls "requestors" and return them to the researcher for a small financial reward.

There is a major methodological advantage of outsourcing written coding instructions. Whereas the usually intensive training of a few research assistants almost inevitably leads to noncommunicable consensus among present coders on how the written coding instructions are to be interpreted and applied, rendering the observed intercoder agreement no longer interpretable as measuring the replicability of the coding process elsewhere, the agreement observed among crowdworkers is not so polluted. It measures the replicability of completely transparent coding instructions as members of a crowd read, interpret, and enact them. However, the very anonymity that provides this methodological benefit poses other problems to content analysts.

### 7.4.2 Efforts to Assure Crowdcoding Quality

An obvious but in due time diminishing problem is that *mTurk*-recruited crowdworkers have to be Internet users. This sampling bias disappears as more and more people connect with each other through the Internet.

Another problem is that the answers content analysts receive to judge the qualifications of volunteers for crowdcoding may well be self-serving if not dishonest. What works in favor of self-selecting quality coders is their awareness that the quality of their performance will be tested. The questions posed by the analysts may serve as clues to what is required of the volunteers, giving them the option of dropping out if they are not confident that they qualify. Qualifying questions typically aim at eliminating crowdworkers who are not native speakers of the language of the texts they are ask to code, are too young to understand what they are asked to do, or do not have the experiences needed to evaluate the texts in question. Avid readers of literature tend to be more reliable, especially when they are in command of relevant background knowledge. The latter can be tested by knowledge questions, for example, about nutrition, politics, education, legal issues, affirmative action, or whatever crowdcoding is intended to reveal. Weber et al. (2017), seeking to obtain reliable data on the moral foundation of political narratives, pretested their coders' political knowledge, moral intuitions, and political views by administering established knowledge indices in all three areas.

### 7.4.3 Uses of Reliability Tests

Besides the uncertain validity of self-reports, what qualifying questions cannot reveal are individual coders' stabilities of judgments, intellectual honesty, and commitment to doing a good job. People tend not to be aware of their own flaws, and when they are, are unwilling to report them. Moreover, there are some who do not really care about what they are paid to do and who respond to questions without much attention to the instructions or the nature of the texts to be interpreted. Whether their coding is the product of intellectual limitations, individual idiosyncrasies, or unwillingness to thoroughly attend to the assignments, this results in arbitrary coding and becomes evident in data with near chance observed disagreements.

In order to identify individuals whose participation is likely to introduce too much uncertainty or noise into the data, it is standard practice to put all candidates for crowdcoding to an initial test that compares coders' performance against known

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

results and hire only those whose coding does not deviate, or only minimally deviates from what it should be. Inasmuch as the researcher can estimate how much time a coder spends on a given task, it is also common to dismiss candidates who respond before they could have examined the texts, suggesting their responses do not have anything to do with the text. Lehmann and Malisazobel (2017) built a test question into each coding task, not recognizable by hired crowdcoders; and they disregarded all of their data when the crowdcoders failed to correctly answer that question.

In my experiences, content analysts are rarely infallible, as the above accuracy tests presume. Belief in the wisdom of crowds would suggest another way to separate reliable from unreliable coders without imposing a priori coding standards: Start with the coder pair with the highest $_c\alpha$-agreement (see section 12.3). If this $_c\alpha$-value is below a chosen standard, then it is the content analysts' task to improve the coding instructions from which crowdcoders work. If their $_c\alpha$-value is well within what one is willing to accept as reliable, because $_c\alpha$ can cope with any number of coders, including their uneven participation, add the coder who does not affect, or only minimally affects the $_c\alpha$-agreement of the now-expanded group. By iteratively expanding the group of coders in this manner until their joint agreement threatens to fall below what one is willing to accept, the result operationally separates the grain from the chaff.

Reliability measures can give rise also to predictive criteria for selecting qualified coders. Weber et al. (2017) performed a linear regression analysis of 9,869 pairwise reliability measures and the characteristics that each pair of coders shared, and they derived predictors that were specific to their project. Obviously, pairwise coder similarities, for example, older and gender-homogeneous coder pairs, are more reliable compared with those who had little in common. The possibilities of correlating reliabilities with shared coder qualities provides empirical evidence for what traditional content analysts, working with only a few coders, could merely intuit.

### 7.4.4 Limitations and Warnings

*mTurk* and similar platforms offer inexpensive and efficient ways to obtain content analysis data from typically large volumes of textual and pictorial matter. Julien Cornebise (personal communication, 2017) faced 7,572,703 binary judgments on 1,384,130 one square kilometer satellite images of war ravaged Darfur in Sudan, judged by between 1 and 56 coders. Hsueh, Melville, and Sindhwani (2009) extracted 631,224 snippets from over 500,000 blog posts spanning the activity of 16,741 political bloggers from August 15, 2008, to election day. These are big numbers indeed.

The reliability of such data depends on the shared abilities of crowd members to understand what they are asked to do, agree on their reading of the given texts, and record their interpretations. The key term in the previous sentence is *shared abilities*. Such abilities define the size of the crowd attended to. While most examples of crowdcoding draw on the vast community of Internet users, crowdcoders could also be invited from communities of relevant experts, scientists, designers, medical professionals, political activists, or particular consumer groups. However, if all Internet users are invited to collaborate in generating the needed data, their interpretations have to be common, limited to simple concepts, manifest contents as Berelson (1952) would have said—for example, whether the national flag appears on a picture, whether the dangers of smoking are mentioned, whether a text depicts a public issue as positive or negative, or whether the strengths and weaknesses

attributed to candidates for political office are explicitly mentioned. These are not only relatively small bits of information, usually far removed from the theories that social scientists seek to test; but by relying on individual crowdcoders, they do not really justify claims to have tapped into a crowd's wisdom.

Significant progress would come from the development of platforms for generating data that enable crowdcoders to work in teams or small networks; to able to communicate, correct or expand on each other's interpretations; and to address larger issues than any one crowd member could imagine.

