# Exhibit J

# Measuring Social Values: A Content Analysis of Sunday Comics and Underground Comix

SUSAN SPIGGLE*

This research seeks to document the social distribution of materialism as a value in American society by content-analyzing character and commercial symbols in Sunday comic strips and underground comix books. Unexpectedly, underground comix showed more concern with and more positive portrayal of materialism and more endorsement of wealth and material comfort as goals. The findings indicate the pervasiveness of a consumer culture in the mid-twentieth century and suggest that the baby boom generation, reared in material abundance, may be unabashedly materialistic. Content analysis of media such as comic art is advocated as a technique for measuring the distribution of social values of concern to consumer researchers.

Consumer researchers view values—widely shared, general guidelines for action—as one of the driving forces in product and brand choices and other consumption behaviors (Gutman 1982; Henry 1976; Nicosia and Mayer 1976; Vinson, Scott, and Lamont 1977). Their pivotal role in consumption choice suggests the importance of conceptualizing and measuring values at the macro level to discover how they are aggregated and distributed across time and social space.

This research compares the values of mainstream American society and the counterculture. Values are measured across time by a content analysis comparing Sunday comics to underground comix—a specialized comic art form directed to a relatively small audience of approximately 100,000 individuals (Kennedy 1982). The goals, means, and activities of characters and the presentation of consumer products and retail establishments are content-analyzed for Sunday strips and undergrounds in 1971–1972 and 1981–1982.

The analysis of *character content* extends Kassarjian's research (1983) on social values in Sunday comics. Hypotheses that social values expressed in underground comix differ from those in Sunday comics are tested. The analysis of *commercial symbols* extends Friedman's work (1985a) assessing the extent to which Americans are becoming more materialistic. Following Friedman, hypotheses about materialism are tested by analyzing the frequency and presentation of brand and product symbols.

The research reported here differs from that of Kassarjian and Friedman because it considers the context for both commercial and character symbols. Character context is defined by considering character types—heroes and villains. Commercial context is defined by how products are embedded in comic panels and how characters and artists are oriented toward them. This modification permits differentiation between endorsement and criticism of given values. Mere enumeration of symbols as reflectors of values in media may measure social interest or concern with values, but does not measure whether the values are embraced with a positive or negative valence.

This study is a preliminary investigation designed to assess the efficacy of content analysis of comics as a technique for measuring social values. It further attempts to determine if there are substantial differences between the values of mainstream society and those of the counterculture as reflected in popular culture products directed at mass versus specialized audiences.

## BACKGROUND

While acknowledging that values are collectively held, past consumer research has focused largely on values at the micro level—that is, personally held, general or consumption-specific values that drive individual choice behavior (Gutman 1982; Vinson et al. 1977). Studying values at the macro level and using content analysis, consumer researchers have recently attempted to map the social and temporal distribution of values by comparing values across time in the U.S. (Belk and Pollay 1985a; Friedman 1985a; Friedman 1985b; Pollay 1983), and values in the U.S. versus Japan over a

*Susan Spiggle is Assistant Professor, Department of Marketing, The University of Connecticut, Storrs, CT 06268. The author wishes to acknowledge the helpful comments of three anonymous reviewers.

20-year period (Belk and Pollay forthcoming). A neglected macro-level concern is the extent to which given values are collectively held in a society. How widely distributed values are at the societal level remains a conceptual and empirical problem (cf., Nicosia and Mayer 1976).

Consumer behavior texts typically enumerate a set of core values as characteristic of American culture that shapes consumption patterns by providing positive or negative valences toward products and marketing actions (Assael 1984; Cohen 1981; Engel and Blackwell 1982; Loudon and Della Bitta 1984; Runyon 1980; Schiffman and Kanuk 1978). Although the value lists vary, materialism is noted as a core value in all of these texts, which, by the way, neither give rationales for their selection of core values nor suggest how widely distributed these "American" values are. This research considers the distribution of core values by defining a value profile of the dominant culture and comparing this to a value profile of a subcultural group, the counterculture—the Hippies, Yippies, and others associated with the student protest movement of the 1960s and early 1970s. They articulated an ideology, expressed in manifestoes and in an alternative press (Kando 1975), which explicitly rejected the mainstream values of their parents (Levin and Spates 1971). Counterculture adherents at the height of the social movement's activities can thus be expected to have a different value profile from that of contemporary, mainstream culture.

While cultural values are relatively stable over time, social systems and individuals undergo value transformations. Analysts have suggested that the dominant culture has incorporated countercultural themes, styles, and norms (Braden 1970; Musgrove 1974; Reich 1970) and that the counterculture has gravitated toward mainstream values through commercialization and cooptation (Kando 1975). Over time, then, the value profiles of the core culture and the counterculture can be expected to become less distinct, each moving in the direction of the other.

This study constructs value profiles for mainstream American culture and the counterculture at two points in time through a content analysis of comic art forms consumed by each of these groups. Content analysis, based on systematic analysis of communications content (Kassarjian 1977), attempts to infer values from themes and symbols of human communications. The social distribution and content of comic art render it a potentially rich data source for studying social values. Comic art includes newspaper comic strips and numerous specialized comic worlds (see, for example, DeMott 1984).

Newspaper strips are a mass culture product with a large and diverse audience. A recent national survey conducted by Simmons Market Research found that 77 percent of the over 141.4 million American adults who read newspapers read the comic section—45 percent on a daily basis. Forty-eight percent of the readers are men and 52 percent are women (Study Finds 1984). The audience for comic strips as a whole is a mass audience, while individual strips have more or less mass appeal. Berger (1972) notes that comic strips, a "distinctly American idiom," are one of the few cultural products cutting across class, ethnic group, age, and regional distinctions.

The counterculture created and supported a specialized comic world—underground comix. In the absence of research about the audience for comix, Kando argues that it is coincident with the Hippies, and states (1975, p. 173):

> Those who read comix (as opposed to traditional comic books) and underground newspapers are likely to be overwhelmingly young (under 30), white, middle class in origin, urban, nonreligious or following an esoteric sectarian movement, fairly well educated, and possibly attending college.

At a 1979 comix convention in San Diego a comix artist offered that the audience for underground comix was "white, college educated, 20-30 years old, with a little bit of disposable income, and unconventional values" (U.G. Comix Panel 1980). While no research evidence supports the conclusion that the comix audience is largely male, a comix collector acquaintance has this impression, and an interview with one of the few female comix artists indicates her perception that the audience is largely male (Lanyi 1979). The comix audience appears to be small and homogeneous in age and education and probably has a higher proportion of males than does the general population.

Thus, comic art is one of the few forms of communication that has a mass as well as a specialized audience. In addition, the comic art form provides useful stimuli for content analysis. Kasen (1980) notes that the comic strip format provides visual and verbal data for analysis as well as both a story line and character development. Paymans (1976) points out that the symbols of comics are drawn from normal, everyday life and that comics do not so much mirror reality as reflect its idealization. A similar point is made by Dorfman and Mattlelart (1975), whose study of Donald Duck comic books suggests the efficacy of content analysis of comic art for uncovering underlying values and ideology.

## UNDERGROUND COMIX[1]

The history, content, market, and production and distribution system of underground comix suggest their utility as an indicator of the values of a distinct subcultural group. Underground comix were first published as strips in the underground press in the mid-1960s. As an alternative medium centered on college campuses

---

[1]Hereafter, comics refers to comic strips in Sunday newspapers and comix refers to underground comix books.

providing a vehicle for artistic and journalistic freedom not possible in the above-ground press, the underground press advocated opposition to the war in Vietnam and the capitalist economy supporting it, sexual freedom and alternative life styles, drug use, support for oppressed minorities and women, and distrust of established political institutions.

