# Exhibit K

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF COLUMBIA

 3    ---------------------------------- )

 4    UNITED STATES OF AMERICA, et al.,  )

 5                 Plaintiffs,           )Case No.

 6         vs.                           )1:20-cv-03010

 7    GOOGLE, LLC,                       )APM

 8                 Defendant.            )

 9    ---------------------------------- )

10    STATE OF COLORADO, et al.,         )

11                 Plaintiffs,           )Case No.

12         vs.                           )1:20-cv-03715

13    GOOGLE, LLC,                       )APM

14                 Defendant.            )

15    ---------------------------------- )

16

17          DEPOSITION OF RONALD WILCOX, Ph.D.

18                      VOLUME I

19                   WASHINGTON, D.C.

20                   OCTOBER 18, 2022

21

22    REPORTED BY:  Tina Alfaro, RPR, CRR, RMR
```

Case 1:20-cv-03010-APM   Document 539-11   Filed 03/13/23   Page 3 of 15
UNITED STATES vs                                        Ronald Wilcox, Ph.D.
GOOGLE                                                  October 19, 2022

364

```
08:43:12  1   prepare guidelines even for yourself?
08:43:18  2        A.  No, I guess I didn't think it was
08:43:19  3   important to prepare guidelines for myself.
08:43:22  4        Q.  Without written guidelines what steps did
08:43:26  5   you take to ensure that the written responses were
08:43:28  6   coded consistently?
08:43:31  7        A.  Well, I kind of walked you through my
08:43:33  8   process.  That's my process.  That's the -- if I
08:43:36  9   had a question about a particular one, was unsure
08:43:40 10   maybe where -- what bucket to put it in, which was
08:43:43 11   not most of them but there were some, then I would
08:43:47 12   just have a conversation with someone or more than
08:43:49 13   one person at Cornerstone and say what do you think
08:43:51 14   about this one or this is what I'm thinking, what
08:43:54 15   are you thinking.  Just -- that was the process.
08:43:58 16        Q.  What percentage of the responses that you
08:44:01 17   reviewed did you discuss with Cornerstone?
08:44:05 18        A.  I don't know, but it would definitely be
08:44:11 19   the minority of them.
08:44:14 20        Q.  Do you recall any specific responses that
08:44:16 21   you discussed with Cornerstone?
08:44:20 22        A.  No.  I might remember if I was looking at
```

Case 1:20-cv-03010-APM   Document 539-11   Filed 03/13/23   Page 4 of 15
UNITED STATES vs                                                                         Ronald Wilcox, Ph.D.
GOOGLE                                                                                   October 19, 2022

366

08:45:55  1   as simple as that, that's the way I defined it.
08:45:58  2        Q.  Did you consider having independent coders
08:46:04  3   review and categorize the written responses?
08:46:08  4        A.  Never seriously.
08:46:09  5        Q.  Why not?
08:46:09  6        A.  I could never have found independent
08:46:12  7   coders with the amount of knowledge that would have
08:46:14  8   been necessary to do this kind of coding.
08:46:16  9        Q.  Why not?
08:46:19 10        A.  I've had independent coders on projects
08:46:21 11   before, but this particular situation you have to
08:46:26 12   have -- I'm the person who went through all the
08:46:29 13   in-depth interviews.  The coders never would have
08:46:32 14   been through those in-depth interviews.  So they
08:46:33 15   wouldn't have a frame of reference for how these
08:46:36 16   people talk which helps with how they write,
08:46:38 17   understanding how they write.  So I was in a better
08:46:41 18   position than an independent coder to code this
08:46:44 19   information.
08:46:59 20        Q.  Could you have had a second individual
08:47:01 21   attend the in-depth interviews with you so that
08:47:03 22   they could help with the coding?

Case 1:20-cv-03010-APM   Document 539-11   Filed 03/13/23   Page 5 of 15
UNITED STATES vs                                                          Ronald Wilcox, Ph.D.
GOOGLE                                                                         October 19, 2022

369

08:49:37  1   correct bucket.
08:49:47  2        Q.  Did you have any -- what criteria did you
08:49:51  3   use to evaluate whether a response indicated there
08:49:54  4   was no anticipated impact from the final
08:49:58  5   hypothetical?
08:50:00  6        A.  I would say the only criteria that I used
08:50:02  7   is I read the comment, and if my interpretation of
08:50:06  8   the comment was that this comment indicated that
08:50:08  9   the person thought there would be no impact, then I
08:50:11 10   put it in that bucket.
08:50:13 11        Q.  And what criteria did you use to evaluate
08:50:15 12   whether a response indicated a mixed impact?
08:50:19 13        A.  The criteria would be I read the comment
08:50:23 14   and came to the belief that this person thought
08:50:26 15   there were both upsides -- potentially upsides and
08:50:30 16   potentially downsides to this particular
08:50:33 17   hypothetical and had written that, and then I put
08:50:36 18   that in the mixed impact bucket.
08:50:39 19        Q.  So a person -- a respondent had to include
08:50:42 20   in their written response both the positive and
08:50:47 21   negative elements in order to be classified as a
08:50:49 22   mixed impact?

