IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

## PLAINTIFFS' NOTICE OF PUBLIC FILING

Plaintiffs respectfully submit the attached Public Redacted versions of exhibits to Plaintiffs' Memorandum in Opposition to Defendant Google LLC's Motion to Partially Exclude the Opinion of Plaintiffs' Expert Michael Whinston (ECF No. 461).

Where a date has a leading asterisk (e.g., *Mar. 1969) that information was taken from the metadata produced with the exhibit or inferred from the metadata or contents of the exhibit.

| Exhibit | ECF No. | Description |
|---|---|---|
| **Exhibit A** | 461-1 | Excerpts from the Deposition of Michael D. Whinston, Ph.D (DOJ Plaintiffs' Expert) (Nov. 9–10, 2022) |
| **Exhibit B** | 461-2 | Google, How Search Works, Ranking Results, https://www.google.com/search/howsearchworks/how-search-works/ranking-results/ (visited Jan. 17, 2023) |
| **Exhibit C** | 461-3 | Google presentation: The Source of Magic (*Aug. 2017), GOOG-DOJ-30591861 |
| **Exhibit D** | 461-4 | Google presentation: Adventures and Misadventures in Click Prediction: an update on the Seer project and large-scale machine learning in search (UNDATED), GOOG-DOJ-17680293 |
| **Exhibit E** | 461-5 | Excerpts of the Deposition of John Giannandrea (Apple) (Apr. 22, 2022) |
| **Exhibit F** | 461-6 | Excerpts of the Deposition of Sridhar Ramaswamy (Neeva) (Mar. 23–24, 2022) |

| | | |
|---|---|---|
| **Exhibit G** | 461-7 | Excerpts from the Deposition of Ophir Frieder (Defendant's Expert) (Nov. 3–4, 2022) |
| **Exhibit H** | 461-8 | Excerpts from the Expert Report of Edward A. Fox (Defendant's Expert) (June 3, 2022). |
| **Exhibit I** | 461-9 | Excerpts from the Deposition of Douglas Oard, Ph.D (DOJ Plaintiffs' Expert) (Oct. 24–25, 2022) |
| **Exhibit J** | 461-10 | Paper: Scale Effects in Web Search (Nov. 2017), GOOG-DOJ-25102166 |
| **Exhibit K** | 461-11 | Excerpts of the Deposition of Hal Varian (Google) (Mar. 1–2 & Aug. 23, 2022) |
| **Exhibit L** | 461-12 | Google presentation: Economies of scale in search engines? (Sep. 2009), GOOG-DOJ-01162745 |
| **Exhibit M** | 461-13 | Steven Levy, *Secret of Googlenomics: Data-Fueled Recipe Brews Profitability*, Wired, May 22, 2009, *available at* www.wired.com/2009/05/nep-googlenomics/ (visited Jan. 17, 2023) |
| **Exhibit N** | 461-14 | Excerpts from the Deposition of Kevin M. Murphy (Defendant's Expert) (Nov. 21–22, 2022) |
| **Exhibit O** | 461-15 | Excerpts from the Deposition of Catherine Tucker (Defendant's Expert) (Dec. 8–9, 2022) |
| **Exhibit P** | 461-16 | Excerpts from the Expert Report of Mark Israel (Defendant's Expert) (June 4, 2022) |
| **Exhibit Q** | 461-17 | Excerpts from Rebuttal Report of Professor Kevin M. Murphy (Defendant's Expert) (Aug. 5, 2022_ [Corrected Nov. 15, 2022] |

Dated: March 13, 2023

Respectfully submitted,

By: _/s/ Kenneth M. Dintzer_
Kenneth M. Dintzer
Karl E. Herrmann (D.C. Bar # 1022464)
U.S. Department of Justice, Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff United States of America*

By: */s/ Margaret Sharp*
Ken Paxton, Attorney General
James Lloyd, Chief, Antitrust Division
Margaret Sharp, Assistant Attorney General
Office of the Attorney General, State of Texas
300 West 15th Street
Austin, Texas 78701
Margaret.Sharp@oag.texas.gov

