# Exhibit E

```
                                                            1
 1
 2    UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLUMBIA
 3    ------------------------------------------X
      UNITED STATES OF AMERICA, et al.,
 4                            Plaintiffs,
               vs.
 5
      GOOGLE LLC,
 6                            Defendant.

 7
      1:20-cv-03010-APM
 8    ------------------------------------------X

 9    STATE OF COLORADO, et al.,
                              Plaintiffs,
10
               vs.
11
      GOOGLE LLC,
12                            Defendant.

13
      1:20-cv-03715-APM
14
      ------------------------------------------X
15         ███████████████████████████

16

17         DEPOSITION OF JOHN GIANNANDREA

18

19    DATE:  April 22, 2022

20    TIME:  12:05 p.m. Eastern

21    PLACE:   ***REMOTE***

22    BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

23    JOB NO:  2022-834893

24

25
```

Case 1:20-cv-03010-APM   Document 541-4   Filed 03/13/23   Page 3 of 3
UNITED STATES vs
GOOGLE LLC
John Giannandrea
April 22, 2022

138

1            J. GIANNANDREA

03:09PM  2   [redacted]
03:09PM  3   [redacted]
03:09PM  4   [redacted]
03:09PM  5   [redacted]
03:09PM  6   [redacted]
03:10PM  7   [redacted]
03:10PM  8   [redacted]
03:10PM  9   [redacted]
03:10PM 10   [redacted]
03:10PM 11   [redacted]
03:10PM 12   [redacted]
03:10PM 13   [redacted]
03:10PM 14   [redacted]
03:10PM 15   [redacted]
03:10PM 16   [redacted]
03:10PM 17   [redacted]
03:10PM 18   [redacted]
03:10PM 19   [redacted]
03:10PM 20   [redacted]
03:10PM 21   [redacted]
03:10PM 22   [redacted]
03:10PM 23   [redacted]
03:11PM 24   [redacted]
03:11PM 25          Do you see that?