# Exhibit F

1

1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
2
    -------------------------------------------------
3
    UNITED STATES OF AMERICA, et al.,
4
                       Plaintiffs,
5
    vs.                              Case No.
6                                    1:20-cv-03010-APM
    GOOGLE LLC,
7
                       Defendant.
8
    -------------------------------------------------
9
    STATE OF COLORADO, et al.,
10
                       Plaintiffs,
11
    vs.                              Case No.
12                                   1:20-cv-03715-APM
    GOOGLE LLC,
13
                       Defendant.
14
    -------------------------------------------------
15

16

17           REMOTE VIDEOTAPED DEPOSITION OF

18           SRIDHAR RAMASWAMY - VOLUME 1

19             Wednesday, March 23, 2022

20                 9:05 a.m. (PST)

21

22

23

24
    Reported by:  Amy L. Larson, RPR
25  Job No. 2022-836952

118

1     your use of the phrase "behavioral data" is

2     that it's generally the context for

3     behavioral data pertains to advertising and

4     not really search.

5  Q.  So some folks use the phrase or the word

6     "scale."  What does scale mean to you?

7  A.  In the context of a search engine or

8     something else?

9  Q.  Yes, in the context of a search engine.

10 A.  Yeah.  A crude way to approximate a search

11    engine is to say that it -- it remembers

12    what, you know, the best answers for a query

13    that people liked before.

14          In some sense, it's just distilling

15    your wisdom and my wisdom, combining it all

16    to create a great experience.  Even things

17    like page rank can be seen as an

18    approximation of popularity.

19          And so from that perspective, what

20    scale means is that the more data you have,

21    the more insight into what people are going

22    to like on a particular query.  And having

23    that information then makes it much easier

24    for you to approximate on a query that you

25    have not seen before, because even if you

1    have not seen the query before, you know the

2    other queries that it relates to.  So that is

3    one aspect of -- of scale.

4              When it comes to search engines,

5    there are others, as in if you are the

6    dominant search engine, people will optimize

7    for your algorithms, people will do what you

8    want, people will let you crawl all of their

9    web pages as often as you would like, because

10   they want their fresh pages to be visible in

11   the dominant player's search engine.  That is

12   another aspect of how scale can influence the

13   quality of a search engine.

14  Q.  Okay.  In terms of scale, if Bing had more

15   scale, would it be able to answer tail

16   queries better?

17              MR. SMURZYNSKI:  Objection.

18  BY MR. GREENE:

19  Q.  You may answer.

20  A.  Can you repeat your question, sir?

21  Q.  Sure.  If Bing had more scale than it has

22   today, would it be better at responding to

23   tail queries?

24              MR. SMURZYNSKI:  Same objection.

25              THE WITNESS:  The quality of a

120

1      search engine is an exceptionally complicated

2      process that, yes, involves the scale of the

3      training data available, but quite a lot

4      more.  Let's put it this way:  Better quality

5      depends on scale.  It is a sufficient

6      condition, but -- I mean, it is a necessary

7      condition, but not often sufficient.

8  BY MR. GREENE:

9  Q.  Okay.  What -- in terms of what goes into

10     scale, to do this properly, do you need both

11     mobile information as well as desktop

12     information?

13                  MR. SMURZYNSKI:  Objection.

14                  THE WITNESS:  There are some

15     differences between web search and -- and

16     mobile search.  And, you know, there are

17     specialized things like mobile crawl versus

18     desktop crawl.

19             In an ideal world, yes, it would be

20     good to have scale on -- on -- on both

21     fronts.  But a simplification would be any

22     scale is better than no scale.  And, yes,

23     more scale would be good.

24                  MR. GREENE:  Okay.

25                  THE WITNESS:  But I would say that

219

1   A.   A little over ██████████████

2   Q.   And who are the principal investors in Neeva?

3   A.   The principal investors are Sequoia Ventures,

4        Greylock Ventures, iNovia.

5   Q.   And --

6   A.   ████████████████████████    ████████████████

7        ████████████████████████████████████

8   Q.   Okay.  And the first of those entities that

9        you mentioned was Sequoia Capital; is that

10       right?

