# Exhibit E

# Financial Valuation

*Applications and Models*

Fourth Edition
with Website

## JAMES R. HITCHNER

WILEY

Cover image: © K. Sweet/Shutterstock
Cover design: Wiley

Copyright © 2017 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.

Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008, or online at http://www.wiley.com/go/permissions.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books. For more information about Wiley products, visit our web site at www.wiley.com.

*Library of Congress Cataloging-in-Publication Data:*

Names: Hitchner, James R., author.
Title: Financial valuation: applications and models, + website / James R. Hitchner.
Description: Fourth Edition. | Hoboken: Wiley, 2017. | Series: Wiley finance
   | Revised edition of the author's Financial valuation, c2011. | Includes
   index.
Identifiers: LCCN 2016053398| ISBN 978-1-119-28660-8 (hardback) | ISBN
   978-1-119-31231-4 (epub) | ISBN 978-1-119-31233-8 (epdf) | ISBN 978-1-119-36281-4 (obook)
Subjects: LCSH: Corporations—Valuation.
Classification: LCC HG4028.V3 H583 2017 | DDC 658.15—dc22 LC record available at
https://lccn.loc.gov/2016053398

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

# Preface

It's hard to believe that almost 14 years have passed since we published the first edition of *Financial Valuation: Applications and Models (FVAM)*. When I started this book, it was my intention to design it to accomplish two main goals. The first and most obvious one was to gather a group of respected valuation practitioners from all over the country and from the various valuation and appraisal associations to coauthor a text on valuation and to have a consensus view and presentation. Given the strong personalities of the authors, this was no easy task. As one of my coauthors said to me in the beginning, "Jim, what you are doing is equivalent to trying to herd cats." Well, he was right. However, I believe we met this goal in all three editions, and I credit my coauthors in their willingness to be open-minded and to change their opinions when a better way was presented.

My second goal was to use this text and the companion *Financial Valuation Workbook* for business valuation education. Both texts are the foundation for the American Institute of Certified Public Accountants (AICPA) five-day National Business Valuation School, which is offered around the country, and the National Association of Certified Valuation Analysts (NACVA) three-day Advanced Valuation: Applications and Models course, also offered around the country. I want to thank all the instructors and staff of both organizations. What a wonderful group of people to work and consult with.

*FVAM* is an all-encompassing valuation text that presents the application of financial valuation theory in an easily understood manner. Although valuation theory is thoroughly discussed, the focus is on applications, models, and methods. *FVAM* contains numerous examples and methods that will assist the reader in navigating a valuation project, along with hundreds of short, easily understandable "ValTips." These ValTips alert the reader to important and often controversial issues.

We have assembled 30 highly visible and well-respected valuation professionals to discuss and agree upon the proper methods of valuation and to collectively present the group's views and positions on business valuation concepts and, most important, applications. Each author is the coauthor of the entire book. The authors come from all over the United States and Canada and are members of many professional valuation and financial associations, including the American Institute of Certified Public Accountants (AICPA), the American Society of Appraisers (ASA), the CFA Institute, the Institute of Business Appraisers (IBA), and the National Association of Certified Valuators and Analysts (NACVA). Many hold multiple designations or certifications:

- 20 Accredited in Business Valuation (ABV) with the AICPA
- 18 Accredited Senior Appraisers (ASA) with the ASA
- 2 Certified Business Appraisers (CBA) with the IBA
- 4 Chartered Financial Analysts (CFA) with the CFA Institute

- 3 Certified Fraud Examiners (CFE) with the ACFE
- 15 Certified in Financial Forensics (CFF) with the AICPA
- 21 Certified Public Accountants (CPA)
- 10 Certified Valuation Analysts (CVA) with the NACVA
- 4 Chartered Global Management Accountants (CGMA)
- 1 Canadian Institute of Chartered Business Valuators (CICBV)

Collectively, they have several hundred years of valuation and related financial experience. This text is the first time such a large group of diverse valuation practitioners has been assembled to agree on the application of valuation principles and methods. There is no other text like this. Given the often judgmental nature of valuation and the strong opinions that seem to go with being a valuation analyst, this was no easy task. We hope we continue to advance the profession by providing our agreed-upon views. We invite other practitioners to comment on this edition and/or assist in future editions of this book. We will never gain consensus in everything in the valuation profession; however, we do hope to shorten the long list of controversies and disagreements. This text represents the state-of-the-art in the business valuation profession as it evolves. This book includes basic, intermediate, and advanced topics, including:

