# Exhibit F

████████████████████████



**BARRON'S BUSINESS GUIDES**

# Dictionary of Accounting Terms

### Sixth Edition

More than 2,500 terms defined and explained

Covers auditing, compliance, cost management, financial statement analysis, taxes, and much more

A quick-reference guide for students, business owners, and department managers

Instructive charts and tables

Jae K. Shim, Ph.D.
Joel G. Siegel, Ph.D., CPA
Nick Dauber, MS, CPA
Anique A. Qureshi, Ph.D., CPA

ACKNOWLEDGMENTS
The authors would like to acknowledge the contributions made by reviewers John Downes, formerly of the New York City Office of Economic Development, and Dr. G. Thomas Friedlob, Professor of Accounting at Clemson University. Their in-depth evaluations have been of great importance to the technical accuracy of the manuscript. Gerald J. Barry suggested many meaningful insertions and deletions that greatly enhanced the authors' prose. Thanks also go to Roberta Siegel, Allison Shim, University of California at Irvine, Oleksiy Y. Duplinskyy and Therese Dayvit, both from California State University, Long Beach, and Dr. Qianyun Ivy Huang, Assistant Professor of Accounting at Queens College of the City University of New York, for their assistance with the computer terms, graphics, and word processing. Anna Damaskos, Don Reis, Sally Strauss, and Eileen Prigge of Barron's have been invaluable during the many stages of editing the manuscript into its bound book form.

© Copyright 2014, 2010, 2005, 2000, 1995, 1987 Kaplan, Inc., d/b/a Barron's Educational Series

All rights reserved.
No part of this publication may be reproduced in any form or by any means without the written permission of the copyright owner.

Barron's books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Special Sales Manager, Barron's Educational Series, Inc. at the mailing address indicated below.

Published by Kaplan, Inc., d/b/a Barron's Educational Series
750 Third Avenue
New York, NY 10017
www.barronseduc.com

Library of Congress Catalog Card No. 2013046910

ISBN: 978-1-4380-0275-0

Library of Congress Cataloging-in-Publication Data
Shim, Jae K.
  Dictionary of accounting terms / Jae K. Shim, Ph.D., Professor of Accounting, College of Business Administration, California State University, Long Beach, Joel G. Siegel, Ph.D., CPA, Professor of Accounting, Queens College of the City University of New York, Anique Qureshi, Ph.D., CPA, Professor of Accounting and Information Systems, Queens College of the City University of New York, Nick Dauber, MST, CPA Lecturer in Accounting, Queens College of the City University of New York. — Sixth Edition.
     pages cm
  Includes bibliographical references and index.
  ISBN: 978-1-4380-0275-0 (alk. paper)
  1. Accounting—Dictionaries.  I. Siegel, Joel G.  II. Title.
  HF5621.S54    2014
  657.03–dc23
                                                    2013046910

PRINTED IN CHINA
9 8 7 6 5 4

Kaplan, Inc., d/b/a Barron's Educational Series print books are available at special quantity discounts to use for sales promotions, employee premiums, or educational purposes. For more information or to purchase books, please call the Simon & Schuster special sales department at ▬▬▬▬▬.

such as tax returns, investments, retirement plan, wills, and insurance policies; (2) helps decide on a financial plan, based on personal and financial goals, history, and preferences; (3) identifies financial areas where a client may need help, such as building up retirement income or improving investment return; (4) prepares a financial plan based on the individual situation and discusses it thoroughly; (5) helps implement the financial plan, including referring the client to specialists, such as lawyers or accountants, if necessary; and (6) reviews the situation and financial plan periodically and suggests changes when needed. Financial planners come from a variety of backgrounds and, therefore, may hold a variety of degrees and licenses. They include such credentials as Certified Financial Planner (CFP), Chartered Financial Consultant (ChFC), lawyer (JD), and Certified Public Accountant (CPA).

