# Exhibit G

# Financial Statement Analysis & Security Valuation



*Stephen H. Penman*

# Financial Statement Analysis and Security Valuation

**Stephen H. Penman**
*Columbia University*


**McGraw-Hill Irwin**

Boston   Burr Ridge, IL   Dubuque, IA   Madison, WI
New York   San Francisco   St. Louis
Bangkok   Bogotá   Caracas   Lisbon   London   Madrid   Mexico City
Milan   New Delhi   Seoul   Singapore   Sydney   Taipei   Toronto

Case 1:20-cv-03010-APM   Document 542-4   Filed 03/13/23   Page 4 of 7

## McGraw-Hill Higher Education
*A Division of The McGraw-Hill Companies*

FINANCIAL STATEMENT ANALYSIS AND SECURITY VALUATION
Published by McGraw-Hill/Irwin, an imprint of The McGraw-Hill Companies, Inc. 1221 Avenue of the Americas, New York, NY, 10020. Copyright © 2001, by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.
Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

1 2 3 4 5 6 7 8 9 0 KGP/KGP 0 9 8 7 6 5 4 3 2 1 0

ISBN 0-07-290333-3

Senior vice president and editorial director:   *Robin J. Zwettler*
Publisher:   *Jeffrey J. Shelstad*
Sponsoring editor:   *Stewart Mattson*
Editorial coordinator:   *Erin Cibula*
Executive marketing manager:   *Rhonda Seelinger*
Project manager:   *Laura Ward Majersky*
Senior production supervisor:   *Michael R. McCormick*
Freelance design coordinator:   *Pam Verros*
Supplement producer:   *Joyce J. Chappetto*
Media technology producer:   *Ed Przyzycki*
Cover illustration:   *Tom White*
Compositor:   *Shepherd Incorporated*
Typeface:   *10/12 Times Roman*
Printer:   *Quebecor Printing Book Group/Kingsport*

**Library of Congress Cataloging-in-Publication Data**

Penman, Stephen H.
 Financial statement analysis and security valuation / Stephen H. Penman.
   p. cm.
 Includes index.
 ISBN 0-07-290333-3 (alk. paper)
 1. Financial statements.  I. Title.

HF5681.B2 P4134 2001
332.63'2042—dc21
                                          00–061277

www.mhhe.com

# About the Author



Stephen H. Penman is the George O. May Professor at the Graduate School of Business, Columbia University. Prior to his appointment at Columbia in 1999 he was the L. H. Penney Professor in the Walter A. Haas School of Business at the University of California at Berkeley. From 1990 to 1995 he served as chairman of the Professional Accounting Program and chairman of the Accounting Faculty at Berkeley. He also chaired Berkeley's Annual Conference on Financial Reporting. He has served as a visiting professor at Columbia University and the London Business School and as the Jan Wallander Visiting Professor at the Stockholm School of Economics.

Professor Penman received a first-class honors degree in commerce from the University of Queensland, Australia, and MBA and PhD degrees from the University of Chicago. His research is concerned with the valuation of equity and the role of accounting information in security analysis. He has published widely in finance and accounting journals and has conducted seminars on fundamental analysis and equity evaluation for academic and professional audiences. In 1991 he was awarded the notable Contribution to Accounting Literature Award by the American Accounting Association and the American Institute of Certified Public Accountants. He is an editor of the *Review of Accounting Studies*.

v

- Under GAAP, interest that finances construction is capitalized into the cost of assets on the balance sheet. It is treated as a construction cost just like the labor and materials that go into the asset. This accounting practice confuses operating and financing activities; labor and material costs are investments in assets, interest costs are costs of financing assets. The result may be that little interest expense appears in the income statement for debt on the balance sheet. But it is difficult to unscramble this capitalized interest: it is depreciated, along with other construction costs, through to the income statement and so is hard to trace. As the depreciation expense that includes interest is an operating expense, the practice also distorts the operating profitability.
- Reformulated statements can be prepared for segments of the firm—from detail in the footnotes—to reveal more of the operations.

