# Exhibit H

# Financial Accounting
## AN INTRODUCTION TO CONCEPTS, METHODS, AND USES

Stickney

Weil

Schipper

Francis





**SOUTH-WESTERN**
**CENGAGE Learning**

Financial Accounting, An Introduction
to Concepts, Methods, and Uses, 13e
Clyde P. Stickney, Roman L. Weil, Katherine Schipper,
Jennifer Francis

Vice President of Editorial, Business: Jack W. Calhoun
Editor-in-Chief: Rob Dewey
Senior Acquisitions Editor: Matthew Filimonov
Senior Developmental Editor: Craig Avery
Marketing Manager: Steven Joos
Marketing Coordinator: Heather McAuliffe
Senior Content Project Manager: Tim Bailey
Director of Program Management: John Barans
Senior Frontlist Buyer, Manufacturing: Doug Wilke
Production Service: Lachina Publishing Services, Inc.
Senior Art Director: Stacy Jenkins Shirley
Cover and Internal Designer: Joe DeVine, Red Hangar Design
Cover Image: © Getty Images/Photographer's Choice

© 2010, 2007 South-Western, Cengage Learning

ALL RIGHTS RESERVED. No part of this work covered by the copyright herein may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, Web distribution, information storage and retrieval systems, or in any other manner—except as may be permitted by the license terms herein.

For product information and technology assistance, contact us at
**Cengage Learning Customer & Sales Support, 1-800-354-9706**

For permission to use material from this text or product,
submit all requests online at **www.cengage.com/permissions**
Further permissions questions can be emailed to
**permissionrequest@cengage.com**

Exam*View*® is a registered trademark of eInstruction Corp. Windows is a registered trademark of the Microsoft Corporation used herein under license.

Library of Congress Control Number: 2008943209

ISBN-13: 978-0-324-65114-0
ISBN-10: 0-324-65114-7

**South-Western Cengage Learning**
5191 Natorp Boulevard
Mason, OH 45040
USA

Cengage Learning products are represented in Canada by Nelson Education, Ltd.

For your course and learning solutions, visit **www.cengage.com**

Purchase any of our products at your local college store or at our preferred online store **www.ichapters.com**

Printed in Canada
1 2 3 4 5 6 7 12 11 10 09

**For Our Students**

*W*hatever be the detail with which you cram your students, the chance of their meeting in after-life exactly that detail is infinitesimal; and if they do meet it, they will probably have forgotten what you taught them about it. The really useful training yields a comprehension of a few general principles with a thorough grounding in the way they apply to a variety of concrete details. In subsequent practice the students will have forgotten your particular details; but they will remember by an unconscious common sense how to apply principles to immediate circumstances.

**Alfred North Whitehead**
*The Aims of Education and Other Essays*

> WARNING: Study of this book is known to cause thinking, occasionally deep thinking. Typical side effects include mild temporary anxiety followed by profound long-term understanding and satisfaction.


Nordstrom must also show the consumption of the asset sold—the shoes in inventory. If Nordstrom originally purchased the shoes from its shoe vendor for $70, Nordstrom would record the following journal entry to recognize as an expense the product costs associated with the sale of the shoes:

| Cost of Goods Sold | | 70 | |
|---|---|---|---|
| Inventory | | | 70 |

| Assets | = | Liabilities | + | Shareholders' Equity | (Class.) |
|---|---|---|---|---|---|
| −70 | | | | −70 | IncSt → RE |

To record the reduction of inventory associated with the sale of merchandise.

This transaction affects Nordstrom's income statement; it also affects Nordstrom's balance sheet when revenue and expense accounts are closed to the Retained Earnings account. The revenue part of the transaction increases Retained Earnings by $100, and the expense part of the transaction decreases Retained Earnings by $70. The net effect increases Retained Earnings by $30 (before taxes).

