# Exhibit I

# FINANCIAL ACCOUNTING

14e

## AN INTRODUCTION TO CONCEPTS, METHODS, AND USES



*Weil*
*Schipper*
*Francis*



SOUTH-WESTERN
CENGAGE Learning

**Financial Accounting: An Introduction to Concepts, Methods, and Uses, 14e**
**Roman L. Weil, Katherine Schipper, Jennifer Francis**

Senior Vice President, LRS/Acquisitions & Solutions Planning: Jack W. Calhoun

Editorial Director, Business & Economics: Erin Joyner

Editor-in-Chief: Rob Dewey

Senior Acquisitions Editor: Matthew Filimonov

Senior Developmental Editor: Craig Avery

Editorial Assistant: Ann Loch

Marketing Manager: Heather Mooney

Senior Content Project Manager: Tim Bailey

Media Editor: Jessica Robbe

Manufacturing Planner: Doug Wilke

Senior Marketing Communications Manager: Libby Shipp

Production Service: Lachina Publishing Services, Inc.

Senior Art Director: Stacy Jenkins Shirley

Cover and Internal Designer: Joe Devine, Red Hangar Design

Cover Images: ©Shutterstock

Rights Acquisition Director: Audrey Pettengill

© 2014, 2010 South-Western, Cengage Learning

ALL RIGHTS RESERVED. No part of this work covered by the copyright herein may be reproduced, transmitted, stored, or used in any form or by any means graphic, electronic, or mechanical, including but not limited to photocopying, recording, scanning, digitizing, taping, web distribution, information networks, or information storage and retrieval systems, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without the prior written permission of the publisher.

For product information and technology assistance, contact us at
**Cengage Learning Customer & Sales Support, 1-800-354-9706**

For permission to use material from this text or product, submit all requests online at **www.cengage.com/permissions**
Further permissions questions can be emailed to
**permissionrequest@cengage.com**

**Exam***View*® is a registered trademark of eInstruction Corp. Windows is a registered trademark of the Microsoft Corporation used herein under license.

The financial statements are included for illustrative and education purposes only. Nothing herein should be construed as financial advice.

Library of Congress Control Number: 2012942884

ISBN-13: 978-1-111-82345-0
ISBN-10: 1-111-82345-6

**South-Western**
5191 Natorp Boulevard
Mason, OH 45040
USA

Cengage Learning products are represented in Canada by Nelson Education, Ltd.

For your course and learning solutions, visit **www.cengage.com**

Purchase any of our products at your local college store or at our preferred online store **www.cengagebrain.com**

Printed in the United States of America

Great Deal's interest coverage ratios for 2011 and 2012 are as follows:

| Interest Coverage Ratio | = | Net Income Before Interest and Income Taxes |
|---|---|---|
| | | Interest Expense |

2012: ($2,195 + $94)/$94 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   24.4 times

2011: ($1,700 + $94)/$94 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   19.1 times

Great Deal's interest coverage ratios increased from 19.1 times in 2011 to 24.4 times in 2012. Because the interest coverage ratios easily exceed the 3.0 benchmark, we infer that Great Deal has profitability to cover its interest charges.

One can criticize the interest coverage ratio as a measure of long-term liquidity risk because it uses income rather than cash flows in the numerator. Firms pay interest and other fixed payment obligations with cash, not with income. When the ratio is relatively low, the analyst should use some measure of cash flows, such as cash flow from operations, in the numerator.

**Summary of Long-Term Liquidity Risk Analysis**   Long-term liquidity analysis focuses on the amount of debt (particularly long-term debt) in the financing structure of a firm and on the adequacy of net income and cash flows to service this debt. Great Deal has a low fraction of assets financed by long-term debt, and its interest coverage ratios are strong. Both suggest that Great Deal's long-term liquidity risk is low.

