# Exhibit J

# The Market
# Approach to
# Valuing
# Businesses

Earn
**8**
CPE credits

Shannon P. Pratt

# The Market Approach to Valuing Businesses

**Shannon P. Pratt, CFA, FASA, MCBA**



**JOHN WILEY & SONS, INC.**

New York • Chichester • Weinheim • Brisbane • Singapore • Toronto

*To Ray Miles*
the pioneer of private company transaction databases

This book is printed on acid-free paper. ∞

Copyright © 2001 by John Wiley & Sons. All rights reserved.

Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4744. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158-0012, (212) 850-6011, fax (212) 850-6008, E-Mail: PERMREQ @ WILEY.COM.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional services. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

ISBN 0-471-35928-9

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

An alternative, of course, to making detailed adjustments is to use a pricing multiple such as price to revenue where you do not have to contend with deciding if adjustments are appropriate.

### SUMMARY

The market approach to valuing businesses or interests in businesses uses market value multiples derived from the prices of actual observed transactions relative to underlying financial fundamentals of the companies in those transactions. To make the market valuation multiples meaningful, the underlying financial variables must be compiled on a basis that is comparable from one to another. It is also important that the statements' time periods be comparable between the subject and the guideline companies.

For various reasons, it is often necessary to make certain adjustments to the financial statements of the subject or guideline companies to achieve this comparability. Although analysts routinely adjust the subject company statements, they frequently overlook adjustments to the guideline company statements that would be necessary to put them on a comparable basis.

Once the statements are on a comparable basis, the analyst can compare them in various respects to assist in choosing market value multiples to apply to the subject company. If the subject company appears to have higher growth potential than the guideline companies, that would tend to raise the multiples relative to the guideline companies, and vice versa.[1] To the extent that the subject company appears to have more risk than the guideline companies (as evidenced by higher volatility of margins, for example), that would tend to lower the multiples relative to the guideline companies, and vice versa.

The subject company may have various financial characteristics that differ from the guideline companies that augur for adjustments other than to the choice of multiples, such as treating nonoperating or excess assets or asset deficiencies.

Some of the most common adjustments could be for

- Nonrecurring items
- Differences in accounting policies
- Insider factors (e.g., excess compensation)

Financial statement adjustments take many forms, and this chapter has presented a few of the most common for purposes of valuation within the market approach.

### Note

1. Adjusting from public company multiples for differences in risk and growth is addressed by Richard W. Goeldner in "Bridging the Gap Between Public and Private Market Multiples," *Business Valuation Review,* September 1998, pp. 95–101.

## Chapter 8

# Comparative Financial Analysis

Types of Comparative Financial Analysis
    Trend Analysis
    Comparisons with Industry Averages and Guideline Companies
Sources of Comparative Financial Analysis
    Industry Average Performance Information
    Guideline Merged and Acquired Company Data on Privately Held Company Sales
    Guideline Publicly Traded Company Data
Types of Ratios
    Short-Term Liquidity Measures
        Current Ratio
        Quick (Acid-Test) Ratio
    Activity Ratios
        Accounts Receivable Turnover
        Inventory Turnover
        Average Collection Period
        Fixed Asset Turnover and Total Asset Turnover
        Working Capital Turnover
    Balance Sheet Leverage Ratios
        Total Debt to Total Assets
        Long-Term Debt to Equity
        Times Interest Earned
        Fixed-Charges Coverage
    Profitability Ratios
        Gross Profit Margin
        Operating Profit Margin
        Net Profit Margin
        Cash Flow to Sales
        Return on Total Assets
        Return on Equity
Summary

The objective of comparative financial analysis, in the context of the market approach, is to provide guidance in deciding what level of multiples to apply to the subject company's financial data relative to the multiples for the guideline public or merged and acquired companies. When a thorough analysis is performed, it can help identify and quantify some of the company's strengths and weaknesses, both on an absolute basis and relative to other companies. With this information, the analyst will be better able to make a projection about the financial future activity of the subject company—which is one of the key analyses underlying the selection of multiples based on the range observed in the market approach to valuing a business.

The most common method of incorporating the results of ratio analysis of financial statements in the final valuation is to make appropriate adjustments to the selection of various fundamental financial multiples (e.g., P/E multiple). If the ratios indicate sustainable growth, the business should be worth a higher multiple than if they did not indicate growth. Conversely, the higher degree of risk factors the ratios reveal, the lower should be the business's worth relative to earnings, book value, and other fundamental financial variables.

## TYPES OF COMPARATIVE FINANCIAL ANALYSIS

In this chapter we will discuss several types of comparative financial analysis. These include (1) trend analysis, (2) comparison with industry averages, and (3) comparison with guideline companies (both public and privately held companies).

### Trend Analysis

One commonly employed comparison technique is to compare a company's figures over time; this method is often called *trend analysis*. By viewing the trends of various financial variables, an analyst is able to identify the following:

- Trends over time with a particular variable
- The high and low point of each analyzed variable
- Whether a variable is deteriorating or improving over time
- Whether a variable is consistent over time

### Comparisons with Industry Averages and Guideline Companies

Another often used comparison technique is to compare the subject company with other companies. This comparison can be made with either specific comparable companies or industry averages derived from various sources. If the

subject company exhibits a pattern of strength in a particular financial variable or multiple, this would tend to support the selection of a multiple in the high end of the industry range. On the other hand, if the exhibited pattern is one of weakness, this would encourage the selection of a multiple in the low end of the industry range.

Common size financial statements are the last comparison technique that we will discuss. To "common size" a company's financial statements, the analyst converts the dollar figures on the balance sheet and income statement to percentage figures. In doing so, the subject company's statements are more easily compared with other guideline companies or with published industry figures. The balance sheet figures are divided by the total assets figure to convert them to a percent of total assets. The income statement figures are divided by the total sales figure to convert them to a percent of total sales.

How does an analyst decide whether to make adjustments prior to the analysis? First, if the ratios are to be compared with those of similar publicly traded companies, the analyst should make the same adjustments to the statements of both the subject company and the guideline company. Second, if the computed ratios are to be compared with industry norms, the analyst should make only those adjustments that are likely to put the subject company on a basis comparable with other companies in the industry. In most cases, however, ratios calculated on adjusted statements will reveal a more accurate picture of the company's financial health.

The analyst should be cognizant of the analyzed variables and the impact they may have on the valuation result. Certain ratios will have greater significance for value in particular industries. If a ratio significantly departs from industry norms, it may also hold some great significance to the valuation. The analyst must carefully select and evaluate the significance of figures as they apply to the particular situation.

A good practice for the analyst is to perform a financial statement analysis prior to a site visit with the company. This analysis will invariably reveal several areas of concern that can be raised and clarified during the site visit.

Throughout this chapter we will refer to the Colossal Software Corporation as our primary example. For certain examples, companies in other industries are used. Exhibit 8.1 presents the balance sheet of Colossal Software and Exhibit 8.2 presents its income statement. For illustrative purposes, we will use the data shown in the 1998 and 1997 income statement and balance sheet. For the examples in this chapter we will also assume that all appropriate adjustments have been made to the income statements and balance sheets.

## SOURCES OF COMPARATIVE FINANCIAL ANALYSIS

There are three key types of comparative financial data: (1) industry average performance information, (2) guideline merged and acquired company data on privately held company sales, and (3) guideline publicly traded company data.

**Exhibit 8.1**   Colossal Software Balance Sheets

| | December | | | |
|---|---|---|---|---|
| | | 1998 | | 1997 |
| | | ($000) | | ($000) |
| Current Assets | | | | |
| Cash and Cash Equivalents | $ | 9,209 | $ | 9,962 |
| Short-term Investments | | 7,135 | | 6,180 |
| Accounts Receivable, Net | | 17,296 | | 13,963 |
| Other Current Assets | | 5,365 | | 4,948 |
| Total Current Assets | $ | 39,005 | $ | 35,053 |
| Equipment, Furniture and Fixtures, Net | | 7,092 | | 6,535 |
| Capitalized Software Costs, Net | | 2,103 | | 2,217 |
| Intangible Assets, Net | | 7,041 | | 6,100 |
| Other Assets | | 1,812 | | 1,360 |
| Total Assets | $ | 57,053 | $ | 51,265 |
| Current Liabilities | | | | |
| Accounts Payable | | 4,001 | | 3,589 |
| Other Accrued Liabilities | | 3,909 | | 3,159 |
| Deferred Revenue | | 9,335 | | 7,969 |
| Current Portion of Long-term Liabilities | | 856 | | 787 |
| Total Current Liabilities | $ | 18,101 | $ | 15,504 |
| Deferred Income Taxes | | 1,014 | | 816 |
| Long-term Liabilities | | 6,967 | | 7,824 |
| Total Liabilities | $ | 26,082 | $ | 24,144 |
| Shareholders' Equity | | | | |
| Common Stock | | 22,181 | | 20,625 |
| Retained Earnings | | 8,790 | | 6,496 |
| Total Shareholders' Equity | $ | 30,971 | $ | 27,121 |
| Total Liabilities and Shareholders' Equity | $ | 57,053 | $ | 51,265 |

