# Exhibit B

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3
    UNITED STATES OF AMERICA, et    )
 4  al.,                            )
                                    )
 5              Plaintiffs,         )
                                    )   Case No.
 6       vs.                        )   1:20-cv-03010-APM
                                    )
 7  GOOGLE LLC,                     )
                                    )
 8              Defendant.          )
    ------------------------------  )
 9  STATE OF COLORADO, et al.,      )
                                    )
10              Plaintiffs,         )
                                    )
11       vs.                        )   Case No.
                                    )   1:20-cv-03715-APM
12  GOOGLE LLC,                     )
                                    )
13                                  )
                Defendant.          )
14  _____ )

15

16            ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

17            VIDEO-RECORDED DEPOSITION OF

18            RANDOLPH EDWARDS BUCKLIN

19               New York, New York

20            Wednesday, October 26, 2022

21

22

23  Reported Stenographically By:
    PATRICIA A. BIDONDE
24  Registered Professional Reporter
    Realtime Certified Reporter
25  JOB#:  866105
```

1       A.    So I worked with them on a
2  variety of topics, and some were online
3  promotions, some were analysis of paid search
4  data and paid search strategy, and I tried to
5  provide them with help across a range of
6  topics that they were charged with looking
7  into.
8       Q.    Okay.  And beyond what's listed
9  in your resume or your CV, Exhibit 4, have
10 there been any other work engagements that
11 you've had that involve digital advertising?
12      A.    Yes, I worked -- I -- I'm trying
13 to remember the time.  I don't think it's
14 listed here, but I worked with another company
15 on their digital advertising issues.
16      Q.    Do you know the name of that
17 company?
18      A.    Yes, and I'd rather not disclose
19 it because that work led to a publication, and
20 the terms of that arrangement are that the
21 company name is not to be disclosed.
22      Q.    Okay.  What publication did it
23 lead to?
24      A.    It led to the 2015 JMR article
25 "Display Advertising."