## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, STATE OF
ARKANSAS, STATE OF CALIFORNIA, STATE
OF FLORIDA, STATE OF GEORGIA, STATE OF
INDIANA, COMMONWEALTH OF KENTUCKY,
STATE OF LOUISIANA, STATE OF MICHIGAN,
STATE OF MISSISSIPPI, STATE OF MISSOURI,
STATE OF MONTANA, STATE OF SOUTH
CAROLINA, STATE OF TEXAS, AND STATE
OF WISCONSIN,

                            Plaintiffs,

v.

GOOGLE LLC,

                            Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

███████████████

STATE OF COLORADO, STATE OF
NEBRASKA, STATE OF ARIZONA, STATE
OF IOWA, STATE OF NEW YORK, STATE
OF NORTH CAROLINA, STATE OF
TENNESSEE, STATE OF UTAH, STATE OF
ALASKA, STATE OF CONNECTICUT,
STATE OF DELAWARE, DISTRICT OF
COLUMBIA, TERRITORY OF GUAM,
STATE OF HAWAII, STATE OF ILLINOIS,
STATE OF KANSAS, STATE OF MAINE,
STATE OF MARYLAND,
COMMONWEALTH OF MASSACHUSETTS,
STATE OF MINNESOTA, STATE OF
NEVADA, STATE OF NEW HAMPSHIRE,
STATE OF NEW JERSEY, STATE OF NEW
MEXICO, STATE OF NORTH DAKOTA,
STATE OF OHIO, STATE OF OKLAHOMA,
STATE OF OREGON, COMMONWEALTH
OF PENNSYLVANIA, COMMONWEALTH
OF PUERTO RICO, STATE OF RHODE
ISLAND, STATE OF SOUTH DAKOTA,
STATE OF VERMONT, COMMONWEALTH
OF VIRGINIA, STATE OF
WASHINGTON,STATE OF WEST

Case No. 1:20-cv-03715-APM

HON. AMIT P. MEHTA

███████████████

VIRGINIA, AND STATE OF WYOMING,

                              Plaintiffs,

v.

GOOGLE LLC,

                              Defendant.

███████████

**LIST OF EXHIBITS TO
PLAINTIFFS' STATEMENT OF GENUINE ISSUES &
PLAINTIFFS' COUNTERSTATEMENT OF MATERIAL FACTS**

January 26, 2023 [Corrected Feb. 9, 2023]

Plaintiffs submit this list of the exhibits cited in the Plaintiffs' Statement of Genuine Issues and Plaintiffs' Counterstatement of Material Facts. The exhibit list contains a description of each exhibit and then a shortened version of the description that is used as a citation in the above filings. Here are a few notes to explain the exhibit list:

- For each exhibit, there is a full description of the exhibit and then a shorter description used as the citation in the above documents.
- Where a date or a name has a leading asterisk (e.g., *Mar. 1969, *John Doe) that information was taken from the metadata produced with the exhibit or inferred from the metadata or contents of the exhibit.
- For reference, below is a list of the producing parties of the exhibits by the prefix each used for the document control numbers of their document production.

| Document Number Prefix | Producing Party |
|---|---|
| AMZNDOJ | Amazon.com, Inc. |
| AMZN-SEARCH | Amazon.com, Inc. |
| APLGOOGDOJ- | Apple Inc. |
| ATT-GLIT- | AT&T Inc. |
| BM- | Branch Metrics, Inc. |
| DDG | Duck Duck Go, Inc. |
| DOJ_BKNG- | Booking Holdings Inc. |
| DuckDuckGo- | Duck Duck Go, Inc. |
| FORDGOOGLE | Ford Motor Co. |
| GOOG1- | Defendant Google LLC |
| GOOG-DOJ- | Defendant Google LLC |
| Google_Lit-TMO_ | T-Mobile US, Inc. |
| ███████ | ███████ |
| MOTO-CID- | Motorola Mobility LLC |
| MOZ- | Mozilla Foundation |
| MOZ-LIT- | Mozilla Foundation |
| MSFT- | Microsoft Corp. |
| MSFT-LIT2_ | Microsoft Corp. |
| SEA-DOJ-LIT- | Samsung Electronics America, Inc. |
| VZGGL-LIT- | Verizon Communications Inc. |
| YAH-LIT- | Yahoo! Inc. (formerly Oath, Inc.) |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 1 | Email from Bill Campbell (Intuit & Apple Board Member) to Sergey Brin (Google), "RE: Safari Search to use Yahoo instead of Google?" (Feb. 27, 2004, 7:41 pm), GOOG-DOJ-16976179 | Pls. Ex. 1, Email from Campbell (Intuit & Apple Board Member), Safari Search to use Yahoo instead of Google? (Feb. 27, 2004, 7:41 pm), GOOG-DOJ-16976179 |
| 2 | Email from Bill Campbell (Intuit & Apple Board Member) to Eric Schmidt (Google), "FW: Safari Search to use Yahoo instead of Google?" (Feb. 27, 2004, 9:45 pm), GOOG-DOJ-18277608 | Pls. Ex. 2, Email from Campbell (Intuit & Apple Board Member), Safari Search to use Yahoo instead of Google? (Feb. 27, 2004, 9:45 pm), GOOG-DOJ-18277608 |
| 3 | Excerpts from the 30(b)(6) Deposition of Apple Inc. (Eduardo Cue) (Apr. 14, 2022) | Pls. Ex. 3, Apple 30(b)(6) (Cue) Dep. |
| 4 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ APLGOOGDOJ-01166675 | Pls. Ex. 4 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ APLGOOGDOJ-01166675 |
| 5 | Excerpts from the Deposition of ▮▮▮▮ (Microsoft) (Mar. 8, 2022) | Pls. Ex. 5, ▮▮▮ (Microsoft) Dep. (Vol. I) |
| 6 | Excerpts from the Deposition of ▮▮▮▮ (Microsoft) (Mar. 9, 2022) | Pls. Ex. 6, ▮▮▮ (Microsoft) Dep. (Vol. II) |
| 7 | Excerpts from the Deposition of ▮▮▮▮▮▮ (Microsoft) (Feb. 22, 2022) | Pls. Ex. 7, ▮▮▮▮ (Microsoft) Dep. |
| 8 | Excerpts from the Deposition of ▮▮▮▮▮ (Microsoft) (Mar. 10, 2022) | Pls. Ex. 8, ▮▮▮ (Microsoft) Dep. |
| 9 | Excerpts from the Deposition of ▮▮▮▮▮ (Microsoft) (Apr. 13, 2022) | Pls. Ex. 9, ▮▮▮ (Microsoft) Dep. |
| 10 | Excerpts from the Deposition of ▮▮▮▮▮▮ (Microsoft) (Apr. 21–22, 2022) | Pls. Ex. 10, ▮▮▮ (Microsoft) Dep. |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 11–13 | [*intentionally vacant*] | |
| 14 | Apple Computer, Inc., Form 8-K (Aug. 31, 2006) (appointment of Eric Schmidt (CEO, Google) to the Board of Directors), *available at* https://www.sec.gov/Archives/edgar/data/320193/0001104659 06058808/a06-19081_18k.htm (visited Jan. 16, 2023) | Pls. Ex. 14, Apple, Form 8-K (Aug. 31, 2006) (appointment of Eric Schmidt (CEO, Google) to the Board of Directors) |
| 15 | Apple Inc., Schedule 14A, Proxy Statement & Notice of 2010 Annual Meeting of Shareholders (Dec. 23, 2009), *available at* https://www.sec.gov/Archives/edgar/data/320193/0001193125 09259414/dpre14a.htm (visited Jan. 16, 2023) | Pls. Ex. 15, Apple, Schedule 14A, Proxy Statement & Notice of 2010 Annual Meeting of Shareholders (Dec. 23, 2009) |
| 16–18 | [*intentionally vacant*] | |
| 19 | ███████████████████ | ███████████████████ |
| 20 | ███████████████████ | ███████████████████ |
| 21 | [*intentionally vacant*] | |
| 22 | Excerpts from the Expert Report of Michael D. Whinston, PHD (DOJ Plaintiffs' Expert) (Jan. 6, 2022) [Corrected Nov. 4, 2022] | Pls. Ex. 22, Whinston (DOJ Pls.' Expert) Initial Report |
| 23 | Excerpts from the Expert Report of Antonio Rangel (DOJ Plaintiffs' Expert) (June 6, 2022) | Pls. Ex. 23, Rangel (DOJ Pls.' Expert) Initial Report |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 24 | Excerpts from the Rebuttal Expert Report of Michael D. Whinston, PHD (DOJ Plaintiffs' Expert) (Aug. 5, 2022) [Corrected Nov. 4, 2022] | Pls. Ex. 24, Whinston (DOJ Pls.' Expert) Rebuttal Report ' |
| 25 | Excerpts from the Deposition of Eduardo Cue (Apple) (Apr. 13, 2022) | Pls. Ex. 25, Cue (Apple) Dep. |
| 26 | Windows 10 and Windows 11 in S Mode FAQ, Microsoft Support, *available at* https://support.microsoft.com/en-us/windows/windows-10-and-windows-11-in-s-mode-faq-851057d6-1ee9-b9e5-c30b-93baebeebc85#WindowsVersion=Windows_11 (visited Jan. 16, 2023) | Pls. Ex. 26, Windows 10 and Windows 11 in S Mode FAQ, Microsoft Support |
| 27 | [*intentionally vacant*] | |
| 28 | Excerpts from the Deposition of W. Mitchell Baker (Mozilla) (Jan. 6, 2022) | Pls. Ex. 28, Baker (Mozilla) Dep. |
| 29 | Mozilla document: Strategic Discussion Topic #1 - US Search Partnership (*July 2020), MOZ-002220 | Pls. Ex. 29, Mozilla document: Strategic Discussion Topic #1 - US Search Partnership (*July 2020), MOZ-002220 |
| 30 | Mozilla document: Danelle Dixon, Oath/Mozilla: State of the Relationship (*Sept. 2020), MOZ-002224 | Pls. Ex. 30, Mozilla document: Oath/Mozilla: State of the Relationship (*Sept. 2020), MOZ-002224 |
| 31–44 | [*intentionally vacant*] | |
| 45 | █████████████████ | █████████████████ |
| 46 | █████████████████ | █████████████████ |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 47 | ████████████████████ | ████████████████████ |
| 48 | ████████████████████ | ████████████████████ |
| 49 | ████████████████████ | ████████████████████ |
| 50 | Email from android-team (Google) to android-advocates (Google), "[android-team] COVERAGE SNAPSHOT: Android Open Sources Announcement" (Oct. 21, 2008), GOOG-DOJ-16407740 | Pls. Ex. 50, Email from android-team (Google), Android Open Source Announcement (Oct. 21, 2008), GOOG-DOJ-16407740 |
| 51 | Google document: Carrier CLV: Internal Google Meeting Notes (Apr., May & Aug. 2017) (notes from multiple meetings), GOOG-DOJ-32661454 | Pls. Ex. 51, Google document: Carrier CLV: Internal Google Meeting Notes (Apr., May & Aug. 2017) (notes from multiple meetings), GOOG-DOJ-32661454 |
| 52 | Google document: Android M Partner Pre-release Plan (June 11, 2015), GOOG-DOJ-02761508 | Pls. Ex. 52, Google document: Android M Partner Pre-release Plan (June 11, 2015), GOOG-DOJ-02761508 |
| 53 | Google presentation: Andy Rubin et al., Android: OC Quarterly Review – Q4 2010 (Oct. 12, 2010), GOOG-DOJ-02074618 | Pls. Ex. 53, Google presentation: Android: OC Quarterly Review – Q4 2010 (Oct. 12, 2010), GOOG-DOJ-02074618 |
| 54 | Email from Christine Moon (Google) to ████████ ████████ July 31, 2013), GOOG-DOJ-02358235 | Pls. Ex. 54, Email from Moon (Google), ████████ ████████ GOOG-DOJ-02358235 |
| 55 | Excerpts from the Deposition of Sundar Pichai (Google) (Apr. 5–6, 2022) | Pls. Ex. 55, Pichai (Google) Dep. |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 56 | Excerpts from the Expert Report of Michael A. M. Davies (DOJ Plaintiffs' Expert) (June 6, 2022) | Pls. Ex. 56, Davies (DOJ Pls.' Expert) Initial Report |
| 57 | Excerpts from the Deposition of Richard A. Miner (Google) (Mar. 31, 2022) | Pls. Ex. 57, Miner (Google) Dep. |
| 58 | ███████████████████ | ███████████████████ |
| 59 | ███████████████████ | ███████████████████ |
| 60 | ███████████████████ | ███████████████████ |
| 61 | Excerpts from the Deposition of Eric. V. Christensen (Motorola) (Dec. 21, 2021) | Pls. Ex. 61, Christensen (Motorola) Dep. |
| 62 | Excerpts from ███████████████ | Pls. Ex. 62, ████████ |
| 63 | Excerpts from ███████████████ ) | Pls. Ex. 63, ████████ |
| 64 | Google presentation: Android Review (*Nov. 5, 2019), GOOG-DOJ-06465054 | Pls. Ex. 64, Google presentation: Android Review (*Nov. 5, 2019), GOOG-DOJ-06465054 |
| 65 | [*intentionally vacant*] | |

Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts

| Exhibit # | Description | Citations |
|---|---|---|
| 66 | Google presentation: Top Account Reviews: Distribution – ▮▮▮▮▮▮▮▮▮▮▮▮▮ and Browser Partners – Chrome, Toolbar, and Desktop Browser Default Search (Jan. 2012) (Google presentation: Top Account Reviews: Distribution – Chrome, Toolbar, and Desktop Browser Default Search (Jan 2012)), GOOG-DOJ-00130034 | Pls. Ex. 66, Google presentation: Top Account Reviews: Distribution – Chrome, Toolbar, and Desktop Browser Default Search (Jan. 2012), GOOG-DOJ-00130034 |
| 67 | Excerpts from the Report of Professor Kevin M. Murphy (Defendant's Expert) (June 6, 2022) [Corrected Nov. 15, 2022] | Pls. Ex. 67, Murphy (Def.'s Expert) Initial Report |
| 68 | Android Source, AOSP – Docs – Getting Started – Brand Guidelines, *available at* https://source.android.com/docs/setup/about/brands (visited Jan. 21, 2023) | Pls. Ex. 68, Android Source, AOSP – Docs – Getting Started – Brand Guidelines |
| 69 | Email from Helen Tsao (Google) to ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Nov. 25, 2010), GOOG-DOJ-00626785 | Pls. Ex. 69, Email from Tsao (Google), ▮▮▮▮▮▮▮▮▮▮▮▮ (Nov. 25, 2010), GOOG-DOJ-00626785 |
| 70 | Excerpts from the Deposition of James Kolotouros (Google) (Dec. 16, 2021 & Aug. 31, 2022) | Pls. Ex. 70, Kolotouros (Google) Dep. |
| 71 | [*intentionally vacant*] | |
| 72 | Google presentation: Toru Kawamura, "Healthy Android" (Oct. 2017), GOOG-DOJ-03505506 | Pls. Ex. 72, Google presentation: Healthy Android (Oct. 2017), GOOG-DOJ-03505506 |
| 73 | Email from Tian Lan (Google) to Toru Kawamura (Google), "Re: Request DRAFT slides for ▮▮▮▮▮▮ 4G/5G 'SW/HW Ecosystem Day' Track talk (resend)" (Oct. 9, 2017), GOOG-DOJ-13791761 | Pls. Ex. 73, Email from Lan (Google), DRAFT slides for ▮▮▮▮▮▮ 4G/5G "SW/HW Ecosystem Day" (Oct. 9, 2017), GOOG-DOJ-13791761 |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 74 | Email from Jim Lee (Google) to ███████ "Re: Some Questions about Google RCS Solution" (Jan. 21, 2017), GOOG-DOJ-13755609 | Pls. Ex. 74, Email from Lee (Google), Some Questions about Google RCS Solution (Jan. 21, 2017), GOOG-DOJ-13755609 |
| 75 | Google presentation: Android Agreements, Summary of Current MADA + RSA – Review with Phillipp (May 10, 2018), GOOG-DOJ-04257815 | Pls. Ex. 75, Google presentation: Android Agreements, Summary of Current MADA + RSA (May 10, 2018), GOOG-DOJ-04257815 |
| 76 | Google presentation: Chris Gklaros-Stavropoulos et al., Launcher Apps Review: Discussion Document (Nov. 2015), GOOG-DOJ-09050192 | Pls. Ex. 76, Google presentation: Launcher Apps Review (Nov. 2015), GOOG-DOJ-09050192 |
| 77 | Excerpts from the Deposition of Timothy Baxter (Samsung) (Apr. 12, 2022) | Pls. Ex. 77, Baxter (Samsung) Dep. |
| 78 | ███████████ | ███████████ |
| 79 | Google presentation: Mobile Growth Meeting (Sept. 8, 2016), GOOG-DOJ-05642687 | Pls. Ex. 79, Google presentation: Mobile Growth Meeting (Sept. 8, 2016), GOOG-DOJ-05642687 |
| 80 | ███████████ | ███████████ |
| 81 | Google presentation: MADA & RSA: Android Commercial Agreements (Aug. 26, 2019), GOOG-DOJ-30340493 | Pls. Ex. 81, Google presentation: MADA & RSA: Android Commercial Agreements (Aug. 26, 2019), GOOG-DOJ-30340493 |
| 82 | [*intentionally vacant*] | |
| 83 | ███████████ | ███████████ |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 84 | ███████████████████████ | ███████████████████████ |
| 85 | ███████████████████████ | ███████████████████████ |
| 86 | ███████████████████████ | ███████████████████████ |
| 87 | Excerpts from the Deposition of Kevin M. Murphy (Defendant's Expert) (Nov. 21–22, 2022) | Pls. Ex. 87, Murphy (Def.'s Expert) Dep. |
| 88 | Excerpts from the Deposition of Michael D. Whinston, PH.D (DOJ Plaintiffs' Expert) (Nov. 9–10, 2022) | Pls. Ex. 88, Whinston (DOJ Pls.' Expert) Dep. |
| 89 | Excerpts from the Reply Expert Report of Michael D. Whinston, PHD (DOJ Plaintiffs' Expert) (Sept. 26, 2022) [Corrected Nov. 4, 2022] | Pls. Ex. 89, Whinston (DOJ Pls.' Expert) Reply Report |
| 90 | Letter from David Drummond (Google) to Bradford L. Smit (Microsoft), "Re: Issues Related to Bundling MSN Search with Internet Explorer 7.0 and Longhorn" (July 22, 2005), GOOG-DOJ-24645730 | Pls. Ex. 90, Letter from Drummond (Google), Issues Related to Bundling MSN Search with Internet Explorer 7.0 and Longhorn" (July 22, 2005), GOOG-DOJ-24645730 |
| 91 | Google presentation: ███ 2019 Partner Plan (*July 2019), GOOG-DOJ-09073083 | Pls. Ex. 91, Google presentation, ███ 2019 Partner Plan (*July 2019), GOOG-DOJ-09073083 |
| 92 | Email from Hiroshi Lockheimer (Google) to Donald Harrison (Google), "Re: Summary of ███████████ meeting" (Oct. 15, 2019), GOOG-DOJ-28674737 | Pls. Ex. 92, Email from Lockheimer (Google), Summary of ███████████ meeting (Oct. 15, 2019), GOOG-DOJ-28674737 |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 93 | Email from Toru Kawamura (Google) to Eric Christensen (Motorola), "Re: FW: Search Widget customization exploration" (Feb. 23, 2017), MOTO-CID-00066236 | Pls. Ex. 93, Email from Kawamura (Google), Search Widget customization exploration (Feb. 23, 2017), MOTO-CID-00066236 |
| 94 | Excerpts from the Reply Expert Report of Michael A. M. Davies (DOJ Plaintiffs' Expert) (Sept. 26, 2022) | Pls. Ex. 94, Davies (DOJ Pls.' Expert) Reply Report |
| 95 | Defendant Google LLC's Responses and Objections to Plaintiffs' Second Set of Interrogatories (Apr. 4, 2022) | Pls. Ex. 95, Def.'s Resp. to Pls.' Second Set of Interrogatories (Apr. 4, 2022), at 13 |
| 96 | Transcript of Deposition of Hiroshi Lockheimer (Google) (Feb. 16, 2022) | Pls. Ex. 96, Lockheimer (Google) Dep. |
| 97 | Excerpts from the Deposition of John Lagerling (Google) (May 6, 2022) | Pls. Ex. 97, Lagerling (Google) Dep. |
| 98 | Letter from Sreemoyee Deb, P&A Law Offices (Amazon counsel), to Competition Comm'n of India (Sept. 13, 2019), AMZNDOJ0000414 | Pls. Ex. 98, Amazon Letter to Competition Comm'n of India (Sept. 13, 2019), AMZNDOJ0000414 |
| 99 | Excerpts from the Deposition of Unsuk Jung (Google) (Oct. 26, 2021) | Pls. Ex. 99, Jung (Google) Dep. |
| 100 | Excerpts from the Deposition of Young Lee (Amazon) (Oct. 29, 2021) | Pls. Ex. 100, Lee (Amazon) Dep. |
| 101 | Email from Young Lee (Amazon) to ▮▮▮▮ (Dartmouth College), "RE: For Review: Amazon-Tuck Paper" (Aug. 18, 2017) (attaching Failure at Amazon: The Fire Phone), AMZN-SEARCH-000049162 | Pls. Ex. 101, Email from Lee (Amazon), Failure at Amazon: The Fire Phone (Aug. 18, 2017), AMZN-SEARCH-000049162 |
