# Exhibit 9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 05-MD-1720 (MKB)(JO) |
| This Document Relates To:<br><br>*Target Corp., et al. v. Visa Inc., et al.*, No. 13-cv-5745 (MKB)(JO); and | **ORAL ARGUMENT REQUESTED** |

**TARGET PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION
TO DEFENDANTS' MOTION TO EXCLUDE IN PART THE OPINIONS OF
PROFESSOR ROBERT G. HARRIS**

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
TO BE FILED UNDER SEAL

(showing Mastercard U.S. total net network fee increases); Pollitt Dep. 159-160 ██████████████████████████████████████████████████████████████ and Pollitt Dep. Ex. 10 (VISA14MDL1-10011764) at slide p. 13.  Viewed in light of the only profit margin information from Visa and Mastercard's own reports, Dr. Harris's opinions as to Visa's and Mastercard's profitability are well-founded.

       c. *Defendants' criticism of Dr. Harris's peer group analysis goes to weight, not admissibility.*

  Defendants next argue Dr. Harris compared Visa and Mastercard to the wrong entities in assessing profitability. Defs.' Br. at 13.  But Defendants fails to identify any peers that would have been a better comparison.  Defendants' speculation that unnamed entities would have been better comparisons does not meet their burden under *Daubert* to demonstrate that Dr. Harris's opinions on Visa and Mastercard profitability are unreliable.  Their objection to his peer group analysis goes only to the weight, not the admissibility, of his profitability comparisons.  *See Amorgianos v. Nat'l R.R. Passenger Corp.*, 303 F.3d 256, 267 (2d Cir. 2002) (minor flaws are not sufficient to render an expert's opinion *per se* inadmissible because "our adversary system provides the necessary tools for challenging reliable, albeit debatable, expert testimony.").

  Dr. Harris's peer group analysis is summarized in his Ex. 110b:[24]

---

[24] For the sake of readability, only the portion of the Exhibit showing the EBITDA margin of Visa, Mastercard and comparable companies is inserted here.  The full chart is available as an attachment to the Harris Reply.

Exhibit 110b: EBITDA Margin of Visa and Mastercard Relative to Peers, 2009-2018

| Company | Peer of: | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mastercard | | 47% | 53% | 55% | 57% | 58% | 58% | 58% | 58% | 58% | 60% |
| Visa | | 53% | 58% | 61% | 62% | 63% | 66% | 67% | 68% | 69% | 67% |
| Weighted Average EBITDA Margin of Visa and Mastercard | | 50% | 56% | 59% | 60% | 61% | 63% | 63% | 64% | 64% | 64% |
| Cardtronics plc | MC | 22% | 24% | 24% | 23% | 23% | 22% | 23% | 24% | 22% | 21% |
| Fidelity National Information Services, Inc | Visa | 18% | 24% | 25% | 25% | 26% | 26% | 26% | 22% | 26% | 28% |
| Fiserv, Inc | Visa, MC | 29% | 30% | 29% | 29% | 29% | 30% | 31% | 31% | 32% | 33% |
| FleetCor Technologies, Inc | Visa | 47% | 45% | 49% | 52% | 54% | 53% | 50% | 51% | 50% | 55% |
| Global Payments Inc | Visa, MC | 25% | 24% | 22% | 22% | 21% | 21% | 21% | 26% | 28% | 39% |
| GreenSky, Inc | MC | 0% | 0% | 0% | 0% | 0% | 63% | 55% | 47% | 46% | 38% |
| PayPal Holdings, Inc | Visa, MC | 0% | 0% | 0% | 21% | 22% | 21% | 21% | 19% | 19% | 18% |
| Square, Inc | Visa | 0% | 0% | 0% | -40% | -17% | -16% | -11% | -5% | -1% | 1% |
| The Western Union Company | Visa | 28% | 30% | 30% | 29% | 26% | 26% | 25% | 25% | 24% | 25% |
| Total System Services, Inc | Visa, MC | 24% | 22% | 21% | 24% | 24% | 23% | 24% | 20% | 20% | 28% |
| WEX Inc | Visa, MC | 33% | 41% | 45% | 43% | 43% | 46% | 36% | 30% | 35% | 37% |
| Weighted Average EBITDA Margin of Visa and/or Mastercard Peers | | 26% | 28% | 28% | 26% | 25% | 25% | 25% | 24% | 24% | 25% |
| Ratio of Visa and Mastercard Weighted Average EBITDA Margin to Peers' Weighted Average EBITDA Margin | | 2.0 | 2.0 | 2.1 | 2.3 | 2.4 | 2.5 | 2.5 | 2.7 | 2.7 | 2.5 |

Dr. Harris's selection of peers is also well-founded. All of the companies he selected are in the payments space. Two of the peer group members (Fidelity National Information Services and Fiserv) own and operate rival PIN debit networks. Several (Fidelity, Fiserv, Global Payments, PayPal, Square, and Total System Services) are large payment card processors, and Cardtronics is a large ATM network. Defendants themselves characterize PayPal and Fidelity National Information Services as competitors to Visa and Mastercard. *See* Defs'. MC Br. at 25.[25] Finally, if the only two firms in Dr. Harris's group of comparables that the Defendants

---

[25] Dr. Harris's data source, "S&P Global Capital IQ," is routinely used by institutional investors, corporations, and academics from around the world and is produced by S&P Global (formerly the McGraw-Hill Companies) which is a highly respected financial information and analytics firm with over $6 billion in annual revenue that has been in business for over 100 years. Wilson Decl. Ex. 35, CISION PR Newswire, "S&P Capital IQ Receives Seven Awards in The Wall Street Journal's Best on the Street Analysts Survey for 2013" (2013 Press Release: "S&P Capital IQ, a part of McGraw Hill Financial, is a leading provider of multi-asset class and real time data, research and analytics to institutional investors, investment and commercial banks, investment advisors and wealth managers, corporations and universities around the world."). These sources have been recognized by courts and used in numerous academic articles. *See, e.g.*, *In Re The*