# Exhibit 11

CORPORATE FINANCE > FINANCIAL RATIOS

# Financial Ratio Analysis: Definition, Types, Examples, and How to Use

By **ANDREW BLOOMENTHAL**   Updated August 17, 2022

Reviewed by **AMY DRURY**

Fact checked by **MICHAEL LOGAN**



Investopedia / Theresa Chiechi

## What Is Ratio Analysis?

Ratio analysis is a quantitative method of gaining insight into a company's liquidity, operational efficiency, and profitability by studying its financial statements such as the balance sheet and income statement. Ratio analysis is a cornerstone of fundamental equity analysis.

> **KEY TAKEAWAYS**
> - Ratio analysis compares line-item data from a company's financial statements to reveal insights regarding profitability, liquidity, operational efficiency, and solvency.
> - Ratio analysis can mark how a company is performing over time, while comparing a company to another within the same industry or sector.
> - Ratio analysis may also be required by external parties that set benchmarks often tied to risk.
> - While ratios offer useful insight into a company, they should be paired with other metrics, to obtain a broader picture of a company's financial health.
> - Examples of ratio analysis include current ratio, gross profit margin ratio, inventory turnover ratio.

Investors can use ratio analysis easily, and every figure needed to calculate the ratios is found on a company's financial statements.

Ratios are comparison points for companies. They evaluate stocks within an industry. Likewise, they measure a company today against its historical numbers. In most cases, it is also important to understand the variables driving ratios as management has the flexibility to, at times, alter its strategy to make its stock and company ratios more attractive. Generally, ratios are typically not used in isolation but rather in combination with other ratios. Having a good idea of the ratios in each of the four previously mentioned categories will give you a comprehensive view of the company from different angles and help you spot potential red flags.

> **FAST FACT**
>
> *A ratio is the relation between two amounts showing the number of times one value contains or is contained within the other.*

## Types of Ratio Analysis

The various kinds of financial ratios available may be broadly grouped into the following six silos, based on the sets of data they provide:

### 1. Liquidity Ratios

[Liquidity ratios](#) measure a company's ability to pay off its short-term debts as they become due, using the company's current or quick assets. Liquidity ratios include the current ratio, quick ratio, and working capital ratio.

### 2. Solvency Ratios

Also called financial leverage ratios, [solvency ratios](#) compare a company's debt levels with its assets, equity, and earnings, to evaluate the likelihood of a company staying afloat over the long haul, by paying off its long-term debt as well as the interest on its debt. Examples of solvency ratios include: debt-equity ratios, debt-assets ratios, and interest coverage ratios.

### 3. Profitability Ratios

These ratios convey how well a company can generate profits from its operations. Profit margin, return on assets, return on equity, return on capital employed, and gross margin ratios are all examples of [profitability ratios](#).

### 4. Efficiency Ratios

ly a company
its. Key
efficiency ratios include: turnover ratio, inventory turnover, and days' sales in
inventory.

### 5. Coverage Ratios

Coverage ratios measure a company's ability to make the interest payments
and other obligations associated with its debts. Examples include the times
interest earned ratio and the debt-service coverage ratio.

### 6. Market Prospect Ratios

These are the most commonly used ratios in fundamental analysis. They
include dividend yield, P/E ratio, earnings per share (EPS), and dividend payout
ratio. Investors use these metrics to predict earnings and future performance.

For example, if the average P/E ratio of all companies in the S&P 500 index is 20,
and the majority of companies have P/Es between 15 and 25, a stock with a P/E
ratio of seven would be considered undervalued. In contrast, one with a P/E
ratio of 50 would be considered overvalued. The former may trend upwards in
the future, while the latter may trend downwards until each aligns with its
intrinsic value.

> **FAST FACT**
>
> *Most ratio analysis is only used for internal decision making.
> Though some benchmarks are set externally (discussed below),
> ratio analysis is often not a required aspect of budgeting or
> planning.*

## Application of Ratio Analysis

The fundamental basis of ratio analysis is to compare multiple figures and
derive a calculated value. By itself, that value may hold little to no value.
Instead, ratio analysis must often be applied to a comparable to determine
whether or a company's financial health is strong, weak, improving, or
deteriorating.

### Ratio Analysis Over Time

A company can perform ratio analysis over time to get a better understanding of
the trajectory of its company. Instead of being focused on where it is today, the
company is more interested doing this type of analysis is more interested in
how the company has performed over time, what changes have worked, and
what risks still exist looking to the future. Performing ratio analysis is a central
part in forming long-term decisions and strategic planning.

To perform ratio analysis over time, a company selects a single financial ratio,
then calculates that ratio on a fixed cadence (i.e. calculating its quick ratio every
month). Be mindful of seasonality and how temporarily fluctuations in account
balances may impact month-over-month ratio calculations. Then, a company
analyzes how the ratio has changed over time (whether it is improving, the rate
at which it is changing, and whether the company wanted the ratio to change
over time).

### Ratio Analysis Across Companies

may be thrilled with these results and think it has done well, given industry standards, achieving a gross profit margin of 25%. Ratio analysis is incredibly useful for a company to better stand how its performance compares to similar companies.

To correctly implement ratio analysis to compare different companies, consider only analyzing similar companies within the same industry. In addition, be mindful how different capital structures and company sizes may impact a company's ability to be efficient. In addition, consider how companies with varying product lines (i.e. some technology companies may offer products as well as services, two different product lines with varying impacts to ratio analysis).

> **Important:** Different industries simply have different ratio expectations. A debt-equity ratio that might be normal for a utility company that can obtain low-cost debt might be deemed unsustainably high for a technology company that relies heavier on private investor funding.

