# Exhibit 6

Home | Latest Filings | Previous Page

# EDGAR Search Results

Search the Next-Generation EDGAR System

SEC Home » Search the Next-Generation EDGAR System » Company Search » Current Page

**Companies for SIC 7370 - SERVICES-COMPUTER PROGRAMMING, DATA PROCESSING, ETC.**
*Click on CIK to view company filings*

Items 1 - 40

| CIK | Company | State/Country |
|---|---|---|
| 0001595326 | 3D Total Solutions Inc. | CT |
| 0001730732 | 3FORCES INC. | AZ |
| 0001525494 | 58.com Inc. | F4 |
| 0001075314 | ABOUT, INC. | NY |
| 0001468784 | AdChina Ltd. | F4 |
| 0001838672 | AdTheorent Holding Company, Inc. | NY |
| 0000805624 | ADVANCED IMAGE TECHNOLOGY INC | NY |
| 0001643260 | Afiniti, Ltd. | D0 |
| 0000810351 | AFN INC | TX |
| 0001831099 | AFR Inc. | FL |
| 0001120569 | AIRPROTEK INTERNATIONAL INC | NV |
| 0001833908 | Alfi, Inc. | DC |
| 0001734520 | Alithya Group inc | A8 |
| 0001652044 | Alphabet Inc. | CA |
| 0001100395 | AMERICA ONLINE LATIN AMERICA INC | FL |
| 0000310624 | AMERICAN MANAGEMENT SYSTEMS INC | VA |
| 0001009479 | AMERICAN TONERSERV CORP. | CA |
| 0001557565 | AMI JAMES BRANDS, INC. | FL |
| 0000044800 | ANALEX CORP | VA |
| 0001090709 | ANTEON CORP | VA |
| 0000883780 | AOL LLC | VA |
| 0000940911 | APERTURE TECHNOLOGIES INC | CA |
| 0001144879 | Applied Blockchain, Inc. | TX |
| 0001751008 | AppLovin Corp | CA |
| 0000879796 | ARI NETWORK SERVICES INC /WI | WI |
| 0001037186 | ARIS CORP/ | WA |
| 0001039198 | ARROWPOINT COMMUNICATIONS INC | MA |
| 0001020620 | AT HOME CORP | CA |
| 0001737339 | Aurora Mobile Ltd | F4 |
| 0001023364 | AutoWeb, Inc. | FL |
| 0000920909 | AVERT INC | CO |
| 0001072826 | AXTON GEOFFREY | VA |
| 0001557800 | Babylon Ltd | L3 |
| 0001329099 | Baidu, Inc. | F4 |
| 0000009568 | BANKCOM CORP | IL |
| 0001341470 | Banks.com, Inc. | CA |
| 0000878483 | BARRA INC /CA | CA |
| 0001120506 | BARUTIWA COMMUNICATION MEDIA LINK CORP | OH |
| 0001330016 | Basis Global Technologies, Inc. | IL |
| 0001641279 | Bebuzee Ltd. | X0 |

[Next 40]

https://www.sec.gov/cgi-bin/browse-edgar

Home | Search the Next-Generation EDGAR System | Previous Page        Modified 07/18/2014



**U.S. Securities and Exchange Commission**

# EDGAR Search Results

Search the Next-Generation EDGAR System

SEC Home » Search the Next-Generation EDGAR System » Company Search » Current Page

