# Exhibit 7

# Cost Accounting

## A Managerial Emphasis

**Fifteenth Edition**

**Charles T. Horngren**
Stanford University

**Srikant M. Datar**
Harvard University

**Madhav V. Rajan**
Stanford University

**PEARSON**

Boston   Columbus   Indianapolis   New York   San Francisco   Upper Saddle River
Amsterdam   Cape Town   Dubai   London   Madrid   Milan   Munich   Paris   Montréal   Toronto
Delhi   Mexico City   São Paulo   Sydney   Hong Kong   Seoul   Singapore   Taipei   Tokyo

*Editor in Chief*: Donna Battista
*Acquisitions Editor*: Ellen Geary
*Editorial Project Manager*: Nicole Sam
*Editorial Assistant*: Christine Donovan
*Marketing Manager*: Alison Haskins
*Managing Editor*: Jeff Holcomb
*Project Manager*: Roberta Sherman
*Manufacturing Buyer*: Carol Melville
*Senior Art Director*: Anthony Gemmellaro
*Cover Designer*: Liz Harasymczuk
*Manager, Rights and Permissions*: Samantha Graham
*Cover Photo*: © JOHN KELLERMAN/Alamy
*Editorial Media Project Manager*: James Bateman
*Production Media Project Manager*: John Cassar
*Full-Service Project Management and Composition*: Integra
*Printer/Binder*: Courier/Kendallville
*Cover Printer*: Lehigh-Phoenix Color/Hagerstown
*Text Font*: 10/12 Sabon

Credits and acknowledgments borrowed from other sources and reproduced, with permission, in this textbook appear on appropriate page within text (or on page 938).

Microsoft and/or its respective suppliers make no representations about the suitability of the information contained in the documents and related graphics published as part of the services for any purpose. All such documents and related graphics are provided "as is" without warranty of any kind. Microsoft and/or its respective suppliers hereby disclaim all warranties and conditions with regard to this information, including all warranties and conditions of merchantability, whether express, implied or statutory, fitness for a particular purpose, title and non-infringement. In no event shall Microsoft and/or its respective suppliers be liable for any special, indirect or consequential damages or any damages whatsoever resulting from loss of use, data or profits, whether in an action of contract, negligence or other tortious action, arising out of or in connection with the use or performance of information available from the services.

The documents and related graphics contained herein could include technical inaccuracies or typographical errors. Changes are periodically added to the information herein. Microsoft and/or its respective suppliers may make improvements and/or changes in the product(s) and/or the program(s) described herein at any time. Partial screen shots may be viewed in full within the software version specified.

Microsoft® and Windows® and Excel® are registered trademarks of the Microsoft Corporation in the U.S.A. and other countries. This book is not sponsored or endorsed by or affiliated with the Microsoft Corporation.

Copyright © 2015, 2012, 2009 by Pearson Education, Inc. All rights reserved. Manufactured in the United States of America. This publication is protected by Copyright, and permission should be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or likewise. To obtain permission(s) to use material from this work, please submit a written request to Pearson Education, Inc., Permissions Department, One Lake Street, Upper Saddle River, New Jersey 07458, or you may fax your request to 201-236-3290.

Many of the designations by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and the publisher was aware of a trademark claim, the designations have been printed in initial caps or all caps.

**Library of Congress Cataloging-in-Publication Data**
Horngren, Charles T.
 Cost accounting: a managerial emphasis/Charles T. Horngren, Stanford University, Srikant M. Datar, Harvard University, Madhav V. Rajan, Stanford University.—Fifteenth edition.
    pages cm
  Includes bibliographical references and index.
  ISBN 978-0-13-342870-4
 1. Cost accounting.  I. Datar, Srikant M.  II. Rajan, Madhav V.  III. Title.
 HF5686.C8H59 2015
 658.15'11—dc23
                                        2013047266

10 9 8 7 6 5 4 3 2 1

**PEARSON**

ISBN-10:   0-13-342870-2
ISBN-13: 978-0-13-342870-4

display real-time defect rates and production levels on large LED screens throughout their plants for workers and managers to see.

