# Exhibit 11

Case 1:20-cv-03010-APM   Document 547-1   Filed 03/13/23   Page 1 of 4

```
                                                                        1
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3
    UNITED STATES OF AMERICA, et    )
 4  al.,                            )
                                    )
 5           Plaintiffs,            )
                                    )  Case No.
 6       vs.                        )  1:20-cv-03010-APM
                                    )
 7  GOOGLE LLC,                     )
                                    )
 8           Defendant.             )
    ------------------------------- )
 9  STATE OF COLORADO, et al.,      )
                                    )
10           Plaintiffs,            )
                                    )
11       vs.                        )  Case No.
                                    )  1:20-cv-03715-APM
12  GOOGLE LLC,                     )
                                    )
13                                  )
             Defendant.             )
14  _____  )

15

16            ** HIGHLY CONFIDENTIAL **

17         VIDEO-RECORDED DEPOSITION OF

18           RANDOLPH EDWARDS BUCKLIN

19              New York, New York

20         Wednesday, October 26, 2022

21

22

23  Reported Stenographically By:
    PATRICIA A. BIDONDE
24  Registered Professional Reporter
    Realtime Certified Reporter
25  JOB#:  866105
```

1   A.   So I worked with them on a
2   variety of topics, and some were online
3   promotions, some were analysis of paid search
4   data and paid search strategy, and I tried to
5   provide them with help across a range of
6   topics that they were charged with looking
7   into.
8        Q.   Okay.  And beyond what's listed
9   in your resume or your CV, Exhibit 4, have
10  there been any other work engagements that
11  you've had that involve digital advertising?
12       A.   Yes, I worked -- I -- I'm trying
13  to remember the time.  I don't think it's
14  listed here, but I worked with another company
15  on their digital advertising issues.
16       Q.   Do you know the name of that
17  company?
18       A.   Yes, and I'd rather not disclose
19  it because that work led to a publication, and
20  the terms of that arrangement are that the
21  company name is not to be disclosed.
22       Q.   Okay.  What publication did it
23  lead to?
24       A.   It led to the 2015 JMR article
25  "Display Advertising."

1  Q. Okay. And is it possible for you
2  to share in general what industry that company
3  was in?
4  A. Yes, you know, as the article
5  describes, it's financial services.
6  Q. Okay. That's right. And when
7  was the -- and that engagement ended in 2015
8  when the article was published or before then?
9  A. Before then.
10  Q. And when did it end?
11  A. Probably two or three years
12  before that because the -- when a journal
13  is -- when a journal article is published,
14  that's typically several years after the
15  initial work has actually been done because
16  there's a -- as I describe in my role as an
17  editor and a reviewer, there's a publication
18  process where the article is written up, it's
19  submitted to a journal, it goes through
20  multiple rounds of review, hopefully it gets
21  accepted, and then there's a publication lag
22  between acceptance and appearance.
23  And so it ends up being listed on
24  a CV is when it finally appears, you know, in
25  the -- I guess the print journal, which could