# Exhibit 12

Case 1:20-cv-03010-APM   Document 547-2   Filed 03/13/23   Page 1 of 3

Case 1:20-cv-03010-APM   Document 547-2   Filed 03/13/23   Page 2 of 3
United States of America v                                    Michael Whinston, Ph.D.
Google LLC                    Highly Confidential             November 09, 2022

```
                                                                    1
 1                   UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
       United States of America,       )
 3     et al.,                          )
                                        )
 4                    Plaintiffs,       ) Civil Action No.
                                        )
 5              v.                      ) 1:20-cv-03010-APM
                                        )
 6     Google LLC,                      )
                                        )
 7                    Defendant.        )
                                        )
 8     --------------------------------X
                                        )
 9     State of Colorado, et al.,       )
                                        )
10                    Plaintiffs,       ) Civil Action No.
                                        )
11              v.                      ) 1:20-cv-03715-APM
                                        )
12     Google LLC,                      )
                                        )
13                    Defendant.        )
       _____X    VOLUME I
14

15     HIGHLY CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

16                  VIDEOTAPED DEPOSITION OF

17              MICHAEL DENNIS WHINSTON, PH.D.

18        Wednesday, November 9, 2022; 9:12 a.m. EST

19

20     Reported by:  Cindy L. Sebo, RMR, CRR, RPR, CSR, CCR,
       CLR, RSA, California Shorthand Reporter #14409,
21     NYRCR, NYACR, Remote Counsel Reporter, LiveDeposition
       Authorized Reporter
22     Job No. 2022-867367
```

Case 1:20-cv-03010-APM   Document 547-2   Filed 03/13/23   Page 3 of 3
United States of America v                                    Michael Whinston, Ph.D.
Google LLC                      Highly Confidential           November 09, 2022

48

1  regard "monopoly power" as a legal conclusion, so

2  the way I would read that as -- assignment and

3  have read that assignment is really about the

4  creation, extension or maintenance of substantial

5  market power.

6       Q.    Okay.  And, again, over -- over what

7  time period did you try to assess whether

8  Google's conduct was likely to result in the

9  creation, extension or maintenance of monopoly

10 power in any relevant market?

11      A.    The same time period, 2014 on.

12      Q.    Did anyone from the Department of

13 Justice ever explain to you why your assignment

14 was to look at 2014 to the present?

15      A.    No.

16      Q.    And then the last bullet here says,

17 Determine whether any such conduct was or is

18 anticompetitive and was or is likely to result in

19 material harm to competition and consumers.

20            Again, am I -- am I right that the

21 time period for that assessment also was 2014 to

22 the present?