# Pls. Ex. 3

1

2  UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLUMBIA
3  ----------------------------------------X
   UNITED STATES OF AMERICA, et al.,
4                          Plaintiffs,
            vs.
5
   GOOGLE LLC,
6                          Defendant.

7
   1:20-cv-03010-APM
8  ----------------------------------------X

9  STATE OF COLORADO, et al.,
                          Plaintiffs,
10
            vs.
11
   GOOGLE LLC,
12                         Defendant.

13
   1:20-cv-03715-APM
14
   ----------------------------------------X
15  ███████████████████████████

16

17       30 (b)(6) DEPOSITION OF EDUARDO CUE

18

19

20  DATE:  April 14, 2022

21  TIME:  12:06 p.m. Eastern

22  PLACE:  ***REMOTE***

23  BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

24  JOB NO:  2022-839650

25

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

25

1                              E. CUE

12:33PM  2          form.

12:33PM  3               MR. SUNSHINE:   Same objection.

12:33PM  4          And if you are trying to set up

12:33PM  5          background to talk about the relevant

12:33PM  6          period, we are not going to get in

12:33PM  7          your way, but this is just asking

12:33PM  8          about ████████████, and that's really

12:33PM  9          improper.

12:34PM  10         A.    That's correct.

12:34PM  11         Q.    ████    ██████████████████████

12:34PM  12    ████    ████████████████████████████████

12:34PM  13    ███████████████████████████████████

12:34PM  14    ███████████████████████████████████████

12:34PM  15    ███████████████████████████████████████

12:34PM  16    ████████████████████████

12:34PM  17         ██    ████████████████

12:34PM  18         ██    ██████    ████████████

12:34PM  19    ██████████████████████████

12:35PM  20    █████████████████████  was Apple aware that

12:35PM  21    Google included ads among search results

12:35PM  22    provided to users of Google search engine?

12:35PM  23         A.    We were.

12:35PM  24         Q.    And was Apple aware that Google

12:35PM  25    collected revenues from ad placement on its

UNITED STATES vs
GOOGLE LLC

██████████████

Eduardo Cue
April 14, 2022

26

```
                1              E. CUE
12:35PM         2    search results in  ████
12:35PM         3         A.    We were.
12:35PM         4         Q.    Okay.  ████████████████████
12:35PM         5    ████████████████████████████████
12:35PM         6              MR. SUNSHINE:   Same objection.
12:35PM         7         A.    That is correct.
12:35PM         8         Q.    ████████████████████████
12:35PM         9    ██████████████████████████████████████
12:35PM        10    ████
12:35PM        11         ███████████████   █████████████
12:35PM        12    ██   ██████████
12:35PM        13    ██   ████████
12:35PM        14         ███████████████  ██████████████
12:36PM        15    ██   ██████████████████
12:36PM        16    ████████████   ████████████████
12:36PM        17    ██   ██████████████████
12:36PM        18    ████████████████████████████████
12:36PM        19    ██████████
12:36PM        20    ██   █████████████████
12:36PM        21    ████████████
12:36PM        22    ██   ██████████████████████
12:36PM        23    ████████████████████████████████
12:36PM        24    ████████████████
12:36PM        25    ██   █████████████████
```

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

27

1                    E. CUE

12:36PM   2   ██████████

12:36PM   3      ██   ████████████████████████

12:36PM   4   ████████████████████████

12:37PM   5   ██████████████████████

12:37PM   6   ████████████████████████

12:37PM   7   █████████████████

12:37PM   8      ██    ██████

12:37PM   9      ██   ████████████████

12:37PM   10     ██   ████████████████

12:37PM   11  ██████████████████████████

12:37PM   12  ██████████████████████████

12:37PM   13  ████████████  ██████████████

12:37PM   14  █████████████████████████

12:37PM   15  ████████████████  ████████████

12:37PM   16  ███████████████████

12:38PM   17  ██████████████████

12:38PM   18  ███████████████

12:38PM   19  ███████████████████

12:38PM   20  ████████████████████

12:38PM   21  ████████████████

12:38PM   22     ██   ████████████████████

12:38PM   23  █████████████████████

12:38PM   24  █████████████

12:38PM   25     ██   █████████████████

UNITED STATES vs                                      Eduardo Cue
GOOGLE LLC                                            April 14, 2022

                                                        28

1               E. CUE

12:38PM   2

12:38PM   3

12:38PM   4          MS. SOMMER:  I would ask one of

12:38PM   5     my colleagues to please put tab 2C

12:39PM   6     into the chat.

12:39PM   7          (Whereupon, Cue Exhibit 3,

12:39PM   8     APLGOOGDOJ-00000375 through '0380 was

12:39PM   9     marked for identification as of this

12:39PM   10    date by the Reporter.)

12:39PM   11         MS. SOMMER:  We will mark this

12:39PM   12    as Exhibit 3.  This is the

12:39PM   13

12:39PM   14

12:39PM   15                           It starts

12:39PM   16    with Bates number ending in 0375.

12:39PM   17    Q.    Can you let me know when you've

12:39PM   18    been able to pull down and review the

12:39PM   19    document, Mr. Cue?

12:39PM   20    A.    I have pulled it down.  There are

12:39PM   21    some weird oddities in the text on different

12:40PM   22    pages on my screen here where some of the

12:40PM   23    text is cut off and other text next to it.

12:40PM   24    So it looks somewhat corrupted, but I'm not

12:40PM   25    sure.  I will try -- I will bring it up

UNITED STATES vs                                                    Eduardo Cue
GOOGLE LLC                                                          April 14, 2022

29

|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  | E. CUE                                        |
| 12:40PM  | 2  | again, but I don't know if anyone else is    |
| 12:40PM  | 3  | seeing the same thing.                        |
| 12:40PM  | 4  | MR. SUNSHINE:  For the record,                |
| 12:40PM  | 5  | I'm seeing the same thing.                    |
| 12:40PM  | 6  | MS. SOMMER:  Can we go off the                |
| 12:40PM  | 7  | record for a second while we try and          |
| 12:40PM  | 8  | fix this technicality.                        |
| 12:40PM  | 9  | THE VIDEOGRAPHER:  Going off the              |
| 12:40PM  | 10 | record.  Time is 12:40 p.m.                   |
| 12:40PM  | 11 | (Whereupon, a recess was held.)               |
| 12:50PM  | 12 | THE VIDEOGRAPHER:  We are back                |
| 12:50PM  | 13 | on the record.  The time is 12:50 p.m.        |
| 12:51PM  | 14 | BY MS. SOMMER:                                |
| 12:51PM  | 15 | Q.   Okay, Mr. Cue, for the record,          |
| 12:51PM  | 16 | what we have marked as Exhibit 3              |
| 12:51PM  | 17 |                                              |
| 12:51PM  | 18 |                                              |
| 12:51PM  | 19 | that you have a copy there.  It starts       |
| 12:51PM  | 20 | with Bates number ending in 0375, and it goes |
| 12:51PM  | 21 | through Bates number ending in 0380.         |
| 12:51PM  | 22 | Can you just confirm that that's             |
| 12:51PM  | 23 | the hard copy document you are looking at?   |
| 12:51PM  | 24 | A.   That's correct.                         |
| 12:51PM  | 25 | Q.   Okay.  If you turn to the third         |

UNITED STATES vs                                        Eduardo Cue
GOOGLE LLC                                              April 14, 2022

34

1                    E. CUE

12:58PM   2   revenue to Apple.

12:58PM   3   ███████████████████████

12:59PM   4   ███    ████████

12:59PM   5   ███    ████████████

12:59PM   6   █████████████████

12:59PM   7   ███    ████████████████████

12:59PM   8   ████████

12:59PM   9           MS. SOMMER:  I'd like to ask

12:59PM  10       that we put tab 2D into the chat.

12:59PM  11   ██████████████████████

12:59PM  12   ██████████████████████

12:59PM  13   ████████████████████    It

01:00PM  14       begins with Bates number '0381.

01:00PM  15           (Whereupon, Cue Exhibit 4,

01:00PM  16       APLGOOGDOJ-00000381 through '0384 was

01:00PM  17       marked for identification as of this

01:00PM  18       date by the Reporter.)

01:00PM  19       Q.    Can you let me know if you are

01:00PM  20   able to pull that down?

