# Pls. Ex. 4

# FILED UNDER SEAL
## NO PUBLIC VERSION

CONTAINS INFORMATION DESIGNATED

HIGHLY CONFIDENTIAL