# Pls. Ex. 6

# FILED UNDER SEAL

## NO PUBLIC VERSION

CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL