# Pls. Ex. 8

# FILED UNDER SEAL

## NO PUBLIC VERSION

CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL