# Pls. Ex. 26

Microsoft

Support | Microsoft 365 Office

All Microsoft ˅

Windows support      More ˅

Products ˅   Devices ˅   Buy Microsoft 365      Search 🔍

What's new
Get Windows 11
More support ˅

# Windows 10 and Windows 11 in S mode FAQ

*Windows 11, Windows 10, Windows 10 S*

**Windows 11**      Windows 10

## About Windows 11 in S mode

Windows 11 in S mode is a version of Windows 11 that's streamlined for security and performance, while providing a familiar Windows experience. To increase security, it allows only apps from Microsoft Store, and requires Microsoft Edge for safe browsing.

| | |
|---|---|
| How do I get Windows 11 in S mode? | ˅ |
| How do I switch out of S mode? | ˅ |
| How do I switch back to S mode? | ˅ |
| What kind of processor does Windows 11 in S mode run on? | ˅ |
| What apps can I use on a PC that's running Windows 11 in S mode? | ˅ |
| I bought an app on another Windows 11 PC. Can I use it on my device that's in S mode? | ˅ |
| I have a Windows 11 device in S mode. Can I Domain join it to my network? | ˅ |
| Can I set Google Chrome or Firefox as my default web browser when I'm using Windows 11 in S mode? | |
| Do I need antivirus software while in S mode? | |
| Will my printer work with Windows 11 in S mode? | ˅ |

## indows 11 in S mode on a Qualcomm Snapdragon processor

| | |
|---|---|
| What are some benefits of running a Windows 11 PC on a Qualcomm Snapdragon processor? | ˅ |
| What limitations should I be aware of when running a Windows 11 PC on a Qualcomm Snapdragon processor? | ˅ |
| I use assistive technology—what should I know before buying a PC that's running Windows 11 in S mode on a Qualcomm Snapdragon processor? | ˅ |
| I want to use Windows programs that aren't in Microsoft Store. Can I run them on my PC that has a Qualcomm Snapdragon processor? | ˅ |
| What do I need to get an LTE cellular data connection? | ˅ |
| I have an older Windows RT PC. Can I update it to run Windows 11 in S mode? | |

## indows 11 in S mode on an Intel or AMD processor

| | |
|---|---|
| Which apps and hardware work with Windows 11 in S mode? | ˅ |
| What if I need to use an app that's not compatible with Windows 11 in S mode? | ˅ |
| How will I know if an app or device becomes compatible? | ˅ |
| If I use assistive technology, what should I consider before buying a device with Windows 11 in S mode? | |

Was this information helpful?      Yes      No                     ✕



⋖ SUBSCRIBE RSS FEEDS

### Need more help?

| How can we help you? | → |

Join the discussion

**ASK THE COMMUNITY** ›

Get support

**CONTACT US** ›



**What's new**
Surface Pro 9
Surface Laptop 5
Surface Studio 2+
Surface Laptop Go 2
Surface Laptop Studio
Surface Go 3
Microsoft 365
Windows 11 apps

**Microsoft Store**
Account profile
Download Center
Microsoft Store support
Returns
Order tracking
Virtual workshops and training
Microsoft Store Promise
Flexible Payments

**Education**
Microsoft in education
Devices for education
Microsoft Teams for Education
Microsoft 365 Education
Education consultation appointment
Educator training and development
Deals for students and parents
Azure for students

**Business**
Microsoft Cloud
Microsoft Security
Dynamics 365
Microsoft 365
Microsoft Power Platform
Microsoft Teams
Microsoft Industry
Small Business

**Developer & IT**
Azure
Developer Center
Documentation
Microsoft Learn
Microsoft Tech Community
Azure Marketplace
AppSource
Visual Studio

**Company**
Careers
About Microsoft
Company news
Privacy at Microsoft
Investors
Diversity and inclusion
Accessibility
Sustainability

English (United States)

Sitemap    Contact Microsoft    Privacy    Terms of use    Trademarks    Safety & eco    Recycling    About our ads    © Microsoft 2023

Was this information helpful?                                                                    ✕