# Pls. Ex. 28

1

1                  UNITED STATES DISTRICT COURT

2                    DISTRICT OF COLUMBIA

3      ----------------------------------------x

4      UNITED STATES OF AMERICA,

5                          Plaintiff,

6           -against-                 Civil Action No.

7      GOOGLE LLC,                    1:20-cv-03010-APM

8                          Defendant.

9      ***CAPTION CONTINUED***

10     ----------------------------------------x

11

12

13

14             VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                       W. MITCHELL BAKER
15               Thursday, January 6, 2022
                    9:06 a.m. - 7:30 p.m.
16           Reported Remotely through Videoconference

17

18

19

20

21

22             Reported stenographically by:
                Richard Germosen, CA CSR No. 14391
23        RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
             NCRA/NJ/NY/CA Certified Realtime Reporter
24           NCRA Realtime Systems Administrator
                       Job No. 824912

25

7

```
 1   A P P E A R A N C E S:  (CONT'D.)

 2

 3

 4   ALSO PRESENT:

 5   KEVIN MONTGOMERY, Legal Video Specialist

 6   DANIEL NAZER, ESQ., Mozilla

 7   MIKA SHAH

 8   DMITRY MEZHVINSKY, DOJ

 9   KAARISH K. MANIAR, DOJ

10   HAL VAN GIESON, DOJ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

8

```
 1                 I N D E X

 2   WITNESS                        EXAMINATION

 3   W. MITCHELL BAKER

 4     BY MR. GREENBLUM                   15

 5     BY MR. HAFENBRACK                 104

 6     BY MR. ANDERSON                   301

 7

 8

 9                 E X H I B I T S

10   EXHIBIT NO.   DESCRIPTION              PAGE

11   Exhibit 1     document MOZ-LIT-037219    50

12                 through 037244

13

14   Exhibit 2     document entitled New Search  56

15                 Strategy for Firefox,

16                 Promoting Choice and

17                 Innovation

18

19   Exhibit 3     document MOZ-002479 through   58

20                 002486

21

22   Exhibit 4     document MOZ-LIT-000709       64

23                 through 000719

24

25
```

9

```
 1              E X H I B I T S  (CONT'D.)

 2   EXHIBIT NO.    DESCRIPTION                 PAGE

 3   Exhibit 5      document MOZ-LIT-002685      73

 4                  through 002725

 5

 6   Exhibit 6      document MOZ-000035 through  81

 7                  000067

 8

 9   Exhibit 7      document MOZ-000081 through  82

10                  000083

11

12   Exhibit 8      document MOZ-LIT-003488      84

13                  through 003493

14

15   Exhibit 9      document MOZ-LIT-030590      87

16                  through 030610

17

18   Exhibit 10     document entitled Get Where  89

19                  You're Going Faster, With

20                  Firefox Suggest, September

21                  15, 2021

22

23   Exhibit 11     document MOZ-002532 through  94

24                  002534

25
```

32

1    internet, and it is not -- it's not clear that all

2    of that is competitive.  We spend -- well, as I was

3    saying, there is different layers.  There is the

4    part that's -- you know, human beings interact with

5    which most people think of as the whole product.  We

6    would call that the front-end, and so in a browser,

7    that's the windows and the buttons and all the

8    things you see and do with it.

9                   Then there is the back end or browser

10   engine, and the browser engine is the piece that

11   determines the capabilities of the product, and it

12   determines interoperability, and it determines if

13   you, as a person, can actually interact with the

14   capabilities of the system.  And that engine, we

15   have one, it's called Gecko, and the only other real

16   significant one now is Google's engine Chromium.

17                  And I know that that sounds maybe

18   arcane back there, but it is the engine which

19   determines whether you have interoperability, like

20   what actually happens is possible, and so we invest

21   a lot in our engine Gecko, and we invest in that

22   because we want to have interoperability and choice

23   and competition at this layer even though individual

24   people don't see it, and so because individual

25   people don't see it, it's harder to know exactly

1   which parts of that make you more competitive.

2               Like Microsoft gave up.  Microsoft

3   decided the browser engine was -- they stopped

4   investing in it and they decided they'll just use

5   Google's, and so they -- you know, so that's the

6   real investment piece that we're the only ones still

7   making actually, but to other things, continued

8   investment and development is key to being

9   competitive.  The investment in the browser engine

10  we see is key to the health of the internet.  It's

11  hard, and then there is a layer of investment that

12  is just absolutely necessary for competitive

13  activity.

14              THE WITNESS:  And could I just ask,

15  is that the right speed?  It feels a little

16  artificial, so remind me if I forget.

17       Q.     Ms. Baker, does Mozilla make certain

18  search engines available in the Firefox browser?

19       A.     Yes, we do.

20       Q.     And does it -- strike that.

21              Do the search engines that Mozilla

22  makes available in the Firefox browser, is that

23  choice that Mozilla makes important to the

24  competitiveness of the browser?

25              MR. HAFENBRACK:  Object to the form.

34

1          A.      We have found the search experience

2    in the browser to be fundamental to the browser.   In

3    fact, you know, for many, many years, many people

4    didn't -- you know, weren't able to distinguish

5    between where -- what was Firefox and what was

6    search, and so the overall search experience is, you

7    know, one of the fundamental use cases of the

8    browser, and so the quality of the search

9    experience, whether it works for your users, whether

10   people like it is -- maybe it's the fundamental use

11   case, but if it's not the fundamental, it's one of

12   the handful of things that are the most critical

13   about a browser.

14          Q.      Can you explain why the quality of

15   the search experience is so fundamental to the

16   competitiveness of the browser?

17          A.      What I think of is the user

18   experience of search as fundamental to the browser

19   because -- well, especially now where there is apps,

20   like there are a lot of like very precise things

21   that people use apps for, but when you go to the

22   browser, there is a set of things that people do,

23   especially desktop browsers, and one of those things

24   is very search intensive, and it's actually trying

25   to navigate to someplace on the web.

35

1           Like when you use an app and you open

2    it up, you're at the home of that app.  That's what

3    it's designed to do.  When you aren't using an app,

4    you have to navigate.  You have to get somewhere,

5    and often you're trying to find where you're going.

6    So sometimes you know where you're going and you're

7    trying to navigate there and which people will use

8    the search engine for sometimes, but you're either

9    navigating or you're trying to find something.

10   You're not sure where you're going and you're

11   looking for it and you're searching, and so people

12   do that so much in the browser that that experience

13   has to be what your users expect or want and it has

14   to work for them.

15           Q.     When you describe users who know

16   where they're going and you describe those users as

17   navigating, are you referring to users who know the

18   particular URL of the website that they wish to

19   reach?

20           A.     Yes, yes.

21           Q.     As between users who know the address

22   they want to go to and users who don't know and are

23   sort of trying to figure out where to find what they

24   need, which searches do you think are more common in

25   the Firefox browser?

USA vs                                                      W. Mitchell Baker
Google                                                      January 06, 2022

39

```
 1          Q.       How has Mozilla generated the revenue

 2    to develop and maintain Firefox?

 3                   MR. HAFENBRACK:   Object to the form.

 4          A.       Mozilla's major source of revenue

 5    comes through the search functionality ███████

      ████████████████████████████████████████████████████████

      ██ ███████████████████████████

 8          Q.       Are there other --

 9          A.       I should say we have -- sorry.  We

10    have revenues from Bing and used to be from Yahoo!

11    and Yandex and, you know, other search engines, and

12    increasingly, we've been working to diversify, you

13    know, revenue into other areas.  Still the bulk of

14    it comes from search and ████████████████████████████

      ██ ██████████████████████████████

16          Q.       Does Mozilla have revenue share

17    agreements with Amazon?

18          A.       We have had revenue share agreements

19    with -- well, not in the same way.  We've had

20    revenue as an affiliate from Amazon for many years,

21    but I don't believe we've ever had a revenue sharing

22    agreement specific with Amazon.

23          Q.       Does Mozilla or has Mozilla had

24    revenue share agreements with eBay?

25          A.       Not that I recall.  We currently have
```

40

```
 1    in some of the sponsor's tiles --

 2                   CERTIFIED STENOGRAPHER:   In some

 3    responses what?

 4         A.      -- there's revenue related to eBay,

 5    but I don't think it's through an agreement, like a

 6    direct revenue sharing piece as we have with the

 7    major -- with Google and Bing, etc.

 8                   MR. GREENBLUM:  Rich, the witness

 9    said sponsor's tiles.

10                   CERTIFIED STENOGRAPHER:   Thank you.

11         Q.      Ms. Baker, could you describe the

12    nature of the revenue generally that Firefox earns

13    through its sponsor tiles?

14                   MR. HAFENBRACK:  Object to the form.

15    ████    ████████████████████████████████

██ ████████████████████████  ██████████████████

██ ████████████████████  ██████████████████████

18         Q.      Can you describe the nature of the

19    revenue, how it's earned?

20                   MR. HAFENBRACK:  The same objection.

21    ████    ████████████████████████████████

██ ████████████████████████████████████████

██ ██████████████████████████████████████████

██ ████████████████████████████████████████

██ ██████████████████████████████████████
```

```
1     ██████████████████████████████████████████████████████

      ██   ████████████████████████████████████████

3          Q.      Are there other websites, other than

4     eBay, that Mozilla receives revenue from through

5     ████████████████?

6          A.      Amazon, and there may be others in

7     discussion, but to my knowledge, those are the two

8     currently in the product.

9          Q.      Does Amazon -- strike that.

10                 Has Mozilla had revenue share

11    agreements with DuckDuckGo?

12         A.      We have.  We do.

13         Q.      And so -- strike that.

14                         ██████████████████████████████████████

      ██  ██████████████████████████████████████████████████

      ██  ██████████████████████████████████████████████████

      ██      ████████    ████████

18         Q.      Do you know about what percentage of

19    Mozilla's revenue today comes from its revenue

20    sharing agreement with Google?

