# Pls. Ex. 61

```
1                    UNITED STATES DISTRICT COURT

2                        DISTRICT OF COLUMBIA

3    ---------------------------------------x

4    UNITED STATES OF AMERICA,

5                              Plaintiff,

6         -against-                      Civil Action No.

7    GOOGLE LLC,                         1:20-cv-03010-APM

8                              Defendant.

9    ***CAPTION CONTINUED***

10   ---------------------------------------x

11

12

13

14            VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                    ERIC V. CHRISTENSEN
15             Tuesday, December 21, 2021
                   9:07 a.m. - 6:08 p.m.
16        Reported Remotely through Videoconference

17

18

19

20

21

22             Reported stenographically by:
              Richard Germosen, CA CSR No. 14391
23       RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
            NCRA/NJ/NY/CA Certified Realtime Reporter
24          NCRA Realtime Systems Administrator
                   Job No. 2021-822754
25
```

```
                                                        2
 1   ---------------------------------------x
 2   ***CAPTION CONTINUED***
 3   STATE OF COLORADO, et al.,
 4                          Plaintiff,
 5        -against-                    Civil Action No.
 6   GOOGLE, LLC,                      1:20-cv-03715-APM
 7                          Defendant.
 8   ---------------------------------------x
 9        VIDEOTAPED TELECONFERENCED STENOGRAPHIC
10   DEPOSITION of ERIC V. CHRISTENSEN, taken in the
11   above-entitled matter before RICHARD GERMOSEN, Certified
12   Court Reporter, (License No. 30XI00184700), Certified
13   Realtime Court Reporter-NJ, (License No. 30XR00016800),
14   California Certified Shorthand Reporter, (License No.
15   14391), NCRA/NY/CA Certified Realtime Reporter, NCRA
16   Registered Diplomate Reporter, New York Association
17   Certified Reporter, NCRA Realtime Systems Administrator,
18   taken via remote video teleconference on Tuesday,
19   December 21, 2021, commencing at 9:07 a.m.
20
21
22
23
24
25
```

19

1    someone coughed.  I couldn't hear your question.

2                   MR. SCHMIDTLEIN:  Sure.

3         Q.       Are all of the Motorola mobile

4    devices sold in the United States today Android

5    compatible devices?

6         A.       Yes, they are.

7         Q.       Has Motorola ever sold a mobile

8    device in the United States that was based on an

9    operating system other than Android?

10        A.       Yes, we have.

11        Q.       Okay.  And can you describe for me

12   those mobile phones?

13        A.       So I have a clarifying question here.

14   Are you talking about any mobile phone or are you

15   talking about what I would call a smartphone or what

16   most people would call a smartphone?

17        Q.       Why don't we start with the

18   presmartphone era, and if you give me a high level

19   sort of description about Motorola's activities

20   there, and then I'll ask the narrower smartphone

21   question?

22        A.       Okay.  Presmartphone era we -- there

23   was no essentially a single OS.  You know, we had

24   our own proprietary OS for many years.  Those were

25   referred to as feature phones, flip phones, etc.

20

1   People of a certain age might remember some of them

2   back before there was all the 2G, 3G, 4G, etc.  In

3   any case, the -- following that feature phone era,

4   there were beginnings of OS activities, which I

5   would describe as -- BREW is an example of a -- an

6   OS, probably not the same that you would just

7   compare it to Android, but BREW is developed by

8   Qualcomm, allowed certain apps to run, third-party

9   apps, and then there are others following that.

10          Q.      And aside from its own proprietary

11   OS, did Motorola in this presmartphone era license

12   OSs from any third-party to incorporate onto any

13   mobile devices?

14          A.      Can you clarify the time frame?  You

15   said prior to smartphones?

16          Q.      Yeah, presmartphone.

17          A.      Presmartphone, I don't believe we

18   licensed anyone else's.  It was -- it was primarily

19   a scenario where Motorola created the -- all the

20   software structure, and there was not much of an

21   open system back then.

