# Pls. Ex. 62

## [CORRECTED]

```
1               UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF COLUMBIA

3    UNITED STATES OF AMERICA,    )
     et al.,                      )
4                                 )
              Plaintiffs,         )
5                                 )   Case No.
          -vs-                    )   1:20-cv-0301-APM
6                                 )
     GOOGLE LLC,                  )
7                                 )
              Defendant.          )
8                                 )

9    _____    )

10   STATE OF COLORADO,           )
     et al.,                      )
11                                )
              Plaintiffs,         )
12                                )   Case No.
          -vs-                    )   1:20-cv-03715-APM
13                                )
     GOOGLE LLC,                  )
14                                )
              Defendant.          )
15                                )

16                  ███████████████

17        _____

18   REMOTE VIDEO RECORDED EXAMINATION OF  ███████████

     _____

19        VOLUME 1, PAGES 1 to 305

     _____

20

     TAKEN ON MONDAY, JANUARY 10, 2022

21

22

     CERTIFIED STENOGRAPHER:
23     JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
       CCR-NJ (No. 30XI008238700), CSR-TX (No. 11958)
24     CCR-WA (No. 21007264), CSR-CA (No. 14420), REALTIME
       SYSTEMS ADMINISTRATOR
25     JOB NO.:  825965
```

57

1    the revenue share.

2        Q.    Got it.

3

14            MR. McGINNIS:  Objection.

15

UNITED STATES vs
GOOGLE LLC

January 10, 2022

58

6   BY MR. GOLDSTEIN:

7        Q.   Got it.

UNITED STATES vs
GOOGLE LLC                                              January 10, 2022

59

UNITED STATES vs
GOOGLE LLC

January 10, 2022

60

16      Q.   And that is because you think

17   having sort of one browser is a better user

18   experience for customers?

19      A.   We do.  It definitely causes

20   confusion.  And what we have seen is

21   consumers tend to prefer Chrome as the

22   browser on Samsung devices.

UNITED STATES vs
GOOGLE LLC                                          January 10, 2022

61

22        Q.   You mentioned having two browsers

23   on the phone causes confusion; is that

24   right?

25        A.   That's right.

UNITED STATES vs
GOOGLE LLC ████████████████                       January 10, 2022

62

```
1        Q.   How did you become aware of that?
2        A.   That would be feedback through
3   our marketing team who I believe gets their
4   information both from customer surveys and
5   Customer Care feedback.
6        Q.   And is there someone in the
7   marketing team in particular that you would
8   talk to for information like that?
9        A.   I'm trying to think who it would
10  have been back then.  I can't remember.
11       Q.   How about today?
12       A.   Today I would probably go to my
13  colleague ████████████.
14       Q.   Can you repeat the first name?
15       A.   ████████████████.
16       Q.   You mentioned Customer Care
17  feedback.
18            What is that?
19       A.   So it's feedback that customers
20  give our -- when they call in to Customer
21  Care, we try to catalog feedback from
22  customers so we can continuously improve
23  our service.
24       Q.   Okay.  So is there -- is there
25  some cost to customer confusion?
```

63

```
 1        A.   There can be.

 2        Q.   What sort of cost to customer

 3   confusion is there?

 4        A.   The most direct would be if

 5   they're confused to the point where they

 6   need to call Care, that is a real cost to

 7   T-Mobile as well as if we're not providing

 8   an optimal experience and they're confused,

 9   they may switch devices, you know, switch

10   to an iOS device or even switch carriers --

11        Q.   Okay.

12        A.   -- in trying to solve that.

13        Q.   Yeah.  And Customer Care is, you

14   mentioned, sort of Customer Care hotline of

15   some sort?

16        A.   Yeah.  It's the -- it's when you

17   call -- when you dial 611 or -- you know,

18   it's the 800 number associated with calling

19   T-Mobile.

20        Q.   Got it.  Okay.

21             MR. GOLDSTEIN:  We've been going

22        a little over an hour, so why don't we

23        take a short break.

24             Can we go off the record.

25             THE VIDEOGRAPHER:  Off the record
```

UNITED STATES vs
GOOGLE LLC                                                January 10, 2022

100

1                        MR. McGINNIS:  Objection.

25                       MR. McGINNIS:  Objection.

UNITED STATES vs
GOOGLE LLC                                          January 10, 2022

101

1          THE WITNESS:  ██████████████

██    ████████████████████████

██    █████████████████████████

██    ████████████████████████

██    ██████████████████████

██    ████████████████

7    BY MR. GOLDSTEIN:

██    ██  ████  ████████████████

██    ████████████████████████████

██    ████████████████

██    ████████  ██████

██    ████████  ██████

██    ██████████████████████

██    ██████████████████████

15   BY MR. GOLDSTEIN:

16       Q.   All right.  You can put that

17   document aside.

18           Let's go a little bit longer, and

19   then we can take another break.

