# Pls. Ex. 63

1

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3                      ---oOo---

 4   UNITED STATES OF AMERICA,

 5   et al.,

 6              Plaintiffs,

 7   vs.                    Case No. 1:20-cv-03010-APM

 8   GOOGLE LLC,            HON. AMIT P. MEHTA

 9              Defendant.

10   _____/

11   STATE OF COLORADO, et al.,

12              Plaintiffs,

13   vs.                    Case No. 1:20-cv-03715-APM

14   GOOGLE LLC

15              Defendant.
     _____/
16

17              ███████████████████

18     REMOTE ZOOM VIDEOTAPED DEPOSITION OF BRIAN HIGGINS

19            (Via Remote Web Videoconference)

20              THURSDAY, JANUARY 27, 2022

21

22   STENOGRAPHICALLY REPORTED BY:

23   ANDREA M. INACTION, CSR, RPR, CRR, CCRR, CLR

24      CSR LICENSE NO. 9830

25   JOB NO. 2022-827218
```

Brian Higgins - January 27, 2022

28

```
08:57  1      what's going to be preload on the device.
08:57  2          Q
08:57
08:57
08:57
08:57
08:57
08:58
08:58
08:58
08:58
08:58
08:58
08:58
08:58
08:58
08:58
08:58
08:58
08:58
08:58
08:58
08:58
08:58
```

Brian Higgins - January 27, 2022

29



08:58
08:58
08:58
08:59
08:59
08:59
08:59
08:59
08:59
08:59
08:59
08:59
08:59
08:59
08:59
08:59
08:59
08:59 18      Q   Do OEMs preload Google applications
08:59
08:59 20          MR. SCHMIDTLEIN:  Objection to the form.
08:59 **21**      **THE WITNESS:**
09:00
09:00
09:00
09:00

Brian Higgins - January 27, 2022

30

09:00  1  ██████████████████████████

09:00  █  ████████████████  ████████████████

09:00  █  █████████████████████████████

09:00  █  ████████████████████████

09:00  5      A good example is going to be the Play Store.

09:00  6  So the Google Play Store is where end users can

09:00  7  download applications.  That's an important experience

09:00  8  on the device, and it's something that needs to be on

09:00  9  there for customers to have a good handset experience.

09:00 10      MS. BARTELS:  Q.  So Verizon receives the

09:00 11  phones from the OEMs that have these preloaded

09:00 12  services on them; right?

09:00 13      MR. SCHMIDTLEIN:  Objection to the form.

09:01 14      You just talking about Android device here;

09:01 15  right?

09:01 16      MS. BARTELS:  Q.  So devices generally, when

09:01 17  Verizon receives them, they have preloaded

09:01 18  applications on them; is that right?

09:01 19      A   Yes.  Devices that come over, regardless of

09:01 20  whether it's Android or Apple, are not blank screens.

09:01 21  Every device has preloaded applications that are on

09:01 22  there.

09:01 23      Q   And does Verizon make any changes to those

09:01 24  devices once Verizon receives the devices from the

09:01 25  OEMs?

Brian Higgins - January 27, 2022



Brian Higgins - January 27, 2022

97

10:44  1          MS. BARTELS:  Q.  Do you have an

10:44  2     understanding of ███████████████████████

10:44       ████████████████████

10:44  4        A   No, it --

10:44  5          MR. SCHMIDTLEIN:  Objection; form; asked and

10:44  6     answered.

10:44  7          THE WITNESS:  Yeah.  Again, there isn't one

10:44  8     simple answer there.  I'd -- I'd be hesitant to give

10:44  9     you an answer because there's just too many variables

10:44 10     involved.

10:44 11          MS. BARTELS:  Q.  So under these two

10:44 12     agreements, one of them is ████████████████████

10:44        █████████ is that right?

10:44 14        A   ████████████████████████████████

10:44        ██████████  █████████████████████

10:44        ████████████████████████████████

10:44        ███████████████████████████████

10:44        █████████████  █████████████████████

10:45        ████████████████████.

10:45 20        Q   Are there instances when Verizon devices have

10:45 21     multiple applications on the devices with the same

10:45 22     function?

10:45 23        A   There are instances, and again, it's not

10:45 24     across the board, where device will have

10:45 25     multiplications that provide similar function.  The

98

10:45   1    prime example would be for Samsung devices.  We have a

10:45   2    Samsung messaging client that's in the hot seat today,

10:45   3    and then we have what we call our Message+ messaging

10:45   4    application on the Plus One screen.  So we have two

10:45   5    applications in there.

10:45   6            The reason why we did that is because we had

10:45   7    a very large base of people using Message+.  And so

10:45   8    what we didn't want to have happen is that someone

10:46   9    goes from Samsung device one and moves to Samsung

10:46  10    twice two and they had an experience that they were

10:46  11    very familiar with Message+, and then they go to the

10:46  12    new device and it's got a new application in the hot

10:46  13    seat, and they don't know where to find Message+, you

10:46  14    know.

10:46  15            So we wanted to make it very easy.  So there

10:46  16    are instances where that will be the case, and

10:46  17    messaging is a good example.

10:46  18       Q   So since I'm sticking with Samsung, on those

10:46  19    devices, are there two browsers that the phone comes

10:46  20    preloaded with?

10:46  21       A   I don't know if it's across the board, but I

10:46  22    know at times we had two browsers.  ▮▮▮▮▮▮▮▮▮

10:46   ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:46   ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:46   ▮   ▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Brian Higgins - January 27, 2022

99

10:46  1  ████████████████████████.  I don't know that, but I
10:46  2  believe so.  So we had two -- two browsers in many
10:46  3  instances, yes.
10:46  4      Q   And was the browser ever in the -- the S
10:47  5  browser, was that ever in the hot seat for the Samsung
10:47  6  devices?
10:47  7      A   I don't know, because I don't -- every device
10:47  8  is different.  We sell a number of different models.
10:47  9  I can't tell you 100 percent that it was or was not.
10:47 10      Q   Would Verizon generally prefer to offer
10:47 11  consumers a device experience that didn't have these
10:47 12  duplicative services on them?
10:47 13      A   Not necessarily, no.  Because again, my prior
10:47 14  comments, there's always new innovations that you
10:47 15  have, you know, and new applications.  And where we
10:47 16  think it's appropriate, we try to find some of those
10:47 17  solutions and make them easily available where we can.
10:47 18          So it wouldn't be unusual to have similar
10:47 19  services on the same device, see which one really
10:47 20  resonate with consumers that helps inform us about
10:48 21  where the market might be going, and then perhaps
10:48 22  later on down the road we make a change.
10:48 23          So we would say, Okay.  We're seeing a lot of
10:48 24  interest from consumers.  We're hearing a lot of
10:48 25  interest from consumers about this particular

Brian Higgins - January 27, 2022

100

10:48  1    application.  Maybe this becomes the default on a

10:48  2    go-forward basis because it appears to be more

10:48  3    popular.

10:48  4        Q   Do you know if Verizon ever asked Samsung to

10:48  5    drop the browser from being preloaded?

10:48  6            MR. SCHMIDTLEIN:  Objection to the form.

10:48  7            THE WITNESS:  So object from the browser

10:48  8    being preloaded on a particular device?  Or all

10:48  9    devices?  Or a particular phone?

10:48 10            MS. BARTELS:  I'm sorry.  Let me rephrase

10:48 11    that.

10:48 12        Q   Do you know if Verizon ever asked Samsung to

10:48 13    not preload its -- the Samsung browser onto the

10:48 14    Verizon phones?

10:48 15        A   I don't know specifically if that was asked.

10:48 16    Yeah, that's best answer.  I don't know specifically

10:48 17    if that was asked.

10:49 18        Q   Do you know if Verizon has ever asked Google

10:49 19    to not have its browser preloaded onto the Android

10:49 20    phones?

10:49 21        A   I do not.  ████████████████████████

10:49 ██   ████████████████████████████████████████████

