# Pls. Ex. 68

# Brand Guidelines

The Android name, the Android logo, the Google Play brand, and other Google trademarks are the property of Google LLC and are not part of the assets available through the Android Open Source Project.

If you want to use these brands to indicate their association with your device or service, adhere to the guidelines on this page. All creatives that include or reference Android or Google trademarks must be reviewed and fully approved by the Android brand team. Use the brand request form (https://support.google.com/contact/partner_brand_approval) to submit your marketing for review.

These guidelines correspond to and complement the marketing materials on the Partner Marketing Hub (https://partnermarketinghub.withgoogle.com/) and Google Brand Permissions (https://www.google.com/permissions/).

## Android

The use of Android on a hardware device and packaging or marketing materials related to that hardware device is restricted to Android compatible (/docs/compatibility) devices only. The following are guidelines for the Android brand and related assets that can be used for compatible devices. For detailed guidance, see the Partner Marketing Hub (https://partnermarketinghub.withgoogle.com/).

- Android™ should have a trademark symbol the first time it appears in a creative.
- Android should always be capitalized and is never plural or possessive.
- Android should never be used in the name of your product or as the primary or dominant mark on your packaging or device.
- Android should be used only as a term to refer to the operating system (OS) of your device. If you're unsure whether your use meets our guidelines, follow this simple test: If you can replace "Android" with "the Android platform" and the text still makes sense, then you may use this term.
  - Incorrect: Android XBrand Phone

- Correct: XBrand phone on Android

- You may use "with Android" in plain black text with your logo. If used with your logo, "with Android" should be no larger than 90% of your logo's size. The first or most prominent instance of this use should be followed by a ™ symbol.

- Android may be used *only as a descriptor*, as long as it is followed by a proper generic term. It can't be framed as the product name or brand of your device.

    - Incorrect: Android XBrand Phone

    - Correct: Android mobile device

- Google reserves the right to require Android and/or Google branding on compatible devices and any related materials, which includes but isn't limited to packaging, boot-up sequence, and marketing materials.

- **Any use of the Android name must include this attribution in your communication:**

> *Android is a trademark of Google LLC.*

## Acceptable examples

| OS | Android™ 4.2.2, Jelly Bean |

**8100 series**

Razor Slim FHD TV powered by Android™
with Ambilight 4-sided
and Perfect Pixel HD Engine
121 cm / 48"

## Unacceptable example



## Android logo

Unless expressly authorized by Google through written agreement, the Android logo and custom typeface may not be used (with or without the Android robot).



## Android robot



.ai (/docs/setup/images/Android_symbol_RGB.ai)
.eps (/static/docs/setup/images/Android_symbol_green_CMYK.eps)
.png (/static/docs/setup/images/Android_symbol_green_RGB.png)
.svg (/static/docs/setup/images/Android_symbol_green_RGB.svg)

The Android robot can be used, reproduced, and modified freely in marketing communications with proper attribution. For details, refer to App Developers Brand Guidelines (https://developer.android.com/distribute/tools/promote/brand.html) and the Creative Commons license (https://creativecommons.org/licenses/by/3.0/).

# Google Play

Use of the Google Play name and the Google Play Store icon on the packaging of the hardware, marketing materials of the hardware, or the hardware itself is allowed only on devices licensed to access Google Play (/docs/setup/about/faqs#if-my-device-is-compatible-does-it-automatically-have-access-to-google-play-and-branding). For a list of devices licensed to use Google Play, refer to Supported devices (https://support.google.com/googleplay/answer/1727131).

# Other brands

Android Auto (https://www.android.com/auto/), Android TV (https://www.android.com/tv/), and Wear OS by Google (https://wearos.google.com) are brands owned by Google. These brands require Google proprietary software that runs on top of Android and is available only through a license with Google. For information on how to request a license, see Contact Us (/docs/compatibility/contact-us).

# Questions

For additional brand use information, contact the Android Partner Marketing team by submitting the Partner Brand Inquiry Form (https://support.google.com/contact/partner_brand_approval).

Content and code samples on this page are subject to the licenses described in the Content License (/license). Java and OpenJDK are trademarks or registered trademarks of Oracle and/or its affiliates.

Last updated 2022-09-13 UTC.