# Pls. Ex. 77

1

```
 1                UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF COLUMBIA

 3

 4  UNITED STATES OF AMERICA, et al., )
                                      )
 5               Plaintiffs,          )
                                      )
 6        vs.                         )  No. 1:20-cv-03010-APM
                                      )
 7  GOOGLE LLC,                       )
                                      )
 8               Defendant.           )
    _____ )
 9                                    )
    STATE OF COLORADO, et al.,        )
10                                    )
                 Plaintiffs,          )
11                                    )
          vs.                         )  No. 1:20-cv-03715-APM
12                                    )
    GOOGLE LLC,                       )
13                                    )
                 Defendant.           )
14  _____ )

15

16      VIDEOTAPED ZOOM VIDEOCONFERENCE DEPOSITION OF

17                    TIMOTHY BAXTER

18               Tuesday, April 12, 2022

19                     Volume I

20

21

22   Stenographically Reported by:
     AMANDA J. KALLAS
23   CSR No. 13901

24   Job No. 839828

25   PAGES 1 - 231
```

83

08:31:32   1    silo-oriented in their approach.  And I believe that

08:31:37   2    the appliance division, which is a function of the

08:31:42   3    consumer electronics division, launched a smart

08:31:46   4    refrigerator that was very well received for the

08:31:49   5    marketplace.  But they made their decisions about

08:31:52   6    what's best for that product, and they chose

08:31:57   7    whatever they felt would solve that, looking at

08:32:02   8    experience, cost, market, or whatever metrics they

08:32:05   9    were doing to evaluate that.

08:32:12   10        Q    What is S Browser?

08:32:18   11        A    S Browser, as I understand it, is a Samsung

08:32:26   12    browser that I believe uses Google Search behind the

08:32:35   13    scene or -- but it is a -- a front face that is a

08:32:40   14    different browser than -- than Google or Chrome.

08:32:49   15        Q    Is S Browser the same as Samsung Internet?

08:33:00   16        A    I believe it is, Erin, but I'm not -- I'm not

08:33:04   17    a hundred percent sure on that, but I believe they

08:33:06   18    are one and the same.

08:33:08   19        Q    Is there one that -- strike that.

08:33:10   20             Would you usually refer to "S Browser" or

08:33:13   21    "Samsung Internet" or a different term when

08:33:16   22    referring to that product?

08:33:20   23        A    I -- I remember it being viewed or referenced

08:33:23   24    more as "S Browser."  That's my recollection.

08:33:32   25        Q    So generally speaking, what are the benefits

84

08:33:35  1    to consumers of S Browser versus Chrome?

08:33:42  2        A   I can't describe that.

08:33:46  3        Q   Do you have -- are -- in your mind, are there

08:33:51  4    any benefits to consumers of S Browser?

08:33:55  5        A   I'm not aware of it.

08:34:04  6        Q   When you were at Samsung, did Samsung view

08:34:07  7    the S Browser as competing against Chrome?

08:34:17  8        A   I thought -- my recollection is that it was

08:34:20  9    viewed as an alternative to Chrome and a choice.

08:34:34  10       Q   When you were at Samsung, did Samsung view

08:34:37  11   the S Browser as competing against Google Search?

08:34:49  12       A   No.  My -- because my understanding is, it

08:34:52  13   used the Search backbone, Google Search backbone.

08:34:58  14   So in that sense, I -- I didn't view it as a

08:35:02  15   competitor if it, in fact, used that -- that

08:35:05  16   infrastructure, if you will.

08:35:08  17       Q   When you said that the -- the S Browser was

08:35:14  18   "viewed by Samsung as an alternative to Chrome and

08:35:19  19   as a choice," could you explain that a little bit

08:35:21  20   more?

08:35:23  21       A   Yeah.  I think if you were to look at --

08:35:25  22   there are -- there are a host of apps that are on

08:35:31  23   the Samsung devices that, in some cases, are

08:35:36  24   repetitive.  And the industry, the press, and

08:35:47  25   consumer feedback -- we heard -- oftentimes you

UNITED STATES vs                                      Timothy Baxter
GOOGLE LLC                                             April 12, 2022

85

08:35:50   1    heard a term of --

08:35:50   2          THE STENOGRAPHER:  Of what?

08:35:54   3          THE WITNESS:  Bloat -- "bloatware."

