Case 1:20-cv-03010-APM   Document 551-14   Filed 03/13/23   Page 1 of 3

# Pls. Ex. 93

| | |
|---|---|
| **Message** | |
| **From:** | Toru Kawamura [████@google.com] |
| **Sent:** | 2/23/2017 1:47:31 PM |
| **To:** | Eric Christensen [/O=LENOVO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Echristensen330] |
| **Subject:** | ████████████████ |

Hi Eric,

Thanks for the reminder. We had to take time internally. As a conclusion, we are not supportive of the ██████████

From an agreement angle, MADA ensures Google Search Widget needs to be on the Default Home Screen and no Google app can be modifiable.

████████████████████████████████████████
████████████████

I understand you are referring to Pixel UX but this is an ongoing experiment - not all users see the tab anchored to the left side of the screen, and we are not yet fully confident this is the UX we want to deploy to other GMS devices.

████████████████████████████████████████

Sorry about that.

Thanks,
Toru

On Wed, Feb 22, 2017 at 5:20 PM, Eric Christensen <████████@motorola.com> wrote:
Hi Toru,

████████████████████████████████████████

Thanks,
Eric

---

**From:** Eric Christensen
**Sent:** Monday, February 13, 2017 1:31 PM
**To:** Toru Kawamura
**Subject:** Search Widget customization exploration

Hi Toru,

████████████████████████████████████████
████████

[redacted]

Thanks,
Eric

--
Toru Kawamura | Google | mobile: [redacted]

This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thank you.
The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.