# Pls. Ex. 100

1

2    UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLUMBIA

3    -------------------------------------------X

4    UNITED STATES OF AMERICA, et al.

5                              Plaintiffs,
              v.
6    GOOGLE LLC,

7                              Defendant.

8

9    Case No:  1:20-cv-03010-APM
     -------------------------------------------X

10   STATE OF COLORADO, et al.

11                             Plaintiffs,
              v.
12   GOOGLE LLC,

13                             Defendant.

14

15   Case No.  1:20-cv-03715-APM
     -------------------------------------------X

16   ████████████████████████████

17

18            DEPOSITION OF YOUNG LEE

19

20

21   DATE:  October 29, 2021

22   TIME:  8:05 a.m. Pacific

23   PLACE:  ***REMOTE***

24   BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

25   JOB NO:  2021-817168

United States of America vs
Google LLC

Young Lee
October 29, 2021

30

| | 1 | Y. LEE |
|---|---|---|
| 11:35AM | 2 | Q. What do you mean by "stock Android |
| 11:35AM | 3 | version"? |
| 11:35AM | 4 | A. It's the version that Google |
| 11:35AM | 5 | releases on their -- I don't know if you |
| 11:35AM | 6 | would call it official Android, but it's |
| 11:35AM | 7 | their, I would say their flagship or their, |
| 11:35AM | 8 | you know, main OS they use for their |
| 11:35AM | 9 | first-party devices and also for their, you |
| 11:35AM | 10 | know, OEM devices. |
| 11:35AM | 11 | Q. Have you heard the term "Android |
| 11:36AM | 12 | fork"? |
| 11:36AM | 13 | A. Yes. |
| 11:36AM | 14 | Q. What's an Android fork? |
| 11:36AM | 15 | A. It's when you take the base |
| 11:36AM | 16 | operating system and you change it from its |
| 11:36AM | 17 | stock or original Android, and you manipulate |
| 11:36AM | 18 | it to do different things, I would say, |
| 11:36AM | 19 | beyond what Google's standardized OS Android. |
| 11:36AM | 20 | Q. Have you heard the phrase "good |
| 11:36AM | 21 | Android fork"? |
| 11:36AM | 22 | A. Good Android fork, is that what |
| 11:36AM | 23 | you said? |
| 11:36AM | 24 | Q. Yeah. There is phrases "good |
| 11:36AM | 25 | Android fork" and "bad Android fork," and I'm |

United States of America vs
Google LLC

Young Lee
October 29, 2021

31

| | 1 | Y. LEE |
|---|---|---|

11:36AM  2    wondering if you've ever heard those?

11:36AM  3         A.    Not really, no.  Good and bad?  I

11:36AM  4    suppose there are good forks and bad forks,

11:36AM  5    but, I mean, there's just -- any time you

11:36AM  6    change from the standardized Android, that's

11:36AM  7    a fork.

11:37AM  8         Q.    What is Fire OS?

11:37AM  9         A.    That is Amazon's operating system

11:37AM  10   that they created.

11:37AM  11        Q.    Was it created as an Android fork?

11:37AM  12        A.    It was.

11:37AM  13        Q.    Have you heard the term

11:37AM  14   "fragmentation" as it relates to Android?

11:37AM  15        A.    I have.

11:37AM  16        Q.    What do you understand that to

11:37AM  17   mean?

11:37AM  18        A.    Fragmentation is a way to describe

11:37AM  19   the, you know, many different flavors of many

11:37AM  20   different forks of Android.

11:37AM  21        Q.    And you mentioned Android open

11:37AM  22   source, or AOSP.  Is that -- how does that

11:37AM  23   relate to Fire OS?

11:37AM  24        A.    I don't want to get out of my

11:38AM  25   technical depth here.

United States of America vs
Google LLC

Young Lee
October 29, 2021

32

1                          Y. LEE

11:38AM   2        Q.    Sure.

11:38AM   3        A.

11:38AM   4

11:38AM   5

11:38AM   6        Q.    And what is a voice assistant?

11:38AM   7        A.    A voice assistant is -- it's kind

11:38AM   8   of a computer interaction model that uses

11:38AM   9   voice as the primary input and output.

11:38AM  10        Q.    Does Amazon make a voice

11:38AM  11   assistant?

11:38AM  12        A.    Yes.

11:38AM  13        Q.    Which one is that?

11:38AM  14        A.    Alexa.

11:38AM  15        Q.    Okay.  Nobody's went off.  Just

11:39AM  16   making sure that --

11:39AM  17        A.    Oh, I turned all mine off.

11:39AM  18        Q.    What are some examples of other

11:39AM  19   voice assistants?

11:39AM  20        A.    Siri would be another one.  Hey

11:39AM  21   Google would be another one.  And Bixby would

11:39AM  22   be another one.

11:39AM  23        Q.    Is Cortana a voice assistant?

11:39AM  24        A.    Yes.

11:39AM  25        Q.    And in terms of the term "OEM,"

33

|          |    |                                        |
|----------|----|----------------------------------------|
|          | 1  | Y. LEE                                 |
| 11:39AM  | 2  | you had mentioned that earlier, what is an |
| 11:39AM  | 3  | OEM?                                   |
| 11:39AM  | 4  | A.   An OEM is an original equipment   |
| 11:39AM  | 5  | manufacturer.  So, for example, Samsung is an |
| 11:39AM  | 6  | OEM.  LG is an OEM.                    |
| 11:39AM  | 7  | Q.   And when you worked at Amazon     |
| 11:39AM  | 8  | from -- you know, in your role in business |
| 11:39AM  | 9  | development, your roles, did you work with |
| 11:39AM  | 10 | OEMs?                                  |
| 11:39AM  | 11 | A.   I did.                           |
| 11:39AM  | 12 | Q.   In what capacity?                |
| 11:39AM  | 13 | A.   They were some of our most       |
| 11:40AM  | 14 | important partners, and so I worked with them |
| 11:40AM  | 15 | for various reasons, you know, for our |
| 11:40AM  | 16 | business.                             |
| 11:40AM  | 17 | Q.   So, like, would you have meetings |
| 11:40AM  | 18 | with them or how would you --         |
| 11:40AM  | 19 | A.   I would have phone calls with    |
| 11:40AM  | 20 | them.  I would have meetings with them, and I |
| 11:40AM  | 21 | would email them, yes.                |
| 11:40AM  | 22 | Q.   Okay.  Fairly often or once in   |
| 11:40AM  | 23 | awhile?                               |
| 11:40AM  | 24 | A.   I don't know what you mean by     |
| 11:40AM  | 25 | "fairly often" or "once in awhile," but I |

United States of America vs
Google LLC                                                    Young Lee
                                                              October 29, 2021

39

|       |    | Y. LEE |
|-------|----|--------|

11:47AM   2   the AVS team, for example, Alexa Voice

11:48AM   3   Services, moved from my team to the Alexa

11:48AM   4   team under a new -- under a different leader.

