# Pls. Ex. 101

| | |
|---|---|
| From: on behalf of | Lee, Young [/o=Amazon/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=young] Lee, Young [/o=amazon/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=young] |
| Sent: | 8/18/2017 4:43:41 PM |
| To: | @tuck.dartmouth.edu] |
| Subject: | RE: For Review :: Amazon-Tuck Paper |
| Attachments: | Revision of Tuck Article.docx |

Hi Laura: My section was slightly choppy – probably because I was rambling on the phone, so I cleaned it up a bit so it would flow a bit better. Please let me know your thoughts.

Again, Thanks, and Cheers,

Young.

**From:** Lee, Young
**Sent:** Friday, August 04, 2017 12:07 PM
**To:** @tuck.dartmouth.edu>
**Subject:** RE: For Review :: Amazon-Tuck Paper

Hi          Thanks for forwarding this to me. I'll take a look and get back to you with comments/edits.

Cheers, Young.

**From:**                                              @tuck.dartmouth.edu]
**Sent:** Wednesday, August 02, 2017 9:23 AM
**To:** Lee, Young <young@amazon.com>
**Subject:** For Review :: Amazon-Tuck Paper

Hi Young,

I hope this message finds you well.

Thanks again for your time earlier this spring. We have worked on several revisions of the paper since with                           . We included your vignette on the Fire Phone (pages 17-19) and wanted to circulate the latest version for your review and comments/edits. If you could provide feedback by Friday, August 18th – that would be wonderful.

This version is under parallel review from

All the best,
Laura



Tuck School of Business at Dartmouth

Revision:

## Failure at Amazon: The Fire Phone

*Young Lee: "I manage the Business Development team for the Amazon devices group. I am what you call a "Boomerang" - I was originally at Amazon from 1992-2002 and then left for Expedia.com and several other companies, before returning to Amazon in 2011. I came back to Amazon to help out with a new projects team, one of which was the Fire Phone. Amazon was a different company in many ways when I came back, but the one thing that really didn't change were the leadership principles – they were still the bedrock of Amazon's culture. I've worked at a lot of places – often leadership principles are little more than maxims on inspirational posters in the snack room. Here at Amazon, they are lived out - they are an embedded part of Amazon's culture: they are referenced all the time in meetings - we interview according to Leadership Principles – they are constantly referenced in documents. They really are things that we live and breathe. I am a huge, huge fan of our leadership principles. They are a blueprint for how you succeed here. At Amazon, you kind of have to live these principles to succeed.*

*The Fire Phone was an awesome project to sink my teeth into. At that point, Amazon only had one piece of hardware – the Kindle eReader. Launching a mobile phone was a huge endeavor. Jeff challenged us to Think Big. We had to create and communicate a bold direction. Few people expected at the time that Amazon would launch a smartphone. We weren't known as a hardware company. No one thought that Amazon would be the innovator in smart phones.*

*After the iPhone came out in 2007, it quickly became clear that this would be the #1 computing device for people around the world. We wanted to try something around mobile, as more and more people accessed Amazon and bought goods from their mobile phones. There were two very dominant operating systems at that time (iOs and Android). We wanted to innovate off of Android but add our own secret sauce.*

*We came up with several ideas for a "secret sauce" which were the product of many brainstorming sessions. We wanted to create something magical. We came up with an Amazon-forward user interface called Carousel. Then we came up with the idea of using the camera as an object recognition lens – we called it Firefly. You could point a camera at an object and it would give you information about that object. If it was a product, you would get information on how to purchase. If it was an artifact or architecture, you could read about its history. We came up with a magical customer service experience with MayDay, where you could push a button and have a video dialogue with a live customer service rep. Actually, we launched an AWS service with that concept as a basis. So we had Invent – Firefly – and Simplify – Customer Service.*

