# Pls. Ex. 102



LAW OFFICES

1ST FLOOR, DR. GOPAL DAS BHAVAN · 28, BARAKHAMBA ROAD · NEW DELHI 110 001, INDIA
TELEPHONE: ▬▬▬▬▬▬▬   · FACSIMILE: ▬▬▬▬▬▬▬

December 13, 2019

To,

Mr. Pranay Kumar Soni,
Office of the Director General,
Competition Commission of India,
B-Wing, HUDCO Vishala,
14 Bhikaji Gama Place,
New Delhi - 110 066.

**Ref:** (i)    Case No. 39 of 2018;

(ii)   Notice F. No. DG/CCI/IW/1/1/2019/U-I, dated October 24, 2019 (the "Second Notice").

**Sub**: *Response on behalf of Amazon to Second Notice.*

Dear Mr. Soni,

We, P&A Law Offices ("P&A"), are counsels to A2Z Development Centre, Inc. ("Amazon"/ "Company") in connection with the above captioned matter. The vakalatnama authorizing P&A has already been provided to your good offices.

At the outset, we would like to reiterate and assure your good offices that Amazon is committed to extend full cooperation in relation to the current investigation.

Previously, through notice dated July 30, 2019 ("First Notice"), the Company was directed to provide responses to certain queries relating to the above captioned matter. We provided our responses to the First Notice on September 13, 2019 and on October 14, 2019. Subsequently, on October 24, 2019, the Second Notice was issued in the matter, directing to the Company to provide a response to certain additional queries.

Page 1 of 2

13/12/2019
Jt DG (Su-I)

AMZNDOJ0000526



In view of the above, we are submitting Amazon's response to the Second Notice ("Response") which is enclosed herewith.

We submit that the Response contains confidential business information of the Company. We will be separately submitting a non-confidential version of the Response. Accordingly, please find enclosed for your consideration:

(a) Confidentiality Application dated December 13, 2019;
(b) Confidential version of the Response along with a CD; and
(c) Non-confidential version of the Response along with a CD

We reiterate our commitment to fully cooperate in the investigation undertaken by your office and are available at all times for any assistance or clarifications that you may require.

Thanking You,

Yours sincerely,



INFORMATION PURSUANT TO PROTECTIVE ORDER

AMZNDOJ0000527

TABLE A

| S. No. | Confidentiality Claim | Reasons |
|--------|----------------------|---------|
| 1. | Paragraph No. 2 (a), ███████ | The information reveals ████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████ ██ ██ ██ ████ █ ███ █ ████████████████████████████ ████████████████████████████ ████████████████ ████ Accordingly, this information is highly confidential and business-sensitive and its disclosure to third parties may confer a commercial advantage on Amazon's competitors, thereby, resulting in grave commercial injury to Amazon. |
| 2. | Paragraph No. 3(b) and ███████ | ████████████████████████████ ████████████ ██ █████████████ ████████████████ Accordingly, this information is derived from Amazon's independent, commercial experience as a provider and developer of smart mobile OS. Accordingly, any disclosure of this information to third parties will not |

Page 1 of 4

| | | |
|---|---|---|
| | | only decrease the commercial value of this information but also confer a commercial advantage on Amazon's competitors, thereby, resulting in grave commercial injury to Amazon. |
| 3. | Paragraph No. 5 | The name of the project overseeing the ███████ ████████████████████████████ ████████████████████████████ ████████████████████. This name remains highly confidential for Amazon. Disclosure of the same to third parties is likely to undermine all the efforts taken by Amazon to keep its operations in relation to the development of Fire OS confidential, thereby, resulting in grave injury to Amazon. |
| 4. | Paragraph Nos. 6, 7,8, 12, 13, 14, 15, 16 and 17 | This information pertains to commercially sensitive data on the Amazon AppStore business and includes information on Amazon's internal data recording practices, expenditure in relation to the Amazon AppStore business, the sale of its devices and commercial arrangements with OEMS. This information is not available in the public domain and any disclosure of the same will provide Amazon's competitors granular level insight into Amazon's commercial arrangements, future strategies and |

