# Pls. Ex. 104

Case 1:20-cv-03010-APM    Document 551-21    Filed 03/13/23    Page 2 of 9














Xiaomi may use first and third-party cookies to maintain the essential functionality of our website and detect website performance to help us improve our website and online products and services, as well as improving your experience by providing personalized content and tailored ads. Select an option or go to Cookie Settings to manage your preferences. Learn More





