# Pls. Ex. 131

| | |
|---|---|
| **From:** | "Hannan, Anwarul" <_____@verizonwireless.com> |
| **Sent:** | Fri, 21 Jun 2019 08:19:08 +0400 |
| **Subject:** | Re: [E] VZ - Google Search Agreement |
| **To:** | "Higgins, Brian P" <_____@verizonwireless.com> |
| **Cc:** | "Jessica Jacob (Legal)" <_____@verizonwireless.com>, James Sullivan <_____@verizonwireless.com> |

Brian,

Got it , started working on it, Attached is an older deck , is this the one you are referring to?

Anwar

On Fri, Jun 21, 2019 at 6:58 AM Higgins, Brian P <_____@verizonwireless.com> wrote:

Anwar and Jessica,
See Guru's note below.

Please shoot to get something over to me today.

Thanks.

Brian

---------- Forwarded message ---------
From: **Boulben, Frank** <_____@verizonwireless.com>
Date: Thu, Jun 20, 2019 at 1:15 PM
Subject: Re: [E] VZ - Google Search Agreement
To: Dunne, Ronan <_____@verizon.com>
Cc: Brian P Higgins <_____@verizonwireless.com>, Frank Boulben <_____@verizon.com>

Ok

On Thu, Jun 20, 2019, 1:10 PM Dunne, Ronan <_____@verizon.com> wrote:

Let's catch a few minutes later

**Verizon** - *Making 5G impossible to ignore!*

Begin forwarded message:

> **From:** "K. Guru Gowrappan" <_____@verizonmedia.com>
> **Date:** June 20, 2019 at 11:56:13 AM EDT
> **To:** Brian Higgins <_____@verizonwireless.com>
> **Cc:** "Dunne, Ronan <_____@verizonwireless.com>, Julie Jacobs
> <_____@verizonmedia.com>, Ajay Dalvi <_____@verizonmedia.com>, Ramesh Ramalingam
> <_____@verizonmedia.com>, Ivan E Markman <_____@verizonmedia.com>, Jann Lau

<@verizonmedia.com>, Kelly Liang <_____@verizonmedia.com>, Sampath S
<_____@verizonmedia.com>

**Subject: [E] VZ - Google Search Agreement**

Brian -



Best,
Guru

--
Anwar Hannan

Device & Product Marketing
1 Verizon Way
Basking Ridge, NJ 07920
_____@verizonwireless.com