# Pls. Ex. 155

[CORRECTED]

1

2   UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLUMBIA
3   -------------------------------------------X
    UNITED STATES OF AMERICA, et al.,
4                          Plaintiffs,
                vs.
5
    GOOGLE LLC,
6                          Defendant.

7
    1:20-cv-03010-APM
8   -------------------------------------------X

9   STATE OF COLORADO, et al.,
                         Plaintiffs,
10
               vs.
11
    GOOGLE LLC,
12                         Defendant.

13
    1:20-cv-03715-APM
14
    -------------------------------------------X
15   ███████████████████████████████

16

17          DEPOSITION OF JOHN GIANNANDREA

18

19   DATE:  April 22, 2022

20   TIME:  12:05 p.m. Eastern

21   PLACE:  ***REMOTE***

22   BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

23   JOB NO:  2022-834893

24

25

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

27

1                          J. GIANNANDREA

12:29PM   2   mean by "domain"?

12:29PM   3        A.    Domain would be a collection of

12:29PM   4   information about a certain topic, for

12:30PM   5   example, sports or weather.

12:30PM   6        Q.    So what is the difference, in your

12:30PM   7   view, between a general search engine and a

12:30PM   8   specialized search engine?

12:30PM   9        A.    General search engine will find

12:30PM  10   results from across the WorldWide Web

12:30PM  11   regardless of their origin.  Specialized

12:30PM  12   search engine is focused on a specific domain

12:30PM  13   of knowledge like Help.

12:30PM  14        Q.    Are you familiar with the term

12:30PM  15   "search engine results page"?

12:30PM  16        A.    Yes, I am.

12:30PM  17        Q.    Is it commonly referred to as a

12:30PM  18   "SERP"?

12:30PM  19        A.    Yes.  S-E-R-P.

12:30PM  20        Q.    What is a SERP?

12:30PM  21        A.    Search engine result page is what

12:30PM  22   you typically see when you type in a query

12:30PM  23   and get a result on a search engine.  It's a

12:30PM  24   page of results sometimes with structured

12:30PM  25   answers or navigational elements, but mostly

UNITED STATES vs
GOOGLE LLC

1               J. GIANNANDREA

12:31PM  2   a linear sequence of search results.

12:31PM  3       Q.    Is a SERP one of the key

12:31PM  4   characteristics of a general search engine?

12:31PM  5       A.    Yes.  It's the primary user

12:31PM  6   interface result that a user would see.

12:31PM  7       Q.    Is there any other place where you

12:31PM  8   would expect to see a SERP?

12:31PM  9           MR. SCHMIDTLEIN:  Objection to

12:31PM  10       the form.

12:31PM  11      A.    Something like a SERP would appear

12:31PM  12  on a -- on a specialized search engine as

12:31PM  13  well.

12:31PM  14      Q.    Anywhere else, in your mind?

12:31PM  15      A.    Anywhere where you are looking at

12:31PM  16  a search result of some kind, a SERP-like

12:31PM  17  thing would be an appropriate user interface.

12:31PM  18      Q.    What is Safari?

12:31PM  19      A.    Safari is Apple's web browsing

12:31PM  20  product.

12:32PM  21      Q.    What is a web browser?

12:32PM  22      A.    Web browser is a piece of software

12:32PM  23  that you would use to navigate the WorldWide

12:32PM  24  Web.

12:32PM  25      Q.    Is there a preset default search

UNITED STATES vs                                              John Giannandrea
GOOGLE LLC                                                    April 22, 2022

29

1              J. GIANNANDREA

12:32PM  2    engine for Safari in the United States?

12:32PM  3         A.    There is, yes.

12:32PM  4         Q.    What is it?

12:32PM  5         A.    Currently it is Google.

12:32PM  6         Q.    Can users change the default

12:32PM  7    search engine on Safari?

12:32PM  8         A.    Yes, they can.

12:32PM  9         Q.    What are the other default search

12:32PM  10   engine options on Safari in the

12:32PM  11   United States?

12:32PM  12        A.    I believe they include Yahoo,

12:32PM  13   Bing, DuckDuckGo, Ecosia, and maybe --

12:32PM  14   failing to recall one more.

12:32PM  15        Q.    Are those the only other default

12:32PM  16   search engine options on Safari in the

12:33PM  17   United States?

12:33PM  18        A.    There is a specific list, yes.

12:33PM  19        Q.    So a user can only choose between

12:33PM  20   the default search engines identified by

12:33PM  21   Apple in Safari?

12:33PM  22             MS. HOFFMAN LENT:  Object to the

12:33PM  23        form.

12:33PM  24        A.    I believe they can go into Safari

12:33PM  25   preferences and add another one.

UNITED STATES vs                                          John Giannandrea
GOOGLE LLC                                                   April 22, 2022

30

1                      J. GIANNANDREA

12:33PM  2        Q.    Are the options that you

12:33PM  3   identified -- Yahoo, Bing, DuckDuckGo, and

12:33PM  4   Ecosia -- are these all general search

12:33PM  5   engines?

12:33PM  6        A.    Yes, they are.

12:33PM  7        Q.    How does Apple decide which

12:33PM  8   general search engines it includes as its

12:33PM  9   search default on Safari?

12:34PM 10             MS. HOFFMAN LENT:  Just to be

12:34PM 11        clear, when you say "how does Apple

12:34PM 12        decide" -- I know you made a statement

12:34PM 13        at the beginning of the deposition,

12:34PM 14        but you're asking about his personal

12:34PM 15        knowledge?

12:34PM 16             MR. SHIELDS:  I am -- just to

12:34PM 17        clarify again, every single question

12:34PM 18        I'm asking about his personal

12:34PM 19        knowledge.

12:34PM 20   ███   ██████████████████████████

12:34PM 21   ████████████████████████████████

12:34PM 22   ████████████████████████

12:34PM 23        Q.    Would it be your expectation that

12:34PM 24   a default search engine on Safari would be a

12:34PM 25   general search engine?

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

64

| | 1 | J. GIANNANDREA |
|---|---|---|

01:12PM   2        A.    It would be a technical question

01:12PM   3    that you would measure.

01:12PM   4        Q.    Do you have a view, either way,

01:12PM   5    sitting here today?

01:12PM   6        A.    Yes.  I have a view that machine

01:12PM   7    learning is appropriate to use and, in fact,

01:13PM   8    I believe Google uses more now than they did

01:13PM   9    when I was there.

01:13PM  10        Q.    All right.  Then you write --

01:13PM  11        A.    That's public record.

01:13PM  12        Q.    Go ahead.

01:13PM  13        A.    That's public record.

01:13PM  14    ███    █████████████████████████

01:13PM  15    ████████████████████████████

01:13PM  16    █████

01:13PM  17        Do you see that?

01:13PM  18        A.    I do.

01:13PM  19    ███    █████████████████████

01:13PM  20    ██████████

01:13PM  21    ███    ██████████████████████

01:13PM  22    ███████████████████████████

01:13PM  23    ██████████████████████████████

01:13PM  24    ██████████    ██████████████████

01:13PM  25        Q.    Have you ever used the term

UNITED STATES vs                                                John Giannandrea
GOOGLE LLC                                                       April 22, 2022

65

1                    J. GIANNANDREA

01:13PM   2    "scale" in the context of a general search

01:13PM   3    engine?

01:13PM   4         A.    Yes, I have.

01:13PM   5         Q.    And what does scale refer to in

01:13PM   6    the context of a general search engine?

01:13PM   7              MR. SCHMIDTLEIN:  Objection to

01:13PM   8         the form.

01:14PM   9         A.    There are three or four ways that

01:14PM  10    scale could be referred to.  One would be the

01:14PM  11    size of an index, we've talked about; one

01:14PM  12    would be the number of queries that you have

01:14PM  13    access to; and one would be the size of the

01:14PM  14    engineering investment to build a good

01:14PM  15    general-purpose search engine.

01:14PM  16         Q.    Is scale important to the success

01:14PM  17    of a general search engine?

01:14PM  18              MR. SCHMIDTLEIN:  Object to the

01:14PM  19         form.

01:14PM  20              MS. HOFFMAN LENT:  Object to the

01:14PM  21         form.

