# Pls. Ex. 156

1

1          UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF COLUMBIA

2

  -------------------------------------------------

3

UNITED STATES OF AMERICA, et al.,

4

             Plaintiffs,

5

vs.                    Case No.

6                   1:20-cv-03010-APM

GOOGLE LLC,

7

             Defendant.

8

  -------------------------------------------------

9

STATE OF COLORADO, et al.,

10

             Plaintiffs,

11

vs.                    Case No.

12                 1:20-cv-03715-APM

GOOGLE LLC,

13

             Defendant.

14

  -------------------------------------------------

15

16

17        REMOTE VIDEOTAPED DEPOSITION OF

18       SRIDHAR RAMASWAMY - VOLUME 1

19        Wednesday, March 23, 2022

20          9:05 a.m. (PST)

21

22

23

24

  Reported by:  Amy L. Larson, RPR

25  Job No. 2022-836952

USA vs
Google

Sridhar Ramaswamy
March 23, 2022

69

1   because we have all been trained to open a

2   new tab and start typing a query in.

3           And unlike the home page scenarios

4   that we talked about earlier today, the

5   default that matters today is which search

6   engine response to the query that you type

7   into what is called the URL bar or the

8   address bar.  And so having Neeva be an

9   option is -- is -- is important for users to

10  be able to access Neeva on a consistent

11  basis.

12          We do this on Chrome, a browser that

13  Google owns, with an extension, except that

14  people that voluntarily switched their search

15  engine to Neeva are then shown a prompt which

16  is designed to make them take an action that

17  switches their search engine back to Google.

18          And then on Safari, as well as, you

19  know, Mobile Safari, there's no real way for

20  anyone to change their default search engine

21  to Neeva.  There is a convoluted way that

22  even software engineers cannot really --

23  really get through.  ████████████████████████

24  ████████████████████████████████

25  ████████████████████████████████████

1 ████████████████████████████████

2 █████████████████████████████

3 ███████

4  Q.  Okay.  Now, people sometimes say that

5      competition in search is a click away.  Is

6      that true, from your perspective?

7  A.  Absolutely not.

8  Q.  And what role, if any, do defaults have in

9      that statement being incorrect, from your

10     perspective?

11 A.  You know, competition is a click away somehow

12     assumes that, you know, somebody is going to

13     find a link for neeva.com magically out there

14     if they're not seeking it and then click it

15     and continuously use it.

16          If you were to play this story

17     forward, the way that Google would have us

18     all believe that Neeva should be used is by

19     typing Google -- is by typing Neeva into the

20     address bar, looking at the first search

21     result that Google might present -- and by

22     the way, competitors would be perfectly happy

23     to run ads on that term and show themselves

24     to users before they see Neeva, even if they

25     were to type Neeva, and then, you know, click

1   on Neeva, and then put the actual search term

2   that they had in mind.

3          Can you imagine the number of steps

4   that I just outlined and the likelihood that

5   any sane person is going to want to go

6   through this time and time again?  It is

7   zero.

8          And being the default search

9   provider, being the -- you know, having --

10  having that option for a user to be able to

11  open up a new tab, open up Safari, open up

12  Chrome and have Neeva as the search engine,

13  is one of the essential tools of competition.

14         What has happened today is that we

15  are all generally led to believe that there

16  is no choice in search engines.  When you

17  open Safari for the first time, even if you

18  were to buy a phone, it's not like you are

19  told, Oh, you just bought this incredibly

20  expensive phone, you might want to decide

21  what your search engine is.  It comes loaded

22  with Google as though others do not even

23  exist.

24  ██████████████████████████████████████████

25  ██████████████████████████████████████████

1    ████████████████████████████████████████

2    ██████████

3    Q.   Okay.  And is that a problem, to the extent

4         you know, of other search engines like

5         DuckDuckGo or Bing?

6    A.   Yes, it is a problem for them as well, you

7         know, but Bing also plays this game in the

8         sense that Microsoft generally makes Windows,

9         they make it pretty difficult for people to

10        switch out from Bing on Windows machines.

