# Pls. Ex. 157

# FILED UNDER SEAL
## NO PUBLIC VERSION

CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL