# Pls. Ex. 165

## [CORRECTED]

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------X
UNITED STATES OF AMERICA, et al.,
                        Plaintiffs,
            vs.

GOOGLE LLC,
                        Defendant.


1:20-cv-03010-APM
------------------------------------------X

STATE OF COLORADO, et al.,
                        Plaintiffs,

            vs.

GOOGLE LLC,
                        Defendant.


1:20-cv-03715-APM

------------------------------------------X


            DEPOSITION OF GABRIEL WEINBERG



DATE:  March 23, 2022

TIME:  9:05 a.m.

PLACE:  ***REMOTE***

BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

JOB NO:  2022-836812

UNITED STATES vs                                  Gabriel Weinberg
GOOGLE LLC                                         March 23, 2022

119

1                    G. WEINBERG

11:42AM   2   given query, right?

11:42AM   3        A.    Yes.

11:42AM   4        Q.    Okay.  What kind of data has

11:42AM   5   DuckDuckGo used in that development process?

11:42AM   6             MR. WICK:  Object to the form.

11:43AM   7        A.    There's a lot of different

11:43AM   8   varieties of data that could be used for

11:43AM   9   that.  There is kind of like an index to the

11:43AM  10   index itself, kind of like a -- almost like a

11:43AM  11   list of entity types that could be associated

11:43AM  12   with the data, you know, like, place --

11:43AM  13   names, places, people, that kind of thing.

11:43AM  14   There's experimental data.  There's machine

11:43AM  15   learning, kind of, feedback loop data as

11:43AM  16   well.

11:43AM  17        Q.    Does DuckDuckGo use its own click

11:43AM  18   and query data as part of this process?

11:43AM  19        A.    Yes.

11:43AM  20        Q.    Has DuckDuckGo ever studied or

11:44AM  21   analyzed the feasibility of ranking, sort of,

11:44AM  22   a full set of results on a search results

11:44AM  23   page the way that Bing does, for instance?

11:44AM  24             MR. SCHOCK:  Objection; form.

11:44AM  25

UNITED STATES vs                                    Gabriel Weinberg
GOOGLE LLC                                          March 23, 2022

120

1                          G. WEINBERG

11:44AM  2  ████████████████████████████████████

11:44AM  3  ██████████████████████████████████

11:44AM  4  ████████████████████████████████████

11:44AM  5        Q.    Do you personally have any view as

11:44AM  6  to how much it might cost to develop the

11:44AM  7  algorithms and technology necessary to rank

11:44AM  8  results and compose the search results page

11:44AM  9  in response to user queries in a full fledged

11:44AM 10  way?

11:44AM 11        A.    Not really, but I know that we do

11:44AM 12  not have sufficient scale to -- right now to

11:44AM 13  develop the algorithms and experiments we

11:45AM 14  want to do right now.  Let alone re-rank the

11:45AM 15  whole page.

11:45AM 16        Q.    What do you mean by sufficient

11:45AM 17  scale?

11:45AM 18        A.    For example, if we want to run

11:45AM 19  experiments, which we do often on the search

11:45AM 20  results page, it takes a decent amount of

11:45AM 21  time, because we don't get that many queries

11:45AM 22  relative to, say, Google.

11:45AM 23        Q.    What kind of experiments are you

11:45AM 24  referencing?

11:45AM 25        A.    For example, like, different

UNITED STATES vs                                     Gabriel Weinberg
GOOGLE LLC                                            March 23, 2022

121

1                           G. WEINBERG

11:45AM  2   display modules, like, how the -- say, the

11:45AM  3   local content looks or the ranking of it or

11:45AM  4   the change in ranking algorithm, or something

11:45AM  5   to do with the knowledge panel that we were

11:45AM  6   discussing before.

11:45AM  7       Q.    So are you considering here, like,

11:45AM  8   AB testing to serve in which display is more

11:45AM  9   effective from a user perspective?

11:45AM 10       A.    That would be one example, yes, AB

11:46AM 11   testing experiments.

11:46AM 12       Q.    All right.  And how long does it

11:46AM 13   take to do that type of experimentation that

11:46AM 14   you said is taking a longer time?

11:46AM 15       A.    It very much depends on the type

11:46AM 16   of experiment and what the endpoints are from

11:46AM 17   it.  It could take days to weeks depending on

11:46AM 18   the experimental design.

11:46AM 19       Q.    Can you give me an example of any

11:46AM 20   experiments of that kind that DuckDuckGo has

11:46AM 21   tried to perform where you think it took an

11:46AM 22   unacceptably long time?

11:46AM 23            MR. SCHOCK:  Object to the form.

11:46AM 24            MR. WICK:  Object to the form.

11:46AM 25       A.    I mean, to me they're all

122

|        | 1  | G. WEINBERG |
|--------|----|-------------|
| 11:46AM | 2  | unacceptably long.  Like, if we had a lot of |
| 11:46AM | 3  | queries, we could run these experiments |
| 11:46AM | 4  | almost instantly, which I believe is how |
| 11:46AM | 5  | Google does it when they say they run like |
| 11:46AM | 6  | 50,000 experiments, whatever they say, in a |
| 11:47AM | 7  | year.  It's because they're getting results |
| 11:47AM | 8  | back almost instantly.  Whereas us, it takes |
| 11:47AM | 9  | days or weeks.  And so we're very limited in |
| 11:47AM | 10 | what we can actually do. |
| 11:47AM | 11 | Q.    How many queries do you think |
| 11:47AM | 12 | would be necessary to do it in what you would |
| 11:47AM | 13 | consider to be an acceptable amount of time? |
| 11:47AM | 14 | MR. BLAISDELL:  Object to form. |
| 11:47AM | 15 | MR. WICK:  Form. |
| 11:47AM | 16 | A.    Every experiment is so different, |
| 11:47AM | 17 | there's no one answer to that.  Like it's -- |
| 11:47AM | 18 | there's just not a way to characterize it |
| 11:47AM | 19 | like that, that I know of. |
| 11:47AM | 20 | Q.    How many experiments is DuckDuckGo |
| 11:47AM | 21 | running at a given time? |
| 11:47AM | 22 | MR. SCHOCK:  Object to form. |
| 11:47AM | 23 | A.    I'm not sure.  It definitely |
| 11:47AM | 24 | varies.  I don't know.  Maybe ten.  On the |
| 11:47AM | 25 | order of ten. |

123

1                       G. WEINBERG

11:47AM  2        Q.    Ten running in parallel at a given

11:47AM  3   time?

11:47AM  4        A.    Yeah, something like that.

11:48AM  5        Q.    How would you find out?

11:48AM  6        A.    I don't know.  That's partially

11:48AM  7   why I don't know.

11:48AM  8        Q.    You don't know someone at the

11:48AM  9   company who might be familiar with which

11:48AM  10  experiments DuckDuckGo is running at a given

11:48AM  11  time?

11:48AM  12       A.    We don't have, like, a registry

11:48AM  13  like that where it would be -- there's, like,

11:48AM  14  a central place to look where it would be

11:48AM  15  easy to count up something like that.  I

11:48AM  16  think you'd have to go ask all the objectives

11:48AM  17  that are currently running if they are

11:48AM  18  running any experiments.  You'd have to take

11:48AM  19  a survey, I guess, essentially.

11:48AM  20       Q.    Is there any kind of coordination

11:48AM  21  of the experiments?

11:48AM  22       A.    There are some, but they're

11:48AM  23  different types of experiments, and so

11:49AM  24  their -- the different types wouldn't be

11:49AM  25  coordinated.

124

1                    G. WEINBERG

11:49AM  2        Q.    So it's possible that a given user

11:49AM  3   is involved in two or three or more

11:49AM  4   experiments at any one time?

