# Pls. Ex. 175

# FILED UNDER SEAL
## NO PUBLIC VERSION

CONTAINS INFORMATION DESIGNATED

HIGHLY CONFIDENTIAL