# Pls. Ex. 180

**Subject:** Re: Inconsistent G Bookmark
**From:** "Della Huff" <​ ​>
**Received(Date):** Fri, 14 Dec 2018 02:10:46 +0000
**To:** "Brian Croll" <​ ​>
**Date:** Fri, 14 Dec 2018 02:10:46 +0000

Hi Brian,

Safari engineering took a look at this issue and has a theory as to why these devices do not display the current complete set of default bookmarks in Safari (which definitely includes Google on both iOS and macOS).

Favorite bookmarks in Safari are tied to a user's iCloud account. If a user purchases a new iPhone or Mac and configures it with their iCloud account, the default bookmarks will be replaced by those associated with the account. It appears that these devices are displaying Safari bookmarks that have been synced to iCloud from a previous device. Apple, Disney, ESPN, and Yahoo were the default set of bookmarks until 2014, when Google and others were added in iOS 8. In the case of the devices showing those four bookmarks, it's likely that the iCloud account was established prior to iOS 8.

Best,

Della

On Dec 13, 2018, at 11:12 AM, Brian Croll <​ ​> wrote:

> Begin forwarded message:
>
> **From:** Joan Braddi <​@google.com​>
> **Subject: Inconsistent G Bookmark**
> **Date:** December 10, 2018 at 2:32:22 PM PST
> **To:** Peter Stern <​ ​>, Brian Croll <​ ​>
> **Cc:** Kevan Parekh <​ ​>, Alex Roman <​ ​>
>
> Peter and Brian:
> Per the discussion last week with Eddy regarding the inconsistencies found in the placement of the Google bookmark on Safari, attached are some screenshots. The screenshots we were able to capture: iOS11 iPhone (purchased new Aug 2018); iPhone iOS12 updated phones; 1 new MacBook (purchased new Nov 25, 2018). All of the examples are missing the G Bookmark, however, there are phones and macbook we found that do include - looks to be some sort of inconsistency in the placement.
>
> Please let us know what you find.

Thanks
Joan

--

This email and the information it contains are confidential and may be privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person.

The above communication may include discussions or proposals of a potential business arrangement, and if so, are provided solely as a basis for further discussion, and should not be intended to and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.

<iOS%2FMac Missing Google Bookmarks (12%2F4%2F2018).pdf>

APLGOOGDOJ-00003590