# Pls. Ex. 181

**Subject:** Re: Inconsistent G Bookmark
**From:** "Joan Braddi" <███@google.com>
**Received(Date):** Thu, 13 Dec 2018 05:22:47 +0000
**To:** "Peter Stern" <███@apple.com>
**Cc:** "Brian Croll" <███@apple.com>,"Kevan Parekh" <███@apple.com>,"Alex Roman" <███@apple.com>
**Date:** Thu, 13 Dec 2018 05:22:47 +0000

My daughter does have Apple devices but she does not use Safari (she uses chrome) and therefore has never modified Safari bookmark, which I confirmed with her again.

On Wed, Dec 12, 2018, 9:14 PM Peter Stern <███@apple.com wrote:

Joan, did your daughter have an Apple device or Apple ID before getting her MacBook? If she owned any Apple device previously, can you please check what her bookmarks are on that device?

The Product Manager one is more of a conundrum. This was his first Apple device?

[redacted]

Thanks,

Peter

On Dec 12, 2018, at 8:24 PM, Joan Braddi <███@google.com> wrote:

Hi Peter
For each of the examples, the owners had not changed or added bookmarks. The macbook was purchased at the Apple store on Nov 25 for my daughter's birthday. The screenshot was taken on boot-up the next day. The iOS11 iPhone was purchased by our Product Mgr in Aug in prep for our meeting later that month. He thought it was odd there was no G bookmark (which is why he took the screenshot back in Aug) and he did not previously own an iPhone. We agree it is intermittent as we found other devices where the G bookmark is present. [redacted]

Let us know if you wish to have access to these devices or how we can help troubleshoot.

Thanks
Joan

On Wed, Dec 12, 2018 at 5:13 PM Peter Stern <███@apple.com> wrote:

Joan, thanks for your note. We have been unable to replicate this, and we have confirmed our

policy that Google is a default bookmark in both macOS and iOS. Is this something you can reproduce? Are there any conditions that seem to drive this? Please keep in mind that when existing customers enter their Apple account information on a new device, then the default bookmarks are replaced by others reflecting their favorites or history.
Best,
Peter

On Dec 10, 2018, at 2:32 PM, Joan Braddi <█████@google.com> wrote:

Peter and Brian:
Per the discussion last week with Eddy regarding the inconsistencies found in the placement of the Google bookmark on Safari, attached are some screenshots. ███████████████████

███████ The screenshots we were able to capture: iOS11 iPhone (purchased new Aug 2018); iPhone iOS12 updated phones; 1 new MacBook (purchased new Nov 25, 2018). All of the examples are missing the G Bookmark, however, there are phones and macbook we found that do include - looks to be some sort of inconsistency in the placement.

Please let us know what you find.

Thanks
Joan

--
This email and the information it contains are confidential and may be privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person.
The above communication may include discussions or proposals of a potential business arrangement, and if so, are provided solely as a basis for further discussion, and should not be intended to and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.

<iOS%2FMac Missing Google Bookmarks (12%2F4%2F2018).pdf>

--
This email and the information it contains are confidential and may be privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person.
The above communication may include discussions or proposals of a potential business arrangement, and if so, are provided solely as a basis for further discussion, and should not be intended to and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.