# Pls. Ex. 182

moz://a

# Protecting the Open Web: Threats to Browser Competition

December 18, 2019

MOZ-002390



### Netscape (1998)

In historical move, the internal "Mozilla" project open sources the code to Netscape Navigator

### Mozilla Foundation (2003)

Mozilla team leaves Netscape and incorporates 501(c)(3)nonprofit to ensure internet remains open and accessible to all individuals and communities

### Mozilla Corporation (2005)

Creation of wholly-owned subsidiary to focus on technology and business development.



2

MOZ-002391

# Mozilla: Advancing the Open Web

Mozilla's mission-driven business model and philosophy serve as a disruptive force enhancing competition, choice and innovation

Consumers benefit from Mozilla's consumer-focused products and industry driving privacy features like Enhanced Tracking Protection ("ETP") and Firefox Monitor.

 Firefox

3

MOZ-002392

# Giving Consumers an Open Web

Web browsers are the primary means for people to access the web to search, shop, work, watch video, game, and beyond

Web browsers are premised on global internet standards to maximize interoperability, lower costs, and increase stakeholders in the development and maintenance of the internet

Web browsers enable access to foundational knowledge, communication, democracy, and civic discourse around the globe

 Firefox

4

MOZ-002393

# Firefox Browser

Firefox connects millions of users to the internet with safety and convenience

The Firefox product line includes many privacy services:

 **Firefox** Monitor
Determines whether an email has been part of a security breach

 **Firefox** Lockwise
Secure password generator and manager

 **Firefox** Send
Encrypted file sharing system that automatically deletes files

 **Firefox** Skyway
VPN and network security for travelers

 Firefox



MOZ-002394

# Building Tomorrow's Open Web



## Common Voice



 Firefox

MOZ-002395

# A Meaningful Option for Privacy Conscious Users

1 **No Surprises**

Use and share information in a way that is transparent and benefits the user.

2 **User Control**

Develop products and advocate for the best practices that put users in control of their data and online experiences.

3 **Limited Data**

Collect what we need, de-identify where we can and delete when no longer necessary.

 Firefox

7

MOZ-002396

# Consumer Choice is Paramount



**Default Search Engine**

Choose the default search engine to use in the address bar and search bar.

Mozilla is not captive to vertically integrated search services

Firefox offers a choice of search engines that's easy to change

The potential for default placement is an important opportunity for new or alternative search options


Firefox

MOZ-002397

# Revenue Reinvestment For Good

### Influencing The Industry on Privacy

---

**Firefox** Enhanced Tracking Protection

 **Firefox** Monitor

**Firefox** Facebook Container System

### Driving Internet Technology Standards

---

**Rust** programming language

**Let's Encrypt**

**AV1** Video Codecs

### Funding Mozilla Web Activities

---

Mozilla Fellowships

**Mozilla** Labs

 Firefox

MOZ-002398



# Overview of Browser Market

MOZ-002399

# U.S. Browser Makers

| **Vertically Integrated** | **Not Vertically Integrated** |
|---|---|
|  Chrome |  |
|  Safari |  |
|  |  |



MOZ-002400

# Market Share on Desktop Computers



 Firefox

MOZ-002401

# Market Share on Smart Devices



 Firefox

13

MOZ-002402

# Browser Distribution Channels

### Preloaded OS Bundle



Preloading conditions placed on OEMs by MSFT and Google.

### Enterprise IT Download



Enterprises incentivized to down-load browsers with compatible services by MSFT and Google.

### App Store Download





### Web Download



Blocked by MSFT, Apple, Google and Amazon on many devices.

 Firefox

14

MOZ-002403











Harmful Impact
of Vertical
Integration

19

MOZ-002408

# Access to the Web is Increasingly Constrained

Previously, all you needed to access the web was an OS and a browser

Today, you also need OS permission and an App Store to leave the walled garden



 Firefox

20

MOZ-002409

# Browser ≠ Search Engine

MOZ-002410

# Diminishing Competition in Key Browser Components

### Browser Engine
The technology for browsers to function

Google — Blink

Apple — Webkit

Mozilla — Gecko

~~Microsoft — Trident~~

~~Opera — Presto~~

### Search Services
The technology to find things on the web

Google — Search

Microsoft — Bing

DuckDuckGo — Search

Verizon — Yahoo

### DRM/CDM Services
The technology to protect and play video in browsers

Google — Widevine

Apple — FairPlay

Microsoft — PlayReady

~~Adobe — Primetime~~

 Firefox

22

MOZ-002411

# Vertically Integrated Browser Engines

**Apple App Store Review Guidelines require WebKit**

***2.5.6*** *Apps that browse the web must use the appropriate WebKit framework and WebKit Javascript.*

**Microsoft Windows Store Policy requires Blink**

***10.2.1*** *Apps that browse the web must use the appropriate HTML and JavaScript engines provided by the Windows Platform*

 Firefox

23

MOZ-002412

# Browser Exclusion in Cross-Device Search





# Concentrated DRM/CDM Options for Browsers to Enable Video Streaming

NETFLIX        amazon Prime        

 Firefox

MOZ-002414













# Discouraging User Choice





MOZ-002421

# Significant Barriers to Entry & Expansion

Exclusionary effect created for browsers and consumers when key APIs and services are restricted, downgraded, or only available for vertically integrated company

Exclusionary effect created for browsers and consumers when key web services lack interoperability

Switching costs for rivals and consumers designed to be high

Restricted market opportunities harm rivals' from investing in and developing innovative products that benefit consumers and challenge dominant players

These exclusionary practices exist across Google, Apple, and Microsoft

 Firefox

MOZ-002422



# Remedial Principles



MOZ-002423

# Principles to Protect Competition, Innovation, and Consumer Choice

1.  Operating System browser defaults should not be fixed (e.g. preload agreements, vertical preferences )

2.  Operating Systems should not dictate or control browser elements (e.g. engine, search)

3.  Unnecessary restraints on interoperability should not be imposed (e.g. Tier 2 search)

4.  Consumers should not be hindered in their selection and choice of browser (e.g. switching)

 Firefox

35

MOZ-002424

**moz://a**

# Thank you.

MOZ-002425