# Pls. Ex. 210

1

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3   UNITED STATES OF AMERICA,      )
    et al.,                        )
4                                  )
            Plaintiffs,            )
5                                  )   Case No.
            -vs-                   )   1:20-cv-03010-APM
6                                  )
    GOOGLE LLC,                    )
7                                  )
            Defendant.             )
8                                  )

9   _____  )

10  STATE OF COLORADO,             )
    et al.,                        )
11                                 )
            Plaintiffs,            )
12                                 )   Case No.
            -vs-                   )   1:20-cv-03715-APM
13                                 )
    GOOGLE LLC,                    )
14                                 )
            Defendant.             )
15                                 )

16

17              ██████████████████

18          _____

19      REMOTE VIDEO RECORDED EXAMINATION OF ████████

                _____

20

            TAKEN ON WEDNESDAY, JANUARY 26, 2022

21

22

    CERTIFIED STENOGRAPHER:
23      JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
        CCR-NJ (No. 30XI008238700), CSR-TX (No. 11958)
24      CCR-WA (No. 21007264), CSR-CA (No. 14420), REALTIME
        SYSTEMS ADMINISTRATOR
25      JOB NO.:  827061

1    pre-installed services.

2        Q.   And from a technical standpoint,

3    it's the manufacturer that would preload

4    those applications, not AT&T, correct?

5        A.   That's correct, generally

6    speaking.  As I was alluding to earlier, in

7    terms of different ways this can be done,

8    it can be done by the device manufacturer.

9             That would be I guess truly a

10   preinstallation with the software code

11   being on the device in the software load

12   that we receive from the device

13   manufacturer.

14            There are also ways to download a

15   device to -- or download an application to

16   the device during the customer's setup of

17   the device.

18            So from the consumer's

19   perspective it appears to be preloaded, but

20   it wasn't actually preloaded by the device

21   manufacturer.  It was done as part of the

22   installation process over the air.

23       Q.   How typical is it of AT&T to

24   install things during the setup process as

25   opposed to preloading it via the

1    manufacturers?

2       A.   I couldn't tell you the exact

3    percentages of when we do it one way or the

4    other.  But downloading it over the air has

5    become more prevalent over time, in part,

6    because the software load itself, you know,

7    has a certain amount of memory.  It's a

8    finite amount of memory to put it into the

9    actual initial kind of system software, if

10   you will.

11           Whereas if you're preloading it

12   during the setup, it's not stored in the

13   system memory.

14      Q.   Are there any limitations on

15   AT&T's ability to preload certain

16   applications either, you know, via the

17   manufacturer or the over-the-air updates

18   that you just described?

19           MR. SOVEN:  Objection to form.

20           THE WITNESS:  Well, I would say,

21       broadly speaking, there is a

22       negotiation around applications in the

23       sense that on the Android operating

24       system, you know, there's three parties

25       contributing to that user experience.

1        There's Google providing the

2    operating system and Google services.

3    We talked about that earlier.  That's

4    between Google and a device

5    manufacturer.  We're not involved in

6    that.

7        Then there's the device

8    manufacturer, who typically has

9    services that they want to preload, and

10   then AT&T has certain services that we

11   want to preload.

12       So as part of our negotiation

13   with the device manufacturer to carry

14   the device, you're essentially

15   negotiating what is that customer

16   experience that we want to deliver on

17   that device.

18       And there's some back and forth

19   on it in the sense that we have done

20   research before, or groups within AT&T

21   have done, is that at some point if

22   there's so many applications preloaded

23   on a device, that consumers don't like

24   that.

