# Pls. Ex. 211

```
                                                              1
 1               UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3

 4   UNITED STATES OF AMERICA,    )
     et al.,                      )
 5                                )
                 Plaintiffs,      )
 6                                )
           vs.                    )Case No.
 7                                )1:20-cv-03010-APM
     Google LLC,                  )
 8                                )
                 Defendant.       )
 9   _____ )
                                  )
10   STATE OF COLORADO, et al.,   )
                                  )
11               Plaintiffs,      )
                                  )
12         vs.                    )Case No.
                                  )1:20-cv-03715-APM
13   Google LLC,                  )
                                  )
14               Defendant.       )
     _____ )
15

16

17                HIGHLY CONFIDENTIAL

18       VIDEOTAPED DEPOSITION OF 30(b)(6)

19         REPRESENTATIVE OF GOOGLE LLC,

20                 JUSTIN DENISON

21              WEDNESDAY, MAY 4, 2022

22

23

24
     Reported in Stenotype by:
25   Cody R. Knacke, RPR, CSR No. 13691
     Job No.:  842568
```

1   discussions with Opera.  I do remember some of those

2   happening, let's say.

3       Q.   Do you recall roughly what time period

4   those conversations happened with Opera?

10:19  5    A.   That would have been very early in my

6   career there, so let's just say somewhere in the

7   2008 to 2012 time frame, probably, in the very early

8   days of Samsung's (audio difficulties).

9       Q.   And were those discussions just internal at

10:19 10  Samsung?

11      A.   As much as I was involved, yeah, they would

12  just be internal discussions.  I don't know who else

13  might have been involved, whether there were

14  outward-facing discussions with Opera.

10:19 15   Q.   You don't recall being involved in any

16  conversations with Opera?

17      A.   Yes, and I don't have a specific

18  recollection of any conversations that did happen

19  with Opera.

10:20 20   Q.   Are you familiar with the mobile browser

21  Brave?

22      A.   No, I don't remember that one.

23      Q.   Are you aware of any Samsung smartphones

24  sold in the United States with Brave preinstalled?

10:20 25   A.   No.

Case 1:20-cv-03010-APM   Document 554-3   Filed 03/13/23   Page 4 of 17
UNITED STATES vs                                           Justin Denison
GOOGLE LLC         30(b)(6), Highly Confidential            May 04, 2022

85

1      MS. WRIGHT:  We can go off the record.

2      THE VIDEOGRAPHER:  We are going off the

3  record.  The time is now 10:20 a.m.

4      (Recess.)

10:35  5      THE WITNESS:  We're going to go back on the

6  record.  The time is 10:35 a.m.

7  BY MS. WRIGHT:

8      Q.   Mr. Denison, just a little while ago we

9  brought up the default home screen.

10:36 10     Do you remember that?

11     A.   Yes.

12     Q.   What is the default home screen on a

13  smartphone?

14     A.   That would be the screen that comes up when

10:36 15  you press the home button on the device.

16     Q.   Is the default home screen valuable real

17  estate on a mobile device for applications to be

18  preinstalled on?

19     A.   I would say that it's the place easiest to

10:36 20  find an application.  So it's -- we tried to -- we

21  would try, I should say, to put the applications

22  there that are useful.

23     Q.   Useful to consumers?

24     A.   Yes.

10:37 25     Q.   When you were at Samsung, did you look at

1   whether preloading an application on the default
2   home screen impacted the usage of the application?
3        A.   We may have looked at things like that.  I
4   just don't have any specific memory of it.
10:37 5      Q.   Do you recall whether preloading an
6   application on the default home screen could
7   increase the usage of the application?
8        A.   It may help if you help me understand the
9   alternative.  So if it's not on the home screen,
10:38 10  like, where would it be on the device?  You're
11  asking me to compare it to something else, so I just
12  need to clarify that.
13       Q.   What other places on a smartphone could
14  applications be preinstalled on?
10:38 15     A.   You could find applications on certainly
16  what we call the app tray or the application list, a
17  place where you find a list of all the apps on the
18  device, and then on the home screen, and then on the
19  other kind of plus one screens or the other screens
10:38 20  that are at the same level of the home screen.
21  Folders on the phone, folders within the application
22  list are some places that I can think of.
23       Q.   I think you might have mentioned other
24  screens on the same level as the default home
10:39 25  screen.

