# Pls. Ex. 221

# Chrome browser on Windows (managed on premise)

Use Windows Group Policy or other on-premise configuration tools to deploy and manage Chrome browsers across a fleet of corporate Windows computers. Manage 200+ policies and settings that govern people's use of Chrome.

**Setup**

Chrome Browser quick start (Windows)

Chrome Browser Deployment Guide (Windows)

Legacy Browser Support

Make Chrome default browser (Windows 10)

Use Chrome Browser with Roaming User Profiles

Run Chrome as a virtual application

Optimize Chrome Browser on virtual desktops

**Enforce policies**

Set Chrome Browser policies on managed PCs

View a device's current Chrome policies

Manage Chrome policies with Windows registry

Use initial preferences for Chrome browser

**Updates**

Manage Chrome updates (Windows)

Manage Chrome updates (CBCM)

Notify users to restart to apply pending updates

Test new versions of Chrome Browser

Downgrade your Chrome version (Windows)

Chrome browser release channels

Test Chrome browser channels

Keep data during version rollback

Chrome update management strategies

## Apps and extensions

Set Chrome app and extension policies (Windows)

Chrome app and extension permissions

Managing Extensions in Your Enterprise

Extensions in Incognito mode

Automatically install web apps

Configure ExtensionSettings policy

Configure Microsoft Defender to ignore Chrome extensions

## Security and privacy

Allow private browsing

Monitor and prevent password reuse

Allow or block access to websites

Automatically delete Chrome data from devices

Protect your data with site isolation

Prevent users from downloading harmful files

Control use of Chrome Remote Desktop

Track Chrome browser usage on Windows

Chrome Browser Enterprise Security Configuration Guide (Windows)

---

## Need more help?
Try these next steps:

 **Ask the Help Community**
Get answers from community experts