# Pls. Ex. 222

# Chrome Browser Deployment Guide (Windows)

The Chrome Browser Deployment Guide ↗ is for Microsoft Windows administrators who want to deploy Chrome browser to their organization.

DOWNLOAD DEPLOYMENT GUIDE (PDF)

## In this guide



- Evaluate Chrome browser for your organization.
- Integrate Chrome browser into your existing Windows IT environment.
- Run a test deployment with your Windows users.
- Roll out Chrome browser to your organization using the MSI installer.
- Configure policies for users, via Windows Group Policy or cloud policies.
- Continue support for your legacy Internet Explorer apps.
- See examples of how different sized organizations deploy Chrome browser.

## Related topics

- Chrome Browser quick start (Windows)
- Learn about Chrome Browser for Windows ↗

Google and related marks and logos are trademarks of Google LLC. All other company and product names are trademarks of the companies with which they are associated.

---

### Need more help?
Try these next steps:

 **Ask the Help Community**
Get answers from community experts