# Pls. Ex. 223

# Make Chrome default browser (Windows 10)

As an administrator, you may need to configure Chrome as the default browser on computers in your domain. You must complete these steps to set Chrome as the default browser on domain-joined computers running Microsoft Windows 10 and above.

## On Windows 10 and above

Step 1: Create a default application association XML file (sampled provided)

Step 2: Create a Group Policy Object

Step 3: Set a default associations configuration file

Step 4: Verify your configuration

## Related topics

More details from Microsoft TechNet:

- Generate default application associations files
- Use a group policy to set the default browser

*Google and related marks and logos are trademarks of Google LLC. All other company and product names are trademarks of the companies with which they are associated.*

### Need more help?
Try these next steps:

 **Ask the Help Community**
Get answers from community experts