███████████████████████

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | ████████████████ |
| Defendant. | |

| | |
|---|---|
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | ████████████████ |
| Defendant. | |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

**TABLE OF CONTENTS**

I.      The Browser Default Agreements ................................................................1

        A.      The Agreements with Apple ................................................................1

                1.      Apple's Safari Browser and Safari's Default Search Engine ......................1

                2.      Apple's Agreements with Google and Evaluations of Other Search Engines................................................................3

                3.      Apple's Promotion of Other Search Engines ...............................13

        B.      The Agreements with Mozilla ................................................................20

                1.      Mozilla's Firefox Browser and Its Default Search Engine ......................20

                2.      Mozilla's Agreements with Google and Evaluations of Other Search Engines................................................................22

                3.      Mozilla's Promotion of Other Search Engines ...............................33

        C.      The Agreements with Other Browser and Software Developers...........................37

                1.      The Agreements with Opera and UC Web ................................................37

                2.      The Agreements with Adobe and Avast ................................................39

II.     The Agreements with Android Original Equipment Manufacturers and Wireless Carriers................................................................41

        A.      The Android Operating System and Android Agreements Generally.................41

        B.      Android Compatibility Commitment (ACC) and Anti-Fragmentation Agreement (AFA)................................................................43

        C.      Mobile Application Distribution Agreement (MADA) ........................................44

        D.      Revenue Share Agreements (RSA)................................................................46

III.    Plaintiffs' Experts' Opinions Regarding the Agreements .................................48

IV.     Plaintiffs' Additional Contentions Regarding the ACC and AFA...................52

        A.      The Role of Compatibility in the Development of Android ...............................52

        B.      AFAs, ACCs, and the Android Compatibility Definition Document.................55

        C.      Amazon's Fire Phone................................................................57

        D.      Self-Certification of CDD Compliance ................................................58

V.      Agreements Relating to Google Assistant and Internet-of-Things Devices.................61

        A.      Virtual Assistant Offerings ................................................................61

        B.      Uses of Virtual Assistants................................................................63

        C.      Google's Third-Party Assistant Agreements ................................................66

VI.     The Development of Open-Source Applications................................................70

i

A.    The Role of Early AOSP Apps and Third-Party Alternatives ...............................71

B.    The Evolution of AOSP Apps..............................................................................73

███████████████████████████

Pursuant to Civil Rule 7(h) of the Rules of the United States District Court for the District of Columbia, Defendant Google LLC hereby submits the following statement of material facts as to which it contends there is no genuine issue.  This statement is being submitted in support of Google's motion for summary judgment as to the claims asserted in both *United States, et al. v. Google LLC*, No. 1:20-cv-03010-APM (the "DOJ Action") and *State of Colorado, et al. v. Google LLC*, No. 1:20-cv-03715-APM (the "Colorado Action").  The claims asserted in only the Colorado Action are addressed in a separate motion for summary judgment and accompanying statement of material facts.

## I.  The Browser Default Agreements

### A.  The Agreements with Apple

#### 1.  Apple's Safari Browser and Safari's Default Search Engine

1.  Apple released the first version of its Safari web browser to the public in 2003. *Apple Unveils Safari*, available at https://www.apple.com/newsroom/2003/01/07Apple-Unveils-Safari/ (Jan. 7, 2003) (Ex. 1).

2.  Apple decided to make its Safari browser the preinstalled default browser on Apple computers and mobile devices, including the iPhone.  Cue (Apple) Tr. 126:3-6 (Ex. 2).

3.  Before releasing the first version of Safari in 2003, Apple decided that the browser's interface would include a built-in "search box" that enabled users to search the web by entering a query in the box, without having to first navigate to a search engine's website or install a search engine's browser extension.  *Apple Unveils Safari*, available at https://www.apple.com/newsroom/2003/01/07Apple-Unveils-Safari/ (Jan. 7, 2003) (Ex. 1); Cue (Apple) Tr. 23:13-24:15 (Ex. 2).

████████████████████████████████████

4.      Apple concluded that its Safari browser is more appealing to users if they are able to search the web by entering a query in a search box integrated with the browser's interface. Apple 30(b)(6) (Cue) Tr. 46:22-48:11 (Ex. 3).

5.      Apple decided before releasing the first version of Safari in 2003 that queries entered in the built-in search box should be routed to one search engine, without the user having to take any further action to select a search engine.  Cue (Apple) Tr. 23:13-27:10 (Ex. 2); Apple 30(b)(6) (Cue) Tr. 119:14-120:19 (Ex. 3).

6.      Apple concluded that its Safari browser is more appealing to users if the browser includes a default search engine to which queries entered in the built-in search box are automatically routed.  Cue (Apple) Tr. 24:16-26:8 (Ex. 2); Apple 30(b)(6) (Cue) Tr. 119:14-120:19 (Ex. 3).

7.      ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

8.      In determining which search engine to set as the default in Safari, the most important factor that Apple considers is which search engine will provide the highest-quality results and experience for Apple's customers.  Apple 30(b)(6) (Cue) Tr. 49:20-51:8, 67:2-25, 69:3-20, 88:5-12, 120:20-121:24 (Ex. 3).

9.      Apple has determined that in the U.S. and a number of other countries, Google provides the highest-quality search results and experience for Apple's customers.  Cue (Apple) Tr. 31:18-32:6, 35:12-36:20 (Ex. 2).

████████████████████████

10.     Apple has periodically evaluated whether to set a search engine other than Google as the default in Safari in the U.S.  Cue (Apple) Tr. 31:8-32:6 (Ex. 2); Giannandrea (Apple) Tr. 126:6-127:25, 206:24-209:10, 254:19-255:12 (Ex. 5).

11.     Each time Apple has evaluated whether to set a search engine other than Google as the default in Safari in the U.S., it has determined that selecting another search engine as the default would be inconsistent with its objective of providing the highest-quality results and experience for Apple's customers.  Cue (Apple) Tr. 31:8-32:6, 35:12-36:20, 66:4-67:11 (Ex. 2); Apple 30(b)(6) (Cue) Tr. 55:3-9, 67:2-25, 121:11-122:14, 146:22-147:18 (Ex. 3); Giannandrea (Apple) Tr. 255:2-258:2 (Ex. 5).

12.     If Apple had determined that a search engine other than Google would have provided a better user experience for Apple's customers, then it would have pursued an agreement to make that search engine the default in Safari instead of Google.  Apple 30(b)(6) (Cue) Tr. 49:12-51:11, 122:25-124:24 (Ex. 3).

> **2.**     **Apple's Agreements with Google and Evaluations of Other Search Engines**

13.     ████████████████████████████████████████████

███████████████████████████████   █████   ███

█████████████████████████████████████████████

██████████████████████████████████████

█████████████████████████████████████████████

███████

---

█████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████

14.

15.

16.

17.

██████████████████████████████

18.     In 2005, Safari accounted for an estimated 1.3% of worldwide browser usage. *Mozilla's browsers global usage share is 8.69 percent according to OneStat.com*, previously available at http://www.onestat.com/html/aboutus_pressbox37.html (Ex. 8).

19.     In 2005, Microsoft's Internet Explorer was estimated to account for more than 80% of worldwide browser usage.  Murphy (Google's Expert) Opening Rep. ¶ 174 Fig. 18 (Ex. 9); *Mozilla's browsers global usage share is 8.69 percent according to OneStat.com*, previously available at http://www.onestat.com/html/aboutus_pressbox37.html (Ex. 8).

20.     Apple released the first version of its iPhone to the public in 2007.  *Apple Reinvents the Phone with iPhone*, available at https://www.apple.com/newsroom/2007/01/09Apple-Reinvents-the-Phone-with-iPhone/ (Jan. 9, 2007).

21.     ████████████████████████████████████

████████████████████████████████  ██████  ████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████

_____

█ ████████████████████████████████████
████████████████████████████████████████

22.

23.

24.

25.

26.



27. ██████████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████████

28.    When Apple ████████████████████████████ it believed that Google was the best search engine, that Google was continuing to improve, and that Apple's customers liked Google.  Apple 30(b)(6) (Cue) Tr. 41:17-42:3 (Ex. 3).

29. ████████████████████████████████

██████████████████████████████████

███████████████████████████████████

███████████████████████████████

███████████████

30. ████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████████████████

███████████████████████████████████

██████████

31.    Apple released the first version of its iPad to the public in 2010.  *Apple Launches iPad*, available at https://www.apple.com/newsroom/2010/01/27Apple-Launches-iPad/ (Jan. 27, 2010).

███████████████████████████████

32.    █████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████

33.    █████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████

34.    █████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████

35.    █████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████

36.    ██████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████

37.    █████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████

██████████████████████████

38.    ██████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████

39.    ██████████████████████████████████████

████████████████████████████████████

40.    When a new Apple user opens Safari for the first time, default bookmarks for Bing, Google, and Yahoo are each displayed with the same prominence in the Safari browser interface, as indicated in the following image from an iPhone.  Cue (Apple) Tr.  237:22-241:9 (Ex. 2).



41.    ██████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████

42.   ████████████████████████████████████████████

████████████████████████████████████

██████████████████████

43.   ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████

44.   ████████████████████████████████████

████████████████████████████ ████ █

████████████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████████████████████

█████████████████████████████████

45.   ██████████████████████████████

██████████████████████████████████

████████████████████████████████████████

████████████

────────────────

█ ████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
█████████████████████████████████
███████████████████

██████████████████████████

46.  ████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████████

47.  ████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████

48.  ██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████

██████████████████████████

49.  ████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████

50.  ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████

51.  ██████████████████████████████████████

████████████████████████████████████████████

████

52.  ████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████

53.  ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

54.  ██████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████

55.  ██████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████

████████████████████████

56.  ██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

███████████████████████████

57.    The ISA and the amendments thereto have been negotiated at arms-length, with Google and Apple each making compromises to reach an agreement that the parties deem mutually beneficial.  Cue (Apple) Tr. 99:2-100:12 (Ex. 2); Apple 30(b)(6) (Cue) Tr. 127:15-128:9 (Ex. 3).

58.    ████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████

████████████████████████████████

59.    ████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

████████████████████████

60.    ██████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

████████████████████████

### 3.    Apple's Promotion of Other Search Engines

61.    Google and Apple have never entered an agreement that restricts Apple from integrating search engines other than Google into the Safari browser. *See, e.g.*, ███████████

████████████████████████████████████

13

███████████████████████████

62.     Google and Apple have never entered an agreement specifying which other search engines Apple may integrate into the Safari browser. ████████████████████████████ ████████████████████████████████

63.     As of 2022, Bing, Yahoo, DuckDuckGo, and Ecosia have been integrated into Safari in the U.S.  Perica (Apple) Tr. 54:21-57:6 (Ex. 17); Cue (Apple) Tr. 122:15-24 (Ex. 2).

