██████████████████████████

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, <br><br>                            Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br>                            Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA <br><br> ██████████████████ |

| | |
|---|---|
| State of Colorado, *et al.*, <br><br>                            Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br>                            Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA <br><br> ██████████████████ |

**EXHIBITS TO DEFENDANT GOOGLE LLC'S STATEMENT OF MATERIAL FACTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

████████████████████████████████

## **LIST OF EXHIBITS**

| Exhibit No. | Description of Exhibit |
|---|---|
| 1 | *Apple Unveils Safari*, available at https://www.apple.com/newsroom/2003/01/07Apple-Unveils-Safari/ (Jan. 7, 2003) |
| 2 | Excerpts of Transcript of Deposition of Eduardo Cue (Apple) (Apr. 13, 2022) |
| 3 | Excerpts of Transcript of Deposition of Apple Inc. through Rule 30(b)(6) Designee Eduardo Cue (Apr. 14, 2022) |
| 4 | Excerpts of Transcript of Deposition of Professor Michael D. Whinston (DOJ Plaintiffs' Expert) (Nov. 9-10, 2022) |
| 5 | Excerpts of Transcript of Deposition of John Giannandrea (Apple) (Apr. 22, 2022) |
| 6 | ███████████████████████████████████ |
| 7 | ███████████████████████████████████ |
| 8 | *Mozilla's browsers global usage share is 8.69 percent according to OneStat.com*, previously available at http://www.onestat.com/html/aboutus_pressbox37.html (Apr. 27, 2005) |
| 9 | Excerpts of Expert Report of Professor Kevin M. Murphy on behalf of Google (June 6, 2022) |
| 10 | ███████████████████████████████████ |
| 11 | ███████████████████████████████████ |
| 12 | ███████████████████████████████████ |
| 13 | ███████████████████████████████████ |
| 14 | ███████████████████████████████████ |

███████████████████████████████

| | |
|---|---|
| 15 | ██████████████████████████████████ |
| 16 | ██████████████████████████████████ |
| 17 | Excerpts of Transcript of Deposition of Adrian Perica (Apple) (Apr. 8, 2022) |
| 18 | ██████████████████████████████████ |
| 19 | ██████████████████████████████████ |
| 20 | Excerpts of Reply Expert Report of Professor Michael D. Whinston on behalf of DOJ Plaintiffs (Sept. 26, 2022) |
| 21 | ██████████████████████████████████ |
| 22 | ██████████████████████████████████ |
| 23 | ██████████████████████████████████ |
| 24 | ██████████████████████████████████ |
| 25 | ██████████████████████████████████ |
| 26 | ██████████████████████████████████ |
| 27 | ██████████████████████████████████ |
| 28 | ██████████████████████████████████ |
| 29 | Excerpts of Transcript of Deposition of Gabriel Weinberg (DuckDuckGo) (Mar. 23, 2022) |

| | |
|---|---|
| 30 | *Mozilla Foundation releases the highly anticipated Mozilla Firefox 1.0 web browser*, available at https://blog.mozilla.org/press/2004/11/mozilla-foundation-releases-the-highly-anticipated-mozilla-firefox-1-0-web-browser/ (Nov. 9, 2004) |
| 31 | Excerpts of Transcript of Deposition of W. Mitchell Baker (Mozilla) (Jan. 6, 2022) |
| 32 | ███████████████████████████████ |
| 33 | ███████████████████████████████ |
| 34 | ███████████████████████████████ |
| 35 | ███████████████████████████████ |
| 36 | ███████████████████████████████ |
| 37 | ███████████████████████████████ |
| 38 | ███████████████████████████████ |
| 39 | ███████████████████████████████ |
| 40 | Excerpts of Expert Report of Professor Michael D. Whinston on Behalf of DOJ Plaintiffs (June 6, 2022) |
| 41 | ███████████████████████████████ |
| 42 | ███████████████████████████████ |

| | |
|---|---|
| 43 | ███████████ |
| 44 | ███████████ |
| 45 | ███████████ |
| 46 | ███████████ |
| 47 | ███████████ |
| 48 | ███████████ |
| 49 | ███████████ |
| 50 | ███████████ |
| 51 | ███████████ |
| 52 | ███████████ |
| 53 | ███████████ |
| 54 | ███████████ |
| 55 | Excerpts of Transcript of Deposition of Rich Miner (Google) (Mar. 31, 2022) |
| 56 | Statement of Rich Miner (Google) (Nov. 8, 2016), Produced by Google – GOOG-DOJ-19567568 |
| 57 | Excerpts of Google's Fifth Supplemental Responses to Plaintiffs' Feb. 22, 2022 Rule 30(b)(6) Notice (Topic 6) (May 5, 2022) |
| 58 | Excerpts of Transcript of Deposition of Eric Christensen (Motorola) (Dec. 21, 2021) |

| | |
|---|---|
| 59 | ■ |
| 60 | Second Statement of Jamie Rosenberg (Google) (Feb. 20, 2021), Produced by Google – GOOG-DOJ-29517860 |
| 61 | ■ |
| 62 | ■ |
| 63 | Excerpts of Transcript of Deposition of Unsuk Jung (Google) (Oct. 26, 2021) |
| 64 | ■ |
| 65 | ■ |
| 66 | ■ |
| 67 | Excerpts of Google's Supplemental Responses to Plaintiffs' Second Set of Interrogatories (No. 3) (May 18, 2022) |
| 68 | ■ |
| 69 | ■ |
| 70 | ■ |
| 71 | ■ |
| 72 | ■ |
| 73 | Excerpts of Google's Responses to Plaintiffs' Fourth Set of Interrogatories (Nos. 23 & 26) (Apr. 27, 2022) |
| 74 | ■ |

