# Exhibit 1

PRESS RELEASE
January 7, 2003

# Apple Unveils Safari

Fastest Web Browser Ever Created for the Mac

MACWORLD EXPO, SAN FRANCISCO—January 7, 2003—Apple® today unveiled Safari™, the fastest and easiest to use web browser ever created for the Mac®. Safari's highly-tuned rendering engine loads pages over three times faster than Microsoft's Internet Explorer for the Mac and runs Javascript over twice as fast. Safari's innovative features include Google search capabilities integrated directly into the toolbar; SnapBack, a new way to instantly snap back up to search results or the top level of any website after browsing down one or more levels; a completely new way to name, organize and present bookmarks; and automatic "pop-up" ad blocking.

"Safari is the fastest browser on the Mac, and we predict that many will feel it is the best browser ever created," said Steve Jobs, Apple's CEO. "We are bringing innovation back into this category with the first all new browser created in many years."

Safari's features include:

- Google search capabilities built into the user interface for convenient and quick searching on the web's most popular search engine;
- SnapBack, Safari's unique feature that instantly returns the viewer to Google's search results or the top level of a website after navigating through a series of links from a Google search results page or the original entry page of any website;
- bookmark re-naming, which helps the user easily and quickly rename cumbersome website names to shorter names more suitable for bookmarks;
- the bookmark library, a powerful single-window interface similar to Apple's popular iTunes™ and iPhoto™ applications that makes organizing and managing bookmarks extremely familiar and convenient;

- optional pop-up blocking to automatically block intrusive advertisements;
- Address Book integration, which automatically incorporates all websites listed in the user's Address Book contact database, such as personal websites, into Safari's bookmark library;
- extensive support of established industry standards to deliver proper rendering of web pages, such as HTML, XHTML 1.0, DOM, CSS, SSL, JavaScript and Netscape style plug-ins like QuickTime® with MPEG-4, Flash, Shockwave and Real;
- a simplified download process with automatic handling of disk images, file decompression, MacBinary and BinHex conversion for easy download and installation of files and applications without extra files remaining on the desktop; and
- the industry's best rendering engine based on KHTML, from KDE's Konqueror open source project, to which Apple has made significant enhancements that will be contributed back to the open source community.

**Pricing & Availability**

The Safari public beta is available immediately for free download at www.apple.com/safari, requires Mac® OS X version 10.2 "Jaguar" and is optimized for Mac OS X v10.2.3. Safari is a compact 3MB download that occupies only 7.1MB of hard drive space. The final version of Safari will be made available later in 2003.

Mac OS X v10.2 "Jaguar" requires a minimum of 128MB of memory and is designed to run on the following Apple products: eMac™, iMac®, iBook®, Power Macintosh® G3, Power Mac® G4 and any PowerBook® introduced after May 1998.

Apple ignited the personal computer revolution in the 1970s with the Apple II and reinvented the personal computer in the 1980s with the Macintosh. Apple is committed to bringing the best personal computing experience to students, educators, creative professionals and consumers around the world through its innovative hardware, software and Internet offerings.

**Press Contacts:**
Cameron Craig
Apple
(408) 974-6281
cam@apple.com

Nicole Scott
Edelman
(650) 429-2764
nicole.scott@edelman.com

Apple, the Apple logo, Mac, Mac OS, Macintosh, Safari, iTunes, iPhoto, QuickTime, eMac, iBook, iMac, Power Macintosh, Power Mac and PowerBook are either registered trademarks or trademarks of Apple. Other company and product names may be trademarks of their respective owners.

# Newsroom

The latest news and updates, direct from Apple.

Read more

 > Newsroom > Apple Unveils Safari

| Shop and Learn | Services | Apple Store | For Business | Apple Values |
| --- | --- | --- | --- | --- |
| Store | Apple Music | Find a Store | Apple and Business | Accessibility |
| Mac | Apple TV+ | Genius Bar | Shop for Business | Education |
| iPad | Apple Fitness+ | Today at Apple | | Environment |
| iPhone | Apple News+ | Apple Camp | **For Education** | Inclusion and Diversity |
| Watch | Apple Arcade | Apple Store App | Apple and Education | Privacy |
| AirPods | iCloud | Refurbished and Clearance | Shop for K-12 | Racial Equity and Justice |
| TV & Home | Apple One | Financing | Shop for College | Supplier Responsibility |
| AirTag | Apple Card | Apple Trade In | | |
| Accessories | Apple Books | Order Status | **For Healthcare** | **About Apple** |
| Gift Cards | Apple Podcasts | Shopping Help | Apple in Healthcare | Newsroom |
| | App Store | | Health on Apple Watch | Apple Leadership |
| | | | Health Records on iPhone | Career Opportunities |
| | **Account** | | | Investors |
| | Manage Your Apple ID | | **For Government** | Ethics & Compliance |
| | Apple Store Account | | Shop for Government | Events |
| | iCloud.com | | Shop for Veterans and Military | Contact Apple |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2022 Apple Inc. All rights reserved.    Privacy Policy    Terms of Use    Sales and Refunds    Legal    Site Map                United States