# Exhibit 8

# OneStat.com
### Number One Real-time Intelligence Web Analytics

Home    About Us    Services    Partners    White Label    Privacy    Contact Us    Customer Support    Login

## With our web analytics we help more than 75,000 customers.
### Our web analytics improve the visitor experience of today's largest online businesses.

**About Us**

- About Us
- Press Room
- Careers
- Investor Relations
- Contact Us



## News and press releases

### Mozilla's browsers global usage share is 8.69 percent according to OneStat.com

Amsterdam - April 27 2005 - OneStat.com ( www.onestat.com ), the number one provider of real-time web analytics, today reported that Mozilla's browsers have a total global usage share of 8.69 percent. The total usage share of Mozilla increased 0.24 percent since February 2005. Microsoft's Internet Explorer still dominates the global browser market with a global usage share of 86,63 percent which is 0.65 percent less as at the end of February.

"It seems that the rapidly growth of the global usage share of Mozilla's Firefox is slowing down at the moment. It looks like that browser users of Internet Explorer for Apple's Mac are switching to Safari because the global usage share is still growing" said Niels Brinkman, co-founder of OneStat.com.

The most popular browsers on the web are:

1. Microsoft IE       86.63 %
2. Mozilla Firefox    8.69 %
3. Apple Safari       1.26 %
4. Opera              1.03 %
5. Netscape           1.08 %

OneStat.com is the number one provider of real-time web site analytics in the world. Our superior technology powers more than 75,000 websites in 100 countries. With our accurate, detailed & reliable reports we will be able to answer questions about visitor behaviour, site performance and retention.

The OneStat.com solutions provide executives, marketers and webmasters with answers to critical e-business questions such as:

- Visitor behavior: what do and don't like visitors on your web site
- Campaign conversions: what is the ROI of my advertising campaigns
- eCommerce reports: how much do I sell, are my customers coming back etc
- Click fraud detection: which clicks of my ppc campaigns are fraudulant?

Methodology: A global usage share of xx percent for browser Y means that xx percent of the visitors of Internet users arrived at sites that are using one of OneStat.com's services by using browser Y. All numbers mentioned in the research are averages of last week and all measurements are normalised to the GMT timezone. Research is based on a sample of 2 million visitors divided into 20,000 visitors of 100 countries each day.

Note for editors: for more information, please contact OneStat.com, Keizershof 31, 2402 DA Alphen aan den Rijn, the Netherlands. Phone: +31 (0)172 244 043 E-mail: click here Website : www.onestat.com

Copyright ©2002-2008 OneStat.com | Site Map | Terms & Conditions