# Exhibit 30

 Internet Health   Technology   ♥ Give   Discover Firefox

# Mozilla Press Center
Mozilla News, Announcements, and More



> Explore

**PRESS RELEASES**

# Mozilla Foundation releases the highly anticipated Mozilla Firefox 1.0 web browser

November 9, 2004

*Open Source Software Driving Innovations in Web Experience*

**MOUNTAIN VIEW, Calif. – November 9, 2004 –** The Mozilla Foundation, a non-profit organization dedicated to preserving choice and promoting innovation on the Internet, today announced the worldwide availability of the Mozilla Firefox 1.0 web browser. Development of Firefox has been driven by a desire for a more robust, user-friendly and trustworthy web experience. Mozilla Firefox 1.0 arrives on the heels of last month's highly successful Preview Release that over eight million people downloaded, contributing significantly to the final phase of its open source development.

Today's announcement marks the worldwide launch of Mozilla Firefox-with immediate availability for Windows, Mac OS X and Linux-as a free download from mozilla.org and by CD from the Mozilla Store. Firefox is now available in over a dozen languages, with many more on the way.

"We are delighted to be announcing this major milestone for the Mozilla Foundation and for the Firefox browser, which has been made possible thanks to the tireless effort of hundreds of community volunteers and developers around the world," commented Mitchell Baker, president of the Mozilla Foundation. "Now millions more will be able to enjoy a better web experience."

**Award-winning Web Experience**
The Mozilla Firefox browser has already garnered rave reviews and awards for its stability, trustworthiness and innovative features.

- Pop-up Blocking – Firefox includes an integrated pop-up blocker that lets users-not websites-decide when they will view pop-ups. Mozilla continues to set the standard in assisting users avoid annoying pop-ups.
- Online Fraud Protection – Firefox helps users protect themselves against online fraud such as "phishing" (attempts to trick users into giving away their passwords) and "spoofing" (fraudulent sites masquerading as popular, trusted sites) by clearly displaying the true identity of secure sites.
- Faster, Easier, More Accessible Search – Firefox tightly integrates support for leading search services into the toolbar, including Google search, Yahoo!, eBay, Amazon, Dictionary.com, Creative Commons, and more. The new Firefox Start Page also provides access to Firefox information, resources and application tips, coupled with an integrated Google search box.
- More Efficient Browsing – Firefox's innovative Tabbed Browsing allows many web pages to load within the same window, improving the speed and utility of web browsing. Firefox also introduces Live Bookmarks, which allows users to easily glance through the latest news and blog headlines.
- Extensible with Hundreds of Add-ons – More than 100 extensions are available for Firefox today, including the A9.com, Google, and Yahoo! toolbars, which make Firefox even more customizable and convenient to use.
- Easy Migration – With Firefox it's easy to switch from Internet Explorer and other browsers. Firefox imports your existing bookmarks, passwords, cookies, and other data.

Firefox has received numerous endorsements and industry awards including *Laptop Magazine*'s Editor's Choice Award, Best in Show at Linux World Fall 2004, Best Open Source Solution at Linux World Fall 2004, and first place in *Maximum PC*'s Softy Awards for 2004.

**Extensive Support Network**
With thousands of technology contributors and advocates engaged in the development, documentation, testing and marketing of Mozilla Firefox, a rich ecosystem of support resources and tools is available. Online documentation, tutorials, FAQs and links to commercial support partners are available online at http://www.mozilla.org/. Independent news, commentary and community support is available from mozillaZine at http://www.mozillazine.org/.

**Getting Firefox**
Mozilla Firefox 1.0 can be downloaded for free or purchased in a CD-ROM Edition with Firefox Guidebook from the Mozilla Foundation at http://www.mozilla.org.

**About the Mozilla Foundation**
Established in July 2003, the Mozilla Foundation is a non-profit organization hosting a collection of leading innovators whose mission is to preserve choice and innovation on the Internet. The Foundation provides organizational, legal, and financial support for the Mozilla open source software project. The Foundation is based in Mountain View, California and is the heir to the legacy & tradition of the Internet's first widely used browser, Netscape. Learn more about the Mozilla Foundation at http://www.mozilla.org.

---

 previous article
**Important Security Update for Firefox Available**
October 1, 2004

next article 
**Important Update to German Language Version of Firefox 1.0**
November 22, 2004

## More articles in "Press Releases"

**The best gift for anyone who wants to feel safer when they go online: Mozilla privacy products**
November 21, 2022

**Mozilla Puts Its Trusted Stamp on VPN**
July 15, 2020

**Latest Firefox updates address bar, making search easier than ever**
April 7, 2020

**Mozilla and BMZ Announce Cooperation to Open Up Voice Technology for African Languages**
November 25, 2019

**New Bytecode Alliance Brings the Security, Ubiquity, and Interoperability of the Web to the World of Pervasive Computing**
November 12, 2019

## Recent articles

**The best gift for anyone who wants to feel safer when they go online: Mozilla privacy products**
November 21, 2022

**Privacy online just got easier with today's Firefox release**
October 18, 2022

**Protect your privacy and your phone number with Firefox Relay**
October 11, 2022

**Celebrating Firefox: How we got to 100**
May 3, 2022

**Latest Firefox Relay includes bigger attachment size and filters for promotional emails**
March 10, 2022

---



## Love the Web?

Get the Mozilla newsletter and help us keep it open and free.

**Your e-mail address**

yourname@example.com

Sign up now

---

**Mozilla**
About
Contact Us
Donate

 

**Firefox**
Download Firefox
Desktop
Mobile
Features
Beta, Nightly, Developer Edition



Website Privacy Notice   Cookies   Legal

Visit Mozilla Corporation's not-for-profit parent, the Mozilla Foundation.
Portions of this content are ©1998–2022 by individual contributors. Content available under a Creative Commons license.