# Pls. Ex. 244

**Sent:** Fri, 26 Jul 2019 07:30:51 -0400
**Subject:** Re: [E]
**From:** "Higgins, Brian P" <█████@verizonwireless.com>
**To:** Sampath Sowmyanarayan <█████@verizonmedia.com>

Sampath,
No sweat.

You are right. ██████████████████

██████████████████████████████████████████████████████████████

More to come shortly.  And rest assured, nothing will get signed before we are all 100% aware of what we are signing up for.

Brian

On Fri, Jul 26, 2019 at 6:12 AM Sampath Sowmyanarayan <█████@verizonmedia.com> wrote:

> morning brian
> sorry for a tardy reply. been on vacation and the jet lag that comes with it.
>
> thanks for the note.
>
> re: revenue - ██████████████████████████████████████████████████████████████
>
> question - ██████████████████████████████████████████████████████████████?
>
> thanks again for the back and forth
>
> SS
>
> **Sowmyanarayan Sampath**
>
> CFO & Group Strategy and Transformation
> M +1 █████████
> 770 Broadway
> New York, NY 10003
>
>
> On Sat, Jul 20, 2019 at 8:23 PM Higgins, Brian P <█████@verizonwireless.com> wrote:
>
>> Sampath,
>>
>> I received an update from my team this week. ██████████████████████████████████████████
>>
>> If you think the team has a different view, one not shared with my team, please let me know.
>>
>> ██████████████████████████████████████████

VZGGL-LIT-00057003

I'm going to connect with my team next week on this one. ███████████████

Let me know if this jibes with your assessment on where things stand.

Thanks.

Brian

On Thu, Jul 18, 2019 at 10:23 PM Sampath Sowmyanarayan <██████@verizonmedia.com> wrote:

> Brian
>
> Hope all good
>
> ███████████████████████████████████████████████████
>
> Let me know your thoughts
>
> ███████████████████████
>
> thanks
>
> Sampath
>
> On Tue, Jun 25, 2019 at 5:37 AM Higgins, Brian P <██████@verizonwireless.com> wrote:
>
>> Not a problem. ███████████████████████
>>
>> Brian
>>
>> On Mon, Jun 24, 2019 at 10:53 PM Sampath Sowmyanarayan <██████@verizonmedia.com> wrote:
>>
>>> ███████████████████████
>>>
>>> thanks again
>>>
>>> sampath
>>>
>>> --
>>> **Sowmyanarayan Sampath**
>>>
>>> CFO & Group Strategy and Transformation
>>> M - ██████████
>>> 770 Broadway
>>> New York, NY 10003
>
> --
> **Sowmyanarayan Sampath**

CFO & Group Strategy and Transformation
M ▓▓▓▓▓▓▓▓▓

770 Broadway
New York, NY 10003

VZGGL-LIT-00057005