# Pls. Ex. 249



**DOJ_BKNG-00001768**   1

MISSION



**To organize the world's information and make it universally accessible and useful.**

This has been Google's stated mission since 1998

2



How is Google doing at its mission?

By all measures, Google dominates the search landscape, particularly on mobile with 95% market share.

Google's global market share across all platforms as of August 2019 was 92%.

According to Google Consumer Insights, 3 out of 4 smartphone owners turn to Search first to address their immediate needs.

Over the course of a day Google processes over 7 million search queries (but I've seen stats as high as 10 million).

As a discovery tool Google Maps has also experienced meteoric growth - last April 154 million unique users in the US opened the Google Maps app over the course of a single month.

-----
Search market share: Stat Counter
Search query volume: Finding varying stats from 5-10m (going with something in the middle)
Google Map app users: Statista

Other fun facts about Search (Google Consumer Insights Blog, 2017)

- Looking for something nearby—a coffee shop, noodle restaurant, shoe store—is one of the most common searches Google serves. Nearly ⅓ of all mobile searches are related to location
- In 2015 "near me" searches grew 2x. But in 2017, search volume for local places without the qualifier "near me" outgrew comparable searches that included "near me". TLDR: users now expect Google to infer their location without writing it
- 3/4 smartphone owners turn to search first to address their immediate needs
- Search interest in "open now" has tripled in the past 2 years while searches for "store hours" have dropped.

> **"We need something nearby, walking distance from us, and we want to sit down and eat and enjoy. So Google and Google maps is the best option I know to find a place to eat in such circumstances"**
>
> – ALEKSANDRA R, MICRO-MOMENTS RESEARCH, 2018

Now to frame this in the context of dining. This quote captures why Google's dominance in Search and Maps should matter to us.

Last year one of our research subjects said "read quote"

This experience is a common one…

Almost ⅓ of all mobile searches are related to location...people looking for places nearby to eat, drink, shop, etc.

Search interest in "open now" has tripled in the past 2 years.

Perhaps as a result of these trends, Google is investing more time in restaurant discovery



Although Google's stated mission is to organize the world's information and make it universally accessible, in the spirit of being helpful to users and bringing them information as quickly as possible with minimal friction, Google is increasingly finding ways to provide their users with these answers directly...without them needing to leave Google's ecosystem.

Source for quote: https://www.blog.google/products/maps/popular-dishes-feature-maps/



Over the last few years Google has invested heavily in API partnerships and content to help guide users from search to discovery to transacting on Google.

- Reserve with Google program has expanded to 80 partners and growing
- A few months ago Google launched food delivery through Search, Maps and Assistant - they're currently working with five partners
- And they've amassed an impressive stable of UGC content through a community of fifty million local guides that both provide new content and help correct business information and location data

- Reserve with Google stat comes from Google's Reserve with Google API partners site
- Delivery launch partners announced May 23, 2019 across most major news outlets (example TechCrunch)
- Community of local guides grown 10x in 1 year (source)* this one is hard to verify



This example is common for a new restaurant - when it first opened we captured a lot of traffic and clicks. Over time google amassed content for this restaurant and gradually displaced us. We still have the top position but the value has degraded from ██% CTR to ██% CTR



This example is common for a new restaurant - when it first opened we captured a lot of traffic and clicks. Over time google amassed content for this restaurant and gradually displaced us. We still have the top position but the value has degraded from ███% CTR to ███% CTR



expands

Today restaurant profile searches represen██% of our mobile non-brand SEO clicks — moving forward it will be increasingly difficult to beat Google

**Lifecycle for Vela in Doylestown, PA**
Opened Summer 2018

**What does it mean for Google's restaurant integration to expand? What drives this kind of decline?**

This example is common for a new restaurant - when it first opened we captured a lot of traffic and clicks. Over time google amassed content for this restaurant and gradually displaced us. We still have the top position but the value has degraded from ██% CTR to ██% CTR







**This search represents the <u>most full</u> Google Knowledge Panel (GKP) — it's where all restaurant searches are heading**

GOOGLE / WHAT THIS MEANS FOR OPENTABLE



Chart showing covers growth from Google partner integration - changes Google makes to its FE experience have a dramatic impact on where OT covers come from

mid feb is when Google introduced API on Desktop, and around Mid March Google started including Referred link for the Google Knowledge panel on Mobile web and brought API above the fold….later uptick in Nov is when RWG expanded to maps

Google is the second largest driver of new users to OpenTable but only ▮ percent convert to network bookers.



So that was Reserve with Google…

Google is now beginning to do this with food delivery as well - launching with a very well integrated experience with five launch partners.

Much like reserve with google, the entire delivery ordering experience takes place on Google.



And finally, I want to highlight how Google has invested in content. Google has also taken great steps to collect strong ugc content - fostering a local guides program with 10 levels that has reportedly grown to over fifty million people. This reinforces their already impressive Places data by adding depth and even more accuracy to their already impressive breadth of location information.

Last year they redesigned the Explore tab in Google Maps: this tab helps you find things to do, includes group planning features to coordinate with friends/family, and adds crowdsourced popular dish content with photos and reviews.

Dish content in particular plugs a gap Google had previously and shows how creative they are at solving problems that add consumer friction  - they've long relied on linkouts to menu partners like singleplatform but now they're starting to use ugc to highlight the most popular items as described by diners

16



Summarize what Google does well







Summarize where Google is less strong

TLDR: there's not a lot.



**"Google would give me the most results fastest, and would tell me if the place is open now, and peak times and everything."**

– ALYSSA S, MICRO-MOMENTS RESEARCH, 2018



GOOGLE

## More on Google's Anti-Competitive Behavior in Search from Rafael

- Restaurant Profile Mobile Organic Changes
- How Google Competes Unfairly - Nov 2018
- SEO Performance due to anti-competitive Google display changes

Summarize where Google is less strong

22

**Restaurant-related searches break down into 4 major categories:**

| | Impressions | Clicks | CTR |
|---|---|---|---|
| Restaurant Name | | | |
| Menu | | | |
| Reservation | | | |
| Review | | | |

Largest category by far is Restaurant Name. Despite good rankings we have a total CTR of 4.8%.

**What negatively impacts CTR?**

- ■
- ■
- ■
- ■
- ■

Size: → #1 organic result went from ■% ctr to ■% CTR; size of integrations only growing as Google gets more content

Pervasiveness -  →  over time Google figures out user intent for more queries and Google shows up more

Menus →  more menu-related queries served by Google content

**Reserve** buttons = guaranteed GKP first

Reviews -> If Google has reviews for a restaurant they will always place the review widget above organic search unless they are unsure about user's search intention.

Over time we can expect ■

23



**Lifecycle for Vela in
Doylestown, PA**
Opened Summer 2018



Summary of search changes that have impacted Kayak brands: January, 2014 vs December, 2018

Google started changing the way it displays ads. It started moving to a new layout where it eliminated the right side rail ads, and increased the number of ads above organic search to 4 larger ads.