# Pls. Ex. 255

1

| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE DISTRICT OF COLUMBIA |

3

4  UNITED STATES OF AMERICA, et )
   al.,                        )
5                              )
                Plaintiffs,    )
6                              )
          vs.                  )Case No.
7                              )1:20-cv-03010-APM
   GOOGLE LLC,                 )
8                              )
                Defendant.     )
9  _____    )
                               )
10 STATE OF COLORADO, et al.,  )
                               )
11              Plaintiffs,    )
                               )
12        vs.                  )Case No.
                               )1:20-cv-03715-APM
13 GOOGLE LLC,                 )
                               )
14              Defendant.     )
   _____    )

15

16

17

18          ██████████████████

19          REMOTE VIDEOTAPED DEPOSITION OF

20                   MIKE JAMES

21          THURSDAY, FEBRUARY 10, 2022

22

23

24
   Reported in Stenotype by:
25 Cody R. Knacke, RPR, CSR No. 13691
   Job No.:  830846

UNITED STATES vs                                                          Mike James
GOOGLE LLC                                                          February 10, 2022

2

1              REMOTE VIDEOTAPED DEPOSITION OF MIKE JAMES,

2      taken before Cody R. Knacke, RPR, CSR No. 13691, a

3      Certified Shorthand Reporter for the State of

4      California, commencing on Thursday,

5      February 10, 2022, at 8:03 a.m., Pacific time.

6

7      (All Appearances Via Videoconference.)

8      APPEARANCES OF COUNSEL:

9          For the United States of America:

10             UNITED STATES DEPARTMENT OF JUSTICE
               ANTITRUST DIVISION
11             BY:  CLAIRE MADDOX, ESQ.
                    MICHAEL BLAISDELL, ESQ.
12                  JOHN P. FOLEY, ESQ.
                    SARA GRAY, ESQ.
13                  MATTHEW HAMMOND, ESQ.
                    MICHAEL MCLELLAN, ESQ.
14             950 Pennsylvania Avenue
               Washington, D.C. 20530
15             202.514.2000

16         For the State of Colorado:

17             OFFICE OF THE ATTORNEY GENERAL
               BY:  JONATHAN SALLET, ESQ.
18                  ERICA FRUITERMAN, ESQ.
               1300 Broadway
19             7th Floor
               Denver, Colorado 80203
20             720.508.6000

21         For the State of Nebraska:

22             OFFICE OF THE ATTORNEY GENERAL
               BY:  JOSEPH CONRAD, ESQ.
23             2115 State Capitol
               Lincoln, Nebraska 68509
24             402.471.2683

25

3

```
1    APPEARANCES OF COUNSEL:   (Continued)

2        For Google LLC:

3            WILSON SONSINI GOODRICH & ROSATI
             BY:  WENDY HUANG WASZMER, ESQ.
4                 FRANKLIN RUBINSTEIN, ESQ.
                  FAIZA KAUKAB, ESQ.
5            1301 Avenue of the Americas
             40th Floor
6            New York, New York 10019
             212.497.7702
7            wwaszmer@wsgr.com
             frubinstein@wsgr.com
8            fkaukab@wsgr.com

9        For Amazon and the Deponent:

10           GIBSON, DUNN & CRUTCHER
             BY:  JOSHUA LIPTON, ESQ.
11                ARIEL FISHMAN, ESQ.
                  POOJA PATEL, ESQ.
12                MATTHEW PARROTT, ESQ.
             1050 Connecticut Avenue, N.W.
13           Washington, D.C. 20036
             202.955.8226
14           jlipton@gibsondunn.com
             afishman@gibsondunn.com
15           ppatel@gibsondunn.com
             mparrott@gibsondunn.com

16
         Also Present:
17
              Ryan LaFond, Videographer
18           Lauren Ison, Department of Justice
             Dimitry Mezhvinsky, Department of Justice
19           Aaron Ross, Esq., Amazon

20

21

22

23

24

25
```

```
 1                 I - N - D - E - X

 2   EXAMINATION BY:                          PAGE

 3   BY MR. SALLET                          9, 263

 4   BY MS. MADDOX                        110, 270

 5   BY MS. WASZMER                          184

 6   AFTERNOON SESSION                       130

 7

 8            E - X - H - I - B - I - T - S

 9   PLAINTIFFS'          DESCRIPTION        PAGE

10   Exhibit 1    LinkedIn Profile of Mike James    12

11   Exhibit 2    Google Search results page for    14
                  "furniture"
12
     Exhibit 3    E-mail correspondence dated       28
13                3/17/21, Bates No.
                  AMZN-SEARCH-000087437
14
     Exhibit 4    WW Google Reliance Review dated   45
15                4/1/21, Bates Nos.
                  AMZN-SEARCH-000059609-000059641
16
     Exhibit 5    E-mail correspondence dated       57
17                7/7/20, Bates Nos.
                  AMZN-SEARCH-000570293-000570297
18
     Exhibit 6    WW Google Reliance Review dated  137
19                11/6/18, Bates Nos.
                  AMZN-SEARCH-000289737-000289751
20
     Exhibit 7    WW Search - Key Financials       144
21                (Mar-21) dated 4/28/21,
                  Bates Nos.
22                AMZN-SEARCH-000089805-000089815

23   Exhibit 8    E-mail correspondence dated      179
                  8/14/18, Bates No.
24                AMZN-SEARCH-000212512

25
```

