# Pls. Ex. 256

1

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3

4   UNITED STATES OF AMERICA,    )
    et al.,                      )
5                                )
                Plaintiffs,      )
6                                )
          vs.                    )Case No.
7                                )1:20-cv-03010-APM
    Google LLC,                  )
8                                )
                Defendant.       )
9   _____ )
                                 )
10  STATE OF COLORADO, et al.,   )
                                 )
11              Plaintiffs,      )
                                 )
12        vs.                    )Case No.
                                 )1:20-cv-03715-APM
13  Google LLC,                  )
                                 )
14              Defendant.       )
    _____ )

15

16

17

18                ████████████

19        REMOTE VIDEOTAPED DEPOSITION OF

20               JOSHUA LOWCOCK

21          WEDNESDAY, APRIL 20, 2022

22

23

24
    Reported in Stenotype by:
25  Cody R. Knacke, RPR, CSR No. 13691
    Job No.:  840510

1    clients in the United States purchase search

2    advertising on Baidu?

3        A.    No, not for the U.S. market.

4        Q.    Would you ever recommend that a client

5    purchase search advertising exclusively on Bing,

6    Baidu, Yahoo!, or Yandex?

7        A.    No.

8        Q.    Why not?

9        A.    So I should clarify.  Assuming that you're

10   talking about clients in the United States, you

11   wouldn't recommend Baidu or Yandex because they

12   primarily service people outside the United States.

13           You wouldn't recommend clients only buy

14   search on Bing or Yahoo! because their market

15   share -- and by "market share" I also mean that the

16   amount of audience and queries going on those

17   platforms -- is not material.

18       Q.    And why does it matter to advertisers the

19   amount of share or audience reach?

20       A.    Because you want to drive performance and

21   outcomes, and you're trying to drive the most

22   efficient use of your budget.  And so all marketing

23   campaigns effectively are a focus of driving reach

24   against an audience, and you want to drive the

25   greatest amount of effective reach that you can.

1    Q.   So does the fact that Google has more users

2    and more queries make the platform more -- more

3    attractive to advertisers?

4    A.   Yes.

5    Q.   And is one of the reasons advertisers don't

6    purchase more text ads or search ads on Bing because

7    it doesn't have as many queries or users?

8    A.   Yes.

9    Q.   So is scale an important factor that

10   advertisers consider when picking a search

11   advertising platform?

12   A.   Yes.

13   Q.   Are there other reasons why advertisers

14   choose Google as opposed to Bing when purchasing

15   search ad text?

16   A.   Yes.

17   Q.   And what are those reasons?

18   A.   So it gets back to one of the factors that

19   informs the way agencies buy media on behalf of

20   clients is driven by data and the data available to

21   inform and optimize the buy.  So Google has more

22   data available to more efficiently buy more intent

23   data because Google has signals across mobile other

24   environments outside of just the search engine.  So

25   that includes Android, the operating system; the

1    Chrome web browser; and YouTube.  And we can also

2    leverage our bidding strategy across different

3    Google products.  So you can approach your search

4    keyword strategy similarly on google.com as you

5    would on YouTube.com.

6        Q.   So does the fact that Google has more data

7    on users then Bing make it more attractive to

8    advertising clients?

9            MR. SNYDER:  Objection to form.

10           MS. SESSIONS:  Object to the -- object to

11   the form.

12           THE WITNESS:  Yes.

13   BY MS. WILLARD:

14       Q.   And you mentioned this, so I'm just making

15   sure I understand.  The fact that Google has

16   separate properties including Android, Chrome, and

17   YouTube provides it with an advantage over Bing; is

18   that correct?

19           MS. SESSIONS:  Object to the form.

20           THE WITNESS:  I'm not sure what you mean by

21   "advantage."

22   BY MS. WILLARD:

23       Q.   So you mentioned the fact that Google has

24   other properties -- Android, Chrome, and YouTube --

25   correct?