# Pls. Ex. 264

| | |
|---|---|
| Subject: | New Siri voices coverage |
| From: | "Cat Franklin" <cfranklin3@apple.com> |
| Received(Date): | Wed, 31 Mar 2021 23:44:39 +0000 |
| To: | "Tim Cook" <■■■@apple.com>, "Philip Schiller" <■■■@apple.com>,"Gregory Joswiak" <■@apple.com>, "Bob Borchers" <■■■@apple.com>,"John Giannandrea" <■■■@apple.com>,"Craig Federighi" <■■■@apple.com>,"Lisa Jackson" <■■■@apple.com>,"Deirdre OBrien" <■■■@apple.com>, "Kurt Knight" <■■■@apple.com>,"Barbara Whye" <■■■@apple.com>, "Liam Weiner" <■■■@apple.com>,"Jamie de Guerre" <■■■@apple.com> |
| Cc: | "Trudy Muller" <■■■@apple.com>,"Kristin Huguet Quayle" <■■■@apple.com>,"Josh Rosenstock" <■■■@apple.com>,"Kelsey Peterson" <■■■@apple.com>,"Jenna Thibodeau" <■■■@apple.com>, "Renee Felton" <■■■@apple.com> |
| Attachment: | PastedGraphic-1.png |
| Date: | Wed, 31 Mar 2021 23:44:39 +0000 |

Coverage of the two new Siri voices and removal of the set gender voice default in the iOS 14.5 beta is extremely positive, with press praising it as "a welcome addition," "significant upgrade," and "positive step forward" as "these kinds of choices matter, especially at a scale of hundreds of millions of people." Although this is "a topic that has come up quite a bit with regards to bias in voice interfaces," press welcome that iOS users will now be able to choose their preferred Siri voice when they set up their devices and the "much needed variety to the voices of Siri."

TechCrunch calls out that Siri "is the first of these assistants to make the choice completely agnostic with no default selection made," adding the voices "sound pretty fantastic" and suggesting "diversity in voice, tone and regional dialect can only be a positive development for how inclusive smart devices feel." The Verge declares "Apple's latest step is one of the most significant yet" and Six Colors remarks "this is an excellent move on Apple's part."

Regarding competitors, CNBC points out "Amazon's Alexa and Google Assistant both currently default to feminine voices for English speakers but both also offer a range of alternative options," while Mashable and Six Colors hope other companies "follow suit." Fast Company argues Apple's move "could deftly sidestep the debate about the inherent gender bias that the default-female Siri has stirred up in the past."

Stories also report that the beta includes upgraded voices using Neural TTS in Ireland, Russia and Italy, bringing the number of voices using the technology to 38.

.

**Coverage Links**

**US**

TechCrunch - Apple adds two brand new Siri voices and will no longer default to a female or male voice in iOS

CNBC - Apple's Siri will stop defaulting to a female voice in the U.S., two new voices coming

The Verge - Apple won't give Siri a female-sounding voice by default anymore

Engadget - Siri will no longer have a 'default' voice in iOS 14.5

CNET - iOS 14.5: Siri to get new voice options and won't default to female voice

Fast Company - Apple sidesteps bias debate by leaving Siri's gender up to you

Laptop Mag - Siri will no longer have a female voice by default — here's why

SlashGear - Siri won't sound female by default: iOS 14.5 beta intros Apple's new voices

Mashable - Apple's latest Siri voice update is a baby step towards inclusivity

Six Colors - Siri's voice will no longer default to females as of iOS 14.5

The Street - Apple's Siri to Stop Defaulting to Female Voice

Gizmodo - Soon, Siri Won't Be a Feminine Voice by Default

MacStories - Siri Adds Two New English Speaking Voices and Lets Users Choose Among Them

iMore - Apple adds two new voices for Siri, will not default to female voice in future

MacRumors - iOS 14.5 Adds New Siri Voices, No Longer Defaults to Female

AppleInsider - Siri gets two new voices, user choice at setup in iOS 14.5

9to5Mac - iOS 14.5: Siri no longer defaults to a female voice, two new choices added

Cult of Mac - Siri gets new voices, and won't default to female, in iOS 14.5