# Pls. Ex. 270



The Mozilla Foundation

**Menu**

The Mozilla Foundation                                                                    ▼

# The Mozilla Foundation

## About the Mozilla Corporation

The Mozilla Corporation was established in August 2005 as a wholly owned taxable subsidiary that serves the non-profit, public benefit goals of its parent, the Mozilla Foundation, and the vast Mozilla community.

The Mozilla Corporation is guided by the principles of the Mozilla Manifesto.

# Organization

The Mozilla Corporation is governed by its Board of Directors.

## Board of Directors

- Mitchell Baker, Chair
- Laura Chambers
- Karim Lakhani
- Bob Lisbonne
- Hugh Molotsi

# Documents

- Articles of Incorporation
- Bylaws of the Mozilla Corporation



# Sign up. Read up. Make a difference.

Get the Mozilla newsletter and help us keep the Web free and open

**Your email address:**

yourname@example.com

**Sign Up Now**

W  w   on y s  nd you Moz        t d nfo m  t on



**Company**

Mozilla Manifesto

Press Center

Corporate Blog

Careers

**Resources**

Privacy Hub

Browser Comparison

Brand Standards

Contact

Donate

**Support**

Product Help

File a Bug

**Developers**

Developer Edition

Beta

Beta for Android

Nightly

Nightly for Android

nterprise

ools

Follow @Mozilla

Follow @Firefox

Website Privacy Notice    Cookies    Lega     Community Participation Guide ines    About this site

Visit Mozi a Corporation's not-for-profit parent, the Mozi a Foundation.
Po t ons of th s  ont nt    ©1998  0 3 by nd v du  moz   o g  ont buto s  Cont nt  v    b  und   C    t v
Commons icense.