# Pls. Ex. 278

# FILED UNDER SEAL

## NO PUBLIC VERSION

CONTAINS INFORMATION DESIGNATED

HIGHLY CONFIDENTIAL