# Pls. Ex. 300

## Internal ID: 831872747361415

**Name:** Sept 20 - ▮▮▮▮ Meeting Notes
**Subject:**
**Type:** Task
**Creation Time:** 09/20/2018 22:31:00
**Creator:** Diana ▮▮▮▮@duckduckgo.com>
**Assignee:** Diana ▮▮▮▮@duckduckgo.com>
**Due Date:** 9/21/2018
**Due Time:**
**Start Date:**
**Completed:** 09/21/2018 23:19:15
**Trashed At:**
**Trashed By:**
**Trashed By Du:**
**Project Section:** My Tasks
**Followers:** Diana ▮▮▮▮@duckduckgo.com>; Prakash ▮▮▮▮@duckduckgo.com>; Gabriel ▮▮▮▮@duckduckgo.com>; Russell ▮▮▮▮@duckduckgo.com>; Megan <▮▮▮▮@duckduckgo.com>
**Task Type:** task
**Schedule Status:** INBOX
**Follower Group:**
**Recurrence Type:** NEVER
**Team Followers:**
**Project Followers:**
**Force Public To Workspace:** True
**Cover Image Preference:** LATEST
**Num Hearts:** 0
**Closed As Duplicate Of:**
**Converted To Project As:**
**Color Status:**
**Liked By:**
**Attachment:**
**Description:**

September 20 - 9-11a PT - ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DDG Meeting Attendees Gabriel, Prakash, Russell, Megan, Diana

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

We will send a follow up list to ▮▮▮▮ who will then share a consolidated list of next steps. In additional, a technical mailing list will be put together to allow us to have regular communications about the follow-ups.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DuckDuckGo-00620734



**Diana** <span style="background:black">████</span>**@duckduckgo.com>**
9/20/2018 10:31:33 PM

   **Type:** TaskAssignedComment
   **Assignee:** Diana <<span style="background:black">████</span>@duckduckgo.com>
   **Num Hearts:** 0

   assigned to Diana

---

**Diana** <span style="background:black">████</span>**@duckduckgo.com>**
9/20/2018 10:31:33 PM

   **Type:** AddedFollowerComment
   **Num Hearts:** 0

   added Prakash as a collaborator

---

**Prakash** <<span style="background:black">████</span>**@duckduckgo.com>**
9/20/2018 11:17:42 PM

   **Type:** AddedFollowerComment
   **Num Hearts:** 0

   added Gabriel as a collaborator

---

**Prakash** <span style="background:black">████</span>**@duckduckgo.com>**
9/20/2018 11:17:44 PM

   **Type:** AddedFollowerComment
   **Num Hearts:** 0

   added Russell as a collaborator

---

**Prakash** <span style="background:black">████</span>**@duckduckgo.com>**
9/20/2018 11:17:45 PM

   **Type:** AddedFollowerComment
   **Num Hearts:** 0

   added Megan as a collaborator

---

**Diana** <span style="background:black">████</span>**@duckduckgo.com>**
9/20/2018 11:18:08 PM

   **Type:** TaskDescriptionChangedStory
   **Num Hearts:** 0

changed the description

---

**Prakash** ◄ ████████@duckduckgo.com>
9/20/2018 11:19:36 PM

**Type:** Comment                                                                    **Liked By:** Diana ████████@duckduckgo.com>
**Num Hearts:** 1

Listing out immediate next steps from the meeting

1. Diana is consolidating all of our notes and will post to the company. If you took notes, please create a sub-task here and add your notes.
2. I'm going to collect all of the follow up items for the Safari meeting (blue sky and extensions) and create projects for it.
3. Megan -- please consolidate the notes for the Privacy PR meeting and post to the company.
4. Megan -- I can help with the follow up items from that meeting and create projects for it.

---

**Diana** ◄ ████@duckduckgo.com>
9/20/2018 11:19:50 PM

**Type:** TaskDescriptionChangedStory
**Num Hearts:** 0

changed the description

---

**Diana** ████@duckduckgo.com>
9/21/2018 5:33:37 AM

**Type:** Comment                                                                    **Liked By:** Prakash ████████@duckduckgo.com>
**Num Hearts:** 1

https://app.asana.com/0/308265194535/list - I've added in your notes. Let me know if I've missed anything.

---

**Prakash** ████████@duckduckgo.com>
9/21/2018 1:31:38 PM

**Type:** TaskDescriptionChangedStory
**Num Hearts:** 0

changed the description

---

**Prakash** ████████@duckduckgo.com>
9/21/2018 2:02:19 PM

**Type:** Comment                                                                    **Liked By:** Diana ◄ ████@duckduckgo.com>
**Num Hearts:** 1

Thanks https://app.asana.com/0/590834668781389/list. I have made several changes. https://app.asana.com/0/137252944994/list -- would you like to add anything?

If not, https://app.asana.com/0/590834668781389/list -- please feel free to post when you get back to Vancouver.

---

**Russell** ████████@duckduckgo.com>
9/21/2018 6:32:46 PM

**Type:** TaskDescriptionChangedStory
**Num Hearts:** 0

changed the description

---

**Diana** ◄ ████@duckduckgo.com>
9/21/2018 9:27:53 PM

**Type:** TaskDueDateChangedStory
**Num Hearts:** 0

changed the due date to September 21

---

**Diana** ████@duckduckgo.com>
9/21/2018 9:30:40 PM

**Type:** TaskDescriptionChangedStory
**Num Hearts:** 0
**Trashed At:** 9/21/2018 9:30:40 PM
**Trashed By:** Diana
**Trashed By Du:** Diana ████@duckduckgo.com>

changed the description

---

**Diana** ████@duckduckgo.com>
9/21/2018 9:31:09 PM

**Type:** TaskDescriptionChangedStory
**Num Hearts:** 0

changed the description

---

**Diana** ███ @duckduckgo.com>
9/21/2018 9:37:58 PM

**Type:** Comment                                                              **Liked By:** Prakash ███ @duckduckgo.com>; Russell ‹ ███ @duckduckgo.com>
**Num Hearts:** 2

Thanks https://app.asana.com/0/308265194535/list and https://app.asana.com/0/166181939818/list for your notes - I ran them against the write up and looks like we've got everything. https://app.asana.com/0/137252944994/list, any comments before I post?

---

**Megan** ███ @duckduckgo.com>
9/21/2018 9:50:01 PM

**Type:** Comment
**Num Hearts:** 0

I need to add my notes, I just got home and won't have opp to do it til this weekend

---

**Gabriel** ███ @duckduckgo.com>
9/21/2018 10:42:31 PM

**Type:** Comment                                                              **Liked By:** Diana ███ duckduckgo.com>
**Num Hearts:** 1

Nothing to add. I would post and Megan can add more thoughts later.

---

**Diana** ███ @duckduckgo.com>
9/21/2018 11:19:15 PM

**Type:** TaskCompletedComment                                                 **Liked By:** Russell ███ @duckduckgo.com>; Gabriel ███ @duckduckgo.com>
**Num Hearts:** 2

completed this task.

---

DuckDuckGo-00620737