# Pls. Ex. 314

☰         🔍

## Carriers Help

# GMS Requirements

This document enumerates the requirements for an Android partner device to properly integrate with Google Mobile Services (GMS). The requirements are grouped by the following categories:

- Overview
- Distributing GMS Components. Defines which GMS components must be distributed under what circumstances.
- Boot-up Branding. Defines what a device should display during the boot-up procedure.
- Device Setup Experience. Defines the UX requirements when setting up a device for the first time out of the box.
- Home Screen Appearance. Defines how GMS components must be initially presented to the users after out-of-the-box setup is completed.
- Security Requirements. Defines what security features must be included on the device.
- Settings Requirements. Defines the behavior of the Settings app.
- Platform Feature Requirements. Defines what platform features must be made available under what circumstances.

## Fundamental Requirements

Please note the following fundamental requirements for shipping a device with GMS:

- Android devices that ship with GMS MUST comply with the Android Compatibility Definition Document (CDD) and pass the Testing Suites like CTS, CTS Verifier, GTS.
- Every Android device that ships with GMS MUST have three physically separated buttons for BACK, HOME, and RECENT functions.
- Every new Android device that ships with GMS MUST comply with the GMS Approval Window requirement. Google only approves GMS distribution for new products on an API level while its GMS approval window is open. Once a product is approved and launched, its maintenance release (MR) builds and security MR (SMR) builds can be approved regardless of its GMS Approval Window.
- The binary contents of GMS components MUST NOT be altered under any circumstances.
- New device launches MUST preload all Core apps and services in the latest GMS bundle not later than 60 days after the latest bundle is released by Google. However, if Google has released a later version of individual core component, partners MAY preload it instead of the one in the GMS bundle, as long as such a build complies with this document. This requirement is applicable to MR builds as well, but a waiver can be granted by Google.
- Partners SHOULD NOT include any GMS updates in security MR builds to ensure smaller incremental update sizes, unless a GMS module has to be updated to comply the security patch level declared by the build.

CONFIDENTIAL

# Distributing GMS Components

## Geo-availability

Each Google product included in GMS has a corresponding geo-availability definition. It outlines the availability of Google products on Android in given countries. As Google launches the products in new countries, the geo-availability definition is subject to change over time. The latest geo-availability information is available from the GMS Help Center.

**NOTE:** GMS smartphones and tablets sold or distributed in the Russian Federation must meet the GMS Russia Build requirements.

All Android devices shipping GMS MUST be compliant with the geo-availability. For example, if a device is going to be on sale in a country, it MUST only preload the set of apps available for the country, under the conditions set forth in the geo-availability definition.

## Core apps and services

GMS Core apps and services include required apps with launcher icons shown below plus commonly used services such as WebView (renders web pages and online content), data synchronization services (for calendar, contacts, mail and other apps), configuration management and set up, digital rights management for content playback, text-to-speech and other application services.

### Core services

All GMS core services for Android 6.0 or later are listed below.

| Apk Filename / Package name | Description |
|---|---|
| ConfigUpdater<br>com.google.android.configupdater | Allows to update non-executable system components over the air |
| GmsCore<br>com.google.android.gms | Provides 3rd party apps with Google services |
| GoogleBackupTransport<br>com.google.android.backuptransport | Backup data to the user's Google account |
| GoogleFeedback<br>com.google.android.feedback | Allows users to send bug reports or feedback to Google |
| GoogleLoginService | Google account authentication service |

Google_Lit-TMO_00124592

| com.google.android.gsf.login | **NOTE: No longer needed beginning with Android 8.0, including upgraded devices.** |
|---|---|
| GoogleOneTimeInitializer<br>`com.google.android.onetimeinitializer` | One-time initialization for the first boot |
| GooglePartnerSetup<br>`com.google.android.partnersetup` | Partner-specific device initialization service |
| GoogleServicesFramework<br>`com.google.android.gsf` | Remote service provisioning framework |
| SetupWizard<br>`com.google.android.setupwizard` | Out of the box setup user experience |
| GoogleCalendarSyncAdapter<br>`com.google.android.syncadapters.calendar` | Sync calendar data to the user's Google account<br>**NOTE: Can be removed if standalone** Google Calendar **app is preloaded.** |
| GoogleContactsSyncAdapter<br>`com.google.android.syncadapters.contacts` | Sync contacts data to the user's Google account |
| WebViewGoogle<br>`com.google.android.webview` | Webpage renderer |
| GoogleTTS<br>`com.google.android.tts` | Text-to-speech accessibility service |
| GooglePackageInstaller<br>`com.google.android.packageinstaller` | Provides runtime permission user interface.<br>**NOTE: Only needed by Android 6.0 or later** |
| GoogleExtServices<br>`com.google.android.ext.services` | Provides Android framework extension mechanism<br>**NOTE: Only needed by Android 7.0 or later** |
| GoogleExtShared<br>`com.google.android.ext.shared` | Same as above<br>**NOTE: Only needed by Android 7.0 or later** |
| GooglePrintRecommendationService<br>`com.google.android.printservice.recommendation` | Allows users to discover and configure printers on the local network. |

