## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | ██████████████ |
| Defendant. | |

## DEFENDANT'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

## TABLE OF CONTENTS

I.      Google Search ..............................................................................................................4

    A.      Origin and Evolution of Google Search.............................................................4

    B.      Google's Search Results Design .........................................................................7

    C.      Google's Evaluation and Launch Process.........................................................12

II.     Challenged Specialized Search Results Designs .........................................................15

    A.      Hotels ................................................................................................................15

        1.      Origin and Evolution.............................................................................17

        2.      How Google's Hotels Unit Works.........................................................22

    B.      Flights ...............................................................................................................26

        1.      Origin and Evolution.............................................................................28

        2.      How Google's Flights Unit Works ........................................................30

    C.      Local .................................................................................................................33

        1.      Origin and Evolution.............................................................................35

        2.      How Google's Local Unit Works ..........................................................38

    D.      Local Services Ads ...........................................................................................40

        1.      Origin and Evolution.............................................................................42

        2.      How Local Services Ads Work..............................................................45

    E.      Movies...............................................................................................................46

        1.      Origin and Evolution.............................................................................47

        2.      How Google's Movies Unit Works .......................................................48

    F.      Events................................................................................................................50

        1.      Origin and Evolution.............................................................................52

        2.      How Google's Events Unit Works ........................................................52

III.    Challenged Data Agreements .....................................................................................54

IV.     General Search Engine Specialized Search Results and Partnerships ..............................56

    A.      Other General Search Engines Offer Specialized Search Results .......................56

    B.      GSE-SVP Partnerships .....................................................................................57

V.      Advertisers' Options for Buying Online Advertising ........................................................59

VI.     Google's SA360 and Other SEM Tools.......................................................................62

    A.      Advertisers' Search Advertising Spend on SA360.............................................64

    B.      Requirements for SEM Tool Providers and Other Parties to Access Search Engine APIs .....................................................................................................65

VII.    Google's Development of Microsoft Advertising Features for SA360 ...........................66

    A.    Timeline of Microsoft's Feature Requests to SA360 ...........................................66

    B.    Microsoft's Feature Requests to Other SEM Tools ................................................70

    C.    Google's Launch of a New Version of SA360 ......................................................72

    D.    SA360's Work to Integrate Auction-Time-Bidding ...............................................73

    E.    Other Reasons for Timing of SA360's Development of Microsoft Ads
        Features ..................................................................................................................74

VIII.   Microsoft Ads Features at Issue ......................................................................................74

    A.    Auction-Time Bidding (aka Automated or Autobidding) ....................................74

    B.    ██████████████████████████████████████
        ████████ ...............................................................................78

Pursuant to Civil Rule 7(h) of the Rules of the United States District Court for the District of Columbia, Defendant Google LLC hereby submits the following statement of material facts as to which it contends there is no genuine issue.  This statement is being submitted in support of Google's motion for summary judgment as to the claims asserted in only *State of Colorado, et al. v. Google LLC*, No. 1:20-cv-03715-APM.[1]

## I.    Google Search

### A.    Origin and Evolution of Google Search

1.    Google launched its search engine in 1998.  GOOG-DOJ-09300673 at -684 (Ex. 1).

2.    Google displays relevant results for all types of user queries on its search engine results page (SERP).  *See* GOOG-DOJ-09300673 at -682 (Ex. 1).

3.    In the early days of Google Search, Google surfaced on its SERP only web results, also known as the "ten blue links"—plain text hyperlinks to webpages for which Google does not receive any payment, ranked according to relevancy and quality.  GOOG-DOJ-03209307 at -308 (Ex. 2).

4.    In 2000, Google introduced text ads, which are paid advertisements relevant to a query that has been entered, that appear on the SERP and contain a link to the advertiser's website. GOOG-DOJ-09300673 at -684 (Ex. 1); *About Text Ads*, https://support.google.com/google-ads/answer/1704389?hl=en (last accessed Dec. 10, 2022) (Ex. 3).

5.    Beginning in the early 2000s, in addition to web results and text ads, Google developed and began to show specialized results in a variety of different formats on the SERP,

---

[1] Google incorporates by reference herein its concurrently-filed Statement of Material Facts As To Which There Is No Genuine Issue In Support of Its Motion For Summary Judgment (ECF No. 423), as to Colorado Plaintiffs' claims regarding Google's search distribution agreements. *See* Mem. In Supp. of Mot. for Summ. J. at 3.

including specialized or "vertical" units for certain categories of information.  *See* GOOG-DOJ-03209307 at -309 (Ex. 2); Reid (Google) Decl. ¶ 7 (Ex. 4).

6. "Vertical" units refer to results organized around "particular segments of queries or intent that the user has around particular lines of business or particular interests that they have."  Holden (Google) Tr. 36:18-37:4 (Ex. 5).  For example, Google offers a hotels unit organized around hotel listings in a specified location in response to the query.  *See* Holden (Google) Decl. ¶¶ 8, 11 (Ex. 6).

7. Google's unpaid search results, including any specialized units, are triggered and ranked by Google's algorithms according to relevance based on the user's intent as expressed through their query, the quality of the result, and other signals.  GOOG-DOJ-09300673 at -681 (Ex. 1); Google's Resp. to Colo. Pls. 3rd Interrogs. at 14-16 (Ex. 7).

8. For example, for the query "hotels in Washington DC," Google may show a SERP with the following:

    a. Search text ads, often at the top of the page, with hyperlinks to the advertisers' websites,



    b. A specialized unit known as a hotels unit,[2] and

---

[2] Google often refers to the elements of its specialized results that appear on its SERP as "units," which contain structured information in summary form from a specific category.  *See* Google's 2nd Supp. Resp. to Colo. Pls. 3rd Interrogs. at 2-8 (Ex. 8).



c. Web results.  Web results today can include snippets of text from the website, hyperlinks to specific pages in the website, and other information such as photos where applicable.



*See generally* Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BA.1.a (Ex. 9).

9.     Each time the user enters a query, Google's SERP may look different, including which specialized units appear, based on what information Google's algorithms determine is most relevant to the user's query.  *How Google organizes information to find what you're looking for*, https://blog.google/products/search/how-google-organizes-information/ (last accessed Dec. 10, 2022) (Ex. 10).

### B.     Google's Search Results Design

10.     Over the past twenty years, Google has developed and introduced specialized results in subject areas as varied as weather, sports, language, education, civics, events, media (movies, TV, music, lyrics), books, travel, local, shopping, and more.  Fox (Google) Tr. 262:14-263:4; 267:4-12 (Ex. 11); GOOG-DOJ-09300673 at -684 (Ex. 1).

11.     Google launched its specialized units to provide users with information related to a specific category of information Google interprets the user to be seeking, beyond links to webpages or snippets of crawled content from the web.  Reid (Google) Decl. ¶ 8 (Ex. 4); *see also* Raghavan (Google) Tr. 610:1-8 (Ex. 12).

12.     As an example, the impetus behind Google's 2002 launch of News, Google's first specialized unit, was the 9/11 terrorist attacks.  This innovation was motivated by the difficulty Google users experienced in finding breaking news about the 9/11 terrorist attacks, during which Google's search results mainly displayed results to webpages with general information about the World Trade Center.  *Search Through Time*, https://www.google.com/search/howsearchworks/our-history/ (last accessed Dec. 10, 2022).

13.     To address this, Google created specialized results that offered a better way to present news to users by, among other things, emphasizing fresh results or a sudden change in information about a topic that might reflect a significant news event.  *Search Through Time*, https://www.google.com/search/howsearchworks/our-history/ (last accessed Dec. 10, 2022).

14.     In 2007, Google transitioned to "universal search," where it surfaced, in dynamic positions, different specialized units such as videos, images, books, and news, on the same SERP alongside web results and other elements.  GOOG-DOJ-09300673 at -696 (Ex. 1); GOOG-DOJ-03209307 at -310 (Ex. 2); Reid (Google) Decl. ¶ 9 (Ex. 4).  Prior to that, specialized units were located in fixed positions on the SERP.  Reid (Google) Decl. ¶ 9 (Ex. 4).  A key innovation in

universal search was that it enabled specialized units to dynamically "float" on the page in positions alongside web results and other elements.  Reid (Google) Decl. ¶ 9 (Ex. 4).

15.    Whether a specialized unit triggers at all, and where it is displayed on a SERP, is algorithmically determined based on many signals, including relevance to the user versus other information that Google has determined may be responsive to the user's query.  Google's Resp. to Colo. Pls. 3rd Interrogs. at 14-16 (Ex. 7); *see* Reid (Google) Decl. ¶ 10 (Ex. 4).  Other signals include the quality of the data provided.  Holden (Google) Tr. 90:9-17 (Ex. 5).

16.    Google's specialized units present users with structured information about a specific topic.  In the case of Google's Weather vertical (first launched in 2006), for example, structured information is in the form of temperature associated with current time, instead of just a weblink to a website about the weather.  Reid (Google) Tr. 12:20-13:8 (Ex. 13); GOOG-DOJ-09300673 at -684 (Ex. 1).

17.    Presenting structured information to users makes it easier, in certain instances, for users to "glance and understand" the information they seek.  Reid (Google) Tr. 12:20-13:8 (Ex. 13).

18.    Google engineer and Senior Vice President for Search and Ads Prabhakar Raghavan explained that this sort of structured or "packaged" information "enjoys a much better user approval" than just seeing "blue link after blue link after blue link" for certain queries, Raghavan (Google) Tr. 610:1-14 (Ex. 12), and that consistent and extensive user research indicates that when users come to Google with a specific query, in many cases, they prefer to see the answer itself to the query.  Raghavan (Google) Tr. 608:1-19 (Ex. 12).

19.    Emily Moxley, Google engineer and former Senior Director of Product Management for Search, testified that Google determined that including specialized units on the

SERP in addition to web results satisfies user intent[3] by answering multiple informational needs in one place.  Moxley (Google) Tr. 92:15-21, 164:12-23 (Ex. 15).

20.     Certain specialized units link to associated "immersive" pages that provide further information about that particular topic.  Google shows the immersive when the user clicks on certain aspects of a unit (for instance, a link to display more hotel or flight results), and it is designed to provide users more information about that particular topic.  Moxley (Google) Tr. 79:14-16 (Ex. 15); *see also* Google's 2nd Supp. Resp. to Colo. Pls. 3rd Interrogs. at 2-8 (Ex. 8).

21.     Google engineer Emily Moxley testified that Google designs immersive pages where Google's user research shows that user intents include to browse or search over a corpus of information about that particular topic.  Moxley (Google) Tr. 79:25-80:24 (Ex. 15).

22.     Certain specialized units and immersives may also link to "detail pages" or "placesheets" containing additional information associated with the vertical, as appropriate, such as about particular hotels, flight options, local entities, or local service providers.  *See* Google's 2nd Supp. Resp. to Colo. Pls. 3rd Interrogs. at 2-8 (Ex. 8).

23.     Google continues to develop additional specialized units with the aim of further improving the user experience.  GOOG-DOJ-09300673 at -684 (Ex. 1); Moxley (Google) Tr. 15:17-23, 169:17-23 (Ex. 15).

24.     Vice President of Search Nick Fox explained that in determining whether to launch a new specialized unit, Google considers, among other factors, the degree of user need around that information category, how well the existing experience is serving users, whether

---

[3] "User intent" refers to the goal or intention of the user when entering a query.  Fitzpatrick (Google) Tr. 188:11-18 (Ex. 14).

there is potential to better improve the user experience, and revenue potential.  Fox (Google) Tr. 280:2-24 (Ex. 11); *see also* Raghavan (Google) Tr. 568:1-569:3 (Ex. 12).

25.     Richard Holden, Vice President of Product Management for Travel, testified that Google launched its vacation rentals unit because it saw a "growth in users considering other forms of lodging content" and wanted to "remain relevant to users and offer them information for queries related to vacation rental content."  Holden (Google) Tr. 161:8-15 (Ex. 5).

