IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| State of Colorado, *et al.*, | | |
| Plaintiffs, | | Case No. 1:20-cv-03715-APM |
| v. | | HON. AMIT P. MEHTA |
| Google LLC, | | ▉ |
| Defendant. | | |

**EXHIBITS TO DEFENDANT GOOGLE LLC's STATEMENT OF MATERIAL FACTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

**LIST OF EXHIBITS**

| Exhibit No. | Description of Exhibit |
|---|---|
| 1 | Document Titled "How Search Works" - GOOG-DOJ-09300673 |
| 2 | Document Titled "Future of Search" - GOOG-DOJ-03209307 |
| 3 | *About Text Ads*, https://support.google.com/google-ads/answer/1704389?hl=en (last accessed Dec. 10, 2022) |
| 4 | Declaration of Google Employee Elizabeth Reid (Dec. 9, 2022) |
| 5 | Excerpts of Transcript of Deposition of Google Employee Richard Holden (Sept. 30, 2021) |
| 6 | Declaration of Google Employee Richard Holden (Dec. 9, 2022) |
| 7 | Google's Response to Colorado Plaintiffs' Third Set of Interrogatories (Apr. 18, 2022) |
| 8 | Google's Second Supplemental Response to Colorado Plaintiffs' Third Set of Interrogatories (June 1, 2022), Interrogatory Nos. 8, 10 |
| 9 | Excerpts of Opening Expert Report of Professor Wilfred Amaldoss on Behalf of the State of Colorado et al. (June 6, 2022) |
| 10 | *How results are automatically generated*, https://www.google.com/search/howsearchworks/how-search-works/ranking-results/ (last accessed Dec. 12, 2022) |
| 11 | Excerpts from Transcript of Deposition of Google Employee Nick Fox (Oct. 5-6, 2021) |
| 12 | Excerpts from Transcript of Deposition of Google Employee Prabhakar Raghavan (Dec. 14-15, 2021) |
| 13 | Excerpts of Transcript of Deposition of Google Employee Elizabeth Reid (Jan. 11, 2022) |
| 14 | Excerpts of Transcript of Deposition of Google Employee Jennifer Fitzpatrick (Dec. 2, 2021) |
| 15 | Excerpts of Transcript of Deposition of Google Employee Emily Moxley (Jan. 27-28, 2022) |
| 16 | Declaration of Google Employee Emily Moxley (Dec. 9, 2022) |
| 17 | Excerpts of Transcript of Deposition of Google Employee Ben Gomes (Dec. 10, 2021) |

| | |
|---|---|
| 18 | Excerpts of Transcript of Deposition of Google Employee Kim Spalding (Nov. 16, 2021) |
| 19 | Document Titled "An Overview of Metrics for SRP Launches" - GOOG-DOJ-29791115 |
| 20 | Excerpts of Transcript of Deposition of Google Employee Pandu Nayak (Oct. 28, 2021) |
| 21 | *Improving Search with rigorous testing*, https://www.google.com/search/howsearchworks/how-search-works/rigorous-testing/ (last accessed Dec. 10, 2022) |
| 22 | Document Titled Side-by-Side Guidelines (Nov. 2019) - GOOG-DOJ-17681606 |
| 23 | Document Titled "New Local Onebox Eval Report" (Feb. 21, 2007) - GOOG-DOJ-00515037 |
| 24 | Document Titled "Travel Strategy Update" (June 16, 2009) - GOOG-DOJ-16094322 |
| 25 | Document Titled "Google Travel Strategy 2020" - GOOG-DOJ-25917044 |
| 26 | Document Titled "Travel Products overview + plan" - GOOG-DOJ-04353653 |
| 27 | Document Titled "Hotel Price in LU" (Mar. 23, 2011) - GOOG-DOJ-00298158 |
| 28 | Email re "[Ads-quality-leads] [aq-launches] Approval to launch hotels commercial unit on mobile devices" (Nov. 6, 2013) - GOOG-DOJ-24656522 |
| 29 | Document Titled "Rich List Desktop Launch Review" (Oct. 10, 2014) - GOOG-DOJ-30117105 |
| 30 | Documented Titled "Hotels on Search and Maps" (Mar. 17, 2015) - GOOG-DOJ-27641523 |
| 31 | Email re "[Notes and AIs] Travel Product Review, Jan 12, 2017" (Jan. 13, 2017) - GOOG-DOJ-04471923 |
| 32 | Document Titled "Travel Product Review"- GOOG-DOJ-20745877 |
| 33 | Document Titled "HUBL Design Research" (June 2020) - GOOG-DOJ-20739516 |
| 34 | Document Titled "Launching HUBL (Hotels Free Booking Links)" (Feb. 5, 2021) - GOOG-DOJ-22645229 |
| 35 | Document Titled "Price Ablation Experiments Analysis" - GOOG-DOJ-20745036 |
| 36 | Document Titled "Supplier Ablation Experiment Analysis" (Apr. 2, 2018) - GOOG-DOJ-29801589 |

