# Exhibit 3

# About text ads

**Important**

- Starting June 30, 2022, you'll no longer be able to create or edit expanded text ads.
- Expanded text ads will continue to serve, and you'll still find reports on their performance going forward.
- You'll still be able to pause and resume your expanded text ads, or remove them if needed.
- We strongly encourage you to transition to responsive search ads.
- Learn more about this change to expanded text ads

We recently made changes to text ads so that you have more room to convey your message to customers. Now, you can:

- Add a third headline
- Add a second description
- Use up to 90 characters for each description

Text ads on the Search Network show above and below Google search results. It has 3 parts: a display URL, headline text, and description text.

**Ad** · www.example.com/insurance

## Comprehensive Insurance | Protect Yourself on a Budget | Get Your Free Quote Today

Get affordable & trustworthy insurance. 10% discount on all online quotes. Easily compare insurance plans side-by-side in just a few seconds.

  **Why you might not see your search ads**

There might not be ads on all search results, even for queries that advertisers are bidding on. You might often find that there are no ads on a page, even when an advertiser is bidding on the search terms that generated those results.

To ensure high-quality ad content on search results, Google requires that all ads meet a certain level of quality. In some cases, low-quality ads may hardly show at all (even if they have high bids). Learn more about ad quality.

## Headline

People are most likely to notice your headline text, so consider including words that people may have entered in their Google search. Your text ad consists of three headlines where you can enter up to 30 characters each to promote your product or service. The headlines are separated by a vertical pipe ("|") and may show differently based on the device someone is using when they view your ad.

## Display URL

The display URL, usually in green, shows your website address. This display URL is made up of the domain from your final URL and the text in the optional "Path" fields. These fields are designed to help people who see your ad get a better sense of where they'll be taken when they click it. Your path text doesn't have to match the exact language of your display URL.

## Description

Use the description fields to highlight details about your product or service. It's a good idea to include a "call to action"—the action you want your customer to take. If you're an online shoe store, your description might include "Shop now" or "Buy shoes now." If you offer a service, you might want to add something like "Get an instant quote online" or "See pricing."

## Length limits

| Field | Max length |
| --- | --- |
| Headline 1 | 30 characters |
| Headline 2 | 30 characters |
| Headline 3 | 30 characters |
| Description 1 | 90 characters |
| Description 2 | 90 characters |
| Path (2) | 15 characters each |

In expanded text ads, the length limits are the same across all languages. Each character

in double-width languages like Korean, Japanese, or Chinese counts as two towards the limit instead of one.

To see what your ads look like on the Google search results page without affecting your ad statistics, use the Ad Preview and Diagnosis tool.

 **Tip**

You can provide more information about your business, like its location, phone number, or additional deep links into your website, by adding assets to your text ads. Learn more about ad assets

You can also use dynamic text to customize your ad to each person. Learn more about how to create text ads with customized text

## Using special characters with your ads

Most non-English characters, including tildes, umlauts, and cedillas, will appear correctly in your ads, including within the display URL.

### Related links

- Tips for creating successful ads
- Editorial & professional requirements
- Choose an ad format

**Need more help?**
Try these next steps:

 **Ask the Help Community**
Get answers from community experts

 **Contact us**
Tell us more and we'll help you get there