# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of Colorado, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA <br><br> **FILED UNDER SEAL** |

## DECLARATION OF ELIZABETH HAMON REID

I, **Elizabeth Hamon Reid**, declare as follows:

1. I have been employed by Google LLC or its predecessors ("Google") since 2003.

2. From 2006 until April 2021, I held various engineering leadership roles relating to Google's local search results. When I began working on local search in 2003, the team's focus was on collecting, processing and organizing information about local entities or places—for example, a restaurant's location, hours, and cuisine—so that Google could quickly surface that information for users. As part of this effort, my responsibilities included ensuring local data quality and accuracy.

3. From 2018–2021, I held the role of Vice President of Engineering for Geo. In this role, I led the local engineering team, which was responsible for understanding whether or not a business was relevant for a particular query, the design of the local unit (also referred to as the "local universal unit"), and the user experience associated with the local unit. I was also responsible for approving launches that had a significant effect on the local unit, involved with setting strategy for the local team, and, as relevant here, managing Google Maps and the local results experience on both Google Maps and Google.com.

1

4. From April 2021 until present, I have held the role of Vice President of Search for Engineering and Product.

5. In my role as Vice President of Search, I focus on the Google search experience, including the design of and content on the Google search engine results page (SERP), along with the design and appearance of specialized search results on the SERP, other than for shopping, travel, and education information categories. I also continue to lead the local team.

6. Based on my experience in these roles, I am familiar with and knowledgeable about Google's development and implementation of specialized results, including its local unit.

7. Beginning in the early 2000s, in addition to web results and text ads, Google began to show users search results organized in a variety of different formats, including specialized units for certain categories of information.

8. Google launched its specialized units to provide users with information related to a specific category of information Google interprets the user to be seeking, beyond links to webpages or snippets of crawled content from the web.

9. In 2007, Google transitioned to "universal search," where it surfaced in dynamic positions different specialized units, such as videos, images, books and news, on the same SERP alongside web results and other elements. Prior to that, specialized units were located in fixed positions on the SERP. A key innovation in universal search was that it enabled specialized units to "float" on the page alongside web results and other elements, based on their relative relevance compared to other types of results.

10. If Google's algorithms determine that a specialized unit is relevant to a user query and should be displayed, it includes that unit on the SERP. The unit is positioned on the page by calculating a common relevance score for the unit against all the other results on the page.

11.     Prior to launching any change to the format of the SERP or a new specialized unit, Google conducts testing to evaluate whether the change would improve the user experience. Key metrics Google uses for launches, including for new specialized units, include metrics indicating an improved whole-page experience.

12.     Google launched its local unit only after it tested and determined based on feedback from users and trained Search Quality Raters that users found the local unit beneficial and that it improved the overall user experience.

13.     Google studies whether users are satisfied by its local unit, meaning (among other things) that their information needs are met. This includes ablation studies in which Google measures the quality of search results ablating (removing) the local unit, in order to determine whether the unit is important in satisfying user needs for local searches. The metrics that Google uses in the ordinary course of business confirm that users find satisfaction with the local universal unit.

14.     Today, when the user enters queries that Google's algorithms detect as relating to local places, such as "delivery tacos near me," Google typically serves a SERP containing a "local unit," among other SERP elements (such as text advertisements and web results).

15.     The exact appearance of the local unit on the SERP may vary depending on the query, but the local unit depicted below is typical for queries like "delivery tacos near me" that Google detects as relating to local entities.



16.     The web results and text advertisements (if any) that Google serves for these types of queries along with the local universal unit on the SERP may include "specialized vertical providers" ("SVPs").

17.     Google's design of the local unit provides users with structured information about local entities, including:

    a. a map of local entities in the specific location;

    b. a list of up to three local entities as determined by Google's algorithms;

    c. an image, star rating, address, and description about the local entity; and

    d. a link to Google's local immersive where users can find further information and further refine their local search.

18.     The local unit may also provide advertisements for local entities.

19.     SVPs do not appear as entities in the local unit on the SERP because they are not local places.

20.     For example, for a query relating to "food delivery," Google shows in its local unit on the SERP specific restaurants offering delivery. The user may then navigate within the

local immersive to view additional information, such as restaurant details, busyness, and weblinks to order delivery online through various food-delivery providers, including SVPs.

21. Much of the information displayed in the local unit is not available from web crawling alone, and thus would not appear elsewhere on Google's SERP. For example, many small and medium sized businesses do not have websites and thus as a result may not appear in weblinks. And additional information, such as the business's address or its location on a map, would not be displayed for the user to quickly see on the SERP.

22. Prior to the launch of Google's local unit, Google's algorithms would generally surface only web results and text advertisements (if any) in response to a query associated with a local entity. For example, if the user was interested in looking for a restaurant in New York City, the user would generally only see ads or links to individual restaurants, restaurant-focused SVPs, or other websites with information about restaurants in New York City. To compare restaurants, the user would need to click through some or many of these individual links.

23. Google determined that it could better serve users by providing a local unit that surfaced key information about a local entity such as phone number, address, related websites, photos, reviews, ratings, and a map. Google further determined that users would benefit from more than just a limited list of local entities from sources such as yellow pages and local business listings, and thus strove to provide users with a more expansive, comprehensive, and diverse set of local places.

24. Google first launched its local unit in 2004. For a search like "pizza palo alto," Google's local team designed and engineered the local unit to show results including local pizza restaurants with accompanying information such as a phone number, address, and links to related websites.

25. The challenge Google faced (and still faces) in providing users with a comprehensive and up-to-date set of results for local places was collecting accurate data about those places. For example, if Google did not have data about a local place, Google could not surface it in its search results. The local team thus began a years' long, and still ongoing, effort to collect information from as many local places as it could; that effort included not just addresses, but information on hours, photos, reviews, ratings, and descriptions.

26. Google has launched many improvements to its local unit over the years. As with all changes to Google's search results, Google tests those proposed changes prior to introducing them.

27. For example, subsequent to the launch of the local unit, Google offered users access to additional relevant information such as integrated local search results, detailed driving directions, and other features.

28. In 2007, Google introduced the local universal unit (sometimes referred to as the local "3-pack" or "onebox"). In its current form, it may provide users with results from up to three local businesses, along with ratings, access to reviews, and a map.

29. Google's local unit enables users to see results for millions of local entities and services, even if these entities do not have a website, across thousands of locations, and receive results nearly instantaneously.

*   *   *   *

I declare under penalty of perjury, 28 U.S. Code § 1746, that the foregoing is true and correct.

Executed on this 9th day of December, 2022, in Los Altos, CA.

DocuSigned by:

*Elizabeth Hamon Reid*

4CBEEE12C16E4F0...

Elizabeth Hamon Reid

7