# Exhibit 6

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of Colorado, *et al.*,<br><br>                             **Plaintiffs,**<br><br>v.<br><br>Google LLC,<br><br>                       Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA<br><br>**FILED UNDER SEAL** |

### DECLARATION OF RICHARD HOLDEN

I, **Richard Holden**, declare as follows:

1.  I have been employed by Google LLC or its predecessor ("Google") since 2002.

2.  I am currently the Vice President of Product Development for Travel. In this role, I lead the team of product managers and engineers that develop Google's specialized travel search results, including travel search units, immersives, and detail pages. I also help set strategy for Google's travel search vertical and approve travel-related launches. I managed both travel search and travel ads until 2020 when travel ads moved to the Google Search Ads organization.

3.  Since 2014, I have been involved in Google's efforts to combine structured data and unstructured data (web content) to provide users with a more complete and useful SERP— beyond the information provided by web results—including Google's specialized hotels unit and flights unit. From my work with the travel team, I am familiar with the initial designs and development of Google's specialized travel results, including specialized hotels results and flights results.

4.      I am familiar with Google's experiment and launch process for changes impacting Google's search results.  Prior to launching any change to the format of Google's search engine results page (SERP) or new specialized unit on the SERP, Google conducts testing to evaluate whether users find the change to improve the user experience, which may include (as appropriate and relevant to the launch) feedback from external Search Quality Raters, live user tests, and traffic analyses.  This often includes sending side-by-side comparisons of the existing results and the results with the proposed change to Search Quality Raters to evaluate based on Google's Rater Guidelines, including how helpful the change is to users in the context of all the results on the page.

5.      For example, Google launched its current hotels unit only after it determined based on its testing that the hotels unit benefitted users by improving the user experience on the SERP.   Similarly, Google launched its current flights unit only after it determined based on its testing that its flights unit benefited users by improving the user experience on the SERP.  And on an ongoing basis, Google assesses the quality impact of every change in the specialized hotels and flights results, whether in the units that appear on the SERP or in the immersives.

6.      When designing its specialized hotels and flights results, Google considers interests in addition to users—including "specialized vertical providers" ("SVPs"), suppliers of relevant goods and services, and/or other advertisers—but primarily, Google seeks to provide users with the most useful search results.

7.      Google studies whether users are satisfied by the hotel and flight search results, meaning that their information needs are met. The metrics that Google uses in the ordinary course of business confirm that users are satisfied by the hotel and flight search results, including the hotel and flight units that appear on the SERP.

**Hotels**

8.       Today, when a Google user enters queries that Google's algorithms detect as

relating to hotels, Google may serve a SERP containing a "hotels unit," among other SERP

elements (such as text advertisements and web results).

9.       The design of the hotel search results that appear on the SERP may vary

depending on the query, but the hotels unit depicted below is typical for queries like "hotels in" a

location, from a desktop computer.



10.      The web results and text advertisements (if any) that are typically served for these

types of queries on the SERP along with the hotels unit may include SVPs.

11.      Google's design of the hotels unit provides users with near-instantaneous

structured information about hotels, including:

   a.  a map of hotel properties in the specified location;

   b.  a list of up to four hotel properties as determined by Google's algorithms;

   c.  an image, price, star rating, and other information about the hotel property that

       correspond to the identified dates; and

d.  options to refine the search (dates, "top rated," "budget," etc.) and a link to

Google's hotels immersive, where users can find further information, further

refine their hotel search, and find booking links to individual hotels and SVPs.

12.     SVPs do not appear in the hotels unit on the SERP because they are not hotels

associated with a physical location.

13.     Google's hotels immersive provides additional hotel listings, information, and

search capabilities—including the ability to filter a hotel search by, inter alia, location, price,

class, user ratings, and amenities.  The listing of hotels in the hotels immersive may contain

"promoted hotel" or "property promotion" ads that can be purchased by hotels or SVPs that

direct users to book with the hotel or SVP that purchased the ad.

14.     The user may click on a hotel listing from either the hotels unit or immersive to

view the detail page for that hotel.  The detail page displays additional information and booking

links (both paid and unpaid), including links to SVPs.

15.     Google determined that showing price and availability information for hotel stays

would better satisfy the needs of users searching for hotels than weblinks and text ads alone.

Google designed its hotels unit and hotels immersive to enable users to search for and filter

hotels by date, location, price, class, user ratings, and amenities.  Google is able to provide this

detailed information across thousands of destinations nearly instantaneously because it pre-

computes user hotel itineraries.

16.     Much of the information displayed in the hotels unit is not available from web

crawling alone, and thus would not appear elsewhere on the SERP.  The hotel information, price

and availability, photos, and reviews in the hotels unit and immersive come from a variety of

sources, including a hotel's own business profile, user generated content (such as reviews and

ratings), third parties including SVPs and suppliers pursuant to content-licensing agreements, as well as data Google obtains from crawling and indexing the content of websites.

17.     Google began developing its hotel search vertical in approximately 2009.  Google launched an early version of its hotel search unit in 2011, which at that time was called Hotel Finder, and was a hotel booking box that linked to an immersive page where the user could find booking links to individual hotels and SVPs.  Google recognized that it could offer users a better advertising format for hotel search, so later that year Google launched Hotel Ads.  Hotel Ads enabled advertisers to display a hotel room with specific dates and pricing in response to a user search, allowing the user to make a purchase decision more quickly.

