# Exhibit 16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of Colorado, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>      Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA<br><br>**FILED UNDER SEAL** |

### DECLARATION OF EMILY MOXLEY

I, **Emily Moxley**, declare as follows:

  1.  I was employed by Google LLC or its predecessors ("Google") from 2010 until the end of 2021 (taking several months of personal leave beginning in July 2021). Since returning from leave in January 2022, I have been employed by YouTube LLC as Vice President of Product Management.

  2.  From 2011–2021, I held various product management leadership roles within Google's Search organization, including as a Senior Director of Product Management from 2018–2021. I was involved in design changes and experiments regarding the search engine results page (SERP) beginning in 2011. During later periods, I managed certain "vertical" categories including sports, finance, weather, TV/movies, civics and elections, language, books, and events. In this role, I approved design changes and launches of new specialized units and immersives, and was responsible for building search results content using structured data. I also led a team working on most of the unpaid aspects of the SERP, including specialized units, video results, web results, and answers.

1

3. Based on my experience in these roles, I am familiar with and knowledgeable about Google's development and implementation of specialized results, including specialized units, immersives, and detail pages. Google's design of its specialized search results is a complex process that takes into account myriad considerations, all while trying to provide a great user experience.

4. For example, Google designs its specialized results and presentation of content differently depending on the user need in that information category and the type of content, which may lead to different designs for different information categories. Sources of information for Google's specialized results include third-party data feeds, user and merchant generated content, markups submitted by webmasters, and crawled websites. Third-party data feeds refer to structured data (i.e., data that is in a standardized format that allows for easier importation and use) from third-parties submitted to Google via a feed-based infrastructure.

5. When designing its specialized results, Google considers interests in addition to users—including, as applicable, "specialized vertical providers" ("SVPs"), suppliers of relevant goods and services, and/or other advertisers—but primarily, Google seeks to provide users with the most useful search results. Google also balances technical trade-offs such as the increase in latency that comes with additional units on the SERP and limited real-estate on the SERP, while providing useful search results.

6. Within each specialized unit, Google has also designed unit-specific algorithms to determine the relevance of the results in that unit to a given query.

7. Based on job experience, I am familiar with and knowledgeable about Google's experiment and launch process for changes impacting Google's search results. Prior to launching changes to the format of the SERP or new specialized unit, Google conducts testing to evaluate

whether the change would improve user experience. Google evaluates a potential launch using both qualitative and quantitative inputs including (as appropriate and relevant to the launch) feedback from external Search Quality Raters, live user tests, and traffic analyses. Google's Search Quality Raters compare the existing results and the results with the proposed change and evaluate, based on Google's Rater Guidelines, how helpful the change is to users in the context of all the results on the page.

8. Key metrics Google uses for launches, including for new specialized units, include metrics indicating an improved whole-page experience. Thus, in deciding whether to launch a new specialized unit on the SERP, Google considers whether the addition of that unit would improve the SERP as a whole.

9. For example, Google launched its movies unit only after it determined based on testing that the movies unit improved the overall user experience. Similarly, Google launched its events unit only after it determined based on testing that the events unit improved the overall user experience.

10. Google continues to evaluate whether users are satisfied by its specialized results, meaning that their information needs are met. For example, Google conducts different types of user tests and ablation studies to assess how a change affects the user experience. The metrics that Google uses in the ordinary course of business confirm that users are satisfied by these units. For example, testing relating to the movies and events units have shown that users are satisfied with those units.

**Movies**

11. I led the team that developed Google's movies search results. When Google's algorithms detect, based on the user's query, that the user is looking for information about

movies, such as "popular movies," or "movie showtimes," Google may surface a movies unit among other SERP elements (such as text advertisements and web results).

12. Google's design of the movies unit and immersive provides users with structured information, if applicable, including:

    a. a carousel of movies currently in theaters,

    b. reviews and ratings,

    c. theaters at which movies may be screened,

    d. third-party links from which the user can book a ticket for a particular showtime at a particular theater, and

    e. streaming services on which the user can view the movie.

13. The movies unit organizes information that may not otherwise appear on Google's SERP, which comes from a variety of sources, into a useful format.

14. Prior to the launch of Google's movies unit, Google would surface web results and text ads (if any) in response to a movie-related query, and users would need to click through to various individual theaters or other websites or service providers to get information about movies, such as critic ratings and showtimes.

15. Google introduced its movies unit in order to improve the user experience on the SERP.

16. The movies unit that Google surfaces on the SERP differs depending on the user's query. For example, if Google's algorithms perceive the user's intent is to find different movies currently in theaters, Google's SERP may display a carousel of those movies. SVPs do not appear in the movies carousel on the SERP because they are not movies. If a user clicks on a specific movie currently in theaters, Google shows the user additional information about that

film, including reviews, showtimes at theaters, and links to purchase tickets (including from SVPs such as Fandango).

17. Google's SERP is designed to display information that is helpful to users. Thus, if Google's algorithms perceive the user's intent is to find a movie not currently in theaters, Google's SERP may display information about the film, weblinks to websites where the user can learn more about the film, and options (if any) for streaming the film.

18. For queries with movie-related intent, SVPs may appear in text ads and web results on the SERP, and within the movies immersive and movie detail pages.

19. Google has launched many improvements to its movies search results over the years, including adding streaming options when available.

**Events**

20. I also led the team developing Google's events search results. When Google's algorithms detect, based on the user's query, that the user is looking for information about events, such as "events in seattle," Google typically displays a SERP containing an "events unit" among other SERP elements (such as text advertisements and web results).

21. Google's design of the events unit provides users with structured information including:

    a. a list of relevant upcoming events activities from sites across the web;

    b. images, dates, times, and locations for the events; and

    c. a link to an events immersive, where users can find further information and further refine their events search.

22. Much of the information displayed in the events unit is not available from web crawling alone, and thus would not appear elsewhere on the SERP.

23. Prior to the launch of Google's events unit in 2017, Google would generally surface only text ads and web results in response to an events-related query, and users would need to click through to other sites, including various SVPs, to find an event and ticket purchasing options.

24. Google launched its events unit to provide users with a clear summary of upcoming events to make it easier for users to find events.

25. For queries with events-related intent, search text ads, web results, Google's local universal unit and other elements may also appear on the SERP along with the events unit.

26. SVPs do not appear in the events unit on the SERP because they are not events. For such queries with events-related intent, SVPs may appear in text ads and web results on the SERP, and within the events immersive and events detail pages.

27. If the user clicks on a particular event or on the "Search more events" link, the user is taken to the events immersive page, which allows users to further search and filter for events, and see additional information about events such as the date and time of the event, the location of the event, and a brief description of the event.

28. In the events immersive page, the user is also presented with a details page for each event that includes unpaid weblinks to third-party websites, which often include SVPs such as Ticketmaster or Live Nation, where the user could further explore the event and/or purchase tickets.

*   *   *   *

I declare under penalty of perjury, 28 U.S. Code § 1746, that the foregoing is true and correct.

Executed on this 9th day of December, 2022, in Atherton, CA.

DocuSigned by:

*Emily Moxley*
40B48CC04C6A479...
Emily Moxley