# Exhibit 49

# Understand the Google Guarantee

The **Google Guarantee** may help protect you when you book services from an eligible business on Local Services Ads, at no cost to you. You will see the Google Guarantee icon ✅ on Google surfaces next to providers backed by the Google Guarantee.

Services must be booked through Local Services Ads in order to be eligible for the Google Guarantee. If you contact the business in any other way (such as another phone number or their website or directly from one of our partner affiliates websites) you are not entitled to the Google Guarantee.

In the US only, when you use audio search (such as Google Assistant or Google Home) to find a service, you will hear confirmation that the business is Google Guaranteed. When you call the business from your device, you're protected by the Google Guarantee.

If you're a provider, you can apply to get the Google Guarantee by signing up for Local Services Ads:

**Sign up for Local Services Ads**

## What we may reimburse for

Google may, in its absolute and sole discretion, reimburse you up to the cost of the initial service if you are not satisfied with the quality of the service provided, up to a lifetime limit (the maximum aggregate amount you could be reimbursed by Google for all services booked through Local Services in your lifetime). The following are the lifetime limits for customers in each country:

- United States: $2,000
- Canada: CAD $2,000
- United Kingdom: GBP £1,500
- Ireland: EUR €1,500
- Spain: EUR €1,500
- France: EUR €1,500
- Italy: EUR €1,500
- Germany: EUR €1,500
- Austria: EUR €1,500
- Belgium: EUR €1,500
- Switzerland: CHF ₣2,000

To qualify for possible reimbursement, you must:

- Submit a request for reimbursement under the Google Guarantee within 30 days of the initial service completion date.
- Provide a receipt that clearly shows the amount paid and the provider's business name and additional evidence of service upon request.

## What we won't reimburse for

We won't reimburse for add-on or future services, damages to property, trip charges, diagnostic fees, dissatisfaction with price or responsiveness of the business, and cancellations.

## How to identify providers backed by the Google Guarantee

You can identify an eligible provider with the Google Guarantee badge ✅ beside their name and on their profile page.



## How it works

### Contact the service provider

First, contact the service provider you worked with to work through any concerns with the service quality.

### Submit a request for reimbursement

**Note:** Requests must be submitted within 30 days of the initial service completion date.

If you're unable to resolve your concerns directly with the provider, contact us to submit your request for reimbursement. The team at Google will investigate and get back to you. Google will verify that you used Local Services to contact the provider by reviewing Local Services' call logs to identify your phone call to the provider.

Before we proceed with the review of these logs, we will confirm with you whether you want to proceed with making the reimbursement request. Google may request additional information from you about your request for reimbursement. All decisions regarding your eligibility and any payments or reimbursements made to you by Google under the Google Guarantee are made in Google's absolute and sole discretion.

---

### Need more help?
Try these next steps:

 **Contact us**
Tell us more and we'll help you get there