# Exhibit 64

12/5/2022 at 9:50 a.m.
https://www.facebook.com/business/ads





-2-

## Here's how to create a Facebook ad.

Once you've chosen the marketing goal that's right for you, create your first ad following the instructions below.

### Choose your objective.

To choose the right ad objective, answer the question "what's the most important outcome I want from this ad?" It could be sales on your website, downloads of your app or increased brand awareness.

See the objectives



### Select your audience.

Using what you know about the people you want to reach—like age, location and other details—choose the demographics, interests and behaviors that best represent your audience.

Learn more about audiences



-2-

-3-

### Decide where to run your ad.

Next, choose where you want to run your ad—whether that's on Facebook, Instagram, Messenger, Audience Network, or across them all. In this step, you can also choose to run ads on specific mobile devices.

Learn more about ad placements

### Set your budget.

Enter your daily or lifetime budget and the time period during which you want your ads to run. These limits mean that you'll never spend more than you're comfortable with.

Learn more about budgeting



### Pick a format.

Choose from six versatile ad formats—they're designed to work on every device and connection speed. You can choose to show a single image or video in your ad, or use a roomier, multi-image format.

See all the ad formats



### Place your order.

Once you submit your ad, it goes to our ad auction which helps get it to the right people.

Learn how the ad auction works





Show ads cross devices.

Show your ads on whatever device your audience happens to be using, with additional options for mobile or desktop.

Do it all in just a few steps.

Advertising across platforms and devices is easy. Just build your ad once, then select automatic placements to run your ad in the places that are most likely to achieve your marketing goals. No resizing or reformatting required.



Stay safe and precise.

Growing your reach doesn't mean lessening your control. Easy-to-use brand controls let you set parameters on where and how your ads appear.

Explore the differences of how people use Facebook and Instagram—and find the right marketing strategy for each feed with these insights from Facebook IQ.

facebook IQ

The best ads drive real business results, but they also delight people.

-5-

**Be authentic.**

Start by considering your tone of voice, which can simply be a reflection of your business's personality. Is it funny? All business? Adventurous? The more authentic you are, the more effective your ads are likely to be.

**Understand your target audience.**

Speak directly to their motivations or address the barriers preventing them from becoming your customers. Consider having different versions of creative for different audiences to ensure you are speaking to what motivates each group.

**Define your theme.**

Figure out what you want your audience to take away from your ad. Think about a theme or concept that will tie your ads together and make you stand out. The theme can be a concept, idea or even a visual theme to create consistency among all of your ads.




Find more advertising inspiration from the Creative Shop

**Put your message in motion with video.**

82% of mobile traffic is expected to be video by 2020.[2] Facebook offers your business different video ad types, placements and platforms to reach your audience with content that matches the ways they spend their time online.

Discover all the ways you can inspire audiences with video

