# Exhibit 74

https://skai.io/gtm-partners/
2022.04.16  2:03 PM



04/20/2022 AK-13901
Paul Vallez
Exhibit 5

-2-



-3-

Criteo enables advertisers to combine automated tools with manual tools for maximum efficiency and flexibility. Our automated keyword discovery and bid optimization models leverage industry-leading AI and help advertisers perform at scale. With Criteo's robust reporting, advertisers can choose from flexible attribution models and view granular results in real-time. Criteo powers the largest retail media ecosystem and works with more than 100 retailers, 1000 brands, and 50 agencies around the globe.

Learn More ▼

Learn More ▼





Show up when people search for what you offer. Google is where people search for what to do, where to go and what to buy. Your digital ads can appear on Google at the very moment someone is looking for products or services like yours. Whether they're on desktop or mobile, a well-timed ad can turn people into valuable customers.



Promote your products in Gopuff's consumer shopping experience across both app and web and track the performance of those products directly within the platform. Gopuff allows brand partners the unprecedented ability to promote individual products on the site.

Learn More ▼

Learn More ▼











Instacart is the North American leader in online

Build your business on Instragram. Drive

grocery delivery with a marketplace spanning 25,000 brick & mortar stores across more than 5,500 cities in the US & Canada.

Every day, busy people & families use Instacart to explore the largest grocery catalog in the world, where they can discover new products & buy the brands they love from the retailers they trust.

Learn More ▼

awareness, increase customers and share your story among a highly engaged audience.

Learn More ▼





Microsoft Advertising powers 36.7% of U.S. desktop searches and 11.7 billion monthly searches around the globe, plus connects you with 45.4 million searchers that Google can't reach. In fact, 27% of our clicks come from searches that are exclusive to the Microsoft Search Network. In the U.S., the Microsoft Search Network has 124 million unique searchers.

Learn More ▼

Pinterest's mission is to bring everyone the inspiration to create a life they love. In fact, 95% of Pinners state that Pinterest inspires them/gives them ideas for their life and 91% state Pinterest helps them achieve their goals. 89% of Pinners even used Pinterest for inspiration in a recent purchase.

Learn More ▼

ROUNDEL™

Shipt

Roundel is Target's entry into the media business, a sell-side business built on the principles of first party (people based) data, brand safe environments and proof that our marketing programs drive business results for our clients. Regardless of whether a client is selling something available at Target, or a product, service, or experience that is entirely separate from the Target brand, Roundel connects our clients to our guests on and off our platforms. Media is changing, so we are changing media for good.

Learn More ▼

Shipt is a multi-retailer, same-day shopping and delivery marketplace, connecting people to the fresh foods, household essentials, wellness products, office and pet supplies they need. Through its community of trusted, personal Shipt Shoppers, Shipt provides a convenient solution for customers and retailers in more than 5,000 cities nationwide.

Learn More ▼



Snap Inc. is a camera company. Snap believes that reinventing the camera represents our greatest opportunity to improve the way people live and communicate. We contribute to human progress by empowering people to express themselves, live in the moment, learn about the world, and have fun together.

Learn More ▼



Verizon Media Native integrates engaging ad experiences into our premium and trusted environments such as TechCrunch, Yahoo and HuffPost as well as quality partners including ESPN, MSN and Apple News.

Learn More ▼



Influence Walmart customers at every step of their journey. Today's shopper journey is complex. Customers no longer shop "online" or "in-store." They do both. A single shopping trip often begins online and ends in a store, with back and forth touchpoints along the way.

This is omnichannel shopping. This is Walmart.

Learn More ▼



Yahoo! Japan Corporation is a Japanese internet company originally formed as a joint venture between the American internet company Yahoo! and the Japanese company SoftBank. It is headquartered at Kioi Tower in the Tokyo Garden Terrace Kioicho complex in Kioicho, Chiyoda, Tokyo. Yahoo!

Learn More ▼



Yandex is a technology company that builds intelligent products and services powered by machine learning. Our goal is to help consumers and businesses better navigate the online and offline world. Since 1997, we have delivered world-class, locally relevant search and information services.

Learn More ▼








-6-

