# Exhibit 75

12/5/2022 at 8:40 a.m.
https://skai.io/search/







