# Exhibit 76

12/8/2022 at 11:55 a.m.
https://www.marinsoftware.com/solutions/paid-search

   

## Unmatched platform for paid search



Identify growth opportunities and maximize revenue across Google, Microsoft, Apple Search Ads, and more. Leverage audience, revenue, and contextual data from any source to drive campaign performance and growth.



**Bringing it all together**

Streamline your day with a single interface for measuring, managing, and optimizing all your paid search programs.

## Visibility across channels

Gain visibility into paid search performance with a cross-channel dashboard.





### Extends Google Ads

Supercharge Google Ads platform with support for all major ad formats.

- Enhanced Text Ads
- Responsive Search Ads
- Dynamic Search Ads
- Video Ads
- Shopping Ads
- Google Display Network
- YouTube
- Discovery Campaigns

## MarinOne Insights

Automatically identify and implement opportunities to grow revenue and decrease costs with **MarinOne Insights**. Each Insight offers an estimated impact to help you prioritize your efforts and make the biggest bang for your buck.



## Take control of your product feed

Automatically create text and shopping campaigns based on your Product Feed. Automatically clean and optimize your feed before sending it to Google Merchant Center.





## Align across channels

Align Shopping Ads with Amazon Sponsored Search by sharing information across the two biggest search publishers.

## Cross-channel measurement solutions close the loop

Track online and offline conversions with Marin Tracker or any other third party tracking system.



## Predictive results

Predict conversions, revenue, and profit at varying levels of spend across publishers for better budgeting decisions.





## Optimize links & extensions

Optimize Sitelinks and other campaign extensions.



## Improve performance with MarinOne bidding

Outperform Smart Bidding with MarinOne Bidding that runs across publishers and accounts.

Learn More



