# Exhibit 78

12/8/2022 at 12:07 a.m.
https://business.adobe.com/products/advertising/adobe-advertising-cloud-features.html



*DSP*

**All on the same page when you're all on the same platform.**
Visualizing an omni-channel strategy is easier when you have a unified demand-side platform. Adobe Advertising Cloud DSP is the most comprehensive, agnostic platform that gives you access to ad inventory for practically any media and provides all the tools for quality-control, measurement, and optimization.



> Adobe Analytics integration

> Attribution and measurement

> Brand safety tools

> Brand surveys and testing

> Efficiency tools

> Enterprise DSP tools

> Multivariate targeting

> People-based marketing

> Premium inventory management

-2-



Recommended for you



Report

**The digital forms maturity model.**

Assess where you're at in your digital transformation journey and what you need to do to reach maturity.

**Read report**

Report

**Transform your customer's experience with personalized communications**

Learn the top three ways to create engaging personalized communication with your customers.

**Read report**

Report

**The Business Value of Adobe Experience Manager Assets**

IDC interviewed organizations using Experience Manager Assets. See what they learned.

**Read report**

-3-

