# Exhibit 79

# Supported engines

You can use Search Ads 360 to create, manage, and report on campaigns for the following engines:

- Google Ads
- Microsoft Advertising (may also be referred to as Microsoft Ads)
- Yahoo! Japan Sponsored Products (may also be referred to as Yahoo! Japan)
- Baidu

Starting March 2022, Yahoo! Gemini engine accounts within Search Ads 360 will be migrated to engine track accounts. Learn more.