# Exhibit 80

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

State of Colorado, *et al.*,

                  Plaintiffs,

    v.

Google LLC,

                  Defendant.

Case No. 1:20-cv-03715-APM

HON. AMIT P. MEHTA

**FILED UNDER SEAL**

## DECLARATION OF EDUARDO INDACOCHEA

I, **Eduardo Indacochea**, declare as follows:

      1.      My title is Senior Director, Ads at Google, LLC.  I have held this position since November 2020.  I make this Declaration in support of Defendant Google LLC's Motion for Summary Judgment regarding the Complaint filed in *State of Colorado, et al. v. Google LLC*, Case No. 1:20-cv-03715 (APM).

      2.      This Declaration reflects my personal knowledge as an employee of Google, LLC, since November 2020.  Prior to November 2020, I was employed by Microsoft, Inc., but this Declaration does not contain any information relating to my prior employment.

      3.      As part of my role and responsibilities with Google LLC, I oversee employees who are responsible for Google's Search Ads 360 ("SA360").  SA360 is an advertising tool that allows advertisers to buy and manage search advertising across multiple search engines.  I have personal knowledge of the facts described below as a result of my employment with Google.  If called as a witness, I could and would testify competently to these facts.

**Development and Launch of Google's New SA360 Platform**

       4.      SA360 allows advertisers to buy and manage search advertising across multiple search engines, including Google, Microsoft Bing, Yahoo! Japan, and Baidu.

       5.      In February 2022, Google launched a new version of SA360.  The new platform was launched after █████████ of rebuilding SA360's infrastructure, and building a new user interface, and support for more search engine features and campaign types.  Google announced the new platform in a February 2022 blog post that described the launch of the re-built platform, and a help page for advertisers that explains the new interface.  Google, *Introducing the new Search Ads 360*, available at https://blog.google/products/marketingplatform/360/introducing-new-search-ads-360/; Google, *Introduction to the new Search Ads 360 UI*, available at https://support.google.com/sa360/answer/9899821?hl_en-GB.

**Build and Integration of Microsoft Features into New SA360 Platform**

       6.      SA360 offers advertisers a range of engine-specific features for Microsoft Advertising (or "Microsoft Ads").  The available features for Microsoft Ads can be viewed (a) on ████████████████████████████ and (b) help pages available online that list the available feature.

       7.      During the ████████ rebuild of the SA360 platform, Google developed new features for Google Ads and Microsoft Ads.  Among the over ten features developed for Microsoft Ads were call extensions, dynamic search ads, responsive search ads, and local inventory ads. ██████████████████████████████████████████ ██████████████

8. ████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████

9. ████████████████████████████████████████████

████████████████████████████████████████

10.     Advertisers using the new SA360 platform can use call extensions, dynamic search ads, responsive search ads, and local inventory ads for Microsoft Ads.

\*       \*       \*       \*

I declare under penalty of perjury, 28 U.S. Code § 1746, that the foregoing is true and correct.

Executed on this 9th Day of December, 2022, in Kirkland, Washington.

DocuSigned by:

*Eduardo Indacochea*

Eduardo Indacochea