# Exhibit 81

# Facebook and Instagram features in Search Ads 360

Last updated December 4, 2020

Search Ads 360 can report metrics and conversions for Facebook and Instagram. Search Ads 360 does not create, edit, or pause campaigns, change bids or make other types of changes. However, some Facebook Marketing Partners can send Floodlight conversion data to Facebook/Instagram, which can then be used for bidding decisions. Contact your Facebook Marketing Partner for more information.

## Supported features

### Facebook Marketing Partners

To facilitate the process of collecting performance data from Facebook, Search Ads 360 is integrated with the following Facebook Marketing Partners:

 Mediaocean

Smartly.io

Coming soon:
 Brand Networks

Sprinklr is not currently supported.

If you don't use one of the supported Facebook Marketing Partners, you can still report on Facebook and Instagram, but collecting performance data may require manual steps on your part.

### Reporting

- Floodlight conversions
- Performance metrics (such as clicks, impressions, and cost)
- Engagement metrics

Performance and engagement metrics must be downloaded from Facebook/Instagram and imported into Search Ads 360. Some Facebook Marketing Partners can automatically download and import these metrics.

### Ads

#### With a Facebook Marketing Partner

If your Facebook engine account accesses data through one of the supported Facebook Marketing Partners, the **types of ads supported in Search Ads 360 depend on the partner**. Contact your Facebook Marketing Partner for more information.

#### Without a Facebook Marketing Partner

The table below lists the types of Facebook and Instagram ads, and indicates if Search Ads 360 and Campaign Manager 360 can report on them **if you aren't using a Facebook Marketing Partner**.

| Ad type | Performance and engagement metrics | Click tracking | | View tracking | |
|---|---|---|---|---|---|
| | | With targeting | Without targeting | With targeting | Without |
| Image | Yes | Yes | Yes | No | Yes |
| Video | Yes | Yes | Yes | No | Yes |

| Ad type | Performance and engagement metrics | Click tracking | | View tracking | |
|---|---|---|---|---|---|
| | | With targeting | Without targeting | With targeting | Without |
| Carousel | Yes | Yes Can't report on specific images | Yes Can't report on specific images | No | Yes Can't re specific |
| Slideshow | Yes | Yes | Yes | No | Yes |
| Links | Yes | Yes | Yes | No | Yes |
| Lead ad | Yes | No | Yes | No | Yes |
| Facebook post (Photo, Video, Text, Canvas, Page Likes, Event response) | Yes | No | Yes | No | Yes |
| News feed (Facebook) | Yes | No | Yes | No | Yes |
| Canvas | Yes | No | No | No | No |
| Collection (Facebook) | Yes | No | No | No | No |
| Dynamic ads for catalogs (Facebook) | Yes | Yes | Yes | No | Yes |
| Offer Ads | Yes | No | No | No | No |

## Facebook properties in which click tracking is supported

The following Facebook properties support click tracking as described in the table above:

- Desktop web site or mobile web site
  If a user clicks an ad in the Facebook web site on a desktop or mobile device, Floodlight tags on the landing page can report a conversion.
- WebViews launched from the Facebook app
  If a user clicks an ad in the Facebook app, Floodlight tags on the landing page can report a conversion **if the landing page is in a WebView.**

  If the landing page is outside the Facebook app, Floodlight cannot report a conversion.

## Other types of Facebook/Instagram ads

If you're using ad types that aren't listed in the table above, use these general guidelines to determine if Search Ads 360 and Campaign Manager 360 can report on them **if you aren't using a Facebook Marketing Partner with Facebook:**
Click tracking and view tracking can be used on any type of website or mobile ad format that **includes a "Link URL" field**. These types of ads are usually in campaigns with "website clicks" and "website conversions" objectives.

## Remarketing

Search Ads 360 can build lists of customers who click your search ads and Facebook/Instagram ads. Once the lists contain enough users to satisfy engine requirements, you can use the engines or Display & Video 360 to re-engage your customers on search, social, or display channels. Learn more about cross-channel remarketing in Search Ads 360.

**Next steps**

Create a Facebook/Instagram engine account in Search Ads 360.

- 3 -