# Exhibit 82

# Twitter features in Search Ads 360

Last updated November 24, 2020

Search Ads 360 can report Floodlight conversions for Twitter. Search Ads 360 does not create, edit, or pause campaigns, change bids or make other types of changes.

To enable conversion reporting for Twitter accounts, Search Ads 360 requires you to use the Mediaocean Preferred Marketing Developer (PMD).

## Supported features

### Preferred Marketing Developers

 Mediaocean

Using Mediaocean is required to report conversions for Twitter in Search Ads 360.

### Reporting

- Floodlight conversions

### Ads

- Website cards
- Video website cards

### Remarketing

Search Ads 360 can build lists of customers who click your search ads and Twitter ads. Once the lists contain enough users to satisfy engine requirements, you can use the engines or Display & Video 360 to re-engage your customers on search, social, or display channels. Learn more about cross-channel remarketing in Search Ads 360.

## Unsupported features

### Reporting

- Performance metrics (such as clicks, impressions, and cost)
- Engagement metrics
- Paid social reports and attribution reports in Campaign Manager 360 **do not include impression and viewthrough conversion metrics** for Twitter ads.

### Next steps

Create a Twitter engine account in Search Ads 360.