# Exhibit 95

12/5/2022 at 9:30 a.m.
https://about.ads.microsoft.com/en-us/solutions/tools/automated-bidding



# Automated bidding

With ever-expanding keyword lists and targeting options, managing bids efficiently can be difficult and time-consuming. Automated bid strategies from Microsoft Advertising give you flexible, advanced tools to save you time and maximize your ad spend.

Let us help you achieve your specific business goal with automated bidding.

## Why use automated bid strategies?

- **Enhanced CPC**
  Modifies your bids for better efficiency. Compatible with text ads, Dynamic Search Ads, and shopping campaigns.

- **Maximize Clicks**
  Helps you get as many clicks as possible. Compatible with text ads, Dynamic Search Ads, and shopping campaigns.

- **Maximize Conversions**
  Helps you get as many conversions as possible. Compatible with text ads and Dynamic Search Ads.

- **Target CPA**
  Helps you get as many conversions as possible, within your target cost per acquisition (CPA). Compatible with text ads and Dynamic Search Ads.

- **Target ROAS**
  Sets your bids to achieve your target return on ad spend (ROAS). Compatible with text ads, Dynamic Search Ads, and shopping campaigns.

> Questions? Talk to an expert.

## Select one of our automated bid strategies today

Use automated bid strategies to ensure you're bidding effectively and maximizing the number of clicks and conversions. Learn which markets each bid strategy is available in by visiting our Automated Bidding help page.

> Manage your automated bid strategy

> Questions? Talk to an expert.

Recommended for you



EBOOK
The Rise of Sustainable Media - Read the global study in Dutch, English, French, German, Italian or Spanish

March 2022

ARTICLE
Measure your impact with Conversion Tracking

ARTICLE
Sharpen customer targeting with Custom Audiences

TOOL
Manage customized tasks in a user-friendly, programmatic way with Scripts

-2-