IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                Plaintiffs,<br><br>  v.<br><br>Google LLC,<br><br>                Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA<br><br>█████████████ |
| State of Colorado, *et al.*,<br><br>                Plaintiffs,<br><br>  v.<br><br>Google LLC,<br><br>                Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA<br><br>█████████████ |

**EXHIBITS TO DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF ITS
<u>MOTION FOR SUMMARY JUDGMENT</u>**

# LIST OF EXHIBITS[1]

| Exhibit No. | Description of Exhibit |
|---|---|
| 130 | Excerpts of Transcript of Deposition of Professor Michael D. Whinston (DOJ Plaintiffs' Expert) (Nov. 9-10, 2022) |
| 131 | Excerpts of Transcript of Deposition of Professor Jonathan Baker (Colorado Plaintiffs' Expert) (Nov. 21-22, 2022) |
| 132 | Joint Status Report on Microsoft's Compliance with the Final Judgments, *United States v. Microsoft Corp.*, No. 98-1232-CKK, ECF 827 (D.D.C. May 12, 2006) |

---

[1] To aid in the Court's review, exhibits containing deposition transcripts include all the pages cited in Google's Opening submission, Plaintiffs' Opposition, and any additional pages cited in Google's Reply submission.