**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| State of Colorado, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>Google LLC,<br><br>        Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA<br><br>**FILED UNDER SEAL** |

**EXHIBITS TO DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF ITS
<u>MOTION FOR SUMMARY JUDGMENT</u>**

# LIST OF EXHIBITS[1]

| Exhibit No. | Description of Exhibit |
|---|---|
| 117 | Excerpts of Transcript of Deposition of Professor Jonathan B. Baker (Plaintiffs' Expert) (Nov. 21-22, 2022) |
| 118 | Excerpts of Transcript of Deposition of Google Employee and Former Microsoft Employee Eduardo Indacochea (May 2, 2022) |
| 119 | *Dynamic Search Ads for Microsoft Advertising*, https://support.google.com/sa360/answer/9838683?hl=en (last accessed Feb. 18, 2023) |
| 120 | ██████████████████████████ |
| 121 | ██████████████████████████ |
| 122 | ██████████████████████████ |

---

[1] To aid in the Court's review, exhibits containing deposition transcripts include all the pages cited in Google's Opening submission, Plaintiff States' Opposition, and any additional pages cited in Google's Reply submission.