# Exhibit 119

2/18/2023 at 8:00 p.m.
https://support.google.com/sa360/answer/9838683?hl=en



## Ad group settings

| Setting | Description |
| --- | --- |
| Categories recommended for your website | Use dynamic target categories recommended for your website to select several pages that match a specific theme for your targeting goals.<br><br>You can also exclude pages on your website that you don't want to be used for generating your ads. |
| Specific webpages | Include specific pages from your website domain based on their category, page content, page title, or URL. You can select different bids for different sections of your website or exclude pages on your website that you don't want to be used for generating your ads. |
| All webpages | Generate Dynamic Search Ads based on all webpages available in your website domain. |

| Setting | Description |
| --- | --- |
| Final URL | A **landing page is dynamically selected** for your ad based on whether its content matches the search phrase that caused your ad to show.<br><br>Since landing pages are dynamically selected, you should only edit the landing page URL to insert ValueTrack parameters for tracking purposes. |
| Headline | Microsoft dynamically generates this headline, taking it from content on your website and the search phrase that caused your ad to show. |
| Display URL | To create the Display URL in your expanded dynamic search ad, Microsoft will combine the domain of your landing page with dynamically generated path text. |
| Description | Enter more details about your product or service. |
| Tracking template | Tracking templates contain URLs that send measurement data to one or more tracking services when someone clicks your ad. You can add tracking templates at different levels in your account. The templates at lower levels override templates from higher up.<br><br>If a tracking template already contains the Search Ads 360 tracking URL, completely remove the Search Ads 360 URL before adding another URL. After you save your changes, Search Ads 360 reformats the template so its tracking URL comes first and the additional URL comes next. |
| Final URL suffix | This will be added to the end of your final URL. A Final URL suffix contains URL parameters that your site uses for tracking purposes. Parameters that determine the content of a page should be added to the Final URL, and parameters used by tracking services should be added to a tracking template.<br><br>Example: param1=value1&param2=value2 |
| Custom parameter | A URL parameter that you can define. They can be used in your final URL and tracking template. |

Give feedback about this article

Was this helpful?   Yes   No