AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010 |
| Google, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arkansas.

Date: 03/16/2023

/s/ Matthew M. Ford
*Attorney's signature*

Matthew M. Ford, AR2013180
*Printed name and bar number*

323 Center Street, Suite 200, Little Rock, AR 72201
*Address*

matthew.ford@arkansasag.gov
*E-mail address*

501-682-8062
*Telephone number*

501-682-8118
*FAX number*