UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> GOOGLE, LLC <br><br> Defendant | CASE NO. 1:20-cv-03010 <br><br> HON. AMIT P. MEHTA |

### MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, Assistant Attorney General Matthew M. Ford, attorney for the State of Arkansas, *ex rel*. Tim Griffin, Attorney General ("the State"), and for its Motion to Substitute, states:

1. David A.F. McCoy is no longer employed at the Office of the Arkansas Attorney General.

2. Johnathan R. Carter is no longer employed at the Office of the Arkansas Attorney General.

3. Keaton Barnes is no longer employed at the Office of the Arkansas Attorney General.

4. Matthew M. Ford has been reassigned this case and will be the attorney of record for the State of Arkansas.

5. The undersigned counsel has conferred by email with opposing counsel regarding this motion. Defendant does not oppose the motion.

WHEREFORE, the State of Arkansas respectfully moves the Court to issue an order substituting Matthew M. Ford in place of David A.F. McCoy, Johnathan R. Carter, and Keaton Barnes for the State of Arkansas in this matter.

Dated: March 16, 2023                                 Respectfully submitted,

                                            **PLAINTIFF, STATE OF ARKANSAS:**
                                            **TIM GRIFFIN, Attorney General**

By:     */s/Matthew M. Ford*
        Matthew M. Ford
        Arkansas Bar No. 2013180
        Assistant Attorney General
        Office of the Arkansas Attorney General
        323 Center Street, Suite 200
        Little Rock, AR 72201
        Phone: (501) 682-8062
        Fax: (501) 682-8118
        Email: Matthew.Ford@ArkansasAG.gov