**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>       Plaintiffs<br><br>v.<br><br>GOOGLE, LLC<br><br>       Defendant | CASE NO. 1:20-cv-03010<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL**

NOW, on this ___ day of _____, 2023, comes on for consideration, the Motion to Substitute Counsel filed by the Plaintiff, State of Arkansas, *ex rel*. Tim Griffin, Attorney General. The Motion to Substitute Counsel is granted. David A.F. McCoy, Johnathan R. Carter, and Keaton Barnes are hereby withdrawn as counsel of record for the State of Arkansas, and it will continue to be represented by Attorney Matthew M. Ford.

                   **IT IS SO ORDERED.**

                   _____
                   Hon. Amit P. Mehta