AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Montana.

Date: 03/16/2023

/s/ Anna K. Schneider
*Attorney's signature*

Anna K. Schneider, MT Bar No. 13963
*Printed name and bar number*

PO Box 200151
Helena, MT 59620-0151

*Address*

anna.schneider@mt.gov
*E-mail address*

(406) 594-9936
*Telephone number*

(406) 444-3549
*FAX number*