# Exhibit 1

# About spaces and group conversations

You can use spaces or group conversations in Google Chat to communicate with one or more people.

- **Spaces**: A central place where people can share files, assign tasks, and stay connected.
- **Group conversations:** Chat directly with a group. For example, use group conversations to have a quick discussion after a meeting.

**Tips:**

- You must use a Google Workspace account to create a space grouped by topic.
- Group conversations are not threaded or grouped by topic.

## Should I use a space or group message?

| | Spaces | Group conversations |
|---|---|---|
| **Purpose** | Collaborate on long-term projects with teams or specific groups. | Direct message with 2 or more people. |
| **Message history** | **Spaces with in-line threading:** History is on by default and kept based on your organization's policy.<br><br>If you use a work or school Google Account, the administrator may turn history on or off.<br><br>When history is:<br><br>- **On:** Messages follow your organization's data retention policy. If you use a personal account, messages are kept indefinitely.<br>- **Off:** Messages are removed after 24 hours.<br><br>**Spaces grouped by topic:** History is on by default and can't be turned off.<br><br>**Tip:** You can only use a space grouped by topic if you use a school or work Google Account.<br><br>**Important:** If no one joins a space and the creator leaves, a space created by a personal account is deleted after 5 days. | If you use a Google Workspace account, history depends on your organization's settings. History can be:<br><br>- **Off:** Messages are removed after 24 hours.<br>- **On:** Messages follow your organization's data retention policy.<br><br>**Tip:** If participants leave a group conversation created by a personal account, the conversation is deleted after 5 days. |

| Name | The space creator chooses a space name. **Tips:** <ul><li>If you use a Google Workspace account and someone in your organization created the space, you can change a space name.</li><li>If the space was created by a personal account, any space member can change the space name.</li></ul> | Member names are listed. |
|---|---|---|
| Description | The room creator chooses a room description. | Group conversations don't have descriptions. |
| Default Notifications | Members are notified for conversations they're in or when @mentioned. These are default settings and can be changed. Turn Google Chat notifications on or off. | Members are notified for every message. These are default settings and can be changed. Turn Google Chat notifications on or off. |
| Membership | Members can leave and rejoin. | Members can leave and rejoin. **Tip:** For group conversations created before December 2020, members may not be able to leave. |
| Multiple chat spaces with the same people | Can have 2 or more spaces with the same group. | Can have 2 or more conversations with the same group. |
| Create and assign tasks | Can create and assign tasks to other space members. | Unnamed group conversations don't have task features. |
| Shared files | Can share files and view a list of files shared with the space. | Can share files with the group, but can't view a list of the files. |

---

## Need more help?

Try these next steps:

 **Ask the Help Community**

Get answers from community experts