# Exhibit 5

```
                                             Volume 1

                                             Pages 1 - 144

                 UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

IN RE GOOGLE PLAY STORE                      )
ANTITRUST LITIGATION                         )   NO. 21-md-02981-JD
_____)
                                             )
THIS DOCUMENT RELATES TO:                    )
                                             )
Epic Games, Inc. vs. Google LLC, et al.,     )
Case No. 3:20-cv-05671-JD                    )
                                             )
In Re Google Play Consumer Antitrust         )
Litigation, Case No. 3:20-cv-05671-JD        )
                                             )
State of Utah, et al. v. Google LLC,         )
et al., Case No. 3:21-cv-05227-JD            )
                                             )
Match Group, LLC, et al. vs. Google LLC,     )
et al., Case No. 3:22-cv-02746-JD            )
                                             )
_____)

                                 San Francisco, California
                                 Thursday, January 12, 2023
```

**TRANSCRIPT OF PROCEEDINGS**

**IN RE EVIDENTIARY HEARING ON CHAT PRESERVATION**

**APPEARANCES**:

```
For Plaintiff Epic Games in C 20-05671 JD:
                CRAVATH SWAINE AND MOORE LLP
                825 Eighth Avenue
                New York, New York 10019
           BY:  LAUREN ANN MOSKOWITZ, ATTORNEY AT LAW
                GARY A. BORNSTEIN, ATTORNEY AT LAW

          (APPEARANCES CONTINUED ON FOLLOWING PAGE)

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter
```

1     Thank you.

2                **DIRECT EXAMINATION**

3 **BY MR. ROCCA:**

4 **Q.** Mr. Lopez, can you please, again, introduce yourself for
5 the Court?

6 **A.** Yes. I'm Genaro Lopez.

7 **Q.** Where are you currently employed?

8 **A.** I work for Google.

9 **Q.** Where are you based?

10 **A.** I'm based in the Bay Area. My office is here in
11 San Francisco, and I live in Berkeley, California.

12 **Q.** How long have you been employed at Google?

13 **A.** A little over three years.

14 **Q.** What is your current job title?

15 **A.** I am the information governance lead.

16 **Q.** As information governance lead, what are your job
17 responsibilities?

18 **A.** Yeah. I manage a team that's responsible for ensuring
19 that Google's corporate data is appropriately retained,
20 communicated to employees, secured, and disposed of after its
21 useful life.

22 **Q.** Why does Google need someone like you, information
23 governance lead, to help manage information as you just
24 described?

25 **A.** Yeah. Well, Google is a very complex and diverse place.

1  So I spend a lot of my time helping to coordinate our
2  activities across functions, internal teams, to make sure that,
3  to the fullest extent possible, we're making holistic decisions
4  about our management of corporate data.
5  **Q.**  Do you have any prior experience in information
6  management?
7  **A.**  Yes.
8  **Q.**  Please briefly describe that to the Court.
9  **A.**  Yeah.  So prior to Google, I spent almost a decade at
10 Nike, where I was the director of information governance.
11 **Q.**  Briefly describe your educational background.
12 **A.**  I have a bachelor's in biology from UC Berkeley and a J.D.
13 from Lewis & Clark Law School.
14 **Q.**  Are you a practicing lawyer?
15 **A.**  No.
16 **Q.**  Do you have any professional certifications related to
17 information management?
18 **A.**  Yes.  I have an Information Governance Professional
19 certificate from ARMA International.
20 **Q.**  Mr. Lopez, as information governance lead, do you play a
21 role in setting the retention periods for categories of
22 documents at Google?
23 **A.**  Yes.
24 **Q.**  What is your general approach for setting those retention
25 periods?

1  **A.**  We look at and evaluate the business value of the item in
2  question and set our retention periods appropriately.
3  **Q.**  Let's talk about now how Google employees create
4  information.
5       What are the primary tools that Google employees use to
6  document their business activities?
7  **A.**  Yeah.  Primarily, we use the different applications in the
8  Google Workspace suite.
9  **Q.**  And can you describe what those applications are?
10 **A.**  Yeah.  They're things like Gmail, Docs, Sheets, and
11 Slides.
12 **Q.**  What are Sheets?
13 **A.**  Yeah.  Sheets are like a spreadsheet, like Microsoft
14 Excel.
15 **Q.**  Got it.  What is Google Drive?
16 **A.**  Google Drive is a cloud-based storage solution.
17 **Q.**  Does each employee at Google have a Google Drive account?
18 **A.**  Yes.  Yes, we do.
19 **Q.**  Can you describe to the Court what types of documents
20 employees typically store in their Google Drive account?
21 **A.**  Yeah.  A typical Google Drive will have all of the things
22 that you would create via one of those Google Workspace apps,
23 as well as any other file formats that you might receive or
24 create in the course of your job; things like PDFs, other file
25 formats that might come from Office 365.

