# Exhibit 9

**In the Matter Of:**

*Re: Google 60-516110-0004*

---

*ELIZABETH HAMON REID*

*November 16, 2020*

---



1

```
 1                    In the Matter of:

 2            In Re: Google Antitrust Litigation

 3                 REMOTE DEPOSITION OF

 4                 ELIZABETH HAMON REID

 5                   November 16, 2020

 6

 7

 8   ---------------------------------

 9    IN RE:

10    GOOGLE ANTITRUST LITIGATION

11    60-516110-004

12   ---------------------------------

13

14

15

16   Reported by:  Suzanne Kelly, RDR, CRR

17   Job Number:  2020-93073

18                  November 16, 2020

19                   8:34 a.m. (PT)

20

21

22    Job Number: 2020-93073

23

24

25
```

55

1    A.  Yes.  It is -- it has undergone many

2  name changes, but Google Hangouts, Google Chat,

3  Google Me, it's all of the -- all the Google

4  ones.

5    Q.  Okay.  And how are those Google Chat

6  functions archived?

7    A.  That depends on the settings.  I don't

8  know the details of how they are archived.  But

9  some of them save and some of them are more like

10  24 hours.

11    Q.  And what -- what determines whether

12  something is saved or it is just gone in 24

13  hours?

14    A.  There's not an automatic thing in the

15  background.  You are either marked as, in the

16  24-hour mode, or you're in the saving mode.

17    Q.  And is that -- is that based upon what

18  the users do in terms of designating it as a --

19  in a saved mode?

20    A.  A user designates it, yes.  There's a

21  default on it.

22    Q.  Default, whether to save or -- or to not

23  save?

24    A.  Yeah.  And then a user can change the

25  setting.

56

1      Q.  I see.  And -- and in terms of the

2    users, are there instructions generally given to

3    people as to how certain types of chats should be

4    saved or not or how the -- the settings should be

5    set as a default?

6      A.  I think in general, rather than trying

7    to give the instruction, the company just sets

8    the default.

9      Q.  And what is the default?

10     A.  I believe the default now is the 24

11   hours, but I don't know if that's true across the

12   whole company.

13     Q.  Okay.  And when did that default change?

14     A.  I don't recall.

15     Q.  Okay.  Who would be the person most

16   knowledgeable about the default settings on Chat?

17     A.  The product or engineering leads on the

18   teams that run those products.

19     Q.  Okay.  Do you know who that is

20   currently?

21     A.  Current, well, current would be overall

22   lead or the Chat ones is Javier, J-a-v-i-e-r.  I

23   do not know his last name.  But I would not know

24   over the years.

25     Q.  And if there is a Chat that someone says

Elizabeth Hamon Reid - November 16, 2020

57

```
1   I want to keep this, this is important
2   information, how does -- how does someone do
3   that?
4        A.  It can say they can toggle a switch.
5   And then it will save it.
6        Q.  Okay.  You talked about local, that
7   Local Search was part of Geo.
8            When -- when did Google establish a
9   separate Local Search function to your knowledge?
10           MR. SCHMIDTLEIN:  Objection to the
11  form.
12           THE WITNESS:  Can you ask the
13  question in a different way?
14  BY MR. KAUFMANN:
15       Q.  Sure.  So right now, Local Search is
16  within Geo, and it's separate from general
17  search, and I'm trying to figure out when Google
18  was -- started looking at local searches as a
19  separate operation or a function within the
20  business?
21       A.  So there are different parts of Local
22  Search.  Originally, Local Search was part of
23  Search.  It was very, very small.  Three or four
24  years in, after the acquisition of -- of Keyhole,
25  which was Google Earth --
```