# Exhibit 14



U.S. Department of Justice

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20001*

June 1, 2021

**Via Email** (julie.elmer@freshfields.com)

Julie Elmer, Esq.
Freshfields Bruckhaus Deringer LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005

       Re:    Civil Investigative Demand No. 30471 – Handwritten Notes, Mobile Devices, and Chats

Dear Julie:

I write to address certain topics concerning document preservation and production ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Handwritten Notes**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Please inform us when Alphabet will complete each of the following tasks: (1) complete production of all handwritten notes or other hard copy materials responsive to CID No. 30471 ("the CID") ▮▮▮▮▮▮▮▮; (2) complete production of all handwritten notes or other hard copy materials responsive to the CID for all other refresh or Group D custodians; and (3) provide a written explanation of all steps taken to preserve hard copy documents responsive to the CID for any refresh or Group D custodian (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮).

**Mobile Devices**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ While the Division remains mindful of the ongoing disruptions caused by the COVID-19 global pandemic and the changes to workplace policies, the Division renews its request that Alphabet collect mobile devices as soon as possible. The Division reminds Alphabet of its continuing obligations to

protect against the loss of potentially responsive materials and to produce all documents responsive to the CID.

**Chats**

In your letter of January 28, 2021, you indicated that, for chats, "employees are instructed to keep all potentially responsive conversations as 'on the record,' and are sent a reminder approximately every six months." Further, we understand from you that relevant "on the record" chats are collected and produced as part of Alphabet's document productions, but that chats not marked "on the record" are not collected and produced to the Division. ███████████████████████████████████████████████████████████████████████████ As an initial matter, the Division requests that Alphabet provide, for each refresh and Group D custodian, the number of "on the record" chats collected from each such custodian.

Please let me know if you have any questions.

Sincerely,

/s/

John J. Hogan
Trial Attorney
Antitrust Division
U.S. Department of Justice