# Exhibit 16

**Freshfields Bruckhaus Deringer US LLP**

Washington
700 13th Street, NW
10th Floor
Washington, DC  20005-3960
T          +1 202 777 4500
(Switchboard)
           +1 202-777-4587 (Direct)
E          julie.elmer@freshfields.com
www.freshfields.com

**Confidential Treatment Requested**
**By Email**

John Hogan
Technology and Financial Services Section
U.S. Department of Justice
450 5th St. NW
Washington, DC 20530

July 28, 2021

**Re:   Civil Investigative Demand No. 30471 - Handwritten Notes, Mobile Devices, and Chats**

Dear John:

On behalf of Alphabet Inc. ("Company"), we write in response to the Antitrust Division's ("the Division") letter dated June 1, 2021 regarding handwritten notes, mobile devices, and chats in connection with Civil Investigative Demand No. 30471. The Company addresses each of the Division's requests below:

1. **Handwritten Notes**

   a. **Division's request**: "Please inform us when Alphabet will complete each of the following tasks: (1) complete production of all handwritten notes or other hard copy materials responsive to CID No. 30471 ("the CID") ▮▮▮▮▮▮▮▮▮;" (2) complete production of all handwritten notes or other hard copy materials responsive to the CID for all other refresh or Group D custodians; and (3) provide a written explanation of all steps taken to preserve hard copy documents responsive to the CID for any refresh or Group D custodian ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"

   b. **Company's response**:

**Freshfields Bruckhaus Deringer US LLP**

1) The collection and processing ▮▮▮ handwritten notes and hard copy materials are underway. The Company will aim to produce any responsive, nonprivileged handwritten notes and hard copy materials ▮▮▮ by August 9, 2021.

2) The collection and processing of handwritten notes or other hard copy materials for other refresh or Group D custodians are underway. The Company will aim to produce any responsive, nonprivileged handwritten notes and hard copy materials from other refresh or Group D custodians on a rolling basis, but no later than September 30, 2021.

3) The Company sent legal hold notices to Groups A-B custodians and other relevant employees on April 22, 2020, which instructed employees to preserve relevant handwritten notes or hard copy materials and respond if they possess any relevant handwritten notes or hard copy materials. Legal hold notices and subsequent reminders were also sent in May and June 2020. In August 2020, legal hold notices were sent to Group C custodians. Subsequent reminders were also sent in October 2020. An updated legal hold notice was sent to Groups A-C custodians in January 2021. In May and June 2021, legal hold notices and subsequent reminders were sent to all refresh and Group D custodians, which instructed employees to preserve any relevant handwritten notes or hard copy materials.

2. **Mobile Devices**

   a. **Division's request**: "While the Division remains mindful of the ongoing disruptions caused by the COVID-19 global pandemic and the changes to workplace policies, the Division renews its request that Alphabet collect mobile devices as soon as possible."

   b. **Company's response**: The Company remains committed to its continuing obligations to protect against the loss of potentially responsive materials. The Company has begun the collection of mobile devices that contain potentially relevant materials.

3. **Chats**

   a. **Division's request**: "As an initial matter, the Division requests that Alphabet provide, for each refresh and Group D custodian, the number of "on the record" chats collected from each such custodian."

   b. **Company's response**: The Company has collected a total of 57,739 chats from the Group D and refresh custodians.



Confidential Treatment Requested

3 | 5

| Custodian | Total |
|---|---|
| ███ | 5103 |
| ███ | 3400 |
| ███ | 2807 |
| ███ | 2582 |
| Debbie Weinstein | 2477 |
| ███ | 2327 |
| ███ | 2302 |
| ███ | 2071 |
| ███ | 2005 |
| Chris LaSala | 1783 |
| ███ | 1613 |
| ███ | 1594 |
| ███ | 1486 |
| ███ | 1580 |
| ███ | 1450 |
| ███ | 1216 |
| ███ | 1104 |
| ███ | 1040 |
| ███ | 1026 |
| ███ | 972 |
| Kirk Perry | 942 |
| ███ | 818 |
| ███ | 811 |
| ███ | 760 |
| ███ | 746 |
| Donald Harrison | 750 |
| Alok Verma | 688 |
| ███ | 673 |
| ███ | 671 |



| | |
|---|---|
| Dan Taylor | 564 |
| Pooja Kapoor | 557 |
| ███████ | 507 |
| ███████ | 495 |
| ███████ | 493 |
| ███████ | 488 |
| ███████ | 487 |
| ███████ | 480 |
| ███████ | 453 |
| ███████ | 458 |
| ███████ | 438 |
| Chris Gklaros-Stavropoulos | 384 |
| Prabhakar Raghavan | 376 |
| Vidhya Srinivasan | 370 |
| ███████ | 364 |
| ███████ | 366 |
| ███████ | 331 |
| Sundar Pichai | 329 |
| Bethanie Baynes | 322 |
| Bonita Stewart | 296 |
| ███████ | 296 |
| ███████ | 259 |
| ███████ | 261 |
| ███████ | 243 |
| Jerry Dischler | 197 |
| Adam Juda | 189 |
| Neal Mohan | 161 |
| ███████ | 183 |
| Scott Spencer | 139 |
| ███████ | 104 |

**Freshfields Bruckhaus Deringer US LLP**

| | |
|---|---|
| ███████████████ | 79 |
| █████████ | 61 |
| Joan Braddi | 47 |
| █████████ | 37 |
| █████████ | 30 |
| Patrick Jabal | 23 |
| █████████ | 20 |
| Hal Varian | 16 |
| Dane Glaslow | 11 |
| █████████ | 10 |
| ██████ | 6 |
| David Besbris | 5 |
| █████████ | 4 |
| █████████ | 3 |

\*       \*       \*

The Company requests confidential treatment of these materials to the fullest extent allowed by law, including the Antitrust Civil Process Act, 15 U.S.C. § 1311 et seq., Exemption 4 of the Freedom of Information Act, as well as all other applicable statutes, regulations, and customary confidentiality policies. The Company specifically requests advance notice before disclosure of any of these materials to any person and return or destruction of materials when the Department's investigation is completed.

Please do not hesitate to contact me with any questions.

Sincerely yours,

/s/ Julie Elmer