# Exhibit 18

## In the Matter Of:

*UNITED STATES vs*

*GOOGLE LLC*

*ANNA KARTASHEVA*

*May 03, 2022*



```
                                                                    1
 1                  UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3                           ---oOo---

 4   UNITED STATES OF AMERICA,

 5   et al.,

 6             Plaintiffs,

 7   vs.                              Case No. 1:20-cv-03010-APM

 8   GOOGLE LLC,                      HON. AMIT P. MEHTA

 9             Defendant.

10   _____/

11   STATE OF COLORADO, et al.,

12             Plaintiffs,

13   vs.                              Case No. 1:20-cv-03715-APM

14   GOOGLE LLC

15             Defendant.
     _____/
16

17                     HIGHLY CONFIDENTIAL

18              DEPOSITION OF ANNA KARTASHEVA

19                VOLUME I ~ PAGES  1 - 309

20                SAN FRANCISCO, CALIFORNIA

21                   TUESDAY, MAY 3, 2022

22

23   STENOGRAPHICALLY REPORTED BY:

24   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

25   CSR LICENSE NO. 9830 - JOB NO. 2022-842595
```

    A    We work with them sort of in a -- in a -- how do you say?  So it's, like, a kind of as-you-need team.  Right.

        So in -- in my six years at Google, if I have a question, I may reach out to them.  They may reach out to me throughout my entire tenure at Google since they were created.

        I don't think they were there in 2016.  I think maybe they were created in 2018.  But again, like, they would -- they would have more accurate information there.

    Q    Are you familiar with ███████?

    A    I cannot recall as I sit here.

    Q    Do you use any type of instant messaging platform at Google?

        MR. POPOFSKY:  Objection to form.

        THE WITNESS:  As me personally.

        MR. COHEN:  Q.  As part of your work at Google, do you interact with your colleagues via instant messaging platforms?

    A    We have a -- like, a Gmail product.  It's inbox, but it also has a built-in Chat.  So we use that, yes.

    Q    Does it have a particular name?

    A    I think it was named at least three times.

Case 1:20-cv-03010-APM   Document 566-18   Filed 03/17/23   Page 5 of 5
UNITED STATES vs
GOOGLE LLC
Highly Confidential
Anna Kartasheva
May 03, 2022
38

```
09:42  1   In my memory, I think it was called Hangouts, and then
09:42  2   it was called Boom, and then Chat.  And I think now,
09:42  3   it's called Meets.  But I -- don't quote me on that
09:42  4   one.
09:42  5       Q   Okay.  Do you know if those Chat histories
09:42  6   are saved?
09:42  7       A   I think there are settings, and so users can
09:42  8   choose whether to save them or not.
09:42  9       Q   Do you ever text your co-workers about
09:42 10   business?
09:42 11       A   As in, like, SMS text?
09:42 12       Q   Yes.
09:42 13       A   I don't think so, no.
09:42 14       Q   Did you receive a document retention letter
09:42 15   in connection with the DOJ's investigation of --
09:42 16       A   Yes.
09:42 17       Q   -- Google in 2019?
09:42 18       A   Yes.
09:42 19       Q   Do you recall when in 2019 you received that
09:42 20   letter?
09:42 21           MR. POPOFSKY:  Objection.  I'm going to
09:42 22   assert privilege over if she has a recollection here.
09:42 23           THE WITNESS:  I definitely do not have
09:42 24   recollection.
09:42 25           MR. COHEN:  Q.  When you first joined Google,
```