### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

### [PROPOSED] ORDER DENYING MOTIONS FOR SANCTIONS

Upon consideration of Plaintiff United States' Motion for Sanctions Against Google, LLC and an Evidentiary Hearing to Determine the Appropriate Relief., the Colorado Plaintiffs' Motion for Sanctions Against Google, LLC and an Evidentiary Hearing to Determine Appropriate Relief, and Google's Opposition thereto, it is hereby ORDERED that the Motions are DENIED.

Dated: _____, 2023

_____
Hon. Amit P. Mehta
United States District Court Judge