IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

                Plaintiffs,

v.

GOOGLE LLC,

                Defendant.

Case No. 1:20-cv-03010-APM
HON. AMIT P. MEHTA

**NOTICE OF RULE 37(e)(2) SANCTIONS AGAINST GOOGLE LLC**

On March 28, 2023, the Northern District of California issued a 19-page order sanctioning Google pursuant to Federal Rule of Civil Procedure 37(e)(2). *See Epic Games, Inc. v. Google, LLC*, No. 3:20-cv-5671 (N.D. Cal), as consolidated, *In Re: Google Play Store Antitrust Litig.*, No. 3:21-md-2981 (N.D. Cal), ECF No. 469. A copy of the order is attached to this Notice as Exhibit A.

Dated: March 28, 2023

Respectfully submitted,

By: */s/ Kenneth M. Dintzer*
Kenneth M. Dintzer
Erin Murdock-Park (D.C. Bar #1019993)
Joshua Hafenbrack (D.C. Bar #1017128)
Veronica Onyema (D.C. Bar #979040)
Jeremy M. P. Goldstein
U.S. Department of Justice, Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov
*Counsel for Plaintiff United States of America*