# Exhibit 53

CourtLink® (Dockets)

**Document:** 3:21md2981, In Re: Google Play Store Antitrust Litigation

# 3:21md2981, In Re: Google Play Store Antitrust Litigation

US District Court Docket

United States District Court, California Northern

(San Francisco)

This case was retrieved on 03/24/2023

## ▼ Header

**Case Number:** 3:21md2981  
**Date Filed:** 02/05/2021  
**Assigned To:** Judge James Donato  
**Nature of Suit:** Antitrust (410)  
**Cause:** Antitrust Litigation  
**Lead Docket:** None  
**Other Docket:** None  
**Jurisdiction:** Federal Question  

**Class Code:** Open  
**Statute:** 15:1  
**Jury Demand:** Plaintiff  
**Demand Amount:** $0  
**NOS Description:** Antitrust  

## ▼ Participants

| Litigants | Attorneys |
|---|---|
| Epic Games, Inc.<br>a Maryland Corporation \|<br>**Plaintiff** | Christine A Varney<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Cravath, Swaine and Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>USA<br>212-474-1000 Email:Cvarney@cravath.Com<br><br>Gary Andrew Bornstein<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Cravath, Swaine and Moore<br>Worldwide Plaza 825 Eighth Ave.<br>New York, NY 10019<br>USA<br>212-474-1000 Email:Gbornstein@cravath.Com |

USDOJ-GOOGEX-000419

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| | | | James Donato on 2/7/2023. (jd c2, COURT STAFF) (Filed on 2/7/2023) (Entered: 02/07/2023) | |
| ☐ Free | 448 | 02/07/2023 | Statement Defendant Google s Supplemental Statement re February 1, 2023 Minute Order by Alphabet Inc., Google Asia Pacific PTE. Limited, Google Commerce Limited, Google Ireland Limited, Google LLC, Google Payment Corp.. (Pomerantz, Glenn) (Filed on 2/7/2023) (Entered: 02/07/2023) | |
| ☐ Free | 449 | 02/09/2023 | NOTICE by Epic Games, Inc. Notice of Lodging (Attachments: # 1 Exhibit 1 - Lim Transcript, # 2 Exhibit 2 - PX-170 [Redacted])(Moskowitz, Lauren) (Filed on 2/9/2023) (Entered: 02/09/2023) | |
| ☐ Free | 450 | 02/09/2023 | Administrative Motion to Consider Whether Another Party s Material Should Be Sealed filed by Epic Games, Inc.. (Attachments: # 1 Declaration of Michael Zaken, # 2 Proposed Order, # 3 Exhibit PX-170 [Sealed])(Moskowitz, Lauren) (Filed on 2/9/2023) (Entered: 02/09/2023) | |
| ☐ Free | 451 | 02/10/2023 | Statement re 440 Evidentiary Hearing Joint Submission Regarding February 1, 2023 Minute Order by Alphabet Inc., Google Asia Pacific PTE. Limited, Google Commerce Limited, Google Ireland Limited, Google LLC, Google Payment Corp.. (Pomerantz, Glenn) (Filed on 2/10/2023) (Entered: 02/10/2023) | |
| ☐ Free | 452 | 02/13/2023 | Statement Joint Submission Re: February 1, 2023 Minute Entry On Expert Testimony by Alphabet Inc., Google Asia Pacific PTE. Limited, Google Commerce Limited, Google Ireland Limited, Google LLC, Google Payment Corp.. (Shah, Sujal) (Filed on 2/13/2023) (Entered: 02/13/2023) | |
| ☐ Online | 453 | 02/15/2023 | NOTICE of Appearance by Jayme L. Weber (Weber, Jayme) (Filed on 2/15/2023) (Entered: 02/15/2023) | |
| | 454 | 02/15/2023 | ORDER. For Google s production of additional chats, see MDL Dkt. Nos. 440, 451, Google must at minimum produce all chats that have been preserved for Custodians 1 through 383 (as identified in Dkt. No. 429-2) that are: (1) responsive to any search term the parties have agreed to in this litigation (as proposed by Google in Dkt. No. 451 at 6), OR (2) responsive to these additional terms: "sensitive," "history off," "history is not off," "history on," "history is on," "off the record," or "on the record." To be clear, for the latter set of terms, Google may not limit its production to only those chats that discussed "turning history on or off in connection with the topics of this case or in connection with [a] legal hold, investigation, regulatory proceeding, or litigation." Dkt. No. 451 at 8. The responsive chats must be turned over without the additional limitation of being responsive to the search terms in this case or being | |

USDOJ-GOOGEX-000420

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| | | | connected to a legal hold, investigation, regulatory proceeding, or litigation. Google must complete the production of these chats by February 24, 2023, at 5:00 p.m. California time at the latest. This deadline will not be extended. Google may conduct a responsiveness and/or privilege review only to the extent it can do that and still meet this deadline. To the extent Google decides against a privilege review, including for any subsets of custodians, plaintiffs will agree to a "broad non-waiver agreement allowing the clawback of any privileged material," as they have proposed. Dkt. No. 451 at 4. Signed by Judge James Donato on 2/15/2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jdlc2, COURT STAFF) (Filed on 2/15/2023) (Entered: 02/15/2023) | |
| ☐ Free | 455 | 02/16/2023 | Administrative Motion to File Under Seal filed by Alphabet Inc., Google Asia Pacific PTE. Limited, Google Commerce Limited, Google Ireland Limited, Google LLC, Google Payment Corp.. (Attachments: # 1 Declaration Of Tian Lim, # 2 Proposed Order)(Chiu, Michelle) (Filed on 2/16/2023) (Entered: 02/16/2023) | |
| | 456 | 02/17/2023 | ORDER re (452 in 3:21-md-02981-JD) Joint Submission re Expert Testimony. Plaintiffs are directed to provide to Google on a coordinated basis their revised list of experts and each expert's area of testimony by April 7, 2023. See MDL Dkt. No. 440. Signed by Judge James Donato on 2/17/2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jdlc2, COURT STAFF) (Filed on 2/17/2023) (Entered: 02/17/2023) | |
| ☐ Free | 457 | 02/22/2023 | TRANSCRIPT ORDER for proceedings held on 1/31/2023 before Judge James Donato for Court Reporter Ana Dub. (rjd, COURT STAFF) (Filed on 2/22/2023) (Entered: 02/22/2023) | |
| ☐ Online | 458 | 02/23/2023 | TRANSCRIPT ORDER for proceedings held on 01/12/2023 before Judge James Donato for Court Reporter Ana Dub. (rjd, COURT STAFF) (Filed on 2/23/2023) (Entered: 02/23/2023) | |
| | 459 | 02/27/2023 | ORDER. Following the production of additional chats by Google, see MDL Dkt. No. 454, the parties are directed to file by March 14, 2023, supplemental briefs of up to 10 pages addressing the effect of the additional chats on the pending chat motion, Dkt. No. 349. Plaintiffs may request an extension of the deadline if more time is needed to review Google's production. No other briefing will be accepted unless called for by the Court. Signed by Judge | |

USDOJ-GOOGEX-000421