# Exhibit 54

LAW OFFICES

## WILLIAMS & CONNOLLY LLP®

JOHN E. SCHMIDTLEIN
(202) 434-5901
jschmidtlein@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

March 17, 2023

**BY EMAIL DELIVERY**

Erin Murdock-Park, Esq.
U.S. Department of Justice
450 Fifth Street, NW
Washington, DC 20530
Erin.Murdock-Park@usdoj.gov

　　　　Re:　　*United States, et al. v. Google LLC,* **No. 20-cv-03010 (D.D.C.**)

Dear Erin:

　　　　I write in response to your letters of March 1 and 15, 2023.

　　　　As I explained in my January 11, 2023 and January 30, 2023 letters, there is no justification for requesting additional discovery-on-discovery at this late stage of the case. The DOJ had more than adequate time to pursue any discovery regarding chats during the fact discovery period in this case and it chose not to do so. Nevertheless, in an effort to avoid further court involvement, we are producing the following documents today.

　　　　*First*, your letters request production of unredacted and unsealed versions of the filings in the *Epic* litigation located at MDL ECF Nos. 463 and 464. Concurrently with this letter, we will upload to JEFS the sealed versions of the requested filings.

　　　　*Second*, your letters also request production of the chat materials produced to plaintiffs in the *Epic* litigation following Judge Donato's February 15, 2023 ruling (ECF No. 454). Later today, we expect to upload to JEFS a copy of the chat materials from document custodians in this case produced to the *Epic* plaintiffs following Judge Donato's ruling.[1] There is no basis for demanding production of chats produced in the *Epic* litigation associated with individuals who are not custodians in this litigation, and Google will not be producing such documents.

---

[1] After the documents were produced to the *Epic* plaintiffs, Google identified certain privileged materials that were inadvertently produced and are therefore being clawed-back from the *Epic* plaintiffs. Google has removed these materials from the production it will be making later today.

WILLIAMS & CONNOLLY LLP®

March 17, 2023
Page 2

     Please note that the sealed filings and other materials we are producing today have been designated "Confidential" under the Stipulated Protective Order.

Sincerely,

John E. Schmidtlein

cc:  Matthew K. McKinley, Esq.