# Exhibit 56

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE