# Exhibit 57

Filed Under Seal in *Epic* as ECF No. 464-2, Ex. 1

DESIGNATED CONFIDENTIAL BY GOOGLE

# Exhibit 1

CONFIDENTIAL

GOOG1-00012933

| | |
|---|---|
| Sent: | Tue 10/12/2021 4:53:17 AM (UTC) |
| From: | sundar@google.com |
| To: | sundar@google.com, emilysinger@google.com |
| Subject: | AAAArXi46TM-MBI-THREADED:SBgcVRDjcBQ%%%2021-10-11T09:53:16.093967 |

**sundar@google.com** 2021-10-12T04:53:16.093Z

Need the link for my leaders circle tomorrow

**sundar@google.com** 2021-10-12T04:53:28.379Z

also can we change the setting of this group to history off

**Deleted on** 2021-10-12T04:53:37.199Z

also can we change the setting of this group to history off

**sundar@google.com** 2021-10-12T04:53:29.309Z

thanks

**emilysinger@google.com** 2021-10-12T04:53:40.021Z

Sure: here is link...

**emilysinger@google.com** 2021-10-12T04:53:45.767Z

https://docs.google.com/document/d/16lxXL_k0ok6NhDX0nTZw-tr76LZpgODBp_CfqTdotTs/edit?resourcekey=0-_CNmvgHKQGULhTywnpcXgg

https://drive.google.com/open?id=16lxXL_k0ok6NhDX0nTZw-tr76LZpgODBp_CfqTdotTs
https://docs.google.com/document/d/16lxXL_k0ok6NhDX0nTZw-tr76LZpgODBp_CfqTdotTs/edit?resourcekey=0-_CNmvgHKQGULhTywnpcXgg

**sundar@google.com** 2021-10-12T04:55:19.177Z

thanks

**sundar@google.com** 2021-10-12T05:17:38.026Z

the third question is a bit of a mess

**sundar@google.com** 2021-10-12T05:17:58.544Z

not fully clear - as it covers a lot and long meandering answer which not clear too

**sundar@google.com** 2021-10-12T05:18:11.582Z

am talking about google apps , building for companies, future of work etc

**sundar@google.com** 2021-10-12T05:18:17.418Z

the other three are good

**emilysinger@google.com** 2021-10-12T05:18:25.635Z

Ok will take a look and try to restructure to make cleare

**emilysinger@google.com** 2021-10-12T05:18:27.855Z

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG1-00012934

GOOG-PLAY5-000453593

**emilysinger@google.com** 2021-10-12T05:59:17.394Z

I simplified the answer for Q # 3 considerably. Just two parts to it now, both of which will be familiar themes. Sorry it took a bit to get there.

**sundar@google.com** 2021-10-12T06:09:06.559Z

Thanks!

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG1-00012935
GOOG-PLAY5-000453594