# Exhibit 60

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL



**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

August 4, 2022

**BY EMAIL DELIVERY**

Franklin Rubinstein
Wilson Sonsini Goodrich Rosati
1700 K St. NW
Washington, D.C. 20006
frubinstein@wsgr.com

      Re:    *United States, et al. v. Google LLC*, Case No. 1:20-cv-03010-APM – Issues with Citations in Google's Experts' Reports

Dear Franklin,

We write to follow up on the issues initially identified in my June 23, 2022 email to Stuart Baimel and my June 29, 2022 letter to you. After reviewing Graham Safty's two July 1, 2022 emails in response (received 6:17 pm and 6:37 pm ET) and Stuart Baimel's July 25, 2022 email, we still have a few remaining issues.

### I.    DDG00000921

As previously noted, Prof. Murphy's Expert Report cites DDG00000921 which appears in the middle of the document that begins on DDG00000910. In Graham Safty's July 1, 2022, 6:37 pm ET email, he stated:

> The citation [DDG00000921] is to the Service Integration Agreement between Duck Duck Go, Inc. and Apple Inc., effective Mar. 20, 2014, which is available with Bates number beginning DDG00000921. There appears to be a mismatch between some of the images and metadata produced by this non-party.

In DuckDuckGo's production, DDG00000910 is the DuckDuckGo-Apple agreement identified above, and it runs through DDG00000929. Google has this same document stamped DDG00000910, which was introduced by Mr. Safty as Exhibit 15 in Gabriel Weinberg's Mar. 23, 2022 deposition.[1] We request that Google either confirm that the Murphy Report citation to DDG00000921 is actually a citation to DDG00000910 or provide a copy of the document cited.

---

[1] The only difference between Weinberg Exhibit 15 (marked DDG00000910 and introduced by Mr. Safty) and the document marked DDG00000910 in the Department's possession is that Weinberg Exhibit 15 lacks the "HIGHLY CONFIDENTIAL INFORMATION" designation stamped on each page pursuant to the replacement images to

## II.     Missing Google Documents

A. <u>GOOG-D0J-15830802</u>

In my June 23, 2022 email, we asked about GOOG-D0J-15830802, cited in the Tucker Report, which we could not find even after correcting the typo in the document control number to GOOG-D**O**J-15830802. According to Stuart Baimel's July 25, 2022 email, GOOG-DOJ-15830802 was produced on Dec. 25, 2020 in PROD057.

We do not have a record of a Google production on Dec. 25, 2020, or any production identified as PROD057 in this action. After some investigation, we have determined that Google made a Dec. 25, 2020 production identified as PROD057 to the Department of Justice under Civil Investigative Demand (CID) No. 30471. *See* Letter from Franklin Rubinstein (Wilson Sonsini) to John Hogan (Dep't of Justice), Re: Civil Investigative Demand No. 30471 (Dec. 25, 2020). The Antitrust Division issued CID No. 30471 in its advertising technology investigation on the same day the Complaint was filed in this action. *See* Letter from Ryan Karr (Dep't of Justice) to Susan Creighton (Wilson Sonsini), Re: Alphabet, Inc. Advertising Technology Investigation (Oct. 20, 2020).[2]

Plaintiffs ask that Google withdraw Dr. Tucker's reliance on PROD057 by August 9. Should Google fail to withdraw Dr. Tucker's reliance on GOOG-D0J-15830802 and strike the document from her report, Plaintiffs will deem materials produced in response to CID No. 30471 designated as produced in this action and will proceed accordingly.[3]

B. <u>Other Missing Productions</u>

In researching the above, we identified other gaps in the numbering of Google's productions in this action that may indicate other potential missing productions.

   *1. PROD090:* We received by email from Stuart Baimel on September 14, 2021, a production index for PROD090 and a notification PROD090 would be uploaded via FTP, but we have no record of actually receiving PROD090 in this action. We request that Google upload PROD090 to JEFS along with the cover letter, password, and production index.

   *2. PROD148:* We do not have a record that we received notice of or a production designated as PROD148. Did Google produce a PROD148? If so, we request that Google

---

designate documents under the Protective Order (ECF #84, superseded by ECF #98). These replacement images were produced to Defendants by DuckDuckGo on February 19, 2021.

[2] Google transmitted PROD057 under cover of your Dec. 25, 2020 letter, which was only addressed to John Hogan. Mr. Hogan has not worked on this action and is not among those individuals required to receive service of such discovery correspondence for Plaintiff United States under ¶ 27 of the Scheduling and Case Management Order (CMO) (ECF #85) in effect at that time. Under ¶ 5 of the CMO, fact discovery commenced on Dec. 21, 2021 in this action, and Plaintiffs served on Google their first requests for production (RFP) on January 5, 2021.

