# Exhibit 61

Email Chain Excerpted Due to Confidential Information

| | |
|---|---|
| **From:** | Safty, Graham <GSafty@wc.com> |
| **Sent:** | Tuesday, August 9, 2022 10:12 PM |
| **To:** | Aguilar, Diana (ATR); Baimel, Stuart; Goldstein, Jeremy (ATR); Rubinstein, Franklin; Schmidtlein, John; Smurzynski, Kenneth; Greenblum, Benjamin; Connor, Colette; Maier, Gloria; Creighton, Susan; Waszmer, Wendy; Sessions, Justina; Popofsky, Mark S.; McGinnis, Matthew |
| **Cc:** | Dintzer, Kenneth (ATR); Severt, Adam T (ATR); Hammond, Matthew (ATR); Herrmann, Karl (ATR); VanDeusen, Christopher (ATR); Gower, Cameron (ATR); Wright, Catharine (ATR); Jon Sallet; Erica Fruiterman; William Cavanaugh; Erin Shencopp; Diane Hazel; McKinley, Matt; Wismer, Evangeline; Conrad, Joseph; Paine, Kelsey; Fulkerson, Bret; Adam Miller; Gwendolyn Cooley; Jensen, Elizabeth (ATR) |
| **Subject:** | [EXTERNAL] RE: U.S. v. Google LLC - Expert Disclosures |

Diana,

We are reviewing your August 4 letter and will respond soon. We disagree with your suggestion that Plaintiffs can or "will deem materials produced in response to CID No. 30741 designated as produced in this action." As indicated, we will respond to the other contentions and requests in your letter in the near future.

Best,

**Graham Safty**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5548 | vcard | www.wc.com/gsafty

---

**From:** Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>
**Sent:** Thursday, August 4, 2022 5:34 PM
**To:** Baimel, Stuart <sbaimel@wsgr.com>; Safty, Graham <GSafty@wc.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Rubinstein, Franklin <frubinstein@wsgr.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; Creighton, Susan <screighton@wsgr.com>; Waszmer, Wendy <wwaszmer@wsgr.com>; Sessions, Justina <jsessions@wsgr.com>; Popofsky, Mark S. <Mark.Popofsky@ropesgray.com>; McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>
**Cc:** Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; VanDeusen, Christopher (ATR) <Christopher.VanDeusen@usdoj.gov>; Gower, Cameron (ATR) <Richard.Gower@usdoj.gov>; Wright, Catharine (ATR) <Catharine.Wright@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Erica Fruiterman <Erica.Fruiterman@coag.gov>; William Cavanaugh <wfcavanaugh@pbwt.com>; Erin Shencopp <Erin.Shencopp@coag.gov>; Diane Hazel <diane.hazel@coag.gov>; McKinley, Matt <Matt.McKinley@nebraska.gov>; Wismer, Evangeline <Evangeline.wismer@nebraska.gov>; Conrad, Joseph <joseph.conrad@nebraska.gov>; Paine, Kelsey <Kelsey.Paine@oag.texas.gov>; Fulkerson, Bret <Bret.Fulkerson@oag.texas.gov>; Adam Miller <Adam.Miller@doj.ca.gov>; Gwendolyn Cooley <gwendolyn.cooley@wisconsin.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>
**Subject:** RE: U.S. v. Google LLC - Expert Disclosures

Counsel,

Please see attached.

Best,
Diana

**[Rest of Email Excluded]**                                                                                         USDOJ-GOOGEX-000428