# Exhibit 62

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE