# Exhibit 63

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE