# Exhibit 67

DESIGNATED CONFIDENTIAL BY GOOGLE

**Sent:** Tue 8/2/2022 2:37:07 AM (UTC)
**From:** lichristopher@google.com
**To:** lichristopher@google.com, jinyoungbaik@google.com
**Subject:** AAAA2CcUN2Y-MBI-THREADED:OmRcMmdSCAA%%%2022-08-01T07:37:06.425583

**lichristopher@google.com** 2022-08-02T02:37:06.425Z

Is there no way to turn history off for these spaces?

**Deleted on**2022-08-02T05:38:15.370Z

Is there no way to turn history off for these spaces?

**jinyoungbaik@google.com** 2022-08-02T02:37:15.946Z

i think you can do that

**Deleted on**2022-08-02T05:38:15.370Z

i think you can do that

**jinyoungbaik@google.com** 2022-08-02T02:37:22.466Z

because you are the space owner

**Deleted on**2022-08-02T05:38:15.370Z

because you are the space owner

**jinyoungbaik@google.com** 2022-08-02T02:38:01.096Z

if not maybe we can create a new space. This may be the legacy chat room. If you create a new one, you can set the history off.

**Deleted on**2022-08-02T05:38:15.370Z

if not maybe we can create a new space. This may be the legacy chat room. If you create a new one, you can set the history off.

**lichristopher@google.com** 2022-08-02T02:40:46.165Z

i don't even see the option as an administrator

**Deleted on**2022-08-02T05:38:15.370Z

i don't even see the option as an administrator

**jinyoungbaik@google.com** 2022-08-02T02:41:17.227Z

ah really

**Deleted on**2022-08-02T05:38:15.370Z

ah really

**lichristopher@google.com** 2022-08-02T05:38:05.438Z

I'll deprecate this group so we can use the other

**Deleted on**2022-08-02T05:38:15.370Z

CONFIDENTIAL
GOOG-DOJ-32662132

I'll deprecate this group so we can use the other.

CONFIDENTIAL

GOOG-DOJ-32662133