# Exhibit 68

Filed Under Seal in *Epic* as ECF No. 464-21, Ex. 20

DESIGNATED CONFIDENTIAL BY GOOGLE

# Exhibit 20

CONFIDENTIAL

GOOG1-00013031

| | |
|---|---|
| **Sent:** | Fri 7/16/2021 10:56:54 PM (UTC) |
| **From:** | cdimon@google.com |
| **To:** | cdimon@google.com, prabhatsharma@google.com, manolis@google.com, bryanwlam@google.com, lillianc@google.com |
| **Subject:** | AAAAEouK2kk-MBI-FLAT:2021-07-16T03:57:00.578703 |

**cdimon@google.com** 2021-07-16T22:56:53.787Z

Updated room membership.

**Deleted on**2023-01-07T22:56:53.787Z

Updated room membership.

**cdimon@google.com** 2021-07-16T22:57:00.578Z

Welcome Manolis to PMO Leads group!

**Deleted on**2023-01-07T22:57:00.578Z

Welcome Manolis to PMO Leads group!

**prabhatsharma@google.com** 2021-07-16T22:57:58.200Z

Welcome👍 and good luck with the journey ahead

**Deleted on**2023-01-07T22:57:58.200Z

Welcome👍 and good luck with the journey ahead

**manolis@google.com** 2021-07-16T23:03:32.346Z

oh... i like this chat. Looks important

**Deleted on**2023-01-07T23:03:32.346Z

oh... i like this chat. Looks important

**prabhatsharma@google.com** 2021-07-16T23:08:46.746Z

oh yeah - this is the nursery of Important

**Deleted on**2023-01-07T23:08:46.746Z

oh yeah - this is the nursery of Important

**cdimon@google.com** 2021-07-16T23:10:15.876Z

Reminder too, for Manolis. Since history is turned on, be mindful of putting anything discoverable here

**Deleted on**2023-01-07T23:10:15.876Z

Reminder too, for Manolis. Since history is turned on, be mindful of putting anything discoverable here

**bryanwlam@google.com** 2021-07-16T23:32:19.952Z

Welcome, Manolis!

**Deleted on**2023-01-07T23:32:19.952Z

Welcome, Manolis!

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG1-00013032
GOOG-PLAY5-000383187

lillianc@google.com 2021-07-16T23:34:32.392Z

welcome!

**Deleted on**2023-01-07T23:34:32.392Z

welcome!

lillianc@google.com 2021-07-16T23:34:38.056Z

should we turn history off?

**Deleted on**2023-01-07T23:34:38.056Z

should we turn history off?

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG1-00013033

GOOG-PLAY5-000383188