# Exhibit 69

# FILED UNDER SEAL

DESIGNATED CONFIDENTIAL BY GOOGLE