# Exhibit A

# In the Matter Of:

*Re: Google 60-516110-0004*

*ELIZABETH HAMON REID*

*November 16, 2020*



Elizabeth Hamon Reid - November 16, 2020

261

```
1       Q.  Okay.  And why is it that this document
2   was one that you had stored?
3       A.  Let me go look at the meta -- you mean
4   why was it shared with me, or why did I continue
5   to store it?
6       Q.  Right.  The latter.  Why did you
7   continue to store it?
8       A.  I am on "lit hold" perpetually.  So I
9   don't delete documents.
10      Q.  Okay.
11          MR. KAUFMANN:  I am done with that
12  document.
13          And if we could pull up Tab 12,
14  please, Jeni.  This is a little bit longer
15  document so it may take us a little while to
16  load.  While we are waiting for this to load, why
17  don't we go to the first page of the deck, Jeni,
18  just so I can ask a couple of background
19  questions.
20  BY MR. KAUFMANN:
21      Q.  So you'll note that this is a deck
22  that's identified as building a unified
23  experience for local serves at Google.  And it
24  has "GLS" and "Geo."  It's dated November 27th,
25  2018.  First of all, what is "GLS"?
```