**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on March 24, 2023 the materials filed electronically under seal at ECF No. 572 were distributed electronically to counsel identified in the Amended Case Management Order (ECF No. 108-1) and listed below.

John Schmidtlein
Benjamin M. Greenblum
Colette T. Connor
WILLIAMS & CONNELLY LLP
680 Maine Avenue SW
Washington, DC 20024
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

Susan Creighton
Franklin M. Rubinstein
WILSON SONSINI GOODRICH & ROSATI P.C.
1700 K St, NW
Washington, DC 20006
screighton@wsgr.com
frubinstein@wsgr.com

Mark S. Popofsky
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Mark.Popofsky@ropesgray.com

Dated: March 24, 2023

/s/ *Joseph M. Conrad*
Joseph M. Conrad
Assistant Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3840
Joseph.Conrad@nebraska.gov