IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>       Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA<br><br>███████████ |

| | |
|---|---|
| State of Colorado, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>       Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA<br><br>███████████ |

**GOOGLE LLC'S MOTION FOR LEAVE TO FILE SUR-REPLY
IN FURTHER OPPOSITION TO PLAINTIFFS' MOTIONS FOR SANCTIONS AND
<u>RESPONSE TO NOTICE OF *PLAY* LITIGATION ORDER</u>**

  Defendant Google LLC ("Google") respectfully requests leave to file the attached, 8-page combined Sur-Reply in Further Opposition to Plaintiffs' Motions for Sanctions and Response to Notice of *Play* Litigation Order.  *See* Ex. A.  Google seeks leave to respond to new matters raised in Plaintiffs' reply briefing and recent notice.

  1.  On February 10 and 12, 2023, the United States and Colorado Plaintiffs filed motions seeking sanctions against Google under Rule 37(e), including alleging that Google

1

intentionally deprived Plaintiffs of evidence in the form of certain "history-off" chat messages. *See* ECF No. 495, 496.

2. On March 10, 2023, Google filed an opposition to Plaintiffs' motions, explaining why Plaintiffs' assertions lacked merit. *See* ECF No. 529.

3. On March 24, 2023, Plaintiffs filed reply briefs. *See* ECF Nos. 571, 572. Among other things, the reply briefs cite and quote chat messages from a new production in the *Google Play Store* antitrust litigation pending in the Northern District of California. *In Re: Google Play Store Antitrust Litig.*, No. 3:21-md-2981 (N.D. Cal). The parties in that case submitted supplemental briefing on March 14, after Google's opposition was already on file, which cited and attached chat messages from that new production. Following a request from Plaintiffs, a portion of that new production was re-produced to Plaintiffs here on March 17, 2023. In their reply briefing, Plaintiffs cited and quoted for the first time selected chats that were attached to the March 14 supplemental briefing as well as selected chats that were included in the March 17 re-production. In addition, Plaintiffs' reply briefing contains a critical concession that stands in sharp contrast to their opening motion: Plaintiffs do not dispute that they were aware of Google's approach to chats preservation—the very basis for their sanctions motions—for years before filing these motions, including from the outset of discovery here.

4. On March 28, 2023, the United States further filed a notice advising the Court of a sanctions ruling against Google in the *Google Play Store* litigation that was issued on March 28. *See* ECF No. 573.

5. Given the submission of new documentary evidence and legal authority after Google filed its opposition brief, Google seeks leave here to file a combined 8-page sur-reply and response to the notice of the *Google Play* ruling.

6.       Google sought consent from the United States and Colorado Plaintiffs to this request and was informed that they oppose this motion.

Dated: April 5, 2023                        Respectfully submitted,

                                                    WILLIAMS & CONNOLLY LLP

                                                    By: */s/ John E. Schmidtlein*
                                                    John E. Schmidtlein (D.C. Bar No. 441261)
                                                    Benjamin M. Greenblum (D.C. Bar No. 979786)
                                                    Colette T. Connor (D.C. Bar No. 991533)
                                                    680 Maine Avenue, SW
                                                    Washington, DC 20024
                                                    Tel: 202-434-5000
                                                    jschmidtlein@wc.com
                                                    bgreenblum@wc.com
                                                    cconnor@wc.com

                                                    WILSON SONSINI GOODRICH & ROSATI P.C.
                                                    Susan A. Creighton (D.C. Bar No. 978486)
                                                    Franklin M. Rubinstein (D.C. Bar No. 476674)
                                                    Wendy Huang Waszmer (D.C. Bar No. 1631078)
                                                    1700 K Street, NW
                                                    Washington, DC 20006
                                                    Tel: 202-973-8800
                                                    screighton@wsgr.com
                                                    frubinstein@wsgr.com
                                                    wwaszmer@wsgr.com

                                                    ROPES & GRAY LLP
                                                    Mark S. Popofsky (D.C. Bar No. 454213)
                                                    2099 Pennsylvania Avenue, NW
                                                    Washington, DC 20006
                                                    Tel: 202-508-4624
                                                    Mark.Popofsky@ropesgray.com

                                                    *Counsel for Defendant Google LLC*