# Exhibit A



U.S. Department of Justice

Antitrust Division

*Liberty Square Building*

*Erin Murdock-Park*
*450 5th Street, N.W.*
*Washington, DC 20001*
*(202) 445-8082*

March 1, 2023

John Schmidtlein
Williams & Connolly
725 12th St NW
Washington, DC 20005
jschmidtlein@wc.com

    Re:    *United States, et al. v. Google LLC*, No. 1:20-cv-03010-APM

Dear Mr. Schmidtlein:

As you are aware, in connection with the plaintiffs' claims that Google spoliated evidence by improperly deleting instant messages in the Northern District of California case *Epic Games Inc. v. Google LLC*, No. 3:21-md-02981-JD, Judge Donato recently ordered Google to produce to the *Epic* plaintiffs, by February 24, 2023,

> all chats that have been preserved for Custodians 1 through 383 (as identified in Dkt. No. 429-2) that are: (1) responsive to any search term the parties have agreed to in this litigation (as proposed by Google in Dkt. No. 451 at 6), OR (2) responsive to these additional terms: "sensitive," "history off," "history is not off," "history on," "history is on," "off the record," or "on the record." To be clear, for the latter set of terms, Google may not limit its production to only those chats that discussed "turning history 'on' or 'off' in connection with the topics of this case or in connection with [a] legal hold, investigation, regulatory proceeding, or litigation." Dkt. No. 451 at 8. The responsive chats must be turned over without the additional limitation of being responsive to the search terms in this case or being connected to a legal hold, investigation, regulatory proceeding, or litigation.

No. 3:21-md-02981-JD, ECF No. 454 (Feb. 15, 2023).

These chats produced in the *Epic* litigation are relevant to the Department's motion to sanction Google for its destruction of chat messages in this litigation. To minimize further Court involvement and to ensure that the sanctions proceedings in this litigation proceed as expeditiously as possible, we request that Google produce to us by March 6, 2023, a copy of the materials produced to the *Epic* plaintiffs in connection with Judge Donato's order at ECF No. 454.

-2-

       Sincerely,

       */s/ Erin Murdock-Park*
       Erin Murdock-Park

cc:
Mark S. Popofsky, Esq. (Mark.Popofsky@ropesgray.com)
Colette T. Connor, Esq. (cconnor@wc.com)
Franklin M. Rubinstein, Esq. (frubinstein@wsgr.com)
Stuart Baimel, Esq. (sbaimel@wgsr.com)

USDOJ-GOOGEX-000439