# Exhibit B



**U.S. Department of Justice**

Antitrust Division

---

*Liberty Square Building*

*Erin Murdock-Park*
*450 5th Street, N.W.*
*Washington, DC 20001*
*(202) 445-8082*

March 15, 2023

John Schmidtlein
Williams & Connolly
725 12th St NW
Washington, DC 20005
jschmidtlein@wc.com

    Re:    *United States, et al. v. Google LLC*, No. 1:20-cv-03010-APM

Dear Mr. Schmidtlein:

Google has failed to respond to our March 1, 2023 request that it produce to the United States a copy of the chat materials that were produced to the *Epic* plaintiffs pursuant to a recent court order. Our initial request and subsequent follow up are attached in the email transmitting this letter. Yesterday, the *Epic* plaintiffs filed a brief attaching 35 of those recently produced chats, which Google requested sealed in their entirety. Google also requested redactions on large portions of the plaintiffs' brief.

The recent chat materials produced in *Epic* are relevant to the United States' motion for sanctions in this case, for Google's spoliation of "off the record chats." The materials also go directly to Google's response assertion that off the record chats are not intended to be substantive and that employees complied with litigation hold instructions not to use such chats for substantive conversations. According to the unredacted portions of plaintiffs' brief, however, Google's recent production shows that "Google employees regularly and intentionally diverted to 'history off' Chats conversations about Google's anticompetitive Revenue Share Agreements, Mobile Application Distribution Agreements, Google Play Billing payment policies and pricing, and a variety of other critical issues—specifically to ensure that those Chats would be destroyed." *In re: Google Play Store Antitrust Litig.*, No. 3:21-md-02981-JD, ECF No. 464 at 3 (N.D. Cal. March 14, 2023).

The United States again requests that Google provide a copy of the chat materials produced to the *Epic* plaintiffs. As well, the United States requests that Google provide unredacted and unsealed versions of the *Epic* filings, located at MDL ECF Nos. 463 and 464.

To facilitate adjudication of this motion and presentation of this evidence at the evidentiary hearing, please provide to the United States the requested materials no later than close of business on March 16, 2023.

        Sincerely,

        */s/ Erin Murdock-Park*
        Erin Murdock-Park

cc:
Mark S. Popofsky, Esq. (Mark.Popofsky@ropesgray.com)
Colette T. Connor, Esq. (cconnor@wc.com)
Franklin M. Rubinstein, Esq. (frubinstein@wsgr.com)
Stuart Baimel, Esq. (sbaimel@wgsr.com)

USDOJ-GOOGEX-000441