**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on April 7, 2023 the materials filed electronically under seal at ECF No. 578 were distributed electronically to counsel identified in the Amended Case Management Order (ECF No. 108-1) and listed below.

    John Schmidtlein
    Benjamin M. Greenblum
    Colette T. Connor
    WILLIAMS & CONNELLY LLP
    680 Maine Avenue SW
    Washington, DC 20024
    jschmidtlein@wc.com
    bgreenblum@wc.com
    cconnor@wc.com

    Susan Creighton
    Franklin M. Rubinstein
    WILSON SONSINI GOODRICH & ROSATI P.C.
    1700 K St, NW
    Washington, DC 20006
    screighton@wsgr.com
    frubinstein@wsgr.com

    Mark S. Popofsky
    ROPES & GRAY LLP
    2099 Pennsylvania Avenue, NW
    Washington, DC 20006
    Mark.Popofsky@ropesgray.com

Dated: April 7, 2023

    /s/ *Joseph M. Conrad*
    Joseph M. Conrad
    Assistant Attorney General
    Nebraska Department of Justice
    Office of the Attorney General
    2115 State Capitol
    Lincoln, NE 68509
    Telephone: (402) 471-3840
    Joseph.Conrad@nebraska.gov