AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Iowa                                                                                                      .

Date:   04/23/2023                                          /s/ Noah Goerlitz
*Attorney's signature*

Noah Goerlitz
*Printed name and bar number*

Office of the Attorney General of Iowa
1305 E. Walnut St.
Des Moines, IA 50319
*Address*

noah.goerlitz@ag.iowa.gov
*E-mail address*

(515) 725-1018
*Telephone number*

*FAX number*