# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America, et al., *Plaintiff* <br> v. <br> Google LLC, *Defendant* | Case No. 1:20-cv-03010-APM |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 05/18/2023

/s/ Eric L. Schleef
*Attorney's signature*

Eric L. Schleef
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
209 S. LaSalle St., Suite 600
Chicago, IL 60604
*Address*

Eric.Schleef@usdoj.gov
*E-mail address*

312-754-3939
*Telephone number*

202-616-8544
*FAX number*