IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.6(b), Henry H. Cornillie hereby gives notice of his withdrawal as counsel of record for Plaintiff State of California in the above-captioned action. California will continue to be represented in this matter by Paula Blizzard, Ryan McCauley, Brian Wang, and Carolyn Jeffries.

Dated:  May 24, 2023

Respectfully submitted,

By: ___/s/ Henry H. Cornillie___
Henry H. Cornillie, Deputy Attorney General
Office of the Attorney General,
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102

*Counsel for the Plaintiff State of California*