IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Amend the Amended Scheduling and Case Management Order, it is ORDERED that Plaintiffs' Motion be GRANTED and the Amended Scheduling and Case Management Order, Dkt. No. 108-1, is hereby amended as follows:

| Event | Calculation of Date | Calendar Date |
|---|---|---|
| Deadline for parties to exchange additional deposition designations | 7 days after trial length is set. | TBD |
| Deadline for parties to exchange objections to additional deposition designations and additional deposition counter-designations | 21 days after trial length is set. | TBD |
| Deadline for parties to exchange objections to additional deposition counter-designations and additional deposition counter counter-designations. | 28 days after trial length is set. | TBD |

All other dates, including the trial date, remain unchanged. SO ORDERED.

Dated:_____, 2023

_____
HON. AMIT P. MEHTA
U.S. District Court Judge