IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## DEFENDANT GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND THE AMENDED SCHEDULING AND CASE MANAGEMENT ORDER

Google opposes Plaintiffs' motion for the reasons set forth below.

**Plaintiffs' Request to Amend the Case Management Order to Provide for an Additional Round of Deposition Designations, Counter-Designations, Counter-Counter Designations, and Objections Thereto**

The Case Management Order ("CMO") specifies the schedule for pretrial disclosures, including the exchange of deposition designations. The initial round of disclosures, which includes the parties' affirmative deposition designations, are due to be exchanged this Thursday, June 22 (moved from the original date of June 20 at Plaintiffs' request); counter-designations and objections to the opening deposition designations are due to be exchanged July 18; counter-

1

counter designations and objections to counter-designations are due to be exchanged August 15; and the parties' joint submission regarding disputes concerning deposition designations is due to be submitted to the Court on August 22.  ECF 108-1 at 5-6.  The schedule set forth in the CMO allows the parties adequate time to exchange their respective designations and objections, and to review and meet and confer, before presenting any unresolved issues to the Court.

On Friday evening, June 16, Plaintiffs informed Google for the first time that they would be seeking relief from the Court to add a future round of deposition designations (and counter-designations, counter-counter designations, and objections thereto) following the Court providing additional guidance regarding the length of trial.  Plaintiffs' proposal would undercut the purpose of the current schedule and introduce unneeded complexity and burden on the parties during the pretrial process.

Google does not believe that any further guidance from the Court is necessary for the parties to designate the deposition testimony they wish to present at trial.  The Court has already provided the parties with guidance regarding the length of trial.  To the extent there are witnesses for whom Plaintiffs have not yet determined whether they will appear live or by deposition designation, the CMO requires Plaintiffs to provide the deposition designations on June 22, so that Google may counter-designate and object, as needed, in accordance with the CMO's schedule.  Google, of course, will do the same—that is, it will provide Plaintiffs the deposition designations for all witnesses for whom a final decision as to whether the witness will appear live or by deposition has not been made.

**Plaintiffs' Request for a Status Conference to Discuss the Length of Trial**

Google has followed the Court's prior guidance regarding trial length, including the discussions with the Court at the summary judgment hearing, and does not require additional Court guidance to make its pretrial disclosures to Plaintiffs in accordance with the schedule set

forth in the CMO.  Accordingly, Google does not believe a status conference to discuss trial length is necessary at this time, but is available at the Court's convenience when it believes a status conference is next appropriate.

Dated: June 20, 2023

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*