# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

| | |
|---|---|
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO AMEND THE AMENDED SCHEDULING AND CASE MANAGEMENT ORDER

Upon consideration of Plaintiffs' Motion to Amend the Amended Scheduling and Case Management Order as well as Google's Opposition to the Motion, it is hereby ORDERED that the Motion is DENIED.


Dated: _____, 2023

_____
Hon. Amit P. Mehta
United States District Court Judge