IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**ORDER**

It is hereby ORDERED that the Amended Scheduling and Case Management Order entered on February 3, 2021, ECF No. 108-1, is amended as follows:

| Event | New Calendar Date |
|---|---|
| Each Party informs each non-Party of all documents produced by that non-party that are on that Party's exhibit list and all deposition excerpts of that non-Party that have been designated by any Party | July 10, 2023 |
| Non-Parties provide notice of any objections to the potential public disclosure at trial of any non-Party documents or depositions; explain the basis for any such objections; and propose redactions where possible | July 24, 2023 |
| Parties and non-Parties meet and confer regarding confidentiality of non-Party documents on trial exhibit lists and non-Party depositions | no later than August 4, 2023 |

| Event | New Calendar Date |
|---|---|
| Parties meet and confer regarding disputes about confidentiality of Party documents on trial exhibit lists | no later than August 4, 2023 |
| Joint submission regarding disputes concerning confidentiality of Party documents on trial exhibit lists filed | Aug. 9, 2023 |
| Joint submission regarding disputes concerning confidentiality of each non-Party's documents on the trial exhibits lists and designations of non-Party depositions | Aug. 9, 2023 |
| Non-Party submissions regarding disputes concerning confidentiality of each non-Party's documents on the trial exhibit lists and designations of non-Party depositions | Aug. 9, 2023 |

And it is hereby ORDERED that paragraph 23 of the Stipulated Protective Order entered on January 21, 2021, ECF No. 98, is amended as follows:

> Disclosure at trial or at any evidentiary hearing of any document, testimony, or other material designated as Highly Confidential Information or Confidential Information will be governed pursuant to a separate court order. Unless otherwise directed by the Court, the Parties shall meet and confer and submit a recommended order outlining those procedures **no later than August 7, 2023**. Upon the filing of a proposed order governing the disclosure of Highly Confidential Information or Confidential Information at trial or any evidentiary hearing, the Parties shall provide notice of such order to third parties whose Highly Confidential Information or Confidential Information is expected to be used at trial or any evidentiary hearing.

All other dates, including the trial date, shall remain unchanged. SO ORDERED.

Dated: July ___, 2023

_____
Amit P. Mehta
Unites States District Court Judge