UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>   Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>   Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.6(b), the undersigned, Carla J. Baumel, hereby submits her Withdrawal of Appearance for Plaintiff State of Colorado in the above-captioned matter. Jonathan B. Sallet and Steven M. Kaufmann of the Colorado Attorney General's Office will continue to represent Plaintiff State of Colorado, which will not be without representation in this matter.

DATED: July 12, 2023.

              Respectfully submitted,

              */s/ Carla J. Baumel*
              Carla J. Baumel
              Assistant Attorney General
              Colorado Office of the Attorney General
              1300 Broadway, 7th Floor Denver, CO 80203
              Tel: 720-508-6000
              Carla.Baumel@coag.gov

## CERTIFICATE OF SERVICE

 The undersigned attorney certifies that on July 12, 2023, a copy of the foregoing *Notice of Withdrawal of Appearance of Counsel* was electronically filed with the Court, thereby providing electronic service to all counsel of record.

              /s/ Carla J. Baumel
              Carla J. Baumel
              Assistant Attorney General
              Colorado Office of the Attorney General
              1300 Broadway, 7th Floor
              Denver, CO 80203
              Tel: 720-508-6000
              Carla.Baumel@coag.gov