AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010 |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC                                              .

Date:   07/14/2023

/s/ Thomas W. Ryan
*Attorney's signature*

Thomas W. Ryan (D.C. Bar No. 1047700)
*Printed name and bar number*

Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
*Address*

tryan@wc.com
*E-mail address*

202-434-5000
*Telephone number*

(202) 434-5029
*FAX number*