AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 07/14/2023

/s/ David E. Dahlquist
*Attorney's signature*

David E. Dahlquist
*Printed name and bar number*
United States Department of Justice
Antitrust Division
209 South LaSalle Street
Chicago, Illinois 60604
*Address*

david.dahlquist@usdoj.gov
*E-mail address*

(202) 805-8563
*Telephone number*

*FAX number*