# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**STATUS REPORT**

Pursuant to the Court's Order setting a status conference for July 19, 2023, Plaintiffs in *United States v. Google LLC* and *State of Colorado v. Google LLC* submit the following Status Report summarizing the state of discovery and identifying an issue for which Plaintiffs seek the Court's guidance at the status hearing scheduled for July 19, 2023.

I.     **Requested Guidance**

Plaintiffs respectfully request the Court's guidance at the July 19 status conference regarding logistical questions relating to the Court's June 30 Order setting the schedule for trial proceedings. Specifically, Plaintiffs seek the Court's guidance regarding the allocation of time for cross examinations and/or direct examinations that the opposite side may conduct during a party's case-in-chief.

During the status conference, DOJ Plaintiffs expressly requested enough time for their case-in-chief, crosses, and a rebuttal case: "We have sharpened our pencils; and we are asking for 120 hours for the DOJ case, which would be our case-in-chief, our cross of Google, and rebuttal, which hashes out -- if we're looking at 30 hours of trial time per week, it hashes out to four weeks. So that's what we're asking for our case. That doesn't include the -- include Google's case or the states' case or their exam time, but that is -- that's what we need for our case." Hr'g Tr. at 4:10-17 (June 28, 2023). Later in the conference, DOJ Plaintiffs moderated the request to 105 hours. *Id.* at 9:17-25. In the Court's Order, the Court referenced the DOJ Plaintiffs' request and stated that this was granted. ECF No. 610 at 2 ("The DOJ Plaintiffs' case-in-chief shall conclude on or about **October 6, 2023 (appx. 105 hours)**."). During a meet and confer between the Parties on the scheduling order, Google took the position that it intends to conduct examination of any overlap witnesses during Plaintiffs' case-in-chief and may use as much of the time allocated for the Plaintiffs as Google desires without any corresponding decrease to Google's allotted trial time. Specifically, Google stated it "would conduct exams of witnesses called by the DOJ within the calendar days allotted for DOJ's case" in an email to Plaintiffs. Additionally, were time spent during cross examination to be counted against the pendency of a

party's case-in-chief, the opposing party would have the incentive to maximize the length of every cross examination to reduce the time available for the party to present their case-in-chief.

Plaintiffs ask the Court to adopt procedures for trial to ensure the DOJ Plaintiffs receive the requested necessary time to present our case. Specifically, Plaintiffs ask the Court to allocate to each party the amount of time listed in the Court's Order (i.e., approximately 105 hours for DOJ Plaintiffs' case-in-chief, 65 hours for Colorado Plaintiffs' case-in-chief, and 98 hours for Google's case-in-chief). Plaintiffs ask the Court to count time spent questioning against the time of the questioning party.

## II.     Plaintiffs' Discovery of Google

Google produced additional documents on March 31, April 7, and April 12, along with a privilege log on April 12. Google explained that these late produced documents were "retrieved by the custodial search parameters negotiated by the parties during fact discovery [but were] inadvertently excluded from the responsiveness review."

In addition, Google produced more tardy documents on May 14, May 20, May 26, June 2, and June 12, including privilege logs on June 16 related to "certain documents in Google Drive, including Microsoft Office and PDF files, as well as certain failed located in shared/team drive folders."

Google has informed Plaintiffs it has completed its production of these two sets of documents. Together, these productions comprise roughly 63,000 documents containing over one million pages. Plaintiffs have informed Google that they are working through the documents and determining appropriate next steps.

On May 31, Google provided to Plaintiffs a supplemental-materials-relied-upon list for the expert reports of Dr. Ophir Frieder of materials that post-date the close of expert discovery.

Plaintiffs provided this status report to Google. Google declined to join.

Dated: July 17, 2023    Respectfully submitted,

By:    */s/ Kenneth M. Dintzer*
Kenneth M. Dintzer
Karl E. Herrmann (D.C. Bar #1022464)
U.S. Department of Justice, Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff United States of America*


By:    */s/ Margaret Sharp*
James Lloyd, Chief, Antitrust Division
Margaret Sharp, Assistant Attorney General
Office of the Attorney General, State of Texas
300 West 15th Street
Austin, Texas 78701
Margaret.Sharp@oag.texas.gov

*Counsel for Plaintiff State of Texas*


By:    */s/ Matthew Michaloski*
Theodore Edward Rokita, Attorney General
Scott L. Barnhart, Chief Counsel and Director, Consumer Protection Division
Matthew Michaloski, Deputy Attorney General
Christi Foust, Deputy Attorney General
Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Matthew.Michaloski@atg.in.gov

