AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California.

Date:  07/27/2023

/s/ Carolyn Jeffries
*Attorney's signature*

Carolyn Jeffries: CA No. 319595 / DC No. 1600843
*Printed name and bar number*
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

*Address*

Cari.Jeffries@doj.ca.gov
*E-mail address*

(415) 510-3511
*Telephone number*

*FAX number*