IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion *In Limine* to Exclude Evidence of Purported Benefits Outside Relevant Markets ("Motion"), the Motion is hereby **GRANTED**. Evidence introduced for the purpose of establishing that Google's conduct results in benefits in markets beyond those alleged in Plaintiffs' complaints is irrelevant and therefore inadmissible under Federal Rule of Evidence 402.

Dated: _____

_____
Hon. Amit P. Mehta
United States District Court Judge