IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                            Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                            Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                            Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                            Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion *In Limine* to Limit Google's Ability to Use Evidence of Product Quality As a Complete Defense to Liability ("Motion"), the Motion is hereby **GRANTED**. Defendant's introduction of evidence related to its product quality, if any, will be limited to its alleged procompetitive justifications for its anticompetitive conduct and not as a complete defense to liability.

Dated: _____

                                                                            Hon. Amit P. Mehta
                                                    United States District Court Judge