**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *et al.*,

          *Plaintiffs*,

   v.

GOOGLE LLC,

          *Defendant*.

Civil Action No. 1:20-cv-03010

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Joshua Lipton enters his appearance on behalf of Non-Party Amazon.com, Inc.  I am admitted to practice in this Court.  My address is:

    Joshua Lipton
    Gibson, Dunn & Crutcher LLP
    1050 Connecticut Ave., N.W.
    Washington, D.C. 20036

I may be reached by phone at (202) 955-8226 and by email at JLipton@gibsondunn.com.

Dated:   August 7, 2023

Respectfully submitted,

/s/ Joshua Lipton
Joshua Lipton
D.C. Bar No.: 461731
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8226
Facsimile:  (202) 530-9536
jlipton@gibsondunn.com

*Attorney for Non-Party Amazon.com, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2023, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court.  The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.


_/s/ Joshua Lipton_ 
Joshua Lipton