IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

| | |
|---|---|
| State of Colorado, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**JOINT NOTICE OF FILING OF PROPOSED ORDER REGARDING
THE USE OF CONFIDENTIAL INFORMATION AT TRIAL**

Pursuant to the Stipulated Protective Order (ECF No. 98) as amended by the Court's Order of July 10, 2023 (ECF No. 612), the parties have met and conferred regarding a recommended order outlining procedures for the disclosure at trial of documents, testimony, and other materials designated as Highly Confidential Information or Confidential Information. The parties are enclosing a proposed order and will be prepared to address it at the remote status conference and hearing scheduled for August 11, 2023 at 1:00 p.m.

The parties have reached agreement regarding paragraphs 2-9 of the enclosed proposed order, but they disagree about paragraph 1 and have therefore included their respective proposals

in the enclosed version.  Any written submissions from the parties in support of their positions on paragraph 1 will be included with the joint submission due August 9, 2023.

Dated: August 7, 2023                                   Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By:  /s/ *John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
Wendy Huang Waszmer (D.C. Bar No. 1631078)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com
wwaszmer@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*

By: */s/ Kenneth M. Dintzer*
Kenneth M. Dintzer
Karl E. Herrmann (D.C. Bar #1022464)
U.S. Department of Justice, Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff United States of America*


By: */s/ Margaret Sharp*
James Lloyd, Chief, Antitrust Division
Margaret Sharp, Assistant Attorney General
Office of the Attorney General, State of Texas
300 West 15th Street
Austin, Texas 78701
Margaret.Sharp@oag.texas.gov

*Counsel for Plaintiff State of Texas*


By: */s/ Matthew Michaloski*
Theodore Edward Rokita, Attorney General
Scott L. Barnhart, Chief Counsel and Director, Consumer Protection Division
Matthew Michaloski, Deputy Attorney General
Christi Foust, Deputy Attorney General
Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Matthew.Michaloski@atg.in.gov

*Counsel for Plaintiff State of Indiana*

3

By: */s/ Keaton Barnes*
Keaton Barnes
Arkansas Bar No. 2022161
Assistant Attorney General
Office of Tim Griffin, Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Keaton.Barnes@ArkansasAG.gov

*Counsel for Plaintiff State of Arkansas*


By: */s/ Brian Wang*
Rob Bonta, Attorney General
Ryan J. McCauley, Deputy Attorney General
Brian Wang, Deputy Attorney General
Henry Cornillie, Deputy Attorney General
Paula Blizzard, Supervising Deputy Attorney General
Office of the Attorney General,
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Brian.Wang@doj.ca.gov

*Counsel for Plaintiff State of California*


By: */s/ Lee Istrail*
Ashley Moody, Attorney General
R. Scott Palmer, Special Counsel, Complex Enforcement Chief, Antitrust Division
Nicholas D. Niemiec, Assistant Attorney General
Lee Istrail, Assistant Attorney General
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

By: */s/ Daniel Walsh*
Christopher Carr, Attorney General
Margaret Eckrote, Deputy Attorney General
Daniel Walsh, Senior Assistant Attorney General
Charles Thimmesch, Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
cthimmesch@law.georgia.gov

*Counsel for Plaintiff State of Georgia*


By: */s/ Philip R. Heleringer*
Daniel Cameron, Attorney General
J. Christian Lewis, Commissioner of the Office of Consumer Protection
Philip R. Heleringer, Executive Director of the Office of Consumer Protection
Jonathan E. Farmer, Deputy Executive Director of the Office of Consumer Protection
Office of the Attorney General, Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Philip.Heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*


By: */s/ Christopher J. Alderman*
Jeff Landry, Attorney General
Christopher J. Alderman, Assistant Attorney General
Office of the Attorney General, State of Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
AldermanC@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

5

By: */s/ Scott Mertens*
Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for Plaintiff State of Michigan*


By: */s/ Stephen M. Hoeplinger*
Stephen M. Hoeplinger
Assistant Attorney General
Missouri Attorney General's Office
815 Olive St., Suite 200
St. Louis, Missouri 63101
Stephen.Hoeplinger@ago.mo.gov

