# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:20-CV-03010-APM |
| | ) | |
| Google LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| State of Colorado, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:20-CV-03715-APM |
| | ) | |
| Google LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Ronan P. Doherty of the law firm Bondurant, Mixson & Elmore, LLP gives notice of his entry of appearance as counsel on behalf of non-party Home Depot U.S.A., Inc. His contact information is as follows:

Ronan P. Doherty
BONDURANT, MIXSON & ELMORE, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, GA 30309
doherty@bmelaw.com
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

#3565614v1

- 2 -

This 8th day of August, 2023.

                                                                */s/ Ronan P. Doherty*
                                                                Ronan P. Doherty
                                                                D.C. Bar No. 462419
                                                                doherty@bmelaw.com
                                                                **Bondurant, Mixson & Elmore, LLP**
                                                                3900 One Atlantic Center
                                                                1201 West Peachtree Street, N.W.
                                                                Atlanta, Georgia  30309
                                                                Telephone: (404) 881-4100
                                                                Facsimile: (404) 881-4111

                                                                *Attorney for Non-Party*
                                                                *Home Depot U.S.A., Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **NOTICE OF APPEARANCE** was filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This 8th day of August, 2023.

*/s/ Ronan P. Doherty*
Ronan P. Doherty
D.C. No. 462419
