# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, *et al.*, | ) | |
|        Plaintiffs, | ) ) | |
| v. | ) | Case No. 1:20-CV-03010-APM |
| Google LLC, | ) ) ) | |
|        Defendant. | ) ) | |
| | | |
| State of Colorado, *et al.*, | ) ) | |
|        Plaintiffs, | ) ) | |
| v. | ) | Case No. 1:20-CV-03715-APM |
| Google LLC, | ) ) ) | |
|        Defendant. | ) ) | |

## NON-PARTY HOME DEPOT U.S.A., INC.'S SUBMISSION REGARDING CONFIDENTIALITY

Pursuant to the Court's July 11, 2023 Order, ECF No. 612, Non-Party Home Depot U.S.A., Inc. ("Home Depot") submits the following report regarding confidentiality.

First, Home Depot reports that there is no known dispute concerning the confidentiality of the Home Depot documents on the Parties' trial exhibit lists and their designations from the Home Depot witness deposition. In accordance with the Court's directions, Home Depot responded to the Parties' identification of confidential documents and testimony. Home Depot also has conferred with counsel for the United States of America and confirmed the United States has no objection to Home Depot's designations and suggested redactions. The Attorneys General similarly confirmed that they did not intend to challenge any of Home Depot's

designations and proposed redactions. And Google, LLC has raised no objection and has not sought any further conference on Home Depot's designations and proposed redactions. Thus, Home Depot understands and reports that there are no disputes concerning its position on the confidentiality of its documents and witness deposition testimony.

    Second, Home Depot has reviewed the Parties' Proposed Stipulated Order on the Use of Confidential Information at Trial. Regarding the Parties' dispute over Paragraph No. 1, Home Depot asks that the Court adopt Google's proposal because it provides Home Depot and other non-parties with a concrete opportunity to be heard before any of its designated, competitively sensitive, and confidential documents are publicly disclosed at trial.

Dated:  August 8, 2023          Respectfully submitted,

*/s/ Ronan P. Doherty*
Ronan P. Doherty
D.C. Bar No. 462419
doherty@bmelaw.com
**Bondurant, Mixson & Elmore, LLP**
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Telephone:  (404) 881-4100
Facsimile:  (404) 881-4111

*Attorney for Non-Party*
*Home Depot U.S.A., Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that **NON-PARTY HOME DEPOT U.S.A., INC.'S SUBMISSION REGARDING CONFIDENTIALITY** was filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This 8th day of August, 2023.

>*/s/ Ronan P. Doherty*
>Ronan P. Doherty
>D.C. No. 462419