**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Bryant S. Green enters his appearance on behalf of Non-Party Verizon.  I am admitted to practice in this Court.  My address is:

Bryant S. Green
Zelle LLP
1775 Pennsylvania Avenue, NW
Suite 375
Washington, D.C. 20006

I may be reached by phone at (202) 899-4100 and by email at bgreen@zellelaw.com.

Dated: August 8, 2023                    Respectfully submitted,


                                         */s/ Bryant S. Green*
                                         Bryant S. Green
                                         **ZELLE LLP**
                                         1775 Pennsylvania Avenue, NW
                                         Suite 375
                                         Washington, D.C. 20006
                                         Tel.: (202) 899-4100
                                         bgreen@zellelaw.com

                                         *Attorney for Non-Party Verizon*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 8, 2023, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court.  The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

<u>*/s/ Bryant S. Green*</u>
Bryant S. Green