# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of Judith A. Zahid *pro hac vice* in the above-referenced action as counsel for Non-Party Verizon.

This motion is supported by the Declaration of Judith A. Zahid, which is filed herewith.

As set forth in Ms. Zahid's declaration, she is admitted, practicing, and a member of good standing of the State Bar of California.  This motion is supported and signed by Bryant S. Green, an active and sponsoring member of the Bar of this Court.

Dated: August 8, 2023                                   Respectfully submitted,

<div style="margin-left:40%">

*/s/ Bryant S. Green*
Bryant S. Green
**ZELLE LLP**
1775 Pennsylvania Avenue, NW
Suite 375
Washington, D.C. 20006
Tel.: (202) 899-4100
bgreen@zellelaw.com

*Attorney for Non-Party Verizon*

</div>

## CERTIFICATE OF SERVICE

  I hereby certify that on August 8, 2023, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                */s/ Bryant S. Green*
                Bryant S. Green