# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>                    Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>                    Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br>                    Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>                    Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**DECLARATION OF JUDITH A. ZAHID IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Judith A. Zahid, hereby declare:

1.      I am counsel for Non-Party Verizon in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2.      My full name is Judith Ann Zahid.

3.      I am an attorney with the law firm of Zelle LLP. My office address is 555 12th Street, Suite 1230, Oakland, CA 94607. My telephone number is (415) 693-0700. My email address is jzahid@zellelaw.com.

4. I am admitted and a member in good standing of the State Bar of California, as well as the U.S. Court of Appeals for the Ninth Circuit, the U.S. District Court for the Northern District of California, and the U.S. District Court for the Central District of California.

5. I have never been disciplined by any bar.

6. Within the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

8. A true and correct copy of a certificate of good standing issued today by the U.S. District Court for the Northern District of California is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of August, 2023, in Oakland, California.

_____
Judith A. Zahid

# EXHIBIT A

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Judith Zahid

Bar Number 215418

was duly admitted to practice in this Court on December 3, 2001, and is in good standing as a member of the bar of this Court.



Signed on August 8, 2023 by

Mark B. Busby, Clerk of Court