# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION *PRO HAC VICE***

Upon consideration of Non-Party Verizon's Motion for Admission *Pro Hac Vice* for Judith A. Zahid, and the accompanying Declaration of Judith A. Zahid, it is hereby **ORDERED** that the Motion for Judith A. Zahid to be admitted *pro hac vice* is hereby GRANTED.

**SO ORDERED** this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　United States District Judge