IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                      Defendant. | Case No. 1:20-cv-03010 (APM) |
| State of Colorado, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                      Defendant. | Case No. 1:20-cv-03715 (APM) |

**NON-PARTY DUCK DUCK GO, INC.'s MOTION FOR LEAVE TO FILE UNDER SEAL ITS POSITION STATEMENT ON CONFIDENTALITY OF POTENTIAL TRIAL EXHIBITS AND THE UNDERLYING DOCUMENTS**

Non-party Duck Duck Go, Inc. ("DuckDuckGo"), by and through counsel, hereby moves this Court for leave to file under seal its Position Statement on Confidentiality of Potential Trial Exhibits (the "Position Statement") (Exhibit A) and the potential exhibits referenced in the Position Statement (Exhibits A-1 through A-9), all of which have been designated by DuckDuckGo as Confidential or Highly Confidential under this Court's Modified Protective Order (ECF No. 98).

This Circuit considers six factors in determining whether judicial documents should be disclosed to the public:

> (1) the need for public access to the documents at issue; (2) the extent of previous public access to the documents; (3) the fact that someone has objected to disclosure, and the

1

>   identity of that person; (4) the strength of any property and privacy interests asserted; (5) the possibility of prejudice to those opposing disclosure; and (6) the purposes for which the documents were introduced during the judicial proceedings.

*Metlife, Inc. v. Fin. Stability Oversight Council*, 865 F.3d 661, 665 (D.C. Cir. 2017) (internal citations omitted).  All factors weigh in favor of sealing the Position Statement and the exhibits. DuckDuckGo has an interest in sealing the Position Statement and the exhibits because confidentiality is the very subject of the filing, and the exhibits are the very documents containing competitively sensitive information at the heart of the dispute.  For reasons stated in the Position Statement, disclosing the underlying documents to the public would cause DuckDuckGo and potentially other third-parties competitive harm.  Conversely, the need for public access to the Position Statement is low, because to the extent the public has any interest in access to the underlying documents, the filing is merely an explanation of why the underlying documents are confidential.  For the reasons stated in the Position Statement, the need for public access to the underlying documents is outweighed by DuckDuckGo's need to keep its competitively sensitive communications private and the harm that may result if this information is made public.  A proposed order is attached as Exhibit B.

WHEREFORE, DuckDuckGo hereby respectfully moves this Court for leave to file under seal its Position Statement, attached hereto as Exhibit A, and the underlying documents, attached hereto as Exhibits A-1 through A-9.

Dated: August 9, 2023　　　　　　　　　　　Respectfully submitted,
Washington, DC

　　　　　　　　　　　　　　　　　　　　　/s/ Ronald F. Wick
　　　　　　　　　　　　　　　　　　　　　**COHEN & GRESSER LLP**

　　　　　　　　　　　　　　　　　　　　　Melissa H. Maxman (D.C. Bar No. 426231)
　　　　　　　　　　　　　　　　　　　　　Ronald F. Wick (D.C. Bar No. 439737)
　　　　　　　　　　　　　　　　　　　　　2001 Pennsylvania Ave, NW
　　　　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　Phone: (202) 851-2070
　　　　　　　　　　　　　　　　　　　　　Email: mmaxman@cohengresser.com
　　　　　　　　　　　　　　　　　　　　　rwick@cohengresser.com


　　　　　　　　　　　　　　　　　　　　　*Counsel for non-party Duck Duck Go, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2023, the foregoing Motion for Leave to File Under Seal Duck Duck Go, Inc.'s Position Statement on Confidentiality of Potential Trial Exhibits and the Underlying Documents and the exhibits were electronically filed under seal using the CM/ECF system, and I am causing to be transmitted copies to counsel of record for Plaintiffs and Defendant Google LLC.

                                              /s/ Ronald F. Wick