# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03010 (APM) |
| State of Colorado, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03715 (APM) |

## [PROPOSED] ORDER

Upon consideration of Non-party Duck Duck Go, Inc.'s Motion for Leave to File Under Seal its Position Statement on the Confidentiality of Potential Trial Exhibits and the Underlying Documents, it is hereby:

**ORDERED** that Non-party Duck Duck Go, Inc.'s Motion for Leave to File Under Seal its Position Statement on the Confidentiality of Potential Trial Exhibits and the Underlying Documents is **GRANTED**.

**SO ORDERED** this ____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge