# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>     Plaintiffs, <br><br>     v. <br><br> GOOGLE LLC, <br><br>     Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br>     Plaintiffs, <br><br>     v. <br><br> GOOGLE LLC, <br><br>     Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Richard G. Parker, formerly of Gibson, Dunn & Crutcher LLP, hereby withdraws his appearance in the above-captioned case on behalf of Non-Party Amazon.com, Inc.  Gibson, Dunn & Crutcher LLP and its attorney that has appeared will continue to appear on behalf of Amazon.com, Inc. in this action.

Dated: August 10, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua Lipton*
    Joshua Lipton

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:   202.955.8500
Facsimile:   202.467.0539
Email:       JLipton@gibsondunn.com

*Attorney for Non-Party Amazon.com, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2023 the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

*/s/ Joshua Lipton*
Joshua Lipton
