# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA et al.,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **GOOGLE LLC,** ) <br> ) <br> Defendant. ) | Case No. 20-cv-3010 (APM) |
| **STATE OF COLORADO et al.,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **GOOGLE LLC,** ) <br> ) <br> Defendant. ) | Case No. 20-cv-3715 (APM) |

## ORDER

Pursuant to the Status Conference held on August 11, 2023, the court hereby orders as follows with respect to further proceedings:

1. By **August 18, 2023**, Plaintiffs shall identify for Google and third parties those portions of their exhibits that they intend to rely upon at trial that may contain confidential business information or trade secrets. Google and the third parties shall respond with any proposed redactions to those portions by **August 25, 2023**.

2. By **August 25, 2023**, Google shall identify for Plaintiffs and third parties those portions of their exhibits that it will seek to treat as confidential because they contain confidential

business information or trade secrets.  Plaintiffs and third parties shall respond to Google's proposed redactions by **September 1, 2023.**

3. The court will be prepared to resolve any disputes concerning Plaintiffs' exhibits at the pretrial conference on **September 1, 2023**.  The court will set a later date to resolve any disputes involving Google's exhibits.

4. The parties shall submit proposed updated redactions to the court's summary judgment memorandum opinion, ECF No. 624, by **August 18, 2023**.

Dated:  August 14, 2023

Amit P. Mehta
United States District Court Judge