IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Judith A. Zahid of the law firm of Zelle LLP, who is admitted to practice in this Court *pro hac vice*, hereby appears as counsel of record for Non-Party Verizon in the above-captioned matter.

Dated: August 14, 2023

Respectfully submitted,

*/s/ Judith A. Zahid*
Judith A. Zahid (*pro hac vice*)
**ZELLE LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Tel.: (415) 693-0700
jzahid@zellelaw.com

*Attorney for Non-Party Verizon*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2023, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                                              */s/ Judith A. Zahid*
                                              Judith A. Zahid

4853-9823-6534v1