**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | CASE No.: 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | CASE No.: 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING NON-PARTY PETITIONER APPLE INC.'S
MOTION FOR LEAVE TO FILE UNDER SEAL**

Upon consideration of the motion of Non-Party Apple Inc. ("Apple") to file under seal, it is hereby **ORDERED** that Non-Party Apple, Inc.'s Motion for Leave to File Under Seal (the "Motion") is **GRANTED**.  Exhibits E, F, G, and H shall remain under seal.  A redacted version of Exhibit I shall be filed publicly.  The remaining materials appended to Apple's Motion shall be filed publicly.

Date: _____                                 _____
                                                                         Hon. Amit P. Mehta
                                                                         United States District Judge

1