UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE No.: 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA<br><br>████████████████ |
| STATE OF COLORADO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE No.: 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## DECLARATION OF KAREN HOFFMAN LENT IN SUPPORT OF MOTION TO QUASH TRIAL SUBPOENAS

I, Karen Hoffman Lent, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for non-party Apple Inc. ("Apple") in connection with the above-captioned action. I submit this declaration in support of Apple's Motion to Quash Trial Subpoenas. Unless otherwise stated, the matters set forth below are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of a July 21, 2023 email that counsel for Plaintiff United States of America sent to counsel for Apple, transmitting Rule 45 trial subpoenas for Apple executives Eduardo Cue, John Giannandrea, and Adrian Perica.

1

3. Attached as **Exhibit B** is a true and correct copy of Plaintiffs' Rule 45 trial subpoena for Apple executive Eduardo Cue, dated July 21, 2023.

4. Attached as **Exhibit C** is a true and correct copy of Plaintiffs' Rule 45 trial subpoena for Apple executive John Giannandrea, dated July 21, 2023.

5. Attached as **Exhibit D** is a true and correct copy of Plaintiffs' Rule 45 trial subpoena for Apple executive Adrian Perica, dated July 21, 2023.

6. Attached as **Exhibit E** is a true and correct copy of excerpts from deposition testimony provided by Eduardo Cue, dated April 13, 2022. These portions were marked as Confidential Information or Highly Confidential Information under the governing Protective Order in this action.

7. Attached as **Exhibit F** is a true and correct copy of excerpts from deposition testimony provided by Eduardo Cue pursuant to Federal Rule of Civil Procedure 30(b)(6), dated April 14, 2022. These portions were marked as Confidential Information or Highly Confidential Information under the governing Protective Order in this action.

8. Attached as **Exhibit G** is a true and correct copy of excerpts from deposition testimony provided by Mr. Giannandrea, dated April 22, 2022. These portions were marked as Confidential Information or Highly Confidential Information under the governing Protective Order in this action.

9. Attached as **Exhibit H** is a true and correct copy of excerpts from deposition testimony provided by Adrian Perica, dated April 8, 2022. These portions were marked as Confidential Information or Highly Confidential Information under the governing Protective Order in this action.

10. Attached as **Exhibit I** is a true and correct copy of a 30(b)(6) deposition notice for Apple Inc., served by Plaintiffs in this action, dated February 10, 2022.

11. Attached as **Exhibit J** is a true and correct copy of a letter counsel for Plaintiff United States of America sent to counsel for Apple, dated July 28, 2023, regarding Apple's requests to maintain certain Apple confidential information under seal in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 11, 2023, in New York, New York.

_____
Karen Hoffman Lent