# Exhibit A

| | |
|---|---|
| **From:** | Rosengart, Michael (ATR) <Michael.Rosengart@usdoj.gov> |
| **Sent:** | Friday, July 21, 2023 4:04 PM |
| **To:** | Lent, Karen Hoffman (NYC); Sunshine, Steven C (WAS); Travers, Ryan J (WAS); Lanci, Michael A (NYC) |
| **Cc:** | Jones, Matthew (ATR); Bellshaw, Meagan (ATR); Bartels, Sarah (ATR) |
| **Subject:** | [Ext] US v. Google (20-cv-3010 (APM) (D.D.C.)) - Subpoenas |
| **Attachments:** | Giannandrea - Subpoena.zip; Cue - Subpoena.zip; Perica Subpoena.zip |

Counsel:

Please see the attached trial subpoenas in *United States, et al. v. Google LLC*, No. 20-cv-3010 (APM) (D.D.C.) for your clients at Apple Inc., Eduardo Cue, John Giannandrea, and Adrian Perica. As we have discussed, Plaintiffs have included Mr. Cue and Mr. Giannandrea on our initial witness list as live witnesses and Mr. Perica by designation. While we still intend to submit Mr. Perica's testimony and have no present plans to call him, we are still issuing a trial subpoena.

Please reply to this email confirming that you are able to accept service of the attached trial subpoenas in *United States, et al. v. Google LLC*, No. 20-cv-3010 (APM) (D.D.C.) on behalf of your clients at Apple Inc., Messrs. Cue, Giannandrea, and Perica; that each of your clients is waiving personal service of the trial subpoena; and that you are accepting service of the attached subpoenas via email. Please respond by Monday, July 24, 2023, so that, if necessary, we can arrange to have your clients served directly.

Kind regards,
Michael


**Michael Rosengart**
Trial Attorney
United States Department of Justice | Antitrust Division
Michael.Rosengart@usdoj.gov | (202) 538-1705