
# Exhibit E
# (Filed Under Seal)