# Exhibit I
# (Redacted)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

## **NOTICE OF DEPOSITION**

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure ("Rule 30(b)(6)"), Local Rules 26.2 and 30.1, and the Amended Case Management Order entered in this case on February 3, 2021 (ECF 108-1 and 141), Plaintiffs in the above-captioned cases will take the following deposition at the time and location listed below or such other time and location as is agreed upon:

Name:      Corporate Representative of Apple Inc. ("Apple")

Time:       March 31, at 9:00 am PDT

Location:   Phillip Burton Federal Building
                Department of Justice, Antitrust Division
                450 Golden Gate Avenue
                San Francisco, CA 94102

The deposition will be recorded by stenographic, audio, video, and videoconference means before an officer authorized to administer oaths. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purposes permitted under the Federal Rules of Civil Procedure or the Amended Case Management Order.

You are hereby advised that Apple must designate one or more officers, directors, managing agents, or other persons to testify on behalf of Apple as to information known or reasonably available to Apple regarding the topics listed in Schedule A.

Dated: February 10, 2022

By: _/s/ Kenneth M. Dintzer_
Kenneth M. Dintzer
U.S. Department of Justice, Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff United States of America*

By: */s/ Jonathan R. Carter*
Leslie Rutledge, Attorney General
Johnathan R. Carter, Assistant Attorney General
Office of the Attorney General, State of Arkansas
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Johnathan.Carter@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

By: */s/ Adam Miller*
Rob Bonta, Attorney General
Ryan J. McCauley, Deputy Attorney General
Adam Miller, Deputy Attorney General
Paula Blizzard, Supervising Deputy Attorney General
Kathleen Foote, Senior Assistant Attorney General
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
Adam.Miller@doj.ca.gov

*Counsel for Plaintiff State of California*

By: */s/ Lee Istrail*
Ashley Moody, Attorney General
R. Scott Palmer, Interim Co-Director, Antitrust Division
Nicholas D. Niemiec, Assistant Attorney General
Lee Istrail, Assistant Attorney General
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

By:    */s/ Daniel Walsh*
Christopher Carr, Attorney General
Margaret Eckrote, Deputy Attorney General
Daniel Walsh, Senior Assistant Attorney General
Dale Margolin Cecka, Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
dcecka@law.georgia.gov

*Counsel for Plaintiff State of Georgia*

By:    */s/ Scott L. Barnhart*
Theodore Edward Rokita, Attorney General
Scott L. Barnhart, Chief Counsel and Director, Consumer Protection Division
Matthew Michaloski, Deputy Attorney General
Erica Sullivan, Deputy Attorney General
Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Scott.Barnhart@atg.in.gov

*Counsel for Plaintiff State of Indiana*

By:    */s/ Philip R. Heleringer*
Daniel Cameron, Attorney General
J. Christian Lewis, Executive Director of Consumer Protection
Philip R. Heleringer, Deputy Executive Director of Consumer Protection
Jonathan E. Farmer, Assistant Attorney General
Office of the Attorney General, Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Phone: 502-696-5647
philip.heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*

By: */s/ Stacie L. Deblieux*
Jeff Landry, Attorney General
Stacie L. Deblieux, Assistant Attorney General
Office of the Attorney General, State of Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
Deblieuxs@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

By: */s/ Wisam E. Naoum*
Dana Nessel, Attorney General
Wisam E. Naoum, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lasing, MI 48909
NaoumW1@michigan.gov

*Counsel for Plaintiff State of Michigan*

By: */s/ Kimberley G. Biagioli*
Kimberley G. Biagioli
Assistant Attorney General
Missouri Attorney General's Office
615 E. 13th Street, Suite 401
Kansas City, MO 64106
Kimberley.Biagioli@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

By: */s/ Hart Martin*
Lynn Fitch, Attorney General
Hart Martin, Special Assistant Attorney General
Crystal Utley Secoy, Assistant Attorney General
Office of the Attorney General, State of Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Hart.Martin@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

