# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　Defendant. | CASE No.: 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　Defendant. | CASE No.: 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

### [PROPOSED] ORDER GRANTING NON-PARTY PETITIONER APPLE INC.'S MOTION TO QUASH TRIAL SUBPOENAS

Upon consideration of the motion of Non-Party Apple Inc. ("Apple") to quash the trial subpoenas of Eduardo Cue, John Giannandrea, and Adrian Perica it is hereby **ORDERED** that Non-Party Apple, Inc.'s Motion to Quash Trial Subpoenas is **GRANTED**.

Date: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　United States District Judge

1