Many researchers confuse the wisdom of crowds to come to judgments superior to those of its individual members, with mathematically created aggregates of diverse individual responses, taking majorities or computed averages as true values, as the gold standards, from which individuals' deviations are considered inferior. While there is undeniable evidence that individual estimates of lengths, weights, heights of buildings, and population sizes of cities tend to vary around their true values, justifying taking averages of crowd judgments, such evidence is limited to quantitative phenomena that have simple objective truths. When it comes to more complex social, political, or planning decisions, majorities and computed averages tend to be less meaningful. Mathematical aggregates ignore, and reliance on them dismisses, the importance of social diversity and the possibilities of communication to alter realities. While 51% of a population is an undisputable majority, taking it as the true characterization of that population would ignore or silence the remaining 49%. We know of the political implications of the indecisiveness of such proportions. The wisdom of crowds is manifest in developing conceptions, decisions, and actions that are superior to majorities or averages. Many content analyses do have political implications, and ignoring what crowds can do may not be wise.

In response to such frequent misinterpretations, section 12.4 develops agreement measures to assess three reliabilities for crowds: 12.4.1 the accuracy of or surrogacy for crowd members; 12.4.2, the accuracy of aggregates (majorities or averages); and 12.4.3, the decisiveness of majorities or averages in crowds.

## 7.5 APPROACHES TO DEFINING THE SEMANTICS OF DATA

The reliability of recording is greatly enhanced if the task that an instruction delineates is natural, relies on familiar conceptual models, and remains close to how the texts to be recorded would be read ordinarily.

The two requirements that categories be mutually exclusive and exhaustive (see Chapter 8) are important not only because of the syntactical requirements of subsequent computation; they are of semantic concern as well. Coders must be able to conceptualize clearly what they read. *Exhaustive* refers to the ability of a data language to represent all recording units, without exception. No relevant unit of analysis must be excluded because descriptive terms are not available. *Mutually exclusive* refers to the ability of a data language to make clear distinctions among the phenomena to be recorded. No recording unit may fall between two categories or be represented by two distinct data points. These two requirements assure that the resulting records represent texts completely and unambiguously.

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

A set of categories that lacks exhaustiveness may be rendered exhaustive through the addition of a new category that represents all units not describable by the existing ones. Such fail-safe categories typically are labeled "not applicable," "none of the above," or simply "other." Because such categories are defined by their absence of categories that are informative to the research questions under consideration, they tend to contribute little, if anything, to an analysis.

Situations in which two or more categories turn out to be unreliable for being not mutually exclusive are difficult to resolve. The well-intended practice of adding such categories as "undecidable," "ambiguous," or "applicable to two or more categories" to a variable does not alter its categories' fundamental indistinctiveness; it invites indecision on the part of coders and rarely renders a variable sufficiently reliable. When content analysts use such categories, they reveal more about their own unclear conceptions than about the properties of texts, and they bias their research results in the direction of easily describable phenomena. There is no real remedy for ambiguous conceptions.

Little has been written about how coders actually read texts or perceive visual phenomena in order to record them. Instead of outlining a theory of purposeful reading, or coding, here, I shall approach this problem from the other end, by distinguishing a few cognitive devices that analysts have used to delineate meanings within texts: verbal designations, extensional lists, decision schemes, magnitudes and scales, simulation of hypothesis testing, simulation of interviewing, and constructs for closure and inferences. Analysts may use these devices in their written instructions for coders with some degree of confidence that adherence to the instructions will yield reliable records.

### 7.5.1 Verbal Designations

It is most common for content analysts simply to name their categories, using verbal designations that are typical and widely understandable—ideally dictionary definitions, perhaps with some additional technical terms. For example, in English, gender is either *male* or *female*. Although we may therefore easily put living beings in either category, actual texts may not do us the favor of revealing what we need to know to make this distinction. Missing information on gender may call for the addition of a third gender category, such as "gender neutral" or "unspecified." In recording the actions of TV characters, my colleagues and I have found many instances of roles unmarked by gender: babies, mummies, robots, cartoon characters, and abstract persons referred to by their dramatic functions, such as murderers, mayors, managers, and doctors. Ordinary language tends to provide no places for uncommon categories. Note the enduring discrimination against homosexuals and lesbians, due mainly to the rigid adherence to binary gender conceptions. Not only for the purposes of coding texts, analysts of social phenomena are well advised to expand conventional distinctions to include all conceivable alternatives. Even fiction creates unanticipated imaginations that may become real.

Single-word designations for categories—proper nouns—are easy to understand but often inadequate for recording more complex meanings. By using longer definitions of concepts, content analysts gain more freedom in asking coders to make theoretically motivated distinctions rather than common ones. Mahl (1959)

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:30 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

developed the following set of eight categories to identify indicators of psychiatric patients' anxiety levels. Note the absence of abstractions in these definitions:

1. *"Ah"*: A definite "ah" sound occurs in speech.

2. *Sentence correction* (SC): Any correction in the form or content of an expression within the word-word progression. Such a correction must be sensed by the listener as an interruption in the word-to-word sequence.

3. *Sentence incompletion* (Inc): An expression is interrupted, clearly left incomplete, and the communication proceeds without correction.

4. *Repetition* (R): The serial superfluous repetition of one or more words, usually of one or two words.

5. *Stutter* (St).

6. *Intruding incoherent sound* (IS): A sound that is absolutely incoherent as a word to the listener. It merely intrudes without itself altering the form of the expression and cannot be clearly conceived of as a stutter, omission, or tongue-slip (although some may be such in reality).

7. *Tongue-slip* (T-S): Includes neologisms, transpositions of words from their correct serial position, and substitutions of unintended words for intended words.

8. *Omission* (O): Parts of words or, rarely, entire words are omitted (contractions are exempted). Most omissions are terminal syllables of words.

### 7.5.2 Extensional Lists

Extensional lists become important when the analyst's conceptions are difficult to communicate to coders. In such lists, the analyst enumerates all the instances that define each category. Extensional lists are essential to computer-aided text analysis, in the construction of computer dictionaries (see Chapter 11, section 11.4.1), in particular. Coders tend to find extensional lists awkward to use, and content analysts often find it difficult to anticipate in advance of an analysis all occurrences of the desired kinds. For conceptually difficult tasks, however, the use of extensional lists may be a technique of last resort.