By 1966, *East Village Other*—which had carried the first comix strip—along with the *Berkeley Barb*, the *Los Angeles Free Press*, Detroit's *Fifth Estate*, and Michigan's *Paper*, formed the nucleus of the Underground Press Syndicate whose member publications participated in a free exchange of features of which comix strips were a mainstay (Daniels 1971). The first underground comix in book form, *ZAP #1*, was privately printed and sold on San Francisco streets in 1968. After this debut, comix artists who had published strips in the underground press produced comix books printed and distributed through alternative channels—head shops, alternative book and record stores, street vendors, and other retailers who marketed countercultural products. Comix were not then accessible to the general public. However, in a late 1970s issue of *Playboy*, Brackman introduced the public to comix, whose content he described as "obscene, anarchistic, sophomoric, subversive, apocalyptic . . . attack(ing) all that middle America holds dear" (1970, p. 195). The following January, CBS's *Sixty Minutes* did a segment on the underground press in which brief coverage of comix strips was given (Abel 1971).

Comix artists were integral to the development of the comix business.[2] They had typically drawn comic art since childhood and drew for college humor magazines, the rock poster industry, and fanzines (Abel 1971; Buhle 1972; Daniels 1971; Kennedy 1982). A common influence and prototype for the underground format was *Mad Magazine*, whose satire, irreverence, and densely drawn panels are found in much underground comic art (Kando 1975; Pekar 1971).

The industry experienced a boom from 1970 to 1972, with seven major publishers—Rip-off Press, Print Mint, Kitchen Sink Enterprises, Last Gasp Econ-Funnies, Apex, Company and Sons, and the San Francisco Comic Book Company (Kennedy 1982)—and a host of lesser ones. Economic and cultural factors produced a severe slump in 1973 followed by a restructuring in 1974, after which comix subject matter became more diverse and the industry more fragmented.

Distribution channels for comix today include specialty stores, direct mail by publishers, and specialized mail distributors (Brackman 1970; Kennedy 1982; Sanders 1975). The typical print run is 10,000 to 15,000 as opposed to 200,000 for above ground comic books (Kennedy 1982). The specialized marketing of comix limits their distribution to those with knowledge of the channels—individuals with varying degrees of involvement with the counterculture. The production and distribution network is simple and relatively inexpensive compared to that of newspaper strips or above-ground comic books. There is neither a large-scale, structured division of labor or syndication system nor a Comics Code or editorial policy that constrains artistic freedom (Kennedy 1982). The unfettered freedom of artists results in the frequent incorporation of obscenities, irreverence, bizarreness, violence, and explicit sexuality in underground comix.

## VALUE ORIENTATIONS

The antiestablishment values espoused by countercultural ideology and the political activities of its adherents suggest that the images of social reality and the values embraced can be expected to differ between comics and comix, reflecting their different creators and audiences. The counterculture's critique of the dominant society centered around materialism: the pursuit of wealth and material well-being as personal goals, the use of material objects as sources of identity, and an economy geared toward the production of "unneeded" consumer goods whose sales require the manipulative commercial messages of advertising (Flacks 1970; Howard 1969; Mankoff and Flacks 1971; Roszak 1969). The counterculture's critique of materialism is, then, multifaceted, as are the conceptual and operational definitions of materialism employed by consumer researchers. They have variously treated materialism as a *set of personal traits* (Belk 1983, 1984), *a set of behaviors* (Belk 1982), *a set of attitudes and lifestyles* (Daun 1983), *a set of values* reflected in language (Friedman 1985a), and following Csikszentmihalyi and Rochberg-Halton (1978), as *orientations toward objects* (Belk and Pollay 1985a, 1985b).

In comic art, characters and material objects are stimulus objects that can be used to assess the concern with and endorsement of materialism. The portrayal of characters can reflect concern with acquiring and using products versus other activities such as working or recreating. The portrayal of heroes' goals vis-a-vis those of villains (material comfort and wealth versus other goals) can indicate endorsement of materialism as opposed to other values.

The integration, pervasiveness, and presentation of material objects in the strip and characters' relationships to them represent concern with commercial and noncommercial materialism. Asking whether Americans are becoming more materialistic, Friedman (1985a) content-analyzed commercial symbols in popular-culture products. He used the relative frequency with which

---

[2] The most well-known artists—R. Crumb, S. Clay Wilson, Spain Rodriquez, Gilbert Sheldon, Jay Lynch, Skip Williamson, and Kim Deitch produced comix with such titles as *Bijou Funnies, Yellow Dog, Fabulous Furry Freak Brother, Fritz the Cat, Trashman, Feds n' Heads, Snatch,* and *Wonder Wart Hog.*

brands were mentioned and the variety of brand names in popular-culture products as an indicator of *commercial materialism*—materialism shaped by advertising and corporate communications. He measured *noncommercial materialism* by the relative frequency with which generic products were mentioned, viewing it as a more general concern with the acquisition and use of products. The importance of the conceptual distinction between these two types of materialism is indicated by the stability of the latter measure since World War II versus the significant increase of the former.

Products and brands appear in both comics and comix as objects that characters talk about, purchase, and consume. They are also found as background items to which characters have no relation. Thus, comic art is an additional popular-culture medium through which to investigate commercial and noncommercial materialism, as represented by relative frequencies of (1) commercial products and brands, and (2) materialism as a value that shapes personal goals, activities, and relationships to objects across time and across different social groups.

## HYPOTHESES OF MEDIA EFFECTS

### Character Content

The radical ideology of the counterculture—distrust of established power and authority; rejection of authoritarian control, commercialism, and materialism; commitment to justice and freedom and spiritual, affiliative, and self-expressive pursuits—suggests that the values expressed in comix will differ from those in comics. A content analysis (Levin and Spates 1971) of articles in the underground press 1967–1968 and those in *Readers Digest* using White's Value Catalogue (White 1951) found two major value themes differentiating the two media. Articles in the *Digest* disproportionately emphasized individual achievement value themes of economic success, power, status, and property ownership, while those in the underground disproportionately emphasized self-expressive themes including humor, play, fun, relaxation, art, and beauty. The underground press explicitly rejected the rationalistic, instrumental, deferred gratification of the Protestant ethic in favor of immediate gratification, expressiveness, and sociality. Therefore, the heroes and sympathetic characters versus the villains and neutral characters in Sunday comics are expected to pursue goals and means that differ from those of the corresponding comix characters.

H1: A larger proportion of comics heroes pursue wealth, material comfort, and power-status goals than do comix heroes, and a smaller proportion of comics heroes than comix heroes pursue justice and group success, romantic love, freedom, enlightenment, and recreational goals.

H2: A larger proportion of comics heroes use industry and established authority as means to pursue goals than do comix heroes.

H3: (a) A smaller proportion of comics villains and neutral characters than comix villains and neutral characters pursue wealth and power-status goals.

(b) A smaller proportion of comics villains and neutral characters than comix villains and neutral characters use established authority in pursuing their goals.

The anti-work, pro-student, and pro-leisure orientation of countercultural ideology suggests that comix characters will be represented in fewer work roles and in more involving recreation and visiting. Because of the counterculture's critique of commercialism and commodities as sources of meaning and identity, comix characters are expected to be found more frequently in marketing activities—those of buying and selling—and consumption roles in humorous strips and strips wherein social criticism characterizes the artist's intent.

H4: In all strips and stories a larger proportion of comics characters are working on a job and in the home than are comix characters, a larger proportion of whom are engaging in recreation and visiting.

H5: (a) In humorous strips and stories a smaller proportion of comics characters than comix characters are found in marketing and consumption activities and roles.

(b) In critical strips and stories a smaller proportion of comics characters than comix characters are found in marketing and consumption activities and roles.

### Commercial Content

The counterculture's critique of materialism, commercialism, and consumer products leads to an expectation that comix will not only show a greater relative frequency of product and brands than comics, but will present them differently. Based on the assumption that countercultural values are anti-commercial and anti-Madison Avenue, comix are expected to contain a higher proportion of branded commercial symbols than of generic, unbranded, or unnamed commercial symbols for products and stores. Further, because countercultural ideology strongly embraces the value of freedom of personal expression and because the alternative press is not self-censored or censored by an external agent, real brands and stores in comix should be more evident than fictitious ones and should be more likely to be satirically disguised—their symbols still recognizable, but altered in humorous ways.