```
09:17:07  1   response to question H10; is that right?
09:17:09  2         A.  Correct.
09:17:13  3         Q.  Did you assume that any need to change a
09:17:17  4   respondent's app code is anticipating an adverse
09:17:23  5   event?
09:17:24  6             MR. POPOFSKY:  Objection to form.
09:17:25  7         A.  I think it depends on the context in which
09:17:27  8   it was written.  So I didn't have any hard-and-fast
09:17:30  9   rules about if this word X is used it gets
09:17:33 10   categorized in one bucket.  I just read the whole
09:17:37 11   thing and made a determination based on that.
09:17:41 12         Q.  The hypothetical scenario that you
09:17:42 13   presented to respondents included that they would
09:17:46 14   need to make changes to the app code in order for
09:17:48 15   their company's app to work properly on
09:17:52 16   substantially more devices, right?
09:17:54 17         A.  That is correct.
09:17:56 18         Q.  So given that changes to the app code was
09:17:59 19   part of the hypothetical scenario, do you think
09:18:02 20   that it would be appropriate to code responses that
09:18:06 21   predict changes to the app code as an anticipated
09:18:09 22   adverse event?
```

Case 1:20-cv-03010-APM   Document 539-11   Filed 03/13/23   Page 7 of 15
UNITED STATES vs
GOOGLE
Ronald Wilcox, Ph.D.
October 19, 2022

399

```
09:26:38  1        A.   I don't think you've got the exact words
09:26:39  2   correctly.  However, it does substantively say what
09:26:43  3   you just said.
09:26:44  4        Q.   So you would consider an application
09:26:45  5   developer's choice to continue to develop apps for
09:26:49  6   Android and make changes to their code in response
09:26:53  7   to your hypothetical scenario to be an adverse
09:26:57  8   impact?
09:26:58  9             MR. POPOFSKY:  Object to form.
09:26:59 10        A.   If they have to change app code to
09:27:01 11   maintain their application, which is what they're
09:27:04 12   saying, "maintain" -- they did not say improve,
09:27:10 13   they said "maintain" the Android application and
09:27:13 14   they have to do APP -- change the app code because
09:27:14 15   they've decided that they do want to maintain the
09:27:17 16   Android application, yes, I think that's a
09:27:19 17   negative.
09:27:20 18        Q.   So the decision to maintain their Android
09:27:22 19   application in response to your hypothetical
09:27:25 20   scenario you would consider an adverse impact?
09:27:27 21             MR. POPOFSKY:  Objection to form,
09:27:28 22   misstates prior testimony.
```

400

```
09:27:30  1       A.  In the way that it is stated here, yes.
09:27:34  2   I'm taking these one at a time, we will definitely
09:27:37  3   continue to maintain the Android application.  Not
09:27:43  4   improve the Android application for the
09:27:45  5   non-compliant (indecipherable), nothing like that.
09:27:48  6   Just maintain the Android application and we will
09:27:50  7   change the application code individually for the
09:27:53  8   different device models.  I believe that's
09:27:56  9   negative.
09:27:57 10       Q.  Would you look at No. 1238 on page 4.
09:28:05 11           MR. POPOFSKY:  And, Counsel, when you get
09:28:06 12   to an appropriate point, I would love a break.
09:28:09 13           MS. BELLSHAW:  Okay.  I'm going to finish
09:28:10 14   this line of questioning.
09:28:13 15           MR. POPOFSKY:  Yeah.
09:28:14 16       A.  12 --
09:28:16 17       Q.  1238.
09:28:18 18       A.  Correct.
09:28:23 19       Q.  The response to 1238 is "We would have to
09:28:26 20   rework our app code," correct?
09:28:28 21       A.  That is correct.
09:28:29 22       Q.  And what was your base -- what was your
```

Case 1:20-cv-03010-APM   Document 539-11   Filed 03/13/23   Page 9 of 15
UNITED STATES vs GOOGLE
Ronald Wilcox, Ph.D.
October 19, 2022

405