*Counsel for Plaintiff State of Texas*


By: */s/ Matthew Michaloski*
Theodore Edward Rokita, Attorney General
Scott L. Barnhart, Chief Counsel and Director, Consumer Protection Division
Matthew Michaloski, Deputy Attorney General
Christi Foust, Deputy Attorney General
Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Matthew.Michaloski@atg.in.gov

*Counsel for Plaintiff State of Indiana*


By: */s/ Keaton Barnes*
Keaton Barnes
Arkansas Bar No. 2022161
Assistant Attorney General
Office of Tim Griffin, Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Keaton.Barnes@ArkansasAG.gov

*Counsel for Plaintiff State of Arkansas*

3

By: */s/ Brian Wang*
Rob Bonta, Attorney General
Ryan J. McCauley, Deputy Attorney General
Brian Wang, Deputy Attorney General
Henry Cornillie, Deputy Attorney General
Paula Blizzard, Supervising Deputy Attorney General
Office of the Attorney General,
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Brian.Wang@doj.ca.gov

*Counsel for Plaintiff State of California*


By: */s/ Lee Istrail*
Ashley Moody, Attorney General
R. Scott Palmer, Special Counsel, Complex Enforcement Chief, Antitrust Division
Nicholas D. Niemiec, Assistant Attorney General
Lee Istrail, Assistant Attorney General
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com

*Counsel for Plaintiff State of Florida*


By: */s/ Daniel Walsh*
Christopher Carr, Attorney General
Margaret Eckrote, Deputy Attorney General
Daniel Walsh, Senior Assistant Attorney General
Charles Thimmesch, Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
cthimmesch@law.georgia.gov

*Counsel for Plaintiff State of Georgia*

4

By:    */s/ Philip R. Heleringer*
Daniel Cameron, Attorney General
J. Christian Lewis, Commissioner of the Office of Consumer Protection
Philip R. Heleringer, Executive Director of the Office of Consumer Protection
Jonathan E. Farmer, Deputy Executive Director of the Office of Consumer Protection
Office of the Attorney General, Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Philip.Heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*


By:    */s/ Christopher J. Alderman*
Jeff Landry, Attorney General
Christopher J. Alderman, Assistant Attorney General
Office of the Attorney General, State of Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
AldermanC@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*


By:    */s/ Scott Mertens*
Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for Plaintiff State of Michigan*

5

By:   */s/ Stephen M. Hoeplinger*
Stephen M. Hoeplinger
Assistant Attorney General
Missouri Attorney General's Office
815 Olive St., Suite 200
St. Louis, Missouri 63101
Stephen.Hoeplinger@ago.mo.gov

*Counsel for Plaintiff State of Missouri*


By:   */s/ Hart Martin*
Lynn Fitch, Attorney General
Hart Martin, Special Assistant Attorney General
Crystal Utley Secoy, Assistant Attorney General
Office of the Attorney General, State of Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Hart.Martin@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*


By:   */s/ Anna Schneider*
Anna Schneider
Bureau Chief
Montana Office of Consumer Protection
P.O. Box 200151
Helena, MT. 59602-0150
Phone: (406) 444-4500
Fax: 406-442-1894
Anna.schneider@mt.gov

*Counsel for Plaintiff State of Montana*

6

By: */s/ Mary Frances Jowers*
Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney General
C. Havird Jones, Jr., Senior Assistant Deputy Attorney General
Mary Frances Jowers, Assistant Deputy Attorney General
Rebecca M. Hartner, Assistant Attorney General
Office of the Attorney General, State of South Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
mfjowers@scag.gov

*Counsel for Plaintiff State of South Carolina*


By: */s/ Gwendolyn J. Lindsay Cooley*
Joshua L. Kaul, Attorney General
Gwendolyn J. Lindsay Cooley, Assistant Attorney General
Wisconsin Department of Justice
17 W. Main St.
Madison, Wisconsin 53701
Gwendolyn.Cooley@Wisconsin.gov

*Counsel for Plaintiff State of Wisconsin*

7