11  A.   Yes, sir.

12  Q.   And what is Sequoia Capital?

13  A.   Sequoia, along with Greylock, are two of

14       the premier venture capital firms in

15       Silicon Valley.  They have funded many of the

16       iconic tech firms that we see around,

17       including Google and Facebook.

18  Q.   And beyond Google and Facebook, could you

19       identify some of the other tech companies

20       that Greylock or Sequoia have invested in?

21  A.   Airbnb, Okta --

22                 THE COURT REPORTER:  I'm sorry,

23       Mr. Ramaswamy, can you start over and spell

24       those for me?

25                 THE WITNESS:  Of course.  Airbnb,

220

```
 1       A-I-R-B-N-B.  Okta, O-K-T-A.  PayPal has

 2       invested by one of them.  Stripe, it's a --

 3       it's a private company.  These are some

 4       examples.

 5   BY MR. SMURZYNSKI:

 6   Q.  And you described them as amongst the premier

 7       venture capital funds in the Silicon Valley;

 8       is that right?

 9   A.  Yes, sir.

10   Q.  And would you describe them as sophisticated

11       with regard to technological investments?

12   A.  Yes, sir.

13   Q.  There was another entity you mentioned, is it

14       iNovia Capital?

15   A.  Yes, sir, that's correct.

16   Q.  And what is iNovia Capital?

17   A.  It's also a venture capital firm.  And the --

18       it invests in -- in Europe and North America.

19       It has -- it has a presence in -- in Canada

20       and the UK.  Patrick Bishop, who is a former

21       Google colleague and a close friend, led the

22       invest -- investment from iNovia into -- into

23       Neeva.

24   Q.  And is iNovia also a sophisticated venture

25       capital firm when it comes to technological
```

```
 1        investments?

 2   A.   Yes, sir.

 3   Q.   ████████████████████████████████████

 4        ████████████████████████████

 5   A.   ███████████

 6   Q.   █████████████████████████████████████

 7        ██████████████████████████████

 8   A.   ██████████████████████

 9   Q.   In addition to capital, you've invested time

10        in Neeva; is that right?

11   A.   Yes, sir.

12   Q.   How much of your time do you devote to Neeva?

13   A.   Ninety, 95 percent of my working time.  But I

14        routinely work 80 to a hundred hours a week,

15        so that's a lot of time.

16   Q.   When you left Google, did you have other

17        opportunities aside from creating Neeva?

18   A.   Yes, sir.  I joined -- as I alluded to

19        earlier, I joined Greylock as a venture

20        partner.  And I could have become a GP, which

21        is more of -- more of a full-time role at

22        Greylock.  I did, you know, examine very

23        actively, met with a lot of companies during

24        the early phrase after -- after leaving

25        Google before deciding to start Neeva.
```

222

```
 1   Q.   Mr. Ramaswamy, does Neeva have any current

 2        plans to raise additional capital?

 3   A.   ███████████████████████████████████████

 4        ████   ██████████████████████████████████

 5        ████████████████████████████████████

 6        █████████████   ███████████████████████

 7        ██████████████████████████████████████

 8        ███████████████████████████████

 9   Q.   That sounds sensibly opportunistic.

10             I guess my question is:  Do you have

11        any active plans to obtain additional capital

12        at this time, or do you think Neeva has

13        sufficient capital to carry out its goals at

14        the moment?

15   A.   ██████████████████████████   ██████████

16        ██████████████████████████

17             MR. SMURZYNSKI:  Hal, if we could

18        put in the Chat please --

19             THE COURT REPORTER:  I'm sorry,

20        Mr. Smurzynski, the end of that cut out.

21             MR. SMURZYNSKI:  Well, I'm just

22        asking my colleague to put a document in the

23        Chat.

24             THE WITNESS:  Are we looking at

25        Exhibit 18?
```