- Cost of capital
- Discounts and premiums
- Shareholder disputes
- Mergers and acquisitions
- S corporations
- Advanced company risk analysis
- Income, estate, and gift taxes
- Marital dissolution
- Employee stock ownership plans (ESOPs)
- Financial reporting
- Family limited partnerships
- Healthcare and other industries
- Intellectual property
- Commercial damages
- High-tech issues
- Reasonable compensation

*FVAM* is targeted to the following professionals and groups, who are typically exposed to financial valuation issues:

- Appraisal associations and societies
- Appraisers
- Actuaries
- Attorneys
- Bankers
- Business brokers
- Business executives, including CEOs, CFOs, and tax directors
- Business owners
- CPAs
- Estate and gift planners
- Financial analysts
- Government agencies, including the IRS, SEC, DOL, OIG, and DOJ

- Insurance agents
- Investment advisors
- Investment bankers
- Judges
- Pension administrators
- Professors
- Stockbrokers

Some chapter highlights include:

Chapter 6, Cost of Capital/Rates of Return, has been greatly expanded and includes new thinking and research on risk premiums, beta, and data sources. It also includes a section titled "20 Ways to Calculate the Cost of Equity Capital."

Chapter 7, International Cost of Capital, is a completely new chapter that delves deeply into the various methods and data sources used in the valuation of companies outside the U.S.

Chapter 8, Market Approach, has been updated and includes new thoughts on the use of transaction databases.

Chapter 10, Valuation Discounts and Premiums, expands on discounts, including new quantitative models for discounts for lack of marketability. It also includes a new method for using restricted stock transaction data.

Chapter 11, Report Writing, includes a new valuation report that is in compliance with the business valuation standards of the AICPA (SSVS), ASA, IBA, NACVA, and USPAP.

Chapter 12, Business Valuation Standards, has been updated to include the use of calculation engagements and calculation reports.

Chapter 13, Pass-Through Entities, has been updated and expanded to include the use of the discount rate to capture value in a pass-through entity.

Chapter 22, Reasonable Compensation, is a completely new chapter that presents the methods, models, and tools to determine reasonable compensation.

Chapter 26, Business Damages, has been rewritten and expanded.

Chapter 29, Healthcare Compensation, is a completely new chapter devoted to calculation of fair market compensation.

Chapter 31, Valuation Views, has been completely rewritten and includes a detailed case study and report that delves into controversial issues.

This book also includes a companion website, which can be found at www.wiley.com/go/FVAM4E, which includes additional chapter addendums referenced throughout the book.

Financial valuations are very much affected by specific facts and circumstances. Consequently, the views expressed in these written materials do not necessarily reflect the professional opinions or positions that the authors would take in every business valuation assignment or in providing business valuation services in connection with an actual litigation matter. Every situation is unique, and differing facts and circumstances may result in variations of the applied methodologies. Furthermore, valuation theory, applications, and methods are continually evolving and at a later date may be different than what is presented here. Nothing contained in these written materials shall be construed as the rendering of valuation advice, the rendering of

a valuation opinion, the rendering of an opinion of a particular valuation position, or the rendering of any other professional opinion or service. Business valuation services are necessarily fact-sensitive, particularly in a litigation context. Therefore, the authors urge readers to apply their expertise to particular valuation fact patterns that they encounter, or to seek competent professional assistance as warranted in the circumstances. *Jim Alerding, Rosanne Aumiller, Jeff Balcombe, Neil Beaton, Melissa Bizyak, Marcie Bour, Jim Budyak, Carol Carden, Stacy Collins, Larry Cook, Don Drysdale, Ed Dupke, Jay Fishman, Chris Hamilton, Tom Hilton, Jim Hitchner, Vince Kickirillo, Mark Kucik, Eva Lang, Harold Martin, Ed Moran, Ray Moran, Kate Morris, Shannon Pratt, Ron Seigneur, Stacey Udell, Sam Wessinger, Richard Wise, Don Wisehart, Kevin Yeanoplos.*

> **Disclaimer Excluding Any Warranties:** This book is designed to provide guidance to analysts, auditors, and management but is not to be used as a substitute for professional judgment. Procedures must be altered to fit each assignment. The reader takes sole responsibility for implementation of material from this book. The implied warranties of merchantability and fitness of purpose and all other warranties, whether expressed or implied, are excluded from this transaction and shall not apply to this book. Neither the authors, editors, reviewers, nor publisher shall be liable for any indirect, special, or consequential damages.