**FINANCIAL PLANNING MODELS** see FINANCIAL MODEL.

**FINANCIAL PLANNING SOFTWARE** personal finance computer programs that keep track of income and expenses by budget category, reconcile accounts, store tax records, figure net worth, track stocks and bonds, and print checks and financial reports. Some programs are sophisticated enough to generate a detailed, long-term personal financial plan covering planning for college education, investment, and retirement. Examples of financial planning software are *Quicken* and *Managing Your Money*.

**FINANCIAL PROJECTION** essential element of planning that is the basis for budgeting activities and estimating future financing needs of a firm. Financial projections (forecasts) begin with forecasting sales and their related expenses. The basic steps in financial forecasting are: (1) project the firm's sales; (2) project variables such as expenses and assets; (3) estimate the level of investment in current and fixed assets that is required to support the projected sales; and (4) calculate the firm's financing needs. The basic tools for financial forecasting include the percent-of-sales-method, REGRESSION ANALYSIS, and financial modeling.

**FINANCIAL RATIO** mathematical relationship between one quantity and another. There are many categories of ratios such as those that evaluate a business entity's liquidity, solvency, return on investment, operating performance, asset utilization, and market measures. An example of a ratio is the earnings yield that equals dividends per share divided by market price per share. Whereas the computation of a ratio is a basic arithmetical operation, its analytical interpretation is more complex. A financial ratio should be computed only if the relationship between accounts or categories has significance. The financial ratio may provide the accountant with clues and symptoms of underlying financial condition. To be meaningful, a given financial ratio of a company for a given year must be compared with (1) prior years to examine the trend, (2) industry norm, and (3) competing companies. See also FINANCIAL STATEMENT ANALYSIS.

**FINANCIAL RATIO ANALYSIS** see FINANCIAL STATEMENT ANALYSIS.

**FINANCIAL REPORTING** presenting financial data of a company's position, operating performance, and funds flow for an accounting period. Financial statements along with related information may be contained in various forms for external party use such as in the annual report, SEC Form 10-K, and prospectus.

**FINANCIAL REPORTING FRAMEWORK FOR SMALL- AND MEDIUM-SIZED ENTITIES (FRF FOR SMEs)** represents an accounting option for the preparation of financial statements for privately held, owner-managed businesses that are not required to follow U.S. GENERALLY ACCEPTED ACCOUNTING PRINCIPLES (GAAP). FRF FOR SMEs, which was developed by the American Institute of Certified Public Accountants, is not considered to be authoritative.

**FINANCIAL RISK** portion of total corporate risk, over and above basic BUSINESS RISK, that results from using debt. Business risk is caused by fluctuations of earnings before interest and taxes (operating income). Business risk depends on variability in demand, sales price, input prices, and amount of OPERATING LEVERAGE. Financial risk includes DEFAULT risk, which is the risk that the borrower will be unable to make interest payments or principal repayments on debt. The greater the firm's FINANCIAL LEVERAGE, the higher is its financial risk.

**FINANCIAL STATEMENT** report containing financial information about an organization. The required financial statements are balance sheet, income statement, and statement of changes in financial position. They may be combined with a supplementary statement to depict the financial status or performance of the organization. An example of a supplementary statement is an inflation-adjusted financial statement. Some supplementary material is required only for publicly held companies.

**FINANCIAL STATEMENT ANALYSIS** method used by interested parties such as investors, creditors, and management to evaluate the past, current, and projected conditions and performance of the firm. Ratio analysis is the most common form of financial analysis. It provides relative measures of the firm's conditions and performance. HORIZONTAL ANALYSIS and VERTICAL ANALYSIS are also popular forms. Horizontal analysis is used to evaluate the trend in the accounts over the years, while vertical analysis, also called a COMMON SIZE FINANCIAL STATEMENT, discloses the internal structure of the firm. It indicates the existing relationship between sales and each income statement account. It shows the mix of assets that produce income and the mix of the sources of capital, whether by current or long-term debt or by equity funding. When using the financial ratios, a financial analyst makes two types of comparisons:

(1) *Industry comparison.* The ratios of a firm are compared with those of similar firms or with industry averages or norms to determine how the company is faring relative to its competitors. Industry average ratios are available from a number of sources, including: (a) Dun & Bradstreet. Dun & Bradstreet computes 14 ratios for each of 125 lines of business. They are published in *Dun's Review* and *Key Business Ratios.* (b) Risk Management Association (RMA). This association of bank loan officers publishes *Annual Statement Studies.* Sixteen ratios are computed for more than 300 lines of business, as well as a percentage distribution of items on the balance sheet and income statement (*common size financial statements*).