Exhibit 9.7 gives the GAAP comparative income statement for VF Corporation for 1998, along with the reformulated statement. Note that VF presents a separate

### Exhibit 9.7

*GAAP consolidated statements of income and comprehensive income and reformulated income statement for VF Corporation, 1998. In thousands of dollars. The reformulated statement reformats the GAAP statement into operating income (operating revenue minus operating expense) and net financial expense (financial expense minus financial income) and adds dirty-surplus income items.*

**GAAP Income Statement**

| | Fiscal Year Ended | |
|---|---|---|
| | January 2, 1999 | January 3, 1998 |
| **Consolidated Statements of Income** | | |
| Net sales | $5,478,807 | $5,222,246 |
| Costs and operating expenses | | |
|   Cost of products sold | 3,586,686 | 3,440,611 |
|   Marketing, administrative, and general expenses | 1,198,854 | 1,175,598 |
|   Other operating expense (income) | 9,098 | 964 |
| | 4,794,638 | 4,617,173 |
| Operating income | 684,169 | 605,073 |
| Other income (expense) | | |
|   Interest income | 6,411 | 23,818 |
|   Interest expense | (62,282) | (49,695) |
|   Miscellaneous, net | 3,300 | 6,684 |
| | (52,571) | (19,193) |
| Income before income taxes | 631,598 | 585,880 |
| Income taxes | 243,292 | 234,938 |
| Net income | $ 388,306 | $ 350,942 |
| Earnings per common share | | |
|   Basic | $ 3.17 | $ 2.76 |
|   Diluted | 3.10 | 2.70 |
| **Consolidated Statements of Comprehensive Income** | | |
| Net income | $ 388,306 | $ 350,942 |
| Other comprehensive income | | |
|   Foreign currency translation, net of income taxes | 10,471 | (42,538) |
| Comprehensive Income | $ 398,777 | $ 308,404 |

statement of comprehensive income, but that statement contains only foreign currency translation gains and losses. Also note the following in the reformulated statement (numbers flag items in the exhibit):

1. Dirty-surplus items have been brought into the statement so the "bottom line" is the comprehensive income that was calculated in the last chapter.
2. Taxes have been allocated using a marginal tax rate of 38 percent for federal and state statutory rates, 35 percent for the federal rate plus 3 percent for the state rate. The revised effective tax rate on operating income for 1998 is 37.9 percent, compared with a 38.5 percent rate calculated on total income before tax in the GAAP statement.
3. Detail on advertising expenses has been discovered in the footnotes. However, more detail on the large administrative and general expenses is not available. You will often be frustrated by the lack of disclosure.

Genentech has net financial assets and thus interest income in excess of interest expense. Its income statement in Exhibit 5.1 of Chapter 5 is reformulated in Exhibit 9.8 in a more reduced form than that for VF Corporation.

Details of the operating revenues and expenses are given in the original statement. As Genentech has net financial assets, income taxes on financial items are positive and so reduce the income taxes on operating activities from the number reported for

### Exhibit 9.7
*(continued)*

**Reformulated Income Statement**

| | 1998 | | 1997 | | |
|---|---|---|---|---|---|
| Net Sales | | 5,478,807 | | 5,222,246 | |
| Cost of products sold | | (3,586,686) | | (3,440,611) | |
| Gross margin | | 1,892,121 | | 1,781,635 | |
| Miscellaneous income | | 3,300 | | 6,684 | |
| | | 1,895,421 | | 1,788,319 | |
| Advertising expense | 287,500 | | 309,300 | | 3 |
| Administrative and general expense | 911,354 | | 866,298 | | |
| Other expense | 9,098 | (1,207,952) | 964 | (1,176,562) | |
| | | 687,469 | | 611,757 | |
| Tax benefit on preferred dividends to ESOP | | 568 | | 700 | 1 |
| Foreign currency translation gain | | 10,471 | | (42,538) | 1 |
| Operating income before tax | | 698,508 | | 569,919 | |
| Tax reported | 243,292 | | 234,938 | | |
| Tax benefit of debt | 21,231 | (264,523) | 9,833 | (244,771) | 2 |
| **Operating Income after Tax** | | 433,985 | | 325,148 | |
| **Net Financial Expense** | | | | | |
| Interest expense | 62,282 | | 49,695 | | |
| Interest income | (6,411) | | (23,818) | | |
| Net interest before tax | 55,871 | | 25,877 | | |
| Tax benefit of debt (38%) | (21,231) | | (9,833) | | 2 |
| Net interest after tax | 34,640 | | 16,044 | | |
| Preferred dividends | 3,717 | | 3,804 | | 1 |
| Loss on redemption of preferred stock | 2,763 | (41,120) | 1,855 | (21,703) | 1 |
| **Comprehensive Income (Available to Common)** | | 392,865 | | 303,445 | |