**Example 7**  Before each of its two big semiannual sales, Nordstrom prints and mails advertisements to its preferred customers and also prints and installs in its stores a variety of signs announcing the sales. Assume that these expenditures cost $2 million per year. Clearly, Nordstrom management believes that spending $2 million to promote the semiannual sales will increase gross margin (sales revenues less cost of sales) by at least $2 million. However, it cannot establish a causal link between any specific promotional expenditure and the sale of a specific item. As a result, Nordstrom treats the promotion costs as period expenses in the period incurred:

| Advertising and Promotion Expenses | | 2,000,000 | |
|---|---|---|---|
| Cash | | | 2,000,000 |

| Assets | = | Liabilities | + | Shareholders' Equity | (Class.) |
|---|---|---|---|---|---|
| −2,000,000 | | | | −2,000,000 | IncSt → RE |

To record $2 million of advertising and promotion costs.

### PROBLEM 4.1 for Self-Study

**Revenue and expense recognition.** Crandall SA uses the accrual basis of accounting and recognizes revenues at the time it sells goods or renders services. For each transaction, indicate the amount of revenue or expense that Crandall recognizes *during April*, and show the journal entry or entries that Crandall would make *in April*.

a. Collects €15,000 cash from customers during April for merchandise sold and delivered in March. The cost of the merchandise to the firm was €8,000.
b. Sells merchandise to customers during April for €24,500 cash. The merchandise cost the firm €6,500.
c. Sells to customers, on account, merchandise with a selling price of €105,000. The firm expects to collect the cash during May. The merchandise cost the firm €82,000 when it purchased the items from its supplier last month. The firm has not yet paid the supplier for the merchandise.
d. Pays suppliers €45,500 during April for merchandise received by the firm from its suppliers and sold to customers during March for €109,000.
e. Pays suppliers €50,000 during April for merchandise received from its suppliers and sold to customers during April. Crandall sold the merchandise for €90,400.

(continued)

---

f. Receives from suppliers and sells to customers during April merchandise that cost €20,000. The selling price of the merchandise to the customer was €38,000, all on account. The firm expects to pay the supplier during May.

g. Receives from suppliers during April merchandise that cost €101,000 and that the firm expects to pay for during May. The firm also expects to sell the merchandise in May for €124,000.

h. Receives €26,500 from customers for merchandise that the firm will deliver in May. The firm does not yet have the merchandise and expects to acquire it in May for €23,000.

## COMPREHENSIVE INCOME



Net income under U.S. GAAP, or profit under IFRS, reports increases in net assets from certain transactions with nonowners such as customers. Net income, or profit, does not include all transactions with nonowners. Both U.S. GAAP and IFRS define net income, or profit, for the current period to exclude certain events and transactions with nonowners that change net assets. Both U.S. GAAP and IFRS use the term **Other Comprehensive Income (OCI)** to refer to changes in net assets that are not transactions with owners and that do not appear on the income statement. Both U.S. GAAP and IFRS specify the items that do not appear in the income statement and that are included in other comprehensive income

The sum of net income and other comprehensive income is **Comprehensive Income**, which includes all changes in net assets for a period except for changes arising from transactions with owners. (Typical transactions with owners include dividends, share issuances, and share repurchases). In all the examples considered in this and preceding chapters, the effect of the event or transaction on net income equals the effect on comprehensive income. Later chapters present items that other comprehensive income, in contrast to net income, includes. Thus,

$$\text{Net Income} + \text{Other Comprehensive Income} = \text{Comprehensive Income}$$

The items reported in other comprehensive income relate to changes in the amount of assets and liabilities resulting from transactions with nonowners—transactions whose effects authoritative guidance has chosen to exclude from net income. Both U.S. GAAP and IFRS require firms to report the cumulative effect of other comprehensive income in a balance sheet account called **Accumulated Other Comprehensive Income (AOCI)**. Accumulated Other Comprehensive Income relates to Other Comprehensive Income just as Retained Earnings relates to Net Income, when the firm declares no dividends.