---

▶ **PROBLEM 7.4 FOR SELF-STUDY**

**Analyzing long-term liquidity risk.** Refer to the information for Markum Corporation in Exhibits 7.2 and 7.3.

a. Calculate the three debt ratios for Markum for 2012 and 2013: liabilities to assets ratio, long term debt ratio, debt-equity ratio.

b. Calculate the interest coverage ratio for 2012 and 2013.

c. Did Markum's long-term liquidity risk improve or weaken between 2012 and 2013? What is your assessment of the long-term liquidity risk of Markum Corporation at the end of fiscal year 2013?

---

# LIMITATIONS OF RATIO ANALYSIS

Ratio analysis, as a tool for understanding the financial health of a firm, has limitations:

1. Because ratios use financial statement data as inputs, factors that cause shortcomings in financial statements will affect the ratios computed from them.

2. Changes in many ratios correlate with each other and thus do not provide independent insights. For example, the current ratio and the quick ratio often change proportionally and in the same direction. Typically, analysts would compute a subset of ratios to assess a particular dimension of profitability or risk.

3. When comparing ratios between periods for the same firm, the analyst must recognize changes in economic conditions, for example, changes in product lines or geographic markets served, changes in prices, or corporate acquisitions.

4. When comparing ratios of a particular firm with those of similar firms, the analyst must recognize differences among the firms, for example, different methods of accounting, different operating methods, and different types of financing.

5. Financial ratios alone do not indicate good or poor management; they indicate areas that the analyst should investigate further. For example, a decrease in inventory turnover

(ordinarily considered an undesirable trend) may reflect the accumulation of merchandise to keep retail stores fully stocked during a period of anticipated increased demand. The analyst must combine ratios with an investigation of other facts before drawing conclusions.

# COMMON-SIZE FINANCIAL STATEMENTS

Common-size financial statements, which show each item included on the statement as a percentage of some amount, are useful for analyzing a particular firm over time or for comparing firms of different sizes. As noted at the start of this chapter, **common-size balance sheets** express each balance sheet item as a percentage of total assets. **Common-size income statements** express each income statement item as a percentage of revenues. We previously discussed Great Deal's common-size income statements, shown in **Exhibit 7.5**. **Exhibit 7.8** shows Great Deal's common-size balance sheets for fiscal years 2010–2012.

**Exhibit 7.8** reveals that Great Deal's accounts receivable as a percentage of total assets is 11.0% for 2012. Is 11.0% high or low relative to other firms whose business models are similar to Great Deal's? Is Great Deal's common-size net property and equipment percentage of 22.2% in 2012 high or low? Comparing the items in Great Deal's common-size balance sheet to those of other firms in the same industry can provide insight into whether Great Deal is performing better, or worse, than its competition.

Comparing firms using common-size balance sheets assumes that the size or scale of a business does not affect the relation between a given balance sheet item and total assets. Similarly, comparing firms using common-size income statements assumes that the size or scale of a business does not affect the relation between a given income statement sheet item and total revenues. These assumptions may not hold. Large firms often achieve economies of scale that affect the proportionality of the components of their business, thus reducing the comparability of their common-size ratios with those of smaller-scale competitors. For example, a large purchaser of goods and services (such as Great Deal) has negotiating power over its suppliers, relative to the negotiating power of a smaller purchaser (such as a small local electronics store). Greater negotiating power means that Great Deal can obtain:

- **Lower per-unit prices.** Holding quantity constant, lower per-unit prices imply a lower per-unit recorded amount for inventory, which affects both inventory turnover and the cost of goods sold percentage.

- **More frequent but proportionately smaller quantities purchased.** Smaller but more frequent purchases reduce the quantity of inventory held by Great Deal, which improves inventory turnover.

- **Better payment terms.** Better terms increase the time that Great Deal retains cash as opposed to paying it to the supplier, thus improving its accounts payable turnover ratio.