## Industry Average Performance Information

The six key sources on industry average performance are

1. Robert Morris Associates' *Annual Statement Studies*[1]
2. Financial Research Associates' *Financial Studies of the Small Business*[2]
3. Schonfeld & Associates' *IRS Corporate Financial Ratios*[3]
4. *Almanac of Business and Industrial Financial Ratios*[4]
5. John Wiley & Sons' *IRS Corporate Ratios*[5]
6. Warren Gorham and Lamont's *Financial Ratio Analyst*[6]

**Exhibit 8.2**   Colossal Software Income Statement

| | December | |
|---|---|---|
| | | 1998 |
| | | ($000) |
| Revenues | | |
| Software Licenses | $ | 35,209 |
| Support & Other Services | | 34,272 |
| Total Revenues | $ | 69,481 |
| Cost of Revenues | | |
| Software Licenses | | 6,750 |
| Support & Other Services | | 22,848 |
| Total Cost of Revenues | | 29,598 |
| Gross Profit | $ | 39,883 |
| Operating Expenses | | |
| Sales and Marketing | | 16,642 |
| Research and Development | | 9,673 |
| General and Administrative | | 7,352 |
| Depreciation and Amortization | | 2,086 |
| Acquisition Related Costs | | 482 |
| Total Operating Expenses | | 36,235 |
| Income (Loss) from Operations | $ | 3,648 |
| Interest Expense | | 638 |
| Other Income (Expense), Net | | 814 |
| Income (Loss) before Income Taxes | $ | 3,824 |
| Provision (Benefit) for Income Taxes | | 1,530 |
| Income before Extraordinary Item | $ | 2,294 |
| Extraordinary Item, Net of Taxes | | 0 |
| Net Income | $ | 2,294 |
| Income (Loss) before Extraordinary Gain per Common Share-Basic | $ | 2.29 |
| Common shares outstanding (000) | | 1,000 |
| Income (Loss) before Extraordinary Gain per Common Share-Diluted | $ | 2.29 |
| Common shares outstanding assuming dilution (000) | | 1,000 |

Robert Morris Associates' *Annual Statement Studies* collects data from over 3,000 commercial banks and thrift institutions on companies representing close to 500 SIC codes with the presentation of the data sorted by both asset size and sale size. Common size financial statements and a selection of widely used ratios are provided and organized in various sizes based on the companies' total assets and sales.

Exhibit 8.3 compares Colossal Software and *Annual Statement Studies* common size statements for five years.

Exhibit 8.4 compares our subject company to a select group of other computer programming companies that are publicly traded on either the New York Stock Exchange or the NASDAQ.

**Exhibit 8.3**  Colossal Software: Robert Morris Associates Common Size Comparison

| | 1998 Subject | 1998 RMA | 1997 Subject | 1997 RMA | 1996 Subject | 1996 RMA | 1995 Subject | 1995 RMA | 1994 Subject | 1994 RMA |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of Observations- | 1 | 54 | 1 | 59 | 1 | 39 | 1 | 25 | 1 | 26 |
| Average Asset Size ($MM) | 57 | 62 | 51 | 57 | 43 | 56 | 40 | 53 | 29 | 49 |
| Average Sales Volume ($MM) | 69 | 117 | 58 | 83 | 40 | 91 | 30 | 89 | 22 | 88 |
| | % | % | % | % | % | % | % | % | % | % |
| **Common Size Balance Sheets** | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | |
| Cash & Equivalents | 28.6 | 22.1 | 31.5 | 23.9 | 40.1 | 19.7 | 42.4 | 17.3 | 39.0 | 17.7 |
| Accts. & Notes Receivable (Trade) | 30.3 | 41.2 | 27.2 | 38.1 | 24.4 | 40.1 | 24.2 | 39.2 | 23.8 | 45.9 |
| Inventory | | 1.5 | | 3.9 | | 2.7 | | 3.4 | | 3.2 |
| All Other Current Assets | 9.4 | 5.8 | 9.7 | 5.8 | 7.0 | 5.5 | 8.2 | 6.0 | 5.5 | 4.0 |
| Total Current Assets | 68.4 | 70.5 | 68.4 | 71.7 | 71.5 | 67.9 | 74.8 | 65.9 | 68.3 | 70.8 |
| Net Fixed Assets | 12.4 | 15.5 | 12.7 | 14.4 | 12.2 | 16.2 | 9.7 | 18.7 | 11.1 | 14.1 |
| Net Intangible Assets | 12.3 | 7.5 | 11.9 | 4.8 | 6.8 | 5.8 | 6.9 | 7.7 | 9.9 | 8.0 |
| Net Other Assets | 6.9 | 6.6 | 7.0 | 9.1 | 9.6 | 10.1 | 8.6 | 7.7 | 10.7 | 7.1 |
| TOTAL ASSETS | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| **Liabilities:** | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | |
| Notes Payable | | 8.7 | | 4.9 | | 7.4 | | 5.1 | | 4.2 |
| Current Mat. LTD | 1.5 | 1.0 | 1.5 | 3.7 | 1.7 | 1.1 | 1.7 | 1.6 | 0.0 | 2.2 |
| Accounts & Notes Payable (Trade) | 7.0 | 9.9 | 7.0 | 11.7 | 5.6 | 12.3 | 3.3 | 11.2 | 5.4 | 11.3 |
| Income Taxes Payable | | 0.9 | | 1.5 | | 0.8 | | 1.4 | | 2.3 |
| All Other Current Liabilities | 23.2 | 18.9 | 21.7 | 21.7 | 17.1 | 22.4 | 13.4 | 17.0 | 15.0 | 20.9 |
| Total Current Liabilities | 31.7 | 39.4 | 30.2 | 43.4 | 24.3 | 43.9 | 18.4 | 36.3 | 20.4 | 40.9 |
| Total Long-term Debt | 12.2 | 3.3 | 15.3 | 4.3 | 19.9 | 6.0 | 23.5 | 3.2 | 0.0 | 5.4 |
| Total Other Noncurrent Debt | 1.8 | 4.0 | 1.6 | 0.9 | 1.2 | 0.9 | 1.0 | 0.6 | 0.7 | 0.7 |
| Total Liabilities | 45.7 | 46.7 | 47.1 | 46.7 | 45.4 | 54.6 | 42.9 | 43.8 | 21.1 | 47.7 |
| Total Equity | 54.3 | 53.3 | 52.9 | 53.3 | 54.6 | 45.4 | 57.1 | 54.8 | 78.9 | 52.3 |
| Total Liabilities and Equity | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| **Common Size Income Statements** | | | | | | | | | | |
| Net Sales | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Cost of Goods Sold | 42.6 | | 42.8 | | 40.7 | | 45.6 | | 50.9 | |
| Gross Profit | 57.4 | | 57.2 | | 59.3 | | 54.4 | | 49.1 | |
| Operating Expenses | 52.2 | 93.2 | 50.1 | 94.3 | 50.8 | 92.8 | 47.7 | 93.5 | 44.9 | 91.6 |
| Operating Income | 5.3 | 6.8 | 7.1 | 5.7 | 8.5 | 7.2 | 6.7 | 6.5 | 5.6 | 8.4 |
| Other Income (Expense), Net | 0.3 | 0.7 | (1.0) | 0.2 | (3.5) | (0.4) | (4.8) | 0.0 | (1.5) | 1.2 |
| Pretax Profit | 5.5 | 7.5 | 6.1 | 5.5 | 5.0 | 7.6 | 1.9 | 6.5 | 4.1 | 7.2 |

*Source:* Data from RMA Annual Statement Studies, 1999. Used with permission of Robert Morris Associates.