| 102 | Letter from Sreemoyee Deb, P&A Law Offices (Amazon counsel) to Competition Comm'n of India (Dec. 13, 2019), AMZNDOJ0000526 | Pls. Ex. 102, Amazon Letter to Competition Comm'n of India (Dec. 13, 2019), AMZNDOJ0000526 |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 103 | European Commission Decision AT.40099 – Google Android (July 18, 2018), GOOG-DOJ-26429163 | Pls. Ex. 103, EC Google Android Decision (July 18, 2018), GOOG-DOJ-26429163 |
| 104 | Xiaomi, Xiaomi TV F2 55" Fire TV, *available at* https://www.mi.com/global/product/xiaomi-tv-f2-55-fire-tv (visited Jan. 25, 2023) | Pls. Ex. 104, Xiaomi, Xiaomi TV F2 55" Fire TV |
| 105 | Amazon document: "CTS Compliance (Project ████)" (July 2021), AMZN-SEARCH-000074410 | Pls. Ex. 105, Amazon document: CTS Compliance (Project ████) (July 2021), AMZN-SEARCH-000074████ |
| 106 | Excerpts from the Deposition of Anna Kartasheva (Google) (May 2–4 & Aug. 16, 2022) | Pls. Ex. 106, Kartasheva (Google) Dep., |
| 107 | Amazon document: Q2 Top Partner Review – Amazon Devices & Services (*May 2021), AMZN-SEARCH-000400490 | Pls. Ex. 107, Amazon document: Q2 Top Partner Review - Amazon Devices & Services (*May 2021), AMZN-SEARCH-000400490 |
| 108 | Google presentation: CTS and GMS Overview (*May 2013), GOOG-DOJ-18152020 | Pls. Ex. 108, Google presentation: CTS and GMS Overview (*May 2013), GOOG-DOJ-18152020 |
| 109 | Email from Christine Moon (Google) to ████████, "Re: Google's approval guideline on no-GMS preload Android devices" (Mar. 8, 2011), GOOG-DOJ-00630628 | Pls. Ex. 109, Email from Moon (Google), Re: Google's approval guideline on no-GMS preload Android devices (Mar. 8, 2011), GOOG-DOJ-00630628 |
| 110 | Google document: Welcome Pack for New Android Partners (Oct. 11, 2019), GOOG-DOJ-17242522 | Pls. Ex. 110, Google document: Welcome Pack for New Android Partners (Oct. 11, 2019), GOOG-DOJ-17242522 |
| 111 | ████████████████████ | ████████████████████ |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 112 | ███████████████ | ███████████████ |
| 113 | Email from Andy Rubin (Google) to Patrick Brady (Google), "Re: Re: ███ Set Top Box / Picture Frame - Follow up (June 30, 2011), GOOG-DOJ-02068889 | Pls. Ex. 113, Email from Rubin (Google), ███ Set Top Box / Picture Frame (June 30, 2011), GOOG-DOJ-02068889 |
| 114 | Email from John Lagerling (Google) to Andy Rubin (Google), "███████ AFA" (Nov. 18, 2011), GOOG-DOJ-02283179 | Pls. Ex. 114, Email from Lagerling (Google), ███ AFA (Nov. 18, 2011), GOOG-DOJ-02283179 |
| 115 | Email from Patrick Brady (Google) to Li Dongfang (Google), "Re: Last Friday's meeting with ███ and Suggestions" (Aug. 29, 2011), GOOG-DOJ-02348441 | Pls. Ex. 115, Email from Brady (Google), Last Friday's meeting with ███ (Aug. 29, 2011), GOOG-DOJ-02348441 |
| 116 | Google presentation: Android: QC Quarterly Review – Q4 2010 (Oct. 10, 2010), GOOG-DOJ-04100017 | Pls. Ex. 116, Google presentation: Android: QC Quarterly Review – Q4 2010 (Oct. 10, 2010), GOOG-DOJ-04100017 |
| 117 | Email from Panos Panay (Microsoft) to Hiroshi Lockheimer (Google), "Re: A couple thoughts... this weekend.." (Sept. 16, 2019), MSFT-0001331638 | Pls. Ex. 117, Email from Panay (Microsoft), A couple thoughts (Sept. 16, 2019), MSFT-0001331638 |
| 118 | ███████████████ | ███████████████ |
| 119 | Amazon document: ███ Core US Tenets & Guidelines (Aug. 2015), AMZN-SEARCH-000400505 | Pls. Ex. 119, Amazon document: ███ Core US Tenets & Guidelines (*Aug. 2015), AMZN-SEARCH-000400505 |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 120 | ███████████████████ | ███████████████████ |
| 121 | Google presentation: Michael Jordan, Android Agreements Explainer - ACC, MADA, RSA, DCB (Feb. 2, 2018), GOOG-DOJ-28380959 | Pls. Ex. 121, Google presentation: Android Agreements Explainer - ACC, MADA, RSA, DCB (Feb. 2, 2018), GOOG-DOJ-28380959 |
| 122 | Google presentation: Android Commercial Agreements: Exec Discussion (Oct. 2020), GOOG-DOJ-17461385 | Pls. Ex. 122, Google presentation: Android Commercial Agreements (Oct. 2020), GOOG-DOJ-17461385 |
| 123 | Google presentation: Top OEMs: Search and Assistant Overview (Aug. 2018), GOOG-DOJ-05536106 | Pls. Ex. 123, Google presentation: Top OEMs: Search and Assistant Overview (Aug. 2018), GOOG-DOJ-05536106 |
| 124 | Google presentation: Google Distribution on Android Framework (*Sept. 2019), GOOG-DOJ-21790045 | Pls. Ex. 124, Google presentation: Google Distribution on Android Framework (*Sept. 2019), GOOG-DOJ-21790045 |
| 125 | Google document: Notes from ██████████ discussion on 7/13, 2016 (July 13, 2016), GOOG-DOJ-32294385 | Pls. Ex. 125, Google document: Notes from ████████ discussion on 7/13, 2016 (July 13, 2016), GOOG-DOJ-32294385 |
| 126 | Google document: Follow-up questions (Sept. 2014), GOOG-DOJ-07969244 | Pls. Ex. 126, Google document: Follow-up questions (Sept. 2014), GOOG-DOJ-07969244 |
| 127 | Google presentation: Q3'2015 TAC Review & Outlook (2015), GOOG-DOJ-13127564 | Pls. Ex. 127, Google presentation: Q3'2015 TAC Review & Outlook (Aug. 2015), GOOG-DOJ-13127564 |
| 128 | Google presentation: TT Ramgopal, Welcome to Android Noogler Onboarding! (2019), GOOG-DOJ-15887557 | Pls. Ex. 128, Google presentation: Welcome to Android Noogler Onboarding! (2019), GOOG-DOJ-15887557 |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 129 | Google document: ███ Google Search Partnership (2010), GOOG-DOJ-12367073 | Pls. Ex. 129, Google document: ███ Google Search Partnership (2010), GOOG-DOJ-12367073 |
| 130 | ██████████████ | ██████████████ |
| 131 | Email from Anwarul Hannan (Verizon) to Brian Higgins (Verizon), "Re: [E] VZ - Google Search Agreement" (June 21, 2019), VZGGL-LIT-00066454 | Pls. Ex. 131, Email from Hannan (Verizon), VZ - Google Search Agreement (June 21, 2019), VZGGL-LIT-00066454 |
| 132 | ██████████████ | ██████████████ |
| 133 | Google Search website, How results are automatically generated, *available at* https://www.google.com/search/howsearchworks/how-search-works/ranking-results/ (visited Jan. 25, 2023). | Pls. Ex. 133, Google Search website, How results are automatically generated |
| 134 | Excerpts from the Report of Kinshuk Jerath (DOJ Plaintiffs' Expert) (June 6, 2022) | Pls. Ex. 134, Jerath (DOJ Pls.' Expert) Initial Report |
| 135 | Excerpts from the Expert Report of Christine Hammer (DOJ Plaintiffs' Expert) (June 6, 2022) [Corrected Dec. 5, 2022] | Pls. Ex. 135, Hammer (DOJ Pls.' Expert) Initial Report |
| 136 | [*intentionally vacant*] | |
| 137 | Email from Michelangelo Diligenti (Google) to Eric Lehman (Google), "Re: [Anchors] Re: ███ Re: [Chrome-team] Re: [Chrome-feedback] Re: [Industryinfo] Google Chrome, Google's Browser Project" (Sept. 2, 2008), GOOG-DOJ-02642218 | Pls. Ex. 137, Email from Diligenti (Google), Google Chrome, Google's Browser Project (Sept. 2, 2008), GOOG-DOJ-02642218 |