### Ratio Analysis Against Benchmarks

Companies may set internal targets for what they want their ratio analysis calculations to be equal to. These calculations may hold current levels steady or strive for operational growth. For example, a company's existing current ratio may be 1.1; if the company wants to become more liquid, it may set the internal target of having a current ratio of 1.2 by the end of the fiscal year.

Benchmarks are also frequently implemented by external parties such lenders. Lending institutions often set requirements for financial health. If these benchmarks are not met, an entire loan may be callable or a company may be faced with an adjusted higher rate of interest to compensation for this risk. An example of a benchmark set by a lender is often the debt service coverage ratio which measures a company's cash flow against it's debt balances.

### Examples of Ratio Analysis in Use

Ratio analysis can predict a company's future performance—for better or worse. Successful companies generally boast solid ratios in all areas, where any sudden hint of weakness in one area may spark a significant stock sell-off. Let's look at a few simple examples

Net profit margin, often referred to simply as profit margin or the bottom line, is a ratio that investors use to compare the profitability of companies within the same sector. It's calculated by dividing a company's net income by its revenues. Instead of dissecting financial statements to compare how profitable companies are, an investor can use this ratio instead. For example, suppose company ABC and company DEF are in the same sector with profit margins of 50% and 10%, respectively. An investor can easily compare the two companies and conclude that ABC converted 50% of its revenues into profits, while DEF only converted 10%.

Using the companies from the above example, suppose ABC has a P/E ratio of 100, while DEF has a P/E ratio of 10. An average investor concludes that investors are willing to pay $100 per $1 of earnings ABC generates and only $10 per $1 of earnings DEF generates.

Financial ratio analysis is often broken into five different types: profitability, solvency, liquidity, turnover, and earnings ratios. Other non-financial metrics may be scattered across various departments and industries. For example, a marketing department may use a conversion click ratio to analyze customer capture.

### What Are the Uses of Ratio Analysis?

Ratio analysis serves three main uses. First, ratio analysis can be performed to track changes to a company over time to better understand the trajectory of operations. Second, ratio analysis can be performed to compare results with other similar companies to see how the company is doing compared to competitors. Third, ratio analysis can be performed to strive for specific internally-set or externally-set benchmarks.

### Why Is Ratio Analysis Important?

Ratio analysis is important because it may portray a more accurate representation of the state of operations for a company. Consider a company that made $1 billion of revenue last quarter. Though this seems ideal, the company might have had a negative gross profit margin, a decrease in liquidity ratio metrics, and lower earnings compared to equity than in prior periods. Static numbers on their own may not fully explain how a company is performing.

### What Is an Example of Ratio Analysis?

Consider the inventory turnover ratio that measures how quickly a company converts inventory to a sale. A company can track its inventory turnover over a full calendar year to see how quickly it converted goods to cash each month. Then, a company can explore the reasons certain months lagged or why certain months exceeded expectations.

### The Bottom Line

There is often an overwhelming amount of data and information useful for a company to make decisions. To make better use of their information, a company may compare several numbers together. This process called ratio analysis allows a company to gain better insights to how it is performing over time, against competition, and against internal goals. Ratio analysis is usually rooted heavily with financial metrics, though ratio analysis can be performed with non-financial data.

PART OF
# How to Value a Company

| CURRENTLY READING<br><br>**Financial Ratio Analysis: Definition, Types, Examples, and How to Use**<br><br>26 of 37 | UP NEXT<br><br>**What Book Value Means to Investors**<br><br>27 of 37 | **Liquidation Value: Definition, What's Excluded, and Example**<br><br>28 of 37 | **Market Ca How Is It C What Doe Investors?**<br><br>29 of 37 |
|---|---|---|---|

## Related Terms

**What Is a Solvency Ratio, and How Is It Calculated?**
A solvency ratio is a key metric used to measure an enterprise's ability to meet its debt and other obligations. more

**Horizontal Analysis: What It Is vs. Vertical Analysis**
Horizontal analysis is used in financial statement analysis to compare historical data, such as ratios or line items, over a number of accounting periods. more

**Understanding Liquidity Ratios: Types and Their Importance**
Liquidity ratios are a class of financial metrics used to determine a debtor's ability to pay off current debt obligations without raising external capital. more

**Debt-Service Coverage Ratio (DSCR): How To Use and Calculate It**
In corporate finance, the debt-service coverage ratio (DSCR) is a measurement of the cash flow available to pay current debt obligations. more

**Due Diligence**
Performing due diligence means thoroughly checking the financials of a potential financial decision. Here's how to do due diligence for individual stocks. more

**Accounting Ratio Definition and Different Types**
Accounting ratios, also known as financial ratios, are used to measure the efficiency and profitability of a company based on its financial reports. more

Case 1:20-cv-03010-APM Document 545-4 Filed 03/13/23 Page 8 of 9

Partner Links

## Related Articles

**FINANCIAL RATIOS**
How to Use Ratio Analysis to Compare Companies

**FINANCIAL STATEMENTS**
Why Do Shareholders Need Financial Statements?

**FINANCIAL RATIOS**
Guide to Financial Ratios

**FINANCIAL RATIOS**
Current Ratio vs. Quick Ratio: What's the Difference?

**FINANCIAL STATEMENTS**
How Do You Read a Balance Sheet?

**CONSUMER STAPLES**
Walmart Financial Analysis: 5 Key Ratios



Dictionary | Terms of Use
Advertise | Editorial Policy
Privacy Policy | News
Careers | Contact Us
Content Licensing | Do Not Sell My Personal Information
 | Accolades Licensing



Investopedia is part of the Dotdash Meredith publishing family.