**Companies for SIC 7370 - SERVICES-COMPUTER PROGRAMMING, DATA PROCESSING, ETC.**
*Click on CIK to view company filings*

Items 41 - 80

| CIK | Company | State/Country |
|---|---|---|
| 0001753391 | BIGEON CORP. | F4 |
| 0001812477 | Bitfarms Ltd | A6 |
| 0001855747 | Blend Labs, Inc. | CA |
| 0001419582 | BLUE SPHERE CORP. | NC |
| 0001107749 | BLUE ZONE INC | A1 |
| 0001555877 | Boomer Ventures Inc. | R1 |
| 0001119841 | BOWMAN SUSAN H | MA |
| 0000205219 | BRC HOLDINGS INC | TX |
| 0001726252 | Brightways Corp | PA |
| 0001100985 | BROADBANDNOW INC | TX |
| 0001411055 | BROADWEBASIA, INC. | CA |
| 0001873722 | Bubblr Inc. | NY |
| 0001830043 | Bumble Inc. | TX |
| 0001003230 | CAL INTERNATIONAL LTD | NY |
| 0001611019 | CALEMINDER INC | MD |
| 0001666071 | Cardlytics, Inc. | GA |
| 0001919238 | Careerlink Holdings, Inc | NE |
| 0001071355 | CATHAYONE INC | NV |
| 0001017917 | CCC INFORMATION SERVICES GROUP INC | IL |
| 0001681400 | Celebiddy, Inc. | CA |
| 0000319237 | CERPLEX GROUP INC/DE | CA |
| 0000915870 | CERPLEX INC | CA |
| 0001173489 | CEVA INC | MD |
| 0001765048 | Charmt, Inc. | FL |
| 0001807192 | Chindata Group Holdings Ltd | F4 |
| 0000020459 | CITIZENS FINANCIAL CORP/OH/ | OH |
| 0001104867 | CITYXPRESS COM CORP | |
| 0001518239 | Cloudary Corp. | F4 |
| 0001709628 | CLOUDASTRUCTURE, INC. | FL |
| 0001619227 | Cloudweb, Inc. | CA |
| 0000945379 | COM21 INC | CA |
| 0000022896 | COMPUSERVE CORP | OH |
| 0000874445 | COMPUTER PETROLEUM CORP /MN | MN |
| 0000934306 | CONVERSION SERVICES INTERNATIONAL INC | NJ |
| 0000839435 | COPERNIC INC | A8 |
| 0001038782 | CrowdFunder, Inc. | CO |
| 0000923141 | CSI COMPUTER SPECIALISTS INC | MD |
| 0001027878 | CYNET INC | TX |
| 0001090659 | CYPOST CORP | |
| 0001794905 | Cyxtera Technologies, Inc. | FL |

[Previous 40] [Next 40]

https://www.sec.gov/cgi-bin/browse-edgar

Home | Search the Next-Generation EDGAR System | Previous Page                Modified 07/18/2014



# EDGAR Search Results

Search the Next-Generation EDGAR System

SEC Home » Search the Next-Generation EDGAR System » Company Search » Current Page

**Companies for SIC 7370 - SERVICES-COMPUTER PROGRAMMING, DATA PROCESSING, ETC.**
Click on CIK to view company filings

Items 81 - 120

| CIK | Company | State/Country |
|---|---|---|
| 0001793862 | Dada Nexus Ltd | F4 |
| 0001798255 | Daojia Ltd | F4 |
| 0000790498 | DATA TRANSMISSION NETWORK CORP | NE |
| 0001119834 | DAUMAN PHILIPPE P | |
| 0001119842 | DAVIDSON DUNCAN M | |
| 0001072828 | DAVIS EDWARD ARNOLD | VA |
| 0001010138 | DBT ONLINE INC | NV |
| 0001505611 | DecisionPoint Systems, Inc. | FL |
| 0001536020 | Detectek Inc | KS |
| 0001411215 | Dibz International Inc | TX |
| 0001057257 | DIGITAL FUSION INC/NJ/ | AL |
| 0001849635 | Digital World Acquisition Corp. | CA |
| 0001582961 | DigitalOcean Holdings, Inc. | NY |
| 0001102448 | DIRECTV BROADBAND INC | CA |
| 0001412130 | Dot VN, Inc. | CA |
| 0001819928 | DoubleVerify Holdings, Inc. | NY |
| 0001762417 | DouYu International Holdings Ltd | F4 |
| 0001142161 | DYNAMIC MEDIA INC | PA |
| 0001102541 | EarthLink Holdings, LLC | AR |
| 0001061566 | EARTHLINK NETWORK INC /DE/ | CA |
| 0001095825 | EBENX INC | MN |
| 0001017968 | EDGEWATER TECHNOLOGY INC/DE/ | MA |
| 0001702689 | EGW CAPITAL INC. | DE |
| 0001007456 | ELECTRONIC DATA SYSTEMS CORP /DE/ | TX |
| 0001410708 | Emo Capital Corp. | NV |
| 0000944947 | EnergyConnect Group Inc | OR |
| 0001244937 | ENERNOC INC | MA |
| 0001094231 | ENGLISH LANGUAGE LEARNING & INSTRUCTION SYSTEM INC | UT |
| 0001344677 | Enterra Systems Inc. | A1 |
| 0001098937 | EPRISE CORP | MA |
| 0001172945 | EQUICAP FINANCIAL CORP | |
| 0000714997 | ESL Ltd | D0 |
| 0001815677 | ESTATE OF HAZINE C CHERY | FL |
| 0001475115 | Eventbrite, Inc. | CA |
| 0001509351 | Eventure Interactive, Inc. | CA |
| 0001640428 | EverQuote, Inc. | MA |
| 0001544322 | Exponential Interactive, Inc. | CA |
| 0001013237 | FACTSET RESEARCH SYSTEMS INC | CT |
| 0001119835 | FARINA JOSEPH C | NY |
| 0001811999 | FARMHOUSE, INC. /NV | CA |