In Webb's cutting room, cloth is laid out and cut into pieces, which are then matched and assembled. Managers exercise control in the cutting room by observing workers and by focusing on *nonfinancial measures*, such as number of square yards of cloth used to produce 1,000 jackets or the percentage of jackets started and completed without requiring any rework. Webb's production workers find these nonfinancial measures easy to understand. Webb's managers also use *financial measures* to evaluate the overall cost efficiency with which operations are being run and to help guide decisions about, say, changing the mix of inputs used in manufacturing jackets. Financial measures are critical in a company because they indicate the economic impact of diverse physical activities. This knowledge allows managers to make trade-offs, such as increasing the costs of one physical activity (say, cutting) to reduce the costs of another physical measure (say, defects).



**Decision Point**

How do managers use variances?

## Benchmarking and Variance Analysis

Webb Company based its budgeted amounts on analysis of its own operations. We now turn to the situation in which companies develop standards based on the operations of other companies. **Benchmarking** is the continuous process of comparing your firm's performance levels against the best levels of performance in competing companies or in companies having similar processes. When benchmarks are used as standards, managers and management accountants know that the company will be competitive in the marketplace if it can meet or beat those standards.

Companies develop benchmarks and calculate variances on items that are the most important to their businesses. A common unit of measurement used to compare the efficiency of airlines is cost per available seat mile. Available seat mile (ASM) is a measure of airline size and equals the total seats in a plane multiplied by the distance the plane traveled. Consider the cost per available seat mile for United. Assume United uses data from each of six competing U.S. airlines in its benchmark cost comparisons. Summary data are in Exhibit 7-5. The benchmark companies are in alphabetical order in column A. Also reported in Exhibit 7-5 are operating cost per ASM, operating revenue per ASM, operating income per ASM, fuel cost per ASM, labor cost per ASM, and total available seat miles for each airline. The slow recovery of the travel industry from the recession induced by the financial crisis is evident in the fact that only five of the seven airlines have positive levels of operating income.

How well did United manage its costs? The answer depends on which specific benchmark is being used for comparison. United's actual operating cost of 14.19 cents per ASM is above the average operating cost of 12.91 cents per ASM of the six other airlines. Moreover, United's operating cost per ASM is 24.2% higher than JetBlue Airways, the lowest-cost competitor at 11.42 cents per ASM [(14.19 − 11.42) ÷ 11.42 = 0.242]. So why is United's operating cost per ASM so high? Columns E and F suggest that both fuel cost and labor cost are possible reasons. These benchmarking data alert management at United that it needs to become more efficient in its use of both material and labor inputs to become more cost competitive.

It can be difficult for firms to find appropriate benchmarks such as those in Exhibit 7-5. Many companies purchase benchmark data from consulting firms. Another problem is ensuring the benchmark numbers are comparable. In other words, there needs to be an "apples to apples" comparison. Differences can exist across companies in their strategies, inventory costing methods, depreciation methods, and so on. For example, JetBlue serves fewer cities and flies mostly long-haul routes compared with United, which serves almost all major U.S. cities and several international cities and flies both long-haul and short-haul routes. Southwest Airlines differs from United because it specializes in short-haul direct flights and offers fewer services on board its planes. Because United's strategy is different from the strategies of JetBlue and Southwest, one might expect its cost per ASM to be different, too. United's strategy is more comparable to the strategies of American, Delta, and U.S. Airways. Note that its costs per ASM are relatively more competitive with these airlines. But United

**Learning Objective 7**

Describe benchmarking and explain its role in cost management

. . . benchmarking compares actual performance against the best levels of performance

### Exhibit 7-5  Available Seat Mile (ASM) Benchmark Comparison of United Airlines with Six Other Airlines

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Operating Cost | Operating Revenue | Operating Income | Fuel Cost | Labor Cost | Total ASMs |
| 2 | | (Cents per ASM) | (Cents per ASM) | (Cents per ASM) | (Cents per ASM) | (Cents per ASM) | (Millions) |
| 3 | Airline | (1) | (2) | (3) = (2) − (1) | (4) | (5) | (6) |
| 4 | | | | | | | |
| 5 | United Airlines | 14.19 | 13.10 | −1.09 | 4.90 | 4.24 | 216,299 |
| 6 | Airlines used as benchmarks: | | | | | | |
| 7 | Alaska Airlines | 11.90 | 13.09 | 1.19 | 4.10 | 3.53 | 28,185 |
| 8 | American Airlines | 14.26 | 13.47 | −0.79 | 4.90 | 4.28 | 152,627 |
| 9 | Delta Airlines | 13.80 | 14.48 | 0.68 | 5.00 | 3.86 | 200,880 |
| 10 | JetBlue Airways | 11.42 | 11.96 | 0.54 | 4.40 | 2.76 | 40,095 |
| 11 | Southwest Airlines | 12.83 | 13.29 | 0.46 | 4.60 | 3.90 | 128,272 |
| 12 | U.S. Airways | 13.25 | 13.49 | 0.24 | 4.60 | 3.54 | 74,204 |
| 13 | Average of airlines | | | | | | |
| 14 | used as benchmarks | 12.91 | 13.30 | 0.39 | 4.60 | 3.65 | 104,044 |
| 15 | | | | | | | |
| 16 | Source: 2012 data from the MIT Global Airline Industry Program | | | | | | |