01:00PM  21       A.    I am, and this looks fine.  Or at

01:00PM  22   least it doesn't have any of the same issues.

01:00PM  23       Q.    Then we will mark this as Exhibit

01:00PM  24   4.  Mr. Cue, who at Apple was responsible for

01:00PM  25   negotiating  ████████████████████████

UNITED STATES vs                                    Eduardo Cue
GOOGLE LLC                                          April 14, 2022

35

```
          1                         E. CUE

01:00PM   2      ▮▮     ▮▮▮▮▮▮▮▮▮▮

01:00PM   3      ▮▮     ▮▮▮▮▮▮▮▮

01:00PM   4      ▮▮     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:00PM   5   ▮▮▮▮▮▮▮▮▮▮▮▮

01:00PM   6      Q.    And who would he have negotiated

01:00PM   7   with at Google?

01:00PM   8      A.    Joan Braddi -- Braddi.

01:01PM   9      ▮▮     ▮▮▮▮▮▮▮▮▮▮▮▮

01:01PM  10   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:01PM  11   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:01PM  12   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:01PM  13   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:01PM  14   ▮▮▮▮▮▮▮▮▮   ▮▮▮

01:01PM  15   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:01PM  16   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:01PM  17   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:01PM  18   ▮▮▮▮▮▮▮▮▮   ▮▮▮▮

01:02PM  19   ▮▮▮▮▮▮▮▮▮▮▮▮▮

01:02PM  20   ▮▮▮▮▮▮▮▮▮▮▮▮▮

01:02PM  21      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:02PM  22   ▮▮▮▮▮▮▮▮▮▮▮▮▮

01:02PM  23   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:02PM  24   ▮▮▮▮▮

01:02PM  25      A.    That's correct.
```

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

36



```
            1              E. CUE

01:02PM     2       Q.    Can you turn to the next page

01:02PM     3   which has, at the bottom, Bates number ending

01:02PM     4   in 0382.

01:03PM     5

01:03PM     6

01:03PM     7

01:03PM     8

01:03PM     9

01:03PM    10

01:03PM    11

01:03PM    12

01:03PM    13

01:03PM    14

01:03PM    15

01:03PM    16

01:03PM    17       MR. BENNETT:  Objection to form.

01:03PM    18

01:04PM    19       MS. SOMMER:  I'd ask that tab 2G

01:04PM    20   be loaded in the chat.

01:04PM    21       (Whereupon, Cue Exhibit 5,

01:04PM    22   APLGOOGDOJ-00000391 through '0392 was

01:04PM    23   marked for identification as of this

01:04PM    24   date by the Reporter.)

01:04PM    25       Q.
```

UNITED STATES vs                                          Eduardo Cue
GOOGLE LLC ███████                                       April 14, 2022

37

                              E. CUE

01:04PM  2   ████████████████████████████████████

01:04PM  3   ████████████████████████████████████

01:04PM  4   ████████████████        Begins with Bates number

01:04PM  5   ending in 0391.

01:04PM  6               Mr. Cue, have you been able to

01:04PM  7   pull down and look at that document?

01:04PM  8        A.    I have.

01:04PM  9        Q.    This is Exhibit 5.

01:05PM  10              You can turn to the second page,

01:05PM  11  which is the last page of the document,

01:05PM  12  ending in 0392.

01:05PM  13              Is that Phil Schiller's signature

01:05PM  14  on the document?

01:05PM  15       A.    It is.

01:05PM  16  █   ███████████████████████

01:05PM  17  ██████████████████████

01:06PM  18  █   ██   █████████████████

01:06PM  19  ████   ████████████████████████

01:06PM  20  ████████

01:06PM  21  █   ████████████████

01:06PM  22  ████████████████████████████████

01:06PM  23  █████████████████████

01:06PM  24  ████████████████████████████

01:06PM  25  ████

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

38



1                    E. CUE

01:06PM   2        A.    That's correct.

01:06PM   3        Q.    Okay.  Looking at this document,

01:06PM   4   on the first page, again, Bates number '0391,

01:06PM   5   if we look about a third of the way down,

1                           E. CUE

01:08PM    2
01:08PM    3
01:08PM    4
01:08PM    5
01:08PM    6
01:09PM    7
01:09PM    8
01:09PM    9
01:09PM   10
01:09PM   11
01:09PM   12
01:09PM   13
01:09PM   14
01:09PM   15
01:09PM   16
01:09PM   17
01:09PM   18
01:09PM   19
01:09PM   20
01:10PM   21
01:10PM   22
01:10PM   23
01:10PM   24
01:10PM   25

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

40

1                          E. CUE

01:10PM   2

01:10PM   3

01:10PM   4

01:10PM   5

01:10PM   6

01:10PM   7

01:10PM   8

01:10PM   9

01:10PM   10

01:11PM   11

01:11PM   12

01:11PM   13

01:11PM   14

01:11PM   15

01:11PM   16

01:11PM   17

01:11PM   18

01:11PM   19

01:11PM   20

01:11PM   21

01:11PM   22

01:11PM   23

01:11PM   24

01:11PM   25

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

41

1                          E. CUE

01:11PM    2

01:11PM    3

01:11PM    4

01:12PM    5

01:12PM    6

01:12PM    7

01:12PM    8

01:12PM    9

01:12PM   10

01:12PM   11

01:12PM   12

01:12PM   13

01:12PM   14

01:12PM   15

01:12PM   16

01:12PM   17

01:12PM   18

01:12PM   19

01:12PM   20

01:12PM   21

01:12PM   22

01:13PM   23

01:13PM   24

01:13PM   25

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022



42

1                        E. CUE

01:13PM   2

01:13PM   3

01:13PM   4

01:13PM   5

01:13PM   6

01:13PM   7            MR. SUNSHINE:  Objection.  This

01:13PM   8        is outside the scope of the 30(b)(6).

01:13PM   9            You can answer this, Eddy, if

01:13PM  10        you have any knowledge as Apple's

01:13PM  11        corporate representative.

01:13PM  12        A.    I don't know.

01:13PM  13        Q.    So one of the topics of the

01:13PM  14    30(b)(6) were around negotiations surrounding

01:13PM  15    the agreements and considerations that would

01:13PM  16    have gone into those negotiations.

01:13PM  17

01:14PM  18

01:14PM  19

01:14PM  20

01:14PM  21

01:14PM  22            MR. BENNETT:  Objection to form.

01:14PM  23        A.

01:14PM  24        Q.    Okay.

01:15PM  25            MS. SOMMER:  We are about an

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

43

1          E. CUE

01:15PM   2   hour in.  Would you mind if we take a

01:15PM   3   break?

01:15PM   4        MR. SUNSHINE:  That's fine with

01:15PM   5   us.  We would prefer to keep it on the

01:15PM   6   short side, would five minutes be

01:15PM   7   sufficient or do you need longer?

01:15PM   8        MS. SOMMER:  I can't hear you,

01:15PM   9   Steve.  Can we go off the record?

01:15PM  10        THE VIDEOGRAPHER:  Going off the

01:15PM  11   record.  The time is 1:15 p.m.

01:15PM  12        (Whereupon, a recess was held.)

01:28PM  13        THE VIDEOGRAPHER:  We are back

01:28PM  14   on the record.  Time is 1:28 p.m.

01:28PM  15        MS. SOMMER:  I'm going to ask

01:28PM  16   that 2N be put into the chat and that

01:28PM  17   the witness can pull it up.  This is ▮

01:28PM  18   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:28PM  19   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Bates

01:28PM  20   number at the bottom of the document

01:28PM  21   begins with -- or ends with 0401.

01:28PM  22        (Whereupon, Cue Exhibit 6,

01:28PM  23   APLGOOGDOJ-00000401 through '0404 was

01:28PM  24   marked for identification as of this

01:29PM  25   date by the Reporter.)



1                        E. CUE

01:29PM    2        Q.    Mr. Cue, are you able to review

01:29PM    3    this document?

01:29PM    4        A.    I am.