21         A.      Well, this is going to be an estimate

22    because our overall diversification is -- I'm going

23    to say, and again, this is an estimate, probably

24    about ███ percent.

25         Q.      Has that percentage changed over
```

42

1    time?

2         A.       Yes, it has.  It's been -- it's been

3    higher in the past.  We have in the last probably 18

4    months pretty significant effort underway about

5    diversifying revenue.  We've talked about how much

6    energy -- we've talked about how much energy and

7    change should we use to diversify revenue almost

8    forever, and I think like many in the world, you

9    know, this business model is really prevalent.  It's

10   the business modeled of the Web today, so it's taken

11   us until the last maybe 18 months to really, really

12   make the changes and try new business models and do

13   new things to be diversifying revenue.  So that

14   percentage is lower than, you know, some years ago.

15        Q.       When you say this business model is

16   prevalent, can you explain what you mean by this

17   business model?

18        A.       Oh, I mean the business model of ads

19   and in particular ads through what we think of as

20   the search system, and so the number of websites

21   that support themselves through ads and the number

22   of products that support themselves through some

23   ad-based system is really high.

24        Q.       Do you recall a point in time when

25   Mozilla had a revenue sharing agreement with the

43

1   search engine Yahoo!?

2          A.      Yes.  We have revenue sharing

3   agreements with Yahoo! from the day we shipped

4   Firefox 1.0.  Our revenue sharing relationship with

5   Yahoo! started at the same time as our revenue

6   sharing relationship with Google, and we've had

7   agreements with them -- you know, continuously from

8   them until --

9                  (Stenographer clarification.)

10         A.      Until Yahoo! went out of business.

11         Q.      Do you recall --

12         A.      And I'm -- I'm sorry, I'm trying, I

13  just feel very, you know, slow, so I forget

14  sometimes.

15         Q.      Do you recall a point in time,

16  Ms. Baker, when Yahoo! was the default search engine

17  on Firefox?

18         A.      Yes.  I believe Yahoo! was the

19  default search engine in Firefox 1.5 or Firefox 2 in

20  I think -- I think it was Japan, Korea -- no, Japan,

21  Taiwan, and China, so long ago, and then it was the

22  default in the U.S. more recently, 2014 starting.

23         Q.      During the period of time when Yahoo!

24  was the default search engine on Firefox in the

25  United States, do you recall approximately what

                                                                    44

1    percentage of Mozilla's revenue was constituted of

2    revenue share on Search advertising received from

3    Yahoo!?

4          A.     It would have been very high.  I

5    don't know the percentage, but it would have been

6    very high since our diversification efforts hadn't

7    really formed fruit at that point, but I don't know

8    what percentage offhand.

9          Q.     Would it have been higher or lower

10   than the estimate of ▓ percent you estimate today

11   as the percentage of revenue share you received from

12   Google?

13               MR. HAFENBRACK:  Object to the form.

14         Q.     Let me actually reframe that

15   question, Ms. Baker.  I don't think it was clear.

16               Would the percentage of Mozilla's

17   revenue that the Yahoo! Search advertising revenue

18   share constituted have been higher or lower than the

19   percentage you constituted by the Google revenue

20   share today?

21               MR. HAFENBRACK:  Same.  Object to

22   form.

23         A.     First, I should be clear, the

24   ▓ percent is an off the top of my head guess trying

25   to remember the numbers.  Maybe it's ▓, maybe it's

45

1    ███, you know, it's somewhere in there.  So I don't

2    want to, you know, like fixate on ███, but, you know,

3    I don't know.  I wasn't the CEO then, so the

4    percentages of revenue -- but I would think it would

5    be higher than today.  I think our dependence on

6    Search overall was higher.  ███████████████

███  ██████████████████████████████████████

███  ████████████████████████████████  █████

███  ████████████████████████████████████████

███  ████████████████████████████████

███  ██████████████████████████████████████████

███  ████████████████████████████████████

███  ████████████████████████████████████████

███  ██████████████████████████████████

15        Q.      Has revenue from the agreements that

16   you have with Google funded the development of

17   Mozilla products other than Firefox?

18              MR. HAFENBRACK:  Object to form.

19        A.      Our Search revenue has funded

20   products other than Firefox, yes, and the Search

21   revenue, the █████ of that is Google.

22        Q.      Okay.

23              MR. GREENBLUM:  Now is a convenient

24   time for a short five-minute break.  Does that suit

25   you, Ms. Baker?

                                                                    46

1                    THE WITNESS:  Sure.

2                    MR. GREENBLUM:  Okay.  Juan, is that

3    all right with you?  Josh?

4                    MR. HAFENBRACK:  Fine by me.

5                    MR. ARTEAGA:  Yes.

6                    MR. GREENBLUM:  Why don't we go off

7    the record?

8                    THE VIDEOGRAPHER:  All right.  One

9    moment, please.

10                    The time is 9:59 a.m., and we're

11   going off the record.

12                    (Whereupon, a recess is taken.)

13                    THE VIDEOGRAPHER:  Stand by, please.

14                    The time is 10:06 a.m., and we're

15   back on the record.

16   BY MR. GREENBLUM:

17        Q.     Ms. Baker, are you familiar with the

18   concept of the search box in Firefox?

19        A.     I'm familiar, yes.

20        Q.     Does the search box -- strike that.

21                    Is the search box sometimes referred

22   to as the awesome bar in Firefox?

23        A.     Yes, it is.

24        Q.     Are you familiar with the concept of

25   a default search engine in a Web browser?

47

1          A.        I am familiar with that, yes.

2          Q.        Can you explain what that is?

3          A.        Sure.  Maybe I'll start with kind of

4    the why.  The -- you know, the software that we use

5    is complex enough when you get to the computers and

6    devices, that many users want their device or the

7    software -- I'll talk about browsers.  You want the

8    browser to work when it starts, and so the

9    default -- in Firefox, the default in the search

10   box, the awesome bar in Firefox, is what happens if

11   the user makes no choice.

12               We're very big on choice, and so it's

13   always been a key principal of our search philosophy

14   that users always have choice, and we try to make it

15   easy for people to pick a different search engine if

16   they want it.  It's right there in the UR and we

17   reject exclusivity, and so we try to make it easy

18   for people to find other search engines and to use

19   them, and we combine that with the default of what

20   happens if you open a browser, you look at the

21   search box and you just want to type something in

22   and get an answer, and so if you make no other

23   choice, you'll get the default.

24          Q.        Has that structure that you described

25   always been in place on the Firefox browser since it

48

1   was first introduced?

2              MR. HAFENBRACK:  Object to the form.

3        A.        Firefox browsers have had a search

4   box for a long time before 1.0.  So somewhere

5   before -- yeah, so somewhere early in the Firefox

6   development cycle there was a search box.  That's

7   always been there.  The search box used to be

8   separate from the awesome bar, so the place of it

9   has moved a little bit.  That's changed.

10             The concept of a default search has

11  always been there and from when we made a consumer

12  product, so Firefox 1.0, the prevalent or the

13  existence of multiple search engines in the product

14  has always been there.  That was a requirement of

15  our search partnership agreement, that we would not

16  have defaults and that we would make it -- you know,

17  so maybe in Firefox, it's common today, although you

18  don't see it in all browsers, but there is Google,

19  there used to be Yahoo!, there is Bing.  Now, we've

20  got, you know, others right in the UI.  Like that's

21  rare, you know, and that was a requirement to -- of

22  our first deal, that we were not doing anything

23  exclusive and we would honor user choice.  And that

24  turned out to be kind of rare in the tech industry.

25             You know, Microsoft has overridden

49

1   people's default to Firefox.  I think last November

2   they did it yet again.  They make it hard to make a

3   change, and when we do make a change, you know, like

4   overriding the default, so we work hard to go in the

5   opposite direction and help promote discovery for

6   the other search engines are there, and Firefox, you

7   can change the default if you want, and even easier,

8   every time you do a search, we give you an option of

9   another search engine so you can do a search in

10  Amazon or Bing, you know, right there if you want

11  to.

12      Q.    When you mentioned your first deal,

13  which deal were you referring to?

14      A.    The 2004 was our first deal with

15  Google and Yahoo!.

16      Q.    In your experience, do competing

17  browsers also come with preset default search

18  engines?

19      A.    Yes.

20      Q.    Are you familiar with any browser --

21  sorry.  Finish your answer, please.

22      A.    I was going to say, and often not

23  nearly as easy to change the default as in Firefox.

24      Q.    I'd like to mark an exhibit.

25  Ms. Baker, I think you have a binder in front of you

50

1   that you can look at the hard copy versions.

2          A.      Not yet.  Just one moment.

3                  MR. CALL:  We were instructed not to

4   open that, which we haven't.

5                  MR. GREENBLUM:  Sure.  If you could

6   open it now, Greg, that would be great for the

7   witness.

8                  And, Juan, if you could open as well,

9   and, Josh, we'll put it in the chat.

10                 MR. HAFENBRACK:  That's fine.  Thank

11  you.

12  BY MR. GREENBLUM:

13         Q.      Ms. Baker, when you get the binder,

14  if you could turn to tab A.

15                 MR. GREENBLUM:  And if my colleague,

16  Isabel, could put tab A into the chat as exhibit

17  one.

18                 For the record, exhibit one is Bates

19  labeled MOZ-LIT-037219.

20                 (Whereupon, document MOZ-LIT-037219

21  through 037244, is received and marked as Exhibit 1

22  for Identification.)

23  BY MR. GREENBLUM:

24         Q.      Ms. Baker, let me give you a chance

25  to take a look at the document and just let me know

51

```
 1   once you've had a chance to do so.