22          Q.      Okay.  Now, starting with the

23   smartphone era, has Motorola licensed for use in

24   manufacturing smartphones any operating system other

25   than Android?

21

1       A.      Yes.

2       Q.      And can you describe for me which OSs

3 Motorola licensed?

4       A.      I can describe the OSs that we had

5 deployed.  I'm not certain about the license

6 situation with some of them.  So I would like to

7 qualify my statement about it's not really clear to

8 me to what extent we licensed all of them.

9            So one as an example is Symbian,

10 which I believe may have shipped maybe one or two

11 devices in North America.  Another example is

12 Windows Mobile for Microsoft.  Another example is

13 Linux Java, which I don't believe was licensed.

14 That was more of an internally developed operating

15 system.  I mentioned Qualcomm's BREW and, of course,

16 Android.



22

16    Q.    And do you recall when Motorola --

17  roughly when Motorola made a decision to focus its

18  development efforts on Android?

19    A.    We started our Android activities in

20  about 2009, I believe, but I don't think we

21  transitioned fully until roughly 2012 to 2013, in

22  that time frame.

2          Q.        And why did -- to the extent you

3    know, why did Motorola use Android over the other

4    operating systems that Motorola had worked with for

5    doing smartphones going forward?

6          A.        So there were a number of factors.

7    It wasn't all about Android.  It was also about the

8    others.  The others had their own sets of challenges

9    and advantages and disadvantages.  For example,

10   Symbian, we were -- part of that consortium, it was

11   driven significantly by Nokia.  At the time it

12   struggled with success or momentum in the United

13   States.  So because of that challenge, we rejected

14   Symbian.

15              Windows Mobile from Microsoft was

16   quite capable at the time.  Mostly focused on what I

17   would call more business-oriented consumers and

18   customers.  It had a number of capabilities for

19   third-party apps to support such an ecosystem,

20   however, it was fairly expensive to license from

21   Microsoft.

22              Linux Java was inexpensive from a

23   licensing point of view, but very expensive from a

24   development point of view.  Essentially, we had to

25   create the structure and the operating system

24

1    ourselves using, you know, a fair amount of open

2    source software.  However, it required a significant

3    investment in the overall app, application,

4    ecosystem.

5              And Android solved a lot of those

6    problems.  It was -- if we licensed, it was a -- a

7    rapidly developing app ecosystem and generally

8    allowed us to consolidate our investment and not be

9    spread so thin with all the other OSs.



25

24        Q.        Does Motorola also sell mobile phones

25    outside the U.S.?



26

1    A.    We do.

12    Q.    How would you describe competition
13   among mobile device manufacturers in the United
14   States?
15    A.    It is extremely competitive market.
16   It's extremely difficult to bring competitive
17   products to market at price points that consumers
18   expect while still being profitable.

38

████████████████████████████████████████

██████████████████████████████

```
3        Q.      To your knowledge, is Android today

4   covered by an Android compatibility commitment

5   document with Google?

6                MS. O'CONNOR:  Objection.  Form.  I

7   think there might have been a misstatement in the

8   question.

9        A.      Could you repeat the question?

10       Q.      Sure.

11               Is there an operative -- well, strike

12  that.

13               Are you familiar with something

14  called an anti-fragmentation agreement?

15       A.      I am.

16       Q.      And what is an anti-fragmentation

17  agreement?

18       A.      To summarize my interpretation of an

19  anti-fragmentation agreement, it is similar to the

20  ACC in that there is an expectation that it would

21  not allow forking as from standard Android.
```

███    ███    ███████████████████████

███████████████████████████████████████

███████████████

███    ███    ███████████████████████



24        Q.      Okay.  Any other examples?



40

25        Q.      Okay.  Are you familiar with

41

1    something called a mobile applications distribution

2    agreement or MADA?