██    ██████████████████████

██    ████████████████

██    ████████████████████

██    ██  ██████████████

██    ██████████████████

██    ████████████████

UNITED STATES vs
GOOGLE LLC

January 10, 2022

102

UNITED STATES vs
GOOGLE LLC

January 10, 2022

103

UNITED STATES vs
GOOGLE LLC

110

1          And we haven't found anything,

2    you know, other than kind of safety-related

3    items that met the bar significant enough

4    to make those changes with existing

5    devices.

6          Q.   Okay.  All right.  Let me move on

7    to a new topic.

8          Are you familiar with GMS

9    applications?

10         A.   To a degree, yes.

11         Q.   What are GMS applications?

12         A.   My understanding is they are

13   applications that Google specifies to the

14   OEM that need to be included on their

15   devices in order to be GMS-certified.

16   Yeah, I think that's my understanding of

17   it.

18         Q.   And what does it mean to be

19   GMS-certified?

20              MR. McGINNIS:  Objection.

21              THE WITNESS:  I think the most

22        relevant thing from our perspective of

23        it -- and, again, this is more in the

24        OEM realm, so my perspective is rather

25        narrow on it.

UNITED STATES vs
GOOGLE LLC                                                    January 10, 2022

                                                                        111

1              But GMS certification is required

2         in order to have access to the Google

3         Play Store.

4    BY MR. GOLDSTEIN:

5         Q.   Okay.  The Google Play Store is

6    one of the GMS applications?

7              MR. McGINNIS:  Objection.

8              THE WITNESS:  I believe it is,

9         yeah.

10   BY MR. GOLDSTEIN:

11        Q.   So -- and the Google Play Store

12   is preloaded on Android devices that

13   T-Mobile distributes?

14        A.   Yes.

15        Q.   How important is the Google Play

16   Store to the success of Android phones that

17   T-Mobile distributes?

18        A.   Very important.  It is a primary

19   function of allowing customers to access

20   the apps that they want to have an their

21   device.

22        Q.   Do you think Android phones

23   distributed by T-Mobile would be

24   commercially successful without Google Play

25   Store?

112

```
1            MR. McGINNIS:  Objection.

2            THE WITNESS:  I don't -- I don't

3       think so.  That would be extremely

4       difficult for a device to be successful

5       without it.  There are alternative app

6       stores, but they -- none of them have

7       been able to replace the Play Store.

8  BY MR. GOLDSTEIN:
```

UNITED STATES vs
GOOGLE LLC

January 10, 2022

115

1 ████████████████████████████████

2 BY MR. GOLDSTEIN:

3 ██ ████████████████████████

█ ██████████████████████

█ ██████████████████████████

█ ██████████████████████████

█ ████████

█ ██ ██████████

9     MR. GOLDSTEIN:  All right.  Let's

10 take another short break.  Can we go

11 off the record?

12     All right.  Can we take --

13     THE STENOGRAPHER:  Excuse me real

14 quick.

15     Ryan, can you read us off the

16 record.

17     THE VIDEOGRAPHER:  Yeah.  Off the

18 record at 2:18 p.m.

19     (Whereupon, a recess was taken at

20     2:18 p.m.)

21     THE VIDEOGRAPHER:  Back on the

22 record at 2:31 p.m.

23 BY MR. GOLDSTEIN:

24     Q.  All right.  ███████, I want to

25 now talk about sort of the 2021 agreements

UNITED STATES vs
GOOGLE LLC

194

1    as finalized, so leaving behind

2    negotiations and talking about the actual

3    signed agreements.

UNITED STATES vs
GOOGLE LLC

January 10, 2022

196

UNITED STATES vs
GOOGLE LLC                                                January 10, 2022

217

22      Q.   Okay.  And T-Mobile doesn't

23   manufacture phones, correct?

24      A.   We don't manufacture them, but we

25   do -- we do brand an ODM in a similar

218

1    fashion to the way Google does with the

2    Pixel device.

3        Q.    And I think you said that was

4    Rolo earlier today?

5        A.    Revel.  Revel is the company.

6        Q.    Oh, okay.

1          MR. McGINNIS:  Objection.

2     BY MS. ARTHUR:

3          ██   ████████████

   ██     ██   ████████   ██████████

   ██  ███████████████████   ████████

   ██  ████████████████████████████

7          Q.   Are you familiar that there are

8     revenue share agreements with OEMs?

9          A.   I have heard, but I have not

10    heard directly from any of the first

11    parties involved in those agreements.

   ██     ██   ██████████████████

   ██  █████████████████

   ██     ██   ██████████████████

   ██  ████

   ██     ██████████████████

   ██  ██████████████████████

   ██  ████████████████████

   ██     ██  ███  █████████████

   ██  █████████████████████  ██

   ██  ████████████████████

   ██  █████████████████████

   ██  ████  ████████████████

   ██  ██████████████████

   ██     ████████████████

UNITED STATES vs
GOOGLE LLC                                                January 10, 2022

220

10          But did you have a survey or data

11    on consumers complaining to T-Mobile about

12    that?