10:49 ██   ████████████████████        ███████████████████

10:49 ██   █████████████████████████████   ███████████████

10:49 ██   ████████████████████████████████████████

Brian Higgins - January 27, 2022

127

11:40

11:40

11:40

11:40

11:40

11:40

11:40

11:40

11:40

11:40

11:40

11:40

11:40

11:41 14            MS. BARTELS:   Q.   So what would be considered

11:41 15    a

11:41 16        A

11:41

11:41

11:41

11:41

11:41

11:41

11:41

11:41

11:41

Brian Higgins - January 27, 2022

128

| 11:41 | 1 | |
| 11:41 | | |
| 11:41 | | |
| 11:41 | | |
| 11:41 | | |

11:41  6          MS. BARTELS:  All right.  We can put this

11:41  7   document aside.

11:42  8          Kealy, could you please put into the Chat

11:42  9   Document F, and we'll introduce this as Exhibit 6.

11:42 10   This has the Bates No. VCGGL-LIT-00066454.

11:42 11          And this is an e-mail that was produced with

11:42 12   an attachment, and the attachment was

11:42 13   VCGGL-LIT-00066456, and the attachment is included in

11:42 14   this exhibit.

11:42 15          (Document remotely marked Exhibit 6

11:42 16           for identification.)

11:42 17          MS. BARTELS:  Q.  So please let us know once

11:42 18   you've had a chance to take a look at that, and we can

11:42 19   talk about specific places within the document.

11:43 20     **A   So Sarah, I read the e-mail, and I've got the**

11:44 21   **document up.  Is there something that you want me to**

11:44 22   **take a look at specifically?**

11:44 23     Q   Yeah.  Let's -- I'll point you, you know, to

11:44 24   specific places, and we can talk about specific

11:44 25   issues.

Brian Higgins - January 27, 2022

129

| 11:44 | 1 | So in the e-mail there, there's an e-mail |
| 11:45 | 2 | from Guru Gowrappan to you on June 20, 2019. |
| 11:45 | 3 | Who is Mr. Gowrappan? |
| 11:45 | 4 | **A    So Guru was heading up the Verizon Media** |
| 11:45 | 5 | **Group at the time.  That was the business unit that** |
| 11:45 | 6 | **also had responsibility for Yahoo, and Guru reported** |
| 11:45 | 7 | **into Hans Vestberg.** |
| 11:45 | 8 | Q    So going to that second page there, he's |
| 11:45 | 9 | talking about the Google Search agreement that you and |
| 11:45 | 10 | your team are negotiating. |
| 11:45 | 11 | **A    Yep.** |
| 11:45 | 12 | Q    Was Verizon trying to ███████████████ |
| 11:45 | ██ | ████████████████████████ |
| 11:45 | 14 | MR. SCHMIDTLEIN:  Objection to the form. |
| 11:45 | 15 | **THE WITNESS:** ████████████████ |
| 11:45 | ██ | ████████████████████████████████████ |
| 11:46 | ██ | ████████████████████████████████ |
| 11:46 | ██ | ████████████████████████████████████ |
| 11:46 | ██ | ██████████  ████████████████████████ |
| 11:46 | ██ | ████████████████████████████████ |
| 11:46 | ██ | ████████████████████████. |
| 11:46 | 22 | MS. BARTELS:  Q.  And did you communicate |
| 11:46 | 23 | this desire to Google? |
| 11:46 | 24 | **A    We did.** |
| 11:46 | 25 | Q    And what was Google's response? |



11:46 1      A

11:46

11:46

11:46                                   .

11:46 5      Q   And what was your understanding of what that

11:46 6  challenge would be?

11:46 7      A   The challenge would be, as it was expressed

11:46 8  to me,

11:46

11:47

11:47

11:47

11:47

11:47 14     Q   So in number 2, below that, so that main

11:47 15 paragraph, there's a number 2 that says:

11:47 16

11:47 17         Do you see that?

11:47 18     A   I do.

11:47 19     Q   How was Verizon

11:47

11:47 21     A   We weren't --

11:47 22         MR. SCHMIDTLEIN:  Objection; objection to the

11:47 23 form; lack of foundation.

11:47 24         THE WITNESS:

11:47

Brian Higgins - January 27, 2022

131

| | | |
|---|---|---|
| 11:47 | 1 | ████████████████████████████████ |
| 11:47 | | ███████████████  ██████████████████ |
| 11:47 | | ████████████████████████████  ██████ |
| 11:47 | | ████████████████████████████  ████ |
| 11:48 | | ████████████████████████████████ |
| 11:48 | | ████████████████████████████████████ |
| 11:48 | 7 | MS. BARTELS:  Q.  Was Verizon ███████████ |
| 11:48 | | ██████████████████████ |
| 11:48 | 9 | A   Not that I recall, Sarah.  I don't recall. |
| 11:48 | 10 | Q   So we're now going to take a look at the |
| 11:48 | 11 | attachment which is within this exhibit. |
| 11:48 | 12 | A   Yep. |
| 11:48 | 13 | Q   So on the third page, it has the -- ends in |
| 11:49 | 14 | the Bates number '458 and also says number 3 on it; do |
| 11:48 | 15 | you see that? |
| 11:48 | 16 | A   '458, yep.  Yes. |
| 11:49 | 17 | Q   And the title is "Executive Summary." |
| 11:49 | 18 | And then there's ████████████████████ |
| 11:49 | | ████████; do you see that? |
| 11:49 | 20 | A   I do. |
| 11:49 | 21 | Q   So for ██████████████████████████ |
| 11:49 | | ███████████████████████ |
| 11:49 | 23 | MR. SCHMIDTLEIN:  Objection to the form. |
| 11:49 | 24 | THE WITNESS:  Sarah, you have to just give me |
| 11:49 | 25 | a moment to absorb this here. |



Brian Higgins - January 27, 2022

133

11:52  1  ███████████████████████████████████████

11:52  ▪  ███████████  ██████████████████████████

11:52  ▪  ██████████████████████████████████████

11:52  ▪  █████████████████████████████████████

11:52  ▪  ███████████████████████  █████████████████

11:52  ▪  ██████████████████████  ████████████████

11:52  ▪  ██████████████████████████████████████

11:52  ▪  ██████████████████████████████████

11:52  ▪  █████████████████████████████████████

11:52  ▪  ████████████████████████████████████████████

11:52  ▪  █████████████████████████████████████

11:52  ▪  ████████████████████████████████████████

11:52  ▪  ████████████

11:52  14      Q   So for ████████████ which is called ███████

11:53  ▪  ████████████████████████, do you see that?

11:53  16      A   I do.

11:53  17      Q   Can you describe the issues that -- that were

11:53  18  present there?

11:53  19          MR. SCHMIDTLEIN:  Objection to the form.

11:53  20          THE WITNESS:  ████████████████████████████

11:53  ▪  █████████  ██████████████████████████████████████

11:53  ▪  ████████████████████████████████████

11:53  ▪  ███████████████████████████████████████████

11:53  ▪  ████████████████████████████

11:53  ▪  ████████████████████████████  █████████████████

Brian Higgins - January 27, 2022

134

11:53

11:53

11:53

11:53

11:53

11:53

11:53

11:53

11:53

11:53

11:53

11:53 12        MS. BARTELS:   Q.   So under ██████████ there,

11:54 13  staying within "B," it says, you know, ██████████

11:54

11:54

11:54 16      A    Yeah.

11:54 17      Q    Do you know why those █████ were?

11:54 18      A    That -- the █████ -- if -- if you recall back

11:54 19  to the initial e-mail, I think it was the first e-mail

11:54 20  you showed about ██████████████████████

11:54

11:54

11:54

11:54

11:54

Brian Higgins - January 27, 2022

135

11:54  1  ████████████████████████████████████ █

11:54  ██  ████████ ██████████████████████████████

11:54  ██  ████████████████████ ████████████████████

11:54  ██  █████████████████████████████████████

11:54  ██  ████████████████████████████████████████

11:54  ██  █████████ ████████████████████████████

11:54  ██  █████████████████████████████████████████

11:54  8          At the time, you know, Google had the

11:54  9  strongest search product that's out there.  ██████████

11:55  ██  █████████████████████████████████████

11:55  ██  ███████████████████████████████████████████

11:55  ██  ███████████████████████████████████

11:55  ██  ████████████

11:55  14      Q    So the ████████████ is discussed a little bit

11:55  15  more later on in the deck.  So if we could go to

11:55  16  page 7, please, which ends in the Bates number '462.

11:55  17      A    Yep, I'm there now.

11:55  18      Q    So at the bottom there's a box that says, you

11:55  19  know, ██████████████████████████ and the first

11:55  20  bullet states:

11:55  21          ███████████████████████

11:55  ██  ████████████████████████████████████████

11:55  ██  ██████████████████████████████████

11:56  24          Do you see that?

11:56  25      A    I do.

████████████████     Brian Higgins - January 27, 2022

136