08:35:57   4    B-L-O-A-T-W-A-R-E.  I don't know if that's an actual

08:36:01   5    Webster word, but it is a technology word.

08:36:08   6          And there was a view that there were too many

08:36:09   7    apps that did the same thing on -- on the Samsung

08:36:14   8    devices, and, in some cases, the Android-based

08:36:18   9    devices.  And it's my understand -- part of that is

08:36:22  10    the openness that exists in the operating system

08:36:26  11    allows for that.  And some consumers like that

08:36:31  12    choice, and some might have gotten confused with

08:36:34  13    multiple apps on a device that does some of the same

08:36:37  14    things.

08:36:40  15    BY MS. MURDOCK-PARK:

08:36:40  16       Q   When you said that you couldn't think of

08:36:45  17    benefits to the S Browser, can you explain that a

08:36:52  18    little bit more?  Did you ever use the S Browser?

08:37:06  19          THE WITNESS:  I -- I think I use the

08:37:08  20    S Browser right now.

08:37:08  21          MR. STOLL:  Form.

08:37:02  22          THE STENOGRAPHER:  Was there an objection?

08:37:02  23          MR. STOLL:  Yeah, there was an objection to

08:37:05  24    form.  Sorry about that.

08:37:10  25          THE WITNESS:  So I -- I used the S Browser

UNITED STATES vs
GOOGLE LLC

Timothy Baxter
April 12, 2022

86

08:37:13  1   right now.  I don't know what the benefits are of it

08:37:17  2   over Chrome or -- or the Google app or -- but I -- I

08:37:23  3   have historically used that.

08:37:26  4   BY MS. MURDOCK-PARK:

08:37:26  5       Q   Why have you historically used the S Browser?

08:37:32  6       A   I just got comfortable with it.

08:37:39  7       Q   Who at SEA might know more about the benefits

08:37:42  8   of S Browser?

08:37:46  9       A   I suspect Justin Denison could give you

08:37:52 10   that -- much better insight on -- on it.

08:37:58 11       Q   How would Samsung track user engagement on

08:38:02 12   S Browser?

08:38:06 13       A   I don't know.

08:38:10 14       Q   Would Mr. Denison know that as well?

08:38:15 15           MR. STOLL:  Objection to form.

08:38:17 16           THE WITNESS:  I am not sure.

08:38:20 17   BY MS. MURDOCK-PARK:

08:38:21 18       Q   Do you know who might know how Samsung

08:38:24 19   tracked user engagement on S Browser?

08:38:31 20       A   I would suspect the content and services

08:38:35 21   group in Korea would.

08:38:39 22       Q   Do you know if there would be anyone at SEA

08:38:41 23   who might know?

08:38:55 24       A   No.

08:38:56 25           I'm just trying to -- I'm not sure who's

88

| | | |
|---|---|---|
| 08:40:45 | 1 | Q   So would it be fair to say that you're not |
| 08:40:48 | 2 | sure what the benefit of S Finder is to Samsung? |
| 08:40:52 | 3 | A   That's correct. |
| 08:40:57 | 4 | Q   Do you know if the S Finder is still |
| 08:41:00 | 5 | installed on new Samsung mobile devices in the U.S.? |
| 08:41:06 | 6 | A   I don't know that.  My phone is probably a |
| 08:41:14 | 7 | year-and-a-half old now, so I don't know if it -- if |
| 08:41:18 | 8 | it even has that.  So I -- I can't speak to the new |
| 08:41:21 | 9 | models. |
| 08:41:22 | 10 | Q   Do you recall when S Finder was first |
| 08:41:27 | 11 | installed on Samsung mobile devices in the U.S.? |
| 08:41:30 | 12 | A   No, I can't. |
| 08:41:33 | 13 | Q   And when you left SEA, was S Finder installed |
| 08:41:39 | 14 | on Samsung mobile devices in the U.S.? |
| 08:41:43 | 15 | A   I am not sure. |
| 08:41:51 | 16 | Q   What is Bixby? |
| 08:41:55 | 17 | A   Bixby is Samsung's voice assistant. |
| 08:42:06 | 18 | Q   And do you recall when Bixby was developed? |
| 08:42:14 | 19 | A   I believe it was -- I don't know when |
| 08:42:17 | 20 | development began, but -- but I believe it was |
| 08:42:22 | 21 | launched in the 2016, '17 period, is my |
| 08:42:28 | 22 | recollection.  But it was somewhere in the period |
| 08:42:30 | 23 | for which I was involved with the mobile business. |
| 08:42:37 | 24 | Q   To your understanding, why was Bixby |
| 08:42:39 | 25 | developed? |

89

08:42:42  1       A    I think it was developed for several reasons.