11:48AM   5        Q.   Okay.  So I guess going back to,

11:48AM   6   sort of, the beginnings of Alexa, why did

11:48AM   7   Amazon create Alexa?

11:48AM   8        A.   Why did they create Alexa.  I

11:48AM   9   think it started out as just a really

11:48AM  10   interesting idea.  I think Jeff had always

11:48AM  11   thought about the Star Trek computer, from

11:48AM  12   the TV show Star Trek, where, you know,

11:48AM  13   the -- on the show, the actors would touch a

11:48AM  14   badge or something, but they would have a

11:48AM  15   voice interaction model where they would say,

11:48AM  16   you know, computer, beam up Spock, or

11:48AM  17   computer, you know, how close are the

11:48AM  18   Klingons or whatever.

11:48AM  19             And so I think that was just a

11:49AM  20   really interesting idea.  And it was a new,

11:49AM  21   completely different mode of interacting with

11:49AM  22   the computer.  And we, frankly, did not know

11:49AM  23   if we could do it.  And early on, it was very

11:49AM  24   hit and miss, I will say.  But it was

11:49AM  25   interesting enough that we just kept going

United States of America vs                                                     Young Lee
Google LLC                                                                      October 29, 2021

▮▮▮▮▮▮▮

40

|          | 1  | Y. LEE |
|----------|----|--------|
| 11:49AM  | 2  | forward with that idea. |
| 11:49AM  | 3  | Q.    So when Alexa first was |
| 11:49AM  | 4  | distributed, was it -- let's turn back. |
| 11:49AM  | 5  | How is Alexa distributed now, |
| 11:49AM  | 6  | like, on what products? |
| 11:49AM  | 7  | A.    Well, Alexa is sold via our Echo |
| 11:49AM  | 8  | line of products, so our speakers, our Dots, |
| 11:49AM  | 9  | our screened devices called Shows.  They're |
| 11:49AM  | 10 | also integrated into third-party products: |
| 11:50AM  | 11 | Third-party speakers, third-party headphones, |
| 11:50AM  | 12 | third-party earbuds, third-party television |
| 11:50AM  | 13 | sets.  It's probably hundreds of third-party, |
| 11:50AM  | 14 | if not thousands of third-party devices.  And |
| 11:50AM  | 15 | also distributed via certain cell phones, |
| 11:50AM  | 16 | like mobile phones.  All sorts of smart home |
| 11:50AM  | 17 | products.  For example, I have an Alexa in my |
| 11:50AM  | 18 | bathroom that's integrated into my toothbrush |
| 11:50AM  | 19 | charger. |
| 11:50AM  | 20 | Q.    So just to circle back on a few |
| 11:50AM  | 21 | that I'm not sure if I heard. |
| 11:50AM  | 22 | Is Alexa distributed on tablets as |
| 11:51AM  | 23 | well? |
| 11:51AM  | 24 | A.    Yes, on Amazon Fire tablets, other |
| 11:51AM  | 25 | third-party tablets.  This is not an |

41

|         |    | Y. LEE |
|---------|----|--------|
| 11:51AM | 1  |        |
| 11:51AM | 2  | exhaustive list I'm giving you. |
| 11:51AM | 3  | Q.    Sure. |
| 11:51AM | 4  | A.    So many different products, but, |
| 11:51AM | 5  | yeah.  Most of our first-party devices and |
| 11:51AM | 6  | many, many third-party devices. |
| 11:51AM | 7  | Q.    Okay. |
| 11:51AM | 8  | A.    And across many different |
| 11:51AM | 9  | categories. |
| 11:51AM | 10 | Q.    So you had mentioned Echo Dot and |
| 11:51AM | 11 | Show.  Are those considered home-based |
| 11:51AM | 12 | assistants or do you consider them, like, |
| 11:51AM | 13 | Amazon products?  Or how do you differentiate |
| 11:51AM | 14 | between the third-party Alexa distribution |
| 11:51AM | 15 | versus Amazon-specific products? |
| 11:51AM | 16 | A.    We consider those first-party |
| 11:51AM | 17 | products because they are made and branded by |
| 11:51AM | 18 | Amazon. |
| 11:51AM | 19 | Q.    Are all first-party products home |
| 11:52AM | 20 | based and not like it's something, you know, |
| 11:52AM | 21 | you have an Amazon Dot at your house but you |
| 11:52AM | 22 | wouldn't necessarily have one in your car? |
| 11:52AM | 23 | A.    No, that's incorrect.  We do have |
| 11:52AM | 24 | first-party products that are specifically |
| 11:52AM | 25 | for mobile uses like the car.  We have an |

42

```
          1                    Y. LEE

11:52AM   2    Echo that's specifically made for your

11:52AM   3    automobile.  That's, you know, outside the

11:52AM   4    home, for example.

11:52AM   5        Q.    Does Amazon differentiate or do

11:52AM   6    you differentiate between mobile, I guess, on

11:52AM   7    any form, whether it's first party or third

11:52AM   8    party, versus home based?  Is that a

11:52AM   9    distinction that's important?

11:52AM  10        A.    It's a distinction that we, we

11:52AM  11    know -- I'm not quite understanding your

11:52AM  12    question.  So we do distinguish between

11:52AM  13    mobile and home.  And even within the home,

11:52AM  14    there are those devices we think are made

11:52AM  15    primarily for certain rooms in the home even.

11:53AM  16        Q.    Like the toothbrush one?

11:53AM  17        A.    Correct.  That's pretty much for

11:53AM  18    the, you know, bathroom.

11:53AM  19        Q.    Okay.  So I guess as a broad

11:53AM  20    overview, whether first-party products,

11:53AM  21    third-party products, mobile or home, what

11:53AM  22    are some of the benefits of voice assistants

11:53AM  23    like Alexa?

11:53AM  24        A.    Well, one of the main benefits is

11:53AM  25    having, you know, access to music.  That's
```

United States of America vs
Google LLC

Young Lee
October 29, 2021

43

Y. LEE

11:53AM  1

11:53AM  2  one of the things that people use most often

11:53AM  3  for Alexa.  Instead of, you know, going to my

11:53AM  4  computer, unlocking it, pulling up iTunes,

11:53AM  5  selecting a song.  You can just say Alexa,

11:53AM  6  play the Beatles, and boom.  It just removes

11:53AM  7  so much friction from that process of

11:54AM  8  bringing up music.