*We asked: what if we could present things in a different perspective? – and we came up with four corner cameras that could be utilized to provide a dynamic perspective to what was being rendered. I was vocal about not agreeing with this idea. You have to Have Backbone – Disagree and Commit. There was one meeting with Jeff – where a lower level product manager disagreed with this focus. The product manager provided five reasons not to do this. Jeff addressed points one through three, but really paused about four and five. Jeff asked the product manager to really delve into those two areas and see if they were really constraints. Once the disagreements were addressed, we all Committed to our decision. Even though not all agreed, once committed, we all rowed together hard, and in the same direction.*

*Turns out, it's really hard to build a phone, and nearly impossible to build a phone that was revolutionary. (Apple did such an amazing job with iPhone. I was just amazed at how crazy wonderful it was.) We made so many missteps along the way. Hundreds of disagree and commit moments. How magical would 3D be? Can we afford MayDay? What about Maps? It was a huge effort to create maps on our own. There was a lot of heartache to figure out how we get SnapChat or Facebook into our app store. Will anyone want to buy a phone without these top and other long-tail apps?*
*Unfortunately, the phone didn't do well.*

NFORMATION PURSUANT TO PROTECTIVE ORDER

AMZN-SEARCH-000049163

*Each decision generally worked out except when it didn't. We had errors stacked on top of errors on top of errors. It was too expensive. From Amazon, customers expected $99 not $600. It was locked to one carrier. We didn't have Google maps. Many of our instincts were wrong.*
*So how did we decide to shut it down?*
*We knew very quickly that we weren't going to sell what we thought. We had to show a Bias for Action. We need to admit that this isn't going the way we wanted it to, so within 2-3 weeks we put a plan in place about how to wind down. Within a month or two, we decreased the price, we went unlocked, and we worked with carrier partners to wind down and decreased the marketing spend.*
*Jeff was clearheaded about it. He said: "It didn't work, what's the plan?" We had a $175 mm write down which was quite painful. I wrote up a Plan B document and presented it to Jeff. One line in the document was "...and we can't afford another Fire phone debacle." Jeff paused and said: "I want to address this line. That is just not true. We can afford mistakes. I hope we don't have to, but we have to swing for the fences. We have to swing for doubles, triples, and home runs. We will be a $100 billion run rate company and we have to take big, big swings to make an impact." He has often articulated that Innovation and Failure are inseparable twins. You can't have one without the other.*
*It was inspiring to hear him say that we have to keep innovating, even in the dark aftermath of a large failure. This is the price of admission of doing great things. This is part of why I think Jeff will one day be on the Mount Rushmore of great business leaders.*
*Speed is key. We had to quickly get our team together. I had people trying to hire people in Japan and China. We had to communicate these changes throughout the org, and we all had to admit to each other: "here are the biggest mistakes we made, and here's what we're going to do about it." People were worried. Will I still have a job?*
*I was leading business development for phones and other pre-launch products. There were two other biz dev groups. After we shut this down, they combined all three groups and asked me to lead the unified team. It turned out to be a great way to learn that failing at Amazon is not a death sentence. As Jeff stated, innovation and failure were inseparable twins. Everyone loves to be an owner when you're on the march to making something great, but you have to show Ownership and grit when things fail."*

**Analysis.** While Fire Phone was one of the more publicized failures in Amazon's recent history, the learnings are plentiful. First and foremost, Amazon stresses that failure and innovation are inseparable twins – you can't have one without the other. In order for Amazon to continue to *think big*, they need to be okay with taking chances that may fail. Of course, leaders at Amazon *are right a lot*, which happens because they really delve into the root causes of their previous mistakes, learn from them, and make different mistakes the next time.

Jeff's reaction to the Fire Phone's failure – that Amazon not only can, but must, afford many more of these failures - speaks to the primacy of innovation and experimentation at Amazon. They know that in order to continue to succeed at their scale, they will need to continue to innovate quickly and frequently.

NFORMATION PURSUANT TO PROTECTIVE ORDER                                                                    AMZN-SEARCH-000049164