INFORMATION PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| | | commercial presence on a worldwide basis and as well as in India, in relation to its Amazon AppStore operations thereby, resulting in grave injury to Amazon. |
| 5. | Paragraph No. 18 | This information indicates Amazon's market position in relation to Android OS apps in India. No information in relation to the same is available in the public domain and Amazon regards the same to be highly confidential and commercially-sensitive. Therefore, any disclosure of such information will result in grave injury to Amazon and provide Amazon's competitors an insight into Amazon's commercial presence in relation to Android OS apps in India. |
| 6. | Paragraph Nos. 21, 22, 23 and 24. | This information pertains to commercially sensitive data on Amazon Drive and includes information on Amazon's internal data recording practices and expenditure in relation to the Amazon Drive business. This information is not available in the public domain and any disclosure of the same will provide Amazon's competitors granular level insight into Amazon's commercial presence on a worldwide basis as well as in India in relation to its Amazon Drive operations, thereby, resulting in grave injury to Amazon. |

INFORMATION PURSUANT TO PROTECTIVE ORDER   AMZNDOJ0000530

| 7. | Paragraph No. 25 | This information pertains to commercially sensitive information on Amazon's internal revenue recording practices. Accordingly, by its very nature, this information is highly confidential and is not available in the public domain. |
|----|------------------|--------|
| 8. | Annexure I | This internal email provides an account of Amazon's commercial negotiations with OEMs in relation to the Fire OS. These negotiations and their particulars are highly confidential and commercially sensitive for Amazon as they disclose the positions taken by various OEMs in relation to Fire OS. Any disclosure of such information may not only confer a commercial advantage on Amazon's competitors but may also cause grave commercial injury to Amazon. |

Page 4 of 4

AMZNDOJ0000531

████████████

*Reference*: *Case No. 39 of 2018*

Response to notice dated October 24, 2019

**A.** **Licensable smart mobile device Operating System (OS)**

(2)(A)(i) –Amazon in its reply dated 13.09.2019 (in para 16) has stated that *"based on the number of full time employees involved, Amazon estimates the total cost of* ████████████████ *) to be* ████████ ████████████████*, It is requested that a precise figure may be* indicated.

Response:

1.   The total cost of ████████████ was ████████████████████ Amazon is unable to provide any more precise figures, as it does not track business expenses in a way that would allow it to provide a more precise figure.

(2)(A)(ii) – It is understood that the cost & technical challenges associated with developing a smart mobile OS as a 'forked version' using AOSP is lesser as compared to developing an altogether new OS. Amazon is requested to throw light on this aspect.

Response:

2.   When considering ██████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████:

Page 1 of 17



a.

Page **2** of **17**

INFORMATION PURSUANT TO PROTECTIVE ORDER

AMZNDOJ0000533



Page **3** of **17**

INFORMATION PURSUANT TO PROTECTIVE ORDER

(2)(A)(iii) – Amazon in its reply dated 13.09.2019 (in para 19) has stated that Amazon's ability to distribute (license) the Fire OS through OEMs who are subject to Google's mandatory terms was and is significantly limited and that several smartphone OEMs often cited risk of losing access to GMS due to potential 'fragmentation' of Android. Amazon is requested to elaborate the matter and submit documents relating to the correspondence with such OEMs, in support of its assertion.

Response:

**B.    Amazon Appstore for Android mobile OS**

Page **4** of **17**

**(2)(B)(i) – Number of smart mobile devices (smartphones & tablets) in which Amazon Appstore comes pre-installed. Process of installing or side loading of Amazon Appstore in the Android mobile OS may also be elaborated.**

**Response:**

6.    Amazon Appstore comes pre-installed on the Fire Phone and the Fire Tablet i.e. Amazon's own branded smartphone and smart tablet). Please note that the Fire Phone was never distributed in India. Set out in the table below is the number of smart mobile devices (smartphones and tablets) in which Amazon Appstore comes pre-installed, sold on an annual basis, both worldwide and in India.

7.    In addition, it should also be noted that starting in 2014, certain Android-based Blackberry devices were available pre-installed with the Amazon Appstore.

Page **5** of **17**

Amazon terminated the deal in 2017, but continued to support customers who had purchased these devices.

INFORMATION PURSUANT TO PROTECTIVE ORDER

AMZNDOJ0000537



9.

Therefore, customers who desire to use the Amazon Appstore for Android on a non-Amazon Android device can download the Amazon Appstore App directly from Amazon's website and may install the app by enabling the "unknown sources" functionality on their devices. This installation method allows installation of essentially any Android APK package[1] and is referred to as "sideloading" in the Android community. A customer can sideload the Amazon Appstore for Android App using the following steps, which are detailed at www.amazon.com/androidapp.