01:14PM  22         A.    It's my opinion that you can't

01:14PM  23    build a competitive search engine without

01:14PM  24    spending a great deal of resources.

01:14PM  25         Q.    Can you build a competitive search

66

|         |    | J. GIANNANDREA |
|---------|----|----------------|
| 01:14PM | 2  | engine without having scale with respect to |
| 01:14PM | 3  | search queries? |
| 01:14PM | 4  | MR. SCHMIDTLEIN:  Object to the |
| 01:14PM | 5  | form. |
| 01:14PM | 6  | MS. HOFFMAN LENT:  Object to the |
| 01:14PM | 7  | form. |
| 01:15PM | 8  | A.    I think it very much depends on |
| 01:15PM | 9  | the technical approach of the implementation |
| 01:15PM | 10 | of that search engine, how important queries |
| 01:15PM | 11 | are. |
| 01:15PM | 12 | Q.    As a general matter, is it |
| 01:15PM | 13 | important to have scale, or is it necessary |
| 01:15PM | 14 | to have scale with respect to the number of |
| 01:15PM | 15 | search queries to run a competitive search |
| 01:15PM | 16 | engine? |
| 01:15PM | 17 | MR. SCHMIDTLEIN:  Objection to |
| 01:15PM | 18 | the form. |
| 01:15PM | 19 | A.    Can you define "scale of queries" |
| 01:15PM | 20 | for me? |
| 01:15PM | 21 | Q.    I was using -- referring to your |
| 01:15PM | 22 | answer.  You said that there were three |
| 01:15PM | 23 | categories of scale, one of which was the |
| 01:15PM | 24 | number of search queries.  At least that's |
| 01:15PM | 25 | how I understood it.  That's what I was |

UNITED STATES vs
GOOGLE LLC
John Giannandrea
April 22, 2022

80



| | 1 | J. GIANNANDREA |
|---|---|---|
| 01:41PM | 2 | how -- like how does it look to you in |
| 01:41PM | 3 | terms -- at Apple?  Where does it exist?  Or |
| 01:42PM | 4 | how does it exist? |
| 01:42PM | 5 | |
| 01:42PM | 6 | |
| 01:42PM | 7 | |
| 01:42PM | 8 | |
| 01:42PM | 9 | |
| 01:42PM | 10 | |
| 01:42PM | 11 | |
| 01:42PM | 12 | |
| 01:42PM | 13 | |
| 01:42PM | 14 | |
| 01:42PM | 15 | |
| 01:42PM | 16 | |
| 01:42PM | 17 | |
| 01:42PM | 18 | |
| 01:42PM | 19 | |
| 01:43PM | 20 | |
| 01:43PM | 21 | |
| 01:43PM | 22 | |
| 01:43PM | 23 | |
| 01:43PM | 24 | |
| 01:43PM | 25 | |

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

81

1              J. GIANNANDREA

01:43PM  2

01:43PM  3

01:43PM  4

01:43PM  5

01:43PM  6

01:43PM  7

01:43PM  8

01:43PM  9

01:43PM  10

01:43PM  11

01:43PM  12

01:43PM  13

01:43PM  14

01:43PM  15

01:44PM  16

01:44PM  17

01:44PM  18

01:44PM  19      Q.    All right.  So what is Siri?

01:44PM  20      A.    Siri is Apple's voice assistant.

01:44PM  21      Q.    What is a voice assistant?

01:44PM  22      A.    A voice assistant is a feature in

01:44PM  23  products that feeds answers to questions

01:44PM  24  posed using human voice.

01:44PM  25      Q.    How does Siri work?  How would I



UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

██████████

82

1          J. GIANNANDREA

01:44PM  2   use Siri?

01:44PM  3       A.   Well, Siri is different on

01:44PM  4   different Apple products.  On something like

01:44PM  5   an iPhone, you can either press the button on

01:44PM  6   the side of the iPhone and ask a question or

01:44PM  7   you can use the phrase "hey, Siri" to invoke

01:44PM  8   the assistant.

01:44PM  9       Q.   Is Siri always voice-activated?

01:44PM 10   Can I use Siri by typing into one of Apple's

01:44PM 11   products?

01:44PM 12       A.   Typically, no.  You have to use

01:44PM 13   your voice.

01:45PM 14       Q.   What are -- other than Siri, can

01:45PM 15   you identify other voice assistants in the

01:45PM 16   United States?

01:45PM 17       A.   The two most prominent ones are

01:45PM 18   Alexa, Google Assistant, and I guess Samsung

01:45PM 19   has one called Bixby.

01:45PM 20       Q.   Is Google's search engine a voice

01:45PM 21   assistant?

01:45PM 22       A.   No, it is not.

01:45PM 23       Q.   Is Siri a general search engine?

01:45PM 24       A.   No, it is not.

01:45PM 25       Q.   Why isn't it a general search

UNITED STATES vs
GOOGLE LLC

83

1              J. GIANNANDREA

01:45PM  2    engine?

01:45PM  3         A.   In my opinion, a general search

01:45PM  4    engine is typified by a product where you

01:45PM  5    type in a query and you get a number of

01:45PM  6    different results.  Voice assistant is

01:45PM  7    typically a product where you ask a question

01:45PM  8    and get a single answer.

01:45PM  9         Q.   What are the different types of

01:45PM  10   responses that one can get when you engage

01:46PM  11   Siri?  Is it always, you know, an answer to a

01:46PM  12   question or could it be an action or

01:46PM  13   something else?

01:46PM  14        A.   There's a very broad array of

01:46PM  15   functionality in a typical voice assistant.

01:46PM  16   It could be an action like "turn on the

01:46PM  17   flashlight" or it could be the answer to a

01:46PM  18   question, "is it going to rain tomorrow?"

01:46PM  19        Q.   And can that answer to a question

01:46PM  20   come in different forms, either an oral

01:46PM  21   response or, you know, something on the

01:46PM  22   screen?

01:46PM  23        A.   Sometimes it -- yes.  Depending on

01:46PM  24   the mode in which you have the assistant, it

01:46PM  25   can either be displayed on the screen or it

UNITED STATES vs                                                    John Giannandrea
GOOGLE LLC                                                          April 22, 2022

88

1                      J. GIANNANDREA

01:51PM  2        Q.    You can answer if you understand.

01:51PM  3        A.    Not to a Siri voice assistant

01:51PM  4   question, no.

01:51PM  5              Can I clarify that?  Unless you

01:51PM  6   ask --

01:51PM  7        Q.    Yes, please.

01:51PM  8        A.    Unless you ask Siri to search the

01:51PM  9   web for something, in which case we may do

01:52PM 10   that for you.

01:52PM 11        Q.    So in response to a request made

01:52PM 12   by a user on Siri, the only time you would

01:52PM 13   expect a Google search to occur is when the

01:52PM 14   user explicitly asks for a Google search to

01:52PM 15   occur?

01:52PM 16        A.    Or a web search.

01:52PM 17        Q.    Or a web search, okay.

01:52PM 18              All right.  What happens if

01:52PM 19   Apple's index doesn't have an answer to a

01:52PM 20   query from a user, what does Siri do then?

01:52PM 21        A.    You mean a Siri voice assistant

01:52PM 22   query?

01:52PM 23        Q.    Yes.

01:52PM 24        A.    Depending on the query, we may

01:52PM 25   fall back to a web search.

UNITED STATES vs
GOOGLE LLC

██████████████

John Giannandrea
April 22, 2022

89

1                      J. GIANNANDREA

01:52PM   2          Q.    What other options are there

01:52PM   3     besides a web search?

01:53PM   4          A.    ████████████████████ is to

01:53PM   5     say we can't help with that.

01:53PM   6          Q.    Any other options?

01:53PM   7          A.    It's possible that we would

01:53PM   8     misunderstand the question and give you an

01:53PM   9     inappropriate answer.

01:53PM   10         Q.    What is Spotlight?

01:53PM   11         A.    Spotlight is the on-device search

01:53PM   12    feature for iOS and Micro OS.

01:53PM   13         Q.    What Apple devices will I find

01:53PM   14    Spotlight?  On what Apple devices will I find

01:53PM   15    Spotlight?