11        And the same can be said for HD browser, it's

12        pretty hard to change the search engine on --

13        on -- on Edge.

14             But somebody like Duck, for example,

15        would absolutely get a lot more usage if --

16        if they had the visibility and it were to be

17        easier to switch to them.

18             Duck has been around for 12 years,

19        unlike Neeva, which has been around for only

20        three years.  So they are in fact a default

21        provider on -- on Safari, as is Bing.  In

22        many ways, Neeva, because of its age and

23        early stage, has it much worse.

24   Q.   Okay.  And in terms of where these defaults

25        exist in favor of Google, is there any

73

```
 1        Android phone available in the United States

 2        that does not have a Google default?

 3   A.   Not that I know of.

 4                   MR. SMURZYNSKI:  Objection;

 5        foundation.

 6   BY MR. GREENE:

 7   Q.   What is your basis for that statement?

 8   A.   I use a wide variety of Android phones.  I

 9        use a Google Pixel, I have a phone from

10        T-Mobile.  You know, I, until very recently,

11        had a phone from, you know, Verizon.  I'm

12        curious about technology.  I've gone and

13        checked out a -- you know, a bunch of phones.

14        And I used to work for the company that makes

15        Android.  And having our hands on a lot of

16        devices and using Google products on them was

17        the favorite hobby.  I'm reasonably

18        well-informed about this matter.

19   Q.   Okay.  Thank you.  And how about Apple

20        devices, phones and -- and iPads?

21   A.   It's the -- it's the same.  In fact, it's

22        worse on Apple.  On -- on -- on Chrome it is

23        a few steps.  It's complicated, but you can

24        in fact set Neeva as a search provider.  You

25        cannot do that on Safari, whether it's on a
```

93

```
 1      a -- it is a process, and a convoluted one at

 2      that.

 3  Q.  Okay.  Now, Mr. Ramaswamy, I'm wondering, do

 4      you want another break?  I think we've gone

 5      yet another hour here.

 6  A.  When are we intending for lunch to be?

 7      Perhaps we just combine it.

 8  Q.  We can go -- maybe go to 12:30 Pacific, if

 9      that works.

10  A.  I'm -- I'm good with that.

11  Q.  Okay.  Let's -- let's go ahead and proceed

12      then.

13                  MR. SMURZYNSKI:  May I just make

14      an observation on behalf of the court

15      reporter?  I'd be surprised if the court

16      reporter would be happy about going another

17      hour, but we can -- we can -- we can sort

18      that out, but --

19                  MR. GREENE:  Let's -- let's go off

20      the record so we're not -- I'm not burning

21      time.

22                  MR. MUELLER:  I think a

23      five-minute break would be good.  I agree

24      with Ken on this.

25                  MR. GREENE:  Okay.
```

```
 1                THE VIDEOGRAPHER:  We're going off

 2        the record.  The time is 11:28 a.m.

 3                (Recess.)

 4                THE VIDEOGRAPHER:  We are going

 5        back on the record.  The time is 11:42 a.m.

 6                Counsel, you can proceed.

 7                MR. GREENE:  Thank you.

 8   BY MR. GREENE:

 9   Q.  Welcome back, Mr. Ramaswamy.

10                Earlier in our conversation you

11        answered a question of mine with respect to

12        whether competition is a click away.  And

13        what was your answer to that question?  Is

14        competition a click away?

15   A.  Competition is not a click away.  It is very

16        hard for search engines to get visibility

17        about their existence.  And even if there is

18        visibility and awareness on the part of a

19        consumer, it is very difficult for them to

20        change their default search and stick with a

21        new search engine.  So competition is

22        absolutely not a click away.  It's very hard

23        for people to get to choices for search

24        engines.

25   Q.  Thank you.  That -- that clears the record up
```

                                                                    95

1          quite nicely.