11:49AM  5             MR. WICK:  Object to form.

11:49AM  6             MR. SCHOCK:  Object to form.

11:49AM  7        A.    We don't have a user -- any user

11:49AM  8   tracking or user profiling, so we can't

11:49AM  9   really say what given users are experiencing.

11:49AM 10   I think it's possible that they're seeing

11:49AM 11   different things.  We have a -- the same with

11:49AM 12   our privacy, which is we don't have

11:49AM 13   user-level tracking that, like, if there's a

11:49AM 14   certain experiment running on the page, then

11:49AM 15   you refresh it, you might be moved to a

11:49AM 16   different -- you might receive a different

11:49AM 17   treatment.  And we just average that out.  So

11:49AM 18   it's hard to say -- it's hard to answer that

11:49AM 19   question because we don't have user-level

11:49AM 20   tracking.

11:49AM 21        Q.    Does the absence of user-level

11:49AM 22   tracking that you referenced affect

11:50AM 23   DuckDuckGo's ability to perform these search

11:50AM 24   results page experiments?

11:50AM 25        A.    I don't think so, because we don't

UNITED STATES vs                                          Gabriel Weinberg
GOOGLE LLC                                                March 23, 2022

125

|  | 1 | G. WEINBERG |
|---|---|---|
| 11:50AM | 2 | do any profiling on the search engine itself. |
| 11:50AM | 3 | We're not running experiments that rely on |
| 11:50AM | 4 | that type of profiling.  And so they're more |
| 11:50AM | 5 | just average -- more just averages out based |
| 11:50AM | 6 | on the AB conditions that happen. |
| 11:50AM | 7 | Q.    What kinds of improvements are you |
| 11:50AM | 8 | attempting to make to DuckDuckGo's products |
| 11:50AM | 9 | through these experiments just by way of |
| 11:50AM | 10 | example?  Just to make sure we understand |
| 11:50AM | 11 | what experiments we're talking about here. |
| 11:50AM | 12 | MR. WICK:  Object to the form. |
| 11:50AM | 13 | A.    There could be a wide range.  I |
| 11:50AM | 14 | mean, we try to experiment and prove that |
| 11:50AM | 15 | we're making successful changes to the |
| 11:50AM | 16 | product when we want to make changes |
| 11:50AM | 17 | generally.  So that could range from a change |
| 11:51AM | 18 | in a search algorithm to see whether that was |
| 11:51AM | 19 | a positive change to, you know, a change in |
| 11:51AM | 20 | UI to the website or app.  It could be an |
| 11:51AM | 21 | addition of a setting or some kind of new |
| 11:51AM | 22 | thing to engage with and what people do in |
| 11:51AM | 23 | reaction to that.  Basically, any change you |
| 11:51AM | 24 | want to make to a product, we would love to |
| 11:51AM | 25 | get data back that it was successful. |

126

1          G. WEINBERG

11:51AM   2          Q.    And in what way is a -- an

11:51AM   3    experiment relating to a change in the UI

11:51AM   4    hindered or affected by the number of users

11:51AM   5    that DuckDuckGo presently has?

11:51AM   6          A.    Because changes in the UI often

11:51AM   7    have very small effects, but if you can do a

11:51AM   8    lot of experiments, you can add up a lot of

11:51AM   9    small effects and have a very substantive

11:52AM  10    change over all retention.  To detect a very

11:52AM  11    small change in effect, you need a pretty

11:52AM  12    large sample size in the experiment.

11:52AM  13               And so the larger sample size,

11:52AM  14    generally, it's an n squared relationship,

11:52AM  15    meaning that, like, to get a little bit

11:52AM  16    linear effect, you need a squared amount of

11:52AM  17    sample size increase.  And so to start

11:52AM  18    affecting smaller and smaller effects, you

11:52AM  19    need a nonlinear increase in sample size.

11:52AM  20          Q.    Has someone at DuckDuckGo

11:52AM  21    determined that DuckDuckGo doesn't have

11:52AM  22    enough data to determine to a statistically

11:52AM  23    significant degree the effect of a UI change?

11:52AM  24               MR. SCHOCK:  Objection.

11:52AM  25               MR. BLAISDELL:  Objection to

1          G. WEINBERG

11:52AM  2      form.

11:52AM  3      A.    There are different metrics

11:52AM  4  that -- you know, different endpoints in an

11:52AM  5  experiment you can use.  And so it's not

11:53AM  6  totally straightforward, because you're

11:53AM  7  looking at lots of different metrics.

11:53AM  8  Certain metrics like engagement or clicking

11:53AM  9  on different things are easier to get samples

11:53AM  10  for than, say, retention, which is hard --

11:53AM  11  very hard to measure in our case.

11:53AM  12          And so there's lots of ultimate

11:53AM  13  retention experiments that we can't measure

11:53AM  14  really below, say, sub 1 percent very easily.

11:53AM  15  And so there's a lot of small experiments

11:53AM  16  that we think might have a retention gain

11:53AM  17  that we can't accurately, statistically,

11:53AM  18  significantly measure with the retention

11:53AM  19  endpoint.

11:53AM  20      Q.    Can you give me a specific example

11:53AM  21  of a UI change where DuckDuckGo was unable to

11:53AM  22  measure to a statistically significant degree

11:53AM  23  the effect of the change?

11:53AM  24          MR. BLAISDELL:  Objection;

11:53AM  25      mischaracterizes the testimony and

UNITED STATES vs                                     Gabriel Weinberg
GOOGLE LLC                                           March 23, 2022

████████████████

128

1                        G. WEINBERG

11:53AM   2          form.

11:54AM   3          A.    Sure.  Just trying to think of

11:54AM   4   some particular experiment.  Trying to recall

11:54AM   5   specifically something that I could tease out

11:54AM   6   all the way through versus generally.  I

11:54AM   7   mean, it's generally the case we can't

11:54AM   8   measure retention underneath that level.  I'd

11:54AM   9   say like we -- most recently we made a change

11:54AM  10   in how our results are displayed and did not

11:54AM  11   have enough data to figure out whether there

11:54AM  12   was a retention effect or not on the change.

11:55AM  13          Q.    What was the change to how the

11:55AM  14   results were displayed that you're

11:55AM  15   describing?

11:55AM  16          A.    We made a number of changes to the

11:55AM  17   display in the results, like moving the font

11:55AM  18   size, moving -- trying to make it more

11:55AM  19   readable.  I'm forgetting all the scope of

11:55AM  20   the changes, but there was, like, a package

11:55AM  21   of maybe 10 or 12 different, small changes

11:55AM  22   that added up to what we thought would be a

11:55AM  23   higher, kind of, readability of search

11:55AM  24   results.  I believe we moved title and the

11:55AM  25   URL line, switched them, was one of the main

UNITED STATES vs
GOOGLE LLC

Gabriel Weinberg
March 23, 2022

129

1                        G. WEINBERG

11:55AM   2    differences.  We wanted to show -- really

11:55AM   3    measure the retentional effect, was unable to

11:55AM   4    do so because we just didn't have enough

11:55AM   5    sample.

11:56AM   6         Q.    Who is the person responsible for

11:56AM   7    the changes that you described that included

11:56AM   8    moving the font size and URL to attempt to

11:56AM   9    increase retention?

11:56AM   10        A.    I'm not sure.  There was a lot of

11:56AM   11   people involved in a search project like

11:56AM   12   that.  I don't remember who was running the

11:56AM   13   project.

11:56AM   14        Q.    Okay.  You're saying that the

11:56AM   15   amount of data was not significant enough to

11:56AM   16   allow you to reach a conclusion.  Is that

11:56AM   17   your testimony?