25       They think it's -- you've

```
1    probably seen colloquial references to

2    bloatware is what sometimes people will

3    say, look, I bought this brand new

4    device, and there's all these services

5    on them.  You know, some of them make

6    sense to the customer that they're

7    there, some of them they're, like, why

8    is this on my device.

9          So there's a balancing act

10   between customer experience and not

11   wanting the customer to perceive that

12   there is this, quote/unquote,

13   bloatware.

14         Then there's also just the

15   dynamic of we're balancing customer

16   experience with some of these services

17   we feel are helpful to customers and

18   some allow us to provide the customer

19   with other service.

20         And that same dynamic happens if

21   the manufacturer wants to do certain

22   things that they know are important to

23   their relationship with the customer.

24         And anyway, so that's the point

25   is it's -- it's not a singular answer
```

```
 1        to.  We want on a device-by-device

 2        basis try to find the right balance of

 3        customer experience and our own

 4        interest in delivering service.

 5             It's not a technical limitation,

 6        per se.  It's more at some point you,

 7        you know, put so much stuff on the

 8        phone that the customer doesn't want

 9        it.

10             Or if a -- if -- as I said

11        before, ultimately what we're doing is

12        competing with Verizon and T-Mobile,

13        and we don't want AT&T devices to be

14        perceived as somehow less attractive,

15        because we put a bunch of stuff on

16        there that another carrier wouldn't.

17   BY MR. COHEN:

18        Q.   I appreciate that.

19             Going back to applications that

20   may be preloaded on a device that AT&T may

21   be considering purchasing, is there any

22   applications that AT&T preloads that the

23   manufacturer has no control or no

24   discretion, I should say, to remove?

25             MR. SOVEN:  Objection.  Lack of
```

```
 1        foundation.

 2             THE WITNESS:  I would -- I

 3        wouldn't have the knowledge to be able

 4        to say whether we technically could or

 5        couldn't remove it.  I mean, ultimately

 6        our biggest decision is do I carry the

 7        device or not, right?  I mean, we are

 8        buying these devices.  We can elect not

 9        to buy them.

10        ████████████████████

11   ██   ███████████████████████

12   ██   ███████████████████

13   ██   ████████████████████████

14   ██   ██████████████

15   ██   ████████████████████

16   ██   ████████████████████████

17   ██   █████████████████████████

18   ██   █████████████████████████

19   ██   ████████████   ███████

20   ██   ████████████████████████

21   ██   ████████████████████

22   BY MR. COHEN:

23        Q.   Do manufacturers -- do Android

24   manufacturers preload Google applications?

25        A.   They do.
```

58

1   time when we've been looking at our preload

2   business, ███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████  ██████████████

███████████████████████  We

8   don't really track their ongoing usage of

9   it or not.

10          So I have seen data from time to

11  time that says, was a particular preloaded

12  app something our customers opened up and

13  engaged with at least once or not.

14      Q.   And the data that you saw on

15  whether or not an application was opened as

16  a result of being preloaded on a device,

17  what, if any, conclusions did you or your

18  team reach from that analysis?

19      A.   Well, the only opinion that I

20  have from it is that it varies, right?  And

21  that goes back to my point about just

22  because you put an app on the device

23  doesn't guarantee the customer is going to

24  open it up.

25          And so certain apps either ██████

59

1  ████████████████████████████████████████████

   ██  ████████████████████, but certain apps are

2  opened more frequently than others.

4          And it could be a function of the

5  brand, being a brand that the customer is

6  already aware of or maybe even a service

7  that they already used prior to getting

8  that device.

9      Q.   Are you familiar with the default

10  home screen?

11      A.   Yes, I am.

12      Q.   Where is the default home screen?

13      A.   I believe it's commonly referred

14  to just the screen after your device powers

15  up or you enter, you know, a security code

16  to access it.  It's that first screen upon

17  opening up the device and unlocking it.

18      Q.   Is the default home screen

19  valuable real estate for applications?

20          MR. SOVEN:  Objection to form.

21          THE WITNESS:  It's the first

22      screen a consumer uses, and so, yes, I

23      would say the conventional wisdom, it

24      is valuable real estate.

25  ///

1   BY MR. COHEN:

2       Q.   In your role negotiating with

3   third parties to get their applications

4   preloaded onto a device, are those

5   companies generally willing to pay more to

6   have their application preloaded on the

7   default home screen as opposed to other

8   real estate on the device?

9       A.   Well, as I was trying to say

10  earlier, we are trying to balance customer

11  experience all the time.  So even if

12  someone was willing to pay more for the

13  default home screen, typically between, as

14  I said before, the core services that we

15  want to make sure are readily available,

16  which, for instance, would be your -- you

17  know, your dialer to make a phone call,

18  your messaging client to do a text message,

19  you know, we want to make sure those

20  things, which are the primary use cases of

21  your device, that they're on the home

22  screen.

23          And then on an Android device,

24  you know, one of the things people do on

25  Android devices is they access

72

```
1    But I'm aware of the ones that are

2    typically what we've discussed with Google

3    and are contained in our agreement.

4         Q.   Which are the search entry points

5    contained in your agreement with Google?
```

USA vs
Google

January 26, 2022

73

1          ████████████████████████████████

█          ████████████████████    ████████████████████

█          ████████████████████████████

█              ████████████████████████████████████

█          ████████████████████████████████████████

█          ████████████████████████████████████

█          ████████████████████████████████

█          ██████████████████████████████████

█              ████  ████████████████████████████

█          ██████████████████████████████████████████

█          ████████████████████████████████

█          ████████████████

13              MR. SOVEN:  Objection to form.

14              THE WITNESS:  Could you clarify

15          the question?  Or repeat?