1   have a search widget on the default home screen?

2       A.   I don't have specific memory of which did

3   and which didn't.  But I just -- you're asking me to

4   try and remember.  It seems like there would have

10:45  5   been instances where it might have been on there, it

6   might not have been on there.  I don't remember

7   specifically.

8       Q.   Do you recall whether the Google search

9   widget was preinstalled on the default hot screen of

10:46 10   Samsung devices sold in the United States?

11           MR. SCHMIDTLEIN:  Objection to the form.

12           I think you said "default hot screen."

13           MS. WRIGHT:  Thank you, Counsel, I

14   appreciate it.  Let me restate that.

10:46 15   BY MS. WRIGHT:

16       Q.   Do you recall whether the Google Search

17   widget was preinstalled on the default home screen

18   of Samsung devices in the United States?

19       A.   I think there were times that it was.  I

10:46 20   seem to recall the Google Search widget being there.

21   Again, I don't want to overstate that it was always

22   there, I just don't -- I don't remember

23   specifically.

24       Q.   Do you recall what percent, approximately,

10:46 25   of Samsung devices sold in the United States in 2019

Case 1:20-cv-03010-APM   Document 554-3   Filed 03/13/23   Page 7 of 17
UNITED STATES vs                                                    Justin Denison
GOOGLE LLC           30(b)(6), Highly Confidential                  May 04, 2022

92

  1 had the Google Search widget preinstalled on the

  2 default home screen?

  3   A. I would have no idea.

  4   Q. Do you have a sense if it was over half of

10:47 5 the Samsung devices sold in the United States in

  6 2019?

  7   A. I wouldn't know.

  8   Q. Were you aware of any agreements with

  9 Google relating to the Google Search widget's

10:47 10 placement on Samsung devices?

  11   A. No, I wasn't.

  12   Q. Were you -- sorry.  Let me start over.

  13   During your time at Google, do you

  14 recall -- at Google, excuse me.  Let me start that

10:48 15 over one more time.

  16   During your time at Samsung, do you recall

  17 any Samsung devices sold in the United States with a

  18 non-Google search widget preinstalled on the default

  19 home screen?

10:48 20   A. I don't have any specific recollection of

  21 that.

  22   Q. Do you recall having any conversations with

  23 other Samsung employees about preinstalling any

  24 non-Google Search widgets on the default home screen

10:48 25 of Samsung devices in the United States?

1    A.    No, I don't remember that.

2    Q.    Do you recall having any conversations with

3    people outside of Samsung about preinstalling a

4    non-Google Search widget on the default home screen

10:49 5    of Samsung devices?

6    A.    None.

7    Q.    You mentioned, I think, that when -- sorry.

8    Let me start over.

9          You mentioned that around the time you were

10:49 10   leaving Samsung, near the end of your time with

11   Samsung, you recalled a Bixby experience on the

12   minus one screen; is that correct?

13   A.    Yes, that's what I said.

14   Q.    Do you recall whether that Bixby experience

10:49 15   included a way to search the web?

16   A.    No.  I just don't remember what all was

17   there, so I can't say.

18   Q.    Do you recall whether there were

19   alternative minus one screen experiences

10:50 20   preinstalled on Samsung devices around the end of

21   your time with Samsung?

22   A.    I don't.  I think Samsung was trying to

23   keep that tied to the Bixby experience.

24   Q.    I'd like to talk a little bit about --

10:50 25   excuse me.

Case 1:20-cv-03010-APM   Document 554-3   Filed 03/13/23   Page 9 of 17

| | | |
|---|---|---|
| UNITED STATES vs | | Justin Denison |
| GOOGLE LLC | 30(b)(6), Highly Confidential | May 04, 2022 |

94

1        I'd like to talk a little bit about the
2   unlocked devices sold in the United States by
3   Samsung.
4        Were you involved in discussions with other
10:51 5   Samsung employees about what applications would be
6   preinstalled on unlocked Samsung devices in the
7   United States?
8      A.   Yes.
9      Q.   What was your role in those discussions?
10:51 10   A.   I think that between -- between my team and
11   the global product planning team that I talked about
12   kind of at the beginning, the global product team
13   that I would interact with, we would have direct
14   discussions around what the list of applications
10:51 15   could be, should be for the unlocked device.
16      Q.   Did SEA have to get approval from
17   headquarters for the applications that were
18   preinstalled on the unlocked Samsung devices sold in
19   the United States?
10:52 20        MR. ARTEAGA:  Object to form.
21        THE WITNESS:  Yeah, I think that this is
22   another one of these situations where I don't know
23   that "approval" is the right term.  I think it was
24   just a discussion where, you know, we were trying to
10:52 25   achieve what the best approach would look like.