64.     ████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
███████████████████████████

65.     ████████████████████████████
████████████  ██████  ██████████████████
█████████████████████████████
████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
███████████████████████████████
██████████████████████

---

█████████████████████████████████
████████████████████████████
██████████████

██████████████████████████████████

66.  ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

67.  ████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████

68.  ████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████

69.  ██████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████

70.  ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

71.

72.

73.

74.

75.

███████████████████████████████

████████████████████████████████████████████████████████████

█████████████████████████████████████████

76.     Google and Apple have never entered an agreement that restricts an end user from changing the search engine that receives queries entered in Safari's built-in search box.  Cue (Apple) Tr. 108:19-109:7, 244:14-249:11 (Ex. 2); *see, e.g.*, ██████████████████████████

█████████████████████████████████████

77.     Google and Apple have never entered an agreement that restricts Apple from determining how many steps a user must take or which menus a user must navigate in order to change the search engine that receives queries entered in Safari's built-in search box.  Cue (Apple) Tr. 108:19-109:7, 244:14-249:11 (Ex. 2); *see, e.g.*, ██████████████████████████

██████████████████████████████████

78.     Google and Apple have never entered an agreement that restricts an end user from navigating to a search engine's website in the Safari browser by entering the applicable URL. Cue (Apple) Tr. 243:2-6 (Ex. 2); *see, e.g.*, ████████████████████████████████████

██████████████████████████████

79.     Google and Apple have never entered an agreement that restricts Apple from including in the Safari browser a preset or default bookmark for a search engine other than Google that is displayed for the user upon first opening the Safari browser.  Cue (Apple) Tr. 237:22-241:9 (Ex. 2); *see, e.g.*, ████████████████████████████

80.     Apple has included in the Safari browser a preset or default bookmark for each of Bing and Yahoo that is displayed to a new Apple user upon first opening the Safari browser. Cue (Apple) Tr. 220:3-221:20 (Ex. 2); *see, e.g.*, ██████████████████████████████████

17

██████████████████████████████

81.     Google and Apple have never entered an agreement that restricts Apple from

making any other search engine available in the Apple App Store.  Cue (Apple) Tr. 243:7-13

(Ex. 2); *see, e.g.*, ███████████████████████████████████████████

████████████████████

82.     Google and Apple have never entered an agreement that restricts Apple from

accepting payments from other search engines in exchange for promoting their search

applications, search widgets, browsers, or other services in the Apple App Store.  *See, e.g.*, ███

████████████████████████████████████████████████████

███

83.     Google and Apple have never entered an agreement that restricts Apple from

determining how many steps a user must take or which menus a user must navigate in order to

download a search application, search widget, or browser to an Apple device.  *See, e.g.*, ███

████████████████████████████████████████████████████

███

84.     Google and Apple have never entered an agreement that restricts Apple from

determining how many steps a user must take or which menus a user must navigate in order to

change the default browser on an Apple device to a browser with a different default search

engine, such as Microsoft's Edge Browser or DuckDuckGo's Privacy Browser.  *See, e.g.*, ███

████████████████████████████████████████████████████

███

85.     In 2009, Microsoft released a Bing app for download from the Apple App Store.

*Bing for mobile comes to the iPhone*, available at https://blogs.bing.com/search/2009/12/15/bing-

for-mobile-comes-to-the-iphone (Dec. 15, 2009).

██████████████████████████

86.    Bing is the default search engine in Microsoft's Edge Browser, which can be downloaded from the Apple App Store.  *Microsoft Edge now available for iOS and Android (Updated)*, available at https://blogs.windows.com/windowsexperience/2017/11/30/microsoft-edge-now-available-for-ios-and-android/ (Nov. 30, 2017).

87.    DuckDuckGo is the only search engine integrated into DuckDuckGo's Privacy Browser, which can be downloaded from the Apple App Store.  Weinberg (DuckDuckGo) Tr. 217:24-218:24 (Ex. 29).

88.    In some versions of the Microsoft Windows operating system, such as Windows 11 in S Mode, it is not possible for a user to change the default search engine from Bing to Google in Microsoft's Edge Browser.  *Windows 10 and Windows 11 in S mode FAQ*, available at https://support.microsoft.com/en-us/windows/windows-10-and-windows-11-in-s-mode-faq-851057d6-1ee9-b9e5-c30b-93baebeebc85#WindowsVersion=Windows_11.

89.    It is not possible for a user to change the default search engine from DuckDuckGo to Google in DuckDuckGo's Privacy Browser.  Weinberg (DuckDuckGo) Tr. 217:24-218:24 (Ex. 29).

90.    Google has marketed its Chrome browser to Apple device users since 2012, and it is available through the Apple App Store alongside other browsers such as Microsoft's Edge. *Chrome & Apps @ Google I/O: Your web, everywhere*, available at https://blog.google/products/chrome/chrome-apps-google-io-your-web/ (June 28, 2012); Whinston (DOJ Pls.' Expert) 214:20-215:4 (Ex. 4).

91.    Google and Apple have never entered an agreement that requires Apple to make Safari the only preinstalled web browser on any Apple device.  *See, e.g.*, ████████████

██████████████████████████

19

92.     Google and Apple have never entered an agreement that restricts Apple from preinstalling a search application or widget on the home screen or desktop of any Apple device. *See, e.g.*, ████████████████████████████████████████████

████████████████

93.     Google and Apple have never entered an agreement that places a contractual cap or limit on the number of Apple customers who can use a search engine other than Google. *See, e.g.*, ████████████████████████████████████████

████████████

94.     Google and Apple have never entered an agreement that authorizes Google to terminate the contract or alter the payment terms if a particular number of Apple customers use a rival search engine. *See, e.g.*, ████████████████████████████████

████████████████████████

95.     Google and Apple have never entered an agreement that requires Apple to ensure that any particular volume of search traffic flows to Google. *See, e.g.*, ████████████████████

████████████████████████████████

96.     Google and Apple have never entered an agreement in which the revenue share percentage varied based on the amount of search traffic that flowed to search engines other than Google. *See, e.g.*, ████████████████████████████████████

████████████████████

B.     **The Agreements with Mozilla**

1.     **Mozilla's Firefox Browser and Its Default Search Engine**

97.     The Mozilla Foundation was established in 2003 as "a non-profit organization dedicated to preserving choice and promoting innovation on the Internet." *Mozilla Foundation releases the highly anticipated Mozilla Firefox 1.0 web browser*, available at

20

https://blog.mozilla.org/press/2004/11/mozilla-foundation-releases-the-highly-anticipated-mozilla-firefox-1-0-web-browser/ (Nov. 9, 2004) (Ex. 30).

98.     Mozilla released the first version of its Firefox web browser to the public in 2004. *Mozilla Foundation releases the highly anticipated Mozilla Firefox 1.0 web browser*, available at https://blog.mozilla.org/press/2004/11/mozilla-foundation-releases-the-highly-anticipated-mozilla-firefox-1-0-web-browser/ (Nov. 9, 2004) (Ex. 30).

99.     Before releasing the first version of Firefox to the public, Mozilla decided that the browser's interface would include a built-in "search box" that enabled users to search the web by entering a query in the box, without having to first navigate to a search engine's website or install a search engine's browser extension.  *Mozilla Foundation releases the highly anticipated Mozilla Firefox 1.0 web browser*, available at https://blog.mozilla.org/press/2004/11/mozilla-foundation-releases-the-highly-anticipated-mozilla-firefox-1-0-web-browser/ (Nov. 9, 2004) (Ex. 30); Baker (Mozilla) Tr. 47:24-49:15 (Ex. 31).

100.    Mozilla decided before releasing the first version of Firefox in 2004 that queries entered in the built-in search box should be routed to one search engine, without the user having to take any further action to select a search engine.  Baker (Mozilla) Tr. 46:24-47:23, 51:20-54-16 (Ex. 31).

101.    Mozilla determined that the Firefox browser is more appealing to users if the browser includes a default search engine to which queries entered in the built-in search box are automatically routed.  Baker (Mozilla) Tr. 46:24-49:11, 55:2-56:7 (Ex. 31).

102.    In designing and updating the Firefox browser, Mozilla has determined that multiple search engines should be integrated into the product and that users should be able to

choose a different search engine if they wish to do so.  Baker (Mozilla) Tr. 47:24-49:15, 55:2-56:7 (Ex. 31).

103.    Mozilla has determined that the quality of the integrated search experience offered by the web browser is one of the most critical characteristics or features of the browser. Baker (Mozilla) Tr. 33:21-34:14 (Ex. 31).

104.

105.

106.

### 2.    Mozilla's Agreements with Google and Evaluations of Other Search Engines

107.

108.



109.

110.

111.

███████████████████████████████████████

112.    In 2004, Microsoft's Internet Explorer was estimated to account for approximately 90% of worldwide browser usage on desktop computers.  Murphy (Google's Expert) Opening Rep. ¶ 174 Fig. 18 (Ex. 9).

113.    ████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████

114.    █████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

115.    ████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████

116.    ████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████

████████████████████████████████████████████

████████████████████

117.   ███████████████████████████

████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████

████████████████████████████████████

███████████████████████

118.   ████████████████████████████

████████████████████████████████████

███████████████████████████

███████████████████████████

████████████████████████████

████████████████████████████

█████████████████████████████

███████████████████████████

███████████████

119.    Between 2009 and 2011, Firefox was the second most widely used browser in the

U.S., with an estimated 20% or more of browser usage share in the U.S. during that period.

Murphy (Google's Expert) Opening Rep. ¶ 282 Fig. 23 (Ex. 9).

120.    Between 2009 and 2011, Microsoft's Internet Explorer remained the most widely

used browser in the U.S.  Murphy Opening Rep. ¶ 282 Fig. 23 (Ex. 9).





125. ███████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

126.    Mozilla decided in 2014 that it would set Yahoo, rather than Google, as the default search engine in the Firefox browser in the U.S.  Baker (Mozilla) Tr. 69:22-70:3 (Ex. 31).

127. ███████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████

128.    By 2014 Google's Chrome browser, which was released in 2008, was estimated to have approximately the same share of browser usage on desktop computers in the U.S. as Microsoft's Internet Explorer browser.  Murphy (Google's Expert) Opening Rep. ¶ 199 Fig. 19 (Ex. 9).



129.    Firefox was estimated to be the fourth most widely used browser in the U.S. in 2014, behind Chrome, Safari, and Internet Explorer.  Murphy (Google's Expert) Opening Rep. ¶ 282 Fig. 23 (Ex. 9).

130.

131.

132.    Mozilla announced to the public in November 2014 that Yahoo would be the default search engine in Firefox in the U.S., and Mozilla switched the default search engine from Google to Yahoo for Firefox users in the U.S. beginning with the release of Firefox version 34 in



████████████████████████

December 2014. *Yahoo and Mozilla Form Strategic Partnership*, available at

https://blog.mozilla.org/press/2014/11/yahoo-and-mozilla-form-strategic-partnership/ (Nov. 19,

2014); *Firefox Release Notes for Release 34.0.5*, available at https://www.mozilla.org/en-

US/firefox/34.0.5/releasenotes/ (Dec. 1, 2014).