| | |
|---|---|
| 75 | ██████████████████████████████ |
| 76 | ██████████████████████████████ |
| 77 | Excerpts of Rebuttal Expert Report of Professor Michael D. Whinston on Behalf of DOJ Plaintiffs (Aug. 5, 2022) |
| 78 | Excerpts of Reply Expert Report of Professor Kevin M. Murphy on behalf of Google (Sept. 26, 2022) |
| 79 | DOJ Plaintiffs' Second Supplemental Responses to Google's Second Set of Interrogatories (June 14, 2022) |
| 80 | Colorado Plaintiffs' Second Supplemental Responses to Google's Second Set of Interrogatories (June 17, 2022) |
| 81 | DOJ Plaintiffs' Sixth Supplemental Responses to Google's First Set of Interrogatories (June 10, 2022) |
| 82 | Colorado Plaintiffs' Fourth Supplemental Responses to Google's First Set of Interrogatories (June 17, 2022) |
| 83 | DOJ Plaintiffs' Fifth Supplemental Responses to Google's First Set of Interrogatories and Accompanying Second Revised Appendix A to Google's Interrogatory No. 1 (May 18, 2022) |
| 84 | Excerpts of Transcript of Deposition of Professor Jonathan Baker (Colorado Plaintiffs' Expert) (Nov. 21-22, 2022) |
| 85 | Second Statement of Jamie Rosenberg (Google) (Oct. 5, 2018), Produced by Google – GOOG-DOJ-01661440 |
| 86 | Document Titled "Android Partner Engineering Evolution of Android Compatibility," Produced by Google – GOOG-DOJ-03509514 |
| 87 | Excerpts of Transcript of Deposition of Hiroshi Lockheimer (Google) (Feb. 16, 2022) |
| 88 | Document Titled "Android Defragmentation Proposal," Produced by Google – GOOG-DOJ-01662514 |
| 89 | ██████████████████████████████ |

| | |
|---|---|
| 90 | █████████ |
| 91 | █████████ |
| 92 | █████████ |
| 93 | Excerpts of Transcript of Deposition of John Lagerling (Google) (May 6, 2022) |
| 94 | Excerpts of Transcript of Deposition of Jamie Rosenberg (Google) (Dec. 13-14, 2021) |
| 95 | Statement of Rich Miner (Google) (Feb. 16, 2021), Produced by Google – GOOG-DOJ-29517791 |
| 96 | █████████ |
| 97 | Excerpts of Transcript of Deposition of Young Lee (Amazon) (Oct. 29, 2021) |
| 98 | █████████ |
| 99 | █████████ |
| 100 | █████████ |
| 101 | Excerpts of Expert Report of Professor Michael A.M Davies on Behalf of DOJ Plaintiffs (June 6, 2022) |
| 102 | █████████ |
| 103 | █████████ |
| 104 | Statement of Rich Miner (Google) (Oct. 8, 2018), Produced by Google – GOOG-DOJ-01660584 |

| | |
|---|---|
| 105 | ███████████████████████████ |
| 106 | ███████████████████████████ |
| 107 | ███████████████████████████ |
| 108 | ███████████████████████████ |
| 109 | Excerpts of Transcript of Deposition of Professor Michael A. M. Davies (DOJ Plaintiffs' Expert) (Oct. 26-27, 2022) |
| 110 | Excerpts of Transcript of Deposition of Ariel Spivak (Google) (Nov. 18, 2021) |
| 111 | Excerpts of Transcript of Deposition of Patrick Brady (Google) (Nov. 4, 2021) |
| 112 | ███████████████████████████ |
| 113 | ███████████████████████████ |
| 114 | Excerpts of Transcript of Deposition of Prabhakar Raghavan (Google) (Dec. 15, 2021) |
| 115 | ███████████████████████████ |
| 116 | ███████████████████████████ |
| 117 | ███████████████████████████ |
| 118 | ███████████████████████████ |
| 119 | ███████████████████████████ |

| | |
|---|---|
| | ███████████████████████████████ |
| 120 | ███████████████████████████████ |
| 121 | ███████████████████████████████ |
| 122 | ███████████████████████████████ |
| 123 | ███████████████████████████████ |
| 124 | ███████████████████████████████ |
| 125 | Excerpts of Google's Supplemental Responses to Plaintiffs' Feb. 22, 2022 Rule 30(b)(6) Notice (Topic 6) (April 7, 2022) |
| 126 | Slide Deck Titled "AOSP and APIs," Produced by Google – GOOG-DOJ-01660503 |
| 127 | First Statement of Jamie Rosenberg (Google) (Feb. 20, 2021), Produced by Google – GOOG-DOJ-29517846 |
| 128 | ███████████████████████████████ |
| 129 | First Statement of Jamie Rosenberg (Google) (Oct. 5, 2018), Produced by Google – GOOG-DOJ-01658973 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dated: December 12, 2022    Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
Wendy Huang Waszmer (D.C. Bar No. 1631078)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com
wwaszmer@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*