UNITED STATES vs                                                      Mike James
GOOGLE LLC                                                     February 10, 2022

                                                                          5

```
 1                  I - N - D - E - X
                       (Continued)
 2

 3              E - X - H - I - B - I - T - S

 4    DEFENDANT'S            DESCRIPTION              PAGE

 5    Exhibit 9    WW Marketing Investment Roll-Up    191
                   2021 dated June 1, 2021,
 6                 Bates Nos.
                   AMZN-SEARCH-000324725-000324737
 7
      Exhibit 10   WW Marketing Roll-Up, May 2021,    202
 8                 consolidated, Bates Nos.
                   AMZN-SEARCH-000053334-
 9                 0000000053362

10    Exhibit 11   2018 Consumer OP1 Review:          204
                   Worldwide Consumer Marketing
11                 dated 9/12/17, Bates Nos.
                   AMZN-SEARCH-000155870-000155877
12
      Exhibit 12   2021 Consumer Automated Marketing  206
13                 OPI dated 11/13/20, Bates Nos.
                   AMZN-SEARCH-000061378-000061413
14
      Exhibit 13   E-mail correspondence dated        218
15                 5/18/21, Bates Nos.
                   AMZN-SEARCH-000690100-000690103
16
      Exhibit 14   E-mail correspondence dated        238
17                 2/24/21, Bates Nos.
                   AMZN-SEARCH-000334693-000334699
18
      Exhibit 15   Microsoft Program Management and   241
19                 Vendor Funded Agreements dated
                   11/4/20, Bates Nos.
20                 AMZN-SEARCH-000590457-000590468

21    Exhibit 16   Q1-21 WW Free Search QBR,          247
                   Bates Nos.
22                 AMZN-SEARCH-000088149-000088169

23    Exhibit 17   2020 Google Shopping Appendix,     253
                   Final, Bates Nos.
24                 AMZN-SEARCH-000149770-000149801

25
```

UNITED STATES vs
GOOGLE LLC

Mike James
February 10, 2022

6

```
 1            I - N - D - E - X
                 (Continued)
 2

 3

 4

 5         E - X - H - I - B - I - T - S

 6   PLAINTIFFS'          DESCRIPTION            PAGE

 7   Exhibit 18   Automated Marketing Inspection   267
                  dated 6/7/21, Bates Nos.
 8                AMZN-SEARCH-000069459-000069469

 9

10

11

12

13        QUESTIONS INSTRUCTED NOT TO ANSWER

14                  PAGE   LINE

15                  110    19

16

17

18

19

20        INFORMATION REQUESTED

21                  None.

22

23

24

25
```