Google_Lit-TMO_00124593

NOTE: Only needed by Android 7.0 or later

| Jar Filename | Description |
|---|---|
| `com.google.android.maps.jar`<br>`com.google.android.media.effects.jar` | These Jar files MUST be preloaded to support the 'Google APIs' component in the Android SDK. For example, this component for Android 7.0 SDK is downloaded under `${ANDROID_HOME}/add-ons/addon-google_apis-google-24` folder. |

## Core apps (subject to geo-availability)

**NOTE:** Duo is required only for Telephony devices. Non-telephony devices must preload Hangouts instead.

- Google Play Store
- Google Search
- Chrome Browser
- Google Drive
- Gmail
- Google Duo
- Maps
- Google Play Music
- Google Photos
- Google Play Movies
- YouTube

## Optional apps

Partners MAY distribute the optional GMS apps listed in the geo-availability chart. Google recommends that these apps be preloaded if they are the only ones to offer the functionality. If not, Google recommends that these optional GMS apps be distributed to end users via Play Auto Installs, except where cellular data is scarce such as emerging markets. If you'd like to preload a Google app that is not listed in the chart, please contact your Technical Account Manager.

## Play Auto Installs

Play Auto Installs (PAI) enables partners to automatically install applications published in the Play Store onto end-user devices during the first-run, out-of-box experience, after a factory reset, or on Google Account addition. PAI enables users to uninstall applications and recover storage space if they choose. PAI is the recommended way for OEMs to distribute Optional GMS Apps, OEM, Carrier and third-party apps.

Google_Lit-TMO_00124594

## Launch approval windows

To ensure GMS functions consistently and properly for users in the future, as of February 2014 Google approves GMS distribution only on new Android products shipping on newer platform releases.

Specifically, Google will no longer approve GMS distribution for new products (as defined by the `build.PRODUCT` property) on an old API level after the GMS approval window has closed for that API level. Google will still approve new maintenance release (MR) builds of an existing product that has been already approved in partner.android.com. This allows partners to provide updated security patches and critical bug fixes to Android users on previously shipped devices.

GMS approval windows for by release:

| API version | AOSP Release date | Approval Window |
|---|---|---|
| 4.1 and earlier | | 1-Feb-2014 |
| 4.2 (API Level 17) | 13-Nov-2012 | 24-Apr-2014 |
| 4.3 (API Level 18) | 24-Jul-2013 | 31-Jul-2014 |
| 4.4 (API Level 19) | 31-Oct-2013 | 30-Jun-2015 |
| 5.0 (API level 21) | 03-Nov-2014 | 30-Oct-2015 |
| 5.1 (API level 22) | 09-Mar-2015 | 30-Jun-2016 |
| 6.0 (API level 23) | 05-Oct-2015 | 31-Jan-2017 |
| 7.0 (API level 24) | 22-Aug-2016 | 31-Mar-2018 |
| 7.1 (API level 25) | 04-Oct-2016 | 31-Mar-2018 |
| 8.0 (API level 26) | 21-Aug-2017 | To be announced in 2019 Q1 |

To assist partners in meeting approval window deadline, we provide early access to upcoming platform software via the Platform Development Kit (PDK) and other software distributions, as well additional resources (guideline documents, cdd summary etc.) through partner.android.com/eap.

# Boot-up Branding

POWERED BY



The purpose of the "Powered by Android" bootup animation sequence (and brand mark) is to establish the quality of devices operating Android OS that are certified and sold globally to consumers. It SHALL be displayed during the bootup sequence according to the guidelines published on the Android Partner Toolkit site.

# Device Setup Experience

Google SetupWizard provides a reference implementation for the best setup experience on Android devices. It is recommended to use the Google Setup Wizard as-is. However, partners MAY modify or customize the setup experience as long as it meets the requirements below. More details about the Setup Wizard flow requirements and the available customizations are published on the GMS Help Center .

- It is STRONGLY RECOMMENDED to allow users to set up Wi-Fi connection before setting up any other device capabilities that require network connection.
- Google account setup MUST be the first account setup to be presented to users after network connection.
- Account setup (Google and others) presented to users during the device setup MUST offer a user option to skip the setup.
- Users MUST NOT be able to leave SetupWizard by any means without being offered the ability to set up Factory Reset Protection, and before being authenticated as part of Factory Reset Protection.
- Users MUST have the opportunity to see Google Terms & Conditions and Privacy consents on the Google Services screen before leaving the Setup Wizard.
- All handheld devices MUST support Device Owner provisioning.
  - Devices that report android.hardware.nfc must enable NFC bump based provisioning (AOSP contains a reference implementation)
  - Android 7.0 or later devices with a camera MUST support QR Code Device Owner provisioning.
- Android 7.0 or later devices MUST use the Wizard Manager to customize setup experience. Creating a fully customized Setup Wizard using the AccountManager.addAccount() API is no longer supported. GTS tests will be testing the flow of Setup Wizard in the future.