26.     Any time Google introduces a new unit to the SERP, it has to consider myriad factors like, for example, how to most effectively use limited "real estate" (a user's device does not provide unlimited space in which to present information) and how to minimize any additional latency resulting from the unit.  Moxley (Google) Decl. ¶ 5 (Ex. 16); Gomes (Google) Tr. 348:20-349:18 (Ex. 17).

27.     Google designs its specialized results and presentation of content to serve user needs in that specific information category; this may lead to different designs for different information categories.  Moxley (Google) Decl. ¶ 4 (Ex. 16).

28.     For example, in 2006, Google started showing live sports scores and schedule information as part of its sports specialized unit alongside web results in response to queries for score information for an ongoing game.  Moxley (Google) Tr. 30:2-8 (Ex. 15); GOOG-DOJ-09300673 at -684 (Ex. 1).

29.     Similarly, Google determined that showing price and availability information for hotel stays would better satisfy the needs of users searching for hotels than weblinks and text ads alone.  Holden (Google) Decl. ¶ 15 (Ex. 6).

30.     Sources of information for Google's specialized results include third-party data feeds, user and merchant generated content, markups submitted by webmasters,[4] and crawled websites.  *See* Fitzpatrick (Google) Tr. 146:8-147:2 (Ex. 14); Moxley (Google) Decl. ¶ 4 (Ex. 16).

a.  Third-party data feeds refer to structured data (*i.e.*, data that is in a standardized format that allows for easier importation and use) from third parties submitted to Google via a feed-based infrastructure.  Moxley (Google) Decl. ¶ 4 (Ex. 16).

b.  User-generated content refers to content contributed by a Google user directly to Google; for example, providing a photo of a park nearby.  *See* Moxley (Google) Tr. 73:13-18 (Ex. 15).

c.  Merchant-generated content refers to content submitted by businesses directly to Google via Business Profile (formerly known as Google My Business); for example, a restaurant could update its hours or delivery information.  Fitzpatrick (Google) Tr. 45:12-23 (Ex. 14).

d.  Markups refer to information submitted by webmasters via schema.org, which creates structured information on a webpage that can be identified by search engines for display including in certain specialized results.  *See* Moxley (Google) Tr. 81:11-16 (Ex. 15).

e.  Crawled websites refer to websites that Google's crawler had "crawled" for possible use in Google's index.  Fitzpatrick (Google) Tr. 145:6-16 (Ex. 14).

---

[4] A "webmaster" refers to the person(s) responsible for maintaining a website.

31.     Google has developed specific algorithms to determine the relevance of the results within a specialized unit.  Google's Resp. to Colo. Pls. 3rd Interrogs. at 14-16 (Ex. 7); Moxley (Decl. ¶ 6 (Ex. 16).

32.     Some of Google's specialized units contain advertising products where Google has determined a specialized advertising format would be useful to users and advertisers.  *See, e.g.*, Spalding (Google) Tr. 18:12-15; 104:7-16 (Ex. 18) (describing Local Services Ads); Holden (Google) Decl. ¶ 17 (Ex. 6) (Hotel Ads); Reid (Google) Decl. ¶ 18 (Ex. 4) (Local Search Ads).

**C.     Google's Evaluation and Launch Process**

33.     Google strives to continue to improve upon its SERP.  Google engineer and former Senior Vice President of Geo Jen Fitzpatrick explained that "Google search is under constant need to evolve and improve" in response to "changing user expectations, changing nature of what's possible with technology, changing . . . behavior and capabilities."  Fitzpatrick (Google) Tr. 84:13-22 (Ex. 14).

34.     Google engineer Jen Fitzpatrick explained that Google "absolutely need[s] to keep innovating in Search, and that's something we work very, very hard to do all the time."  Fitzpatrick (Google) Tr. 84:13-85:4 (Ex. 14).

35.     Google engineer and Vice President of Search Elizabeth Reid explained that when Google builds products, it tries to make sure that its products will serve users.  Reid (Google) Tr. 260:2-9 (Ex. 13); GOOG-DOJ-09300673 at -684 (Ex. 1).

36.     Before launching a change Google analyzes whether the potential launch will, based on Google's metrics, improve the search experience for Google's users.  GOOG-DOJ-09300673 at -686 (Ex. 1); GOOG-DOJ-29791115 at -116 (Ex. 19); Nayak (Google) Tr. 34:18-35:8 (Ex. 20).

37.     Google employs over 10,000 human Search Quality Raters.  Nayak (Google) Tr. 130:9-12 (Ex. 20).

38.     In 2021 alone, Google conducted over 750,000 search quality tests, 72,000 side-by-side experiments, 11,000 live traffic experiments, and 4,300 launches.  *See Improving Search with rigorous testing*, https://www.google.com/search/howsearchworks/how-search-works/rigorous-testing/ (last accessed Dec. 10, 2022) (Ex. 21).

39.     Google evaluates a potential launch using both qualitative and quantitative inputs including (as appropriate and relevant to the launch) feedback from external Search Quality Raters, live user tests, and traffic analyses. GOOG-DOJ-09300673 at -686 (Ex. 1); GOOG-DOJ-29791115 at -116 (Ex. 19).

40.     For example, Google will send side-by-side comparisons of the existing results and the results with the proposed launch to its external Search Quality Raters.  GOOG-DOJ-09300673 at -686 (Ex. 1); Nayak (Google) Tr: 52:1-23, 136:10-138:9 (Ex. 20).

41.     The Search Quality Raters evaluate the results according to Google's search quality rater guidelines.  GOOG-DOJ-09300673 at -688 (Ex. 1); GOOG- DOJ-17681606 (Ex. 22); Nayak (Google) Tr. 128:6-129:4 (Ex. 20).

42.     Search Quality Raters evaluate changes to Google's search results in the context of the other results on the page, and are instructed by Google that "the most important consideration is how helpful each result set is *as a whole*."  GOOG-DOJ-17681606 at -609 (Ex. 22) (emphasis added).

43.     Google further instructs its Search Quality Raters, among other things, that "[u]sers should find what they are looking for" and "[u]sers should get the best results in the most helpful order."  Google further instructs about the importance of the SERP providing users

with a "Diversity of results": "[t]he results in the set should work together to address different aspects of query interpretation/user intent and provide a helpful collection of resources for users," while true duplicate results "may be useless" and near duplicates "may or may not add value."  GOOG-DOJ-17681606 at -609, -610 (Ex. 22).

44.     The Search Quality Raters provide feedback on Google's search results by assigning ratings or scores to the results.  Nayak (Google) Tr. 139:13-140:3 (Ex. 20); GOOG-DOJ-17681606 (Ex. 22).

45.     Another way in which Google evaluates whether to implement a change to its search results is live user tests, whereby Google sends search results that include the change to a fraction of its existing users and evaluates how those changes perform with those users.  GOOG-DOJ-09300673 at -686 (Ex. 1); Nayak (Google) Tr. 136:25-138:17 (Ex. 20).

46.     Google aggregates the feedback from Search Quality Raters and user testing (as applicable) in a launch report.  Nayak (Google) Tr. 136:25-138:17 (Ex. 20); *see*, *e.g.*, GOOG-DOJ-00515037 (Ex. 23) (example of a launch report); *see also* GOOG-DOJ-29791115 at -116 (Ex. 19).

47.     Key metrics Google uses for launches, including for new specialized units, include metrics indicating an improved whole-page experience, such as how users interact with the entire results page as well as individual parts of the page. GOOG-DOJ-29791115 at -126, -142 (Ex. 19); Reid (Google) Decl. ¶ 11 (Ex. 4); Moxley Decl. ¶ 8 (Ex. 16); *see also* Reid (Google) Tr. 144:18-145:2 (Ex. 13).

48.     Google has a Launch Committee that is responsible for approving launches.  The Launch Committee includes engineer, Google Fellow and Vice President of Search Pandu

Nayak, the lead of Google's ranking team, and other Google search engineers.  Nayak (Google) Tr. 33:25-35:8 (Ex. 20).

49.     Google's Launch Committee reviews the results of Google's quality tests in light of Google engineers' experience in evaluating search quality, and decides whether to launch the change.  Nayak (Google) Tr. 33:25-35:8, 136:10-138:24 (Ex. 20).

50.     As part of the launch process, the team advocating for the launch must "prove that [the launch] actually is beneficial to our users in some way."  Nayak (Google) Tr. 34:18-24 (Ex. 20).  As a Google "How Search Works" presentation put it, "[u]nless we can show a change is actually better for users, we don't launch it."  GOOG-DOJ-09300673 at -687 (Ex. 1).

51.     Google measures whether its launches lead to growth in Google Search usership.  GOOG-DOJ-29791115 at -135 (Ex. 19).  Google's analyses have "confirmed good correlation between user experience and growth."  *Id.*; *see also id.* at -133-34.

52.     After a launch, Google often conducts tests and surveys to understand how helpful its users find the change.  Moxley (Google) Tr. 118:6-25 (Ex. 15).

53.     One type of test Google uses is called an "ablation study," in which Google turns off or removes a feature from its search results in order to measure the difference in quality between its search results with that feature and its search results without it.  *See* Nayak (Google) Tr. 175:18-176:1 (Ex. 20).

54.     Google uses the results of the user tests and ablation studies to assess how a change affects the user experience.  Moxley Decl. ¶ 10 (Ex. 16).

## II.     Challenged Specialized Search Results Designs

### A.     Hotels

55.     When Google's algorithms detect, based on the user's query, that the user is looking for information about hotels, Google may serve a SERP containing a hotels unit, among

other SERP elements (such as text advertisements and web results).  *See* Para. 56 (image of hotels unit); Holden (Google) Decl. ¶ 8 (Ex. 6).

56.     The design of the SERP may vary depending on the query, but the hotels unit depicted below is typical for queries like "hotels in" a location, from a desktop computer.[5] Holden (Google) Decl.  ¶ 9 (Ex. 6).



57.     For such hotel-related queries, the web results, as well as the text advertisements (if any), on the SERP may include SVPs.  Holden (Google) Decl. ¶ 10 (Ex. 6).

58.     Google's design of the hotels unit like the one pictured above provides users with near-instantaneous structured information about hotels, including:

    a.   a map of hotel properties in the specified location;

    b.   a list of up to four hotel properties as determined by Google's algorithms;

    c.   an image, price, star rating, and other information about the hotel property that correspond to the dates; and

---

[5] *See* Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BA.1.f (Ex. 9) for image of hotels unit on a mobile device.

    d.   options to refine the search (dates, "top rated," "budget," etc.) and links to Google's hotels immersive, where users can find further information and refine their hotel search.

Holden (Google) Decl. ¶ 11 (Ex. 6).

### 1.    Origin and Evolution

59.    Google began developing hotel search results using structured data in approximately 2009, GOOG-DOJ-16094322 at -323 (Ex. 24), and launched an early version of its hotels unit, then known as Hotel Finder, in 2011.  GOOG-DOJ-25917044 at -044 (Ex. 25); Holden (Google) Decl. ¶ 17 (Ex. 6).

60.    Google determined that it could provide a better search experience to users than only displaying text ads, web results, and the limited information about hotels available in the local unit[6]—from which users would need to further search for hotel availability and pricing. Holden (Google) Tr. 41:15-42:8 (Ex. 5); GOOG-DOJ-25917044 at -044 (Ex. 25); GOOG-DOJ-16094322 at -325 (Ex. 24).

61.    In 2009, Google recognized that "[u]ser needs [were] not being met," and that there was "[n]o current solution."  GOOG-DOJ-16094322 at -348 (Ex. 24).  Google observed that it "takes 25-50 websites to do research for one vacation," and Google was "add[ing] little value" because on Google at that time, users were just "search[ing] for a place to search."  *Id.*

62.    Google thus recognized there was "lots of space for innovation" for travel search, and that it could "transform the travel experience" with user benefits including "[i]mprovements in speed" and "[i]mproved user experience."  GOOG-DOJ-16094322 at -326, -333 (Ex. 24).