| | |
|---|---|
| 37 | Document Titled "Travel Product Review" (July 19, 2018) - GOOG-DOJ-04474464 |
| 38 | Document Titled "Hotels Happiness Tracking Survey (HaTS) Results" - GOOG-DOJ-20742777 |
| 39 | Google's Third Supplemental Response to Colorado Plaintiffs' Nov. 1, 2021 Rule 30(b)(6) Notice (Jan. 21, 2022) |
| 40 | Excerpts of Transcript of Deposition of Professor Wilfred Amaldoss on Behalf of the State of Colorado et al. (Nov. 7-8, 2022) |
| 41 | Exhibit 6 to the Deposition of Professor Wilfred Amaldoss on Behalf of the State of Colorado et al. (Nov. 7-8, 2022) |
| 42 | Exhibit 7 to the Deposition of Professor Wilfred Amaldoss on Behalf of the State of Colorado et al. (Nov. 7-8, 2022) |
| 43 | Email re "[Expt-results] LAUNCH REPORT: Flights View Initial Launch" (Aug. 8, 2011) - GOOG-DOJ-01239619 |
| 44 | Email re "[Webranking-leads] Re: [Expt-results] Fast Track Search Features Launch Report: Flights Universal in US" (Nov. 23, 2011) - GOOG-DOJ-23875896 |
| 45 | Document Titled "Flights to Amsterdam" (Nov. 29, 2018) - GOOG-DOJ-03098047 |
| 46 | Document Titled "Flights CU Price Graph on mobile" (2019) - GOOG-DOJ-03667739 |
| 47 | Document Titled "Ablate LU on Where-To-Buy Queries" (June 21, 2017) - GOOG-DOJ-29263566 |
| 48 | Exhibit 3 to the Deposition of Professor Wilfred Amaldoss on Behalf of the State of Colorado et al. (Nov. 7-8, 2022) |
| 49 | *Understand the Google Guarantee*, https://support.google.com/localservices/answer/7125526?hl=en&ref_topic=6250184 (last accessed Nov. 27, 2022) |
| 50 | Document Titled "Google Service Express SA Review Deck" - GOOG-DOJ-06095362 |
| 51 | Document Titled "Paid Local Proposal in Google Home Services (May 4, 2016) - GOOG-DOJ-04166187 |
| 52 | Email re "[Ads-quality-leads] Digest for ▬▬▬▬▬ - 19 updates in 8 topics" (July 11, 2015), GOOG-DOJ-23326660 |