18.     Google replaced Hotel Finder with the current hotels unit and immersive in 2015.

19.     Google has launched many improvements over the years to its hotels unit and immersive based on the results of user testing.  For example, in 2017, Google completely redesigned its hotels unit and immersive to provide a more comprehensive, richer, and deeper experience for users.  This redesign was referred to as the "Mayflower" and "Plymouth" projects.

20.     In 2021, Google launched Hotel Unit Booking Links (HUBL), which included unpaid booking links to both SVPs and hotels on the hotel details page linked from the hotels unit and immersive.  Prior to this change, Google had offered only paid booking links in the form of Hotel Ads.  The diversity of booking links enables users to choose among an array of options to book a hotel room—usually including a booking link from the hotel itself as well as SVPs— while also providing advertisers with additional ways to reach users.  Google's testing showed that the HUBL change led to an improved user experience based on user surveys and increased hotel bookings, among other metrics.

**Flights**

21.     Today, when a Google user enters a query that Google's algorithms detect as relating to air travel, Google may serve a SERP containing a "flights unit," among other SERP elements (such as text advertisements and web results).

22.     The design of the flight search results that appear on the SERP may vary depending on the query, but the flights unit depicted below is typical for queries like "flights to" a location, from a desktop computer.



23.     The web results and text advertisements (if any) that are typically served for this type of query along with the flights unit may include SVPs.

24.     Google designed its flights unit like the one pictured above to provide users with near-instantaneous structured information about flights, including:

    a.   a graph of flight prices for a specific destination-origin pair on a range of dates;

    b.   a list of flights, organized by airline, associated with a specific destination-origin pair and date, with information including flight duration and starting price;

      c.   the ability for the user to filter by certain criteria (including flight class, nonstop flights only, and flights that are low emission) on the SERP; and

      d.   a link to Google's flights immersive, where users can find further information and further refine their flight search.

25.     SVPs do not appear in the flights unit on the SERP because they are not flights associated with a specific itinerary.  The flights unit that appears on the SERP does not include any advertisements or any links to airline or SVP websites.

26.     Google designed its flights unit and immersive to enable users to search for flights for a specific date range across hundreds of airlines and thousands of destinations and receive results nearly instantaneously.  Google is able to provide nearly-instantaneous flight scheduling options, pricing, and availability because it pre-computes potential flight itineraries.  Much of the information displayed in the flights unit is not available from web crawling alone, and thus would not appear elsewhere on the SERP.

27.     In 2006, Google launched a flights "onebox" that offered only basic flight schedule information without any price and availability information, links to book, or other interactive search features.  Even with this offering, Google determined that it was losing queries because it did not offer pricing and availability information for flights.  Google accordingly developed and launched its flights unit in 2011.

28.     The Google flights unit links to the flights immersive, which gives users additional filters to refine their flight search.  It also identifies the "best departing flights," ranked algorithmically based on price and convenience, and provides a search calendar that helps users find the lowest-cost dates to fly a particular route.

29.     After the user refines their flight search and selects specific flights, the flights immersive is designed to display a detail page where the complete flight itinerary is displayed, including unpaid booking links to airlines, as well as to SVPs when permitted by the airline.

30.     Google has launched many improvements over the years to its flight search results based on user testing.  These improvements have included ones to the user interface, the positioning of the flights unit, and the introduction of the "Price Graph" (i.e., the graphic representation of flight prices over time that helps users identify low-cost dates to fly).

**Google's Data Requirements**

31.     From my experience developing travel search and advertising features at Google, I am familiar with the data Google obtains from third parties relating to these features.

32.     For certain vertical search categories, like hotels and flights, Google receives data from third parties for use in these results and related advertising offerings.

33.     Google enters into arrangements with third parties to receive data in order to create relevant, useful results that respond to user queries quickly and comprehensively. Structured data, as opposed to data obtained from crawling the open web, enables Google to, for example, provide users with accurate hotel room pricing, availability, and booking information nearly instantaneously from a variety of sources.  Similarly, structured data about flights from third parties enables Google to quickly serve users with real-time flight availability and pricing information.

34.     For certain specialized ad formats, i.e., Hotel Ads, if third parties (including both SVPs and hotels) wish to appear in an ad, they must provide data necessary to surface the ad.

35.     The type of data Google obtains from third parties differs depending on the vertical category.  For example, Google obtains hotel room pricing and availability for its hotels unit, and obtains flight-specific information for its flights unit.

36.     Google's data agreements do not pertain to a third party's ability to appear in Google's web results or text ads. A third party such as a travel SVP, airline, or hotel can appear in Google's web results or text ads without providing structured data (such as pricing and availability) to Google.

*       *       *       *

I declare under penalty of perjury, 28 U.S. Code § 1746, that the foregoing is true and correct.

Executed on this __9__th day of December, 2022, in _____San Francisco, CA_____.

DocuSigned by:

*Richard Holden*

5A0D98A7F5444B3...

Richard Holden