1  **Q.** For purposes of this next series of questions, Mr. Lopez,
2  let's assume there's no litigation hold in place.
3  Is there a company retention policy that automatically
4  deletes documents stored on an employee's Google Drive?
5  **A.** No, there's not.
6  **Q.** What does that mean from a document retention perspective?
7  **A.** That means that that item will remain on our systems
8  indefinitely unless removed by the Googler themselves.
9  **Q.** Do you take that approach with Google Drive because of the
10 nature of the business information retained there?
11 **A.** Yes, we do.
12 **Q.** Can you please describe that for the Court?
13 **A.** Yeah. So we -- we evaluate the items in our Google Drives
14 as the most business critical for the company. Some of them
15 need to be retained indefinitely because they are foundational
16 documents. Some of them relate to really critical IP. So we
17 do everything we can to ensure we're not unintentionally losing
18 any of those items.
19 **Q.** Let's talk now about communications. What is the primary
20 tool that Google employees use to communicate about their
21 business activities?
22 **A.** We primarily use Gmail.
23 **Q.** Does each employee have a corporate Gmail account?
24 **A.** Yes, we do.
25 **Q.** Again, assuming there's no legal hold in place, is there a

1   standard retention policy for e-mails that are stored in an
2   employee's Gmail account?
3   **A.**   Yes, there is.
4   **Q.**   What is that policy?
5   **A.**   That is 18 months by default.
6   **Q.**   Earlier you testified that Google Drive documents can be
7   kept indefinitely.  Why is there a different approach with
8   respect to Gmail?
9   **A.**   Yeah.  And that all comes back to the business value
10  assessment of e-mails versus items in a Drive and the fact that
11  for most Googlers, 18 months is a sufficient amount of time for
12  them to complete work on a specific project, the topics that's
13  probably included in e-mails; and then when 18 months has
14  passed, there's likely very little archival or reference value
15  in an e-mail.
16  **Q.**   If a Google employee has a business need to keep an e-mail
17  longer than the 18 months, is there a way for them to do that?
18  **A.**   Yes.
19  **Q.**   Can you please describe that briefly?
20  **A.**   Sure.  Googlers have access to a special label to mark
21  individual e-mails as "Indefinite," and they are able to do
22  that at their discretion.
23  **Q.**   Okay.  Let's talk now about Google Chat.  What is
24  Google Chat?
25  **A.**   Google Chat is a communications instant messaging tool.

1  **Q.**  In laymen's terms, what is "instant messaging tool"?
2  **A.**  Yeah.  It's like sending a text message.  It's just a way
3  to quickly communicate with other individual employees.
4  **Q.**  Why does Google offer Google Chat as a tool for its
5  employees?
6  **A.**  It's all about enhancing collaboration and communication
7  among employees.
8  **Q.**  As lead of information governance, what is your general
9  expectation of how Google employees typically use chats?
10 **A.**  Yeah.  Typically, it's those quick, one-off, "Hey, I have
11 a quick question for you.  Want to grab coffee?"  You know,
12 those types of kind of time-sensitive kind of queries and
13 conversations.
14 **Q.**  Is it possible for an employee to use Google Chats to
15 convey important information?
16 **A.**  Yes.
17 **Q.**  Is it possible for employees to use Google Chats to
18 communicate for the purpose of building a community at Google?
19 **A.**  Absolutely.
20 **Q.**  Can you give an example of that?
21 **A.**  Sure.  So, for example, we have internal group chats on
22 any number of topics.  I have a long-standing group chat with a
23 series of co-workers and friends where we now share the most
24 sensitive things:  birth announcements, someone gets a
25 promotion.  All of those types of things happen in our group

1   chats.

2   **Q.**   Are there different types of Google Chats?

3   **A.**   Yes.

4   **Q.**   Please describe those for the Court.

5   **A.**   Yeah.  The main types of chats are one-on-one group chats
6   and what are called rooms or spaces.

7   **Q.**   Let's take those in turn.

8          You mentioned one-on-one chats.  How do one-on-one chats
9   work?

10  **A.**   Very straightforward.  It's simply one person having a
11  conversation with one other person.