[3] Plaintiffs will consider these documents retroactively produced (indeed, consistent with the dates of actual production), and thus not in contravention of the Court's ordered discovery cut-off date (ECF #354).

reproduce PROD148 and resend the cover letter, password, and any production index, along with a copy of the transmittal email.

### III. Microsoft Documents

After diligent review, we continue to be unable to identify Microsoft documents that begin with 50 document control numbers cited in Prof. Murphy's report and identified in my June 23 email or June 29 letter. It still appears to us that these documents cite to a middle or last page of Microsoft documents (rather than the beginning Bates number). According to Mr. Safty's July 1 emails, Microsoft produced documents with overlapping document control numbers,[4] but we are not seeing any this claimed overlap in Microsoft's production. There appears to be a mismatch between the document control numbers of the Microsoft documents in Google's database as compared to Plaintiff's database.

In our review of this issue, we have determined that the 50 documents identified below were produced by Microsoft on March 1, 2022, in a production labeled MSLIT2_046. We determined that Microsoft produced a courtesy copy of some of the documents contained in MSLIT2_046 which was labeled "MSLIT2_046_courtesy copy" earlier, which Microsoft later replaced with a more fulsome production labeled "MSLIT2_046." The document control numbers in the two do not always match. But, the citations in Prof. Murphy's Report match neither set. Google should promptly review Prof. Murphy's report and correct its errors. To the extent Google maintains that the citations in Prof. Murphy's report are not in error, Google must produce to Plaintiffs the materials on which Prof. Murphy relies in a format that allows Plaintiffs to identify the cited documents.

| Missing Microsoft Documents | |
|---|---|
| MSFT-LIT2_0010431105 | MSFT-LIT2_0010432594 |
| MSFT-LIT2_0010431185 | MSFT-LIT2_0010432666 |
| MSFT-LIT2_0010431239 | MSFT-LIT2_0010432774 |
| MSFT-LIT2_0010431242 | MSFT-LIT2_0010432908 |
| MSFT-LIT2_0010431259 | MSFT-LIT2_0010432942 |
| MSFT-LIT2_0010431338 | MSFT-LIT2_0010432976 |
| MSFT-LIT2_0010431393 | MSFT-LIT2_0010433081 |
| MSFT-LIT2_0010431435 | MSFT-LIT2_0010433221 |
| MSFT-LIT2_0010431450 | MSFT-LIT2_0010433262 |
| MSFT-LIT2_0010431510 | MSFT-LIT2_0010433371 |
| MSFT-LIT2_0010431528 | MSFT-LIT2_0010433374 |
| MSFT-LIT2_0010431617 | MSFT-LIT2_0010433414 |
| MSFT-LIT2_0010431684 | MSFT-LIT2_0010433490 |
| MSFT-LIT2_0010431701 | MSFT-LIT2_0010433531 |
| MSFT-LIT2_0010431718 | MSFT-LIT2_0010433532 |
| MSFT-LIT2_0010431723 | MSFT-LIT2_0010433574 |

---

[4] For example, Google explained MSFT-LIT2_0001041105 was assigned to the last page of the document beginning MSFT-LIT2_0010431065 and also to the first and only page of the next document in the sequence. We do not see this issue (i.e., the first and only page of the next document in the sequence is MSFT-LIT2_0001041106). I have enclosed copies of both of these documents for your reference.

| Missing Microsoft Documents | |
|---|---|
| MSFT-LIT2_0010431778 | MSFT-LIT2_0010433614 |
| MSFT-LIT2_0010431833 | MSFT-LIT2_0010433667 |
| MSFT-LIT2_0010431898 | MSFT-LIT2_0010433697 |
| MSFT-LIT2_0010431977 | MSFT-LIT2_0010433738 |
| MSFT-LIT2_0010432075 | MSFT-LIT2_0010433860 |
| MSFT-LIT2_0010432129 | MSFT-LIT2_0010433913 |
| MSFT-LIT2_0010432220 | MSFT-LIT2_0010433956 |
| MSFT-LIT2_0010432304 | MSFT-LIT2_0010434021 |
| MSFT-LIT2_0010432448 | MSFT-LIT2_0010433414 |
| MSFT-LIT2_0010432520 | MSFT-LIT2_0010433490 |

Given the schedule dictated by the CMO, we request that Google respond to each our questions or requests as soon as possible, but no later than August 9.

As we identify issues with any other citations, we will raise them, including related to ANGI-00007125 where with Google's response we believe we have identified the discrepancy, but are still confirming.

Sincerely,

/s/ Diana A. Aguilar