*Counsel for Plaintiff State of Indiana*

By: */s/ Keaton Barnes*
Keaton Barnes
Arkansas Bar No. 2022161
Assistant Attorney General
Office of Tim Griffin, Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Keaton.Barnes@ArkansasAG.gov

*Counsel for Plaintiff State of Arkansas*


By: */s/ Brian Wang*
Rob Bonta, Attorney General
Ryan J. McCauley, Deputy Attorney General
Brian Wang, Deputy Attorney General
Henry Cornillie, Deputy Attorney General
Paula Blizzard, Supervising Deputy Attorney General
Office of the Attorney General,
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Brian.Wang@doj.ca.gov

*Counsel for Plaintiff State of California*


By: */s/ Lee Istrail*
Ashley Moody, Attorney General
R. Scott Palmer, Special Counsel, Complex Enforcement Chief, Antitrust Division
Nicholas D. Niemiec, Assistant Attorney General
Lee Istrail, Assistant Attorney General
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

5

By: */s/ Daniel Walsh*
Christopher Carr, Attorney General
Margaret Eckrote, Deputy Attorney General
Daniel Walsh, Senior Assistant Attorney General
Charles Thimmesch, Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
cthimmesch@law.georgia.gov

*Counsel for Plaintiff State of Georgia*


By: */s/ Philip R. Heleringer*
Daniel Cameron, Attorney General
J. Christian Lewis, Commissioner of the Office of Consumer Protection
Philip R. Heleringer, Executive Director of the Office of Consumer Protection
Jonathan E. Farmer, Deputy Executive Director of the Office of Consumer Protection
Office of the Attorney General, Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Philip.Heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*


By: */s/ Christopher J. Alderman*
Jeff Landry, Attorney General
Christopher J. Alderman, Assistant Attorney General
Office of the Attorney General, State of Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
AldermanC@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

6

By:    */s/ Scott Mertens*
Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for Plaintiff State of Michigan*


By:    */s/ Stephen M. Hoeplinger*
Stephen M. Hoeplinger
Assistant Attorney General
Missouri Attorney General's Office
815 Olive St., Suite 200
St. Louis, Missouri 63101
Stephen.Hoeplinger@ago.mo.gov

*Counsel for Plaintiff State of Missouri*


By:    */s/ Hart Martin*
Lynn Fitch, Attorney General
Hart Martin, Special Assistant Attorney General
Crystal Utley Secoy, Assistant Attorney General
Office of the Attorney General, State of Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Hart.Martin@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

By: */s/ Anna Schneider*
Anna Schneider
Bureau Chief
Montana Office of Consumer Protection
P.O. Box 200151
Helena, MT. 59602-0150
Phone: (406) 444-4500
Fax: 406-442-1894
Anna.schneider@mt.gov

*Counsel for Plaintiff State of Montana*


By: */s/ Mary Frances Jowers*
Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney General
C. Havird Jones, Jr., Senior Assistant Deputy Attorney General
Mary Frances Jowers, Assistant Deputy Attorney General
Rebecca M. Hartner, Assistant Attorney General
Office of the Attorney General, State of South Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
mfjowers@scag.gov

*Counsel for Plaintiff State of South Carolina*


By: */s/ Gwendolyn J. Lindsay Cooley*
Joshua L. Kaul, Attorney General
Gwendolyn J. Lindsay Cooley, Assistant Attorney General
Wisconsin Department of Justice
17 W. Main St.
Madison, Wisconsin 53701
Gwendolyn.Cooley@Wisconsin.gov

*Counsel for Plaintiff State of Wisconsin*

8

FOR PLAINTIFF STATE OF COLORADO

Jonathan B. Sallet
Special Assistant Attorney General

*/s/ Jonathan B. Sallet*
Jonathan B. Sallet, DC Bar No. 336198
Steven M. Kaufmann, DC Bar No. 1022365 (inactive)
Carla Baumel
Elizabeth W. Hereford
Conor J. May
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mails: Jon.Sallet@coag.gov
　　　　Steve.Kaufmann@coag.gov
　　　　Carla.Baumel@coag.gov
　　　　Elizabeth.Hereford@coag.gov
　　　　Conor.May@coag.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF NEBRASKA