*Counsel for Plaintiff State of Missouri*


By: */s/ Hart Martin*
Lynn Fitch, Attorney General
Hart Martin, Special Assistant Attorney General
Crystal Utley Secoy, Assistant Attorney General
Office of the Attorney General, State of Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Hart.Martin@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

6

By: /s/ Anna Schneider
Anna Schneider
Bureau Chief
Montana Office of Consumer Protection
P.O. Box 200151
Helena, MT. 59602-0150
Phone: (406) 444-4500
Fax: 406-442-1894
Anna.schneider@mt.gov

*Counsel for Plaintiff State of Montana*


By: /s/ Mary Frances Jowers
Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney General
C. Havird Jones, Jr., Senior Assistant Deputy Attorney General
Mary Frances Jowers, Assistant Deputy Attorney General
Rebecca M. Hartner, Assistant Attorney General
Office of the Attorney General, State of South Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
mfjowers@scag.gov

*Counsel for Plaintiff State of South Carolina*


By: /s/ Gwendolyn J. Lindsay Cooley
Joshua L. Kaul, Attorney General
Gwendolyn J. Lindsay Cooley, Assistant Attorney General
Wisconsin Department of Justice
17 W. Main St.
Madison, Wisconsin 53701
Gwendolyn.Cooley@Wisconsin.gov

*Counsel for Plaintiff State of Wisconsin*

7

FOR PLAINTIFF STATE OF COLORADO

Jonathan B. Sallet
Special Assistant Attorney General

*/s/ Jonathan B. Sallet*
Jonathan B. Sallet, DC Bar No. 336198
Steven M. Kaufmann, DC Bar No. 1022365 (inactive)
Carla Baumel
Elizabeth W. Hereford
Conor J. May
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mails: Jon.Sallet@coag.gov
         Steve.Kaufmann@coag.gov
         Carla.Baumel@coag.gov
         Elizabeth.Hereford@coag.gov
         Conor.May@coag.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF NEBRASKA

Joseph M. Conrad
Assistant Attorney General
Colin P. Snider
Assistant Attorney General
Matthew K. McKinley
Special Assistant Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3840
E-Mails: Joseph.Conrad@nebraska.gov
　　　　Colin.snider@nebraska.gov
　　　　Matt.Mckinley@nebraska.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Nebraska*

FOR PLAINTIFF STATE OF ARIZONA

Robert A. Bernheim, Unit Chief Counsel
Arizona Office of the Attorney General
400 West Congress, Ste. S-315
Tucson, Arizona 85701
Telephone: (520) 628-6507
E-Mail: Robert.bernheim@azag.gov

*Counsel for Plaintiff State of Arizona*

FOR PLAINTIFF STATE OF IOWA

Noah Goerlitz, Assistant Attorney General
Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Telephone: (515) 725-1018
E-Mail: Noah.goerlitz@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

FOR PLAINTIFF STATE OF NEW YORK

Elinor R. Hoffmann
Morgan J. Feder
Michael Schwartz
Office of the Attorney General of New York
28 Liberty Street, 21st Floor
New York, NY 10005
Telephone: (212) 416-8513
E-Mails: Elinor.hoffmann@ag.ny.gov
　　　　　Morgan.feder@ag.ny.gov
　　　　　Michael.schwartz@ag.ny.gov

*Counsel for Plaintiff State of New York*

FOR PLAINTIFF STATE OF NORTH CAROLINA

Kunal Janak Choksi
Joshua Daniel Abram
Jonathan R. Marx
Jessica Vance Sutton
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6000
E-Mails: kchoksi@ncdoj.gov
　　　　　jabram@ncdoj.gov
　　　　　jmarx@ncdoj.gov
　　　　　jsutton2@ncdoj.gov