5

By:   */s/ Mark Mattioli*
Austin Knudsen, Attorney General
Mark Mattioli, Chief, Office of Consumer Protection
Office of the Attorney General, State of Montana
P.O. Box 200151
555 Fuller Avenue, 2nd Floor
Helena, MT 59620-0151
mmattioli@mt.gov

*Counsel for Plaintiff State of Montana*

By:   */s/ Rebecca M. Hartner*
Rebecca M. Hartner, Assistant Attorney General
Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney General
C. Havird Jones, Jr., Senior Assistant Deputy Attorney General
Mary Frances Jowers, Assistant Deputy Attorney General
Office of the Attorney General, State of South Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
RHartner@scag.gov

*Counsel for Plaintiff State of South Carolina*

By:   */s/ Bret Fulkerson*
Bret Fulkerson
Office of the Attorney General, Antitrust Division
300 West 15th Street
Austin, Texas 78701
Bret.Fulkerson@oag.texas.gov

*Counsel for Plaintiff State of Texas*

By: <u>/s/ Gwendolyn J. Lindsay Cooley</u>
Joshua L. Kaul, Attorney General
Gwendolyn J. Lindsay Cooley, Assistant Attorney General
Wisconsin Department of Justice
17 W. Main St.
Madison, WI 53701
Gwendolyn.Cooley@Wisconsin.gov

*Counsel for Plaintiff State of Wisconsin*

## **CERTIFICATE OF SERVICE**

I certify that on February 10, 2022, I served the foregoing Notice of Deposition on the below individuals via e-mail.

For non-party Apple Inc.:

    Karen Hoffman Lent
    SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
    One Manhattan West
    New York, NY 10001
    Telephone: (212) 735-3000
    karen.lent@skadden.com

    Steven C. Sunshine
    SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
    1440 New York Ave, N.W.
    Washington, DC 20005
    Telephone: (202) 371-7860
    steve.sunshine@skadden.com

Dated: February 10, 2022

By:   */s/ Jeremy M. P. Goldstein*

Jeremy M. P. Goldstein
U.S. Department of Justice, Antitrust Division
San Francisco Office
450 Golden Gate Avenue
San Francisco, CA 94102-3478
Telephone: (415) 229-2934
Jeremy.Goldstein@usdoj.gov

*Counsel for Plaintiff United States of America*

## SCHEDULE A

1. Since January 1, 2005, Apple's internet search service agreements with Google, including:

   a. The agreements' terms;

   b. How Apple implemented, monitored, and enforced the agreements; and

   c. Any business impacts related to those agreements on Apple's overall profitability or the specific services or products offered by Apple.

2. Since January 1, 2015, Apple's negotiations with any internet search engine other than Google, including Microsoft's Bing and DuckDuckGo.

3. Since January 1, 2005, Apple's internal considerations of ███████████████████████████████████████████████ including:

   a. Any considerations related to Apple's internet search agreements with Google;

   b. How the need to develop or acquire scale impacted Apple's considerations;

   c. Whether Apple crawls the internet, and if so, the manner and extent to which Apple crawls the internet;

   d. Whether Apple indexes web pages, and if so, the manner in which Apple indexes web pages, the size of Apple's index, and how Apple maintains and uses any index; and

   e. Apple's annual costs to crawl or index web pages; and

   f. The reasons why Apple engages in any of the activities listed in 3(c)-3(d).

4. How Apple decides whether to preinstall or preset as a default a browser, internet search engine, or internet-search-capable application, including:

   a. Apple's process for determining which internet search engine to include as the default choice in Safari, Siri, or Spotlight;

   b. Any considerations related to user experience or preference; and

   c. Factors considered by Apple regarding whether or not to preinstall or preload third-party (non-Apple) applications on Apple devices, including any quality, cost, or consumer-benefit factors.

5. Whether Apple:

   a. Licenses any Apple operating system (including iOS and MacOS) or Apple internet search-capable applications (including Safari, Siri, or Spotlight) to another original equipment manufacturer (OEM); or

   b. Has considered or is considering any plans to license Apple's operating systems or internet search-capable applications to other OEMs; and

   c. Apple's rationale for these decisions.

6. Apple's rationale for any modifications to Apple services or products related to requests, comments, or suggestions from Google about:

   a.  and

   b.