An interesting example is provided by O'Sullivan (1961), who attempted to quantify the strength of relationships reported to hold between variables in theoretical writings on international relations. Prior commitments to factor analysis required him to conceptualize "strength of relation" as a "correlation coefficient" between two conceptual variables. The conceptual variables were easily identifiable, but early on, during coder training (all coders were well-informed graduate students), O'Sullivan realized that the idea of the strength of a relationship, expressed in words, was incompatible with the formal requirements of the statistical definition of a correlation. Mapping the former onto the latter was totally unreliable. After much experimentation, O'Sullivan came up with the following extensional lists for each of six correlation coefficients:

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:30 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

0.2   is less likely to; in certain situations induces; may lend some; may
be due to; may be, to the extent that; can be used without; possible
consequences seem to follow

0.3   has introduced additional; not merely a function of, but of the; is a
factor of; will depend not only on but upon; depends in part on;
possibility of

0.4   leads; is likely to be; tends to produce; would tend to; will tend to
induce; tends to; tends toward; tends to introduce

0.5   makes it improbable that; strongly affects; is most likely to result
from; is most likely to occur; creates essentially; depends primarily on;
depend primarily on; is a major source of; creates a problem of

0.6   will heighten; requires at least; will enhance; necessitates; will
determine; produces; depends on; is inevitable; produces; depends; is
the result of; will reflect; will impose; prevents; will override; weakens;
strengthens; offers maximum; will be less; will add to

0.7   will; any must first; are least when; as will be; puts a; has; is a; is less
when there has been; if it is this is; there is; there has been, and is; is
directly related to; will be enhanced in direct relation to; is inversely
related to; will influence in direct proportion to; is directly related to;
there is a direct relationship between; stand in marked contrast to; to
the extent that; the longer the more; the greater; the greater the greater
the more; the greater the less the greater; the greater the greater the
greater; the greater the more; the wider the less; the more the less; the
more the more; the more the larger the more; the more the greater;
the more the less likely; more than; the wider the greater; the wider the
more; the higher the greater; the longer the less; the shorter the greater
must be; the fewer the greater; becomes more as the; is more likely
to be the more; the less the fewer; the less the less; will be more the
larger; the larger the more

### 7.5.3 Examples

It is rarely possible to anticipate all possible occurrences of concepts of analytical
interest. Some have extremely complex structures. Anger, a simple and common
five letter word, may be expressed in a variety of ways. Lakoff (1987, p. 360–415)
notes that *Roget's Thesaurus* lists over 300 synonyms for anger, including a range of
abstract metaphors conveying anger and a class of proverbial scenarios in which anger
is manifest. To list these scenarios in a coding instruction is nearly impossible. One
may ask potential coders to read conceptual treaties on the categories to be identified
in text, such as Lakoff's on anger, but many coding tasks do not have such literature,
and defining categories that help to answer a particular research question may well
conflict with intuitions that coders bring to their assignments. Consider hard-core
pornography. Everyone thinks he or she knows what it is when facing an example of
it, but even the U. S. Supreme Court could not define it. In its famous 1964 decision,

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:30 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Justice Potter Stuart admitted that he was unable to define it intelligently but did not doubt that "I know it when I see it." Pornographic images may well be an extreme case, but there are other examples where the boundaries of a concept are not easily definable, yet demonstrable by examples—whether while training coders or in formulating coding instructions.

It is always helpful to accompany definitions of categories with examples for what they should apply to and what they ought to exclude. Defining concepts by example is complementary to defining concepts by listing the qualities that determine their membership in a category. We often do not know where one category ends and another starts. We know of ambiguous colors, talk of cross-over vehicles, and calling something bordering insanity. Rosch (1983) observed that we do not ordinarily conceptualize our world in terms of logically defined categories, in terms of sets of elements with shared attributes in well-defined borders. She convincingly distinguished concepts that are abstract from those we can visualize and the latter by qualifying our visualizations. For example, even children can imagine and draw a chair, a house, a person, or a spoon. They are basic prototypes. Some chairs are more typical than others. We never know all possible chairs but use a prototype of it to judge how closely something we see resembles it. The category of chair is defined by its prototype. There are subordinates to the prototype of chair, like baby chairs, dining room chairs, office chairs, or three-legged chairs. The chair prototype can become part of various superordinate and no longer visualizable categories, like furniture. Similarly, when we hear or read "bird," we more likely visualize a robin, not a penguin, scientific definitions notwithstanding. The robin is closer to our prototypical bird. The best examples of a category should be close to their proto- or ideal type.

Offering visual, situational, or narrative examples in coding instructions facilitates the reliable coding of phenomena that are more complex than implied in lists of mutually exclusive names of categories. It calls on coders to do what actually is most natural in human cognition, to compare what they read to what it most obviously resembles, what it could mean, and how one could describe it to others. Relying on examples calls on content analysts to choose those that are close to basic prototypes and omit distracting details as possible (or leave them for distinguishing among subordinate categories).

### 7.5.4 Decision Schemes

In a decision scheme, each recorded datum is regarded as the outcome of a predefined sequence of decisions. Decision schemes are uniformly reliable for four reasons.

First, it comes naturally to most people to organize complex judgments in terms of what has to be decided first, second, third, and so on. When coders take each of these steps with separate criteria in mind, criteria confusion is minimized.

Second, it is always difficult for coders to consider fairly large numbers of categories. As a rule of thumb, humans cannot keep the meanings of more than seven (plus or minus two) alternatives in mind simultaneously. Larger numbers encourage coding habits to form and allow preferences to develop. Following decision schemes can drastically reduce consideration of large numbers of alternatives to smaller numbers that coders can conceptualize and tackle sequentially.