H6: The proportion of products, brands, and retail establishments to all coded stimuli (characters, products, brands, and retail establishments) in the panels is smaller for comics than for comix.

H7: The proportion of branded products and stores with names to all commercial symbols and the proportion of real brands and stores to all branded products and stores is smaller in comics than in comix. Further, a smaller proportion of real brands and real stores is satirically disguised in comics than in comix.

The critique of materialism suggests that products and brands are likely to be differently integrated into the panels of comic strips and differently related to the actions of characters. A characteristic of comix derived from their *Mad Magazine* heritage is the use of eyeball kicks: "humorous effects jammed into the panel in some way or another which are ostensibly secondary to the action of the main characters" (Pekar 1971, p. 240). Comics are expected to integrate products and stores as routine objects of consumption or patronage by characters. On the other hand, comix are expected to display products and stores as side features not directly related to the main action of characters, but evident as objects of interest to the artist and careful reader. Commercial symbols are expected, then, to be objects with which the artist plays—in fun, in jest, or in critique.

H8: Comics contain a larger proportion of products being consumed and stores being patronized by characters and a smaller proportion of products and stores as background features than do comix.

Finally, the counterculture's critique of materialism as a value suggests that artists' presentations and character's orientations are expected to be more negative toward products and brands in comix.

H9: A smaller proportion of artists' and characters' orientations toward products and stores are negative in comics than in comix.

## HYPOTHESES OF TIME EFFECTS

It is expected that the content of comics and comix will become more similar over time. Therefore, no specific main effects of time are hypothesized. Rather, to the extent that certain countercultural themes have diffused into mainstream culture, and to the extent that countercultural businesses that have survived have been forced to adapt to the economic, political, and social realities of the dominant society, it is expected that the values purveyed in comix will become more similar to those in comics over the period of time studied. Such new comic strips in the 1981-1982 period as *Bloom County* and *Doonesbury* are less restrained, more satirical comics involving social critique that are more akin to undergrounds than to any comics from the 1971-1972 period. Thus it is hypothesized that interaction effects will be found in both character and commercial content in the direction of decreasing differences between comics and comix over time.

H10: A majority of the hypothesized content differences between comics and comix will show significant interaction effects in the direction of decreasing differences.

## METHODS

### The Sample

The data for the following analysis of values in underground comix versus Sunday comics are drawn from a systematic content analysis of a sample of comix and a sample of comics from two periods: 1971-1972 and 1981-1982.

*Comix*. The comix sample was drawn from a private comix collection that contains 79 percent (154 of 194) of the titles listed in *The Illustrated Checklist to Underground Comix* (Weiner 1979) for 1971-1972, 74 percent (154 of 208) of the titles listed in *The Official Underground and New Wave Comix Price Guide* (1983) for 1971-1972, and 36 percent (26 of 73) of the titles in the latter book for 1981-1982. The potential for a sampling bias appears in the considerably smaller proportion of titles in the collection for the latter period resulting from the fragmentation and greater diversity of the comix world in 1981-1982. However, because the collection contains all titles from the major publishers in both time periods, this potential limitation does not appear to be too serious.

The periods 1981-1982 and 1971-1972 were chosen because they represent different stages in the product life cycle of comix. Comix have been published for only 17 years. The period 1981-1982 was the most recent two-year period for which the collection was complete at the time the data were gathered. The period 1971-1972 represents the growth stage of comix, provides a decade interval between periods, and represents the height of the counterculture years.

Every strip in each comix book was assigned a number from 1 on up to the number of strips in each period. There were 1542 strips in the 1971-1972 books and 296 strips in the 1981-1982 books. Fifty-five of these strips were then sampled at random from each period.

*Comics*. A sample of Sunday comics was chosen for the same sets of years from the *Washington Post*. Clearly readable microfilms were readily available for the *Post*, which contained the largest number of syndicated strips of any major paper—76 in the 1971-1972 period and 74 in the 1981-1982 period. While the *Post*'s readership may not be representative of mainstream America, its

**EXHIBIT**

CODING DEFINITIONS FOR CONTENT CATEGORIES

| Content categories | Coding definitions |
|---|---|
| | **Strip as a whole** |
| Artist's Intent | 1. Laughter–to arouse laughter or humor<br>2. Adventure–to arouse excitement or non-humorous interest<br>3. Humorous social critique–to poke fun at, satirize, or mock social reality in a humorous manner<br>4. Embittered critique–to critique social reality in a serious and nonhumorous manner[a]<br>5. Slice of life–to portray social reality in a serious and noncritical manner[a]<br>6. Cannot tell |
| | **Character content** |
| Sympathy | 1. Character is likeable; a good guy<br>2. Character has negative expectation; villain; thwarts efforts of hero or friend; a bad guy<br>3. Do not know |
| Characters' setting or role[b] | 1. Working on a job (other than marketing activity)<br>2. Shopping, buying, selling, or other marketing activity (such as dealing with products)<br>3. Working in the home, kitchen, or workshop; gardening; cleaning<br>4. Consumption activities (primary activity involves consuming products, goods, services)<br>5. Recreational or leisure role<br>6. Other |
| Characters' goals[b,c] | 1. Power-status–dominance in interpersonal relations; self-advancement in social status<br>2. Wealth–accumulation of money, land, property, luxury items<br>3. Freedom–escape from authority; personal independence<br>4. Romantic love–tender and passionate affection for and from person of opposite sex<br>5. Justice–maintenance and administration of law; apprehension of law breakers; rectification of wrongs<br>6. Group success–protection or enhancement of family or group welfare; prestige; may be ethnic or sports success, or family success and status, for example<br>7. Recreation–play, diversion, visiting, sports<br>8. Enlightenment–science, wisdom, knowledge for its own sake; beauty, art, music for its own sake<br>9. Material comfort–pursuit of comfort and indulgence through consumption of products[a]<br>10. Other |
| Characters' means[b,c] | 1. Industry–diligence; planning doggedness; determination<br>2. Authority–legal or rightful power; a right to command or act as a result of public prestige or cultural role<br>3. Other |
| | **Commercial content** |
| Product or retail identification | 1. Real brand or store–an actual, recognizable brand or store name or symbol; e.g., Coke, K-Mart, golden arches<br>2. Fictitious–product or store labelled with a nonrecognizable brand name; e.g., Toad Beer, Art's Drug Store<br>3. Satirically disguised–a recognizable brand or store name or symbol which has been altered in humorous manner; e.g., Choke, Drugs-R-Us<br>4. Product name–product labelled with generic name; e.g., soda, bank<br>5. Cannot tell |
| Product or retail importance[c] | 1. Background object–product not being consumed, talked about, or otherwise attended by characters; e.g., on shelf in store, around setting, billboard sign; store that characters do not patronize, enter, talk about or otherwise focus attention on; e.g., part of urban landscape; may be prominent or not easily noticed<br>2. Characters consuming product or patronizing store–characters consuming or using product with or without directing attention to it; characters in, going to, entering, leaving, or returning from store<br>3. Other |
| Characters' orientation toward product or store[c] | 1. Negative–Indicated by explicit statements or nonverbal expressions; frowns, expletives; derogation; expressions of dissatisfaction<br>2. Other |
| Artist's presentation of product or retail establishment[c] | 1. Negative–Indicated by satirical treatment; satirically disguised labels with negative connotation; juxtaposition with other negative symbols and objects<br>2. Other |

[a] Indicates a category that was added to Kassarjian's scheme (1984).
[b] Code primary and secondary category, if appropriate.
[c] Other categories were coded for this variable, but were not included in this analysis.

strips represent the best single sample of mass-circulated comic strips. Following the method used by Kassarjian (1983), a three-week period was chosen randomly from each year (February 21, February 28, and March 7, 1971; January 2, January 9, and January 16, 1972; October 11, October 18, and October 25, 1981; and August 22, August 29, and September 5, 1982). A random subsample of 55 strips (for three consecutive weeks) from each of the two-year periods was then selected for analysis in order to create a balanced design with 55 strips in each time period from each medium.[3]