```
09:33:32  1   foundation, incomplete hypothetical.
09:33:35  2         A.   Say that one more time.
09:33:38  3         Q.   You said that an app developer could
09:33:41  4   decide "I don't care if my app doesn't work on
09:33:45  5   these non-compliant devices, I'm just going to let
09:33:47  6   it go."  If an app developer made that decision,
09:33:51  7   would you classify that as an adverse impact?
09:33:55  8              MR. POPOFSKY:  Same objections.
09:33:56  9         A.   It would depend on exactly how it was
09:33:59 10   worded, but depending on the particular wording of
09:34:01 11   it I might not categorize it as a time issue but
09:34:07 12   rather a development decision, a negative impact on
09:34:10 13   development.  But it would critically depend on the
09:34:16 14   precise wording of it.
09:34:18 15         Q.   So if an app developer decided to make the
09:34:20 16   changes in response to your hypothetical to match
09:34:23 17   so that their app will work on multiple devices,
09:34:26 18   you'd classify that as an adverse impact?
09:34:29 19              MR. POPOFSKY:  Objection to form,
09:34:30 20   incomplete hypothetical.
09:34:30 21         A.   It depends on the exact wording of the
09:34:33 22   answer.  So I'm not going to be able to give you a
```

Case 1:20-cv-03010-APM   Document 539-11   Filed 03/13/23   Page 10 of 15
UNITED STATES vs GOOGLE
Ronald Wilcox, Ph.D.
October 19, 2022

406

```
09:34:37  1   hard-and-fast rule that is going to work for every
09:34:40  2   single answer.  I have to read the totality of the
09:34:42  3   answer and interpret it and put it in what I
09:34:46  4   believe is the correct bucket.
09:34:47  5        Q.  Sitting here today, can you think of any
09:34:49  6   responses that you received in response to your
09:34:51  7   hypothetical where the app developer indicated they
09:34:54  8   would make changes to the app code that you did not
09:34:59  9   classify as an adverse impact?
09:35:01 10            MR. POPOFSKY:  Objection to form.
09:35:02 11        A.  I don't remember all these comments in all
09:35:07 12   these buckets.
09:35:08 13        Q.  One of the buckets that you've identified
09:35:11 14   is that the decision to limit the number of devices
09:35:18 15   to develop your app for is also an adverse impact,
09:35:23 16   right?
09:35:24 17        A.  Depending on the way that they precisely
09:35:26 18   state it, yes.
09:35:27 19        Q.  So is there a choice that an app developer
09:35:30 20   could make in response to your hypothetical either
09:35:33 21   to make changes required for the application to
09:35:37 22   work on multiple devices or not and then the
```

Case 1:20-cv-03010-APM   Document 539-11   Filed 03/13/23   Page 11 of 15
UNITED STATES vs                                         Ronald Wilcox, Ph.D.
GOOGLE                                                   October 19, 2022

448

```
10:38:31  1   being less of a big deal than the catastrophic
10:38:34  2   event.  That's clear from the writing.  It's also
10:38:36  3   clear that he believes they have the expertise to
10:38:38  4   do this, but he states it's a headache.  I think
10:38:43  5   you have to code that as a negative.
10:38:47  6        Q.  Is it a fair reading of this that the
10:38:52  7   application developer's company is an expert a
10:38:55  8   writing code and it won't take any significant
10:38:58  9   effort to respond to the hypothetical scenario?
10:38:59 10            MR. POPOFSKY:  Objection to form.
10:39:00 11        A.  No, I think that's overstating it.
10:39:08 12        Q.  If you could turn to -- or if you could
10:39:10 13   look at 714.  1714.  Sorry.
10:39:17 14        A.  Yes.
10:39:17 15        Q.  Same page.  "Application functionality
10:39:20 16   decisions and development time are somewhat
10:39:24 17   influenced"; do you see that?
10:39:25 18        A.  I do.
10:39:26 19        Q.  What was your basis as coding this
10:39:29 20   response adverse?
10:39:32 21        A.  Just facially reading it.  So "Application
10:39:35 22   functionality decisions and development time are
```

Case 1:20-cv-03010-APM   Document 539-11   Filed 03/13/23   Page 12 of 15
UNITED STATES vs                                                Ronald Wilcox, Ph.D.
GOOGLE                                                          October 19, 2022

449