223

```
1              MR. SMURZYNSKI:  Yes, so this will

2         be 18.

3              THE WITNESS:  Yes.

4         (Reviews document.)

5                   (Exhibit 18 marked.)

6    BY MR. SMURZYNSKI:

7    Q.  Mr. Ramaswamy, take as long as you need, but

8         please identify what Exhibit 18 is.

9    A.  This is one of the presentations that we use

10        to -- to describe -- to describe Neeva and

11        why we thought that this was a -- an

12        important product to create as a business

13        opportunity.

14   Q.  Was this Exhibit 18 shown to potential

15        investors in Neeva?

16   A.  I would need a date on that to be confident

17        about that.  We only had two funding rounds.

18        There was a Series A and a Series B, but

19        Greylock and Sequoia participated in both of

20        them.  Yeah, without -- well, one second.

21        Let me see what the timing on the deck is.

22             Yeah, this doesn't say.  But, yes,

23        it's possible that we showed this to

24        investors, potential investors.

25   Q.  If you'd turn to PDF page 20 of Exhibit 18,
```

224

1      there's a reference there to, "Our immediate

2      goals."

3              Do you see that?

4  A.  Immediate goals?

5  Q.  Yes, "Our immediate goals."

6  A.  Yes, sir.

7  Q.  And there's a bullet under there that says,

8      "Get product to beta."

9  A.  Yes, sir.

10 Q.  Does that help you date this deck in any way?

11 A.  You know, I would say this -- ██████████████

12     ████████████████████

13 Q.  Okay.  As you flip through the deck --

14 A.  Yes, sir.

15 Q.  -- I'd like you to go to the page that's

16     PDF 12 entitled, "Neeva Search Re-Imagined."

17 A.  Yes, sir.

18 Q.  And then there's some pages that follow

19     that -- that page.

20              Are the pages that follow the

21     business plan for Neeva as of this date,

22     whatever date it was?

23 A.  If you're starting looking at 3342 at the

24     bottom right, that is, like, 13 in the PDF

25     deck, this -- this describes what we want

225

```
 1        Neeva to be and, you know, it talks about the

 2        product that we want to create.

 3              And then the slide after that talks

 4        to how it might be difficult for, you know,

 5        somebody like a Google or a Bing to easily

 6        copy our product.

 7              And Slide 15 then talks about the

 8        technical vision on how we are going to go

 9        about creating this better product.

10   Q.   Let's go -- let's go and spend a little time

11        on PDF 14, the, "Strategic Moats."

12   A.   Yes, sir.

13   Q.   And is this a deck that you authored?

14   A.   I certainly had a large role to play in it.

15   Q.   Okay.

16   A.   We might have contributed to the legal things

17        together, but I end up doing quite a few of

18        the presentations to external folks.  So I

19        certainly had a large hand in this deck.

20   Q.   When you refer to the, "Strategic Moats,"

21        what are you referring to?

22   A.   One of the questions that everybody will ask

23        is, Oh, if you're like ads without search,

24        give me a break, why can't Google invent this

25        overnight.  This is a reference to that.
```

1   Q.   Okay.  Why do you use -- why do you use the

2        phrase "strategic moats" there?

3   A.   As in these are difficult things for an

4        existing incumbent, based on a specific

5        business model, to copy.

6   Q.   And the first note you -- you write there is,

7        "Power law is our friend."

8   A.   Yes, sir.

9   Q.   What does that mean?

10  A.   It means that the distribution of -- the

11       number of users that operate at a certain

12       query frequency, you know, follows a power

13       law.

14            In other words, there will be, you

15       know, a lot of people that will use search

16       every month, practically the entire

17       population of the world.

18            But if you look at people that use

19       search, let's call it, every week or every

20       day or many, many times a day, you will

21       observe, essentially, you know, drop off in

22       scales that are, you know, zeros apart.