**EXHIBIT 4.4**  Ale's Distributing Company, Inc.—Balance Sheet Pre-Normalization Adjustments

|  | 12/31/X5 | 12/31/X4 | 12/31/X3 | 12/31/X2 | 12/31/X1 |
|---|---|---|---|---|---|
| Assets |  |  |  |  |  |
| Current Assets |  |  |  |  |  |
| Cash | $ 0 | $ 0 | $ 0 | $ 0 | 0 |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 |
| Inventory | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) |
| Other Current Assets |  |  |  |  |  |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 |
| Total Other Current Assets | 0 | 0 | 0 | 0 | 0 |
| Total Current Assets | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) |
| Fixed Assets—Net |  |  |  |  |  |
| Fixed Assets—Cost | 0 | 0 | 0 | 0 | 0 |
| Accumulated Depreciation | 0 | 0 | 0 | 0 | 0 |
| Total Fixed Assets—Net | 0 | 0 | 0 | 0 | 0 |
| Other Assets |  |  |  |  |  |
| Marketable Securities | (1,400,000) | (1,200,000) | (1,100,000) | (1,000,000) | (900,000) |
| Total Other Assets | (1,400,000) | (1,200,000) | (1,100,000) | (1,000,000) | (900,000) |
| Total Assets | $(1,500,000) | $(1,300,000) | $(1,200,000) | $(1,100,000) | $(1,000,000) |
| Liabilities and Equity |  |  |  |  |  |
| Liabilities |  |  |  |  |  |
| Current Liabilities |  |  |  |  |  |
| Accounts Payable | $ 0 | $ 0 | $ 0 | $ 0 | 0 |
| Other Current Liabilities |  |  |  |  |  |
| Customer Deposits | 0 | 0 | 0 | 0 | 0 |
| Accrued Expenses | 0 | 0 | 0 | 0 | 0 |
| Total Other Current Liabilities | 0 | 0 | 0 | 0 | 0 |
| Total Current Liabilities | 0 | 0 | 0 | 0 | 0 |
| Long-Term Liabilities | 0 | 0 | 0 | 0 | 0 |
| Total Liabilities | 0 | 0 | 0 | 0 | 0 |
| Equity |  |  |  |  |  |
| Common Stock | 0 | 0 | 0 | 0 | 0 |
| Additional Paid-In Capital | 0 | 0 | 0 | 0 | 0 |
| Retained Earnings | (1,500,000) | (1,300,000) | (1,200,000) | (1,100,000) | (1,000,000) |
| Total Equity | (1,500,000) | (1,300,000) | (1,200,000) | (1,100,000) | (1,000,000) |
| Total Liabilities and Equity | (1,500,000) | $(1,300,000) | $(1,200,000) | $(1,100,000) | $(1,000,000) |

Exhibits 4.4 and 4.5, and Exhibits 4.7 and 4.8 differ only in that Exhibits 4.5 and 4.8 include a normalization adjustment restating the fixed assets to fair market value. Exhibits 4.4 and 4.7 do not include this adjustment, particularly when valuing a minority interest. Many analysts do not adjust fixed assets to fair market value since industry and guideline company benchmark data do not usually reflect such an adjustment. As such, adjusting the subject company would make comparisons to the guideline or industry data difficult. Other analysts think that making the adjustment results in a better comparison over the historical period analyzed and reflects what a control buyer's initial balance sheet would look like. The decision to make the adjustment is at the discretion of the analyst. Both methods are presented here.