(2) *Trend analysis.* A firm's present ratio is compared with its past and expected future ratios to determine whether the company's financial condition is improving or deteriorating over time.

After completing the financial statement analysis, the firm's financial analyst will consult with management to discuss plans and prospects, any problem areas identified in the analysis, and possible solutions. Given below is a list of widely used financial ratios.

### Financial Statement Analysis: List of Ratios

**Liquidity**

Net Working Capital — Current Assets − Current Liabilities

Current Ratio — $\dfrac{\text{Current Assets}}{\text{Current Liabilities}}$

Quick Ratio — $\dfrac{\text{Cash + Marketable Securities + Receivables}}{\text{Current Liabilities}}$

**Activity**

Accounts Receivable Turnover — $\dfrac{\text{Net Credit Sales}}{\text{Average Accounts Receivable}}$

Average Collection Period — $\dfrac{365}{\text{Accounts Receivable Turnover}}$

Inventory Turnover — $\dfrac{\text{Cost Of Goods Sold}}{\text{Average Inventory}}$

Average Age of Inventory — $\dfrac{365}{\text{Inventory Turnover}}$

Total Asset Turnover — $\dfrac{\text{Net Sales}}{\text{Average Total Assets}}$

**Leverage**

Debt Ratio — $\dfrac{\text{Total Debt}}{\text{Total Assets}}$

Debt/Equity Ratio — $\dfrac{\text{Total Liabilities}}{\text{Stockholders' Equity}}$

Times Interest Earned — $\dfrac{\text{Earnings Before Interest \& Taxes}}{\text{Interest Expense}}$

**Profitability**

Gross Profit Margin — $\dfrac{\text{Gross Profit}}{\text{Net Sales}}$

Profit Margin — $\dfrac{\text{Net Income}}{\text{Net Sales}}$

Return On Total Assets — $\dfrac{\text{Net Income}}{\text{Average Total Assets}}$

Return On Common Equity — $\dfrac{\text{Net Income}}{\text{Common Equity}}$

**Market Value**

Earnings Per Share — $\dfrac{\text{Net Income − Preferred Dividends}}{\text{Common Stock Outstanding}}$

Price/Earnings Ratio — $\dfrac{\text{Market Price Per Share}}{\text{Earnings Per Share}}$

Book Value Per Share — $\dfrac{\text{Stockholders' Equity − Preferred Stock}}{\text{Common Stock Outstanding}}$

Dividend Yield — $\dfrac{\text{Dividends Per Share}}{\text{Market Price Per Share}}$

Dividend Payout — $\dfrac{\text{Dividends Per Share}}{\text{Earnings Per Share}}$

**FINANCIAL STATEMENT AUDIT** one performed by a CPA for the purpose of expressing an opinion as to the fairness of the information contained in the financial statements. The audit work is conducted in accordance with GENERALLY ACCEPTED AUDITING STANDARDS (GAAS) and includes those reviews of internal controls, tests, and verification of data and other activities deemed necessary by the auditor. Typically, annual financial statements are subject to audit while interim statements are not.

**FINANCING ACTIVITIES** transactions including the distribution, acquisition, movement, and management of money, in accordance with some overall objective, policy, or goal.

**INDIRECT MATERIAL** primarily supplies, including glue, nails, and other minor items. They are classified as part of FACTORY OVERHEAD.

**INDIRECT METHOD** the method used in preparing an entity's statement of cash flows that involves reconciling NET INCOME to net cash flows from operating activities.

**INDIRECT TAX** one levied on a certain entity but not borne by that entity. For example, the retail sales tax is usually paid by the consumer in the form of an increase in price on goods or services—the retailer collects and passes on a tax actually borne by the consumer.