**EXHIBIT 9.8**

### GENENTECH, INC.
### Reformulated Income Statement, 1995

| | | |
|---|---:|---:|
| Operating Revenues | | 857,283 |
| Operating expenses | 712,632 | |
| Special merger charge | 25,000 | 737,632 |
| Operating income before tax | | 119,651 |
| Tax reported | 25,841 | |
| Tax on financial income | (20,523) | 5,318 |
| Operating Income after Tax | | 114,333 |
| **Net Financial Income** | | |
| Interest revenue | 60,562 | |
| Interest expense | 7,940 | |
| Net interest income before tax | 52,622 | |
| Tax on net interest income (39%) | 20,523 | |
| Net interest income after tax | 32,099 | |
| Unrealized gain on securities | 44,681 | |
| Net financial income | | 76,780 |
| Comprehensive Income (available to common) | | 191,113 |

income taxes. See Box 9.2. Genentech's marginal tax rate for federal and state taxes is 39 percent. Its effective tax rate on operating income of 4.4 percent is due to tax credits for research and development.

## Comparative Analysis of the Balance Sheet and Income Statement

To make judgments about a firm's performance the analyst needs benchmarks. Benchmarks are established by reference to other firms (usually in the same industry) or to the same firm's past history. Comparison to other firms is called *cross-sectional analysis*. Comparison to a firm's own history is called *time-series analysis*. Financial statements are prepared for cross-sectional comparisons using the techniques of *common-size analysis*. The statements are compared over time using *trend analysis*.

### Common-Size Analysis

Common-size analysis is simply a standardization of line items to eliminate the effect of size. Line items are expressed per dollar of an attribute that reflects the scale of operations. However, if that attribute is chosen carefully, and if reformulated statements are used, the scaling will reveal pertinent features of a firm's operations. And when compared across firms, or across time, common-size statements will identify unusual features that require further investigation.

**Common-Size Income Statements.**  Exhibit 9.9 places Genentech's reformulated 1995 income statement on a common-size basis and compares the common-size statement to

**Box 9.2**

### Taxes and Financial Assets

VF Corporation has net financial obligations, so it reduces its taxes through the tax shield that interest expense deductions provide. Genentech, on the other hand, incurred additional taxes on the net interest earned from financial assets. If Genentech were to pay out the interest income, the income would be taxed again as dividend income to shareholders. If the income were retained, shareholders would be taxed on realized capital gains from the stock price appreciation that reflects the income. In light of the double taxation in either case, why would a corporation hold financial assets? Anyone can buy and sell bonds, and you need not set up a corporation to hold them; indeed corporate holdings of financial assets incur the double taxation penalty.

Why then might Genentech have financial assets? The answer might be that it needs the money to invest in operational investment opportunities that it sees.[1] If so, we would expect the financial assets to be converted into operating assets in the near future. Without such investment opportunities a firm serves its shareholders best by avoiding the double taxation and paying out the financial assets in dividends or stock repurchases.

As a case in point, IBM historically had a low payout up to the mid-1970s. Its significant cash flows were reinvested in operations to generate the growth for which it was famous. However, in the 1970s investment opportunities became scarcer and the cash flow began to be invested in near-cash assets instead. Financial assets stood at over $6 billion in 1976. Accordingly, IBM began to increase payout to over 50 percent of earnings and began an extensive stock repurchase program to pay out the financial assets to shareholders. From 1976 to 1980, IBM repurchased about $3.2 billion of its own stock and from 1986 to 1990, another $6.2 billion.