$$\text{Retained Earnings (beginning)} + \text{Net Income} - \text{Dividends} = \text{Retained Earnings (ending)}$$

$$\begin{array}{c}\text{Accumulated Other}\\\text{Comprehensive Income}\\\text{(beginning)}\end{array} + \begin{array}{c}\text{Other}\\\text{Comprehensive}\\\text{Income}\end{array} = \begin{array}{c}\text{Accumulated Other}\\\text{Comprehensive Income}\\\text{(ending)}\end{array}$$

To see these relations, refer to the balance sheet, and statements of income and other comprehensive income, of Nordstrom in **Exhibits 1.1**, **1.2**, and **1.4** on pages 8, 9, and 11 and those of Scania in **Exhibits 1.5**, **1.7**, and **1.8** on pages 12, 15, and 16. In each accounting period, the net amount of Other Comprehensive Income (Loss) increases (decreases) the balance of Accumulated Other Comprehensive Income, just as in each accounting period the amount of Net Income (Loss) increases (decreases) the balance of Retained Earnings (after adjusting for dividends).

While no general principle describes the nature of items excluded from net income and included in Other Comprehensive Income, they tend to arise from remeasurements of assets and liabilities (often, remeasurements at fair value as described in **Chapter 3**) and not from transactions. For example, IFRS permits but does not require firms to revalue certain non-current assets upward to reflect increases in fair value in excess of acquisition cost. Under IFRS, such a revaluation remeasurement increases assets (because the firm now records an existing asset on the balance sheet at a larger number) and increases Other Comprehensive Income. These increases are accumulated in a shareholders' equity account, Revaluation

Surplus.[17] **Chapter 9** discusses the accounting for asset revaluations. As an example, suppose the firm revalues the Land asset by €50; the journal entry to record this revaluation is:

```
Land.................................................... 50
    Other Comprehensive Income.......................         50
```

| Assets | = | Liabilities | + | Shareholders' Equity | (Class.) |
|---|---|---|---|---|---|
| +50 | | | | +50 | OCI → Equity (Revaluation Surplus) |

To record an increase in the fair value of land (revaluation) of €50 as permitted by IFRS. OCI stands for Other Comprehensive Income, and the revaluations accumulate in shareholders' equity, in the Revaluation Surplus account.

Both U.S. GAAP and IFRS require the presentation of an income statement and the presentation of the items of Other Comprehensive Income. U.S. GAAP permits three reporting formats, described next. Starting January 1, 2009, IFRS permits free choice between the first two reporting formats.

1. A single statement of comprehensive income that shows *all* the changes in net assets except from transactions with owners;[18]
2. A two-statement presentation that includes an income statement (for example, like Scania's in **Exhibit 1.5**) and a separate statement of comprehensive income.
3. A separate display of the items comprising Other Comprehensive Income within a statement of changes in shareholders' equity. Firms applying U.S. GAAP use this alternative more often than the other two. The **Glossary** illustrates this format at *Other Comprehensive Income*.

**Chapter 14** discusses the reporting of comprehensive income.



## INTERPRETING AND ANALYZING THE INCOME STATEMENT

Users of financial statements often analyze the ratio of net income to revenues, called the **profit margin percentage**, when evaluating profitability. Consider the following firms and their profit margin percentages for a recent year:

- Nordstrom (retail clothing): 7.9%.
- Scania (engine and truck manufacturing): 8.4%.
- Colgate Palmolive (consumer and pet products): 11.1%.
- Polo Ralph Lauren (clothing design and manufacture): 9.3%.
- McDonald's (retail food): 16.4%.
- Boeing (airplane manufacture): 3.6%.

Can we conclude that Boeing and McDonald's have the worst and best profitability, respectively? Do differences in profit margin percentages signal differences in operating performance, and do they have economic or strategic explanations? Answering these questions requires understanding both the income statement and investments in assets that firms in different industries must have in order to generate revenues. In this section, we focus on tools for understanding the income statement, recognizing that the analysis of profitability and operating performance also requires consideration of the assets used to generate profits.