A comparison of Great Deal's common-size financial statements with those of a smaller competitor, Consumers Electronics Limited (CEL), suggests that Great Deal has negotiating power. **Exhibit 7.9** shows CEL's common-size balance sheets for fiscal years 2010–2012 and **Exhibit 7.10** shows its common-size income statements for the same periods. CEL's financial information is presented in thousands of dollars, whereas Great Deal reports in millions of dollars. CEL is, therefore, substantially smaller than Great Deal. To discern the influence of negotiating power, we note that Great Deal has smaller common-size percentages for inventory and larger common-size percentages for accounts payable than CEL. Typically, analysts would not compare the common-size balance sheets of two firms that differ significantly in size. For example, an informed user would not compare Great Deal's common-size balance sheet with the common-size balance sheet of a local electronics shop.

## ANALYZING FIRM PERFORMANCE USING FINANCIAL RATIOS

As discussed earlier in this chapter, two common approaches to evaluating whether a firm has done well or poorly during a given accounting period involve comparing that firm to:

1. Its own performance, in an earlier time period.
2. Other firms' performance, over the same time period as performance is measured.

The first approach is called **time-series analysis** and involves the over-time comparison of the firm's financial ratios. The second approach is called **cross-section analysis** and involves comparing the financial ratios of the firm being analyzed with the financial ratios of one or more other firms, for the same time period. Firms selected for comparison in a cross-section analysis share common business elements with the firm being analyzed. Common business elements that would be used to select comparison firms include: industry membership, size, business strategy, and degree of geographic or product diversification. We illustrate both a time-series analysis of financial ratios and a cross-sectional analysis of financial ratios for Great Deal.

**Illustration of Time-Series Analysis of Financial Ratios** Exhibit 7.5 shows that Great Deal's gross profit percentage (= gross profit divided by sales) increased over time, from 23.9% in 2010, to 24.4% for 2011, to 24.5% in 2012. The increasing gross profit percentage results from the decreasing cost of goods sold percentage (from 76.1% in 2010, to 75.6% in 2011, to 75.5% in 2012).

Sales increased each year, 2010–2012. The year-to-year sales increase, combined with the decrease in cost of goods sold as a percentage of sales, suggests that Great Deal experienced some combination of pricing advantages, purchasing advantages, or changes in sales mix to higher margin products. That is, cost of goods sold did not increase proportionally with sales; rather, it increased at a rate smaller than the sales increase. Regardless of the underlying causes, sales increases coupled with less-than-proportional increases in cost of goods sold explain the decline in this expense percentage.

Great Deal experienced a decrease in its operating income percentage (= operating income divided by sales) from 5.4% to 4.2% between 2010 and 2011, and an increase between 2011 and 2012, from 4.2% to 4.5%. The decrease between 2010 and 2011 resulted from a combination of three factors:

1. A decreasing cost of goods sold to sales percentage.

2. An increasing selling, general, and administrative (SG&A) expense to sales percentage.

3. An increasing percentage of one-time charges (restructuring charges and asset impairments).

As discussed earlier in this chapter, the increase in profitability between 2011 and 2012 resulted from a combination of three factors:

1. A further decrease in the cost of goods sold to sales percentage.

2. A decreasing SG&A expense to sales percentage.

3. A decreasing percentage of one-time charges.

The analyst would need to identify the reasons for these changes over time when analyzing Great Deal's profitability.

**Illustration of Cross-Section Analysis of Financial Ratios** We illustrate a cross-section analysis of Great Deal's financial ratios by examining the financial ratios for a Great Deal competitor, Consumers Electronics Limited, or CEL. **Exhibit 7.9** contains CEL's common-size balance sheet, and **Exhibit 7.10** contains its common-size income statement for fiscal years 2010–2012.