**Exhibit 8.4**  Colossal Software: Guideline Public Company Common Size Comparison

| | Ardent Software 12/31/98 (%) | Best Software 12/31/98 (%) | Cadence Design 1/2/99 (%) | Century Software 12/31/98 (%) | Sterling Software 9/30/98 (%) | Symix Systems 6/30/98 (%) | Median (%) | Subject 12/31/98 (%) |
|---|---|---|---|---|---|---|---|---|
| **Size** | | | | | | | | |
| Assets ($MM) | 83 | 75 | 1406 | 29 | 1189 | 66 | 79 | 57 |
| Revenues ($MM) | 119 | 69 | 1216 | 53 | 720 | 98 | 108 | 69 |
| **Balance Sheet** | | | | | | | | |
| **Assets** | | | | | | | | |
| Cash & Equivalents | 29.2 | 39.6 | 13.0 | 21.8 | 33.4 | 9.2 | 25.5 | 16.1 |
| Short-term Investments | | 22.4 | 1.9 | | 26.1 | | 22.4 | 12.5 |
| Accounts Receivable, Net | 25.6 | 11.0 | 19.7 | 44.2 | 16.9 | 49.6 | 22.7 | 30.3 |
| Other Current Assets | 8.1 | 4.2 | 6.6 | 12.3 | 2.7 | 4.3 | 5.4 | 9.4 |
| Total Current Assets | 62.9 | 77.3 | 41.2 | 78.4 | 79.1 | 63.1 | 70.2 | 68.4 |
| Fixed Assets, Net | 8.0 | 5.8 | 18.7 | 9.8 | 5.6 | 9.8 | 8.9 | 12.4 |
| Capitalized Software Costs, Net | 13.2 | | 0.9 | 5.2 | 6.9 | 16.6 | 6.1 | 3.7 |
| Intangible Assets, Net | | 9.6 | 20.1 | | 6.4 | 7.7 | 9.6 | 12.3 |
| Other Assets | 15.9 | 7.3 | 19.1 | 6.5 | 2.0 | 2.9 | 6.9 | 3.2 |
| Total Assets | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| **Liabilities and Equities** | | | | | | | | |
| Accounts Payable | 6.6 | 8.4 | 15.0 | 9.5 | 13.6 | 20.0 | 11.6 | 7.0 |
| Other Accrued Liabilities | 23.6 | 10.7 | 1.4 | 11.3 | | 2.4 | 10.7 | 6.9 |
| Deferred Revenue | 17.0 | 25.9 | 6.8 | 45.2 | 8.9 | 19.8 | 18.4 | 16.4 |
| Current Portion of LTD | | 0.2 | 0.1 | | | 0.4 | 0.2 | 1.5 |
| Total Current Liabilities | 47.1 | 45.3 | 23.3 | 75.1 | 22.5 | 42.6 | 43.9 | 31.7 |
| Deferred Income Taxes | | | | | | 3.7 | 3.7 | 1.8 |
| Long-term Debt | | 0.2 | 9.7 | | | 3.5 | 3.5 | 12.2 |
| Total Liabilities | 47.1 | 46.2 | 39.0 | 75.2 | 27.5 | 52.8 | 46.7 | 45.7 |
| Shareholder Equity | 52.9 | 53.8 | 61.0 | 24.8 | 72.5 | 47.2 | 53.3 | 54.3 |
| Total Liabilities and Equities | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| **Income Statements** | | | | | | | | |
| Net Sales | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Cost of Sales | 25.5 | 19.4 | 23.1 | 16.9 | 40.0 | 36.6 | 24.3 | 42.6 |
| Gross Profit | 74.5 | 80.6 | 76.9 | 83.1 | 60.0 | 63.4 | 75.7 | 57.4 |
| Operating Expenses | 70.6 | 70.8 | 68.3 | 75.8 | 88.0 | 61.4 | 70.7 | 52.2 |
| Depreciation Expense | | 1.3 | 1.4 | | | | 1.4 | 3.0 |
| Operating Profit | 3.8 | 9.8 | 8.6 | 7.3 | 12.0 | 2.1 | 8.0 | 5.2 |
| Interest Expense | 0.5 | | 0.6 | 0.9 | 0.1 | 0.3 | 0.3 | 0.9 |
| Other Income (Expenses), Net | 0.3 | 3.4 | | (1.9) | 4.1 | (0.2) | 0.6 | 1.2 |
| Pretax Income | 4.0 | 13.2 | 9.3 | 4.5 | 16.6 | 1.9 | 6.9 | 5.5 |
| Income Taxes | 2.6 | (5.0) | 6.6 | 0.5 | 6.1 | 3.3 | 3.0 | 2.2 |
| Net Income | 1.4 | 18.2 | 2.6 | 4.0 | 10.6 | (1.4) | 3.3 | 3.3 |

90                                    The Market Approach to Valuing Businesses

Exhibit 8.5 includes a comparative ratio analysis for our subject company, Colossal Software, and industry average performance data for a period of five years for SIC 7371 (computer programming) as published in *RMA Annual Statement Studies*. In this case, the median figures for the public companies and the *Annual Statement Studies* companies are quite similar, but that would not necessarily be so for all industries.

Exhibit 8.6 is another illustration of the type of information reported by Robert Morris Associates. Data for this table were taken from the "Current Data Sorted By Sales" section of SIC 5511 (Retailers–Autos–New & Used) from the column labeled 25MM & Over ($25,000,000). The auto dealer for this example exhibit has sales of $55,857,000.

Financial Research Associates' *Financial Studies of the Small Business* contains many industries that are not included in any of the other data sources and only includes details on companies with total capitalization of less than $1,000,000—an area that is often neglected by the other data sources. Data from over 30,000 financial statements and over 1,500 independent CPA firms have been included in this study. To illustrate the type of information the *Financial Studies of the Small Business* collects, we will review the reported information for retail, nursery/garden supply firms as it relates to a subject company. The *Financial Studies of the Small Business* differs from the *Almanac of Business and Industrial Financial Ratios* because it reports the median, upper, and lower quartile of the financial ratios. See Exhibit 8.7 for a sample table using the information provided by the *Financial Studies of the Small Business*.

Sources three through six, inclusive, are all based on the most recently available income statement and balance sheet data compiled by the Internal Revenue Service. Each of these sources transforms the raw data from the IRS into usable data. The benefits to using these data are (1) that the data are based on uniform accounting standards, (2) that it is fairly comprehensive in nature, and (3) that the data are separated into two reports—one based on companies with and without net income and one based on companies with net income. The drawbacks to the data contained in these sources are that the data are typically three to four years old and are slightly biased because they tend to underestimate profitability because of the companies' planned tax avoidance. John Wiley & Sons' *1998 IRS Corporate Ratios* is delivered only in electronic format.

The *Almanac of Business and Industrial Financial Ratios* contains information on many industries and is organized by SIC codes. Each covered SIC code is grouped into 13 categories by size of assets and ranges from zero assets to assets of $250,000,000 or more. There are two tables for each SIC code. One is labeled "Corporations with and without Net Income" and the other "Corporations with Net Income." In our example in Exhibit 8.8, our subject company is one with net income, so we will compare our subject to the asset size of "Corporations with Net Income."

For our example we will look at a restaurant and compare it to Table II (Corporations with Net Income) in the *Almanac of Business and Industrial Financial Ratios*. The subject restaurant has total assets of $94,000, so we will focus on the column of data in the almanac labeled "Under 100" (signifying total assets under

**Exhibit 8.5**  Colossal Software: Comparative Ratio Analysis with Data from Robert Morris Associates

| | | 1998 Subject | 1998 RMA | 1997 Subject | 1997 RMA | 1996 Subject | 1996 RMA | 1995 Subject | 1995 RMA | 1994 Subject | 1994 RMA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Observations | | 1 | 54 | 1 | 59 | 1 | 39 | 1 | 25 | 1 | 26 |
| Average Asset Size ($MM) | | 57 | 62 | 51 | 57 | 43 | 56 | 40 | 53 | 29 | 49 |
| Average Sales Volume ($MM) | | 69 | 117 | 58 | 83 | 40 | 91 | 30 | 89 | 22 | 88 |
| **Liquidity Ratios** | | | | | | | | | | | |
| Current Ratio | High | | 3.5 | | 2.9 | | 3.3 | | 3.1 | | 3.1 |
| | Median | 2.2 | 1.9 | 2.3 | 1.6 | 2.9 | 1.6 | 4.1 | 1.8 | 3.3 | 2.0 |
| | Low | | 1.3 | | 1.1 | | 1.2 | | 1.3 | | 1.2 |
| Quick Ratio | High | | 2.9 | | 2.7 | | 2.7 | | 2.9 | | 2.6 |
| | Median | 1.9 | 1.7 | 1.9 | 1.5 | 2.6 | 1.3 | 3.6 | 1.5 | 3.1 | 1.6 |
| | Low | | 1.2 | | 1.1 | | 0.9 | | 1.0 | | 1.1 |
| Sales/Receivables | High | | 7.0 | | 6.5 | | 6.8 | | 7.3 | | 6.3 |
| | Median | 4.0 | 4.8 | 4.2 | 5.2 | 3.8 | 5.2 | 3.1 | 5.5 | 3.1 | 5.2 |
| | Low | | 3.7 | | 3.7 | | 3.7 | | 3.8 | | 3.3 |
| Sales/Working Capital | High | | 3.0 | | 2.9 | | 3.7 | | 3.7 | | 4.3 |
| | Median | 3.3 | 8.3 | 3.0 | 7.1 | 2.0 | 9.8 | 1.3 | 6.6 | 1.6 | 7.1 |
| | Low | | 21.4 | | 32.3 | | 34.3 | | 17.0 | | 22.0 |
| **Coverage Ratios** | | | | | | | | | | | |
| EBIT/Annual Int. Expense | High | | 60.7 | | 31.5 | | 22.4 | | 31.3 | | 58.4 |
| | Median | 5.7 | 16.1 | 5.9 | 9.9 | 4.4 | 10.4 | 2.4 | 9.8 | N/A | 14.7 |
| | Low | | 3.0 | | 2.3 | | 2.1 | | 4.2 | | 7.7 |
| Net Profit + Depr. and Amort./Cur. Mat. LTD | High | | 44.5 | | 38.9 | | 12.0 | | | | |
| | Median | 5.1 | 7.7 | 4.9 | 7.3 | 3.0 | 4.6 | 0.5 | | N/A | |
| | Low | | 3.4 | | 1.2 | | 3.1 | | | | |