14

Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts

| Exhibit # | Description | Citations |
|---|---|---|
| 138 | Google document: Outline of Ranking Newsletters (*Mar. 2017), GOOG-DOJ-16015714 | Pls. Ex. 138, Google document: Outline of Ranking Newsletters (*Mar. 2017), GOOG-DOJ-16015714 |
| 139 | Excerpts from the Rebuttal Report of Professor Kevin M. Murphy (Defendant's Expert) (Aug. 5, 2022) [Corrected Nov. 15, 2022] | Pls. Ex. 139, Murphy (Def.'s Expert) Rebuttal Report |
| 140 | Google presentation: Core Search Q3 All Hands (Sept. 21, 2016), GOOG-DOJ-07457530 | Pls. Ex. 140, Google presentation: Core Search Q3 All Hands (Sept. 21, 2016), GOOG-DOJ-07457530 |
| 141 | [*intentionally vacant*] | |
| 142 | Google document: Fall Search Event: Script (*Sept. 2020), GOOG-DOJ-19842913 | Pls. Ex. 142, Google document: Fall Search Event: Script (*Sept. 2020), GOOG-DOJ-19842913 |
| 143 | Mar 7 – Mar 11, 2016, 2016 Q1 Ranking Newsletters, Search Quality Newsletters, GOOG1-00007989 | Pls. Ex. 143, Mar 7–11, 2016, 2016 Q1 Ranking Newsletters, Search Quality Newsletters, GOOG1-00007989 |
| 144 | Email from Web Ranking Team (Google) to Pandu Nayak (Google), "[Web Ranking Team] Aug 11 – Aug 15, 2014 was updated" (Aug. 16, 2014), GOOG-DOJ-03571718 | Pls. Ex. 144, Email from Web Ranking Team (Google), Aug 11–15, 2014 updated (Aug. 16, 2014), GOOG-DOJ-03571718 |
| 145 | Google presentation: Desktop Search (Feb. 11, 2021), GOOG-DOJ-31730148 | Pls. Ex. 145, Google presentation: Desktop Search (Feb. 11, 2021), GOOG-DOJ-31730148 |
| 146 | ████████████████████████ | ████████████████████████ |
| 147 | [*intentionally vacant*] | |
| 148 | Google document: Macro ROI Investigation (June 2017), GOOG-DOJ-06240761 | Pls. Ex. 148, Google document: Macro ROI Investigation (June 2017), GOOG-DOJ-06240761 |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 149 | Google presentation, Graham Poulter, Machine Learning at Scale: An introduction to Ad Click Prediction (UNDATED), GOOG-DOJ-10730340 | Pls. Ex. 149, Google presentation, Machine Learning at Scale: Ad Click Prediction (UNDATED), GOOG-DOJ-10730340 |
| 150 | H. Brendan McMahan et al., "Ad Click Prediction: a View from the Trenches," KDD '13: Proceedings of the 19th ACM SIGKDD Int'l Conf. on Knowledge Discovery & Data Mining, 1222–30 (Aug. 11–14, 2013), *available at* https://dl.acm.org/doi/pdf/10.1145/2487575.2488200 | Pls. Ex. 150, McMahan et al., "Ad Click Prediction: a View from the Trenches," KDD '13 (Aug. 11–14, 2013) |
| 151 | Google document: Search Strategy Notes (*Aug. 2016), GOOG-DOJ-12395685 | Pls. Ex. 151, Google document: Search Strategy Notes (*Aug. 2016), GOOG-DOJ-12395685 |
| 152 | ███████████████████ | ███████████████████ |
| 153 | Email from Darin Fisher (Google) to Hiroshi Lockheimer (Google), "Direct navigation vs. searching again" (Oct. 15, 2020), GOOG-DOJ-18750025 | Pls. Ex. 153, Email from Fisher (Google), Direct navigation vs. searching again (Oct. 15, 2020), GOOG-DOJ-18750025 |
| 154 | Google presentation: Jeff Shardell, Apple, Inc. Search Partnership (June 4, 2007), GOOG-DOJ-07367237 | Pls. Ex. 154, Google presentation: Apple, Inc. Search Partnership (June 4, 2007), GOOG-DOJ-07367237 |
| 155 | Excerpts of the Deposition of John Giannandrea (Apple) (Apr. 22, 2022) | Pls. Ex. 155, Giannandrea (Apple) Dep. |
| 156 | Excerpts of the Deposition of Sridhar Ramaswamy (Neeva) (Mar. 23–24, 2022) | Pls. Ex. 156, Ramaswamy (Neeva) Dep. |
| 157 | Mozilla presentation: Firefox, Strategic Development: Search Negotiations (July 2014), MOZ-LIT-000710 | Pls. Ex. 157, Mozilla presentation: Firefox, Strategic Development: Search Negotiations (July 2014), MOZ-LIT-000710 |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 158 | Email from Joan Braddi (Google) to Jim Kolotouros (Google), "Re: assistant" (Aug. 7, 2018), GOOG-DOJ-06446636 | Pls. Ex. 158, Email from Braddi (Google), Re: assistant (Aug. 7, 2018), GOOG-DOJ-06446636 |
| 159 | Google presentation: Android Strategy team, Android Staples (Aug. 2021), GOOG-DOJ-30356083 | Pls. Ex. 159, Google presentation: Android Staples (Aug. 2021), GOOG-DOJ-30356083 |
| 160 | Defendant Google LLC's Responses and Objections to DOJ Plaintiffs' Second Set of Contention Interrogatories (Apr. 27, 2022) | Pls. Ex. 160, Def.'s Resp. to Pls.' Second Set of Contention Interrogatories (Apr. 27, 2022) |
| 161 | Excerpts of the Deposition of Michael A. M. Davies (DOJ Plaintiffs' Expert) (Oct. 26–27, 2022) | Pls. Ex. 161, Davies (DOJ Pls.' Expert) Dep. |
| 162 | Google document: *Christopher Li, Initial Samsung Thoughts (*Jan. 2014), GOOG-DOJ-07968832 | Pls. Ex. 162, Google document: *Christopher Li, Initial Samsung Thoughts (*Jan. 2014), GOOG-DOJ-07968832 |
| 163 | Defendant's Supplemental Responses and Objections to Plaintiffs' February 22, 2022 Notice of Deposition of Google LLC (Apr. 7, 2022) | Pls. Ex. 163, Def.'s Supp. Resp. to Pls.' Feb. 22, 2022 Notice of Dep. of Google (Apr. 7, 2022) |
| 164 | Google presentation: NYC Scenarios ████ (reviewing Apple deal scenarios), GOOG-DOJ-09088867 | Pls. Ex. 164, Google presentation: NYC Scenarios ████ (reviewing Apple deal scenarios), GOOG-DOJ-09088867 |
| 165 | Excerpts of the Deposition of Gabriel Weinberg (DuckDuckGo) (Mar. 23, 2022) | Pls. Ex. 165, Weinberg (DuckDuckGo) Dep. |
| 166 | Google presentation: Behavioral Economics Team, Smart Campaigns: Simplify Guided Actions: Behavioral Econ brainstorm / audit (Jan. 2021), GOOG-DOJ-27103211 | Pls. Ex. 166, Google presentation: Behavioral Economics Team, Smart Campaigns: Simplify Guided Actions (Jan. 2021), GOOG-DOJ-27103211 |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 167 | Excerpts of the CID Deposition of Eric Schmidt (Google) (Aug. 21, 2008) (U.S. Dep't of Justice Investigation of Services Agreement Between Yahoo! and Google), GOOG-DOJ-31688179 | Pls. Ex. 167, 2008 Schmidt (Google) CID Dep. (DOJ Yahoo!–Google Investigation), GOOG-DOJ-31688179 |
| 168 | Google presentation: UNTITLED (*Apr. 2019) (Assistant conjoint analysis), GOOG-DOJ-02800065 | Pls. Ex. 168, Google presentation: UNTITLED (*Apr. 2019) (Assistant conjoint analysis), GOOG-DOJ-02800065 |
| 169 | Google presentation: DS&E Team, iOS Search Strategic Analysis + iOS 12 Potential Search Impact (Sept. 2018), GOOG-DOJ-02802116 | Pls. Ex. 169, Google presentation: iOS Search Strategic Analysis + iOS 12 Potential Search Impact (Sept. 2018), GOOG-DOJ-02802116 |
| 170 | ████████████████████ | ████████████████████ |
| 171 | Google presentation: Adam Barzal, iOS Distribution- BD Opportunities (*July 2017), GOOG-DOJ-04279956 | Pls. Ex. 171, Google presentation: iOS Distribution- BD Opportunities (*July 2017), GOOG-DOJ-04279956 |
| 172 | Email from Anna Kartasheva (Google) to Jamie Rosenberg (Google), "Re: Carrier RSAs" (Nov. 5, 2020), GOOG-DOJ-32568900 | Pls. Ex. 172, Email from Kartasheva (Google), Carrier RSAs (Nov. 5, 2020), GOOG-DOJ-32568900 |
| 173 | Excerpts of the Deposition of Dirk Philipp Schindler (Google) (Feb. 9–10 & Sept. 16, 2022) | Pls. Ex. 173, Schindler (Google) Dep. |
| 174 | Email from Doantam Phan (Google) to Pandu Nayak (Google), "UC Browser Speed Mode: Tier 3 to SearchLite" (May 24, 2017), GOOG-DOJ-03062628 | Pls. Ex. 174, Email from Phan (Google), UC Browser Speed Mode (May 24, 2017), GOOG-DOJ-03062628 |
| 175 | ████████████████████ APLGOOGDOJ-01163132 | ████████████████████ APLGOOGDOJ-01163132 |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 176 | Microsoft Corp., Form 10-K (July 28, 2022), *available at* sec.gov/ix?doc=/Archives/edgar/data/789019/000156459022026876/msft-10k_20220630.htm (visited Jan. 16, 2023) | Pls. Ex. 176, Microsoft 2022 10-K |
| 177 | Google presentation: ▉▉▉▉▉▉▉▉▉▉ Search & Ads Perspective (Jan. 2021), GOOG-DOJ-22075801 | Pls. Ex. 177, Google presentation: ▉▉▉▉▉▉▉ Search & Ads Perspective (Jan. 2021), GOOG-DOJ-22075801 |
| 178 | Google presentation: Search Finance & Revenue Team, ▉▉ Overview, Risks, and Opportunities (Oct. 2017), GOOG-DOJ-09093108 | Pls. Ex. 178, Google presentation: ▉▉▉ Overview, Risks, and Opportunities (Oct. 2017), GOOG-DOJ-09093108 |
| 179 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| 180 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| 181 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| 182 | Mozilla presentation: Protecting the Open Web: Threats to Browser Competition (Dec. 18, 2019), MOZ-002390 | Pls. Ex. 182, Mozilla presentation: Protecting the Open Web: Threats to Browser Competition (Dec. 18, 2019), MOZ-002390 |
| 183 | ▉▉▉▉▉▉▉▉▉▉▉ APLGOOGDOJ-00418307 | ▉▉▉▉▉▉▉▉▉▉▉ APLGOOGDOJ-00418307 |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 184 | | |
| 185 | | |
| 186 | | |
| 187 | | |
| 188 | | |
| 189 | | |
| 190 | | |
| 191 | | |
| 192 | | |

Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts

| Exhibit # | Description | Citations |
|---|---|---|
| 193 | Email from Joan Braddi (Google) to Sergey Brin (Google), "FW: Apple Update" (June 6, 2007), GOOG-DOJ-03515216 | Pls. Ex. 193, Email from Braddi (Google), FW: Apple Update (June 6, 2007), GOOG-DOJ-03515216 |
| 194 | █████████████████████████████ | █████████████████████████████ |
| 195 | █████████████████████████████ | █████████████████████████████ |
| 196 | █████████████████████████████ | █████████████████████████████ |
| 197 | █████████████████████████████ | █████████████████████████████ |
| 198 | █████████████████████████████ | █████████████████████████████ |
| 199 | █████████████████████████████ | █████████████████████████████ |
| 200 | █████████████████████████████ | █████████████████████████████ |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 201 | ███████████████████████ | ███████████████████████ |
| 202 | ███████████████████████ | ███████████████████████ |
| 203 | ███████████████████████ | ███████████████████████ |
| 204 | ███████████████████████ | ███████████████████████ |
| 205 | ███████████████████████ | ███████████████████████ |
| 206 | Email from Sundar Pichai (Google) to Hiroshi Lockheimer (Google), "Re: For your approval: two Android security blog posts, for tomorrow" (Aug. 1, 2013), GOOG-DOJ-02321139 | Pls. Ex. 206, Email from Pichai (Google), For your approval: two Android security blog posts (Aug. 1, 2013), GOOG-DOJ-02321139 |
| 207 | Email from Jim Kolotouros (Google) to Polina Chernikova (Google), "Re: Sync on RU - question and heads up" (Oct. 13, 2020), GOOG-DOJ-21181510 | Pls. Ex. 207, Email from Kolotouros (Google), Sync on RU - question (Oct. 13, 2020), GOOG-DOJ-21181510 |
| 208 | ███████████████████████ | ███████████████████████ |
| 209 | Excerpts of the Deposition of Google, Inc. 30(b)(6) (Michael Roszak) (Jan. 11, 2022) | Pls. Ex. 209, Google 30(b)(6) (Roszak) Dep. |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 210 | Excerpts of ███████████████ ████ | ███████████████████ |
| 211 | Excerpts of the Deposition of Justin Denison (Samsung) (May 4, 2022) | Pls. Ex. 211, Denison (Samsung) Dep. |
| 212 | Excerpts of the Deposition of Christopher Barton (Google) (Sept. 8, 2021) | Pls. Ex. 212, Barton (Google) Dep. |
| 213 | ████████████████████████ | ████████████████████████ |
| 214 | ████████████████████████ | ████████████████████████ |
| 215 | ████████████████████████ | ████████████████████████ |
| 216 | ████████████████████████ | ████████████████████████ |
| 217 | ████████████████████████ | ████████████████████████ |
| 218 | ████████████████████████ | ████████████████████████ |

Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts

| Exhibit # | Description | Citations |
|---|---|---|
| 219 | Email from Hal Varian (Google) to Nitin Sharma (Google), "Re: Power of defaults" (Mar. 27, 2007), GOOG-DOJ-05756465 | Pls. Ex. 219, Email from Varian (Google), Re: Power of defaults (Mar. 27, 2007), GOOG-DOJ-05756465 |
| 220 | Google presentation: Google-internal: Gartner summary findings (Feb. 2021), GOOG-DOJ-30408084 | Pls. Ex. 220, Google presentation: Gartner summary findings (Feb. 2021), GOOG-DOJ-30408084 |
| 221 | Google, Chrome browser on Windows (managed on premise), Chrome Enterprise & Education Help, *available at* https://support.google.com/chrome/a/topic/6242754 (visited Jan. 25, 2023) | Pls. Ex. 221, Google, Chrome browser on Windows, Chrome Enterprise & Education Help |
| 222 | Google, Chrome Browser Deployment Guide (Windows), Chrome Enterprise & Education Help, *available at* https://support.google.com/chrome/a/answer/3115278?hl=en&ref topic=9023257 (visited Jan. 25, 2023) | Pls. Ex. 222, Google, Chrome Browser Deployment Guide (Windows), Chrome Enterprise & Education Help |
| 223 | Google, Make Chrome default browser (Windows 10), Chrome Enterprise & Education Help, *available at* https://support.google.com/chrome/a/answer/7009292 (visited Jan. 25, 2023) | Pls. Ex. 223, Google, Make Chrome default browser (Windows 10), Chrome Enterprise & Education Help |
| 224 | Email from John Yoo (Google) to Joshua O'Connor (Google), "Re: ▮▮▮▮▮ to Google via MADA and app distribution" (Apr. 3, 2019), GOOG-DOJ-20068153 | Pls. Ex. 224, Email from Yoo (Google), ▮▮▮▮ to Google via MADA and app distribution (Apr. 3, 2019), GOOG-DOJ-20068153 |
| 225 | ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ |
| 226 | Opera Limited, Press Release, "Opera and Google renew search agreement" (Dec. 20, 2021), *available at* https://investor.opera.com/news-releases/news-release-details/opera-and-google-renew-search-agreement | Pls. Ex. 226, Opera Press Release, "Opera and Google renew search agreement" (Dec. 20, 2021) |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 227–229 | [*intentionally vacant*] | |
| 230 | Mozilla document: Mozilla Foundation and Subsidiaries: Dec. 31, 2019 and 2018 - Independent Auditor's Report and Consolidated Financial Statements (Oct. 16, 2020), MOZ-LIT-000263 | Pls. Ex. 230, Mozilla document: Mozilla 2019 and 2018 Consolidated Financial Statements (Oct. 16, 2020), MOZ-LIT-000263 |
| 231 | Mozilla presentation: Strategic Development: Search Negotiations (Oct. 2014), MOZ-LIT-000903 | Pls. Ex. 231, Mozilla presentation: Strategic Development: Search Negotiations (Oct. 2014), MOZ-LIT-000903 |
| 232 | Google presentation: Search Headwinds & Challenges (May 2015), GOOG-DOJ-13128963 | Pls. Ex. 232, Google presentation: Search Headwinds & Challenges (May 2015), GOOG-DOJ-13128963 |
| 233 | Google presentation: Firefox/Yahoo: Week of April 20–26 (May 2015), GOOG-DOJ-04248388 | Pls. Ex. 233, Google presentation: Firefox/Yahoo (May 2015), GOOG-DOJ-04248388 |
| 234 | Email from Sharon Bautista (Mozilla) to Eric Rescoria (Mozilla), "Should we ▮▮▮▮▮▮▮▮▮▮▮▮ Strategic considerations from user research" (Apr. 6, 2020), MOZ-LIT-009028 | Pls. Ex. 234, Email from Bautista (Mozilla), Should we ▮▮▮▮▮▮▮▮ (Apr. 6, 2020), MOZ-LIT-009028 |
| 235 | [*intentionally vacant*] | |
| 236 | Google presentation: Google is magical (*Oct. 2017), GOOG-DOJ-22859493 | Pls. Ex. 236, Google presentation: Google is magical (*Oct. 2017), GOOG-DOJ-22859493 |
| 237 | Google presentation: Adventures and Misadventures in Click Prediction: an update on the ▮▮ project and large-scale machine learning in search (UNDATED), GOOG-DOJ-17680293 | Pls. Ex. 237, Google presentation: Adventures and Misadventures in Click Prediction (UNDATED), GOOG-DOJ-17680293 |
| 238 | Email from Marissa Mayer (Google) to Udi Manber, "Re: Time Mag Article on Bing" (Aug. 21, 2009), GOOG-DOJ-00710419 | Pls. Ex. 238, Email from Mayer (Google), Time Mag Article on Bing (Aug. 21, 2009), GOOG-DOJ-00710419 |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 239 | Google presentation: Q4 Search All Hands (Dec. 8, 2016), GOOG-DOJ-08488857 | Pls. Ex. 239, Google presentation: Q4 Search All Hands (Dec. 8, 2016), GOOG-DOJ-08488857 |
| 240 | Google presentation: Eric Lehman, Logging & Ranking (UNDATED), GOOG-DOJ-16512397 | Pls. Ex. 240, Google presentation: Logging & Ranking (UNDATED), GOOG-DOJ-16512397 |
| 241 | Excerpts of the CID Deposition of Joan Braddi (Google) (July 28, 2020) | Pls. Ex. 241, Braddi (Google) CID Dep. |
| 242 | Excerpts of the Deposition of Eric Lehman (Google) (Apr. 21–22, 2022) | Pls. Ex. 242, Lehman (Google) Dep. |
| 243 | Mozilla document: Mozilla Corp.'s Opening Mediation Brief in *Yahoo Holdings, Inc. v. Mozilla Corp.* (July 17, 2019), MOZ-LIT-000296 | Pls. Ex. 243, Mozilla document: Mozilla Opening Mediation Brief in *Yahoo v. Mozilla* (July 17, 2019), MOZ-LIT-000296 |
| 244 | Email from ███████ ████████ NO SUBJECT (July 26, 2019), ███████-00057003 | Pls. Ex. 244, Email from ████████ NO SUBJECT (July 26, 2019), ███████00057003 |
| 245 | Excerpts of the Deposition of ██████████ (Microsoft) (Mar. 24, 2022) | Pls. Ex. 245, ██████ (Microsoft) Dep. |
| 246 | ████████████████████████ APLGOOGDOJ-00000091 | ████████████████████ APLGOOGDOJ-00000091 |
| 247 | Excerpts of the 30(b)(6) Deposition of Google LLC (P. Pandurang Nayak) (Apr. 7, 2022) | Pls. Ex. 247, Google 30(b)(6) (Nayak) Dep. |
| 248 | Excerpts of the Deposition of Hal Varian (Google) (Mar. 1–2 & Aug. 23, 2022). | Pls. Ex. 248, Varian (Google) Dep. |

Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts

| Exhibit # | Description | Citations |
|---|---|---|
| 249 | OpenTable presentation: Google (Competitive Overview) (after *May 2019), DOJ_BKNG-00001768 | Pls. Ex. 249, OpenTable presentation: Google (Competitive Overview) (after *May 2019), DOJ_BKNG-00001768 |
| 250 | [*intentionally vacant*] | |
| 251 | Google document: Sundar NLU review:1 (*Sept. 2018), GOOG-DOJ-02817117 | Pls. Ex. 251, Google document: Sundar NLU review:1 (*Sept. 2018), GOOG-DOJ-02817117 |
| 252 | Google presentation: Geo Data for Local Ads (Aug. 2019), GOOG-DOJ-12414034 | Pls. Ex. 252, Google presentation: Geo Data for Local Ads (Aug. 2019), GOOG-DOJ-12414034 |
| 253 | Google document: Amit Singhal, Founders Award Nomination Form (for ▮▮▮▮▮ Improving ranking using clicks (launched) project) (*Aug. 2011), GOOG-DOJ-00718438 | Pls. Ex. 253, Google document: Founders Award Nomination Form for ▮▮▮▮▮: Improving ranking using clicks (*Aug. 2011), GOOG-DOJ-00718438 |
| 254 | Excerpts from the Deposition of Benedict Gomes (Google) (Dec. 10, 2021) | Pls. Ex. 254, Gomes (Google) Dep. |
| 255 | Excerpts from the Deposition of Mike James (Amazon) (Feb. 2, 2022) | Pls. Ex. 255, James (Amazon) Dep. |
| 256 | Excerpts from the Deposition of Joshua Lowcock (IPG) (Apr. 20, 2022) | Pls. Ex. 256, Lowcock (IPG) Dep. |
| 257 | Google presentation: ImPAQt (2015–2017): Q2'17 @AQER (2017), GOOG-DOJ-03446248 | Pls. Ex. 257, Google presentation: ImPAQt (2015–2017): Q2'17, GOOG-DOJ-03446248 |
| 258 | Google presentation: Search Ads Boot Camp (Day 1) (*Q4 2019), GOOG-DOJ-23855303 | Pls. Ex. 258, Google presentation: Search Ads Boot Camp (Day 1) (*Q4 2019), GOOG-DOJ-23855303 |
| 259–263 | [*intentionally vacant*] | |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 264 | Email from Cat Franklin (Apple) to Tim Cook (Apple), "New Siri voices coverage" (Mar. 31, 2021), APLGOOGDOJ-01145304 | Pls. Ex. 264, Email from Franklin (Apple), New Siri voices coverage (Mar. 31, 2021), APLGOOGDOJ-01145304 |
| 265 | Excerpts from the Deposition of Jonathan B. Baker Ph.D. (Colorado Plaintiffs' Expert) (Nov. 21–22, 2022) | Pls. Ex. 265, Baker (Colo. Pls.' Expert) Dep. |
| 266 | Excerpts from the Expert Report of Jonathan B. Baker (Colorado Plaintiffs' Expert) (June 6, 2022) (Corrected Oct. 26, 2022) | Pls. Ex. 266, Baker (Colo. Pls.' Expert) Initial Report |
| 267 | Excerpts from the Reply Report of Jonathan B. Baker (Colorado Plaintiffs' Expert) (Sept. 26, 2022) (Corrected Oct. 26, 2022) | Pls. Ex. 267, Baker (Colo. Pls.' Expert) Reply Report |
| 268 | Email from Jeff Shardell (Google) to Philip Schiller (Apple), "Revised Apple/Google Redline" ██████████████████ APLGOOGDOJ-01137504 | Pls. Ex. 268, Email from Shardell (Google), Draft & Redline of ██████ ████████ APLGOOGDOJ-01137504 |
| 269 | Email from Peter Stern (Apple) to Don Harrison (Google), "Google/Apple notes" (Dec. 20, 2018), GOOG-DOJ-04830531 | Pls. Ex. 269, Email from Stern (Apple), Google/Apple notes (Dec. 20, 2018), GOOG-DOJ-04830531 |
| 270 | Mozilla Foundation, About the Mozilla Corporation, *available at* https://www.mozilla.org/en-US/foundation/moco/ (visited Jan. 25, 2023) | Pls. Ex. 270, Mozilla, About Mozilla |
| 271 | [*intentionally vacant*] | |
| 272 | Mozilla presentation: Firefox Mobile Distribution (UNDATED), MOZ-002233 | Pls. Ex. 272, Mozilla presentation: Firefox Mobile Distribution (UNDATED), MOZ-002233 |

Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts

| Exhibit # | Description | Citations |
|---|---|---|
| 273 | Email from Eric Petitt (Mozilla) to Mitchell Baker (Mozilla), "Re: A longer version from me – not the main post, but either mine (if needed) or a FAQ answer ..." (Nov. 17, 2014), MOZ-LIT-001312 | Pls. Ex. 273, Email from Petitt (Mozilla), Re: A longer version from me – not the main post (Nov. 17, 2014), MOZ-LIT-001312 |
| 274 | Email from Mitchell Baker (Mozilla) to Chris Beard (Mozilla), "Re: Mozilla Board update #2 - Search deal" (Nov. 8, 2014), MOZ-LIT-001091 | Pls. Ex. 274, Email from Baker (Mozilla), Re: Mozilla Board update #2 - Search deal (Nov. 8, 2014), MOZ-LIT-001091 |
| 275 | Email from Sergey Brin (Google) to Joan Braddi (Google), "Re: Netscape browser revshare" (Apr. 26, 2005), GOOG-DOJ-01706848 | Pls. Ex. 275, Email from Brin (Google) to Braddi (Google), Re: Netscape browser revshare (Apr. 26, 2005), GOOG-DOJ-01706848 |
| 276 | ███████████████████████████ | ███████████████████████████ |
| 277 | Mozilla, Get where you're going faster, with Firefox Suggest, dist:lled Blog (Sept. 15, 2021), https://blog.mozilla.org/en/products/firefox/firefox-news/firefox-suggest/ | Pls. Ex. 277, Mozilla, Get where you're going faster, with Firefox Suggest, dist:lled Blog (Sept. 15, 2021) |
| 278 | Letter from Juan Arteaga (Mozilla Counsel) to Karl Herrmann (DOJ), Civil Investigative Demand No, 30243 (July 15, 2020) (attaching Supplemental Response of Mozilla Foundation to DOJ Civil Investigative Demand No. 30243, Issued on Mar. 31, 2020, MOZ-002479) [Ex. 3 to Deposition of W. Mitchell Baker (Mozilla) (Jan. 6, 2022)] | Pls. Ex. 278, Mozilla Supp. Response to DOJ CID No. 30243 (July 15, 2020), MOZ-002479 (Baker (Mozilla) Dep. Ex. 3) |
| 279 | LG Electronics, Inc., Press Release, "LG to Close Mobile Phone Business Worldwide" (Apr. 5, 2021), *available at* https://www.lgnewsroom.com/2021/04/lg-to-close-mobile-phone-business-worldwide/ | Pls. Ex. 279, LG Electronics, Inc., Press Release, "LG to Close Mobile Phone Business Worldwide" (Apr. 5, 2021) |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 280 | Email from Unsuk Jung (Google) to Paul Gennai (Google), "Re: treble Compliance ...-Again, it isn't MADA that drives comp..." (Jan. 21, 2017) (comments on "Treble Compliance Requirements" document), GOOG-DOJ-23765101 | Pls. Ex. 280, Email from Jung (Google), Treble Compliance Requirements, (Jan. 21, 2017), GOOG-DOJ-23765101 |
| 281–282 | [*intentionally vacant*] | |
| 283 | Google document, Bullet points for presentation to Sundar [Pichai] (Impact-Upside of BERT in Web Ranking) (*2019), GOOG-DOJ-02814408 | Pls. Ex. 283, Google document, Bullet points for presentation to Sundar on (Impact-Upside of BERT in Web Ranking) (*2019), GOOG-DOJ-02814408 |
| 284 | Email from Udi Manber (Google) to Hal Varian (Google), "Re: scale" (Aug. 26, 2009), GOOG-DOJ-00710435 | Pls. Ex. 284, Email from Udi Manber (Google) to Hal Varian (Google), "Re: scale" (Aug. 26, 2009), GOOG-DOJ-00710435 |
| 285 | Google presentation: GPS – Mobile Topics (*June 16, 2005), GOOG-DOJ-01731480 | Pls. Ex. 285, Google presentation: GPS – Mobile Topics (*June 16, 2005), GOOG-DOJ-01731480 |
| 286 | ██████████████████ 2015 Round Up Full Deck (UNDATED), IRLABS 000001 | Pls. Ex. 286, ██████████████ 2015 Round Up Full Deck (UNDATED), IRLABS 000001 |
| 287 | ██████████████████ work on Mobile Growth (UNDATED), IRLABS 002874 | Pls. Ex. 287, ██████████████ Work on Mobile Growth (UNDATED), IRLABS 002874 |
| 288 | Google document: Maya Shanker Top-Line. (UNDATED) GOOG-DOJ-27097514 | Pls. Ex. 288, Google document: Maya Shanker Top-Line (UNDATED), GOOG-DOJ-27097514 |
| 289 | Google presentation: Maya Shankar, Google's Behavioral Science Team: 2018 Google Ads Results (Dec. 2018), GOOG-DOJ-27097279 | Pls. Ex. 289, Google presentation: Google's Behavioral Science Team: 2018 Google Ads Results (Dec. 2018), GOOG-DOJ-27097279 |
| 290 | Excerpts from the Deposition of Andrew Miller (Google) (Apr. 18, 2022) | Pls. Ex. 290, Miller (Google) Dep. |
| 291 | [*intentionally vacant*] | |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 292 | Email from Christopher Haire (Google) to Joan Braddi (Google), "Re: Topics - Apple Meeting" (Aug. 8, 2018), GOOG-DOJ-04278823 | Pls. Ex. 292, Email from Haire (Google), Topics - Apple Meeting (Aug. 8, 2018), GOOG-DOJ-04278823 |
| 293 | Email from Priti Chinai (Google) to Sergey Brin (Google), "RE: mozilla deal" (July 19, 2004), GOOG-DOJ-01818149 | Pls. Ex. 293, Email from Chinai (Google), mozilla deal (July 19, 2004), GOOG-DOJ-01818149 |
| 294 | Mozilla, Spotlight: Too big tech?, Internet Health Report 2018 (Apr. 2018), *available at* https://internethealthreport.org/2018/too-big-tech/ | Pls. Ex. 294, Mozilla, Spotlight: Too big tech?, Internet Health Report 2018 (Apr. 2018) |
| 295 | Excerpts from the Expert Report of Douglas Oard, Ph.D. (DOJ Plaintiffs' Expert) (Aug. 5, 2022) (responding to Ophir Frieder (Defendant's Expert)) | Pls. Ex. 295, Oard (DOJ Pls.' Expert) Frieder Rebuttal Report |
| 296 | Google presentation: PMetrics Team, On Strategic Value of Default Home Page to Google (NO DATE), GOOG-DOJ-05756467 | Pls. Ex. 296, Google presentation: On Strategic Value of Default Home Page to Google (NO DATE), GOOG-DOJ-05756467 |
| 297 | Google presentation: Go big in Europe (July 2019), GOOG-DOJ-12085275 | Pls. Ex. 297, Google presentation: Go big in Europe (July 2019), GOOG-DOJ-12085275 |
| 298 | Email from Prabhakar Raghavan (Google) to Cory Ondrejka (Google), "Re: consumer council follow up ahead of notes" (June 20, 2019), GOOG-DOJ-02706518 | Pls. Ex. 298, Email from Raghavan (Google), consumer council follow up (June 20, 2019), GOOG-DOJ-02706518 |
| 299 | Excerpts from the Deposition of Prabhakar Raghavan (Google) (Dec. 14-15. 2021 & Oct. 28, 2022) | Pls. Ex. 299, Raghavan (Google) Dep. |
| 300 | DuckDuckGo document: Sept 20 - ██████████████ (Sept. 20, 2018), DuckDuckGo-00620734 | Pls. Ex. 300, DuckDuckGo document: ██████████ (Sept. 20, 2018), DuckDuckGo-00620734 |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 301 | Excerpts from the Surrebuttal Report of Professor Kevin M. Murphy (Defendant's Expert) (Sept. 26, 2022) [Corrected Nov. 15, 2022] | Pls. Ex. 301, Murphy (Def.'s Expert) Reply Report |
| 302–307 | [*intentionally vacant*] | |
| 308 | ███████████████████ | ███████████████████ |
| 309 | Email from Adam Grupp (Microsoft) to Aaron Con (Microsoft), "Quick recap - Y! search default in Firefox" (Dec. 5, 2014), MSFT-LIT2_0005802135 | Pls. Ex. 309, Email from Grupp (Microsoft), Quick recap - Y! search default in Firefox (Dec. 5, 2014), MSFT-LIT2_0005802135 |
| 310 | Email from Cliff Hopkins (Google) to Tamar Yehoshua (Google), "Fwd: Firefox Redesigns Its Search Interface Ahead Of Yahoo Switch" (Dec. 1, 2014), GOOG-DOJ-03526001 | Pls. Ex. 310, Email from Hopkins (Google), Firefox Redesigns Its Search Interface Ahead Of Yahoo Switch (Dec. 1, 2014), GOOG-DOJ-03526001 |
| 311 | Greg Sterling, "Yahoo Offers Android Search Widget, HTML5 Upgrades for iOS," Search Engine Land (July 10, 2010), *available at* https://searchengineland.com/yahoo-offers-android-search-app-html5-upgrades-for-ios-45542 (visited Jan. 25, 2023) | Pls. Ex. 311, Greg Sterling, Yahoo Offers Android Search Widget, Search Engine Land (July 10, 2010) |
| 312 | Seth Weintraub, "Microsoft builds Bing Search App for Android," Fortune (Aug. 30, 2010), *available at* https://fortune.com/2010/08/30/microsoft-builds-bing-search-app-for-android/ (visited Jan. 25, 2023) | Pls. Ex. 312, Seth Weintraub, "Microsoft builds Bing Search App for Android," Fortune (Aug. 30, 2010) |
| 313 | Declaration of Erik A. Schmalbach, Statistician, U.S. Department of Justice (Jan. 26, 2023) | Pls. Ex. 313, Decl. of Schmalbach (DOJ) (Jan. 26, 2023) |