[Previous 40] [Next 40]

https://www.sec.gov/cgi-bin/browse-edgar

Home | Search the Next-Generation EDGAR System | Previous Page                     Modified 07/18/2014

# EDGAR Search Results

Search the Next-Generation EDGAR System

**SEC Home** » Search the Next-Generation EDGAR System » Company Search » Current Page

**Companies for** SIC **7370 - SERVICES-COMPUTER PROGRAMMING, DATA PROCESSING, ETC.**
*Click on* CIK *to view company filings*

Items 121 - 160

| CIK | Company | State/Country |
|---|---|---|
| 0001449303 | FINDIT INC | FL |
| 0001593184 | FINDIT, INC. | GA |
| 0000109830 | FIRST AMERICAN CORP /GA/ | GA |
| 0001415305 | First Liberty Power Corp | NV |
| 0001635327 | Flutter Entertainment plc | L2 |
| 0001688667 | Frankly Inc | CA |
| 0001407018 | FRANKY INTERACTIVE CORP. | NV |
| 0001119843 | FREEZE JAMES L | MA |
| 0001451951 | FriendFinder Networks Inc. | FL |
| 0000725876 | Function(x) Inc. | NY |
| 0001709244 | Gab AI Inc | TX |
| 0001063450 | GALAXY ENTERPRISES INC /NV/ | UT |
| 0001799332 | GAN Ltd | CA |
| 0001546392 | Gawk Inc. | CA |
| 0001099354 | GAYNOR R KIMBERLY | CA |
| 0001526125 | GDS Holdings Ltd | F4 |
| 0000880584 | GDT TEK, Inc. | FL |
| 0001110794 | GENUITY INC | MA |
| 0001119837 | GERDELMAN JOHN W | |
| 0001445883 | GIFA, INC. | NV |
| 0001105101 | GIGAMEDIA Ltd | F5 |
| 0001627631 | Global Gard, Inc. | NV |
| 0001913749 | Global Mofy Metaverse Ltd | F4 |
| 0001842563 | Go Go Buyers, Inc. | NV |
| 0001746278 | GoLogiq, Inc. | NY |
| 0001288776 | GOOGLE INC. | CA |
| 0001643485 | GrayMeta, Inc. | CA |
| 0001820144 | Grindr Inc. | CA |
| 0001662574 | Grom Social Enterprises, Inc. | FL |
| 0000857323 | GTECH HOLDINGS CORP | RI |
| 0000720671 | HALIFAX CORP OF VIRGINIA | VA |
| 0000947116 | HARBINGER CORP | GA |
| 0000935001 | HCIA INC | MD |
| 0001636422 | Health Catalyst, Inc. | UT |
| 0001095565 | HEALTHSTREAM INC | TN |
| 0001145906 | HEREUARE INC | CA |
| 0001075244 | HIGH SPEED ACCESS CORP | KY |
| 0001728190 | HUYA Inc. | F4 |
| 0001458868 | HYPERERA INC | CT |
| 0001800227 | IAC Inc. | NY |

[Previous 40] [Next 40]

https://www.sec.gov/cgi-bin/browse-edgar

Home | Search the Next-Generation EDGAR System | Previous Page                    Modified 07/18/2014

# EDGAR Search Results

Search the Next-Generation EDGAR System

SEC Home » Search the Next-Generation EDGAR System » Company Search » Current Page