competes head to head with JetBlue and Southwest in several cities and markets, so it still needs to benchmark against these carriers as well.

United's management accountants can use benchmarking data to address several questions. How do factors such as plane size and type or the duration of flights affect the cost per ASM? Do airlines differ in their fixed cost/variable cost structures? To what extent can United's performance be improved by rerouting flights, using different types of aircraft on different routes, or changing the frequency or timing of specific flights? What explains revenue differences per ASM across airlines? Is it differences in the service quality passengers perceive or differences in an airline's competitive power at specific airports? Management accountants are more valuable to managers when they use benchmarking data to provide insight into *why* costs or revenues differ across companies or within plants of the same company, as distinguished from simply reporting the magnitude of the differences.

**Decision Point**

What is benchmarking and why is it useful?

## Problem for Self-Study

O'Shea Company manufactures ceramic vases. It uses its standard costing system when developing its flexible-budget amounts. In September 2014, 2,000 finished units were produced. The following information relates to its two direct manufacturing cost categories: direct materials and direct manufacturing labor.

Direct materials used were 4,400 kilograms (kg). The standard direct materials input allowed for one output unit is 2 kilograms at $15 per kilogram. O'Shea purchased 5,000 kilograms of materials at $16.50 per kilogram, a total of $82,500. (This Problem for Self-Study illustrates how to calculate direct materials variances when the quantity of materials *purchased* in a period differs from the quantity of materials *used* in that period.)

Actual direct manufacturing labor-hours were 3,250, at a total cost of $66,300. Standard manufacturing labor time allowed is 1.5 hours per output unit, and the standard direct manufacturing labor cost is $20 per hour.

paying Brett a flat salary. The motivation for having some salary and some performance-based compensation is to balance the benefit of incentives against the extra cost of imposing risk on a manager.

### Intensity of Incentives and Financial and Nonfinancial Measurements

What affects the intensity of incentives? That is, how large should the incentive component of a manager's compensation be relative to the salary component? To answer these questions, we need to understand how much the performance measure is affected by the actions the manager takes to further the owner's objectives.

Preferred performance measures are those that are sensitive to or that change significantly with the manager's performance. They do not change much with changes in factors that are beyond the manager's control. Sensitive performance measures motivate the manager as well as limit the manager's exposure to risk, reducing the cost of providing incentives. Less-sensitive performance measures are not affected by the manager's performance and fail to induce the manager to improve. The more owners have access to sensitive performance measures, the more they can rely on incentive compensation for their managers.

The salary component of compensation dominates when performance measures that are sensitive to managers' actions are not available. This is the case, for example, for some corporate staff and government employees. A high salary component, however, does not mean incentives are completely absent. Promotions and salary increases do depend on some overall measure of performance, but the incentives are less direct. The incentive component of compensation is high when sensitive performance measures are available and when monitoring the employee's effort is difficult, such as in real estate agencies.

To evaluate Brett, Chungi uses measures from multiple perspectives of the balanced scorecard because nonfinancial measures on the balanced scorecard—employee satisfaction and the time taken for check-in, cleaning rooms, and providing room service—are more sensitive to Brett's actions. Financial measures such as RI are less sensitive to Brett's actions because they are affected by external factors such as local economic conditions beyond Brett's control. Residual income may be a very good measure of the economic viability of the hotel, but it is only a partial measure of Brett's performance.