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

45

1          E. CUE

01:30PM  2

01:30PM  3

01:30PM  4

01:30PM  5

01:30PM  6

01:30PM  7

01:30PM  8

01:30PM  9

01:30PM  10

01:31PM  11

01:31PM  12

01:31PM  13

01:31PM  14

01:31PM  15

01:31PM  16

01:31PM  17

01:31PM  18

01:31PM  19

01:31PM  20

01:31PM  21

01:31PM  22

01:31PM  23

01:31PM  24

01:31PM  25

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

46

1               E. CUE

01:32PM   2   ████████████████████████████████████████

01:32PM   3   ██████████████

01:32PM   4      ██   ████████████████████████████   █

01:32PM   5   ████████████████████████████████████

01:32PM   6   ████████████    ████████████████████████

01:32PM   7   ████████████████████████████████████████

01:32PM   8   ████████████████████████████████████

01:32PM   9   ██████████████

01:32PM  10      ██   ████████████████████████████████

01:32PM  11   ██████████████████████████████   ████████

01:32PM  12   ████████

01:32PM  13      ██   ██████████████████████████████

01:32PM  14   ████████████████████████

01:32PM  15      ██   ████████████████████████████

01:32PM  16   ████████████████████████████████

01:33PM  17   ██████████

01:33PM  18      ██   ██████████████████████████   █

01:33PM  19   ████████████████████   ██████████████████

01:33PM  20   ██████████   ██████████████████████

01:33PM  21   ████████████████████████████

01:33PM  22      ██   ████████████████████████████

01:33PM  23   ████████████████████████████████████████

01:33PM  24   ████████████████████████████████████

01:33PM  25   ██████████████████████

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

47



1          E. CUE

01:33PM  2

01:33PM  3

01:33PM  4

01:33PM  5

01:33PM  6

01:34PM  7

01:34PM  8

01:34PM  9

01:34PM  10

01:34PM  11          MR. SUNSHINE:  Objection.  This

01:34PM  12      is outside the scope of Topic 1 of the

01:34PM  13      Exhibit 6.

01:34PM  14

01:34PM  15

01:34PM  16

01:34PM  17

01:34PM  18

01:34PM  19

01:34PM  20

01:34PM  21

01:35PM  22

01:35PM  23          Q.    When you say innovation and

01:35PM  24      invention you created, what do you mean

01:35PM  25      specifically by that?

UNITED STATES vs                                                Eduardo Cue
GOOGLE LLC                                                      April 14, 2022

48

1                        E. CUE

01:35PM  2        A.    The ability of searching inside of

01:35PM  3   a URL field.  Before we did it, the only way

01:35PM  4   to do it was to go in and type in, you know,

01:35PM  5   HTTP://www.google.com and then type in the

01:35PM  6   search field.  We eliminated that whole

01:35PM  7   middle step of doing that and made it really

01:35PM  8   easy for customers and, obviously, since that

01:35PM  9   day, over time, everybody has copied that.

01:35PM 10   So it was clearly a great idea; great

01:35PM 11   innovation.

01:35PM 12

01:35PM 13

01:36PM 14

01:36PM 15

01:36PM 16

01:36PM 17

01:36PM 18

01:36PM 19

01:36PM 20

01:36PM 21

01:36PM 22

01:36PM 23

01:36PM 24

01:36PM 25

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

49

1

E. CUE

01:36PM  2  ████████████████████████████████

01:36PM  3  ████████

01:36PM  4   ██   ██████████████████████

01:36PM  5  ████████████████████████████████

01:36PM  6  ██████████████████████████████████

01:37PM  7  ████████████████

01:37PM  8   ██   ███████████

01:37PM  9   ██   ███████████████████████

01:37PM  10  ████████

01:37PM  11   ██   ███████████

01:37PM  12   ██   ████████████████████

01:37PM  13  ████████████████████  ████████

01:37PM  14  ██████████████████████

01:37PM  15  █████████████████████████

01:37PM  16  ██████████████████████

01:37PM  17  ████████████████████████

01:37PM  18  █████████████████

01:37PM  19   ██   ████

01:37PM  20   ██   ████████████████████████

01:38PM  21  ████████████████████████████

01:38PM  22  █████████████████  ████████

01:38PM  23  ████████████████████████████

01:38PM  24  ██████████████████

01:38PM  25  ████████

50



1                        E. CUE

01:38PM  2

01:38PM  3

01:38PM  4

01:38PM  5

01:38PM  6

01:38PM  7

01:38PM  8

01:38PM  9        Q.    So does Apple currently use Google

01:38PM 10   as the default search engine in China?

01:38PM 11        A.    They do not.

01:39PM 12        Q.    Who do they use?

01:39PM 13        A.    Baidu.

01:39PM 14        Q.    How long has Apple used Baidu as

01:39PM 15   the default search engine in China?

01:39PM 16        A.    I don't recall the exact time, but

01:39PM 17   it was a long time ago.

01:39PM 18        Q.    Does Apple use Google as the

01:39PM 19   default search engine in Russia?

01:39PM 20        A.    We do not.

01:39PM 21        Q.    Why?

01:39PM 22

01:39PM 23

01:39PM 24

01:39PM 25        Q.    Who is that provider?

UNITED STATES vs                                                    Eduardo Cue
GOOGLE LLC                                                          April 14, 2022



51

```
             1              E. CUE

01:39PM      2      A.     Yandex.

01:39PM      3

01:39PM      4

01:39PM      5

01:39PM      6

01:40PM      7

01:40PM      8

01:40PM      9

01:40PM     10

01:40PM     11

01:40PM     12

01:40PM     13

01:40PM     14

01:40PM     15

01:40PM     16

01:40PM     17

01:40PM     18

01:40PM     19      Q.     Can you provide --

01:40PM     20             MR. SUNSHINE:  I'll just note

01:40PM     21      that for the record here, this is

01:40PM     22      outside the 30(b)(6) topics.  We have

01:40PM     23      let Eddy answer them, but this is not

01:40PM     24      his corporate representative.

01:41PM     25             MS. SOMMER:
```

UNITED STATES vs                                          Eduardo Cue
GOOGLE LLC                                                April 14, 2022

52

1                        E. CUE



01:41PM  19        Q.    In Russia, is Yandex an

01:41PM  20   out-of-the-box default on Apple products?

01:42PM  21        A.    That's correct.

01:42PM  22        Q.    Does Apple use Google as the

01:42PM  23   default search engine in South Korea?

01:42PM  24        A.    I don't recall what we were doing

01:42PM  25   in South Korea right now, so I don't know the

UNITED STATES vs                                      Eduardo Cue
GOOGLE LLC                         ▮▮▮▮▮▮▮▮           April 14, 2022

53

1                        E. CUE

01:42PM  2   answer to your question.

01:42PM  3        Q.    Who would know at Apple?

01:42PM  4        A.    It would be easy for me to know by

01:42PM  5   looking it up.  It's not a secret.  So

01:42PM  6   anybody can know.

01:42PM  7        Q.    But you are telling me right now

01:42PM  8   that, in your capacity testifying for Apple,

01:42PM  9   you don't know?

01:43PM  10           MR. SUNSHINE:  Objection.

01:43PM  11       That's not a 30(b)(6) topic.  You've

01:43PM  12       asked him the question.  He said he

01:43PM  13       doesn't know.

01:43PM  14   ▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:43PM  15   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:43PM  16   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:43PM  17   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:43PM  18   ▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:43PM  19   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:43PM  20   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:43PM  21   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:43PM  22   ▮▮▮▮

01:43PM  23   ▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:43PM  24   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:43PM  25   ▮▮▮▮

UNITED STATES vs                                         Eduardo Cue
GOOGLE LLC        ▮▮▮▮▮▮▮▮                               April 14, 2022

```
 1                    E. CUE

01:44PM  2   ▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮

01:44PM  3   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:44PM  4   ▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:44PM  5   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:44PM  6   ▮▮▮▮▮▮

01:44PM  7           MR. BENNETT:  Objection to form.

01:44PM  8   ▮▮   ▮▮▮▮▮▮▮▮▮▮

01:44PM  9      Q.    And Apple currently uses different

01:44PM 10   search engines as the default in China, South

01:44PM 11   Korea, and Russia?

01:44PM 12           MR. BENNETT:  Object to the

01:44PM 13      form.

01:44PM 14      A.    Again, I know we do in China and

01:44PM 15   Russia.  I don't recall the South Korea.

01:44PM 16   ▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮

01:44PM 17   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:44PM 18           MR. SUNSHINE:  Objection.

01:44PM 19      Outside the scope of the 30(b)(6).

01:44PM 20           You can answer if you know.

01:44PM 21   ▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮

01:44PM 22   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:45PM 23   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:45PM 24   ▮▮▮▮▮▮

01:45PM 25      Q.    Why would Apple not apply --
```

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

55

1                        E. CUE

01:45PM   2    scratch that.  Let me start again.