 2              MR. CALL:  Could I just correct the

 3   record?  I think that's -- it's tab A.  It's exhibit

 4   one; is that right?

 5              CERTIFIED STENOGRAPHER:  Who is

 6   speaking?

 7              MR. CALL:  This is Greg Call.

 8              MR. GREENBLUM:  Yes, that's correct,

 9   Greg.

10       A.     Okay.  I know what this document is.

11   BY MR. GREENBLUM:

12       Q.     Could you describe for the record,

13   Ms. Baker, what is exhibit one.

14       A.     This is called sponsorship agreement,

15   and it is the first agreement we signed with Google

16   about Search and revenue sharing.

17       Q.     Ms. Baker, did you sign this

18   agreement on behalf of Mozilla?

19       A.     Let me double-check.  Yes, I did.

20       Q.     Can you describe what this agreement

21   generally provided?

22       A.     The agreement generally provided that

23   Mozilla would make Google the default search engine

24   in some territories in Firefox, and that the search

25   queries would come to Google in some specified
```

52

1   format, and that the Search revenue that was

2   generated from those queries would be shared with

3   Mozilla in some percentage.

4        Q.    At the time that Mozilla entered into

5   this agreement, did it consider Google to be

6   offering a high quality search product to users?

7              MR. HAFENBRACK:  Object to the form.

8        A.    When we entered this agreement, there

9   was nothing in the world like Google.  Prior to

10  Google, there had been Excite and Infoseek and the

11  Yahoo! directory.  I'm not sure if Microsoft had

12  started their search at this time, but Google was

13  way ahead.  Like search in those days was miraculous

14  and so there was nothing like Google.

15             I mean, it's hard to remember how

16  earth-shattering search was when Google changed the

17  game with their page rank from what, you know,

18  Yahoo! had been doing or the other things that we

19  called search.

20       Q.    Did Mozilla consider different search

21  engines to -- strike that.

22             Did Mozilla consider making different

23  search engines other than Google its default in

24  2004?

25       A.    Yes.  We also spent a lot of time

53

1    with Yahoo! discussing whether they should be the

2    default search engine or not, and Google turned out

3    to be better for us in a number of different ways.

4         Q.    Could you explain the different ways

5    in which Google turned out to be better for Mozilla?



17          Q.        How easy was it as of that time for a

18     user in Firefox to change the default search engine

19     to a different engine than Firefox had preset?

20                    MR. HAFENBRACK:  Object to the form.

21          A.        Okay.  So I'm working from memory.

22     In Firefox 1.0, there was a caret.  You clicked on

23     the caret and then you would see Yahoo! and then a

24     set of other search engines, so you'd click on the

25     caret and then you'd highlight Yahoo! or whatever

1    and that would be the search engine for that query.

2           Q.      Did you consider setting a default

3    search engine to be inconsistent with Mozilla's

4    mission of user choice?

5           A.      We do not consider that at odds.  One

6    of the things that is unusual or maybe not unique,

7    especially now, but what's highly unusual about

8    Mozilla is that we're trying to create this internet

9    accessible to all with the characteristics of a

10   manifesto by competing in the consumer marketplace.

11   And that's different -- that's a different piece

12   than advocating policy or a different piece than

13   describing the world we want, and the hard part is

14   we -- balancing like the purity of what we want or

15   the purity of the manifesto with the consumer

16   marketplace because consumers are very often

17   interested in convenience, ease, and often choice

18   when something isn't working, and so we always live,

19   I call it, the art of product.

20                  If we build the thing we think is

21   perfect for the mission, it's very likely dead in

22   the market.  Like consumers are a force.  They make

23   decisions about what works for them, and so we are

24   always trying to balance what is it that makes a

25   product work that consumers vote and say, This is

56

1   helping me, and how are we moving our mission

2   forward in those products, and so we felt, A,

3   consumers are choosing Google.  We're making search

4   easy for them, and we had added choice in this

5   product in a way that no one else had or had even

6   thought of, and we're making it easy.  So that's a

7   pretty good balance.

8          Q.     I realize you were working from

9   memory describing sort of how one would change

10  search engines in Firefox.

11                Let me mark an exhibit that might

12  help show that graphically.

13                Ms. Baker, if you could turn to tab E

14  as in Edward in your binder.

15                MR. GREENBLUM:  And, Isabel, if you

16  could put that in the chat as exhibit two.

17                (Whereupon, document entitled New

18  Search Strategy for Firefox, Promoting Choice and

19  Innovation, is received and marked as Exhibit 2 for

20  Identification.)

21                MR. GREENBLUM:  And we can give

22  Ms. Baker a chance to look at that and folks a

23  chance to download it in the chat.

24  BY MR. GREENBLUM:

25         Q.     And, Ms. Baker, I'm going to be

57

1   asking you for the most part about the graphic on

2   page two.  So let me know when you've had a chance

3   to look at that.

4           A.      Okay.  I have looked at it and I see

5   the graphic.

6           Q.      Could you -- could you explain using

7   the graphic, Ms. Baker, how a user would select a

8   different search engine in Firefox?

9           A.      If you look at the box with the

10  rounded edges at the top and there is the caret at

11  the left, that caret gives you this drop-down menu

12  and then you select the one you want.

13          Q.      Has Mozilla had commercial

14  relationships for revenue sharing with some of the

15  other search engines listed in this graphic in

16  exhibit two?

17          A.      Yahoo!, yes; Google, yes; Bing, yes.;

18  DuckDuckGo, yes.  This one I think is from the time

19  of 2014.  I don't think DuckDuckGo is in the 1.0

20  version.  Amazon, as I said, we had an affiliate,

21  and Amazon has an affiliate program, and so this

22  Amazon.com may well have gone to an affiliate

23  program.

24                  By 2014, I wasn't, you know, the

25  management team negotiating these, so there may have

59

1   context for exhibit three, are you aware that the

2   Department of Justice served requests for

3   information on Mozilla in this case?

4           A.      I'm aware, yes.

5           Q.      And are you aware whether Mozilla

6   retained lawyers to represent its interests in DOJ's

7   investigation?

8           A.      Yes, I am aware of that.

9           Q.      And is the Crowell & Moring law firm

10  representing -- the law firm that has been

11  representing Mozilla's interests in the DOJ case?

12          A.      Yes.

13          Q.      To your knowledge, did Mozilla

14  authorize Crowell & Moring to provide the

15  information in exhibit three to the Department of

16  Justice?

17          A.      Well, to my direct knowledge, no, but

18  through our general counsel, yes.

19          Q.      Okay.  Who is your general counsel?

20          A.      That has varied over time.  So now

21  that would be Mika Shah in this matter, but the

22  general counsel at the beginning would have been Amy

23  Keating.

24          Q.      And I don't want to probe your

25  conversations with Ms. Keating, but did -- are you

60

1    aware from your discussions generally with

2    Ms. Keating that Mozilla authorized Crowell & Moring

3    to provide information, such as that in exhibit

4    three, to the Department of Justice?

5                    MR. HAFENBRACK:  Object to the form.

6          A.       Yes, I am.

7          Q.       If you could turn to the page marked

8    at the end 485 and let me know when you're there?

9          A.       I have that page.

10         Q.       If you could read into the record the

11   paragraph at the bottom of the page, and just make

12   sure to read slowly for Rich's benefit.

13         A.       Mozilla also has, quote, secondary,

14   unquote, search agreements with Amazon Services LLC,

15   paren, and international Amazon entities, close

16   paren, comma, DuckDuckGo, comma, Inc., comma, and

17   Microsoft Corporation, period.

18                  The secondary search feature works as

19   follows:  If a Firefox user's default search engine

20   is set to Google, users can maintain this setting,

21   but also perform searches with alternative search

22   providers by typing at symbol, capital A, comma, at

23   symbol, capital B, or at symbol, capital D into the

24   URL bar, followed by a search query, to open up

25   search results in Amazon, Bing, or DuckDuckGo

1    respectively.  In addition, Firefox users can change

2    the default search engine to any of the other

3    secondary search engines featured by Mozilla in the

4    search preferences menu, period.

5           Q.     Ms. Baker, does exhibit three refresh

6    your recollection that another way for users in

7    Firefox to access alternative search engines is to

8    type a prefix before their query?

9           A.     I'm not sure I ever knew of this

10   personally.

11          Q.     Okay.  If you'd turn --

12          A.     It's the kinds of things we try to do

13   in search, so it doesn't surprise me.

14          Q.     Great.

15                 If you'd turn to the next page.  Do

16   you see there a chart entitled:  Table two.  Titled:

17   Revenue relating to secondary search providers?

18          A.     Yes, I see that.

19          Q.     Is this the revenue that in the

20   three-year period between 2017 and 2019, Mozilla

21   earned from Microsoft, Yandex, Amazon, and

22   DuckDuckGo for revenue sharing agreements?

23          A.     That is what the chart is.  I can't

24   personally verify the numbers now, but I'm sure the

25   teams did so when submitting this.

1    Q.    Ms. Baker, I want to go back to the

2  2004 agreement that you mentioned between Google and

3  Mozilla.  Do you recall that generally?

4    A.    Yes, I do.

5    Q.    Do you recall whether that agreement

6  was extended for certain periods of time?

7    A.    Yes, I believe we had extended it a

8  few times.

9    Q.    And do you recall that there came a

10  point in time when Mozilla switched to a different

11  default search engine for Firefox in the United

12  States?

13    A.    Yes, I remember that.

14    Q.    And which happen search engine and

15  when was that?

16    A.    Mozilla switched to Yahoo! as the

17  default search engine in the U.S., and I see from

18  the documents that was 2014.

19    Q.    Before Mozilla entered into a default

20  search agreement with Yahoo!, did it solicit offers

21  from other search engines?

22    A.    Yes, we -- yes.

23    Q.    Which search engines?

24    A.    We talked to Bing and Yahoo!.  Those

25  are the two that I remember.

63

```
 1          Q.      Did you talk to Google about

 2   maintaining its status as the default search engine

 3   on Firefox?