3         A.      Yes.

4         Q.      And what is a MADA in connection with

5    Motorola's relationship with Google?

6         A.      The best way I could describe the

7    MADA is that it is essentially the license agreement

8    that gives us permission to install on our

9    smartphones Google Mobile Services applications,

10   referred to as GMS apps.  Those are commonly known

11   as examples of which are Gmail or are YouTube,

12   Google Drive, the Play Store, etc.

13        Q.      And how long has -- well, strike

14   that.

█    ████████████████████████████████████

█    ███████████████████████████████

█    █████  ████  █████████████████  ████████

█    ███████████████████████  █████████

█    ██████████████████████████████████████

█    █████████████████████████

21        Q.      Does Motorola today have a MADA in

22   effect with Google?

23        A.      Yes, we do.

24                (Whereupon, document

25   MOTO-CID-00000247 through 00000270, is received and

44

1    that's in place today, ████████████████████

     ██████████████████████████████████

     ████████████████

     ███        ██████

     ███        █████████████████████

     ████████████████████████████████

     █████████████████████████████████

     █████████████████████████

     ███        ████████████████████████████

     ████████████████████████████████████

     █████████████████████████

12          Q.      Okay.  Are you familiar with

13    something called the Google Search widget?

14          A.      I am.

15          Q.      What is that?

16          A.      Google Search widget is a -- a widget

17    is a portion of an application in Android.  It

18    allows for a smaller version of the app to be run on

19    the home screen, and in the case of Google Search,

20    the search widget looks like a search bar that would

21    be a recognizable product to most consumers who have

22    used Google Search, and it sits on the home screen

23    typically.

24          Q.      And is the placement of the Google

25    Search widget on the home screen one of the

45

1    provisions in the MADA agreement between Google and

2    Motorola?

3         A.      So I don't recall if the MADA

4    specifically says where it should be placed.   I

5    would have to look more carefully.

6         Q.      Do you have an understanding that

7    Motorola's Android mobile phones all ship with the

8    Google Search widget on the default home screen?

9         A.      Yes, we currently deploy all of our

10   devices with the search widget on the default home

11   screen.

12

46



22        Q.        And do you recall that, in fact,

23  Verizon did ship a phone with Bing preloaded on the

24  phone?

25        A.        I believe they did, yes.

47

1          Q.      And do you recall -- do you recall

2     what the consumer reception to that phone was?

3          A.      I do not.

4                  MS. SHENCOPP:  Object to the form.

5     Foundation.

6                  MS. GRAY:  Objection.  Speculation.

7          Q.      Do you recall during what time period

8     Verizon shipped a mobile phone with Bing preloaded

9     on it?

10          A.      I do not recall the exact time frame.

11     It was many years ago.

12          Q.      And with respect to AT&T, do you

13     recall when AT&T -- strike that.

14                  Do you recall did AT&T ship a phone

15     with a search provider other than Google preloaded

16     on it?

17          A.      I don't recall that the phone

18     shipped.  I do recall that they pursued it, but I

19     don't remember.  It was several years ago as well.

20          Q.      And do you have any recollection as

21     to which phone it was that AT&T considered shipping

22     another search engine on?

23          A.      I don't remember the particular

24     phone.

25     ██        ████████████████████████████

48



20          MS. SHENCOPP:  Object to the form.

21

49



50

5        Q.        Are you familiar with the term "setup

6    wizard"?

7        A.        I am.

8        Q.        What is a setup wizard?

9        A.        It's conventionally considered to be

10   the series of screens when a phone is first

11   activated by an end user to establish email address,

12   Wi-Fi connectivity, if applicable, things like

13   privacy disclosures, things in general that would be

14   required to get the device set up for everyday use.

24       Q.        Are you familiar with the term

25   "choice screen"?

58

1   particular devices to qualify for rev share under

2   this agreement?

3           A.      We did.





59

                    MS. SHENCOPP:  Objection to form and

        foundation.