13          A.    I think T-Mobile did do some

14    market research in that area back in 2015

15    or whenever we were starting the -- what we

16    refer to as Application Freedom program.

17          I think since then, we've tried

18    to maintain as few preloads as possible to

19    achieve the optimum device experience for

20    our customers, and that includes pushing

21    back on OEMs who want to load too many of

22    their own applications.

358

```
 1              MR. McGINNIS:  Objection.

 2              THE WITNESS:  Yes.  I believe

 3         that's how it works with Chrome.

 4    BY MR. GOLDSTEIN:

 5         Q.   Let's stick with Chrome.

 6              If you were to go to the settings

 7    and change your default search option on

 8    Chrome today, would Amazon be among the

 9    options that are listed?

10              MR. McGINNIS:  Objection.

11              THE WITNESS:  I don't know.

12    BY MR. GOLDSTEIN:

13         Q.   Are you aware of any time in the

14    past where Amazon was an option as a search

15    engine on a browser?

16              MR. McGINNIS:  Objection.

17              THE WITNESS:  I'm not.

18    BY MR. GOLDSTEIN:
```



360



UNITED STATES vs
GOOGLE LLC

January 11, 2022

361

7    BY MR. GOLDSTEIN:

8         Q.   And by, you know, referring to

9    customer's ability to make -- or changes as

10   they see fit, is that sort of like how you

11   could do that on a T-Mobile device under

12   a -- let me rephrase.

13             Are you referring to sort of the

14   ability of a user to change a default or to

15   download a different search option?

16             MR. McGINNIS:   Objection.

17             THE WITNESS:   Sorry.   Can you

18        restate that?

19   BY MR. GOLDSTEIN:

20        Q.   Yeah.   I'm trying to understand

21   what you mean by you wanted to ensure that

22   customers had choice.

23        A.   Yeah.

, and I was answering we would



February 16, 2022

*Via Email Only*

Court Reporter:
█████████████████████████████

Plaintiffs' Counsel, c/o:
███████████████████████████
███████████████

Google Counsel:
███████████████████████████

Re:   **USDC DDC Nos. 1:20-cv-03010-APM, 1:20-cv-03715-APM – Deposition of T-Mobile**
      **Witness █████████**

Dear Counsel, Lexitas:

Pursuant to Paragraph 6(a) of the Stipulated Protective Order (January 21, 2021; Docket No. 98), T-Mobile designates the following portions of the Deposition of █████████ as ███████████████████████; the undesignated portions should be treated as Confidential Information.

| Volume 1: January 10, 2022 | | |
|---|---|---|
| 71:17 – 76:18 | 150:15 – 155:18 | 232:3 – 234:2 |
| 77:20 – 78:19 | 156:3 – 157:17 | 235:9 – 236:8 |
| 79:10 – 84:25 | 165:4 – 166:20 | 239:16 – 240:25 |
| 85:20 – 88:6 | 167:11 – 168:7 | 247:2 – 249:12 |
| 89:14 – 91:10 | 169:25 – 184:11 | 252:22 |
| 95:18 – 97:12 | 185:23 – 187:13 | 253:14 – 254:20 |
| 101:20 – 107:19 | 188:5 – 193:8 | 258:6 – 18 |
| 108:9 – 110:5 | 195:10 – 199:7 | 258:23 – 265:12 |
| 111:15 – 113:16 | 202:5 – 203:9 | 271:4 – 14 |
| 116:14 – 22 | 204:6 – 15 | 273:15 – 275:20 |
| 117:11 – 118:15 | 209:12 – 211:3 | 276:5 – 20 |
| 118:22 – 119:3 | 213:8 – 215:6 | 277:15 – 278:13 |
| 129:3 – 18 | 215:19 – 216:6 | 285:17 – 288:3 |
| 130:3 – 11 | 219:12 – 222:11 | 288:17 – 289:12 |

February 16, 2022
Page 2

| 130:20 – 136:9 | 223:13 – 225:19 | 290:24 – 294:14 |
|---|---|---|
| 137:24 – 141:10 | 228:6 – 10 | 296:8 – 297:20 |
| 142:14 – 147:12 | 230:12 – 231:10 | 299:4 – 300:22 |
| **Volume 2: January 11, 2022** | | |
| 319:14 – 321:6 | 337:20 – 340:20 | 348:9 – 349:2 |
| 323:5 – 19 | 341:11 – 343:5 | 349:15 – 362:5 |
| 335:15 – 336:18 | 345:16 – 347:8 | |

In addition, ███ has requested the following corrections to the transcript:

- 20:7 – "similar pre-lines of businesses" should be "similar pre-existing lines of business"

- 56:13 – "it might have even have made" should be "it might not even have made"

- 178:22 – "installed" should be "stalled"

Please contact me with any questions.

Sincerely,

WALTERKIPLING PLLC