```
11:56   1        Q   So what would ████████████████████████
11:56   █   ████████████████████
11:56   3        MS. ZAHID:  Objection to the form.
11:56   4        THE WITNESS:  So this is the same topic we
11:56   5   were just speaking about which is if you don't --
11:56   6   again, we don't have the exact details.  But, you
11:56   7   know, our understanding was ████████████████████
11:56   █   █████████████████████████████████████████████
11:56   █   █████████████████████████████████████████████
11:56   █   ███████████████████████████████ So that --
11:56  11   that's what that's covering there.
11:56  12        MS. BARTELS:  Q.  And how would this be
11:56  13   ████████████████████████
11:56  14        A   If we have -- and again, I'm speculating,
11:56  15   because ████████████████████████████████████████
11:56   █   ██████████████████     █████████████████████
11:56   █   █████████████████████████████████████████████
11:56   █   ██████████
11:57   █        █████████████████████████████████
11:57   █   ████████████████████████████████████
11:57   █   █████████████████████████████████████████████
11:57   █   ██████████████████████████████     ██████████
11:57   █   ███████████████████████████████████     █████
11:57   █   ████████████████████████████████████
11:57   █   ████████████████████████████████████
```

Brian Higgins - January 27, 2022

137

| | | |
|---|---|---|
| 11:57 | | ████████████████████████████████ |
| 11:57 | | ████████████████████████████████████ |
| 11:57 | | ████████████████████████████████ |
| 11:57 | | ████████████████████████████████████ |
| 11:57 | | ██████████ |
| 11:57 | 6 | Q   So again, that last bullet there talks, about |
| 11:57 | 7 | you know, the ████████████████████████████████ |
| 11:57 | | ████████████████████████; do you see |
| 11:57 | 9 | that? |
| 11:57 | 10 | A   I do. |
| 11:57 | 11 | Q   Is maintaining the Google relationship a key |
| 11:58 | 12 | priority for Verizon? |
| 11:58 | 13 | A   I would describe maintaining a good |
| 11:58 | 14 | relationship with all of our partners as a key |
| 11:58 | 15 | priority.  And Google is important.  But we have |
| 11:58 | 16 | plenty of partners where this is important. |
| 11:58 | 17 | Q   And what does ██████████ refer to in that |
| 11:58 | 18 | bullet? |
| 11:58 | 19 | MS. ZAHID:  Objection to form. |
| 11:58 | 20 | THE WITNESS:  Sarah, I don't know |
| 11:58 | 21 | specifically.  I didn't write the deck. ██████████████ |
| 11:58 | | ████████████████████████████████ |
| 11:58 | | ████████████████████████████████ ████ |
| 11:58 | | ████████████████████████████████████ |
| 11:58 | | ████████ |

Brian Higgins - January 27, 2022

138

| 11:58 | 1 | ███████████████████████████████████ |
| 11:58 | | ███████████████████████████ ████████ |
| 11:58 | | ███████████████████████████████████ |
| 11:59 | | ████████ |

11:59  5        MS. BARTELS:   Q.   So if we go down to a

11:59  6    couple of pages which is page 9 which ends in '8464,

11:59  7    it's the slide that's called ████████████  do you see

11:59  8    that?

11:59  9        A    Yes.

11:59 10        Q    And then a little further down there's a

11:59 11    bullet that says ███████████████████

11:59 12        A    Yes.

11:59 13        Q    And the second sub-bullet there says

11:59 14    ███████████████████████████████

11:59 ██    ████████

11:59 16        A    Yes.

11:59 17        Q    Was that a priority for Verizon?

11:59 18        MS. ZAHID:   Objection to form.

11:59 19        THE WITNESS:   So the priority for Verizon was

| 11:59 | 20 | ███████████████████████████████ |
| 11:59 | | ██████████████████ ████████████ |
| 11:59 | | ███████████████████████████████████ |
| 11:59 | | ██████████████████████████████ |
| 11:59 | | ████████ ███████████████████████ |
| 11:59 | | ███████████████████████ |

Brian Higgins - January 27, 2022

147

| | | |
|---|---|---|
| 12:43 | 1 | sent? |
| 12:43 | 2 | **A   For the ▮▮▮ agreement that we finalized?** |
| 12:43 | 3 | **Correct.** |
| 12:43 | 4 | Q   Yeah. |
| 12:43 | 5 | **A   This is all, yeah, leading up to the ▮▮▮** |
| 12:43 | 6 | **agreement.** |
| 12:43 | 7 | Q   Okay.  So then in that next paragraph down, |
| 12:43 | 8 | you recommend that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; do |
| 12:43 | 9 | you see that? |
| 12:43 | 10 | **A   I do.** |
| 12:43 | 11 | Q   Do you know if ▮▮▮▮▮▮▮▮▮ |
| 12:43 | 12 | ever occurred? |
| 12:44 | 13 | **A   ▮▮▮▮▮▮▮▮▮▮▮▮** |
| 12:44 | | ▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮ |
| 12:44 | | ▮▮▮▮▮▮▮▮▮▮ |
| 12:44 | | ▮▮▮▮▮▮▮ |
| 12:44 | 17 | Q   So you also mentioned that paragraph, it |
| 12:44 | 18 | says: |
| 12:44 | 19 | ▮▮▮▮▮▮▮▮▮ |
| 12:44 | | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 12:44 | | ▮▮▮▮▮▮ |
| 12:44 | 22 | Do you see that? |
| 12:44 | 23 | **A   I do.** |
| 12:44 | 24 | Q   What did you mean by ▮▮▮▮ |
| 12:44 | 25 | **A   ▮▮▮▮▮▮▮▮▮▮** |

███████████████   Brian Higgins - January 27, 2022



148

| | | |
|---|---|---|
| 12:44 | 1 | ████████████████████████████████████ |
| 12:44 | ▮ | ██████████████████████████████████ |
| 12:44 | ▮ | ██████████████████ ████████████████████ |
| 12:44 | ▮ | ████████████████████████████████ ▮ |
| 12:44 | ▮ | ██████████ |
| 12:44 | ▮ | ████████████████████████ |
| 12:44 | ▮ | ██████████████████████████████████ |
| 12:44 | ▮ | █████████████████████████████████████ |
| 12:44 | ▮ | ██████████████████████████████████ |
| 12:45 | ▮ | ██████████████████████████ |
| 12:45 | ▮ | █████████████ |

12:45 12    Q    So in that last full paragraph, you mention

12:45 13    ██████████████████████████████████████

12:45 14        Do you see that?

12:45 **15**    **A    Is it the last one?**

12:45 16    Q    Yeah, that last full paragraph there.

12:45 **17**    **A    Yes, I do.  Yep.**

12:45 18    Q    What did you mean by that?

12:45 **19**    **A    I mean they were** █████████████ ████████

| 12:45 | ▮ | ██████████████████████████████████ |
| 12:45 | ▮ | ████████████████████████████████ |

12:45 22    Q    I'm going to move to the attachment now.   In

12:45 23    the first page of the attachment which ends in Bates

12:45 24    '608, it says "Exec Summary" at the top there; do you

12:46 25    see that?

Brian Higgins - January 27, 2022

149

| 12:46 | 1 | A   I do. |
| 12:46 | 2 | Q   And under the ████████████████ |
| 12:46 | ██ | ████████████████████████████████████ |
| 12:46 | 4 | in the e-mail we just talked about? |
| 12:46 | 5 | A   Let me just look at it.  I would assume they |
| 12:46 | 6 | do, but let me look, Sarah. |
| 12:47 | 7 | Yep, it appears to be consistent. |
| 12:47 | 8 | Q   And when you were talking about ███ |
| 12:47 | ██ | ████████████████████████████████ |
| 12:47 | ██ | ██████████████████████████████████ |
| 12:47 | ██ | ████████████████████████████████ |
| 12:47 | ██ | ████████████████████████ |
| 12:47 | 13 | MR. SCHMIDTLEIN:  Objection to the form. |
| 12:47 | 14 | THE WITNESS:  ████████████████ |
| 12:47 | ██ | ████████████████████████████████ |
| 12:47 | ██ | ██████████████████████████████████ |
| 12:47 | ██ | ████████████████████████████████ |
| 12:47 | ██ | █ ████████████████████████████████ |
| 12:47 | ██ | ██████████████████████████████████ |
| 12:48 | ██ | ██████████ ████████████████████ |
| 12:48 | ██ | ████████████████████████ |
| 12:48 | ██ | ██████████████ |
| 12:48 | 23 | MS. BARTELS:  Q.  So with the ████████ |
| 12:48 | ██ | ████████████████████████ |
| 12:48 | ██ | ████████ |

167

| | | |
|---|---|---|
| 13:18 | 1 | Q   Has Verizon discussed the possibility of |
| 13:18 | 2 | ██████████████████████████████████████████ |
| 13:18 | 3 | **A   Do we now or have are you saying?** |
| 13:18 | 4 | Q   Have you, yes. |
| 13:18 | 5 | **A   Oh, we have.   Sure.** |
| 13:18 | 6 | Q   And what was the outcome of those |
| 13:18 | 7 | discussions? |
| 13:18 | 8 | **A   The outcome was** ████████████████████ |
| 13:19 | █ | ████████ |
| 13:19 | 10 | Q   Because ████████████████████ |
| 13:19 | █ | ████ |
| 13:19 | 12 | **A** ████████████████████ -- |
| 13:19 | 13 | MR. SCHMIDTLEIN:  Objection. |
| 13:19 | 14 | **THE WITNESS:  Sorry.  Go ahead, John.** |
| 13:19 | 15 | MR. SCHMIDTLEIN:  Objection to form; lack of |
| 13:19 | 16 | foundation. |
| 13:19 | 17 | **THE WITNESS:** ████████████████████ |
| 13:19 | █ | ████████████████████████████ |
| 13:19 | █ | ████████████████████ |
| 13:19 | 20 | MS. BARTELS:  Q.  Has Verizon ever sought a |
| 13:19 | 21 | ████████████████████████████████ |
| 13:19 | █ | ████████████ |
| 13:19 | 23 | MR. SCHMIDTLEIN:  Objection to form. |
| 13:19 | 24 | **THE WITNESS:** ████████████████████ |
| 13:19 | █ | ████████████   ████████████████████ |

Brian Higgins - January 27, 2022

168

| | | |
|---|---|---|
| 13:19 | 1 | ████████████████████████████ |
| 13:20 | ██ | ███████████████████████ **We thought that was** |
| 13:20 | 3 | **important from a customer experience standpoint.  So** |
| 13:20 | 4 | **we did explain that we thought that was the best** |
| 13:20 | 5 | **solution for Verizon customers.** |
| 13:20 | 6 | MS. BARTELS:  Q.  And what was the outcome |
| 13:20 | 7 | following that explanation? |
| 13:20 | 8 | A    Again, there's not -- and I know I'm -- it |
| 13:20 | 9 | sounds like I'm complicating things.  I'm not trying |
| 13:20 | 10 | to.  There wasn't one outcome.  There were many |
| 13:20 | 11 | discussions.  And I'd say many of those discussions |
| 13:20 | 12 | focused in on the customer experience. |
| 13:20 | 13 | Again, ████████████████████ |
| 13:20 | ██ | ███████████████████████████████ |
| 13:20 | ██ | █████████████████████████████ |
| 13:20 | ██ | ██████████████████ |
| 13:20 | ██ | ████████████████████████████ |
| 13:20 | ██ | ████████████████████████████████ |
| 13:20 | ██ | ████████████████████████████████ |
| 13:21 | 20 | Q    Do you know if Verizon ever ████████████ |
| 13:21 | ██ | ██████████████████████████ |
| 13:21 | 22 | A    I don't know of any during my tenure, and I |
| 13:21 | 23 | certainly don't know of any previously. |
| 13:21 | 24 | Q    Do you know if Verizon has ever considered |
| 13:21 | 25 | ███████████████████████████████ |

Brian Higgins - January 27, 2022

169

13:21  1  ████████████████████████████████████████████████

13:21  ▮  ██████████

13:21  3     A    Again, during my time, I'm not aware of any

13:21  4  requests, and prior to that I certainly have no

13:21  5  knowledge.

13:21  6     Q    So during your time and your tenure, do you

13:21  7  know why Verizon hasn't ██████████████████████████

13:21  ▮  ████████████

13:21  9       MR. SCHMIDTLEIN:  Objection to the form; lack

13:21 10  of foundation.

13:21 11       THE WITNESS:  So during my time, ██████████

13:22  ▮  ██████████████████████████████████████████████

13:22  ▮  ████████████████████  ████████████████████

13:22  ▮  ██████████████████████████████████████

13:22  ▮  ███████████████████████████████████████████

13:22  ▮  ████████████████████████████

13:22  ▮      ████████████████████████████████████████

13:22  ▮  ██████████████████  ██████████████████████████

13:22  ▮  ████████████████████████████████████

13:22  ▮  ████████████████  ████████████████████████

13:22  ▮  ████████████████████████████████████████████████

13:22  ▮  ████████████████████████████████████

13:22  ▮  ████████████████████████

13:22 24       MS. BARTELS:   Q.  When you were negotiating

13:22 25  the ██████ RSA, do you know if Verizon ██████████████

170