08:42:45  2            One, there was an emergence in the

08:42:48  3  marketplace of voice assistants coming from Amazon,

08:42:53  4  coming from Apple, Google had a solution on it.

08:42:58  5            And Samsung felt that its strategy with Bixby

08:43:08  6  provided two benefits:  One, it was to enable better

08:43:16  7  utility and experience of the mobile device to

08:43:22  8  discover -- the device, you know, that we swipe, the

08:43:26  9  phone, has many, many layers now, and so it's not as

08:43:33 10  easy and intuitive to find things on that.  I have

08:43:36 11  to swipe, select, go.

08:43:39 12            Using a voice solution to better able --

08:43:44 13  better enable me to use, discover, and benefit on

08:43:50 14  that particular hardware was the first key objective

08:43:56 15  of Bixby.

08:43:58 16            The other longer term or broader perspective

08:44:02 17  of Bixby was Samsung aspired to find ways in a new

08:44:12 18  connected world to connect the half a billion

08:44:16 19  connected devices it sold across its products, the

08:44:20 20  mobile phones, the TVs, those refrigerators.  And it

08:44:25 21  felt like Bixby could be a tool that allows you to

08:44:30 22  tether those solutions, regardless of what operating

08:44:35 23  system was there.

08:44:37 24            So you had a voice control that allowed you

08:44:40 25  to -- to use Bixby, along with Samsung's smart

UNITED STATES vs
GOOGLE LLC

Timothy Baxter
April 12, 2022

90

08:44:48  1    things solution, to build this connected intelligent

08:44:51  2    strategy.

08:44:54  3        Q    And as part of that connected intelligent

08:44:57  4    strategy, was Bixby intended to search the Internet?

08:45:06  5        A    I think it had that -- that part of its

08:45:11  6    solution, yet the way it was messaged into the

08:45:16  7    marketplace, to our carriers and to consumers, was

08:45:27  8    certain search -- I'm sorry -- certain voice

08:45:31  9    assistants enabled certain things to be optimized.

08:45:36  10            Amazon enabled an optimization for -- for

08:45:42  11   purchasing, for buying.  We felt Google's added

08:45:47  12   optimization for search.  Samsung's optimization was

08:45:50  13   going to be:  Unlock the power of this phone, this

08:45:54  14   device.  Yes, it probably enabled you to buy.  Yes,

08:45:58  15   it probably enabled you to search.  But its real

08:46:04  16   heart and sole was intended to allow you to discover

08:46:08  17   the benefits in this phone that are getting more and

08:46:11  18   more difficult to discover, given everything that is

08:46:14  19   in a phone these days or when that was launched.

08:46:21  20       Q    Did Bixby's use evolve over time during the

08:46:25  21   time that you were at SEA?

08:46:35  22       A    Could you be more specific?

08:46:36  23       Q    Sure.

08:46:38  24            What I'm trying to understand is when Bixby

08:46:42  25   was first created, was it intended to provide more

08:46:50  1    than just the original -- strike that.

08:47:01  2          You know, we'll move on for now.  Let's move

08:47:04  3    on to Galaxy Store app.

08:47:07  4          What is the Galaxy Store?

08:47:13  5      A   Galaxy Store is Samsung's app store, if you

08:47:20  6    will, of apps that it brought into the -- into the

08:47:25  7    Galaxy offering.

08:47:30  8      Q   What other app stores exist in the U.S.

08:47:33  9    market for Android devices?

08:47:35  10     A   Galaxy -- I mean, Play.  Play Store is

08:47:40  11   clearly the largest.

08:47:47  12     Q   Why do you say it's "clearly the largest"?

08:47:49  13     A   Well, the numbers of apps that you have

08:47:51  14   access to, I think consumers find that to be the

08:47:59  15   go-to destination to search for apps.

08:48:04  16     Q   In terms of comparable size, what is the size

08:48:08  17   of the Galaxy Store versus the Play Store?