11:54AM  9          Some of the other big use cases

11:54AM  10  are being able to pull up a stick of

11:54AM  11  information.  So let's say whether that's,

11:54AM  12  you know, what's the weather in Portugal, or

11:54AM  13  how many ounces in, you know, a kilogram, or

11:54AM  14  how many meters are there in a mile, that

11:54AM  15  sort of thing.  How old is Barack Obama.  So

11:54AM  16  sticks, very specific nuggets of general

11:54AM  17  information.

11:54AM  18          Another big use case was smart

11:54AM  19  home.  So controlling your lights.  Asking

11:54AM  20  Alexa to, hey, turn on my porch lights.  Turn

11:54AM  21  on my Christmas tree lights.  Alexa, show me

11:54AM  22  the front doorbell video.  But, you know,

11:54AM  23  many, many, many different use cases.  That's

11:54AM  24  not an exhaustive list.

11:54AM  25          Q.    Okay.  So do voice assistants like

United States of America vs                                          Young Lee
Google LLC                                                    October 29, 2021

44

|        |    | Y. LEE |
|--------|----|--------|
| 11:54AM | 2 | Alexa provide users with ways of accessing |
| 11:55AM | 3 | information on the Internet? |
| 11:55AM | 4 | A.    On the Internet.  That's -- we |
| 11:55AM | 5 | don't really have a -- not -- well, I guess |
| 11:55AM | 6 | what do you mean by the Internet? |
| 11:55AM | 7 | Accessing -- you can access a web browser via |
| 11:55AM | 8 | our screened Alexa devices, but it's more for |
| 11:55AM | 9 | discrete sticks of information. |
| 11:55AM | 10 | Does that make sense?  I don't |
| 11:55AM | 11 | know if I'm answering your question or not. |
| 11:55AM | 12 | Q.    No, you are.  And I think what I'm |
| 11:55AM | 13 | trying to understand is, you know, when |
| 11:55AM | 14 | you're talking about those discrete sticks of |
| 11:55AM | 15 | information, like if Alexa wasn't able to |
| 11:55AM | 16 | give it to you, where else could you get that |
| 11:55AM | 17 | information?  Would it be the Internet or, I |
| 11:55AM | 18 | guess, books? |
| 11:56AM | 19 | A.    Yeah.  If Alexa can't give it to |
| 11:56AM | 20 | you, you could certainly try to find it on |
| 11:56AM | 21 | the Internet. |
| 11:56AM | 22 | Q.    All right.  But -- so can Alexa be |
| 11:56AM | 23 | used as a substitute then for some of these |
| 11:56AM | 24 | things that you would otherwise look for on |
| 11:56AM | 25 | the Internet? |

45

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | Y. LEE                                               |
| 11:56AM | 2  | MR. LIPTON:  Objection to form.                    |
| 11:56AM | 3  | A.    Yeah.  So for some of those things            |
| 11:56AM | 4  | I suppose you could use Internet.  I don't          |
| 11:56AM | 5  | think, you know, Alexa was ever meant to be a       |
| 11:56AM | 6  | wholesale substitute for, you know, the whole       |
| 11:56AM | 7  | of Internet, right.  I think it was just a          |
| 11:56AM | 8  | mode of interaction with the computer.              |
| 11:56AM | 9  | Q.    Okay.  So in your experience, have            |
| 11:56AM | 10 | voice assistants like Alexa increased in            |
| 11:56AM | 11 | popularity for the last five years?                 |
| 11:56AM | 12 | A.    Yes.                                          |
| 11:56AM | 13 | Q.    And you mentioned -- in terms of              |
| 11:57AM | 14 | the snippets of information.  So where does         |
| 11:57AM | 15 | Alexa get those snippets of information?            |
| 11:57AM | 16 | A.    That information comes from               |
| 11:57AM | 17 | multiple sources.                                    |
| 11:57AM | 18 |                                                      |
| 11:57AM | 19 |                                                      |
| 11:57AM | 20 |                                                      |
| 11:57AM | 21 |                                                      |
| 11:57AM | 22 |                                                      |
| 11:57AM | 23 |                                                      |
| 11:57AM | 24 |                                                      |
| 11:57AM | 25 |                                                      |

United States of America vs
Google LLC

Young Lee
October 29, 2021

62

1              Y. LEE

12:27PM 2          Let's move on briefly in terms of

12:27PM 3    wearables.  You mentioned wearables before.

12:27PM 4    What do you consider to be a wearable?

12:27PM 5          A.   Well, the only wearable, you know,

12:27PM 6    that I worked on was our wearable wrist

12:27PM 7    tracker, health tracker or health band.

12:27PM 8          Q.   And what -- do those also use Fire

12:27PM 9    OS?

12:27PM 10         A.   I don't believe it does.  I think

12:27PM 11   it's a different OS.  I don't know what we

12:28PM 12   call it.

12:28PM 13         Q.   Do wearables use Alexa?  I guess

12:28PM 14   the ones that you're familiar with, or

12:28PM 15   others?

12:28PM 16         A.   I'm trying to think.  Honestly, I

12:28PM 17   don't know -- I don't know if ours uses Alexa

12:28PM 18   or not.  I can't remember.  I don't use one

12:28PM 19   anymore.  And I used to, but I never -- I

12:28PM 20   never tried using -- I don't think it does

12:28PM 21   use Alexa, but I don't know.

12:28PM 22         Q.   And what are smart speakers?  Have

12:28PM 23   you heard that term?

12:28PM 24         A.   Yes, I've heard the term.  Smart

12:28PM 25   speakers are speakers that are, you know,

United States of America vs                                    Young Lee
Google LLC                                                     October 29, 2021

                                                                        63
1                              Y. LEE

12:28PM  2    connected to the Internet.

12:28PM  3         Q.    Does Amazon partner with any OEMs

12:28PM  4    to make smart speakers?