---

[1] An Android Package Kit (APK for short) is the package file format used by the Android operating system for distribution and installation of mobile apps. Just like Windows (PC) systems use an.exe file for installing software, the APK does the same for Android. When you download an APK online, you're essentially getting an app. (www.androidpit.com/android-for-beginners-what-is-an-apk-file)

INFORMATION PURSUANT TO PROTECTIVE ORDER                    AMZNDOJ0000538

▮▮▮▮▮▮

10. To download and install the Amazon Appstore for Android app, a customer can visit https://www.amazon.com/androidapp on a non-Amazon Android device or enter details to have a link sent to a mobile number or e-mail address. The customer then follows these steps:

   a. ***Download Amazon Appstore:*** Customer navigates to the Amazon Appstore download pages and then taps on "Get Amazon Appstore".

   b. ***Enable Unknown Sources:*** Customer needs to enable "unknown sources" permissions via device settings.

   c. ***Install and Launch Amazon Appstore:*** Customer locates the "Amazon_app.apk" file on the device's "download" folder. Customer taps "install" on the Android installer screen and then launches the Amazon Appstore.

11. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮ INFORMATION PURSUANT TO PROTECTIVE ORDER

AMZNDOJ0000539

(2)(B)(ii) — Number of smart mobile devices (smartphones & tablets) in which Amazon Appstore has been downloaded & installed by users in India on a yearly basis.

**Response:**

12.

Page **9** of **17**

CONFIDENTIAL

**(2)(B)(iii) – Number of Apps available in Amazon Appstore as well as aggregate No. of various Apps installed by users in India from Amazon Appstore, on yearly basis since its launch till date.**

**Response:**

14.   Set out below is a table indicating the number of apps available for the years 2010-2019 in Amazon's Appstore catalog, both worldwide and for India. Also shown is the aggregate number of app downloads by customers with a country of residence in India. Please note that while Amazon distributed the Fire Tablet devices in India in 2013 and 2014, Amazon's current systems did not capture app downloads in India during that time period or prior to 2015. Please also note that Amazon started publishing apps in the Amazon Appstore in 2010 as part of the process of building and testing the Appstore and developing the tablet devices, even though the tablets, the first devices featuring Amazon's Appstore, were not released to the public until 2011.

[■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■]

(2)(B)(iv) – Summary of various kinds of investment on R & D, upkeep & maintenance, updating etc. by Amazon on Amazon Appstore, on yearly basis.

**Response:**

15.   Amazon invests heavily each year in making sure that it can deliver a top app store experience to retail and developer customers, including making sure that the Amazon Appstore offers as good or better features as Amazon's competition. Amazon strives to continually enhance and improve existing functionality and launch new and exciting features that draw customers to shop in the Appstore and developers to offer the latest and greatest apps[■■■■■■■■■■]

[■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■]

Page **11** of **17**

INFORMATION PURSUANT TO PROTECTIVE ORDER

███████████

████████████████████████████

████████████████████████████

████████████████████████████

████████████████████████████

█████████████████████████

█  ████████████████████████████

████████████████████ While Amazon does not break down its

expenditures by R&D, upkeep & maintenance, updating, etc., its expenses for the

Appstore business in 2018 (the most recent year for which it has records)

exceeded ███████████.

**(2)(B)(v) – Revenue model in brief and Yearly Revenue (directly or indirectly) earned by the company in India from Amazon Appstore.**

**Response:**

17. ████████████████████████████████████████

████████████████████████████████████ Amazon's

revenue attributable to the Amazon Appstore is generated from revenue sharing

with developers, typically paying developers a ██████████ on apps and in-app

purchases sold in the Amazon Appstore. For 2018, total "rest of world" Appstore

sales, which includes India and excludes Amazon's US, UK, Germany, FRITES

(France, Italy and Spain) and Japan app stores, was ███████████

**(2)(B)(vi) – Details of competitors of Amazon Appstore in Indian App Stores market for Android OS with the approximate market shares of the key players on yearly basis.**

Page **12** of **17**

**Response:**

18.   Amazon believes that it is a relatively small provider of Android OS apps in India.
      In addition to the Google Play Store, some of the more popular Android OS app
      stores in India include Aptoid and GetJar.

      **(2)(B)(vii) – What are the major entry barriers for new player in the market
      of App Store for Android OS particularly in terms of investment of capital &
      technology, gestation period, and sunk cost etc.?**

      **Response:**

19.   The major barriers to entry faced by Amazon while setting up its Appstore have
      been set out in detail in Amazon's reply dated September 13, 2019 at paragraphs
      1-21 and 28-40, as well as Amazon's response herein to Question 2(A)(ii) above.