01:53PM   16         A.    On iOS devices; so iPhone and

01:53PM   17    iPad, and on Macintosh devices.

01:53PM   18         Q.    From Apple's perspective, what is

01:53PM   19    the purpose of Spotlight?

01:53PM   20         A.    Spotlight is a general search

01:53PM   21    function that is focused on finding the

01:54PM   22    content on your device first and then falling

01:54PM   23    back to other sources of information.

01:54PM   24         Q.    Is Spotlight a general search

01:54PM   25    engine?

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

90

1              J. GIANNANDREA

01:54PM  2        A.    No, it is not.

01:54PM  3        Q.    On an iPhone, how do I access

01:54PM  4  Spotlight?

01:54PM  5        A.    There are several affordances.

01:54PM  6  One is to swipe down on the background of any

01:54PM  7  screen to -- any application screen, another

01:54PM  8  is to swipe to the left, and another -- there

01:54PM  9  are several places where the search box shows

01:54PM 10  up that goes to Spotlight.

01:54PM 11        Q.    I forgot to ask you a question.

01:54PM 12  Why is Spotlight not a general search engine?

01:54PM 13        A.    Spotlight is designed to help you

01:54PM 14  find content on your device primarily and to

01:54PM 15  fall back to Apple answers and then a defined

01:55PM 16  search engine of your choice.

01:55PM 17  ▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:55PM 18  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:55PM 19  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:55PM 20  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:55PM 21  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:55PM 22  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

01:55PM 23  ▮▮▮▮▮▮▮▮▮▮▮

01:55PM 24  ▮▮    ▮▮▮▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮

01:55PM 25  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| 1 | J. GIANNANDREA |

01:55PM  2  ███████████   ████████████████████

01:55PM  3  ██████████████████████████

01:55PM  4  ████████   ███████████████████████

01:55PM  5  ██████████████████████████

01:55PM  6  ████████████

01:55PM  7      Q.    So when I run a search in

01:55PM  8  Spotlight on Apple's iPhone, what would I

01:55PM  9  expect to happen next?

01:55PM  10      A.    Depends what you typed in.

01:56PM  11      Q.    What if I just asked a question;

01:56PM  12  would I get some kind of a screen showing the

01:56PM  13  types of the categories of responses you just

01:56PM  14  talked about or is it like Siri where

01:56PM  15  Spotlight might take some action?

01:56PM  16      A.    No.  Typically Spotlight wouldn't

01:56PM  17  take an action; it would show you some

01:56PM  18  suggestions.  You asked a question like -- or

01:56PM  19  typed in something that looked like a

01:56PM  20  question, like two plus two, it might show

01:56PM  21  you the result.

01:56PM  22      Q.    And it would show the result on a

01:56PM  23  screen, correct?

01:56PM  24      A.    On a screen, that's correct.

01:56PM  25      Q.    So Spotlight's not going to speak

92

| | 1 | J. GIANNANDREA |
|---|---|---|
| 01:56PM | 2 | back to me the way that Siri would.  No? |
| 01:56PM | 3 | A.   No, it would not. |
| 01:56PM | 4 | Q.   And the screen that has the |
| 01:56PM | 5 | different response categories that you talked |
| 01:56PM | 6 | about earlier, does that screen have a name? |
| 01:57PM | 7 | A.   I guess we would call it Spotlight |
| 01:57PM | 8 | results.  Or Spotlight suggestions. |
| 01:57PM | 9 | Q.   Is Spotlight results or Spotlight |
| 01:57PM | 10 | suggestions a SERP? |
| 01:57PM | 11 | A.   No, in my opinion, it is not. |
| 01:57PM | 12 | Q.   And why is that? |
| 01:57PM | 13 | A.   Because it typically shows either |
| 01:57PM | 14 | a list of alternative suggestions for the |
| 01:57PM | 15 | query or it shows a single answer for the |
| 01:57PM | 16 | result. |
| 01:57PM | 17 | Q.   You said earlier that amongst the |
| 01:57PM | 18 | Spotlight results that you might get are ones |
| 01:57PM | 19 | that are Apple answers; is that correct? |
| 01:57PM | 20 | A.   That's correct, yes. |
| 01:57PM | 21 | Q.   And looking at the Spotlight |
| 01:57PM | 22 | results screen, how will -- how would I know |
| 01:57PM | 23 | that certain answers are Apple answers? |
| 01:58PM | 24 | A.   I don't think an end user would |
| 01:58PM | 25 | know. |

UNITED STATES vs                                           John Giannandrea
GOOGLE LLC                                                 April 22, 2022

95

| | 1 | J. GIANNANDREA |
|---|---|---|

02:00PM   2       Q.    Does Siri-suggested websites -- do

02:00PM   3   you provide Siri-suggested websites on other

02:00PM   4   products other than Spotlight?

02:00PM   5       A.    Yes, we do in Safari.

02:00PM   6       Q.    Anywhere else?

02:00PM   7       A.    Possible we may use them in Maps

02:00PM   8   as well, but I'm not familiar.

02:00PM   9   ██    ████████████████████████████

02:01PM  10   ████████████████████████████████████

02:01PM  11   ████████████████████████████████

02:01PM  12   ████████████

02:01PM  13   ██    ████████████████████

02:01PM  14       Q.    In terms of Spotlight results, is

02:01PM  15   one source of suggestions -- not source, but

02:01PM  16   one potential result being apps on my iPhone?

02:01PM  17       A.    Yes.

02:01PM  18       Q.    So, for example, a query result

02:01PM  19   might send me to iTunes?

02:01PM  20       A.    Your previous question was about

02:01PM  21   would it be a source of results be an app on

02:01PM  22   your iPhone.  One source of results is the

02:01PM  23   apps themselves.  You might be trying to open

02:01PM  24   an app like Apple Music.  The other source of

02:02PM  25   results might be provided by the apps

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

96

1          J. GIANNANDREA

02:02PM  2    themselves, like, for example, a mail app on

02:02PM  3    your phone.

02:02PM  4         Q.   Would I be -- in a Spotlight

02:02PM  5    results screen, would I potentially be given

02:02PM  6    the option to search the app store?

02:02PM  7         A.   I'm unclear on that.

02:02PM  8         Q.   Is one potential result the option

02:02PM  9    to search the apps on my phone?

02:02PM 10         A.   For a specific app on your phone?

02:02PM 11         Q.   Or to search the apps in general,

02:02PM 12    run the search across the apps on my -- on my

02:02PM 13    phone.  Is that one of the options?

02:02PM 14         A.   No.  I believe the options would

02:02PM 15    be if the app volunteered suggestions for

02:02PM 16    that query.  You might be given the option to

02:02PM 17    search in an app or in more than one app,

02:02PM 18    like your contacts, for example.

02:02PM 19         Q.   Would I -- in response to a

02:03PM 20    Spotlight search, is one of the options given

02:03PM 21    to search the Internet?

02:03PM 22         A.   Yes.  That's one of the default

02:03PM 23    options at the end of the suggestions.

02:03PM 24         Q.   And is that the end of the

02:03PM 25    suggestions; is that what you're saying?

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

97

1              J. GIANNANDREA

02:03PM  2         A.    Typically, I believe, "search the

02:03PM  3    web" is always available at the end of the

02:03PM  4    suggestions, yes.

02:03PM  5         Q.    Would it be identified as "search

02:03PM  6    the web"?

02:03PM  7         A.    Words to that effect, yes.

02:03PM  8         Q.    Is there any other way a option of

02:03PM  9    searching the Internet might be presented in

02:03PM  10   a Spotlight results screen?

02:03PM  11        A.    Yes.  As I described before, a

02:03PM  12   navigational query might result in us

02:03PM  13   offering a web URL directly and that web URL

02:03PM  14   could involve a search of the web.

02:04PM  15        Q.    And if I as a user, in response to

02:04PM  16   Spotlight search results, decide to search

02:04PM  17   the web, what happens next?

02:04PM  18        A.    We would take the query term and

02:04PM  19   send it to your default search provider; web

02:04PM  20   search provider.

02:04PM  21        Q.    And the web search provider would

02:04PM  22   be the default that I set?

02:04PM  23        A.    The default is set in your

02:04PM  24   operating system, yes.