2                    MR. GREENE:  Let me turn to -- and

3          this is to you, Kaarish, if you'd switch to

4          Tab T.

5                    MR. MANIAR:  (Complies.)

6     BY MR. GREENE:

7     Q.  This is initially a transmittal email.  And

8          the first Bates number is GOOG-DOJ-03595727.

9          And this is an email dated July 12th, 2018,

10         from Dominic Tang to Mr. Schindler and

11         Mr. Ramaswamy and others.  It's captioned and

12         has an attachment, which we'll also be asking

13         about, "Global Ads Financials Fact Pack Q2

14         2018."

15                   If you'd look at that transmittal

16         email, Mr. Ramaswamy, that would be great.

17                   And I believe this should be marked

18         Exhibit 7.

19                   (Exhibit 7 marked.)

20    BY MR. GREENE:

21    Q.  Mr. Ramaswamy, let me know when you've had

22         the opportunity to take a quick look.

23    A.  (Reviews document.)  Okay.  This is good.

24    Q.  Great.  And who is Mr. Tang?

25    A.  I don't know him personally exceptionally

117

 1      really depends on the nature and

 2      sophistication of the search users.

 3              A lot of -- most common users do not

 4      really use search engines for long tail

 5      queries.  And to them, you know, adequate --

 6      adequate quality is more than adequate.

 7   Q.  Okay.  And in terms of responding to queries,

 8      is behavioral data important?

 9   A.  Search personalization beyond very, like,

10      limited situations, hasn't always been

11      spectacularly useful in Google Search.

12              At Neeva, we take more of a, sort of,

13      collaborative exercise with the user, if I

14      may put it that way, for you to do things

15      like set your news preferences or set your

16      shopping preferences or giving you additional

17      controls.

18              And so in -- you know, in -- in that

19      sense, getting input from you about what you

20      would like to see from the search engine is

21      likely more useful.  The difficulty with this

22      is getting people to take these kinds of

23      actions, which can be -- which can be

24      challenging.

25              The one color that I will give on

1      your use of the phrase "behavioral data" is

2      that it's generally the context for

3      behavioral data pertains to advertising and

4      not really search.

5  Q.  So some folks use the phrase or the word

6      "scale."  What does scale mean to you?

7  A.  In the context of a search engine or

8      something else?

9  Q.  Yes, in the context of a search engine.

10 A.  Yeah.  A crude way to approximate a search

11     engine is to say that it -- it remembers

12     what, you know, the best answers for a query

13     that people liked before.

14            In some sense, it's just distilling

15     your wisdom and my wisdom, combining it all

16     to create a great experience.  Even things

17     like page rank can be seen as an

18     approximation of popularity.

19            And so from that perspective, what

20     scale means is that the more data you have,

21     the more insight into what people are going

22     to like on a particular query.  And having

23     that information then makes it much easier

24     for you to approximate on a query that you

25     have not seen before, because even if you

1     have not seen the query before, you know the

2     other queries that it relates to.  So that is

3     one aspect of -- of scale.

4            When it comes to search engines,

5     there are others, as in if you are the

6     dominant search engine, people will optimize

7     for your algorithms, people will do what you

8     want, people will let you crawl all of their

9     web pages as often as you would like, because

10    they want their fresh pages to be visible in

11    the dominant player's search engine.  That is

12    another aspect of how scale can influence the

13    quality of a search engine.

14  Q.  Okay.  In terms of scale, if Bing had more

15    scale, would it be able to answer tail

16    queries better?

17            MR. SMURZYNSKI:  Objection.

18  BY MR. GREENE:

19  Q.  You may answer.

20  A.  Can you repeat your question, sir?

21  Q.  Sure.  If Bing had more scale than it has

22    today, would it be better at responding to

23    tail queries?

24            MR. SMURZYNSKI:  Same objection.

25            THE WITNESS:  The quality of a

120

1      search engine is an exceptionally complicated

2      process that, yes, involves the scale of the

3      training data available, but quite a lot

4      more.  Let's put it this way:  Better quality

5      depends on scale.  It is a sufficient

6      condition, but -- I mean, it is a necessary

7      condition, but not often sufficient.