11:56AM   18             MR. SCHOCK:  Objection to form.

11:56AM   19             MR. WICK:  Objection; form.

11:56AM   20        A.    Yes.  There were -- to this day,

11:56AM   21   there were many different views on the

11:56AM   22   success of the change and the project inside

11:56AM   23   the code, because we're unable to really make

11:56AM   24   total sense of the data, given we haven't had

11:56AM   25   enough sample.

130

1                    G. WEINBERG

11:56AM  2       Q.    How did you learn that, what

11:56AM  3   you're telling me right now, that the results

11:56AM  4   were indeterminant, sort of, and you didn't

11:56AM  5   have enough data to determine whether

11:56AM  6   changing the font size increased retention?

11:57AM  7            MR. SCHOCK:  Objection to form.

11:57AM  8       A.    Projects have, kind of, updates,

11:57AM  9   conclusions.  And I look at the results of

11:57AM  10   experiments.

11:57AM  11       Q.    If I want to talk to the person at

11:57AM  12   DuckDuckGo who is most knowledgeable about

11:57AM  13   this particular experiment, who is that?

11:57AM  14       A.    I don't know about this particular

11:57AM  15   experiment.  I just don't know.

11:57AM  16       Q.    Have you ever seen any documents

11:57AM  17   relating to the experiment that you're

11:57AM  18   describing right now?

11:57AM  19       A.    Asana task.  We don't really have

11:57AM  20   documents.  We have these Asana write-ups.

11:57AM  21       Q.    What do you remember about seeing

11:57AM  22   an Asana task about this experience you

11:57AM  23   described?  Do you remember any words?  Do

11:57AM  24   you remember the title?  Date?

11:57AM  25       A.    I remember the results and people

216

G. WEINBERG

02:37PM   2   of developing the DuckDuckGo privacy browser

02:37PM   3   app?

02:37PM   4        A.    No.  We don't have any accounting

02:37PM   5   for stuff like that, that I'm aware of.

02:37PM   6        Q.    Do you recall approximately how

02:37PM   7   long it took to develop?

02:37PM   8        A.    So we had it -- we had it -- we

02:37PM   9   had rollout before 2018, they were just more

02:37PM  10   search focused.  And then we added -- we kind

02:37PM  11   of overhauled them all and, you know,

02:37PM  12   added -- made it the default browsers,

02:37PM  13   basically, and then added the additional

02:37PM  14   privacy components, track and login

02:37PM  15   encryption, fire button, privacy grid, etc.

02:37PM  16             So the original app I think

02:37PM  17   started in 2011, '12, '13, somewhere around

02:38PM  18   there.  So there was a long history up until

02:38PM  19   the point around 2016.  And then we add --

02:38PM  20   then we spent -- I'm not sure when it started

02:38PM  21   in earnest, but certainly over a year and a

02:38PM  22   half, doing the overhaul and adding all these

02:38PM  23   additional functionality for the launch in

02:38PM  24   early 2018.  So it's a little hard to

02:38PM  25   characterize, as a result as to, like, one

217

1                    G. WEINBERG

02:38PM  2    time period.

02:38PM  3         Q.    I've read, I believe, that the

02:38PM  4    DuckDuckGo privacy browser app is the second

02:38PM  5    most downloaded app from the Apple App Store

02:38PM  6    in the U.S.; is that right?

02:38PM  7              MR. SCHOCK:  Object to form.

02:38PM  8         A.    No.  In terms of browsing apps,

02:38PM  9    it's the -- or it has been, I haven't checked

02:38PM 10    in the last couple of days or anything, but

02:38PM 11    at different periods of that was, we were

02:38PM 12    talking about that, we're the second

02:38PM 13    downloaded browser.

02:38PM 14         Q.    Okay.  I see.

02:39PM 15         A.    Not all apps, yeah.

02:39PM 16         Q.    Is it the most downloaded browser

02:39PM 17    app from the Google Play Store, as far as you

02:39PM 18    know?

02:39PM 19         A.    We recently looked at this a

02:39PM 20    little bit in the last significant few weeks.

02:39PM 21    I think it still is in the U.S., but not --

02:39PM 22    it's kind of tied, for better word or in

02:39PM 23    other -- in a lot of other countries.

02:39PM 24         Q.    And which search engines are

02:39PM 25    available to users in the U.S. in the

218

1                         G. WEINBERG

02:39PM   2    DuckDuckGo privacy browser app?

02:39PM   3         A.    DuckDuckGo is built in.  You can

02:39PM   4    navigate to other search engines if you want.

02:39PM   5         Q.    Do you know why DuckDuckGo

02:39PM   6    designed the apps so that DuckDuckGo is the

02:39PM   7    only built-in search option?

02:39PM   8         A.    Yes.  Because it's an all-in-one

02:39PM   9    privacy solution and we believe search

02:39PM  10    privacy is central to getting the benefits of

02:39PM  11    the app.  So it's the only search engine we

02:40PM  12    know of that has those privacy guarantees.

02:40PM  13         Q.    Has DuckDuckGo ever considered

02:40PM  14    adding another search engine as a built-in

02:40PM  15    option to DuckDuckGo privacy browser app?

02:40PM  16         A.    Not that I recall in any kind of

02:40PM  17    serious way.

02:40PM  18         Q.    Do you recall any consideration of

02:40PM  19    that at all, even if it wasn't in a serious

02:40PM  20    way?

02:40PM  21         A.    I don't.  But I wouldn't be --

02:40PM  22    like, people come up with ideas all the time,

02:40PM  23    so I wouldn't be surprised if someone

02:40PM  24    suggested it at some point.

02:40PM  25         Q.    Do you know if DuckDuckGo has ever

UNITED STATES vs                                    Gabriel Weinberg
GOOGLE LLC          ██████████████                   March 23, 2022

219

1              G. WEINBERG

02:40PM  2   discussed with ██████ whether it would be

02:40PM  3   willing to preinstall the DuckDuckGo browser

02:40PM  4   app on any █████ devices?

02:40PM  5        A.    I don't recall discussing

02:41PM  6   preinstalls with ██████ . ██████████████

02:41PM  7   ████████████████████████

02:41PM  8   ██████████████████████████

02:41PM  9   █████████████  ██████████████████

02:41PM 10   ████████████████████████

02:41PM 11   ██████████  ██████████████████

02:41PM 12   ████████

02:41PM 13        Q.    Do you know if DuckDuckGo has ever

02:41PM 14   discussed with ██████ whether it would be

02:41PM 15   willing to preinstall the DuckDuckGo browser

02:41PM 16   app on any devices distributed by █████?

02:41PM 17        A.    I don't recall █████ specifically,

02:41PM 18   no.  I think no.

02:41PM 19        Q.    Do you know whether DuckDuckGo has

02:41PM 20   ever discussed with ████████ whether it would

02:41PM 21   be willing to preinstall the DuckDuckGo

02:41PM 22   browser app on any devices distributed by

02:41PM 23   ████████?

02:41PM 24        A.    I do recall Steve Fischer

02:41PM 25   mentioning to me, I think, like, two days

UNITED STATES vs
GOOGLE LLC

Gabriel Weinberg
March 23, 2022

220

1          G. WEINBERG

02:41PM 2    ago, that ████████ had reached out to us

02:42PM 3    asking about that and wanting to talk about

02:42PM 4    it.

02:42PM 5         Q.   What else can you say about that

02:42PM 6    conversation you just had two days ago?

02:42PM 7              MR. WICK:  Object to the form.