16     BY MR. COHEN:

17              ████  ████████████████████████████

█          ██████████████████████

█              ████████████████████████████████

█          ██████████████████████████████████

█          ██████████████████████

█              ████  ██████████████████████████

█              ████  ██████████████████████████

█          ██████████████████████████████████

█          ██████████████████████████

74

1   ██   ██   ████████████████

██   ████████████████████████

██   ███████████████   ████████████████████

██   ██████████████████

██   ██   ████████████████████

██   ████████████████████████████

██   ████████████████████████

██   ██████████████

██   ██   ██████████████████████

██   ██   ██████████████████████

██   ███████████████████

██   █████████████████████

██   ███████████████████████

██   ██████████████

██   ██   ██████████████████████

██   █████████████████████████

██   ████████████████████████

██   ██████████████████████████

██   ██████████████████████

██   ███████████████████

██   ████████████████████

22          But configuring settings on the

23   device at the time of, you know, shipment

24   or first use is really set by the OEM.

25   ██   ████████████████████

75

1     ████████████████████████████

██    █████████████████████████████████

██    ████████████████████

██        ███    ████████████████    ████████████

██    █████████████████████████████

██    █████████████████████████████

██    ████████

8         Q.   Why don't we take a break.

9             MR. COHEN:  Let's go off the

10        record.

11            THE VIDEOGRAPHER:  We're going

12        off the record.  The time is 9:44 a.m.

13            (Wereupon, a recess was taken at

14            9:44 a.m.)

15            THE VIDEOGRAPHER:  We're back on

16        the record.  The time is 9:58 a.m.

17    BY MR. COHEN:

18        Q.   I want to turn to the search

19    distribution agreements between AT&T and

20    Google.  Are you familiar with those

21    agreements?

22        A.   Yes.

23        Q.   How do you refer to them

24    internally as?  How do you refer to them

25    internally?

129

1    ███████████████████████████████

██   ██████████████████████████████

██      ██████████████████████████████

██   ████████████████████████████

██   ██████████████████████████████████

██   ██████████████████████████████████

██   ██████████████████████████

██   ██████████████████████████

██   ████████████████████████████

██   ██████████████████████████

██   ██████████████████████████████

██   ████████████████████

13   BY MR. COHEN:

14        Q.   You believe that having two

15   search services preloaded on a device is

16   confusing for consumers?

17        A.   Well, maybe "confusing" is the

18   wrong word.  It certainly seems redundant.

19        Q.   AT&T tries to avoid redundant

20   services being preloaded on devices it

21   sells?

22        A.   Well, it's a consideration.  █

██   ████████████████████████████

██   ██████████████████████████████████

██   ████████████████████████████

USA vs
Google                                                    January 26, 2022

130

1    ████████████████████████

     ███████████████████████████████

     ████████████████████████        In

4    general, as I said before, consumers

5    probably don't understand or expect there

6    to be a lot of redundancy on what comes on

7    their phone, so we try to minimize it.   ███

     ███████████████████████

     ███   ████████████████

     █████████████████████

     ████████████████████████

     █████████████████████████

     █████████████████████████

     ███████████████████████

     ███████    ██████    ███

     ██████████    ██████████

17   BY MR. COHEN:

18        Q.   You can put that document aside.

19        A.   I'm sorry.  What was the

20   statement?

21        Q.   I was just saying you can put the

22   document aside.

23        A.   Oh, okay.

24        ██   ████████████████████

     ██████████████████████████



21          Q.   It does.  And I appreciate the

22    clarification.

157

```
 1              Do you see that?
 2         A.   Yes.
 3         Q.   Do you have an understanding what
 4    that refers to?
 5         A.   I think ATV refers to Android TV,
 6    ████████████████████████████████████
      █  ████████████████████████████████████████
      █  ████████████████████████████████████
 9    But, again, that was not something that I
10    was involved in at this time.
11         Q.   Okay.  You can put that document
12    aside.
13              Returning to the S Browser, was
14    the S Browser ever preloaded on Samsung
15    devices on AT&T's network?
16         A.   Yes, I believe so.
17         Q.   Do you know when?
18         A.   I don't know definitively.  I
19    mean, I use Samsung devices and I use the
20    S Browser on my device.  So -- but I can't
21    tell you over time exactly which devices
22    and when.
23         Q.   How long have you had your
24    current Samsung device?
25         A.   Oh, I had more than one, but I've
```

158

1    been using the current o-n-e, it's the

2    Galaxy 21.  I lose track of the numbers.

3    I've been using it probably for about a

4    year.