1   even deal with those numbers.  But I would say tens
2   of millions of dollars, probably, to do the initial
3   portion of the launch.
4       Q.   When a customer gets a brand new device and
03:35  5   opens it and first wants to use it out of the box,
6   do you all -- did you all do research as to whether
7   customers wanted a relatively quick, simple start-up
8   process to sort of get the device working or whether
9   the customers preferred a sort of much longer
03:36  10   drawn-out process where they were asked to choose
11   and select lots of different options or default
12   settings for their device?
13       A.   Well, my team, we did do -- I would just
14   generally put that underneath the usability study
03:36  15   kind of bucket of work.  And my team would look
16   at -- I think they would do usability studies even
17   with people on an out-of-box experience and get some
18   feedback and reactions.
19           I think, generally speaking, the consumer
03:36  20   that does want fewer steps how to get to that, you
21   know, first moment of gratification.  Hopefully I'm
22   speaking the correct way to think about it.
23           MR. SCHMIDTLEIN:  If we can take like a
24   five-minute break, I'll come back and we'll wrap up.
03:37  25           MS. WRIGHT:  Should we go off the record?

218

1        THE VIDEOGRAPHER:  Okay.  Going off the
2   record.  The time is 3:37 p.m.
3        (Recess.)
4        THE VIDEOGRAPHER:  We are back on the
03:45  5   record.  Time is 3:45 p.m.
6   BY MR. SCHMIDTLEIN:
7       Q.   All right.  Mr. Denison, you were asked
8   some questions earlier today about the Tizen
9   operating system.
03:46 10        Do you recall that?
11       A.   I do.
12       Q.   To your knowledge, has Google ever
13   restricted Samsung's ability to develop a mobile
14   device using the Tizen operating system?
03:46 15       A.   Not that I'm aware of.
16       Q.   You testified, I think, previously that, to
17   the best of your recollection, the Samsung Galaxy
18   app store was preloaded on all Samsung mobile
19   devices.
03:46 20        Was Bixby preloaded on all Samsung mobile
21   devices, to your knowledge?
22       A.   I think -- just to be clear, I think, you
23   know, I -- I believe I said, if not, what I meant to
24   say was I can't think of an example where it was not
03:47 25   preloaded, the Galaxy app store, once its inception

219

1   occurred, you know, with that caveat.  And similarly

2   with Bixby, I can't think of a device that, you

3   know, once Bixby was developed, it was not included.

4        Q.   And once the S Browser was developed, are

03:47   5   you aware of any Samsung mobile devices that did not

6   ship with the S Browser preloaded?

7        A.   No, I'm not.

8        Q.   I believe you also testified previously

9   that, to the best of your recollection, the Chrome

03:47  10   browser from Google typically was preloaded on

11   Samsung mobile devices; is that correct?

12       A.   Yes, I believe so.

13       Q.   Do you recall anyone within Samsung,

14   yourself included, expressing an objection to having

03:48  15   the Chrome browser preloaded on Samsung mobile

16   devices?

17       A.   No, I don't -- I don't remember.

18       Q.   Do you recall ever discussing with anyone

19   at Microsoft preloading any Microsoft browsers on

03:48  20   Samsung mobile devices?

21            MS. WRIGHT:  Objection.  Foundation.

22            THE WITNESS:  I don't think that I was part

23   of any of those discussions, so if that's your

24   question, I'd say that, no, I don't remember any

03:48  25   discussions like that.

```
     1    BY MR. SCHMIDTLEIN:
     2    ██████████████████████████████████
     3    ████████████████████████████████████████
     4    ████████████████████████████████████████
03:48 5   ████████████████████████████████████████
     6    ██████████████████████████
     7    ████████████████████████████████████
     8    ████████████████
     9         Q.   You were -- you were asked some questions
03:49 10  earlier about the Hot Seat and apps being in the
     11   Hot Seat or being placed in the Hot Seat.
     12        Can the consumer move apps in and out of
     13   the Hot Seat?
     14        A.   Yes, they can.
03:49 15       Q.   And is that a fairly simple process to do
     16   on a Samsung device?
     17        MS. WRIGHT:  Objection.  Foundation.
     18        THE WITNESS:  I think it is.  I customize
     19   my personal devices that way.
03:49 20       MR. SCHMIDTLEIN:  All right.  I don't have
     21   any further questions for you.  Thank you very much,
     22   Mr. Denison, for your time.
     23        MS. WRIGHT:  And plaintiffs have no further
     24   questions as well.
03:50 25       We can go off the record.
```