133. ████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

134. ████████████████████████████

████████████████████████████████████

████████████████████████████████████

███████████████

135. ████████████████████████████

████████████████████████████████████

████████████████████████

136. ████████████████████████████

████████████████████████████████████

██████████████████

137. ████████████████████████████

████████████████████████████████████

█████████████████████████

███████████████████████████████

138.   ██████████████████████████████████████

████████████████████████████████████████

████████████████

139.   ███████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████

140.   ████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████

141.   ███████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████

142.   ███████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████

█████████████████████

143.   ████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████



144.

145.

146.

███████████████████████

147.   ████████████████████████████████████████████

█████████████████████████████████████

█████████████████

148.   ████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

███████████████████████

149.   █████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████

150.   ██████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████

151.   ████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████

───────────────────

█████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████

152.

153.

154.

155.

156.

### 3.      Mozilla's Promotion of Other Search Engines

157.    Google and Mozilla have never entered an agreement that restricts Mozilla from

integrating search engines other than Google into the Firefox browser.  *See, e.g.*,

███████████████████████████████████

████████████████████████████████████████████████

████████████████████████

158.    Google and Mozilla have never entered an agreement specifying which other search engines Mozilla may integrate into the Firefox browser.  *See, e.g.,* ███████████ ████████████████████████████████████████████████

████████████

159.    Mozilla has integrated search engines other than Google into the Firefox browser since it released the first version of Firefox to the public in 2004.  *Mozilla Foundation releases the highly anticipated Mozilla Firefox 1.0 web browser*, available at

https://blog.mozilla.org/press/2004/11/mozilla-foundation-releases-the-highly-anticipated-mozilla-firefox-1-0-web-browser/ (Nov. 9, 2004) (Ex. 30); Baker (Mozilla) Tr. 41:24-44:8 (Ex. 31).

160.    ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████

161.    ████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

162.   ████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

163.   ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

164.   Google and Mozilla have never entered an agreement that restricts an end user from changing the default search engine that receives queries entered in Firefox's built-in search box. *See, e.g.,* ████████████████████████████████████████

████████████████████████████

165.   Google and Mozilla have never entered an agreement that restricts Mozilla from determining how many steps a user must take or which menus a user must navigate in order to change the default search engine that receives queries entered in Firefox's built-in search box. *See, e.g.,* ████████████████████████████████

████████████████████████████

166.   Google and Mozilla have never entered an agreement that restricts an end user from navigating to a search engine's website in the Firefox browser by entering the applicable URL. *See, e.g.,* ████████████████████████████████████████

████████████████████████████

167.     Mozilla has displayed "This time, search with" messaging that allows end users to send their queries to other search engines at the moment the user is entering a search in Firefox's built-in search box.  *Get where you're going faster, with Firefox Suggest*, available at https://blog.mozilla.org/en/products/firefox/firefox-news/firefox-suggest/; Baker (Mozilla) Tr. 88:3-92:25 (Ex. 31).

168.     Mozilla has displayed clickable icons for Bing, DuckDuckGo, and other search engines that enable end users to send their queries to those search engines with a single click or tap in the Firefox browser.  *Get where you're going faster, with Firefox Suggest*, available at https://blog.mozilla.org/en/products/firefox/firefox-news/firefox-suggest/;  Baker (Mozilla) Tr. 88:3-92:25 (Ex. 31).

169.     Mozilla has introduced a "search shortcuts" feature, which allows Firefox users to assign their own keywords for search engines (such as @ddg for DuckDuckGo or @shopping for Amazon) to make it easier for users to perform a search using those search engines.  *Assign shortcuts to search engines*, available at https://support.mozilla.org/en-US/kb/assign-shortcuts-search-engines.

170.     Mozilla has displayed sponsored tiles or shortcuts for other search services, including Amazon, on the default home page and new tab page in the Firefox browser. *Sponsored shortcuts on the New Tab page*, available at https://support.mozilla.org/en-US/kb/sponsor-privacy; Baker (Mozilla) Tr. 40:11-42:14 (Ex. 31).

171.     Mozilla receives revenue in exchange for placing sponsored tiles or shortcuts for other search services, including Amazon, on the default home page and new tab page in the Firefox browser.  Baker (Mozilla) Tr. 40:11-42:14 (Ex. 31).

████████████████████████████

172.    Google and Mozilla have never entered an agreement that places a contractual cap or limit on the number of Firefox users who can use a search engine other than Google.  *See, e.g.*,

███████████████████████████████████████████

█████████████████████████

173.    Google and Mozilla have never entered an agreement that authorizes Google to terminate the contract or alter the payment terms if a particular number of Firefox users use a rival search engine.  *See, e.g.*, ███████████████████████████████

████████████████████████████

174.    Google and Mozilla have never entered an agreement that requires Mozilla to ensure that any particular volume of search traffic flows to Google.  *See, e.g.*, ████████████

██████████████████████████████████████

175.    Google and Mozilla have never entered an agreement in which the revenue share percentage varied based on the amount of search traffic that flowed to search engines other than Google.  *See, e.g.*, ███████████████████████████████████████

█████████████████████

### C.    The Agreements with Other Browser and Software Developers

### 1.    The Agreements with Opera and UC Web

176.    Google and Opera have never entered an agreement that restricts Opera from integrating search engines other than Google Search into the Opera browser.  *See, e.g.*, ██████

███████████████████████████████████████████

███████████████████████    *Opera Help: Search*, https://help.opera.com/en/latest/search/.

177.    Google and Opera have never entered an agreement that restricts Opera from accepting payments from other search engines in exchange for directing traffic to those search

███████████████████████████████████

engines in the Opera browser.  *See, e.g.,* ████████████████████████████████

███

178.    Google and Opera have never entered an agreement that restricts an end user from

changing the default search engine that receives queries entered in Opera's built-in search box.

*See, e.g.,* ███████████████████████████████████

https://help.opera.com/en/latest/search/.

179.    There is no evidence that Opera would have refused to set a search engine other

than Google as the default in place of Google in the U.S. if Opera determined that the rival

search engine would provide a superior user experience and Opera was able to reach agreement

with the rival.

180.    According to StatCounter data cited by Plaintiffs' expert witness, approximately

0.8% of page views in a web browser in the U.S. in 2021 occurred using the Opera browser.

Whinston (DOJ Pls.' Expert) Opening Rep. ¶ 820 n.1087 (Ex. 40).

181.    ████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████

182.    Google and UC Web have never entered an agreement that restricts UC Web from

integrating search engines other than Google Search into the UC Web browser.  *See, e.g.,*

████████████████████████████████████████

███████████████████████    *Mobile UC Browser: Changing Your Search*

*Engine to DuckDuckGo*, available at  https://help.duckduckgo.com/duckduckgo-help-

pages/mobile/uc-browser/.

███████████████████████████████

183.    Google and UC Web have never entered an agreement that restricts UC Web from accepting payments from other search engines in exchange for directing traffic to those search engines in the UC Web browser.  *See, e.g.,* ██████████████████████████████

███

184.    Google and UC Web have never entered an agreement that restricts an end user from changing the default search engine that receives queries entered in UC Web's built-in search box.  *See, e.g.,* ███████████████████████████ *Mobile UC Browser: Changing Your Search Engine to DuckDuckGo*, available at https://help.duckduckgo.com/duckduckgo-help-pages/mobile/uc-browser/.

185.    There is no evidence that UC Web would have refused to set a search engine other than Google as the default in place of Google in the U.S. if UC Web determined that the rival search engine would provide a superior user experience and UC Web was able to reach agreement with the rival.

186.    According to StatCounter data cited by Plaintiffs' expert witness, approximately 0.2% of page views in a web browser in the U.S. in 2021 occurred using the UC Web browser. Whinston (DOJ Pls.' Expert) Opening Rep. ¶ 821 n.1094 (Ex. 40).

187.    ███████████████████████████████

█████████████████████████████████████

████████████████████████████

### 2.    The Agreements with Adobe and Avast

188.    None of the agreements between Google and Adobe includes a provision requiring any manufacturer or distributor of a device (such as a computer or smartphone) to preinstall Google Search or set Google Search as the default search engine on any access point. *See, e.g.,* ████████████████████████████████████

████████████████████████████████

██████████████████████████████████████████████████ *Adobe and Google team up for Toolbar*, available at https://googleblog.blogspot.com/2006/06/adobe-and-google-team-up-for-toolbar.html (June 21, 2006).

189.    None of the agreements between Google and Adobe includes a provision requiring any browser developer to set Google Search as a default search engine in any browser. *See, e.g.*, ████████████████████████████████ *Adobe and Google team up for Toolbar*, available at https://googleblog.blogspot.com/2006/06/adobe-and-google-team-up-for-toolbar.html (June 21, 2006).

190.    ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

191.    None of the agreements between Google and Avast includes a provision requiring any manufacturer or distributor of a device (such as a computer or smartphone) to preinstall Google Search or set Google Search as the default search engine on any access point. *See, e.g.*,

████████████████████████████████████████████████

████████████████████████████████ *Avast and Google Chrome*, available at https://blog.avast.com/2009/12/03/avast-and-google-chrome/ (Dec. 3, 2009).

192.    None of the agreements between Google and Avast includes a provision requiring any browser developer to set Google Search as a default search engine in any browser. *See, e.g.*, ████████████████████████████████; *Avast and Google Chrome*, available at https://blog.avast.com/2009/12/03/avast-and-google-chrome/ (Dec. 3, 2009).

███████████████████████████████████

193.    ████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

## II.    The Agreements with Android Original Equipment Manufacturers and Wireless Carriers

### A.    The Android Operating System and Android Agreements Generally

194.    Google released the first open-source version of Android source code on October

21, 2008. *Android: The Open Source Cell Phone*, available at

https://opensource.googleblog.com/2008/10/android-open-source-cell-phone.html; Miner

(Google) Tr. 245:14-20 (Ex. 55).

195.    Google has continued to release major updates to Android since 2008, typically

annually, in the form of new versions of Android (*e.g.*, Android 10 (Q), Android 12 (S)) as well

as intermediate updates.  Def.'s 5th Supp. Resps. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google

LLC (Topic 6) at 20 (Ex. 57).

196.    Google has invested billions of dollars in developing and maintaining the Android

platform.  Murphy (Google's Expert) Opening Rep. ¶ 426 (Ex. 9); Statement of Rich Miner

(Nov. 8, 2016) (GOOG-DOJ-19567568 at -572) (Ex. 56).

197.    Android was one of several competing licensable mobile operating systems when

Google released the first commercially available version of Android, and there was no assurance

that it would succeed.  Christensen (Motorola) Tr. 20:22-24:9 (Ex. 58); Statement of Rich Miner

(Nov. 8, 2016) (GOOG-DOJ-19567568 at -571-74) (Ex. 56).