7

```
 1            THURSDAY, FEBRUARY 10, 2022

 2                    8:03 A.M.

 3            THE VIDEOGRAPHER:  Okay.  Good morning.  We

 4      are now on the record.  Today's date is February 10,

08:03 5  2022.  The time on the record is 8:03 a.m. Pacific

 6      Time.  This is the video deposition of Mike James in

 7      the matter of the Google Search Litigation filed in

 8      the United States District Court for the District of

 9      Columbia.  The case number

08:03 10 1:20-cv-03010-APM, as well as case number

 11     1:20-cv-3715-APM.

 12            This deposition is taking place via web

 13     video conference with all participants attending

 14     remotely.

08:04 15       My name is Ryan LaFond.  I am the

 16     videographer.  Our court reporter today is

 17     Cody Knacke.  We represent Lexitas.

 18            Would counsel please identify yourself and

 19     state whom you represent, beginning with the

08:04 20 questioning attorney.

 21            MR. SALLET:  I'm Jonathan Sallet.  I'm an

 22     attorney with the State of Colorado.  With me today

 23     are my colleagues for the state plaintiffs,

 24     Erica Fruiterman and Joe Conrad.

08:04 25       MS. MADDOX:  Good morning.  My name is
```

8

```
        1   Claire Maddox.  I'm with the U.S. Department of

        2   Justice.  With me today are my colleagues from the

        3   Department Michael Blaisdell, JP Foley, Sara Gray,

        4   Matthew Hammond, Lauren Ison, and Michael McLellan.

08:04   5           MS. WASZMER:  Good morning.  My name is

        6   Wendy Waszmer for Wilson Sonsini on behalf of

        7   Google.  And with me here today are my colleagues

        8   Franklin Rubinstein and Faiza Kaukab.

        9           MR. LIPTON:  Joshua Lipton with Gibson,

08:05  10   Dunn & Crutcher representing Amazon and Mr. James.

       11           THE VIDEOGRAPHER:  All right, thank you.

       12   Would the court reporter please swear in the

       13   witness.

       14           THE STENOGRAPHER:  And, Mr. James, please

       15   raise your right hand.

       16           Do you swear or affirm under penalty of

       17   perjury that the testimony you will provide in

       18   today's matter will be the truth, the whole truth,

       19   and nothing but the truth?

08:05  20           THE WITNESS:  I do.

       21           THE STENOGRAPHER:  Thank you.

       22                   MIKE JAMES,

       23   called as a witness, having been first duly sworn,

       24   testified as follows:

       25   ///
```

1    higher number of purchases.

2        Q.    You referenced specific customer intent

3    related to each of the two forms of ads.  What do

4    you regard as the specific customer intent that's

08:25 5    associated with the purchase of text ads?

6        A.    Sorry.  Can you restate the question?

7        Q.    Mr. James, I understood that you said, and

8    please correct me if I have this wrong, that there

9    was different specific customer intent associated

08:26 10    with text ads than with Shopping ads.

11            Did I understand that correctly?

12        A.    That's correct, yes.

13        Q.    So I'm asking if you could now identify the

14    specific customer intent associated with text ads.

08:26 15    ███    ████████████████████████████████

16    ███████████████████████████████████████████

17    █████████████████████    ████████████████

18    ██████████████████████████████████

19    █████████████████████████████████████

08:26 20    ████████████████████████████████████

21    ████████████████████████████████████

22    ██████████████████████████████████████████

23    █████████████████████████████████████████

24    ████████████████████████████████████

08:26 25    ███    █████████████████████████████████

24

UNITED STATES vs
GOOGLE LLC

Mike James
February 10, 2022

25



121

1    a few moments ago, referred to intent when we're

2    talking about search ads.  Would it be fair to --

3    how would you describe the strength of intent as an

4    advertising signal?

11:27 5          MR. LIPTON:  Objection to form.

6          THE WITNESS:  I'm sorry.  Can you restate

7    the question?

8    BY MS. MADDOX:

9      Q.  Sure.  I can actually -- I can restate the

11:27 10   question.

11         You had referenced earlier about intent in

12   advertising.  Would it be fair to say that search

13   intent is the most powerful signal, advertising

14   signal?

11:27 15     A.  I would not -- I don't know for a fact that

16   search intent is the most powerful signal in

17   advertising.