# Home Screen Appearance

## Default Home Screen Layout

*Default Home Screen* is the default display of a device, prior to any changes made by end users, that appears without scrolling in both portrait and landscape modes when the device is in active idle mode. This screen MUST be same as the one displayed by pressing the physical home button or tapping the home button on the navigation bar.

The default home screen MUST feature the following:

1. Google Search Widget

Google_Lit-TMO_00124596

2. Google Collection folder containing the Core GMS app icons
3. Play Store app icon



**Google Search Widget** →

**Google Collections Folder** →

← **Play Store Icon**

← **Hotseat**

An example layout for the default home screen

## Placement of the Google Search Widget

In order to provide a consistent user experience, the approved implementation of the Google Search Widget is the widget provided via Google Search app included in the Core GMS.

**NOTE:** The default launcher preloaded in a device MUST NOT customize the Google Search Widget. For example, the Launcher2 implementation in the AOSP provides a hardcoded Search Widget, but it doesn't comply with this GMS requirement. Partners are recommended to preload the latest Launcher3 implementation in the AOSP.

## Placement of the Google Collections Folder

Google_Lit-TMO_00124597

The folder on the default home screen MUST

- be labeled "Google"
- have the Core GMS app icons in the following order left to right, top to bottom. (subject to geo-availability.)

  1. Google Search
  2. Chrome
  3. Gmail
  4. Maps
  5. YouTube
  6. Drive
  7. Play Music
  8. Play Movies
  9. Duo (or Hangouts if non-telephony device)
  10. Photos

- NOT include any non-Google apps



Google_Lit-TMO_00124598

## Placement of apps in hotseat or default home screen

Any GMS app MAY alternatively be placed in the hotseat or default home screen. Core GMS app icons MAY be removed from the Google collections folder if they are placed in the hotseat or default home screen.

## Placement of the Optional GMS apps

Optional GMS app icons SHOULD adhere to one of the following placements:

- an icon on the default home screen; or
- the hotseat; or
- within the Google folder, at the end of the collection (i.e., after the Photos app); or
- within pre-approved Play/Create folders

### Play/Create folders

The following additional folders are pre-approved for use on the default home screen:

- **Play** Contains Play Music, Play Movies, Play Games, Play Books, and Play Newsstand.
- **Create** Contains Docs, Sheets, Slides, Drive, and Keep (optional).

Other apps MAY NOT be placed in these folders.

If the Play and/or Create folders are configured, the corresponding app icons MUST be removed from the Google Collections folder (i.e., Play Music, Play Movies, and Drive).

Any alternate folder collection, if it contains any GMS app, MUST be approved by Google.





Appearance of Play/Create folders

## Placement on Apps Menu

Placement of GMS apps on the Apps Menu is subject to the following requirements:

- All GMS apps MUST be placed in the Apps Menu.
- If an OEM chooses to implement folders within the Apps Menu, the Core GMS app icons SHOULD be placed within the Google folder. Other pre-approved folders are Play and Create, as stated in the above section.
- Play Store SHOULD be in the top level of the Apps menu and MAY NOT reside within any folder on the Apps Menu.
- Other GMS app icons (e.g., Google Settings on Android 5.1 or earlier releases) MAY be placed within the Google folder or at the top level of the Apps Menu.

# Security Requirements

## Security Patch

Every Android 6.0 or higher software build, including new and Maintenance Release (MR) builds, MUST have all security patches applied that were issued publicly more than 60 days ago from the date it is submitted to request Google's approval. This means that all security patches in a monthly partner security bulletin have to be applied within 90 days from its issue.

## Google Play Protect

On GMS devices, Google Play store app MUST be functioning as the package verifier, which allows the Google Play Protect feature to protect the users from harmful apps.

## Preloading Apps with INSTALL_PACKAGES Permission

All third-party apps or OEM apps that have INSTALL_PACKAGES permission are subject to review by Google, if they need to be preloaded on the system image.

# Settings Requirements

### Google Settings

From Android 6.0 onwards, the AOSP Settings app allows other system apps to add extra top-level menu items to the settings UI, and the Google Play services app uses the feature to implement the Google Settings menu. When starting up, the Settings app collects extra menu items by searching for all system activities that resolve the intent `com.android.settings.action.EXTRA_SETTINGS` and `com.android.settings.action.IA_SETTINGS`. Devices that preload GMS MUST leave this mechanism unchanged, so that it can present the top-level Google settings menu to the user.



## Google Legal Settings

The AOSP Settings app is designed to present a 'Google legal' item under the 'Legal information' settings if a device preloads GMS. Tapping the Google legal menu item brings up a pop-up activity which shows the Google legal terms page. This mechanism is implemented by querying an activity which resolves `android.settings.TERMS` intent. Currently, the `GoogleServicesFramework` app in GMS implements this activity. GMS device implementations MUST preserve this mechanism, so that 'Google legal' items can be made available to the user.