---

[6] The local unit is described below in Part II.C, Paragraphs 130-134, 157-162.

63.     In developing its hotels unit and immersive, Google confronted the engineering challenge of data "fragmentation," and sought to "build out a caching layer that intelligently pre-computes all the various permutations [of hotel stays], and make all of this queryable at Google speed."  GOOG-DOJ-04353653 at -354 (Ex. 26).

64.     In 2011, as part of the early development of Google's hotels unit, Google introduced the ability to provide users hotel prices in its local unit.  Google's analyses demonstrated that 65.7% of users found the prices in the local unit "very useful" and an additional 28.5% of users found them "somewhat useful."  GOOG-DOJ-00298158 at -158 (Ex. 27).

65.     Members of the Google Travel team observed in 2011 that "[h]otel searchers tend to care about some set of attributes (location, class/stars, certain amenities, etc) and the search process is about trading off those prioritized attributes against cost."  GOOG-DOJ-04353653 at -657 (Ex. 26).

66.     Google also recognized that it could offer users a better advertising format for hotel search.  Holden (Google) Decl. ¶ 17 (Ex. 6).  Accordingly, later in 2011, Google launched an early form of Hotel Ads, which enabled advertisers to display a hotel room with specific dates and pricing in response to a user search, allowing the user to make a purchase decision more quickly.  *Id*.

67.     In 2013, Hotel Finder was launched on mobile devices, after Google's analyses reflected that its "[w]hole page and ad click quality metrics show a significant improvement compared to [the] control."  GOOG-DOJ-24656522 at -525 (Ex. 28).

68.     In 2014, Google replaced Hotel Finder with Rich List.  GOOG-DOJ-30117105 at -106 (Ex. 29).  Rich List introduced the hotel search user interfaces that exist today (the hotels

unit, immersive, and detail pages), then referred to as the "3-pack," "full list," and "item view." GOOG-DOJ-30117105 at -107 (Ex. 29).  Contemporaneous documents reflect that Rich List "solves major SERP pain points," including "[d]uplication" on the SERP.  GOOG-DOJ-30117105 at -106 (Ex. 29).  At launch, Google viewed Rich List as "bring[ing] together [the] best of existing products," GOOG-DOJ-30117105 at -107 (Ex. 29), and observed that "[k]ey metrics look good."  GOOG-DOJ-30117105 at -108 (Ex. 29).

69.     In early 2015, Google analyses of the user feedback for this new Rich List hotels unit interface showed "[o]verall very positive feedback![,]" particularly with respect to the "[a]bility to see/interact with the map in tandem with the details of a selected hotel and switching to a different hotel very easily."  GOOG-DOJ-27641523 at -538 (Ex. 30).

70.     Prior to launching the hotels unit, Google conducted quality testing to evaluate whether the hotels unit would improve user experience. Holden (Google) Decl. ¶ 5 (Ex. 6).

71.     Google's analyses confirmed that the hotels unit benefitted users by improving the user experience on the SERP.  Holden (Google) Decl. ¶ 5 (Ex. 6).

72.     Google's hotels unit now enables Google users to search for hotels, including for a specific date range if desired, across thousands of destinations, and obtain pricing and availability information nearly instantaneously.  Holden (Google) Decl. ¶ 15 (Ex. 6).

73.     Google has launched many improvements over the years to its hotels unit and immersive based on the results of user testing.  Holden (Google) Decl. ¶ 15 (Ex. 6).

74.     For example, in 2017, Google introduced a project referred to as "Mayflower," a redesign of the hotels unit and immersive to provide a richer experience for users, "driven by extensive user research and requirements gathering."  GOOG-DOJ-04471923 at -924 (Ex. 31); Holden (Google) Tr. 80:8-21 (Ex. 5); Holden (Google) Decl. ¶ 19 (Ex. 6).  "Plymouth" was the

accompanying change that improved the technical infrastructure underlying the hotel search experience design, including the engineering capability to cluster data relating to a single hotel (i.e., to group price, availability, and booking information from multiple sources like SVPs and hoteliers to a single hotel).  GOOG-DOJ-04471923 at -925-26 (Ex. 31).

75.     Google surveyed its travel users in 2020 and found that ▮▮ of users on desktop and ▮▮ on mobile were "very/somewhat satisfied" with the "Mayflower Immersive."  GOOG-DOJ-20745877 at -892 (Ex. 32).

76.     A Google Travel Strategy 2020 document described the launches of Plymouth and Mayflower as putting Google "well down the path of building an excellent hotel search product."  GOOG-DOJ-25917044 at -045 (Ex. 25).

77.     Another recent improvement to Google's hotel results was the 2021 launch of Hotel Unpaid Booking Links (HUBL), which included unpaid booking links to SVPs and hotels on the hotel detail page (i.e., booking links for which Google receives no payment, sometimes also referred to as "free booking links").  Google launched this change "out of the recognition that the current booking module experience could be improved to provide more comprehensive hotel booking information to users."  GOOG-DOJ-20739516 at -519 (Ex. 33).  Prior to the HUBL launch, Google had offered only paid booking links in the form of Hotel Ads.  Holden (Google) Tr. 222:24-223:12 (Ex. 5); Holden (Google) Decl. ¶ 20 (Ex. 6).

78.     Google user-tested various designs for HUBL prior to launch to determine how best to display its new unpaid booking links and what information to include (e.g., price).  GOOG-DOJ-20739516 at -516-49 (Ex. 33).

79.     Google's user testing showed, among other things, that the HUBL change led to a ▮▮ increase in "very satisfied users" on desktop.  GOOG-DOJ-22645229 at -236 (Ex. 34).

Google's analyses also showed that the HUBL launch resulted in ██████████
████████████████████████████████████████████████████ GOOG-
DOJ-22645229 at -236 (Ex. 34).

80.     Google continues to evaluate whether users are finding value in travel search
results, Holden (Google) Tr. 32:23-33:16 (Ex. 5), including through user feedback, Holden
(Google) Tr. 57:5-8 (Ex. 5) ("We get feedback from consumers all the time across various
services about what the user flow is.  Some of it is qualitative; some of it is quantitative.").

81.     For example, Google has conducted multiple ablation studies to measure quality
improvements to its hotels unit and immersive, including analyzing the usefulness of displaying
diverse booking links, displaying price information, and including hotel suppliers alongside
SVPs.  *E.g.*, GOOG-DOJ-20745036 (Ex. 35); GOOG-DOJ-29801589 (Ex. 36).

82.     Google has also conducted surveys to measure its users' satisfaction with its hotel
and travel search results.  *E.g.*, GOOG-DOJ-20745877 (Ex. 32); GOOG-DOJ-04474464 at -492-
510 (Ex. 37).

83.     Google's analyses show that users are generally satisfied with its hotel search
results.  For example, a 2016 "Hotel Happiness Tracking Survey" shows that most users were
either very satisfied or somewhat satisfied with their hotel search experience on Google.
GOOG-DOJ-20742777 at -788, -796, -807 (Ex. 38).  Google also surveyed its travel users in
2020 and found that ████ of users on desktop and ████ of users on mobile were "very/somewhat
satisfied" with the Hotels Placesheet.[7]  GOOG-DOJ-20745877 at -881 (Ex. 32).

---

[7] The Hotels Placesheet is another term for the hotels detail page.

### 2.   How Google's Hotels Unit Works

84.     Google obtains hotel information, price and availability, photos, and reviews from a variety of sources, including a hotel's own business profile, data Google obtains from crawling and indexing the content of websites, user generated content (such as reviews and ratings), and third parties including SVPs and suppliers pursuant to agreements.  Holden (Google) Decl. ¶ 16 (Ex. 6); Google's 3rd Supp. Resp. to Colo. Pls.' Nov. 1, 2021 30(b)(6) Notice at 10-11 (Ex. 39).

85.     Much of the information displayed in the hotels unit is not available from web crawling alone, and thus would not appear elsewhere on the SERP.  Holden (Google) Decl. ¶ 16 (Ex. 6).

86.     The hotels unit as shown on the SERP does not include any advertisements.  Holden (Google) Tr. 89:22-90:4, 93:21-94:1 (Ex. 5).

87.     The hotels listed in the hotels unit as shown on the SERP link to "hotel detail pages," and do not link to the websites of hoteliers or SVPs.  Google's 2nd Supp. Resp. to Colo. Pls. 3rd Interrogs. at 4 (Ex. 8).

88.     The hotels unit is built on Google's Maps and Geo infrastructure, which classifies entities based on what they are.  Holden (Google) Tr. 97:12-102:05 (Ex. 5).

89.     SVPs do not appear in the hotels unit on the SERP because they are not hotels associated with a physical location.  Holden (Google) Tr. 97:12-107:14 (Ex. 5).  As discussed below, SVPs may appear in the hotels immersive and hotel detail pages reached via the hotels unit.

90.     In the hotels context, Google has "clustered" information about a given hotel—meaning that it is able to understand that a hotel associated with a physical location is the same hotel across all websites that provide Google with booking information at that hotel.  Holden (Google) Tr. 165:13-166:3 (Ex. 5).  This enables Google to "cluster" many booking links,

usually including both the hotel and SVPs, for any given hotel.  Holden (Google) Decl. ¶ 20 (Ex. 6).

91.     By contrast, Google's vacation rentals unit[8] serves results listing vacation rentals associated with specific vacation rental providers because, unlike hotels which are standalone public businesses that Google can independently verify, it is harder to accurately determine whether multiple vacation rental providers are offering the same lodging.  Holden (Google) Tr. 164:13-166:3 (Ex. 5).

92.     The user may access the hotels immersive by interacting with the hotels unit, including by clicking on the "view __ hotels" link.  *See* Para. 56 (image of hotels unit); Holden (Google) Decl. ¶ 11 (Ex. 6).

93.     As depicted below, Google's hotels immersive provides additional hotel listings, information, and search capabilities—including the ability to filter a hotel search by, inter alia, location, price, class, user ratings, and amenities.



---

[8] *See* Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. 21 (Ex. 9) for image of Google's vacation rentals unit.

*See* Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BA.1.b & BA.1.d (Ex. 9).[9]

94.     The listing of hotels in the hotels immersive may contain "property promotion" ads that can be purchased by hotels or SVPs that direct users to book with the hotelier or SVP that purchased the ad.  *See* Para. 93 (image of hotels immersive); *see also* Holden (Google) Tr. 128:9-24, 274:6-275:3 (Ex. 5).

95.     The user may click on a hotel listing from either the hotels unit or immersive to view the detail page for that hotel.  Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BA.1.c. & BA.1.d (Ex. 9).

96.     The detail page displays additional information, such as contact information for the hotel, information about the location, user reviews, photos and (where available) booking links (both paid and unpaid), including links to SVPs.  *See* Amaldoss (Colo. Pls.' Expert) Tr. 181:14-182:10 (Ex. 40); Amaldoss (Colo. Pls.' Expert) Dep. Ex. 6 (Ex. 41); Amaldoss (Colo. Pls.' Expert) Dep. Ex. 7 (Ex. 42).  In the screenshots below, paid booking links are labeled as "Ads" and unpaid booking links are listed under "All options."  Clicking on "view more options" will show a user all booking links Google has available.  *See* Amaldoss (Colo. Pls.' Expert) Tr. 189:6-190:2 (Ex. 40); Amaldoss (Colo. Pls.' Expert) Dep. Ex. 7 (Ex. 42).

---

[9]  *See* Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BA.1.g (Ex. 9) for image of hotels immersive on a mobile device.



97.     The diversity of booking links enables users to choose among an array of options to book a hotel room—usually including a booking link from the hotel itself as well as SVPs. Holden (Google) Decl. ¶ 20 (Ex. 6).