| | |
|---|---|
| 53 | Document Titled "HSA Paid Local Comms Doc" (Aug. 5, 2016) - GOOG-DOJ-26930689 |
| 54 | Document Titled "Local Services by Google" (October 31, 2017) - GOOG-DOJ-14418354 |
| 55 | Excerpts of Transcript of Deposition of ▮▮▮▮ (March 28, 2022) |
| 56 | Excerpts of Transcript of Deposition of ▮▮▮▮ (March 31, 2022) |
| 57 | Google's First Supplemental Response to Colorado Plaintiffs' Third Set of Interrogatories (May 20, 2022), Interrogatory Nos. 9, 10, 14 |
| 58 | Excerpts of Transcript of Deposition of ▮▮▮▮ (April 21-22, 2022) |
| 59 | Excerpts of Transcript of Deposition of ▮▮▮▮ (March 2, 2022) |
| 60 | Excerpts of Transcript of Deposition of ▮▮▮▮ (March 10, 2022) |
| 61 | Excerpts of Transcript of ▮▮▮▮ (Feb. 22, 2022) |
| 62 | Excerpts of Transcript of Deposition of ▮▮▮▮ (March 3, 2022) |
| 63 | Excerpts of Transcript of Deposition of Google Employee Jerry Dischler (Dec. 7-8, 2021) |
| 64 | *Facebook Ads: Social Media Advertising for Your Business | Meta for Business*, https://www.facebook.com/business/ads (last accessed Dec. 5, 2022) |
| 65 | Excerpts of Transcript of Deposition of ▮▮▮▮ (Apr. 8, 2022) |
| 66 | Excerpts of Transcript of Deposition of ▮▮▮▮ (Mar. 30, 2022) |
| 67 | Excerpts of Transcript of Deposition of Interpublic Employee Joshua Lowcock (Apr. 20, 2022) |
| 68 | Excerpts of Transcript of Deposition of Home Depot Employee Ryan Booth (Apr. 26, 2022) |
| 69 | Excerpts of Transcript of Deposition of Marin Employee Chris Lien (Apr. 27, 2022) |
| 70 | ▮▮▮▮ |

| | |
|---|---|
| 71 | Excerpts of Transcript of Deposition of Dentsu Employee Brendan Alberts (May 10-11, 2022) |
| 72 | Excerpts of Transcript of Deposition of Google Employee and Former Microsoft Employee Eduardo Indacochea (May 2, 2022) |
| 73 | Excerpts of Transcript of Deposition of Skai Employee Paul Vallez (Apr. 20, 2022) |
| 74 | *Media Partners*, https://skai.io/gtm-partners/ (last accessed Apr. 16, 2022) Marked as Exhibit 5 to the Deposition of Paul Vallez (Skai) |
| 75 | *Paid Search*, https://skai.io/search/ (last accessed Dec. 5, 2022) |
| 76 | *MarinOne Paid Search*, https://www.marinsoftware.com/solutions/paid-search (last accessed Dec. 8, 2022) |
| 77 | Declaration of Adobe Employee Greg Collison (Apr. 20, 2022) |
| 78 | *Adobe Advertising Cloud Features*, https://business.adobe.com/products/advertising/adobe-advertising-cloud-features.html (last accessed Dec. 8, 2022) |
| 79 | *Search Ads 360 Help, Supported Engines*, https://support.google.com/searchads/answer/6073010?hl=en (last accessed Dec. 7, 2022) |
| 80 | Declaration of Google Employee Eduardo Indacochea (Dec. 9, 2022) |
| 81 | *Search Ads 360 Help, Facebook and Instagram features in Search Ads 360*, https://support.google.com/searchads/answer/9000911?hl=en&ref_topic=9000809 (Dec. 4, 2020) (last accessed Dec. 7, 2022) |
| 82 | *Search Ads 360 Help, Twitter features in Search Ads 360*, https://support.google.com/searchads/answer/9000912?hl=en&ref_topic=9000809 (Nov. 24, 2020) (last accessed Dec. 7, 2022) |
| 83 | Document Titled "H2'18 Roadmap Search Ads 360" (May 13, 2019) - GOOG-DOJ-11662108 |
| 84 | Document Titled "H2'19 Roadmap Search Ads 360" (Feb. 19, 2020) - GOOG-DOJ-12656706 |
| 85 | Document Titled "H1'2020 Roadmap Search Ads 360" (Feb. 20, 2020) - GOOG-DOJ-11603223 |
| 86 | Excerpts of Transcript of Deposition of Google Employee Jason Krueger (Nov. 10, 2021) |