12  **Q.**   At this point, Mr. Lopez, can you please refer in your
13  exhibit to Exhibit 104, which is in a 104 tab.

14  **A.**   Mm-hmm, yep.

15  **Q.**   What is that exhibit?

16  **A.**   Yeah.  This is a screenshot of a one-on-one chat.

17  **Q.**   Does this screenshot accurately depict what a sample
18  one-on-one chat at Google would look like?

19  **A.**   Yes, it does.

20  **Q.**   Can you please describe for the Court the elements of
21  what's on this screenshot?

22  **A.**   Yeah.  So what you see here is the names of the people who
23  are involved in the one-on-one chat.  So here it's Jeffrey
24  Clark and Ann Gray.

25         You also see some information about the retention periods

1  **Q.**   Would you please read the first sentence of the first
2  paragraph of this Chat retention policy.
3  **A.**   Sure.  So (as read):
4         "Our Google Chat retention policy aims to reduce
5         redundant, obsolete, and trivial information in
6         corporate chats."
7  **Q.**   My question is:  Why is that an aim of the Google Chat
8  retention policy, to reduce redundant, obsolete, and trivial
9  information?
10 **A.**   Yeah.  Very simply, it's because Google, like any large
11 organization, is experiencing an explosion of information
12 that's created by every single employee every single day in
13 their everyday roles.  So it's really critical for us to do
14 everything we can to minimize the amount of obsolete or trivial
15 information and try to ensure that we're only keeping those
16 items that are absolutely necessary to do our jobs.
17 **Q.**   Now, are there privacy issues that you have in mind when
18 you try to achieve this aim?
19 **A.**   Yes.
20 **Q.**   Can you please describe that for the Court?
21 **A.**   Sure.  You know, one of the things that I monitor in my
22 role are developments in things like Europe's GDPR regulation.
23 California has CCPA.  All of those are focused on ensuring that
24 we have a legitimate business reason to continue to retain data
25 on our systems.

1   And so we take the same philosophical approach and make
2   sure that we're asking ourselves what is the reason why we are
3   continuing to retain this. And if we can't answer that
4   question, then we should be doing everything we can to minimize
5   that retention.
6   **Q.** Beyond the privacy issue, are there any other policy
7   issues that you have in mind when you develop this policy?
8   **A.** Yeah, there are a few other considerations that we take
9   into account. There's the -- the common fact of the storage.
10   The cost of storage of exploding volumes of data is expensive.
11   We also think about the cybersecurity risks associated
12   with keeping large volumes of unnecessary data in our systems.
13   That's a really attractive target to any bad actor who might be
14   looking to breach our systems.
15   And then we look at it from the employees' perspective,
16   which is when it's all about productivity and efficiency,
17   because there's nothing more frustrating than having to sift
18   through large collections of old files just to try to find the
19   one that's actually related to what you're up to on that
20   particular day.
21   **Q.** Let's look at some of the bullet points in this retention
22   policy, again referring to Exhibit 1.
23   The first bullet says, quote (as read):
24       "24 hours if history is off."
25   Do you see that?

1  **A.**  Yes.
2  **Q.**  What does that mean?
3  **A.**  That means that if you're in a one-on-one chat and the
4  history is off, that will only be retained for 24 hours.
5  **Q.**  Is that 24-hour retention setting for history-off chats a
6  standard feature of the Google Chat product?
7  **A.**  Yes, this is a standard product feature, and it's the same
8  for all Google Workspace customers around the globe.
9  **Q.**  The next bullet says (as read):
10         "30 days for history-on chats with just one
11     other person."
12     Do you see that?
13 **A.**  Yes.
14 **Q.**  What does that mean?
15 **A.**  Yeah.  This means that if you are in a same one-on-one
16 chat and you've turned history on, those messages will be
17 retained for 30 days.
18 **Q.**  From an information governance perspective, does the
19 30-day retention period for history-on one-on-one chats reflect
20 any particular view on the business value of a chat
21 communication?
22 **A.**  Yes.
23 **Q.**  Please explain that.
24 **A.**  Yeah.  So we think about differentiating between the
25 business value of an e-mail, which is a very formal, very