Joseph M. Conrad
Assistant Attorney General
Colin P. Snider
Assistant Attorney General
Matthew K. McKinley
Special Assistant Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3840
E-Mails: Joseph.Conrad@nebraska.gov
       Colin.snider@nebraska.gov
       Matt.Mckinley@nebraska.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Nebraska*

| FOR PLAINTIFF STATE OF ARIZONA | FOR PLAINTIFF STATE OF IOWA |
|---|---|
| Robert A. Bernheim, Unit Chief Counsel<br>Arizona Office of the Attorney General<br>400 West Congress, Ste. S-315<br>Tucson, Arizona 85701<br>Telephone: (520) 628-6507<br>E-Mail: Robert.bernheim@azag.gov | Noah Goerlitz, Assistant Attorney General<br>Office of the Attorney General of Iowa<br>1305 E. Walnut St., 2nd Floor<br>Des Moines, IA 50319<br>Telephone: (515) 725-1018<br>E-Mail: Noah.goerlitz@ag.iowa.gov |
| *Counsel for Plaintiff State of Arizona* | *Counsel for Plaintiff State of Iowa* |

| FOR PLAINTIFF STATE OF NEW YORK | FOR PLAINTIFF STATE OF NORTH CAROLINA |
|---|---|
| Elinor R. Hoffmann<br>Morgan J. Feder<br>Michael Schwartz<br>Office of the Attorney General of New York<br>28 Liberty Street, 21st Floor<br>New York, NY 10005<br>Telephone: (212) 416-8513<br>E-Mails: Elinor.hoffmann@ag.ny.gov<br>　　　　 Morgan.feder@ag.ny.gov<br>　　　　 Michael.schwartz@ag.ny.gov<br><br>*Counsel for Plaintiff State of New York* | Kunal Janak Choksi<br>Joshua Daniel Abram<br>Jonathan R. Marx<br>Jessica Vance Sutton<br>North Carolina Department of Justice<br>114 W. Edenton St.<br>Raleigh, NC 27603<br>Telephone: (919) 716-6000<br>E-Mails: kchoksi@ncdoj.gov<br>　　　　 jabram@ncdoj.gov<br>　　　　 jmarx@ncdoj.gov<br>　　　　 jsutton2@ncdoj.gov<br><br>*Counsel for Plaintiff State of North Carolina* |
| FOR PLAINTIFF STATE OF TENNESSEE | FOR PLAINTIFF STATE OF UTAH |
| J. David McDowell<br>Chris Dunbar<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville.TN 37202<br>Telephone: (615) 741-8722<br>E-Mails: David.McDowell@ag.tn.gov<br>　　　　 Chris.Dunbar@ag.tn.gov<br><br>*Counsel for Plaintiff State of Tennessee* | Scott R. Ryther<br>Tara Pincock<br>Utah Office of Attorney General<br>160 E 300 S, 5th Floor<br>P.O. Box 142320<br>Salt Lake City, Utah 84114<br>Telephone: (385) 881-3742<br>E-Mail: sryther@agutah.gov<br>　　　　 tpincock@agutah.gov<br><br>*Counsel for Plaintiff State of Utah* |
| FOR PLAINTIFF STATE OF ALASKA | FOR PLAINTIFF STATE OF CONNECTICUT |
| Jeff Pickett<br>State of Alaska, Department of Law<br>Office of the Attorney General<br>1031 W. Fourth Avenue, Suite 200<br>Anchorage, Alaska 99501<br>Telephone: (907) 269-5100<br>E-Mail: Jeff.pickett@alaska.gov<br><br>*Counsel for Plaintiff State of Alaska* | Nicole Demers<br>Office of the Attorney General of Connecticut<br>165 Capitol Avenue, Suite 5000<br>Hartford, CT 06106<br>Telephone: (860) 808-5202<br>E-Mail: Nicole.demers@ct.gov<br><br>*Counsel for Plaintiff State of Connecticut* |

FOR PLAINTIFF STATE OF DELAWARE

Michael Andrew Undorf
Delaware Department of Justice
Fraud and Consumer Protection Division
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 577-8924
E-Mail: Michael.undorf@delaware.gov

*Counsel for Plaintiff State of Delaware*

FOR PLAINTIFF DISTRICT OF COLUMBIA

Elizabeth Gentry Arthur
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, DC 20001
Telephone: (202) 724-6514
E-Mail: Elizabeth.arthur@dc.gov

*Counsel for Plaintiff District of Columbia*

FOR PLAINTIFF TERRITORY OF GUAM

Fred Nishihira, Chief, Consumer Protection Division
Office of the Attorney General of Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Telephone: (671) 475-3324