*Counsel for Plaintiff State of North Carolina*

FOR PLAINTIFF STATE OF TENNESSEE

J. David McDowell
Chris Dunbar
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville.TN 37202
Telephone: (615) 741-8722
E-Mails: David.McDowell@ag.tn.gov
　　　　　Chris.Dunbar@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

FOR PLAINTIFF STATE OF UTAH

Scott R. Ryther
Tara Pincock
Utah Office of Attorney General
160 E 300 S, 5th Floor
P.O. Box 142320
Salt Lake City, Utah 84114
Telephone: (385) 881-3742
E-Mail: sryther@agutah.gov
　　　　　tpincock@agutah.gov

*Counsel for Plaintiff State of Utah*

FOR PLAINTIFF STATE OF ALASKA

Jeff Pickett
State of Alaska, Department of Law
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5100
E-Mail: Jeff.pickett@alaska.gov

*Counsel for Plaintiff State of Alaska*

FOR PLAINTIFF STATE OF CONNECTICUT

Nicole Demers
Office of the Attorney General of Connecticut
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Telephone: (860) 808-5202
E-Mail: Nicole.demers@ct.gov

*Counsel for Plaintiff State of Connecticut*

| | |
|---|---|
| FOR PLAINTIFF STATE OF DELAWARE<br><br>Michael Andrew Undorf<br>Delaware Department of Justice<br>Fraud and Consumer Protection Division<br>820 N. French St., 5th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 577-8924<br>E-Mail: Michael.undorf@delaware.gov<br><br>*Counsel for Plaintiff State of Delaware* | FOR PLAINTIFF DISTRICT OF COLUMBIA<br><br>Elizabeth Gentry Arthur<br>Office of the Attorney General for the District of Columbia<br>400 6th Street NW<br>Washington, DC 20001<br>Telephone: (202) 724-6514<br>E-Mail: Elizabeth.arthur@dc.gov<br><br>*Counsel for Plaintiff District of Columbia* |
| FOR PLAINTIFF TERRITORY OF GUAM<br><br>Fred Nishihira, Chief, Consumer Protection Division<br>Office of the Attorney General of Guam<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913<br>Telephone: (671) 475-3324<br><br>*Counsel for Plaintiff Territory Guam* | FOR PLAINTIFF STATE OF HAWAI'I<br><br>Rodney I. Kimura<br>Department of the Attorney General, State of Hawai'i<br>Commerce & Economic Development<br>425 Queen Street<br>Honolulu, HI 96813<br>Telephone (808) 586-1180<br>E-Mail: Rodney.i.kimura@hawaii.gov<br><br>*Counsel for Plaintiff State of Hawai'i* |
| FOR PLAINTIFF STATE OF IDAHO<br><br>John K. Olson<br>Office of the Idaho Attorney General<br>Consumer Protection Division<br>954 W. State St., 2nd Floor<br>P.O. Box 83720<br>Boise, ID 83720<br>Telephone: (208) 334-4114<br>E-Mails: Brett.delange@ag.idaho.gov<br>            John.olson@ag.idaho.gov<br><br>*Counsel for Plaintiff State of Idaho* | FOR PLAINTIFF STATE OF ILLINOIS<br><br>Elizabeth Maxeiner<br>Brian Yost<br>Office of the Attorney General of Illinois<br>100 W. Randolph St.<br>Chicago, IL 60601<br>Telephone: (773) 590-7935<br>E-Mails: Elizabeth.maxeiner@ilag.gov<br>            Brian.yost@ilag.gov<br><br>*Counsel for Plaintiff State of Illinois* |