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:30 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

Third, decision schemes can prevent unreliabilities due to categories that are defined on different levels of generality or that overlap in meaning. Schutz (1958) has demonstrated how the drawing of a decision tree can clarify the meanings of seemingly confusing categories used in a content analysis of comic strips: "United States," "Foreign," "Rural," "Urban," "Historical," and "Interstellar" (Spiegelman, Terwilliger, & Fearing, 1953a). He organized the categories in terms of dichotomous decisions (and added two logically helpful verbal designations, "Contemporary" and "Earth," to preserve the logic of these distinctions), which eliminated the confusion of logical levels:



Fourth, and finally, when recording involves several dimensions of judgments, decision schemes offer coders the opportunity to decide each separately.

Figure 7.1, which comes from Carletta et al.'s (1997) analysis of conversational moves, illustrates several of these advantages. As one can see, this decision tree has 12 terminal categories. If the analysts had attempted to write a definition for each—similar to, say, the above example from Mahl (1959)—the results would have been lengthy, confusing, and probably unreliable.

## 7.5.5 Magnitudes and Scales

When magnitudes and scales are used as recording media, coders are expected to conceptualize the meanings of texts as continua, as having more or less of something, as possessing a metric. Osgood, Suci, and Tannenbaum's (1957) widely used semantic differential scales serve as an example:

**Good**   :_____:_____:_____:_____:_____:_____:_____:   **Bad**

**Active**   :_____:_____:_____:_____:_____:_____:_____:   **Passive**

**Strong**   :_____:_____:_____:_____:_____:_____:_____:   **Weak**

Semantically, each scale is anchored by the common meanings of two opposing adjectives. The intermediate scale points remain undefined except for the suggestion of equal intervals between the named extremes. Coders are asked to conceptualize a recording unit according to the semantic dimension that these opposites share and to judge its proper place along this presupposed continuum.

Seven-point semantic differential scales are widely used in psychological research, where experimenters can control their subjects' responses. In this research, the above three scales—potency, activity, and evaluative—explain much of the variation in

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.



**FIGURE 7.1  ■  Categories for Coding Conversational Moves**

*Source:* Carletta, Jean; Isard, Amy; Isard, Stephen; Kowtko, Jacqueline; Doherty-Sneddon, Gwyneth; & Anderson, Anne. The reliability of a dialogue structure coding scheme. *Computational Linguistics*, 23: 1 (March, 1997), pp. 13–31. © 1997 by the Association for Computational Linguistics.

what scholars in psychology refer to as human affective cognition (Osgood, 1974a, 1974b; Osgood et al., 1957). In content analysis, however, such scales are somewhat problematic. Text is not always scalable. Legal procedures distinguish between *legal* and *illegal,* and between these there are no intermediate points. The polarity of *news* and *fiction* may not be unidimensional, as a scale with these two words as endpoints would imply. And if coders are instructed to mark the midpoint of a scale whenever they encounter something that is not codable along such semantic dimensions, uncodability comes to be confused with perfect balance.

Demanding the application of a scale that does not resonate with the phenomena to be recorded causes meaningless data, which are manifest in unreliabilities. In content analyses, semantic differential scales turn out to be unreliable mainly when information about the attributes to be recorded is absent or unclear. For example, in fictional narratives, characters become known only in the dimensions that are relevant to their roles in that narrative. Fictional characters may not have all the attributes of real people. Naturally, the less that is known about a character, and the more coders need to guess, the greater the

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

unreliability of a scale that requires coders to make choices among polar attributes. In 1964, Zillmann introduced a scale that avoids this difficulty, his "semantic aspect scale." It is a 7-point unipolar scale that ranges from zero, the absence of an attribute, to 6, the pervasive presence of that attribute. The use of such a scale is appropriate when attributes, qualities, or phenomena can be more or less, including absent—more or less significant to a character, more or less present in an assertion, or more or less frequent. The following is an example:

|  | Absent |  |  |  |  |  | Very much present |
|---|---|---|---|---|---|---|---|
| **Honesty:** | **0** | **1** | **2** | **3** | **4** | **5** | **6** |

### 7.5.6 Simulation of Hypothesis Testing

The recording devices discussed above rely on cognitive models of labeling, categorizing, deciding, and interpreting what is read within a framework of established natural language definitions. Simulation of hypothesis testing addresses a text's presuppositions, implications, and omissions over and above its explicit meanings. For example, if someone is presented as a Swede, we might assume several things about that person: There is a good chance that he or she is Protestant, understands other Scandinavian languages, has not fought in or experienced war, is blond, enjoys nature, and so on. These characteristics may not be mentioned, can be presupposed, and would not be surprising if found true. A subscriber to the *New York Times* most likely knows English, is old enough to be interested in what happens in society, has some political sophistication and cosmopolitan interests (the newspaper has no comics page!), and so on. These are presuppositions, things that "go without saying."

Television commentators on the speeches of political leaders, for example, are adept at revealing the speeches' implications, which might escape ordinary audience members' attention otherwise. The implications of a political speech are not only more interesting than what was said, they usually are the point of the speech. Of particular interest are omissions, what a politician should have said but did not, what was conveniently left out—for example, about contested issues such as abortion, women's rights, gay marriage, religious commitment, or the candidate's own less desirable history—that could cost the candidate reelection. Such omissions say a lot about the climate of political expectations and about how the candidate perceives the might of his or her community. One cannot count what is not there, but one can ask content analysts to address such implications of language use.