## Content Categories and Coding

The data collection on characters employed Kassarjian's (1984) coding categories for character's sympathy, roles, means, and goals along with artists' intent, adding several categories to the latter two (see Exhibit). The analysis of commercial symbols was based on a coding scheme constructed expressly for the analysis. Content categories were developed for products and retail establishments identifiable by a decipherable linguistic symbol.[4] The categories included: (1) whether the products (or retail establishments) are real, fictitious, satirically disguised, or generic and whether they are shown as the focus of attention of characters, as being consumed (or patronized), or as background items not related to characters; (2) whether characters display positive, negative, or neutral attitudes toward them; and (3) whether they are presented by the artist in a positive, negative, or neutral manner.[5]

The data collection was conducted by the author and an independent judge (a sociologist). Each judge independently read and coded every strip for its character content, commercial content, and strip-as-a-whole variables. The commercial coding scheme was developed and pretested on strips not included in the sample. It was discussed and modified until coders reached a 90 percent level of agreement in their independent coding assignments. The scheme was then used to analyze brand symbols and retail establishments in the 220 sampled strips.

## Coding Reliability Rates

Two hundred and fifty-seven products and 137 retail establishments were identified, and for purposes of this analysis, 1920 separate judgments were made on them. The coders disagreed on 154 of those judgments for an overall intercoder reliability rate of 92 percent for commercial content. The disagreements were spread approximately evenly across coding categories. One thousand and seventy-four characters were enumerated, on which 7518 judgments were made for this analysis. Disagreements occurred on 902 of those for an overall intercoder reliability rate of 88 percent on character content. The disagreements were spread approximately equally across coding categories and were resolved by both coders' agreement.

## Analysis

The hypotheses were tested by comparing percentage distributions between comics and comix and between those in the 1971–1972 and 1981–1982 periods using difference of proportions tests. Differences between media were tested with one-tailed tests, and differences over time[6] were tested with two-tailed tests. Interaction effects were tested by one-tailed difference of proportions tests, using the most conservative formula (Blalock 1972).

# RESULTS

## Main Media Effects: Character Content

Table 1 presents a summary of the results of the tests for main media effects on character content. Fifteen of the 20 hypothesized differences in the goals, means, and roles of characters in comics versus comix were not upheld. Five character content categories were significantly different between comix and comics and in the expected direction. Fewer comics heroes pursue freedom and enlightenment goals (3.5 percent to 7.4 percent and 5.7 percent to 12.5 percent) and more use industry as a means (34.6 percent to 26.7 percent), fewer comics villains pursue power status goals (12.7 percent to 20.7 percent), and more comics characters are found working in the home (7.9 percent to 4.2 percent) and using industry as a means (31.5 percent to 38.3 percent). Comix characters were less likely to be working in the home (4.2 percent to 7.9 percent).

Contrary to Hypothesis 1, comix heroes were less than half as likely to pursue recreation and visiting as a goal (10.2 percent to 22.7 percent). Thus, the two goals that reflect materialism as a set of values guiding actions operated in the opposite direction from that predicted. More heroes in comix pursued wealth as a goal (8.3 percent to 4.6 percent) and considerably more pursued material comfort (22.7 percent to 7.0 percent) than did comics heroes. These findings suggesting a more positive orientation toward materialism in comix create problems interpreting countercultural ideology. A similar quandary posed by the presentation of commercial symbols is described below.

---

[3]A complete list of comic strips and comix stories and the books in which they were found is available from the author.

[4]While other non-labelled consumer products are drawn in panels, it would have been untenable to try to code such products as socks, window panes, shrubbery, lamps, or kitchen cabinets. Thus, a decision was made to code only products drawn with labels or stated verbally by characters. This limits the commercial stimuli coded to those conveyed through linguistic symbols.

[5]Coding definitions are presented in the Exhibit.

[6]Although no specific hypotheses about main time effects were made, the results of the main time effects tests are presented.

TABLE 1

SUMMARY OF MAIN MEDIA EFFECTS FOR CHARACTER CONTENT

| Content category | Percentages in Comics | Percentages in Comix | Main media effect |
|---|---|---|---|
| **H1: Heroes' goals** | | | |
| Wealth | 4.6 | 8.3 | $p > .95$ |
| Material comfort | 7.0 | 22.7 | $p > .999$ |
| Power-status | 2.0 | 1.4 | |
| Justice & group success | 7.2 | 8.3 | |
| Romantic love | 7.7 | 11.1 | |
| Freedom | 3.5 | 7.4 | $p < .01$ |
| Enlightenment | 5.7 | 12.5 | $p < .001$ |
| Recreation | 22.5 | 10.2 | $p > .999$ |
| N | 543 | 216 | |
| **H2: Heroes' means** | | | |
| Industry | 34.6 | 26.7 | $p < .05$ |
| Authority | 8.8 | 6.4 | |
| N | 543 | 216 | |
| **H3a: Villains' and neutrals' goals** | | | |
| Wealth | 17.6 | 11.3 | $p < .05$ |
| Power-status | 20.7 | 20.7 | |
| N | 102 | 213 | |
| **H3b: Villains' and neutrals' means** | | | |
| Authority | 11.8 | 18.9 | |
| N | 102 | 213 | |
| **H4: All characters' roles** | | | |
| Working/job | 29.1 | 31.9 | |
| Working/home | 7.9 | 4.2 | $p < .05$ |
| Recreational | 45.6 | 44.1 | |
| N | 645 | 429 | |
| **H5a: Characters roles in humorous strips** | | | |
| Marketing | 6.6 | 7.1 | |
| Consumption | 7.7 | 9.9 | |
| N | 441 | 312 | |
| **H5b: Characters' roles in critical strips** | | | |
| Marketing | 0 | 3.3 | |
| Consumption | 8.2 | 4.9 | |
| N | 49 | 184 | |

TABLE 2

SUMMARY OF MAIN MEDIA EFFECTS FOR COMMERCIAL CONTENT

| Hypothesis and content category | Percentages in Comics | Percentages in Comix | Main media effect |
|---|---|---|---|
| **H6** | | | |
| Products/all stimuli | 5.8 | 28.1 | $p < .001$ |
| Stores/all stimuli | 2.6 | 15.5 | $p < .001$ |
| **H7** | | | |
| Brands/all products | 55.8 | 84.6 | $p < .001$ |
| Named stores/all stores | 63.2 | 71.3 | $p < .001$ |
| Real brands/branded products | 29.2 | 64.6 | $p < .001$ |
| Real stores/named stores | 0 | 36.9 | $p < .01$ |
| Disguised brands/real brands | 2.3 | 9.8 | |
| Disguised stores/real stores | 0 | 0 | |
| **H8** | | | |
| Products as background objects | 27.9 | 47.2 | $p < .01$ |
| Products being consumed | 32.6 | 28.0 | |
| Stores as background features | 15.8 | 59.0 | $p < .05$ |
| Stores being patronized | 68.4 | 23.7 | $p < .001$ |
| **H9** | | | |
| Characters negative to products | 19.5 | 7.4 | $p > .95$ |
| Artist negative to products | 6.9 | 18.2 | $p < .05$ |
| Characters negative to store | 5.3 | 9.3 | |
| Artist negative to store | 0 | 8.4 | |
| **Ns** | | | |
| All stimuli | 748 | 761 | |
| Products | 43 | 214 | |
| Stores | 19 | 118 | |
| Branded products | 24 | 181 | |
| Named stores | 8 | 84 | |
| Real brands | 7 | 117 | |
| Real stores | 0 | 44 | |

## Main Media Effects: Commercial Content

The differences between the two comic media in the content of commercial symbols and characters are interesting. While there are few differences in character content, there are considerable differences in the relative number and presentation of commercial symbols. Of the 16 difference-of-proportions tests across media, 10 were in the predicted direction and significant, five were not significant, and one was significant and in the opposite direction (see Table 2).