```
10:39:37  1   somewhat influenced."  Development time, for
10:39:43  2   example, what could happen there given the
10:39:45  3   hypothetical.  It could be the development time
10:39:47  4   goes up because they're going to service these
10:39:50  5   devices and therefore they're going to have to
10:39:52  6   spend more time customizing the code.  It could be
10:39:56  7   that development time goes down, but it would go
10:40:00  8   down in a situation where they decided not to
10:40:04  9   service some of these devices.
10:40:08 10            So in my reading of this -- and it is a
10:40:10 11   short phrase for sure with not a lot of -- not a
10:40:14 12   lot of detail -- this person is contemplating a
10:40:18 13   world in which development time either goes up or
10:40:20 14   development time goes down, but in either one of
10:40:24 15   those worlds it's either going to cost more
10:40:27 16   resources or they're going to have to not service
10:40:31 17   some devices.
10:40:34 18       Q.  respondent 1714 did not explain how their
10:40:38 19   company's decisions in development would be
10:40:40 20   influenced, correct?
10:40:45 21       A.  Can you restate the question?
10:40:46 22       Q.  Sure.
```

Case 1:20-cv-03010-APM   Document 539-11   Filed 03/13/23   Page 13 of 15
UNITED STATES vs                                             Ronald Wilcox, Ph.D.
GOOGLE                                                       October 19, 2022

450

10:40:48  1            1714 did not explain how their company's
10:40:53  2   decisions in development time would be somewhat
10:40:57  3   influenced by your hypothetical scenario?
10:41:00  4         A.   I think you are correct and they do not
10:41:03  5   specifically write down any kind of how mechanism.
10:41:06  6         Q.   It's your assumption that any influence
10:41:09  7   would be adverse?
10:41:12  8         A.   Well, given that they commented on
10:41:14  9   development time, the only two reasonable states of
10:41:19 10   the world that they could be talking about there is
10:41:22 11   a situation where the development time goes up
10:41:24 12   because they're going to service the devices or it
10:41:27 13   goes down because they're not going to service the
10:41:30 14   devices.  So as soon as you put development time in
10:41:33 15   there, that's the only logical conclusion that you
10:41:36 16   can form.
10:41:36 17         Q.   The only logical conclusion that can be
10:41:38 18   formed as a result of your hypothetical is the
10:41:43 19   development time would be impacted in a negative
10:41:45 20   way?
10:41:46 21            MR. POPOFSKY:  Objection to form.
10:41:46 22         A.   No.  Development time in and of itself

451

```
10:41:49  1   could go down in a world where they decide not to
10:41:53  2   service those particular non-compliant devices or
10:41:57  3   all non-compliant devices.  They could make a
10:41:59  4   decision to abandon Android if they wanted to at
10:42:02  5   that point.  In that case it would go down, but it
10:42:04  6   would still have a negative impact on, you know,
10:42:08  7   that app getting out into the world, essentially
10:42:12  8   development decisions by the company.
10:42:14  9        Q.   None of that is written in 1714, correct?
10:42:18 10        A.   No.  I was just trying to explain things.
10:42:22 11   1714 is -- is a short sentence and it just -- I was
10:42:31 12   trying to explain it more broadly, but no, I agree
10:42:34 13   that is not in that response.
10:42:42 14        Q.   If you would look on page 6, No. 1148.
10:42:51 15        A.   Page 6, 1148, yes.
10:43:01 16        Q.   "We need to innovate the schedule to meet
10:43:05 17   customer satisfaction"; do you see that?
10:43:09 18        A.   Yes.
10:43:09 19        Q.   What was your basis for coding this
10:43:11 20   response adverse?
10:43:16 21        A.   They apparently are worried about meeting
10:43:20 22   customer satisfaction.  So that's why it's in this
```

452

```
10:43:22  1   bucket.  And they indicate the need to innovate the
10:43:26  2   schedule.  I don't know if that's a very artful
10:43:30  3   word here.  I mean, it's fine, but I think what
10:43:34  4   they're saying in plain English is we need to
10:43:37  5   change the schedule in order to meet customer
10:43:39  6   satisfaction.
10:43:39  7        Q.   That's not what 1148 wrote, though,
10:43:45  8   correct?
10:43:45  9        A.   They wrote "We need to innovate the
10:43:47 10   schedule to meet customer satisfaction."
10:43:49 11        Q.   "Innovate" can also have positive
10:43:51 12   connotations, correct?
10:43:53 13        A.   In certain situations it can.
10:43:54 14        Q.   So you are assuming that changes to the
10:43:58 15   schedule to meet customer satisfaction is an
10:44:01 16   adverse impact, correct?
10:44:03 17             MR. POPOFSKY:  Objection to form.
10:44:06 18        A.   It appears to me that this individual is
10:44:08 19   concerned about meeting customer satisfaction and
10:44:11 20   they're going to take actions that they currently
10:44:14 21   are not taking in order to make sure they meet
10:44:18 22   customer satisfaction.  That's the way I would
```