23            So it will -- it will go from, you

24       know, something like a billion to tens of

25       millions to millions to even smaller than

227

```
 1        that as you walk up the frequency spectrum.

 2               This basically says both search and

 3        ads revenue tends to be heavily concentrated

 4        among a smaller set of people, and offering a

 5        subscription product runs the risk that those

 6        will be the first and early defectors.

 7   Q.   The third bullet on this page reads, "Deep

 8        knowledge of tribal beliefs and practical

 9        constraints."

10               What is that?

11   A.   It refers to the fact that Google is famously

12        anti-machine learning, contrary to popular

13        belief.  And same as the anti-personalization

14        for a set of practical and religious

15        constraints, and, you know, approaches

16        product development in a certain way informed

17        by the fact that it is an ad-supported

18        product, but simply because of happenstance.

19   Q.   And Neeva -- Neeva intended to, if I could

20        use the phrase, "lean in" to modern machine

21        learning?

22   A.   That's correct.  Modern machine learning,

23        more personalization, more agency.  You know,

24        every -- every search engine, every product,

25        whether we like it or not, has essentially
```

1       editorialized product policies.  They're not

2       always right, they're just editorialized.

3              And there are things that we can and

4       do do because we have fewer constraints and

5       because of our business model, and as a

6       startup are just more open to change.

7   Q.  Neeva's belief is that personalization

8       improves the quality of search; is that

9       correct?

10  A.  In a broad sense, yes, sir.

11  Q.  How so?

12  A.  You know, it depends on how you use that

13      word.  But, for example, having you bring in

14      your own data to be made part of your search

15      experience can considered a form of

16      personalization, it's just you decide that

17      you want that.  It's hard for an

18      ads-supported search engine to copy that.

19      That's one example.

20             Similarly, I talked earlier about

21      setting preferences on places where you shop,

22      the news providers that you have.  That is

23      more on track to personalization.  We don't,

24      like, automatically do it for you, we give

25      you the choice.

229

1          And, you know, these are -- these are

2     some of the ways in which we can create a

3     product that gives you much more agency for

4     how search should work.

5  Q.  You mentioned agency.  It also improves the

6     quality of the results, correct?

7  A.  Implicitly.  And the two have -- and the two

8     have independent and nonoverlapping value.

9  Q.  If you'd turn to the next page of Exhibit 18,

10     it's page 15 of the PDF, the slide entitled,

11     "The Tech Vision."

12  A.  Yes, sir.

13  Q.  And is this the thesis for why Neeva will be

14     able to compete in the search engine market

15     from a technological standpoint?

16  A.  I mean, at sort of -- the ranking layer is

17     among the more important pieces of a search

18     engine.  ███████████████████████

19  ████████████████████████████

20  ██████████████████████████████████

21  ████████   ██████████████████████

22  ███████████████████████████████████

23  ████████████████████████

24  ██████████████████████████████

25       ██████████████████████████████

230

1  ██████████████████████████████

2  ████████████████    ██████████████

3  ████████████████████████████████

4  ███████   ██████████████████████████

5  ████████████

6         █████████████████████████████████

7  ████████████████████████████

8  ██████████████████████████

9  ████████████████████████████

10 ████████████

11 Q.  Sorry, could you just repeat that -- I missed

12     what the -- the last thing you said.

13 A.  You know, as a startup, we have to figure out

14     how to leapfrog the tremendous advantage in

15     data that Google has.  ██████████████████

16 ██████████████████████████████████

17 ██████████████████████████████████

18 ██████████████████

19 Q.  And that was the vision at the time of this

20     deck.  Is that something you believe Neeva

21     has been able to accomplish?

22 A.  It's a work in progress.

23 Q.  At the time of -- of this deck, Exhibit 18,

24     did you believe that Neeva would be able to

25     accomplish this?