**EXHIBIT 4.5** Ale's Distributing Company, Inc.—Balance Sheet Normalization Adjustments (Fixed Assets at FMV)

|  | 12/31/X5 | 12/31/X4 | 12/31/X3 | 12/31/X2 | 12/31/X1 |
|---|---:|---:|---:|---:|---:|
| **Assets** | | | | | |
| **Current Assets** | | | | | |
| Cash | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 |
| Inventory[2] | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) |
| Other Current Assets | | | | | |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 |
| Total Other Current Assets | 0 | 0 | 0 | 0 | 0 |
| Total Current Assets | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) |
| **Fixed Assets—FMV** | | | | | |
| Fixed Assets—Cost[3] | 2,178,600 | 1,970,900 | 1,958,200 | 2,065,900 | 1,969,100 |
| Accumulated Depreciation | 0 | 0 | 0 | 0 | 0 |
| Total Fixed Assets—Net | 2,178,600 | 1,970,900 | 1,958,200 | 2,065,900 | 1,969,100 |
| **Other Assets** | | | | | |
| Marketable Securities[1] | (1,400,000) | (1,200,000) | (1,100,000) | (1,000,000) | (900,000) |
| Total Other Assets | (1,400,000) | (1,200,000) | (1,100,000) | (1,000,000) | (900,000) |
| Total Assets | $ 678,600 | $ 670,900 | $ 758,200 | $ 965,900 | $ 969,100 |
| **Liabilities and Equity** | | | | | |
| **Liabilities** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts Payable | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| Other Current Liabilities | | | | | |
| Customer Deposits | 0 | 0 | 0 | 0 | 0 |
| Accrued Expenses | 0 | 0 | 0 | 0 | 0 |
| Total Other Current Liabilities | 0 | 0 | 0 | 0 | 0 |
| Total Current Liabilities | 0 | 0 | 0 | 0 | 0 |
| Long-Term Liabilities | 0 | 0 | 0 | 0 | 0 |
| Total Liabilities | 0 | 0 | 0 | 0 | 0 |
| **Equity** | | | | | |
| Common Stock | 0 | 0 | 0 | 0 | 0 |
| Additional Paid-In Capital | 0 | 0 | 0 | 0 | 0 |
| Retained Earnings | 678,600 | 670,900 | 758,200 | 965,900 | 969,100 |
| Total Equity | 678,600 | 670,900 | 758,200 | 965,900 | 969,100 |
| Total Liabilities and Equity | $ 678,600 | $ 670,900 | $ 758,200 | $ 965,900 | $ 969,100 |

Normalization Adjustments—Balance Sheet:

- Unusual and Nonrecurring Items
  None
1. Nonoperating Items
   Based upon analytical review, including comparisons to financial ratio benchmark data, it was determined that the Company has excess marketable securities that exceed the Company's working capital requirements.
2. Nonconformance with GAAP
   Based upon discussions with management, it was discovered that the Company has not properly written off obsolete inventory.
3. Control Adjustment
   Based upon appraisals of the Company's land, buildings, and fixed assets, an adjustment has been made to restate the Company's fixed assets to reflect their fair market value. *Note:* Some analysts do not make this adjustment for comparison purposes since the benchmark data that subject companies are compared to do not usually have this adjustment made. This is a decision each analyst must make. Also, some analysts make tax adjustments to the asset values.

## RATIO ANALYSIS (QUANTITATIVE ANALYSIS)

Ratio analysis is perhaps the most commonly used tool in financial analysis. Financial ratios allow the analyst to assess and analyze the strengths and weaknesses of a given company with regard to such measures as liquidity, performance, profitability, leverage, and growth on an absolute basis and by comparison to other companies in its industry or to an industry standard. Common financial ratios, a discussion of their use, and the application to Ale's Distributing may be found in the addendum at the end of this chapter.

Two common types of ratio analyses exist: time-series analysis and cross-sectional analysis. Time-series analysis (commonly known as trend analysis) compares the company's ratios over a specified historical time period and identifies trends that might indicate financial performance improvement or deterioration.

Cross-sectional analysis compares a specified company's ratios to other companies or to industry standards/norms. It is most useful when the companies analyzed are reasonably comparable—that is, business type, revenue size, product mix, degree of diversification, asset size, capital structure, markets served, geographic location, and the use of similar accounting methods. When some of these items are unknown, some analysts will still make general comparisons. It is important to exercise professional judgment in determining which ratios to select in analyzing a given company.

Most finance textbooks calculate activity ratios and rate of return ratios based on average beginning- and ending-year balances. However, some benchmark data, including Risk Management Association (RMA), report ratios based only on a year-end balance.



> The valuation report should provide reasonable commentary regarding methods and ratios chosen and results of the analysis.

Exhibit 4.13 presents ratios prepared with average balance sheet data with fixed assets at historical costs. Exhibit 4.14 includes a comparison to RMA-type data; thus Ale's ratios are computed year-end, again using historical costs for the fixed assets. Exhibit 4.14 is used in the detailed ratio analysis appended to this chapter. Exhibit 4.15 presents the ratios using average balance sheet amounts with the adjustment restating the fixed assets to fair market value.