**INDIVIDUAL RETIREMENT ACCOUNT (IRA)** personal account that an employee can set up with a deposit that is tax deductible up to $5,000 a year (if 50 years or older, the contribution is $6,000). A working taxpayer *not* covered by another retirement plan may deduct IRA contributions. Also a taxpayer may deduct IRA contributions if ADJUSTED GROSS INCOME (AGI) is less than a certain amount. IRA funds are available to their depositors, penalty-free, at the age of 59½—or sooner in cases of death or disability. Early withdrawal of deductible contributions for any other reason will cost the taxpayer a penalty.

**INDUSTRIAL DEVELOPMENT BOND (IDB)** debt issued by a municipality to finance plants and facilities that are then leased to private industrial businesses; also called *industrial revenue bond*. The subsequent lease payments are used to service the bonds. The intent of IDBs is to attract private industry to promote local economic development. IDBs appealed to investors because they were exempt from federal income taxes. Exemption for IDBs is being phased out. A new category of tax-exempt bonds, called *qualified redevelopment bonds*, is to be used to finance land acquisition and redevelopment in blighted areas.

**INDUSTRIAL ENGINEER** professional who is engaged in the following activities: (1) product design and quality specification; (2) facilities design and layout; (3) design of production processes and machine systems; (4) work measurements; (5) quality control; and (6) scheduling and maintenance.

**INDUSTRIAL REVENUE BOND** *see* INDUSTRIAL DEVELOPMENT BOND (IDB).

**INDUSTRY RATIOS** mean or median financial ratios for a particular industry. The computed ratios for a company being analyzed should be compared to the industry average to form a basis of comparison. To what extent is the company better or worse than typical? Industry ratios are published by financial information services such as Dun & Bradstreet.

**INDUSTRY STANDARDS** in FINANCIAL RATIO ANALYSIS, industry average ratios used as standards to test whether ratios of a particular

firm are normal. There are many widely used sources of industry standards. The Risk Management Association (RMA) (www.rmahq.org), the national association of banks and credit officers, computes a set of 16 key ratios for more than 300 lines of business. These ratios are published in *Annual Statement Studies*. *See also* FINANCIAL STATEMENT ANALYSIS.

**INFLATION** general rise in the price level. When inflation is present, a dollar today can buy more than a dollar in the future. In the presence of hyperinflation, with prices rising at 100% a year or more, there is a tendency for people to prefer hard assets (such as real estate and precious metals) to financial assets (stocks and bonds) in their investment choices.

**INFLATION ACCOUNTING** method of reporting that allows for the financial effects of changes in the price level. Two possible means of taking inflation into account are CONSTANT DOLLAR ACCOUNTING and CURRENT COST ACCOUNTING.

**INFORMATION AND COMMUNICATION SYSTEMS** the component of internal control concerned with (1) the methods and records used to identify and record business transactions, and (2) ensuring that employees understand their individual roles and responsibilities in connection with internal control over financial reporting.

**INFORMATION PROCESSING** transformation of data by classifying, sorting, merging, recording, retrieving, transmitting, or reporting. DATA PROCESSING is any operation or combination of operations that transforms data into useful information, whereas information processing goes one step further to include information generation and INFORMATION RETRIEVAL.

**INFORMATION RETRIEVAL** utilization of micrographics or computer storage for filing, storing, and retrieving information. Micrographics includes microfilm and microfiche that can be indexed for later retrieval on special orders.

**INFORMATION RETURN** return filed with the Internal Revenue Service for which no tax liability is imposed. Examples of such returns are Form 1065 (partnership return), Form W-2, and Form 1099. The law charges a penalty for each failure to file an information return with the IRS and for each failure on the part of businesses to supply a copy of the information return to the taxpayer. The law also adds a penalty for each information return submitted to the IRS, or the taxpayer, that contains incorrect information.

**INFORMATION SYSTEM** system of transforming raw data into useful information for a decision maker. *See* MANAGEMENT INFORMATION SYSTEM (MIS).

**INHERENT LIMITATIONS OF INTERNAL CONTROL** "built-in" limitations that result in limited assurance, rather than absolute assur-