As another case in point, in 1996 a rebel shareholder of Chrysler Corporation, Kirk Kerkorian, demanded that the firm pay out over $7 billion in financial assets that it had accumulated. He had a point: these assets were attracting double taxation and Chrysler is in the business of making automobiles, not buying bonds for shareholders. The Chrysler board maintained that these assets were needed to provide cash in the future if times got bad. A settlement was reached whereby the board agreed the company would pay out the financial assets to shareholders if investment opportunities did not materialize.

A large amount of financial assets must always raise a question: What does the firm intend to do with them? Does management see investment opportunities? Will these be zero or negative residual income investments or does the firm see superior investment opportunities ahead? Will it pay the assets out in dividends? Is Genentech (for example) looking to make acquisitions? Where? Commentators claim that management often invests financial assets that are generated by free cash flow in inferior investments, just to extend empires and spheres of control. This is referred to as the *free cash flow agency problem*; a shareholder must monitor the firm to ensure that managements are reinvesting financial assets appropriately. If management cannot find good investments, financial assets should be paid out and the double taxation avoided, as in the IBM example.

---

[1] Prior to 1995 Genentech had operating loss carryforwards that resulted in zero taxes. Thus financial income was not taxed, although applying the loss carryforwards to financial income reduced the amount applicable to operating income.

**EXHIBIT 9.9**

*Comparative common-size income statements for Genentech, Inc., Amgen, Inc., and Chiron Corporation for 1995. Dollar amounts in millions. Percentages are per dollar of sales except for financial income items, which are per dollar of total financial income. Common-size income statements reveal the profitability of sales and the effect of each expense item on the profitability of sales.*

|  | Genentech | | Amgen | | Chiron | |
|---|---|---|---|---|---|---|
|  | $ | % | $ | % | $ | % |
| Operating revenues before other items |  |  |  |  |  |  |
| Product sales (unrelated parties) | 635.3 | 74.1 | 1,818.6 | 93.7 | 922.9 | 90.5 |
| Royalties | 190.8 | 22.3 | 36.1 | 1.9 | 39.3 | 3.9 |
| Revenues from partners and agreements | 31.2 | 3.6 | 85.2 | 4.4 | 58.1 | 5.7 |
| Operating revenue | 857.3 | 100.0 | 1,939.9 | 100.0 | 1020.3 | 100.0 |
| Operating expenses before other items |  |  |  |  |  |  |
| Cost of sales | 97.9 | 11.4 | 272.9 | 14.1 | 415.8 | 40.8 |
| Research and development | 363.0 | 42.3 | 451.7 | 23.3 | 343.8 | 33.7 |
| Selling, general, and administrative | 251.7 | 29.4 | 418.4 | 21.6 | 357.1 | 35.0 |
| Write-off of purchased in-process technologies | — | — | — | — | 365.3 | 35.8 |
| Special charge (corporate transactions) | 25.0 | 2.9 | — | — | 49.4 | 4.8 |
| Restructuring charge | — | — | — | — | 39.1 | 3.8 |
| Other | — | — | — | — | 12.6 | 1.2 |
|  | 737.6 | 86.0 | 1143.0 | 58.9 | 1583.0 | 155.1 |
| Operating income before tax and other items | 119.7 | 14.0 | 796.9 | 41.1 | (562.7) | (55.1) |
| Income tax reported | 25.8 | 3.0 | 256.7 | 13.2 | 21.7 | 2.1 |
| Income tax on financial items | (20.5) | (2.4) | (19.8) | (1.0) | 3.3 | .3 |
| Tax on operating income | 5.3 | 0.6 | 236.9 | 12.2 | 25.0 | 2.5 |
| Operating income (loss) before other items | 114.3 | 13.3 | 560.0 | 28.9 | (587.7) | (57.6) |
| Share of income (loss) of subsidiary | — | — | (53.3) | (2.7) | 80.4 | 7.9 |
| Foreign currency translation gain | — | — | — | — | 2.4 | .2 |
| Operating income after tax | 114.3 | 13.3 | 506.7 | 26.1 | (504.9) | (49.5) |
| Financial income after tax |  |  |  |  |  |  |
| Net interest income | 52.6 | 68.5 | 50.8 | 163.9 | (8.3) | (21.3) |
| Tax on interest income | (20.5) | (26.7) | (19.8) | (63.9) | 3.3 | 8.5 |
| Unrealized gain on securities | 44.7 | 58.2 | — | — | 44.0 | 112.9 |
|  | 76.8 | 100.0 | 31.0 | 100.0 | 38.9 | 100.0 |
| Comprehensive income | 191.1 | 22.3 | 537.7 | 27.7 | (466.0) | (45.7) |