---

[17]This accounting, which accumulates the increases in a shareholders' equity account, applies to noncurrent assets other than investment properties. The latter are buildings and land held for rental or price appreciation and not for use or sale as part of the firm's normal operations. Revaluations of investment properties are included in net income.

[18]IFRS allows the Statement of Comprehensive Income to be called the Statement of Recognized Income and Expense.

### COMMON-SIZE INCOME STATEMENT

One tool for analysis of the income statement, a **common-size income statement**, expresses each expense and net income as a percentage of revenues. (**Chapter 3** introduces the common-size balance sheet, which expresses each balance sheet account as a percentage of total assets.) An analyst can use a common-size income statement to study over-time changes or among-firm differences in the relations among revenues, expenses, and net income and to identify relations that the analyst should explore further.

**Time-Series Profitability Analysis** To illustrate a **time-series analysis** for a single firm, **Exhibit 4.3** presents a common-size income statement for Nordstrom for fiscal years ended in January or early February of 2007, 2006, and 2005.

Nordstrom experienced an increasing profit margin percentage (= net income divided by sales) over the three years, from 5.5% for the year ended January 29, 2005, to 7.1% for the year ended January 28, 2006, to 7.9% for the year ended February 3, 2007. The increasing profit margin results from four factors:

1. A decreasing cost of goods sold to sales percentage.
2. A decreasing selling, general, and administrative (SG&A) expense to sales percentage.
3. A decreasing interest expense to sales percentage.
4. An increasing other income to sales percentage.

Sales increased by 10.9% between the years ending in 2006 and 2007 and by 8.3% from the years ending in 2005 and 2006. The fact that sales increased year-to-year while both cost of goods sold and SG&A decreased as a percentage of sales suggests that economies of scale affect both of these costs. That is, neither cost increased proportionally with sales; rather, both increased at a rate smaller than the sales increase. If employees do not work at full capacity, for example, the firm need not increase the number of employees at the same rate that sales increase. Or, perhaps the costs of information systems and accounting and legal costs do not increase proportionally with sales. Regardless of the underlying causes, sales increases coupled with less-than-proportional increases in both cost of goods sold and selling and administrative expenses explain the decline in these expense percentages.

**Cross-Section Profitability Analysis** We illustrate a **cross-section analysis** using the common-size income statements for three other retailing firms: Wal-Mart Stores Inc. (**Exhibit 4.4**), The Gap Inc. (**Exhibit 4.5**), and Saks Inc. (**Exhibit 4.6**). Wal-Mart Stores ("Wal-Mart") is the world's largest retailing firm. Its discount and superstores segment (which includes the retailing firm and its online stores) accounts for about two-thirds of total Wal-Mart sales; the remainder comes from its Sam's Club segment (about 12% of sales) and international operations

**EXHIBIT 4.3**
Nordstrom Inc.
Common-Size Income Statements
(in thousands)

| Fiscal year ending | February 3, 2007 | | January 28, 2006 | | January 29, 2005 | |
|---|---|---|---|---|---|---|
| Net Sales | $ 8,560,698 | 100.0% | $ 7,722,860 | 100.0% | $ 7,131,388 | 100.0% |
| Cost of Sales and Related Buying and Occupancy Costs | (5,353,949) | 62.5 | (4,888,023) | 63.3 | (4,559,388) | 63.9 |
| Gross Profit | $ 3,206,749 | 37.5% | $ 2,834,837 | 36.7% | $ 2,572,000 | 36.1% |
| Selling, General and Administrative Expenses | (2,296,863) | 26.8 | (2,100,666) | 27.2 | (2,020,233) | 28.3 |
| Operating Income | $ 909,886 | 10.6% | $ 734,171 | 9.5% | $ 551,767 | 7.7% |
| Interest Expense, net | (42,758) | 0.5 | (45,300) | 0.6 | (77,428) | 1.1 |
| Other Income Including Finance Charges, net | 238,525 | −2.8 | 196,354 | −2.5 | 172,942 | −2.4 |
| Earnings Before Income Taxes | $ 1,105,653 | 12.9% | $ 885,225 | 11.5% | $ 647,281 | 9.1% |
| Income Tax Expense | (427,654) | 5.0 | (333,886) | 4.3 | (253,831) | 3.6 |
| Net Earnings | $ 677,999 | 7.9% | $ 551,339 | 7.1% | $ 393,450 | 5.5% |