A cross-section analysis compares Great Deal to other retailers, preferably other retailers whose products and services are similar to those offered by Great Deal. Comparing financial ratios of retailers with ratios of non-retailers makes little sense. The non-comparability results from the different business models—different types of assets and different financial structures—that distinguish Great Deal from companies such as Boeing, an aircraft manufacturer, McDonald's, a fast-food retailer, or Colgate Palmolive, a consumer products manufacturer. Differences in business models and their implementations create across-firm differences in risk and performance, which in turn affect the results reported in financial statements. We compare Great Deal to a single competitor (CEL). An alternative approach would compare Great Deal to several similar firms. Regardless of the choice, the objective is to hold constant the effects of business models by identifying a competitor (or competitors), using industry classification and other factors to determine similarity.

We turn now to CEL's and Great Deal's common-size income statements. CEL's profit margin percentage, 5.8% for 2012 (the ratio of net income to sales revenue), is about 2.2 times Great Deal's profit margin ratio of 2.7% for the same fiscal year. Inspection of the components

of the two income statements reveals that CEL's higher profit margin percentage derives from a lower cost of sales percentage (69.2% in fiscal 2012 versus 75.5% for Great Deal), and a higher ratio of selling, general, and administrative percentage (22.1% in 2012 versus 19.9% for Great Deal). The higher cost of sales percentage for Great Deal is consistent with the fact that Great Deal is a large mass marketer; it will have a higher (compared to the smaller and local CEL) cost of goods sold percentage due to competition and aggressive pricing. Great Deal will, however, recognize economies of scale on its SG&A costs, as evidenced by Great Deal's lower (relative to CEL) SG&A costs as a percentage of sales.

It is important to note that our analysis assumes Great Deal and CEL classify, label, and aggregate information similarly. For example, we assume Great Deal and CEL include store occupancy costs in the same lines of their respective income statements. This may not be the case. Moreover, firms do not typically disclose enough disaggregated information to adjust the financial statements. Usually the analyst can find a level of aggregation of the available data into broader categories that include similar cost items. For example, the analyst can calculate and compare the operating income to sales revenue percentages of the two firms. This comparison is appropriate as long as the analyst has identified all operating expenses of the two firms. In fiscal 2012, Great Deal's operating income to sales percentage is 4.5%, compared to 8.7% for CEL.

Even for otherwise similar firms, income statement formats may be so non-comparable as to preclude any comparisons of line items and subtotals. In such cases the only appropriate comparison is based on the profit margin percentages. This is because, by definition, net income is comparable across all firms that report under the same accounting standards. Furthermore, because net income aggregates all items on the income statement, it is unaffected by differences in format, presentation, labeling, and aggregation of income statement items. For these reasons, the profit margin percentage (the ratio of net income to sales revenue) is a widely used ratio in evaluating and comparing operating performance of similar firms. Profit margin percentages are not comparable for firms with different business models.

## SUMMARY

Exhibit 7.11 summarizes the calculation of the financial statement ratios discussed in this chapter.

This chapter began with the question of whether to invest in a certificate of deposit or in the shares of Great Deal. Analysis of Great Deal's financial statements indicates that it is a growing, profitable company with few indications of either short-term or long-term liquidity problems. An investor would need at least three additional inputs before making the investment decision. The first is information other than the financial statements to aid in understanding the firm's future profitability and risk. Such information might include articles in the financial press, the firm's statements about its spending plans for long-term assets, analysts' beliefs about spending needs, and strategies of competitors. Second, the investor should understand his or her willingness to assume risk. Third, the investor must decide if the current price of the shares makes them an attractive purchase.[9] Before making buy/sell recommendations to investors, analysts compare their assessments of the firm's profitability and risk to the firm's share price. Analysts might recommend the purchase of shares of a poorly run company whose shares they judge underpriced rather than recommend shares of a well-run company whose shares they judge overpriced. At this stage in the investment decision, the analysis requires intuition, judgment, and experience.

---

[9]Finance texts discuss other factors in the investment decision. Perhaps the most important of these is how a particular investment fits in with the investor's entire portfolio. Modern research suggests that the suitability of a potential investment depends more on the attributes of the other components of an investment portfolio and the risk attitude of the investor than it does on the attributes of the potential investment itself.