*(continued)*

**Exhibit 8.5** Colossal Software: Comparative Ratio Analysis with Data from Robert Morris Associates *(continued)*

| Ratio | | 1998 Subject | 1998 RMA | 1997 Subject | 1997 RMA | 1996 Subject | 1996 RMA | 1995 Subject | 1995 RMA | 1994 Subject | 1994 RMA | (add'l) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Leverage Ratios** | | | | | | | | | | | | |
| Fixed Assets/Net Worth | High | | | 0.2 | | 0.1 | | 0.2 | | 0.1 | | 0.2 |
| | Median | | 0.2 | 0.3 | 0.2 | 0.3 | 0.2 | 0.4 | 0.2 | 0.2 | 0.1 | 0.4 |
| | Low | | | 0.8 | | 0.7 | | 1.1 | | 0.8 | | 0.8 |
| Debt/Net Worth | High | | | 0.4 | | 0.5 | | 0.4 | | 0.6 | | 0.6 |
| | Median | | 0.8 | 1.0 | 0.9 | 0.9 | 0.8 | 1.3 | 0.8 | 0.9 | 0.3 | 1.4 |
| | Low | | | 3.2 | | 4.7 | | 5.0 | | 1.5 | | 3.3 |
| **Operating Ratios** | | | | | | | | | | | | |
| % Profit Before Taxes/Tangible Net Worth | High | | | 54.8 | | 51.6 | | 81.5 | | 56.3 | | 60.4 |
| | Median | | 12.3 | 34.9 | 13.2 | 28.0 | 8.5 | 35.6 | 2.5 | 30.8 | 3.9 | 39.9 |
| | Low | | | 8.9 | | 11.1 | | 16.6 | | 11.8 | | 22.5 |
| % Profit Before Taxes/Total Assets | High | | | 28.0 | | 20.9 | | 26.5 | | 26.0 | | 25.9 |
| | Median | | 6.7 | 14.0 | 7.0 | 11.7 | 4.6 | 11.4 | 1.4 | 12.7 | 3.1 | 16.8 |
| | Low | | | 3.7 | | 1.2 | | 3.4 | | 5.2 | | 8.7 |
| Sales/Net Fixed Assets | High | | | 36.3 | | 25.9 | | 22.4 | | 54.4 | | 29.9 |
| | Median | | 9.8 | 15.8 | 8.9 | 15.8 | 7.6 | 16.6 | 7.8 | 15.6 | 6.7 | 13.8 |
| | Low | | | 8.5 | | 8.2 | | 8.0 | | 7.5 | | 9.4 |
| Sales/Total Assets | High | | | 3.5 | | 2.6 | | 2.5 | | 2.8 | | 2.8 |
| | Median | | 1.2 | 1.8 | 1.1 | 1.6 | 0.9 | 2.1 | 0.8 | 2.0 | 0.7 | 2.3 |
| | Low | | | 1.1 | | 1.0 | | 1.1 | | 1.6 | | 1.4 |
| **Expense to Sales Ratios** | | | | | | | | | | | | |
| % Depr. and Amort./Sales | High | | | 0.8 | | 1.3 | | 1.2 | | 0.9 | | 1.1 |
| | Median | | 3.0 | 1.9 | 3.0 | 2.8 | 2.9 | 2.3 | 2.8 | 2.5 | 2.5 | 3.5 |
| | Low | | | 3.8 | | 5.2 | | 4.0 | | 3.6 | | 4.9 |

*Source:* Data from *RMA Annual Statement Studies*, 1999. Used with permission of Robert Morris Associates.

---

**Exhibit 8.6** Auto Dealer Compared with Data from Robert Morris Associates

| | Subject Company | RMA Data Upper Quartile | RMA Data Median | RMA Data Lower Quartile |
|---|---|---|---|---|
| Number of Enterprises | 1 | 1,709 | 1,709 | 1,709 |
| **Liquidity Ratios** | | | | |
| Current Ratio | 1.37 | 1.40 | 1.20 | 1.10 |
| Quick Ratio | 0.45 | 0.40 | 0.20 | 0.10 |
| Sales / Receivables | 21.02% | 199.90% | 74.70% | 39.30% |
| Costs of Sales / Inventory[a] | 5.03% | 9.10 | 7.00 | 5.70 |
| Costs of Sales / Payables | 34.63 | 229.20 | 141.30 | 65.8. |
| Sales / Working Capital | 14.32% | 22.30% | 38.70% | 130.70% |
| **Coverage Ratios** | | | | |
| EBIT / Interest | 4.88 | 9.40 | 4.00 | 2.10 |
| **Leverage Ratios** | | | | |
| Fixed / Worth | 0.18 | 0.20 | 0.40 | 1.00 |
| Debt / Worth | 2.17 | 2.40 | 4.20 | 6.70 |
| **Operating Ratios** | | | | |
| % Profit Before Taxes / Total Assets | 3.51% | 12.80% | 7.10% | 3.30% |
| Sales / Net Fixed Assets | 64.13% | 149.10% | 77.00% | 37.30% |
| Sales / Total Assets | 3.61% | 5.90% | 4.80% | 3.90% |

[a] Year-end data were used to calculate the subject company ratios to facilitate direct comparison with RMA.

*Source:* Data from *RMA Annual Statement Studies*, 1999; SIC 5511. Used with permission of Robert Morris Associates.

**Exhibit 8.7**  Subject Nursery Compared with Data from the *Financial Studies of the Small Business*

| | Subject Company[a] | Financial Studies Data[b] Median | Financial Studies Data[b] Upper Quartile | Financial Studies Data[b] Lower Quartile |
|---|---|---|---|---|
| Number of Enterprises | 1 | 49 | 49 | 49 |
| Selected Financial Ratios | | | | |
| Current Ratio (times) | 2.50 | 2.00 | 4.20 | 1.10 |
| Quick Ratio (times) | 1.00 | 0.80 | 2.10 | 0.40 |
| Current Assets / Total Assets | 58.00% | 53.70% | 70.50% | 23.10% |
| Short-term Debt / Total Debt | 47.00% | 45.60% | 87.70% | 18.60% |
| Short-term Debt / Total Assets | 18.20% | 20.50% | 36.90% | 6.60% |
| Long-term Debt / Total Assets | 24.30% | 21.10% | 46.70% | 0.50% |
| Sales / Receivables (times) | 18.00 | 14.30 | 62.40 | 0.00 |
| Average Collection period (days) | 7.00 | 3.00 | 21.00 | 0.00 |
| Sales / Inventory (times) | 12.30 | 7.60 | 18.30 | 1.00 |
| Sales / Total Assets (times) | 3.00 | 2.10 | 4.10 | 1.70 |
| Profit (pretax) / Total Assets | 6.50% | 4.60% | 27.30% | -1.10% |
| Profit (pretax) / Net Worth | 12.00% | 9.10% | 34.80% | -2.30% |

[a] Subject company data is fictitious and for this exhibit only.
[b] *Financial Studies of the Small Business* includes companies with total assets from $10,000 to $1,000,000.
*Source:* Karen Goodman and Grant Lacerte, *Financial Studies of the Small Business*, 22d ed. (Winter Haven, FL: Financial Research Associates, 1999). Reprinted with permission of Financial Research Associates, PO Box 7708, Winter Haven, FL 33883-7708.

---

**Exhibit 8.8**  Subject Restaurant Compared with Data from the *Almanac of Business and Industrial Financial Ratios*

| | Subject Company[a] 1999 | Almanac Data[b] 1999 |
|---|---|---|
| Total Assets | $94,000 | Under $100K |
| Number of Enterprises | 1 | 53,548 |
| Selected Financial Ratios | | |
| Current Ratio | 0.54 | 1.40 |
| Quick Ratio | 0.20 | 1.00 |
| Total Asset Turnover | 1.90 | 6.60 |
| Inventory Turnover | 26.80 | NA[c] |
| Total Liabilities to Net Worth | 0.91 | 4.80 |
| Selected Financial Factors | | |
| Return on Assets | 36.30% | NA |
| Return on Equity | 66.90% | NA |
| Profit Margin, before Income Tax | 19.50% | 6.20% |
| Profit Margin, after Income Tax | 19.50% | 6.00% |

[a] Subject company is the same as used in the restaurant case found in Chapter 13.
[b] 1999 *Almanac of Business and Industrial Financial Ratios* are from Table II, Corporations with Net Income.
[c] Not Available.
*Source:* From the *Almanac of Business and Industrial Financial Ratios* by Leo Troy. Copyright © 1999. Reprinted with permission of Prentice Hall Direct.
*Note:* Almanac data is specifically for restaurants with a total assets range that includes the subject company.