**Index of Exhibits Cited in Plaintiffs' Statement of Genuine Issues & Plaintiffs' Counterstatement of Material Facts**

| Exhibit # | Description | Citations |
|---|---|---|
| 314 | T-Mobile document: Carriers Help: GMS Requirements (*Sept. 6, 2019) (print out of Google webpage), Google_Lit-TMO_00124591 | Pls. Ex. 314, T-Mobile document: GMS Requirements (*Sept. 6, 2019), Google_Lit-TMO_00124591 |
| 315 | Google presentation: Android: Partner Device Launch Process (*June 2013), GOOG-DOJ-20847347 | Pls. Ex. 315, Google presentation: Android: Partner Device Launch Process (*June 2013), GOOG-DOJ-20847347 |
| 316 | Excerpts from the CID Deposition of Ben Gomes (Google) (Sept. 24, 2020) | Pls. Ex. 316, Gomes, (Google) CID Dep. |
| 317 | Excerpts from the Deposition of Ruth Porat (Google) (Mar. 5, 2022) | Pls. Ex. 317, Porat, (Google) Dep. |
| 318 | Apple Inc., Form 10-K (Oct. 28, 2021), *available at* https://www.sec.gov/Archives/edgar/data/320193/0000320193 21000105/aapl-20210925.htm (visited Feb. 7, 2023) | Pls. Ex. 318, Apple 2021 Form 10-K |
| 319 | Google presentation: Desktop Search: Liz Review (Apr. 2021), GOOG-DOJ-31666096 | Pls. Ex. 319, Google presentation: Desktop Search: Liz Review (Apr. 2021), GOOG-DOJ-31666096 |

Dated: January 26, 2023                    Respectfully submitted,


                                           By:    */s/ Kenneth M. Dintzer*
                                           Kenneth M. Dintzer
                                           Matthew C. Hammond
                                           Elizabeth S. Jensen
                                           Karl E. Herrmann (D.C. Bar No. 1022464)
                                           U.S. Department of Justice, Antitrust Division
                                           Technology & Digital Platforms Section
                                           450 Fifth Street NW, Suite 7100
                                           Washington, DC 20530
                                           Telephone: (202) 227-1967
                                           Kenneth.Dintzer2@usdoj.gov

                                           *Counsel for Plaintiff United States of America*


                                           By:    */s/ Margaret Sharp*
                                           Ken Paxton, Attorney General
                                           James Lloyd, Chief, Antitrust Division
                                           Margaret Sharp, Assistant Attorney General
                                           Office of the Attorney General, State of Texas
                                           300 West 15th Street
                                           Austin, Texas 78701
                                           Margaret.Sharp@oag.texas.gov

                                           *Counsel for Plaintiff State of Texas*


                                           By:    */s/ Matthew Michaloski*
                                           Theodore Edward Rokita, Attorney General
                                           Scott L. Barnhart, Chief Counsel and Director,
                                           Consumer Protection Division
                                           Matthew Michaloski, Deputy Attorney General
                                           Christi Foust, Deputy Attorney General
                                           Office of the Attorney General, State of Indiana
                                           Indiana Government Center South, Fifth Floor
                                           302 West Washington Street
                                           Indianapolis, Indiana 46204
                                           Matthew.Michaloski@atg.in.gov

                                           *Counsel for Plaintiff State of Indiana*

By:  ___/s/ Keaton Barnes___
Keaton Barnes
Arkansas Bar No. 2022161
Assistant Attorney General
Office of Tim Griffin, Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Keaton.Barnes@ArkansasAG.gov

*Counsel for Plaintiff State of Arkansas*


By:  ___/s/ Brian Wang___
Rob Bonta, Attorney General
Ryan J. McCauley, Deputy Attorney General
Brian Wang, Deputy Attorney General
Henry Cornillie, Deputy Attorney General
Paula Blizzard, Supervising Deputy Attorney
General
Office of the Attorney General,
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Brian.Wang@doj.ca.gov

*Counsel for Plaintiff State of California*


By:  ___/s/ Lee Istrail___
Ashley Moody, Attorney General
R. Scott Palmer, Special Counsel, Complex
Enforcement Chief, Antitrust Division
Nicholas D. Niemiec, Assistant Attorney General
Lee Istrail, Assistant Attorney General
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

By: ____/s/ Daniel Walsh_____
Christopher Carr, Attorney General
Margaret Eckrote, Deputy Attorney General
Daniel Walsh, Senior Assistant Attorney General
Charles Thimmesch, Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
cthimmesch@law.georgia.gov

*Counsel for Plaintiff State of Georgia*


By: ___/s/ Philip R. Heleringer_____
Daniel Cameron, Attorney General
J. Christian Lewis, Commissioner of the Office of
Consumer Protection
Philip R. Heleringer, Executive Director of the
Office of Consumer Protection
Jonathan E. Farmer, Deputy Executive Director
of the Office of Consumer Protection
Office of the Attorney General, Commonwealth
of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Philip.Heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*


By: ____/s/ Christopher J. Alderman___
Jeff Landry, Attorney General
Christopher J. Alderman, Assistant Attorney
General
Office of the Attorney General, State of
Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
AldermanC@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

By: ___/s/ Scott Mertens_____
Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for Plaintiff State of Michigan*


By: ___/s/ Stephen M. Hoeplinger____
Stephen M. Hoeplinger
Assistant Attorney General
Missouri Attorney General's Office
815 Olive St., Suite 200
St. Louis, Missouri 63101
Stephen.Hoeplinger@ago.mo.gov

*Counsel for Plaintiff State of Missouri*


By: ___/s/ Hart Martin_____
Lynn Fitch, Attorney General
Hart Martin, Special Assistant Attorney General
Crystal Utley Secoy, Assistant Attorney General
Office of the Attorney General, State of
Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Hart.Martin@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

By: ___ */s/ Anna Schneider* ___
Anna Schneider
Bureau Chief
Montana Office of Consumer Protection
P.O. Box 200151
Helena, MT. 59602-0150
Phone: (406) 444-4500
Fax: 406-442-1894
Anna.schneider@mt.gov

*Counsel for Plaintiff State of Montana*


By: ___ */s/ Mary Frances Jowers* ___
Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney
General
C. Havird Jones, Jr., Senior Assistant Deputy
Attorney General
Mary Frances Jowers, Assistant Deputy Attorney
General
Rebecca M. Hartner, Assistant Attorney General
Office of the Attorney General, State of South
Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
mfjowers@scag.gov

*Counsel for Plaintiff State of South Carolina*


By: ___ */s/ Gwendolyn J. Lindsay Cooley* ___
Joshua L. Kaul, Attorney General
Gwendolyn J. Lindsay Cooley, Assistant
Attorney General
Wisconsin Department of Justice
17 W. Main St.
Madison, Wisconsin 53701
Gwendolyn.Cooley@Wisconsin.gov

*Counsel for Plaintiff State of Wisconsin*

FOR PLAINTIFF STATE OF COLORADO:

PHILIP WEISER
Attorney General

Jonathan B. Sallet
Special Assistant Attorney General

/s/ Jonathan B. Sallet
Jonathan B. Sallet, DC Bar No. 336198
Jon.Sallet@coag.gov
Steven M. Kaufmann,  DC Bar No. 1022365
*(inactive)*
Steve.Kaufmann@coag.gov
Carla Baumel
Carla.Baumel@coag.gov
Elizabeth W. Hereford
Elizabeth.Hereford@coag.gov
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Tel: 720-508-6000

William F. Cavanaugh , Jr.
PATTERSON BELKNAP WEBB & TYLER
LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710
212-335-2793
Email: wfcavanaugh@pbwt.com

*Counsel for Plaintiff Colorado*

FOR PLAINTIFF STATE OF NEBRASKA:

MIKE HILGERS
Attorney General

Joseph M. Conrad, Assistant Attorney General
Colin P. Snider, Assistant Attorney General
Matthew K. McKinley, Special Assistant
Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3840
Joseph.Conrad@nebraska.gov
Colin.snider@nebraska.gov
Matt.Mckinley@nebraska.gov

William F. Cavanaugh , Jr.
PATTERSON BELKNAP WEBB & TYLER
LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710
212-335-2793
Email: wfcavanaugh@pbwt.com

*Counsel for Plaintiff Nebraska*


FOR PLAINTIFF STATE OF ARIZONA:

KRISTIN K. MAYES
Attorney General

Robert A. Bernheim, Unit Chief Counsel
Arizona Office of the Attorney General
400 West Congress, Ste. S-315
Tucson, Arizona 85701
Tel: (520) 628-6507
Robert.bernheim@azag.gov

*Counsel for Plaintiff Arizona*

FOR PLAINTIFF STATE OF IOWA:

BRENNA BIRD
Attorney General

Noah Goerlitz, Assistant Attorney General
Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Tel: (515) 725-1018
Noah.goerlitz@ag.iowa.gov

*Counsel for Plaintiff Iowa*


FOR PLAINTIFF STATE OF NEW YORK:

LETITIA JAMES
Attorney General

Elinor R. Hoffmann
Morgan J. Feder
Michael Schwartz
Office of the Attorney General of New York
28 Liberty Street, 21st Floor
New York, NY 10005
212-416-8513
Elinor.hoffmann@ag.ny.gov
Morgan.feder@ag.ny.gov
Michael.schwartz@ag.ny.gov