**Companies for SIC 7370 - SERVICES-COMPUTER PROGRAMMING, DATA PROCESSING, ETC.**
Click on CIK to view company filings

Items 161 - 200

| CIK | Company | State/Country |
|---|---|---|
| 0000847555 | IdentiPHI, Inc. | TX |
| 0000313625 | IEXALT INC | TX |
| 0000792861 | IFX CORP | IL |
| 0001316360 | IHS Inc. | CO |
| 0001598014 | IHS Markit Ltd. | X0 |
| 0001042291 | ILINC COMMUNICATIONS INC | AZ |
| 0001101270 | INDEXONLY TECHNOLOGIES INC | A1 |
| 0001329548 | INFERX CORP | VA |
| 0001842718 | INTEGRAL AD SCIENCE HOLDING CORP. | NY |
| 0000771993 | INTELOGIC TRACE INC | TX |
| 0001056386 | Internap Corp | VA |
| 0001003282 | INTERNET COMMERCE & COMMUNICATIONS INC | CO |
| 0001090633 | INTERNET INITIATIVE JAPAN INC | M0 |
| 0001042098 | INTERNET VENTURES INC | CA |
| 0001500866 | InterXion Holding N.V. | P7 |
| 0001213106 | Jetblack Corp | OR |
| 0001713923 | Jianpu Technology Inc. | F4 |
| 0001746885 | JUMP WORLD HOLDING Ltd | F4 |
| 0001018035 | JUNO ONLINE SERVICES INC | CA |
| 0001842827 | Kanzhun Ltd | F4 |
| 0001575359 | KISMET INC | NV |
| 0001752474 | KLDiscovery Inc. | MN |
| 0001664998 | KnowBe4, Inc. | FL |
| 0001556884 | Kofax Ltd | CA |
| 0001097714 | KOREA THRUNET CO LTD | M4 |
| 0001072831 | KWAN CHI H | VA |
| 0001403997 | Leaplab Corp | AZ |
| 0001119838 | LEE DEBRA L | |
| 0001424030 | Liberty Coal Energy Corp. | CA |
| 0001611820 | LINE Corp | M0 |
| 0001271024 | LINKEDIN CORP | CA |
| 0001867956 | Linktory Inc. | B3 |
| 0001444903 | Live Buzz, Inc | NV |
| 0001639225 | Livongo Health, Inc. | CA |
| 0001783407 | LIZHI INC. | F4 |
| 0001875547 | Locafy Ltd | C3 |
| 0001344445 | Local Matters Inc. | CO |
| 0001085278 | LOGIO INC | UT |
| 0001088820 | LOISLAW COM INC | AR |
| 0001087322 | LUMINANT WORLDWIDE CORP | TX |

[Previous 40] [Next 40]

https://www.sec.gov/cgi-bin/browse-edgar

Home | Search the Next-Generation EDGAR System | Previous Page                Modified 07/18/2014

Home | Latest Filings | Previous Page

**EDGAR Search Results**

Search the Next-Generation EDGAR System

SEC Home » Search the Next-Generation EDGAR System » Company Search » Current Page