In addition to considerations of sensitivity and risk, another reason for using nonfinancial measures is that these measures follow Hospitality Inns' strategy and are drivers of future performance. Evaluating managers on these nonfinancial measures motivates them to take actions that will sustain the long-run performance of the firm's hotels while meeting the company's environmental and social goals. Therefore, evaluating performance in all four perspectives of the balanced scorecard promotes both short- and long-run actions. The relative weight placed on the various measures in the scorecard is ideally aimed at achieving congruence between the extent to which the manager is motivated to maximize each performance metric and its importance in generating the long-run objective the firm wishes to achieve. The tradeoff between considerations of sensitivity and risk, on the one hand, and the congruence of goals, on the other, determines the effective intensity of incentives placed on each measure of performance.

### Benchmarks and Relative Performance Evaluation

Owners often use financial and nonfinancial benchmarks to evaluate the performance of their managers. The benchmarks, which are metrics that correspond to the best practices of organizations, may be available inside or outside of the organization. For HISF, the benchmarks could be from similar hotels, either within or outside of the Hospitality Inns chain. Suppose Brett is responsible for HISF's revenues, costs, and investments. To evaluate Brett's performance, Chungi would want to benchmark a similar-sized hotel—one affected by the same uncontrollable factors, such as location, demographic trends, or economic conditions, that affect HISF. If all these factors were the same or very similar, the *differences* in the performances of the two hotels could, for the most part, be attributed to the differences

in the two managers' performances. Benchmarking, which is also called *relative performance evaluation*, filters out the effects of the common uncontrollable factors.

Can the performance of two managers responsible for running similar operations within a company be benchmarked against each other? Yes, but this approach could create a problem: It could reduce the managers' incentives to help one another. When managers do not cooperate, the company suffers. In this case, using internal benchmarks for performance evaluation may not lead to goal congruence (also see Concepts in Action: Avoiding Performance-Measurement Silos at Staples).

## Performance Measures at the Individual Activity Level

Managers need to do two things when designing the measures used to evaluate the performance of individual employees: (1) design performance measures for activities that require multiple tasks and (2) design performance measures for activities done in teams.

### Performing Multiple Tasks

Most employees perform more than one task as part of their jobs. Marketing representatives sell products, provide customer support, and gather market information. Manufacturing workers are responsible for both the quantity and quality of their output. Employers want employees to allocate their time and effort intelligently among various tasks or aspects of their jobs.

Consider mechanics at an auto repair shop. Their jobs have two distinct aspects: repair work—performing more repair work generates more revenues for the shop—and customer satisfaction—the higher the quality of the job, the more likely the customer will be pleased. If the employer wants an employee to focus on both aspects, then the employer must measure and compensate performance on both aspects.

### Concepts in Action ▶ Avoiding Performance-Measurement Silos at Staples



To effectively measure company performance, organizations should not allow hierarchical boundaries and concerns to dictate performance metrics. While it is natural for organizations to measure managers on the performance of their functional departments, measuring too narrowly leads to suboptimization and conflict within companies. To improve performance, organizations need to understand and measure the key company-wide drivers of success and profitability.

At Staples, the $24 billion office-supply retailer, the leading performance measurement metric is customer satisfaction. Highly satisfied Staples customers are more profitable than other customers, and they are more likely to recommend the company to other potential customers. Previously, Staples' leaders focused on departmental or functional expense metrics (for example, warehouse operating expense as a percent of sales). As a result, many functional managers built careers as expert cost managers, but it created an environment where many individuals could be "successful" reaching their numbers while Staples only succeeded marginally.

To overcome this performance-measurement problem, Staples created incentives for functional managers to provide enhanced service to customers, even if it means exceeding their budget targets. The company was able to demonstrate how investments in service translated into faster sales growth of higher-margin products. As a result, the company rewarded managers who "failed" in the expense measures related to their own units but who, in doing so, delivered substantially more profits in other shared measures. The effects have been impressive: Staples is the largest office-supply retailer in the United States with growth far outpacing Office Depot, its leading competitor.

*Sources:* Based on Michael Hammer, "The Seven Deadly Sins of Performance Measurement and How To Avoid Them." *MIT Sloan Management Review* 48 (Spring 2007): 19-28; Staples, Inc. *2012 Annual Report*. Framingham, Massachusetts: Staples, Inc., 2013; and Office Depot, Inc., *2012 Annual Report*. Boca Raton, Florida: Office Depot, Inc., 2013.