01:45PM   3

01:45PM   4

01:45PM   5

01:45PM   6

01:45PM   7

01:45PM   8

01:45PM   9

01:45PM   10

01:45PM   11

01:45PM   12

01:46PM   13

01:46PM   14

01:46PM   15

01:46PM   16

01:46PM   17

01:46PM   18

01:46PM   19

01:46PM   20

01:46PM   21

01:46PM   22

01:46PM   23

01:46PM   24

01:46PM   25

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

56

1                            E. CUE

01:46PM   2   ████████████████████████████████████████

01:46PM   3   ████████████████████████████████████████

01:46PM   4   ████████████████████████████████████

01:47PM   5   █████████████████████   ████████████████

01:47PM   6   ███████████████████████████

01:47PM   7   ███████████████████████████████

01:47PM   8      ██   ███████████████████████████████

01:47PM   9   ██████████████████████████████████████

01:47PM  10   █████████████████████████████████

01:47PM  11      ██   ████████████████████████████████

01:47PM  12   ████   █████████████████████████████████

01:47PM  13   ██████████████████████████████   ██

01:47PM  14   ██████████████████████████████   ██

01:47PM  15   ████████████████████████████████

01:47PM  16   ██████████████████████████████████████

01:47PM  17   ██

01:47PM  18      ██   ███████████████████████████████

01:48PM  19   █████████████████████████████████████

01:48PM  20   ████████████

01:48PM  21      ██   ████████████████████████████████

01:48PM  22   ██████████████████████████████████

01:48PM  23   █████████████████████████████████

01:48PM  24   ██████████████████████████████████████

01:48PM  25   ██████████████████████████████████

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

57

1                    E. CUE

01:48PM    2

01:48PM    3

01:48PM    4

01:48PM    5

01:48PM    6

01:48PM    7

01:49PM    8

01:49PM    9          MR. BENNETT:   Object to the

01:49PM   10      form.

01:49PM   11

01:49PM   12

01:49PM   13

01:49PM   14

01:49PM   15

01:49PM   16

01:49PM   17

01:49PM   18

01:49PM   19

01:49PM   20

01:50PM   21

01:50PM   22

01:50PM   23

01:50PM   24

01:50PM   25

                          1                              E. CUE

01:50PM   2   

01:50PM   3

01:50PM   4        Q.    Can you give an example of a

01:50PM   5   third-party that does this?

01:50PM   6        A.    I don't recall the specific names,

01:50PM   7   but there are several out there that do that.

01:50PM   8

01:50PM   9

01:50PM  10

01:50PM  11             MR. SUNSHINE:   Outside the scope

01:50PM  12        of the 30(b)(6).

01:50PM  13             You can answer it if you know.

01:50PM  14

01:50PM  15

01:51PM  16

01:51PM  17

01:51PM  18

01:51PM  19

01:51PM  20

01:51PM  21

01:51PM  22

01:51PM  23

01:51PM  24

01:51PM  25

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

66

1                          E. CUE

02:04PM   2

02:04PM   3

02:04PM   4

02:04PM   5

02:04PM   6

02:04PM   7

02:04PM   8

02:05PM   9

02:05PM   10

02:05PM   11

02:05PM   12

02:05PM   13

02:05PM   14

02:05PM   15

02:05PM   16          MR. BENNETT:  Object to the

02:05PM   17     form.

02:05PM   18

02:05PM   19

02:05PM   20

02:05PM   21

02:05PM   22

02:06PM   23

02:06PM   24

02:06PM   25

67

1            E. CUE

02:06PM   2   ▇▇  ▇▇▇  ▇▇▇▇▇▇▇

02:06PM   3   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

02:06PM   4   ▇▇▇▇▇▇▇▇

02:06PM   5        MR. SUNSHINE:  Objection.  Asked

02:06PM   6   and answered.

02:06PM   7   ▇  ▇▇▇▇▇▇▇▇▇▇▇

02:06PM   8   ▇▇▇▇▇▇▇▇  ▇▇▇▇▇

02:06PM   9   ▇▇▇▇▇  ▇▇▇▇▇▇

02:06PM  10   ▇▇▇▇▇▇▇▇▇▇▇

02:06PM  11   ▇▇▇

02:07PM  12   ▇  ▇▇▇▇▇▇▇▇▇▇▇

02:07PM  13   ▇▇▇▇▇▇▇▇▇

02:07PM  14   ▇▇▇▇▇▇▇▇▇▇▇

02:07PM  15   ▇▇▇▇▇▇▇

02:07PM  16        MR. BENNETT:  Object to the

02:07PM  17   form.

02:07PM  18   ▇  ▇▇▇▇▇▇▇

02:07PM  19   ▇▇▇▇▇▇▇▇▇▇  ▇

02:07PM  20   ▇▇▇▇▇▇▇▇▇▇▇

02:07PM  21   ▇▇▇▇▇  ▇▇▇▇▇

02:07PM  22   ▇▇▇▇▇▇▇▇▇▇▇

02:07PM  23   ▇▇▇  ▇▇▇▇▇▇▇

02:07PM  24   ▇▇▇▇▇▇▇▇▇▇

02:07PM  25   ▇▇▇

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

68

1                         E. CUE

02:07PM   2   ████   ██████████   ████████████████

02:07PM   3   ████████████████████████████████

02:08PM   4   ██████████████████████████████

02:08PM   5   ████████████████████████████████

02:08PM   6   ████████████████████████████████

02:08PM   7   ██████████████████████████████

02:08PM   8   ████████████████████████████████

02:08PM   9   ████████

02:08PM   10        MR. BENNETT:  Object to the

02:08PM   11   form.

02:08PM   12   ██   █████████████████████

02:08PM   13   ████████████   ████████████████

02:08PM   14   ██████████   ████████████████████

02:08PM   15   ████████████████████████████████

02:08PM   16   ███   ████████████████████████

02:08PM   17   ████████████████

02:08PM   18   ██   ██████████████

02:09PM   19   ██████████████████████████████

02:09PM   20   ████████████████████████████████

02:09PM   21   ████████████████████████████

02:09PM   22   ██████████████████████████████

02:09PM   23   ██████████████████

02:09PM   24        MR. BENNETT:  Object to the form

02:09PM   25   of the question.

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

69

1                         E. CUE

02:09PM   2

02:09PM   3

02:09PM   4

02:09PM   5

02:09PM   6

02:09PM   7              MR. BENNETT:  Objection.

02:09PM   8

02:09PM   9

02:10PM   10

02:10PM   11

02:10PM   12

02:10PM   13

02:10PM   14

02:10PM   15

02:10PM   16

02:10PM   17

02:10PM   18

02:10PM   19

02:10PM   20

02:10PM   21

02:10PM   22

02:10PM   23

02:11PM   24

02:11PM   25

```
02:11PM   1                    E. CUE

02:11PM   2    ████████████████████████████████████

02:11PM   3    ███████

02:11PM   4            MR. BENNETT:  Object to the

02:11PM   5        form.

02:11PM   6            MR. SUNSHINE:  Yeah, continuing

02:11PM   7        objection here.  We're far outside

02:11PM   8    ████████████████████████████████████

02:11PM   9        and now speculating about alternative

02:11PM  10        worlds.

02:11PM  11            I'm going let Eddy answer that

02:11PM  12        question, if he knows from his

02:11PM  13        personal knowledge for a bit, but we

02:11PM  14        are really way off topic here.  If you

02:11PM  15        need the question read back?

02:11PM  16            THE WITNESS:  Yes, sorry.

02:11PM  17        Q.    Is it possible that a better

02:11PM  18    general search engine could emerge in the

02:11PM  19    United States?

02:11PM  20            MR. BENNETT:  Object to the

02:12PM  21        form.

02:12PM  22        A.    Sure, why not.

02:12PM  23    ███      ██████████████████████████████

02:12PM  24    ██████████████████████████████████████

02:12PM  25    ████████████████
```

87

1                         E. CUE

02:52PM  2    engine that Siri relies on; is that correct?