 4          A.      Oh, yes.

 5          Q.      -- the quality of Yahoo!, Google, and

 6   Bing at that time?

 7                  CERTIFIED STENOGRAPHER:  Counsel, I

 8   heard "the quality of Yahoo!, Google, and Bing at

 9   that time?"

10                  (Stenographer clarification.)

11                  MR. GREENBLUM:  Correct.

12                  MR. ARTEAGA:  You broke up for a

13   second, Ben.  You might want to repeat your

14   question.

15                  MR. GREENBLUM:  Sure.  Thanks, Juan.

16   BY MR. GREENBLUM:

17          Q.      Did Mozilla compare the quality of

18   each of Yahoo!, Google, and Bing at that time?

19          A.      The team did a fair amount of work in

20   this period looking at the different options.  I

21   personally was not involved directly, but the team

22   did look at these things, yes.

23          Q.      Okay.  If you could turn to the tab

24   in your binder labeled K.

25                  MR. GREENBLUM:  And, Isabel, if you
```

64

1    could put tab K in the record as exhibit four.

2                    (Whereupon, document MOZ-LIT-000709

3    through 000719, is received and marked as Exhibit 4

4    for Identification.)

5                    MR. GREENBLUM:  And for the record,

6    exhibit four is Bates labeled MOZ-LIT-000709.

7    BY MR. GREENBLUM:

8        Q.       I'll give you a moment to take a look

9    at the document, Ms. Baker.  This is a document

10   produced by Mozilla to the Department of Justice.

11       A.       Okay.

12       Q.       You see that -- and let me just

13   clarify actually.  I think that the binder that you

14   have, Ms. Baker, does not have the cover email.  So

15   if you could open in the chat --

16                    MR. GREENBLUM:  Or if the folks with

17   Ms. Baker in California could open exhibit four in

18   the chat just so she can see the cover email that

19   the other folks can see, that would be good for the

20   record.

21       A.       Sorry.  We have some system configure

22   thing.  Not a list of documents.

23                    MR. ARTEAGA:  Would it be possible

24   for someone to screen share it quickly?

25                    MR. GREENBLUM:  Sure.  Izzy, can you

1    beginning with the word "overall"?





USA vs
Google

W. Mitchell Baker
January 06, 2022

69



```
12        Q.      Which offer did Mozilla ultimately
13   select in 2014?
14                MR. HAFENBRACK:  Object to the form.
15        A.      In 2014, Mozilla selected Yahoo!.
16   I'm not sure if the terms in this discussion are
17   exactly the terms of the final agreement, so I'm not
18   positive it's that exact offer, but we selected
19   Yahoo!
20        Q.      Good point.  Let me ask you a better
21   question.
22                Which search engine did Mozilla
23   ultimately select in 2014 as its default search
24   engine?
25        A.      We selected Yahoo! as our default
```

1    search provider and -- but -- Yahoo! uses Bing at

2    that point I think as the search engine, but we

3    selected Yahoo! as the provider.

4          Q.      And why did you not select Bing as

5    your default search provider?

6          A.      I can speak to why we selected

7    Yahoo!, and my memories of that are clear, and I

8    think that covers why not Bing.

9               (Stenographer clarification.)

10         A.      Yeah, why we did not select Bing.

11         Q.      Would you explain that?  Why not

12   Bing?

13         A.      Well, we selected Yahoo! for the

14   ability to work with ████████████████████████



USA vs
Google

W. Mitchell Baker
January 06, 2022

71

1 ██████████████████████████

█  ██      ██████   ████████████████████

█ ████████████████████████████████

█ ██████████████████████████

█   ██    ████████

█   ██    ██████████████████████

█ █████████

8           MR. HAFENBRACK:  Object to the form.

9   ██    ███████████████████████

█ ███████████████████████████

█ ██████████████████████    ████████

█ ████████████████████████████

█ ██████████████████████████████

█ ██████████████████████████████

█ █████████   ██████████████████████

█ ████████████   █████████████████

█ ████████████████   ███████████

█ ██████████████████████████████

█ ██████████████   ████████████████████

█ ███████████   ████████████████

█ ████

█             ██████████████████████

█ ████████████   ████████████████

█ █████████████████████████████

█ ███████████████████████████

1    ████████████████████████████████████████

█    ████████████████████████████████████████

█    ███████████████████████████████████

█    ████████████████

█              ████████████████████████████

█    ████████████████████████████████████

█    ████████████████████████████████████████

█    ████████████████████████████████████████

█    ██████████

██        ███    ██████████████████████████████

██   ██████████████████████████████████

██   ██████████████████████████

██        ████      ██████

14        Q.       You mentioned a Marissa.  Do you

15   recall her last name?

16        A.       Marissa Mayer, who was an early

17   employee at Google and deep in the search experience

18   and credited with a chunk of Google's early search

19   book.  She was a turnaround CEO who came to Yahoo!

20   not too long before this.

21        Q.       If we could direct your attention,

22   Ms. Baker, to tab M as in Marissa in your binder.

23             MR. GREENBLUM:  And, Izzy, if you

24   would put that in the chat as exhibit five.

25             (Whereupon, document MOZ-LIT-002685

1   through 002725, is received and marked as Exhibit 5

2   for Identification.)

3              MR. GREENBLUM:  For the record,

4   exhibit five is Bates labeled MOZ-LIT-002685?

5   BY MR. GREENBLUM:

6        Q.    Ms. Baker, can you identify exhibit

7   five for the record?

8        A.    The exhibit is titled:  Strategic

9   agreement, and it's an agreement between Yahoo! or

10  three or four Yahoo! entities and Mozilla from 2014.

11       Q.    If you'd turn to attachment C, which

12  is on the page ending in the Bates number 2714.  Can

13  you describe what is reflected in attachment C?

14

74



1

12          MR. GREENBLUM:  Rich, do you need to

13    ask the witness to repeat her answer?

14                (Stenographer clarification.)

15

23    BY MR. GREENBLUM:

24

75



76

1

24          (Stenographer clarification.)

25

77

1    ███████████

2              MR. GREENBLUM:  Ms. Baker, we've been

3    going about an hour.  It's a convenient break point

4    for me if you'd like to take a short break.  Does

5    that suit you?

6              THE WITNESS:  Yes, that's fine.

7              MR. GREENBLUM:  We can go off the

8    record.

9              THE VIDEOGRAPHER:  One moment,

10   please.

11             The time is 11:03 a.m., and we're

12   going off the record.

13             (Whereupon, a recess is taken.)

14             THE VIDEOGRAPHER:  Stand by, please.

15             The time is 11:18 a.m., and we're

16   back on the record.

17   BY MR. GREENBLUM:

18        ███    █████████████████████████

███  █████████████████████████████

███  ███████████████████

███       ███    ████████████████████

███  ████████████

███       ███    ███  ████████████████

███  ███████████████████

███       ███    ███  ██████████████████████



1
2
3          (Stenographer clarification.)
4          CERTIFIED STENOGRAPHER:  Your volume
5   has gotten substantially lower.
6          THE WITNESS:  Oh, sorry.  I have to
7   kind of yell here.  Sorry.  It's just a little
8   awkward with the chair.  Let me get settled.
9

79

```
 1        Q.        After -- strike that.

 2        ████████████████████████████████

          ██████████████████████████████████████████

          ███████████

          ██      ███████████████████████████████

          █████████████████████████████████

          █████████████████████████████████

          ████████████████████████████████████████████

          ███████████████████████████████████████

          ███████████████████████████████████    ████

          ███████████████████      ███████████████

          ████████████████████████████████████████████

          ██████████████████████████████████████████

          ██████████████████████████████████████████

15        Q.        Do you recall the year in which

16   Mozilla terminated the Yahoo! agreement?

17        A.        I'm sorry, I don't.

18        Q.        At the time when Yahoo! terminated --

19   strike that.

20                  At the time that Mozilla terminated

21   its agreement with Yahoo!, did it undertake a

22   process to select a different default search engine?