                    MS. GRAY:  Form and foundation.

            A.    So could you repeat the question,

60

1   please?

2        Q.      Sure.



22       Q.      Now, subsequent to the execution of

23   this 2017 revenue share agreement, has Motorola

24   entered into additional agreements that have

25   resulted in the payment of revenue share to

97

1    instructions and how we should configure the

2    devices.

5                    MS. O'CONNOR:  Objection.  Vague.

6                    MR. SCHMIDTLEIN:  Objection to the

7    form.

21           Q.      And is that because it's the most

22   easily accessible part of the phone?

23                   MS. O'CONNOR:  Objection.  Form.

24           A.      I'm not sure the conclusion.  Can you

25   state --

98



23        Q.      All right.  If you'd take a look at
24   the sixth page of exhibit four?
25        A.      Page six you said?

99

1          Q.        Yeah, page six of exhibit four, which

2   is also Bates number ending 593?

3                   MS. O'CONNOR:  We have a different

4   Bates number document.  So it's section two.

5          A.        Section two.  I have it.  It's okay.

6   I have section two.

7          Q.        So 2.1A5, do you see that?

8          A.        I see it.

146

1   not, you don't -- scratch that.





148



149

11    Q.        Is the Application Dock also

12   something called the application menu?

13    A.        No.  We consider them separate.

14    Q.        What's the difference?

15    A.        The difference in our definition

16   roughly is an Application Dock is four or five icons

17   at the bottom of the home screen, and depending on

18   how many home screen panels the user has configured,

19   that those four or five applications will remain

20   fixed at the bottom of that panel, hence the term

21   "dock."

22              The application menu in Android and

23   our devices is specifically the -- it's a menu of

24   all of the apps, not just what might be on the home

25   screen.

156

1  to the Bing request, but I don't recall

2  specifically.

3       Q.      As you sit here today, you don't

4  know?

5       A.      Correct.





3                    (Stenographer clarification.)

4                    CERTIFIED STENOGRAPHER:  The record

5      is unclear.  Continue.

6                    MS. GRAY:  He said it would be

7      interesting if Apple opened a --

158

8          MS. GRAY:  Can you go ahead and put

9   tab eight in the chat?  This is going to be marked

10  as exhibit seven.

11          (Whereupon, document

12  MOTO-CID-00000064 through 00000067, is received and

13  marked as Exhibit 7 for Identification.)

14          MS. O'CONNOR:  Is this your tab --

15          MS. GRAY:  Yes.

16          MS. O'CONNOR:  And is there a

17  password if we wanted to look at it?

18          MS. GRAY:  Nick should be putting

19  that in the chat.

20          MS. O'CONNOR:  Let me see.

21          THE WITNESS:  Can you put the

22  document -- a PDF of the document in the chat?

23          MR. SPINELLI:  Yes, I'm trying.  It's

24  loading.

25          THE WITNESS:  Thank you.

159

```
1              MS. O'CONNOR:  And, Eric, that is in

2    the DOJ deposition document folder, tab eight, and

3    you have the password.

4              THE WITNESS:  I can download it from

5    the chat I guess.

6              MS. O'CONNOR:  Okay.  Yeah.  It's not

7    working for you?

8              THE WITNESS:  But it could.  I'm not

9    sure which document you're referring to here.

10             MR. SCHMIDTLEIN:  It will be tab

11   eight is what I'm assuming.

12             MS. O'CONNOR:  And DOJ deposition

13   documents or you can download from the chat.

14             THE WITNESS:  I will download from

15   the chat I suppose.  I don't have the folder for

16   that one, so I'll download it from the chat.

17             MS. O'CONNOR:  Okay.

18             THE WITNESS:  Sorry.

19             MS. O'CONNOR:  That's all right.

20        A.    Okay.  I have -- I have the document

21   open.  Sorry for the delay.

22   BY MS. GRAY:

23        Q.    Does it say anti-fragmentation

24   agreement?

25        A.    Yes, I see it.
```

167

```
 1   affected our operations or how we went about

 2   developing our products.

 3        Q.     We can -- were you part of

 4   negotiating the ACC to the extent there was

 5   negotiation?

 6        A.     Yes, for the ACC that we're talking

 7   about in this exhibit, yes, I was.
```

20        Q.     So had Motorola not signed the ACC --

21   scratch that.