```
13:22  1      ████████████████████████████████████████
13:22  █   ██ ████████████████████████████  ██████████
13:23  █   ████████████████████████████████████████████
13:23  █   ████████████████  ██████████████████
13:23  █   ████████████████████
13:23  █       ██████████████████████████████  ████
13:23  █   ██████████████████████████████████████████████
13:23  █   ████████████████████████████████████████
13:23  █   ██████████████████████████
13:23  10     Q    And would that have ███████████████████
13:23  █   █████████████████████
13:23  12          MR. SCHMIDTLEIN:  Objection to form.
13:23  13          MS. ZAHID:  Objection to form.
13:23  14          THE WITNESS:  So you're talking about in the
13:23  15  current agreements?
13:23  16          MS. BARTELS:  Correct.
13:23  17          THE WITNESS:  ██████  ████████████████
13:23  █   ████████████████████████████████████████
13:23  █   ██████████████████████████████████████████████
13:23  █   ████████████████████████████████████████████
13:23  █   ████████████████████████████████
13:24  22          MS. BARTELS:   Q. In entering into the Google
13:24  23  RSAs has Verizon ███████████████████████
13:24  █   ████████████████████████████████████████████
13:24  █   ████████████████████████████
```

Brian Higgins - January 27, 2022

171

```
13:24  1        A    Are you saying has that ever happened?

13:24  2        Q    Yes.  Well, since -- since entering into the

13:24  3   Google RSA, has that happened?

13:24  4        A    ███████████████     ████████████

13:24  5        Q    We can start with ██████ yes, since -- since

13:24  6   then.

13:24  7        A    ██████████████████████████████████████

13:24       ████████████████████████     █████████████████████████

13:24       ███████████████████████████████████████████

13:24       ████████████████████████████████████████████████

13:24       █████████████████████████████████

13:24  12       Q    So before the ██████ RSA, did Verizon ████████

13:24       █████████████████████████████████████████████

13:24       █████████████████████████████████

13:25  15            MS. ZAHID:  Objection to form.