08:48:15  18     A   I don't know what the size difference is.  As

08:48:20  19   a employee of Samsung and a head of the mobile

08:48:26  20   division during those years, I don't -- I can

08:48:30  21   probably count on the number -- on one hand the

08:48:37  22   numbers of times that I went into the Galaxy app

08:48:39  23   store.  So it was not a real relevant solution.

08:48:42  24         And -- and so I -- if I -- if I went into

08:48:46  25   there five times in four years, it -- it

UNITED STATES vs
GOOGLE LLC

Timothy Baxter
April 12, 2022

92

08:48:52  1    demonstrated its relevancy.  And from -- from a

08:48:56  2    user, that was also a business leader.

08:49:02  3    

08:49:08  4

08:49:18  5

08:49:23  6

08:49:31  7

08:49:33  8

08:49:38  9

08:49:45 10

08:49:48 11

08:49:52 12

08:49:54 13        Q    What's the benefit of Galaxy Store to

08:49:57 14    Samsung?

08:49:59 15        A    I'm sorry?

08:50:00 16        Q    What is the benefit of Galaxy Store to

08:50:04 17    Samsung?

08:50:08 18        A    I think -- as mentioned before, I think the

08:50:10 19    intent of the benefit was that you would have more

08:50:13 20    curated apps that could better enable some of the

08:50:20 21    capabilities of the phone or the experiences to be

08:50:25 22    realized, but I don't believe that was ever

08:50:29 23    realized.

08:50:35 24        Q    Were you aware of any Samsung smartphones

08:50:39 25    sold in the United States that did not have the

08:50:43  1    Google Play Store preinstalled?

08:50:56  2       A    No.

08:51:01  3       Q    To your knowledge, has Samsung ever

08:51:02  4    considered developing a general Web search service?

08:51:12  5       A    I'm not aware of that, no.

08:51:19  6       Q    Why not?

08:51:23  7       A    No, I'm not aware that they -- that they

08:51:28  8    considered developing that.

08:51:31  9       Q    Right.

08:51:31  10           Do you know why Samsung never thought about,

08:51:35  11   or considered, developing a general Web search

08:51:38  12   service?

08:51:40  13      A    I -- I can't -- I cannot answer that.  I

08:51:44  14   don't know what was in the minds of other people,

08:51:49  15   you know, considering different search or Web or

08:51:54  16   app -- applications.  That's not something that --

08:51:59  17   again, the subsidiary focus wasn't around that.

08:52:05  18           Our focus was, How do I market the benefits

08:52:10  19   of this product.  And oftentimes that wasn't which

08:52:15  20   flavor of an app was in there.

08:52:17  21           In fact, we almost never promoted, when we

08:52:22  22   launched a product, specific apps in the launch of

08:52:26  23   that product.  We talked about the camera; we talked

08:52:30  24   about the screen size; we talked about thinness or

08:52:35  25   brightness.  Those were, generally, the benefits

194

01:25:50  1          Obviously, I've experienced it on -- on my

01:25:53  2     computer, and, in fact, I think I have it on my

01:26:00  3     Microsoft Surface computer.  But frankly, I

01:26:04  4     generally navigate to -- to Google Search as a

01:26:07  5     more -- more accustomed to it and comfortable with

01:26:10  6     it, and I think it's a good experience.

01:26:13  7          Q   If not on mobile devices specifically, what's

01:26:16  8     your view of the Bing search experience more

01:26:19  9     generally?

01:26:28 10          A   I don't know that I can explicitly say, This

01:26:31 11     or That.  I've just been more accustomed and

01:26:34 12     comfortable and found the -- the Google experience

01:26:37 13     to be, I thought, superior, but...

01:26:40 14          Q   Superior to the Bing experience?

01:26:44 15          A   Yes.

01:26:47 16          Q   You --

01:26:48 17          A   And -- and let me -- let me back up.  Let me

01:26:51 18     add the appropriate -- that's as it relates to my

01:26:55 19     experience on my Surface computer.

01:26:57 20          Q   Okay.  And that's your assessment today?

01:27:02 21          A   That is my assessment today.

01:27:04 22          Q   And has your assessment ever been different

01:27:05 23     in the past?

01:27:06 24          A   No.  And as mentioned, I've never -- I've

01:27:10 25     never used it or never recall using it on -- on



01:27:14   1    my -- on a mobile device.