12:28PM  5         A.    Amazon makes their own smart

12:29PM  6    speakers, but they also work with many

12:29PM  7    different companies, many different smart

12:29PM  8    speaker companies, to integrate Alexa into

12:29PM  9    their speakers.

12:29PM 10         Q.    And to go back to Alexa

12:29PM 11    generally -- and please let me know if you

12:29PM 12    don't understand this question, because I'm

12:29PM 13    trying to think of how to form it.  But is a

12:29PM 14    search on one Alexa device the same as a

12:29PM 15    search on all other devices?  And by that I

12:29PM 16    mean, is where Alexa -- does where Alexa goes

12:29PM 17    to get answers, is that available in all

12:29PM 18    different form factors?

12:29PM 19              MR. LIPTON:  Objection to form.

12:29PM 20              MR. McGINNIS:  Objection.

12:29PM 21         A.    ████████        ████████████

12:29PM 22    ████████████████████████████████

12:29PM 23    █████████████████████████████████████

12:29PM 24    ████████████████████████████████

12:30PM 25    ███████████████████████████

United States of America vs
Google LLC

Young Lee
October 29, 2021

64

|  | 1 | Y. LEE |
| --- | --- | --- |

12:30PM    2    ███████████████████████████████████

12:30PM    3        Q.    Can you explain that a little bit

12:30PM    4    more?

12:30PM    5        A.    Yeah, sometimes there just

12:30PM    6    aren't -- there isn't the exact same

12:30PM    7    functionality between those devices that

12:30PM    8    Amazon makes and those devices that third

12:30PM    9    parties make for a variety of reasons.

12:30PM   10        Q.    So if I was to ask a query on my

12:30PM   11    mobile phone of Alexa, would I get the same

12:30PM   12    results if I asked the same query on my

12:30PM   13    tablet or my smart TV?

12:30PM   14            MR. McGINNIS:   Objection to

12:30PM   15        form.

12:30PM   16        A.    ████████████    ████████████

12:30PM   17    ████████████   ████████████████

12:30PM   18    ████████████   ████████████████

12:31PM   19    ████████████  ████████████████  ████████

12:31PM   20    ██████████████████████  ████████████████

12:31PM   21    ████████████████████████████████

12:31PM   22        Q.    Okay.   But if I asked an Amazon

12:31PM   23    Dot and an Amazon Echo the same question,

12:31PM   24    would I get the same answer from those?

12:31PM   25        A.    ████████████████

United States of America vs
Google LLC

Young Lee
October 29, 2021

161



```
              1              Y. LEE

03:40PM  2        Q.    And if you could go to the last

03:40PM  3   page of the document --

03:40PM  4              MS. MURDOCK-PARK:  I'm not sure

03:41PM  5        whose phone keep chiming, but if you

03:41PM  6        could please mute it.

03:41PM  7        Q.    Under "Points to Stress / Probe,"

03:41PM  8   number 2.

03:41PM  9              Do you see that?

03:41PM 10        A.    Yes.

03:41PM 11        Q.    It says, ██████████████████

03:41PM 12   ██████████████████████    ███████████████

03:41PM 13   ████████████████████████████████

03:41PM 14   ████████████████████████████

03:41PM 15   ██████████████████████████████████

03:41PM 16              Is that what you're referring to

03:41PM 17   with respect to, I guess, ██████████████████

03:41PM 18   Or strike that.

03:41PM 19              Can you please explain this point

03:41PM 20   a little bit further?

03:41PM 21   ███    ██████████████████████████████

03:41PM 22   ███████████████████████████████████

03:41PM 23   ███████████████████████████████████

03:41PM 24   ██████████████████████████████████

03:41PM 25   ████████████    ███████████████████████
```

Case 1:20-cv-03010-APM   Document 551-18   Filed 03/13/23   Page 18 of 39
United States of America vs
Google LLC                                                                    Young Lee
                                                                              October 29, 2021

162

1                              Y. LEE

03:42PM   2   ███████████████████████████

03:42PM   3      ██      ████████████████████████

03:42PM   4   ██████████████████████████████████████

03:42PM   5      ██      ███████████████████████

03:42PM   6   ████████████████      █████████████████

03:42PM   7   ██████████████████████████████████████

03:42PM   8   █████████████

03:42PM   9        Q.    Okay.   What do you recall about

03:42PM  10   trying to work with Samsung when you were at

03:42PM  11   Amazon?

03:42PM  12        A.    Well, again, that's a very broad

03:42PM  13   question.   Is there any specific device or

03:42PM  14   any specific area you want me to --

03:42PM  15        Q.    Well, sure.   So I guess the first

03:42PM  16   question is, what types of products did you

03:42PM  17   have personal experience with trying to work

03:42PM  18   with Samsung on?