      **(2)(B)(viii) – Is it possible to install/download Amazon Appstore in any other
      mobile OS other than Android OS?**

      **Response:**

20.   Amazon Appstore is only available for the Android OS and cannot be
      installed/downloaded on any other mobile OS.

      **(C) Online file storage service**

Page **13** of 17

**(2)(C)(i) – Brief write up on online file storage service offered by Amazon (Amazon Cloud Drive or Amazon Drive)**

**Response:**

21. Amazon Drive, as a service has largely been rebranded as Amazon Photos, specializing in the storage and sharing of photos among family and friends. Amazon Drive branding still exists and customers who created Amazon Drive accounts still have the functionality to save and retrieve files on Amazon Drive as a cloud storage service. Amazon's marketing and product development efforts in this area are focusing on Amazon Photos and photo-centric features and functionality.

**2(C)(ii) - No. of users registered for Amazon Drive service in India on yearly basis from 01.04.2011 to 31.03.2019**

**AND**

**2(C)(iii) - No. of file /size of data stored by users on Amazon Drive in India on yearly basis from 01 .04.2011 to 31.03.2019**

**Response:**

22. Amazon offers Amazon Drive as part of its online marketplace offering in its Amazon.com, Amazon.co.uk, Amazon.jp and Amazon.de marketplaces. However, Amazon has never made the Amazon Drive service available as a part of its offerings on Amazon.in i.e. the Indian online marketplace. However, customers located in India could have accounts with Amazon marketplaces in other countries, such as Amazon.com, Amazon.co.uk, Amazon.jp and

Page 14 of 17

INFORMATION PURSUANT TO PROTECTIVE ORDER

AMZNDOJ0000545

Amazon.de, and use the Amazon Drive offering from that marketplace. Set out below is a table that shows: (a) worldwide number of Amazon Drive accounts across all of Amazon's marketplaces that offer Amazon Drive; (b) the percentage of such accounts for customers with a shipping address located in India; (c) the total number of files and file size of all files uploaded to Amazon Drive across all of Amazon's marketplaces that offer Amazon Drive; and (d) the percentage of such files for customers with a shipping address located in India.

**2(C)(iv) - Details of competitors of Amazon Drive in the market of file storage service in India and approximate yearly market shares of the key players including Amazon Drive from 01.04.2011 to 31 .03.2019**

Page **15** of **17**

**Response:**

23. Amazon believes that it is a relatively small provider of online file storage services in India. In the photo storage and service space, Google Photos and Apple Photos are the two largest service providers.

    **2(C)(v) - Summary of various kinds of yearly investment on R & D, upkeep & maintenance, updating etc.by Amazon on online file storage service I Amazon Drive from 01 .04.2011to31 .03.2019.**

    **Response:**

24. Amazon invests heavily each year to ensure that the Amazon Photos experience meets and exceeds its customers' needs and expectations. Investments include the costs of offering unlimited photo storage for Amazon Prime[2] members in many geographies, and the creation of features such as "Memories" and "This Day," which highlight certain photos stored on the service by its customers. Amazon is also investing in machine learning for the grouping of photos by person, object, or location.

    **2(C)(vi) - Revenue model in brief and Yearly Revenue (directly or indirectly) earned by the company in India from online file storage service I Amazon Drive business during 01.04.2011 to 31.03.2019.**

    **Response:**

---

[2] Amazon Prime is a subscription membership to Amazon that offers customers premium services for a yearly or monthly fee.

INFORMATION PURSUANT TO PROTECTIVE ORDER

AMZNDOJ0000547

25. ████████████████████████████████████████████████

**2(C)(vii) - Any other information which you wish to share.**

<u>**Response:**</u>

26. Amazon does not have any additional information to share as of now.

\*\*\*

INFORMATION PURSUANT TO PROTECTIVE ORDER            AMZNDOJ0000548



Annexure I

From: Lee, Young
To: Lee, Young; Program Core
Subject: Current Status of OEM Discussions
Date: 11 February 2013 22:49:13
Attachments: OEM Discussions021113.docx

OEM Discussions

18

INFORMATION PURSUANT TO PROTECTIVE ORDER



Young Lee
Director, Business Development
Amazon.com

19

INFORMATION PURSUANT TO PROTECTIVE ORDER

AMZNDOJ0000550