02:04PM  25        Q.    So does that mean it does not

UNITED STATES vs                                                    John Giannandrea
GOOGLE LLC                                                          April 22, 2022

                                                                        98

1                          J. GIANNANDREA

02:04PM   2    necessarily go to Google?

02:04PM   3         A.    That's correct.

02:04PM   4         Q.    But assuming that I haven't

02:04PM   5    changed my preset default search provider on

02:04PM   6    Safari, it would be a Google search, correct?

02:04PM   7         A.    In the United States, yes.

02:04PM   8         Q.    In the United States, okay.

02:04PM   9              Do you know how many Spotlight

02:04PM   10   queries are made each year in the

02:04PM   11   United States?

02:05PM   12        A.    Not exactly, no.

02:05PM   13

02:05PM   14

02:05PM   15

02:05PM   16

02:05PM   17              Is -- so we talked a little

02:05PM   18   earlier about Siri-suggested websites.

02:05PM   19              Is there something called Siri

02:05PM   20   Suggest -- or Siri Suggestions and is that

02:05PM   21   different?

02:05PM   22        A.    Yes.  It's different.  It's --

02:05PM   23   yes.

02:05PM   24        Q.    What is Siri Suggestions?

02:05PM   25        A.    It depends on the product that

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

99

```
           1              J. GIANNANDREA

02:05PM    2    you're referring to.

02:06PM    3         Q.    Let's start with an iPhone.  What

02:06PM    4    is Siri Suggestions on an iPhone?

02:06PM    5         A.    Again, it depends about whether

02:06PM    6    you are talking about Safari or Spotlight.

02:06PM    7         Q.    Let's start with Spotlight.

02:06PM    8         A.    So Siri Suggestions is an attempt

02:06PM    9    to guess what the query is asking for and to

02:06PM   10    provide the right affordance to get to the

02:06PM   11    answer.

02:06PM   12         Q.    How is that different from the

02:06PM   13    normal results I would get from Spotlight?

02:06PM   14         A.    It's part of the overall product

02:06PM   15    definition.

02:06PM   16         Q.    So give me an example of what a

02:06PM   17    Siri Suggestion would be.  Let's say -- let's

02:06PM   18    say I ran a query asking, you know, "Who is

02:06PM   19    Bruce Springsteen?  What might be an example

02:06PM   20    of a Siri Suggestion as opposed to a

02:06PM   21    Spotlight result?

02:06PM   22         A.    A Siri Suggestion might be Bruce

02:07PM   23    Springsteen's Twitter page, whereas a

02:07PM   24    Spotlight result might be what we would call

02:07PM   25    an "entity card" for Bruce Springsteen which
```

105

1          J. GIANNANDREA

02:28PM    2          Q.    Okay, Mr. Giannandrea, I have a

02:28PM    3    series of questions that may or may not

02:28PM    4    implicate Google's proprietary information,

02:28PM    5    so, out of abundance of caution, we, at

02:28PM    6    Google's counsel's request, have asked

02:28PM    7    Apple's in-house counsel to go into a

02:28PM    8    breakout room and they are currently -- and

02:28PM    9    to not look at the real-time feed of this

02:29PM   10    deposition for the next little bit while I'm

02:29PM   11    asking these questions, and I'm going to

02:29PM   12    designate this portion of the transcript as

02:29PM   13    highly confidential, and when we are done

02:29PM   14    with these questions, we'll take another

02:29PM   15    break and let those folks come back in.

02:29PM   16          Are you okay with that?

02:29PM   17          A.    Yes.  Thank you.

02:29PM   18          MS. HOFFMAN LENT:  I will state

02:29PM   19          for the record, my understanding was

02:29PM   20          that the transcript would be highly

02:29PM   21          confidential and then we would have an

02:29PM   22          opportunity to downgrade it

02:29PM   23          according -- you know, accordingly, so

02:29PM   24          I'd like to make sure we're -- you

02:29PM   25          know, just the whole thing is highly

106

1          J. GIANNANDREA

02:29PM  2          confidential until we have a chance to

02:29PM  3          review and...

02:29PM  4               MR. SHIELDS:  That's fine.

02:29PM  5     BY MR. SHIELDS:

02:29PM  6          Q.    So, Mr. Giannandrea, during the

02:29PM  7     period that you were the head of Search at

02:30PM  8     Google, was Google search engine the default

02:30PM  9     search engine on the Apple Safari browser?

02:30PM 10          A.    Yes, it was.

02:30PM 11          Q.    And was Google search engine the

02:30PM 12     default on both Macs and on iPhones?

02:30PM 13          A.    Yes.

02:30PM 14               MR. SCHMIDTLEIN:  Are you

02:30PM 15          talking about in the United States?

02:30PM 16               MR. SHIELDS:  Sorry, in the

02:30PM 17          United States, that's correct.

02:30PM 18          A.    In the United States, yes, it was.

02:30PM 19          Q.    So in the United States, both on

02:30PM 20     desktop and on mobile, Google was the default

02:30PM 21     search browser on Safari, correct?

02:30PM 22          A.    Yes.

02:30PM 23          Q.    During that period, was Google

02:30PM 24     search engine also the default Internet

02:30PM 25     search engine on Siri?

UNITED STATES vs                                          John Giannandrea
GOOGLE LLC                    ▓▓▓▓▓▓▓▓▓▓▓            April 22, 2022

107

1                    J. GIANNANDREA

02:30PM   2          MR. SCHMIDTLEIN:  Jake, just to

02:30PM   3      be clear, the time period you're

02:30PM   4      talking about here is when he was head

02:30PM   5      of Search at Google --

02:30PM   6          MR. SHIELDS:  That's correct.

02:31PM   7          MS. HOFFMAN LENT:  -- from '16

02:31PM   8      to '18?

02:31PM   9          MR. SHIELDS:  That's correct.

02:31PM  10          MR. SCHMIDTLEIN:  Thank you.

02:31PM  11      A.    On Siri I believe it was not.

02:31PM  12      Q.    Okay.  During the period that you

02:31PM  13  were head of Search at Google -- so this is

02:31PM  14  2016 to 2018 -- were you aware that Google

02:31PM  15  had negotiated with Apple for its search

02:31PM  16  engine to be the default on Safari?

02:31PM  17      A.    Yes, I was.

02:31PM  18          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

02:31PM  19  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

02:31PM  20  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

02:31PM  21  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

02:31PM  22  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

02:31PM  23  ▓▓▓▓▓▓▓

02:31PM  24  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

02:31PM  25  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

UNITED STATES vs
GOOGLE LLC

█████████████████

John Giannandrea
April 22, 2022

122

|  |  |
|---|---|
| | 1 |
| 02:48PM | 2 |
| 02:48PM | 3 |
| 02:48PM | 4 |
| 02:48PM | 5 |
| 02:49PM | 6 |
| 02:49PM | 7 |
| 02:49PM | 8 |
| 02:49PM | 9 |
| 02:49PM | 10 |
| 02:49PM | 11 |
| 02:49PM | 12 |
| 02:49PM | 13 |
| 02:50PM | 14 |
| 02:50PM | 15 |
| 02:50PM | 16 |
| 02:50PM | 17 |
| 02:50PM | 18 |
| 02:50PM | 19 |
| 02:50PM | 20 |
| 02:50PM | 21 |
| 02:51PM | 22 |
| 02:51PM | 23 |
| 02:51PM | 24 |
| 02:51PM | 25 |

J. GIANNANDREA

bit early.  I mean, it depends on how
long you're going to be going.  I
don't want to take a break now and
then have -- you know -- have there be
a very long period of time with no
significant breaks.

        MR. SHIELDS:  Let's go off the
record for a second just to discuss
this.

        THE VIDEOGRAPHER:  The time is
2:49 p.m. and we're now off the
record.

            (Whereupon, a recess was held.)

        THE VIDEOGRAPHER:  The time is
2:50 p.m. and we're now back on the
record.