8   BY MR. GREENE:

9   Q.  Okay.  What -- in terms of what goes into

10     scale, to do this properly, do you need both

11     mobile information as well as desktop

12     information?

13                  MR. SMURZYNSKI:  Objection.

14                  THE WITNESS:  There are some

15     differences between web search and -- and

16     mobile search.  And, you know, there are

17     specialized things like mobile crawl versus

18     desktop crawl.

19              In an ideal world, yes, it would be

20     good to have scale on -- on -- on both

21     fronts.  But a simplification would be any

22     scale is better than no scale.  And, yes,

23     more scale would be good.

24                  MR. GREENE:  Okay.

25                  THE WITNESS:  But I would say that

121

1      the first one, having scale to be able to do

2      training well, is the critical factor.

3      Whether it is mobile or desktop is a

4      secondary.

5              MR. GREENE:  Okay.  Thank you.

6      Let's change topics very briefly, because I'm

7      about to run out of time here.

8              So what I'd like to do is to ask some

9      questions about ad load.

10             So, Kaarish, if you would switch --

11     bring up Tab W.

12             MR. MANIAR:  (Complies.)

13             (Exhibit 9 marked.)

14             THE WITNESS:  Is the volume of my

15     sound better?

16             MR. GREENE:  Yes, much better.

17  BY MR. GREENE:

18  Q.  So we're bringing up a document called --

19     entitled, "Launch Doc:  Holy Load."  And this

20     is GOOG-DOJ-03087081.

21             And once that is up on your system,

22     Mr. Ramaswamy, would you take a look at this.

23     And this, I'm told, is Exhibit 9.

24  A.  (Reviews document.)  Okay.

25  Q.  Is this -- is this something you're familiar

234

```
 1        company.  And if I were to estimate, I would
 2        say that running search for the world is, you
 3        know, something that costs ███████████████
 4        ██████   Then there is also the team that you
 5        would need to support it.
 6               So a subscription base that generates
 7        that kind of revenue would -- you know, and
 8        that is -- that is ██████████████████████
 9        ███████████, you know, would be -- would be a
10        very good place to be.
11               But still, that's a challenge,
12        because we are talking about ██████████████
13        subscribers.
14   Q.   And ████████████ subscribers translates to
15        approximately ████████████ of the users in
16        those markets; is that right?
17   A.   Yeah, if you roughly call the population of
18        these countries at, like, ████████████████
19        yes, that's correct.
20   Q.   And at that scale, it's your belief that
21        Neeva would be able to successfully compete
22        as a search engine in those markets?
23   A.   That's correct.
24   Q.   Go to the next page in the -- the deck, PDF
25        page 20.  We looked at this -- we looked at
```

```
1        this earlier to try and date the document.

2              My question now is:  Under the

3        bullets, "Get Product to Beta," you include

4        the point, "███████████████████████████████

5        █████████████████████████."

6              Do you see that?

7   A.  Yes, sir.

8   Q.  █████████████████████████████████████████████

9   █████████████████████████████████████████████████

10  ████████████████████

11  A.  ████████████████████████████████████████

12  █████████████████████████████████████████

13  █████████████   ███████████████████████████████

14  █████████████████████████████████████████

15  █████████████████████████████████████████████████

16  ████████████████████████████████████████████

17  ███████████

18  Q.  Turn to two pages in further, which is

19      PDF 22.  There's a page that reads,

20      "Why Us" --

21  A.  Yes, sir.

22  Q.  -- and describes the team at Neeva.

23              First, does looking at this slide

24      help you identify the nature of the overall

25      deck in any way?
```

                                                                    236

1   A.   I mean, this is meant as -- you know, as I

2        said, we didn't even go through formal

3        fund -- you know, fund raise process even for

4        our Series B, because it was an inside round.

5             But this is clearly meant to talk

6        about the company in favorable terms and

7        with, you know, influential people, with

8        potential, with potential investors.