02:42PM 8         A.   He said that he -- I'm not on any

02:42PM 9    of the contacts, so I'm not exactly sure what

02:42PM 10   happened, but my recollection, what he said

02:42PM 11   was ████████ reached out, wanted to talk

02:42PM 12   about -- would be interested in preinstall of

02:42PM 13   some kind, and then backed out of it, but

02:42PM 14   they said that they thought they could do it,

02:42PM 15   independent of their Google relationship,

02:42PM 16   with some changes.  And then they backed out

02:42PM 17   of it.  And Steve's thought was that it was

02:42PM 18   related to the Google relationship, wanting

02:42PM 19   back out of their original discussion with

02:42PM 20   us.

02:42PM 21              And then they offered something

02:42PM 22   else, which is maybe they could show -- we

02:43PM 23   could buy ads in the Chrome browser.  I don't

02:43PM 24   know exactly how that would work, but

02:43PM 25   apparently he said that ████████ has some

UNITED STATES vs                                    Gabriel Weinberg
GOOGLE LLC                                           March 23, 2022

242

1            G. WEINBERG

03:07PM   2   example, when Google added us in Chrome as an

03:07PM   3   option, I don't think it had any effect of

03:08PM   4   increased queries very much, because people

03:08PM   5   don't go in and change the settings very

03:08PM   6   much, do that.  It's a little different in

03:08PM   7   iOS because it's the only way to do it.  You

03:08PM   8   can install our -- there's no extension to

03:08PM   9   install or anything like that to one-click

03:08PM   10  change it.

03:08PM   11           And so without being an option,

03:08PM   12  people couldn't -- literally couldn't use us

03:08PM   13  in Safari.  There was no way for us to direct

03:08PM   14  them, we had no extension.  So in that sense,

03:08PM   15  you could attribute all of those Safari

03:08PM   16  queries to the agreement, you know, and so we

03:08PM   17  definitely count up Safari queries, but that

03:08PM   18  wouldn't be the case for other browsers.

03:08PM   19       Q.    Do you know whether the agreement

03:08PM   20  with ▇▇▇ that we've marked Exhibits 15 and

03:08PM   21  16, do you know whether they've been

03:08PM   22  profitable or unprofitable from DuckDuckGo's

03:08PM   23  perspective?

03:08PM   24           MR. SCHOCK:  Objection; form.

03:08PM   25       A.    I would categorize them as, again,

243

G. WEINBERG

03:09PM  2   overall profitable.  Like the other times we

03:09PM  3   talked about this, they are not profitable in

03:09PM  4   certain countries.  Profitable in certain

03:09PM  5   countries like the U.S.

03:09PM  6       Q.   Okay.  Understood.



244

1          G. WEINBERG

03:10PM   2

03:10PM   3

03:10PM   4

03:10PM   5

03:10PM   6

03:10PM   7

03:10PM   8

03:10PM   9

03:11PM   10

03:11PM   11

03:11PM   12

03:11PM   13

03:11PM   14

03:11PM   15

03:11PM   16

03:11PM   17

03:11PM   18

03:11PM   19

03:11PM   20

03:11PM   21

03:11PM   22

03:11PM   23

03:11PM   24

03:11PM   25

UNITED STATES vs
GOOGLE LLC

Gabriel Weinberg
March 23, 2022

313

1          G. WEINBERG

05:03PM  2   

05:03PM  3

05:03PM  4

05:03PM  5

05:03PM  6

05:03PM  7

05:03PM  8

05:03PM  9

05:03PM  10

05:03PM  11

05:03PM  12

05:03PM  13

05:03PM  14

05:03PM  15

05:03PM  16      Q.    In terms of increasing

05:04PM  17  DuckDuckGo's query volume, how would you

05:04PM  18  compare the effectiveness of marketing as

05:04PM  19  compared to, for instance, becoming the

05:04PM  20  preinstalled default in a browser's private

05:04PM  21  mode?

05:04PM  22          MR. SAFTY:  Object to the form.

05:04PM  23      A.    I mean, the preinstalled default

05:04PM  24  is way more attractive -- effective on a,

05:04PM  25  kind of, per query basis than it would be the

314

1          G. WEINBERG

05:04PM  2   marketing.  In fact, like, besides brand

05:04PM  3   awareness, I don't think we've shown a great

05:04PM  4   detailed effect about how to increase volumes

05:04PM  5   a lot through direct marketing.

05:04PM  6       Q.    In terms of increasing

05:04PM  7   DuckDuckGo's query volume, how would you

05:04PM  8   compare the effectiveness of being listed as

05:04PM  9   an option in a browser search settings menu

05:04PM  10  versus being preinstalled as the default

05:05PM  11  search in a browser's private mode?

05:05PM  12      A.    Orders of magnitude higher to one.

05:05PM  13  Like the option is, as far as we can tell,

05:05PM  14  not very effective.  Like I mentioned, we had

05:05PM  15  added that as an option in Chrome.  We can

05:05PM  16  see in our numbers it didn't really move

05:05PM  17  much.  While we think that a default or

05:05PM  18  choice screen that was well implemented would

05:05PM  19  have a dramatic effect on our volumes.  And

05:05PM  20  so the -- it might be 100 to one, 1,000 to

05:05PM  21  one, something very high to one.

05:05PM  22      Q.    Have you ever heard a Google, sort

05:05PM  23  of, tag line, "competition is a click away"?

05:05PM  24      A.    Yes, I have.

05:05PM  25      Q.    What's your, sort of, reaction to

315

1                    G. WEINBERG

05:05PM  2   that or how would you respond to that notion?

05:05PM  3        A.    It's just not true, in our

05:06PM  4   opinion, for us.  In switching to DuckDuckGo,

05:06PM  5   it varies per platform, but on, you know, the

05:06PM  6   largest mobile platform, which is Android, we

05:06PM  7   have tried to quantify that and come up with

05:06PM  8   more like 15 clicks away to change all the

05:06PM  9   default options to our search engine from

05:06PM  10  Google.  And then, in fact, you can't even

05:06PM  11  change all of them.  There are search entry

05:06PM  12  points like the home assistant example that

05:06PM  13  you can't actually even change at all.

05:06PM  14       Q.    Is it your experience that some

05:06PM  15  users who would like to make DuckDuckGo the

05:06PM  16  default search on their browser are unable to

05:06PM  17  figure out how to do that?

05:06PM  18            MR. SAFTY:  Object to the form.

05:06PM  19       A.    Yes.  I think it gets also muddied

05:07PM  20  because people who want to switch to

05:07PM  21  DuckDuckGo would like to make a one-click

05:07PM  22  switch across their whole device.  And so

05:07PM  23  the -- and part of the issue of why it's so

05:07PM  24  difficult is there are multiple Search Access

05:07PM  25  Points in these different browsers, for

316

1               G. WEINBERG

05:07PM  2   instance.  So for Android, there is the

05:07PM  3   search and the default browser, which

05:07PM  4   sometimes we talk about in Chrome, which

05:07PM  5   already takes several clicks, but then

05:07PM  6   there's the widget, which is very important

05:07PM  7   on mobile, that is independent to switch.

05:07PM  8   And then there's, like, the Spotlight type of

05:07PM  9   screen, where you, kind of, swipe and have

05:07PM 10   another search box and another assistant.

05:07PM 11          And so to really switch, you need

05:07PM 12   to switch all these points or else you're

05:07PM 13   going to get sucked back in to the other

05:07PM 14   search engine.  And you're not really

05:07PM 15   effectively giving it a shot at that point.

05:07PM 16   You're not really switching.

05:07PM 17      Q.   Okay.  Let me switch topics a

05:07PM 18   little bit and ask you to follow up on a

05:07PM 19   discussion you had earlier with Mr. Safty

05:08PM 20   about scale.  And I want to make sure I was

05:08PM 21   following the conversation.