5         Q.   Are both S Browser and Chrome

6    preloaded on your Samsung device?

7         A.   I believe so, but I'm not really

8    a Chrome user.  But I believe it's there.

9         Q.   Are both Chrome and S Browser

10   preloaded on certain Samsung devices today?

11        A.   Yes, I believe so.

12        Q.   Why did you use the S Browser?

13        A.   Well, one, it's -- on my device,

14   it's the browser that's in the hot seat, to

15   our earlier conversations.  So it's the one

16   that's, you know, most easily accessible.

17   That's probably the primary reason.

18        Q.   Do you recall when the S Browser

19   first began being preloaded on Samsung

20   devices?

21        A.   I don't really recall, no.  In

22   some respects, the browser is one of these

23   almost utility services like the dialer and

24   the messaging client.  So as far as I can

25   remember, there's been a browser on the

1    devices.

2         Now, when -- when it was -- the

3    Samsung browser versus when Google started

4    making Chrome available for mobile, I don't

5    remember the dates.

6         Q.   Okay.  I believe you testified,

7    but please correct me if this is wrong,

8    that ███████████████████████████████████

███████████████████████████████████████████

███████████████████████████

███████   ██████

███████   ██████████████████████

██████████████████████████████████████

███████████████████████████████████

███████   █████████████████████████

█████████████████████████████████████

███████████████████████████████████████

██████████████████   ████████████████████████

███████████████████████████████████████

█████████████████████

███████   ██████████████████████████████

█████████████████████████████████████

█████████████████████████████

███████   ██████████████

███████   ████████████████████████



USA vs
Google                                              January 26, 2022

193

1

USA vs
Google                                                    January 26, 2022

194



USA vs
Google                                              January 26, 2022

232

1          ███████████████████████████

██        ██████████████████████████████████

██        ██████████████████████████████

4              So, again, it's not my area of

5          expertise.  And I'm not even sure I'm

6          using the descriptions of OEM and ODM

7          exactly the way they are referenced in

8          the industry.

9              ████████████████████████████

██        ██████  █████████████████████████

██        █████████  ████████████████████

██        █████████████████████████████████

██        ████████████████████████████

14    BY MR. COHEN:

15        ███  ████████████████████████████

██        ████████████████████████████████████

██        ████████████████████████████████

██        ████████████████

██        ███   ███  ████████████████████████

██        ██████████████████████████████████

██        ██████████████████████████████████

██        █████████████████████████████████

██        ██████████████████████████████████

██        ████████████████████

██        ██████████████████████████████████

USA vs
Google

January 26, 2022

233



USA vs
Google

January 26, 2022

234



USA vs
Google

January 26, 2022

235





238



USA vs
Google

January 26, 2022

239



240



241

1

USA vs
Google                                                   January 26, 2022

242





244



BY MR. COHEN:

245

1

All of these

12  times frames are a little bit of a blur

13  with COVID in the sense that I do recall

14  having an introductory meeting with

15  in the office, which means that would have

16  been prior to 2020 and prior to we went to

17  mostly remote work.

18          But I'm sure conversations

19  continued while we were working remotely,

20

1    person is, and I did not have the

2    conversations.

3        Q.   Have -- have you ever asked --

4    maybe the answer is no based on what you

5    said.