221

1          THE VIDEOGRAPHER:  This concludes today's
2     deposition.  We'll be going off the record at
3     3:50 p.m.
4          Everyone please stay on the line, as the
03:50  5     reporter might have extra questions.  Thank you.
6               (Deposition proceedings concluded at
7          3:50 p.m.)
8                         -oOo-

# ERRATA SHEET

Deposition Date: May 4, 2022

Deponent: Justin Denison

Case Names: *United States et al. v. Google LLC*, 1:20-cv-03010-APM; *Colorado et al. v. Google LLC*, 1:20-cv-03715-APM

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 17 | 5-7 | "in my understanding of time is that Samsung Telecommunications America – call it STA for short – STA was a subsidiary" | "it is my understanding during that time, that Samsung Telecommunications America – call it STA for short – STA was a subsidiary" | Transcription error |
| 18 | 5 | "evaluation" | "an evaluation" | Transcription error |
| 27 | 10-11 | "obviously (audio difficulties) information" | "obviously, I don't have the information" | Audio difficulties |
| 36 | 5 | "things like" | "companies like" | Transcription error |
| 38 | 14-15 | "(audio difficulties)" | "sales" | Audio difficulties |
| 53 | 2 | "(audio difficulties)" | "during the" | Audio difficulties |
| 59 | 2 | "are what were" | "were" | Transcription error |
| 59 | 10 | "variably" | "invariably" | Transcription error |
| 62 | 2 | "operating some globally" | "operating system globally" | Transcription error |
| 62 | 2-3 | "some lower devices" | "some lower end devices" | Transcription error |

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 68 | 18 | "of" | "or" | Transcription error |
| 79 | 18 | "like we would" | "like how we would" | Transcription error |
| 81 | 19 | "browse" | "browser" | Transcription error |
| 84 | 8 | "(audio difficulties)" | "smartphone portfolio." | Audio difficulties |
| 87 | 18 | "had took different" | "took different" | Transcription error |
| 87 | 25 | "more like that Bixby page" | "more like the Bixby page" | Transcription error |
| 88 | 19 | "cluster devices" | "cluster apps" | Transcription error |
| 101 | 17-18 | "(audio difficulties)" | "on the device." | Audio difficulties |
| 119 | 21 | "So we" | "So if we" | Transcription error |
| 127 | 7 | "materialized in anything" | "materialized into anything" | Transcription error |
| 131 | 22 | "compatibility that" | "compatibility requirements that" | Transcription error |
| 154 | 14 | "vaguely thinking" | "vague thinking" | Transcription error |
| 160 | 12 | "(audio difficulties)" | "discussion" | Audio difficulties |
| 160 | 13 | "would occurred" | "would have occurred" | Transcription error |
| 174 | 16 | "is" | "are" | Transcription error" |
| 174 | 22 | "(audio difficulties)" | "carrier" | Audio difficulties |

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 178 | 22-23 | "(audio difficulties)" | "extent" | Audio difficulties |
| 179 | 1 | "carrier" | "the carriers" | Transcription error |
| 181 | 5 | "(audio difficulties)" | "revenue share." | Audio difficulties |
| 195 | 25 | "(audio difficulties)" | "and hide it" | Transcription error |
| 196 | 1 | "is" | "are" | Transcription error |
| 202 | 18 | "inside browser" | "for S browser" | Transcription error |
| 205 | 24 | "twice" | "device" | Transcription error |
| 215 | 18-19 | "(audio difficulties)" | "quality execution." | |
| 215 | 23 | "on marketing campaign" | "in marketing campaigns" | Transcription error |
| 215 | 25 | "related to that." | "related to those." | Transcription error |
| 216 | 1-2 | "that you would do would be you would have" | "you would have" | Transcription error |



3