198.    Android was the second most widely used mobile phone operating system in the

U.S. in 2021, behind Apple's iOS.  Whinston (DOJ Pls.' Expert) Opening Rep. ¶ 54 Fig. 2 (Ex.

40).

███████████████████████████████████

199.    Unlike iOS devices, which are manufactured only by Apple, numerous original equipment manufacturers (OEMs) such as Samsung, Motorola, LG, and OnePlus have chosen the Android operating system to run a range of differentiated smartphones and other devices.

████████████████████████████████

200.    In 2021 there were an estimated 9,000 unique yet compatible Android devices from an estimated 550 manufacturers in active use in the U.S.  Murphy (Google's Expert) Opening Rep. ¶ 354 (Ex. 9).

201.    Android smartphones are typically available at lower price points than Apple's iPhone, with an estimated average price in the U.S. between 2016 and 2021 of approximately $462 for an Android smartphone compared to approximately $935 for an iPhone.  Murphy (Google's Expert) Opening Rep. ¶ 354 & Fig. 24 (Ex. 9); ████████████████████████

███

202.    ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

203.    In 2021, an estimated █████ of search queries in the U.S. were submitted from devices running on the Android operating system.  Murphy (Google's Expert) Opening Rep. ¶ 34 & Fig. 1 (Ex. 9).

204.    ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

█████████████

█████████████████████████████████████

205.    Bing has been the preinstalled default search engine on more than 80% of

Windows PCs since approximately 2013.  Murphy (Google's Expert) Opening Rep. ¶¶ 91-94,

Fig. 7, & Fig. 9 (Ex. 9).

206.    Google has not had any agreements to preinstall Google Search or the Chrome

browser on Windows PCs since 2015.  Murphy (Google's Expert) Opening Rep. ¶¶ 83, 92, 96, &

Fig. 10 (Ex. 9).

**B.    Android Compatibility Commitment (ACC) and Anti-Fragmentation
Agreement (AFA)**

207.    Google has entered Android Compatibility Commitments (ACC) and Anti-

Fragmentation Agreements (AFA) with OEMs, such as Samsung and Motorola.  *E.g.*, Anti-

Fragmentation Agreement between █████████████████████████████████

████████  Android Compatibility Commitment between ████████████████████

██████████████████

208.    Entering into an ACC or AFA is not a condition of licensing the Android

operating system.  *Licenses*, available at https://source.android.com/docs/setup/about/licenses

(Sept. 13, 2022).

209.    ACCs and AFAs require signatories to comply with the public Android

Compatibility Definition Document ("CDD") for the Android devices that they market.  Second

Statement of Jamie Rosenberg (Feb. 20, 2021) (GOOG-DOJ-29517860, at -872) (Ex. 60); ██████

███████████████████████████████████████

210.    Neither the ACC nor the AFA requires a signatory to install the Google Search

app, the Chrome browser, or any proprietary Google Software on any Android device.  *See, e.g.*,

████████████████████████████████████████████; *Android*

43

█████████████████████████████████████

*Compatibility Definition Document*, available at

https://source.android.com/docs/compatibility/cdd (Aug. 11, 2022).

211.    Neither the ACC nor the AFA restricts a signatory from exclusively preinstalling

or setting as the default a search application, search widget, or browser provided by a search

engine other than Google on any Android device.  *See, e.g.*, ████████████████████████

██████████████████████████████; *Android Compatibility Definition Document*,

available at https://source.android.com/docs/compatibility/cdd (Aug. 11, 2022); Jung (Google)

Tr. 234:24-235:6 (Ex. 63)

**C.    Mobile Application Distribution Agreement (MADA)**

212.    Google provides OEMs a royalty-free license to a suite of proprietary

applications, services, and application programming interfaces through the Mobile Application

Distribution Agreement (MADA).  *E.g.*, Mobile Application Distribution Agreement between

████████████████████████████████████████; Mobile

Application Distribution Agreement between ████████████████████████

████████████████████████

213.    The Google applications licensed pursuant to the MADA include the Google

Search app, the Chrome browser, Gmail, Google Maps, YouTube, and Google Play.

https://www.android.com/gms; ████████████████████████████████

████████████████████████

214.    Google has offered versions of the MADA to OEMs since the commercial release

of Android.  *E.g.*, Mobile Application Distribution Agreement between ████████████

████████████████████

215.    An OEM is not required to sign a MADA in order to manufacture or sell Android

devices.  Def.'s Supp. Resp. to Pls.' Interrog. No. 3 at 2-3 (Ex. 67).

████████████████████████████████

216.    An OEM that signs a MADA is not required to install any Google applications on any of its devices, and it may sell Android devices without any preloaded Google applications. *E.g.,* ████████████████████████████████████████

217.    If an OEM decides to install on a given device sold in the U.S. any of the proprietary Google applications licensed pursuant to the MADA, then the MADA provides that, absent an exemption, the OEM will (i) preload on that device all of the applications licensed pursuant to the MADA and (ii) place on the device's default home screen the Google Search widget, the Google Play application, and a folder containing the other MADA applications.  *E.g.,*

████████████████████████████████████████

218.    The MADA does not restrict an OEM from preloading its own applications or any third-party applications on any of its devices, including devices on which it chooses to install the MADA applications.  *E.g.,* ████████████████████████████████████

████████████

219.    The MADA does not restrict an OEM from preloading a search application, widget, or browser provided by a search engine other than Google on any of its devices, including devices on which it chooses to install the MADA applications.  *E.g.,* ███████████

████████████████████████████████

220.    The MADA does not restrict an OEM from setting a browser in which Google is not the default search engine as the default browser on any of its devices, including devices on which it chooses to install the MADA applications.  *E.g.,* █████████████████████████

████████████████████████████

221.    The MADA does not restrict an OEM from setting a search engine other than Google as the default search engine on any of the OEM's devices, including devices on which it

████████████████████████████████

chooses to install the MADA applications.  *E.g.,*  ██████████████████████████

████████████████████████████

**D.**     **Revenue Share Agreements (RSA)**

222.     Google offers OEMs and wireless carriers (such as Verizon, T-Mobile, ████

████  that sell Android devices an opportunity to earn revenue from Google by promoting

Google services to end users of Android devices and delivering security and operating system

updates to those end users.  *E.g.,* Google Mobile Revenue Share Agreement between ██████

███████████████████████████ (Ex. 68); Mobile Revenue Share Agreement

between ██████████████████████████████████ (Ex. 69); Android

Activations Agreement between ████████████████████████████████

██████████; Search Revenue Share Agreement between ████████████████████

██████████████████████.

223.     In the U.S., consumers purchase Android devices directly from OEMs (such as

Samsung or Motorola) as well as from carriers (such as Verizon or ██████).  Christensen

(Motorola) Tr. 24:10-25:10 (Ex. 58).

224.     Carriers and OEMs in the U.S. may engage in negotiations regarding the out-of-

the-box configuration of an Android device sold by a carrier, which may include negotiations

regarding which apps are preloaded on the device.  Giard (T-Mobile) Tr. 218:7-220:3 (Ex. 72).

225.     The RSAs between Google and Android OEMs and carriers do not restrict end

users from installing and using alternatives to any Google application, including the Google

Search app, the Google Search widget, and the Google Chrome browser.  ██████████████

█████████████████████████████████████████████████████████

█████████████████████████.

██████████████████████████████

226.     Google has entered RSAs pursuant to which an OEM or carrier agrees on a device-by-device basis to set Google as the default search engine for search access points specified in the agreement and to refrain from preloading alternative search services (as defined in the agreement) to the extent specified in the agreement.  *E.g.*, ██████████████████████ ████████████████████████████████

227.     Google has entered RSAs pursuant to which an OEM or carrier may choose among multiple tiers that provide varying levels of promotion of Google Search.  *E.g.*, ████ ████████████████

228.     ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████

229.     No OEM or carrier is required to sign an RSA in order to manufacture or sell Android devices, or to license Google Play or any other Google application, application programming interface, or service.  *E.g.*, Def.'s Resp. to Pls.' 4th Set of Interrogs. (No. 23) at 7 (Ex. 73); ████████████████████████████

230.     ████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

██

██████████████████████████████

231.   ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

232.   Search applications, widgets, and browsers developed by search engines other than Google can be downloaded on Android devices, including from the Google Play Store. *E.g.*, *Microsoft Edge Now Available for iOS and Android (Updated)*, https://blogs.windows.com/windowsexperience/2017/11/30/microsoft-edge-now-available-for-ios-and-android/ (Mar. 26, 2018); *Neeva on Mobile Devices: Get the Android App*, available at https://help.neeva.com/hc/en-us/articles/8093854852627-Get-the-Android-App.

233.   In the Google Chrome browser, a user can change the default search engine that receives queries entered in the browser's integrated search box.  Def.'s Resp. to Pls.' 4th Set of Interrogs. (No. 26) at 10-13 (Ex. 73).

234.   Bing, Yahoo, DuckDuckGo, and Ecosia are currently available as prepopulated options that a user of the Chrome browser in the U.S. may set as the default search engine that receives queries entered in Chrome's integrated search box.  Def.'s Resp. to Pls.' 4th Set of Interrogs. (No. 26) at 11-12 (Ex. 73).

## III.   Plaintiffs' Experts' Opinions Regarding the Agreements

235.   In order to assess how much foreclosure might occur as a result of a particular agreement or set of agreements, an economist ideally would compare the world under the contracts at issue to a but-for world.  Whinston (DOJ Pls.' Expert) Rebuttal Rep. ¶ 326 (Ex. 77); Whinston (DOJ Pls.' Expert) Tr. 382:22-384:2 (Ex. 4); Murphy (Google's Expert) Reply Rep. ¶¶ 134-143 (Ex. 78).

236.    Neither Plaintiffs' Complaints nor their interrogatory responses purport to describe a but-for world without Google's MADAs or RSAs.  *See, e.g.*, DOJ Pls.' 2d Supp. Resps. to Google's 2d Set of Interrogs. (Nos. 8-10) at 12-16 (Ex. 79); Colo. Pls.' 2d Supp. Resps. to Google's 2d Set of Interrogs. (Nos. 8-10) at 6-7 (Ex. 80); DOJ Pls.' 6th Supp. Resps. to Google's 1st Set of Interrogs. (No. 14) at 38-39 (Ex. 81); Colo. Pls.' 4th Supp. Resps. to Google's 1st Set of Interrogs. (No. 14) at 11 (Ex. 82).

237.    Plaintiffs' experts have not offered an opinion regarding what a but-for world without Google's agreements with browser developers, such as Apple and Mozilla, might look like.  *See, e.g.*, Winston (DOJ Pls.' Expert) Tr. 391:15-395:20 (Ex. 4); Baker (Colo. Pls.' Expert) Tr. 296:10-297:11 (Ex. 84).