18     Q.  Do you view intent as an important signal

19   in advertising?

11:28 20     A.  With respect to the search ads program,

21   text ads and Shopping ads, intent is an important

22   signal in terms of what that would lead to from a

23   conversion perspective.  A user who is searching for

24   the Dyson DC65 vacuum is probably very interested in

11:28 25   purchasing that specific model of vacuum.  So, yes,

```
     1    it is an important signal in terms of the conversion

     2    probability.

     3         Q.   Are there other signals that you think

     4    are -- how is -- how important is intent relative to

11:28 5    other advertising signals?

     6         A.   I don't actually have metrics or statistics

     7    that I can offer in terms of giving that relative

     8    importance.

     9         Q.   Is it correct to say or am I understanding

11:29 10   you correctly to say that search is an important

    11    advertising signal -- I'm sorry -- search intent is

    12    an important advertising signal?

    13         A.   I believe that in the context of search

    14    advertising that the intent of the user at the time

11:29 15   of the search is important in terms of the ad

    16    performance, yes.

    17         Q.   I believe earlier you were asked by

    18    Mr. Sallet whether Amazon would forego search ads on

    19    Google to rely on -- and just rely on free search.

11:29 20        Do you recall that?

    21         A.   I do, yes.

    22

    23

    24

11:29 25
```

123



124

125



Case 1:20-cv-03010-APM   Document 556-11   Filed 03/13/23   Page 18 of 38

UNITED STATES vs
GOOGLE LLC

Mike James
February 10, 2022

126



142

```
 1        A.   Yes.

 2        Q.   And it sounds like from your testimony that

 3   the ads would -- do they serve different purposes?

 4        A.   So there is an intersection of the purposes

12:40  5   that they serve.  I'll give you an example.  If a

 6   user was on Google and performed the search "robotic

 7   vacuum," Amazon's text ad might trigger for that

 8   query when the text ad is targeting vacuums.  So

 9   that text ad may be more broadly focused.

12:41 10        Whereas the shopping ad may trigger only

11   for, let's use, "Roomba robotic vacuums" due to the

12   specificity of the product and the relevance to the

13   individual query.

14        If Amazon didn't have that text ad or if

12:41 15   the query was such that it was not relevant or

16   targeted to the query that was entered, it's still

17   possible that a shopping ad -- a product might be

18   relevant for that product and therefore be

19   triggered.

12:41 20        Q.   Is it fair to say in your example that the

21   text ad and the product ad -- or shopping ad

22   complement one another?

23             MR. LIPTON:  Objection to form.

24             THE WITNESS:  Can you just define what you

12:41 25   mean by "complement" in this case?
```

UNITED STATES vs
GOOGLE LLC

Mike James
February 10, 2022

143

```
     1   BY MS. MADDOX:

     2       Q.   The way you had described them, they

     3   were -- it sounded like they were serving different

     4   purposes but complementary purposes.

12:42 5       A.   I think that's a fair statement, yes.

     6       Q.   I would like to talk a little bit, shift

     7   gears here a little bit, and talk about some of the

     8   machine learning tools that you've referenced today,

     9   and specifically some of the bidding system tools.

12:42 10

    11

    12

    13

    14

12:42 15

    16

    17

    18

    19

12:43 20

    21       MS. MADDOX:  I'd like to mark the next

    22   exhibit.  And for the record this is going to be

    23   Bates numbered AMZN-SEARCH-000089805.  And this'll

    24   be Exhibit 7.

    25   ///
```

147



17    Q.   Understood.  All right.  And we can go

18  ahead and set that document aside.

19         I'd like to talk a little bit now about

12:49 20  the -- Google's ad auction for text ads.  In your

21  understanding, how does Google's text ad auction

22  work?

23    A.   So my understanding is that the Google text

24  ad auction is a modified second-price auction.  The

12:50 25  auction itself, it contemplates -- it looks at the

150

1    would you look?

2         A.    I would start with Google's developer docs

3    to look to see, you know, what they, themselves,

4    have described.  And then beyond that I would be

12:53 5   looking to any industry documents that may be

6    published around, you know, how search auctions work

7    in general.  And then the final source of

8    information on this is to sit down and have

9    conversations with the Google team themselves to ask

12:53 10  more detailed questions about how it functions.