Google_Lit-TMO_00124601

Google legal in Settings menu and its pop-up activity

# Location Settings

GMS devices are required to use the location provider implemented by Google Play services. As the Location settings menu in the AOSP Settings app heavily depends on the items injected with `android.location.SettingInjectorService` API, GMS device implementations MUST preserve this mechanism and the location settings item layouts in the Settings app.



# Security Settings

## Unknown sources

On the devices running Android 7.x or earlier versions, the Unknown sources setting MUST be disabled by default. This is a security requirement to protect users.



Android 8.0 and later replace the global Unknown sources setting with a new *Install unknown apps* permission

Google_Lit-TMO_00124602

NOT implicitly whitelist any preloaded or downloaded third party app.

**NOTE:** This change is not applicable to the privileged apps having `INSTALL_PACKAGES` permission.

## Security Patch Level Settings

Android 5.0 and later devices MUST expose the Android security patch level in the Settings UI. It MUST be displayed below the Android version item in the "About ..." section. The displayed text MUST match the value of system property `ro.build.version.security_patch`, which MUST be in the format 'YYYY-MM-DD' according to the CDD section 3.2.2. Build Parameters.



## Security status injection into Settings

The Settings app for the device implementations running Android 8.0 and later MUST display three status items injected by the Google Play services app as shown on the screenshot below. The items MUST be grouped together under **Security status** header, MUST be visible without scrolling, and MUST be made available within single depth from the top level Settings menu. For more information, refer to "Settings: Security Status" document in the GMS Help Center.



Partners MAY modify Developer Options implementation as long as it complies with the CDD and meets the following requirements:

- USB debugging MUST be off by default.
- Android 7.0 or later devices MUST provide a menu in the Settings app which allows users to switch between available WebView providers on the device. Its user experience MUST align with the AOSP implementation.

# Platform Feature Requirements

## Assist Action

Android 5.1 or earlier device implementations that support the Assist action MUST make this accessible with a single action when other navigation keys are visible, and are REQUIRED to use the long-press on the Home button or software key as the single action. The default handler of the Assist action MUST be the Google app when the device has completed the out-of-the-box setup process and the user triggers the single action. On Android 6.0 and later devices, the single action MUST launch an app that implements VoiceInteractionService as implemented by AOSP, and the default app for the `VoiceInteractionService` MUST be the Google app when the device has completed the out-of-the-box setup process.

## Factory Reset Protection

All new GMS devices shipping Android 5.1 or later from the factory MUST have support for FRP. This feature deters theft and in some locations may be required by law. The Android platform and GMS provide a reference FRP implementation, which securely locks a device even if it undergoes a factory reset through the recovery mode. For the detailed requirements and integration instructions, refer to the "Factory Reset Protection" doc in the GMS Help Center.

Partners are RECOMMENDED to implement a recovery (RMA) process that allows clearing the factory reset token, thereby enabling factory reset without user authentication. For this reason, this process must be secure and only accessible by authorized customer support personnel.

## Near-Ultrasound capability

Google Play services v7.8 or newer includes a new Nearby API to let app developers connect with the world around the device. The API underneath uses multiple technologies including Wi-Fi and Bluetooth but also inaudible audio in the near-ultrasound frequency range.

To support this feature, we require new Android 6.0+ devices launching with Google Play services to support the near-ultrasound frequency range capability for both the microphone and speakers as defined in the CDD. This requires setting the `AudioManager` properties `PROPERTY_SUPPORT_MIC_NEAR_ULTRASOUND` and `PROPERTY_SUPPORT_SPEAKER_NEAR_ULTRASOUND` to true and passing the associated CTS Verifier tests that enforce proper frequency response.

## Power Management

Android 6.0 introduces enhanced power management feature, which is also known as "App Standby" and "Doze" mode. The GMS bundle for Android 6.0 or later includes all necessary framework overlays and configuration files to enable this feature. For more information, refer to "Doze and App Standby" document in the GMS Help Center.

All Android 6.0 or later devices with a Significant Motion Detection Sensor MUST enable Doze mode, and MUST NOT deviate from AOSP implementation. If a partner app MUST be exempted from falling into battery saving mode, it can be added to a configuration file, etc/sysconfig/google.xml. Google Play services MUST be always exempted from Doze mode because it handles Firebase Google Cloud Messaging service in the background.

### Doze Extended for Android 7.0

Android 7.0 introduces the extended Doze mode which inherits all features of Android 6.0 and improves the battery saving performance by limiting further what an app can do in the background. All Android 7.0 or later handheld devices MUST support Doze Extended feature.

## Backup and Restore

Android platform can back up user data such as settings, installed apps, and app data to the user's Google account if it is integrated with GMS. It allows users to promptly setup a new device by restoring from backup data. The GMS bundle includes all binaries, framework overlays, and config files for partners to implement such backup and restore experiences. This feature MUST be supported by all GMS devices according to the requirements below.