98.     If a Google user searches for a specific hotel name, the SERP may display a hotel knowledge panel that includes both paid and unpaid booking links, in which SVPs can appear. Amaldoss (Colo. Pls.' Expert) Opening Rep. ¶ 138 (Ex. 9).



*See also* Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BA.2.a (Ex. 9).

**B.    Flights**

99.    When a Google user enters a query that Google's algorithms detect as relating to air travel, Google may serve a SERP containing a "flights unit," depicted below, among other SERP elements (such as text advertisements and web results).  Holden (Google) Decl. ¶ 21 (Ex. 6).

100.    The design of the SERP may vary depending on the query, but the flights unit depicted below is typical for queries like "flights to" a location, from a desktop computer.[10] Holden (Google) Decl. ¶ 22 (Ex. 6).



*See* Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BB.1.a (Ex. 9).

101.    The web results that are served, as well as the text advertisements (if any) that appear, for this type of query along with the flights unit on the SERP may include SVPs.  Holden (Google) Decl. ¶ 23 (Ex. 6).

102.    Google's design of the flights unit provides its users with near-instantaneous structured information about flights, including:

    a.   a graph of flight prices for a specific destination-origin pair on a range of dates;

    b.   a list of flights, organized by carrier, associated with a specific destination-origin pair and date, with information including flight duration and starting price;

---

[10] *See* Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BB.1.d (Ex. 9) for image of flights unit on a mobile device.

    c.   the ability for the user to filter by certain criteria (including flight class, nonstop

        flights only, and flights that are low emission) on the SERP;

    d.   a link to Google's flights immersive, where users can find further information and

        further refine their flight search.

Holden (Google) Decl. ¶ 24 (Ex. 6).

### 1. Origin and Evolution

103.    Prior to the launch of its flights unit, Google would show web results, as well as

text ads (if any), in response to a query associated with air travel.  Holden (Google) Tr. 41:11-

42:8 (Ex. 5).

104.    In 2006, Google launched a flights "onebox" that offered only basic flight

schedule information without any price and availability information, links to book, or other

interactive search features.  Holden (Google) Decl. ¶ 27 (Ex. 6).

105.    Even with this offering, Google determined that it was losing queries because it

did not offer pricing and availability information for flights. Holden (Google) Decl. ¶ 27 (Ex. 6);

*see also* GOOG-DOJ-04353653 at -655 (Ex. 26) (noting, in 2011, that its results "provided little

useful information for queries like [flights to Minneapolis]").

106.    As with hotel search, Google confronted engineering challenges relating to the

magnitude of flight data and the need to return search results nearly instantaneously.  Members

of the Google Travel team observed that "a simple BOS/SFO round-trip may have 25M+ valid

solutions out of a search space 10B+. This processing is currently done while the user waits and

very little parallelism is applied to the task." GOOG-DOJ-04353653 at -654 (Ex. 26).

107.    Google also recognized that speed was an engineering challenge in delivering

flights results, so, like for hotel stays, Google precomputed itineraries, which, while "technically

challenging," helped "pave the way for real innovation around the user experience."  GOOG-DOJ-04353653 at -654 (Ex. 26).

108.    In 2011, after completing its acquisition of travel software company ITA, Google launched its flights unit, which at that time provided users with the ability to search for flight schedule information for direct flights between two points.  GOOG-DOJ-04353653 at -655-56, -659 (Ex. 26).

109.    Prior to launching its flights unit, Google conducted quality testing to evaluate whether the flights unit would improve user experience.  Holden (Google) Decl. ¶¶ 4-5 (Ex. 6).

110.    Google's analyses confirmed that its flights unit improved the flight search user experience on the SERP.  Holden (Google) Decl. ¶ 5 (Ex. 6).

111.    For example, an August 2011 Google experiment, in which Search Quality Raters compared Google's new post-ITA acquisition "flights mode" results to web results concluded that the flight results were "more useful for the query" 53.4% of the time, compared to 17.3% for the web results.  GOOG-DOJ-01239619 at -620 (Ex. 43).  And prior to launching the "Flights Universal in US" unit, Google conducted an experiment in which 62.9% of the Search Quality Raters found the unit "very useful," and an additional 24.8% found it "somewhat useful."  GOOG-DOJ-23875896 at -898 (Ex. 44).

112.    Google's flights unit and immersive now enables users to search for flights for a specific date range across hundreds of airlines and thousands of destinations and receive results nearly instantaneously.  Holden (Google) Decl. ¶ 26 (Ex. 6).

113.    Google has launched many improvements over the years to its flight search results based on user testing.  Holden (Google) Decl. ¶ 30 (Ex. 6).

114.     For example, beginning in 2018, Google experimented with altering the placement of the flights unit so that it was not statically positioned on the SERP, in order to improve user experience and after determining that it improved the user experience based on user research, implemented that improvement.  GOOG-DOJ-03098047 at -053-65 (Ex. 45).

115.     In 2019, Google determined through pre-launch experiments that a "Price Graph" (i.e., the graphic representation of flight prices over time that helps users identify low-cost dates to fly) would enhance the user experience.   GOOG-DOJ-03667739 at -744-49 (Ex. 46) ("[w]e think users are getting answers faster on the SRP"); GOOG-DOJ-03667739 at -762-64 (Ex. 46). Thereafter, Google added the Price Graph to the flights unit.  Holden (Google) Decl. ¶ 30 (Ex. 6).

116.     Google studies whether users are satisfied by its flights results.  Holden (Google) Decl. ¶ 7 (Ex. 6).  Through its user testing, Google determined that 84% of users surveyed on desktop and 82% on mobile were "very/somewhat satisfied" with Google's flight search. GOOG-DOJ-04474464 at -496 (Ex. 37).

117.     Vice President of Product Management for Travel Richard Holden testified that the value of offering the flights unit was being able to offer relevant results to Google users to satisfy the user need with a well-designed, differentiated product.  Holden (Google) Tr. 151:21-152:9 (Ex. 5).

### 2.     How Google's Flights Unit Works

118.     Google contracts with airline carriers and SVPs to obtain flight price and availability information.  Google's 3rd Supp. Resp. to Colo. Pls.' Nov. 1, 2021 30(b)(6) Notice at 11 (Ex. 39).

119.     Much of the information displayed in the flights unit is not available from web crawling alone, and thus would not appear elsewhere on the SERP.  Holden (Google) Decl. ¶ 26 (Ex. 6).

120.     The flights unit that appears on the SERP does not include any advertisements. *See* Para. 100 (image of flights unit); Holden (Google) Decl. ¶ 25 (Ex. 6).

121.     The flights unit that appears on the SERP does not include any links to airline or SVP websites.  *See* Para. 100 (image of flights unit); Holden (Google) Decl. ¶ 25 (Ex. 6).

122.     SVPs do not appear in the flights unit on the SERP because they are not flights associated with a specific itinerary.  Holden (Google) Tr. 156:7-20 (Ex. 5).

123.     From the flights unit, a Google user may click on a particular flight or "show flights" to view the Flights immersive, which is depicted below.  *See* Para. 100 (image of flights unit); Holden (Google) Decl. ¶ 24 (Ex. 6).



*See* Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BB.1.b (Ex. 9).[11]

124.    Google has designed its flights immersive to identify the "Best departing flights" for users, which Google's algorithms rank based on price and convenience.  Holden (Google) Decl. ¶ 28 (Ex. 6).

125.    The flights immersive provides additional filters through which a Google user can refine their search, including airline, bags, price, times, emissions, connecting airports, and duration.  *See* Para. 123 (image of flights immersive); Holden (Google) Decl. ¶ 24 (Ex. 6).

126.    The flights immersive gives users additional search options beyond what is available on the flights unit, including a search calendar that helps users find the lowest-cost dates to fly a particular route.  Holden (Google) Decl. ¶ 28 (Ex. 6).

127.    After the user refines their flight search and selects specific flights, the flights immersive is designed to display a detail page where the complete flight itinerary is displayed. Holden (Google) Decl. ¶ 29 (Ex. 6).

---

[11] *See* Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BB.2.d (Ex. 9) for image of flights immersive on a mobile device.



*See* Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BB.2.b (Ex. 9).[12]

128.    Google has designed its detail page to display unpaid booking links to airlines, as well as to SVPs when permitted by the airline.  Holden (Google) Decl. ¶ 29 (Ex. 6).

129.    ████████████████████████████████████████████████████

██████████████████████████████████████████████

**C.      Local**

130.    When a Google user enters queries that Google's algorithms detect as relating to local entities, Google typically serves a SERP containing a "local unit," (also referred to as the

---

[12] *See* Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BB.2.e (Ex. 9) for image of flights detail page on a mobile device.

"local universal unit") among other SERP elements (such as text advertisements and web results).  Reid (Google) Decl. ¶ 14 (Ex. 4).

131.    The exact appearance of the local unit on the SERP may vary depending on the query, but the local unit depicted below is typical for queries like "delivery tacos near me" that Google detects as relating to local places, from a desktop computer.[13]  Reid (Google) Decl. ¶ 15 (Ex. 4).



Amaldoss (Colo. Pls.' Expert) Opening Rep. ¶ 87 & Fig. BE.1.a (Ex. 9).

132.    The web results, as well as text advertisements (if any), that Google serves for these types of queries along with the local unit on the SERP may include SVPs.  Reid (Google) Decl. ¶ 16 (Ex. 4).

133.    Google's design of the local unit provides its users with structured information about local entities, including:

    a.    a map of local entities in the specific location

    b.    a list of up to three local entities as determined by Google's algorithms;

---

[13] *See* Amaldoss (Colo. Pls.' Expert) Opening Report Fig. BE.1.d for image of local unit on a mobile device.

c.      an image, star rating, address, and description about the local entity;

d.      a link to Google's local immersive where users can find further
        information and further refine their local search.

Reid (Google) Decl. ¶ 17 (Ex. 4); *see* Para. 131 (image of local unit).

134.    The unit may also provide advertisements for such entities.  Reid (Google) Decl. ¶
18 (Ex. 4).

### 1.      Origin and Evolution

135.    Google first launched its local unit in 2004.  Reid (Google) Decl. ¶ 24 (Ex. 4).

136.    Prior to the launch of the local unit, Google would generally surface only text ads
and web results in response to a query associated with a local entity; meaning that if a Google
user was interested in looking for a restaurant in New York City, the user would generally only
see ads or links to individual restaurants, restaurant-focused SVPs, or to other websites with
information about restaurants in New York City.  To compare restaurants, users would need to
click through some or many of these individual links.  Reid (Google) Decl. ¶ 22 (Ex. 4).

137.    In creating its local unit, Google wanted to offer users a more expansive,
comprehensive, and diverse set of local entities than just providing them with a limited list of
local entities from sources such as yellow pages and local business listings.  Reid (Google) Decl.
¶ 23 (Ex. 4).

138.    One of Google's goals in creating its local unit "is to have one local business
listing for each and every local business that exists in the world."  Fitzpatrick (Google) Tr. 77:3-
78:1 (Ex. 14).

139.    The challenge in providing users with a comprehensive and up-to-date set of
results for local places was collecting data on local entities because, if Google lacked

information that a local place existed, it could not surface it in its search results.  Reid (Google) Decl. ¶ 25 (Ex. 4).

140.    Google thus began a years' long, and still ongoing, engineering effort to collect information from every local place; and not just geographic location and address, but information on hours, photos, reviews, ratings, and descriptions.  Reid (Google) Decl. ¶ 25 (Ex. 4).

141.    Google designed and engineered the local unit to include functionality allowing the user to enter only a keyword and a location like "pizza palo alto" to view results including local pizza restaurants with accompanying information such as a phone number, address, and related websites.  Reid (Google) Decl. ¶ 24 (Ex. 4).

142.    Google has learned from its user research that Google's users are interested in seeing specific local businesses in the local unit.  Reid (Google) Tr. 97:2-98:5 (Ex. 13).