| | |
|---|---|
| 87 | Document Titled "Re: Microsoft Ads + Search Ads 360 (11/13) meeting follow-up" (Nov. 26, 2019) - GOOG-DOJ-12678310 |
| 88 | Spreadsheet Titled ███████████████ (August 17, 2021) - GOOG-DOJ-29518150 |
| 89 | Excerpts of Transcript of Deposition of ███████████████ (May 5-6, 2022) |
| 90 | ███████████████ |
| 91 | ███████████████ |
| 92 | ███████████████ |
| 93 | *Microsoft Advertising features in Search Ads 360*, https://support.google.com/searchads/answer/2592341?hl=en (May 17, 2022) (last accessed Dec. 7, 2022) |
| 94 | *Microsoft Advertising features in Search Ads 360*, https://web.archive.org/web/20201204032028/https://support.google.com/searchads/answer/2592341?hl=en&ref_topic=2592040 (Nov. 17, 2020) (last accessed Dec. 7, 2022) |
| 95 | *Automated Bidding*, https://about.ads.microsoft.com/en-us/solutions/tools/automated-bidding (last accessed Dec. 5, 2022) |
| 96 | ███████████████ |
| 97 | ███████████████ |
| 98 | Document Titled "Myx Update" (Oct. 11, 2016) - GOOG-DOJ-27706588 |
| 99 | ███████████████ |
| 100 | ███████████████ |
| 101 | Document Titled "Re: [FERIUM PLANNING] Draft H1 2020 SA360 Roadmap Proposal with details" (Nov. 26, 2019) - GOOG-DOJ-11594155 |

| | |
|---|---|
| 102 | *Introducing the new Search Ads 360*, https://blog.google/products/marketingplatform/360/introducing-new-search-ads-360/ (Feb. 8, 2022) (last accessed Dec. 8, 2022) |
| 103 | ████████████████████████████████████████████████ |
| 104 | *Let Microsoft Advertising manage your bids with bid strategies*, https://help.ads.microsoft.com/apex/index/3/en/56786 (last accessed Dec. 5, 2022) |
| 105 | Document Titled "Amalgam 1P: Byx" (Feb. 2, 2021) - GOOG-DOJ-24813895, Marked as Exhibit 7 to the Deposition of Jason Krueger |
| 106 | Document Titled "SA360 2020H2" (May 8, 2020) - GOOG-DOJ-24870734 |
| 107 | Document Titled "Fwd: Bing ATB - Performance" (Dec. 3, 2020) - GOOG-DOJ-24807903 |
| 108 | Document Titled "Re: Bing ATB - Performance" (Dec. 3, 2020) - GOOG-DOJ-24807759 |
| 109 | Document Titled "[Launched] Other engines feature set in Amalgam!" (Nov. 12, 2021) - GOOG-DOJ-31390748 |
| 110 | Excerpts of Expert Reply Report of Professor Wilfred Amaldoss on Behalf of Plaintiff States (Jun. 6, 2022) |
| 111 | Excerpts of Opening Expert Report of Professor Jonathan B. Baker on Behalf of Plaintiff States (Jun. 6, 2022) |
| 112 | Excerpts of Rebuttal Expert Report of Professor Jonathan B. Baker on Behalf of Plaintiff States (Aug. 5, 2022) |
| 113 | Excerpts of Reply Expert Report of Professor Jonathan B. Baker on Behalf of Plaintiff States (September 26, 2022) |
| 114 | Excerpts of Transcript of Deposition of Professor Jonathan B. Baker on Behalf of Plaintiff States (Nov. 21-22, 2022) |
| 115 | Colorado Plaintiffs' 4th Supp. Responses To Google's 1st Interrogatories (June 17, 2022) |
| 116 | Document Titled "Local Services by Google Product Overview" (2019) - GOOG-DOJ-06902634 |

Dated: December 12, 2022                     Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By:     */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
Wendy Huang Waszmer (D.C. Bar No. 1631078)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com
wwaszmer@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*