1   substantive type of communication, to a one-on-one chat, which
2   even with history on is judged to be less substantive, probably
3   more quick one-on-one, you know, conversation back and forth.
4   And so as a result, we've adjusted the retention period for
5   those one-on-one conversations.
6       **MR. ROCCA:**  Your Honor, Google requests that DXCH-1 be
7   admitted into evidence.
8       **THE COURT:**  It's admitted.
9       (Defense Exhibit DXCH-1 received in evidence.)
10  **BY MR. ROCCA:**
11  **Q.**   Mr. Lopez, what steps does an employee need to take in
12  order to turn history on for a chat?
13  **A.**   Yeah.  Very straightforward.  So in the product, there's a
14  little three-button menu.  You click on that.  The next section
15  you get to has a button that says "Turn history on."
16  **Q.**   If you refer to Exhibit DXCH-107 in your binder,
17  Mr. Lopez.
18  **A.**   Yep.
19  **Q.**   Can you please tell the Court what that is?
20  **A.**   Sure.  So the left-hand screenshot is just showing where
21  you're starting from.  So you're in a one-on-one chat; the
22  history is off.
23      Then you would click on those three dots up on the upper
24  right.  That would open a menu.  That's the center screenshot.
25  There you see a prominent option which says "Turn on history."

1    that DXCH-108 be admitted into evidence.
2            **THE COURT:**  Admitted.
3            (Defense Exhibit DXCH-108 received in evidence.)
4    **BY MR. ROCCA:**
5    **Q.**   Now, let's turn back to the retention policy, which was
6    Exhibit 1, Tab 1 of your binder.
7            If you recall, Mr. Lopez, we had covered the first two
8    bullets.  Now I want to get to the third set of bullets.
9            Can you briefly describe for the Court what that set of
10   bullets is addressing?
11   **A.**   Yeah.  So this is describing, if you're in a group chat or
12   a room or space where the history is on, those messages will be
13   retained for 18 months.
14   **Q.**   The fourth standalone bullet says, quote (as read):
15           "18 months for chats in a threaded room (history
16       is always on and can't be turned off)."
17           Do you see that?
18   **A.**   Yes.
19   **Q.**   Why is history always on and can't be turned off for chats
20   in a threaded room?
21   **A.**   Yeah.  That's just one of the options that the product
22   team created.  So it has a different type of settings than the
23   other types of chats that we've talked about.
24   **Q.**   And how does the 18-month retention period for threaded
25   rooms and spaces compare to the retention period for e-mails we

1  had talked about earlier?
2  **A.**   Yeah.  They very intentionally are the same.  And we think
3  that that's helpful for employees to start to -- who are more
4  familiar with the 18-month default in e-mail, and they can then
5  understand the way that their messages will be retained in the
6  same 18-month time period.
7  **Q.**   From an information governance perspective, can you please
8  again make it clear.  Why does Google have a shorter retention
9  period for chats compared to e-mails?
10 **A.**   Solely related to the expected business value of those
11 messages versus e-mails that might be in your inbox.
12 **Q.**   From your perspective as lead for information governance
13 at Google, is it a sensible approach to have a different
14 retention period for chats than these other types of documents
15 we talked about earlier?
16 **A.**   Absolutely.  It is a best practice to be tailoring the
17 retention periods to the business value of the type of
18 information.  And having a one-size-fits-all is not a
19 recommended best practice, and so we try to be really specific
20 and tailor the retention periods to the type of information
21 involved.
22         **THE COURT:**  May I?
23         What do you mean by "business value"?
24         **THE WITNESS:**  Yeah.  I mean the archival or reference
25 value; what's the likelihood that that employee will have to

1  refer back to that information because it's, you know, relevant
2  to some other project that they're working on.
3  **BY MR. ROCCA:**
4  **Q.** Now, Mr. Lopez, so far we've been talking about Google's
5  retention policies in the absence of a legal hold.
6      I'd like to now ask you about retention and preservation
7  policies that come into play when a legal hold is in place.
8      Do you have any role in implementing legal holds for
9  specific matters?
10 **A.** No.
11 **Q.** Do you have a general understanding of how Google
12 approaches this from a standard practice perspective?
13 **A.** Yes.
14 **Q.** Is there any general guidance available to Google
15 employees related to the preservation of chats that may be
16 subject to a legal hold?
17 **A.** Yes.
18 **Q.** Where is that guidance maintained?
19 **A.** That's maintained in a FAQs page that accompanies our
20 Chat retention policy.
21 **Q.** Please turn to Exhibit 2, DXCH-2 in the binder.
22     Are you with me?
23 **A.** Yep.
24 **Q.** What is this document?
25 **A.** This is the page of the FAQs that I just described.

talking about is to set the default.  So it's kind of a starting point of a conversation.  So it doesn't change the ability to toggle history on or off.