*Counsel for Plaintiff Territory Guam*

FOR PLAINTIFF STATE OF HAWAI'I

Rodney I. Kimura
Department of the Attorney General, State of Hawai'i
Commerce & Economic Development
425 Queen Street
Honolulu, HI 96813
Telephone (808) 586-1180
E-Mail: Rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff State of Hawai'i*

FOR PLAINTIFF STATE OF IDAHO

John K. Olson
Office of the Idaho Attorney General
Consumer Protection Division
954 W. State St., 2nd Floor
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 334-4114
E-Mails: Brett.delange@ag.idaho.gov
             John.olson@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

FOR PLAINTIFF STATE OF ILLINOIS

Elizabeth Maxeiner
Brian Yost
Office of the Attorney General of Illinois
100 W. Randolph St.
Chicago, IL 60601
Telephone: (773) 590-7935
E-Mails: Elizabeth.maxeiner@ilag.gov
             Brian.yost@ilag.gov

*Counsel for Plaintiff State of Illinois*

| | |
|---|---|
| FOR PLAINTIFF STATE OF KANSAS | FOR PLAINTIFF STATE OF MAINE |
| Lynette R. Bakker<br>Kansas Office of the Attorney General<br>120 S.W. 10th Avenue., 2nd Floor<br>Topeka, KS 66612<br>Telephone: (785) 296-3751<br>E-Mail: Lynette.bakker@ag.ks.gov | Christina M. Moylan<br>Office of the Attorney General of Maine<br>6 State House Station<br>August, ME 04333<br>Telephone: (207) 626-8800<br>E-Mail: Christina.moylan@maine.gov |
| *Counsel for Plaintiff State of Kansas* | *Counsel for Plaintiff State of Maine* |
| FOR PLAINTIFF STATE OF MARYLAND | FOR PLAINTIFF COMMONWEALTH MASSACHUSETTS |
| Schonette J. Walker<br>Gary Honick<br>Office of the Attorney General of Maryland<br>200 St. Paul Place, 19th Floor<br>Baltimore, MD 21202<br>Telephone: (410) 576-6480<br>E-Mails: swalker@oag.state.md.us<br>          ghonick@oag.state.md.us | William T. Matlack<br>Michael B. MacKenzie<br>Office of the Attorney General of Massachusetts<br>One Ashburton Place, 18th Fl.<br>Boston, MA 02108<br>Telephone: (617) 727-2200<br>E-Mails: William.matlack@mass.gov<br>          Michael.Mackenzie@mass.gov |
| *Counsel for Plaintiff State of Maryland* | *Counsel for Plaintiff State of Massachusetts* |
| FOR PLAINTIFF STATE MINNESOTA | FOR PLAINTIFF STATE OF NEVADA |
| Zachary William Biesanz<br>Office of the Minnesota Attorney General<br>Consumer, Wage, and Antitrust Division<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101<br>Telephone: (651) 757-1257<br>E-Mail: Zach.biesanz@ag.state.mn.us | Michelle Christine Newman<br>Lucas J. Tucker<br>Nevada Office of the Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br>Telephone: (775) 684-1164<br>E-Mails: mnewman@ag.nv.gov<br>          ltucker@ag.nv.gov |
| *Counsel for Plaintiff State of Minnesota* | *Counsel for Plaintiff State of Nevada* |

FOR PLAINTIFF STATE OF NEW HAMPSHIRE

Brandon Garod
Office of Attorney General of New Hampshire
33 Capitol Street
Concord, NH 03301
Telephone: (603) 271-1217
E-Mail: Brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

FOR PLAINTIFF STATE OF NEW MEXICO

Judith E. Paquin
Cholla Khoury
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87504
Telephone: (505) 490-4885
E-Mails: jpaquin@nmag.gov
ckhoury@nmag.gov

*Counsel for Plaintiff State of New Mexico*

FOR PLAINTIFF STATE OHIO

Jennifer Pratt
Beth Ann Finnerty
Mark Kittel
Office of the Attorney General of Ohio
30 E Broad Street, 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
E-Mails:
Jennifer.pratt@ohioattorneygeneral.gov
Beth.finnerty@ohioattorneygeneral.gov
Mark.kittel@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