| | |
|---|---|
| FOR PLAINTIFF STATE OF KANSAS<br><br>Lynette R. Bakker<br>Kansas Office of the Attorney General<br>120 S.W. 10th Avenue., 2nd Floor<br>Topeka, KS 66612<br>Telephone: (785) 296-3751<br>E-Mail: Lynette.bakker@ag.ks.gov<br><br>*Counsel for Plaintiff State of Kansas* | FOR PLAINTIFF STATE OF MAINE<br><br>Christina M. Moylan<br>Office of the Attorney General of Maine<br>6 State House Station<br>August, ME 04333<br>Telephone: (207) 626-8800<br>E-Mail: Christina.moylan@maine.gov<br><br>*Counsel for Plaintiff State of Maine* |
| FOR PLAINTIFF STATE OF MARYLAND<br><br>Schonette J. Walker<br>Gary Honick<br>Office of the Attorney General of Maryland<br>200 St. Paul Place, 19th Floor<br>Baltimore, MD 21202<br>Telephone: (410) 576-6480<br>E-Mails: swalker@oag.state.md.us<br>      ghonick@oag.state.md.us<br><br>*Counsel for Plaintiff State of Maryland* | FOR PLAINTIFF COMMONWEALTH MASSACHUSETTS<br><br>William T. Matlack<br>Michael B. MacKenzie<br>Office of the Attorney General of Massachusetts<br>One Ashburton Place, 18th Fl.<br>Boston, MA 02108<br>Telephone: (617) 727-2200<br>E-Mails: William.matlack@mass.gov<br>      Michael.Mackenzie@mass.gov<br><br>*Counsel for Plaintiff State of Massachusetts* |
| FOR PLAINTIFF STATE MINNESOTA<br><br>Zachary William Biesanz<br>Office of the Minnesota Attorney General<br>Consumer, Wage, and Antitrust Division<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101<br>Telephone: (651) 757-1257<br>E-Mail: Zach.biesanz@ag.state.mn.us<br><br>*Counsel for Plaintiff State of Minnesota* | FOR PLAINTIFF STATE OF NEVADA<br><br>Michelle Christine Newman<br>Lucas J. Tucker<br>Nevada Office of the Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br>Telephone: (775) 684-1164<br>E-Mails: mnewman@ag.nv.gov<br>      ltucker@ag.nv.gov<br><br>*Counsel for Plaintiff State of Nevada* |

| | |
|---|---|
| FOR PLAINTIFF STATE OF NEW HAMPSHIRE<br><br>Brandon Garod<br>Office of Attorney General of New Hampshire<br>33 Capitol Street<br>Concord, NH 03301<br>Telephone: (603) 271-1217<br>E-Mail: Brandon.h.garod@doj.nh.gov<br><br>*Counsel for Plaintiff State of New Hampshire* | FOR PLAINTIFF STATE OF NEW JERSEY<br><br>Isabella R. Pitt<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07102<br>Telephone: (973) 648-7819<br>E-Mail: Isabella.Pitt@law.njoag.gov<br><br>*Counsel for Plaintiff State of New Jersey* |
| FOR PLAINTIFF STATE OF NEW MEXICO<br><br>Judith E. Paquin<br>Cholla Khoury<br>Assistant Attorney General<br>New Mexico Office of the Attorney General<br>408 Galisteo St.<br>Santa Fe, NM 87504<br>Telephone: (505) 490-4885<br>E-Mails: jpaquin@nmag.gov<br>          ckhoury@nmag.gov<br><br>*Counsel for Plaintiff State of New Mexico* | FOR PLAINTIFF STATE NORTH DAKOTA<br><br>Elin S. Alm<br>Assistant Attorney General<br>Consumer Protection and Antitrust Division<br>Office of the Attorney General of North Dakota<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504<br>Telephone: (701) 328-5570<br>E-Mail: ealm@nd.gov<br><br>*Counsel for Plaintiff State of North Dakota* |
| FOR PLAINTIFF STATE OHIO<br><br>Jennifer Pratt<br>Beth Ann Finnerty<br>Mark Kittel<br>Office of the Attorney General of Ohio<br>30 E Broad Street, 26th Floor<br>Columbus, OH 43215<br>Telephone: (614) 466-4328<br>E-Mails:<br>Jennifer.pratt@ohioattorneygeneral.gov<br>Beth.finnerty@ohioattorneygeneral.gov<br>Mark.kittel@ohioattorneygeneral.gov<br><br>*Counsel for Plaintiff State of Ohio* | FOR THE PLAINTIFF STATE OKLAHOMA<br><br>Caleb J. Smith<br>Office of the Oklahoma Attorney General<br>313 NE 21st St<br>Oklahoma City, OK 73105<br>Telephone: (405) 522-1014<br>E-Mail: Caleb.Smith@oag.ok.gov<br><br>*Counsel for Plaintiff State of Oklahoma* |