In pursuit of such implications, it would be impossible for content analysts to list all conceivable interpretations or omissions reliably, but it is quite feasible for them to ask coders the more limited question of whether a textual unit can be read as supporting or opposing a stated set of alternative propositions. These propositions function similarly to a set of hypotheses about what a text tells the coder, who records his or her judgment of *each* textual unit in categories such as these:

a. Affirmed

b. Implicitly affirmed by not denying the proposition when it would have been easy to do so (e.g., by not arguing against it or opposing alternative propositions)

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:30 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

c.   Neither affirmed nor denied—irrelevant

d.   Implicitly denied by not affirming the proposition when it would have been easy to do so (e.g., by not arguing in favor of it or talking about alternative propositions)

e.   Denied

In fact, answering such questions is the qualitative analogue of testing statistical hypotheses. It proceeds by verbal logic—the truth of each proposition is rejected by counterexample, by disproof, or by evidence in favor of the opposite—not by the frequency of confirming cases. Such a testing of mutually exclusive propositions (hypotheses) is nothing but a disciplined way of recording what ordinary readers do when reading, say, a detective story, weighing the evidence against each of a set of suspects. Back to the point, this cognitive device calls on coders to look for any evidence, within a specified context unit, for whether a recording unit speaks in favor of or against either of the stated hypotheses—for example, when scanning the literature for statements about the connection between smoking and lung cancer, the connection between oil consumption and global warming, the connection between hate talk and ethnic violence, the connection between the curbing of civil liberties and homeland security, or the attribution of guilt and innocence following a human-made disaster.

A classic example of the simulation of hypothesis testing is found as early as in Lasswell's (1965a) effort to detect foreign propaganda in domestic German broadcasts during World War II. Lasswell presumed that the Nazi elites pursued four basic propaganda aims, stated them in his terms, and asked his coders to judge whether radio news items, public pronouncements, and commentaries about events implicitly supported or undermined any one or more of these aims. Coders could thus record what was not explicit, insinuated, or implied, as long as it was relevant to the propositions. A hypothetical example of a beneficial use of this recording device would be an analysis aimed at inferring ethnic prejudices from writings by authors on entirely unrelated topics. For the past 50 years, authors have rarely expressed ethnic prejudices explicitly—in fact, hate talk is a crime in many U.S. states, so those who hold such prejudices are forced to express them indirectly or to hide them deliberately in their constructions.

Given the implicitness of much of ordinary writing, this underused recording strategy should appeal to psychotherapists, who must attempt to diagnose their patients' mental illnesses; to political analysts, who look for the public implications of campaign speeches; to public opinion researchers, who seek to understand the public perceptions of particular events; and to medical discourse analysts, who attempt to ascertain the cognitive models that underlie patients' accounts of their illnesses.

### 7.5.7 Simulation of Interviewing

Interviewing is a way to come to know other persons—their beliefs, attitudes, and expectations—and to understand the cognitive models that shape their worldviews. It is a common device used by journalists and public opinion researchers for information gathering. In practice, interviewing is limited to people who actually are available to answer questions, which excludes historical figures, people who do not have time to answer detailed questions, and people who prefer to hide behind their writing.

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:30 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

The simulation of interviews from available texts offers content analysts a means of obtaining answers to questions that they could conceivably have asked the authors of these texts, had the authors been accessible. When using this device, content analysts have coders start by familiarizing themselves with a particular author's writing, a book or article, which, having been written by one individual, would be the recording unit. Then coders go through the author's text a second time, this time looking for evidence from anywhere within it that would indicate how the author might feel about certain issues and how that author would be likely to answer the content analysts' questions.

A good example of the use of such a simulation is found in Klausner's (1968) content analysis of a stratified sample of 199 out of 666 child-rearing manuals published in the United States over a period of two centuries. The attitudes toward child rearing and conceptions of child-rearing practices of each of the manuals' authors were recorded in terms of sets of predefined answers to 80 questions. One of these questions and its possible answers was as follows:

Question 32:     **How does the book legitimate the authority of the parent in the parent's eyes? (The basis on which the author appeals to parent to attend the child)**

Answers:     **1**   Not discussed
             **2**   Legitimation assumed, but no specific basis given
             **3**   The parent has knowledge superior to the child
             **4**   The parent is morally superior to the child (appeal to sense of personal responsibility)
             **5**   The parent is a moral representative of the community
             **6**   The parent influences the child morally, intellectually whether or not he wills it and so has the responsibility for the consequences of his own acts
             **7**   Parent influences the child psychologically whether or not he wills it
             **8**   Other
             **0**   NA (question not applicable and does not deal with question)

Note that in this case, the recording unit is a whole manual. Each question amounts to one variable of multi-variable data language, and Question 32 has nine numerical values with the above-stated meanings. These meanings define unordered categories.

Like the simulation of hypothesis testing, the simulation of interviews relies on the coder's logical and interpretive abilities, but the simulation of interviews relies additionally on the coder's ability to assume an author's role and answer as the author would, given what that author wrote. Assuming the author's position is a cognitive device that literary scholars commonly use in their efforts to infer authors' intentions—what they had in mind—as well as what authors stood for, valued, justified, and hoped to accomplish.

Typically, the simulation of interviewing becomes unreliable when the writing is voluminous and the informative passages are scarce and therefore easily overlooked.

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:30 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

In such a situation, content analysts would be wise to use context units of sizes smaller than the whole work.

Interview simulations can be used in analyses of texts that were written long ago or by authors currently unavailable, ranging from foreign dignitaries to indicted criminals. Unlike real-life interviews, they can be repeated as often as needed. For the latter reason, content analysts may use such simulations because simulated "interviewees" are unaware of how they are being questioned and thus unable to speak to the analysts' intentions. Because content analysts can define the context of the analysis, they can place simulated interviewees in situations where they can answer embarrassing questions (Barton, 1968) with ease and without moral qualms.

### 7.5.8 Constructs for Closure

Experienced therapists often advise their students to discount what their patients say and to listen instead to what they omit. We have many metaphors for this epistemologically questionable but common practice: "reading between the lines," "detecting latent meanings," "hearing silences," and "discovering hidden motivations." Conspiracy theorists thrive on such metaphors, and the above-noted advice legitimates therapists' denial of their patients' stories. The well-studied phenomenon of "induced memories"—"filling gaps" in recollections—and the public demonization of slightly deviant groups both result from undisciplined interpretations of what is not said. Such practices may result in public consensus, but that consensus is usually highly unreliable. Under certain conditions, however, it is quite possible to "complete the picture" from what is said (to use still another metaphor) and specify in advance, and without devious intentions, the abstract organization of the whole that would enable content analysts to infer the missing parts, to obtain closure and accomplish this quite reliably.