A considerably larger relative number of commercial symbols exists in underground comix. The proportion of consumer products and retail establishments to all stimuli is greater in comix than in comics (28.1 percent to 5.8 percent for products and 15.5 percent to 2.6 percent for stores), suggesting that comix express considerably more concern with materialism as defined by Friedman (1985a). Further, comix express greater concern with commercial materialism as evidenced by the greater frequency of branded products and named stores relative to all products and stores (84.6 percent to 55.8 percent for products and 71.3 percent to 63.2 percent for stores).[7] Comix employ far smaller percentages of

---

[7] Friedman (1985a) compared the frequency of actual branded products and services relative to the total number of words to assess concern with commercial materialism. If the relative frequencies of brands and named stores to all coded stimuli are used to compare comix and comics, the former still express a greater concern with commercial materialism. Brands were 3.1 percent of coded stimuli for comics and 25.8 percent for comix. Named stores were 1.6 percent and 11.6 percent, respectively. Comix are also higher on the measure using the relative frequency of all real products and retailers to total stimuli (15.4 percent to 1.0 percent). If the relative frequencies of generic products and unnamed retailers to all coded stimuli are used to measure non-commercial materialism, comix differ insignificantly from comics (2.5 percent to 4.4 percent).

fictitious brands: 64.6 percent of branded products represented real brands and 36.9 percent of stores were actual stores. Real brands were 29.2 percent of branded products in comics, and no real stores were represented. Surprisingly, comics were not significantly less likely to portray brands in a disguised fashion than were comix. The disguising of brands in comix, however, tends to have a more negative connotation, such as "Phony" for Sony or "Crapsi" for Pepsi.

Differences in the relation of products and stores to characters and the action in comix and comics panels are more apparent than differences in how brands are identified. Products in comix are much more likely to be background features of panels with no relation to the characters (47.2 percent to 27.9 percent); in many cases they are inconspicuous and unlikely to be noticed except by careful scrutiny. Comics characters generally patronize stores (68.4 percent to 23.7 percent), which are more likely to be background features in comix (59.0 percent to 15.8 percent). Comix strips are more often set in urban areas, and stores are frequently part of the background urban landscape.

As expected, a lower percentage of products is portrayed by artists in a negative manner in comics than in comix (6.9 percent to 18.2 percent). However, comics characters were more than twice as likely to be negative toward products than those in comix (19.5 percent to 7.4 percent), contrary to predictions. Although not included in this sample of strips, a recent example of a comics character being negative toward a product was *Bloom County*'s Opus, apparently echoing a broader consumer sentiment, opining, "Yech-o, this Coke tastes different" (*Boston Sunday Globe*, June 2, 1985). All of the negative treatment of products by comics characters were found in the strips from the 1981–1982 period.

Thus the differences between comics and comix in their use and presentation of commercial stimuli suggest that comix express greater concern with commercial materialism. Their portrayal of characters' relations to products implies that this concern is not completely negative.

## Time and Interaction Effects

As Tables 3 and 4 indicate, main time effects for both character and commercial stimuli are quite limited. The goals of heroes in comics and comix are less likely to be justice and group success in the 1981–1982 strips than in the 1971–1972 strips (10.8 percent to 3.8 percent) and less likely to be recreation and leisure (23.0 percent to 14.4 percent). These findings are consistent with social trends that emphasize a greater concern with the self as opposed to larger collectivities and with the pursuit of self-actualization (Yankelovich, Skelley, and White 1981). Villains and neutrals in both media are more likely to pursue power-status goals in the more recent time period (11.6 percent to 26.0 percent).

Two tests of main time effects for commercial stimuli

### TABLE 3
MAIN TIME AND INTERACTION EFFECTS FOR CHARACTER CONTENT

| Content category | Percentages in | | | | Main time effect | Interaction effect |
|---|---|---|---|---|---|---|
| | Comics | | Comix | | | |
| | 70s | 80s | 70s | 80s | | |
| **H1: Heroes' goals** | | | | | | |
| Wealth | 5.6 | 3.4 | 2.4 | 15.1 | | $p > .95$ |
| Material comfort | 5.3 | 8.8 | 16.5 | 30.5 | | |
| Power-status | 2.5 | 3.5 | .8 | 2.1 | | |
| Justice & group success | 10.6 | 3.5 | 11.6 | 4.7 | | |
| Romantic love | 8.8 | 6.5 | 12.4 | 9.5 | | |
| Freedom | 3.5 | 3.5 | 8.3 | 6.3 | $p < .05$ | |
| Enlightenment | 3.9 | 7.7 | 16.5 | 7.4 | | $p < .01$ |
| Recreation | 26.8 | 17.7 | 14.0 | 5.2 | $p < .05$ | |
| N | 283 | 260 | 121 | 95 | | |
| **H2: Heroes' means** | | | | | | |
| Industry | 35.7 | 33.5 | 25.6 | 28.4 | | |
| Authority | 9.2 | 8.5 | 8.3 | 4.2 | | |
| N | 283 | 260 | 121 | 95 | | |
| **H3a: Villains' and neutrals' goals** | | | | | | |
| Wealth | 20.3 | 14.0 | 12.3 | 10.1 | | |
| Power-status | 3.4 | 25.5 | 15.8 | 26.2 | $p < .05$ | |
| N | 59 | 43 | 235 | 194 | | |
| **H3b: Villains' and neutrals' means** | | | | | | |
| Authority | 5.1 | 20.9 | 19.3 | 18.1 | | $p < .01$ |
| N | 59 | 43 | 235 | 194 | | |
| **H4: All characters' roles** | | | | | | |
| Working/job | 28.1 | 30.4 | 32.8 | 30.9 | | |
| Working/home | 8.4 | 7.2 | 4.0 | 3.6 | | |
| Recreational | 44.7 | 46.5 | 46.8 | 40.7 | | |
| N | 342 | 303 | 235 | 194 | | |
| **H5a: Characters' roles in humorous strips/stories** | | | | | | |
| Marketing | 8.1 | 5.3 | 4.7 | 9.8 | | |
| Consumption | 5.2 | 9.9 | 8.2 | 10.5 | | |
| N | 210 | 231 | 169 | 143 | | |
| **H5b: Characters' roles in critical strips/stories** | | | | | | |
| Marketing | 0 | 0 | 1.2 | 5.0 | | |
| Consumption | 33.3 | 4.7 | 3.6 | 5.9 | | |
| N | 6 | 43 | 83 | 101 | | |

proved significant. The percentage of branded products to all products declined from 87.7 percent in 1971–1972 to 73.4 percent in 1981–1982 for the two media. We might infer that this decline represents a decline in commercial materialism. Friedman's (1985a) measure of commercial materialism was the relative frequency