1   A.   ████████████████████████████████

2        ██████████   ██████████████████████

3        ████████████████████   ████████████████████████

4        ██████████████████████████

5   Q.   Turn to PDF page 19, please.  There's a -- a

6        slide that's entitled, "Our Medium-Term

7        Goals."

8   A.   Yes, sir.

9   Q.   And by "medium-term," what -- what timetable

10       did you have in mind?

11  A.   Five to six years.

12  Q.   And when was the beginning of that five- to

13       six-year period?

14  A.   I'd roughly say the point of --

15             MR. GREENE:  Objection; misstates

16       the prior testimony.

17  BY MR. SMURZYNSKI:

18  Q.   Sorry, you can answer.  Let me ask a

19       different question.

20             When do you believe that you will --

21       that that five- to six-year period will be

22       reached by Neeva?

23  A.   You know, we were generally available

24       starting mid last year, and we introduced our

25       free tier early -- early this year.  And,

232

```
1    yeah, so we are looking at between four and

2    six years, you know, from now.

3              But, again, these are aspirational

4    goals that clearly involve, you know, many

5    steps up in scale.  And it's -- it's hard.

6    This is the aspiration, and we initially set

7    ourselves, you know, a goal of five to six

8    years from, you know, middle of 2021, which

9    is when we had a beta product.

10             Are we going to hit it?  It's -- it's

11   an open challenge.  I'm not claiming that we

12   have a perfect answer and a crystal ball for

13   this date is when this is going to happen.

14   Q.  And that medium-term goal that you describe

15   is acquire ████████ of users in the ████

16   ████████████████████████ is that

17   right?

18   A.  That's correct.  ████████████████████████

19   ████████████

20   Q.  And this deck suggests that acquiring that

21   number of users would result in ████████████

22   a year in revenue; is that right?

23   A.  Eventually, yes, sir.

24   Q.  Have you -- strike that.

25             The deck refers to a subscription fee
```

1    of ██████████    Is that -- does that

2    continue to be what Neeva sees as its likely

3    subscription fee in that medium term?

4  A.  That is correct.  So we currently have a

5    $4.95 a month and a $50 a year.  ██████████

6    ████████████████████████████████████

7    ████████████████████████████████████

8    ████████████████████████    The consumer

9    subscription is $4.95 a month.

10 Q.  If Neeva were to reach that medium-term goal

11    of having ██████████ of the users in the five

12    countries you indicate there, at that point

13    in time would you believe Neeva to be stable?

14 A.  ██████████  ████████████████████████

15    ████████████████████████████████████

16    ████████████████████████████████████

17    ██████████████████████████████

18    ████████████  ████████████████████

19    ████████████████████████████████

20    ████████████████████

21 Q.  What is the inflection point there in order

22    to reach a point where you're

23    self-sustaining, in your view?

24 A.  One way to think about it is to be ██████████

25    ██████████ in terms of how we operate as a

234

```
1        company.  And if I were to estimate, I would

2        say that running search for the world is, you

3        know, something that costs ▮▮▮▮▮▮▮▮▮▮▮▮▮

4        ▮▮▮▮▮▮   Then there is also the team that you

5        would need to support it.

6                So a subscription base that generates

7        that kind of revenue would -- you know, and

8        that is -- that is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9        ▮▮▮▮▮▮▮▮   you know, would be -- would be a

10       very good place to be.

11               But still, that's a challenge,

12       because we are talking about ▮▮▮▮▮▮▮▮

13       subscribers.

14  Q.   And ▮▮▮▮▮▮▮  subscribers translates to

15       approximately ▮▮▮▮▮▮▮▮▮  of the users in

16       those markets; is that right?

17  A.   Yeah, if you roughly call the population of

18       these countries at, like, ▮▮▮▮▮▮▮▮▮▮

19       yes, that's correct.

20  Q.   And at that scale, it's your belief that

21       Neeva would be able to successfully compete

22       as a search engine in those markets?

23  A.   That's correct.

24  Q.   Go to the next page in the -- the deck, PDF

25       page 20.  We looked at this -- we looked at
```