> Analysts should not mix year-end data with beginning- and ending-year average data when preparing comparisons of the subject company to industry benchmark data and ratios.

**EXHIBIT 4.13** Ale's Distributing Company, Inc.—Comparative Ratio Analysis
(Ratios Computed on Averages; Fixed Assets at Cost)

|  | 12/31/X5 | 12/31/X4 | 12/31/X3 | 12/31/X2 | 12/31/X1 |
|---|---|---|---|---|---|
| **Liquidity Ratios** | | | | | |
| Current Ratio | 6.5 | 6.3 | 5.2 | 5.0 | 4.3 |
| Quick (Acid-Test) Ratio | 3.9 | 3.8 | 3.0 | 2.7 | 2.5 |
| **Activity Ratios** | | | | | |
| Accounts Receivable Turnover | 21.0 | 25.4 | 32.1 | 39.3 | N/A |
| Days Outstanding in A/R | 17.4 | 14.4 | 11.4 | 9.3 | N/A |
| Inventory Turnover | 13.9 | 15.1 | 16.5 | 20.0 | N/A |
| Sales to Net Working Capital | 8.6 | 9.4 | 11.2 | 13.4 | N/A |
| Total Asset Turnover | 4.7 | 4.8 | 5.3 | 5.8 | N/A |
| Fixed Asset Turnover | 13.2 | 12.3 | 12.9 | 13.2 | N/A |
| **Leverage Ratios** | | | | | |
| Total Debt to Total Assets | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Total Equity to Total Assets | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Long-Term Debt to Equity | 0.6 | 0.6 | 0.6 | 0.7 | 0.7 |
| Total Debt to Equity | 0.8 | 0.8 | 0.9 | 0.9 | 0.9 |
| **Profitability Ratios** | | | | | |
| Gross Profit Margin | 25.6% | 25.7% | 25.4% | 25.6% | 26.1% |
| Operating Profit Margin | 3.7% | 3.0% | 2.9% | 2.5% | 4.5% |
| **Rate of Return Ratios** | | | | | |
| Return on Average Equity | 20.3% | 16.9% | 20.7% | 17.1% | N/A |
| Return on Average Investment | 14.4% | 12.3% | 14.5% | 12.3% | N/A |
| Return on Average Total Assets | 12.9% | 11.0% | 12.8% | 10.8% | N/A |
| **Growth Rates (Cumulative)** | | | | | |
| Sales—Avg. Growth | 3.68% | 2.50% | 3.33% | 5.00% | N/A |
| Sales—CAGR | 3.64% | 2.48% | 3.31% | 5.00% | N/A |
| Gross Profit—Avg. Growth | 3.09% | 1.84% | 1.90% | 2.61% | N/A |
| Gross Profit—CAGR | 3.07% | 1.83% | 1.90% | 2.61% | N/A |
| Operating Profit—Avg. Growth | 3.69% | −6.18% | −10.73% | −41.39% | N/A |
| Operating Profit—CAGR | −0.91% | −10.23% | −16.16% | −41.39% | N/A |

Financial Ratios based on Normalized Historical Balance Sheets and Normalized Historical Income Statements. Activity and Rate of Return Ratios are calculated using average end of year balance sheet values and historical fixed asset values.

## COMPARATIVE ANALYSIS

Comparative analysis is a valuable tool for highlighting differences between the subject company's historical performance and industry averages, pointing out relative operating strengths and weaknesses of the subject company as compared to its peers, assessing management effectiveness, and identifying areas where the company is outperforming or underperforming the industry.

Comparative analysis is performed by comparing the ratios of the subject company to industry ratios taken from commonly accepted sources of comparative financial data.

clients have access to benchmark survey data for their particular industry and can share the publication with the analyst.



> To use benchmark industry ratios appropriately, analysts must be familiar with their scope and limitations as well as with the differences among them regarding data presentation and computation methods.

Exhibits 4.16, 4.17, and 4.18 present comparative balance sheets and income statements for the same five-year period. Exhibit 4.17 includes the restatement of the fixed assets to fair market value.