those of two other biotechnology firms, Amgen and Chiron. Operating revenues and expenses, along with net comprehensive income, are expressed as a percentage of the operating revenue while financial items are a percentage of total financial income or expense.

The comparative common-size statements reveal three things:

- How firms do business differently and the different structure of revenues and expenses that result. These three biotech firms have similar sources of revenue although Genentech earns considerably more from royalties on products developed than from direct product sales. Looking at operating expenses, the firms have similar cost structures but Genentech has the lowest cost of sales per dollar of revenue (11.4 percent). Research and development costs are a big part of costs in biotech firms, and Genentech spends more per dollar of sales (42.3 percent) than the other two. Amgen maintains the lowest selling, general, and administrative (SG&A) costs at 21.6 percent of sales. The three firms have different write-offs and unusual charges.

- Operating profitability per dollar of sales. As operating items are divided through by sales revenue, the common-size number indicates the proportion of each dollar of sales the item represents. Thus the number for an operating expense is the percentage of sales that is absorbed by the expense, and the number for operating income is the percentage of sales that ends up in profit. The latter, called the *operating profit margin*, is particularly important:

$$\text{Operating profit margin} = \text{operating income (after tax)}/\text{sales}$$

This ratio is usually referred to simply as the *profit margin*, or more simply as the *margin*. Genentech's profit margin is 13.3 percent, compared with a 26.1 percent margin for Amgen and a loss for Chiron. Ratios can also be calculated for operating income before tax and for expenses relative to sales, as in the exhibit. Reviewing the expense ratios, we see that Genentech had a lower profit margin than Amgen primarily because of expenditures on R&D and SG&A expenses. Genentech's cost of sales and taxes are lower, relative to sales revenues, than the other firms. These differences highlight features of the business that need to be investigated. They direct the analyst to find information that will explain the differences and so explain why these three firms might be valued differently.

- Financial items as a percentage of total financial income (or financial expense in Chiron's case). The percentage reveals the contribution of the components, including the tax shield or lack of it, to total net financial income or expense.

The final comprehensive income number, expressed as a percentage of sales, is the (comprehensive) *net profit margin*. The comparison of this number to the operating profit margin reveals how much firms increased their profits through financing activities. Genentech earned a net 22.3 cents for every dollar of sales, compared to 27.7 cents for Amgen. Chiron used up every dollar of sales in expenses and incurred a further 45.7 percent of sales in additional expenses to incur a loss.

**Common-Size Balance Sheets.** Common-size balance sheets often standardize on total assets, but a more informative approach, using reformulated statements, standardizes operating assets and liabilities on their totals and financial assets and liabilities on their totals. The comparative common-size balance sheets for the three biotech firms are in Exhibit 9.10. The percentages describe the relative composition of the net assets put in place in the operating and financing activities. You can easily spot the differences when the balance sheets are in this form; try comparing the relative amounts of investments in accounts receivable, property, plant and equipment, and so on, for the three companies.

### Trend Analysis

Exhibit 9.11 presents trends for VF Corporation from 1993 to 1998. Trend analysis expresses financial statement items as an index relative to a base year. In VF's case, the index is 100 for the base year of 1993.

Trend analysis gives a picture of how financial statement items have changed over time. The index for NOA indicates whether the firm is growing investments in operations, and at what rate, or is liquidating. The index for CSE tracks the growth or decline in the owners' investment. And the index for NFO tracks the net indebtedness. Similarly, the indexes for the income statement track the income and the factors that affect it. Of particular interest are sales, operating income, and comprehensive income.

The picture drawn for VF is one of moderately growing sales of 26.8 percent over the five years, resulting in growth in operating income after tax of 72.2 percent and growth in