Case 1:20-cv-03010-APM   Document 542-5   Filed 03/13/23   Page 6 of 7

**EXHIBIT 4.4**

**Wal-Mart Stores, Inc.**
**Common-Size Income Statements**
**(in millions)**

| Fiscal year ending | January 31, 2007 | | January 31, 2006 | | January 31, 2005 | |
|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | |
| Net Sales | $344,992 | 99.0% | $308,945 | 99.0% | $281,488 | 99.0% |
| Membership and Other Income | 3,658 | 1.0 | 3,156 | 1.0 | 2,822 | 1.0 |
| Total Sales Revenue | $348,650 | 100.0% | $312,101 | 100.0% | $284,310 | 100.0% |
| **Costs and Expenses:** | | | | | | |
| Cost of Sales | 264,152 | 75.8 | 237,649 | 76.1 | 216,832 | 76.3 |
| Operating Selling, General, and Administrative Expenses | 64,001 | 18.4 | 55,739 | 17.9 | 50,178 | 17.6 |
| Operating Income | $ 20,497 | 5.9% | $ 18,713 | 6.0% | $ 17,300 | 6.1% |
| **Interest:** | | | | | | |
| Debt | 1,549 | 0.4 | 1,171 | 0.4 | 931 | 0.3 |
| Capital Leases | 260 | 0.1 | 249 | 0.1 | 253 | 0.1 |
| Interest Income | (280) | −0.1 | (242) | −0.1 | (204) | −0.1 |
| Interest, net | 1,529 | 0.4 | 1,178 | 0.4 | 980 | 0.3 |
| Income from Continuing Operations Before Income Taxes | $ 18,968 | 5.4% | $ 17,535 | 5.6% | $ 16,320 | 5.7% |
| **Provision for income taxes:** | | | | | | |
| Current | 6,276 | 1.8 | 5,932 | 1.9 | 5,326 | 1.9 |
| Deferred | 89 | 0.0 | (129) | 0.0 | 263 | 0.1 |
| | 6,365 | 1.8 | 5,803 | 1.9 | 5,589 | 2.0 |
| Income from Continuing Operations Before Minority Interest | $ 12,603 | 3.6% | $ 11,732 | 3.8% | $ 10,731 | 3.8% |
| Minority Interest | (425) | −0.1 | (324) | −0.1 | (249) | −0.1 |
| Income from Continuing Operations | $ 12,178 | 3.5% | $ 11,408 | 3.7% | $ 10,482 | 3.7% |
| Loss from discontinued operations, Net of Tax | (894) | −0.3 | (177) | −0.1 | (215) | −0.1 |
| Net income | $ 11,284 | 3.2% | $ 11,231 | 3.6% | $ 10,267 | 3.6% |

**EXHIBIT 4.5**

**The Gap Inc.**
**Common-Size Income Statements**
**(in millions)**

| Fiscal year ending | February 3, 2007 | | January 28, 2006 | | January 29, 2005 | |
|---|---|---|---|---|---|---|
| Net Sales | $15,943 | 100.0% | $16,023 | 100.0% | $16,267 | 100.0% |
| Cost of Sales and Related Buying and Occupancy Costs | 10,294 | 64.6 | 10,154 | 63.4 | 9,886 | 60.8 |
| Gross Profit | $ 5,649 | 35.4% | $ 5,869 | 36.6% | $ 6,381 | 39.2% |
| Operating Expenses | 4,475 | 28.1 | 4,124 | 25.7 | 4,296 | 26.4 |
| Loss on Early Retirement of Debt | — | | — | | 105 | 0.6 |
| Interest Expense | 41 | 0.3 | 45 | 0.3 | 167 | 1.0 |
| Interest Income | (131) | −0.8 | (93) | 0.6 | (59) | 0.4 |
| Earnings Before Income Taxes | $ 1,264 | 7.9% | $ 1,793 | 11.2% | $ 1,872 | 11.5% |
| Income Tax Expense | 486 | 3.0 | 680 | 4.2 | 722 | 4.4 |
| Net Earnings | $ 778 | 4.9% | $ 1,113 | 6.9% | $ 1,150 | 7.1% |