$100,000). One of the almanac's benefits is its historical data content in selected ratios and factors. These can be very helpful in the analysis of the subject company and the industry in which it operates.

Exhibit 8.8 illustrates a select number of financial ratios and financial factors, as defined by the *Almanac of Business and Industrial Financial Ratios*. In this example we do not demonstrate the comparison of the trends in selected ratios and factors as provided in the almanac. However, analysts may want to include information from the trends section and compare this to the subject company. In addition to the general sources listed above, there are many industry-specific sources. Many of these are listed in the *Business Valuation Data Directory*, published annually by Business Valuation Resources, LLC.

## Guideline Merged and Acquired Company Data on Privately Held Company Sales

Four databases contain various financial information on sales of privately held companies:

1. *BIZCOMPS*[7]
2. *Done Deals*[8]
3. *Pratt's Stats*[9]
4. *IBA Market Data Base*[10]

Each of these databases contains financial information on the sales of privately held companies, including the selling price and various valuation multiples. If using guideline mergers and acquisitions from the databases on private company transactions, the analyst must use year-end data instead of average data, because these sources only provide data for the latest year. Detailed contact information for all of the above sources can be found in Appendix B, Data Resources.

### Guideline Publicly Traded Company Data

Once the subject company's industry is defined by a specific SIC (Standard Industrial Classification) code, publicly traded companies within that SIC code can be obtained by going to www.FreeEdgar.com on the Internet, clicking on "Search Filings," entering an SIC code in the appropriate box, and clicking on "Search." A list of publicly traded companies operating in that SIC code will be listed. The analyst can then view the filings for each of the reported companies. Income statements and balance sheets for these companies are available in the companies' annual 10K filings. Depending on the length of time the companies have been public, several years of filings are available at this site. From these filings, trend analysis and comparative analysis can be performed. There are many sources of publicly traded company data. The most widely used of these are listed in Appendix B, Data Resources.

### TYPES OF RATIOS

This section demonstrates the computation of four categories of financial ratios:

1. Short-term liquidity measures
2. Activity ratios
3. Balance sheet leverage ratios
4. Profitability ratios

The ratios shown in this section may not all be calculated in every case, and in some cases additional ratios may be calculated.

A five-year summary of Colossal's ratios is shown in Exhibit 8.9. For the most part they have been improving over time. The analyst generally will discuss the out-

look for such ratios in the future during management interviews. Colossal's ratios are compared with the medians of the guideline company ratios in Exhibit 8.10. These are computed and discussed in the following sections.

### Short-Term Liquidity Measures

The liquidity measures give us an idea of the company's ability to pay its bills on time. They also provide a measure as to how easily the company can meet a need for unexpected cash. When analyzing the subject company and its operating needs, liquidity measures can help resolve one of the common business valuation

**Exhibit 8.9**   Colossal Software: Summary of Ratio Analysis

| | Fiscal Years Ended December | | | | |
|---|---|---|---|---|---|
| | 1998 | 1997 | 1996 | 1995 | 1994 |
| **Liquidity Ratios** | | | | | |
| Current Ratio | 2.2 | 2.3 | 2.9 | 4.1 | 3.3 |
| Quick Ratio | 1.9 | 1.9 | 2.6 | 3.6 | 3.1 |
| Working Capital ($MM) | 20.9 | 19.5 | 20.4 | 22.4 | 13.9 |
| **Activity Ratios** | | | | | |
| Accounts Receivable Turnover | 4.4 | 4.8 | 4.0 | 3.6 | N/A[a] |
| Average Collection Period | 82.1 | 76.6 | 92.1 | 100.9 | N/A |
| Fixed Asset Turnover | 10.2 | 9.9 | 8.8 | 8.5 | N/A |
| Asset Turnover | 1.3 | 1.2 | 1.0 | 0.9 | N/A |
| Working Capital Turnover | 3.4 | 2.9 | 1.9 | 1.6 | N/A |
| **Coverage/Leverage Ratios** | | | | | |
| Total Debt to Total Assets (%) | 45.7 | 47.1 | 45.4 | 42.9 | 21.1 |
| Long-term Debt to Equity (%) | 22.5 | 28.8 | 36.4 | 41.2 | N/A |
| Times Interest Earned | 5.7 | 5.9 | 4.4 | 2.4 | N/A |
| Fixed-Charges Coverage Ratio | 3.0 | 3.3 | 2.8 | 1.8 | N/A |
| **Profitability Ratios (%)** | | | | | |
| Gross Profit Margin | 57.4 | 57.2 | 59.3 | 54.4 | 49.1 |
| Operating Profit Margin | 5.3 | 7.1 | 8.5 | 6.7 | 5.6 |
| Net Profit Margin | 3.3 | 3.7 | 2.5 | (1.7) | 0.6 |
| Cash Flow to Sales[b] | 6.3 | 6.6 | 5.4 | 1.1 | 3.1 |
| Return on Total Assets[c] | 4.9 | 5.4 | 3.5 | 0.0 | N/A |
| Return on Equity | 7.4 | 7.9 | 4.2 | (2.2) | 0.6 |

[a] Not available.
[b] Cash flow = net income plus depreciation and amortization expense.
[c] Tax rate of 40% used in return on assets calculation.

**Exhibit 8.10**  Colossal Software: Comparative Ratio Analysis with Guideline Public Companies

| | Ardent Software 12/31/98 | Best Software 12/31/98 | Cadence Design 1/2/99 | Centaur Software 12/31/98 | Sterling Software 9/30/98 | Semi Systems 6/30/98 | Median | Colossal 12/31/98 |
|---|---|---|---|---|---|---|---|---|
| **Liquidity Ratios** | | | | | | | | |
| Current Ratio | 1.3 | 1.7 | 1.8 | 1.0 | 3.5 | 1.5 | 1.6 | 2.2 |
| Quick Ratio | 1.2 | 1.6 | 1.5 | 0.9 | 3.4 | 1.4 | 1.4 | 1.9 |
| Working Capital ($MM) | 13.1 | 23.9 | 251.8 | 1.0 | 673.3 | 13.6 | 18.7 | 20.9 |
| **Activity Ratios** | | | | | | | | |
| Accounts Receivable Turnover | 5.6 | 10.8 | 5.0 | 4.3 | 3.9 | 3.6 | 4.7 | 4.4 |
| Average Collection Perio | 64.9 | 33.8 | 72.4 | 84.4 | 93.2 | 102.1 | 78.4 | 82.1 |
| Fixed Asset Turnover | 10.6 | 21.3 | 5.3 | 16.7 | 12.1 | 16.0 | 14.0 | 10.2 |
| Asset Turnover | 1.3 | 1.1 | 1.0 | 1.9 | 0.6 | 1.8 | 1.2 | 1.3 |
| Working Capital Turnover | 9.3 | 2.8 | 4.1 | -6.2 | 1.2 | 9.1 | 3.4 | 3.4 |
| **Coverage/Leverage Ratios** | | | | | | | | |
| Total Debt to Total Assets (%) | 47.1 | 46.2 | 39.0 | 75.2 | 27.5 | 52.8 | 46.7 | 45.7 |
| Long-term Debt to Equity (%) | | 0.3 | 15.9 | | | 7.4 | 7.4 | 22.5 |
| Times Interest Earned | 11.8 | 75.6 | 34.6 | 7.7 | 204.0 | 5.4 | 23.2 | 5.7 |
| Fixed-Charges Coverage Ratio | 11.8 | 30.3 | 24.7 | 7.7 | 204.0 | 3.5 | 18.2 | 3.0 |
| **Profitability Ratios (%)** | | | | | | | | |
| Gross Profit Margin (%) | 74.5 | 80.6 | 76.9 | 83.1 | 60.0 | 63.4 | 75.7 | 57.4 |
| Operating Profit Margin (%) | 3.8 | 9.8 | 8.6 | 7.3 | 12.0 | 2.1 | 8.0 | 5.3 |
| Net Profit Margin (%) | 1.4 | 8.1 | 2.6 | 4.0 | 10.6 | -1.4 | 3.3 | 3.3 |
| Cash Flow to Sales (%)[a] | 8.4 | 12.4 | 11.1 | 10.8 | 16.8 | 5.0 | 10.9 | 6.3 |
| Return on Total Assets (%)[b] | 15.9 | 8.6 | 2.8 | 8.4 | 6.7 | -2.0 | 7.5 | 4.9 |
| Return on Equity (%) | 3.7 | 14.0 | 439.7 | 29.1 | 8.8 | -4.3 | 11.4 | 7.9 |

[a] Cash flow = net income plus depreciation and amortization expense.
[b] Tax rate of 40% used in return on assets calculation.

---

related questions—are the company's assets in excess of those required, or do they fall short—and what impact will these answers have on the valuation? That is, does the company have excess working capital, a working capital deficit, or about the right amount of working capital?