*Counsel for Plaintiff New York*

FOR PLAINTIFF STATE OF NORTH
CAROLINA:

JOSH STEIN
Attorney General

Kunal Janak Choksi
Joshua Daniel Abram
Jonathan R. Marx
Jessica Vance Sutton
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
919-716-6000
kchoksi@ncdoj.gov
jabram@ncdoj.gov
jmarx@ncdoj.gov
jsutton2@ncdoj.gov

*Counsel for Plaintiff North Carolina*

FOR PLAINTIFF STATE OF TENNESSEE:

JONATHAN SKRMETTI
Attorney General

J. David McDowell
Chris Dunbar
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville.TN 37202
(615) 741-8722
David.McDowell@ag.tn.gov
Chris.Dunbar@ag.tn.gov

*Counsel for Plaintiff Tennessee*

FOR PLAINTIFF STATE OF UTAH:

SEAN D. REYES
Attorney General

Scott R. Ryther
Tara Pincock
Utah Office of Attorney General
160 E 300 S, 5th Floor
P.O. Box 142320
Salt Lake City, Utah 84114
385-881-3742
sryther@agutah.gov
tpincock@agutah.gov

*Counsel for Plaintiff Utah*

FOR PLAINTIFF STATE OF ALASKA:

TREG TAYLOR
Attorney General

Jeff Pickett
State of Alaska, Department of Law
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Tel: (907) 269-5100
Jeff.pickett@alaska.gov

*Counsel for Plaintiff Alaska*

FOR PLAINTIFF STATE OF CONNECTICUT:
WILLIAM TONG
Attorney General

Nicole Demers
Office of the Attorney General of Connecticut
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
860-808-5202
Nicole.demers@ct.gov

*Counsel for Plaintiff Connecticut*


FOR PLAINTIFF STATE OF DELAWARE:

KATHY JENNINGS
Attorney General

Michael Andrew Undorf
Delaware Department of Justice
Fraud and Consumer Protection Division
820 N. French St., 5th Floor
Wilmington, DE 19801
302-577-8924
Michael.undorf@delaware.gov

*Counsel for Plaintiff Delaware*


FOR PLAINTIFF DISTRICT OF COLUMBIA:

BRIAN SCHWALB
Attorney General

Elizabeth Gentry Arthur
Office of the Attorney General for the District of
Columbia
400 6th Street NW
Washington, DC 20001
202-724-6514
Elizabeth.arthur@dc.gov

*Counsel for Plaintiff District of Columbia*

FOR PLAINTIFF TERRITORY OF GUAM:

DOUGLAS MOYLAN
Attorney General

Fred Nishihira, Chief, Consumer Protection
Division
Office of the Attorney General of Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Tel: (671) 475-3324

*Counsel for Plaintiff Guam*


FOR PLAINTIFF STATE OF HAWAI'I:

ANNE E. LOPEZ
Attorney General

Rodney I. Kimura
Department of the Attorney General, State of
Hawai'i
Commerce & Economic Development
425 Queen Street
Honolulu, HI 96813
808-586-1180
Rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff Hawai'i*

FOR PLAINTIFF STATE OF IDAHO:

RAÚL LABRADOR
Attorney General

John K. Olson
Office of the Idaho Attorney General
Consumer Protection Division
954 W. State St., 2nd Floor
P.O. Box 83720
Boise, ID 83720
208-334-4114
Brett.delange@ag.idaho.gov
John.olson@ag.idaho.gov

*Counsel for Plaintiff Idaho*


FOR PLAINTIFF STATE OF ILLINOIS:

KWAME RAOUL
Attorney General

Elizabeth Maxeiner
Brian Yost
Office of the Attorney General of Illinois
100 W. Randolph St.
Chicago, IL 60601
773-590-7935
Elizabeth.maxeiner@ilag.gov
Brian.yost@ilag.gov

*Counsel for Plaintiff Illinois*

FOR PLAINTIFF STATE OF KANSAS:

KRIS W. KOBACH
Attorney General

Lynette R. Bakker
Kansas Office of the Attorney General
120 S.W. 10th Avenue., 2nd Floor
Topeka, KS 66612
Tel: (785) 296-3751
Lynette.bakker@ag.ks.gov

*Counsel for Plaintiff Kansas*

FOR PLAINTIFF STATE OF MAINE:

AARON M. FREY
Attorney General

Christina M. Moylan
Office of the Attorney General of Maine
6 State House Station
August, ME 04333
207-626-8800
Christina.moylan@maine.gov

*Counsel for Plaintiff Maine*

FOR PLAINTIFF STATE OF MARYLAND:

ANTHONY G. BROWN
Attorney General

Schonette J. Walker
Gary Honick
Office of the Attorney General of Maryland
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
410-576-6480
swalker@oag.state.md.us
ghonick@oag.state.md.us

*Counsel for Plaintiff Maryland*


FOR PLAINTIFF COMMONWEALTH
MASSACHUSETTS:

ANDREA CAMPBELL
Attorney General

William T. Matlack
Michael B. MacKenzie
Office of the Attorney General of Massachusetts
One Ashburton Place, 18th Fl.
Boston, MA 02108
Tel: (617) 727-2200
William.matlack@mass.gov
Michael.Mackenzie@mass.gov

*Counsel for Plaintiff Massachusetts*

FOR PLAINTIFF STATE MINNESOTA:

KEITH ELLISON
Attorney General

Zachary William Biesanz
Office of the Minnesota Attorney General
Consumer, Wage, and Antitrust Division
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
651-757-1257
Zach.biesanz@ag.state.mn.us

*Counsel for Plaintiff Minnesota*


FOR PLAINTIFF STATE OF NEVADA:

AARON D. FORD
Attorney General

Michelle Christine Newman
Lucas J. Tucker
Nevada Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
775-684-1164
mnewman@ag.nv.gov
ltucker@ag.nv.gov

*Counsel for Plaintiff Nevada*

FOR PLAINTIFF STATE OF NEW
HAMPSHIRE:

JOHN FORMELLA
Attorney General

Brandon Garod
Office of Attorney General of New Hampshire
33 Capitol Street
Concord, NH 03301
603-271-1217
Brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff New Hampshire*


FOR PLAINTIFF STATE OF NEW  JERSEY:

MATT PLATKIN
Attorney General

Isabella R. Pitt
Deputy Attorney General
New Jersey Attorney General's Office
124 Halsey Street, 5th Floor
Newark, NJ 07102
973-648-7819
Isabella.Pitt@law.njoag.gov

*Counsel for Plaintiff New Jersey*

FOR PLAINTIFF STATE OF NEW MEXICO:

RAUL TORREZ
Attorney General

Judith E. Paquin
Cholla Khoury
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87504
Tel: 505-490-4885
jpaquin@nmag.gov
ckhoury@nmag.gov

*Counsel for Plaintiff New Mexico*

FOR PLAINTIFF STATE NORTH DAKOTA:

DREW WRIGLEY
Attorney General

Elin S. Alm
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of the Attorney General of North Dakota
1720 Burlington Drive, Suite C
Bismarck, ND 58504
701-328-5570
ealm@nd.gov

*Counsel for Plaintiff North Dakota*

FOR PLAINTIFF STATE OHIO:

DAVE YOST
Attorney General

Jennifer Pratt
Beth Ann Finnerty
Mark Kittel
Office of the Attorney General of Ohio
30 E Broad Street, 26th Floor
Columbus, OH 43215
614-466-4328
Jennifer.pratt@ohioattorneygeneral.gov
Beth.finnerty@ohioattorneygeneral.gov
Mark.kittel@ohioattorneygeneral.gov

*Counsel for Plaintiff Ohio*


FOR THE PLAINTIFF STATE OKLAHOMA:

GENTNER DRUMMOND
Attorney General

Caleb J. Smith
Office of the Oklahoma Attorney General
313 NE 21st St
Oklahoma City, OK 73105
Tel: (405) 522-1014
Caleb.Smith@oag.ok.gov

*Counsel for Plaintiff Oklahoma*

FOR PLAINTIFF STATE OREGON:

ELLEN ROSENBLUM
Attorney General

Cheryl Hiemstra
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
503-934-4400
Cheryl.hiemstra@doj.state.or.us

*Counsel for Plaintiff Oregon*


FOR PLAINTIFF COMMONWEALTH
PENNSYLVANIA:

MICHELLE HENRY
Attorney General

Tracy W. Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
Tel: (717) 787-4530
jbetsko@attorneygeneral.gov
twertz@attorneygeneral.gov

*Counsel for Plaintiff Pennsylvania*

FOR PLAINTIFF TERRITORY PUERTO
RICO:

DOMINGO HERNANDEZ
Attorney General

Guarionex Diaz Martinez
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902
Tel: (787) 721-2900, ext. 1201
gdiaz@justicia.pr.gov

*Counsel for Plaintiff Puerto Rico*


FOR PLAINTIFF STATE RHODE ISLAND:

PETER NERONHA
Attorney General

Stephen Provazza
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
SProvazza@riag.ri.gov

*Counsel for Plaintiff Rhode Island*

FOR PLAINTIFF STATE SOUTH DAKOTA:

MARTY J. JACKLEY
Attorney General

Yvette K. Lafrentz
Office of the Attorney General of South Dakota
1302 E. Hwy 14, Suite 1
Pierre, SD 57501
605-773-3215
Yvette.lafrentz@state.sd.us

*Counsel for Plaintiff South Dakota*


FOR PLAINTIFF STATE VERMONT:

CHARITY R. CLARK
Attorney General

Christopher J. Curtis
Assistant Attorney General
Office of the Attorney General of Vermont
109 State St.
Montpelier, VT 05609
802-828-3170
Ryan.kriger@vermont.gov

*Counsel for Plaintiff Vermont*

FOR PLAINTIFF COMMONWEALTH
VIRGINIA:

JASON S. MIYARES
Attorney General

Tyler T. Henry
thenry@oag.state.va.us
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, VA 23219
Tel: (804) 692-0485

*Counsel for Plaintiff Virginia*


FOR PLAINTIFF STATE WASHINGTON:

BOB FERGUSON
Attorney General

Amy Hanson
Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-5419
Amy.hanson@atg.wa.gov

*Counsel for Plaintiff Washington*

FOR PLAINTIFF STATE WEST VIRGINIA:

PATRICK MORRISEY
Attorney General

Douglas Lee Davis
Office of the Attorney General, State of West
Virginia
1900 Kanawha Boulevard, East
Building 6, Suite 402
P.O. Box 1789
Charleston, WV 25305
304-558-8986
Douglas.l.davis@wvago.gov

*Counsel for Plaintiff West Virginia*


FOR PLAINTIFF STATE WYOMING:

BRIDGET HILL
Attorney General

Benjamin Peterson
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002
(307) 777-6397
Benjamin.peterson2@wyo.gov

*Counsel for Plaintiff Wyoming*