**Companies for SIC 7370 - SERVICES-COMPUTER PROGRAMMING, DATA PROCESSING, ETC.**
Click on CIK to view company filings

Items 201 - 240

| CIK | Company | State/Country |
|---|---|---|
| 0001007992 | LYCOS INC | MA |
| 0001724115 | Lykuid Inc | CA |
| 0001731946 | M17 Entertainment Ltd | F5 |
| 0001595974 | MAGNITE, INC. | NY |
| 0001119847 | MASIN MICHAEL T | MA |
| 0001575189 | Match Group Holdings II, LLC | TX |
| 0000891103 | Match Group, Inc. | TX |
| 0001097402 | MCS INC | PA |
| 0001540184 | Medallia, Inc. | CA |
| 0001260626 | MEDIA CENTURY INTERNATIONAL LTD | K3 |
| 0000924546 | MEDIABIN INC | GA |
| 0001326801 | Meta Platforms, Inc. | CA |
| 0001026965 | METRO INFORMATION SERVICES INC | VA |
| 0001841209 | MicroCloud Hologram Inc. | NY |
| 0001543272 | MJ BIOTECH, INC. | NJ |
| 0001118417 | MODEL N, INC. | CA |
| 0001496371 | Moko Social Media Ltd | C3 |
| 0001739936 | MOMENTIVE GLOBAL INC. | CA |
| 0001670538 | MON SPACE NET INC. | NV |
| 0001082314 | MONARCH MEDIA & ENTERTAINMENT GROUP INC | A1 |
| 0001516805 | Moxian, Inc. | NY |
| 0000714540 | MPSI SYSTEMS INC | OK |
| 0001082797 | MYPOINTS COM INC | CA |
| 0001902337 | Naqi Logix Inc. | A1 |
| 0000790272 | NAVTECH INC | A6 |
| 0000909624 | NETCOM ON LINE COMMUNICATION SERVICES INC | CA |
| 0001089944 | NETZERO INC | CA |
| 0000858912 | NEWSEDGE CORP | MA |
| 0001846069 | Nextdoor Holdings, Inc. | CA |
| 0001108925 | NEXTRON COMMUNICATIONS INC | CA |
| 0001079171 | NORTHCORE TECHNOLOGIES INC. | A6 |
| 0001761911 | Nowigence Inc. | NY |
| 0000108949 | NUKO INFORMATION SYSTEMS INC /CA/ | CA |
| 0001065663 | OBJECTSPACE INC | TX |
| 0000746210 | Oblong, Inc. | CO |
| 0000933586 | OMNI MULTIMEDIA GROUP INC | MA |
| 0001786682 | Omzion, Inc. | NV |
| 0001020048 | ON VILLAGE COMMUNICATIONS INC | CA |
| 0000821172 | ONE WORLD ONLINE COM INC | UT |
| 0001780531 | ONECONNECT FINANCIAL TECHNOLOGY CO., LTD. | F4 |

[ Previous 40 ] [ Next 40 ]

https://www.sec.gov/cgi-bin/browse-edgar

Home | Search the Next-Generation EDGAR System | Previous Page                     Modified 07/18/2014



Home | Latest Filings | Previous Page

**U.S. Securities and Exchange Commission**

## EDGAR Search Results

Search the Next-Generation EDGAR System

SEC Home » Search the Next-Generation EDGAR System » Company Search » Current Page

**Companies for SIC 7370 - SERVICES-COMPUTER PROGRAMMING, DATA PROCESSING, ETC.**
Click on CIK to view company filings

Items 241 - 280

| CIK | Company | State/Country |
|---|---|---|
| 0001121648 | OPTICNET INC | CA |
| 0001454938 | Outbrain Inc. | NY |
| 0000922520 | OVID TECHNOLOGIES INC | NY |
| 0001074245 | PACIFIC INTERNET LTD | U0 |
| 0001119840 | PARKER IRA H | |
| 0001103013 | PEC SOLUTIONS INC | VA |
| 0000880119 | PHARMACEUTICAL MARKETING SERVICES INC | NY |
| 0000356225 | PHOENIX LEASING GROWTH FUND 1982 | CA |
| 0000216860 | PHOENIX LEASING INCOME FUND 1977 | CA |
| 0000313351 | PHOENIX LEASING INCOME FUND 1980 | CA |
| 0000353543 | PHOENIX LEASING INCOME FUND 1981 | CA |
| 0000702803 | PHOENIX LEASING INCOME FUND 1982-2 | CA |
| 0000709995 | PHOENIX LEASING INCOME FUND VI | CA |
| 0000732676 | PHOENIX LEASING INCOME FUND VII | CA |
| 0000861438 | PHYSICIAN COMPUTER NETWORK INC /NJ | NJ |
| 0001716338 | Pintec Technology Holdings Ltd | F4 |
| 0001506293 | PINTEREST, INC. | CA |
| 0001725579 | Pluralsight, Inc. | UT |
| 0001173048 | POREX HOLDINGS INC | GA |
| 0001087743 | POWERIZE COM INC | MD |
| 0000356064 | PRIMARK CORP | MA |
| 0000856981 | PRISM GROUP INC /FL/ | WA |
| 0001771443 | Priza Technologies Inc. | CA |
| 0001120344 | PROCURENET INC | NJ |
| 0000824740 | PRODIGY COMMUNICATIONS CORP | TX |
| 0001546296 | Professional Diversity Network, Inc. | IL |
| 0001006262 | PROMIS SYSTEMS CORP LTD | A6 |
| 0001498284 | PROSALUTIS HOLDINGS INC. | A1 |
| 0000940716 | PSINET INC | VA |
| 0001422930 | PubMatic, Inc. | CA |
| 0001551060 | Qunar Cayman Islands Ltd. | F4 |
| 0001733298 | Qutoutiao Inc. | F4 |
| 0001107694 | RACKSPACE HOSTING, INC. | TX |
| 0001810019 | Rackspace Technology, Inc. | TX |
| 0000890784 | RAMP CORP | NY |
| 0001888001 | Reachout Technology Corp. | IL |
| 0001087423 | RED HAT INC | NC |
| 0001012123 | RENAISSANCE WORLDWIDE INC | MA |
| 0001065869 | RHYTHMS NET CONNECTIONS INC | CO |
| 0001703975 | RISB Properties, Inc. | MA |