02:52PM  3          A.    Yes, we have a search, and I will

02:52PM  4    correct something that you said which is, as

02:52PM  5    I mentioned yesterday, web search is a

02:52PM  6    fallback, really, to Siri on its primary

02:52PM  7    interface.  Most people don't get to that,

02:53PM  8    but if you can't -- the question you asked or

02:53PM  9    the comment you made, then we can fall back

02:53PM  10   to a web search and, yes, we have a single

02:53PM  11   web search that we use for that fallback.

02:53PM  12         Q.    So it would be fair to say that

02:53PM  13   web search is simply one component among many

02:53PM  14   of Siri?

02:53PM  15               MR. BENNETT:  Object to the

02:53PM  16         form.

02:53PM  17         Q.    Various capabilities.

02:53PM  18         A.    I would call it a secondary

02:53PM  19   function.  As I said, it's a fallback.  It's

02:53PM  20   not its primary function.

02:54PM  21         Q.    So when Apple decides which search

02:54PM  22   engine would support Siri in the case of

02:54PM  23   requiring a secondary function or web search

02:54PM  24   -- actually, strike that.  That's a messy

02:54PM  25   question.

UNITED STATES vs                                              Eduardo Cue
GOOGLE LLC                                                    April 14, 2022

88

1                        E. CUE

02:54PM    2              I'm going to move on and come

02:54PM    3    back, if I can figure out a way to ask the

02:55PM    4    question that will be helpful.

02:55PM    5              What is Apple's process for

02:55PM    6    determining which Internet search engine to

02:55PM    7    include as the default for Safari?

02:55PM    8              MR. BENNETT:  Objection to form.

02:55PM    9    ████ ████████████████████████████

02:55PM   10    ████████████████████  ████████████

02:55PM   11    ██████████████████████████████

02:55PM   12    ████████████████  ██████████████████

02:55PM   13         Q.   Has Apple used the same process

02:56PM   14    for determining which Internet search engine

02:56PM   15    to include as the default in Spotlight?

02:56PM   16              MR. BENNETT:  Objection to form.

02:56PM   17    ███ ██████████

02:56PM   18    ███ ████████████████████

02:56PM   19    ████████████████████████████████

02:56PM   20    ██████████████

02:56PM   21    ███ ████████████████████

02:56PM   22    ██████████████████  ████████████

02:56PM   23    ██████████  ██████████████████

02:56PM   24    ████████████████████████████

02:56PM   25    ██████  ████████████████████████

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

89

1              E. CUE

02:56PM  2

02:56PM  3

02:57PM  4

02:57PM  5

02:57PM  6

02:57PM  7          MR. BENNETT:  Object to the

02:57PM  8      form.

02:57PM  9

02:57PM  10

02:57PM  11

02:57PM  12

02:57PM  13

02:57PM  14

02:57PM  15

02:57PM  16

02:57PM  17

02:57PM  18          MR. BENNETT:  Object to the

02:58PM  19      form.

02:58PM  20

02:58PM  21

02:58PM  22

02:58PM  23

02:58PM  24          MR. BENNETT:  Object to the

02:58PM  25      form.

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

90

1                          E. CUE

02:58PM   2      █████      ████████████████

02:58PM   3      █████      █████████

02:58PM   4      █████      ████████████████████   ███████

02:58PM   5   ████████████████████████████████

02:58PM   6      █████      ██████████████████████████

02:58PM   7   █████████████████████████████████████

02:58PM   8   █████████

02:58PM   9           MR. BENNETT:   Object to the

02:59PM  10      form.

02:59PM  11      █████      ██████████████

02:59PM  12      █████      █████████

02:59PM  13           MR. BENNETT:   Object to the

02:59PM  14      form.

02:59PM  15           MS. SOMMER:   I can't tell if

02:59PM  16      Mr. Cue is frozen or he didn't hear my

02:59PM  17      question.

02:59PM  18      █████      ████████████████████████

02:59PM  19   ████████████████████████████████████

02:59PM  20   █████████

03:00PM  21           Q.    Does Apple install -- sorry, does

03:00PM  22      Apple preinstall third-party applications on

03:00PM  23      Apple devices?

03:00PM  24           A.    We do not.

03:00PM  25           Q.    Why not?

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

91

| | |
|---|---|
| | 1 |
| 03:00PM | 2 |
| 03:00PM | 3 |
| 03:01PM | 4 |
| 03:01PM | 5 |
| 03:01PM | 6 |
| 03:01PM | 7 |
| 03:01PM | 8 |
| 03:01PM | 9 |
| 03:01PM | 10 |
| 03:01PM | 11 |
| 03:01PM | 12 |
| 03:01PM | 13 |
| 03:01PM | 14 |
| 03:01PM | 15 |
| 03:01PM | 16 |
| 03:01PM | 17 |
| 03:01PM | 18 |
| 03:01PM | 19 |
| 03:01PM | 20 |
| 03:01PM | 21 |
| 03:02PM | 22 |
| 03:02PM | 23 |
| 03:02PM | 24 |
| 03:02PM | 25 |

E. CUE

A.    Goes back to the Mac days.  We tried it on the Mac and found it to be a difficult process of negotiating the deal. We didn't really know what the actual software did because we didn't have the code and so when the iOS came out and the iPhone came out, first of all, there were no third-party applications, so that made it easy.  Since there are no third-party applications, there was nothing to preload. And then a year later, when we launched the App Store, our view was it's a great way to -- for third parties to distribute, and we wanted to make sure that the device that you get from us was really -- all the applications that were there were written by us.  We had all the code, we knew how everything worked.  So if you wanted a third-party application, it was very easy to get from the App Store.

Q.    Apple has not installed -- strike that.  Let me rephrase this.

You mentioned the iPhone, and since 2007, Apple has never preinstalled or

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

92

|         |    |                                                        |
|---------|----|--------------------------------------------------------|
|         | 1  | E. CUE                                                 |
| 03:02PM | 2  | preloaded any third-party applications on an           |
| 03:02PM | 3  | iPhone, correct?                                       |
| 03:02PM | 4  | A.    That's correct.                                  |
| 03:02PM | 5  | Q.    Okay.  And Apple's basis for this                |
| 03:02PM | 6  | is because if consumers want a third-party             |
| 03:02PM | 7  | application on their phones, they can go               |
| 03:02PM | 8  | through the Apple App Store to get them,               |
| 03:02PM | 9  | correct?                                               |
| 03:02PM | 10 | MR. BENNETT:  Objection.                               |
| 03:03PM | 11 | A.    I think we have an easy solution                 |
| 03:03PM | 12 | for it, that's correct, and, in addition, we           |
| 03:03PM | 13 | didn't think it added any value for us to              |
| 03:03PM | 14 | preload them.  Easy for the customer to get.           |
| 03:03PM | 15 | Q.    What type of value would Apple                   |
| 03:03PM | 16 | require if it decided that it was going to             |
| 03:03PM | 17 | load -- preload third-party applications on            |
| 03:03PM | 18 | iPhones?                                               |
| 03:03PM | 19 | MR. BENNETT:  Object to the                            |
| 03:03PM | 20 | form.                                                  |
| 03:03PM | 21 | A.    There is none.  We would never do                |
| 03:03PM | 22 | it.                                                    |
| 03:03PM | 23 | Q.    Okay.  Other than iPhones, are                   |
| 03:04PM | 24 | there any other Apple products where                   |
| 03:04PM | 25 | third-party applications are preloaded?                |

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

93

```
              1              E. CUE
03:04PM       2         MR. BENNETT:  Objection to the
03:04PM       3    form.
03:04PM       4    A.    Today?
03:04PM       5    Q.    Yes.
03:04PM       6    A.    No, there are not.
03:04PM       7    Q.    Are there any Apple devices other
03:04PM       8    than iPhones that Apple would consider
03:04PM       9    preloading third-party applications on?
03:04PM      10    A.    I don't believe so.
03:05PM      11    Q.    Mr. Cue, under the Schedule A for
03:05PM      12    the Deposition Notice that applies for today,
03:05PM      13    there is also Topic 5, which is licensing.  I
03:05PM      14    would like to ask you a couple of questions
03:05PM      15    about that now.
03:05PM      16    A.    Okay.
03:05PM      17    Q.    Does Apple -- does Apple license
03:05PM      18    any of its operating systems to any other
03:05PM      19    party?
03:06PM      20    A.    We do not.
03:06PM      21    Q.    Who at Apple decided that the
03:06PM      22    company would not license its operating
03:06PM      23    systems?
03:06PM      24    A.    I think it goes back to Steve Jobs
03:06PM      25    as the CEO, and I would say that, for that to
```