23                  MR. HAFENBRACK:  Object to the form.

24        A.        Yes.

25        Q.        And what factors did Mozilla consider
```

                                                                    80

1    in that process?

2         A.      What our users want.  Like what is --

3    what's the product that we're putting in the market

4    and you -- like general consumers respond well to it

5    and what do they want?  What's the nature of the

6    relationship with the search provider?

7         Q.      And which search engines did Mozilla

8    consider putting in as the default after terminating

9    its agreement with Yahoo!?

10              MR. HAFENBRACK:  Object to the form.

11        A.      Well, certainly Google because that's

12   where we ended up, and again, I assume Bing, but I

13   wasn't involved in those, and offhand I can't

14   describe our interactions with Bing.

15        Q.      Which search engine did Mozilla

16   actually choose to replace Yahoo!?

17        A.      We replaced Yahoo! with Google.

18        Q.      And why did you choose Google?

19        A.      Because our users made it clear that

20   they look for and want and expect Google, and that

21   when they get Google Search results and Google as

22   the default, that's what they expect, and they're

23   happy, and because we were able to reach an

24   agreement with Google, that made sense for us.

25              MR. GREENBLUM:  I'd like to mark as

1    exhibit six the tab in your binder that is tab R as

2    in rose.

3                    (Whereupon, document MOZ-000035

4    through 000067, is received and marked as Exhibit 6

5    for Identification.)

6                    MR. GREENBLUM:  For the record,

7    exhibit six is Bates labeled MOZ-000035, and, Izzy,

8    if you could put that in the chat as exhibit six.

9    BY MR. GREENBLUM:

10        Q.      Take a minute to take a look at the

11   document, Ms. Baker.  Take your time.

12        A.      Okay.  I understand what the document

13   is.

14        Q.      Can you explain what exhibit six is?

15   ████    ██████████████████████

████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████

███████████  █████████████████████████

███████████████████  ███████████████

████████████████████████████████

██████

    ████    ██████████████████████

████████████████████████████████████

███████████████████████████████████

1     

9          Q.       Okay.

10                  MR. GREENBLUM:  Let's mark then the

11    agreement I think you're referring to, which is tab

12    V as in violet in your binder.

13                  That will be exhibit seven.  Izzy, if

14    you could put exhibit seven in the chat.

15                  (Whereupon, document MOZ-000081

16    through 000083, is received and marked as Exhibit 7

17    for Identification.)

18                  MR. GREENBLUM:  Exhibit seven for the

19    record is Bates labeled MOZ000081.

20                  I think the screen that is focused on

21    Ms. Baker appears frozen.  I don't know if others

22    are having the same issue.

23                  MR. HAFENBRACK:  Yes, I am.

24                  THE WITNESS:  Yes, it says

25    connecting.



USA vs
Google

W. Mitchell Baker
January 06, 2022

86

1    ████████████████████████████████████

  █      █    ███████████████████████

  █  ████████████████████████████████

  █  ██████

  █      █    ███████████████████████████

  █  ███████████████████████████████████

  █  ████

8         Q.       Okay.  Do you recall, Ms. Baker,

9    whether in 2020, Mozilla undertook another process

10   to decide what search engine to put in Firefox?

11        A.       Yes.

12              MR. HAFENBRACK:  Object to the form.

13              (Stenographer clarification.)

14              MR. ARTEAGA:  The answer was yes.

15        Q.       Ms. Baker, can you just for the

16   record answer the question?  Sorry.  I think the

17   court reporter didn't hear your answer.

18        A.       Could you say that question again?

19        Q.       Sure.

20              In 2020, did Mozilla undertake

21   another process to determine which search engine

22   should be the default in Firefox?

23        A.       Yes, we did.

24        Q.       If you take a look at the tab in your

25   binder marked as tab X as in Xavier, that will be

87

1    exhibit nine to the deposition.

2                    (Whereupon, document MOZ-LIT-030590

3    through 030610, is received and marked as Exhibit 9

4    for Identification.)

5                    MR. GREENBLUM:  Exhibit nine for the

6    record is Bates labeled MOZ-LIT-030590.

7         A.       Yeah, I looked at this exhibit.

8    BY MR. GREENBLUM:

9         Q.       Can you explain what exhibit nine is,

10   Ms. Baker?

11        A.       Exhibit nine is an amendment to the

12   sponsorship agreement signed in 2020, which extends

13   the term of the agreement, and it -- yeah.

14        Q.       Why did --

15        A.       It extend the term of the agreement

16   for some -- I think a year.

17        Q.       Ms. Baker, why did Mozilla extend the

18   term of its agreement with Google for Google to be

19   the default search engine in Firefox in 2020?

20        A.       Because the search experience that

21   Firefox users are receiving from Google when they

22   use Firefox is the search experience that we want.

23   The users continue to tell us that and we reached,

24   you know, an agreement that made sense with Google.

25        Q.       To your knowledge, Ms. Baker, is this

88

1  agreement still in force today?

2       A.      To my knowledge, yes.

3       Q.      Ms. Baker, did Mozilla recently

4  launch an innovation known as Firefox Suggest?

5       A.      Yes, Firefox Suggest is an

6  innovation, in fact, Firefox.

7       Q.      Can you explain what Firefox Suggest

8  is?

9       A.      Yes.  Firefox Suggest is a feature to

10  help users navigate without necessarily following

11  the same search model.  So, you know, earlier you

12  talked about, you know, users are trying to do

13  things -- two things.  You're navigating somewhere

14  or you're really searching to figure out where to

15  navigate or to find things.  And the default model

16  is through Google, and, you know, the search results

17  page, that's what people expect, and we tried to

18  innovate and search many times, but the Yahoo!

19  agreement was one effort.  We invested in another

20  search company called Clicks that was trying to

21  innovate.  Couldn't get users to want to use that

22  either.  There was a --

23              (Stenographer clarification.)

24       A.      Oh, okay.  I said we had earlier

25  invested in a search company for the Firefox OS.

89

1   That didn't work either.  But we continued to try to

2   innovate in helping people get where they want to go

3   as quickly as possible, and so Firefox Suggest uses

4   the search box, what we sometimes call the awesome

5   bar, to try to make suggestions to you to help you

6   get where you're going more quickly without

7   necessarily going back to Google.

8         Q.    Do you recall when Mozilla launched

9   Firefox Suggest?

10        A.       Recently.  2020.

11        Q.       Maybe we can mark a document here.

12               If you could take a look, Ms. Baker,

13   at the tab in your binder beginning with the letter

14   F as in frank.

15               MR. GREENBLUM:  That will be exhibit

16   10.

17               (Whereupon, document entitled Get

18   Where You're Going Faster, With Firefox Suggest,

19   September 15, 2021, is received and marked as

20   Exhibit 10 for Identification.)

21               MR. GREENBLUM:  For the record,

22   exhibit 10 is a printout of a Web page from

23   Mozilla's blog.

24        A.    Did I say 2020?  I'm lost here in the

25   pandemic.  Last year, last fall.

                                                                                                   90

 1   BY MR. GREENBLUM:

 2          Q.      So let me just ask the question

 3   again, Ms. Baker, and then we'll get to exhibit 10.

 4                  Do you recall the year in which

 5   Mozilla launched Firefox Suggest?

 6          A.      Yes, it was recently, 2021, like the

 7   fall of 2021.

 8          Q.      Understood.

 9                  So it was after entering into the

10   extension with Google in exhibit nine in 2020?

11          A.      Yes, it was.

12          Q.      I just want to depict, sort of

13   understand visually how Suggest works.  If you could

14   turn to the third page -- well, actually, let me

15   start with, Ms. Baker, what is exhibit 10.

16          A.      Exhibit 10 looks like a blog post,

17   and it's got the URL blog.Mozilla.org.  So there is

18   a Mozilla blog post describing Firefox Suggest.

19          Q.      And if you take a look at the third

20   page of exhibit 10, do you see the graphic at the

21   top of the page?

22          A.      Yes, I do.

23          Q.      Can you explain using the graphic how

24   Firefox Suggest works?

25          A.      Firefox Suggest -- as you type,

91

1   Firefox Suggest provides suggestions of what you

2   might be looking for and that allows you to go there

3   directly.

4          Q.      And what's the search engine that, in

5   the case of the query depicted on page three of

6   exhibit 10, Firefox would suggest the user use

7   instead of Google?

8          A.      I'm not quite sure I understand that

9   question.

10         Q.      Well, what search engine is Firefox

11  Suggest proposing to use instead of Google for the

12  query for Costa Rica?

13                 MR. HAFENBRACK:  Object.  Object.

14  Object to the form.

15         A.      Oh.  So again, there's Firefox

16  Suggest.  I mean, as I said, the goal is to help you

17  get where you're going faster.  Like there are a

18  large number of queries that are aimed at Wikipedia,

19  and you can also kind of intuit that because very

20  often if you do a general query and you get a Google

21  Search results page, often the top thing that's not

22  an ad is Wikipedia, you know, giving you some

23  information.  And so very often in the general

24  queries of data shows people looking to go to

25  Wikipedia, that one of the suggestions that we've

92

1   made is, Oh, if you're looking for Costa Rica, maybe

2   you're trying to get the kind of information that

3   Wikipedia provides, and so that's there as one of

4   the suggestions.

5           Q.      If you turn to page four --

6           A.      Could I maybe just add --

7           Q.      Sure.

8           A.      -- that, you know, this UI is also an

9   example of the ways we try to help people see search

10  engine providers and use them.

11          At the bottom it says "this time

12  search with," and it's right there.  So you can

13  search with Amazon or Bing or DuckDuckGo, you know,

14  whatever these are, and like you can search through

15  your own bookmarks if you want.  We want to help you

16  find -- you know, often people type in a URL to get

17  back to a file you've opened before, and so if

18  you've got, you know, stuff on your own computer,

19  we're trying to help you there.  So it says Firefox

20  Suggest at the top and that bottom set of options

21  for search is a much older, more basic Firefox

22  feature.

23          Q.      You're referring to the "this time

24  search with" feature?

25          A.      Yes.

93

1      Q.      If you'd turn to page four of exhibit

2   10, can you explain the different search engine that

3   Firefox Suggest proposes to the user in that query?

4      A.      In this example, Firefox Suggest asks

5   if you're interested in shopping for Van shoes on

6   eBay.

7              MR. HAFENBRACK:  I'll interpose an

8   objection after the fact to that one.

9              MR. GREENBLUM:  Okay.  Now is

10  actually a convenient stopping point for me to lunch

11  and I'll use the time to sort of organize myself for

12  the afternoon, so can we go off the record?

13             THE VIDEOGRAPHER:  All agree to go

14  off the record?

15             One moment.

16             The time is 11:50 a.m., and we're

17  going off the record.

18             (Whereupon, a recess is taken.)

19             THE VIDEOGRAPHER:  Stand by, please.

20             The time is 12:27 p.m., and we're

21  back on the record.

22  BY MR. GREENBLUM:

23      Q.      Welcome back, Ms. Baker.

24      A.      Thank you.

25      Q.      The next exhibit I'd like to show you

1        A.        Yes, I've done that.



1



102

1          ███████        ███████

2          Q.      Ms. Baker, did the Department of

3   Justice interview you before it brought this

4   lawsuit?

5          A.      Interviewed me personally?

6          Q.      Yes.

7          A.      No.

8          Q.      To your knowledge, Ms. Baker, did the

9   Department of Justice ever respond to the letter

10  that Mozilla sent in exhibit 11?

11         A.      This letter?

12         Q.      Yes.

13         A.      I don't know.

14                 MR. GREENBLUM:  I don't have any

15  further questions at this time, Ms. Baker.  I may

16  have some follow-up questions depending upon what my

17  colleagues for the plaintiffs ask you, but for now,

18  let me just thank you very much for your time.  And

19  pass the witness.

20                 MR. HAFENBRACK:  I'm happy to dive

21  right in unless you want to take five just for the

22  switchover, Ms. Baker.  Up to you.

23                 THE WITNESS:  We just had a break so

24  I'm content to --

25                 MR. HAFENBRACK:  Okay.

1

1    validated by our data so.

2          Q.      Okay.  Please flip to the next page

3    of slide 13 ending in Bates 2402.  And this slide

4    shows browser market share in the United States on

5    smart devices; correct?

6          A.      Yes.

7          Q.      And smart devices would include

8    smartphones and tablets; right?

9          A.      I'm not sure what's included in this

10   graph.

11         Q.      Smart devices would certainly include

12   smartphones; correct?

13         A.      That I would expect.

14         Q.      Yes.

15                 And do you see the lines for Chrome

16   and Internet Explorer on this chart, Ms. Baker?

17         A.      Yes.

18         Q.      And combined they have a market share

19   of greater than 95 percent on mobile; correct?

20         A.      I would have to add that.  I don't

21   know.  As whatever this chart shows, but --

22         Q.      In your experience, is it accurate

23   that Chrome and Internet Explorer -- I'm sorry,

24   Chrome and Safari have a -- strike that.

25                 MR. HAFENBRACK:  I might have

134

1    inadvertently said Internet Explorer in the prior

2    question.  I meant Chrome and Safari, which I think

3    the witness understood.

4           Q.      Let me ask a better question.

5           A.      Yeah, I don't have any data -- like I

6    don't have data on Chrome and Safari usage on

7    mobile.  We have data on Firefox usage, so that's

8    what StatCounter says, but --

9           Q.      What is -- what is Firefox's market

10   share among browsers on mobile?

11          A.      Very, very small, but for some of the

12   reasons that I described.  It's very difficult to

13   compete in these, you know, highly integrated

14   systems where the device manufacturer provides the

15   full stack on top.  So I don't know what this number

16   is here, but, you know, if it's actually -- if it's

17   totally accurate in 2019, or if we would have agreed

18   with the methodology in 2019, but the point that

19   Firefox market share on mobile browsers is small is

20   correct.

21          Q.      Is Firefox's market share on mobile

22   browsers less than 1 percent?

23          A.      I don't know.

24          Q.      Okay.  And Firefox has an app that --

25   a browser app that is available for download on both

                                                                           135

 1    Apple and Google phones; correct?

 2         A.      Yes.

 3         Q.      And the availability of those apps

 4    have not helped Firefox grow its market share on

 5    mobile; correct?

 6                 MR. GREENBLUM:  Objection to the

 7    form.

 8         A.      I -- well, our mobile usage is

 9    growing today, like says 2019.  So I'd say the

10    browser apps on a mobile phone are absolutely

11    necessary and do help in our usage on mobile phones,

12    and having an aftermarket app that people have to

13    find and install and you have to struggle if you can

14    make them your default and find them is exceedingly

15    difficult for us.  It's only recently you can even

16    set Firefox as a default on iOS, and even when you

17    can, you know, you get all the logos of Apple and

18    Google and this funky little default browser at the

19    bottom.  It shocks me every time, and I'm like, Oh,

20    yeah, that's where Firefox is.  So we need the apps.

21    Others you've got zero and yet even with the apps,

22    it's a hard competitive setting.

23         Q.      Thank you.

24                 Is it accurate today that Mozilla

25    Firefox's market share is 10 times higher on desktop

136

1    than it is on mobile?

2         A.      You know, the exact -- like the

3    numbers in the calculation, I'm not trying to be

4    difficult, I just -- I -- I -- I can't give you yes

5    or no to those numbers.  Is it 10 times higher?  You

6    know, I don't know how to make those calculations.

7    StatCounter shows that.  Maybe in our data of our

8    usage, you know, those numbers are there, but kind

9    of off the top of my head, I can't be yes or no on

10   that kind of question.

11        Q.      Okay.  Ms. Baker, is it correct that

12   Firefox is not typically the preset default browser

13   on either desktop computers or mobile phones in the

14   United States?

15        A.      Yes, it is.

16        Q.      And are customers more willing in the

17   desktop computer setting to switch away from the

18   default browser and to instead use Firefox?

19               MR. GREENBLUM:  Objection to the

20   form.

21        A.      I'm not quite sure how to answer

22   that.  I mean, like the data -- I don't know.  Like

23   clearly more people have made that shift on desktop

24   historically than have made it on mobile, but that's

25   all I really know on that.

137