22             MS. GRAY:  Can you go ahead and

23   reload tab 10?

24        Q.     Mr. Christensen, do you have access

25   to our folder or do we need to go off the record and

168

```
1    figure out how you can have access to the documents?

2           A.     So it looks like -- let me just

3    refresh my screen and see if that helps.  It looks

4    like I do not have your folder.  Most likely, like

5    earlier this morning, it's probably a permissions

6    issue on our side somehow.

7           Q.     Okay.

8                  MS. GRAY:  Let's go off record while

9    we figure this out.

10                 THE VIDEOGRAPHER:  Off the record at

11   2:25 p.m.

12                 (Whereupon, a recess is taken.)

13                 THE VIDEOGRAPHER:  Stand by, please.

14                 Back on the record at 2:27 p.m.

15   BY MS. GRAY:

16          Q.     Let's go back to the ACC for just one

17   minute before I move on to this email.
```

23                 MS. O'CONNOR:  Object to the form.

169



```
 9              MS. O'CONNOR:  Object to the form.
10        Q.        -- AFA?
11        A.        I don't recall any other reason that
12    was communicated to me, no.
13              MS. GRAY:  Did you get that, Rich?
14    Or do I need to repeat the question?
15              (Stenographer clarification.)
```

```
21              MS. O'CONNOR:  Object to form.
```

3          Q.       All right.  We can take a look at

4     what's been marked as exhibit 10 to your deposition,

5     and just let me know if you recognize this email.

6                    MR. SCHMIDTLEIN:  This is exhibit --

7     I think this is exhibit eight.

8                    MS. GRAY:  Oh, I'm sorry.  Exhibit

9     eight.  You're right.

10                   (Whereupon, document

11    MOTO-CID-00030088 through 00030091, is received and

12    marked as Exhibit 8 for Identification.)

13         A.       And make sure I have the right one.

14    Excuse me.

15    BY MS. GRAY:

16         Q.       Tab 10, exhibit eight.

17         A.       I have -- okay.  Yeah, I have tab 10,

18    which is a four-page email.  Sorry, I have to enter

19    the password again.  I have it open.

20         Q.       Okay.  And this looks -- at the top,

21    it's an email from Ethan-Young Chang to yourself,

22    dated 7/30/2019; correct?

23         A.       Yes, yes.

24         Q.       And do you recognize this email?

25         A.       It was from a couple of years ago, so

201

1          Q.      For any of the -- the agreements that

2   you have with Google -- I'll expand there.  I'm

3   going to ask you a different question.



202



203

1    we've done where that is -- you know, that was

2    really uncovered or concluded.

3         Q.     So you just mentioned that Motorola

4    performs consumer studies or consumer surveys;

5    correct?

6         A.     Yes.

19        Q.     And the surveys that Motorola

20   performs, have you seen the results of these

21   surveys?

22        A.     I have.

204



```
 6        Q.        That's a bad thing?

 7        A.        Generally speaking.



10                  MS. O'CONNOR:  Object to form.



20        A.        Not --

21                  MS. O'CONNOR:  Object to the form.


23                  We did mention a couple of examples

24   in the past with AT&T and Verizon I believe.

25        Q.        It was over 10 years ago; correct?
```

205

1          A.       I believe those were a number of

2    years ago, if not 10, yes.

3          Q.       There is nothing -- Motorola has not

4    loaded duplicative search browsers on its devices in

5    the last 10 years in the U.S.; correct?