13:25  16            THE WITNESS:  Not that I'm aware with --

13:25  17   aware of, and not that I was involved in.

13:25  18            MS. BARTELS:  Q.  Do you know if Verizon,

13:25  19   when negotiating the ██████ RSA, ███████████████████████

13:25       ████████████████████████████████████████

13:25  21       A    When you say "Verizon," you mean anyone in

13:25  22   Verizon or within my purview?

13:25  23       Q    Yeah, we'll talk about within your purview

13:25  24   when you were negotiating the -- the ██████ RSA.

13:25  25       A    Not -- again, we would -- from an analysis
```

Brian Higgins - January 27, 2022

172

```
13:25  1    standpoint, ████████████████████████

13:25  ██   ███████████████████  ████████████████

13:25  ██   ████████████████████████████████████

13:25  ██   ████████████████████████████████████

13:26  ██       ███████████████████████████████████

13:26  ██   ██████████████████   ██████████████████

13:26  ██   █████████████████████████████████████

13:26  ██   ██████████████████████████████

13:26  9        Q   So understanding you ████████████████

13:26  ██   ██████████████████████████████████████

13:26  ██   ███████████████████████████████

13:26  ██       ██  █████████████████████████████

13:26  ██   ███████████████████████████████████

13:26  ██   █████████████  ██████████████████████████████

13:26  ██   ███████  ████████████████████████

13:26  ██   ██████████████████████████████

13:26  ██   ████████████████

13:26  18       Q   What was the outcome of ████████████████████

13:26  ██   ████████████████████████

13:26  20   A   ████████████████████████████████

13:26  ██   █████████████████  ███████████████████

13:26  ██   ██████████████████  ██████████████████

13:26  ██   ███████████████████████████  █████████████

13:27  ██   █████████████████████  █████████████████

13:27  ██   ████████████████████████████  ███████████████
```

██████████████   Brian Higgins - January 27, 2022

181



| | | |
|---|---|---|
| 13:51 | | ███████████████████████████ |
| 13:51 | | ███████████████████████████ |
| 13:51 | | ███████████████████████████ |
| 13:51 | | ████████████████████████████ |
| 13:51 | | ███████████████████ |
| 13:51 | | ████████  ███████████  ████████ |
| 13:51 | | █████████████████████████ |

13:51  8        Q    It does.  Thank you.

13:51  9              Have you noticed any change in ██████

13:51 ██  ██████████████████████████

13:51 ██  █████████████████

13:51 12        A    I have not.

13:51 13              MS. ZAHID:  Objection to form.

13:51 14              THE WITNESS:  Sorry.  I have not.

13:52 15              MS. BARTELS:  All right.

13:52 16              Well, I'm going to now pass things over to my

13:52 17  colleague, David Brunfeld, who is at the D.C. Attorney

13:52 18  General's office.

13:52 19              THE WITNESS:  Okay.  Thank you, Sarah.

13:52 20              MS. BARTELS:  Thank you.

13:52 21

13:52 22                        EXAMINATION

13:52 23  BY MR. BRUNFELD:

13:52 24        Q    Good afternoon, Brian.

13:52 25        A    Hi, David.

████████████████    Brian Higgins - January 27, 2022

182

| | | |
|---|---|---|
| 13:52 | 1 | Q   I have a few more questions for you. |
| 13:52 | 2 | Are you of aware whether Google enters into |
| 13:52 | 3 | Revenue Share Agreements with OEMs? |
| 13:52 | **4** | **A**   ██████████████████████ ██ |
| 13:52 | ██ | ████████████████████ |
| 13:52 | ██ | ██████████████  ████████ |
| 13:52 | ██ | ███████████████████████ |
| 13:52 | ██ | ███████████████████ |
| 13:52 | 9 | Q   Okay.  Are you aware of how Google determines |
| 13:52 | 10 | ██████████████████████ |
| 13:52 | ██ | ████ |
| 13:52 | 12 | MR. SCHMIDTLEIN:  Objection to the form. |
| 13:52 | **13** | **THE WITNESS:**   ██████████████ |
| 13:52 | ██ | ████████████████  ███████████ |
| 13:53 | ██ | ████  ████████████████ ██ |
| 13:53 | ██ | █████████████████████████ |
| 13:53 | ██ | ███████ |
| 13:53 | 18 | MR. BRUNFELD:  Okay.  Understood. |
| 13:53 | 19 | Q   And what -- what percentage of Android |
| 13:53 | 20 | devices that Verizon sells ████████████████ |
| 13:53 | ██ | ███████████ |
| 13:53 | **22** | █ ████████████ █ |
| 13:53 | ██ | ███████████████████ |
| 13:53 | ██ | ██████████  ████████████ |
| 13:53 | ██ | █████████████████ ██ |



Brian Higgins - January 27, 2022

183

13:53  1  ████████████████████████████████████

13:53  ▮  ████████████    ████████████████████

13:53  ▮  ██████

13:53  4      Q   Okay.  And why -- why is that?  Why has

13:53  5  Verizon elected ████████████████████████

13:53  ▮  ████████████████

13:54  7    ▮  ████████████████████████

13:54  ▮  ██████████████████████████████

13:54  ▮  ████████████████████████  ███████

13:54  ▮  ██████████████████████████████

13:54  ▮  ██████████████████████████████

13:54  ▮  ████████  ████████████████

13:54  ▮    ██████████████████████████

13:54  ▮  ██████████████████████████████

13:54  ▮  ████████████████████████████  ██

13:54  ▮  ██████████████████████████

13:54  ▮  ████████████████████████████████

13:54  ▮  ██████████████████████████

13:54  ▮  ██████████████████████████

13:54  ▮  ████████████████████████

13:54  ▮  ██████████████████

13:54  22     Q   So is it fair to say then that right now

13:54  23  Verizon ████████████████████████████

13:54  ▮  ████████████████████████████████  but

13:54  25  that it may do so in the future?

████████████    Brian Higgins - January 27, 2022

184

13:54  1      A      ████████████████████████████
13:54  ▪   ██████████    ████████████████████████
13:55  ▪   ██████████████    ██████████████████████
13:55  ▪   ████████████████████████████████████████
13:55  ▪   █████████████████████████████
13:55  6      Q    Okay.   Well, let's talk a little bit about
13:55  7   what is out there.
13:55  8           Has Verizon had any discussions ██████████
13:55  ▪   ████████████████████████████████████████
13:55  ▪   ██████████
13:55 11      A      ████████████      Not that I'm aware of.   I'm just
13:55 12   going back.    █████████████████████████████
13:55  ▪   ████████████████████████████    ██████████
13:55  ▪   ██████████    █████████████████████████
13:55  ▪   ████████████████    ████████████████████████
13:55  ▪   ████████████████████████    ████████████
13:55  ▪   ██████████████████████████████████████
13:55  ▪   ██████████████████████████████████████
13:55  ▪   ██████████████████    ████████████████████
13:55  ▪   █████████████████████
13:55 21      Q    Okay.   Well what about with the ████████
13:55  ▪   █████████████████████████████    For example, has
13:55 23   Verizon had any discussions ████████████████████
13:55  ▪   ████████████████████████████████████████
13:56 25      A    Not that I'm aware.

193

| | | |
|---|---|---|
| 14:05 | 1 | MS. ZAHID:  Sure. |
| 14:05 | 2 | MR. SCHMIDTLEIN:  Thank you. |
| 14:05 | 3 | THE VIDEOGRAPHER:  We're going off the |
| 14:05 | 4 | record.  The time is 2:05. |
| 14:05 | 5 | (Recess taken.) |
| 14:13 | 6 | THE VIDEOGRAPHER:  We are back on the record. |
| 14:13 | 7 | The time is 2:13. |
| 14:13 | 8 | |
| 14:13 | 9 | EXAMINATION |
| 14:13 | 10 | BY MR. SCHMIDTLEIN: |
| 14:13 | 11 | Q   Good afternoon, Mr. Higgins.  My name is John |
| 14:13 | 12 | Schmidtlein.  I represent Google in these cases.  We |
| 14:13 | 13 | met -- we met earlier this morning, and thank you for |
| 14:13 | 14 | taking time out of your busy schedule to -- to visit |
| 14:13 | 15 | with us today. |
| 14:13 | 16 | A   Sure thing. |
| 14:13 | 17 | Q   Am I correct -- and I'm going to try not to |
| 14:13 | 18 | plough over things you've already testified to |
| 14:13 | 19 | earlier -- but am I correct that the only time period |
| 14:13 | 20 | that you have been involved in negotiations with |
| 14:14 | 21 | Google or other search provider has been in the time |
| 14:14 | 22 | period since you've taken your job in 2007 [sic]? |
| 14:14 | 23 | A   2017 you said, John? |
| 14:14 | 24 | Q   That's right. |
| 14:14 | 25 | A   Yeah.  Yes, trying to think.  But again, in a |

194

14:14  1    prior role, I had a team that would interfit, but I --

14:14  2    I didn't have a role there.  But my -- the time where

14:14  3    I started negotiating ███████████████████████████

14:14  ███  ████████████████████████████████████

14:14  5        Q    Okay.  And unless I indicate otherwise,

14:14  6    consider my questions to be applicable to this 2017 to

14:14  7    present time period; is that fair?

14:14  8        A    Yep, totally fair.

14:14  9        Q    Okay.  So during this time period when you've

14:14 10    been working in the mobile device space, who are the

14:14 11    Android OEMs that you've worked with?

14:15 12        A    I mean there's a fairly long list.  But the

14:15 13    primary is Samsung, Motorola, LG.  We've worked with

14:15 14    Red as well, palm, TCL, OnePlus.  I mean, quite --

14:15 15    quite a few.  There's a long, long list, John.

14:15 16        Q    And is there only one OEM who manufactures

14:15 17    iOS devices?

14:15 18        A    There is only one OEM that manufacturers iOS

14:15 19    devices, that is correct.

14:15 20        Q    Okay.  And who is that?

14:15 21        A    That would be Apple.

14:15 22        Q    Okay.  And we've talked a little bit today

14:15 23    about conversations you've had with Google about

14:15 24    ████████████████████   ██████████████████████████████

14:15  ███  █████████████████████████████████████

Brian Higgins - January 27, 2022



Brian Higgins - January 27, 2022

196