UNITED STATES vs
GOOGLE LLC

Timothy Baxter
April 12, 2022

196



01:28:38   1
01:28:40   2
01:28:46   3
01:28:50   4
01:28:53   5
01:28:57   6
01:29:00   7
01:29:06   8
01:29:06   9
01:29:10  10
01:29:13  11
01:29:16  12
01:29:19  13
01:29:22  14
01:29:24  15
01:29:31  16
01:29:34  17
01:29:37  18
01:29:39  19
01:29:47  20
01:29:50  21
01:29:53  22
01:30:02  23
01:30:05  24
01:30:10  25

UNITED STATES vs
GOOGLE LLC

Timothy Baxter
April 12, 2022

197



01:30:13   1
01:30:17   2
01:30:22   3
01:30:27   4
01:30:32   5
01:30:36   6
01:30:39   7
01:30:42   8
01:30:43   9
01:30:45  10
01:30:47  11
01:30:54  12
01:31:00  13
01:31:03  14
01:31:05  15
01:31:08  16
01:31:08  17
01:31:12  18
01:31:12  19
01:31:15  20
01:31:23  21
01:31:26  22
01:31:31  23
01:31:35  24
01:31:36  25



| | |
|---|---|
| 01:31:38 | 1 |
| 01:31:41 | 2 |
| 01:31:43 | 3 |
| 01:31:46 | 4 |
| 01:31:53 | 5 |
| 01:31:56 | 6 |
| 01:31:56 | 7 |
| 01:31:57 | 8 |
| 01:31:57 | 9 |
| 01:32:00 | 10 |
| 01:32:04 | 11 |
| 01:32:04 | 12 |
| 01:32:12 | 13 |
| 01:32:14 | 14 |
| 01:32:18 | 15 |
| 01:32:21 | 16 |
| 01:32:26 | 17 |
| 01:32:32 | 18 |
| 01:32:36 | 19 |
| 01:32:40 | 20 |
| 01:32:45 | 21 |
| 01:32:50 | 22 |
| 01:32:55 | 23 |
| 01:32:58 | 24 |
| 01:33:01 | 25 |

# ERRATA SHEET

Deposition Date: April 12, 2022

Deponent: Timothy Baxter

Case Names: *United States et al. v. Google LLC*, 1:20-cv-03010-APM; *Colorado et al. v. Google LLC*, 1:20-cv-03715-APM

| <u>Page</u> | <u>Line</u> | <u>Now Reads</u> | <u>Should Read</u> | <u>Reason</u> |
|---|---|---|---|---|
| 4 |  | Brittany McElmury Dietz as a Crowell & Morning attorney | Brittany McElmury Dietz as Samsung Electronics America, Inc. In-House Counsel | Misidentification |
| 31 | 2 | "when, you know, contract has been signed" | "when, you know, a contract has been signed" | Transcription error |
| 31 | 10 | "contract with this party is concluded" | "contract with this party has concluded" | Transcription error |
| 32 | 4 | "nor was I" | "nor did I" | Transcription error |
| 33 | 19 | "a commitment" | "was a commitment" |  |
| 33 | 20 | "position" | "positions" |  |
| 37 | 22 | "was" | "were" |  |
| 49 | 10 | "my understanding of it was a deviation" | "my understanding of it was that it was a deviation" |  |
| 65 | 16 | "I've known" | "I knew" |  |
| 66 | 10 | "and retailers we did, about" | "and retailers, about" |  |
| 90 | 16 | "sole" | "soul" |  |
| 99 | 1 | "There was multiple apps" | "There were multiple apps" |  |

| 99  | 8  | "There was multiple apps" | "There were multiple apps" | |
| 101 | 21 | "if not — if not 50 percent" | "it's not — it's not 50 percent" | |
| 109 | 18 | "was" | "were" | |
| 109 | 19 | "was" | "were" | |
| 154 | 13 | "was" | "were" | |
| 173 | 6  | "relationship" | "relation" | |
| 191 | 4  | "have" | "had" | |
| 194 | 4  | "a" | "I'm" | |
| 205 | 7  | "that users expected Google Play Store" | "that users expected the Google Play Store" | |
| 210 | 6  | "and has been for my whole career I was" | "and had been for my whole career while I was" | |
| 219 | 10 | "irregardless" | "regardless" | |



2

Scanned with CamScanner