03:42PM  19        A.    ███████████████████████

03:43PM  20   █████████      ██████████████████████

03:43PM  21   ████████████████████████████████████

03:43PM  22   ███████████████████████████████████

03:43PM  23   ████████      █████████████████████

03:43PM  24                ████████████████████████

03:43PM  25   ████████████████████████     ████████████

United States of America vs
Google LLC

Young Lee
October 29, 2021

163

1            Y. LEE

03:43PM   2   ███████████████████████████

03:43PM   3   ████████

03:43PM   4       Q.    What do you recall being -- or

03:43PM   5   what do you recall about some of the problems

03:43PM   6   that Amazon ran into when trying to

03:43PM   7   collaborate with Samsung on specifically the

03:43PM   8   things you mentioned, ██████████████████

03:43PM   9      ██   ████████████████

03:43PM  10   ████████████  ██████████████

03:43PM  11   █████████████████  ██████████

03:43PM  12   ███████████████████████

03:43PM  13   ████████████████████████

03:44PM  14   ██████████████████████████

03:44PM  15   ████████████████████████  ██

03:44PM  16   ██████████████████

03:44PM  17      ███████████████████████

03:44PM  18   █████████  █████████████████

03:44PM  19   ████████████████████████

03:44PM  20   ██████████████  ██████████

03:44PM  21   ████████████  ████████████

03:44PM  22   ███████████████████████████

03:44PM  23   ██████████████████████████

03:44PM  24   █████████  ████████████████

03:44PM  25   ██████████████████

United States of America vs
Google LLC

Young Lee
October 29, 2021

185

```
              1              Y. LEE

04:10PM   2   devices; is that right?

04:10PM   3        A.    Yes.

04:10PM   4        Q.    Okay.  So has Fire OS been able to

04:10PM   5   achieve scale through use of those other

04:10PM   6   devices?

04:10PM   7        A. ██████████████████████████████

04:10PM   8   ████████████████████████████████████

04:10PM   9   █████████████████████████████  █████████

04:10PM  10   ██████████████████████████████████

04:10PM  11   ████████████████████  █████████████████

04:10PM  12   ████  ██████████████████████████████

04:10PM  13   ████████████  ████████████████████

04:11PM  14       █████████████████████████████

04:11PM  15   ██████████████████████████████

04:11PM  16       █████████████████████████  █

04:11PM  17   █████████████████████████████████████

04:11PM  18   ██████████████████████████████████

04:11PM  19   ████████████████████████████████████

04:11PM  20   ████████████████████████████████

04:11PM  21   █████████

04:11PM  22       ██  █████████████████████████████████

04:11PM  23   ████████████

04:11PM  24        A.    I mean less.  Less.  I mean, it

04:11PM  25   was a very tiny, small number.
```

United States of America vs
Google LLC

Young Lee
October 29, 2021

186

```
              1                      Y. LEE
04:11PM       2        Q.    Got it.  And you said that you had
04:11PM       3   interactions with -- strike that.
04:11PM       4              Was the scope of your
04:11PM       5   responsibility with respect to the Fire
04:11PM       6   Phone, did that include trying to get OEMs to
04:11PM       7   manufacture products or to manufacture phones
04:12PM       8   with the Fire OS system?
04:12PM       9        A.    ███████████████████████████
04:12PM      10   ████████████████████████   █████████
04:12PM      11   ████████████████████████████████████
04:12PM      12   ███████████████████████████████████
04:12PM      13   ████████████████████████████████████
04:12PM      14   ██████████████████████
04:12PM      15        Q.    Did you have responsibility for
04:12PM      16   trying to get OEMs to manufacture Fire
04:12PM      17   phones?
04:12PM      18        A.    █████   ███████████████████████
04:12PM      19   ██████████████████████████████
04:12PM      20   ████████
04:12PM      21        Q.    Yeah.  I'm trying to understand if
04:12PM      22   OEMs were willing to make the Fire Phone,
04:12PM      23   basically, for Amazon.
04:12PM      24        A.    ███████████████████████████
04:13PM      25   ██████████████████████████████
```

1                        Y. LEE

04:13PM   2   ███████████████████████████   ████████████

04:13PM   3   ████████   ████████████████████████

04:13PM   4       Q.    But who would actually put the

04:13PM   5   physical phone together?

04:13PM   6       A.    ████████████████████

04:13PM   7   █████████████   ██████   ████████████████

04:13PM   8   ████████

04:13PM   9       Q.    Okay.  And did Amazon have

04:13PM  10   problems getting an ODM to manufacture the

04:13PM  11   phone?

04:13PM  12       A.    ██████████████████████████████

04:13PM  13   ███

04:13PM  14       Q.    Okay.  So in terms of introducing

04:13PM  15   the Fire Phone to the market, what obstacles

04:13PM  16   did Amazon face when introducing the Fire

04:13PM  17   Phone to the market?

04:13PM  18       A.    ████████████████████████████

04:13PM  19   ██████████████████████████████████

04:13PM  20   ██████████████████████████████████

04:13PM  21   █████████████████   ██████████████████

04:14PM  22   ███████████████████████████████

04:14PM  23   ██████████████   ████████████████████

04:14PM  24   ██████████████████████   ██████████████

04:14PM  25   █████████████   ████████████████████████

United States of America vs                                              Young Lee
Google LLC                                                              October 29, 2021

188

1                          Y. LEE

04:14PM   2   ████████████       ████████████████

04:14PM   3   ████████████████████   ██████   █████████

04:14PM   4   ██████████   ████████████████████

04:14PM   5   ████████████████████   █████   ██████

04:14PM   6   ███████████████████████

04:14PM   7   █████████████   ██████████████████

04:14PM   8   ██████████

04:14PM   9       Q.   So in terms of -- let's break

04:14PM  10   those down a little bit.   ████████████

04:14PM  11   ███████████████████████

04:14PM  12   ███████████████████

04:14PM  13   ███████████████████████████

04:15PM  14       A.   Yes.   Mobile phones are very

04:15PM  15   different from, let's say, the Fire TV

04:15PM  16   category or the tablet category where, you

04:15PM  17   know, for a smart TV, generally -- I'm

04:15PM  18   speaking very, very broadly here.

04:15PM  19       Q.   Sure.

04:15PM  20       A.   █████████████████████

04:15PM  21   █████   ████████████████████████

04:15PM  22   ████████████████████████

04:15PM  23   █████████████████████████

04:15PM  24   █████   ███████████████████

04:15PM  25   ███████████████████████████

United States of America vs
Google LLC

Young Lee
October 29, 2021

189

1                    Y. LEE

04:15PM    2    ███████████████████████████████

04:15PM    3    ███████████████████████████

04:15PM    4       ████████████████████████

04:15PM    5    ████████████████   █████████████

04:15PM    6    ███████████████   ███████████

04:15PM    7    ███████████████████████████

04:16PM    9    ████   ███████████████████████

04:16PM   10    ████████████████████████████

04:16PM   11    ███████████████████████████

04:16PM   12    ████████████████████████████

04:16PM   13    ████████████

04:16PM   14       █████████████████████████

04:16PM   15    ████████████████████████████████

04:16PM   16    █████████████████████████████████

04:16PM   17    ████████   █████████████████

04:16PM   18    ██████████████████████████

04:16PM   19    ██████████

04:16PM   20       ██████████████████████████████

04:16PM   21    ███████████████████████████

04:16PM   22    ████████████████████

04:16PM   23       █   ██████████████████

04:16PM   24    ████   █████████████████

04:16PM   25    ██████████████████

United States of America vs
Google LLC

Young Lee
October 29, 2021

190

1              Y. LEE

04:16PM   2   ████████████████████████████

04:16PM   3   ███████████████████████

04:16PM   4      A.   ██████████████████████████

04:16PM   5   ███████████████████████

04:17PM   6   ████  ████████████████████████

04:17PM   7   ████████████████   Apple's iPhone

04:17PM   8   App Store and Google's Play App Store.   I

04:17PM   9   don't know what they called it then, it was,

04:17PM  10   you know, Android App Store.