BY MR. SHIELDS:

█  ████████████████████

████████████████████████

██████████████████

███████████████████

████████████████████████

█  ██████████████████

█████████████████████

123

1          J. GIANNANDREA

02:51PM  2  ▮▮▮▮▮▮▮▮▮▮▮▮▮

02:51PM  3     ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

02:51PM  4  ▮▮▮▮

02:51PM  5     ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

02:51PM  6  ▮▮▮

02:51PM  7     ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

02:51PM  8  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

02:51PM  9  ▮▮▮▮▮▮▮

02:51PM  10    ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

02:51PM  11 ▮▮▮▮▮▮▮▮▮▮▮▮▮

02:51PM  12    ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

02:51PM  13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

02:51PM  14 ▮▮▮▮▮▮▮▮

02:51PM  15    ▮▮  ▮▮▮▮▮▮▮

02:51PM  16    Q.    Hold on one second.

02:52PM  17       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

02:52PM  18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

02:52PM  19 ▮▮▮

02:52PM  20    ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

02:52PM  21 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

02:52PM  22 ▮▮▮▮▮▮▮▮▮▮▮

02:52PM  23    ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

02:52PM  24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

02:52PM  25 ▮▮▮▮▮▮▮

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

124

| | 1 | J. GIANNANDREA |
| --- | --- | --- |
| 02:52PM | 2 | |
| 02:52PM | 3 | |
| 02:52PM | 4 | |
| 02:52PM | 5 | |
| 02:52PM | 6 | |
| 02:52PM | 7 | |
| 02:52PM | 8 | |
| 02:52PM | 9 | |
| 02:52PM | 10 | |
| 02:52PM | 11 | |
| 02:52PM | 12 | |
| 02:52PM | 13 | |
| 02:53PM | 14 | |
| 02:53PM | 15 | |
| 02:53PM | 16 | |
| 02:53PM | 17 | |
| 02:53PM | 18 | |
| 02:53PM | 19 | |
| 02:53PM | 20 | |
| 02:53PM | 21 | |
| 02:53PM | 22 | |
| 02:53PM | 23 | |
| 02:53PM | 24 | |
| 02:53PM | 25 | |

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

125

1              J. GIANNANDREA

02:53PM  2

02:53PM  3

02:53PM  4

02:53PM  5

02:53PM  6

02:53PM  7       Q.    And -- sorry, I didn't mean to cut

02:53PM  8    you off.

02:53PM  9

02:53PM  10

02:53PM  11

02:54PM  12

02:54PM  13

02:54PM  14

02:54PM  15

02:54PM  16

02:54PM  17

02:54PM  18

02:54PM  19

02:54PM  20

02:54PM  21

02:54PM  22

02:54PM  23

02:54PM  24

02:54PM  25

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

126

1                J. GIANNANDREA

02:54PM   2

02:54PM   3

02:54PM   4

02:54PM   5

02:54PM   6

02:54PM   7

02:54PM   8

02:55PM   9

02:55PM  10

02:55PM  11

02:55PM  12

02:55PM  13

02:55PM  14

02:55PM  15

02:55PM  16

02:55PM  17

02:55PM  18

02:55PM  19

02:55PM  20

02:55PM  21

02:55PM  22

02:55PM  23

02:55PM  24

02:56PM  25

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

127

1          J. GIANNANDREA

02:56PM  2

02:56PM  3

02:56PM  4

02:56PM  5

02:56PM  6

02:56PM  7

02:56PM  8

02:56PM  9

02:56PM  10

02:56PM  11

02:56PM  12

02:56PM  13

02:56PM  14

02:56PM  15

02:56PM  16

02:56PM  17

02:57PM  18

02:57PM  19

02:57PM  20

02:57PM  21

02:57PM  22

02:57PM  23

02:57PM  24

02:57PM  25

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

128

1              J. GIANNANDREA

02:57PM   2

02:57PM   3

02:57PM   4

02:57PM   5

02:57PM   6

02:57PM   7

02:57PM   8

02:57PM   9

02:57PM   10

02:57PM   11

02:57PM   12

02:58PM   13

02:58PM   14

02:58PM   15

02:58PM   16

02:58PM   17

02:58PM   18

02:58PM   19

02:58PM   20

02:58PM   21

02:58PM   22

02:58PM   23

02:58PM   24

02:58PM   25

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

129

1          J. GIANNANDREA

02:58PM  2  

02:58PM  3

02:58PM  4          MR. SCHMIDTLEIN:   Objection to

02:58PM  5      form.

02:58PM  6

02:58PM  7

02:58PM  8

02:58PM  9

02:58PM  10

02:58PM  11

02:59PM  12

02:59PM  13

02:59PM  14

02:59PM  15

02:59PM  16          MS. HOFFMAN LENT:   Object to

02:59PM  17      form.

02:59PM  18

02:59PM  19

02:59PM  20

02:59PM  21

02:59PM  22

02:59PM  23

02:59PM  24

02:59PM  25

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

136

1          J. GIANNANDREA

03:07PM   2

03:07PM   3

03:07PM   4

03:07PM   5

03:07PM   6

03:07PM   7

03:07PM   8

03:07PM   9

03:07PM  10

03:07PM  11

03:07PM  12

03:08PM  13

03:08PM  14

03:08PM  15

03:08PM  16

03:08PM  17

03:08PM  18

03:08PM  19

03:08PM  20

03:08PM  21

03:08PM  22

03:08PM  23

03:08PM  24

03:08PM  25

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

137

1          J. GIANNANDREA



03:08PM   2

03:08PM   3

03:08PM   4

03:08PM   5

03:08PM   6

03:08PM   7

03:08PM   8

03:09PM   9

03:09PM   10

03:09PM   11

03:09PM   12

03:09PM   13

03:09PM   14

03:09PM   15

03:09PM   16

03:09PM   17

03:09PM   18          MR. SCHMIDTLEIN:   Object to

03:09PM   19     form.

03:09PM   20          MS. HOFFMAN LENT:   Object to

03:09PM   21     form.

03:09PM   22

03:09PM   23

03:09PM   24

03:09PM   25

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

138

```
          1           J. GIANNANDREA

03:09PM   2   ████████████████████████████████████████████

03:09PM   3   ████████████████████████████████

03:09PM   4      ███      ██████████████████████████████████

03:09PM   5   █████

03:09PM   6      ███      ████████████

03:10PM   7      ███      ██████████████████████████████

03:10PM   8      ███      ████████████████████████████████

03:10PM   9   ████████

03:10PM  10      ███      ███████████████████████████████

03:10PM  11   ███████████████████████████████████████████

03:10PM  12   ████████████████████████████

03:10PM  13      ███      ████████████████████████████████

03:10PM  14   █████████    ███████████████████████

03:10PM  15   ████████████████

03:10PM  16      ███      ████████████████████████████████████

03:10PM  17   ██████████████████████████

03:10PM  18      ███      ██████████████████████████████

03:10PM  19   ███████████████████████   ████████████

03:10PM  20   ███████████████████████████████████████████

03:10PM  21   █████████

03:10PM  22      ███      █████████████   ██████████████████████

03:10PM  23   ██████████████████████████████████

03:11PM  24   ████████████████████████

03:11PM  25           Do you see that?
```

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

139

1          J. GIANNANDREA

03:11PM   2

03:11PM   3

03:11PM   4

03:11PM   5

03:11PM   6

03:11PM   7

03:11PM   8

03:11PM   9

03:11PM   10

03:11PM   11

03:11PM   12

03:11PM   13

03:11PM   14

03:11PM   15

03:11PM   16

03:11PM   17

03:12PM   18

03:12PM   19

03:12PM   20

03:12PM   21

03:12PM   22

03:12PM   23

03:12PM   24

03:12PM   25

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022



140

1          J. GIANNANDREA

03:12PM   2

03:12PM   3

03:12PM   4

03:12PM   5

03:12PM   6

03:12PM   7

03:12PM   8

03:12PM   9

03:12PM  10          MS. HOFFMAN LENT:  Object to the

03:12PM  11     form.

03:12PM  12

03:12PM  13

03:13PM  14

03:13PM  15

03:13PM  16

03:13PM  17

03:13PM  18

03:13PM  19

03:13PM  20

03:13PM  21

03:13PM  22          MR. SCHMIDTLEIN:  Objection to

03:13PM  23     the form.

03:13PM  24          MS. HOFFMAN LENT:  Objection to

03:13PM  25     form.