9             Often you meet people and you might

10       not -- I might not have a need to raise money

11       today, but I might from a year from now.  And

12       this is a promotional deck.

13  Q.   And you referred to an inside round.  Were

14       both of Neeva's capital rounds inside rounds,

15       in your view?

16  A.   The phrase "inside round" I would use to

17       generally describe a follow-up round that was

18       done by existing investors.  So in that

19       sense, a Series A round, you know, is not an

20       inside round, because we didn't have any

21       investors before.  But the B round came from

22       predominantly Greylock and Sequoia and,

23       therefore, is more accurately labeled an

24       insider round.

25  Q.   Go to PDF page 18.  At this -- at

1   READ/SIGN DEPOSITION OF: **Sridhar Ramaswamy**
    DATE OF DEPOSITION: March 23, 2022
2   IN THE MATTER OF: United States / Colorado v. Google

3       DO NOT WRITE ON THE DEPOSITION ITSELF

4   Page Line   Changes or corrections and reason

5   17:16 Change "marketing firm" to "venture capital firm" - Clarification

6   36:25 Change "Diane" to "Diane Tang" - Clarification

7   21:9  Change "persuading" to "removing" - Transcription Error

8   22:15  Change "par" to "power" - Transcription Error

9   22:17  Change "three" to "free" - Transcription Error

10  29:5  Change "CA leads (phonetic)" to "PA Leads" -- Transcription Error

11  72:11    Change "HD Browser" to "Edge Browser" - Transcription Error

12  96:24 Change "Corp F (phonetic)" to "Corp dev" -- Transcription Error

13  98:17   Change "through -- through" to "though -- though" - Transcription Error

14  98:18 Change "Ross " to "Ross Monro" - Clarification

15  98:18 Change "Carlos" to "Carlos Kirjner" - Clarification

16  129:24   Delete "knee on" - Transcription Error

17  135:8  Change "sale" to "scale" - Transcription Error

18  143:9  Change "suggest" to "suggested" - Transcription Error

19  153:24 Change "Fox Media" to "Vox Media" -- Transcription Error

20  181:15 Change "strengths" to "strings" - Transcription Error

21  182:2  Change "strengths" to "strings" - Transcription Error

22  I have inspected and read my deposition and
    have listed all changes and corrections above,
    along with my reason therefor.

23
                5/10 /'22
24  DATE:_____   SIGNATURE

**READ/SIGN DEPOSITION OF:** Sridhar Ramaswamy
**DATE OF DEPOSITION:** March 23, 2022
**IN THE MATTER OF:** United States / Colorado v. Google

### DO NOT WRITE ON THE DEPOSITION ITSELF

**Page Line   Changes or corrections and reason**

196:4 Change "Weis" to "Voice" - Transcription Error

207:3  Change "600 million" to "600 thousand" - Clarification

207:3  Change "million" to "hundred thousand" - Clarification

222:5 Change "advantage" to "advantageous" - Transcription Error

228:15 Change "can considered" to "can be considered" - Transcription Error

242:7  Change "Google. It's just itself" to "Google, which is itself" - Transcription Error

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I have inspected and read my deposition and
have listed all changes and corrections above,
along with my reason therefor.

DATE: _5/10/'22_ SIGNATURE: ████████████

**READ/SIGN DEPOSITION OF:** Sridhar Ramaswamy
**DATE OF DEPOSITION:** March 24, 2022
**IN THE MATTER OF:** United States / Colorado v. Google

### DO NOT WRITE ON THE DEPOSITION ITSELF

Page Line   Changes or corrections and reason

259:21 - Change "express" to "set" - Transcription Error

273:21 - Change "prof --" to "rough" - Transcription Error

277:7 - Change "than" to "when" - Transcription Error

291:24 - Change "As" to "It has" - Transcription Error

293:3 - Delete "not" - Transcription Error

318:15 - Change "is" to "used" - Transcription Error

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I have inspected and read my deposition and
have listed all changes and corrections above,
along with my reason therefor.

DATE: 5/10/'22   SIGNATURE: ███████████