05:08PM 22          When you used the term "scale" in

05:08PM 23   the context of DuckDuckGo's business, is part

05:08PM 24   of what you mean click and query data?

05:08PM 25      A.   Yes.  I think that's one thing you

UNITED STATES vs
GOOGLE LLC

Gabriel Weinberg
March 23, 2022

317

1                          G. WEINBERG

05:08PM    2    get with higher scale.  So in general, what

05:08PM    3    I'm referring to with scale would be just

05:08PM    4    more people using DuckDuckGo.  And so that

05:08PM    5    should result in more installs, more clicks,

05:08PM    6    more queries.  And so certainly, higher click

05:08PM    7    and query data, but everything that comes

05:08PM    8    along with that and our ability to then run

05:08PM    9    more experiments quicker.

05:08PM   10         Q.    Okay.  And I think this came out,

05:08PM   11    but let me just ask you directly.

05:08PM   12              How does DuckDuckGo use click and

05:08PM   13    query data?

05:08PM   14         A.    So I think people say click and

05:08PM   15    query data and they mean different things

05:09PM   16    under that umbrella.  And so even just clicks

05:09PM   17    and queries are different.  So, you know, on

05:09PM   18    the click side, for example, like, we run a

05:09PM   19    lot of experiments.  We talked about how we

05:09PM   20    can't easily run retention experiments.  We

05:09PM   21    run a lot of experiments based on click

05:09PM   22    results.  So did more users click on this

05:09PM   23    versus that.  And so that's a direct result

05:09PM   24    of the click portion.

05:09PM   25              The query side is like, which

UNITED STATES vs                                      Gabriel Weinberg
GOOGLE LLC                                            March 23, 2022

318

1                      G. WEINBERG

05:09PM  2  queries does that apply to.  And so maybe

05:09PM  3  we're saying all local queries for an

05:09PM  4  experiment.

05:09PM  5          So probably when I'm thinking

05:09PM  6  click and query data, I'm thinking of, like,

05:09PM  7  what did the user click on on a subset of

05:09PM  8  queries.  And so that's a primary endpoint

05:09PM  9  for a lot of our experiments.

05:09PM  10     Q.    That would include, you were

05:09PM  11  talking to Mr. Safty about whole page

05:10PM  12  engagement metrics and unit engagement

05:10PM  13  metrics.  Are those examples of things you

05:10PM  14  would use in click and query data the way you

05:10PM  15  described it, I guess the clicks part, in

05:10PM  16  order to measure for a particular change --

05:10PM  17  those would be ways you would measure a

05:10PM  18  particular change?

05:10PM  19          MR. SAFTY:  Object to form.

05:10PM  20     A.    Yes.  Yeah.  I think the -- I

05:10PM  21  guess what I'm saying is, like, the devil's

05:10PM  22  in the details in terms of what you call

05:10PM  23  click and query data.  But if you call it all

05:10PM  24  the data associated with clicks and queries,

05:10PM  25  then, yes, our experiments are basically

319

|  |  |  |
|---|---|---|
| | 1 | G. WEINBERG |
| 05:10PM | 2 | based off of that data.  Yes. |
| 05:10PM | 3 | Q.   Okay.  And, yeah, you talked with |
| 05:10PM | 4 | Mr. Safty about experiments you run to test |
| 05:10PM | 5 | changes to the search product. |
| 05:10PM | 6 | You recall those -- that |
| 05:10PM | 7 | conversation? |
| 05:10PM | 8 | A.   Yes. |
| 05:10PM | 9 | Q.   And I think you had identified for |
| 05:11PM | 10 | him one type of test as being AB tests.  Can |
| 05:11PM | 11 | you describe what those are? |
| 05:11PM | 12 | A.   Yes.  Most generally, you know, |
| 05:11PM | 13 | we'll offer different versions of the search |
| 05:11PM | 14 | engine and see what gets engaged with the |
| 05:11PM | 15 | most.  And so when there's two variations, |
| 05:11PM | 16 | that's often called an A versus B.  It could |
| 05:11PM | 17 | be A, B, C, D, E, you know, like, four |
| 05:11PM | 18 | variations, but that's a common type of |
| 05:11PM | 19 | experiment, where you have multiple types of |
| 05:11PM | 20 | the algorithm or something else you're |
| 05:11PM | 21 | changing on the page and seeing which one is |
| 05:11PM | 22 | engaged with the most in a statistically |
| 05:11PM | 23 | significant way. |
| 05:11PM | 24 | Q.   Okay.  And I think you said that |
| 05:11PM | 25 | that's an example, but there are other types |

UNITED STATES vs                                             Gabriel Weinberg
GOOGLE LLC                                                   March 23, 2022

322

1                    G. WEINBERG

05:14PM   2          MR. SAFTY:  Object to the form.

05:14PM   3      A.    Yes, definitely.

05:14PM   4      Q.    And would you expect that

05:14PM   5  conducting more experiments would allow

05:14PM   6  DuckDuckGo to further improve the search

05:14PM   7  product?

05:14PM   8          MR. SAFTY:  Object to the form.

05:14PM   9      A.    Yes.  It's really -- the

05:14PM  10  distinction it's not just more.  Like the

05:14PM  11  experiments we are also running today could

05:14PM  12  be more effective in terms of being able to

05:14PM  13  detect smaller things with better endpoints,

05:14PM  14  so like retention as an example.

05:14PM  15      Q.    Okay.

05:14PM  16      A.    Same amount -- even if we ran the

05:14PM  17  same experiments we're running today with

05:14PM  18  higher scale, but could detect retention

05:14PM  19  effects, we would do -- we would make --

05:15PM  20  improve the product faster.

05:15PM  21      Q.    Would you expect that more scale

05:15PM  22  and the ability to conduct more experiments

05:15PM  23  over the same period of time would allow

05:15PM  24  DuckDuckGo to improve the search product more

05:15PM  25  quickly?

UNITED STATES vs
GOOGLE LLC

Gabriel Weinberg
March 23, 2022

323

1          G. WEINBERG

05:15PM   2          MR. SAFTY:  Object to the form.

05:15PM   3       A.    Yes.

05:15PM   4       Q.    Would gaining additional scale

05:15PM   5   help DuckDuckGo improve the monetization of

05:15PM   6   the advertising shown on your search results

05:15PM   7   pages?

05:15PM   8          MR. SAFTY:  Object to the form.

05:15PM   9       A.    Yes, I believe so.

05:15PM  10       Q.    And why do you say that?

05:15PM  11       A.    I think a couple of reasons which

05:15PM  12   relate to the reasons why we think the RPM is

05:15PM  13   lower from earlier.  One is the more volume

05:15PM  14   we have in the marketplace, you think more

05:15PM  15   advertisers will be attracted to the

05:15PM  16   marketplace in general and that will increase

05:15PM  17   the RPM.

05:16PM  18          In addition, the more advertisers

05:16PM  19   that want to advertise on DuckDuckGo

05:16PM  20   directly, I think the more, kind of, leverage

05:16PM  21   we have in our syndication agreements to

05:16PM  22   increase our position in those agreements,

05:16PM  23   like get better advertisements, maybe get out

05:16PM  24   of the syndication bucket that we're in.

05:16PM  25   That kind of thing.

324

1                    G. WEINBERG

05:16PM   2        Q.    Let me ask you about some

05:16PM   3   innovations DuckDuckGo has made in search.

05:16PM   4   You talked about this with Mr. Safty a little

05:16PM   5   bit.  But, I mean, could you describe, you

05:16PM   6   know, recently some of the ways DuckDuckGo

05:16PM   7   has innovated in search that come to mind for

05:16PM   8   you?