USA vs
Google

January 26, 2022

312

1      ▮▮▮▮▮▮▮▮▮▮▮

▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮      ▮▮▮▮▮▮▮▮

▮      ▮▮▮▮▮▮▮▮▮▮▮

▮      ▮▮▮▮▮▮▮▮▮

▮      ▮▮▮▮▮▮▮▮▮▮ ▮▮

▮      ▮▮▮▮▮▮▮

▮      ▮▮▮▮▮▮▮▮▮

▮      ▮▮▮▮▮▮▮▮▮▮

▮      ▮▮▮▮▮▮▮▮ ▮

▮      ▮▮▮▮▮▮▮

12      Q.   Right.  So am I correct that I

13 take it in the -- in the 10-plus years

14 you've been doing this work on Android

15 handsets, to your knowledge, ▮▮▮▮▮▮

▮      ▮▮▮▮▮▮▮▮▮▮▮

▮      ▮▮▮▮▮▮▮▮▮

▮      ▮▮▮▮▮▮▮▮▮▮

▮      ▮▮▮▮▮▮

20      A.   I am not directly aware of it.

21 But as I said before, ▮▮▮▮▮▮▮▮

▮      ▮▮▮▮▮▮▮▮

▮      ▮▮▮▮▮▮▮▮▮▮

▮      ▮▮▮▮▮▮▮

▮      ▮▮▮▮▮▮▮▮▮▮▮

313

1 ███████████████████████████████

██ ██████████████████████████████

██ ████████████████████████████

██ ███████████████████████████████

██ ███████████████████████████████

██ ███████████████████████████████

██ ████████████████████████████

██ ███████████████████████████████

9          Now, even if at that point

10   somebody had said yes, I think we would

11   have gone to that next discussion, which is

12   headed in this agreement is then we have to

13   decide, well, do we think customers are

14   going to like that, ████████████████████

██ █████████████████████████████

██ ███████████████████████████████

██ ██████████████████████████████

██ ██████████████████

██ ████████████████████████████

██ ████████████████████  ████

██ ███████████████████████

██ ████  █████████████████████

██ █████████████████████  ████

██ ███████████████████████████

██ ███████████████████████████

USA vs
Google                                                    January 26, 2022

314

1   ████████████████████████████████████

2   ████████████████████████████████████

3   ████████████████████

4              MR. COHEN:  Objection to form.

5              THE WITNESS:  ████████████████

6        ████████████

7   BY MR. SOVEN:

8        Q.   I'm sorry?  I'm sorry, Mr. ██████.

9   I just didn't hear the answer.

10       ██  ████████████████████████████████

11  ████████████████████████████████████████

12  ██████████████████████████████████  ████

13  ████████████████████████████████████

14  ████████████████████████████████████

15  ████████████████████████████

16       Q.   Understood.

17            ████████████████████████████████

18  ████████████████████████████████████

19  ████████████████████████████████████

20  ████████████████████████████

21            MR. COHEN:  Objection to form.

22       Foundation.

23            THE WITNESS:  I don't know

24  ████████████████████  ████████████████

25       ████████████████████████████████



BY MR. SOVEN:

              MR. COHEN:  Objection to form.

       Speculation.

              THE WITNESS:

BY MR. SOVEN:

**Errata Sheet**

*United States v. Google LLC; Colorado v. Google LLC*
United States District Court, District of Columbia
Case Nos. 1:20-cv-02010-ARM,  1:20-cv-03715-ARM

Deponent: ███████████

Deposition Date: January 26, 2022

| Page | Line | From | To | Reason for Change |
|------|------|------|----|-------------------|
| 19 | 6 | That source of | Those are sourced by our | Clarification |
| 24 | 9 | Arrangement on | Arrangement for | Transcription Error |
| 31 | 13 | Because apply | Because you need to apply | Clarification |
| 32 | 8 | Were | are | Clarification |
| 33 | 6 | Device more | Device manufacturer | Transcription Error |
| 40 | 14 | Of obvious | Of the obvious | Transcription Error |
| 42 | 18 | cancelation | preinstallation | Transcription Error |
| 52 | 2 | It was not my impression to say | It was not my intention to say | Transcription Error |
| 58 | 25 | Either | are | Transcription Error |
| 61 | 21 | So I | So if I | Transcription Error |
| 65 | 3 | Were | We're | Clarification |
| 69 | 10 | Wholistic | Holistic | Transcription Error |
| 69 | 18 | It's more what | It's more about what | Clarification |
| 69 | 19 | Which is a function of both | Which is more a function of | Clarification |
| 71 | 19 | a cost can generate a search query. | a consumer can generate a search query. | Transcription Error |
| 73 | 1 | ███████████ | ███████████ | Transcription Error |