238.    Plaintiffs' experts have not evaluated whether any particular but-for world would result in procompetitive benefits for consumers or browser developers, such as Apple or Mozilla. *See, e.g.*, Winston (DOJ Pls.' Expert) Tr. 137:9-139:16 (Ex. 4); Baker (Colo. Pls.' Expert) Tr. 296:10-297:11, 326:20-327:25 (Ex. 84).

239.    Plaintiffs' experts have not identified any instance where a browser developer entered an agreement to implement a choice screen or a search engine asked a browser to implement a choice screen.  *See, e.g.*, Winston (DOJ Pls.' Expert) Tr. 146:4-147:18 (Ex. 4); Baker (Colo. Pls.' Expert) Tr. 300:6-301:4 (Ex. 84).

240.    Plaintiffs' experts have not evaluated whether browser developers would benefit from or be harmed by setting a search engine that they do not prefer as the default or altering the design of their browsers such that they cannot set their preferred search engine as the default. *See, e.g.*, Winston (DOJ Pls.' Expert) Tr. 241:1-10, 249:17-250:15 (Ex. 4); Baker (Colo. Pls.' Expert) Tr. 296:10-297:11 (Ex. 84).

241.    Plaintiffs' experts have not analyzed the competitive effects of Apple setting a different search engine, such as Bing, as the default in Safari.  *See, e.g.*, Whinston (DOJ Pls.' Expert) Tr. 134:11-135:8 (Ex. 4); Baker (Colo. Pls.' Expert) Tr. 282:16-284:21, 286:15-22 (Ex. 84).

242.    Plaintiffs' experts have not offered an opinion regarding what a but-for world without Google's MADAs or RSAs might look like.  *See, e.g.*, Whinston (DOJ Pls.' Expert) Tr. 290:20-294:22, 368:19-372:4, 384:3-385:7, 393:6-395:14 (Ex. 4); Baker (Colo. Pls.' Expert) Tr. 318:14-322:5 (Ex. 84).

243.    According to Professor Whinston, an estimated ███ of Google Search queries in the United States in 2020 were "covered by" a revenue share agreement between Google and an Android OEM or Carrier.  Whinston (DOJ Pls.' Expert) Opening Rep. ¶¶ 832 Fig. 135, 833-34 (Ex. 40).

244.    Following a July 2018 decision by the European Commission, Google implemented a search engine "choice screen" on certain Android devices sold in certain European countries.  *About the Choice Screen*, available at https://www.android.com/choicescreen/ (Aug. 29, 2022).

245.    Professor Whinston estimated in his opening report that if the European choice screen design had been implemented on Android devices in the U.S., then Google's share of consumer search engine default choices would have been 90.45%.  Whinston (DOJ Pls.' Expert) Opening Rep. ¶ 964 (Ex. 40).

246.    Professor Whinston estimated in his opening report that if choice screen shares translate into search shares, then general search engines other than Google would have received 9.55% of general search traffic from Android devices in the U.S. under a circumstance in which

the European choice screen design had been implemented on Android devices in the U.S. Whinston (DOJ Pls.' Expert) Opening Rep. ¶ 964 (Ex. 40).

247.    Professor Whinston estimated in his opening report that if the European choice screen design had been implemented on all Android devices in the U.S., then approximately 1.7% of all Google search queries from all device types may have shifted from Google to search engines other than Google.  Whinston (DOJ Pls.' Expert) Opening Rep. ¶¶ 832 Fig. 135, 959, 964 (Ex. 40).

248.    Professor Whinston estimated at his deposition that if the European choice screen design had been implemented on all Android devices in the U.S., then less than 1% of all search queries entered in the U.S. from all device types may have shifted from Google to search engines other than Google.  Whinston (DOJ Pls.' Expert) Tr. 415:4-416:21 (Ex. 4).

249.    Plaintiffs' experts are not opining that in a but-for world any particular Android OEM or Carrier would have set a search engine choice screen on any particular device.  *E.g.*, Whinston (DOJ Pls.' Expert) Tr. 289:10-18, 380:9-382:4 (Ex. 4); Baker (Colo. Pls.' Expert) Tr. 318:14-322:5 (Ex. 84).

250.    Plaintiffs' experts have not evaluated the financial impacts on any OEM or carrier of setting a search engine choice screen on its devices.  *E.g.*, Whinston Tr. (DOJ Pls.' Expert) 380:9-382:4 (Ex. 4).

251.    Professor Whinston estimated in his opening report that if a search engine other than Google had been the exclusive preinstalled default search engine on all search access points on Android devices in the U.S., then approximately 11.6% to 13.5% of total U.S. search queries may have shifted from Google to other general search engines.  Whinston (DOJ Pls.' Expert) Opening Rep. ¶¶ 904-05 (Ex. 40).

252.    Professor Whinston has not opined that consumers who prefer a search engine other than Google are frustrated in attempting to use that search engine or that consumers who prefer a search engine that is not the default fail to seek it out and use it.  *See, e.g.*, Whinston (DOJ Pls.' Expert) Tr. 199:8-201:5 (Ex. 4).

253.    Plaintiffs' experts are not opining that in a but-for world all Android devices sold in the U.S. would ship with a search engine other than Google as the exclusive preloaded search engine.  *E.g.*, Whinston (DOJ Pls.' Expert) Tr. 389:14-393:16 (Ex. 4); Baker (Colo. Pls.' Expert) Tr. 318:14-322:5 (Ex. 84).

254.    Plaintiffs' experts are not opining that in a but-for world any particular Android OEM or carrier would have selected a search engine other than Google to be the exclusive preloaded search engine on any particular Android device.  *E.g.*, Whinston (DOJ Pls.' Expert) Tr. 389:14-393:16 (Ex. 4); Baker (Colo. Pls.' Expert) Tr. 318:14-322:5 (Ex. 84).

255.    Plaintiffs' experts are not opining that any Android OEM or Carrier has determined that a rival search engine is superior to Google or that an OEM or Carrier would have exclusively preloaded a rival search engine instead of Google if not for Google's RSAs with OEMs and carriers.  *E.g.*, Whinston (DOJ Pls.' Expert) Tr. 361:5-364:16 (Ex. 4); Baker (Colo. Pls.' Expert) Tr. 318:14-322:5 (Ex. 84).

## IV.    Plaintiffs' Additional Contentions Regarding the ACC and AFA

### A.    The Role of Compatibility in the Development of Android

256.    Before Android, OEMs installed customizable mobile operating systems including, among others, JavaME (or J2ME), Symbian, and Mobile Linux.  Second Statement of Jamie Rosenberg (Oct. 5, 2018) (GOOG-DOJ-01661440 at -447) (Ex. 85); Jung (Google) Tr. 231:13–25 (Ex. 63); Miner (Google) Tr. 173:19–174:7 (Ex. 55).

257.     OEMs implemented those customizable mobile platforms in mutually incompatible ways, such that an application written for one mobile phone model might not work on another model running a variation of the same mobile operating system.  Android Partner Engineering Evolution of Android Compatibility (GOOG-DOJ-03509514 at -518–20) (Ex. 86); Miner (Google) Tr. 173:19–174:7 (Ex. 55).

258.     To have their applications run properly on different implementations of those predecessor platforms, app developers wrote different versions of their apps, increasing development costs.  Jung (Google) Tr. 231:7-20) (Ex. 63); Android Partner Engineering Evolution of Android Compatibility (GOOG-DOJ-03509514 at -518-21) (Ex. 86).

259.     Google, a developer of mobile applications during this period, experienced these higher app development costs.  Lockheimer (Google) Tr. 82:8-83:10 (Ex. 87).

260.     In 2012, Google's Larry Page stated in a letter to investors: "developing apps for mobile devices was incredibly painful. We had a closet full of over 100 phones, and we were building our software pretty much one device at a time."  Alphabet Investor Relations, 2012 Founders' Letter, *available at* https://abc.xyz/investor/founders-letters/2012/.

261.     Google recognized that licensing the Android operating system open-source created the potential for incompatibilities that had hindered other customizable mobile platforms. Statement of Rich Miner (Nov. 8, 2016) (GOOG-DOJ-19567568 at -573) (Ex. 56); Miner (Google) Tr. 173:8-18 (Ex. 55).

262.     Google made promoting compatibility a key Android goal before Android's launch.  2008 Android Defragmentation Proposal (GOOG-DOJ-01662514 at -514) (Ex. 88); Miner (Google) Tr. 101:24–102:7 (Ex. 55).

███████████████████████████████████

263.    Google entered into compatibility commitments with partners as early as 2007, prior to Android's open-source release.  *E.g.*, Open Handset Alliance Cooperative Marketing Agreement ████████████████████████████████; Open Handset Alliance Cooperative Marketing Agreement ██████████████████████████ ███████████████████.

264.    Google, from Android's release, sought compatibility commitments from Android device makers that licensed Google proprietary apps.  *E.g.*, Android License Agreement and accompanying Anti-Fragmentation Agreement ██████████████████████████ ██  Android License Agreement and accompanying Anti-Fragmentation Agreement █████ ███████████████████.

265.    Licensing Google's proprietary Android apps only to OEMs that agree to Android compatibility commitments remains Google's policy.  Jung (Google) Tr. 88:5-18 (Ex. 63).

266.    OEMs, contemporaneous with Android's launch, supported Google's efforts to promote compatibility on Android devices to attract users and developers.  Statement of Rich Miner (Nov. 8, 2016) (GOOG-DOJ-19567568 at -576) (Ex. 56); Miner (Google) Tr. 188:1-7 (Ex. 55).

267.    Baseline compatibility helps attract application developers to Android because compatibility reduces application development costs.  Lockheimer (Google) Tr. 36:23-37:16 (Ex. 87); Lagerling (Google) Tr. 49:7-50:2 (Ex. 93).

268.    Professor Whinston recognizes that "preventing fragmentation can be an important factor" in "encourag[ing] application developers to write applications for Android." Whinston (DOJ Pls.' Expert) Rebuttal Rep. ¶ 345 (Ex. 77).

███████████████████████████████████

### B. AFAs, ACCs, and the Android Compatibility Definition Document

269.    In 2017, Google transitioned from using the AFA to using the ACC.  Rosenberg (Google) Tr. 278:8-10 (Ex. 94); Statement of Rich Miner (Feb. 16, 2021) (GOOG-DOJ-29517791 at -797) (Ex. 95).

270.    ACCs specify that "[a]ll devices based on Android that [the] Company manufactures, distributes or markets will be Android Compatible Devices," which are defined as devices that comply with the CDD.  *E.g.*, ████████████████████████

███████████████████████████████████

271.    The CDD seeks to ensure that applications written to the Android software development kits ("SDK") work on all devices that comply with the CDD.  Statement of Rich Miner (Feb. 16, 2021) (GOOG-DOJ-29517791, at -797) (Ex. 95); *Android Compatibility Definition Document*, available at https://source.android.com/docs/compatibility/cdd (Aug. 11, 2022).