11        Q.    And have you done that, or has Amazon done

12   that, to your knowledge?

13        A.    We have had conversations with the Google

14   team and we have looked at the documentation in

12:54 15  terms of how it functions, yes.

16        Q.    And what did you learn from speaking with

17   the Google team and looking at the documentation?

18        A.    I think the sum of my knowledge is

19   effectively what I imparted in terms of the history

12:54 20  being important in terms of the quality score, if

21   you will, that's applied and how, you know, that

22   then, along with the bid, determines the ad ranking.

23   That's -- that would be the summary of it.

24        Q.    From your perspective as an advertiser, is

12:54 25  there additional information about the text ad

UNITED STATES vs
GOOGLE LLC

Mike James
February 10, 2022

151

1    auction rules that would be helpful to know for

2    purposes of optimizing your ad spend?

3        A.    I think the short answer on this is yes,

4    but in terms of the variance of the information that

12:55  5    I would like to have, you know, in order to help

6    from an optimization perspective, I would need more

7    time to think on a detailed answer.

8        Q.    All right.   Is there anything that leaps to

9    the top of your mind?

12:55 10        A.    We discussed earlier around some of the

11    metrics, the information that we don't get from

12    Google from a reporting perspective.   The average

13    page rank was a metric that we once upon a time did

14    get that is no longer available to us.   ███████

12:55 15    ████████████████████████████████████████████████

16    ████████████████████████████████████

17    ████████████████████████████████████████

18    ██████████████████████████████████████████

19    ██████████████████████████

12:56 20        Q.    The metrics regarding average page rank,

21    you said it's information you used to get, but no

22    longer do.   Do you have an understanding of why that

23    information is no longer provided?

24        A.    The -- I don't recall exactly what the

12:56 25    justification is that we were given for removal of

1    that.

2         Q.   Did you or to your knowledge did someone

3    else at Amazon request that information continue to

4    be provided?

12:56 5        A.   It's my understanding that my team was

6    pushing Google back when that decision was being

7    made to continue to retain that.

8         Q.   Do you know what the response was?

9         A.   If I recall correctly, the Google team said

12:56 10   that they were replacing that with the absolute top

11   impression metric that they believed was, you know,

12   more beneficial, but we would argue that's not the

13   case.

14

12:57 15

16

17

18

19

12:57 20

21

22

23

24

12:57 25

153



14    Q.   Let's switch a little bit to talk about the

12:58 15  auction for shopping ads.  What is your

16  understanding of how the Google auction for shopping

17  ads works?

18    A.   So my understanding of the shopping ads

19  auction is that it is -- it's very similar to the

12:59 20  text ads auction.  The primary difference between

21  the text ads and the shopping ads auction is that

22  the targeting is determined not by the keyword that

23  we supply and the relevance of the keyword and

24  keyword that is the text of the keyword in the query

12:59 25  entered by the user, but rather it is the --

154

1    Google's determination of the query entered and its

2    relevance to the product itself.  And how that's

3    done is opaque to us.  We don't know.

4         Secondarily, the -- there is no -- as we

12:59 5    discussed, we're not limited to one ad in shopping

6    ads, which means that any number of products that we

7    put into our shopping ads feed could be relevant

8    based on Google's determination for presentation in

9    the results side.

12:59 10        And then the ranking aspects of things to

11   my knowledge follows a similar pattern to the text

12   ads.  It looks at the ad history, it looks at the

13   bid, the probability that the ad is going to be

14   clicked on, to -- has inputs into the ranking, the

01:00 15   score that is given from a ranking perspective which

16   determines the ultimate layout.

17        Q.   You used the word "opaque" to describe, and

18   I know you referenced the text ad auction as being a

19   black box.  Is that also true for the shopping ads,

01:00 20   that it's kind of a black box with respect to how it

21   all shakes out?

22        A.   Yes, I would refer to both auctions as

23   being black boxes to it.

24        Q.   Are you familiar with the term "quality

01:00 25   score"?