### Backup Agent Compatibility

Backup Agents defined in AOSP SHOULD NOT be modified in ways that prevent interoperation with other GMS compliant device implementations. For example, the package name of the AOSP package having its backup agent MUST NOT be changed. In particular, GTS tests will ensure correct backup and restore of the following packages:

- android
- com.android.calllogbackup
- com.android.wallpaperbackup
- com.android.providers.settings
- com.android.providers.telephony
- com.android.providers.blockednumber
- com.android.providers.userdictionary

Partners MAY modify AOSP backup agents to include additional device specific data, subject to the following restrictions:

- Version numbers associated with backups MUST NOT be modified (e.g., the app version code of the AOSP package, and STATE_VERSION value in the backup agent of SettingsProvider)
- If additional keys are added, they MUST be prefixed with a vendor specific string (e.g.,

- Where a value represents a limited number of choices (i.e., an enumeration), partners MUST NOT add additional values.

## Backup Transport Configuration

GMS bundle provides the system configuration XML files and framework overlay files to allow Android platform to support GMS features correctly. GMS devices MUST NOT modify the following backup configurations in the GMS bundle:

- Whitelisting Google Play services as the backup data transport
- Setting Google Play services as the default backup transport

## Setup Experience

Setup Wizards on GMS devices are STRONGLY RECOMMENDED to use the reference device restore flow implemented in the GMS SetupWizard. However, among the available restore options, 'A backup from the cloud' flow in the following screenshot MUST be implemented by every GMS device.



If the user successfully signed in with a Google account during Setup Wizard, the Google services screen, with 'back up device data' consent option, MUST be presented before user exiting the Setup Wizard. The backup service to the user's Google account MUST be provisioned if and only if the user consented to the backup option in the Google services screen.



Google services

You can turn these services on or off at any time for gglkrtestuser001@gmail.com. Data will be used according to Google's Privacy Policy.

If you want to learn more, you can tap each service.

Google_Lit-TMO_00124606

 **Automatically back up device data** (such as Wi-Fi passwords and call history) and app data (such as settings and files stored by apps) to Google Drive. 

## Backup Settings

- After exiting from the Setup Wizard, users MUST be able to provision or turn off the Google backup service from the Settings menu.
- From Android 8.0 onwards, the AOSP Settings app implements the backup settings by calling the activity provided by the backup transport service. On GMS devices, Google backup settings MUST be accessible through this mechanism.
- With the AOSP Settings app for Android 8.0, a partner MAY add its own backup settings, if necessary, by putting an intent URI string to the `config_backup_settings_intent` resource which is defined in `packages/apps/Settings/res/values/config.xml` . Partners are STRONGLY RECOMMENDED to use this mechanism for backup settings customization.

## Runtime Permission

Android 6.0 introduces new runtime permissions model which is designed to make permissions more understandable, useful, and secure for users. Every Android 6.0 or later device that ships GMS MUST meet the following requirements:

- All preloaded applications that use a dangerous permission MUST be compiled against the Android 6.0 or later SDK regardless of whether the device is upgraded from Android 5.x or has a fresh install of Android 6.0.
- Android 6.0 GMS includes GooglePackageInstaller app, which is a Google-signed, prebuilt version of AOSP PackageInstaller. Every GMS device has to preload GooglePackageInstaller in place of AOSP PackageInstaller. Note that it has to be preloaded as a privileged app, since AOSP PackageInstaller becomes a privileged app in Android 6.0.
- If a device is updated from a previous version of Android to 6.0, then the PackageInstaller.apk in the pre-6.0 system image must be replaced by GooglePackageInstaller.apk during OTA update process.

For more information, refer to "Runtime Permissions" doc in the GMS Help Center .

## Android Extension

Android 7.0 introduces the "Android Extension" mechanism to deliver additional features to end-user devices without having to update the platform completely. It's implemented as two new Android apps: ExtServices and ExtShared in the AOSP. GMS devices MUST preload the Google-signed prebuilt APK files of these apps. For the detailed requirements, refer to the "Android Extension Shared Library" doc in the GMS Help Center .

## Combined Chrome/WebView

Android 7.0 GMS introduces a new Chrome APK for the API Level 24 that can function as both Chrome and WebView. Android handheld devices that launch with Android 7.0 no longer have to preload the full GMS

Google_Lit-TMO_00124607

- the underlying device is upgrading from previous Android release, or
- the type of device or the Geo-Availability doesn't allow the Chrome browser to be preloaded.

For the detailed requirements, refer to the "Integrating WebView and Chrome" doc in the GMS Help Center. Note that partners MUST define an additional system property `ro.product.first_api_level` to indicate the first API level according to the guideline. that the device has been commercially launched with, as guided in the document.