143.    Google has launched many improvements over the years to its local unit.  Reid (Google) Decl. ¶ 26 (Ex. 4).

144.    As with all changes to Google's search results, Google tests proposed changes to the local unit prior to introducing them.  Reid (Google) Decl. ¶ 26 (Ex. 4).

145.    Subsequent to the launch of the local unit, Google offered users access to additional relevant information such as integrated local search results, detailed driving directions, and other features.  Reid (Google) Decl. ¶ 27 (Ex. 4).

146.    In 2007, Google introduced the local universal unit (sometimes referred to as the local "3-pack" or "onebox"). In its current form, it may provide users with results from up to three local businesses, along with ratings, access to reviews, and a map.  Reid (Google) Decl. ¶ 28 (Ex. 4).

147.    Prior to launching its local unit, Google conducted quality testing to evaluate whether the local unit would improve user experience.  Reid (Google) Decl. ¶¶ 11-12 (Ex. 4).

148.    Google determined based on feedback from trained Search Quality Raters that users found the local unit beneficial and that it improved overall user experience.  Reid (Google) Decl. ¶ 12 (Ex. 4).

149.    Google's 2007 launch report evaluating the introduction of the new user interface summarizes an experiment showing that nearly 80% of users ranked the local unit "quite useful" or "totally awesome."  GOOG-DOJ-00515037 at -038 (Ex. 23).

150.    Google recognized that it faced challenges in the accuracy and coverage of its local search results.  Fitzpatrick (Google) Tr. 153:20-155:8 (Ex. 14).  In 2009, Google launched a multi-year effort to acquire data directly from users and merchants in order to provide higher quality data, fresher updates, and better coverage of local businesses.  *Id.* ("And so the primary motivation was to get Google to a point where the quality coverage, freshness, et cetera, of our local business listing data was better than what we were able to attain with the third-party feed approach."); Reid (Google) Decl. ¶ 25 (Ex. 4).

151.    As an example of Google initiating changes in response to user research, in 2017, Google's user feedback and query analyses demonstrated that users had different information needs for different types of local places; for example, rather than the same basic information (e.g., phone number, hours) from each local business, users would prefer to see menu options from a restaurant or manicure options from a nail salon.  Fitzpatrick (Google) Tr. 164:19-167:10 (Ex. 14).

152.    Thereafter, Google broadened its efforts to incorporate more bespoke information into its local unit depending on the type of local entity.  Fitzpatrick (Google) Tr. 164:19-166:4

Ex. 14) (Google collected and surfaced "more relevant and pertinent information that would apply to more specific types of local businesses.").

153.    Google's local unit now enables users to search for millions of local entities and services, even if these entities do not have a website, across thousands of locations, and receive results nearly instantaneously in the local unit.  Reid (Google) Decl. ¶ 29 (Ex. 4).

154.    Google continuously studies whether users are satisfied by its local unit, meaning (among other things) that their information needs are met.  Reid (Google) Decl. ¶ 13 (Ex. 4).

155.    Google has conducted ablation studies to determine the impact of ablating the local unit.  *See* GOOG-DOJ-29263566 at -566, -570 (Ex. 47) (2017 Google ablation study finding that ablating the local unit on "where-to-buy" queries was "bad for users" in live in-product experimentation); Reid (Google) Decl. ¶ 13 (Ex. 4).

156.    The metrics that Google uses in the ordinary course of business confirm that users generally find satisfaction with the local unit.  Reid (Google) Decl. ¶ 13 (Ex. 4).

## 2.    How Google's Local Unit Works

157.    The photos, address, user reviews, website, and other information about the place or business in Google's local unit comes from licensed data feeds, crawling, user generated content, and information based on Google's interactions with a local place or business.  Google's 3rd Supp. Resp. to Colo. Pls.' Nov. 1, 2021 30(b)(6) Notice at 5-6 (Ex. 39).

158.    Much of the information displayed in the local unit is not available from web crawling alone, and thus would not appear elsewhere on Google's SERP.  Reid (Google) Decl. ¶ 21 (Ex. 4).

159.    SVPs do not appear in the local unit on the SERP because they are not local places associated with "a local area of relevance."  Reid (Google) Tr. 90:16-91:2; 92:3-5; 93:9-

94:8 (Ex. 13) (explaining that to appear in the local unit any entity would need "a local area of relevance" such as a "physical address" or "area it serves").

160.    For a query relating to food delivery, for example, Google shows specific restaurants offering delivery in its local unit.  Reid (Google) Tr. 144:18-146:8 (Ex. 13); Reid (Google) Decl. ¶ 20 (Ex. 4).

161.    As reflected in the images below, for a query relating to food delivery, the user may navigate within the local immersive to view additional information, such as restaurant details, busyness, and weblinks to order delivery online through various food-delivery providers, including SVPs.  Reid (Google) Decl. ¶ 20 (Ex. 4).[14]



Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BE.2.b (Ex. 9).

---

[14] *See* Amaldoss (Colo. Pls.' Expert) Opening Report Figs. BD.1.e & BD.1.f for images of the local immersive and a detail page on a mobile device.



Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BE.2.e (Ex. 9).

162.    If a user searches directly for a specific local entity (*e.g.*, "Rasika West End"), the SERP may display a knowledge panel with local information for that place instead of the unit.



Screenshot of a SERP for the query "Rasika West End" (accessed on November 30, 2022).

**D.    Local Services Ads**

163.    When a Google user enters certain queries relating to local services, such as "electricians near me," Google may surface a Local Services Ads carousel, as depicted below for

desktop queries, at the top of the SERP among other SERP elements (such as text advertisements and web results).  Amaldoss (Colo. Pls.' Expert) Opening Rep. ¶ 118 & Fig. BD.1.a. (Ex. 9).[15]



164.    The categories of local services providers who can advertise in the Local Services Ads carousel include electricians, plumbers, locksmiths, and HVAC service providers, among others.  Spalding (Google) Tr. 105:19-106:24 (Ex. 18).

165.    The web results, as well as text advertisements (if any), that Google serves for these types of queries along with Local Services Ads on the SERP may include SVPs.  Amaldoss (Colo. Pls.' Expert) Tr. 157:13-157:17 (Ex. 40); Amaldoss (Colo. Pls.' Expert) Dep. Ex. 3 (Ex. 48).

166.    Google's design of the Local Services Ads unit may provide users, among other things:

a.      Ads for up to three local services providers;

b.      name of provider, hours of operation, service location, and a star rating from user reviews;

---

[15] *See* Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BD.1.d. (Ex. 9) for image of Local Services Ads unit on a mobile device.

c.      for those providers appearing in the Local Services Ads unit as a result of an

SVP's participation in Google's Local Services Ads Partner Program, the name of

the SVP;

d.      an indication whether the provider is "Google guaranteed", meaning the provider

has passed Google's verification process (including, for example, verification that

the provider maintains proper licenses) and that Google may reimburse customers

who are dissatisfied with the quality of the work from that provider; and

e.      a link to Google's local services immersive where users can find further

information and further refine their search for local service providers in the user's

geographic area.

*See* Para. 163 (image of Local Services Ads unit); Para. 183 (image of Local Services Ad);

Amaldoss (Colo. Pls.' Expert) Opening Rep. ¶¶ 118-21 & Fig. 13 (Ex. 9); *Understand the*

*Google Guarantee*,

https://support.google.com/localservices/answer/7125526?hl=en&ref_topic=6250184 (last

accessed Nov. 27, 2022) (Ex. 49).

### 1.      Origin and Evolution

167.    In 2014, Google sought to improve its offerings for both users and for local

service providers by exploring the development of an offering called Services Express, which

was originally conceived of as a "one-stop solution" for searching and booking local services.

GOOG-DOJ-06095362 at -365 (Ex. 50); Spalding (Google) Tr. 99:6-104:16 (Ex. 18). Google

sought to develop an offering in the local services space to help users find quality, trusted service

providers and because the industry presented a large financial opportunity.  GOOG-DOJ-

06095362 at -366 (Ex. 50); Spalding (Google) Tr. 99:6-104:16 (Ex. 18).

168.     At that time, Google observed that "[t]here's a real pain point - finding a trustworthy service provider is an arduous process.  A disproportionate amount of work that each user has to repeat each time. . .  Looking for a plumber is a 9-step process."  GOOG-DOJ-06095362 at -366 (Ex. 50).  Google conducted a user survey, which found that users were seeking an "easy/fast [way] to find trusted provider who's not overly expensive."  GOOG-DOJ-06095362 at -378 (Ex. 50).

169.     One challenge with local services is that many service professionals are small local businesses without a quality online presence and without the know-how to effectively market their services online, making it difficult for users to locate and assess local service providers via weblinks or text ads.  Spalding (Google) Tr. 99:23-101:14 (Ex. 18).

170.     Another challenge in the local services industry is fraud in advertising for local services.  GOOG-DOJ-04166187 at -187 (Ex. 51) ("Bad actors are motivated, savvy and know how to make their operation appear legitimate.  Without a more involved business verification process and trust signals like reviews, consumers remain vulnerable.").

171.     In the summer of 2015, Google launched a local services pilot experiment in the Bay Area.  GOOG-DOJ-23326660 at -661 (Ex. 52).

172.     The goal of the pilot experiment was to "(a) improve user experience on Google.com for home service queries and (b) generate value for home service providers by sending them customer leads."  GOOG-DOJ-23326660 at -661 (Ex. 52).

173.     Prior to launching the Local Services Ads product, Google conducted quality testing to evaluate whether the unit would improve user experience.  GOOG-DOJ-23326660 at -662 (Ex. 52) (explaining pilot experiment analysis and noting "we received positive qualitative feedback about the product features").

174. ███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████ GOOG-DOJ-04166187 at -187 (Ex.
51); GOOG-DOJ-26930689 at -692-693 (Ex. 53).  Google also introduced, in 2016, its "Google
Guarantee" for consumers, described at the time as a "money-back guarantee, represented by the
Google-guarantee badge."  GOOG-DOJ-26930689 at -690 (Ex. 53).

175.    As of August 2016, Google deemed the launch of its Local Services Ads product
"sufficiently successful" that it planned to expand the product to other regions.  GOOG-DOJ-
26930689 at -690 (Ex. 53).

176.    In October 2017, Google announced the national launch of its Local Services Ads
product, having seen "successful user engagement," "[g]reat user experiences," and "[e]ngaging
SERP units" during the product rollout.  GOOG-DOJ-14418354 at -355-57 (Ex. 54) (reflecting
that "key metrics" included "[d]elight our users with a useful experience when they search for
home services").  Over time, Google has also added new service categories to its Local Services
Ads offerings.  GOOG-DOJ-06902634 at -637 (Ex. 116).

177.    Google continues to evaluate whether users are satisfied with Local Services Ads,
and its analyses show that users are generally satisfied with Local Services Ads.  For example, in
2017 Google conducted a user survey that showed that user satisfaction for different aspects of
Local Service Ads ranged from ████████████ GOOG-DOJ-14418354 at -359 (Ex. 54).  In
2019, Local Services Ads had a ████ customer satisfaction rate.  GOOG-DOJ-06902634 at -666
(Ex. 116).

2.      **How Local Services Ads Work**

178.     The providers who appear in the Local Services Ads on the SERP are currently chosen based on an auction that accounts for the advertiser bid and quality.  Spalding (Google) Tr. 129:24-130:9 (Ex. 18).

179.     Google conducts quality verification checks by, for example, ensuring a business possesses the proper licenses before marking a provider as "Google Guaranteed," which provides a money-back guarantee and a "[s]trong signal of trust for both consumers and providers." Spalding (Google) Tr. 105:6-18, 108:14-109:12 (Ex. 18); GOOG-DOJ-06902634 at -664-65 (Ex. 116).