And like we were just talking about, if you have an existing conversation and we were to flip that switch, it wouldn't change the history setting of any existing conversation.  Only new conversations that were started after that switch was flipped would start with history on, which would be the effect of making the change that we were just talking about.

**THE COURT:**  I understand that.  You save only after the switch is on.  I get that.  Is that what you're saying?

**THE WITNESS:**  Yeah.

**THE COURT:**  I get that.

But did Google at any point turn the switch on for everybody's chat related to this case?

**THE WITNESS:**  No.

**BY MR. ROCCA:**

**Q.**   Mr. Lopez, let's go back to Exhibit --

**THE COURT:**  I'm sorry.  Why not?  You were saying, why did Google choose not to preserve all the chats?

**THE WITNESS:**  Yeah.  Because to -- you know, in our estimation, the kind of substantive business value of chats is sufficiently low that we were confident that custodians would take the instruction seriously.  They would follow -- they

1  would make sure that any relevant conversations were being
2  preserved because history was turned on in those cases and that
3  all the other conversations they were involved in were able to
4  continue in the history-off state that they were previously.
5      **THE COURT:** Okay.  So, basically, you left it up to each
6  individual Google employee to decide about the history?
7      **THE WITNESS:** Yes.
8      **THE COURT:** Okay.  And did anybody ever audit that?  Did
9  anybody in your department ever audit the chats to make sure
10 that nothing relevant to the litigation was getting missed?
11     **THE WITNESS:** That's the thing.  We don't actually monitor
12 the substance of employee conversations.  So we wouldn't -- we
13 wouldn't be able to know that.
14     **THE COURT:** All right.  So there was never any check to
15 make sure relevant evidence wasn't being missed?
16     **THE WITNESS:** No.  We wouldn't have the ability to do
17 that.
18     **THE COURT:** Okay.  And just one other -- if I may, just
19 one other question.
20     You mentioned earlier that the chat space was kind of a
21 place where people felt maybe more comfortable about airing,
22 I think you said, substance abuse issues, personal concerns and
23 the like.  Is that right?
24     **THE WITNESS:** That was a group chat versus a -- a space
25 was more where, like, substantive project conversations were

1  **A.**  No.
2  **Q.**  And you talked about history on and history off a little
3  bit.  Do you remember that?
4  **A.**  Yes.
5  **Q.**  And you said history on is called "on the record"; right?
6  **A.**  That's right.
7  **Q.**  And history off is called "off the record" at Google;
8  right?
9  **A.**  They're used synonymously, yep.
10 **Q.**  And in terms of the normal course document retention, you
11 said that the history-on chats are preserved for either 30 days
12 or 18 months, depending on how many participants?
13 **A.**  That's right.
14 **Q.**  And history-off chats are preserved for only 24 hours;
15 correct?
16 **A.**  That's right.
17 **Q.**  And we confirmed with you earlier, it sounds like that
18 when history on is turned on, it applies only to messages sent
19 after that setting change; right?
20 **A.**  That's correct.
21 **Q.**  So even if a history on is later in the chat, the prior
22 discussions will be deleted after 24 hours; right?
23 **A.**  Unless you've used the "Forward to inbox" feature that we
24 discussed.
25 **Q.**  Unless you have.  So if you haven't, just based on the

| | |
|---|---|
| 1 | history settings, those chats before the setting change go away |
| 2 | and are deleted forever after 24 hours? |
| 3 | **A.** That's right. |
| 4 | **Q.** And there's no way to recover those deleted chats after |
| 5 | that 24 hours expires; correct? |
| 6 | **A.** Correct. |
| 7 | **Q.** And you talked a little bit about the e-mail retention of |
| 8 | 18 months. Do you recall that? |
| 9 | **A.** Yes. |
| 10 | **Q.** And you said that employees could opt out and make |
| 11 | individual e-mails indefinitely saved; right? |
| 12 | **A.** That's right. |
| 13 | **Q.** Do you make that option available for chats? |
| 14 | **A.** No. |
| 15 | **Q.** And the default policy for threaded rooms is history on, |
| 16 | but the default is history off for all other chats; right? |
| 17 | **A.** There are multiple different kinds of rooms. So if we're |
| 18 | talking about threaded rooms, they're always on. But there are |
| 19 | also flat rooms where you have the option to toggle history, |
| 20 | like for the other chat types. |
| 21 | **Q.** So for all other chat types other than threaded rooms, |
| 22 | history is off by default? |
| 23 | **A.** That's right. |
| 24 | **Q.** The Court asked you -- well, withdrawn. |
| 25 | You talked about setting retention periods based on the |