FOR PLAINTIFF STATE OF NEW JERSEY

Isabella R. Pitt
Deputy Attorney General
New Jersey Attorney General's Office
124 Halsey Street, 5th Floor
Newark, NJ 07102
Telephone: (973) 648-7819
E-Mail: Isabella.Pitt@law.njoag.gov

*Counsel for Plaintiff State of New Jersey*

FOR PLAINTIFF STATE NORTH DAKOTA

Elin S. Alm
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of the Attorney General of North Dakota
1720 Burlington Drive, Suite C
Bismarck, ND 58504
Telephone: (701) 328-5570
E-Mail: ealm@nd.gov

*Counsel for Plaintiff State of North Dakota*

FOR THE PLAINTIFF STATE OKLAHOMA

Caleb J. Smith
Office of the Oklahoma Attorney General
313 NE 21st St
Oklahoma City, OK 73105
Telephone: (405) 522-1014
E-Mail: Caleb.Smith@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

| | |
|---|---|
| FOR PLAINTIFF STATE OREGON<br><br>Cheryl Hiemstra<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301<br>Telephone: (503) 934-4400<br>E-Mail: Cheryl.hiemstra@doj.state.or.us<br><br>*Counsel for Plaintiff State of Oregon* | FOR PLAINTIFF COMMONWEALTH PENNSYLVANIA<br><br>Tracy W. Wertz<br>Joseph S. Betsko<br>Pennsylvania Office of Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120<br>Telephone: (717) 787-4530<br>E-Mails: jbetsko@attorneygeneral.gov<br>        twertz@attorneygeneral.gov<br><br>*Counsel for Plaintiff Commonwealth of Pennsylvania* |
| FOR PLAINTIFF TERRITORY PUERTO RICO<br><br>Guarionex Diaz Martinez<br>Assistant Attorney General<br>Antitrust Division<br>Puerto Rico Department of Justice<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902<br>Telephone: (787) 721-2900, Ext. 1201<br>E-Mail: gdiaz@justicia.pr.gov<br><br>*Counsel for Plaintiff Territory Puerto Rico* | FOR PLAINTIFF STATE RHODE ISLAND<br><br>Stephen Provazza<br>Rhode Island Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>Telephone: (401) 274-4400<br>E-Mail: SProvazza@riag.ri.gov<br><br>*Counsel for Plaintiff State of Rhode Island* |
| FOR PLAINTIFF STATE SOUTH DAKOTA<br><br>Yvette K. Lafrentz<br>Office of the Attorney General of South Dakota<br>1302 E. Hwy 14, Suite 1<br>Pierre, SD 57501<br>Telephone: (605) 773-3215<br>E-Mail: Yvette.lafrentz@state.sd.us<br><br>*Counsel for Plaintiff State of South Dakota* | FOR PLAINTIFF STATE VERMONT<br><br>Christopher J. Curtis<br>Assistant Attorney General<br>Office of the Attorney General of Vermont<br>109 State St.<br>Montpelier, VT 05609<br>Telephone: (802) 828-3170<br>E-Mail: Ryan.kriger@vermont.gov<br><br>*Counsel for Plaintiff State of Vermont* |

| | |
|---|---|
| FOR PLAINTIFF COMMONWEALTH VIRGINIA<br><br>Tyler T. Henry<br>Office of the Attorney General of Virginia<br>202 N. 9th Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>E-Mail: thenry@oag.state.va.us<br><br>*Counsel for Plaintiff State of Virginia* | FOR PLAINTIFF STATE WASHINGTON<br><br>Amy Hanson<br>Washington State Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Telephone: (206) 464-5419<br>E-Mail: Amy.hanson@atg.wa.gov<br><br>*Counsel for Plaintiff State of Washington* |
| FOR PLAINTIFF STATE WEST VIRGINIA<br><br>Douglas Lee Davis<br>Office of the Attorney General, State of West Virginia<br>1900 Kanawha Boulevard, East<br>Building 6, Suite 402<br>P.O. Box 1789<br>Charleston, WV 25305<br>Telephone: (304) 558-8986<br>E-Mail: Douglas.l.davis@wvago.gov<br><br>*Counsel for Plaintiff State of West Virginia* | FOR PLAINTIFF STATE WYOMING<br><br>Benjamin Peterson<br>Wyoming Attorney General's Office<br>2320 Capitol Avenue<br>Kendrick Building<br>Cheyenne, WY 82002<br>Telephone: (307) 777-6397<br>E-Mail: Benjamin.peterson2@wyo.gov<br><br>*Counsel for Plaintiff State of Wyoming* |