| | |
|---|---|
| FOR PLAINTIFF STATE OREGON<br><br>Cheryl Hiemstra<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301<br>Telephone: (503) 934-4400<br>E-Mail: Cheryl.hiemstra@doj.state.or.us<br><br>*Counsel for Plaintiff State of Oregon* | FOR PLAINTIFF COMMONWEALTH PENNSYLVANIA<br><br>Tracy W. Wertz<br>Joseph S. Betsko<br>Pennsylvania Office of Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120<br>Telephone: (717) 787-4530<br>E-Mails: jbetsko@attorneygeneral.gov<br>           twertz@attorneygeneral.gov<br><br>*Counsel for Plaintiff Commonwealth of Pennsylvania* |
| FOR PLAINTIFF TERRITORY PUERTO RICO<br><br>Guarionex Diaz Martinez<br>Assistant Attorney General<br>Antitrust Division<br>Puerto Rico Department of Justice<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902<br>Telephone: (787) 721-2900, Ext. 1201<br>E-Mail: gdiaz@justicia.pr.gov<br><br>*Counsel for Plaintiff Territory Puerto Rico* | FOR PLAINTIFF STATE RHODE ISLAND<br><br>Stephen Provazza<br>Rhode Island Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>Telephone: (401) 274-4400<br>E-Mail: SProvazza@riag.ri.gov<br><br>*Counsel for Plaintiff State of Rhode Island* |
| FOR PLAINTIFF STATE SOUTH DAKOTA<br><br>Yvette K. Lafrentz<br>Office of the Attorney General of South Dakota<br>1302 E. Hwy 14, Suite 1<br>Pierre, SD 57501<br>Telephone: (605) 773-3215<br>E-Mail: Yvette.lafrentz@state.sd.us<br><br>*Counsel for Plaintiff State of South Dakota* | FOR PLAINTIFF STATE VERMONT<br><br>Christopher J. Curtis<br>Assistant Attorney General<br>Office of the Attorney General of Vermont<br>109 State St.<br>Montpelier, VT 05609<br>Telephone: (802) 828-3170<br>E-Mail: Ryan.kriger@vermont.gov<br><br>*Counsel for Plaintiff State of Vermont* |

| | |
|---|---|
| FOR PLAINTIFF COMMONWEALTH VIRGINIA<br><br>Tyler T. Henry<br>Office of the Attorney General of Virginia<br>202 N. 9th Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>E-Mail: thenry@oag.state.va.us<br><br>*Counsel for Plaintiff State of Virginia* | FOR PLAINTIFF STATE WASHINGTON<br><br>Amy Hanson<br>Washington State Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Telephone: (206) 464-5419<br>E-Mail: Amy.hanson@atg.wa.gov<br><br>*Counsel for Plaintiff State of Washington* |
| FOR PLAINTIFF STATE WEST VIRGINIA<br><br>Douglas Lee Davis<br>Office of the Attorney General, State of West Virginia<br>1900 Kanawha Boulevard, East<br>Building 6, Suite 402<br>P.O. Box 1789<br>Charleston, WV 25305<br>Telephone: (304) 558-8986<br>E-Mail: Douglas.l.davis@wvago.gov<br><br>*Counsel for Plaintiff State of West Virginia* | FOR PLAINTIFF STATE WYOMING<br><br>Benjamin Peterson<br>Wyoming Attorney General's Office<br>2320 Capitol Avenue<br>Kendrick Building<br>Cheyenne, WY 82002<br>Telephone: (307) 777-6397<br>E-Mail: Benjamin.peterson2@wyo.gov<br><br>*Counsel for Plaintiff State of Wyoming* |