One, perhaps procedurally less specific, example is found in George's (1959a) account of the U.S. Federal Communication Commission's inferences from domestic enemy broadcasts during World War II. In the course of their work, in fact during several war years, the analysts developed elaborate constructs that they believed explained why these broadcasts came into being and what perceptions and antecedent conditions had caused them. I discuss their approach in more detail in Chapter 10; here, it suffices to say that the analysts developed and used highly specific constructs of the network of the political and military players in Germany and generalizations regarding the Nazi elite's political and propaganda behavior that allowed the analysts to obtain military intelligence and to predict political changes in the Axis countries. George provides a good description of the analytical constructs that were developed in this situation and the cognitive processes the analysts employed to make rather specific recommendations that were not obvious in the domestic broadcasts. He suggests:

> The analyst's reasoning takes the form of filling in, or assigning a value to, each of the major unstable variables, which are not already known, and supporting this reconstruction both by generalizations and by logic-of-the-situation assessments. This type of inferential reasoning may be likened to an effort to reconstruct the missing pieces in a mosaic. Certain parts of the mosaic are given or readily assumed. Other pieces in the mosaic, however

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

(including the conditions which the analyst particularly wants to clarify), are missing. In effect, therefore, the analyst rehearses in his mind the different possible versions of each particular missing variable which he wants to infer, trying to decide which version is the most plausible, given the known value of the content variable and the known or postulated values of other antecedent conditions. (p. 61)

Another example of recording absences comes from Shneidman's (1966, 1969) effort to analyze suicide notes collected by a suicide prevention center in San Francisco. Shneidman started with the fair assumption that each individual is logically coherent relative to his or her own world constructions. Readers as well as the analysts know only the asserted premises and the conclusions that the writer draws from them. Shneidman calls the particular logic by which a person thinks and argues that person's *idio-logic.* Accordingly, writers are assumed to accept their own idio-logical conclusions, even when they are fallacious relative to standard textbook logic. Adopting this textbook logic as a construct, Shneidman asked his coders to focus on a suicide letter's manifest fallacies of reasoning and then identify all the unwritten propositions that the writer must have taken for granted in order for his or her conclusions to be coherent in terms of that textbook logic. In a second step, Shneidman inferred from the coders' list of hidden assumptions how someone would be able to communicate (reason) with the writer and enter his or her world—a *pedago-logic,* in Shneidman's terms.

Incidentally, the examples of logical fallacies, the idio-logical propositions that would seem to make these fallacies acceptable to the writer, as well as the pedago-logical recommendations in Shneidman's (1966) codebook are mostly drawn from political speeches. This is due to Shneidman's (1963) parallel interest in studying political communication, especially the worldviews inferable from the logical fallacies that national leaders find acceptable, to explain why leaders are prone to misunderstanding each other and what one could recommend to either side. Here, too, content analysts record and infer what omissions entail under the assumption of a very detailed framework that assures some reliability.

The foregoing discussion of strategies for operationalizing the semantics of a data language is by no means complete—I have presented only the major approaches here. Nor is it my intention to create the impression that the tools discussed are mutually exclusive alternatives. Content analysts can draw on any of these as well as others—as long as they rely on cognitive models that coders are familiar with and can learn to use. Familiarity and specificity have a chance to ensure the efficiency and reliability of recording.

## 7.6 RECORDS

The computational part of content analysis begins after recording is completed, with the records it has produced. Records are the most basic and explicit representations of the phenomena being analyzed. Records may come in many forms, from notations in the margins of written documents to tags entered into electronic text (Stone, Dunphy, Smith, & Ogilvie, 1966), binary data stored on optically readable microfilm (Janda, 1969), codes added to searchable images (Ekman & Friesen, 1968), and coding sheets modelled after interview schedules. Figure 7.2 shows the

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

most general form of a collection of records imaginable (but only imaginable); it depicts a huge spreadsheet of all recording units of the analyzed body of text by all the variables of the applicable data language, containing transcriptions, categories, or numbers in its cells.

**FIGURE 7.2  ■  Most General Structure of Data**



Designing records for a suitable storage medium—data sheets, coding forms, questionnaires, or excel files—requires much ingenuity on the part of the content analyst. Because the demands made on recording texts are so varied, it is impossible for anyone to suggest a standard or optimal form to be followed. A few recommendations may be made, however. The most general derives from the common practice of tabulating and enumerating recording units. To be countable, units must be described separately and in comparable terms, the categories of the same set of variables. It makes sense, therefore, for analysts to create records, one for each recording unit, that have the same organization of variables, into which coders enter the appropriate values. This is analogous to answering all applicable questions on an interview form. When records are organized in this way, a content analysis needs as many forms as there are units to be recorded, which may be many—hence the need for simplification.

The records of a content analysis—an array of descriptions in the form of alphabetical characters, check marks, or numbers—should contain three kinds of information: administrative information, information on the organization of the

records, and information on the phenomena represented in the records. The last of these is obvious; the first two are often overlooked.

### 7.6.1 Administrative Information

Administrative information guides the handling of data. It is impossible to overstate its importance in most research efforts. For example, data sheets can get out of order, and unless analysts can find out how those sheets were generated, they have no way to know what the data mean. Coders make clerical mistakes, do not record all required variables, and unless the records include information about who coded them and where to locate the recording unit that was coded, there may be no simple way to correct even simple oversights. Much too often, analysts lose valuable time when they find sets of completed forms in their possession and are unable to determine whether they came from a pretest, whether the data have been verified, entered into a computer, when, by whom, and so on. Electronic forms of data may become useless when they do not carry information on what they represent, who created them, when, and according to which coding instructions.