TABLE 4

MAIN TIME AND INTERACTION EFFECTS FOR COMMERCIAL CONTENT

| Hypothesis and content category | Percentages in | | | | Main time effect |
|---|---|---|---|---|---|
| | Comics | | Comix | | |
| | 70s | 80s | 70s | 80s | |
| **H6** | | | | | |
| Products/all stimuli | 2.2 | 9.4 | 27.0 | 29.3 | |
| Stores/all stimuli | 3.6 | 0 | 13.0 | 18.2 | |
| **H7** | | | | | |
| Brands/all products | 75.0 | 51.4 | 88.7 | 80.6 | $p < .001$ |
| Named stores/all stores | 76.9 | 33.3 | 63.2 | 74.5 | |
| Real brands/branded products | 0 | 38.8 | 52.1 | 78.2 | $p < .001$ |
| Real stores/named stores | 0 | 0 | 34.2 | 40.4 | |
| Disguised/real brands | 0 | 2.9 | 5.7 | 13.9 | |
| Disguised/real stores | 0 | 0 | 0 | 0 | |
| **H8** | | | | | |
| Products as background objects | 12.5 | 31.4 | 46.2 | 48.1 | |
| Products being consumed | 50.0 | 28.0 | 33.3 | 23.1 | |
| Stores as background features | 7.7 | 33.3 | 55.8 | 59.7 | |
| Stores being patronized | 69.2 | 66.7 | 29.4 | 19.4 | |
| **H9** | | | | | |
| Characters negative to product | 22.8 | 19.5 | 4.7 | 10.2 | |
| Artist negative to product | 0 | 8.5 | 19.8 | 16.7 | |
| Characters negative to store | 7.7 | 0 | 3.9 | 13.4 | |
| Artist negative to store | 0 | 0 | 7.8 | 8.9 | |
| **Ns** | | | | | |
| All stimuli | 363 | 373 | 392 | 369 | |
| Products | 8 | 35 | 106 | 108 | |
| Stores | 13 | 6 | 51 | 67 | |
| Branded products | 6 | 18 | 94 | 87 | |
| Named stores | 6 | 2 | 37 | 47 | |
| Real brands | 0 | 7 | 49 | 68 | |
| Real stores | 0 | 0 | 13 | 19 | |

of brands to total words in novels, plays, and songs. If the relative frequency of brands to total stimuli rather than to all consumer products is used, the measure shows stability over the two time periods (13.2 percent in 1971–1972 and 15.7 percent in 1981–1982). Because data is reported in this study for only two points in time, it is risky to interpret either of these measures as reflective of trends.

The other tested difference that showed a significant main time effect was the percentage of actual brands vis-a-vis fictitious brands to all branded products, which grew from 49.0 percent in 1971–1972 to 71.4 percent in 1981–1982. In comics the increase was from 0.0 percent to 38.8 percent, which may be partially explained by the introduction of such strips as *Shoe* and *Bloom County*. While actual brands have increased as a relative proportion of all branded products (which include fictitious brands), there has not been a significant increase in actual brands to all stimuli (6.7 percent in 1971–1972 and 9.9 percent in 1981–1982), although the latter measure does differentiate comix (15.8 percent) from comics (0.9 percent). In summary, the two main time effects for commercial stimuli—increases in the percent of branded products and of actual brands to all products—are not paralleled by significant increases in these two types of commercial stimuli relative to all stimuli.

The hypotheses of interaction effects predicting that the values expressed in Sunday comics and underground comix would become more similar over time were not upheld. Only three of the interaction effects were significant, two of which were in the predicted direction. In comics and comix, villains' use of authority and heroes' pursuit of enlightenment converged in the 1981–1982 period. On the other hand, while comics heroes showed a moderate decline in the pursuit of wealth (5.6 percent to 3.4 percent), comix heroes showed a marked increase (2.4 percent to 15.8 percent). In fact, the pursuit of wealth by comix heroes in the 1981–1982 period results in a significantly higher percentage of comix heroes pursuing wealth overall.

## DISCUSSION

The characters in comics and comix are not as dissimilar as one would expect, given the explicit rejection of mainstream values articulated in the countercultural press. Two significant differences—in heroes pursuing wealth and in material comfort goals—are counter to expectations. On the other hand, the presentation of commercial stimuli is dissimilar in the two media, with comix incorporating a much higher relative frequency of products and retail establishments and a higher relative frequency of brands and named retailers, indicating greater concern with materialism and commercial materialism. Finally, comix characters are less negative toward products.

Results of testing differences over time indicate an overwhelming stability in character and commercial content. It is tempting to infer stability for mainstream and counterculture values across the 1970s on the basis of these results; the limited number of data points, however, suggests embracing this interpretation with caution. The value convergence hypothesis was not upheld. Of the 36 tests for interaction effects, only four were significant, and one—heroes' pursuit of wealth—indicated a greater divergence, rather than convergence, across time.

These results suggest that the values of the counterculture are similar to those of mainstream society as measured by the stimulus content of comic art con-

sumed by mainstream society and the counterculture. The differences between their value profiles reflect a greater concern and positive orientation toward materialism—as a value structure guiding goals and choices of activities and orientations toward objects—by counterculturalists. Competing interpretations of these results point to certain limitations of this study.

## Limitations of the Study

The constructs being measured in the content analysis may be the values of the comic and comix artists, not those of the comic media audience, particularly in the case of undergrounds, where editorial policy is free of commercial pressure and where unrestricted self-expression dominates. However, analysts of comix have argued that underground artists embraced the values and philosophy of the counterculture and that their comic art diffused so rapidly precisely because it spoke to its young, politically and socially disaffected audience (Brackman 1970; Daniels 1971; Sanders 1975).

An alternative explanation for the differences found is related to another limitation of this study. A value profile of mainstream society was measured through the content of newspaper comic strips, while that of the counterculture was measured through stories in underground comix books. It is possible that format differences between the two media account for differential use of stimuli by the artists. The average number of panels for comix stories (19.8) is similar to that of three-week units of strips (21.3). Further, the average number of coded stimuli in the panels across time periods for strips and stories is also similar.[8] However, a single installment of a Sunday comic strip has an average of less than eight panels in which to develop plots and characters. The greater number of panels in comix provides more space for developing plots and characters and for including details such as products, brands, and stores. Thus, the smaller proportion of commercial symbols found in comics may result from artistic constraints imposed by fewer panels rather than from a lesser concern with materialism.

Another interpretation of these results is that a hero's pursuit of wealth and comfort represents a tongue-in-cheek critique, not an endorsement of material values. To test for this, heroes were compared separately for humorous and nonhumorous strips for the two media in each time period. In the nonhumorous strips (adventure, bitter critique, and slice of life) comix heroes still are significantly more likely to pursue these two materialist goals (14.0 percent to 1.4 percent for wealth—with 21 percent of heroes in 1980's nonhumorous comix pursuing wealth—and 10.5 percent to 2.1 percent for material comfort). Comix heroes are more likely to pursue wealth and material comfort as goals apart from the element of humor.

The coding procedure for commercial stimuli limited the consumer products and services and retail establishments to those that were identified by a label or that were verbally stated. Invariably, this procedure limited the coding of commercial stimuli to those identified by linguistic symbols. Comic art panels contain many products, services, and retailers recognizable by nonlinguistic symbols that can be seen as reflecting concern with material objects and commercial establishments. Had all such stimuli been coded (a virtually impossible task), it is possible that the results of differential use of commercial stimuli would have been different. Few items of clothing are indicated with linguistic symbols in comic art, yet clothing is ubiquitous. Thus, the types of products labelled do not accurately reflect the actual distribution of consumer products in comic art.[9] The coding of labelled commercial stimuli is not seen as a serious limitation because those products and retailers indicated by linguistic symbols reflect a different level of artistic expression from those indicated by nonlinguistic symbols.

## Interpretation

The consistent findings of pro-commercialism and pro-materialism across the commercial and character symbols in underground comix requires explanation, given the explicitly articulated countercultural ideology that attacked acquisitiveness, commercialism, and materialism. The values displayed in comics and comix suggest that during the early 1970s at the height of countercultural activism adherents of the counterculture embraced material values while explicitly articulating their rejection. A decade later, material values were even more apparent in comix, with nearly one third of the heroes pursuing material comfort and 15 percent pursuing wealth as goals.

The nature of the counterculture as a subculture may account for this seeming contradiction. Compared to ethnic minorities, which are relatively permanent aggregations of individuals covering the full life cycle, the counterculture represented a relatively temporary aggregation of individuals at a particular stage in the life cycle. Largely in their 20s, these individuals were in the life stage that requires two important phases of cultural acquisition: the selection and internalization of cultural

---

[8]Total stimuli coded (characters, products, and retail establishments) was 363 for comics 1971-1972, 373 for 1981-1982, 392 for comix 1971-1972, 369 for 1981-1982.