| | |
|---|---|
| 1 | **READ/SIGN DEPOSITION OF:** Sridhar Ramaswamy |
| 2 | **DATE OF DEPOSITION:** March 23, 2022 <br> **IN THE MATTER OF:** United States / Colorado v. Google |
| 3 | **DO NOT WRITE ON THE DEPOSITION ITSELF** |
| 4 | Page Line  Changes or corrections and reason |
| 5 | 17:16 Change "marketing firm" to "venture capital firm" - Clarification |
| 6 | 36:25 Change "Diane" to "Diane Tang" - Clarification |
| 7 | 21:9  Change "persuading" to "removing" - Transcription Error |
| 8 | 22:15  Change "par" to "power" - Transcription Error |
| 9 | 22:17  Change "three" to "free" - Transcription Error |
| 10 | 29:5  Change "CA leads (phonetic)" to "PA Leads" -- Transcription Error |
| 11 | 72:11    Change "HD Browser"  to "Edge Browser" - Transcription Error |
| 12 | 96:24 Change "Corp F (phonetic)" to "Corp dev" -- Transcription Error |
| 13 | 98:17    Change "through -- through" to "though -- though" - Transcription Error |
| 14 | 98:18 Change "Ross " to "Ross Monro" - Clarification |
| 15 | 98:18 Change "Carlos" to "Carlos Kirjner" - Clarification |
| 16 | 129:24   Delete "knee on" - Transcription Error |
| 17 | 135:8  Change "sale" to "scale" - Transcription Error |
| 18 | 143:9  Change "suggest" to "suggested" - Transcription Error |
| 19 | 153:24 Change "Fox Media" to "Vox Media" -- Transcription Error |
| 20 | 181:15 Change "strengths" to "strings" - Transcription Error |
| 21 | 182:2  Change "strengths" to "strings" - Transcription Error |
| 22 | **I have inspected and read my deposition and have listed all changes and corrections above, along with my reason therefor.** |
| 23 | |
| 24 | DATE: 5/10/'22 _____  SIGNATURE ███████████ |

| | |
|---|---|
| 1 | **READ/SIGN DEPOSITION OF:** Sridhar Ramaswamy |
| 2 | **DATE OF DEPOSITION:** March 23, 2022<br>**IN THE MATTER OF:** United States / Colorado v. Google |

3    **DO NOT WRITE ON THE DEPOSITION ITSELF**

4    **Page Line  Changes or corrections and reason**

5    196:4 Change "Weis" to "Voice" - Transcription Error

6    207:3  Change "600 million" to "600 thousand" - Clarification

7    207:3  Change "million" to "hundred thousand" - Clarification

8    222:5 Change "advantage" to "advantageous" - Transcription Error

9    228:15 Change "can considered" to "can be considered" - Transcription Error

10    242:7  Change "Google. It's just itself" to "Google, which is itself" - Transcription Error

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21

22    I have inspected and read my deposition and
       have listed all changes and corrections above,
23    along with my reason therefor.

24    DATE: _5/10/'22_ SIGNATURE: ██████████

1  **READ/SIGN DEPOSITION OF:** Sridhar Ramaswamy
   **DATE OF DEPOSITION:** March 24, 2022
2  **IN THE MATTER OF:** United States / Colorado v. Google

3     **DO NOT WRITE ON THE DEPOSITION ITSELF**

4  **Page Line   Changes or corrections and reason**

5  259:21 - Change "express" to "set" - Transcription Error

6  273:21 - Change "prof --" to "rough" - Transcription Error

7  277:7 - Change "than" to "when" - Transcription Error

8  291:24 - Change "As" to "It has" - Transcription Error

9  293:3 - Delete "not" - Transcription Error

10 318:15 - Change "is" to "used" - Transcription Error

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 **I have inspected and read my deposition and
   have listed all changes and corrections above,
   along with my reason therefor.**

23     5/10/'22

24 **DATE:**_____ **SIGNATURE:** ▆▆▆▆▆▆▆▆