**EXHIBIT 4.16**  Ale's Distributing Company, Inc.—Comparative Balance Sheets (Fixed Assets at Cost)*

|  | RMA | 12/31/X5 | 12/31/X4 | 12/31/X3 | 12/31/X2 | 12/31/X1 |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Current Assets | | | | | | |
| Cash & Equivalents | 11.6% | 16.3% | 16.9% | 18.0% | 14.8% | 18.3% |
| Accounts Receivable | 10.9% | 23.8% | 20.5% | 16.8% | 16.1% | 13.5% |
| Inventory | 19.7% | 26.0% | 23.9% | 23.0% | 24.8% | 18.4% |
| Other Current Assets | 2.7% | 0.7% | 1.2% | 2.1% | 1.9% | 3.2% |
| Total Current Assets | 44.9% | 66.8% | 62.5% | 59.9% | 57.6% | 53.4% |
| Fixed Assets (Cost)—Net | 23.8% | 33.1% | 37.6% | 40.0% | 42.4% | 46.6% |
| Intangibles—Net | 20.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other Non-Current Assets | 10.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Assets | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **Liabilities and Equity** | | | | | | |
| Liabilities | | | | | | |
| Current Liabilities | | | | | | |
| Accounts Payable | 10.9% | 2.8% | 2.0% | 3.2% | 2.1% | 4.0% |
| Short-Term Notes Payable | 7.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Current Maturity LT Debt | 4.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other Current Liabilities | 8.4% | 7.6% | 8.0% | 8.3% | 9.4% | 8.5% |
| Total Current Liabilities | 31.1% | 10.3% | 9.9% | 11.5% | 11.5% | 12.5% |
| Long-Term Liabilities | 25.8% | 35.2% | 35.3% | 35.2% | 36.2% | 35.5% |
| Other Non-Current Liabilities | 3.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Liabilities | | 60.6% | 45.6% | 45.2% | 46.8% | 47.7% | 47.9% |
| Total Equity | | 39.4% | 54.4% | 54.8% | 53.2% | 52.3% | 52.1% |
| Total Liabilities and Equity | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

* Numbers may not add due to rounding.
Percentages based on Normalized Historical Balance Sheets.
Subject SIC Code = 5181 (Beer & Ale). Note: RMA data are for illustration only. Assume data are as of the valuation date.
RMA Code = 5181 (Beer & Ale)—$25MM and Over Sales Median Ratios.
Risk Management Association, Philadelphia, PA, 2001 (used with permission). © 2002 by RMA—The Risk Management Association. All rights reserved. No part of this table may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system without permission in writing from RMA—The Risk Management Association. Please refer to www.rmahq.org for further warranty, copyright, and use of data information.

## ADDENDUM 1—COMMONLY USED FINANCIAL RATIOS: APPLICATION TO ALE'S DISTRIBUTING

This section is neither a comprehensive presentation of all available ratios nor a list of ratios that must be utilized on every valuation engagement. The analyst must use informed judgment to determine which ratios are appropriate for a given valuation engagement. These are examples of some of the more common ratios.

Many analysts recommend the use of beginning-year and ending-year averages when computing the denominator of such ratios as inventory turnover, sales to net working capital, and sales to total assets. That is how these ratios are presented and explained below. In the analysis of Ale's, we also have used year-end balance sheet amounts, since that is how the comparative data, RMA, are presented.

### Liquidity Ratios

Liquidity ratios measure a company's ability to meet short-term obligations with short-term assets. These ratios also help identify an excess or shortfall of current assets necessary to meet operating expenses.

#### Current Ratio

$$\frac{\text{Current Assets}}{\text{Current Liabilities}}$$

The current ratio is the most commonly used liquidity ratio. Normally, the current ratio of the subject company is compared to industry averages to gain insight into the company's ability to cover its current obligations with its current asset base.

#### Quick (Acid-Test) Ratio

$$\frac{\text{Cash} + \text{Cash Equivalents} + \text{Short-Term Investments} + \text{Accounts Receivable}}{\text{Current Liabilities}}$$

The quick ratio is a more conservative ratio in that it measures the company's ability to meet current obligations with only those assets that can be readily liquidated. As with the current ratio, industry norms generally serve as the base for drawing analytical conclusions.

**Application to Ale's**   The liquidity ratios for Ale's have been steadily increasing during the five-year period analyzed. Ale's current ratio has increased from 4.3 at December 31, 20X1, to 6.5 at December 31, 20X5. Ale's quick ratio has increased from 2.5 at December 31, 20X1, to 3.9 at December 31, 20X5. The median current and quick ratios for comparable companies within the industry were 1.4 and 0.6, respectively. Thus, it appears the company is in a much stronger financial position to meet its current obligations as compared to its industry peers. It also indicates that Ale's is less leveraged (current liabilities) than its peer group.