**EXHIBIT 4.6**

**Saks Incorporated**
**Common-Size Income Statements**
**(in thousands)**

| Fiscal Year Ending | February 3, 2007 | | January 28, 2006 | | January 29, 2005 | |
|---|---|---|---|---|---|---|
| Net Sales | $2,940,003 | 100.0% | $2,778,333 | 100.0% | $2,766,977 | 100.0% |
| Cost of Sales and Related Buying and Occupancy Costs | 1,804,294 | 61.4 | 1,754,833 | 63.2 | 1,681,297 | 60.8 |
| Gross Margin | $1,135,709 | 38.6% | $1,023,500 | 36.8% | $1,085,680 | 39.2% |
| Selling, General and Administrative Expenses | 819,218 | 27.9 | 830,495 | 29.9 | 796,574 | 28.8 |
| **Other Operating Expenses:** | | | | | | |
| Property and Equipment Rentals | 114,718 | 3.9 | 109,000 | 3.9 | 106,677 | 3.9 |
| Depreciation and Amortization | 128,522 | 4.4 | 133,556 | 4.8 | 130,131 | 4.7 |
| Taxes Other Than Income Taxes | 80,614 | 2.7 | 85,016 | 3.1 | 80,042 | 2.9 |
| Store Pre-Opening Costs | 597 | 0.0 | 1,227 | 0.0 | 1,993 | 0.1 |
| Impairments and Other Dispositions | 12,443 | 0.4 | (7,848) | −0.3 | 20,768 | 0.8 |
| Operating Loss | $ (20,403) | −0.7% | $ (127,496) | −4.6% | $ (50,505) | −1.8% |
| Interest Expense | (50,136) | 1.7 | (77,188) | 2.8 | (104,773) | 3.8 |
| Gain (loss) on Early Extinguishment of Debt | 7 | 0.0 | (29,375) | −1.1 | — | |
| Other Income, net | 28,407 | 1.0 | 7,705 | 0.3 | 4,048 | 0.1 |
| Loss Before Income Taxes | $ (42,125) | −1.4% | $ (226,804) | −8.2% | $ (151,230) | −5.5% |
| Benefits from Income Taxes | (34,783) | −1.2 | (93,161) | −3.4 | (71,024) | −2.6 |
| Loss from Continuing Operations | $ (7,342) | −0.2% | $ (133,643) | −4.8% | $ (80,206) | −2.9% |
| **Discontinued Operations:** | | | | | | |
| Income from Discontinued Operations | $ 193,377 | 6.6% | $ 321,443 | 11.6% | $ 235,468 | 8.5% |
| Provision for Income Taxes | 132,293 | 4.5 | 165,452 | 6.0 | 94,177 | 3.4 |
| Income from Discontinued Operations | $ 61,084 | 2.1% | $ 155,991 | 5.6% | $ 141,291 | 5.1% |
| Net Earnings | $ 53,742 | 1.8% | $ 22,348 | 0.8% | $ 61,085 | 2.2% |

(22% of sales). The Gap Inc. ("The Gap") consists of The Gap stores, Old Navy stores, and Banana Republic stores, and the online store formats for each. Saks Inc. ("Saks") consists of Saks Fifth Avenue, Off Fifth, and Club Libby stores. During the fiscal years ended January 28, 2006, and February 3, 2007, Saks sold Proffitt's, McRae's, Northern Department Store Group, and Parisian, so it reported the results for these stores as discontinued operations.