If valuing a controlling interest, an amount of excess working capital may be added on to an indication of value derived from applying market multiples to company fundamental variables. Conversely, a working capital deficit could result in a deduction from values indicated by market multiples, because a buyer may have to invest more money in the business to bring it to normal financial strength.

If, however, we are valuing a minority interest, we usually would not make an addition or deduction for excess or deficient working capital, because the minority owner does not have any power to cause changes in working capital. Instead, in a minority interest valuation, excess or deficient working capital may be regarded as a relative strength or weakness of the company, which may be a reason to vary upward or downward from valuation multiples found in the guideline public or guideline merged and acquired companies.

**Current Ratio.** The current ratio is the most commonly used short-term liquidity measure. The current ratio provides information to the analyst with respect to the subject company's ability to pay for their current liabilities. If the calculated ratio is significantly lower than the industry norm, in the near term the company is more likely to find itself in murky financial straits than if the calculated ratio was greater than the industry norm. The current ratio is defined as the current assets divided by the current liabilities.

Formula 8.1

$$\text{Current Ratio} = \frac{\text{Current Assets}}{\text{Current Liabilities}}$$

Referring to Colossal Software's balance sheet (Exhibit 8.1), the current ratio for 1998 is

Formula 8.2

$$\text{Current Ratio} = \frac{\$39,005}{\$18,101} = 2.2$$

Note that current assets include inventory. Inventory will take longer to convert to cash (it is less liquid) than other current assets.

It is important to compare the calculated ratio for your subject company to the industry norm (or to selected guideline companies) and then arrive at some conclusion as to the company's relative strength or weakness based on this comparison.

**Quick (Acid-Test) Ratio.** The next most commonly used short-term liquidity ratio is the quick ratio, also referred to as the *acid-test* ratio. The quick ratio differs from the current ratio in that the quick ratio does not include the inventory and is therefore a measure of the ability of the company to meet current liabilities with its most liquid resources. This ratio tends to be a preferred and more conservative measure than the current ratio because of its focus on the company's liquid assets to pay current liabilities.

The quick ratio is defined as the sum of the cash and cash equivalents plus receivables (usually all current assets above the inventory on the balance sheet) divided by the current liabilities.

Formula 8.3

$$\text{Quick Ratio} = \frac{\text{(Cash + Cash Equivalents + Investments + Receivables)}}{\text{Current Liabilities}}$$

Referring to Colossal Software's balance sheet, the quick ratio for 1998 is

Formula 8.4

$$\text{Quick Ratio} = \frac{(\$9,209 + \$7,135 + \$17,296)}{\$18,101} = 1.9$$

In the equation, investments generally relate to marketable securities—to be most meaningful, the investments that qualify as current assets should be computed at market values. Because we are using the company's balance sheet, it is important to realize that the two ratios that we have discussed so far measure liquidity at a point in time and may not reflect a company's use of short-term credit to finance its short-term liquidity needs. If the subject company's quick ratio and current ratio are suspiciously outside of the industry norms, the site visit is an excellent time to gather additional information that may be beneficial in the overall analysis. Colossal's liquidity ratios are slightly above the guideline companies' average, suggesting slightly less risk in this category.

## Activity Ratios

Activity ratios generally measure how efficiently a company uses its assets. The denominator for all of the activity ratios (except average collection period) consists of an average figure—adding the data for the current and past year and then dividing by two. If comparing with publicly traded guideline companies, the denominator can be computed in this preferred manner for both the subject and guideline companies.

The definitions of the activity ratios vary in the six main data sources of industry average performance. The analyst should take particular note of the ratio definitions in each of the various sources. When calculating the ratios of the subject company and comparing them to the published data on industry average performance, the analyst must use the ratio definitions as defined by the published source. All six industry sources use year-end data rather than average data.

**Accounts Receivable Turnover.** The accounts receivable turnover indicates how efficiently a company is using one of its current assets—accounts receivable. The accounts receivable turnover is typically calculated by dividing the net credit sales (or total revenues) by the average accounts receivable.

Formula 8.5

$$\text{Accounts Receivable Turnover} = \frac{\text{Net Credit Sales}}{\text{Average Accounts Receivable}}$$
$$= \text{Number of Times Turned Over}$$

Referring to Colossal Software's balance sheet and income statement (Exhibit 8.2), the accounts receivable turnover for 1998 is

Formula 8.6

$$\text{Accounts Receivable Turnover} = \frac{\$69,481}{(\$17,296 + \$13,963)/2} = 4.4\times$$

Note that the net sales figure was used for the numerator—the net credit sales was unavailable.

The reason we prefer to use net credit sales, as opposed to net sales, in the numerator is because the net credit sales is a comparable variable to the accounts receivable account. An increase in the accounts receivable line item in the balance sheet only occurs when there is a credit sale—it does not occur on a cash sale. For a more accurate depiction of the company's financial ratios, it is always better to compare like variables. Let us separately discuss both the numerator and the denominator.

The numerator—net credit sales—does not include the cash sales; we only include sales where credit was used. It may be quite difficult to obtain the net credit sales data for the subject company, the industry norm, or the selected guideline companies. If the cash sales are insignificant, or if the analyst cannot differentiate between cash and credit sales, the total sales figures may be used in the computation.

The denominator—average accounts receivable—may be calculated using the average of the receivables at the beginning and end of the year. A more timely measure would result if the analyst used either the most recent quarterly average

or the most recent monthly average. This procedure will give a more accurate picture especially when there are seasonal fluctuations. It is paramount that whatever time period is used for the subject company, the same timeline must be used for the selected comparative ratios.

Note that the accounts receivable turnover calculation provides the analyst with the number of times the accounts receivable account has turned over in a one-year period. The higher the number, the shorter the time period between the credit sale and the receipt of the accounts receivable. As an illustration, if Example.com (turnover = 4) has an accounts receivable turnover that is lower than the industry norm (turnover = 8) this indicates that Example.com has a slower accounts receivable collection process than does the industry. The analyst may want to investigate the collection process during the site visit.

**Inventory Turnover.**    The inventory turnover calculation provides a similar measure as the accounts receivable calculation—how many times does the inventory turn over in one year? The calculation is defined as

Formula 8.7

$$\text{Inventory Turnover} = \frac{\text{Cost of Goods Sold}}{\text{Average Inventory}}$$

Colossal Software shows no inventory on their balance sheet so this ratio will not be calculated. Similar to the accounts receivable turnover, for this ratio it is preferable to use the most recent available inventory figures when calculating the average inventory level (i.e., monthly or quarterly).

When analyzing the results, if the subject company's inventory turnover calculation results in a small number when compared with a larger industry norm, we know that the inventory in the subject company is being carried in inventory longer than it is at its peer companies. This may signify an aging inventory that may become obsolete or otherwise undesirable. Conversely, the subject company may have a large inventory turnover number when compared to a smaller industry norm, indicating a more rapid turnover of inventory. One interpretation of this situation is that the company may be losing sales due to insufficient on-hand inventory.

Also, as with the accounts receivable turnover, the inventory turnover can be expressed as the average number of days in inventory. To determine the average number of days in inventory, we take 365 days per year and divide it by the number of times the inventory has turned over.

The analyst should be duly cautioned: All six data sources on industry average performance use the inventory figure as of the end of the year, not the average over a period of time. If the analyst will be using these data sources, the ratio for the subject company must be computed in the same fashion as the ratio in the data source.

*Caution:* Some analysts use sales instead of cost of goods sold in the numerator for the inventory turnover. This makes the turnover look better (faster). However, it is misleading analytically because it overstates the actual physical turnover. It is important, if comparing inventory turnover figures with industry averages or guideline companies, to be sure that the ratio is computed the same way for both to make a valid comparison. Financial Research Associates' *Financial Studies of the Small Business* uses sales in the numerator of the inventory turnover calculation—the other industry average performance sources that calculate this ratio use the cost of goods sold in the numerator.

**Average Collection Period.**    To determine the average collection period, we take 365 days per year and divide it by the number of times the accounts receivables have turned over.

Formula 8.8

$$\text{Average Collection Period} = \frac{365 \text{ Days per Year}}{\text{Accounts Receivable Turnover per Year}}$$

$$= \text{Number of Days}$$

Referring to our earlier accounts receivable calculation, the average collection period for 1998 is

Formula 8.9

$$\text{Average Collection Period} = \frac{365}{4.4} = 82.1 \text{ days}$$

This calculation results in the average collection period in days. The greater this number, the more likely the accounts receivable will become unpaid. The analyst will want to compare the terms that the subject company affords its customers versus the terms the industry in general offers its customers. To continue our Example.com scenario, Example.com has an average collection period of 365/4 = 91 days whereas the industry has an average collection period of 365/8 = 46 days. We see that Example.com requires approximately double the amount of time to collect its accounts receivables than does the industry.

Again, the analyst should be cautioned: The six data sources on industry average performance use the accounts receivable figure as of the end of the year, not the average over a period of time. The ratio for the subject company must be computed in the same fashion as the ratio in the data source. The analyst should also be cautioned that the end of year (or latest quarter) figures are also the ones available from the *Pratt's Stats* database on sales of privately held companies—the two years of data required to calculate the average is unavailable.