[ Previous 40 ] [ Next 40 ]

https://www.sec.gov/cgi-bin/browse-edgar

Home | Search the Next-Generation EDGAR System | Previous Page      Modified 07/18/2014

Home | Latest Filings | Previous Page

# EDGAR Search Results

Search the Next-Generation EDGAR System

SEC Home » Search the Next-Generation EDGAR System » Company Search » Current Page

**Companies for** SIC **7370 - SERVICES-COMPUTER PROGRAMMING, DATA PROCESSING, ETC.**
*Click on* CIK *to view company filings*

Items 281 - 320

| CIK | Company | State/Country |
|---|---|---|
| 0001477200 | Rocket Fuel Inc. | CA |
| 0001084561 | RSTAR CORP | CA |
| 0001830081 | Rumble Inc. | NY |
| 0001063254 | S1 CORP /DE/ | GA |
| 0001597033 | Sabre Corp | TX |
| 0000829117 | SAFE TECHNOLOGIES INTERNATIONAL INC | FL |
| 0001509345 | Sahas Technologies LLC | NY |
| 0000900748 | SANCTUARY WOODS MULTIMEDIA CORP | CA |
| 0001753368 | Sangoma Technologies Corp | A6 |
| 0000801354 | SAZTEC INTERNATIONAL INC | MA |
| 0001634312 | ScanWare Solutions, Inc. | CA |
| 0001081394 | SCIENT CORP | CA |
| 0001502391 | SEA-Tiger, Inc. | KY |
| 0000319040 | Secured Digital Storage CORP | IL |
| 0001094324 | SIFY TECHNOLOGIES LTD | K7 |
| 0001842731 | SIMILARWEB LTD. | L3 |
| 0001104156 | SITESMITH INC | CA |
| 0001564408 | Snap Inc | CA |
| 0001281984 | Social Life Network, Inc. | CO |
| 0001441564 | SOGUA BVI LTD | F4 |
| 0001324245 | SOLERA HOLDINGS, INC | TX |
| 0001428529 | Sonasoft CORP | CA |
| 0001403739 | SONNEN Corp | FL |
| 0001424988 | SpectrumDNA, Inc. | UT |
| 0001836470 | Sportradar Group AG | V8 |
| 0001026493 | SPR INC | IL |
| 0001647286 | SRA Companies, Inc. | VA |
| 0000906192 | SRA INTERNATIONAL, INC. | VA |
| 0001511820 | Stemtech Corp | FL |
| 0001092197 | STRATABASE | |
| 0000797221 | STRATEGIA CORP | KY |
| 0001431848 | SUBAYE.COM, INC. | F4 |
| 0001462506 | SunGame Corp | NV |
| 0001710583 | Switch, Inc. | NV |
| 0000832443 | SYCAMORE VENTURES, INC. | CA |
| 0001408278 | Synacor, Inc. | NY |
| 0001805833 | System1, Inc. | CA |
| 0000707606 | SYSTEMS & COMPUTER TECHNOLOGY CORP | PA |
| 0001840502 | Taboola.com Ltd. | NY |
| 0000920992 | TECHFORCE CORP | FL |