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

118

| | 1 | E. CUE |
|---|---|---|
| 04:40PM | 2 | MS. ARTHUR:  The States are not |
| 04:40PM | 3 | going to be asking questions of you |
| 04:40PM | 4 | today, Mr. Cue.  So thank you very |
| 04:40PM | 5 | much again for your time. |
| 04:40PM | 6 | THE WITNESS:  Thank you, |
| 04:40PM | 7 | Ms. Arthur. |
| 04:40PM | 8 | MR. BENNETT:  Are the plaintiffs |
| 04:40PM | 9 | concluded with their testimony -- |
| 04:40PM | 10 | sorry, with the questioning? |
| 04:40PM | 11 | THE COURT REPORTER:  I didn't |
| 04:40PM | 12 | hear you. |
| 04:40PM | 13 | MR. BENNETT:  I wanted to make |
| 04:40PM | 14 | sure that the plaintiffs were done |
| 04:40PM | 15 | with their questioning in chief, and |
| 04:40PM | 16 | it sounds like they are. |
| 04:40PM | 17 | MS. ARTHUR:  Yes. |
| 04:40PM | 18 | EXAMINATION BY |
| 04:41PM | 19 | MR. BENNETT: |
| 04:41PM | 20 | Q.   Mr. Cue, I'm going to have a few |
| 04:41PM | 21 | questions for you.  Thank you for your time |
| 04:41PM | 22 | today.  I appreciate it, and your time |
| 04:41PM | 23 | yesterday as well.  I'll try to be brisk and |
| 04:41PM | 24 | somewhat direct here. |
| 04:41PM | 25 | Going back to basic principles, |

119

|       |    | E. CUE |
|-------|----|--------|
| 04:41PM | 2 | does Apple consider the ability to search the |
| 04:41PM | 3 | Internet to be an important function for its |
| 04:41PM | 4 | mobile devices? |
| 04:41PM | 5 | MS. SOMMER:  Objection; leading. |
| 04:41PM | 6 | A.    Yes, we do. |
| 04:41PM | 7 | Q.    And does it consider Internet |
| 04:41PM | 8 | search to be an important function for |
| 04:41PM | 9 | desktop computers that it sells? |
| 04:41PM | 10 | A.    Yes, we do. |
| 04:41PM | 11 | Q.    ▉▉▉▉▉  has Apple set a search |
| 04:41PM | 12 | engine as a default in the Safari browser? |
| 04:41PM | 13 | A.    Yes, we have. |
| 04:41PM | 14 | Q.    Why has Apple elected to set a |
| 04:42PM | 15 | default search engine in Safari? |
| 04:42PM | 16 | A.    Well, as I stated earlier, when we |
| 04:42PM | 17 | designed and came up the idea of allowing you |
| 04:42PM | 18 | to search in the URL tab, our concept was we |
| 04:42PM | 19 | didn't want people to have to think about it. |
| 04:42PM | 20 | We just wanted them to get the results they |
| 04:42PM | 21 | were looking for.  So the best way to do that |
| 04:42PM | 22 | was to pick the best search engine that was |
| 04:42PM | 23 | out there so that they would get the results. |
| 04:42PM | 24 | At a later time, after 2000 or around 2005, |
| 04:42PM | 25 | whenever it was exactly, we allowed customers |

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

120

1                          E. CUE

04:42PM   2   to change the default that they chose to, and

04:42PM   3   we made it relatively easy for a customer to

04:42PM   4   do that.  But the idea is, let's just make it

04:42PM   5   so that out of the box, without any changes,

04:43PM   6   without any customer having to do anything,

04:43PM   7   that they would get the best results

04:43PM   8   possible.

04:43PM   9        Q.    You anticipated my next question

04:43PM  10   which was whether it is important to Apple

04:43PM  11   that when the user buys one of its products,

04:43PM  12   the product works right out of the box?

04:43PM  13        A.    Yeah.  I think one of the reasons

04:43PM  14   Apple has been very successful, makes things

04:43PM  15   just work and easy to use so customers don't

04:43PM  16   have to understand what's happening behind

04:43PM  17   the scenes or have to go through a lot of

04:43PM  18   configurations or changes.  Just have it work

04:43PM  19   and have it work really well.

04:43PM  20        Q.    You've testified over the last

04:43PM  21   couple of days that, from time to time, Apple

04:43PM  22   reconsiders its choice of default search

04:44PM  23   engine in Safari.  And I wanted to ask you,

04:44PM  24   what factors are the most important factors

04:44PM  25   to Apple in making the determination of which

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

121

1               E. CUE

04:44PM  2  search engine will be the default in Safari?

04:44PM  3

04:44PM  4

04:44PM  5

04:44PM  6

04:44PM  7

04:44PM  8

04:44PM  9

04:44PM  10

04:44PM  11     Q.   Since ████ Apple has repeatedly

04:44PM  12  selected Google to be the default search

04:44PM  13  engine on Apple devices. Why has it chosen

04:44PM  14  Google time and time again since ████

04:45PM  15

04:45PM  16

04:45PM  17

04:45PM  18

04:45PM  19

04:45PM  20     Q.   I do --

04:45PM  21

04:45PM  22

04:45PM  23

04:45PM  24

04:45PM  25     Q.   You drew a fair distinction which



UNITED STATES vs                                                    Eduardo Cue
GOOGLE LLC                                                          April 14, 2022

122

1                              E. CUE

04:45PM   2   -- I should have asked a more precise

04:45PM   3   question.  I understand that in -- at least

04:45PM   4   in China and in Russia, Apple has chosen

04:45PM   5   other search engines to be the default on

04:45PM   6   Safari.  So why did Apple choose Yandex in

04:45PM   7   Russia and Baidu in China to be the default

04:45PM   8   instead of Google?

04:45PM   9              MS. SOMMER:  Object to form.

04:46PM  10   ██   ████████████████████████████████████

04:46PM  11   ██████████████████████████████████

04:46PM  12   ████████   ████████████████████████████

04:46PM  13   ██████████████████████████████████████

04:46PM  14   █████████████████████████████

04:46PM  15         Q.   Over the years, since 2005, what

04:46PM  16   other search engines has Apple elected to

04:46PM  17   partner with to provide as options to become

04:46PM  18   the default on Safari if a user selects them?

04:46PM  19              MS. SOMMER:  Object to form.

04:46PM  20         A.   Again, I'll answer in the United

04:46PM  21   States.  Bing, Yahoo!, DuckDuckGo, and I'm

04:47PM  22   forgetting.  You can remind me the eco --

04:47PM  23         Q.   Ecosia?

04:47PM  24         A.   Yes, thank you.

04:47PM  25         Q.   █████████████████████████████████████

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

123

1                              E. CUE

04:47PM   2

04:47PM   3

04:47PM   4

04:47PM   5

04:47PM   6

04:47PM   7

04:47PM   8        Q.     If Apple --

04:47PM   9

04:47PM   10

04:47PM   11

04:47PM   12

04:47PM   13        Q.     Good point.  I'm sorry, I keep

04:48PM   14    stepping on you.  I apologize for that.

04:48PM   15

04:48PM   16

04:48PM   17

04:48PM   18

04:48PM   19

04:48PM   20

04:48PM   21

04:48PM   22

04:48PM   23

04:48PM   24

04:48PM   25

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

124

1                           E. CUE

04:48PM  2

04:48PM  3

04:48PM  4              MS. SOMMER:  Object to form.

04:48PM  5

04:48PM  6        Q.    I have counsel's objection, I do

04:48PM  7   want to ask a clean question.