```
1          Q.      Are defaults stickier on mobile than

2    they are on desktop?

3                  MR. GREENBLUM:  Objection to the

4    form.

5          A.      I don't know.

6          Q.      Okay.

7          A.      I don't know.  I don't know.

8          Q.      Let's flip to the next page, please,

9    slide 14 ending in Bates 2403.  This one -- this

10   slide is entitled:  Browser distribution channels.

11                 Do you see that, Ms. Baker?

12         A.      Yes, I do.

13         Q.      And on the left there it says:

14   Preloaded OS bundled, preloading conditions placed

15   on OEMs by Microsoft and Google.

16                 Do you see that?

17         A.      Yes, I do.

18         Q.      And this is referring to mobile in

19   particular, right, with respect to Google?

20                 MR. GREENBLUM:  Objection to the

21   form.

22         A.      Well, certainly with respect to

23   Google, yes.

24         Q.      Okay.

25         A.      I guess it could be Chrome, could be
```

138

1   Chromebooks.  I'm not sure, but -- it could be

2   mobile and Chromebooks.  I can't tell from this.

3        Q.      And do the preloading restrictions

4   that are placed by Google on phone manufacturers

5   impede Firefox's ability to compete and innovate?

6                MR. GREENBLUM:  Objection to the

7   form.

8        A.      We have struggled with -- we have

9   struggled to be able to work with OEMs.  So I'm not

10  deep enough to know the details of exactly what are

11  the problems that the OEMs find, but the discussions

12  that we've had about including Firefox with OEMs run

13  up to barriers and were not very often successful in

14  getting past that.

15       Q.      And, by the way, OEMs refers to

16  equipment manufacturers?

17       A.      Yes, device manufacturers, yes.

18       Q.      And in the case of smartphones, those

19  would be phone manufacturers; right?

20       A.      Yes.

21       Q.      Have phone manufacturers told Mozilla

22  that they can't work with you with respect to

23  Firefox because of their contracts with Google?

24               MR. GREENBLUM:  Objection to the

25  form.

139

1        A.     I don't know the specifics

2   personally, so I know -- I know that we've had a

3   hard time and it's been difficult, but the specific

4   question you asked, I don't know.

5        Q.     To your knowledge, what are the

6   preloaded conditions that Google imposes on phone

7   manufacturers?

8              MR. GREENBLUM:  Objection to the

9   form.

10       A.     I don't have that specific knowledge

11  to come back into the management of the

12  organization, but it hasn't been a piece that I've

13  explored in detail.

14       Q.     Is Firefox preloaded on any Android

15  phone?

16       A.     I don't know.

17       Q.     Is Firefox preloaded on the Apple

18  iPhone?

19       A.     I don't think so.

20       Q.     Is it fair to say that merely having

21  an app in an app store is not an effective means to

22  gain distribution on mobile phones for a browser,

23  Ms. Baker?

24              MR. GREENBLUM:  Objection to the

25  form.

USA vs                                                    W. Mitchell Baker
Google                                                    January 06, 2022

140

1          A.       I say merely having an app in the app

2    store is a very difficult way to compete with the

3    preloaded defaults.

4          Q.       And why is that?

5          A.       Because each person who gets that

6    phone has to make a conscious decision and go

7    through a lot of work to get your product.  Find the

8    app, get it, download it, install it, and then very

9    often the operating systems continue to make it

10   difficult for that user to actually enjoy the

11   default that they've set.  So often there is another

12   app and it's got links in it.  So you're in some

13   other app with a link and you click on that link.

14   What happens?  Well, behind the scenes, you know,

15   there is something where that app connects and

16   connects to the OS and says, Hey, I have something a

17   browser should open, what should I do with it?

18               And if the OS sets it -- sends it to

19   the factory default, then even though I've selected

20   Firefox as my browser, when I click on that link, I

21   don't get Firefox.  I'm back in the other browser,

22   and so it's just -- it's very hard, you know, when

23   people are trying to choose you as a product to be

24   able to access them and for them to access us.

25         Q.       Can we go back to an earlier

1    question, Ms. Baker?  As you sit here today, is it

2    your testimony that you don't know whether Google

3    makes it difficult for Firefox to be preloaded on

4    Android phones?

5                    MR. ARTEAGA:  Objection.

6                    MR. GREENBLUM:  Objection to the

7    form.

8         A.     My testimony was -- let me say.  My

9    testimony is I understand it is difficult to do

10   distribution deals with OEMs for an Android device

11   and that they struggle to be able to make those

12   deals work for us.

13                   Specifics beyond that, I don't know.

14        Q.     Has anyone at Mozilla told you about

15   the reason why -- the reason or reasons why Mozilla

16   struggles to strike preloading deals with Android

17   phones?

18                   MR. GREENBLUM:  Objection to the

19   form.

20        A.     Not in detail in many years.

21        Q.     Have you ever had --

22        A.     I've been in this role like since the

23   middle of the pandemic and our layoffs and our

24   restructuring and our people aren't here and trying

25   to ship a product and all of these things, so that

184



1   scope and scale, but I'm not intimately familiar

2   with it.

3

11                   MR. GREENBLUM:   Objection to the

12  form.  It lacks foundation.

13

185

1    ███                 ████████████████████████

██  ██████████████   ████████████████████████████

██  ██████████████████████████████████████████████

██  ██████████████████████████████████████████████

██  █████████████████

6         Q.         Okay.  You can put that document

7    aside, Ms. Baker.

8                     Mozilla charges money for the

9    default -- for a search engine to occupy the default

10   position on the Firefox browser; right?

11                    MR. GREENBLUM:  Objection to the

12   form.

13        A.         We share the revenue.  So there is a

14   revenue component.

15        Q.         Do you recall how much Google paid

16   Mozilla in 2020 for the Firefox default?

17                    MR. GREENBLUM:  Objection to the

18   form.

19        A.         In 2020, Google paid us a percentage

20   as the revenue share, so not a flat amount for the

21   default piece.  I can say I don't remember that

22   percentage exactly, and then the total revenue

23   number is in our documents somewhere.

24        Q.         Is it more than ███████████?

25        A.         2020.  2020.  That sounds high to me.

186