6          A.       The way you just characterized that,

7    I would say Motorola has not loaded duplicative

8    search providers on a device.

9          Q.       Search engines, search engines?

10         A.       Right.  You mentioned I think search

11   browsers, which is another thing.

12         Q.       Right.  So let's do that again.

13   Motorola does not load duplicative search engines on

14   its devices in the U.S. in the last 10 years?

15              MS. O'CONNOR:  Objection.

16         Q.       Is that correct?

17         A.       Approximately that time frame, yes.

18         Q.       Does Motorola -- the same question

19   except Motorola has not loaded duplicative search

20   services in the last 10 years on its devices in the

21   U.S.; correct?

22              MR. SCHMIDTLEIN:  Objection to the

23   form.

24         A.       In that approximate time frame, I

25   would say that's correct.

206

11      Q.      Okay.

12              (Whereupon, document

13  MOTO-CID-00022779, is received and marked as Exhibit

14  10 for Identification.)

15  BY MS. GRAY:

16      Q.      I'm going to point you to tab 21,

17  which will be marked as exhibit 10.  Let me know

18  when you've got it open and see it.

19      A.      I've got it open.

20      Q.      Okay.  Do you recognize this

21  document?

22      A.      I recognize it as an email.  I don't

23  recall the email though.

24      Q.      And who is Jeff Sierawski?

25      A.      I'm sorry to say I don't remember

**ERRATA SHEET**
Deposition of Eric V. Christensen
*US v. Google, LLC* and *Colorado v. Google, LLC*
In the United States District Court for the District of Columbia
Case No. 1:20-cv-03010-APM
December 21, 2021

| Page | Line | Change From | Change To | Reason |
|------|------|-------------|-----------|--------|
| 15 | 21 | managements | management | To correct stenographic error |
| 18 | 15 | Motorola though E | Motorola E | To clarify the record |
| 22 | 8 | Linus | Linux | To correct stenographic error |
| 23 | 22 | Linus | Linux | To correct stenographic error |
| 25 | 13-14 | Oppo; One Plus | Oppo/OnePlus | To clarify the record |
| 26 | 10 | XiaoMi | Xiaomi | To correct stenographic error |
| 26 | 15 | is extremely | is an extremely | To clarify the record |
| 29 | 21 | tapping | chopping | To clarify the record |
| 38 | 4 | compatibility commitment | Compatibility Commitment | To correct stenographic error |
| 39 | 23 | primary | primarily | To clarify the record |
| 42 | 14-15 | mobile application distribution agreement | Mobile Application Distribution Agreement | To correct stenographic error |
| 43 | 11 | amendment number one | Amendment Number One | To correct stenographic error |
| 43 | 17 | amendment number one | Amendment Number One | To correct stenographic error |
| 77 | 17 | mobile business group | Mobile Business Group | To correct stenographic error |
| 60 | 9 | end consumers using their rights? | end consumers, right? | To clarify the record |
| 82 | 17 | Christian Bigen. Sorry. Bigen | Christian Eigen. Sorry. Eigen | To clarify the record |
| 100 | 7 | mobile | Mobile | To correct stenographic error |
| 100 | 8 | application distribution agreement | Application Distribution Agreement | To correct stenographic error |
| 103 | 17 | concurrents | concurrency | To clarify the record |
| 114 | 7 | global | Mobile | To correct stenographic error |
| 114 | 8 | incentive agreement | Incentive Agreement | To correct stenographic error |
| 151 | 24 | literal | Motorola | To clarify the record |
| 153 | 15 | carry | carrier | To clarify the record |
| 165 | 15 | required | aquired | To clarify the record |
| 171 | 6 | NXN | NxN | To correct stenographic error |
| 171 | 10 | NXN | NxN | To correct stenographic error |
| 172 | 7 | NXN | NxN | To correct stenographic error |
| 173 | 6 | NXN | NxN | To correct stenographic error |
| 175 | 23 | end buy-in | NxN | To clarify the record |
| 186 | 14 | Iwei | IWei | To correct stenographic error |
| 186 | 16 | Iwei | IWei | To correct stenographic error |