```
14:17  1
14:17  2        A   I have not.
14:17  3        Q   And you don't have firsthand knowledge of the
14:17  4
14:17
14:17  6        A   I do not.
14:17  7        Q   And you don't any
14:17
14:17  9        A   I do not.
14:17 10        Q   I think you had some questions or we talked a
14:18 11   little bit about
14:18 12   do you remember that?
14:18 13        A   I do.
14:18 14        Q   Okay.  Verizon -- has Verizon ever
14:18
14:18
14:18 17        A   We don't, no.
14:18 18        Q   Okay.  And do you know what
14:18
14:18 20        A   I do not.
14:18 21        Q   Are you aware of any device that -- that
14:18 22   Verizon has -- has
14:18
14:18
14:18                                         is that right?
```

Brian Higgins - January 27, 2022

197

14:18   1      A   Yes.

14:18   2      Q   Okay. ██████████████████████████████

14:18   ██████████████████████████████████████████

14:18   ██████████████████████████████████████████████

14:19   ████████████████████████████████████

14:19   ████████████████████████

14:19   █ ██████████████████████████████

14:19   ████████████████████████████████

14:19   ██████████████████████████████████

14:19   ██████████████████████ ████████████████

14:19   ████████████████████ ██████████████

14:19   ██████████████████████████████████

14:19   ██████████████████████████

14:19   ████████████████████████████

14:19   ██████████████████████ ████████

14:19   ████████████████████████████

14:19   █ ████████████████████████████████

14:19   ██████████████████████████████████████

14:19   █ ████████████████████████████████

14:19   ████████████████████

14:19   ████████████████████████████

14:19   ██████████████████████████████

14:19   ██████████████████████████

14:20   ████ ████████████████████████████

14:20   ██████████████████████████████

████████████████   Brian Higgins - January 27, 2022

198

14:20  1   ████████████████████

14:20  ██   ██   ████████████████████████████████████

14:20  ██   ████████████████████

14:20  ██   ██   ████████████████████████████████

14:20  ██   ████████████████████

14:20  6       Q    Okay.   Who are -- who are Verizon's

14:20  7   competitors in the -- in the market for the sale of

14:20  8   mobile devices?

14:20  9       A    You mean in the wireless space, it's

14:20 10   expanding.   But the primary competitors are AT&T and

14:20 11   T-Mobile.   But then also the cable operators or MSOs

14:20 12   are now becoming competitors as well.

14:20 13       Q    And do you also sell in competition with

14:20 14   OEMs?

14:20 15       A    We do.   So Samsung could sell directly, and

14:20 16   really any of the OEMs can sell directly.

14:20 17       Q    And that includes Apple; is that right?

14:20 18       A    Yes.

14:21 19       Q    Okay.   And you gave me a good list of various

14:21 20   Android OEMs that you dealt with.   How do the Android

14:21 21   OEMs go about differentiating and innovating their

14:21 22   individual devices?

14:21 23       A    John, I can't give you one answer.   I mean,

14:21 24   it -- it's -- it spans across hardware capabilities.

14:21 25   So oftentimes it will be better performance on

199

14:21  1   wireless, higher speeds.  It will be the actual

14:21  2   physical device itself, size of the screen.  Sometimes

14:21  3   they'll introduce like a foldable device as an example

14:21  4   as a differentiator, and then other times it will be

14:21  5   about the experience, you know, the software that

14:21  6   resides on the device.

14:21  7        So if Samsung is an example, they've got

14:21  8   their own experience that they build onto their

14:21  9   devices.  They feel like that's important for the

14:21 10   customer experience.  Same is true for OnePlus, as an

14:21 11   example.  Google Pixel has their own experience and

14:22 12   want to keep it pure to all the Google services.

14:22 13        And so, you know, across hardware and

14:22 14   software, there's just a multitude of different

14:22 15   experiences that they try to build to help

14:22 16   differentiate.

14:22 17   Q   And is that -- is that ability to

14:22 18   differentiate something that makes the Android

14:22 19   operating system unique from iOS?

14:22 20   A   It makes it different.

14:22 21   Q   Okay.  In other words, there -- ████████████

14:22 ██  ███████████████████████████████████████████████████

14:22 ██  ███████████████████████████████████████

14:22 24   A   Not that I'm aware of, no.

14:22 25   Q   And does -- does Verizon view it as a -- as a

Brian Higgins - January 27, 2022

200

14:22  1    positive thing, that there are multiple OEMs

14:22  2    innovating around the Android operating system?

14:23  3        A   We do.  Because as I said in the beginning,

14:23  4    you know, more competition leads to more aggressive

14:23  5    innovation which leads to more breakthroughs, so yes.

14:23  6        Q   And am I correct that Verizon tries to sell

14:23  7    an attractive array of both Android and iOS devices?

14:23  8        A   We do.  We always try new OEMs when we can,

14:23  9    bring on new models when we can.  Again, I gave

14:23 10    foldable as an example.  That Palm device which is a

14:23 11    very small form factor device.  So we try new things

14:23 12    as often as we can.

14:23 13        Q   And -- and do you find that other -- the

14:23 14    other carriers that you mentioned before, and -- and

14:23 15    other OEMs are trying to offer their own array of and

14:23 16    sometimes same types of competing devices in

14:23 17    competition with Verizon?

14:23 18        A   I do.

14:23 19            MS. BARTELS:  Objection; form.

14:23 20            THE WITNESS:  Okay.  So I -- I find, in my

14:23 21    experience, that other wireless carriers, the two --

14:24 22    the two mains as an example, they'll bring on

14:24 23    different OEMs, they may build their own brand of

14:24 24    devices, they partner up with OEMs to combine services

14:24 25    together in different ways to try and create a

Brian Higgins - January 27, 2022

201