04:17PM  11                  ████████████████████

04:17PM  12   ███████████████████████████████

04:17PM  13   ███████████████████████████████

04:17PM  14   ██████████████████████████████

04:17PM  15   ███████████████████████████████

04:17PM  16   ████████████████████████████

04:17PM  17   ████████████████████████████████

04:17PM  18   ████████████████████████  ████████

04:17PM  19   ████████████████████████████████

04:17PM  20   ██████████  ████████████████████

04:17PM  21   ███████████████████████████

04:17PM  22   ████████████████████████████

04:17PM  23   █████████████████████████████

04:18PM  24   ████████

04:18PM  25      Q.   So if developers were putting apps

United States of America vs
Google LLC

Young Lee
October 29, 2021

191

Y. LEE

04:18PM  2   into the Google Play or Android App Store,

04:18PM  3   why couldn't those apps be used on the Fire

04:18PM  4   Phone?

04:18PM  5       A.   ███████████████████

04:18PM  6   ████████████████████████████

04:18PM  7   ██████████████████████████████

04:18PM  8   ████████████████████████████

04:18PM  9   █████████████████████████

04:18PM  10  █████████████████████████████

04:18PM  11  ████   ██████████████████████

04:18PM  12  ████

04:18PM  13        █████████████████████████████

04:18PM  14  ██████████████████████████████████

04:18PM  15  ████████████████████████████

04:18PM  16  █████████████████████████████

04:18PM  17  ██████████████████████████

04:18PM  18  ████████████████████████████

04:18PM  19  ███████████████████████████  ███

04:18PM  20  ██████████████████████████████

04:19PM  21  ████████████

04:19PM  22       Q.   Did Amazon try to build its own

04:19PM  23  competing apps?  Like you referenced Maps,

04:19PM  24  for example.

04:19PM  25       A.   █████   ███████████████████

United States of America vs
Google LLC

Young Lee
October 29, 2021

192

| | 1 | Y. LEE |
|---|---|---|
| 04:19PM | 2 | |
| 04:19PM | 3 | |
| 04:19PM | 4 | |
| 04:19PM | 5 | |
| 04:19PM | 6 | |
| 04:19PM | 7 | |
| 04:19PM | 8 | |
| 04:19PM | 9 | |
| 04:19PM | 10 | |
| 04:19PM | 11 | |
| 04:19PM | 12 | |
| 04:19PM | 13 | |
| 04:19PM | 14 | I |
| 04:19PM | 15 | mean, it was a huge undertaking just for that |
| 04:19PM | 16 | one app. |
| 04:19PM | 17 | Now, multiply that by the |
| 04:20PM | 18 | thousands of apps that, you know -- millions |
| 04:20PM | 19 | of apps that people use, right.  It's a |
| 04:20PM | 20 | daunting task. |
| 04:20PM | 21 | Q.   Why couldn't Amazon get Google |
| 04:20PM | 22 | Maps? |
| 04:20PM | 23 | A.   Because we are not a stock Android |
| 04:20PM | 24 | device. |
| 04:20PM | 25 | Q.   So basically because you're |

United States of America vs
Google LLC

Young Lee
October 29, 2021

193

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | Y. LEE                                              |
| 04:20PM | 2  | running Fire OS as opposed to regular            |
| 04:20PM | 3  | Android?                                          |
| 04:20PM | 4  | A.    Correct.                                    |
| 04:20PM | 5  | Q.    In terms of the -- as you said,            |
| 04:20PM | 6  | the Fire Phone was not a success.  What was      |
| 04:20PM | 7  | the scope of the failure with respect to         |
| 04:20PM | 8  | Amazon?  By that I mean -- because that's a       |
| 04:20PM | 9  | pretty broad question.  I mean financially.      |
| 04:20PM | 10 | A.    It was a broad -- it was a broad           |
| 04:20PM | 11 | question, but I can answer it --                 |
| 04:20PM | 12 | MR. LIPTON:  Hold on.  Let me --                 |
| 04:20PM | 13 | objection to form.                               |
| 04:20PM | 14 | But go ahead, please.                            |
| 04:20PM | 15 |                                                    |
| 04:21PM | 16 |                                                    |
| 04:21PM | 17 |                                                    |
| 04:21PM | 18 |                                                    |
| 04:21PM | 19 |                                                    |
| 04:21PM | 20 |                                                    |
| 04:21PM | 21 |                                                    |
| 04:21PM | 22 |                                                    |
| 04:21PM | 23 |                                                    |
| 04:21PM | 24 |                                                    |
| 04:21PM | 25 | So, yeah.                                         |

United States of America vs
Google LLC

Young Lee
October 29, 2021

194

1                          Y. LEE

04:21PM  2    It was a big failure.

04:21PM  3          Q.    Were there, I guess, layoffs or

04:21PM  4    reorganizations as well because of the Fire

04:21PM  5    Phone?

04:21PM  6    ▓▓▓▓▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

04:21PM  7    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

04:21PM  8    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

04:21PM  9    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

04:21PM  10   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

04:21PM  11   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓

04:22PM  12   ▓▓▓▓▓▓▓▓▓▓▓

04:22PM  13          MS. MURDOCK-PARK:  I'm hearing

04:22PM  14       somebody type.  If you could please

04:22PM  15       mute, thank you.

04:22PM  16          Q.    Since -- let's talk a little bit

04:22PM  17   about your interactions, your personal

04:22PM  18   interactions with Google.  Have you met with

04:22PM  19   individuals like Google or did you meet with

04:22PM  20   individuals at Google in the scope of your

04:22PM  21   role at Amazon?

04:22PM  22          A.    Yes.  Multiple times.

04:22PM  23          Q.    And let me -- apologies.  I'm

04:22PM  24   going jump back and -- jump back to the

04:22PM  25   meetings with Google.

United States of America vs                                    Young Lee
Google LLC                                                     October 29, 2021

226

1                              Y. LEE

05:35PM   2    know, in the ordinary course up to that

05:35PM   3    point?

05:35PM   4         A.    Yes.

05:35PM   5         Q.    All right.  When was the last time

05:35PM   6    you spoke with anyone at Google in the course

05:36PM   7    of your employment at Amazon?

05:36PM   8         A.    I can't remember.  It was with Jim

05:36PM   9    Kolotouros, but maybe summer.  Somewhere in

05:36PM  10    like June, June-ish.