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

141

1           J. GIANNANDREA

03:13PM  2

03:13PM  3

03:13PM  4

03:13PM  5

03:13PM  6

03:13PM  7

03:13PM  8

03:13PM  9        Q.    All right.  Thank you.  Let's go

03:13PM 10    on to -- we can put that document away.

03:14PM 11             MR. SHIELDS:  All right.  And

03:14PM 12        can we get tab 6 for Mr. Giannandrea.

03:14PM 13             (Whereupon, Giannandrea Exhibit

03:14PM 14        4, APLGOOGDOJ-00004285 through '4288

03:14PM 15        was marked for identification as of

03:14PM 16        this date by the Reporter.)

03:14PM 17             MR. SHIELDS:  So tab 6 which

03:14PM 18        will be Exhibit 4; is that right?

03:14PM 19             THE COURT REPORTER:  Yes.

03:14PM 20             MR. SHIELDS:  Okay.  So we're up

03:14PM 21        to Exhibit 4.  The production number

03:14PM 22        for Exhibit 4 is APLGOOGDOJ-00004285.

03:14PM 23        Q.    Again, take a second to look at

03:14PM 24    the email, but I'm only going to ask you

03:14PM 25    about the email at the top.  No, that's

```
         1              J. GIANNANDREA

03:14PM  2   actually wrong.

03:14PM  3            I'll also ask you about the email

03:14PM  4   all the way at the bottom.  So the first

03:15PM  5   email and the one all the way at the end.

03:15PM  6       A.    Okay.  A long document.

03:15PM  7       Q.    Do you recognize this email?

03:15PM  8       A.    I recognize some of the thread,

03:15PM  9   yes.

03:15PM 10       Q.    Okay.

03:15PM 11

03:15PM 12

03:15PM 13

03:15PM 14

03:15PM 15

03:15PM 16

03:15PM 17

03:15PM 18

03:15PM 19

03:15PM 20

03:15PM 21            Do you see that?

03:15PM 22

03:15PM 23

03:16PM 24

03:16PM 25
```



UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

█████████████

205

1          J. GIANNANDREA

05:06PM  2  ████████████████████████████

05:06PM  3  ███████████████████████████

05:06PM  4  ██████████████████████   ██████████

05:06PM  5  ███████████████████████████

05:06PM  6  ███████████████

05:06PM  7          Q.    Sitting here today, do you believe

05:06PM  8  that it is possible for any general search

05:06PM  9  engine other than Google to achieve scale on

05:06PM 10  mobile in the way that Google has in the

05:06PM 11  United States?

05:06PM 12          MR. SCHMIDTLEIN:  Objection to

05:06PM 13      the form.

05:06PM 14          Q.    You can answer.

05:06PM 15          A.    I believe it's technically

05:07PM 16  possible, yes.

05:07PM 17          Q.    And how would a general search

05:07PM 18  engine other than Google achieve a scale on

05:07PM 19  mobile that is similar to the level Google

05:07PM 20  has in the United States?

05:07PM 21          MR. SCHMIDTLEIN:  Objection to

05:07PM 22      the form.

05:07PM 23          A.    The easiest way would be to build

05:07PM 24  a search engine that was better than Google

05:07PM 25  and then people preferred it and used it.

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

206

1          J. GIANNANDREA

05:07PM  2      Q.    How does that interact with the

05:07PM  3    fact that Google is the default search engine

05:07PM  4    on Apple's iPhone and Android?

05:07PM  5          MS. HOFFMAN LENT:  Object to the

05:07PM  6       form.

05:07PM  7      A.    If I had a better search engine

05:07PM  8    product, then I would probably make it

05:07PM  9    available as an application for iPhone and

05:07PM  10    Android, and I'd probably also make an option

05:08PM  11    in Safari and Chrome to switch to it.

05:08PM  12      Q.    Okay.  Done with that document.

05:08PM  13          MR. SHIELDS:  Why don't we take

05:08PM  14       a little break; ten minutes.

05:08PM  15          THE WITNESS:  Okay.

05:08PM  16          THE VIDEOGRAPHER:  The time is

05:08PM  17       5:08 p.m. and we are now off the

05:08PM  18       record.

05:08PM  19          (Whereupon, a recess was held.)

05:21PM  20          THE VIDEOGRAPHER:  The time is

05:22PM  21       5:22 p.m. and we are now back on the

05:22PM  22       record.

05:22PM  23    BY MR. SHIELDS:

05:22PM  24    ██  █████████████████████████████

05:22PM  25    ██████████████████████████████████

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

207

1          J. GIANNANDREA

05:22PM  2

05:22PM  3

05:22PM  4

05:22PM  5

05:22PM  6

05:22PM  7

05:22PM  8

05:22PM  9

05:22PM  10

05:22PM  11

05:22PM  12

05:22PM  13

05:23PM  14

05:23PM  15

05:23PM  16

05:23PM  17

05:23PM  18

05:23PM  19

05:23PM  20

05:23PM  21

05:23PM  22

05:23PM  23

05:23PM  24

05:23PM  25

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

208

1          J. GIANNANDREA

05:23PM    2

05:23PM    3

05:23PM    4

05:23PM    5

05:24PM    6

05:24PM    7

05:24PM    8

05:24PM    9

05:24PM   10

05:24PM   11

05:24PM   12

05:24PM   13

05:24PM   14

05:24PM   15

05:24PM   16

05:24PM   17

05:24PM   18

05:24PM   19

05:24PM   20

05:24PM   21

05:25PM   22

05:25PM   23

05:25PM   24

05:25PM   25

UNITED STATES vs                                                John Giannandrea
GOOGLE LLC                      ▃▃▃▃▃▃▃                          April 22, 2022

209

1          J. GIANNANDREA

05:25PM   2   ▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃

05:25PM   3   ▃▃▃▃▃▃▃

05:25PM   4      ▃▃   ▃▃▃▃▃▃▃▃▃▃▃▃▃

05:25PM   5   ▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃

05:25PM   6   ▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃

05:25PM   7   ▃▃▃▃▃▃▃▃▃▃

05:25PM   8      ▃▃   ▃▃▃▃▃▃▃▃▃▃▃▃▃

05:25PM   9   ▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃▃

05:25PM  10   ▃▃▃▃▃▃

05:25PM  11         Q.    Okay.  Let's take a look at tab 11

05:25PM  12   which we will mark as Exhibit 10, and this

05:25PM  13   document comes in two parts.  It's an email

05:26PM  14   from Zhi Ouyang to you and some others from

05:26PM  15   May 21, 2021, and that document has a

05:26PM  16   production label of APLGOOGDOJ-01166711 and

05:26PM  17   inside that email is a link to an iCloud --

05:26PM  18   an iCloud link to the document that is

05:26PM  19   attached to this email which has a production

05:26PM  20   number starting with APLGOOGDOJ-01166675.

05:26PM  21         So why don't you -- again, I will

05:26PM  22   point you to particular slides and give you a

05:27PM  23   chance to read them, but why don't you take a

05:27PM  24   look at the document and familiarize yourself

05:27PM  25   with them.

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

210

J. GIANNANDREA

05:27PM  2      A.    Okay, I have it open.

3      Q.    Okay.

4            (Whereupon, Giannandrea Exhibit

5      10, APLGOOGDOJ-01166711, '01166675

6      through '6710 was marked for

7      identification as of this date by the

05:27PM  8      Reporter.)

05:27PM  9      Q.    Do you recognize the email and the

05:27PM  10     presentation that goes through the iCloud

05:27PM  11     link?