05:16PM   9             MR. SAFTY:  Object to the form.

05:16PM  10        A.    I mean, so, broadly, just to take

05:16PM  11   a step back, you know, I started the company

05:16PM  12   around search innovation, but, you know,

05:16PM  13   ultimately decided, after trying different

05:17PM  14   innovations and seeing what happened, a

05:17PM  15   better -- an opportunity cost strategy would

05:17PM  16   be to work on privacy features and improve

05:17PM  17   the quality of the search to the extent

05:17PM  18   people are having issues with it, but not

05:17PM  19   focus a lot on innovations that would be

05:17PM  20   easily copyable, because we don't have as

05:17PM  21   much defensibility and our ability to attract

05:17PM  22   users and monetize.

05:17PM  23             So, recently, we just tried to

05:17PM  24   make the search engine better.  My guess is

05:17PM  25   there are different little innovations in

UNITED STATES vs                                         Gabriel Weinberg
GOOGLE LLC                                               March 23, 2022

327

1                        G. WEINBERG

05:20PM  2   search innovation in that you can get precise

05:20PM  3   local results without actually sending the

05:20PM  4   precise location to us, so it uses the

05:20PM  5   location from your browser or device, changes

05:20PM  6   it a bit on the client side, sends the

05:20PM  7   changed version to us, so we can give you

05:20PM  8   back results.  We throw away, the location

05:20PM  9   history.  And then you get more precise local

05:20PM  10  results on your search results page.

05:20PM  11       Q.    When you were negotiating your

05:20PM  12  most recent ███████████████████████████

05:20PM  13  ████████████████████████████████████

05:20PM  14  ████████████████████████████████

05:20PM  15  ████████████████████

05:21PM  16  ██████████████████████████████████████

05:21PM  17  ████████████████████████████████████

05:21PM  18  ██████████████████████████████████████

05:21PM  19  ██████████████████████████████

05:21PM  20  ██████████████████████████████████

05:21PM  21  ████████████████████████████████

05:21PM  22  ████████████████████████████████

05:21PM  23  ████████████████████████████████

05:21PM  24  ████████████████████████████████

05:21PM  25       Q.    Okay.  Are you aware of whether

UNITED STATES vs                                    Gabriel Weinberg
GOOGLE LLC                                          March 23, 2022

328

1              G. WEINBERG

05:21PM  2  

05:21PM  3

05:21PM  4

05:21PM  5

05:21PM  6

05:21PM  7

05:21PM  8

05:21PM  9

05:22PM  10

05:22PM  11

05:22PM  12

05:22PM  13

05:22PM  14

05:22PM  15

05:22PM  16

05:22PM  17       Q.    Would gaining additional scale

05:22PM  18  help DuckDuckGo bring more search innovation

05:22PM  19  to your users?

05:22PM  20            MR. SAFTY:  Object to the form.

05:22PM  21       A.    Yes, I believe so.  I mean, to the

05:22PM  22  extent that we're continuing to innovate with

05:22PM  23  just our existing projects and making search

05:22PM  24  better, we would be -- as we discussed, we'd

05:22PM  25  be doing more experiments, better

UNITED STATES vs                                           Gabriel Weinberg
GOOGLE LLC                                                 March 23, 2022

329

1                         G. WEINBERG

05:22PM   2    experiments, be able to detect smaller

05:22PM   3    effects, and so that would generally

05:22PM   4    correlated with more search innovation.

05:22PM   5         Q.    Would gaining additional scale

05:23PM   6    help DuckDuckGo innovate in the offerings

05:23PM   7    you -- excuse me.  Strike that.

05:23PM   8              Would gaining additional scale

05:23PM   9    help DuckDuckGo innovate in its offerings to

05:23PM   10   advertisers?

05:23PM   11             MR. SAFTY:  Object to the form.

05:23PM   12        A.    I think so.  I mean, we are

05:23PM   13   continually working with ████████ to, kind

05:23PM   14   of, develop better private search ad

05:23PM   15   technology.  ████████████████████████

05:23PM   16   ████████████████████████████████

05:23PM   17   ██████████████████████████████

05:23PM   18   ████████████████████████████████

05:23PM   19   ████████████████████████████████

05:23PM   20   ██████████████████

05:23PM   21   ████████████████████████████████

05:23PM   22   ██████████████████████████████

05:23PM   23   ██████████████████████████████████

05:23PM   24   ██████████████████████████████████

05:23PM   25   ████████████████████████████

UNITED STATES vs
GOOGLE LLC

Gabriel Weinberg
March 23, 2022

330

1                     G. WEINBERG

05:24PM   2   ████████████████████████████████

05:24PM   3   ██████████████████████████████████████████

05:24PM   4   ██████████████████████████████████████████

05:24PM   5        Q.    Are you looking to continue

05:24PM   6   growing DuckDuckGo?

05:24PM   7             MR. SAFTY:  Object to the form.

05:24PM   8        A.    Yes.  I mean, our -- my goal and

05:24PM   9   our goal is not just growth for the sake of

05:24PM   10  growth.  It's to enable users who want to

05:24PM   11  choose privacy or want more -- want to be

05:24PM   12  more private online to be able to do so

05:24PM   13  easily.  I believe that the percentage of

05:24PM   14  people who want to do that is very high.  And

05:24PM   15  so that should equate to much more usage of

05:24PM   16  our product over time and would be higher

05:24PM   17  today if it was easier.  And so our goal is

05:24PM   18  to meet that demand, not to necessarily grow

05:25PM   19  beyond that demand, but to meet that demand.

05:25PM   20       Q.    And where does your belief that

05:25PM   21  there are users out there who want to be more

05:25PM   22  private online, that that percentage is very

05:25PM   23  high, where does that come from?

05:25PM   24       A.    It comes primarily from the survey

05:25PM   25  work we continue to do, like the monthly

349

| | 1 | G. WEINBERG |
|---|---|---|

05:59PM   2   even in the same, kind of, conceptual space.

05:59PM   3        Q.    So search quality could be one

05:59PM   4   reason why people stop using a product or

05:59PM   5   start using a product, but there could also

05:59PM   6   be other reasons.  Is that what you're

05:59PM   7   saying?

05:59PM   8             MR. BLAISDELL:  Objection;

05:59PM   9        mischaracterizes.

05:59PM   10        A.    For a search engine and use of a

05:59PM   11   search engine, search quality or perceived

05:59PM   12   search quality, yeah, could be a reason to

05:59PM   13   change the frequency of use of that search

05:59PM   14   engine.

05:59PM   15        Q.    Are there any ways in which you

05:59PM   16   believe that additional scale in the form of

06:00PM   17   more data for more queries performed on

06:00PM   18   DuckDuckGo would improve DuckDuckGo's search

06:00PM   19   quality?

06:00PM   20        A.    Yes.  I believe generally the

06:00PM   21   experiments on features that we do, if they

06:00PM   22   are successful and we roll out those

06:00PM   23   features, over time contribute to increased

06:00PM   24   search quality and increased retention.  But

06:00PM   25   we can't -- there is no -- that's a general

UNITED STATES vs
GOOGLE LLC

Gabriel Weinberg
March 23, 2022

350

1                    G. WEINBERG

06:00PM   2    concept of search quality.  There is no

06:00PM   3    direct measurement we have for search quality

06:00PM   4    overall.

06:00PM   5        Q.    Would -- strike that.

06:01PM   6             Are there ways in which you

06:01PM   7    believe that additional scale, in the form of

06:01PM   8    more data for more queries performed on

06:01PM   9    DuckDuckGo, would improve DuckDuckGo's

06:01PM   10   ranking of search results?