| Page | Line | From | To | Reason for Change |
|------|------|------|----|-------------------|
| 78 | 1-2 | in a case of an assessment, if it maybe was an assessment that essentially was just an | in a case of an amendment, if it maybe was an amendment that essentially was just an | Transcription Error |
| 83 | 8 | I'm not an | I'm not in an | Transcription Error |
| 84 | 6 | the browser to a default | the browser for it to default | Clarification |
| 86 | 21 | So but AT&T's | But AT&T's | Clarification |
| 96 | 15-16 | The general, again, is that—as I said more broadly is that we set it for | The general idea, again, is that—as I said more broadly—is that we set it for | Clarification |
| 102 | 20 | giving a service on the device | getting a service on the device | Transcription Error |
| 103 | 15-16 | mobile colleagues | mobility colleagues | Transcription Error |
| 104 | 19 | I'm not reading my | I'm reading my | Transcription Error |
| 106 | 4 | That we already | If we had already | Clarification |
| 107 | 21 | post-active thing | Post-activation thing | Clarification |
| 110 | 16 | How many devices | How many applications | Clarification |
| 118 | 3 | When we first entered into that agreement | When we entered into that first agreement | clarification |
| 118 | 11 | assessment that when carrier billing was | amendment that when carrier billing was | Transcription Error |
| 119 | 2 | Content where there was no rights holder | Content where there was a rights holder | Clarification |
| 158 | 1 | been using the current o-n-e, it's the | been using the current one, it's the | Transcription Error |
| 162 | 3 | Would refer to | Would defer to | Transcription Error |
| 169 | 18 | Correct, is the | Correct if the | Transcription Error |
| 172 | 24 | Same dynamic that I had is | Same dynamic that I had, in | Transcription Error |
| 178 | 24 | Kind of lower revenue share | Had a lower revenue share | Clarification |
| 181 | 6 | We didn't want | We wanted | Clarification |

| Page | Line | From | To | Reason for Change |
|------|------|------|------|------|
| 184 | 20 | Search engine were | Search engine as the | Clarification |
| 186 | 22 | Definition was really meant | Restriction was really meant | Clarification |
| 195 | 12 | Is that we haven't exercised it, because | We haven't exercised it because | Clarification |
| 196 | 11 | Look at incentive agreement | Look at the incentive agreement | clarification |
| 199 | 25 | Things are permissible | Things that are permissible | clarification |
| 200 | 2 | To be made. | To be made permissible. | clarification |
| 203 | 4 | years, we were going to make more money an | years, we were going to make more money on | Clarification |
| 210 | 20 | Provide our perspective | Provide their perspective | clarification |
| 211 | 5 | That is their recommendation | That as their recommendation | Transcription Error |
| 213 | 18 | route of it being not immediate actions | root of it being no immediate actions | Transcription Error |
| 214 | 18 | That's what I led our media | That's when I led our BD | Transcription Error |
| 228 | 9 | believe of "fork" means there is one route | believe of "fork" means there is one root | Transcription Error |
| 228 | 13 | those are forks of that route code | those are forks of that root code | Transcription Error |
| 231 | 13 | Assuming was contracted | Assuming it was contracted | Clarification |
| 236 | 1 | ███████████████ | ███████████████ | Transcription Error |
| 240 | 3 | ███████████ | ███████████████ | Clarification |
| 243 | 4 | ██████████ | █████████ | Clarification |
| 243 | 11 | ██████ | █████ | Clarification |
| 268 | 6 | Get customers | Give customers | Clarification |
| 270 | 21 | Strategies | Strategy | Transcription Error |
| 271 | 3 | Into AT&T for | Into AT&T through | Clarification |
| 271 | 22 | Planning more | Planning and more | Clarification |
| 276 | 22 | Certainly | Certainly the | Clarification |

| Page | Line | From | To | Reason for Change |
|---|---|---|---|---|
| 303 | 9 | but not offering Android devices, the first | not offering Android devices, the first | Transcription Error |
| 313 | 6 | ███████████████████ | ████████████████ | Transcription Error |
| 316 | 15 | Didn't sit | Don't sit | Clarification |
| 322 | 14 | That, I wanted | That, wanted | Clarification |
| 332 | 2 | His design team | His device team | Transcription Error |
| 332 | 15 | My business app team | My business dev team | Transcription Error |
| 337 | 6 | discussion is that we would not pose the | discussion is that we would not oppose the | Transcription Error |
| 350 | 25 | were told by Moto after backup," and | were told by Moto after Backflip," and | Conform to Facts |
| 358 | 23-24 | Typically customers get devices through an app store [as spoken]. | Typically customers get applications through an app store. | Conform to Facts |
| 359 | 11-12 | I'm not in the app store | I'm not in the app store business | Clarification |

████████████████████████      April 1, 2022
                              Date