272.    The CDD sets baseline technical requirements for application programming interfaces, hardware, and security.  *Android Compatibility Definition Document*, available at https://source.android.com/docs/compatibility/cdd (Aug. 11, 2022); *Compatibility Definition: Android 13*, available at https://source.android.com/docs/compatibility/13/android-13-cdd (Nov. 29, 2022); Jung (Google) Tr. 93:25-94:6 (Ex. 63).

273.    Many features in the CDD are optional or can be implemented in different ways.  *Android Compatibility Definition Document*, available at https://source.android.com/docs/compatibility/cdd (Aug. 11, 2022); Second Statement of Jamie Rosenberg (Feb. 20, 2021) (GOOG-DOJ-29517860 at -862-64) (Ex. 60).

██████████████████████████

274.    The CDD contains "core" requirements applicable to all Android devices, as well as form-factor specific requirements.  *Android Compatibility Definition Document*, available at https://source.android.com/docs/compatibility/cdd (Aug. 11, 2022).

275.    The CDD does not prohibit partners from adding additional features—whether APIs, hardware, or services—consistent with its baseline requirements.  Rosenberg (Google) Tr. 286:13-19 (Ex. 94); Jung (Google) Tr. 58:6-7, 142:19-143:14 (Ex. 63).

276.    AFA and ACC signatories can seek exemptions from Google.  Jung (Google) Tr. 37:23-38:2, 60:2-61:24 (Ex. 63).

277.    AFAs and ACCs do not address the search service or browser a signatory installs or promotes on its CDD-compatible devices.  Jung (Google) Tr. 234:21-235:6 (Ex. 63); *see, e.g.*,

███████████████████████████

278.    The CDD does not dictate the search engine that is installed or set as the default on any Android device, and it does not place any restrictions on the search engines that may later be installed by a user.  Android Compatibility Definition Document, *available at* https://source.android.com/docs/compatibility/cdd (Aug. 11, 2022).

279.    The CDD does not specify the browser that is installed or set as the default on any Android device.  *Android Compatibility Definition Document*, available at https://source.android.com/docs/compatibility/cdd (Aug. 11, 2022)

280.    The CDD does not require the installation of any Google proprietary software.  *Android Compatibility Definition Document*, available at https://source.android.com/docs/compatibility/cdd (Aug. 11, 2022); Second Statement of Jamie Rosenberg (Feb. 20, 2021) (GOOG-DOJ-29517860 at -865) (Ex. 60).

281.    Professor Whinston acknowledges that "compatible [Android] devices are better opportunities" for rival general search engines to distribute their products than incompatible devices.  Whinston (DOJ Pls.' Expert) Reply Rep. ¶ 385 (Ex. 20).

282.    Professor Whinston offers no opinion that the AFA or ACC have resulted in the shift of any search queries to Google from Google's rivals.

283.    CDD-compatible Android devices attract more application developers, and the availability of more applications in turn attracts more users.  Jung (Google) Tr. 91:10-92:6 (Ex. 63); Second Statement of Jamie Rosenberg (Feb. 20, 2021) (GOOG-DOJ-29517860 at -871) (Ex. 60).

**C.    Amazon's Fire Phone**

284.    Amazon introduced the Fire Phone in 2014.  *Fire, First Smartphone Designed By Amazon, Now Available At AT&T And Amazon*, available at https://press.aboutamazon.com/2014/7/fire-first-smartphone-designed-by-amazon-now-available-at-at-t-and-amazon (July 25, 2014).

285.    The Fire Phone ran a variant of the Android operating system that did not comply with the CDD.  Second Statement of Jamie Rosenberg (Feb. 20, 2021) (GOOG-DOJ-29517860, at -869) (Ex. 60); Lee (Amazon) Tr. 31:8-12, 227:2-8 (Ex. 97).

286.    Amazon made Bing the Fire Phone's default search engine.  *E.g.*, ██████████

287.    Amazon could have likewise made Bing the default search engine on its Fire Phone if Amazon had made the Fire Phone CDD compatible.  Statement of Rich Miner (Feb. 16, 2021) (GOOG-DOJ-29517791 at -801) (Ex. 95).

288. ███████████████████████████████████████

289. ███████████████████████████████

290. ███████████████████████████████

291. ███████████████████████████████

**D.      Self-Certification of CDD Compliance**

292.     Neither the AFA nor the ACC requires signatories to preview any devices with Google prior to their launch.  *See, e.g.*, Anti-Fragmentation Agreement between ███████

293.     Neither the AFA nor the ACC requires signatories to attest that a device complies with the CDD before marketing the device.  *See, e.g.*, ████████████████

██████████████████████████████████████

294.     Android OEMs can determine whether their devices comply with the CDD by using the Compatibility Test Suite ("CTS"), a free self-assessment tool available online.  *Google Compatibility Test Suite*, available at https://source.android.com/docs/compatibility/cts (Sept. 13, 2022); Statement of Rich Miner (Oct. 8, 2018) (GOOG-DOJ-01660584 at -591) (Ex. 104).

295.      Android OEMs self-certify that their devices meet CDD requirements by running the CTS.  Jung (Google) Tr. 152:23-153:2 (Ex. 63).

296.     Under the MADA's terms, OEMs that preinstall Google proprietary software applications must meet the CDD, as well as other requirements.  *E.g.,* ████████████████████ ████████████████████████████████████

297.     The MADA requires manufacturers to submit a CTS report and device samples to Google for approval only for devices that are preloaded with Google applications, and not for any other Android devices that the manufacturer markets.  Jung (Google) Tr. 153:19-20 (Ex. 63); *e.g.,* ████████████████████████████████████████████████████ ████████████

298.     MADA signatories are required to sign an AFA/ACC or agree to its equivalent terms in the MADA.  *E.g.,* ████████████████████████████

299.     Microsoft has been an AFA/ACC and MADA signatory since 2019.  Android Compatibility Commitment between Microsoft and Google (July 9, 2019) (Ex. 128); Mobile Application Distribution Agreement between Microsoft and Google (Oct. 1, 2019) ("2019 Microsoft MADA") (Ex. 105).

300.     Microsoft markets its Surface Duo, a MADA device, with Microsoft's Edge browser as the default browser on its home screen and Bing as the default search engine.  2019 Microsoft MADA Ex. C (Ex. 105); Tinter (Microsoft) Tr. 229:10-14 (Ex. 106).

███████████████████████

301.    ████████████████████████████████

███████████████████████████████████████

██████████████████████

302.    ██████████████████████████████████████

██████████████████████████████████████

█████████████████████████

303.    ███████████████████████████████████

███████████████████████████████

304.    ████████████████████████████████

██████████████████████████████████████

██████████████████████

305.    ██████████████████████████████████████

█████████████████████████████████████

██████████████████

306.    ██████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████

███████████████████

307.    ██████████████████████████████████

██████████████████████████████████████

████████████████████████████████

██████████████████████████████

308.    Carriers such as T-Mobile do not certify devices.  Giard (T-Mobile) Tr. 115:11-12 (Ex. 72).

309.    Carriers such as T-Mobile do not sign AFAs or ACCs with Google.  Rosenberg (Google) Tr. 30:2-8 (Ex. 94).

## V.    Agreements Relating to Google Assistant and Internet-of-Things Devices

### A.    Virtual Assistant Offerings

310.    A virtual assistant (also referred to as an "assistant" or "voice assistant") is an interactive service that uses voice as the primary input and output to allow users to access and accomplish tasks on various devices.  Lee (Amazon) Tr. 32:6-9 (Ex. 97); Spivak (Google) Tr. 16:14-19 (Ex. 110).

311.    A virtual assistant is different from voice-activated search, which allows a consumer to enter a query in a general search engine orally.  Whinston (DOJ Pls.' Expert) Opening Rep. ¶ 217 n.267 (Ex. 40).

312.    Depending on how a device implements the assistant, a user can activate it through different methods, including (i) a spoken "hotword" or "wake word" like "Hey Siri," (ii) a physical affordance (such as a dedicated button on a phone or TV remote, or long pressing a non-dedicated button on a device), or (iii) a gesture on a device.  Whinston (DOJ Pls.' Expert) Opening Rep. ¶ 744 (Ex. 40); Spivak (Google) Tr. 89:7-10 (Ex. 110); Brady (Google) Tr. 111:10–20 (Ex. 111); Giannandrea (Apple) Tr. 82:3–13 (Ex. 5).

313.    There are many assistants that work on a variety of devices; examples include:

a.    Apple launched the first assistant, Siri, on the iPhone 4S in October 2011, later integrating it on subsequent iPhones, CarPlay (Apple's phone-to-car projection technology), Apple Watches, AirPods, Apple TV, and HomePod smart speakers.  Giannandrea (Apple) Tr. 81:19-82:13 (Ex. 5); *Devices that*

support *"Hey Siri,"* available at https://support.apple.com/en-us/HT209014/

(Mar. 21, 2022); *10 years of Siri: the history of Apple's voice assistant*,

available at https://www.techradar.com/news/siri-10-year-anniversary (Oct. 4,

2021).

b.  Amazon distributes Alexa, launched in 2014, on its Echo line of speakers and

displays, Amazon Fire TV devices, third-party TV devices, mobile phones,

first- and third-party tablets, third-party speakers, first- and third-party

headphones and earbuds, and numerous other smart-home devices.  *Amazon*

*Echo Now Available to All Customers*,

https://press.aboutamazon.com/2015/6/amazon-echo-now-available-to-all-

customers (June 23, 2015); Lee (Amazon) Tr. 40:5-41:6, 41:19-42:4; 162:15-

23 (Ex. 97).

c.  Google launched Google Assistant in October 2016 on its Google Home

speaker and Pixel phone, and Google Assistant is also available on other

Android mobile devices, and speakers, cars connected to the internet, smart

TVs, and wearable devices such as smart watches.  Spivak (Google) Tr.

17:12–19:3 (Ex. 110); Brady (Google) Tr. 32:19-23, 98:11-20 (Ex. 111); *A*

*personal Google, just for you*, available at

https://blog.google/products/assistant/personal-google-just-you/ (Oct. 4,

2016).

d.  Samsung launched its virtual assistant, Bixby, on the Samsung Galaxy S8

smartphone in March 2017 and preinstalled it on subsequent Samsung

Android devices and Samsung smart TVs.  Denison (Samsung) Tr. 218:20-

███████████████████████████

219:3 (Ex. 75); Baxter (Samsung) Tr. 89:16-20 (Ex. 76); *Discover New*

*Possibilities with the Samsung Galaxy S8 and Galaxy S8+: A Smartphone*

*Without Limits*, available at https://news.samsung.com/us/discover-new-

possibilities-samsung-galaxy-s8-galaxy-s8-plus-unpacked-2017/ (Mar. 29,

2017).

e.  Sonos, Spotify, Roku, Vizio, LG, Auto OEMs, and white-label services also

offer assistants integrated into various devices and services.  *E.g.*, Siegel

(Sonos) Tr. 42:12-43:3 (Ex. 112); ███████████████████████████

██████████████

**B.      Uses of Virtual Assistants**

314.    The primary use of assistants is to perform actions.  Raghavan (Google) Tr.

613:13-614:10 (Ex. 114); Lee (Amazon) Tr. 42:24-44:9 (Ex. 97).