155

1      A.   I am familiar with quality score, yes.

2      Q.   And what is your understanding of quality

3   score?

4      A.   So quality score is a metric that is

01:00  5   computed by Google and is assigned to an ad.  It's a

6   relative score, and it is -- I would call it a loose

7   interpretation of how Google deems the quality of

8   the ad to be.  That quality is effectively -- I

9   don't want to call it synonymous, but it is similar

01:01 10   to the history that I was describing.

11      Q.   With respect to -- have you ever asked

12   Google for additional information on how the quality

13   score is actually calculated?

14      A.   We've had some conversations with Google

01:01 15   regarding how quality score is calculated.  And the

16   result of that conversation is that it's -- you

17   know, they have some special -- they have a

18   mechanism by which they calculate it and they won't

19   share the details with us.

01:01 20      Q.   It sounds like it's another black box.  Is

21   that fair to say?

22      A.   It is not known to us, yes.

23      Q.   All right.  I'd like to go back and,

24   actually, we're going to go back in time a little

01:02 25   bit to Exhibit 4.  And I know it takes a moment to

UNITED STATES vs
GOOGLE LLC

Mike James
February 10, 2022

156

```
 1    load here in the chat.

 2            MS. MADDOX:  And while we're waiting for

 3    that, I'll just note for the record Exhibit 4, I'm

 4    referring to the document with Bates number

01:02  5    AMZN-SEARCH-000059609.

 6            There it is.  It has appeared.

 7            MR. LIPTON:  Yeah, we have the exhibit up

 8    here, so you can go ahead whenever you're ready,

 9    Claire.

01:03 10            MS. MADDOX:  Excellent.  Thank you.

11    BY MS. MADDOX:

12        Q.   Mr. James, I'd like to direct your

13    attention to page 3 of Exhibit 4.  And specifically

14    to lines 100 to 102.  And the parenthetical here

01:03 15    that reads, (As Read:)   ███████████████████

16    ████████████████████████████████████

17    ████████████████████████████████

18    █████████████████████████████████████

19    ████████████████████████████████████

01:03 20    ██████████████████████████████████████

21    ███████████

22            Do you see that?

23            MR. LIPTON:  If you don't mind, please give

24    Mr. James a minute to --

01:03 25            MS. MADDOX:  Of course.
```

UNITED STATES vs
GOOGLE LLC

Mike James
February 10, 2022

157

1          MR. LIPTON:  -- read the paragraph in the

2     context.

3          THE WITNESS:  Okay.

4     BY MS. MADDOX:

01:04  5     

6

7

8

9

01:05 10

11

12

13

14

01:05 15

16

17

18

19

01:05 20

21

22

23

24

01:05 25

UNITED STATES vs
GOOGLE LLC

Mike James
February 10, 2022

158

1

2

3          MS. WASZMER:  Objection to form.

4

01:06  5

6

7

8

9

01:06 10

11

12

13

14

01:06 15

16

17

18

19

01:07 20

21

22

23

24

01:07 25

UNITED STATES vs
GOOGLE LLC

Mike James
February 10, 2022

171



172



9          MR. LIPTON:  Objection.  Form.

16   BY MS. MADDOX:

21          MR. LIPTON:  Objection to form.

UNITED STATES vs
GOOGLE LLC

Mike James
February 10, 2022

173

1

2

3

4

01:41   5

6

7

8          That -- does that make sense?

9     BY MS. MADDOX:

01:41  10      Q.   Yes.

11          And I think is it -- am I correct in

12     understanding that

13

14

01:41  15

16

17

18

19          (Stenographer clarification.)

01:42  20      MR. LIPTON:  Thank you.  Objection to form.

21     BY MR. SALLET:

22      Q.   Shifting gears a little bit again, you

23     mentioned earlier about purchasing search ads in

24     Yahoo! Japan.  And I'd like to talk about search

01:42  25     advertising outside of the U.S.

176



197

1    A.    Okay.

2    Q.    There's a reference in the middle of the

3  paragraph to "Paid Search, Associates, and Social

4  Ads," I believe it's the fifth sentence down, that

02:17  5  are referred to in the paragraph as "three

6  centrally-managed channels."