## Data Saver

Android 7.0 introduces the Data Saver feature which allows users to control which apps can access data in the background and which can access data only while in the foreground. This ensures desired background data exchange when Data Saver is on per user control. This feature MUST be supported by all Android 7.0 handheld devices. However, Google Play services MUST be whitelisted from the Data Saver mode to make sure its important features (such as GCM) work in the background. Android 7.0 GMS bundle provides all necessary files to build devices that comply with this requirement. For the detailed requirements, refer to the "Implementing Data Saver in Android N" doc in the GMS Help Center.

## Contacts Metadata Backup

Android users customize their contacts on their device by choosing favorites or setting certain numbers or emails as primary emails for contacts, but such data is lost when users switch devices. Further, any information about how often a contact is called or texted is also lost, so the user's "Frequently Contacted" information is also lost.

Android 7.0 allows users to backup such contacts metadata in addition to contacts data so that they can get the same exact contacts experience as they did on their old Android device, including usage stats, favorites, speed dial, custom merges, default photos, primary number + email settings, and more, when users get a new Android device.

Android 7.0 GMS includes necessary framework overlay files to set Google Play services as the sync adapter for the information.
(`products/gms_overlay/packages/providers/ContactsProvider/res/values/config.xml`)
This feature MUST be supported by all Android 7.0 handheld devices.

## Keymaster2 and Key Attestation

Keymaster2 HAL extends the capabilities of hardware-backed key storage on Android devices. One of the features is key attestation, which allows Android apps and off-device entities to determine if the keys are hardware backed. Android 7.0 devices that ships with GMS and supports Keymaster2 are RECOMMENDED to provision Google-provided attestation keys from the factory. The keyboxes will be distributed through the Android Partner Front End (APFE). For the detailed requirements, refer to the "Keymaster2—Attestation Key Provisioning" doc in the GMS Help Center.

Device implementations launching with Android 8.0 MUST implement a hardware-backed keystore and provision Google provided attestation keys from the factory.

Google_Lit-TMO_00124608

provision Google-provided attestation keys from the factory.

If the device implements Device ID attestation, the hardware identifiers used to perform Device ID attestation must be provisioned in the factory such that they are only accessible within the hardware keystore and there must be a way for users to erase these identifiers (command line tool or similar)

## Print Service Discovery

Android 7.0 introduces the `PrintRecommendationService` as one of the base framework components (`frameworks/base/packages/PrintRecommendationService`). This service makes it easier for users to discover a printer on the local network, and install necessary print service plugin app. Its current implementation supports a limited number of printers, but we expect printer vendors to contribute their codes through AOSP. Android 7.0 GMS includes the Google signed prebuilt APK of PrintRecommendationService, which allows us to update it easily through the Play Store, and it MUST be preloaded on the system image in place of the AOSP version.

## Safe Mode

From Android 7.0 onwards, Handheld and TV devices except Wear must support booting into the Safe Mode. For example, Nexus device users can reboot into the Safe Mode by tapping and holding the power button for 5 seconds.



## Location / SUPL

Google SUPL Server 2.0 supports the following features

- MSB Set Initiated connections only
- SSL and non-SSL connections.
- Positioning protocols supported - RRLP, LPP in progress
- Assistance Data
- Ephemeris - GPS, GLONASS
- Almanac - GPS
- Reference Time, Reference Location
- Reference Location Uncertainity is added for LPP

Google_Lit-TMO_00124609

Google SUPL Server doesn't support multiple assistance messages at this point.

If Devices uses Google SUPL server, the following connection details SHOULD be used

| Environment | Host | SSL | Non SSL |
|---|---|---|---|
| Production | supl.google.com | 7275 | 7276 |
| QA | supl-dev.google.com | 7279 | 7280 |

## Daydream

VRCore is a new optional GMS app for the Google VR Services, which is supported by Android 7.0 or later devices.

For GMS devices without `android.hardware.vr.high_performance` feature flag:

- The device MAY preload VRCore app according to the geo-availability.

For GMS devices that declare `android.hardware.vr.high_performance` feature flag:

- The partner MUST sign VR MADA addendum. Please contact your TAM/BD for this.
- The device MUST preload VRCore app according to the geo-availability and successfully complete Daydream-ready certification.

## Android Go

New Devices launching with 1GB RAM or lower MUST seek additional approvals from Google.

For New GMS devices that launch with Android 8.0 (O Release) or newer Android releases:

- MUST sign MADA addendum for Android Go, please contact your TAM/BD for this
- MUST complete Android Go certification Note : This does not apply to devices already launched with Android 7.x (Nougat) but upgrading to Android 8.0 (O Release) or newer

For GMS devices that launch with Android 7.x (Nougat)

- No additional approvals are needed

## Secure Texture Video Playback

- Secure Texture Video Playback is mandatory for VR High Performance devices.
- Secure Texture Video Playback is optional for Widevine DRM L1 devices.
- If a device supports Secure Texture Video Playback, it MUST pass GTS end to end test.