180.     Only service providers may be featured in Local Services Ads on the SERP, as well as in Google's local services immersive and provider detail pages, because the unit is intended to connect consumers and providers of the particular service.  Spalding (Google) Tr. 122:3-21 (Ex. 18); Google's 2nd Supp. Resp. to Colo. Pls. 3rd Interrogs. at 6-7 (Ex. 8).

181.     Through Google's Local Services Ad Partnership Program, SVPs may purchase Local Services Ads to advertise the services of particular service providers that are customers of the SVP.  Spalding (Google) Tr. 110:10-112:25 (Ex. 18); *Grow your business with the Local Services Ads partner program*, https://ads.google.com/local-services-ads/partners/ (last accessed Dec. 9, 2022).

182.     Google obtains data regarding a local service provider's services, location, phone number and other information from the local service provider via the provider's ad campaign or an SVP's API.  Google's 3rd Supp. Resp. to Colo. Pls.' Nov. 1, 2021 30(b)(6) Notice at 7 (Ex.39).

183.     SVPs who purchase Local Services Ads for their providers may appear by name in the ad on the SERP as reflected below (where "Your business name" appears), in the

immersive, and on the provider detail page.  Amaldoss (Colo. Pls.' Expert) Opening Rep. ¶ 121 (Ex. 9).



*See Grow your business with the Local Services Ads partner program*,

https://ads.google.com/local-services-ads/partners/  (last accessed Dec. 9, 2022).

184.    From both the Local Services Ads immersive and the provider's detail page, Google provides users with information enabling them to contact the provider directly or book a service with the provider.  Spalding (Google) Tr. 118:16-119:12 (Ex. 18).

185.    Google receives a payment from the provider for lead generation—i.e., when the user, in fact, contacts or books a provider through Google Local Services.  Spalding (Google) Tr. 120:16-24 (Ex. 18).

### E.    Movies

186.    When Google's algorithms detect, based on the user's query, that the user is looking for information about movies, such as "popular movies," or "movie showtimes," Google may surface a movies unit among other SERP elements (such as text advertisements and web results).  Moxley (Google) Decl. ¶¶ 11-13 (Ex. 16).



Screenshot of a Google SERP for the query "movies" (accessed Nov. 11, 2022).

187.  Google's design of the movies unit and immersive provides users with structured information, if applicable, including:

    a.  a carousel of movies currently in theaters,

    b.  reviews and ratings,

    c.  theaters at which movies may be screened,

    d.  third-party links from which the user can book a ticket for a particular showtime at a particular theater, and

    e.  streaming services on which the user can view the movie.

Moxley (Google) Decl. ¶ 12 (Ex. 16).

### 1.    Origin and Evolution

188.  Prior to the launch of Google's movies unit, Google would surface web results and text ads (if any) in response to a movie-related query, and users would need to click through

to various individual theaters or other websites or service providers to get information about movies and showtimes.  Moxley (Google) Decl. ¶ 14 (Ex. 16).

189.    Prior to launching its movies unit, Google conducted testing to evaluate whether its movies unit would improve user experience.  Moxley (Google) Decl. ¶ 9 (Ex. 16).

190.    Google's analyses confirmed that the addition of its movies unit to the SERP improved the overall user experience for users with certain movie-related queries.  Moxley (Google) Decl. ¶ 9 (Ex. 16).

191.    Google has launched many improvements to its movies search results over the years, including adding streaming options when available.  Moxley (Google) Decl. ¶ 19 (Ex. 16).

192.    Google continues to evaluate whether users are satisfied by its movies unit. Moxley (Google) Decl. ¶ 10 (Ex. 16).

### 2.    How Google's Movies Unit Works

193.    The movies unit that Google surfaces on a SERP depends on the user's query. Moxley (Google) Decl. ¶ 16 (Ex. 16).

194.    If Google's algorithm perceives the user's intent is to find movies currently in theaters, Google's SERP may display a carousel of those movies.  SVPs do not appear in this movies unit on the SERP because they are not movies.   Moxley (Google) Decl. ¶ 16 (Ex. 16).

195.    If a user clicks on a movie currently in theaters, Google shows the user additional information about the film, including reviews, showtimes at theaters, and links to purchase tickets (including on SVPs such as Fandango).  Moxley (Google) Decl. ¶ 16 (Ex. 16).



Screenshot of Google movie detail page for movie "Smile" after clicking on showtime (accessed November 11, 2022).

196.    If Google's algorithm perceives the user's intent is to find a movie not currently in theaters, Google's SERP may display information about the film, weblinks to websites where the user can learn more about the film, and options for streaming the film.  Moxley (Google) Decl. ¶ 17 (Ex. 16).



Screenshot of a Google SERP page for a query of "Shawshank Redemption" (accessed November 11, 2022).

197.    For queries with movie-related intent, SVPs may appear in text ads, web results, and within the movies immersive and movie detail pages.  Moxley (Google) Decl. ¶ 18 (Ex. 16).

**F.    Events**

198.    When Google's algorithms detect, based on the user's query, that the user is looking for information about events, such as "events in seattle" Google typically displays a SERP containing an "events unit" among other SERP elements (such as text advertisements and web results), as depicted below from a desktop computer.[16]  Moxley (Google) Tr. 75:3-8 (Ex. 15); Moxley (Google) Decl. ¶¶ 20-22 (Ex. 16).

---

[16] *See* Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BF.1.d (Ex. 9) for image of events unit on a mobile device.



*See* Amaldoss (Colo. Pls.' Expert) Opening Rep. ¶ 150 & Appx. B Fig. BF.1.a (Ex. 9).

199.    Google's design of the events unit provides users with structured information including:

> a.   a list of relevant upcoming events activities from sites across the web;
>
> b.   images, dates, times, and locations for the events; and
>
> c.   a link to an events immersive where users can find further information and further refine their events search.

Moxley (Google) Decl. ¶ 21 (Ex. 16).

200.    For such queries with events-related intent, SVPs may appear in text ads, web results, and within the events immersive and events detail pages.  Moxley (Google) Decl. ¶ 26 (Ex. 16).

### 1.    Origin and Evolution

201.    Prior to the launch of Google's events unit, Google would generally surface only text ads and web results in response to an events-related query, and users would need to click through to other sites, including various SVPs, to find an event and ticket purchasing options. Moxley (Google) Decl. ¶ 23 (Ex. 16).

202.    In 2017, Google launched its events unit to provide users with a clear summary of upcoming events to make it easier for users to find events.  Moxley (Google) Decl. ¶ 24 (Ex. 16).

203.    Prior to launching its events unit, Google conducted testing to evaluate whether the unit would improve user experience.  Moxley (Google) Decl. ¶ 9 (Ex. 16).

204.    Google's analyses confirmed that its events unit improved the overall user experience on the SERP.  Moxley (Google) Decl. ¶ 9 (Ex. 16).

205.    For example, feedback from human evaluation raters and users indicated the usefulness of the events unit.  Moxley (Google) Tr. 75:13-19 (Ex. 15).

206.    Google continues to evaluate whether users are satisfied with its events unit. Moxley (Google) Decl. ¶ 10 (Ex. 16).

### 2.    How Google's Events Unit Works

207.    For queries with events-related intent, along with the events unit, search text ads, web results, Google's local unit, and other elements may also appear on an events-related SERP. Moxley (Google) Decl. ¶ 25 (Ex. 16).

208.    SVPs do not appear in the events unit on the SERP because they are not events. Moxley (Google) Decl. ¶ 26 (Ex. 16).

209.    For such queries with events-related intent, SVPs may appear in text ads, web results, and within the events immersive and events detail pages.  Moxley (Google) Decl. ¶ 26 (Ex. 16).

210.     If the user clicks on a particular event or on the "Search more events" link, Para. 198 (image of events unit), the user is taken to the events immersive page, which allows users to further search and filter for events, and see additional information about events such as the date and time of the event, the location of the event, a brief description of the event.  Moxley (Google) Decl. ¶ 27 (Ex. 16).

211.     In the events immersive page, the user is also presented with a detail page for each event that includes unpaid weblinks to third-party websites, which often include SVPs such as Ticketmaster or Live Nation, where the user could further explore the event and/or purchase tickets.  Moxley (Google) Decl. ¶ 28 (Ex. 16).[17]



---

[17] *See* Amaldoss (Colo. Pls.' Expert) Opening Rep. Fig. BF.1.e (Ex. 9) for image of events immersive on a mobile device.

### III.    Challenged Data Agreements

212.    For certain information categories, Google receives data from third parties for use in these results and related advertising offerings.  Holden (Google) Decl. ¶ 32 (Ex. 6).

213.    Google enters into agreements with third parties to receive data in order to create relevant, useful results that respond to user queries quickly and comprehensively.  Holden (Google) Decl. ¶ 33 (Ex. 6).

214.    Structured data, as opposed to data obtained from crawling the open web, enables Google to, for example, provide users with accurate hotel room pricing, availability, and booking information nearly instantaneously from a variety of sources.  Holden (Google) Decl. ¶ 33 (Ex. 6).

215.    The type of data Google contracts for differs depending on the information category.  Holden (Google) Decl. ¶ 35 (Ex. 6).

216.    For example, in Google's specialized hotel results, Google contracts for information including price information, availability, and lodging features.  Google also uses hotels-related data to display unpaid and paid links to book hotels on hotel suppliers and SVPs' websites.  Holden (Google) Decl. ¶¶ 32-33 (Ex. 6); Google's 3rd Supp. Resp. to Colo. Pls.' Nov. 1, 2021 30(b)(6) Notice at 10-11 (Ex. 39).

217.    Google also uses data from food-delivery SVPs to display links so that consumers can order food delivery using the SVP's service.  Google's 3rd Supp. Resp. to Colo. Pls' Nov. 1, 2021 30(b)(6) Notice at 7 (Ex. 39).

218.    Google also uses flights-related data to display unpaid links to book flights on airline websites and on SVPs' websites, to the extent permitted by airlines.  Google's 3rd Supp. Resp. to Colo. Pls' Nov. 1, 2021 30(b)(6) Notice at 11 (Ex. 39).

219.    Google also uses data from SVPs who participate in the Local Services Ads partnership program to display advertisements for the local service provider being marketed by the SVP.  Google's 3rd Supp. Resp. to Colo. Pls' Nov. 1, 2021 30(b)(6) Notice at 7 (Ex. 39).

220.    Content license agreements do not pertain to a third party's ability to appear in Google's web results or text ads.  A third party such as a travel SVP, airline, or hotel can appear in Google's web results or text ads without providing any structured data to Google (such as pricing or availability).  Holden (Google) Decl. ¶ 36 (Ex. 6).

221.    For certain specialized ad formats, for example Hotel Ads, if third parties (including both SVPs and hotels) wish to appear in an ad, they must provide data necessary to surface the ad.  Holden (Google) Decl. ¶ 34 (Ex. 6).

222.    Google has entered into content license agreements with a number of SVPs. Google's Resp. to Colo. Pls. 3rd Interrogs. at 13-14, 24-36 (Ex. 7).

223.    Some SVPs have chosen not to license or provide certain data to Google. ■

224.    Google abides by any provision in its content license agreements governing the usage or retention of data provided pursuant to the license.  Google's 1st Supp. Resp. to Colo. Pls. 3rd Interrogs. at 5 (Ex. 57).

IV.     **General Search Engine Specialized Search Results and Partnerships**

   A.     **Other General Search Engines Offer Specialized Search Results**

225.     ███████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

███████████████

226.     ███████████████████████████████████████

███████████████████████████████████████████████

██

227.     ██████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████████

███████

228.     █████████████████████████████████████

████████████████████████████████

229.     █████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████

230.     █████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████

██

231. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████

232. ████████████████████████████████████████

████████████████████████████████████████████

████████████

**B.    GSE-SVP Partnerships**

233. ████████████████████████████████████████████

█████████████████████████████████████████

234. ███████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████

235. ████████████████████████████████████████

████████████████████████████████████████████

██████████████

236. ██████████████████████████████████████

████████████████████████████████████████

████████████████████████████

237. ████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████████████████

██████

238.   ████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████

239.    For certain information categories, like hotels, Bing does not link to any hotel or

SVP website from the specialized unit on its initial search results page.