Typically, administrative information includes the following:

- The name of the content analysis *project* to which the data belong

- The *version of the recording instructions* (e.g., the first or second version) used to generate the record

- The *kind of texts* the record represents (e.g., a test sample or the main body of text)

- The *state of the record* (e.g., whether it has been completed, verified, entered into a computer, or otherwise processed), including information on what is still to be done with it

- The *identities of the coder* who created the record and *others* who checked or processed it

- The serial number of the recording unit or any way to get to it

- If multiple units are used, the names or numbers of the *recording units* the coded one *contains*

The first three pieces of information on this list are common to a larger set of recording units, and these may be preprinted on all data-entry forms used in a particular recording effort or head a data file. I discuss the final item on the list below. Complete administrative information is essential to efficient data management. When using electronic records, analysts may have fewer opportunities to mess them up, but they must ensure that their programmers have made provisions for recording the information listed above and conform to the requirements of the software to be used.

### 7.6.2 Information on the Organization of Records

One of the features that content analysts face, rarely found in other kinds of research, is the use of several levels of recording units that reflect the organization of the texts being analyzed. Cluster sampling, discussed in Chapter 6, section 6.2.5,

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except for fair uses permitted under U.S. or applicable copyright law.

may not be a mere convenience; it can generate nested recording units that need to be coped with. Consider the following example:

The newspapers coded

The issues of a newspaper coded

The articles in an issue of a newspaper coded

The paragraphs in an article in an issue of a newspaper coded

The propositions constituting a paragraph in an article in an issue of a newspaper coded

Similar hierarchies can be found in levels of discourse (e.g., language, meta-language, meta-meta-language), of scientific findings (e.g., hypotheses, theories, paradigms, and epistemologies), of geographical locations (e.g., cities, districts, states, countries continents), and of decisions made on different levels in social organizations. On each level, a different set of categories applies, and following their nesting, categories applied to higher level units implicitly apply the units they contain. In the above newspaper example, newspapers may be characterized by circulation figures, prestige, access to news services, and ownership. Issues may be coded by publication date, day of the week, and size. Articles may be distinguished in terms of kind, placement, length, and so forth, until one comes to words, even characters.

Not all multiple-unit content analyses produce such neat hierarchies of inclusion. Web page links and hypertext documents operationalize relationships of inclusion as well but allow recursions—that is, the possibility that one unit of text contains references to another, and another, and so forth, but also back to the text where one started. Such organizations are not hierarchical but heterarchical, or network like. When working with such multilevel data, analysts must keep track of whether and how the categories that are applied on one level of units relate to the categories applied to subordinate units or to units that can be reached from the former, directly or indirectly. There are essentially three ways to accomplish this:

- The analysts might keep a *master file*, a separate file that preserves *all connections among separately coded recording units,* whether these connections form hierarchies or heterarchies. The above newspaper example involves a hierarchy of inclusions, and the appropriate master file would tell the analysts where each recording unit belongs in relation to all others.

- The analysts might code *each recording unit* separately but include *references to all units in which each occurs* (where it can be reached from) and *references to all the units each contains* (the units that can be reached from it).

- The analysts might keep a *complete but redundant record* of all variables by all smallest recording units identified in the body of texts, similar to the data structure in Figure 7.2. Here, the category assignments of any one unit are duplicated for each unit it contains and hence are redundant in parts.

To cross-tabulate or correlate categories on different levels of description, such as the circulation figures of newspapers and favorable or unfavorable mentions of a

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:30 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

public personality, content analysts working with multilevel recording units need to connect the categories of (large in total number of recorded details and numerically few) newspapers included in the study and the (small and numerous) recording units asserting the evaluations of interest. Analysts using the first method above will have to consult the master file, those using the second may need to trace the connections from one recording unit to the next, and those using the third may want to ensure that frequencies of characteristics on one level are not confused or exaggerated the frequencies on another.

### 7.6.3 Substantive Information About the Phenomena of Interest

Generating analyzable data is, of course, the raison d'être of the recording process. Whatever the device, coders must be able to record information with ease, verify instantaneously what they have entered, and correct their mistakes. Each medium for recording data has its own properties and makes special demands on human coders. Optical scanners call for the use of pencils of a particular kind, otherwise some uncertainty may arise about the intended meanings of the marks. A long time ago, the accuracy of punch cards was difficult to verify without another mechanical reader. Spreadsheets offer convenient overviews of whole data arrays, but they often make it difficult for analysts to connect cell contents to recording units and available categories. Although software is available that allow coders to generate electronic data files on the fly—during telephone interviews or while watching television, for example—such tools must be carefully designed so that they interface easily with coders, minimize mistakes, and provide ample feedback for verification, much as traditional paper data sheets do. Qualitative data analysis software, Atlas.ti, NVivo, and MAXQDA, for example, tends to preserve the relationship of codes and segments of text coded but makes it not easy to move to formal analyses of the records it provides.

Most Americans are familiar with the conventions of filling out questionnaires and comfortable with using a mouse to point and click on a computer screen. Analysts have to rely on coders' competencies in the chosen recording medium. The more natural a recording medium is to coders, the fewer clerical errors occur.

The above outlined several proven approaches to defining the semantics of a data language. I want to conclude this chapter by pointing out some easily avoidable errors that content analysts make when designing the instruments that coders use to record what they are observing, reading, categorizing, judging, or scaling.

One frequent source of errors is the overuse of numbers. Numbers are short and concise; but when they are used for everything, they can become confusing. Content analysts tend to number their categories, their variables, their coders, the units to be recorded, the pages of instructions, where the numbered values of numbered variables are defined, and so on. In most cases, the designers of content analysis instructions could specify the required organization of data by using descriptive words instead of numbers whose meanings must be learned, by using typographical or spatial arrangements instead of paragraphs of prose, or even by using icons, which may cause less confusion than numbers.

A second source of errors is the inconsistent use of category names or numbers across different variables. For example, when the default category of "not applicable"

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form except fair uses permitted under U.S. or applicable copyright law.

or "other" is coded "0" for one variable and "9" or "99" for another, confusion is bound to arise. The same is true when analysts use the same words but with different intended meanings in different variables. Explicitly defined differences across variables are easily forgotten.