[9]A comparison of the types of products and retailers coded in comics versus comix reveals some differences. Comics contain relatively more information and leisure products, including books, newspapers, and television shows (70.7 percent to 51.4 percent), while comix contain relatively more food and beverages (20.6 percent to 7.3 percent) and alcohol (14.5 percent to 0 percent). Comix contain relatively greater numbers of retailers categorized as other (52.5 percent to 28.6 percent), while comics contain more grocery and specialty stores (47.6% to 20.3%). Approximately one fourth of retailers for both were restaurants and bars.

symbols to establish their identities as adults, and the acquisition of artifacts to set up their households. While other generations have undergone these acculturation processes too, this generation had unique experiences that may account for the eruption and form of its protest against materialism and for its apparent underlying acceptance of material values during this crucial life stage period.

This generation had been reared in a society with unprecedented material abundance and discretionary spending. Adherents of the counterculture were typically from families that took material well-being for granted. Leaders and activists were disproportionately from well-to-do upper-middle class families (Mankoff and Flacks 1971). And compared with previous generations of young adults, this was a disproportionately large group and concentrated on college campuses. Campus life facilitated intense interaction among its age peers, delayed its entrance into the full-time labor force, and provided it with the intellectual tools to articulate its discontent. The civil rights movement further provided it with a model for protest.

Klapp (1969) explains the emerging rebellious movements of the late 1960s as collective searches for identity generated by a symbolic crisis in which individuals lacked the symbolic materials to establish meaning and identity. This "meaning vacuum" existed even for those who enjoyed material well-being, the empty promise of which exacerbated feelings of alienation, lack of purpose, and disconnectedness. Counterculturalists, as young adults, would have been very vulnerable to a wider identity crisis in which symbolic resources were deficient. And while their articulated protests were directed at conventional materialism and its power structure, they welcomed certain forms of it—jeans, stereo systems, record albums, illicit drugs, automobiles, and countercultural fashion. They acquired and consumed these products, which came to represent the countercultural lifestyle. Their student status, current consumption choices, communal living, and rejection of establishment styles may also have created relative material deprivation and discontent. Thus, while they attacked materialism as a source of their discontent and a broader social malaise, they did not turn to spiritual asceticism as a life style and source of identity. Rather, they incorporated many products into their lives, particularly those that were repugnant to many of their parents and social elders. Neither their consumption behavior nor their comic art reflected a rejection of materialism. Rather, they rejected particular manifestations and expressions of materialism.

## Implications

Following Friedman (1985b) we may ask what this research implies for the definition of twentieth century consumer culture—the values and institutions that legitimate social arrangements wherein standardized merchandise, consumer credit, consumer choice, and discretionary spending are taken for granted and where the techniques and metaphors of marketing, merchandising, packaging, and promotion pervade noneconomic institutional spheres (cf., Fox and Lears 1983). First, it implies that materialism and acquisitiveness may be core values of American culture providing cultural integration through the national diffusion of symbols and meanings by the multibillion dollar advertising industry. Delivered through persuasive communications in a language researched to be familiar to that of the audience, these symbols have come to reflect personal identities, lifestyles, and entire communities of individuals with common consumption patterns (cf., Boorstin 1973, pp. 89-164). The greater relative frequency of brand symbols in comix may, in fact, be a function of their creation and consumption by a generation receiving greater exposure to brand advertising through television and to massive increases in advertising expenditures (Friedman 1985b) than the general population. By the same token this generation, reared in a period of affluence and exposed to mass media—particularly television, whose commercial messages and programming reflected material abundance (Williams 1982), appears to have embraced materialist values even while articulating rejection. Not only do the members of this generation appear to be more conscious of brand symbols, but they also appear to be more positive toward the goals of wealth and material comfort. This interpretation suggests the pervasive influence of modern consumer culture.

Another implication of this research arises from problems in measuring the concern with and familiarity of brands vis-a-vis general classes of products and services. Regardless of the numerator (all coded products and stores, all branded and named stores—including fictitious ones, actual brands and actual stores) or the denominator (all commercial stimuli or all coded stimuli, including characters) used, comix utilize significantly greater relative frequencies of commercial stimuli. If we attempt to measure non-commercial materialism—interest in general product classes and stores—we get different results depending on whether we use all commercial stimuli or all coded stimuli as the denominator. In the former case comics express greater concern, whereas in the latter case comix do. These findings suggest that consumer researchers who content-analyze art and popular cultural products (following Friedman 1985a, 1985b and Belk forthcoming) or advertising (Belk and Pollay 1985a, 1985b, forthcoming; Pollay 1983) to assess values associated with materialism need to scrutinize carefully which stimuli should be enumerated and compared to others.

An additional finding of this research is that Friedman's concept, *word-of-author advertising*, (1985b) is evident in comic art as well as in the texts of novels and other popular cultural products. The mass distribution

of comics suggests their special importance as potential vehicles of unsponsored brand promotion. Content analyses of media such as comic art that have mass as well as specialized audiences may prove very useful for mapping the social distribution of values related to consumption choices. The visual and verbal symbols and character and product objects in comic art provide a rich data source for assessing underlying, if not articulated, values. Analysis of comic art symbols may provide special insights into activities and goals that comic artists and their audiences deem worth pursuing, even if other cultural indicators of these groups suggest otherwise. Ideological pronouncements and responses to surveys attempting to inventory personal values may well be censored communications whose content tells more about ideal values than about those actually embraced.

Content analysis of comic art and other media may offer answers to the question of how widely shared or distributed given values are in society (see Cooper and Haverkos 1973; Williams 1982). The analysis of characters, commercial symbols, objects, and persons' relations to them in other comic art forms and in other media may confirm or question the importance of materialism historically and across social groups (see Belk forthcoming for an analysis of materialism in literature, comics, painting, photography, grave goods, music, film, poetry).

## SUMMARY

A content analysis of Sunday comics and underground comix published during 1971–1972 and 1981–1982 revealed that more comix heroes pursued wealth and material-comfort goals, especially during the more recent time period. It also found in comix a much greater relative frequency of branded consumer products and retail establishments, a greater tendency for these commercial stimuli to be background features, and fewer characters being negative toward them than in comics. The findings that comix express greater concern with and positive presentation toward materialism—defined as values shaping personal goals and orientations to objects—suggest the widespread diffusion of consumer culture. This research adds to a growing body of consumer research literature exploring values through content analysis of popular cultural communications.

[*Received January 1985. Revised October 1985.*]