We compare Nordstrom to other retailers. Comparing retailers with nonretailers for profit margin ratios makes little sense; the noncomparability results from the different business models—asset and financial structures—that distinguish Nordstrom from companies such as Scania, Boeing, McDonald's, or Colgate Palmolive. Business models, and their strategic implementations, create across-firm differences in risk and performance, which in turn affect the results reported on financial statements. We use a broad industry, retailing, to hold approximately constant certain factors that we expect to differ across firms with different business models, including the degree of product differentiation, barriers to entry, the extent of competition, and the sensitivity of customer demand to price. **Chapter 6** introduces ratios, such as rates of return on assets or on shareholders' equity, where comparisons across different industries have meaning.

We recognize that our sample of retailers includes variation in business models but less variation than would be present in a sample that included nonretailers. The objective is to hold constant the effects of business models by identifying a peer group, using industry classification as a primary factor, and other factors, such as the size and geographic diversity of operations as possible secondary factors. For example, consider Wal-Mart as a firm comparable to Nordstrom. Both are retailers, but Wal-Mart is over 40 times the size of Nordstrom as

measured by revenues, it sells a broader array of products and services than does Nordstrom, it operates more internationally than does Nordstrom, and it has a membership-based discount operation (Sam's Club), which differs markedly from any business in which Nordstrom operates. Without further analysis, one cannot see how these differences affect comparisons between Nordstrom's and Wal-Mart's performances. In addition, Wal-Mart advertises everyday low pricing, which, holding other factors constant, we expect to lead to lower profit margins. Indeed, Wal-Mart obtains 3.2 cents of every sales dollar as net income, compared to 7.9 cents for each Nordstrom sales dollar.

Does the difference in profit margin percentages imply that Nordstrom has larger net income than Wal-Mart? No, as evidenced by Wal-Mart's net income of $11,284 million compared to $678 million for Nordstrom the difference arises because of Wal-Mart's larger investment base; firms with a larger investment base will generally earn larger amounts of income, even if their profit margin percentages are lower.

An analyst might conclude that Wal-Mart is not a good comparison firm for Nordstrom and look instead to The Gap or Saks to judge Nordstrom's performance. Before we perform such a comparison, we introduce a note of caution about formats. Because authoritative guidance does not specify the format, labeling, or aggregation level that firms should use in their income statements, firms often report otherwise similar information differently, impeding direct comparisons of income statement components. Knowing this, a user of financial statements will combine information in a way that allows for consistent comparisons across firms or will limit the analysis to similar items.

We turn now to the income statements of Nordstrom and The Gap. The format and presentation are similar; for example, both firms report cost of sales and occupancy costs as a combined figure, and both report a single class of operating costs apart from cost of sales, albeit with different names (Nordstrom reports selling, general, and administrative expenses; The Gap reports operating expenses). Nothing guarantees that these accounts capture the same items for the two firms, but the fact that neither firm displays other operating expenses suggests that they do.

Nordstrom's profit margin percentage of 7.9% for the year ended February 3, 2007 (the ratio of net income to sales revenues), is about 1.6 times The Gap's ratio of 4.9% for the same fiscal year. Inspection of the components of the two income statements reveals that both operating and nonoperating items contributed to Nordstrom's higher profit margin. Nordstrom has a higher ratio of operating income to sales revenues (10.6%) than does The Gap (7.4%), which we can calculate as operating income of $1,174 (= $5,649 − $4,475) divided by sales revenues of $15,943. Nordstrom's higher operating income ratio comes from both a lower cost of sales ratio (62.5% versus 68.5%) and a lower ratio of other operating expenses to sales (26.8% versus 28.1%). In terms of nonoperating activity, Nordstrom reports other income of 2.8%, compared to The Gap's 0.8%.