**Fixed Asset Turnover and Total Asset Turnover.**   Both of these ratios indicate how efficiently the company's net fixed assets are producing sales. They are both measures of asset productivity. The fixed asset turnover ratio is also known as the sales to fixed asset ratio and is calculated as follows:

Formula 8.10

$$\text{Fixed Asset Turnover} = \frac{\text{Sales}}{\text{Average Fixed Assets}}$$

Using Formula 8.10 and referring to Colossal Software's balance sheet and income statement, the fixed asset turnover ratio for 1998 is

Formula 8.11

$$\text{Fixed Asset Turnover} = \frac{\$69,481}{[(\$7,092 + \$6,535)/2]} = 10.2\times$$

The total asset turnover ratio is also known as the sales to total assets ratio and is calculated as follows:

Formula 8.12

$$\text{Total Asset Turnover} = \frac{\text{Sales}}{\text{Average Total Assets}}$$

Using Formula 8.12 and referring to Colossal Software's balance sheet and income statement, the total asset turnover ratio for 1998 is

Formula 8.13

$$\text{Total Asset Turnover} = \frac{\$69,481}{[(\$57,053 + \$51,265)/2]} = 1.3\times$$

This ratio can be calculated using the year-ending asset levels or an average of the asset levels over the last two years.

The calculation results in a figure that indicates the amount of sales per either the company's fixed assets or the company's total assets. Performing this analysis over a several year time period may enlighten the analyst about positive or negative trends when compared with either the industry or the guideline company(s).

***Caution:***  The age and, thus, the depreciated book value of the assets used in these calculations should be considered, particularly when comparing them with those of other, similar companies.

**Working Capital Turnover.**   This ratio is also known as the sales to net working capital ratio. Net working capital is defined as current assets minus current liabilities and is widely used as a measure of the ability of a company to finance its current operations. It is also used to indicate the efficiency of current asset usage. This ratio is calculated as follows:

Formula 8.14

$$\text{Working Capital Turnover} = \frac{\text{Sales}}{\text{Current Assets} - \text{Current Liabilities}}$$

Typically, fiscal year-end figures are used for this equation. Another more reasonable method to compute this ratio is to use the average net working capital rather than the ending net working capital as the denominator. This equation is

Formula 8.15

$$\text{Working Capital Turnover} = \frac{\text{Sales}}{[(\text{Current Assets} - \text{Current Liabilities})_{1998} + (\text{Current Assets} - \text{Current Liabilities})_{1997}]/2}$$

Note in the denominator that we are adding the two years of year-end working capital and dividing the result by two. Using Formula 8.15 and referring to Colossal Software's balance sheet and income statement, the working capital turnover ratio for 1998 is

Formula 8.16

$$\text{Working Capital Turnover} = \frac{\$69,481}{[(\$39,005 - \$18,101) + (\$35,053 - \$15,504)]/2}$$
$$= 3.4\times$$

When comparing a calculated turnover ratio with a guideline company or industry average, a high ratio of sales to net working capital may indicate one of the following:

- Efficient use of current assets resulting from a favorable turnover of accounts receivable and inventory
- Risk arising from possibly inadequate short-term liquidity

In order to more accurately assess the subject company's ability to meet peak needs, the analyst may want to perform a worst case analysis. To do this, you will

want to consider the highest reasonable level of anticipated sales coupled with the lowest accounts receivable turnover and slowest inventory turnover that might occur. Under this worst case scenario, analyze the adequacy of the working capital. Colossal's activity ratios indicate no significant departures from industry norms as exhibited by the guideline companies.

## Balance Sheet Leverage Ratios

Balance sheet leverage ratios are used to analyze the long-term solvency of the subject company. They help determine the company's ability to take advantage of opportunities when they arise or its ability to financially weather a storm if one ensues. As with the other ratios, the analyst will want to compare the subject company's current ratios with those of the industry and any guideline companies, as well as ratios over time within the subject company.

**Total Debt to Total Assets.**   The total debt (liabilities) to total assets ratio is one of the more popular leverage ratios. It places a measure on the subject company's total funding as a percentage of the company's total assets.

Formula 8.17

$$\text{Total Debt to Total Assets Ratio} = \frac{\text{Total Liabilities}}{\text{Total Assets}}$$

Using Formula 8.17 and referring to Colossal Software's balance sheet, the total debt to total assets ratio for 1998 is

Formula 8.18

$$\text{Total Debt to Total Assets Ratio} = \frac{\$26,082}{\$57,053} = 0.457 \text{ or } 45.7\%$$

**Long-Term Debt to Equity.**   The long-term debt to equity ratio (also known as the interest-bearing debt to equity ratio) provides the analyst with information regarding the extent to which long-term debt financing was used to fund the company's assets. The formula for this ratio is

Formula 8.19

$$\text{Long-Term Debt to Equity} = \frac{\text{Long-Term Debt}}{\text{Total Equity}}$$

Using Formula 8.19 and referring to Colossal Software's balance sheet, the long-term debt to equity ratio for 1998 is

Formula 8.20

$$\text{Long-Term Debt to Equity} = \frac{\$6,967}{\$30,971} = 0.225 \text{ or } 22.5\%$$

The *RMA Annual Statement Studies* ratio definition varies from Formula 8.19 because it uses total debt, not just long-term debt, and only tangible equities, not total equities. Robert Morris Associates' debt to equity ratio is computed as follows:

$$\text{RMA Debt to Equity} = \frac{\text{Total Liabilities}}{(\text{Total Equity} - \text{Intangible Assets})}$$

When comparing ratios with *RMA Annual Statement Studies,* the analyst needs to remember this difference and make any appropriate adjustments.

**Times Interest Earned.**   The times interest earned ratio provides an indication as to the ability of the company operations to cover its interest expense. It is also known as the interest coverage ratio. The formula for this ratio is

Formula 8.21

$$\text{Times Interest Earned} = \frac{\text{Earnings before Interest and Taxes}}{\text{Interest Expense}}$$

Using Formula 8.21 and referring to Colossal Software's income statement, the times interest earned ratio for 1998 is

Formula 8.22

$$\text{Times Interest Earned} = \frac{\$3,648}{\$638} = 5.7\times$$

**Fixed-Charges Coverage.**   Analysis of the fixed-charges coverage ratio signifies the ability of the subject company to pay its fixed charges, such as lease payments and the current portion of long-term debt. The subject company will have its unique set of fixed charges, which may include more than these two items. This ratio is more inclusive than the times interest earned ratio because it includes coverage of items in addition to interest.

Formula 8.23

$$\text{Fixed-Charges Coverage Ratio} = \frac{\text{EBIT} + \text{Fixed Charges}}{\text{Interest Expense} + \text{Fixed Charges}}$$

Using Formula 8.23 and referring to Colossal Software's income statement and balance sheet, the fixed-charges coverage ratio for 1998 is

Formula 8.24

$$\text{Fixed-Charges Coverage Ratio} = \frac{\$3,648 + \$856}{\$638 + \$856} = 3.0$$

Note that the $856 fixed charges appears on Colossal Software's balance sheet listed as "Current Portion of Long-Term Liabilities."

The financial coverage ratios for the guideline companies as shown in Exhibit 8.10 are so widely scattered that any comparison with Colossal is not very meaningful.

## Profitability Ratios

The profitability ratios are in two categories:

1. The income statement profitability ratios, which relate to sales, and
2. The balance sheet profitability ratios, which relate to returns on book values carried on the balance sheet.

Higher than average ratios suggest higher price or MVIC ratios to sales and vice versa. Furthermore, a low operating margin is an indication of higher risk and vice versa. Higher than average returns relative to balance sheet variables suggest higher price/book value of equity or MVIC/book value of invested capital ratios.

Apart from the *levels* of these ratios relative to those of other companies, it is also significant to look at the *stability* of these ratios over time as an important indicator of risk. Studies by Roger Grabowski and David King of Pricewaterhouse-Coopers show that high coefficients of variation of both operating margin and return on book value of equity are important measures of risk.[11]

**Gross Profit Margin.**   The gross profit margin provides the analyst the percentage remaining for all other expenses after the direct cost of purchasing or manufacturing is deducted. When this ratio is analyzed over time and compared to an industry average, we can obtain a trend of the company's relative cost to price standing in the industry. Gross profit is defined to be net sales minus the cost of goods sold.

Formula 8.25

$$\text{Gross Profit Margin} = \frac{\text{Gross Profit}}{\text{Sales}}$$

Using Formula 8.25 and referring to Colossal Software's income statement, the gross profit margin ratio for 1998 is

Formula 8.26

$$\text{Gross Profit Margin} = \frac{\$39,883}{\$69,481} = 0.574 \text{ or } 57.4\%$$

**Operating Profit Margin.**   Operating profit margin provides a measure of profitability based on an income statement line item further down the income statement from the gross profit margin. Operating profit margin is a measure of the firm's or industry's profitability based on its operations and is often used as a measure of creditworthiness. Here we measure the profitability based on the operating profit, which is defined as the gross profit minus total operating expenses including both fixed and variable costs. We have not deducted the interest or taxes from this figure. The higher the operating profit margin of a subject company with respect to the industry average, the greater is the subject company's productivity and the better prepared they are to withstand a downturn in the economy. The operating profit is also known as EBIT—earnings before interest and taxes.