[Previous 40] [Next 40]

https://www.sec.gov/cgi-bin/browse-edgar

Home | Search the Next-Generation EDGAR System | Previous Page          Modified 07/18/2014

Home | Latest Filings | Previous Page

# EDGAR Search Results

Search the Next-Generation EDGAR System

SEC Home » Search the Next-Generation EDGAR System » Company Search » Current Page

**Companies for SIC 7370 - SERVICES-COMPUTER PROGRAMMING, DATA PROCESSING, ETC.**
Click on CIK to view company filings

Items 321 - 360

| CIK | Company | State/Country |
|---|---|---|
| 0000805054 | TECHTEAM GLOBAL INC | MI |
| 0001815632 | Tego Cyber, Inc. | NV |
| 0000832175 | TELESCAN INC | TX |
| 0001717115 | Tempus Labs, Inc. | IL |
| 0001097636 | TERRA NETWORKS SA | U3 |
| 0001070630 | THINKPATH INC | |
| 0001138680 | THIRD MILLENNIUM INDUSTRIES INC | MO |
| 0001263288 | TOM ONLINE INC | F4 |
| 0001671933 | Trade Desk, Inc. | CA |
| 0001758699 | TRANSUITE.ORG INC. | R9 |
| 0001849396 | Tremor International Ltd. | L3 |
| 0001526520 | TripAdvisor, Inc. | MA |
| 0001327318 | TrueCar, Inc. | CA |
| 0001418091 | TWITTER, INC. | CA |
| 0001888525 | U-BX Technology Ltd. | F4 |
| 0001831583 | Ufin Tek Ltd | D8 |
| 0001138188 | UGOMEDIA INTERACTIVE CORP | MI |
| 0001327299 | ULTITEK LTD | NJ |
| 0001142701 | UNITED ONLINE INC | CA |
| 0001708304 | US EXP Group Inc. | NY |
| 0000913692 | UUNET TECHNOLOGIES INC | VA |
| 0001466629 | Vacation Home Swap, Inc. | NV |
| 0001113129 | VELOCITYHSI INC | CA |
| 0001098402 | VIA NET WORKS INC | VA |
| 0001828791 | Viant Technology Inc. | CA |
| 0001837686 | Vimeo, Inc. | NY |
| 0001777765 | VIQ Solutions Inc. | A6 |
| 0001597483 | Visual Acumen, Inc. | CT |
| 0001508475 | VNET Group, Inc. | F4 |
| 0001072832 | WALPUCK JOHN | |
| 0000873287 | WAVO CORP | AZ |
| 0001595761 | WEIBO Corp | F4 |
| 0001616156 | WEWARDS, INC. | NV |
| 0001912954 | WidFit Inc. | NV |
| 0001072833 | WINKLER LAWRENCE | VA |
| 0001576789 | Wix.com Ltd. | L3 |
| 0001096000 | WORLDRES COM INC | CA |
| 0001847738 | Ximalaya Inc. | F4 |
| 0001628104 | XSport Global, Inc. | CA |
| 0001794350 | Yalla Group Ltd | C0 |

[ Previous 40 ] [ Next 40 ]

https://www.sec.gov/cgi-bin/browse-edgar

Home | Search the Next-Generation EDGAR System | Previous Page    Modified 07/18/2014



# EDGAR Search Results

Search the Next-Generation EDGAR System

**SEC Home** » **Search the Next-Generation EDGAR System** » **Company Search** » *Current Page*

**Companies for SIC 7370 - SERVICES-COMPUTER PROGRAMMING, DATA PROCESSING, ETC.**
Click on CIK to view company filings

Items 361 - 367

| CIK | Company | State/Country |
|---|---|---|
| 0001513845 | Yandex N.V. | P7 |
| 0001126433 | YELLOWBRIX INC | VA |
| 0000883741 | ZAMBA CORP | MN |
| 0001617553 | ZIPRECRUITER, INC. | CA |
| 0001585521 | Zoom Video Communications, Inc. | CA |
| 0001438964 | ZOOSK, INC | CA |
| 0001376321 | ZW Data Action Technologies Inc. | F4 |

[Previous 40]

https://www.sec.gov/cgi-bin/browse-edgar

Home | Search the Next-Generation EDGAR System | Previous Page        Modified 07/18/2014