04:48PM  8

04:48PM  9

04:48PM  10

04:48PM  11

04:48PM  12

04:48PM  13

04:49PM  14

04:49PM  15

04:49PM  16

04:49PM  17

04:49PM  18

04:49PM  19

04:49PM  20

04:49PM  21

04:49PM  22

04:49PM  23

04:49PM  24

04:49PM  25        Q.    So the other search engines that

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

125

E. CUE

04:49PM  2  are listed in the pull-down menu or default

04:49PM  3  search engines in Safari, the ones you just

04:49PM  4  talked about, Yahoo!, DuckDuckGo, Ecosia, and

04:49PM  5  Bing,

04:49PM  6

04:50PM  7

04:50PM  8     Q.    Can you describe for me just at a

04:50PM  9  very high level what the terms are of Apple's

04:50PM  10  agreement with Bing

04:50PM  11     A.    We agreed to put them in the list

04:50PM  12  of search engines that a customer can choose

04:50PM  13  from and then,

04:50PM  14

04:50PM  15

04:50PM  16

04:50PM  17

04:50PM  18

04:50PM  19

04:50PM  20

04:50PM  21

04:50PM  22

04:51PM  23

04:51PM  24

04:51PM  25

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

126

1               E. CUE

04:51PM   2

04:51PM   3

04:51PM   4

04:51PM   5

04:51PM   6

04:51PM   7

04:51PM   8

04:51PM   9

04:51PM  10

04:51PM  11

04:51PM  12

04:51PM  13

04:51PM  14

04:51PM  15

04:52PM  16

04:52PM  17

04:52PM  18

04:52PM  19

04:52PM  20

04:52PM  21

04:52PM  22

04:52PM  23

04:52PM  24

04:52PM  25

UNITED STATES vs                                          Eduardo Cue
GOOGLE LLC                                                April 14, 2022

127

```
           1              E. CUE

04:52PM    2              MS. SOMMER:  Objection; form.

04:52PM    3       ██    ████████████████████████████████

04:52PM    4       Q.    Were the agreements that Apple

04:53PM    5   entered with Microsoft and Yahoo! and

04:53PM    6   DuckDuckGo and Ecosia, were those negotiated

04:53PM    7   at arm's length between Apple and its search

04:53PM    8   engine partners?

04:53PM    9              MS. SOMMER:  Objection; leading.

04:53PM   10       A.    Yes, they were.

04:53PM   11       Q.    Was Google's contract with Apple

04:53PM   12   for Internet search negotiated at arm's

04:53PM   13   length?

04:53PM   14       A.    Yes, it was.

04:53PM   15       Q.    Now, you've discussed a number of

04:53PM   16   iterations of the Google agreements with

04:53PM   17   Apple regarding revenue share.  In each of

04:53PM   18   those negotiations, has Apple tried --

04:53PM   19   actually, strike that.

04:53PM   20              Let's -- starting in ████ each of

04:54PM   21   the negotiations over search engine revenue

04:54PM   22   share between Apple and Google, ████████

04:54PM   23   ██████████████████████████████████████████

04:54PM   24   ████████████████████████████

04:54PM   25       ██    ████████████████████████
```

1                    E. CUE

04:54PM   2

04:54PM   3

04:54PM   4

04:54PM   5

04:54PM   6

04:54PM   7

04:54PM   8

04:54PM   9

04:54PM   10

04:54PM   11

04:54PM   12

04:54PM   13

04:54PM   14

04:54PM   15

04:55PM   16

04:55PM   17

04:55PM   18

04:55PM   19

04:55PM   20      A.    Sorry, I didn't hear the

04:55PM   21   beginning.

04:55PM   22

04:55PM   23

04:55PM   24

04:55PM   25

UNITED STATES vs                                    Eduardo Cue
GOOGLE LLC                                          April 14, 2022

███████████████

129

1                    E. CUE

04:55PM   2   ████████████████████████████████████

04:55PM   3   ██████████████████████████

04:55PM   4       ████    ██████████

04:55PM   5   Q.    And where did the parties end up?

04:55PM   6        MS. SOMMER:  Counsel, I'd like

04:55PM   7   to lodge an objection.  Earlier, we

04:55PM   8   had discussions on the record about

04:55PM   9   scope, and I just want to make sure we

04:55PM  10   are staying within the 30(b)(6) scope

04:55PM  11   and within the topics.  So can we

04:55PM  12   confirm that you are not asking

04:55PM  13   questions that are 30(b)(1) based but

04:55PM  14   30(b)(6) based?

04:55PM  15   A.    Yes, these are 30(b)(6) questions

04:56PM  16   about the negotiations between Google and

04:56PM  17   Apple.

04:56PM  18        MS. SOMMER:  Okay.  And you feel

04:56PM  19   that these were not covered yesterday

04:56PM  20   during Mr. Cue's 30(b)(1) testimony?

04:56PM  21        MR. BENNETT:  I don't have the

04:56PM  22   transcript in front of me.  I don't

04:56PM  23   think I asked these questions

04:56PM  24   yesterday.

04:56PM  25   Q.    Mr. Cue, during the negotiations

139

```
      1                    E. CUE

05:12PM  2  you?

05:12PM  3       A.   Almost there.

05:12PM  4       Q.   Okay, great.

05:12PM  5            ███████:  Could you give me

05:12PM  6  just a second.  For some reason, it's

05:12PM  7  stuck downloading.

05:12PM  8       MR. BENNETT:  Sure.

05:12PM  9       MS. SOMMER:  I got it.  Thanks.

05:12PM 10       A.   I have it as well.

05:12PM 11       Q.   Do you recognize Exhibit 8 ████

05:12PM 12  ██████████████████████████████████

05:13PM 13  ████    ██████

05:13PM 14  ████    ████████████████

05:13PM 15  ██████████████████████████████████

05:13PM 16  █████████████    ██████████████████

05:13PM 17  ████████████████████████████████

05:13PM 18  ██████████████████

05:13PM 19  ████    ██████████████████████████

05:13PM 20  ███████████

05:13PM 21  ████    ██████████████████████████

05:13PM 22  ██████████████████████████████

05:13PM 23  ██████████████████████████████████

05:13PM 24  ███████████████████

05:13PM 25            What are you referring to there?
```

UNITED STATES vs
GOOGLE LLC

████████████

Eduardo Cue
April 14, 2022

140

1                    E. CUE

05:13PM   2      ██      ████████████████████████████

05:13PM   3      ████████████████████████████████████

05:13PM   4      ██      ██████████████████████████████████

05:14PM   5      ██████████████████████

05:14PM   6      ██      ████████████████

05:14PM   7      ██      ████████████████████████

05:14PM   8      ████████████████████████████████

05:14PM   9      ██████████████████████████████

05:14PM  10      ██████████████████████████████

05:14PM  11      ██████████████████████████

05:14PM  12           What were you recounting there for

05:14PM  13      Mr. Cook?

05:14PM  14           A.      ██████████████████████████

05:14PM  15      ████████████████    █████████████████████

05:14PM  16      ████████████████████████████████

05:14PM  17      █████████████████████████████████

05:14PM  18      ██████████████████████████

05:14PM  19      ██████████████████████████████████

05:14PM  20      ██      █████████████████████

05:14PM  21      ████████████████████████████████

05:14PM  22      ██████████████████████████████

05:14PM  23      ████████████

05:15PM  24      ██      ████████████

05:15PM  25      Q.      We will put Exhibit 9 in the chat.

UNITED STATES vs                                          Eduardo Cue
GOOGLE LLC                                                April 14, 2022

141

1                        E. CUE

05:15PM   2              (Whereupon, Cue Exhibit 9,

05:15PM   3          APLGOOGDOJ-00417199 through '7200 was

05:15PM   4          marked for identification as of this

05:15PM   5          date by the Reporter.)

05:15PM   6              MR. SUNSHINE:  And I have to

05:15PM   7          make the same objection I made

05:15PM   8          earlier.  This seems an awful lot like

05:15PM   9          we are re-hoeing old ground.  I'll ask

05:15PM   10         you, kind of, consistent with Judge

05:15PM   11         Mehta's order.  If you have some

05:15PM   12         cleanup, that's fine, but let's not

05:15PM   13         revisit the past.

05:15PM   14             MR. BENNETT:  Thanks, Mr.

05:15PM   15         Sunshine.  I think I have got, like,

05:15PM   16         literally two more documents that I

05:16PM   17         think are fair play in terms of the

05:16PM   18         negotiations between the parties.

05:16PM   19   BY MR. BENNETT:

05:16PM   20         Q.   Do you have Exhibit 9 in front of

05:16PM   21   you?

05:16PM   22         A.   I do.

05:16PM   23         Q.   Do you recognize Exhibit 9 as a

05:16PM   24   ███████████████████████████████████████████

05:16PM   25   ██████████████

UNITED STATES vs                                            Eduardo Cue
GOOGLE LLC                    ▬▬▬▬▬              April 14, 2022

144

1                          E. CUE

05:19PM   2        A.    I do.