```
 1         Q.        Would it surprise you if --

 2         A.        I'm sorry, I'm talking to myself.

 3   I'm sorry.  I think we just published our 2020

 4   financials, so -- anyway, off the top of my head, I

 5   don't know the Google number for 2020.

 6         Q.        But fair to say that Google pays

 7   Mozilla ███████████████████████ a year for

 8   the Firefox default; right?

 9                   MR. ARTEAGA:  Objection to the form.

10                   MR. GREENBLUM:  Objection to the

11   form.

12         A.        The revenue share, you know, the

13   amount of revenue that Firefox users generate that

14   Google pays to us is in the █████████████████████

     ██  ████████, yes, yeah.

16         Q.        Why is the Firefox default position

17   worth ████████████████████████?

18                   MR. GREENBLUM:  Objection to the

19   form.

20         A.        Well, the calculation of it comes

21   from the revenue share, and so, you know, there is a

22   percentage of a revenue share, and then there is the

23   number of search queries, and the amount of revenue

24   that that generates for Google.

25         Q.        Ms. Baker, you testified earlier the
```

223

1          Q.          If you'd look at slide -- the pages

2    that end in Bates 712 and 713, they've got financial

3    figures for the Google offer?

4          A.          Yes, I see that.

5          Q.          And if you look on both of those

6    pages, even the best case scenario for the -- for

7    revenue from Google via the Google revenue share are

8    ████████████████████████████████████████████████

     █ ████████████████████████████████

10         A.          Best case, yes.

11         Q.          I'll direct your attention to slide

12   10, which is entitled:  Strategic considerations.

13   It's the page that ends in Bates 719?

14         A.          Yes, I see that slide.

15         Q.          And under Google, the strategic

16   consideration is ████████████████████████████?

17         A.          I see that.

18         Q.          Do you recall that in 2014, Google

19   had ██████████████████████████████████

     █ ████████████████████████████████████████

     █ ████████████

22                MR. GREENBLUM:  Objection to the

23   form.  Foundation.

24         A.          I recall something more narrow, and I

25   recall that in the discussion with Google, ████████



225



13        Q.       And for search engines, independent

14   search engines trying to compete with Google,

15   significant distribution opportunities are few and

16   far between; aren't they?

17                 MR. ARTEAGA:   Objection to the form.

18                 MR. GREENBLUM:   Objection to the

19   form.

20        A.       Let's see.   You know, when it

21   existed, I did not think of Yahoo! I guess -- as

22   parts of Yahoo! as being independent, because they

23   too were trying to have a user, keep a user, get

24   that user to use all their products, you know, all

25   of those things, so -- but distribution is a

226

1  challenge of the industry, and that's true to

2  providers, and it's true for us too.  We actually

3  thought what's going to be the best chance.

4         Q.     I'm sorry.  You thought what was

5  going to be the best chance?

6         A.     We thought that the combination of

7  Yahoo! and its abilities and the browser was our

8  best chance to do something new and different.

9         Q.     And it didn't work; right?

10         A.     That's right.  It didn't work.

11         Q.     Can you identify any significant

12  distribution opportunities that competing search

13  engines to Google have gotten in the United States

14  since the Mozilla/Yahoo! deal?

15                MR. GREENBLUM:  Objection to the

16  form.

17                MR. ARTEAGA:  Objection to the form.

18  Foundation.

19         A.     Microsoft has a massive distribution

20  channel.  Everyone knows the computer.

21                CERTIFIED STENOGRAPHER:  Everyone

22  knows the computer?

23         A.     -- you know, as anyone, and then I'm

24  not actually sure.  Many applications can have

25  search and, you know, decide to add search, so I'm

USA vs
Google

W. Mitchell Baker
January 06, 2022

230



231

1

1  ████████████████████████████████████████████████

██  ████████████████████████████████████████████████

██  ████████████████████████████████████████████████

██  ████████████████████████████████████████████

██  ██████████████████████████████

6        Q.      And Google serves that kind of

7  targeted advertising; doesn't it?

8                MR. GREENBLUM:  Objection to the

9  form.

10       A.      Yes, it does.

11       Q.      I'm sorry.  I'm not sure we caught

12  your answer -- you said, yes, it does?

13       A.      Yes, it does.

14       Q.      Are you satisfied with how

15  Google -- strike that.

16                Are you satisfied with the online

17  tracking practices of Google as they are today?

18                MR. GREENBLUM:  Objection to the

19  form.

20       A.      Well, we've been pioneering different

21  practices.  So tracking protection, you know, the

22  range of things.  So we find our vision for the

23  internet doesn't -- you know, the perfect vision for

24  the internet is not perfected, you know, currently

25  so we think about this topic.

Case 1:20-cv-03010-APM   Document 548-16   Filed 03/13/23   Page 84 of 99

USA vs
Google

W. Mitchell Baker
January 06, 2022

233

1      Q.      Google doesn't subscribe to Mozilla's

2   privacy stance; does it?

3              MR. GREENBLUM:  Objection to the form

4   and lacks foundation.

5      A.      Google has its own views on privacy

6   and ours are different.

7      Q.      Okay.

8      A.       In some ways, I understand it, like

9   Google trusts Google.  Lots of people trust

10   themselves, and so some of it I understand, and

11   Google doesn't do the things with data that Facebook

12   does.

13              If you look at the data practices,

14   Google is wildly better, like a different universe,

15   than Facebook.  And so they trust themselves.  Makes

16   sense.  But I'm not Google, so I don't have that

17   reaction, and so to me some of these differences,

18   you know, come down to that, and so I don't always

19   blame them that they trust themselves.  You know,

20   they can be fine, upstanding people all trying to do

21   the right thing and trust themselves, and I

22   acknowledge that, but I'm not them, so we don't

23   trust them the same way and so we advocate them all.

24   ██        ████████████████████████████

██  ████████████████████████████████████

267

1   first included on the secondary search list?

2          A.     Amazon has been there a long time,

3   but I can't say when that started.

4          Q.     Was it since before 2010?

5          A.     It might have been.  It just seems

6   like forever to me, but I don't know what forever

7   translates to.

8          Q.     Do you know the percentage of Firefox

9   users in the United States that have gone into the

10  settings tab and switched their default search

11  engine to Amazon?

12         A.     No, I don't.

13         Q.     Is it a very low percentage?

14                MR. ARTEAGA:  Objection.

15         A.     I don't know.

16         Q.     Does Mozilla -- strike that.

17                Why -- is it correct that Facebook is

18  not offered on the secondary search list in Firefox?

19         A.     I don't know what it's going to

20  offer.

21         Q.     You --

22         A.     I don't understand when you search --

23  I don't --

24         Q.     So Twitter is --

25         A.     What would you search for?

268

1          Q.      Ms. Baker, Twitter is one of the

2    options in the secondary search list; right?

3          A.      Yes.

4          Q.      Why is Twitter offered, but Facebook

5    is not?

6          A.      I don't know.

7          Q.      Okay.  Has -- when you conduct a

8    search in Firefox -- strike that.

9                  Who made the decision not to include

10   Facebook in the secondary search list?

11                 MR. GREENBLUM:  Objection to the

12   form.

13         A.      I don't know.

14         Q.      Okay.  You were discussing earlier,

15   Ms. Baker, that when you conduct a search in

16   Firefox, buttons appear on the bottom of the screen

17   and you can select alternative search providers for

18   individual search.  Do you recall that?

19         A.      Yes.  When you type into the awesome

20   bar.

21         Q.      And if you select from the awesome

22   bar one of the other search providers, say Amazon,

23   it applies Amazon to that particular search;

24   correct?

25         A.      Yes.

269

1          Q.      It doesn't reset the default to

2    Amazon; right?

3          A.      That's right.

4          Q.      To reset the default in Amazon, you

5    have to go into the settings tab; right?

6                  MR. GREENBLUM:  Objection to the

7    form.

8          A.      Or the menu something, yes.

9          Q.      Okay.

10         A.      It --

11         Q.      Does Mozilla's agreement with Google

12   impose any limitations on secondary search options?

13                 MR. ARTEAGA:  Objection to the form.

14         A.      I don't think so.

15         Q.      Does Mozilla keep any data on how

16   often users conduct an individual search with one of

17   the other search providers in the awesome bar or the

18   tabs in the Firefox user interface?

19         A.      I don't know.

20         Q.      Is Mozilla currently conducting an

21   experiment to switch the default for a certain

22   number of users, test users, from Google to Bing?

23                 MR. GREENBLUM:  Objection to the

24   form.

25         A.      We're conducting an experiment about