1

| Page | Line | Change From | Change To | Reason |
|------|------|-------------|-----------|--------|
| 186 | 17 | Iwei | IWei | To correct stenographic error |
| 207 | 4 | X2 | X+2 | To correct stenographic error |
| 207 | 11 | X Plus II | X+2 | To correct stenographic error |
| 207 | 12 | X Plus II | X+2 | To correct stenographic error |
| 207 | 13 | X Plus II | X+2 | To correct stenographic error |
| 207 | 16 | plus two | +2 | To correct stenographic error |
| 207 | 18 | X Plus II | X+2 | To correct stenographic error |
| 207 | 23 | as a | as is a | To clarify the record |
| 218 | 18 | Katana dot Facebook dot Katana | Facebook.katana | To clarify the record |
| 220 | 21 | Mr. Schmidtlein | Ms. Gray | To correct stenographic error |
| 221 | 6 | Mr. Schmidtlein | Ms. Gray | To correct stenographic error |
| 223 | 9 | Sergio and Scherer and | Sergio | To clarify the record |
| 226 | 19 | key | Key | To correct stenographic error |
| 227 | 1 | key | Key | To correct stenographic error |
| 227 | 23 | key | Key | To correct stenographic error |
| 227 | 25 | key | Key | To correct stenographic error |
| 228 | 1 | key | Key | To correct stenographic error |
| 230 | 9 | to use | SKUs | To clarify the record |
| 231 | 15 | deals | details | To correct stenographic error |
| 239 | 17 | agreement | Agreement | To correct stenographic error |
| 239 | 17 | rough share | Rev Share | To clarify the record |
| 243 | 19 | 550 | 55/50 | To clarify the record |
| 244 | 19 | 60 million, 550 maybe | 60 million, 55 maybe | To clarify the record |
| 251 | 4 | relate | related | To clarify the record |
| 264 | 5 | but I certainly sold them in the past | but I'm certain we sold them in the past | To clarify the record |
| 269 | 7 | conditions | question | To clarify the record |

The following are common transcription errors found throughout the deposition transcript and, for ease of reference, have been compiled as follows:

| Page and Line | Change From | Change To | Reason |
|---------------|-------------|-----------|--------|
| 38:14<br>159:23-24<br>160:13-14, 19, 24-25 | anti-fragmentation agreement | Anti-fragmentation Agreement | To correct stenographic error |
| 61:5-6, 14-15, 17-18, 22<br>63: 5-6<br>64: 13<br>64:25 – 65:1<br>65:3-4, 13<br>66:20<br>67:25 | mobile incentive agreement | Mobile Incentive Agreement | To correct stenographic error |

2

| Page and Line | Change From | Change To | Reason |
|---|---|---|---|
| 68: 7, 12, 13, 24-25<br>69:4, 10-11, 20-21<br>70:24-25<br>83: 12-13, 13-14<br>84:14<br>85:1-2, 4, 13-14, 14, 25<br>88:21-22<br>89:6-7<br>116:21-22<br>117:15-16<br>121:7, 22<br>226:13<br>230:11-12<br>240:5-6, 10, 14, 19-20, 22<br>241:1-2, 5, 18-19, 23<br>242:1-2, 19<br>243:6-7<br>244:25 – 245:1<br>245:3<br>246:15<br>248:9<br>251:20-21<br>253:5-6, 8, 10, 15<br>253:25 – 254:1<br>254:8, 13<br>271:1-3<br>273:13-14, 19<br>276:21-22<br>278:22 | | | |
| 62:6<br>88:25<br>89:2, 4<br>113:12<br>248:6-7<br>256:5-6 | forward agreement | Forward Agreement | To correct stenographic error |

DM_US 185735149-2 097493 0053