```
14:24   1   differentiation in the marketplace.
14:24   2           MR. SCHMIDTLEIN:  Q.  You -- you testified
14:24   3   earlier about, I think, ████████████████████
14:24   ▌   ████████████████████████████████████
14:24   ▌   ████████████████████████████
14:24   ▌   ███████████████████████████████
14:24   ▌   ████████████
14:24   8       A   Roughly, yes.
14:24   9       Q   Okay.  And -- █████████████████
14:24   ▌   ██████████████████████████████; is that
14:24  11   right?
14:24  12       A   That's true.  But, John, one thing I want to
14:24  13   mention I just thought of now, █████████████
14:24   ▌   ██████████████████████████████
14:24   ▌   ████████████████████████████
14:25   ▌   ████████████████  ████████████
14:25   ▌   ███████████████████████████
14:25   ▌   ██████████████████
14:25  19       Q   And --
14:25  20       A   To answer your question, ██████████
14:25   ▌   ██████████████████
14:25  22       Q   And so just everybody understands, what is --
14:25  23   what is Tracfone?
14:25  24       A   Yeah.  Tracfone is a prepaid value carrier in
14:25  25   the U.S. market.  They were formally owned by America
```

Brian Higgins - January 27, 2022

202

14:25  1   Movil, and we recently closed on a transaction to

14:25  2   acquire them in 2021.  The end of 2021.

14:25  3

14:25 █

14:25 █

14:25 █

14:25 █

14:25 █

14:25  9       Q   And is -- is the reason that

14:25 █

14:25 █

14:26 █

14:26 13      A   I can't say that's a reason, John, just

14:26 14   because I haven't focused on that business.  But I can

14:26 15   tell you factually that

14:26 █

14:26 17      Q

14:26 █

14:26 █

14:26 █

14:26 █

14:26 █

14:26 23      Q   Okay.  And I think you -- you sort of

14:26 24   testified earlier that

14:26 █

Brian Higgins - January 27, 2022

203

| | | |
|---|---|---|
| 14:26 | 1 | ██████████████████████████████████ █ |
| 14:26 | █ | ████████████████████████████████ |
| 14:26 | █ | ██████████████████████████████████ |
| 14:26 | 4 | A   We -- |
| 14:26 | 5 | MS. BARTELS:  Objection. |
| 14:27 | 6 | **THE WITNESS:** ████████████████████ |
| 14:27 | █ | ████████████████████████████████ |
| 14:27 | █ | ████████████████████████████████ |
| 14:27 | █ | ██████████████████████ |
| 14:27 | 10 | MR. SCHMIDTLEIN:  Okay. |
| 14:27 | 11 | Q   And do you believe that ███████████ |
| 14:27 | █ | ████████████████████████████████████ |
| 14:27 | █ | ████████████████████████████████ |
| 14:27 | █ | ██████████████████████████████████ |
| 14:27 | █ | ██████████████████████ |
| 14:27 | 16 | MS. BARTELS:  Objection. |
| 14:27 | **17** | **THE WITNESS:  So, John, to your specific** |
| 14:27 | **18** | **question about** ██████████████████████████ |
| 14:27 | █ | █████████████████████████ **I would agree.** |
| 14:27 | 20 | MR. SCHMIDTLEIN:  Q.  You testified earlier |
| 14:27 | 21 | that ███████████████████████████████ |
| 14:27 | █ | █████████████████████████████ ; is that |
| 14:28 | 23 | right? |
| 14:28 | **24** | A   Correct. |
| 14:28 | 25 | Q   One was a -- I think what we've been calling |

Brian Higgins - January 27, 2022

206

| Time | Line | | |
|---|---|---|---|
| 14:30 | 1 | Q | -- ███████████████████████████████ |
| 14:30 | ▮ | ███████████████ | |
| 14:30 | 3 | A | I believe that's correct. |
| 14:30 | 4 | Q | So again, just to give a hypothetical, ▮ |
| 14:31 | ▮ | ████████████████████████████████████ | |
| 14:31 | ▮ | ████████████████████████████████ | |
| 14:31 | ▮ | ████████████████████████████████ | |
| 14:31 | ▮ | ████████████████████████████████████ | |
| 14:31 | ▮ | ███████████████████████████████ | |
| 14:31 | ▮ | ████████████████████████████ | |
| 14:31 | ▮ | ███████████████████████████████ | |
| 14:31 | ▮ | ██████████████████████████ | |
| 14:31 | ▮ | ██████████ | |
| 14:31 | 14 | A | We would. ████████████████████████ |
| 14:31 | ▮ | ████████████████████████████████ | |
| 14:31 | ▮ | █████████████ | |
| 14:31 | 17 | Q | No, understood. ██████████████████ |
| 14:31 | ▮ | ███████████ | |
| 14:31 | 19 | A | Yeah.  The mechanics of it yep, yes. |
| 14:31 | 20 | Q | Yeah.  Okay.  All right. |
| 14:31 | 21 | | I want to talk a little bit about the ████ |
| 14:31 | 22 | | agreement because you -- I think you -- although you |
| 14:31 | 23 | | were not involved in the negotiations of that, you at |
| 14:32 | 24 | | least have some knowledge about that agreement that |
| 14:32 | 25 | | you got from your team when you started; is that |

Brian Higgins - January 27, 2022

207

```
14:32   1    right?
14:32   2        A   That is fair, yep.
14:32   3        Q   And one of the things that you learned was
14:32   4    that there was -- ███████████████████████
14:32   ██   ████████████████████████████████
14:32   ██   ████████████████████; is that right?
14:32   7        A   Yes.  ████████████████████████
14:32   ██   ████████████████████
14:32   9        Q   And Verizon ███████████████████████
14:32   ██   █████████████████████████████████████████
14:32   ██   ████████████████; is that right?
14:32  12        A   That, I don't know, John.
14:32  13        Q   You're -- you're certainly not aware of --
14:32  14        A   I'm not aware, yes.  I'm not.
14:33  15        Q   And it -- and it certainly didn't happen from
14:33  16    2017 to June of 2021 --
14:33  17        A   Correct.
14:33  18        Q   -- when you -- when you were in charge?
14:33  19        A   Yes, that's correct.
14:33  20        Q   Okay.  And when did Verizon acquire Yahoo?
14:33  21        A   You know, John, we talked about this a little
14:33  22    bit earlier.  I don't remember the exact dates.  I
14:33  23    apologize.  But I -- because we bought AOL, and then
14:33  24    we bought Yahoo.  It's a little complicated, and I --
14:33  25    I don't recall the exact dates.  But I think it was
```

Brian Higgins - January 27, 2022

208