05:36PM  11         Q.    Okay.  Today you testified a lot

05:36PM  12    about Fire OS and I think you also used the

05:36PM  13    phrase "stock Android" from time to time.

05:36PM  14    When you say "stock Android," what do you

05:36PM  15    mean?

05:36PM  16         A.    I mean the Android that Google

05:36PM  17    puts out for its OEM, you know, partners.  I

05:36PM  18    don't know what you would call it, but the

05:37PM  19    official Android.

05:37PM  20         Q.    Fair enough.  Would CD --

05:37PM  21         A.    Yeah.  Anything that's on Google's

05:37PM  22    phones.

05:37PM  23         Q.    Understood.  So a CDD-compatible

05:37PM  24    version of Android; is that fair?

05:37PM  25         A.    That's fair.

United States of America vs
Google LLC

Young Lee
October 29, 2021

227

1          Y. LEE

05:37PM    2      Q.    Okay.  All right.  What is your

05:37PM    3  understanding of the differences between Fire

05:37PM    4  OS and a CDD compatible version of Android?

05:37PM    5      A.    ████████████████████████████

05:37PM    6  ███████████████████████████████

05:37PM    7  ████████████████████████████████

05:37PM    8  ███████████████████████████

05:37PM    9  ███████

05:37PM   10      Q.    And do you know what are the

05:37PM   11  distinctions between those two versions, what

05:37PM   12  you referred to as the forked Android and the

05:37PM   13  CDD-compatible version?

05:37PM   14      A.    I think it depends on the version,

05:37PM   15  right.  So some are more forked than others

05:38PM   16  to varying degrees, I think.

05:38PM   17      Q.    How about -- I'm sorry.  I didn't

05:38PM   18  mean to interrupt.  Go ahead.

05:38PM   19      A.    That's it.

05:38PM   20      Q.    How about with respect to Fire OS,

05:38PM   21  what are the differences between Fire OS and

05:38PM   22  the CDD-compatible version of Android?

05:38PM   23      A.    That's beyond my technical depth,

05:38PM   24  I'm afraid.

05:38PM   25      Q.    Understood.  You may not be alone

United States of America vs                                    Young Lee
Google LLC                                                     October 29, 2021

███████████████

228

                          Y. LEE

05:38PM   2   in that category.

05:38PM   3              Has Amazon, to your knowledge,

05:38PM   4   ever run a CTS test on Fire OS?

05:38PM   5        A.   ███████████   ██████████████

05:38PM   6   ███████████████████   ███████████████

05:38PM   7   ████████████████████████████

05:38PM   8        Q.   Do you know approximately how many

05:38PM   9   times Amazon has run a CTS test on Fire OS?

05:38PM  10        A.   I don't.

05:38PM  11              MS. MURDOCK-PARK:   Objection;

05:38PM  12        foundation.

05:38PM  13        Q.   Do you know approximately --

05:38PM  14        A.   No.

05:39PM  15        Q.   Do you know approximately when the

05:39PM  16   first time was that Amazon ran a CTS test on

05:39PM  17   Fire OS?

05:39PM  18        A.   I don't.

05:39PM  19        Q.   How about approximately when the

05:39PM  20   last time was that Amazon ran a CTS test on

05:39PM  21   Fire OS?

05:39PM  22        A.   I don't know.

05:39PM  23        Q.   Do you have a sense of how

05:39PM  24   percentage compliant Fire OS is with a

05:39PM  25   CCD-compatible version of Android?

1                    Y. LEE

06:03PM  2      Q.   And when you say "content

06:03PM  3  coverage," what do you mean by that?

06:03PM  4      A.   Meaning the aggregation of content

06:03PM  5  you can watch on Fire TV.  So we had all the

06:03PM  6  major players except for YouTube for a while

06:03PM  7  and we were day-and-date with most of them.

06:03PM  8      Q.   You have YouTube -- or excuse me.

06:03PM  9           Amazon has YouTube for Fire TV

06:03PM 10  now, correct?

06:03PM 11      A.   Correct.

06:03PM 12      Q.   Are there any apps that, in your

06:03PM 13  view, OEMs require before they would consider

06:04PM 14  licensing Fire TV?

06:04PM 15  ███    ████████   ████████████████

06:04PM 16  ████████████████████████████████

06:04PM 17  ████████████████   ████████████████

06:04PM 18  ████████████████████████████

06:04PM 19  ████████████████████████████████

06:04PM 20  ████████████████████████████

06:04PM 21  ██████████  ██████████████████████

06:04PM 22  ████████████

06:04PM 23      Q.   Any others?

06:04PM 24      A.   I think those ████ would be the ████

06:04PM 25  big ones.

United States of America vs
Google LLC

Young Lee
October 29, 2021

247



```
                               Y. LEE
06:04PM   2        Q.    Do you know if Amazon has explored
06:05PM   3   making Fire OS CDD compatible for Fire TV?
06:05PM   4
06:05PM   5
06:05PM   6
06:05PM   7
06:05PM   8
06:05PM   9
06:05PM  10
06:05PM  11
06:05PM  12
06:05PM  13
06:05PM  14
06:05PM  15
06:06PM  16
06:06PM  17
06:06PM  18
06:06PM  19
06:06PM  20
06:06PM  21
06:06PM  22        Q.    All right.  So my colleague,
06:06PM  23   Ms. Caton, is going to drop a document into
06:06PM  24   the chat, which we will mark as Exhibit 18.
06:06PM  25            (Whereupon, Lee Exhibit 18,
```

United States of America vs                                                    Young Lee
Google LLC                                                                     October 29, 2021

248

|              | 1  |                Y. LEE                         |
|--------------|----|----------------------------------------------|

06:06PM   2        AMZN-SEARCH-000074409 through '4426

06:06PM   3        was marked for identification as of

06:06PM   4        this date by the Reporter.)

06:07PM   5             MR. McGINNIS:  For the record,

06:07PM   6        this is a document -- an email and

06:07PM   7        attachment bearing the Bates number

06:07PM   8        AMZN-SEARCH-000074409 through '74426.

06:07PM   9        Q.    So, Mr. Lee, this is, as you will

06:07PM  10   see, a lengthy document.  I will certainly

06:07PM  11   direct you to the sections that I'm going to

06:07PM  12   ask you questions about, but feel free to

06:07PM  13   take your time to review it.

06:07PM  14        A.    Okay.