211

1          J. GIANNANDREA

05:27PM   2

05:28PM   3

05:28PM   4

05:28PM   5

05:28PM   6

05:28PM   7

05:28PM   8

05:28PM   9

05:28PM   10

05:28PM   11

05:28PM   12

05:28PM   13

05:28PM   14

05:28PM   15

05:28PM   16

05:28PM   17

05:28PM   18

05:28PM   19

05:28PM   20

05:28PM   21

05:28PM   22

05:28PM   23

05:29PM   24

05:29PM   25

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

212

```
         1              J. GIANNANDREA

05:29PM  2     ██   ███████████████████████████

05:29PM  3     ████████████

05:29PM  4     ██   █████████████

05:29PM  5     ██   ████████████████████

05:29PM  6     █████████████████████████████████

05:29PM  7     ██████████████

05:29PM  8     ██   ██████   ████████████████

05:29PM  9     ████████████████████████████████

05:29PM 10     ████████████████████████████████

05:29PM 11     ███████

05:29PM 12     ██   ███████████████████

05:29PM 13     ██████████████████

05:29PM 14     ██   ██████████████

05:29PM 15     ██   ██████████████████████████

05:29PM 16     ████████████████████████

05:29PM 17     ██████████

05:29PM 18     ██   ███████████████████

05:29PM 19     ██   ██████████████████████

05:29PM 20     ██████████

05:29PM 21     ██   ██████   ████████████████

05:29PM 22     █████████████████████████████

05:29PM 23     ██████████████████████████

05:29PM 24     ██████████████████████████████

05:30PM 25     ██████████████████████████████
```

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

213

1          J. GIANNANDREA

05:30PM  2   ████████████████████████████ █

05:30PM  3   ██████████████████████████

05:30PM  4      █     ███████████████████████

05:30PM  5   ████████████████████

05:30PM  6      █     █████████████████

05:30PM  7      █     ████    ███████████████████

05:30PM  8   ███████████████████████████

05:30PM  9      █     ██████████████

05:30PM  10     █     ██

05:30PM  11     █     ███

05:30PM  12     █     ███    ██████████

05:30PM  13  █████████████████████████████

05:30PM  14  ██

05:30PM  15     █     ██████████████████████

05:31PM  16  ████████████████████████

05:31PM  17  ████████████████████████

05:31PM  18     █     ███    ███████████████

05:31PM  19  ███████████████

05:31PM  20     █     ███   ███████████████

05:31PM  21  ██████████████████████

05:31PM  22  ██████████████████████████

05:31PM  23  ████████████████████████████

05:31PM  24  ████████████████████████████

05:31PM  25  ████████████████████

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

253

| | |
|---|---|
| | 1 |

J. GIANNANDREA

06:41PM   2   as to whether Google is using more machine

06:41PM   3   learning today than it was using in 2018?

06:41PM   4            MR. SHIELDS:  Objection.

06:41PM   5        A.    They have publically written on

06:41PM   6   their search blogs several times since I left

06:41PM   7   the company that they have adopted modern

06:41PM   8   machine learning in Search.

06:42PM   9        Q.    Do you have a view one way or the

06:42PM  10   other as to whether machine learning by

06:42PM  11   itself can allow you to build a successful

06:42PM  12   search engine?

06:42PM  13        A.    What do you mean by "successful"?

06:42PM  14        Q.    A competitively viable search

06:42PM  15   engine.

06:42PM  16        A.    By itself, yes, I think you could.

06:42PM  17

06:42PM  18

06:42PM  19

06:43PM  20

06:43PM  21

06:43PM  22

06:43PM  23

06:43PM  24

06:43PM  25

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

254

```
 1            J. GIANNANDREA

06:43PM  2    ████████

06:43PM  3       ██   █████████

06:43PM  4       ██   ██████████████████

06:43PM  5    ██████████

06:43PM  6       ██   ██████████

06:43PM  7       ██   ██████  █████████████

06:43PM  8    ██████████████████████

06:44PM  9    ████████████████████

06:44PM 10    ██████████████████

06:44PM 11    ██████████████

06:44PM 12       ██   ████████

06:44PM 13       ██   █████████████████

06:44PM 14    ██████████████████████

06:44PM 15    ████████████████████

06:44PM 16    ██████████████████████

06:44PM 17    ██████████████

06:44PM 18       ██   ███████████

06:44PM 19       ██   █████████████████

06:44PM 20    ████████████████████

06:44PM 21    ████████████████████

06:44PM 22    ████████████████

06:45PM 23       ██   ██████████████

06:45PM 24    ████████████████████

06:45PM 25    ███████████████████████
```

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

255



1            J. GIANNANDREA

06:45PM   2

06:45PM   3

06:45PM   4

06:45PM   5

06:45PM   6

06:45PM   7

06:45PM   8        MR. SHIELDS:   Objection.

06:45PM   9

06:45PM   10

06:45PM   11

06:46PM   12

06:46PM   13

06:46PM   14

06:46PM   15

06:46PM   16

06:46PM   17

06:46PM   18

06:46PM   19

06:46PM   20

06:46PM   21

06:46PM   22

06:46PM   23

06:46PM   24

06:46PM   25

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

256

1          J. GIANNANDREA

06:46PM   2

06:46PM   3

06:47PM   4

06:47PM   5

06:47PM   6

06:47PM   7

06:47PM   8

06:47PM   9

06:47PM  10

06:47PM  11

06:47PM  12

06:47PM  13

06:47PM  14

06:47PM  15

06:47PM  16          MR. SHIELDS:   Objection to form.

06:47PM  17

06:47PM  18

06:47PM  19

06:47PM  20

06:48PM  21

06:48PM  22

06:48PM  23

06:48PM  24

06:48PM  25

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

257

J. GIANNANDREA



06:48PM 2

06:48PM 3

06:48PM 4

06:48PM 5

06:48PM 6

06:48PM 7

06:48PM 8

06:48PM 9

06:48PM 10

06:48PM 11

06:48PM 12

06:48PM 13

06:48PM 14

06:48PM 15

06:49PM 16

06:49PM 17

06:49PM 18

06:49PM 19

06:49PM 20

06:49PM 21          MR. SHIELDS:  Objection.

06:49PM 22

06:49PM 23

06:49PM 24

06:49PM 25          MR. SHIELDS:  Objection.

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

258



|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  | J. GIANNANDREA                               |
| 06:49PM  | 2  |                                              |
| 06:49PM  | 3  | MR. SCHMIDTLEIN:  That's not my              |
| 06:49PM  | 4  | dog, for whatever it's worth.                |
| 06:50PM  | 5  | MS. HOFFMAN LENT:  We don't have             |
| 06:50PM  | 6  | a Skadden dog.                               |
| 06:50PM  | 7  |                                              |
| 06:50PM  | 8  |                                              |
| 06:50PM  | 9  |                                              |
| 06:50PM  | 10 |                                              |
| 06:50PM  | 11 |                                              |
| 06:50PM  | 12 |                                              |
| 06:50PM  | 13 | MR. SHIELDS:  Objection;                     |
| 06:50PM  | 14 | leading.                                     |
| 06:50PM  | 15 |                                              |
| 06:50PM  | 16 |                                              |
| 06:51PM  | 17 |                                              |
| 06:51PM  | 18 |                                              |
| 06:51PM  | 19 |                                              |
| 06:51PM  | 20 |                                              |
| 06:51PM  | 21 |                                              |
| 06:51PM  | 22 |                                              |
| 06:51PM  | 23 |                                              |
| 06:51PM  | 24 |                                              |
| 06:51PM  | 25 |                                              |

UNITED STATES vs                                          John Giannandrea
GOOGLE LLC                                                April 22, 2022

259

1                    J. GIANNANDREA



06:52PM  16            MR. SHIELDS:   Objection to form.

06:52PM  17       Leading.

06:52PM  21            Q.    Let me show you what we are going

06:52PM  22       to mark as Exhibit 16.  This is a document

06:53PM  23       that is numbered APLGOOGDOJ '1164201.

06:53PM  24            A.    I'm not seeing it in the chat yet.

06:53PM  25            Q.    Okay.

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022

263

1                    J. GIANNANDREA

06:57PM   2    ███████████████████████████████████

06:57PM   3    ████████████████████████████████████████

06:57PM   4    ███████████████████████████████████

06:57PM   5    ███████████████████████████████████

06:57PM   6    ███████████

06:57PM   7             ██████████████████████████████

06:57PM   8    ██████

06:57PM   9       ██      ██████

06:57PM  10       ██      ██████████████████████

06:57PM  11    ████████████████████████████████

06:57PM  12    █████████████████████████████████

06:57PM  13    ███████████████████████

06:58PM  14             MR. SHIELDS:   Objection to form.