06:01PM   11            MR. SCHOCK:  Object to form.

06:01PM   12       A.    Yes.  I mean, so we -- we have

06:01PM   13   different algorithms that directly use click

06:01PM   14   and query type of data.  And so the more data

06:01PM   15   that is going through them, the improvement

06:01PM   16   those algorithms would have.

06:01PM   17       Q.    Can you tell me specifically which

06:01PM   18   algorithms you're referring to DuckDuckGo

06:01PM   19   believes -- that you believe would improve in

06:01PM   20   the presence of additional user data from

06:01PM   21   additional queries performed on DuckDuckGo?

06:02PM   22            MR. WICK:  Object to the form.

06:02PM   23       A.    Sure.  There is a variety of

06:02PM   24   things.  One that's coming to mind

06:02PM   25   specifically is local trigger rate.  So you

351

G. WEINBERG

06:02PM 2  gave the example earlier of the plumbing --

06:02PM 3  the local plumbers in Philadelphia.  That one

06:02PM 4  is relatively trivial, that maybe you

06:02PM 5  shouldn't put up a map on, but they're -- the

06:02PM 6  edge of that of, like, where -- when you

06:02PM 7  should put up a map result and where on the

06:02PM 8  page you should put the map result.  One of

06:02PM 9  the inputs we use for that is click and query

06:02PM 10  data related to our previous showing of where

06:02PM 11  those local -- putting up local results.  And

06:02PM 12  so the more queries we have on that, the

06:02PM 13  better we can improve the -- kind of, the

06:02PM 14  ranking of where to display that content on

06:02PM 15  the page.

06:02PM 16      Q.   Up to the present, do you believe

06:03PM 17  that the increased number of queries

06:03PM 18  performed on DuckDuckGo over time has

06:03PM 19  contributed to improvements in local

06:03PM 20  triggering that you described?

06:03PM 21      A.   Yes, I do.

06:03PM 22      Q.   And do you believe there are any

06:03PM 23  other factors or investments or innovations

06:03PM 24  that have contributed to the improvements in

06:03PM 25  local triggering over time in DuckDuckGo?

UNITED STATES vs                                        Gabriel Weinberg
GOOGLE LLC                                              March 23, 2022

352

1                    G. WEINBERG

06:03PM    2        A.    Yes.   There are probably several.

06:03PM    3   Local triggering in particular involves our

06:03PM    4   own index of, kind of, local places and

06:03PM    5   results.   So that comes into the fact of,

06:03PM    6   like, do we detect that in the query, that it

06:03PM    7   exists.   Then there's the relationship we

06:03PM    8   have with Apple MapKit.   They have, kind of,

06:03PM    9   a geo coder that helps determine, kind of,

06:04PM   10   the right -- is this something that's

06:04PM   11   relative to a place that we give them.

06:04PM   12             And our relationship, in both

06:04PM   13   using them and also helping them improve

06:04PM   14   their own geo program with our data, has

06:04PM   15   helped improve that over time.   So it's not

06:04PM   16   the only thing.   There are a bunch of inputs

06:04PM   17   that help us improve the triggering bubble.

06:04PM   18        Q.    You gave an estimate in response

06:04PM   19   to Mr. Blaisdell's question about the number

06:04PM   20   of experiments of the A versus B or A versus

06:04PM   21   B versus C variety that DuckDuckGo has

06:04PM   22   performed over a given period of time.

06:04PM   23             Do you recall that?

06:04PM   24        A.    Yes.

06:04PM   25        Q.    Are there any experiments that you

<u>**ERRATA SHEET**</u>

| **Case Name:** | <u>United States v. Google LLC,</u> No. 1:20-cv-03010-APM |
| --- | --- |
| | No. 1:20-cv-03715-APM |
| **Deponent:** | Gabriel Weinberg |
| **Deposition Date:** | March 23, 2022 |

| Page(s) | Line(s) | Now Reads | Should Read | Reason |
| --- | --- | --- | --- | --- |
| 12 | 25 | "some thing" | "something" | Transcription error |
| 27 | 10 | "2000" | "2020" | Transcription error |
| 31 | 6 | "then we" | "then he" | Transcription error |
| 32 | 22 | "2020" | "2020 round" | Transcription error |
| 37 | 2 | "for this" | "for these" | Transcription error |
| 43 | 12 | "Office shop" | "off-the-shelf" | Transcription error |
| 45 | 9 | "trying" | "sure how" | Transcription error |
| 52 | 20 | "search" | "scratch" | Transcription error |
| 54 | 14 | "that I thought I" | "that I thought" | Transcription error |
| 54 | 20 | "fee" | "feed" | Transcription error |
| 55 | 10 | ███████████ | █████ | Transcription error |
| 55 | 21 | "Verify" | "Verisign" | Transcription error |
| 55 | 21 | "and bunch" | "and a bunch" | Transcription error |
| 56 | 24 | "top ten" | "on top of the" | Transcription error |
| 61 | 25 | "that" | "but" | Transcription error |
| 62 | 20 | "founder for" | "deals directly with" | Transcription error |
| 62 | 25 | "advertisers the ads feeds" | "advertisers, the ad feeds" | Transcription error |
| 98 | 23 | "but not KnowledgeCraft or" | "the knowledge graph" | Transcription error |
| 98 | 24 | "to" | "doing that" | Transcription error |
| 99 | 5 | "top" | "top of" | Transcription error |
| 102 | 24 | "require.  So" | "require -- so" | Transcription error |
| 104 | 2 | "posts to a" | "posts to" | Transcription error |
| 104 | 11 | "like, internally to" | "like this internally to" | Transcription error |

| Page(s) | Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 111 | 14 | "value proposition and" | "value proposition" | Transcription error |
| 112 | 16 | "licensed on" | "licensing our" | Transcription error |
| 114 | 16 | "specific in" | "specific one" | Transcription error |
| 117 | 13 | "context" | "content" | Transcription error |
| 126 | 10 | "change over all" | "change to overall" | Transcription error |
| 127 | 17-18 | "statistically, significantly measure" | "statistically significantly measure" | Transcription error |
| 129 | 3 | "was unable" | "but were unable" | Transcription error |
| 134 | 13 | "mobile" | "the mobile" | Transcription error |
| 134 | 16 | "track" | "tracking" | Transcription error |
| 135 | 10 | "ability, like" | "ability is, like" | Transcription error |
| 136 | 13 | "edged" | "end" | Transcription error |
| 141 | 3 | "defects" | "detects" | Transcription error |
| 144 | 14 | "Methods good" | "It's as good" | Transcription error |
| 144 | 24 | "poll" | "pulse" | Transcription error |
| 145 | 7 | "so that could" | "so they could" | Transcription error |
| 145 | 8 | "it might use" | "they might use" | Transcription error |
| 148 | 25 | "sample size" | "sample bias" | Misstatement |
| 149 | 2 | "coming in that we" | "coming in then, it" | Transcription error |
| 149 | 3 | "of, news" | "of, be a news" | Transcription error |
| 153 | 2 | "our proxy" | "are proxy" | Transcription error |
| 155 | 9 | "have a sample" | "have sample" | Transcription error |
| 156 | 24 | "a priority" | "a priori" | Transcription error |
| 165 | 7 | "rest part" | "rest" | Transcription error |
| 176 | 4 | "high" | "ads" | Transcription error |
| 178 | 12 | "Bea" | "Beah" | Transcription error |
| 183 | 24 | "do" | "to do" | Transcription error |
| 184 | 4 | "or reason" | "reason" | Transcription error |
| 184 | 9 | "of reason" | "reason" | Transcription error |
| 185 | 2 | "users' data" | "user data" | Transcription error |