315.    Across all devices from February 10, 2022, through April 6, 2022, ██████ of

Google Assistant interactions were action related, including media, communications, home

automation, productivity, routines, device actions, and others; the remaining ██████ of

interactions involved seeking information.  Murphy (Google's Expert) Opening Rep. ¶ 575 Fig.

28 (Ex. 9).

316.    The majority of Google Assistant interactions on smart speakers, in connected

cars, and with smart TVs is to perform actions:

a.  On smart speakers, ██████ of Google Assistant interactions are action related,

and ██████ are information related.  Murphy (Google's Expert) Opening Rep.

¶¶ 574–75, 577 (Ex. 9).

███████████████████████████████████

b. In autos, ███ of Google Assistant interactions are action related, and ███ are information related.  Murphy (Google's Expert) Opening Rep. ¶¶ 575, 577 (Ex. 9).

c. With smart TVs, ████ of Google Assistant interactions are action related, and ███ are information related.  Murphy (Google's Expert) Opening Rep. ¶¶ 575, 577 (Ex. 9).

317.    The majority of Google Assistant interactions on mobile devices are "to fulfill an intent … as opposed to only gather information," including tasks such as setting a timer, setting an alarm, or playing music.  Raghavan (Google) Tr. 613:13-614:10 (Ex. 114).

318.    Google Assistant interactions that result in a web search comprise ████ of Google Search requests, with smartphones accounting for ████ and IoT devices (speakers, displays, TVs, wearable devices, and connected cars) accounting for ████.  Murphy (Google's Expert) Opening Rep. ¶ 593 Table 4 (Ex. 9).

a. Assistant usage on speakers and displays, half of all Google Assistant usage, accounts for ████ of overall Google Search usage.  Murphy (Google's Expert) Opening Rep. ¶¶ 571 Table 3, 593 Table 4 (Ex. 9).

b. Virtual assistant usage in cars accounts for ████ of overall Google Assistant usage and an even more insignificant amount of overall Google Search requests █████.  Murphy (Google's Expert) Opening Rep. ¶¶ 571 Table 3, 593 Table 4 (Ex. 9).

c. Smart TVs account for just ████ of Google Assistant usage and █████ of overall Google Search usage.  Murphy (Google's Expert) Opening Rep. ¶¶ 571 Table 3, 593 Table 4 (Ex. 9).

███████████████████████████████████████████

    d.   Assistant usage on mobile devices accounts for ████ of overall Google

        Assistant usage and ████████ of total Google Search requests.  Murphy

        (Google's Expert) Opening Rep. ¶¶ 571 Table 3, 593 Table 4 (Ex. 9).

319.    ████████████████████████████████████████████████████████

█████████████████████████████████████████ Whinston (DOJ Pls.' Expert) Opening

Rep. ¶¶ 224-25 (Ex. 40).

320.    The most common information-related assistant interactions seek specific

information—such as "what is the weather" or "what is the score of the Boston Celtics game"—

for which the virtual assistant will return only a single result and, on devices without displays,

that result is only spoken.  Whinston (DOJ Pls.' Expert) Opening Rep. ¶ 230 (Ex. 40); Spivak

(Google) Tr. 23:9-13, 24:23-25 (Ex. 110).

321.    Across all devices from February 10, 2022, through April 6, 2022, at most ██████

of Google Assistant usage is "information-related," with only a small subset involving a web

search.  Murphy (Google's Expert) Opening Rep. ¶¶ 575, 582, Fig. 28, & n.910 (Ex. 9).

322.    Professor Whinston agrees that the most frequent uses of virtual assistants are for

actions, not web searches.  Whinston (DOJ Pls.' Expert) Opening Rep. ¶¶ 220-25 (Ex. 40).

323.    Professor Whinston states that virtual assistants do not belong in his proposed

"general search services" market because assistants "are significantly differentiated from general

search engines, fulfilling different and varied consumer needs."  Whinston (DOJ Pls.' Expert)

Opening Rep. ¶¶ 218–19, 134, 219-234 (Ex. 40).

324.    Professor Whinston recognizes that "Google Assistant is not … [t]he future of

Google Search" and opines that "virtual assistants currently have, and in the near future will

have, only a limited ability to provide results that would substitute for the SERP of a

███████████████████████████████████

hypothetical general search services monopolist, leading consumers to use them largely for other purposes." Whinston (DOJ Pls.' Expert) Opening Rep. ¶¶ 221, 233 (Ex. 40).

###### C.    Google's Third-Party Assistant Agreements

325.    Amazon, Google, and Apple integrate on smart speakers, with Alexa as the sole built-in assistant on 46.6% of speakers shipped in 2021, compared to 32.4% where Google Assistant was the sole built-in assistant, and 9.8% where Siri was the sole built-in assistant. Murphy (Google's Expert) Opening Rep. ¶ 625 Fig. 31 (Ex. 9).

326.    Third-party OEMs accounted for 17.2% of total speaker shipments in 2021. Murphy (Google's Expert) Opening Rep. ¶ 622 Fig. 30 (Ex. 9).

327.    Google has entered into non-exclusive agreements with third-party smart speaker OEMs to license Google Assistant.  *E.g.*, Google Cast-Enabled and Assistant-Enabled Compliant Device Distribution Agreement ███████████████████████████████████
███████████

328.    Amazon works with many different companies to integrate Alexa into speakers. Lee (Amazon) Tr. 63:5-63:9 (Ex. 97).

329.    Most third-party speaker shipments (64.9% of third-party shipments, or 11.2% of overall shipments) include both Google Assistant and Alexa, while third-party speakers shipped with either Google Assistant or Alexa as the sole built-in assistant account for 3.2% and 2.8% of total speaker shipments, respectively.  Murphy (Google's Expert) Opening Rep. ¶ 623-24 (Ex. 9).

330.    ████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████

████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████

331.    Connected cars feature numerous assistants, including Google Assistant, Siri,

Alexa, and first-party assistants developed by auto OEMs using technology offered by Amazon,

Cerence, and SoundHound.  ██████████████████████████████

332.    Google has entered into paid licensing agreements, known as Google Automotive

Services (GAS) agreements, which provide automotive OEMs with a license to preinstall a suite

of services (including Google Assistant) on a non-exclusive, device-by-device basis ████████

████████████████.  *E.g.*, Google Automotive Services License Agreement ██████████

████████████████████; Spivak (Google) Tr. 159:6-22; 164:14-165:25

(Ex. 110).

333.    █████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████████████

334.    Google Assistant is distributed on third-party TVs that run non-Android operating

systems and also through Android TV.  Spivak (Google) Tr. 17:20-19:3 (Ex. 110).

335.    Android TV is Google's smart TV service and integrates the Google Assistant,

which helps users access content through the service.  Spivak (Google) Tr. 22:7-21 (Ex. 110);

*e.g.*, Android TV Application Distribution Agreement between ████████████████████████

████████████

336.    Android TV constituted an estimated 13.3% of TV shipments, compared with

Roku (35.3%), Samsung (25.9%), LG's webOS (9.6%), Vizio's Smartcast OS (7.9%), and

████████████████████████████████████████

Amazon's Fire TV (7.1%).  Spivak (Google) Tr. 18:9-11 (Ex. 110); Murphy (Google's Expert) Opening Rep. ¶¶ 682 Fig. 36, 683 (Ex. 9).

337.    Samsung and LG offer multiple assistants on smart TVs covered by Google Assistant Distribution Agreements, with Samsung smart TVs (25.9% of shipments) offering Bixby, Alexa, and Google Assistant, and LG smart TVs (9.6%) offering LG Assistant, Alexa, and Google Assistant.  ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████ ; Murphy (Google's Expert) Opening Rep. ¶ 679 (Ex. 9).

338.    Siri, which accounted for 41.3% of smartphone assistant usage in 2020, is the sole preinstalled assistant on all Apple iPhones, which accounted for about 47.6% of smartphone shipments in 2021.  Murphy (Google's Expert) Opening Rep. ¶¶ 707 Fig. 38, 709 (Ex. 9).

339.    Google Assistant accounted for approximately 28.3% of smartphone virtual assistant usage in 2020, while Alexa accounted for approximately 24.4%.  Murphy (Google's Expert) Opening Rep. ¶ 707 Fig. 38 (Ex. 9).

340.    Bixby accounted for approximately 6% of smartphone usage in 2020; for the small number of Bixby interactions that invoke a web search, Google Search is currently the default provider.  Murphy (Google's Expert) Opening Rep. ¶ 707 Fig. 38 (Ex. 9); ████████████

████████████████████████

341.    Google enters MADAs with smartphone OEMs to offer a royalty-free license to preinstall and distribute Google's proprietary apps and services, including Google Assistant.  *E.g.*, ████████████████████████████████████████

████████████████████████████████████████



342.

343.

344.

345.

346.     Samsung has preinstalled its own Bixby virtual assistant alongside Google

Assistant on all Samsung mobile devices (including Google Mobile Services devices) since

████████████████████████████████████████

Bixby was launched.  Denison (Samsung) Tr. 218:20-219:3 (Ex. 75); Brady (Google) Tr.

193:17-19 (Ex. 111).

347.    The MADAs do not restrict end users from downloading non-Google assistants

on a device or from changing the default assistant to a non-Google assistant.  ████████████

██████████████████████████████████████████████

348.    Google has entered RSAs with OEMs and carriers to provide incremental

promotion of Google Search and other Google products, including Google Assistant, in exchange

for a share of revenue generated by Google Search on the device.  *E.g.,* ███████████████

███████████████████████████████████████████

349.    ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████

350.    The RSAs do not restrict end users from downloading a non-Google assistant or

from changing the default assistant to a non-Google assistant.  *E.g.,* ████████████████

██████████████████████████████████████████

## VI.    The Development of Open-Source Applications

351.    Google included basic open-source apps when it first released the Android open-

source operating system in 2008.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of

Google LLC (Topic 6) at 35, 41-58 (Ex. 125).

352.    These apps are referred to as "AOSP" apps—taking their name from the Android

Open Source Project ("AOSP"), which includes the Android operating system ("Android OS"),

separate open-source API packages (such as Jetpack), and basic open-source applications ("AOSP apps"). Def.'s Supp. Resp.to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 35 (Ex. 125).

353. Google included, for example, basic AOSP apps for calendar, camera, email, messaging, phone contacts, phone dialer, photo gallery, music, search, and web browsing functionality in the first open-source Android release. Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 35, 41-59 (Ex. 125).