7       Do you see that?

8    A.    I do, yes.

9    Q.    And this -- that language appears under the

02:17 10  header that is "Variable Investments."  Is variable

11  investments the category that you previously

12  testified your manager Ms. Freshwater oversees?

13

14

02:18 15

16

17

18

19

02:18 20

21

22

23

24

02:18 25    Q.    Okay.  I think we can -- I'm going quick.

UNITED STATES vs
GOOGLE LLC

Mike James
February 10, 2022

198

| | 1 | We can put that exhibit to the side for a moment.  I |
|---|---|---|
| | 2 | may come back to it, but we'll move on. |
| | 3 | So going back to the topic of ROI, ████████ |
| | 4 | ████████████████████████████████████████ |
| 02:18 | 5 | ████████████████████████████ |
| | 6 | ██  ██████████████████████ |
| | 7 | ████████████████████████ |
| | 8 | ████████  ████████████████  ████ |
| | 9 | ████████████  ████████████  ███ |
| 02:19 | 10 | ████████████████  ████████████ |
| | 11 | ██████████████ |
| | 12 | ████████████████████ |
| | 13 | ██  ████████████████████ |
| | 14 | ████████████████████ |
| 02:19 | 15 | ████████████████████████ |
| | 16 | ██████████████████████████ |
| | 17 | ████████████████████████ |
| | 18 | ████████████████████████ |
| | 19 | ██████ |
| 02:20 | 20 | Q.   We've also seen a term in the same |
| | 21 | discussion in the documents that is LTFCF.  What |
| | 22 | does that stand for? |
| | 23 | A.   LTFCF stands for long-term free cash flow. |
| | 24 | ██  ████████████████████ |
| 02:20 | 25 | ██████████████████████ |

UNITED STATES vs
GOOGLE LLC

Mike James
February 10, 2022

234

1    Q.   Okay.  Understood.  Let me move to another

2    topic Mr. Sallet asked you about, as well as

3    Ms. Maddox.

4        I believe that Mr. Sallet asked you about

03:24 5   shopping ads and text ads and the intent when an

6    advertiser uses shopping ads and text ads.

7        Do you recall that?

8    A.   I do, yep.

9    Q.   And I believe that you testified at one

03:24 10  point and used the term that there is an

11   intersection of purpose between text ads and

12   shopping ads.  What does that mean?  And I believe

13   that you used a Roomba example.  So I just want to

14   understand, what did you mean by there's an

03:24 15  intersection of purpose with text ads and shopping

16   ads?

17   A.   So the intersection of purpose that I

18   referenced there is that a shopping ad can fulfill

19   the same customer's need when they are querying --

03:24 20  when they are submitting a query as a text ad.

21       Conversely, a text ad could also fulfill,

22   you know, the same need as the shopper -- as the

23   shopping ad might.  However, there are going to be

24   distinct advantages in one ad format over another

03:25 25  where we may not -- it may not be able to satisfy

235

```
  1    that need.  So there is an overlap of the two ads in

  2    terms of how they serve the customer's needs, but

  3    there are edges where those ad units have their own

  4    specific incremental benefits.

03:25  5    Q.   Okay.  Got it.  All right.  I'm going to

  6    move on to a couple of questions about Bing.

  7         So I believe at the beginning of the

  8    deposition you testified about -- you estimated the

  9    total amount of spend that Amazon has on Google paid

03:25 10    search.

 11         Do you know the total -- let's say for 2021

 12    the total amount of paid spend that Amazon's had on

 13    Bing?

 14    A.   I don't know the exact number off the top

03:26 15    of my head, no.

 16    Q.   Do you -- is there any report that your

 17    team generates that would have the accurate number

 18    for Bing spend by year?

 19    A.   There are reports, yes, that would cover

03:26 20    that.

 21    Q.   And do you have any -- just sitting here

 22    today, do you have any estimate in your mind as to

 23    how the Bing spend compares -- Bing paid search

 24    spend compares to the Google Search spend?

03:26 25    A.   I'm not entirely sure how to answer the
```