## Widevine DRM

Widevine DRM is implemented with the OEMCrypto API library which provided by the SoC or OEM partners. All Android devices that ships with GMS MUST support a certain version of the OEMCrypto API according to the Android platform releases:

- Android 6.0: OEMCrypto API Version 10
- Android 7.0: OEMCrypto API Version 11
- Android 8.0: OEMCrypto API Version 11 or 13 (see note below)

**NOTE:** All devices running Android 8.0 or later MUST support OEMCrypto v11 APIs but MUST NOT implement widevine classic. All device builds approved after January 1st, 2018 launching or upgrading to Android 8.0 and newer MUST support OEMCrypto v13.

## Flash Lock Status Reporting

All Android 7.0 or later devices MUST implement
`PersistentDataBlockManager#getFlashLockState()` system API that returns the bootloader state whether it permits flashing of the system image. Its return value MUST be one of the following:

- `FLASH_LOCKED` : The bootloader does not allow to flash system image at all, or it's in the state that flashing of system image is not possible.
- `FLASH_UNLOCKED` : The bootloader is in the state that allows to flash system image.
- `FLASH_LOCK_UNKNOWN` : This return value is only allowed for a device upgrading to Android 7.0 as a system update (OTA), but its bootloader cannot be updated to report the correct state, in either `FLASH_LOCKED` or `FLASH_UNLOCKED` . A device preloading Android 7.0 from the factory MUST NOT return this value.

All Android 7.0 devices, if their system images are preloaded from the factory, MUST be in `FLASH_LOCKED` state when they are turned on for the first time out of the box.

## Instant Apps

Device implementations running Android 8.0 and newer MUST configure the Google Play services app as the `EphemeralResolverService` , by overriding the value of framework configuration resource `config_ephemeralResolverPackage` that is defined in `frameworks/base/core/res/res/values/config.xml`.

## Event Logging in System UI and Launcher

System UI and the preloaded default launcher(s) MUST implement the same event logging mechanism as provided in the AOSP. For more information, refer to "Implementing Launcher Workspace Logger" doc in the GMS Help Center.

## Android Enterprise

**Managed profile badging**

In order to provide user experience compatibility and minimize support cost for enterprise customers, the design of badge for the managed applications and widgets, and other badged UI elements MUST be reviewed and approved by Google, unless the device implementation uses the exact same asset in the AOSP.



## Autofill Provider

Device implementations running Android 8.0 and newer are RECOMMENDED to support and declare the `android.software.autofill` feature. The Google Play services app in GMS provides an implementation of the Autofill provider, letting users use their personalized auto-fill data on Chrome.

## Treble

New devices launching with Android 8.0 or newer MUST be compliant to the Treble architecture to guarantee an easier upgrade to the next Android version. This section enumerates the requirements and recommendations to qualify as compliant to the Treble architecture.

### Vendor interface

The Vendor Interface refers to the interface between the Android framework and the hardware-specific parts of the Android platform. All interactions between the framework and vendor code MUST be carried out over the vendor interface.

### HAL interface

All devices MUST implement the core Hardware Abstraction Layer (HAL) interfaces defined by the HAL Interface Definition Language (HIDL) in AOSP that are required for the proper functioning of the device. The core interfaces defined in AOSP MUST NOT be modified.

Same Process HALs (SP-HALs) open and run in the process in which they are used. The following rules apply to SP-HAL interfaces:

- The SP-HAL list is defined by by Google and MUST NOT be modified i.e. No new SP-HALs MUST be added (see Appendix A)
- SP-HAL interfaces MUST NOT be extended.

All other HALs MUST be binderized.

When permitted, extensions to the core HAL interfaces MUST be defined using HIDL and the implementation MUST be binderized. HAL extensions MUST evolve in a manner that maintains backward compatibility.

Google_Lit-TMO_00124612

Upgrading devices MAY implement HALs in passthrough mode. However HALs listed below MUST have a binderized implementation even on upgrading devices.

List of SP-HALs:

- `openGL`
- `Vulkan`
- `android.hidl.memory@1.0` - (implementation provided by Google)
- `android.hardware.graphics.mapper@1.0`
- `android.hardware.renderscript@1.0`

The following HALs are defined with HIDL and are implemented as binderized HALs irrespective of whether the device is launching with Android 8.0 or upgrading to Android 8.0:

- `android.hardware.biometrics.fingerprint@2.1`
- `android.hardware.configstore@1.0`
- `android.hardware.dumpstate@1.0`
- `android.hardware.graphics.allocator@2.0`
- `android.hardware.radio@1.0`
- `android.hardware.usb@1.0`
- `android.hardware.wifi@1.0`
- `android.hardware.wifi.supplicant@1.0`

*Refer VNDK and build-split requirements, for more information on the separation between framework and vendor code.*

*Refer device-partition requirements, for more information on the mandatory partitions for device-tree overlays.*

## Kernel interface

All devices launching with Android 8.0 MUST implement the Linux kernel interfaces required by the Android framework. All common kernel interfaces defined in the Kernel Interface Requirements document MUST be implemented.