Screenshot of the Bing hotels unit on a Bing SERP for the query "hotels in NYC" (accessed

November 14, 2022).

240.   ████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

241. ███████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

██████████████████████

242. ████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████

## V.   Advertisers' Options for Buying Online Advertising

243.   Advertisers have choices when it comes to buying online ads.  For example, advertisers can buy online advertising:

a.   Directly from online content publishers, for example, The New York Times.

New York Times Advertising, *Display Units*, available at

https://advertising.nytimes.com/products/display-units/ (last accessed Dec. 9,

2022).

b.   Directly from online platforms like Google, Amazon, Facebook, and Microsoft.

Dischler (Google) Tr. 419:8-421:24 (Ex. 63); see also Amazon, Amazon Ads,

available at https://advertising.amazon.com/explore-

products?ref_=a20m_us_gw_exp_ap_c (last accessed Dec. 9, 2022); Meta,

Facebook Ads, available at https://www.facebook.com/business/ads (last

accessed Dec. 5, 2022) (Ex. 64); Heath (Microsoft) Tr. 17:8-21 (Ex. 65); Utter

(Microsoft) Tr. 74:9-76:7 (Ex. 66).  Advertisers may purchase advertisements

from these "native tools" or "user interface" ("UI") tools without using a search

engine management tool ("SEM tool").  Dischler (Google) Tr. 419:8-421:24

(Ex. 63); Heath (Microsoft) Tr. 17:8-21 (Ex. 65).

c.  Using SEM tools.  SEM tools allow advertisers to manage ad campaigns across multiple channels (e.g., more than one search engine or social media platform). Lowcock (Interpublic) Tr. 168:10-169:10 (Ex. 67); Booth (Home Depot) Tr. 107:11-108:9 (Ex. 68); Utter (Microsoft) Tr. 21:4-17 (Ex. 66).  Search Ads 360 ("SA360"), Marin, Skai (formerly known as "Kenshoo"), and Adobe are examples of SEM tools.  Heath (Microsoft) Tr. 29:3-10 (Ex. 65); *see also* Lien (Marin) Tr. 33:6-34:2 (Ex. 69).

244.  Advertisers may buy advertising through a mix of these options.  Lowcock (Interpublic) Tr. 170:19-171:5 (Ex. 67); Booth (Home Depot) Tr. 110:8-111:16 (Ex. 68).  This practice is known in the industry as "multi-homing."

245.  Microsoft Advertising (or "Microsoft Ads" or "Bing Ads") is "a pay-per-click advertising platform used to display ads based on the keywords used in a user's search query." MSFT-LIT-0000000320 at -020 (Ex. 70).  Advertisers can use Microsoft Ads to place ads on the search results page of Bing, AOL and Yahoo owned and operated sites, as well as Bing, AOL and Yahoo syndicated search partner sites.  *Id.* at -021.

246.  Microsoft Ads allows advertisers to buy and manage online search ads on the Bing search engine.  Utter (Microsoft) Tr. 74:9-76:7 (Ex. 66); *see also* Microsoft, *About Microsoft Advertising*, available at https://ads.microsoft.com/?fdmkt=en-us&fdiso=us&fdtz=-5 (last accessed Dec. 9, 2022).

247.  Advertisers can access Microsoft Ads features directly through the Microsoft Ads user interface (a "native tool").  Heath (Microsoft) Tr. 15:5-13 (Ex. 65) ███████████ ████████████████████████████████████████████ Alberts (Dentsu) Tr. 322:13-21 (Ex. 71); Amaldoss (Colo. Pls. Expert) Tr. 245:20-21, 302:9-13 (Ex. 40); ████████



248.    In addition to Microsoft Ads' native tool, advertisers can also buy search ads on Microsoft online properties using a SEM tool or from other "channel partners" of Bing that "facilitate[] advertising."  Heath (Microsoft) Tr. 17:22-19:6 (Ex. 65).

249.    Advertisers can use multiple SEM tools via ad agencies.  For example, IPG has historically used Skai or Marin, and has also purchased ads using SA360.  Lowcock (Interpublic) Tr. 170:19-171:5 (Ex. 67).  Home Depot used "multiple" SEM tools—both Marin and Adobe—before switching to SA360.  Booth (Home Depot) Tr. 110:8-111:16 (Ex. 68).

250.    SA360, Marin, Skai, and Adobe offer differing levels of support for Microsoft Ads and other ad platforms.  Vallez (Skai) Tr. 54:6-56:22 (Ex. 73); Vallez (Skai) Dep. Ex. 5 (Ex. 74); Skai, *Paid Search*, available at https://skai.io/search/ (last accessed Dec. 5, 2022) (Ex. 75); Lien (Marin) Tr. 35:13-36:7, 39:18-41:22, 49:24-52:6, 112:5-113:12 (Ex. 69); Marin, *MarinOne Paid Search*, available at https://www.marinsoftware.com/solutions/paid-search (last accessed Dec. 8, 2022) (Ex. 76); Collison (Adobe) Decl. ¶¶ 1-4 (Ex. 77); Adobe, *Adobe Advertising Cloud Features*, available at https://business.adobe.com/products/advertising/adobe-advertising-cloud-features.html (last accessed Dec. 8, 2022) (Ex. 78); Google, *Search Ads 360 Help*, *Supported*

*Engines*, available at https://support.google.com/searchads/answer/6073010?hl=en (last accessed Dec. 7, 2022) (Ex. 79).

251.   Advertisers that use a SEM tool can (1) evaluate other alternative options for buying and managing online ads, and (2) switch to a native tool (*e.g.*, Microsoft's native tool) or another SEM tool.  Booth (Home Depot) Tr. 110:8-113:7 (Ex. 68); Alberts (Dentsu) Tr. 95:25-96:8 (Ex. 71); Indacochea (Google) Tr. 126:9-20 (Ex. 72) ███████████████████████████████

██████████████████████████

### VI.   Google's SA360 and Other SEM Tools

252.   Google provides a SEM tool called Search Ads 360 or "SA360," which allows agencies and marketers to manage search marketing campaigns across multiple search engines, including Google Ads, Microsoft Ads, Yahoo! Japan, and Baidu.  *See* Indacochea (Google) Decl. ¶ 4 (Ex. 80); Google, *Search Ads 360 Help, What's Search Ads 360?*, available at https://support.google.com/searchads/answer/1187512?hl=en#:~:text=Search%20Ads%20360%20is%20a,multiple%20engines%20and%20media%20channels (last accessed Dec. 9, 2022); Google, *Search Ads 360 Help*, *Supported engines*, available at https://support.google.com/searchads/answer/6073010?hl=en (last accessed Dec. 7, 2022) (Ex. 79).  SA360 does not currently integrate with Pinterest or Amazon, and can only report metrics and conversions for Facebook, Instagram, and Twitter.  *Id.*; *see also* Google, *Search Ads 360 Help, Facebook and Instagram features in Search Ads 360*, available at https://support.google.com/searchads/answer/9000911?hl=en&ref_topic=9000809 (last accessed Dec. 7, 2022) (Ex. 81); Google, *Search Ads 360 Help, Twitter features in Search Ads 360*, available at https://support.google.com/searchads/answer/9000912?hl=en&ref_topic=9000809 (last accessed Dec. 7, 2022) (Ex. 82).  SA360 was formerly called "Doubleclick Search" or "DS," and was rebranded as "Search Ads 360" in 2018.  *See* GOOG-DOJ-11662108, at -114 (Ex. 83).

253.     Other SEM tools, such as Skai, Marin, and Adobe, allow advertisers to buy search ads across "general" search engines like Google and Bing.  Vallez (Skai) Tr. 50:12-52:10 (Ex. 73), Vallez (Skai) Dep. Ex. 5 (Ex. 74); Lien (Marin) Tr. 39:12-41:11 (Ex. 69); Collison (Adobe) Decl. ¶ 3 (Ex. 77).

254.     Skai, Marin, and Adobe also allow advertisers to buy online advertising across sites such as Apple Search Ads, Twitter, TikTok, Amazon, Facebook, Instacart, Snapchat, LinkedIn, and Pinterest.  Vallez (Skai) Tr. 50:12-52:10 (Ex. 73), Vallez (Skai) Dep. Ex. 5 (Ex. 74); Lien (Marin) Tr. 39:12-41:22 (Ex. 69); Collison Decl. (Adobe) ¶ 2 (Ex. 77).

255.



256.

257.

258.     The Home Depot switched from Marin and Adobe to SA360 based on usability, feature preferences, and price.  Booth (Home Depot) Tr. 110:8-111:16 (Ex. 68).

## A.  Advertisers' Search Advertising Spend on SA360

259. ██████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

██████

260. Rukmini Iyer, Corporate Vice President of Microsoft Advertising, testified that

███████████████████████████████████████████

████████████████████████████████ Iyer (Microsoft) Tr. 172:16-

173:5, 183:14-25, 185:7-10 (Ex. 89).

261. ███████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████

████████████████████████████

262. ████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███

**B.    Requirements for SEM Tool Providers and Other Parties to Access Search Engine APIs**

263.    Google Ads publishes certain "Required Minimum Functionality" (also known as "RMF") standards for SEM tools and other platforms connecting to the Google Ads API.  *See* Google Advertising Policies Help, *Google Ads API (AdWords API) Policies*, available at https://support.google.com/adspolicy/answer/6169371?hl=en#:~:text=Required%20Minimum%2 0Functionality%20(RMF)%20refers,See%20the%20RMF%20rules (last accessed Dec. 9, 2022). RMF "refers to the features and other functionality that certain tool developers must offer when using the Google Ads API (AdWords API)."  *Id*.

264. Other advertising platforms, like Microsoft Ads, also have requirements for accessing their API. Vallez (Skai) Tr. 164:9-166:9 (Ex. 73); Heath (Microsoft) Tr. 100:4-101:5 (Ex. 65).

265. ██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
█████████████████████████

266. ██████████████████████████████████████████████████
████████████████████████████████████

## VII.   Google's Development of Microsoft Advertising Features for SA360

267. SA360 offers advertisers a range of engine-specific features for Microsoft Ads. The available features for Microsoft Ads can be viewed (a) on the advertiser's user interface ("UI") in SA360, and (b) help pages available online that list the available feature. Indacochea (Google) Decl. ¶ 6 (Ex. 80)*; see also* Search Ads 360 Help, *Microsoft Advertising features in Search Ads 360*, available at https://support.google.com/searchads/answer/2592341?hl=en (last updated May 17, 2022) (listing features for legacy SA360 platform) (last accessed Dec. 7, 2022) (Ex. 93); *compare with* Search Ads 360 Help, *Microsoft Advertising features in Search Ads 360*, available at

https://web.archive.org/web/20201204032028/https://support.google.com/searchads/answer/2592341?hl=en&ref_topic=2592040 (last updated November 17, 2020) (listing features for legacy SA360 platform) (last accessed Dec. 7, 2022) (Ex. 94).

### A.   Timeline of Microsoft's Feature Requests to SA360

268. "Feature parity" is a term that was used in Microsoft's requests to SA360 in 2019 and 2020, and in that context, refers to parity between Google Ads features and Microsoft Ads

features offered by SA360.[18]  GOOG-DOJ-12678310 at -311 (Ex. 87).  Microsoft's Shirley Heath

testified that "[i]f Google Ads and Microsoft Ads have both launched a feature, our ask and

expectation is that equal access would be provided in the platform."  Heath (Microsoft) Tr. 51:15-

52:2 (Ex. 65).