A third source of errors is the adding of comments to records. This is one reason various qualitative software packages allow users to highlight text, assign codes, and cut and paste text rather than rewriting pertinent text. These features significantly reduce the chance of using synonyms and even spelling errors, which cause spurious differences to emerge during subsequent analyses.

A fourth source of errors is poor design of the presentation of options on the recording medium. In widely used graphic computer interfaces, users are asked either to check "boxes" on or off, click on alternative "radio buttons," to select options, or copy and paste segments to defined areas. These are logically different operations. And whereas a computer interface can be designed to force users to comply with a designer's intentions—for example, by disabling unavailable options—paper instruments are not so intelligent. Nevertheless, the designer of a recording medium can do much to discourage coders from recording data incorrectly and thus avoid unreliability and polluting the data with illegitimate values. Consider the following three ways of recording the outcome of an interpersonal interaction:

| Enter the appropriate number | Encircle one only | Check ☑ as many as applicable |
|---|---|---|
| ☐ **0** - favorable to neither<br>   **1** - favorable to recipient<br>   **2** - favorable to initiator<br>   **3** - favorable to both | *favorable to* **neither**<br>**recipient only**<br>**initiator only**<br>**both** | ☐ favorable to recipient<br>☐ favorable to initiator |

Although these three alternatives record the same information, in effect, they differ in the kinds of errors they invite. In the version on the left, the coder is asked to enter one of four numbers in a box. There is nothing to prevent a coder from writing a number larger than 3 in that box, which would be undefined, regardless of what the coder had in mind, and cause subsequent analytical confusion. Leaving the box blank is not a legitimate option either, although it might make sense to a coder who found nothing favorable to record. This version is also sensitive to bad handwriting. Finally, it is not uncommon for coders to confuse category numbers with, for example, coder ID numbers, unit numbers, variable numbers, or scale points, as mentioned above. The middle version is designed to prevent the latter confusion, but it does nothing to discourage the coder from circling more than one option, circling two equally imperfect alternatives, or failing to circle the category "neither" when none is evident. The version on the right resists illegitimate entries altogether, but this solution is limited to binary distinctions—to being checked or not checked, present or absent, yet favorability could be a scale with more or less, a property not afforded by either alternative. Checking or not checking a box is a simple, unambiguous alternative. Analysts can reduce recording errors by phrasing the recording options so that they require a minimum of writing; the best way to do this is to provide a list of appropriate alternatives and instruct coders to "check all that apply"—not burdening

the coders with the information that each then becomes a binary variable on its own (see Chapter 8).

The most common source of coding errors is evident when the recording instructions are not well spelled out, especially when the values of a variable are not clearly distinguished, and coders need to consult, even puzzle over the meanings of, the instructions and possibly come to conclusions not shared with other coders. One extreme solution for this kind of problem is to merge the recording instructions with the recording medium, so that the recording medium is similar to a questionnaire in survey research. The high level of consistency this could ensure, however, is counterbalanced by the fact that using such a medium can be tedious. Having to reread a lengthy recording instruction for each recording unit can be time consuming and becomes excessive when recording units are small and numerous (e.g., words, frames of videotape, seconds of verbal interaction)—even when recording instructions are reproduced electronically and choices are indicated on a computer screen. The other extreme of overloading coders with duplicate instructions is when coders are given a spreadsheet—a large grid of recording units by variables, as in Figure 7.2—to be completed according to separately provided instructions. This invites a host of confusions; for instance, while consulting the instruction manual to resolve indecision, coders may lose track of which row they are coding or may enter the categories (numbers) for one variable into the cells of another. In addition, most of these kinds of errors are difficult to detect. The following recommendations chart a middle course between these two extremes:

- At each data entry point, the designer of coding instructions should present the coders with adequate verbal descriptions of each variable and the list of its mutually exclusive options. In an instructive report excerpted in *The Content Analysis Reader* (Krippendorff & Bock, 2009, Chapter 4.1), MacQueen, McLellan, Kay, and Milstein (1998) suggest that each coding category (or scale value) of a codebook should specify the following:
  - The marker (code) that actually is recorded
  - A brief definition
  - A full definition
  - When to apply that marker
  - When not to apply that marker
  - Examples

- In situations in which the choices coders are asked to make are deemed obvious, such elaborate instructions should remain hidden but be immediately available when uncertainties need to be resolved. This assures coders work efficiently and make use of the competencies they inevitably acquire in the process.

- The designer of coding instructions should supply coders with a well-defined set of alternatives to choose from—in computer applications, pull-down menus, for example, or a row of bull's-eyes. Ambiguities—that is, the possibility that coders may mark something between two alternatives—should be prevented. Ideally, coders should not need to write anything.

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:30 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052

Copyright © 2019. SAGE Publications, Inc. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

Asking coders to enter numerical or alphabetical characters into openings is common but problematic, especially when these characters have no intrinsic relation to the phenomena to be recorded. Having coders check well-labeled boxes may avoid the need to teach them the meanings of written markers or characters.

- Where possible, the designer of coding instructions should create visual analogues (mappings) to the phenomena to be recorded, showing the relationship between the way the analyzed text is organized and the way the recording medium is laid out. For example, when recording the spatial locations of articles on the front pages of newspapers, it should not be difficult to visualize the locations of interest (above or below the center fold, in the center, or on the side). When recording interactions in small groups, it is relatively easy to graph the networks among members and allow coders to pick who says what to whom. Or when sentences are parsed into actor-action-target-effect statements (see Chapter 8, section 8.3), the semantic conventions for such statements should be preserved in the visualization of a coding structure for these statements.

- The general rule is to remove as many unrelated or clerical complications as possible from the work coders are asked to do without making it difficult to reexamine the data they generate.

The availability of computer software that presents coders with choices and instructions of optional depth enables content analysis designers to take advantage of creating digital records directly. Coding software is being developed that will enable analysts to check reliability on the fly and make content analysis data immediately available.

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 2/22/2023 3:30 PM via DEPARTMENT OF JUSTICE
AN: 3362022 ; Klaus Krippendorff.; Content Analysis : An Introduction to Its Methodology
Account: s2691052