## REFERENCES

Abel, Bob (1971), "Up from the Underground: Notes on the New Comix," *Mass Culture Revisited*, eds. Bernard Rosenberg and David Manning White, New York: Van Nostrand Reinhold.
Assael, Henry (1984), *Consumer Behavior and Marketing Action*, Boston: Kent, 294–295.
Belk, Russell (1982), "Acquiring, Possessing, and Collecting: Fundamental Processes in Consumer Behavior," *Marketing Theory: Philosophy of Science Perspectives*, eds. Ronald F. Bush and Shelby H. Hunt, Chicago: American Marketing Association, 85–90.
——— (1983), "Worldly Possessions: Issues and Criticisms," in *Advances in Consumer Research*, 10, eds. Richard P. Bagozzi and Alice M. Tybout, Ann Arbor, MI: Association for Consumer Research, 514–519.
——— (1984), "Three Scales to Measure Constructs Related to Materialism: Reliability, Validity, and Relationships to Measures of Happiness," in *Advances in Consumer Research*, 11, ed. Thomas Kinnear, Ann Arbor, MI: Association for Consumer Research, 291–297.
——— (forthcoming), "Art Versus Science as Ways of Generating Knowledge About Materialism," in *Methodological Innovations in Consumer Behavior*, eds. David Brinberg and Richard Lutz, Berlin: Springer-Verlag, in press.
——— and Richard N. Pollay (1985a), "Images of Ourselves: The Good Life in Twentieth Century Advertising," *Journal of Consumer Research*, 11 (March), 887–897.
——— and Richard N. Pollay (1985b), "Materialism and Magazine Advertising during the Twentieth Century," *Advances in Consumer Research*, Vol. 12, eds. Elizabeth Hirschman and Morris B. Holbrook, Ann Arbor, MI: Association for Consumer Research.
——— and Richard N. Pollay (forthcoming), "Materialism and Status Appeals in Japanese and U.S. Print Advertising: An Historical and Cross-Cultural Analysis," *International Marketing Review*, in press.
Berger, Arthur Asa (1972), "Comics and Culture," in *Side Saddle on the Golden Calf*, ed. George H. Lewis, Englewood Cliffs: Goodyear.
Blalock, Hubert (1972), *Social Statistics*, New York: McGraw-Hill.
Brackman, Jacob (1970), "International Comix Conspiracy," *Playboy*, 17 (December), 195–199, 238–243.
Braden, William (1970), *The Age of Aquarius*, New York: Quadrangle.
Boorstin, Daniel (1973), *The Americans: The Democratic Experience*, New York: Random House.
Buhle, Paul (1972), "The New Comics and American Culture," *Triquarterly*, 23–24, 367–411.
Cohen, Dorothy (1981), *Consumer Behavior*, New York: Random House, 27–32.
Cooper, B. Lee and Larry S. Haverkos (1973), "The Image of American Society in Popular Music: A Search for Identity and Values," *The Social Studies*, 64 (7), 319–322.
Csikszentmihalyi, Mihaly and Eugene Rochberg-Halton (1978), "People and Things: Reflections on Materialism," *The University of Chicago Magazine*, 70, 6–15.
Daniels, Lee (1971) *Comix: A History of Comic Books in America*, New York: Outerbridge and Dienstfrey.
Daun, Ake (1983), "The Materialistic Life Style: Some Socio-Psychological Aspects," *Consumer Behavior and Environmental Quality: Trends and Prospects in the Ways of Life*, ed. Liisa Uusitalo, New York: St. Martin's Press.
DeMott, Benjamin (1984), "Darkness at the Mall: The 'New Wave' in Adult Comic Books Features—Defeat, Cynicism, and Despair," *Psychology Today*, 18 (February), 48–52.
Dorfman, Ariel and Armand Mattlelart (1975), *How to Read Donald Duck: Imperialist Ideology in the Disney Comics*, New York: International General Editions.

Engel, James F. and Roger D. Blackwell (1982), *Consumer Behavior*, Hinsdale, IL: Dryden Press.

Flacks, Richard (1970), "Social and Cultural Meanings of Student Revolt: Some Informal Comparative Observations," *Social Problems*, 3, 161-176.

Fox, Richard Wightman and T.J. Jackson Lears (1983), *The Culture of Consumption: Critical Essays in American History, 1880-1980*, New York: Pantheon Books.

Friedman, Monroe (1985a), "Are Americans Becoming More Materialistic? A Look at Changes in Expressions of Materialism in the Popular Literature of the Post-World War II Era," in *Advances in Consumer Research*, Vol. 11, eds. Morris B. Holbrook and Elizabeth C. Hirschman, Ann Arbor, MI: Association for Consumer Research, 385-387.

——— (1985b), "The Changing Language of a Consumer Society: Brand Name Usage in Popular American Novels in the PostWar Era," *Journal of Consumer Research*, 11 (March), 927-938.

Gutman, Jonathan (1982), "A Means-Ends Chain Model Based on Consumer Categorization Processes," *Journal of Marketing*, Spring, 60-72.

Henry, Walter A. (1976), "Cultural Values Do Correlate with Consumer Behavior," *Journal of Marketing Research*, (13) May, 121-127.

Howard, John Robert (1969), "The Flowering of the Hippie Movement," *The Annals of the American Academy of Political and Social Sciences*, 382 (March), 43-55.

Kando, Thomas M. (1975), *Leisure and Popular Culture in Transition*, St. Louis, MO: C.V. Mosby Company.

Kasen, Jill H. (1978), "Whither the Self-Made Man? Comic Culture and the Crisis of Legitimation in the United States," *Social Problems*, 28, 131-148.

Kassarjian, Harold H. (1977) "Content Analysis in Consumer Research," *Journal of Consumer Research*, 4 (June), 8-18.

——— (1983), "Social Values and the Sunday Comics: A Content Analysis," in *Advances in Consumer Research*, eds. Richard P. Bagozzi and Alice M. Tybout, Vol. 10, Ann Arbor: Association for Consumer Research, 434-438.

——— (1984), "Males and Females in the Funnies: A Content Analysis," in *Values and Consumer Psychology*, eds. Robert E. Pitts and Arch G. Woodside, Lexington, MA: Lexington Books, 87-109.

Kennedy, Jay (1982), *The Official Underground and New Wave Comix Price Guide*, Cambridge, MA: Boatner Norton Press.

Klapp, Orrin E. (1969), *Collective Search for Identity*, New York: Holt, Rinehart, and Winston.

Lanyi, Ronald Levitt (1979), "Trina, Queen of the Underground Cartoonists: An Interview," *Journal of Popular Culture*, 12 (Spring), 737-754.

Levin, Jack and James L. Spates (1971), "Hippie Values: An Analysis of the Underground Press," in *Mass Culture Revisited*, eds. Bernard Rosenberg and David Manning White, New York: Van-Nostrand Reinhold Company, 266-275.

Loudon, David and Albert J. Della Bitta (1984), *Consumer Behavior*, New York: McGraw-Hill, 174-180.

Mankoff, Milton and Richard Flacks (1971), "The Changing Social Base of the Student Movement," *The Annals of the American Academy of Political and Social Science*, May, 54-67.

Musgrove, Frank (1974), *Ecstasy and Holiness: Counter Culture and the Open Society*, Bloomington, IN: Indiana University Press.

Nicosia, Francesco M. and Robert N. Mayer (1976), "Toward a Sociology of Consumption," *Journal of Consumer Research*, 3 (September), 65-75.

Paymans, H. (1976), "Propagandistic Aspects of Modern Comic Books," *Gazette*, 22, 219-229.

Pekar, Harvey (1971), "Rapping about Cartoonists, Particularly R. Crumb," in *Mass Culture Revisited*, eds. Bernard Rosenberg and David Manning White, New York: Van-Nostrand Reinhold, 236-245.

Pollay, Richard W. (1983), "Measuring the Cultural Values Manifest in Advertising," *Current Issues in Research in Advertising*, 2 (1), 71-92.

Reich, Charles (1970), *The Greening of America*, New York: Random House.

Roszak, Theodore (1969), *The Making of a Counterculture*, Garden City, NY: Doubleday.

Runyon, Kenneth E. (1980), *Consumer Behavior and the Practice of Marketing*, Columbus, OH: Charles E. Merrill.

Sanders, Clinton R. (1975), "Icons of the Alternate Culture: The Themes and Functions of Underground Comix," *Journal of Popular Culture*, 8, 836-851.

Schiffman, Leon G. and Leslie L. Kanuk (1978), *Consumer Behavior*, Englewood Cliffs, NJ: Prentice-Hall.

"Study Finds 77% of Newspaper Readers Read Comics" (1984), *Editor and Publisher*, 117 (March 10), 31.

"U.G. Comix Panel San Diego Con '79" (1980), *Casade Comix Monthly*, (1) February, 8-19.

Vinson, Donald E., Jerome E. Scott, and Lawrence M. Lamont (1977), "The Role of Personal Values in Marketing and Consumer Behavior," *Journal of Marketing*, April, 44-50.

Weiner, Robert K. (1979), *Illustrated Checklist to Underground Comix*, Cambridge, MA: Archival Press.

White, Ralph K. (1951), *Value Analysis: The Nature and Use of the Method*, New York: Society for the Psychological Study of Social Issues.

Williams, James C. (1982), "Television—Reflection of Modern America," in *The Evolution of Mass Culture in America—1877 to the Present*, ed. Gerald Bagdo, New York: Forum Press.

Yankelovich, Skelly, and White (1981), *Social Trends Measured in Monitor No. 3*, New York: Yankelovich Monitor.

Copyright of Journal of Consumer Research is the property of Journal of Consumer Research, Inc. and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.