Based on an analysis of customers, some analysts would view Saks as more comparable to Nordstrom than The Gap. Differences in format, labels, presentation, and aggregation of income statement items reported by Saks versus Nordstrom, however, make comparisons of these two difficult. For example, in addition to cost of sales and occupancy costs, and selling, general, and administrative costs, Saks reports amounts for four other operating expense items: property and equipment rentals, depreciation and amortization, taxes other than income taxes, and store preopening costs. In aggregate these costs are $324 million, or about 11% of Saks' revenues for the year ended February 3, 2007. That Nordstrom's income statement omits display of these four expense items does *not* mean Nordstrom has no such costs—it almost surely does. Nordstrom likely aggregates these four expenses with other expense items, probably cost of sales and occupancy costs, and selling, general, and administrative expenditures.

One implication of these likely differences in presentation is that the user probably would not want to compare Nordstrom's cost of sales (or SG&A) percentage to Saks' cost of sales (or SG&A) percentage, because the reported line items do not contain the same kinds of costs. If Nordstrom aggregates into its cost of sales and SG&A the four types of other operating expenses reported separately by Saks, then Nordstrom's cost of sales and SG&A percentages will exceed Saks for no economically significant reason. Unfortunately, users of the financial statements cannot usually adjust for these effects because firms do not disclose sufficient disaggregated information. Users can, however, ascertain a level of aggregation of the available data that includes similar cost items in broader categories. For example, the user can calculate and compare the operating income to sales revenue percentages of the two firms;

this comparison is appropriate as long as the user has identified all operating expenses of the two firms. For Nordstrom the operating income to sales percentage is 10.6% and for Saks it is −0.7% (that is, Saks reported an operating loss for the year ended February 3, 2007).

Even for firms in similar lines of business, the formats of income statements may be so noncomparable as to preclude any comparisons of line items and subtotals. In such cases the only appropriate comparison is based on the profit margin percentages because, by definition, net income is comparable across all firms that report under the same accounting standards. Furthermore, because net income aggregates all items on the income statement, it is unaffected by choices concerning format, presentation, labeling, and aggregation of income statement items. For all of these reasons, the profit margin percentage (the ratio of net income to sales revenues) is a widely used ratio in evaluating and comparing operating performance of similar firms. However, profit margin percentages are not comparable unless the firms have similar business models. **Chapter 6** shows how to make meaningful comparisons of dissimilar firms.

## SUMMARY

Net income or profit for a period is the difference between revenues from selling goods and services and the expenses incurred to generate those revenues, plus some gains or losses of the period. If the expenses plus losses exceed the revenues plus gains, the result is a net loss. U.S. GAAP and IFRS require the accrual basis of accounting, which detaches the recognition of revenue from the receipt of cash. A seller recognizes revenues when it has performed all, or nearly all, of its obligations to the customer and when it has received cash or an asset that is convertible to cash. The firm recognizes and reports expenses that have a causal link with revenues, such as cost of sales, in the same period as the related revenues. It recognizes and reports other expenses in the period when the firm consumes the benefits of the assets.

Interpreting the income statement involves studying the relations among revenues, expenses, and net income both over time and across firms. These comparisons are likely more valid for the same firm over time than across firms because of the difficulty in identifying truly similar firms. We describe techniques for across-firm comparisons in **Chapter 6**. Numerous factors influence the performance of the firm (as measured by net income) and the components of that performance. In evaluating over-time performance of a given firm, the user must understand both current economic conditions and how those conditions may have changed over the period of analysis. In evaluating across-firm performance, the user should control for the underlying business model by selecting peer firms that are similar, economically, to the firm being analyzed. Most often analysts accomplish this by selecting similar-size firms in the same industry. Even economically comparable firms need not all use the same reporting aggregations and other financial statement presentations, which hinders detailed cross-firm comparisons. The ratio least affected by these presentation issues is the profit margin percentage (the ratio of net income to sales revenues).

## SOLUTION TO SELF-STUDY PROBLEM

**SUGGESTED SOLUTION TO PROBLEM 4.1 FOR SELF-STUDY**

(Revenue and expense recognition.)

a. Crandall recognizes neither revenue nor expense in April. The firm makes a journal entry in April to recognize the cash collected from customers for sales made in March:

| | | |
|---|---:|---:|
| Cash | 15,000 | |
| Accounts Receivable | | 15,000 |