Formula 8.27

$$\text{Operating Profit Margin} = \frac{\text{Operating Profit}}{\text{Sales}}$$

Using Formula 8.27 and referring to Colossal Software's income statement, the operating profit margin for 1998 is

Formula 8.28

$$\text{Operating Profit Margin} = \frac{\$3,648}{\$69,481} = 0.053 \text{ or } 5.3\%$$

**Net Profit Margin.**   The net profit margin is based on the net income of the firm in relation to the sales. The definition for this ratio and two following ratios (return on total assets and return on equity) uses the net income after taxes—entity taxes, not personal taxes—but before dividends on preferred and common stock. For many small companies, the pretax net income is the same as the after-tax net income because they do not pay entity taxes. The reader should also note that for non-tax-paying S corporations and limited liability companies, there is an ongoing controversy about whether to include a tax amount in calculating the net income after taxes, a controversy which is beyond the scope of this book.

We also use the net income as a result of the continuing operations—adjusting the net income figure for any discontinued operations or gains or losses from the sale of operations. Our objective is to derive a ratio based on the future expecta-

tions of the subject firm—discontinued operations and the sale of operations are usually not a recurring item. The net profit margin equation is

Formula 8.29

$$\text{Net Profit Margin} = \frac{\text{Net Income}}{\text{Sales}}$$

Using Formula 8.29 and referring to Colossal Software's income statement, the net margin ratio for 1998 is

Formula 8.30

$$\text{Net Profit Margin} = \frac{\$2,294}{\$69,481} = 0.033 \text{ or } 3.3\%$$

**Cash Flow to Sales.**   Cash flow to sales measures the relative amount of funds generated by the subject company. We define cash flow as net income plus all non-cash charges (depreciation and amortization). This measure of cash flow is on the gross basis, and does not deduct outlays such as capital expenditures and debt principal repayment. This measure is one of the most critical measures of a company's productivity and creditworthiness. If the calculated measure is low relative to industry averages or guideline companies, any plans for increased sales or company expansion may be difficult to complete because the firm may not generate the necessary cash to meet these goals. On the other hand, if the calculated measure is high, the opportunity for increased sales or expansion will be greater.

Formula 8.31

$$\text{Cash Flow to Sales} = \frac{\text{Cash Flow}}{\text{Sales}}$$

Using Formula 8.31 and referring to Colossal Software's income statement, the cash flow to sales ratio for 1998 is

Formula 8.32

$$\text{Cash Flow to Sales} = \frac{(\$2,294 + \$2,086)}{\$69,481} = 0.063 \text{ or } 6.3\%$$

These returns relative to sales are generally lower than those of the guideline companies, suggesting a lower price/sales or MVIC/sales valuation multiple.

**Return on Total Assets.**   The return on total assets ratio gives us a measure of the amount of income that is generated per the subject company's total assets. The analyst needs to be aware of the definition used by publishers of industry information—we are using the average total assets in our definition, not the year-end total assets, and we tax-effect the interest, which they do not.

Formula 8.33

$$\text{Return on Total Assets} = \frac{\text{Net Income} + \text{Interest } (1 - \text{Tax Rate})}{\text{Average Total Assets}}$$

Using Formula 8.33 and referring to Colossal Software's income statement and balance sheet, the return on total assets ratio for 1998 is

Formula 8.34

$$\text{Return on Total Assets} = \frac{\$2,294 + \$638 \,(1 - 0.40)}{[(\$57,053 + \$51,265)/2]} = 0.049 \text{ or } 4.9\%$$

**Return on Equity.**   When we calculate the return on equity ratio, we are using it as an after-tax ratio, not before taxes. We are also computing the return on equity based on the common equity capital. Some companies have issued preferred stock. In this case, the analyst may want to compute the return on the total equity and the return on the common equity. In doing so, there will be two measures of return on equity to which a subject company may be compared. The analyst should exercise a high degree of caution when comparing the subject company with other guideline companies that also issue preferred stock. As in all ratio comparisons, the ratios to be compared should be calculated on the same basis.

In the definition of return on equity, net income available to common stockholders refers to the after-tax net income. When we refer to after-tax, we are referring to entity level taxes, not personal taxes. In other words, we are generally referring to the income taxes that would be paid by a regular C corporation.

If valuing an S corporation or a partnership, there is some controversy as to whether the analyst should impute entity level taxes that would be paid if it were a C corporation. The answer to this may depend on the purpose of the valuation and the standard of value. For fair market value, the *IRS Valuation Training for Appeals Officers Coursebook*[12] recommends that corporate taxes are imputed for S corporations and partnerships. However, a 1999 U.S. Tax Court decision, *Gross v. Commissioner,*[13] denied the tax adjustment for an S corporation. The *Gross* case is on appeal as we go to press.

There are some circumstances where the pretax income may be used. In these cases it should be defined as a pretax return on equity and described as a departure from the conventional use of the definition in the accompanying text of the report.

Formula 8.35

$$\text{Return on Equity} = \frac{\text{Net Income}}{\text{Average Equity}}$$

Using Formula 8.35 and referring to Colossal Software's income statement and balance sheet, the return on equity ratio for 1998 is

Formula 8.36

$$\text{Return on Equity} = \frac{\$2,294}{(\$30,971 + \$27,121)/2} = 0.079 \text{ or } 7.9\%$$

As with the returns on sales, returns on book values tend to be in the low range of the guideline companies, suggesting below median price/equity or MVIC/book value of invested capital valuation multiples.

## SUMMARY

In this chapter we have reviewed the most commonly used comparative financial ratios used in the market approach. There are many other ratios that may or may not be appropriate for a particular engagement. It is important to remember that before a valuation conclusion is made, the overall analysis of a subject company includes a comparison of these ratios with both the industry averages and the selected guideline companies, as well as for the company itself over time. When comparing the subject company to industry averages, it is also important to identify the definition of terms used by the source information of the industry averages—and to make any necessary adjustments. If the analyst has performed a thorough investigation of these data, a better conclusion will be reached.

For review, all of the ratios we have discussed are presented in summary form.

### Short-Term Liquidity Measures

Current Ratio = Current Assets/Current Liabilities
Quick Ratio = (Cash + Cash Equivalents + Investments + Receivables)/ Current Liabilities

### Activity Ratios

Accounts Receivable Turnover = Net Credit Sales/Average Accounts Receivable
Inventory Turnover = Cost of Goods Sold/Average Inventory

Average Collection Period = 365 Days per Year/Accounts Receivable Turnover per Year
Fixed Asset Turnover = Sales/Average Fixed Assets
Total Asset Turnover = Sales/Average Total Assets
Working Capital Turnover = Sales/Average Net Working Capital

### Balance Sheet Leverage Ratios

Total Debt to Total Assets = Total Liabilities/Total Assets
Long-Term Debt to Equity = Long-Term Debt/Total Equity
Times Interest Earned = Earnings Before Interest and Taxes/Interest Expense
Fixed-Charges Coverage = (EBIT + Fixed Charges)/(Interest Expense + Fixed Charges)

### Profitability Ratios

Gross Profit Margin = Gross Profit/Sales
Operating Profit Margin = Operating Profit/Sales
Net Profit Margin = Net Income/Sales
Cash Flow to Sales = Cash Flow/Sales
Return on Total Assets = (Net Income + Interest [1 – Tax Rate])/Average Total Assets
Return on Equity = Net Income/Average Equity

### Notes

1. *RMA Annual Statement Studies* (Philadelphia: Robert Morris Associates, 1999), published annually.
2. Karen Goodman and Grant Lacerte, *Financial Studies of the Small Business,* 22d ed. (Winter Haven, FL: Financial Research Associates, 1999), published annually.
3. *IRS Corporate Financial Ratios,* 14th ed. (Riverwoods, IL: Schonfeld & Associates, 2000), published annually.
4. Leo Troy, *Almanac of Business and Industrial Financial Ratios,* 1999 Edition (New Jersey: Prentice Hall, 1999), published annually.
5. *IRS Corporate Ratios* (New York: John Wiley & Sons, 1999), published annually.
6. James R. Hickman and E. W. Bud Lester, *Financial Ratio Analyst* (New York: Warren Gorham & Lamont), published annually.
7. *BIZCOMPS* (San Diego: Bizcomps).
8. *Done Deals* (Bellevue, WA: NVST.com)
9. *Pratt's Stats* (Portland, OR: Business Valuation Resources, LLC).
10. *IBA Market Data Base* (Plantation, FL: The Institute of Business Appraisers).