05:19PM   3        Q.    We will put in the chat

05:19PM   4   Exhibit 10.

05:19PM   5             (Whereupon, Cue Exhibit 10,

05:19PM   6        APLGOOGDOJ-01166675 through '6711 was

05:19PM   7        marked for identification as of this

05:20PM   8        date by the Reporter.)

05:20PM   9        Q.    It's taking us a moment here.

05:20PM  10   Apologies for that.

05:20PM  11        A.    It's downloading.

05:20PM  12        Q.    Okay, great.  Let me know when you

05:20PM  13   have got it downloaded.

05:20PM  14        A.    I do.

05:20PM  15        Q.    Exhibit 10 is ▬▬▬▬▬▬▬▬▬▬▬

05:20PM  16   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

05:21PM  17   ▬▬▬▬▬▬

05:21PM  18             Are you familiar with this

05:21PM  19   document?

05:21PM  20        A.    I am not.

05:21PM  21        ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

05:21PM  22   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

05:21PM  23   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

05:21PM  24   ▬▬▬▬▬▬▬▬

05:21PM  25        ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

UNITED STATES vs                                          Eduardo Cue
GOOGLE LLC                                                April 14, 2022

145

1                    E. CUE

05:21PM   2   ████████████████████████████████████

05:21PM   3   ██████████████████    ████████████████

05:21PM   4   ██████   ████████████████████████████████

05:21PM   5   ██████   ██████████████████████████████

05:21PM   6   ████████████████████████████████████

05:21PM   7   ████████████████    ████████████████████

05:21PM   8   ██████████████████████████████

05:21PM   9   ████████████████████    ██████████████████

05:22PM  10   ██████████

05:22PM  11        Q.    Okay.  Thank you, that's helpful.

05:22PM  12   I just want to ask you, then, just a couple

05:22PM  13   of questions about it.  If you turn to --

05:22PM  14             MS. SOMMER:  I'm going to object

05:22PM  15        on foundation.  The witness said that

05:22PM  16        he scanned it and he is not familiar

05:22PM  17        with it and has identified another

05:22PM  18        Apple deponent who will be deposed

05:22PM  19        next week.

05:22PM  20        Q.    I want to just focus you on the

05:22PM  21   page ending in Bates number 681 which is the

05:22PM  22   slide titled ████████████████████████

05:22PM  23   ██████████████    ████████████████████████████

05:22PM  24   ████████████████████

05:22PM  25        A.    Sorry, what was the page number,

UNITED STATES vs                                          Eduardo Cue
GOOGLE LLC                    ████████████               April 14, 2022

146

1                          E. CUE

05:22PM   2   bottom right?

05:23PM   3        Q.    It ends in 681.

05:23PM   4        A.    Almost there.  Okay.

05:23PM   5        Q.    Take a moment to read that and

05:23PM   6   I'll -- I have just a couple of questions for

05:23PM   7   you on it.

05:23PM   8            MR. SUNSHINE:  I'll also note

05:23PM   9        that, while he is doing that, this is

05:23PM  10        outside of 30(b)(6).  This is now --

05:23PM  11        Eddy is not testifying in his capacity

05:23PM  12        here.

05:23PM  13            MS. SOMMER:  Mr. Sunshine, could

05:23PM  14        you restate that.  I could not hear

05:23PM  15        you.

05:23PM  16            MR. SUNSHINE:  Sure.  This is

05:23PM  17        outside of any of the 30(b)(6) topics

05:23PM  18        and so, then, any testimony that he

05:23PM  19        gives here is based on his personal

05:23PM  20        knowledge.

05:23PM  21        A.    I've read it.

05:24PM  22   ██     ██████████████████████████

05:24PM  23   ████████████████████████████████

05:24PM  24   ████████████████████████████████

05:24PM  25   █████████████████████████████

UNITED STATES vs
GOOGLE LLC

Eduardo Cue
April 14, 2022

147

1           E. CUE

05:24PM  2        MS. SOMMER:  Also, objection.

05:24PM  3     Lack of foundation.  Leading.  The

05:24PM  4     witness has stated he was not terribly

05:24PM  5     familiar with the document and just

05:24PM  6     skimmed it.

05:24PM  7

05:24PM  8

05:24PM  9

05:24PM  10

05:24PM  11

05:24PM  12

05:24PM  13

05:25PM  14

05:25PM  15

05:25PM  16

05:25PM  17

05:25PM  18

05:25PM  19        MR. SUNSHINE:  Mr. Cue, I

05:25PM  20     believe that's all the questions that

05:25PM  21     I have.  Thank you very much.

05:25PM  22        THE WITNESS:  Thank you, Mr.

05:25PM  23     Bennett.

05:25PM  24        THE COURT REPORTER:  Counsel,

05:25PM  25     can we go off the record?

148

| | |
|---|---|
| 1 | E. CUE |
| 05:25PM 2 | MS. ARTHUR:  Yes. |
| 05:25PM 3 | THE COURT REPORTER:  Are we |
| 05:25PM 4 | closing the deposition? |
| 05:25PM 5 | MS. SOMMER:  No, I'd like to |
| 05:26PM 6 | take -- let's go off the record. |
| 05:26PM 7 | THE VIDEOGRAPHER:  Going off the |
| 05:26PM 8 | record.  The time is 5:26 p.m. |
| 05:26PM 9 | (Whereupon, a recess was held.) |
| 05:38PM 10 | THE VIDEOGRAPHER:  We are back |
| 05:38PM 11 | on the record.  The time is 5:38 p.m. |
| 05:38PM 12 | CONTINUED EXAMINATION BY |
| 05:38PM 13 | MS. SOMMER: |
| 05:38PM 14 | Q.   Mr. Cue, counsel for Google just |
| 05:39PM 15 | asked you a series of questions about various |
| 05:39PM 16 | ▮▮▮▮ agreements that Apple has with search |
| 05:39PM 17 | engines. |
| 05:39PM 18 | Do you recall that testimony? |
| 05:39PM 19 | A.   I do. |
| 05:39PM 20 | Q.   Okay. ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 05:39PM 21 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 05:39PM 22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 05:39PM 23 | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 05:39PM 24 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 05:39PM 25 | ▮▮▮▮▮▮▮▮▮▮▮▮ ▮ |

*United States v. Google LLC*, No. 20-cv-03010 (D.D.C.)
Errata to April 14, 2022 Apple 30(b)(6) Deposition (Eduardo Cue)

| Page | Line | Current Text | Change To | Reason |
|---|---|---|---|---|
| 11 | 19 | Landers, Tavan | Wilander, Kevan | Transcription Error |
| 11 | 20 | Perka (phonetic), Vinewski (phonetic) | Parekh, Maciej Stachowiak | Transcription Error |
| 14 | 24 | in there and so -- made | in them and so -- it made | Transcription Error |
| 22 | 9 | there is no | there was no | Transcription Error |
| 24 | 12 | Didn't make | It didn't make | Transcription Error |
| 24 | 13 | Wasn't what | It wasn't what | Transcription Error |
| 38 | 13 | | | Transcription Error |
| 46 | 6 | | | Transcription Error |
| 47 | 20 | | | Transcription Error |
| 50 | 20 | We do not. | We do. | Correction of a Misstatement |
| 52 | 21 | That's correct | It is not. | Correction of a Misstatement |
| 62 | 19 | was determined. We would | was determined -- we would | Transcription Error |
| 65 | 20 | as you said | as I said | Transcription Error |
| 74 | 13 | promisees | promises | Transcription Error |
| 79 | 2 | commit to this. On our side, it | commit to this on our side. It | Transcription Error |
| 87 | 3 | search, and I will | search engine. I will | Transcription Error |
| 103 | 21 | be not | not be | Transcription Error |
| 110 | 3 | what it, | what it is. | Transcription Error |
| 135 | 18 | He -- wasn't | He -- it wasn't | Transcription Error |
| 140 | 5 | Pintav | Pichai | Transcription Error |
| 149 | 2 | | | Transcription Error |

*United States v. Google LLC*, No. 20-cv-03010 (D.D.C.)
**Errata to April 14, 2022 Apple 30(b)(6) Deposition (Eduardo Cue)**

I, EDUARDO CUE, certify that subject to the above changes, the transcript of my testimony taken at the Rule 30(b)(6) deposition on April 14, 2022 in the above-captioned matter is true and correct.

Date:   6/24/2022