```
1    user experience with Bing.
2         Q.     And what does Mozilla hope to learn
3    from that experience -- I'm sorry, strike that.
4                What does Mozilla hope to learn from
5    that experiment?
6         A.     User responses to Bing.
```

271



272



15       Q.       Ms. Baker, when you were discussing

16   the full search stack in the back-end, is it correct

17   that Bing and Google are the only search engines in

18   the United States that crawl and index the web?

19       A.       I don't know the answer to that.

20   Search engines that do that efficiently and stay on

21   the -- at the scope and efficiency and scale of a

22   consumer product.   Those are the two options.

23

1

can't quite tell from my photocopy which line is which.

Q. Uh-huh.

A. The EU total has to be the top one.

Q. Uh-huh. Yes, I believe that's right. There is a color version of this that shows that more clearly.

MR. GREENBLUM: Objection to the form.

A. Yes, it's something from the app store, but I can't tell from this document what came from the app store.

Q. Do you have a recollection that there was an increase in Firefox installs in the EU following the browser choice screen on Android?

MR. GREENBLUM: Objection to the form.

A. I do not have a recollection personally of that.

Q. Okay. Do you know if the browser choice screen is still in effect today?

A. I don't know. I don't know. My overall impression -- again, I wasn't in the management team at this point. My impression was that it didn't make much difference, the overall

300

1  impressions conversion rate.

2        Q.      Ms. Baker, has Mozilla ever

3  considered offering a search engine choice screen to

4  users when they first download the Firefox browser?

5                MR. GREENBLUM:  Objection to the

6  form.

7        A.      We -- we consider the user experience

8  and -- is this -- I don't know.  And like the law of

9  physics in software cases that people say they want

10  choice, but they don't want to quick and make

11  decisions, and so you can see like there is research

12  among lots of places.  The more -- the longer it

13  takes people to get to what they want to do, the

14  more dropoff there is, and our experience is that,

15  you know, people like opening up the browser and

16  being able to do what they want to do.  So, yeah, we

17  thought about it from the very early days and

18  decided that the best consumer experience was to

19  have the default, the thing that people who don't

20  want to think about search engines expect, and then

21  to make it very easy after that.

22        Q.      Do you know if search engines would

23  pay for a position on a choice screen?

24                MR. GREENBLUM:  Objection to the

25  form.  Foundation.

301

1         A.      I don't know.

2         Q.      Okay.

3                 MR. HAFENBRACK:  I appreciate your

4    time, Ms. Baker.  I'll pass the witness to my

5    colleagues with the state plaintiffs.

6                 THE WITNESS:  Can we take a break?

7    Yeah, I'd like to stand up and stretch a little bit.

8                 MR. CALL:  How much time is left?

9                 THE VIDEOGRAPHER:  Do you want to go

10   off the record?

11                One moment.

12                The time is 6:24 p.m., and we're

13   going off the record.

14                (Whereupon, a recess is taken.)

15                THE VIDEOGRAPHER:  Stand by, please.

16                The time is 6:37 p.m.  We're back on

17   the record.

18

19   EXAMINATION BY MR. ANDERSON:

20   BY MR. ANDERSON:

21        Q.      Ms. Baker, I'm Kevin Anderson

22   representing the multistate plaintiffs.  Good to see

23   you.  Thank you for your time.  As others have said,

24   I guess it's getting late on the west coast as well.

25   So I'm just going to jump right in.

DocuSign Envelope ID: BE8E786F-9BD7-4064-9589-A3762D32AB8C

## ERRATA SHEET

Notice and Cross-Notice Dates: November 12, 2021; November 19, 2021

Deposition Date: January 6, 2022

Deponent: W. Mitchell Baker

Case Names: *United States et al. v. Google LLC*, 1:20-cv-03010-APM; *Colorado et al. v. Google LLC*, 1:20-cv-03715-APM

| **Page** | **Line** | **Now Reads** | **Should Read** | **Reason** |
|---|---|---|---|---|
| 18 | 1 | "and am a part of that since" | "and have been a part of that since" | Transcription error |
| 18 | 5 | "and also property" | "and intellectual property" | Transcription error |
| 22 | 1 | "is being public benefit" | "is promoting public benefit" | Transcription error |
| 22 | 6 | "have corporation as one shareholder" | "have a corporation as one shareholder" | Transcription error |
| 24 | 8 | "end of lifed" | "end-of-lifed" | Transcription error |
| 24 | 13 | "have VPN product" | "have a VPN product" | Transcription error |
| 24 | 14 | "new product called Rulay" | "a new product called Relay" | Transcription error |
| 24 | 23 | "you know, Meta versus a phrase" | "you know, Metaverse, a phrase" | Transcription error |
| 24 | 24 | "but we don't want this reality and all" | "but we don't want virtual reality and all" | Transcription error |
| 26 | 13 | "browsers are exceedingly complex piece of software" | "browsers are an exceedingly complex piece of software" | Transcription error |
| 27 | 22-23 | "the deep technical mouse you never" | "the deep technical work you never" | Transcription error |

DocuSign Envelope ID: BE8E786F-9BD7-4064-9589-A3762D32AB8C

| 36-37 | 25-1 | "provide Web live browser usage" | "provide Web-wide browser usage" | Transcription error |
|---|---|---|---|---|
| 37 | 17-18 | "We ship now Apple" | "We now ship on Apple" | Transcription error |
| 40 | 1 | "sponsor's tiles" | "sponsored tiles" | Transcription error |
| 40 | 9 | "sponsor's tiles" | "sponsored tiles" | Transcription error |
| 40 | 13 | "sponsor's tiles" | "sponsored tiles" | Transcription error |
| 42 | 10 | "the business modeled of the Web today" | "the business model of the Web today" | Transcription error |
| 43 | 2-3 | "We have revenue sharing agreements" | "We had revenue sharing agreements" | Transcription error |
| 43 | 22 | "2014 starting" | "staring in 2014" | Transcription error |
| 44 | 19-20 | "percentage you constituted by the Google revenue share today" | "percentage you estimate for the Google revenue share today" | Transcription error |
| 47 | 16 | "UR" | "UI" | Transcription error |
| 49 | 6 | "the other search engines are there" | "the other search engines that are there" | Transcription error |
| 49 | 14 | "the 2004 was our first deal" | "the 2004 deal was our first deal" | Transcription error |
| 53 | 17 | "but then we were" | "but back then we were" | Transcription error |
| 54 | 11 | "even odder today" | "even odder then" | Transcription error |
| 57 | 24-25 | "you know, the management team" | "you know, on the management team" | Transcription error |
| 62 | 8 | "And which happen search engine" | "And which search engine was it" | Transcription error |

| 87 | 15 | "It extend the term" | "It extended the term" | Transcription error |
|---|---|---|---|---|
| 88 | 20 | "Clicks" | "Cliqz" | Transcription error |
| 96 | 23 | "when Google isn't default" | "when Google isn't the default" | Transcription error |
| 97 | 6 | "thwart consumers to use Firefox" | "thwart consumers who want to use Firefox" | Transcription error |
| 103 | 2 | "make the statement" | "make a statement" | Transcription error |
| 103 | 6 | "ads a Sherman Act" | "adds a Sherman Act" | Transcription error |
| 108 | 24-25 | "on the mobile phone world" | "in the mobile phone world" | Transcription error |
| 109 | 13 | "when various artist pieces" | "when the challenge" | Transcription error |
| 115 | 1-2 | "subsidiary that just is to make money" | "subsidiary that is there just to make money" | Transcription error |
| 126 | 13 | "one search engine than Firefox" | "one search engine in Firefox" | Transcription error |
| 126 | 13-14 | "it is not" | "it was not" | Transcription error |
| 135 | 21 | "Others you've got zero" | "Otherwise you've got zero" | Transcription error |
| 139 | 11-12 | "specific knowledge to come back" | "specific knowledge since I've come back" | Transcription error |
| 139 | 12 | ", but it hasn't been" | ". It hasn't been" | Transcription error |
| 141 | 25 | "so that" | "so the" | Transcription error |
| 144 | 17 | "I gave on CNBC" | "you gave on CNBC" | Transcription error |

| 146 | 3 | "companies" | "company" | Transcription error |
|-----|-----|-----|-----|-----|
| 158 | 3 | "to keep with" | "to keep up with" | Transcription error |
| 164 | 11 | "shows traded in September 2014" | "shows it was created in September 2014" | Transcription error |
| 169 | 18 | "don't beyond what it says here" | "don't know beyond what it says here" | Transcription error |
| 203 | 2-3 | "so much board role" | "so a board role" | Transcription error |
| 205 | 6 | "Yes, what this says" | "Yes, that is what this says" | Transcription error |
| 210 | 4 | "still need the default" | "still be the default" | Transcription error |
| 245 | 8 | "to have not be the default" | "to have Google not be the default" | Transcription error |
| 246 | 18 | "as a third-party OEM" | "if a third-party OEM" | Transcription error |
| 274 | 5-6 | "our manifest, so privacy and security" | "our manifesto, so privacy and security" | Transcription error |
| 274 | 17 | "you know, consumer is always" | "you know, a consumer is always" | Transcription error |
| 284 | 11-12 | "Our campaign were Google and tracking were public" | "Our campaign about Google and tracking were public" | Transcription error |
| 298 | 12 | "games in EU" | "gains in EU" | Transcription error |
| 300 | 10 | "they don't want to quick and make decisions" | "they don't want to think and make decisions" | Transcription error |
| 303 | 6 | "policies" | "policy" | Transcription error |

| 306 | 16 | "more competition search is good too" | "more competition in search is good too" | Transcription error |
| 312 | 22 | "grounder" | "grander" | Transcription error |



W. Mitchell Baker

February 11, 2022 | 12:39 PM PST