```
14:33   1    before -- before I came.  Before 2017 I think it's
14:33   2    safe to say.
14:33   3        Q    Okay.  So your best recollection is that when
14:33   4    you -- when you took over the position of, you know,
14:33   5    being in charge of -- of the negotiation with Google
14:33   6    for the RSA or the relationship with Google in 2017,
14:33   7    Yahoo was already part of the Verizon family; is that
14:33   8    right?
14:33   9        A    I'm pretty sure it was.  I'm just thinking
14:34  10    about ███████████████████████████████████████████
14:34       ████████████████████████     ████████████████████████
14:34       ████████████████████████████████
14:34  13        Q    Okay.  And -- and ██████████████████████████
14:34       ████████████████████████████████████████████████████
14:34       █████████████████████████████████████████████
14:34       ████████████████████████████
14:34  17             MS. BARTELS:  Objection; form.
14:34  18             THE WITNESS:  I did not though, John.
14:34  19             MR. SCHMIDTLEIN:  Q.  That would have been █
14:34       ████████████████████████████████████; right?
14:34  21             MS. BARTELS:  Objection; form.
14:34  22             THE WITNESS:  I can't say that John, because
14:34  23    I -- we didn't try it.
14:34  24             MR. SCHMIDTLEIN:  Q.  If -- ████████████████
14:34       ██████████████████████████████████████████████
```

██████████████     Brian Higgins - January 27, 2022

209

14:34  1    ███████████████████████████████████ you would

14:34  2    have raised that with your colleagues; correct?

14:34  3          MS. BARTELS:   Objection --

14:34  4          **THE WITNESS:   If I --**

14:34  5          MS. BARTELS:   -- form.

14:34  6          **THE WITNESS:   -- if I thought** ████████

14:34  ██   ████████████████████████████████████████

14:35  ██   ██████████████████████████████████

14:35  ██   ███████████ **yes.**

14:35  10         MR. SCHMIDTLEIN:   Q.   And during the entire

14:35  11    time that you've been in your current position, 2017

14:35  12    to the present, you have ████████████████████

14:35  ██   ███████████████████████████████████████████

14:35  ██   ███████

14:35  15         MS. BARTELS:   Objection; form.

14:35  16         **THE WITNESS:** ██████████████████

14:35  ██   ████████████████████  ████████████████████

14:35  ██   ██████████████████████

14:35  19         MR. SCHMIDTLEIN:   Q.   And am I -- am I -- is

14:35  20    that also true with respect to ██████████████?

14:35  21         MS. BARTELS:   Objection; form.

14:35  22         **THE WITNESS:   John, I didn't spend any time**

14:35  23    **on either of those.   Again, when we look at the**

14:35  24    **documents, it** ████████████████████████

14:35  ██   ███████████████████████████████████

Brian Higgins - January 27, 2022

210

| | | |
|---|---|---|
| 14:35 | 1 | ██████████████████     ████████████████████ |
| 14:35 | ■ | ████████████████████████████████████ |
| 14:35 | ■ | ██████████████████████████████ |
| 14:36 | 4 | MR. SCHMIDTLEIN:  Okay. |
| 14:36 | 5 | Q   Let's take a look at -- if we could get |
| 14:36 | 6 | Exhibit 4 put back in the Chat.  This is the -- |
| 14:36 | 7 | Exhibit 4, I believe, was the ███ agreement. |
| 14:36 | 8 | Just take a moment to download that. |
| 14:37 | 9 | A   Okay.  I've got it, John. |
| 14:37 | 10 | Q   All right. |
| 14:37 | 11 | So if you would take -- I want to ask you |
| 14:37 | 12 | some questions about -- we talked earlier about the -- |
| 14:37 | 13 | ████████████████████████████████ |
| 14:37 | ■ | ████████████████████; you recall that? |
| 14:37 | 15 | A   I do. |
| 14:37 | 16 | Q   And I think you testified that you thought |
| 14:37 | 17 | that ████████████████████████ |
| 14:37 | ■ | █████████████████████████; is that right? |
| 14:37 | 19 | A   Yeah.  So if I remember correctly, you -- we |
| 14:37 | 20 | could ██████████████████████████ |
| 14:37 | ■ | ████████████████████████████ |
| 14:37 | ■ | ████████████████. |
| 14:38 | 23 | Q   Okay.  Would you take a look at page 14 of |
| 14:38 | 24 | the agreement, and it's in section -- well, why don't |
| 14:38 | 25 | you actually start on page 13. |

Brian Higgins - January 27, 2022

14:38  1      A    Okay.

14:38  2      Q    If you don't mind.  Just let me know when

14:38  3  you're at page 13.

14:38  4      A    Yeah, I'm on it, John.

14:38  5      Q    Okay.  And at the bottom of page 13, it has

14:38  6  the section of the agreement that deals with

14:38  7  ███████████████████  is that right?

14:38  8      A    Yes, 5.1 is that what you're talking about?

14:38  9      Q    That's correct.

14:38 10      A    Okay.

14:38 11      Q    And this is the section that ███████████████

14:38 ██  ████████████████████████████████████████████████

14:38 ██  ████████████████████████████████████████████; right?

14:38 14      A    Correct.

14:38 15      Q    Okay.  And if you go over to the next page,

14:39 16  under ████████████████████

14:39 17      A    Uh-huh.

14:39 18      Q    If you actually look above that, you seen on

14:39 19  5.1, Section (d), it says:

14:39 20              ██████████████████████████████████████

14:39 ██  ██████████████████

14:39 22      A    Uh-huh.

14:39 23      Q    Okay.  So let's go down and look at

14:39 24  Section 5.2 ██████████████, and just take a moment

14:39 25  there to review (a) sub (i), and then just let me

1   READ/SIGN DEPOSITION OF:   Brian Higgins
    DATE OF DEPOSITION:   January 27, 2022
2   IN THE MATTER OF:   U.S., et al. v. Google LLC; State of Colorado, et al. v. Google LLC

3        DO NOT WRITE ON THE DEPOSITION ITSELF

4   Page Line  Changes or corrections and reason

5   21:22; "feature forms" to "feature phones"; Clarification

6   22:22; "mains" to "main ones"; Clarification

7   26:22; "comforts" to "comes"; Clarification

8   27:4-5; "show case" to "showcase"; Clarification

9   37:6; "and" to "in"; Clarification

10  43:23; "Ransome King" to "also-rans"; Clarification

11  44:1; "included" to "inclined"; Clarification

12  78:6; "laggard heads" to "are at loggerheads"; Clarification

13  80:22; "Jeung" to "Jung"; Clarification

14  83:14; "ad" to "and"; Clarification

15  86:23; "tends" to "tens"; Clarification

16  91:9; "because it we" to "because we"; Clarification

17  95:5; "my" to "might"; Clarification

18  95:8; "the" to "of"; Clarification

19  98:10; "twice" to "device"; Clarification

20  110:14; "tall list" to "tallest"; Clarification

21  120:6; "Kenna" to "Keena"; Clarification

22  I have inspected and read my deposition and
    have listed all changes and corrections above,
    along with my reason therefor.
23

24  DATE:_____  SIGNATURE:_____

| | |
|---|---|
| 1 | **READ/SIGN DEPOSITION OF:** Brian Higgins |
| 2 | **DATE OF DEPOSITION:** January 27, 2022 |
| | **IN THE MATTER OF:** U.S., et al. v. Google LLC; State of Colorado, et al. v. Google LLC |
| 3 | DO NOT WRITE ON THE DEPOSITION ITSELF |
| 4 | Page Line  Changes or corrections and reason |
| 5 | 121:1; "into" to "to"; Clarification |
| 6 | 127:19; ███████████████████ |
| 7 | 129:16; ████████████████████ |
| 8 | 129:17; █████████████████████████ |
| 9 | 152:3; "part reason" to "part of the reason"; Clarification |
| 10 | 152:4; "reason" to "option"; Clarification |
| 11 | 154:13; "initiative" to "an initiative"; Clarification |
| 12 | 154:13; "rock" to "Rock"; Clarification |
| 13 | 154:14; "visible" to "Visible"; Clarification |
| 14 | 154:17; "we can a" to "we can have a"; Clarification |
| 15 | 161:9; "balance" to "balanced"; Clarification |
| 16 | 172:4; ███████████████████ |
| 17 | 179:13; "to" to "if"; Clarification |
| 18 | 183:20; ███████████████████████ |
| 19 | 186:19; "dominance" to "dominant"; Clarification |
| 20 | 187:17; "laid" to "said"; Clarification |
| 21 | 217:16; "coordinate" to "attribute"; Clarification |
| 22 | I have inspected and read my deposition and have listed all changes and corrections above, along with my reason therefor. |
| 23 | |
| 24 | DATE:_____ SIGNATURE:_____ |

1   READ/SIGN DEPOSITION OF:   Brian Higgins
    DATE OF DEPOSITION:   January 27, 2022
2   IN THE MATTER OF:   U.S., et al. v. Google LLC; State of Colorado, et al. v. Google LLC

3        DO NOT WRITE ON THE DEPOSITION ITSELF

4   Page Line  Changes or corrections and reason
5   229:21; "speculation" to "speculate"; Clarification

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____
    I have inspected and read my deposition and
22  have listed all changes and corrections above,
    along with my reason therefor.
23
    DATE: March 8, 2022    SIGNATURE
24