06:08PM  15        Q.    And just let me know when you're

06:08PM  16   ready.

06:15PM  17        A.    I'm going to just really lightly

06:15PM  18   skim over the appendices, if that's all

06:15PM  19   right.

06:15PM  20        Q.    That's fair.  I actually don't --

06:15PM  21   I am certain I am not skilled enough to

06:15PM  22   probably ask you questions about the

06:15PM  23   appendices.

06:15PM  24        A.    Okay.

06:15PM  25        Q.    Or at least Appendix A, I should

261

|         |    |                                          |
|---------|----|------------------------------------------|
|         | 1  | Y. LEE                                   |
| 06:31PM | 2  | way to put it would be we had no option but |
| 06:31PM | 3  | to go with one.                          |
| 06:32PM | 4  | Q.   Let's show you -- my colleague,     |
| 06:32PM | 5  | Ms. Caton, is going to put another document |
| 06:32PM | 6  | in the chat.                             |
| 06:33PM | 7  | MR. McGINNIS:  All right.  And,          |
| 06:33PM | 8  | for the record, this is an email and     |
| 06:33PM | 9  | attachment Bates labeled Amazon          |
| 06:33PM | 10 | SEARCH-0000357484 through '357505.       |
| 06:33PM | 11 | (Whereupon, Lee Exhibit 19,              |
| 06:33PM | 12 | AMZN-SEARCH-0000357484 through '57505    |
| 06:33PM | 13 | was marked for identification as of      |
| 06:33PM | 14 | this date by the Reporter.)              |
| 06:33PM | 15 | Q.   And, Mr. Lee, again, this is a      |
| 06:33PM | 16 | lengthy document.  I will tell you I am only |
| 06:33PM | 17 | going to ask you about the first page of the |
| 06:33PM | 18 | attachment.                              |
| 06:33PM | 19 | A.   Okay.                               |
| 06:33PM | 20 | Q.   Which is the page '357486.          |
| 06:34PM | 21 | A.   Gotcha.  There we go, █████  So     |
| 06:34PM | 22 | do I not need to go beyond, like, the second |
| 06:34PM | 23 | page or the third page?                  |
| 06:34PM | 24 | Q.   Mr. Lee, if you would -- you're     |
| 06:34PM | 25 | welcome to take a look at it to make sure |

United States of America vs                                          Young Lee
Google LLC                                                    October 29, 2021

262

|        |    | Y. LEE |
|--------|----|--------|
| 06:34PM | 2 | that you -- to see if you recognize the |
| 06:34PM | 3 | document.  I've got one question and it is |
| 06:34PM | 4 | just about that page that I directed you to. |
| 06:34PM | 5 | A.    Okay.  Then I'm not going to go |
| 06:34PM | 6 | through the whole doc. |
| 06:34PM | 7 | Q.    Let me just ask you this:  Do you |
| 06:34PM | 8 | recognize this document? |
| 06:34PM | 9 | A.    I don't, but it was a long time |
| 06:34PM | 10 | ago. |
| 06:34PM | 11 | Q.    Understood.  On page 1 of the |
| 06:35PM | 12 | attachment ending '357486, you'll see that |
| 06:35PM | 13 | there's a series of key learnings |
| 06:35PM | 14 | identified -- |
| 06:35PM | 15 | A.    Yep. |
| 06:35PM | 16 | Q.    -- with respect to Fire Phone. |
| 06:35PM | 17 | Do you see that? |
| 06:35PM | 18 | A.    Yes. |

United States of America vs
Google LLC

Young Lee
October 29, 2021

263

| | 1 | Y. LEE |
|---|---|---|
| 06:35PM | 2 | ███████████████████████████████ |
| 06:35PM | 3 | ██████████ |
| 06:35PM | 4 | Q.    All right.  You can put that to |
| 06:35PM | 5 | the side. |
| 06:36PM | 6 | All right.  Let's do maybe one |
| 06:36PM | 7 | more document and then we can take a break. |
| 06:36PM | 8 | (Whereupon, Lee Exhibit 20, |
| 06:36PM | 9 | AMZN-SEARCH-000049162 through '9164 |
| 06:36PM | 10 | was marked for identification as of |
| 06:37PM | 11 | this date by the Reporter.) |
| 06:37PM | 12 | A.    Oh, my gosh. |
| 06:37PM | 13 | MS. MURDOCK-PARK:  Just for the |
| 06:37PM | 14 | record, could you confirm which Bates |
| 06:37PM | 15 | numbers we're looking at, please? |
| 06:37PM | 16 | MR. McGINNIS:  Yes.  Thanks for |
| 06:37PM | 17 | the reminder.  And this is Exhibit 20. |
| 06:37PM | 18 | Q.    So, Mr. Lee, I believe you've been |
| 06:37PM | 19 | directed to Exhibit 20, which is Amazon |
| 06:37PM | 20 | SEARCH-001049162 through '49164. |
| 06:37PM | 21 | A.    Yes, I have that doc open. |
| 06:37PM | 22 | Q.    All right.  Do you recognize this? |
| 06:37PM | 23 | A.    I do. |
| 06:37PM | 24 | Q.    And who is Laura Shen? |
| 06:37PM | 25 | A.    I believe she was an MBA student |

264

|  | 1 | Y. LEE |
|---|---|---|

06:38PM  2   at Dartmouth, Tuck School of Business.

06:38PM  3        Q.    And did she interview you about

06:38PM  4   your experience with the Fire Phone?

06:38PM  5        A.    She did.

06:38PM  6        Q.    And then she sent you a draft

06:38PM  7   summary of that interview?

06:38PM  8        A.    Yes.

06:38PM  9        Q.    And you reviewed and cleaned it up

06:38PM  10  a bit?

06:38PM  11       A.    Yes.

06:38PM  12       Q.    And the version that you cleaned

06:38PM  13  up is attached to the cover email; is that

06:38PM  14  right?

06:38PM  15       A.    I don't know if this is the one I

06:38PM  16  cleaned up or if this is the original one,

06:38PM  17  but I think it's the one I cleaned up.

06:38PM  18       Q.    Yeah, I'll represent to you that

06:38PM  19  the one that is attached is the attachment to

06:38PM  20  your top email there.

06:38PM  21       A.    Okay.

06:38PM  22       Q.    On the first page.

06:38PM  23       A.    Then, yes, probably.

06:38PM  24       Q.    All right.  I think you can put

06:38PM  25  that to the side.