06:58PM  15       ██      ██████████████████████████

06:58PM  16    ██   ███████████████████████████████████

06:58PM  17    ██████

06:58PM  18       ██      ██████   ████████████████████

06:58PM  19    ████████████████████████████████

06:58PM  20    ████████████████████████████████

06:58PM  21    ██████████████

06:58PM  22       ██      █████████████████████████████

06:58PM  23    ██████████████████████████

06:58PM  24    ███████████████████████████

06:58PM  25    █████████████

UNITED STATES vs                                         John Giannandrea
GOOGLE LLC                                               April 22, 2022



264

1                    J. GIANNANDREA

06:58PM   2

06:58PM   3

06:59PM   4

06:59PM   5          MR. SHIELDS:  Objection to form.

06:59PM   6     Leading.  Foundation.

06:59PM   7     A.    No.  My view at the time was that

06:59PM   8  it

06:59PM   9

06:59PM   10

06:59PM   11

06:59PM   12

06:59PM   13

06:59PM   14

06:59PM   15          MR. SHIELDS:  Objection; form,

06:59PM   16     leading, foundation.

06:59PM   17

06:59PM   18

06:59PM   19

06:59PM   20

07:00PM   21

07:00PM   22

07:00PM   23

07:00PM   24

07:00PM   25

UNITED STATES vs
GOOGLE LLC

John Giannandrea
April 22, 2022



265

```
 1            J. GIANNANDREA

07:00PM  2    ████████████████

07:00PM  3        MR. SHIELDS:  Objection to form.

07:00PM  4    ██    █████  ████████████████

07:00PM  5    ██    ████████████████████

07:00PM  6   █████

07:00PM  7        MR. SHIELDS:  Objection;

07:00PM  8    leading.

07:00PM  9    ██    ██████████

07:00PM 10    ██    ██████████████

07:00PM 11   █████

07:00PM 12        MR. SHIELDS:  Objection;

07:00PM 13    leading.

07:00PM 14    ██    ██████████  ██████████

07:01PM 15    ██    ████████████

07:01PM 16   ███████████████████████████

07:01PM 17   ██████████████████████

07:01PM 18   ██████████████

07:01PM 19    ██    ████████████

07:01PM 20    ██    ██████████████

07:01PM 21   ███████████████████████████

07:01PM 22   ██████████████████████

07:01PM 23   █████████

07:01PM 24        MR. SHIELDS:  Objection to form.

07:01PM 25    Leading.
```

*United States v. Google LLC*, No. 20-cv-03010 (D.D.C.)
Errata to April 22, 2022 Deposition of John Giannandrea

| Page | Line | Current Text | Change to | Reason |
|------|------|--------------|-----------|--------|
| 5 | 21 | Apple Computer, Inc. | Apple Inc. | Transcription Error |
| 6 | 8 | Many years ago. | It was many years ago. | Transcription Error |
| 14 | 13 | Core machining learning | Core machine learning | Transcription Error |
| 15 | 19 | Many others ways | Many other ways | Transcription Error |
| 15 | 20 | sciences using | science is using | Transcription Error |
| 16 | 5 | these | those | Transcription Error |
| 17 | 22 | Research Machine Intelligence and Search | Research, Machine Intelligence, and Search | Transcription Error |
| 20 | 12 | increasing machine | increasingly, machine | Transcription Error |
| 21 | 5 | be the | be that the | Transcription Error |
| 23 | 7 | cross-market | cross-link | Transcription Error |
| 23 | 15 | Tell Me Networks | Tellme Networks | Transcription Error |
| 24 | 19 | felt comments was | filed comments as | Transcription Error |
| 25 | 6 | WorldWide Web | World Wide Web | Transcription Error |
| 25 | 22 | Google search engine | Google's search engine | Transcription Error |
| 27 | 10 | WorldWide Web | World Wide Web | Transcription Error |
| 27 | 13 | Help | health | Transcription Error |
| 28 | 23 | WorldWide | World Wide | Transcription Error |
| 31 | 13 | WorldWide Web | World Wide Web | Transcription Error |
| 31 | 23 | Facebook search function | Facebook's search function | Transcription Error |
| 31 | 25 | WorldWide | World Wide | Transcription Error |
| 35 | 7 | The long leading -- it was mostly | It was a long meeting.  It was mostly | Transcription Error |
| 39 | 16 | WorldWide Web | World Wide Web | Transcription Error |
| 44 | 4 | We | You | Transcription Error |
| 48 | 20 | of. | of it. | Transcription Error |
| 50 | 17 | WorldWide Web | World Wide Web | Transcription Error |
| 51 | 12 | fact of | fact that | Transcription Error |
| 56 | 6 | limitations | implementations | Transcription Error |
| 57 | 3 | illusion | allusion | Transcription Error |
| 69 | 21 | multiplicative | multiplicative | Transcription Error |
| 72 | 13 | Certainly | Currently | Transcription Error |
| 73 | 11 | duplicate | de-duplicate | Transcription Error |

*United States v. Google LLC*, No. 20-cv-03010 (D.D.C.)
Errata to April 22, 2022 Deposition of John Giannandrea

| Page | Line | Current Text | Change to | Reason |
|---|---|---|---|---|
| 74 | 7 | Crawls the web | Apple crawls the web | Transcription Error |
| 77 | 15 | Apple's Maps | Apple Maps | Transcription Error |
| 78 | 6 | Safari Spotlight | Safari, Spotlight, | Transcription Error |
| 78 | 16 | Safari Spotlight | Safari, Spotlight, | Transcription Error |
| 84 | 22 | opened-ended | open-ended | Transcription Error |
| 89 | 12 | Micro OS | MacOS | Transcription Error |
| 95 | 21 | results be | results, being | Transcription Error |
| 108 | 10 | was commercial | was a commercial | Transcription Error |
| 109 | 11 | at | to | Transcription Error |
| 109 | 12 | least a | increase the | Transcription Error |
| 112 | 4 | I have imprecise recollection | I have an imprecise recollection | Transcription Error |
| 125 | 5 | where | were | Transcription Error |
| 137 | 24 | ▮ | ▮ | Transcription Error |
| 145 | 10 | been major effort | been a major effort | Transcription Error |
| 177 | 2 | We evaluate | When you evaluate | Transcription Error |
| 178 | 11 | It's no | There's no | Transcription Error |
| 179 | 14 | En US | En-US | Transcription Error |
| 181 | 10 | right, yes, | right says | Transcription Error |
| 202 | 13 | Do we | Do they | Transcription Error |
| 203 | 7 | we | they | Transcription Error |
| 211 | 5 | in more details | in more detail | Transcription Error |
| 211 | 24 | Eddie | Eddy | Transcription Error |
| 212 | 21 | a pricing of | a précis of | Transcription Error |
| 213 | 25 | via a grading platform, reading. | via a grading platform tri-rating. | Transcription Error |
| 214 | 23 | chief evaluations | search evaluations | Transcription Error |
| 227 | 5 | factors | factor | Transcription Error |
| 243 | 12 | principalled | principled | Transcription Error |
| 251 | 2 | test | tests | Transcription Error |
| 251 | 3 | test | tests | Transcription Error |
| 255 | 21 | large engineering products | large engineering projects | Transcription Error |
| 256 | 17 | Eddie | Eddy | Transcription Error |

*United States v. Google LLC*, No. 20-cv-03010 (D.D.C.)
Errata to April 22, 2022 Deposition of John Giannandrea

| Page | Line | Current Text | Change to | Reason |
|---|---|---|---|---|
| 270 | 16 | features; was | features; I was | Transcription Error |
| 275 | 12 | porpa | corpus | Transcription Error |
| 281 | 22 | what the licensed systems do. | what voice assistants do. | Transcription Error |
| 284 | 22 | users | user | Transcription Error |
| 286 | 24 | wired | Wired | Transcription Error |
| 287 | 7 | Eddie | Eddy | Transcription Error |
| 288 | 19 | quality. | quality issues. | Transcription Error |
| 289 | 5 | why we | why when we | Transcription Error |
| 292 | 15 | was true | was untrue | Transcription Error |

*United States v. Google LLC*, No. 20-cv-03010 (D.D.C.)
Errata to April 22, 2022 Deposition of John Giannandrea

I, JOHN GIANNANDREA, certify that subject to the above changes, the transcript of my testimony at my deposition taken on April 22, 2022 in the above-captioned matter is true and correct.

Signature: _____

Date: _____ / 6/1/2022