| Page(s) | Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 186 | 23 | "Zack" | "Zac" | Transcription error |
| 186 | 25 | "Zack" | "Zac" | Transcription error |
| 191 | 9 | "us to" | "to us" | Transcription error |
| 191 | 10-11 | "sacro (phonetic Florida)" | "StackOverflow" | Transcription error |
| 191 | 12 | "cite" | "site" | Transcription error |
| 191 | 17-18 | "as a result of" | "as of" | Transcription error |
| 194 | 25 | "Bing's" | "Bangs" | Transcription error |
| 199 | 11 | "instance where" | "instance, where" | Transcription error |
| 199 | 16 | "type of people" | "types of people" | Transcription error |
| 201 | 13 | "I find people's" | "I fight people's" | Transcription error |
| 201 | 21 | "have the search" | "have search" | Transcription error |
| 201 | 22 | "the bang" | "our !bangs" | Transcription error |
| 202 | 21 | "to save icons" | "the favicons" | Transcription error |
| 203 | 9 | "save icons" | "favicons" | Transcription error |
| 203 | 12-13 | "Save icons" | "Favicons" | Transcription error |
| 204 | 2 | "dif" | "diff" | Transcription error |
| 206 | 8 | "brand post" | "brand pulse" | Transcription error |
| 209 | 8 | "come" | "comes" | Transcription error |
| 211 | 15 | "the key" | "a key" | Transcription error |
| 211 | 19 | "protective" | "protected" | Transcription error |
| 212 | 18 | "choose this" | "and would choose this" | Transcription error |
| 216 | 9 | "had rollout" | "had rollouts" | Transcription error |
| 216 | 14 | "track and login" | "tracker blocking," | Transcription error |
| 216 | 15 | "grid" | "grade" | Transcription error |
| 216 | 22 | "these" | "this" | Transcription error |
| 216 | 23 | "functionality" | "functionalities" | Transcription error |
| 217 | 11 | "periods of that" | "periods that" | Transcription error |
| 217 | 13 | "downloaded" | "most downloaded" | Transcription error |
| 217 | 22-23 | "for better word or in" | "for lack of a better word or in" | Transcription error |

| Page(s) | Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 219 | 10 | ███ | ███ | Transcription error |
| 219 | 11 | ████ | ███ | Transcription error |
| 220 | 18 | "wanting" | "wanting to" | Transcription error |
| 221 | 2 | "preinstall to Chrome" | "preinstalled Chrome" | Transcription error |
| 221 | 23 | "afternoons" | "afternoon" | Transcription error |
| 224 | 6 | "he" | "you" | Transcription error |
| 225 | 15 | "telecom" | "telecoms" | Transcription error |
| 226 | 23 | "contact" | "context" | Transcription error |
| 227 | 7 | "bubbles" | "bubbled" | Transcription error |
| 228 | 18 | "pay them" | "say there" | Transcription error |
| 230 | 16 | "I say" | "I'd say" | Transcription error |
| 237 | 10 | "strong" | "thrust" | Transcription error |
| 237 | 12 | "were" | "weren't" | Transcription error |
| 242 | 3 | "any effect" | "an effect" | Transcription error |
| 242 | 6 | "do that" | "to that" | Transcription error |
| 242 | 8 | "can install" | "can't install" | Transcription error |
| 243 | 15 | ████ | ████ | Transcription error |
| 244 | 21 | ████ | ███ | Transcription error |
| 246 | 2 | ████ | ███ | Transcription error |
| 249 | 7 | "a" | "our" | Transcription error |
| 251 | 25 | "like look" | "look like" | Transcription error |
| 254 | 16 | ████ | ███ | Transcription error |
| 255 | 22 | ███ | ████ | Transcription error |
| 259 | 7 | "the term" | "the terms" | Transcription error |
| 259 | 17 | ████ | ████ | Transcription error |
| 260 | 24 | ████ | █████ | Transcription error |
| 261 | 2 | "savicons" | "favicons" | Transcription error |
| 261 | 9 | "potentially recommending" | "potentially recommend" | Transcription error |
| 265 | 25 | "pitched this" | "pitched this as" | Transcription error |

| Page(s) | Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 268 | 13 | "somewhat" | "some of it" | Transcription error |
| 269 | 5 | "cut conversation" | "cut a conversation" | Transcription error |
| 269 | 15 | "difference way" | "different way" | Transcription error |
| 274 | 23 | "basically, everywhere" | "basically everywhere," | Transcription error |
| 275 | 2 | "Googling contracts" | "Google contracts" | Transcription error |
| 275 | 24 | "relationship" | "relationships" | Transcription error |
| 279 | 20 | "like, would" | "like, what would" | Transcription error |
| 283 | 18 | "referencing U.S." | "referencing on U.S." | Transcription error |
| 285 | 20 | "less" | "lower" | Transcription error |
| 286 | 11 | ███████████ | ██████████ | Transcription error |
| 288 | 7 | "randomly" | "not randomly" | Transcription error |
| 290 | 22 | "Watching.com" | "Blockchain.com" | Transcription error |
| 295 | 2 | "curating" | "slotting" | Transcription error |
| 295 | 21 | "of the DuckDuckGo's" | "of DuckDuckGo's" | Transcription error |
| 296 | 20 | "homepage" | "search page" | Transcription error |
| 300 | 8 | "not" | "that" | Transcription error |
| 300 | 9 | "just suggested" | "not just suggested" | Transcription error |
| 301 | 17 | "us in partners" | "us and partners" | Transcription error |
| 307 | 4 | "less interest" | "lessened interest" | Transcription error |
| 316 | 3 | "and the" | "in the" | Transcription error |
| 319 | 17 | "D, E" | "D," | Transcription error |
| 321 | 13 | "anybody" | "everybody" | Transcription error |
| 322 | 10 | "it's not" | "is not" | Transcription error |
| 325 | 4 | "improve the user" | "improve the user experience" | Transcription error |
| 325 | 10 | ██████ | ██████ | Transcription error |
| 325 | 24-25 | "type in explanation" | "type an exclamation" | Transcription error |
| 326 | 16 | "view.com" | "you.com" | Transcription error |
| 327 | 8 | ████████ | ████████ | Transcription error |
| 329 | 4 | ██████ | ██████ | Transcription error |

| Page(s) | Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 332 | 5 | "level" | "bubble" | Transcription error |
| 332 | 11 | "ore" | "more" | Typographical error |
| 333 | 17 | "will do" | "will go" | Transcription error |
| 333 | 20 | "very limiting" | "very much limiting" | Transcription error |
| 334 | 12 | "used complicated" | "used to complicated" | Transcription error |
| 336 | 7 | "think was" | "think that was" | Transcription error |
| 337 | 7 | "a" | "us as a" | Transcription error |
| 337 | 8 | "I was also" | "It was also" | Transcription error |
| 337 | 15 | "of" | "of the" | Transcription error |
| 340 | 22 | "give to" | "give it to" | Transcription error |
| 346 | 2 | "same time level" | "same time and level" | Transcription error |
| 347 | 20 | "capsulates" | "encapsulates" | Transcription error |
| 350 | 15 | "the improvement" | "the more improvement" | Transcription error |
| 352 | 9 | "geo coder" | "geocoder" | Typographical error |
| 353 | 11 | "some" | "for" | Transcription error |
| 354 | 10 | "we go" | "we could" | Transcription error |
| 354 | 11 | "or I" | "or" | Typographical error |
| 355 | 7 | "query" | "click" | Transcription error |
| 359 | 23 | "people interests" | "people interested" | Transcription error |
| 368 | 13 | "researching" | "research" | Transcription error |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 2, 2022.



Gabriel Weinberg