354. When Android launched, virtually no third-party Android applications existed. Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 35 (Ex. 125); Miner (Google) Tr. 136:23-137:1 (Ex. 55).

**A. The Role of Early AOSP Apps and Third-Party Alternatives**

355. AOSP apps served as "reference applications" for Android developers to build their own applications. Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 35, 44, 52, 54-55 (Ex. 125).

356. AOSP apps have simple functionality that is limited to the device on which it is installed, absent code modifications. Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 35-36; 42-59 (Ex. 125).

357. AOSP apps cannot interact with proprietary services absent code modifications. Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 36 (Ex. 125); Def.'s Fifth Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 18 (May 5, 2022) (Ex. 57).

358. Today, thousands of Android developers offer millions of Android apps. Slide Deck: AOSP And APIs (GOOG-DOJ-01660503 at -509) (Ex. 126); First Statement of Jamie Rosenberg (Feb. 20, 2021) (GOOG-DOJ-29517846 at -854) (Ex. 127).

359.    There are numerous third-party alternatives to the evolved AOSP apps, covering all of the functionalities offered by AOSP apps.  Slide Deck: AOSP And APIs (GOOG-DOJ-01660503, at -509) (Ex. 126); Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 38-39 (Apr. 7, 2022) (Ex. 125).

360.    Each general search engine has its own Android app.  *E.g., Microsoft Bing*, available at

https://play.google.com/store/apps/details?id=com.microsoft.bing&hl=en_US&gl=US; *Neeva Browser and Search Engine*, available at

https://play.google.com/store/apps/details?id=com.neeva.app&hl=en_US&gl=US; *DuckDuckGo Privacy Browser*, available at

https://play.google.com/store/apps/details?id=com.duckduckgo.mobile.android&hl=en_US&gl=US.

361.    Google introduced the open-source Chromium browser in 2008, years before the deprecation of the AOSP browser.  *Welcome to Chromium*, available at

https://blog.chromium.org/2008/09/welcome-to-chromium_02.html (Sept. 2, 2008); Def.'s Supp. Resp.s to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 42, 57 (Ex. 125).

362.    Numerous third-party browsers, including Microsoft Edge, Opera, and Brave, are based on open-source Chromium.  *E.g.*, *Edge Browser*, available at

https://support.microsoft.com/en-us/microsoft-edge/download-the-new-microsoft-edge-based-on-chromium-0f4a3dd7-55df-60f5-739f-00010dba52cf; *Brave Browser*, available at

https://brave.com/; *Opera 91 Stable*, available at https://blogs.opera.com/desktop/2022/09/opera-91-stable/.

███████████████████████████████

363.    Compared to AOSP apps, proprietary apps can enable more secure connections, more robust functionality, faster updating, and foster innovation by offering a return on investment.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 36, 62-63 (Ex. 125).

### B.    The Evolution of AOSP Apps

364.    With the rise of apps developed by third-party Android developers, use of AOSP apps declined.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 39 (Ex. 125).

365.    As a result, Google has at times streamlined the purpose of certain AOSP apps, decided not to add new functionality to certain apps, and/or removed certain apps from the Android operating system source manifest.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 39-41 (Ex. 125).

366.    Deprecation refers to when Google decides not to add new functionality to an AOSP app.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 40 (Ex. 125).

367.    ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████

368.    Google continues to provide security and translation updates for deprecated apps, correct for any bugs, and ensure that deprecated apps function properly.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 40 (Ex. 125).

369.    All deprecated apps remain available in AOSP.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 40 (Ex. 125).

370.    Google has removed some AOSP apps from the source manifest file in later
Android releases.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC
(Topic 6) at 40-41 (Ex. 125).

371.    All AOSP apps removed from the source manifest are still publicly available.
Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 41 (Ex.
125).

372.    Google had valid reasons for evolving each of the AOSP apps to which Plaintiffs
point.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 41-
59 (Ex. 125).

373.    The AOSP apps, mentioned by Plaintiffs, that Google has deprecated, removed
from the source manifest, or streamlined ("cleaned up") include:[13]

| **AOSP App(s)** | **Status** | **Date** |
|---|---|---|
| Calendar | Deprecated | 2013 |
| | Cleaned up | Prior to March 2019 |
| Camera | *Camera*: Removed from manifest | 2018 |
| | *LegacyCamera:* Deprecated | 2011 |
| | *DevCamera*: Deprecated | 2016 |
| Email | Removed from manifest | 2020 |
| Messaging | *IM*: Removed from manifest | 2012 |
| | *MMS*: Removed from manifest | 2018 |

---

[13] Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) 39-42 (Ex.
125)

| | | |
|---|---|---|
| | *BasicSmsReceiver:* Deprecated | 2011 |
| | *Messaging:* Deprecated | 2016 |
| Gallery | *Gallery 3D*: Removed from manifest | 2013 |
| | *Gallery*: Deprecated | 2012 |
| | *Gallery2*: Deprecated | 2016 |
| Music | Deprecated | 2012 |
| | Cleaned up | Prior to March 2019 |
| Contacts | Deprecated | 2017 |
| Dialer | *Phone*: Removed from manifest | 2016 |
| | *VoiceDialer*: Removed from manifest | 2017 |
| | *Dialer* (*replaced Phone*): Deprecated | 2018 |
| Search | *GlobalSearch*: Removed from manifest | 2010 |
| | *GoogleSearch*: Removed from manifest | 2010 |
| | *QuickSearchBox*: Deprecated | 2011 |
| Browser | *Browser*: Removed from manifest | 2018 |
| | *Browser2*: Deprecated | 2019 |

374.    Android launched with one AOSP search app, GoogleSearch, and Google added a second AOSP search app, GlobalSearch, in 2009.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 53 (Ex. 125).

███████████████████████████████

375.   In 2009, Google introduced a new AOSP search app, Quick Search Box, which replaced GoogleSearch and GlobalSearch.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 54-55 (Ex. 125).

376.   In 2010, GlobalSearch and GoogleSearch, which required modifications to work with proprietary search services, were removed from the source manifest.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 42, 54 (Ex. 125).

377.   ████████████████████████████████████

████████████████████████████████████████

378.   Third parties created alternative, proprietary search apps for Android.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 55 (Ex. 125); *e.g.*, *Microsoft builds Bing Search App for Android*, available at https://fortune.com/2010/08/30/microsoft-builds-bing-search-app-for-android/ (Aug. 30, 2010); *Yahoo Offers Android Search Widget*, available at https://searchengineland.com/yahoo-offers-android-search-app-html5-upgrades-for-ios-45542 (July 1, 2010).

379.   ████████████████████████████████

██████████████████████████████████████

████████████████████████████████

380.   Google developed a new AOSP app for on-device searches called AppSearch, which it first released in 2021.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 55-56 (Ex. 125).

381.   OEMs and app developers can utilize AppSearch to build custom in-app search capabilities, which allows users to search for content even while offline.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 55-56 (Ex. 125).

██████████████████████████████

382.    The AOSP Browser shipped with Android in 2008.  Def.'s Supp. Resp.to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 57 (Ex. 125).

383.    The same year, Google released Chrome's underlying source code, which was made available as part of the Chromium open-source project.  Def.'s Supp. Resp.to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 57 (Ex. 125); *Welcome to Chromium*, available at https://blog.chromium.org/2008/09/welcome-to-chromium_02.html (Sept. 2, 2008).

384.    ███████████████████████████████████

█████████████████████████████████████

██████████████████████████████████████

██████████████████████████

385.    As a result, Google deprecated the AOSP Browser in 2012 and removed it from the source manifest in 2018.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 57 (Ex. 125).

386.    Google similarly deprecated the AOSP Browser2 in 2019.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 42 (Ex. 125).

387.    Every prior version of AOSP is publicly available on the AOSP website.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 41 (Ex. 125).

388.    All versions of AOSP apps and APIs, including installable versions, remain publicly available and a part of AOSP.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 40-41 (Ex. 125).

389.    Google has invested enormous resources into Android and AOSP since inception. Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 57 (Ex.

125); Murphy (Google's Expert) Opening Rep. ¶ 426 nn.659-60 (Ex. 9) (citing data showing tens of billions invested in AOSP alone).

390.     Google continues to devote resources to developing and introducing new AOSP apps.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 39 (Ex. 125).

391.     Many AOSP apps are upgraded or actively maintained, meaning that Google still modifies the code for the apps.  Slide Deck: AOSP And APIs (GOOG-DOJ-01660503 at -509) (Ex. 126); Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 39 (Ex. 125).

392.     Google adds and improves open-source application programming interfaces with each new release of the Android operating system.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 60 (Ex. 125); First Statement of Jamie Rosenberg (Feb. 20, 2021) (GOOG-DOJ-29517846 at -848) (Ex. 127).

393.     In each successive release of AOSP, Google improves functionality and features, such as privacy, battery life, and user experience.  First Statement of Jamie Rosenberg (Oct. 5, 2018) (GOOG-DOJ-01658973 at -976-77) (Ex. 129).

394.     Before Android launched, Google planned to license proprietary Android apps and services, including Google Mobile Services that run on the Android operating system. Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 36 (Ex. 125).

395.     Google Play Store, Google Play Services APIs (also called GMS Core), Google Maps, Maps APIs, YouTube, Google Account Manager, Cloud Messaging services, push notifications, and cloud syncing have always been licensed proprietarily and have never been

part of AOSP.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 59, 62, 66, 71, 78-79, 81 (Ex. 125).

396.    Google offers an AOSP location provider that Google has improved since Android's launch.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 70-71 (Ex. 125).

397.    Google continues to improve the AOSP APIs that Google and third-party mapping services use, including by improving the AOSP location provider APIs.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 74 (Ex. 125).

398.    Google also offers its own proprietary network location technology that never has been part of AOSP.  Def.'s Supp. Resp. to Pl.'s Feb. 22, 2022 Notice of Dep. of Google LLC (Topic 6) at 71-72 (Ex. 125).

Dated: December 12, 2022                    Respectfully submitted,

                                            WILLIAMS & CONNOLLY LLP

                                            By:  /s/ John E. Schmidtlein
                                            John E. Schmidtlein (D.C. Bar No. 441261)
                                            Benjamin M. Greenblum (D.C. Bar No. 979786)
                                            Colette T. Connor (D.C. Bar No. 991533)
                                            680 Maine Avenue, SW
                                            Washington, DC 20024
                                            Tel: 202-434-5000
                                            jschmidtlein@wc.com
                                            bgreenblum@wc.com
                                            cconnor@wc.com

                                            WILSON SONSINI GOODRICH & ROSATI P.C.
                                            Susan A. Creighton (D.C. Bar No. 978486)
                                            Franklin M. Rubinstein (D.C. Bar No. 476674)
                                            Wendy Huang Waszmer (D.C. Bar No. 1631078)
                                            1700 K Street, NW
                                            Washington, DC 20006
                                            Tel: 202-973-8800

screighton@wsgr.com
frubinstein@wsgr.com
wwaszmer@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*