*Refer kernel and bootloader requirements, for more information on kernel requirements that are not related to the kernel-interface requirements.*

## Kernel and Bootloader

Minimum kernel version

Devices launching with Android 8.0 MUST run on kernel version 3.18 or newer. New SoCs launching in the second half of 2017 MUST run on kernel version 4.4 or newer (this helps downstream OEMs ship devices with the required minimum Kernel version in the future).

Guidance on how the minimum Linux Kernel version requirements will evolve beyond Android 8.0 is provided in the following tables.

| Android Release | MUST | STRONGLY RECOMMENDED |
|---|---|---|
| O | 3.18 | 4.4 |
| P | 4.4 | 4.9 |

**For new SoC launches in the second half of 2017 and throughout 2018:**

| Android Release | MUST | STRONGLY RECOMMENDED |
|---|---|---|
| 2H 2017 | 4.4 | 4.9 |
| 2018 | 4.9 | TBD (next common/android kernel release) |

Peripheral-device drivers

Device drivers SHOULD be implemented as loadable kernel modules. The description of such hardware MUST be done using the standardized device-tree notation for CPU architectures that use device trees, or an equivalent to device tree MUST be used for those architectures that do not support device tree (e.g., ACPI).

Loadable kernel modules and device tree blobs SHOULD NOT be placed on the system partition. The bootloader SHOULD combine the device tree and the device-tree overlays and present a unified device-tree blob (or an equivalent) to the kernel when booting the kernel.

*Refer to device-partition requirements, for more information on the mandatory partitions for device tree overlays.*

## VNDK and build-split

The Vendor NDK (VNDK) classifies shared libraries used by both the framework and the vendor code.

VNDK library classification and ABI

All libraries classified as vndk-sp by the VNDK definition tool MUST be placed in the system partition, under `/system/lib/vndk-sp` (and `/system/lib64/vndk-sp` for 64-bit devices).

All libraries classified as extended by the VNDK definition tool MUST be copied to the vendor partition.

Build-split

Libraries, configuration files, and executable code used in the implementation of the core HAL or vendor-extended HAL interfaces MUST NOT be placed in the system partition.

Devices MUST NOT create build-time couplings between the system image and other images.

All devices MUST define the property `ro.vendor.build.fingerprint` and include it on the vendor image. This fingerprint SHOULD be updated to reflect updates to the vendor partition.

Google_Lit-TMO_00124614

## Reference AOSP image requirements

All devices MUST pass the Vendor Test Suite (VTS) and Compatibility Test Suite (CTS) on a reference AOSP system image (userdebug variant) provided by Google.

Compliance test requirements for devices launching or upgrading with Android 8.0:

| O Compatibility Requirements | | Classification | |
| --- | --- | --- | --- |
| Build Type | Test Type | Device launching with O | Device upgrading to O |
| OEM system image + OEM vendor image + others | CTS | Required | Required |
| OEM system image + OEM vendor image + others | CTS Verifier | Required | Required |
| OEM system image + OEM vendor image + others | GTS | Required | Required |
| Reference AOSP system image + OEM vendor image + others | VTS | Required | Optional |
| Reference AOSP system image + OEM vendor image + others | CTS(ReferencePlan) | Required | Optional |

## Device partition requirements

The typical layout of non-volatile memory on Android devices is outlined here. The requirements for storage partitions and the contents that must go into each of these partitions are formalized below.

All devices launching with Android 8.0 MUST have the following partitions on the non volatile storage for the device:

- **system** - for the framework-specific portions of the code
- **vendor** - for the chipset-specific portions of the code
- **boot** - for the Linux-kernel image

All devices launching with Android 8.0 SHOULD have the following partitions on the non volatile storage for the device:

- **odm** - for odm-specific driver modules and applications

All the content that goes into the odm or oem partition MAY be placed on the vendor partition on devices that do not have these provisioned.

Google_Lit-TMO_00124615

When device-tree overlays are used, the following partitions are required:

- **dtb** SHOULD be provisioned for the chipset-peripheral descriptors. It is STRONGLY RECOMMENDED that devices place all chipset-peripheral descriptors on the dtb partition.
- **dtbo** SHOULD be provisioned for the off-chip peripheral descriptors. It is STRONGLY RECOMMENDED that device-tree overlays be placed in dtbo partition. The partition MUST be available for the bootloader.

For CPU architectures that do not use device trees, it is STRONGLY RECOMMENDED to have a partition for on-chip and off-chip device descriptions.

When devices are required to support verified boot, the following partitions SHOULD be present:

- **vbmeta** - for the meta data related to the verified partitions as required by the reference Android Verified Boot implementation.

## Help

Overview

GMS Workflow

**GMS Requirements**

Early Access Program (EAP)

Terminology

©2017 Google - Privacy Policy - Terms of Service   **SEND FEEDBACK ABOUT THE HELP CENTER**

Google_Lit-TMO_00124616