269.    In November 2019, Microsoft asked Google to develop 27 Microsoft Ads features

on SA360.  *See* GOOG-DOJ-12678310 at -310-13 (Ex. 87).  Specifically, Shirley Heath and Jim

LaForce of Microsoft emailed employees of Google's SA360 product team a list of 27 (of 54)

features that Microsoft believed were not supported by SA360 based on their review of public

documentation, and seeking "the same level of access to Microsoft Advertising features that

[customers] have to Google Ads features."  *Id.* at -310-11.



270.

271.

---

[18] Google's internal documents refer to "feature parity" in other contexts to mean parity between its legacy SA360 product and the new SA360 platform it launched in February 2022.

272.    Of the 27 Microsoft Ads features requested by Microsoft in November 2019, Plaintiffs have identified five features that they allege Google either delayed support for, or failed to support: auction-time bidding, call extensions, dynamic search ads, responsive search ads, and local inventory ads.  Colo. Pls.' Compl. (ECF No. 1-2) ¶¶ 152, 160; Amaldoss (Colo. Pls.' Expert) Opening Report at 130 Tbl. 2 (Ex. 9).  ██████████████████████████████████████ ████████   *See* Indacochea (Google) Decl. ¶¶ 7, 10 (Ex. 80).

273.    Microsoft's automated bidding is a ████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████   Iyer (Microsoft) Tr. 157:10-158:1 (Ex. 89); *see also* Heath (Microsoft) Tr. at 84:21-85:22 (Ex. 65).  In its November 2019 feature development request, Microsoft included each of these automated bid strategies, plus a separate "Auction Time Bidding" strategy.  GOOG-DOJ-12678310 at -312 (Ex. 87).  Microsoft does not offer a standalone "auction time bidding" strategy; rather, it is integrated into certain bid strategies.  *See* Microsoft Ads, *Automated Bidding*, available at https://about.ads.microsoft.com/en-us/solutions/tools/automated-bidding (last accessed Dec. 5, 2022) (Ex. 95).

274.    Microsoft's November 2019 feature requests, including the request for Microsoft Ads' automated bidding, followed the launch of Google Ads auction-time bidding feature on SA360 in September 2019.  *See* Google, *Google Ads auction-time bidding comes to Search Ads 360*, dated September 18, 2019, available at https://www.blog.google/products/marketingplatform/360/google-ads-auction-time-bidding-comes-search-ads-360/ (last accessed Dec. 9, 2022).

275. █████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████

276. ██████████████████████████████████████

████████ Utter (Microsoft) Tr. 276:2-277:19 (Ex. 66).  Microsoft rejected this timeline as too

slow. ███ at 277:20-278:19 ██████████████████████████████████ ████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████ Google, *Google Ads auction-time*

*bidding comes to Search Ads 360*, dated September 18, 2019, available at

https://www.blog.google/products/marketingplatform/360/google-ads-auction-time-bidding-

comes-search-ads-360/ (last accessed Dec. 9, 2022).

277.     From November 2019 onward and into 2021, Google and Microsoft engaged in a

dialogue about building features on SA360 for Microsoft Ads, during which proposals were

exchanged, but no agreement was reached.  During this time, Google did not refuse to develop the

features Microsoft requested.  *See* GOOG-DOJ-29186281 at -282-83 (Ex. 97) (September 17,

2020 email from Joan Braddi of Google to Chris Weinstein of Microsoft noting "commit[ment] to

working with Microsoft in good faith on a potential integration of Microsoft Advertising's

automated bidder into SA360 bid strategies[]"); MSFT-LIT2_0009965153 at -154 (Ex. 99) ███

███████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████ Microsoft's

Shirley Heath ████████████████████████████████████████████████

███████████████████████ Heath (Microsoft) Tr. 196:2-197:11 (Ex. 65).

    278.  ████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

**B.**    **Microsoft's Feature Requests to Other SEM Tools**

    279.  ████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████

    280.  ████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████

281.    Microsoft employees █████████████████████████████████

██████████████████████, telling SA360 employees that they "believe[d] no later than 90 days

following Google Ads [was] reasonable" for building "new [Microsoft Ads] features that are

aligned with Google Ads features."  GOOG-DOJ-12678310 at -310 (Ex. 87).

282.    Skai launched its integration with Microsoft Ads' automated bidding feature in

the first quarter of 2020.  SKAI-00002350 (Ex. 96), ████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████

283.    ███████████████████████████████████████████

████████████████████████████████████████████████████

███████████

284.    ██████████████████████████████████████████

█████████████████████████████████████████████████████

██████████████████

285.    Marin has not built the full automated bidding feature for Microsoft Ads.  Heath

(Microsoft) Tr. 84:5-16 (Ex. 65), ████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████

286.    █████████████████████████████████████████████

█████████████████████████████████████████████

287. ██████████████████████████████████████

███████████████████████████████████████████████

████████████████████████

**C.    Google's Launch of a New Version of SA360**

288. ████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████

289. ████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████

290. ██████████████████████████████████████████

████████████████████████████████████

291.     The culmination of Project Amalgam—the new version of SA360—launched in February 2022.  *See* Indacochea (Google) Decl. ¶ 5 (Ex. 80); Google, *Introducing the new Search Ads 360*, February 8, 2022, available at:

https://blog.google/products/marketingplatform/360/introducing-new-search-ads-360/ (last accessed Dec. 8, 2022) (Ex. 102).  Google's launch of the new version of SA360 included added support for over 10 additional Microsoft Ads features, including call extensions, dynamic search ads, responsive search ads, and local inventory ads.  *Id.*; Indacochea (Google) Decl. ¶ 7 (Ex. 80).

292. ██████████████████████████████████████████

████████████████████████

**D.      SA360's Work to Integrate Auction-Time-Bidding**

293. ██████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████

294. ██████████████████████████████████████████

████████████████████████████████████████████

295.      The auction-time bidding integration between SA360 and Google Ads did not

launch until September 2019.  *See* Google, *Google Ads auction-time bidding comes to Search Ads*

*360*, dated September 18, 2019, available at

https://blog.google/products/marketingplatform/360/google-ads-auction-time-bidding-comes-

search-ads-360/ (last accessed Dec. 9, 2022).

296. ██████████████████████████████████████████

████████████████████████████████████████████████

██████████

297.      Microsoft compiled its November 2019 list of requested features based on "a side

by side view of the feature support for MSA and Google Ads from SA 360 based on their public

documentation."  Utter (Microsoft) Dep. Ex. 14 (Ex. 103); *see also* GOOG-DOJ-12678310 at -

311 (Ex. 87) ("This is our best view based on your public documentation").

298. 

### E.   Other Reasons for Timing of SA360's Development of Microsoft Ads Features

299.   Microsoft Ads features are not always available at the time parallel features are released for Google Ads, which results in support on SA360 for those Microsoft features lagging behind support on SA360 for the parallel Google features.  Vallez (Skai) Tr. 124:25-125:13 (Ex. 73); Lien (Marin) Tr. 108:7-17 (Ex. 69).  A Bing feature equivalent was not always available when SA360 integrated each Google Ads feature it supports.  Utter (Microsoft) Tr. 39:24-44:16 (Ex. 66).  For example, Microsoft Ads launched dynamic search ads after Google Ads launched dynamic search ads.  *See id*.

300.   Some delay in developing Microsoft features after launch of parallel Google Ads features was common among SEM tool providers.  Lien (Marin) Tr. 108:7-17 (Ex. 69); ███

███████████████

## VIII.   Microsoft Ads Features at Issue

### A.   Auction-Time Bidding (aka Automated or Autobidding)

301.   At Google, "Auction-Time Bidding" refers to a specific feature of Google Ads that was built and launched for SA360 in September 2019.  *See* Google, *Google Ads auction-time*

*bidding comes to Search Ads 360*, dated September 18, 2019, available at

https://www.blog.google/products/marketingplatform/360/google-ads-auction-time-bidding-

comes-search-ads-360/ ("Smart Bidding in Google Ads uses machine learning to set bids at

auction-time by factoring in a wide range of signals that help predict performance.  Now you can

take advantage of Google Ads auction-time bidding in your Search Ads 360 bid strategy.") (last

accessed Dec. 9, 2022).

302.    Microsoft uses several terms interchangeably to mean the same set of its own

bidding features, "automated bidding," "autobidding," and "auction-time bidding."  *See* Heath

(Microsoft) Tr. 13:3-19 (Ex. 65) 

; *see also* Microsoft,

*Microsoft Automated Bidding*, available at https://about.ads.microsoft.com/en-

us/solutions/tools/automated-bidding (last accessed Dec. 5, 2022) (Ex. 95).

303.    Auction-time or "automated" bidding is a certain type of bidding for ads.

Microsoft's automated bidding enables advertisers to set campaign parameters and allow the

platform to adjust bids in response to "near real-time" signals.  *See supra* ¶ 273; Utter (Microsoft)

Tr. 100:2-24 (Ex. 66)

The

default setting for Microsoft Ads' automated bidding (what Microsoft calls "Enhanced CPC")

automatically adjusts bids in real-time.  *See* Microsoft Ads, *Let Microsoft Advertising manage*

*your bids with bid strategies*, available at https://help.ads.microsoft.com/apex/index/3/en/56786

(last accessed Dec. 5, 2022) (Ex. 104).

304.   "Non-last click attribution" or "fractional conversions" refers to an attribution

model that gives partial credit to multiple clicks by a user.  *See* Krueger (Google) Tr. 201:17-

203:17 (Ex. 86) (comparing "last click only" attribution to "non-last click" attribution). ██

████████████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████   In the context of building out feature

support for Microsoft's automated bidding technology on SA360, Google requested that

Microsoft develop fractional conversions.  Indacochea (Google) Tr. 109:11-111:2 (Ex. 72) ("It

was requested to Microsoft to build certain aspects to get closer to Google, like fractional

conversions.  And the fractional conversion means not every conversion belongs to a specific

action that it takes.  Sometimes you're interested in that user by more than one.  Microsoft didn't

support that before, so they needed to support it to be in a similar feature set than Google Ads.");

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████

305.   ██████████████████████████████████████████████

████████████████████████████████████████████████████████████



306.

307.

308.

309.

B.   **Call Extension, Local Inventory Ads, Dynamic Search Ads, & Responsive Search Ads**

310.   ████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████

311.    Google publicly announced the new version of SA360 via a blog post in February

2022, including descriptions of support for responsive search ads, call extensions, and local

inventory ads on Microsoft Ads in the new version of SA360.  *See* Google, *Introducing the new*

*Search Ads 360*, available at https://blog.google/products/marketingplatform/360/introducing-

new-search-ads-360/ ("[T]he new Search Ads 360 introduces support for . . . over ten additional

Microsoft Ads features including responsive search ads, call extensions, local inventory ads and

additional Microsoft audience types like customer match") (last accessed Dec. 8, 2022) (Ex. 102).

312.    Dynamic search ads for Microsoft Ads is supported in the new version of SA360.

Indacochea (Google) Decl. ¶¶ 7, 10 (Ex. 80); *see also* Search Ads 360 (new experience) Help,

*Dynamic Search Ads for Microsoft Advertising*, available at

https://support.google.com/sa360/answer/9838683 (last accessed Dec. 9, 2022).

313.    Google will migrate customer data to the new product, and notify customers when

migration is ready to occur.  *See* Search Ads 360 (new experience) Help, *Welcome to the new*

*Search Ads 360 Experience*, available at

https://support.google.com/sa360/answer/9359572?hl=en-AU (last accessed Dec. 9, 2022).

████████████████████████████████████████████████████

████████████████████████████████████████   Indacochea (Google) Decl. ¶ 9 (Ex. 80).

Advertisers using the new SA360 platform can use call extensions, dynamic search ads,

responsive search ads, and local inventory ads for Microsoft Ads.  Indacochea (Google) Decl. ¶ 10 (Ex. 80).

Dated: December 12, 2022

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By:___*John E. Schmidtlein*_____
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
Wendy Huang Waszmer (D.C. Bar No.  1631078)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com
wwaszmer@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*