IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )   CV No. 20-3010
      vs.                          )   Washington, D.C.
                                   )   August 11, 2023
GOOGLE LLC,                        )   1:00 p.m.
                                   )
          Defendant.               )
_____)


TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:            Kenneth M. Dintzer
                               U.S. DEPARTMENT OF JUSTICE
                               1100 L Street, NW
                               Washington, D.C.
                               (202) 307-0340
                               Email:
                               kenneth.dintzer2@usdoj.gov

                               Karl Edward Herrmann
                               Sarah Bartels
                               U.S. DEPARTMENT OF JUSTICE
                               Technology
                               & Financial
                               Services Section
                               450 Fifth Street, NW
                               Washington, D.C. 20001
                               (202) 476-0316
                               Email: karl.herrmann@usdoj.gov

```
APPEARANCES CONTINUED:

For Plaintiff
State of Colorado:          Jonathan Bruce Sallet
                            COLORADO DEPARTMENT OF LAW
                            Consumer Protection Section,
                            Antitrust Unit
                            Ralph L. Carr
                            Colorado Judicial Center
                            1300 Broadway
                            Suite 7th Floor
                            Denver, CO 80203
                            (720) 508-6000
                            Email: jon.sallet@coag.gov

                            William F. Cavanaugh, Jr.
                            PATTERSON BELKNAP
                            WEBB & TYLER LLP
                            1133 Avenue of the Americas
                            Suite 2200
                            New York, NY 10036-6710
                            (212) 335-2793
                            Email: wfcavanaugh@pbwt.com
```

APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               Colette Connor
                               WILLIAMS & CONNOLLY LLP
                               725 12th St., NW
                               Washington, D.C. 20005
                               (202) 434-5000
                               Email: jschmidtlein@wc.com
                               Email: cconnor@wc.com


Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1              P R O C E E D I N G S

2           COURTROOM DEPUTY:  All rise.  The Court is now in

3    session.  The Honorable Amit P. Mehta now presiding.

4           THE COURT:  Good afternoon.  Please be seated,

5    everyone.

6           COURTROOM DEPUTY:  Good afternoon, Your Honor.

7    This is Civil Action 20-3010, United States of America

8    versus, et al., versus Google LLC.

9           Kenneth Dintzer, Karl Herrmann, and Sarah Bartles

10   for the DOJ Plaintiffs.

11          William Cavanaugh and Jonathan Sallet for

12   Plaintiff States.

13          We also have John Schmidtlein and Colette Connor

14   for Defendant Google LLC.

15          THE COURT:  All right, counsel, good afternoon.

16   It's nice to see everyone.  Thank you all for the

17   flexibility of coming in today, as opposed to doing this

18   fully remotely.

19          Mr. Cavanaugh, Mr. Sallet, sorry about the

20   last-minute notice, but I think it will be a little bit

21   easier since we're all together to manage all the various

22   things we need to get through today.

23          Before we get started, I want to just introduce

24   everybody to my new law clerk, Medha Swaminathan.  She is

25   going to be, she's replaced Danayit, who has been your point

 1    of contact for the last year plus.  And so welcome her to

 2    the judicial part of the team.  And so you all should

 3    introduce yourself to her as you'll be communicating with

 4    her a fair amount over the coming months, I suspect.

 5            All right.  So anything preliminarily before we

 6    dive right into the matters we need to address?

 7            Okay.  Well, let's just -- why don't we just start

 8    with the witness issue since I think we can probably dispose

 9    of those, hopefully, in relatively short order.

10            So the first concerns the subpoenaing of eight

11    Google witnesses whose testimony has been already identified

12    as being submitted through depositions.  Where are we on

13    that.  It sounds like the government is doing this simply as

14    a sort of protective matter, and maybe that's not satisfying

15    Google.

16            MR. SCHMIDTLEIN:  No, Your Honor.

17            I mean, we've got eight either current or former

18    Google employees.  Not surprisingly, none of them reside

19    anywhere near this courtroom.

20            And we have been working with the DOJ pursuant to

21    the schedules that you've set out to do our depositions and

22    our counters and, you know, we're working through all that,

23    objections and everything else.

24            And the government has now come to us and said,

25    will you accept trial subpoenas for these people?  And we

1    said, well, we don't really see a need to have trial

2    subpoenas put on witnesses who are appearing by designation.

3    And this is the first we've sort of heard recently about,

4    well, we may need to call them live depending on whether it

5    might be helpful to the Court.

6            I've never heard of that process before.  And we

7    think we are now one month out or so before trial; we

8    shouldn't have people under subpoena for a multi-month trial

9    and us having to be in the lurch as to whether we have to

10   prepare them or not or there's going to be some audible

11   called at the last second.

12           And so our view is, it's time to make your

13   decision, they're designated, and absent some act of God

14   that would require them to come for some reason, we just

15   don't see why they should be under subpoena.

16           THE COURT:  All right.

17           Mr. Dintzer.

18           MR. DINTZER:  Thank you, Your Honor.

19           As the Court intuited, this was just a reservation

20   of rights.  We told Google that we're not planning on

21   calling them at this time.  If we do plan on calling them,

22   which would require a change in our position either because

23   we need to establish foundation or for rebuttal or whatever

24   the reason, we would give them notice and we'd probably have

25   whatever argument we need to have at that point.  But we

1    don't see any reason to have that argument now as we're only

2    issuing them to reserve our rights, and we've told them

3    that.

4              THE COURT:  Okay.

5              Look, I think -- I would ask that we proceed as

6    follows.  Hopefully, Google will be willing to accept these

7    subpoenas with the understanding that these folks

8    presumptively will not be called live at trial; that's what

9    you've told us.

10             And that if there is a reason to call them at

11   trial, that it is something that is a function only of

12   something unexpected that happens in the course of trial.

13             And so if you have a witness who says something

14   you're not expecting, although I find that hard to believe

15   given the extent of the discovery that has gone on in this

16   case, and you need to call someone who can only be the only

17   person who can rebut or provide clarification, then we can

18   take that up then.

19             But I'm going to operate from the assumption, as

20   I think all of you should, that these eight people will not

21   be testifying live; that the need for them will be in the

22   extraordinary circumstance, and I won't try and define what

23   that is now.

24             And that if it does come to pass that we need to

25   have them here, Google will have the opportunity to object.

1 And if it's something that cannot be done conveniently to

2 the witness at the last minute, we'll figure out a way to

3 have it done some other way.

4          So if we can all proceed with those guardrails in

5 mind, I think we can hopefully move past this.

6          MR. DINTZER:  We're fully comfortable with that,

7 Your Honor.

8          THE COURT:  All right.

9          So while you're up there, Mr. Dintzer, the second

10 issue concerns a couple of other witnesses.

11          MR. DINTZER:  I think we have resolved that.

12          We sent an email today saying -- to Google, saying

13 that Ms. Kartasheva will come live and Mr. Fox will be

14 designated.

15          THE COURT:  Okay.

16          MR. DINTZER:  So I believe -- I don't want to

17 speak for them, of course, but my understanding is this

18 should resolve number two.

19          THE COURT:  Mr. Schmidtlein.

20          MR. SCHMIDTLEIN:  We had the email right before I

21 got in a cab today.  And subject to what you just indicated

22 about designations, because they've now indicated one of

23 these will have by designation --

24          THE COURT:  Right.

25          MR. SCHMIDTLEIN:  -- I think that issue is

```
 1    resolved.
 2              THE COURT:  Okay.  Terrific.
 3              All right.  Let's turn to the third issue and that
 4    concerns the Colorado Plaintiffs and the witnesses they
 5    intend to call concerning the SVP matter.
 6              I've obviously entered summary judgment with
 7    respect to that part of the claim.  I did, however, sort of
 8    leave open a portion of it to the extent that it was a
 9    little unclear to me how it fit in, given that the Colorado
10    Plaintiffs had argued that the degradation of partnerships
11    was sort of coming from two different sides of the
12    partnership, and the opinion largely dealt with the side of
13    the partnership that concerned the SVPs themselves and the
14    ways in which Colorado had alleged, the States had alleged
15    that Google had essentially compromised them in any event.
16              But it was still left open this issue of how the
17    partnerships are degraded, because, in the eyes of the SVPs,
18    Google's rivals are less desirable for partnerships.  And so
19    I essentially, as you all know, punted on that because it
20    wasn't exactly clear to me how that all fit into with where
21    we are headed.
22              So, Mr. Cavanaugh, perhaps you can sort of --
23              MR. CAVANAUGH:  Sure.
24              Your Honor, we will have testimony from SVP
25    witnesses that they have not viewed them as being a viable
```

1   partner in their effort to build their brands, which I think

2   is consistent with the Court's ruling on pages 53 and 54.

3   But as we also indicated in the Joint Status Report, SVP

4   witnesses will be relevant to issues of market definition

5   and market power.

6           The extent of their testimony, obviously in light

7   of the Court's summary judgment ruling, will not be as

8   extensive.

9           We're going through our list of witnesses now.

10  We will be dropping some witnesses.  But I didn't want to

11  leave the impression that there will be no SVPs testifying

12  at trial.  There will be testimony from some SVPs.

13          On Tuesday, we're submitting our list of witnesses

14  and what we anticipate the length of their testimony will be

15  consistent with the Court's prior order, and that'll provide

16  what counsel for Google was seeking.

17          THE COURT:  Okay.

18          Mr. Schmidtlein, your thoughts?

19          MR. SCHMIDTLEIN:  I guess I'm surprised to hear

20  that they're going to be testifying as to relevant market,

21  because my colleagues here at the DOJ don't have any SVPs

22  scheduled to testify on the very same issue, on the very

23  same markets.  So this is a little bit of a surprise that we

24  think that somehow these people who are not in the relevant

25  market, according to them, are going to give testimony about

1   the contours of the relevant market.  We're really just

2   trying to expedite our trial prep at this point.

3                   THE COURT:  If I could just interrupt and follow

4   up.

5                   To make sure I had this right, and you all told me

6   if I got this wrong, but I understood at least the third

7   market, the sort of search advertising market, the way it

8   had been alleged by the DOJ, it had not been alleged as a

9   market by Colorado and the States, that that search market

10  does involve SVPs.

11                  MR. SCHMIDTLEIN:  There's one, I think -- yeah,

12  flavor of search advertising that they sliced a little bit

13  differently to include certain types of SVPs.

14                  THE COURT:  Right.

15                  MR. SCHMIDTLEIN:  I don't think those SVPs,

16  I don't think, are actually among the people who he had on

17  his list.

18                  And I don't think that's -- I don't think that's

19  the testimony that these folks were prepared to give,

20  because the testimony was really the focus of the claims

21  that you granted summary judgment on.

22                  But, again, the point simply was a significant

23  number of their witnesses, frankly, we think, are no longer

24  relevant.  And if this is going to impact timing and

25  preparations and trial time and all that, we should know

1    about it sooner rather than later.

2            I'm hearing that we're going to learn the great

3    reveal will be next Tuesday.  So if that's, you know, when

4    we get it, that's when we get it.  But we were hoping that

5    they would have been able to give that to us this week.

6    Thank you.

7            THE COURT:  Okay.

8            Mr. Cavanaugh, anything to add?

9            MR. CAVANAUGH:  No, Your Honor.

10           In the backup markets, we've alleged there is a

11   difference between the market definition proposed by DOJ and

12   the States.  We have a general search advertising market.

13   SVPs are not in that market but they obviously have ads in

14   that market.  They are among Google's largest advertisers

15   and they'll testify about the issue of market definition, as

16   well as the issue of market power, Google's market power,

17   which directly impacts them as advertisers, which remains a

18   relevant topic of market power.  It was not an issue on

19   summary judgment, but it certainly will be at trial.

20           THE COURT:  Okay.

21           All right.  Well, I guess this is in the

22   let's-wait-and-see category in some sense.

23           You'll get the final list on Tuesday.  And if

24   there's a belief that the witnesses that have been

25   designated don't have relevant testimony, we'll have an

1    opportunity to talk about that before trial starts, okay?

2              MR. SCHMIDTLEIN:  Thank you, Your Honor.

3              THE COURT:  All right.

4              Let us then turn to the more substantial issue at

5    hand and that concerns the redaction process and the

6    confidentiality designations.

7              First and foremost, let me just thank all of you,

8    including the third parties and their counsel, some of whom

9    are here, for the thought and the care and the attention

10   that's been paid to this very important issue.  It was

11   certainly helpful to read the parties' positions and to have

12   some of the types of documents that are at issue, and so

13   I've read everything with great interest.

14             But let me sort of do what I have done in the past

15   which is to share my observations with you and then get your

16   reactions.

17             So sort of starting from first principles, I think

18   everybody -- there's no real dispute here that, you know,

19   there is a presumption of public access to judicial records.

20   Records that are introduced in a trial as exhibits are

21   considered judicial records, and so the presumption does

22   apply.  That's the easy part.

23             The hard part is the exception, and that's, you

24   know, nicely put forward in a six-factor test -- I'm glad

25   they stopped at six -- that, you know, I am supposed to

1    apply not just categorically but, in theory, on a

2    document-by-document basis, in theory, which is, you know,

3    fine in theory when you have a single record or a handful of

4    records, as all the cases that have gone up to the Circuit

5    involve, it's quite a different story when you have a case

6    of this magnitude.  And so obviously the cooperation of the

7    parties is really paramount on this topic, and I appreciate

8    all that you've done so far.

9           Look, I think *Hubbard* is easy enough to list,

10   I think it's easy enough to talk about the factors.  I think

11   it's much harder to implement in practice.

12          Just to sort of go through some of the factors and

13   then I'll give you a little bit of color on some of them

14   about my thoughts.

15          You know, look, the first factor, the need for

16   public access.  Again, sounds straightforward, but, you

17   know, there are multiple factors that go into the question

18   of the need for public access.

19          The Circuit has said that the need for public

20   access, I think, operates on a little bit of a line of --

21   it's a bit -- it's on a continuum that starts very early in

22   the trial, where the public's need for access, that its

23   nadir with respect to discovery and at its apex when the

24   Court is actually citing a document in a memorandum opinion.

25          You know, the extent of prior public disclosure,

1    again, sounds straightforward.  But in a case like this,

2    it's no easy task, particularly given that you have many

3    public companies whose documents are at issue here, and

4    whether, for example, certain financial disclosures have

5    been made in SEC filings and the like, whether that is a

6    prior public disclosure of something that's otherwise been

7    held confidentiality may not be so straightforward.

8          You know, in terms of objections to disclosures,

9    you know, ordinarily there's a single party, perhaps it's a

10   group of reporters who are objecting to disclosure.  Here we

11   have not only the defendant objecting but also multiple

12   third parties of, you know -- who are substantial in their

13   own right.  You know, strength of the property and privacy

14   interests.  Again, I think those are, again, relatively

15   straightforward in theory but perhaps in practice, not so

16   much.

17         And in terms of prejudice, again, seems like a

18   very ephemeral concept here.

19         And then ultimately the purpose for which

20   documents have been used, and I think that is something that

21   is little hard to know, particularly from where I'm sitting

22   today.

23         But let me just give some further thoughts about

24   some of these issues.

25         In terms of the need for public access, I don't

1    think -- again, there's no question here that there is a

2    presumption, but that need, in some sense, it seems to me,

3    as I said earlier, depends on a number of factors, some of

4    which I'm not in a very good position to assess right now.

5           You know, in some sense, the need is -- there's an

6    equipoise quality to this.  The Circuit has said that when

7    there's an agency, particularly a law enforcement agency

8    that's a party, that there's a heightened interest for the

9    public.  At the same time, it's said that when it's

10   third-party records, perhaps there is a less need for public

11   access or certainly the third party's interest has to be

12   considered greater than a non-party -- I mean, excuse me, a

13   party's.  The purpose for which the evidence is being

14   admitted at trial is a significant consideration.

15   Obviously, in fact, may be the most significant

16   consideration.

17          You know, there are going to be documents in this

18   case that I think everybody sitting here today knows are

19   going to be the subject of some significance.  No matter how

20   big a trial, they all come down to about a handful of dozen

21   documents that really do matter, and that ultimately the

22   Court is likely to have to integrate and rule on or include

23   in any memorandum opinion.

24          But, you know, we're not going to be here for

25   years, and so my presumption is that we are going to have

1    hundreds and hundreds of exhibits just pushed into evidence

2    for the simple reason that you're going to cite to those

3    records in your proposed findings of fact and conclusions of

4    law so that we have -- I have a full record of everything.

5              And it seems to me that those are two

6    fundamentally different categories of exhibits.  The stuff

7    that gets pushed in, I don't really see the urgency at this

8    point to really figure out, you know, how finely we need to

9    redact these records.  What's actually going to be presented

10   at trial seems to me to perhaps be something perhaps ought

11   to be more top of mind, and only you all know what that's

12   going to look like.

13             And then ultimately, as I said, the other very

14   important factor is in terms of public interest is, and it

15   really dovetails with the sixth factor, is how is the Court

16   going to use it, right?

17             I mean, the summary judgment, I think, provides

18   some sense of what that will look like ultimately, although

19   there are obviously more issues that are going to be in

20   dispute at trial.

21             And I suspect when we talk about the summary

22   judgment decision, part of that will be a consideration of

23   why some of what's sealed should be unsealed.  But it's hard

24   to predict today whether any particular exhibit is going to

25   be the subject or a particular testimony is going to be the

1    subject -- will be included in a decision.

2            I also think it will be relevant here what the

3    exhibit is.  You know, from looking at what you all

4    presented me, there are lengthy contracts in certain cases

5    in which it may be that only a few clauses are really

6    pertinent here.  It's not clear to me why, just because a

7    contract needs to be admitted in trial, that clauses that

8    have nothing to do with the disputed evidence in the case

9    that have the potential of compromising trade secrets or

10   competitive interests need to be disclosed.

11           The same is true with the slide decks that have --

12   you know, many of which go on for dozens and dozens and

13   dozens of pages.  You know, you all know which of the slides

14   you're going to care to present to witnesses at trial.

15   You're going to want -- you know what you're going to want

16   to highlight to me in the case when we're together for six

17   or seven weeks.  And it's not clear to me why, if there are

18   only, you know, say, a half dozen important slides in a

19   60-page slide deck, why the public has a right to access to

20   the remaining 56 pages.  You know, that's sort of one end of

21   the spectrum.

22           At the other end of the spectrum is email, right?

23   You've got a single email between a handful of people.  You

24   know, that's a different kettle of fish, it seems to me.

25   That's the kind of record that probably is less likely to be

```
 1   subject to heavy redaction, because most of the email,

 2   presumably, because it's being presented, is something

 3   that's going to have greater relevance as a percentage of

 4   the overall document, if you understand where I'm coming

 5   from.

 6           And somewhere in between are deposition

 7   designations.  I mean, presumably all the deposition

 8   designations that are going to be submitted are not all

 9   going to be of testimony that you all are relying on, and

10   undoubtedly the depositions touched on matters that are not

11   going to be directly relevant at trial.

12           A couple more thoughts.

13           In terms of the public's right of access, it has a

14   right of access, but the case law doesn't make clear when it

15   has a right of access.

16           We've had a number of trials in this courthouse

17   over the last year in which we have immediately released the

18   exhibits on the day of trial.  The January 6th cases, the

19   videos that are shown during trial are immediately uploaded

20   and made available to the press.

21           We've not had such a request here.  I'm not

22   suggesting -- I'm not inviting one, but we haven't had such

23   a request here.  And even if we did, frankly, this is a

24   different case, right.  You know, videos that are shown in a

25   criminal trial that don't have the issues that this case
```

1    does are much easier to immediately make available to the

2    public than the kind of records that we're going to be

3    dealing with here.  So, yes, the public has a right of

4    access, but I don't understand it to be an immediate right

5    of access.

6          Secondly, in terms of the other side of the scale,

7    the issue of competitive harm.  Look, I'm an Article III

8    trial judge, okay?  I am not a businessperson.  I am not

9    anyone that understands the industry and the markets in the

10   way that you do.  And so I take seriously when companies are

11   telling me that if this gets disclosed, it's going to cause

12   competitive harm.  And I think it behooves me to be somewhat

13   conservative in thinking about that issue, because, you

14   know, I can't see around every corner.

15         What I can foresee is what really matters in a

16   case and why that might be important for the public to have.

17   But to sort of have broad stroke disclosures because, you

18   know, if a record happens to be introduced and some portions

19   of it are relevant but others are not and I've got companies

20   telling me that the other portions really could cause us

21   competitive harm, is something I take very seriously.  And

22   the truth is, you know, I am at a competitive disadvantage,

23   so to speak, in understanding -- in being in a position to

24   really scrutinize how strong that competitive interest is

25   and its bona fides.

1          Look, the last thing that really matters to me

2     here, and I think all of you appreciate that, is efficiency

3     here at trial.  At the end of the day, I don't want us to be

4     spending a lot of time and resources worrying about whether

5     certain lines should be redacted in an exhibit at trial.

6     This about getting the evidence in, getting it before me,

7     making sure the testimony is put on the record, and done in

8     a way that's very efficient.

9          I mean, we shouldn't be having arguments in the

10    middle of trial whether clauses 3, 4, and 5 should be

11    redacted or having to worry about it overnight before

12    something is introduced into evidence, it seems to me.

13         I think we're all adults here, we're all people

14    who have done this before, and we can all agree that the

15    best way through this is to understand that what matters is

16    getting the evidence in front of me and not worrying about

17    whether this is running afoul of a *Hubbard* Factor 4, right.

18    I mean, this is not something I want to waste a lot of time

19    on over the course of seven weeks, nor should you.

20         So those are my general observations about where

21    we are and the various interests that have been raised in

22    these various filings that I've received over the last few

23    days and read with great care.

24         So with that, why don't I start with Mr. Dintzer

25    and then turn to Mr. Cavanaugh and just get your reaction

1    and what you all think that means in terms of how we move

2    forward.

3              MR. DINTZER:  Thank you, Your Honor.

4              Today, our discussion of confidentiality will be

5    handled by Mr. Herrmann.  I just wanted to introduce him to

6    the Court.  I believe it's his first time appearing, as well

7    as Sarah Bartels.  She'll be handling most of the third

8    parties to the extent we're going to go through any of that

9    evidence.  So I'll hand it over to my colleague.

10             THE COURT:  Okay.

11             Mr. Herrmann.

12             MR. HERRMANN:  Good morning, Your Honor -- or good

13   afternoon, Your Honor.  May it please the Court.  My name is

14   Carl Hermann.  I represent the United States.

15             We've prepared a couple binders that might be

16   useful in our discussion.  May I approach?

17             THE COURT:  Sure.

18             MR. HERRMANN:  These contain the Google exhibits

19   cited.  They're organized by tab, by exhibit number.

20             So, Your Honor, hearing your thoughts on the

21   application of the *Hubbard* factors, we believe our proposal

22   is consistent with your views.

23             What we've done is we've taken -- we've sought to

24   resolve confidentiality disputes pretrial.  We've sent over

25   30 exemplar exhibits to Google so that we could assess our

1    views on confidentiality and what they would be at trial.

2    We've been able to narrow disputes down on eight of those

3    exhibits, and so there are 22 disputes remaining.

4            In addition to that, we've also proposed a

5    framework for how to address the remaining exhibits on the

6    parties' exhibit lists.  Our proposal is that we ask Google

7    to provide redactions on 400 of those exhibits.

8            THE COURT:  Are you going to introduce 400

9    exhibits during the trial?  I mean, what I mean is live

10   during the trial, as opposed to pushing them into evidence?

11           MR. HERRMANN:  Your Honor, this is a nine-week

12   trial about Google's course of conduct over ten years.  We

13   believe 400 is a much better approximation of how many

14   Google exhibits we may introduce over the course of the

15   trial.

16           THE COURT:  You only get a fraction of that

17   time -- or a percentage of that time.

18           MR. SCHMIDTLEIN:  I'm taking you on.

19           THE COURT:  So, you know, look, again -- but let's

20   be realistic.  You know, you're going to have three to four

21   weeks, give or take.  I can't remember exactly how we sliced

22   this up.  But, you know, if you're telling me you're going

23   to introduce 100 exhibits a week, that's 20 a day, that's a

24   pretty high frequency of the submission of exhibits.

25           And truth be told, exhibits are great but, you

1    know, I want to hear from the witnesses.  So you all should

2    not be drowning this case in exhibits during the trial

3    itself.

4           I mean, I will -- I promise you, if you put

5    exhibits in the record and cite to them in your proposed

6    findings of fact and conclusions of law, we will make our

7    way to that evidence if it is ultimately important to me.

8           And so, you know, you all are calling a lot of

9    important people here over the course of seven to eight

10   weeks and, you know, I want to hear from them, rather than

11   staring at a lot of documents.

12          MR. HERRMANN:  We understand, Your Honor.

13          I do want to make the point that the 400 exhibits

14   would be identified collectively by the plaintiffs or by

15   both sets of plaintiffs.  So this would apply over the

16   course of both of our cases-in-chief.  In addition, the

17   exhibits we intend to cross Google witnesses with.  So an

18   approximation over a nine-week trial, we believe, would be a

19   fair way to assess whether 400 is enough.

20          And I do want to provide as a useful reference

21   point a recent three-week merger trial in this district in

22   which, you know, the Antitrust Division is very familiar

23   with these types of cases, in which the parties reached an

24   agreement that the parties would review 300 exhibits, and

25   that's 300 exhibits over the course of three weeks on a very

 1   condensed merger-trial basis.  So that was one of the

 2   factors that went into our assessment of, you know, is 400

 3   reasonable for a nine-week trial about Google's course of

 4   conduct over ten years.

 5        And, Your Honor, one additional point raised by my

 6   co-counsel is that, you know, the 400 exhibits are pretrial

 7   to take into account how the case may evolve over the nine

 8   weeks.

 9        You know, as you referenced earlier in your

10   remarks, we are also not interested in resolving and

11   bogging -- sorry, with bogging the Court down with

12   confidentiality disputes during the trial, and we believe it

13   is best to address these pretrial.  And so 400 will give us

14   the flexibility to do that, and we also --

15        THE COURT:  Do you really want me to sit down with

16   400 documents to line by line redact these things and call

17   balls and strikes on those?  Is that -- ultimately -- that's

18   what's going to happen.

19        You all can talk about whatever number you're

20   going to talk about and you talk about principles and

21   categories, et cetera, I suppose I can put down some

22   hard-and-fast rules that to me seem arbitrary, like date

23   cutoffs.  Who am I to say that the document that predates

24   2019 has no competitive -- that doesn't create a competitive

25   disadvantage?  I don't think that's fair to anyone.

1      You know, I've seen slides with lots of numbers,

2  financial numbers that are not being proposed for

3  redactions.

4      Obviously some there are, but I was looking at one

5  of the slide decks just before we started today, and there's

6  lots of internal Google data about its margins and inputs

7  and the like.  And some of that may ultimately be relevant,

8  but, you know, I've got two trials before this one and not a

9  lot of bandwidth to deal with this.

10     MR. HERRMANN:  No, we understand, Your Honor.

11     And, respectfully, we would have no intention of

12  putting 400 exhibits before you.  We believe that with the

13  Court's guidance today on a number of disputes, we can work

14  with Google to minimize the number of disputes going forward

15  about confidentiality.

16     And, Your Honor, with respect to -- I believe you

17  may have been referencing our proposals to Google and

18  non-parties on which we would not oppose categorically

19  certain types of confidential -- or information being

20  identified as confidential by those parties.

21     On those, we're not even asking the party to

22  satisfy any *Hubbard* factors, we're saying, okay, we agree,

23  let's move on, let's get to the stuff where, you know, you

24  really need to show us your basis so we can understand why

25  this is confidential to you.

1          Unfortunately, what we've received from Google to

2    date is proposals to seal everything.  So we don't actually

3    know within those presentations and larger slide decks what

4    information is actually confidential to Google.

5          And so we -- until they actually go through and

6    redact, propose specific narrow redactions as they're

7    obligated to, it's very difficult to assess -- assess what

8    they're claiming is as actually confidential.

9          THE COURT:  So here's what I did at the end of the

10   *Sysco/U.S. Foods* case.  You know, recognizing that trial

11   exhibits were subject to public disclosure, I left it to the

12   parties then to figure all this out.

13         And right now if you want to go to the Clerk's

14   Office and ask for an exhibit from the *Sysco* trial, you can

15   do it.  There's an order in place about designations that

16   have been given to each exhibit based upon whether, for

17   example, it was cited by the Court in my final decision.

18   There's public access to it.

19         And I just -- I'm not quite understanding the

20   urgency of now -- I can understand it if you're going to

21   tell me it's going to promote efficiency at trial, but I'm

22   fearful that it's not.

23         MR. HERRMANN:  Your Honor, we do believe it will

24   promote efficiency at trial.

25         By knowing what is actually confidential and we

1    cannot say in open court, we can structure our questioning,

2    Rosetta stones well in advance of trial and make -- and

3    reduce the need to close the courtroom and make more

4    seamless presentation.

5              THE COURT:  Okay.

6              All right.  Mr. Cavanaugh, let me hear from you

7    and then I'll turn to Mr. Schmidtlein.  And then if there

8    are any third parties that want to be heard, I'm happy to

9    hear from you.

10             MR. CAVANAUGH:  Thank you, Your Honor.

11             The Plaintiff States certainly agree with DOJ's

12   approach.

13             And I think, Your Honor, one of the concerns we

14   have about trying to do this, you know, on the fly at trial

15   is it really will bog things down.

16             You know, the night before, we decide, well, you

17   know, we're going to cross-examine a witness about this

18   slide deck and we're going to use pages 4, 6, 12, and 14.

19   Then we have to go to Google and, well, how do you feel

20   about, you know, page 4 and page 6?  You know, we might do

21   page 8.  The concern I have, Your Honor, is I think it will

22   really bog things down at trial.  And so I'm trying to get

23   some guidance from the Court.

24             And, look, I fully recognize the challenges in

25   cases of this size.  You know, it's two private parties.

```
 1    You know, you can work these things out.  Many times it's
 2    mutually assured destruction, I get it.  But I do think here
 3    guidance from the Court early on would be helpful using some
 4    of the illustrative documents that DOJ has identified,
 5    hearing Google's concerns about it.
 6              And I do think this is, you know, perhaps largely
 7    a Google -- at least with respect to the third parties we're
 8    working with, we've been able to make some progress in
 9    trying to resolve redaction issues with them.
10              THE COURT:  Okay.
11              All right.  Mr. Schmidtlein, or --
12              MR. SCHMIDTLEIN:  Your Honor, I do think you've
13    given us already some very, very helpful guidance today.  So
14    we appreciate you taking the time to have reviewed all of
15    the voluminous submissions and the documents, which I share
16    your concern about how many documents actually are going to
17    get used here.
18              I'm going to turn this over to my partner,
19    Colette Connor, who has been spearheading this effort for
20    us, and she'll be prepared to address any questions you
21    have.
22              THE COURT:  Ms. Connor.
23              MS. CONNOR:  Good afternoon, Your Honor.
24              THE COURT:  Good afternoon.
25              MS. CONNOR:  Our proposal is to really focus on
```

1    the exhibits that are truly going to be used, both truly
2    used with a witness; and where there's portions of that
3    document that are not commercially sensitive, and that's the
4    portions that the plaintiffs are going to use.
5          So, you know, if we need to have some redacted
6    exhibits, we're willing to do that, but it's where it's
7    going to benefit the proceeding of the trial, because the
8    part of the document that you want to use with a witness is
9    not commercially sensitive.
10         THE COURT:  So can I -- I'm sorry to interrupt
11   you, but so how -- I mean, you know, Mr. Cavanaugh raises a
12   good point.  How is the trial lawyer that is preparing to
13   examine Google witness X, how is that trial lawyer to know
14   what portions of an exhibit are the kind of exhibit Google
15   is not going to want to have testimony about, let alone
16   direct discussion or quoting from the record that Google
17   believes is confidential, and with respect to the third
18   party, more substantially, I don't know if their lawyers
19   will plan -- I guess they'll be here for their own
20   witnesses, but, you know, it does present a little bit of an
21   issue in terms of planning and preparation, it seems to me.
22         MS. CONNOR:  Sure.
23         And that is why we've proposed to prepare
24   redactions for some subset of the exhibits.
25         I think in a lot of cases, we -- based on the sort

1    of position and the categories we've laid out, the parties

2    do know, you know, those portions that we consider

3    commercially sensitive and confidential.  But, of course,

4    you know, we have more insight into it, obviously, and we

5    can prepare redactions where there will be benefit to doing

6    that.

7              I think the process has not gone well to date,

8    though, and I think a lot of our disagreements are about

9    portions of the documents that are either clearly talking

10   about Google's algorithms, right.  It's plain as day, it's

11   commercially sensitive; or it's financial data and other

12   data that's not going to be the subject of questioning in

13   the case.  So it seems like a very burdensome process to us

14   and not particularly productive.

15             Just on the numbers, we had offered 50 and then we

16   doubled it to 100, which I think, in the context of the

17   number of documents in this case that we've all been dealing

18   with, sounds like not very many at all, but, in fact, the

19   analysis this requires of going to the businesspeople at

20   Google and working with them page by page, line by line

21   through every document, is incredibly burdensome.  So it's

22   very slow.

23             This is not something, for all the same reasons

24   that Your Honor is saying, you know, you're not well

25   positioned to do this, outside counsel is not either,

1   frankly.  I mean, it really is working with the

2   businesspeople and talking with them about each particular

3   document.  So it's a laborious process.

4            THE COURT:  So explain to me the process that you

5   think would make this efficient.  I mean, I'm -- you know, a

6   lawyer for the Department of Justice, I've got a Google

7   witness who's coming up on a date certain.  I'm going to use

8   ten exhibits with the witness.  So that Mr. Schmidtlein or

9   you don't get up when a particular question is asked or that

10  lawyer is directing somebody to a portion of an exhibit and

11  says, you know, Judge, that's confidential and we need to go

12  into a closed session or please push that into the closed

13  session, you know, how do we minimize that from happening?

14            MS. CONNOR:  Sure.

15            I think that is why we have proposed doing

16  redactions for 100 documents.  They --

17            THE COURT:  But in terms -- also in terms of

18  timing, help me out, in terms of -- game this out in terms

19  of when they ought to give you records, how long it will

20  take you to respond.

21            I mean, for example, you've objected to 48 hours

22  and want 72 business hours, which that's an extraordinary

23  number of business hours and we're only going to be here for

24  so long.

25            MS. CONNOR:  Let me take that point up first.

1          The 72 business hours, we meant three business

2     days.

3          THE COURT:  Okay, I thought maybe that was the

4     case.

5          MS. CONNOR:  Not longer than that.

6          So two stages, really.

7          So the plaintiffs would now identify to us 100

8     documents that they think they want to use with a witness,

9     they think are -- you know, there's portions of them they

10    can show on the screen.  It's not, you know, a deck just

11    full of algorithms, for example, or financial data that is

12    really just backup to expert opinions.  Documents that they

13    actually want to use with a witness and that they think

14    might reasonably, the portions not be confidential, and

15    understanding that, you know, we have more insight, so if

16    they sort of over-select in that respect --

17         THE COURT:  I'm sorry to interrupt.

18         But have you to date in your conversations --

19    let's take one of the slide decks, for example.  Has it

20    been, here's a slide deck, we're going to use this in

21    evidence, send us your redactions; or has it been, these are

22    the pages of the slide deck that we are going to use to have

23    a -- to present evidence through a witness?

24         And that's what really matters, right?  It's pages

25    7, 8, 9 and 10, not page 55 through 60, which have nothing

```
 1   to do with anything and would be a waste of time, frankly,
 2   to even talk about confidentiality because it's not going to
 3   be presented in open court.
 4            MS. CONNOR:  Right, exactly.
 5            So it's been the former.  And as Your Honor has
 6   seen, the exemplar documents, these are by and large not
 7   emails.  They're long, complicated decks.
 8            So it's the former.  We have not gotten any
 9   specificity about which portions of the document would be
10   used.  So that would be tremendously helpful to us and allow
11   us to expedite the process of doing the redactions if we had
12   that additional specificity, absolutely.
13            THE COURT:  So let's talk about trial week 1
14   witnesses.  By when would Google need to have exhibits
15   identified for those witnesses in time for plaintiffs'
16   counsel to be prepared to present those witnesses?
17            MS. CONNOR:  Right.
18            So we were envisioning as two steps.
19            So first step is now in August before trial
20   starts, we would perform the redactions on the set of the
21   exhibits that are expected to be used at trial.
22            And then the sort of second step is like a backup
23   procedure that if they subsequently identify a handful of
24   documents for a particular witness that's coming the next
25   week that weren't in the hundred, then we would do that
```

```
 1      during the course of trial within that three-business-day
 2      turnaround.
 3              But we did want to minimize that, to the extent we
 4      can, because we'll all be in trial and it does require
 5      working with the business folks at Google who are not the
 6      outside counsel and not the in-house counsel as well who
 7      will be at the trial.
 8              So it's getting the bulk of everything done now
 9      and then having, you know, the ability to identify a small
10      number that come up because we want to let them have that
11      ability.
12              THE COURT:  And I think everybody understands
13      this, but to be clear, I mean, just because something is
14      confidential doesn't mean it's not going to be presented in
15      evidence, it just means it will be presented in a different
16      way.
17              I mean, I think we're all in agreement and you all
18      have reached some agreement about how a witness's testimony
19      will be structured in order to present confidential
20      testimony.  And the goal is to minimize that portion of any
21      witness -- any particular witness' testimony.
22              So I agree with you that, to the extent that
23      plaintiffs are in a position to identify with some degree of
24      specificity what pages of a multipage exhibit they're going
25      to use, that does advance the ball in a very meaningful way.
```

1    And if there then continue to be disputes about whether that

2    kind of record can be presented in open court, you know,

3    perhaps it's something I need to resolve or it's something

4    that can simply be pushed into the closed session.

5              And, frankly, that may be something that happens

6    on a witness-by-witness basis, because, say, there is only

7    one document that is at issue with a single witness, my hope

8    would be that you all would resolve that as opposed to

9    pushing everybody out to just get a single portion of a

10   single document and a handful of questions, because it is

11   going to take time.  I mean, there are going to be people

12   here who will have to be moved in and out with some

13   frequency.

14             All right.  Why don't we just put a pause on this

15   for a moment.  I'll just give the third parties an

16   opportunity to -- well, I guess, let me -- I don't think I

17   got the answer because I don't think I allowed you to give

18   me the answer.

19             I mean, you've said that Google would like to sort

20   of do the redactions or presumptively redact now but then

21   when they get information from the plaintiffs, you will then

22   be in a position to go to your people and then get back to

23   the plaintiffs about whether you have an objection to

24   discussing that portion in open court.

25             So what's the time turnaround for that?

1    Generally?

2              MS. CONNOR:  Right.

3              So I think the plaintiffs have offered to identify

4    the documents to us by, I believe, August 15th.  And if it's

5    the 100 documents, 100 documents that we had proposed, we

6    can do that before trial begins.

7              THE COURT:  Are they proposing to not just

8    identify the documents but the portions of the documents?

9              MS. CONNOR:  Their proposal was the documents.

10             THE COURT:  Okay.

11             MS. CONNOR:  If they identify portions, then that

12   will tremendously expedite the process, because, again,

13   even -- I mean, we tried to make our proposals as generous

14   as we possibly reasonably could.  Honestly, it's an

15   extremely tedious process.  So the more information we can

16   get from them, the sooner we get it, the more quickly we can

17   do it and get it resolved before trial begins.

18             THE COURT:  Okay.

19             And, again, are we talking about -- is it

20   reasonable to say, look, Google, you need to -- if there's a

21   conflict, if the plaintiffs present something to you -- I

22   shouldn't say if there's a conflict.  The plaintiffs present

23   something to you, say we're going to use pages 7, 10, 12,

24   and 15 of the slide deck, how many days do you need to get

25   back to them on this?

1          MS. CONNOR:  That's after we've already performed

2     the redactions or --

3          THE COURT:  The way I'm thinking about it is,

4     there's 100 documents, okay?  What I care about is less

5     about the redactions than identifying what's relevant.  And

6     once we know what's relevant, then we can decide whether to

7     redact it or not.

8          The rest of the documents seems to be something we

9     can deal with later.  It's really what is going to be

10    presented at trial and what witnesses will be shown, that

11    they will talk about that I think is what matters.

12         MS. CONNOR:  So in the lead-up to trial while

13    we're going through the bulk of this, I would propose

14    something like seven days in terms of if they identify

15    particular portions of particular documents.  It depends on

16    the volume.

17         But, you know, during trial, we realize things may

18    be happening more quickly, which is why we propose the three

19    business days.

20         THE COURT:  Okay.

21         MS. CONNOR:  Of course -- so it will depend on the

22    volume.

23         THE COURT:  Right.

24         MS. CONNOR:  But we can turn things around within

25    a week.  But we are working with the business folks in

```
 1   August --
 2           THE COURT:  I would say to Google and to any third
 3   parties is you need to have people on call.  You all have
 4   submitted declarations from five people.  You know, if those
 5   are your five people, they need to understand that they need
 6   to be available and make themselves available to resolve
 7   these issues on a very expedited basis.  And we live in a
 8   world in which you can get ahold of people pretty easily
 9   wherever they may be and it shouldn't take that long, it
10   seems to me, to be able to reach resolution on these things.
11           MS. CONNOR:  Absolutely understood.
12           And particularly if it's a specific document,
13   specific pages, that makes it, you know, a much easier task
14   for us.  So absolutely understood.
15           And the folks at Google are and will be available
16   for this.
17           THE COURT:  Okay.
18           All right.  Let me just open the floor up to
19   counsel for third parties.  I see Mr. Sunshine is here.
20   I know Ms. Zaheed is on the line.  If you'd like to add
21   anything, you're welcome to do so at this time.
22           MR. SUNSHINE:  Thank you, Your Honor.
23   Steve Sunshine on behalf of Apple.
24           I'll be very brief, and we appreciate Your Honor's
25   guidance.
```

1          I just wanted to reiterate the point from Apple's

2    perspective that we are not only premature but there's

3    insufficient information to make the determinations

4    necessary under the *Hubbard* test.

5          We're very willing to work with the parties.  We

6    think it's been vastly over-designated at this point.  By

7    our count, there's 78 exhibits that the plaintiffs have

8    identified, 40 that Google have identified with surprisingly

9    little overlap, we think about 110 documents.  Those 110

10   documents will be used with, at least as I understand what

11   the parties intend, only two live Apple witnesses.  So

12   obviously doing the math --

13         THE COURT:  Is that -- we're only going to have

14   two witnesses from Apple combined?

15         MR. SCHMIDTLEIN:  Live.

16         THE COURT:  Live.  No, understood.

17         MR. SUNSHINE:  So I think, Your Honor, you

18   referred to the math in terms of number of exhibits per

19   witness.

20         Further, Your Honor, this is a rough count so

21   don't hold it to me, but 30 to 40 of those documents as far

22   as we can tell have no nexus to either of the witnesses that

23   have been called live so I'm not sure how these documents

24   will be used.

25         But we're very willing, on an expedited basis, to

1   stand by as the trial proceeds and engage in precisely the

2   exercise that Your Honor identified.  That would be the

3   typical way that we've handled these documents in previous

4   trials and I think would work quite well here to really

5   optimize the *Hubbard* test.

6            THE COURT:  Okay.  All right.  Thank you, Counsel.

7            MR. SUNSHINE:  Your Honor, thank you.

8            THE COURT:  Ms. Zaheed.

9            MS. ZAHEED:  Thank you, Your Honor, for hearing

10  Verizon.

11           I think that there's just a unique aspect of maybe

12  what I could do to help illustrate the points that I believe

13  you were making, Your Honor, is that the plaintiffs have

14  submitted under seal a particular document, and I think it's

15  fair to say it is a copy of the revenue share agreement

16  between Google and Verizon.

17           Just to bring this point home, there are certain

18  provisions or terms in this agreement that Verizon does not

19  know if these terms are in other carrier agreements or other

20  partners of Google's.

21           And so you take these particular terms that

22  currently the plaintiffs do not want to redact or discuss in

23  a closed courtroom and you spread those across the

24  discussions in the emails, you know, across the various

25  testimony, questions that are bound to come of the Verizon

1    witness, and you have these incredibly competitively

2    sensitive terms that are now being brought to light not only

3    before a public but, in particular, before Verizon's own

4    competitors in the market.

5           And so it is a great concern of my clients and

6    I just -- I think that while the universe of documents

7    perhaps that the plaintiffs wish to use with Verizon is

8    relatively small and we are standing by to help work with

9    the parties to redact as needed, I do think that it would

10   also become a bit of a practical situation where how would

11   our witness be able to respond to a question about one

12   sentence in an email that might not contain one of these

13   terms.  But to explain that one sentence, he would have to

14   then revert to a closed courtroom to explain why he

15   characterized something a particular way.  And I think it

16   just sort of shows the difficulty of it's not closing the

17   courtroom to ask a question but more that most of the

18   questions we believe that Verizon's witness will be asked

19   will touch on these highly confidential terms and the

20   negotiation around them.

21          So we have done our best, Your Honor.  We've

22   started our discussions with meet-and-confers with the

23   plaintiffs and with Google of trying to identify topics that

24   could be addressed at the first portion of Verizon's

25   witnesses' testimony that would be more public in nature.

1   And then once it turned to, for example, the RSA terms, then

2   at that point, you know, we were certainly cooperative with

3   providing the testimony, it's just the question of whether

4   the doors are open or closed.

5               THE COURT:  Okay.

6               All right.  Let me turn to Mr. -- I'm sorry, to

7   DOJ counsel in a minute.

8               One of the things I am curious about is to what

9   extent, for example, you know, in the RSAs and the like, the

10  general terms, if not the actual words of the agreement, the

11  general terms are a matter of public record, it's in your

12  complaint, and it's now in the decision, it's been in your

13  briefs.  You know, Google is the default search engine for

14  Apple's -- in the Apple agreements.  Okay.  We all get that.

15              You know, how important is it going to be to show

16  me the actual text of that provision?  I mean, is anything

17  going to rise and fall on that?  If it seems to me it

18  doesn't, then why don't we just give -- give it as -- take

19  it as a given and move on to what really matters.

20              I don't need to know the exact text of the

21  provision.  I know what the provision says and what we're

22  fighting over and what it means.  It's really what the

23  provision means and its consequences that are the guts of

24  the case, not what the text of the provision is.

25              So, you know, it may be that there are provisions

1    in these contracts that are meaningful in particular ways

2    that ought to be brought to my attention.  But, you know, I

3    would urge you not to waste a lot of time on, you know, the

4    text of provisions that we all know about.

5           You know, you don't have to show me the provision

6    in the Apple agreement that establishes Google as the

7    default.  I know it's there.  And you can cite it in your

8    proposed findings of fact and conclusions of law.  And if I

9    need to look at it, I'll look at it.  But the reality is,

10   something like that is just not worth spending much time on.

11          So you all proposed August 15 as a date for doing

12   something with documents.  Let me ask you this.  You know,

13   what is a realistic expectation of not just identifying

14   documents but identifying the particular parts of the

15   documents that you're going to want to present?  Now, you

16   know, this is four days away.  Trial is, I don't know, you

17   all know the math better than I do, not far away.

18          MR. HERRMANN:  Your Honor, I believe we would

19   still propose August 15.  We want to get this resolved

20   sooner rather than later.

21          THE COURT:  Okay.

22          MR. HERRMANN:  I will return you to one of the

23   points earlier.

24          If we do provide these specific pages on which

25   we're seeking specific redactions and narrow redactions, I

1   might add, we will be giving to Google our trial strategy on

2   a silver platter and so we would want assurances that these

3   disclosures would not be used to prep witnesses or attorneys

4   working with those witnesses.

5          And then a second -- one final point I would like

6   to make is, you know, for those portions on which we are

7   seeking Google proposed redactions, we've seen what they've

8   proposed to date.

9          You know, Ms. Connor represents their -- or

10  mentioned that they were concerned about portions of

11  exhibits that we share with them, but they nonetheless

12  propose sealing the entirety of 20 of them.  So if we are

13  identifying these very specific parts of these exhibits we

14  actually do want, and as the Circuit requires, very narrow

15  redactions to specifically protect what Google's identified

16  as confidential and may injure them.

17         THE COURT:  Okay.

18         Mr. Cavanaugh.

19         MR. CAVANAUGH:  Your Honor, I did want to echo

20  what counsel for DOJ just said in terms of to the extent

21  we're going to provide any specificity, it really is

22  disclosing what the cross-examination is going to be for.

23  So I do think the Court should make clear that to the extent

24  we're going to do this process, it should not be used in aid

25  of prepping the witness.

1          THE COURT:  Okay.

2          I mean, I don't think that's an unreasonable ask,

3     I really don't.

4          In the sense that if you've got five documents

5     that are going to be presented to a Google witness, they've

6     identified which portions they're going to ask questions

7     about, you know, I don't think Google ought to then turn

8     around and tell the witness before trial, you're going to be

9     asked about these five portions.

10          MR. SCHMIDTLEIN:  Every last witness has been

11     deposed in this case.

12          THE COURT:  I know.

13          MR. SCHMIDTLEIN:  And the trial strategy, they're

14     great trial lawyers, I'm sure, but I don't think there's a

15     lot of trial strategy left to be gleaned.  We'll, of course,

16     observe whatever they want.

17          MR. DINTZER:  If Mr. Schmidtlein feels that way,

18     if he would like to deliver to us line by line the

19     identifications of every document they plan to use with all

20     the witnesses, since apparently he's not concerned about

21     that, we'd be happy to receive that.

22          THE COURT:  Well, I mean, they'll be required to

23     do the same thing.  It's just a matter of timing.  I mean,

24     they're going to introduce exhibits too.

25          MR. SCHMIDTLEIN:  He hasn't produced a single

```
 1   document in this case so we will work with the third -- we

 2   obviously have to work with third parties on these issues.

 3            MR. DINTZER:  We appreciate the position you're

 4   taking, Your Honor, about the clean use of the documents.

 5            THE COURT:  Okay.

 6            So let's do this.  If the plaintiffs can identify

 7   with the degree of specificity that we've talked about,

 8   realistic, how many exhibits do you all think you're going

 9   to present at trial?

10            MR. HERRMANN:  Your Honor, 400 is our best

11   internal guess.

12            MR. SCHMIDTLEIN:  The 400 number he's been talking

13   about thus far, I believe refers to Google.

14            So it's not 400, it's 400 plus Mr. Sunshine's

15   Apple documents, Ms. Zaheed's Verizon documents, and a whole

16   slew of other third parties who are on this exhibit list.

17   So 400 is not the number.

18            THE COURT:  Yeah, I thought 400 was the number for

19   everyone collectively, but maybe I misunderstood.

20            MR. HERRMANN:  Yes, Your Honor, it's 400 for both

21   sets of plaintiffs.

22            THE COURT:  Right.  Okay.

23            MR. HERRMANN:  And I'm being told that perhaps 300

24   might be our revised best estimate speaking for Google

25   exhibits.
```

1          THE COURT:  Okay.

2          Look, I think it's wonderful that you think that

3   you can specifically identify what you're going to use in

4   four days.  That seems ambitious, but that's okay, there's a

5   lot of you, I guess.

6          Look, I think -- I don't know it's terribly useful

7   to sort of put a number on it.  I mean, the issue is going

8   to be relevant to each -- potentially to each record that's

9   going to be an exhibit that's going to be admitted.

10          And so, you know, if you are prepared to say these

11   are the 300 most likely exhibits that we are going to

12   present at trial and these are the portions of those

13   exhibits that we are going to present, Google has it, we can

14   set a deadline, a date by which Google lets you know whether

15   they're going to want those portions redacted or not, and

16   then you can haggle about it.  And then by the time we're

17   here next if there are issues, I can resolve them.

18          And, you know, we've got to similarly set a

19   deadline for third parties and a deadline for Google to do

20   the same reciprocally.

21          MR. SCHMIDTLEIN:  Your Honor, I want to make clear

22   that I understand the direction, I think, from your prior

23   remarks.

24          We will not be haggling over the portions of the

25   document that they don't identify; in other words --

1          THE COURT:  Correct.

2          MR. SCHMIDTLEIN:  -- we're not going to have to

3    take a position one way or the other on the redaction of the

4    rest of it because, kind of presumptively, that's, at least

5    for now, staying out of the public domain.  And if we need

6    to fight over that at some subsequent time, we can fight

7    over it.  But for that, for the time being, we're just

8    keeping that to the side.

9          THE COURT:  That's how I envision it.

10          MR. SCHMIDTLEIN:  Thank you.

11          THE COURT:  To make this the most efficient and

12    targeted process, because it's trial that's first -- it's

13    what you're going to present at trial that's most important

14    material, and let's get those issues resolved sooner rather

15    than later.  So there's no point in putting a number on it.

16          What I would urge the plaintiffs to do by

17    April [sic] 15th is to present to Google your exhibits and

18    identify what portions of the exhibits you're going to use

19    in your examination.  Google will receive those with the

20    understanding that you will not then -- and by the way,

21    I mean, I suppose they may know who you're going to use the

22    document with, you don't have to identify that, so maybe

23    there's some trial strategy that will still remain obscured.

24    But either way, it will be with the understanding that

25    Google will not then turn around and use that document to

1  prepare a witness and, you know, identify the particular

2  parts of the record that you're going to use with a

3  particular Google witness or a third party witness for that

4  matter.  We're all operating in good faith here.

5          And so then the question is to you, Ms. Connor,

6  when can Google do the same?

7          MS. CONNOR:  Of course, it depends on the number

8  of documents and the number of portions of those documents.

9  But I think --

10          THE COURT:  But these are your exhibits, I mean.

11  I'm talking about your exhibits in which you will say, look,

12  these are the portions we're going to use, and they'll have

13  the opportunity to say, you know, we don't think this ought

14  to be --

15          MR. SCHMIDTLEIN:  But they don't have an interest.

16          THE COURT:  Well, they do have an interest in

17  having a document in the public record if they believe it

18  shouldn't be in the public record during the trial.  I mean,

19  I think that's -- I mean, there is a public interest there

20  that the plaintiffs here representing the public have.

21          MS. CONNOR:  We have many fewer documents on our

22  exhibit list.

23          THE COURT:  Right.

24          MS. CONNOR:  I think we have about -- so many,

25  many fewer.

1          So we can prepare -- if to the extent we're --

2    it's our position that the document needs to be sealed in

3    whole or part, we would prepare redacted versions of the

4    document within -- by the end of August for them.  So they

5    would have the exhibits with redactions that reflect what

6    may be disclosed publicly and what may not be, at least, you

7    know, from our perspective.

8          THE COURT:  Okay.

9          All right.  So let's do this.

10         Mr. Cavanaugh.

11         MR. CAVANAUGH:  Yeah, Your Honor, I don't think --

12   we can't make the 15th work.

13         THE COURT:  I didn't think you could.

14         MR. CAVANAUGH:  Okay.

15         So we would need more time than that, Your Honor.

16         THE COURT:  How about a week?

17         MR. CAVANAUGH:  We can certainly make a good-faith

18   effort to do this in a week, Your Honor.

19         THE COURT:  Okay.

20         MR. CAVANAUGH:  And I don't know that it will be

21   complete.  Actually, I'm fairly confident it won't be

22   complete, but we will make a good faith effort within a week

23   certainly.

24         THE COURT:  Okay.

25         So I think operating under the presumption of good

```
1    faith, that, you know, each -- the plaintiffs will make a
2    good-faith effort to present Google with as many exhibits
3    that it believes it will be using at trial and identify the
4    portions of those exhibits it will be using, with the
5    understanding that, you know, there's not going to be
6    100 percent accuracy and there will not be any sort of
7    foreclosure claim that because it wasn't presented by the
8    date we're about to set, that somehow it's precluded from
9    use at trial, okay.  That's not the purpose of what -- the
10   exercise.
11          So why don't we set August 18th for Google --
12   excuse me, for the plaintiffs.
13          We're on a tight time frame here.
14          When's our next date together?
15          MR. SCHMIDTLEIN:  September 1.
16          THE COURT:  And that's the pretrial or is that
17   just a status date?
18          MR. DAHLQUIST:  Final pretrial.
19          THE COURT:  We really do need to have this teed up
20   by then if I'm going to resolve anything.
21          So Google, if the plaintiffs deadline is the 18th,
22   I'm going to ask Google to get back to the plaintiffs by no
23   later than the 25th, and you all will then have the week, a
24   few days to haggle over it.  And then if there remain
25   disputes, you'll let me know on September 1.
```

1           And then in terms of Google's, you know, doing the

2      same with its exhibits -- and, by the way, I should be

3      clear, the 18th also applies to third parties, any

4      third-party records that you all are going to introduce.

5           And Google should do the same with its exhibits by

6      the 25th.

7           MR. DINTZER:  Your Honor, just to make sure that

8      the record is really clear, if there's a document, say, a

9      document X and we say we're going to use pages 2, 4, and 5,

10     and we get -- we haggle and we reach whatever agreement we

11     reach and it turns out that I want to use pages 6, the only

12     problem -- I mean, that one -- that page is not redacted --

13     I mean, is redacted because we didn't haggle over that page,

14     but I can still use page 6, 7, anything else on that

15     document.  This is only about confidentiality.

16          THE COURT:  Well, what it is it's only about

17     presentation in open court.

18          MR. DINTZER:  Right, yes.

19          THE COURT:  That's what it's about.

20          So if, you know, in the middle of our examination

21     you realize, I should have also included 7 and 8, you know,

22     we'll either deal with it on the fly or we'll just push that

23     into a closed session and deal with it then.  But hopefully

24     this way we will minimize that kind of thing from happening.

25          MR. DINTZER:  We appreciate that.  Thank you,

1    Your Honor.

2              THE COURT:  Okay?

3              All right.  So do we have a plan of action then.

4              MR. SCHMIDTLEIN:  We have a plan.  Thank you,

5    Your Honor.

6              THE COURT:  All right.  Let me just take a look.

7              Let's just talk then about the redactions to the

8    summary judgment opinion.

9              Let me ask first and foremost whether -- it wasn't

10   clear to me whether Google was -- in the redactions you

11   proposed, was essentially acting protectively for the

12   interests of third parties or whether these were actually

13   portions that Google was asking to be redacted for its own

14   benefit, or maybe it's a combination of the both -- of the

15   two.

16             MS. CONNOR:  Yes, Your Honor, it is a combination.

17             There were two redacted portions which were not

18   subject to a request by a third party to redact, so they

19   would be only Google's request.

20             And then there are passages where it was only

21   third-party information reflected.

22             And then there are passages where it's the

23   information of both Google and third parties.

24             THE COURT:  I mean, I don't know whether we need

25   to go page by page with this, but let's just -- for example,

 1     the first page where the redactions appear, page 11.  The

 2     first redaction is with respect to a term of the contract

 3     that we're all familiar with, it includes a dollar amount.

 4     Okay, maybe we remove the dollar amount.  But is there

 5     anything about the rest of it that is -- needs to be kept

 6     secret?

 7                 MS. CONNOR:  So this is one where the third

 8     parties have not been consulted yet on this.

 9                 THE COURT:  Okay.

10                 MS. CONNOR:  So -- but -- so we would want to do

11     that.

12                 THE COURT:  Okay.

13                 I mean, that seems to be the case for a number of

14     these, which are, frankly, often just taken from your either

15     your briefs or from the factual statements you all

16     submitted.

17                 And I think most of it, frankly, was -- most of it

18     is not of the kind of information that strikes me as

19     creating competitive problems.

20                 And particularly since I have cited it in the

21     decision, you're going to have to -- or a third party is

22     going to have to convince me it's really going to create

23     competitive problems.

24                 So why don't we just set a date by which you all

25     are going to get back to me and third parties will get back

1    to me about whether you really need these redactions or not.

2              MS. CONNOR:  Absolutely.

3              So we would propose, so we have time to reach out

4    to the third parties, the end of next week?

5              THE COURT:  Okay.  Just get back to me by Friday.

6              MS. CONNOR:  Absolutely.  Thank you, Your Honor.

7              THE COURT:  Mr. Dintzer, is that acceptable to

8    you?  Mr. Cavanaugh?

9              MR. CAVANAUGH:  That's fine, Your Honor.

10             MR. DINTZER:  Yes, Your Honor.

11             THE COURT:  And obviously, let your colleagues

12   know what is still being requested to be sealed.  But

13   hopefully I think today's discussion should have given you

14   some flavor of what I think is -- should be sealed and what

15   shouldn't be.

16             All right.  Just a couple of other things.

17             MR. DINTZER:  If we could, Your Honor, there's

18   still a piece of this that we took care of it.  So we still

19   need the trial mechanism.  They've got 72 business hours,

20   not days but weeks, we forgot that, and we have 48 hours.

21   And so --

22             THE COURT:  Is that the only difference when it

23   comes down to it?

24             MR. DINTZER:  So there's a presumption, an

25   irrebuttable presumption that if they make a call, we're

1    done.  And if ours is if they make a call that we disagree

2    with, they have to come to the Court and ask the Court to --

3              THE COURT:  That's all right.

4              Look, 48 hours and I get the last call.

5              MR. DINTZER:  Okay.  Thank you, Your Honor.

6              THE COURT:  And if, you know --

7              MR. DINTZER:  And if they want to challenge what

8    we're going to do, then they can come to the Court.

9              THE COURT:  Right.

10             MR. DINTZER:  Okay.  Thank you, Your Honor.

11             THE COURT:  I mean --

12             MS. CONNOR:  To be clear, our position was not

13   that it was irrebuttable and they couldn't challenge it.

14             THE COURT:  No.

15             MS. CONNOR:  It was if it was designated as

16   confidential, it can't be disclosed absent agreement by the

17   party who designates it or Your Honor resolving the dispute.

18             THE COURT:  Look, you know, I understand where

19   Google is coming from, but, again, the plaintiffs have an

20   interest in providing sunshine, if you will, to their case,

21   and not only doing it through their complaint but through

22   the exhibits they're going to present at trial.

23             And so I can see that they are going to

24   potentially, when Google says, we want to use the following

25   exhibits, say, we disagree that this is the kind of

1    information that is going to raise the concerns that we've

2    all been talking about.  And the faster we get those

3    disagreements teed up and if they come to me, the faster we

4    can get them resolved.

5              So I think 48 hours is reasonable, and you all can

6    let me know at the end of the 48 hours whether there still

7    is a dispute remaining and we can get it resolved quickly.

8              MS. CONNOR:  We would ask, Your Honor, if

9    possible, that it be business days just to allow us to be

10   able to work with the business folks at Google and

11   understand that they'll be available, just realistically.

12             THE COURT:  Well, I mean, we're talking --

13   is there a difference between 48 hours and two business

14   days?

15             MS. CONNOR:  We would ask for the two business

16   days.

17             MR. DINTZER:  We're all going to be working over

18   the weekend, every single day, as they will, so, yes,

19   there's a huge difference because that means we have to get

20   it to them Friday or Thursday instead of Saturday.

21             THE COURT:  Right.

22             Let's just -- 48 hours.  I mean, I know your folks

23   at Google may be -- they may have to look at things over the

24   weekend, but I suspect they do that anyway.

25             MS. CONNOR:  Thank you, Your Honor.

1            THE COURT:  Okay.  So I think that is -- takes

2     care of that.

3            All right.  Just a couple of other logistical

4     matters.

5            You all have already, I believe, disclosed order

6     of witnesses or that's coming up on the 15?

7            (All counsel nod.)

8            THE COURT:  Okay.

9            What matters to me is the order of the experts so

10    that I can be prepared and have read their submissions.  So

11    can you all make sure you get to me by the, certainly no

12    later than the pretrial date.  I don't know when you, maybe

13    you'll be in a position to do it earlier, the order of the

14    experts that you are going to be calling.

15            MR. SCHMIDTLEIN:  Your Honor, I mean, I think

16    they're due to give us theirs on Tuesday, and then we give

17    ours September -- I mean, obviously our experts are coming

18    much, much, much, much later --

19            THE COURT:  Right.

20            MR. SCHMIDTLEIN:  -- but I think -- I guess what I

21    would just propose is that each side can submit to

22    Your Honor when we serve it on each other.

23            THE COURT:  That's fine.

24            I mean, the only thing I'll ask you to do is just

25    identify who the experts are, because I'm not as familiar

1    with the names as you all are.

2              I know I have not, when we're talking about

3    experts, I haven't looked at the -- I haven't had the

4    opportunity, believe it or not, to look at the *Daubert*

5    motions yet, I still plan to do that by the end of the

6    month, I hope to, fingers crossed, so I know that's an

7    outstanding issue.

8              MR. SCHMIDTLEIN:  Okay.

9              You know, obviously, if there's a specific time

10   you want to hear about those or if you don't need to hear

11   about those, obviously --

12             THE COURT:  No.

13             MR. SCHMIDTLEIN:  -- let us know.

14             THE COURT:  You will forgive me; there's a lot

15   happening.

16             MR. SCHMIDTLEIN:  No forgiveness; we know you're

17   busy.

18             THE COURT:  You're all busy.

19             MR. SCHMIDTLEIN:  We're here to help you.  If we

20   can be helpful on argument, great.  If you don't need it,

21   that's great too.  Thank you.

22             THE COURT:  Okay.

23             Look, I think the other issue is, and we don't

24   need to talk about this today, whether -- to what extent the

25   summary judgment decision will impact the length and

1   structure of trial, given that, you know, this is still a

2   topic of discussion and consideration, then it's something

3   we can discuss on the 1st.  So just wanted to raise that

4   issue.

5           Trial logistics.

6           You all, if you haven't already, I think you've

7   already at least at a minimum set down a time to come in and

8   do the tech run-through.  Let JC know.  I think we're

9   already in the process of arranging rooms for counsel and

10  what that'll look like.

11          Let us also know, we can reserve some number of

12  benches for the parties.  Let us know, you know, what you

13  think you need.  I can easily reserve the first row or the

14  first two rows.  I mean, after the first day or two, I don't

15  think it's going to be a packed house.  So we can just keep

16  that in mind and we can talk about that when we're together

17  again.

18          One last thing, and this is just a personal

19  disclosure I need to make.  So you all may recall at the

20  very beginning of this case, I sort of put into disclosure

21  that I was going to attempt, to the extent I have

22  investments, to avoid funds that have Alphabet in it.  My

23  financial advisor is telling me that that is a very

24  difficult thing to do, and that we have, by avoiding large

25  cap funds, whether they have Alphabet in them or not, we

```
 1    have taken a little bit of a hit over the last 18 months.

 2    So I am -- and I think this is consistent, and you all tell

 3    me if it's not, to obviously, I've left it to the financial

 4    advisor, greenlighted large cap funds.  I have no idea

 5    whether they contain Alphabet stock in them or not, and I've

 6    not asked whether they do.  So I wanted the parties just to

 7    be aware of that as well, okay?

 8             All right.  Anything else we should talk about?

 9             MR. SCHMIDTLEIN:  Nothing from Google.

10             MR. DINTZER:  Nothing from the plaintiffs.

11             THE COURT:  If I could just impose upon you all to

12    submit the final order that reflects how the first paragraph

13    should read and we can get that signed and we'll take care

14    of an order that has the dates that we've just talked about,

15    okay?

16             All right.  Anything else, folks?

17             Our court reporter, if you haven't met him yet and

18    I'm sure you have, had a question about realtime and whether

19    you're going to want it, and importantly, whether you're

20    going to want it sent out of the courthouse, and I think he

21    has some questions about that.

22             MR. DINTZER:  Actually, Your Honor, we did have a

23    streaming question.

24             Is it the Court's intent to, as we have for status

25    conferences, for the trial itself to have a channel where
```

1   the public can call in and listen?

2          THE COURT:  We have not had a channel for -- for

3   civil cases.

4          Let me find out.

5          As you all know, the Civil Rules prevent sort of

6   the broadcasting of courtroom proceedings, that has been --

7   we've all been operating in a slightly different world.

8   We've had dispensation to make public lines available in

9   civil cases.  We can't do that in criminal cases anymore.

10  I will have to find out, because I think there's an

11  expiration date for that, but let me find out when that is

12  and I'll let you all know.

13         MR. DINTZER:  Thank you, Your Honor.

14         THE COURT:  Okay.

15         I take it you're asking because you requesting

16  that there be such a line if it's possible?

17         MR. DINTZER:  We've heard requests, Your Honor,

18  from people who are not directly on the case that they would

19  be interested in what's going on in the courtroom.

20         THE COURT:  Okay.

21         I mean, we may, for some days, have a feed into

22  the media room.  I suspect for openings, for example,

23  I'm sure there will be a request.  There are a few other

24  matters going on in the courthouse that are drawing the

25  media's attention, so I can't imagine they're going to be

```
 1   fixed on this case for the duration.  Let me find out and
 2   we'll get back to you.
 3               MR. DINTZER:  Thank you, Your Honor.
 4               MS. CONNOR:  Your Honor, for the separate issue of
 5   the realtime for counsel, if it is possible, that would be
 6   great for people who are working at our offices rather than
 7   present in trial.
 8               THE COURT REPORTER:  So what I told the Judge is
 9   that I will realtime remotely to only parties and paralegals
10   in the case outside of the building.
11               MS. CONNOR:  That's perfect.  Thank you.
12               THE COURT:  But you also had a question about
13   realtiming the confidential portions outside of those who
14   are present.
15               THE COURT REPORTER:  Only if it's a nonparty.
16               Like, if it's parties that would be in here
17   anyway, then they can have the closed portions.
18               But I'm not going to offer a realtime feed to a
19   journalist just in case an issue happened in a closed
20   portion and it accidentally goes out when it shouldn't have.
21               MS. CONNOR:  So it's for counsel and parties.
22               THE COURT REPORTER:  Right.
23               THE COURT:  Look, to the extent third parties wish
24   to have a realtime feed when their witnesses are testifying,
25   just talk to Mr. Zaremba, and I think we can -- you'll have
```

1    to talk to him and whether that's something we can

2    accommodate or not, we haven't really talked about that, but

3    we're certainly open to the idea.

4              Okay.  I think that's it for me at least.

5    Anything else from counsel?

6              MR. DINTZER:  Not from the plaintiffs, Your Honor.

7              MR. SCHMIDTLEIN:  Nothing for Google.

8              THE COURT:  Thank you, all, very much.

9              You do not need to wait for me, although I'm going

10   to give you this lovey binder back.

11             We'll see everybody in a few weeks.

12             COURTROOM DEPUTY:  All rise.  This Court stands in

13   recess.

14             (Proceedings concluded at 2:27 p.m.)

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__August 11, 2023_____    

      William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [3] 4/2 4/6
65/12
MR. CAVANAUGH: [9]
9/23 12/9 28/10 45/19
51/11 51/14 51/17
51/20 56/9
MR. DAHLQUIST: [1]
52/18
MR. DINTZER: [23]
6/18 8/6 8/11 8/16 22/3
46/17 47/3 53/7 53/18
53/25 56/10 56/17
56/24 57/5 57/7 57/10
58/17 62/10 62/22
63/13 63/17 64/3 65/6
MR. HERRMANN: [11]
22/12 22/18 23/11
24/12 26/10 27/23
44/18 44/22 47/10
47/20 47/23
MR. SCHMIDTLEIN:
[28] 5/16 8/20 8/25
10/19 11/11 11/15 13/2
23/18 29/12 40/15
46/10 46/13 46/25
47/12 48/21 49/2 49/10
50/15 52/15 54/4 59/15
59/20 60/8 60/13 60/16
60/19 62/9 65/7
MR. SUNSHINE: [3]
39/22 40/17 41/7
MS. CONNOR: [32]
29/23 29/25 30/22
32/14 32/25 33/5 34/4
34/17 37/2 37/9 37/11
38/1 38/12 38/21 38/24
39/11 50/7 50/21 50/24
54/16 55/7 55/10 56/2
56/6 57/12 57/15 58/8
58/15 58/25 64/4 64/11
64/21
MS. ZAHEED: [1] 41/9
THE COURT
REPORTER: [3] 64/8
64/15 64/22
THE COURT: [102]

0
0316 [1] 1/20
0340 [1] 1/14

1
10 [2] 33/25 37/23
100 [7] 23/23 31/16
32/16 33/7 37/5 37/5
38/4
100 percent [1] 52/6
10036-6710 [1] 2/11
11 [3] 1/5 55/1 66/7
110 [2] 40/9 40/9
1100 [1] 1/13
1133 [1] 2/10
12 [2] 38/18 37/23
12th [1] 3/3
1300 [1] 2/5
14 [1] 28/18

15th [1] 31/17
44/19 59/6
15th [2] 37/4 49/17
51/12
18 [1] 62/1
18th [3] 52/11 52/21
53/3
1:00 [1] 1/6
1st [1] 61/3

2
20 [2] 23/23 45/12
20-3010 [2] 1/4 4/7
20001 [2] 1/19 3/9
20005 [1] 3/4
2019 [1] 25/24
202 [4] 1/14 1/20 3/4
3/10
2023 [2] 1/5 66/7
212 [1] 2/11
22 [1] 23/3
2200 [1] 2/10
25th [2] 52/23 53/6
2793 [1] 2/11
2:27 [1] 65/14

3
30 [2] 22/25 40/21
300 [4] 24/24 24/25
47/23 48/11
3010 [2] 1/4 4/7
307-0340 [1] 1/14
3249 [1] 3/10
333 [1] 3/9
335-2793 [1] 2/11
354-3249 [1] 3/10

4
40 [2] 40/8 40/21
400 [17] 23/7 23/8
23/13 24/13 24/19 25/2
25/6 25/13 25/16 26/12
47/10 47/12 47/14
47/14 47/17 47/18
47/20
434-5000 [1] 3/4
450 [1] 1/19
476-0316 [1] 1/20
48 [7] 32/21 56/20 57/4
58/5 58/6 58/13 58/22

5
50 [1] 31/15
5000 [1] 3/4
508-6000 [1] 2/7
53 [1] 10/2
54 [1] 10/2
55 [1] 33/25
56 [1] 18/20

6
60 [1] 33/25
60-page [1] 18/19
6000 [1] 2/7
6710 [2] 2/11
6th [1] 19/18

7
72 [3] 32/22 33/1 56/19

725 [1] 3/3
78 [1] 40/7
7th [1] 2/6

8
80203 [1] 2/6

A
ability [2] 35/9 35/11
able [6] 12/5 23/2 29/8
39/10 42/11 58/10
about [80]
above [1] 66/4
above-titled [1] 66/4
absent [2] 6/13 57/16
absolutely [5] 34/12
39/11 39/14 56/2 56/6
accept [2] 5/25 7/6
acceptable [1] 56/7
access [14] 13/19
14/16 14/18 14/20
14/22 15/25 16/11
18/19 19/13 19/14
19/15 20/4 20/5 27/18
accidentally [1] 64/20
accommodate [1] 65/2
according [1] 10/25
account [1] 25/7
accuracy [1] 52/6
across [2] 41/23 41/24
act [1] 6/13
acting [1] 54/11
action [2] 4/7 54/3
actual [2] 43/10 43/16
actually [14] 11/16
14/24 17/9 27/2 27/4
27/5 27/8 27/25 29/16
33/13 45/14 51/21
54/12 62/22
add [3] 12/8 39/20 45/1
addition [2] 23/4 24/16
additional [2] 25/5
34/12
address [4] 5/6 23/5
25/13 29/20
addressed [1] 42/24
admitted [3] 16/14
18/7 48/9
ads [1] 12/13
adults [1] 21/13
advance [1] 28/2 35/25
advertisers [2] 12/14
12/17
advertising [3] 11/7
11/12 12/12
advisor [2] 61/23 62/4
afoul [1] 21/17
after [2] 38/1 61/14
afternoon [6] 4/4 4/6
4/15 22/13 29/23 29/24
again [12] 11/22 14/16
15/1 15/14 15/14 15/17
16/1 23/19 37/12 37/19
57/19 61/17
agency [2] 16/7 16/7
agree [4] 21/14 26/22
28/11 35/22

agreement [2] 41/19
35/17 35/18 41/15
41/18 43/10 44/6 53/10
57/16
agreements [2] 41/19
43/14
ahold [1] 39/8
aid [1] 45/24
aided [1] 3/11
al [2] 1/3 4/8
algorithms [2] 31/10
33/11
all [90]
All right [4] 6/16 8/8
39/18 59/3
alleged [5] 9/14 9/14
11/8 11/8 12/10
allow [2] 34/10 58/9
allowed [1] 36/17
alone [1] 30/15
Alphabet [3] 61/22
61/25 62/5
already [7] 5/11 29/13
38/1 59/5 61/6 61/7
61/9
also [13] 4/13 10/3
15/11 18/2 23/4 25/10
25/14 32/17 42/10 53/3
53/21 61/11 64/12
although [3] 7/14
17/18 65/9
am [7] 13/25 20/8 20/8
20/22 25/23 43/8 62/2
ambitious [1] 48/4
AMERICA [1] 1/3 4/7
Americas [1] 2/10
AMIT [1] 1/9 4/3
among [2] 11/16 12/14
amount [3] 5/4 55/3
55/4
analysis [1] 31/19
answer [2] 36/17 36/18
anticipate [1] 10/14
Antitrust [2] 2/4 24/22
any [16] 7/1 9/15 10/21
16/23 17/24 22/8 26/22
28/8 29/20 34/8 35/20
35/21 39/2 45/21 52/6
53/3
anymore [1] 63/9
anyone [2] 20/9 25/25
anything [1] 5/5 12/8
34/1 39/21 43/16 52/20
53/14 55/5 62/8 62/16
65/5
anyway [2] 58/24
64/17
anywhere [1] 5/19
apex [1] 14/23
apparently [1] 46/20
appear [1] 55/1
APPEARANCES [3]
1/11 1/21 2/12
appearing [2] 6/2 22/6
Apple [6] 39/23 40/11
40/14 43/14 44/6 47/15
Apple's [2] 40/1 43/14
application [1] 22/21

applies [1] 53/3
apply [3] 13/22 14/1
24/15
appreciate [6] 14/7
21/2 29/14 39/24 47/3
53/25
approach [2] 22/16
28/12
approximation [2]
23/13 24/18
April [1] 49/17
arbitrary [1] 25/22
are [112]
argued [1] 9/10
argument [6] 6/25 7/1
60/20
arguments [1] 21/9
around [5] 20/14 38/24
42/20 46/8 49/25
arranging [1] 61/9
Article [1] 20/7
Article III [1] 20/7
as [58] 4/17 5/3 5/12
5/13 6/9 6/19 7/1 7/5
7/9 9/19 9/25 10/3
10/7 10/20 11/8 12/15
12/16 12/17 13/20 14/4
16/3 17/13 19/3 22/6
22/7 23/10 24/20 25/9
26/20 27/6 27/8 31/10
34/5 34/18 35/6 36/8
37/13 37/14 40/10
40/21 40/22 41/1 42/9
43/18 43/19 44/6 44/11
45/14 45/16 52/2 55/18
57/15 58/18 59/25 60/1
62/7 62/24 63/5
ask [13] 7/5 23/6 27/14
42/17 44/12 46/2 46/6
52/22 54/9 57/2 58/8
58/15 59/24
asked [4] 32/9 42/18
46/9 62/6
asking [3] 26/21 54/13
63/15
aspect [1] 41/11
assess [5] 16/4 22/25
24/19 27/7 27/7
assessment [1] 25/2
assumption [1] 7/19
assurances [1] 45/2
assured [1] 29/2
attempt [1] 61/21
attention [3] 13/9 44/2
63/25
attorneys [1] 45/3
audible [1] 6/10
August [9] 1/5 34/19
37/4 39/1 44/11 44/19
51/4 52/11 66/7
available [7] 19/20
20/1 39/6 39/6 39/15
58/11 63/8
Avenue [2] 2/10 3/9
avoid [1] 61/22
avoiding [1] 61/24
aware [1] 62/7
away [1] 44/16 44/17

**B**

**back [8]** 36/22 37/5
52/22 55/25 55/25 56/5
64/2 65/10
**backup [3]** 12/10 33/12
34/22
**ball [1]** 35/25
**balls [1]** 25/17
**bandwidth [1]** 26/9
**Barrett [1]** 3/8
**Bartels [2]** 1/16 22/7
**Bartles [1]** 4/9
**based [2]** 27/16 30/25
**basis [6]** 14/2 25/1
26/24 36/6 39/7 40/25
**be [167]**
**because [28]** 6/22 8/22
9/17 9/19 10/21 11/20
18/6 19/1 19/2 20/13
20/17 30/7 34/2 35/4
35/10 35/13 36/6 36/10
36/17 37/12 49/4 49/12
52/7 53/13 58/19 59/25
63/10 63/15
**become [1]** 42/10
**been [30]** 4/25 5/11
5/20 11/8 11/8 12/5
12/24 13/10 15/5 15/6
15/20 21/21 23/2 26/17
27/16 29/8 29/19 31/17
33/20 33/21 34/5 40/6
40/23 43/12 46/10
47/12 55/8 58/2 63/6
63/7
**before [20]** 1/9 4/23
5/5 6/6 6/7 8/20 13/1
21/6 21/11 21/14 26/5
26/8 26/12 28/16 34/19
37/6 37/17 42/3 42/3
46/8
**beginning [1]** 61/20
**begins [2]** 37/6 37/17
**behalf [1]** 39/23
**behooves [1]** 20/12
**being [11]** 5/12 9/25
16/13 19/2 20/23 26/2
26/19 42/2 47/23 49/7
56/12
**belief [1]** 12/24
**believe [18]** 7/14 8/16
22/6 22/21 23/13 24/18
25/12 26/12 26/16
27/23 37/4 41/12 42/18
44/18 47/13 50/17 59/5
60/4
**believes [2]** 30/17 52/3
**BELKNAP [1]** 2/9
**benches [1]** 61/12
**benefit [3]** 30/7 31/5
54/14
**best [5]** 21/15 25/13
42/21 47/10 47/24
**better [2]** 23/13 44/17
**between [5]** 12/11
18/23 19/6 41/16 58/13
**big [1]** 16/20
**binder [1]** 65/10
**binders [1]** 22/15

14/13 14/20 14/21
30/20 42/10 62/1
**bog [2]** 28/15 28/22
**bogging [2]** 25/11
25/11
**bona [1]** 20/25
**bona fides [1]** 20/25
**both [6]** 24/15 24/16
30/1 47/20 54/14 54/23
**bound [1]** 41/25
**brands [1]** 10/1
**brief [1]** 39/24
**briefs [2]** 43/13 55/15
**bring [1]** 41/17
**broad [1]** 20/17
**broadcasting [1]** 63/6
**Broadway [1]** 2/5
**brought [2]** 42/2 44/2
**Bruce [1]** 2/2
**build [1]** 10/1
**building [1]** 64/10
**bulk [2]** 35/8 38/13
**burdensome [2]** 31/13
31/21
**business [13]** 32/22
32/23 33/1 33/1 35/1
35/5 38/19 38/25 56/19
58/9 58/10 58/13 58/15
**businesspeople [2]**
31/19 32/2
**businessperson [1]**
20/8
**busy [2]** 60/17 60/18

**C**

**cab [1]** 8/21
**call [10]** 6/4 7/10 7/16
9/5 25/16 39/3 56/25
57/1 57/4 63/1
**called [3]** 6/11 7/8
40/23
**calling [4]** 6/21 6/21
24/8 59/14
**can [61]** 5/8 7/16 7/17
7/17 8/4 8/5 9/22 20/15
21/14 25/19 25/21
26/13 26/24 27/14
27/20 28/1 29/1 30/10
31/5 33/10 35/4 36/2
36/4 37/6 37/15 37/16
38/6 38/9 38/24 39/8
40/22 44/7 47/6 48/3
48/13 48/16 48/17 49/6
50/6 51/1 51/17 53/14
57/8 57/23 58/4 58/5
58/7 59/10 59/11 59/21
60/20 61/3 61/11 61/13
61/15 61/16 62/13 63/1
64/17 64/25 65/1
**can't [6]** 20/14 23/21
51/12 57/16 63/9 63/25
**cannot [2]** 8/1 28/1
**cap [2]** 61/25 62/4
**care [7]** 13/9 18/14
21/23 38/4 56/18 59/2
62/1
**Carl [1]** 22/14

**carrier [1]** 41/19
**case [26]** 7/16 14/5
15/1 16/18 18/8 18/16
19/14 19/24 19/25
20/16 24/2 25/7 27/10
31/13 31/17 33/4 43/24
46/11 47/1 55/13 57/20
61/20 63/18 64/1 64/10
64/19
**cases [10]** 14/4 18/4
19/18 24/16 24/23
28/25 30/25 63/3 63/9
63/9
**categorically [2]** 14/1
26/18
**categories [3]** 17/6
25/21 31/1
**category [1]** 12/22
**cause [2]** 20/11 20/20
**Cavanaugh [11]** 2/8
4/11 4/19 9/22 12/8
21/25 28/6 30/11 45/18
51/10 56/8
**cconnor [1]** 3/5
**Center [1]** 2/5
**certain [7]** 11/13 15/4
18/4 21/5 26/19 32/7
41/17
**certainly [9]** 12/19
13/11 16/11 28/11 43/2
51/17 51/23 59/11 65/3
**Certified [1]** 3/7
**certify [1]** 66/2
**cetera [1]** 25/21
**CH [1]** 3/8
**challenge [2]** 57/7
57/13
**challenges [1]** 28/24
**change [1]** 6/22
**channel [2]** 62/25 63/2
**characterized [1]**
42/15
**chief [1]** 24/16
**Circuit [4]** 14/4 14/19
16/6 45/14
**circumstance [1]** 7/22
**cite [3]** 17/2 24/5 44/7
**cited [3]** 22/19 27/17
55/20
**citing [1]** 14/24
**civil [4]** 4/7 63/3 63/5
63/9
**claim [2]** 9/7 52/7
**claiming [1]** 27/8
**claims [1]** 11/20
**clarification [1]** 7/17
**clauses [3]** 18/5 18/7
21/10
**clean [1]** 47/4
**clear [11]** 9/20 18/6
18/17 19/14 35/13
45/23 48/21 53/3 53/8
54/10 57/12
**clearly [1]** 31/9
**clerk [1]** 4/24
**Clerk's [1]** 27/13
**clients [1]** 42/5

**closed [9]** 32/12 32/12
36/4 41/23 42/14 43/4
53/23 64/17 64/19
**closing [1]** 42/16
**co [2]** 2/6 25/6
**co-counsel [1]** 25/6
**coag.gov [1]** 2/7
**Colette [1]** 3/2 4/13
29/19
**Colette Connor [2]**
4/13 29/19
**colleague [1]** 22/9
**colleagues [2]** 10/21
56/11
**collectively [2]** 24/14
47/19
**color [1]** 14/13
**Colorado [7]** 2/2 2/3
2/5 9/4 9/9 9/14 11/9
**COLUMBIA [1]** 1/1
**combination [2]** 54/14
54/16
**combined [1]** 40/14
**come [11]** 5/24 6/14
7/24 8/13 16/20 35/10
41/25 57/2 57/8 58/3
61/7
**comes [1]** 56/23
**comfortable [1]** 8/6
**coming [9]** 4/17 5/4
9/11 19/4 32/7 34/24
57/19 59/6 59/17
**commercially [4]** 30/3
30/9 31/3 31/11
**communicating [1]** 5/3
**companies [3]** 15/3
20/10 20/19
**competitive [10]** 18/10
20/7 20/12 20/21 20/22
20/24 25/24 25/24
55/19 55/23
**competitively [1]** 42/1
**competitors [1]** 42/1
**complaint [2]** 43/12
57/21
**complete [2]** 51/21
51/22
**complicated [1]** 34/7
**compromised [1]** 9/15
**compromising [1]**
18/9
**computer [1]** 3/11
**computer-aided [1]**
3/11
**concept [1]** 15/18
**concern [3]** 28/21
29/16 42/5
**concerned [2]** 9/13
45/10 46/20
**concerning [1]** 9/5
**concerns [7]** 5/10 8/10
9/4 13/5 28/13 29/5
58/1
**concluded [1]** 65/14
**conclusions [3]** 17/3
24/6 44/8
**condensed [1]** 25/1

**conduct [2]** 23/12 25/4
**CONFERENCE [1]** 1/9
**conferences [1]** 62/25
**confers [1]** 42/22
**confident [1]** 51/21
**confidential [16]** 26/19
26/20 26/25 27/4 27/8
27/25 30/17 31/3 32/11
33/14 35/14 35/19
42/19 45/16 57/16
64/13
**confidentiality [9]** 13/6
15/7 22/4 22/24 23/1
25/12 26/15 34/2 53/15
**conflict [2]** 37/21 37/22
**CONNOLLY [1]** 3/3
**Connor [6]** 3/2 4/13
29/19 29/22 45/9 50/5
**consequences [1]**
43/23
**conservative [1]** 20/13
**consider [1]** 31/2
**consideration [4]**
16/14 16/16 17/22 61/2
**considered [2]** 13/21
16/12
**consistent [4]** 10/2
10/15 22/22 62/2
**Constitution [1]** 3/9
**consulted [1]** 55/8
**Consumer [1]** 2/3
**contact [1]** 5/1
**contain [3]** 22/18 42/12
62/5
**context [1]** 31/16
**continue [1]** 36/1
**CONTINUED [2]** 2/1
3/1
**continuum [1]** 14/21
**contours [1]** 11/1
**contract [2]** 18/7 55/2
**contracts [2]** 18/4 44/1
**conveniently [1]** 8/1
**conversations [1]**
33/18
**convince [1]** 55/22
**cooperation [1]** 14/6
**cooperative [1]** 43/2
**copy [1]** 41/15
**corner [1]** 20/14
**correct [2]** 49/1 66/3
**could [9]** 11/3 20/20
22/25 37/14 41/12
42/24 51/13 56/17
62/11
**couldn't [1]** 57/13
**counsel [17]** 4/15
10/16 13/8 25/6 31/25
34/16 35/6 35/6 39/19
41/6 43/7 45/20 59/7
61/9 64/5 64/21 65/5
**count [2]** 40/7 40/20
**counters [1]** 5/22
**couple [5]** 8/10 19/12
22/15 56/16 59/3
**course [14]** 7/12 8/17
21/19 23/12 23/14 24/9
24/16 24/25 25/3 31/3

**C**

course... [4]  35/1 38/21
46/15 50/7
court [26]  1/1 3/6 3/8
4/2 6/5 6/19 14/24
16/22 17/15 22/6 22/13
25/11 27/17 28/1 28/23
29/3 34/3 36/2 36/24
45/23 53/17 57/2 57/2
57/8 62/17 65/12
Court's [5]  10/2 10/7
10/15 26/13 62/24
courthouse [3]  19/16
62/20 63/24
courtroom [7]  5/19
28/3 41/23 42/14 42/17
63/6 63/19
create [2]  25/24 55/22
creating [1]  55/19
criminal [2]  19/25 63/9
cross [3]  24/17 28/17
45/22
cross-examination [1]
45/22
cross-examine [1]
28/17
crossed [1]  60/6
CRR [2]  66/2 66/8
curious [1]  43/8
current [1]  5/17
currently [1]  41/22
cutoffs [1]  25/23
CV [1]  1/4

**D**

D.C [5]  1/5 1/13 1/19
3/4 3/9
Danayit [1]  4/25
data [4]  26/6 31/11
31/12 33/11
date [15]  25/22 27/2
31/7 32/7 33/18 44/11
45/8 48/14 52/8 52/14
52/17 55/24 59/12
63/11 66/7
dates [1]  62/14
Daubert [1]  60/4
day [7]  19/18 21/3
23/23 31/10 35/1 58/18
61/14
days [13]  21/23 33/2
37/24 38/14 38/19
44/16 48/4 52/24 56/20
58/9 58/14 58/16 63/21
deadline [4]  48/14
48/19 48/19 52/21
deal [4]  26/9 38/9
53/22 53/23
dealing [2]  20/3 31/17
dealt [1]  9/12
decide [2]  28/16 38/6
decision [7]  6/13 17/22
18/1 27/17 43/12 55/21
60/25
deck [6]  18/19 28/18
33/10 33/20 33/22
37/24
decks [5]  18/11 26/5

declarations [1]  39/4
default [2]  43/13 44/7
defendant [4]  1/7 3/2
4/14 15/11
define [1]  7/22
definition [3]  10/4
12/11 12/15
degradation [1]  9/10
degraded [1]  9/17
degree [2]  35/23 47/7
deliver [1]  48/18
Denver [1]  2/6
DEPARTMENT [4]  1/12
1/17 2/3 32/6
depend [1]  38/21
depending [1]  6/4
depends [3]  16/3 38/15
50/7
deposed [1]  46/11
deposition [2]  19/6
19/7
depositions [3]  5/12
5/21 19/10
designated [5]  6/13
8/14 12/25 40/6 57/15
designates [1]  57/17
designation [2]  6/2
8/23
designations [5]  8/22
13/6 19/7 19/8 27/15
desirable [1]  9/18
destruction [1]  29/2
determinations [1]
40/3
did [6]  9/7 19/23 27/9
35/3 45/19 62/22
didn't [3]  10/10 51/13
53/13
difference [4]  12/11
56/22 58/13 58/19
different [7]  9/11 14/5
17/6 18/24 19/24 35/15
63/7
differently [1]  11/13
difficult [2]  27/7 61/24
difficulty [1]  42/16
Dintzer [6]  1/12 4/9
6/17 8/9 21/24 56/7
direct [1]  30/16
directing [1]  32/10
direction [1]  48/22
directly [3]  12/17 19/11
63/18
disadvantage [2]
20/22 25/25
disagree [2]  57/1 57/25
disagreements [2]
31/8 58/3
disclosed [5]  18/10
20/11 51/6 57/16 59/5
disclosing [1]  45/22
disclosure [6]  14/25
15/6 15/10 27/11 61/19
61/20
disclosures [4]  15/4
15/8 20/17 45/3
discovery [2]  7/15

discuss [2]  41/22 61/3
discussing [1]  36/24
discussion [5]  22/4
22/16 30/16 56/13 61/2
discussions [2]  41/24
42/22
dispensation [1]  63/8
dispose [1]  5/8
dispute [4]  13/18 17/20
57/17 58/7
disputed [1]  18/8
disputes [8]  22/24 23/2
23/3 25/12 26/13 26/14
36/1 52/25
district [4]  1/1 1/1 1/10
24/21
dive [1]  5/6
Division [1]  24/22
do [60]  5/21 6/21 13/14
16/21 18/8 20/10 24/13
24/20 25/14 25/15
27/15 27/23 28/14
28/19 28/20 29/2 29/6
29/12 30/6 31/2 31/25
32/13 34/1 34/25 36/20
37/6 37/17 37/24 39/21
41/12 41/22 42/9 44/17
44/24 45/14 45/23
45/24 46/23 47/6 47/8
48/19 49/16 50/6 50/16
51/9 51/18 52/19 53/5
54/3 55/10 57/8 58/24
59/13 59/24 60/5 61/8
61/24 62/6 63/9 65/9
do you [3]  25/15 37/24
47/8
document [25]  14/2
14/2 14/24 19/4 25/23
30/3 30/8 31/21 32/3
34/9 36/7 36/10 39/12
41/14 46/19 47/1 48/25
49/22 49/25 50/17 51/2
51/4 53/8 53/9 53/15
documents [42]  13/12
15/3 15/20 16/17 16/21
24/11 25/16 29/4 29/15
29/16 31/9 31/17 32/16
33/8 33/12 34/6 34/24
37/4 37/5 37/5 37/8
37/8 37/9 38/4 38/8
38/15 40/9 40/10 40/21
40/23 41/3 42/6 44/12
44/14 44/15 46/4 47/4
47/15 47/15 50/8 50/8
50/21
does [8]  7/24 11/10
13/21 20/1 30/20 35/4
35/25 41/18
doesn't [4]  19/14 25/24
35/14 43/18
doing [9]  4/17 5/13
31/5 32/15 34/11 40/12
44/11 53/1 57/21
DOJ [9]  1/12 4/10 5/20
10/21 11/8 12/11 29/4
43/7 45/20
DOJ's [1]  28/11

dollar [2]  54/9 54/9
domain [1]  49/5
don't [48]  5/7 6/1 6/15
7/1 8/16 10/21 11/15
11/16 11/18 11/18
12/25 15/25 17/7 19/25
20/4 21/3 21/24 25/25
27/2 30/18 32/9 36/14
36/16 36/17 40/21
43/18 43/20 44/5 44/16
46/2 46/3 46/7 46/22
48/6 48/25 49/22 50/13
50/15 51/11 51/20
52/11 54/24 55/24
59/12 60/10 60/20
60/23 61/14
done [10]  8/1 8/3 13/14
14/8 21/7 21/14 22/23
35/8 42/21 57/1
doors [1]  43/4
doubled [1]  31/16
dovetails [1]  17/15
down [9]  16/20 23/2
25/11 25/15 25/21
28/15 28/22 56/23 61/7
dozen [2]  16/20 18/18
dozens [3]  38/12 18/12
18/13
drawing [1]  63/24
dropping [1]  10/10
drowning [1]  24/2
due [1]  59/16
duration [1]  64/1
during [8]  19/19 23/9
23/10 24/2 25/12 35/1
38/17 50/18

**E**

each [7]  27/16 32/2
48/8 48/8 52/1 59/21
59/22
earlier [4]  16/3 25/9
44/23 59/13
early [2]  14/21 29/3
easier [3]  4/21 20/1
39/13
easily [2]  39/8 61/13
easy [4]  13/22 14/9
14/10 15/2
echo [1]  45/19
Edward [1]  1/16
efficiency [1]  21/2
27/21 27/24
efficient [1]  21/8 32/5
49/11
effort [5]  10/1 29/19
51/18 51/22 52/2
eight [5]  5/10 5/17 7/20
23/2 24/9
either [8]  5/17 6/22
31/9 31/25 40/22 49/24
53/22 55/14
else [5]  5/23 53/14
62/8 62/16 65/5
email [12]  1/14 1/20
2/7 2/12 3/5 3/5 8/12
8/20 18/22 18/23 19/1
42/12

emails [2]  34/7 41/24
employees [1]  5/18
end [8]  18/20 18/22
21/3 27/9 51/4 56/4
58/6 60/5
enforcement [1]  16/7
engage [1]  41/1
engine [1]  43/13
enough [3]  14/9 14/10
24/19
entered [1]  9/6
entirety [1]  45/12
envision [1]  49/9
envisioning [1]  34/18
ephemeral [1]  15/18
equipoise [1]  16/6
essentially [3]  9/15
9/19 54/11
establish [1]  6/23
establishes [1]  44/6
estimate [1]  47/24
et [3]  1/3 4/8 25/21
et al [1]  4/8
et cetera [1]  25/21
even [4]  19/23 26/1
34/2 37/13
event [1]  9/15
every [5]  20/14 31/21
46/10 46/19 58/18
everybody [6]  4/24
13/18 16/18 35/12 36/9
65/11
everyone [3]  4/5 4/16
47/19
everything [5]  5/23
13/13 17/4 27/2 35/8
evidence [12]  16/13
17/1 18/8 21/6 21/12
21/16 22/9 23/10 24/7
33/21 33/23 35/15
evolve [1]  25/7
exact [1]  43/20
exactly [3]  9/20 23/21
34/4
examination [3]  45/22
49/19 53/20
examine [2]  28/17
30/13
example [9]  15/4 27/17
32/21 33/11 33/19 43/1
43/9 54/25 63/22
exception [1]  13/23
excuse [2]  16/12 52/12
exemplar [2]  22/25
34/6
exercise [2]  41/2 52/10
exhibit [14]  17/24 18/3
21/5 22/19 23/6 27/14
27/16 30/14 30/14
32/10 35/24 47/16 48/9
50/22
exhibits [49]  13/20
17/1 17/6 19/18 22/18
22/25 23/3 23/5 23/7
23/9 23/14 23/23 23/24
23/25 24/2 24/5 24/13
24/17 24/24 24/25 25/6
26/12 27/11 30/1 30/6

**E**

exhibits... [24] 30/24 32/8 34/14 34/21 40/7 40/18 45/11 45/13 46/24 47/8 47/25 48/11 48/13 49/17 49/18 50/10 50/11 51/5 52/2 52/4 53/2 53/5 57/22 57/25

expectation [1] 44/13
expected [1] 34/21
expecting [1] 7/14
expedite [3] 11/2 34/11 37/12
expedited [2] 39/7 40/25
expert [1] 33/12
experts [5] 59/9 59/14 59/17 59/25 60/3
expiration [1] 63/11
explain [3] 32/4 42/13 42/14
extensive [1] 10/8
extent [14] 7/15 9/8 10/6 14/25 22/8 35/3 35/22 43/9 45/20 45/23 51/1 60/24 61/21 64/23
extraordinary [2] 7/22 32/22
extremely [1] 37/15
eyes [1] 9/17

**F**

fact [5] 16/15 17/3 24/6 31/18 44/8
factor [5] 13/24 14/15 17/14 17/15 21/17
factors [7] 14/10 14/12 14/17 16/3 22/21 25/2 26/22
factual [1] 55/15
fair [4] 5/4 24/19 25/25 41/15
fairly [1] 51/21
faith [5] 50/4 51/17 51/22 52/1 52/2
fall [1] 43/17
familiar [3] 24/22 55/3 59/25
far [4] 14/8 40/21 44/17 47/13
fast [1] 25/22
faster [2] 58/2 58/3
fearful [1] 27/22
feed [5] 63/21 64/18 64/24
feel [1] 28/19
feels [1] 46/17
few [5] 18/5 21/22 52/24 63/23 65/11
fewer [2] 50/21 50/25
fides [1] 20/25
Fifth [1] 1/19
fight [2] 49/6 49/6
fighting [1] 43/22
figure [3] 8/2 17/8 27/12
filings [2] 15/5 21/22

45/15 52/18 62/12
financial [7] 1/18 15/4 26/2 31/11 33/11 61/23 62/3
find [5] 7/14 63/4 63/10 63/11 64/1
findings [3] 17/3 24/6 44/8
fine [3] 14/3 56/9 59/23
finely [1] 17/8
fingers [1] 60/6
first [17] 5/10 6/3 13/7 13/17 14/15 22/6 32/25 34/19 42/24 49/12 54/9 55/1 55/2 61/13 61/14 61/14 62/12
fish [1] 18/24
fit [2] 9/9 9/20
five [4] 39/4 39/5 46/4 46/9
fixed [1] 64/1
flavor [2] 11/12 56/14
flexibility [2] 4/17 25/14
floor [2] 2/6 39/18
fly [2] 28/14 53/22
focus [2] 11/20 29/25
folks [8] 7/7 11/19 35/5 38/25 39/15 58/10 58/22 62/16
follow [1] 11/3
following [1] 57/24
follows [1] 7/6
Foods [1] 27/10
foreclosure [1] 52/7
foregoing [1] 66/3
foremost [2] 13/7 54/9
foresee [1] 20/15
forgive [1] 60/14
forgiveness [1] 60/16
forgot [1] 56/20
former [3] 5/17 34/5 34/8
forward [3] 13/24 22/2 26/14
foundation [1] 6/23
four [3] 23/20 44/16 48/4
Fox [1] 8/13
fraction [1] 23/16
frame [1] 52/13
framework [1] 23/5
frankly [7] 11/23 19/23 32/1 34/1 36/5 55/14 55/17
frequency [2] 23/24 36/13
Friday [2] 56/5 58/20
front [1] 21/16
full [2] 17/4 33/11
fully [3] 4/18 8/6 28/24
function [1] 7/11
fundamentally [1] 17/6
funds [3] 61/22 61/25 62/4
further [2] 15/23 40/20

game [1] 32/18
general [4] 12/12 21/20 43/10 43/11
Generally [1] 37/1
generous [1] 37/13
get [37] 4/22 4/23 12/4 12/4 12/23 13/15 21/25 23/16 26/23 28/22 29/2 29/17 32/9 36/9 36/21 36/22 37/16 37/16 37/17 37/24 39/8 43/14 44/19 49/14 52/22 53/10 55/25 55/25 56/5 57/4 58/2 58/4 58/7 58/19 59/11 62/13 64/2
gets [2] 17/7 20/11
getting [4] 21/6 21/6 21/16 35/8
give [16] 6/24 10/25 11/19 12/5 14/13 15/23 23/21 25/13 32/19 36/15 36/17 43/18 43/18 59/16 59/16 65/10
given [8] 7/15 9/9 15/2 27/16 29/13 43/19 56/13 61/1
giving [1] 45/1
glad [1] 13/24
gleaned [1] 46/15
go [10] 14/12 14/17 18/12 22/8 27/5 27/13 28/19 32/11 36/22 54/25
goal [1] 35/20
God [1] 6/13
goes [1] 64/20
going [108]
gone [3] 7/15 14/4 31/7
good [14] 4/4 4/6 4/15 16/4 22/12 22/12 29/23 29/24 30/12 50/4 51/17 51/22 51/25 52/2
Good morning [1] 22/12
good-faith [2] 51/17 52/2
GOOGLE [69]
Google LLC [1] 4/8
Google's [11] 9/18 12/14 12/16 23/12 25/3 29/5 31/10 41/20 45/15 53/1 54/19
got [11] 5/17 8/21 11/6 18/23 20/19 26/8 32/6 36/17 46/4 48/18 56/19
gotten [1] 34/8
government [2] 5/13 5/24
granted [1] 11/21
great [9] 12/2 13/13 21/23 23/25 42/5 46/14 60/20 60/21 64/6
greater [2] 16/12 19/3
greenlighted [1] 62/4
group [1] 15/10
guardrails [1] 8/4

guess [3] 12/23 12/25 30/19 36/16 47/11 48/5 59/20
guidance [5] 26/13 28/23 29/3 29/13 39/25
guts [1] 43/23

**H**

had [20] 8/20 9/10 9/14 9/14 9/15 11/5 11/8 11/8 11/16 19/16 19/21 19/22 31/15 34/11 37/5 60/3 62/18 63/2 63/8 64/12
haggle [4] 48/16 52/24 53/10 53/13
haggling [1] 48/24
half [1] 18/18
hand [2] 13/5 22/9
handful [5] 14/3 16/20 18/23 34/23 36/10
handled [2] 22/5 41/3
handling [1] 22/7
happen [1] 25/18
happened [1] 64/19
happening [4] 32/13 38/18 53/24 60/15
happens [3] 7/12 20/18 36/5
happy [2] 28/8 46/21
hard [5] 7/14 13/23 15/21 17/23 25/22
harder [1] 14/11
harm [3] 20/7 20/12 20/21
has [23] 4/25 5/11 5/24 7/15 14/19 16/6 16/11 18/19 19/13 19/15 20/3 25/24 29/4 29/19 31/7 33/19 33/21 34/5 46/10 48/13 62/14 62/21 63/6
hasn't [1] 46/25
have [128]
haven't [6] 19/22 60/3 60/3 61/6 62/17 65/2
having [5] 6/9 21/9 21/11 35/9 50/17
he [6] 11/16 42/13 42/14 46/18 46/25 62/20
he's [2] 46/20 47/12
headed [1] 9/21
hear [7] 10/19 24/1 24/10 28/6 28/9 60/10 60/10
heard [4] 6/3 6/6 28/8 63/17
hearing [4] 12/2 22/20 29/5 41/9
heavy [1] 19/1
heightened [1] 16/8
held [1] 15/7
help [4] 32/18 41/12 42/8 60/19
helpful [6] 6/5 13/11 29/3 29/13 34/10 60/20
her [3] 5/1 5/3 5/4
here [32] 7/25 10/21

73/9 13/18 15/3 15/10 15/18 16/1 16/18 16/24 18/2 18/6 19/21 19/23 20/3 21/2 21/3 21/13 24/9 29/2 29/17 30/9 32/23 36/12 39/19 41/4 48/17 50/4 50/20 52/13 60/9 64/16
here's [2] 27/9 33/20
Hermann [1] 22/14
Herrmann [4] 1/16 4/9 22/5 22/11
high [1] 23/24
highlight [1] 18/16
highly [1] 42/19
him [3] 22/5 62/17 65/1
his [2] 11/17 22/6
hit [1] 62/1
hold [1] 40/21
home [1] 41/17
Honestly [1] 37/14
Honor [62] 4/6 5/16 6/18 8/7 9/24 12/9 13/2 22/3 22/12 22/13 22/20 23/11 24/12 25/5 26/10 26/16 27/23 28/10 28/13 28/21 29/12 29/23 31/24 34/5 39/22 40/17 40/20 41/2 41/7 41/9 41/13 42/21 44/18 45/19 47/4 47/10 47/20 48/21 51/11 51/15 51/18 53/7 54/1 54/5 56/17 56/6 56/9 56/10 56/17 57/5 57/10 57/17 58/8 58/25 59/15 59/22 62/22 63/13 63/17 64/3 64/4 65/6
Honor's [1] 39/24
HONORABLE [2] 1/9 4/3
hope [2] 36/7 60/6
hopefully [5] 5/9 7/6 8/5 53/23 56/13
hoping [1] 12/4
hours [11] 32/21 32/22 32/23 33/1 56/19 56/20 57/4 58/5 58/6 58/13 58/22
house [2] 35/6 61/15
how [28] 9/9 9/16 9/20 16/19 17/8 17/15 20/24 22/1 23/5 23/13 23/21 25/7 28/19 29/16 30/11 30/12 30/13 32/13 32/19 35/18 37/24 40/23 42/10 43/15 47/8 49/9 51/16 62/12
however [1] 9/7
Hubbard [6] 14/9 21/17 22/21 26/22 40/4 41/5
huge [1] 58/19
hundred [1] 34/25
hundreds [2] 17/1 17/1

**I**

I also [1] 18/2
I am [6] 13/25 20/8

**I**

**I am... [4]** 20/8 20/22 43/8 62/2
**I believe [8]** 8/16 22/6 26/16 37/4 41/12 44/18 47/13 59/5
**I can [8]** 20/15 25/21 27/20 48/17 53/14 57/23 59/10 61/13
**I can't [1]** 63/25
**I did [2]** 9/7 27/9
**I don't [15]** 11/15 11/16 11/18 11/18 15/25 17/7 25/25 36/16 36/17 43/20 46/2 46/7 46/14 51/11 61/14
**I guess [6]** 10/19 12/21 30/19 36/16 48/5 59/20
**I have [6]** 13/14 17/4 28/21 55/20 60/2 62/4
**I haven't [1]** 60/3
**I hope [1]** 60/6
**I just [4]** 22/5 27/19 40/1 42/6
**I know [7]** 39/20 43/21 44/7 46/12 58/22 60/2 60/6
**I mean [34]** 16/12 17/17 21/9 21/18 23/9 23/9 24/4 30/11 32/1 32/5 32/21 35/13 35/17 36/11 36/19 37/13 43/16 46/2 46/22 46/23 48/7 49/21 50/10 50/18 50/19 53/12 53/13 54/24 55/13 57/11 58/12 59/15 59/24 63/21
**I should [2]** 53/2 53/21
**I think [53]** 4/20 5/8 7/5 7/20 8/5 8/11 8/25 10/1 11/11 13/17 14/9 14/10 14/10 14/20 15/14 15/20 16/18 20/12 21/2 21/13 28/13 28/21 30/25 31/7 31/8 31/16 32/15 35/12 35/17 38/11 41/11 41/14 42/6 42/15 48/2 48/6 50/9 50/19 50/24 55/17 56/13 56/14 59/1 59/15 59/20 60/23 61/6 61/8 62/2 62/20 63/10 64/25 65/4
**I thought [2]** 33/3 47/18
**I understand [1]** 48/22
**I want [6]** 4/23 21/18 24/1 24/10 48/21 53/11
**I wanted [1]** 52/25
**I was [2]** 26/4 61/21
**I will [3]** 24/4 44/22 63/10
**I'll [8]** 14/13 22/9 28/7 36/15 39/24 44/9 59/24 63/12
**I'm [34]** 7/19 10/19 12/2 13/24 15/21 16/4

23/18 27/19 27/21 28/8 28/22 29/18 30/10 32/5 32/7 33/17 38/3 40/23 43/6 46/14 47/23 50/11 51/21 52/20 52/22 59/25 62/18 63/23 64/18 65/9
**I'm -- you [1]** 32/5
**I'm going [5]** 7/19 29/18 52/20 52/22 65/9
**I'm not [5]** 16/4 19/21 19/22 27/19 59/25
**I'm sorry [1]** 43/6
**I'm sure [1]** 63/23
**I'm thinking [1]** 38/3
**I've [10]** 6/6 9/6 13/13 20/19 21/22 26/1 26/8 32/6 62/3 62/5
**idea [2]** 62/4 65/3
**identifications [1]** 46/19
**identified [10]** 5/11 24/14 26/20 29/4 34/15 40/8 40/8 41/2 45/15 46/6
**identify [17]** 33/7 34/23 35/9 35/23 37/3 37/8 37/11 38/14 42/23 47/6 48/3 48/25 49/18 49/22 50/1 52/3 59/25
**identifying [4]** 38/5 44/13 44/14 45/13
**III [1]** 20/7
**illustrate [1]** 41/12
**illustrative [1]** 29/4
**imagine [1]** 63/25
**immediate [1]** 20/4
**immediately [3]** 19/17 19/19 20/1
**impact [2]** 11/24 60/25
**impacts [1]** 12/17
**implement [1]** 14/11
**important [8]** 13/10 17/14 18/18 20/16 24/7 24/9 43/15 49/13
**importantly [1]** 62/19
**impose [1]** 62/11
**impression [1]** 10/11
**include [2]** 11/13 16/22
**included [2]** 18/1 53/21
**includes [1]** 55/3
**including [1]** 13/8
**incredibly [2]** 31/21 42/1
**indicated [3]** 8/21 8/22 10/3
**industry [1]** 20/9
**information [9]** 26/19 27/4 36/21 37/15 40/3 54/21 54/23 55/18 58/11
**injure [1]** 45/16
**inputs [1]** 26/6
**insight [2]** 31/4 33/15
**instead [1]** 58/20
**insufficient [1]** 40/3
**integrate [1]** 16/22

40/11
**intent [1]** 62/24
**intention [1]** 26/11
**interest [9]** 13/13 16/8 16/11 17/14 20/24 50/15 50/16 50/19 57/20
**interested [2]** 25/10 63/19
**interests [4]** 15/14 18/10 21/21 54/12
**internal [2]** 26/6 47/11
**interrupt [1]** 11/3 30/10 33/17
**introduce [8]** 4/23 5/3 22/5 23/8 23/14 23/23 46/24 53/4
**introduced [3]** 13/20 20/18 21/12
**intuited [1]** 6/19
**investments [1]** 61/22
**inviting [1]** 19/22
**involve [1]** 11/10 14/5
**irrebuttable [2]** 56/25 57/13
**is [177]**
**is there [1]** 58/13
**issue [23]** 5/8 8/10 8/25 9/3 9/16 10/22 12/15 12/16 12/18 13/4 13/10 13/12 15/3 20/7 20/13 30/21 36/7 48/7 60/7 60/23 61/4 64/4 64/19
**issues [9]** 10/4 15/24 17/19 19/25 29/9 39/7 47/2 48/17 49/14
**issuing [1]** 7/2
**it [146]**
**it's [74]**
**its [8]** 14/22 14/23 20/25 26/6 43/23 53/2 53/5 54/13
**itself [1]** 24/3 62/25

**J**

**January [1]** 19/18
**January 6th [1]** 19/18
**JC [1]** 61/8
**John [2]** 3/2 4/13
**Joint [1]** 10/3
**jon.sallet [1]** 2/7
**Jonathan [2]** 2/4 4/11
**Jonathan Sallet [1]** 4/11
**journalist [1]** 64/19
**Jr [1]** 2/8
**jschmidtlein [1]** 3/5
**judge [4]** 1/10 20/8 32/11 64/8
**judgment [8]** 9/6 10/7 11/21 12/19 17/17 17/22 54/8 60/25
**judicial [1]** 2/5 5/2 13/19 13/21
**just [64]** 4/23 5/7 5/7 6/14 6/19 8/21 11/1

15/23 17/11 18/6 21/25 22/5 26/5 27/19 31/15 33/10 33/12 35/13 35/15 36/9 36/14 36/15 37/7 39/18 40/1 41/11 41/17 42/6 42/16 43/3 43/18 44/10 44/13 45/20 46/23 49/7 52/17 53/7 53/22 54/6 54/7 54/25 55/14 55/24 56/5 56/16 58/9 58/11 58/22 59/3 59/21 59/24 61/3 61/15 61/18 62/6 62/11 62/14 64/19 64/25
**JUSTICE [3]** 1/12 1/17 32/6

**K**

**Karl [2]** 1/16 4/9
**karl.herrmann [1]** 1/20
**Kartasheva [1]** 8/13
**keep [1]** 61/15
**keeping [1]** 49/8
**Kenneth [2]** 1/12 4/9
**kenneth.dintzer2 [1]** 1/15
**kept [1]** 55/5
**kettle [1]** 18/24
**kind [8]** 18/25 20/2 30/14 36/2 49/4 53/24 55/18 57/25
**know [134]**
**knowing [1]** 27/25
**knows [1]** 16/18

**L**

**laborious [1]** 32/3
**laid [1]** 31/1
**large [3]** 34/6 61/24 62/4
**largely [2]** 9/12 29/6
**larger [1]** 27/3
**largest [1]** 12/14
**last [11]** 4/20 5/1 6/11 8/2 19/17 21/1 21/22 46/10 57/4 61/18 62/1
**last-minute [1]** 4/20
**later [7]** 12/1 38/9 44/20 49/15 52/23 59/12 59/18
**law [7]** 2/3 4/24 16/7 17/4 19/14 24/6 44/8
**lawyer [4]** 30/12 30/13 32/6 32/10
**lawyers [2]** 30/18 46/14
**lead [1]** 38/12
**lead-up [1]** 38/12
**learn [1]** 12/2
**least [7]** 11/6 29/7 40/10 49/4 51/6 61/7 65/4
**leave [2]** 9/8 10/11
**left [4]** 9/16 27/11 46/15 62/3
**length [2]** 10/14 60/25
**lengthy [1]** 18/4

**less [4]** 9/18 16/10 18/25 38/4
**let [25]** 13/4 13/7 13/14 15/23 28/6 30/15 32/25 35/10 36/16 39/18 43/6 44/12 52/25 54/6 54/9 56/11 58/6 60/13 61/8 61/11 61/12 63/4 63/11 63/12 64/1
**let's [14]** 5/7 9/3 12/22 23/19 26/23 26/23 33/19 34/13 47/6 49/14 51/9 54/7 54/25 58/22
**lets [1]** 48/14
**light [2]** 10/6 42/2
**like [50]** 5/13 15/11 15/5 15/17 17/12 17/18 25/22 26/7 31/13 31/18 34/22 36/19 38/14 39/20 43/9 44/10 40/5 46/18 61/10 64/16
**likely [3]** 16/22 18/25 48/11
**line [9]** 14/20 25/16 25/16 31/20 31/20 39/20 46/18 46/18 63/16
**lines [2]** 21/5 63/8
**list [7]** 10/9 10/13 11/17 12/23 14/9 47/16 50/22
**listen [1]** 63/1
**lists [1]** 23/6
**little [10]** 4/20 9/9 10/23 11/12 14/13 14/20 15/21 30/20 40/9 62/1
**live [10]** 6/4 4/78 7/21 8/13 23/9 39/7 40/11 40/15 40/16 40/23
**LLC [3]** 1/6 4/8 4/14
**LLP [2]** 2/9 3/3
**logistical [1]** 59/3
**logistics [1]** 61/5
**long [4]** 32/19 32/24 34/7 39/9
**longer [2]** 11/23 33/5
**look [23]** 7/5 14/9 14/15 17/12 17/18 20/7 21/1 23/19 28/24 37/20 44/9 44/9 48/2 48/6 50/11 54/6 57/4 57/18 58/23 60/4 60/23 61/10 64/23
**looked [1]** 60/3
**looking [2]** 18/3 26/4
**lot [11]** 21/4 21/18 24/8 24/11 26/9 30/25 31/8 44/3 46/15 48/5 60/14
**lots [2]** 26/1 26/6
**lovey [1]** 65/10
**lurch [1]** 6/9

**M**

**made [2]** 15/5 19/20
**magnitude [1]** 14/6
**make [2]** 6/12 11/5 19/14 20/1 24/6 24/2

**M**

make... [21] 28/2 28/3 29/8 32/5 37/13 39/6 40/3 45/6 45/23 48/21 49/11 51/12 51/17 51/22 52/3 57/3 56/25 57/1 59/11 61/19 63/8

makes [1] 39/13

making [2] 21/7 41/13

manage [1] 4/21

many [12] 15/2 18/12 23/13 29/1 29/16 31/18 37/24 47/8 50/21 50/24 50/25 52/2

margins [1] 26/6

market [18] 10/4 10/5 10/20 10/25 11/1 11/7 11/7 11/9 11/9 12/11 12/12 12/13 12/14 12/15 12/16 12/16 12/18 42/4

markets [3] 10/23 12/10 20/9

material [1] 49/14

math [3] 40/12 40/18 44/17

matter [8] 5/14 9/5 16/19 16/21 43/11 46/23 50/4 66/4

matters [11] 5/6 19/10 20/15 21/1 21/15 33/24 38/11 43/19 59/4 59/9 63/24

may [22] 6/4 15/7 16/15 18/5 22/13 22/16 23/14 25/7 26/7 26/17 36/5 38/17 39/9 43/25 45/16 49/21 51/6 51/6 58/23 58/23 61/19 63/21

maybe [8] 5/14 33/3 41/11 47/19 49/22 54/14 55/4 59/12

me [64] 9/9 9/20 11/5 13/7 13/14 15/23 16/2 16/12 17/5 17/10 18/4 18/6 18/16 18/17 18/24 20/11 20/12 20/20 21/1 21/6 21/12 21/16 23/22 24/7 25/15 25/22 27/21 28/6 30/21 32/4 32/18 32/25 36/16 36/18 39/10 39/18 40/21 43/6 43/16 43/17 44/5 44/12 52/12 52/25 54/6 54/9 54/10 55/18 55/22 55/25 56/1 56/5 58/3 58/6 59/9 59/11 60/14 61/23 62/3 63/4 63/11 64/1 65/4 65/9

mean [40] 5/17 16/12 17/17 19/7 21/9 21/18 23/9 23/9 24/4 30/11 32/1 32/5 32/21 35/13 35/14 35/17 36/11 36/19 37/13 43/16 46/2 46/22 46/23 48/7 49/21 50/10 50/18 50/19

55/13 57/11 58/12 58/22 59/15 59/17 59/24 61/14 63/21

meaningful [2] 35/25 44/1

means [5] 22/1 35/15 43/22 43/23 58/19

meant [1] 33/1

mechanical [1] 3/11

mechanism [1] 56/19

Medha [1] 4/24

media [1] 63/22

media's [1] 63/25

meet [1] 42/22

MEHTA [1] 1/9 4/3

memorandum [2] 14/24 16/23

mentioned [1] 45/10

merger [2] 24/21 25/1

merger-trial [1] 25/1

Merit [1] 3/7

met [1] 62/17

middle [2] 21/10 53/20

might [8] 6/5 20/16 22/15 28/20 33/14 42/12 45/1 47/24

mind [3] 8/5 17/11 61/16

minimize [5] 26/14 32/13 35/3 35/20 53/24

minimize that [1] 53/24

minimum [1] 61/7

minute [3] 4/20 8/2 43/7

misunderstood [1] 47/19

moment [1] 36/15

month [3] 6/7 6/8 60/6

months [2] 5/4 62/1

more [14] 13/4 17/11 17/19 19/12 28/3 30/18 31/4 33/15 37/15 37/16 38/18 42/17 42/25 51/15

morning [1] 22/12

most [9] 16/15 19/1 22/7 42/17 48/11 49/11 49/13 55/17 55/17

motions [1] 60/5

move [4] 8/5 22/1 26/23 43/19

moved [1] 36/12

Mr [2] 43/6 47/14

Mr. [25] 4/19 4/19 6/17 8/9 8/13 8/19 9/22 10/18 12/8 21/24 21/25 22/5 22/11 28/6 28/7 29/11 30/11 32/8 39/19 45/18 46/17 51/10 56/7 56/8 64/25

Mr. Cavanaugh [9] 4/19 9/22 12/8 21/25 28/6 30/11 45/18 51/10 56/8

Mr. Dintzer [4] 6/17 8/9 21/24 56/7

Mr. Herrmann [2] 22/5 22/11

Mr. Sallet [1] 4/19

Mr. Schmidtlein [6] 8/19 10/18 28/7 29/11 32/8 46/17

Mr. Sunshine [1] 39/19

Mr. Zaremba [2] 64/25

Ms. [7] 8/13 29/22 39/20 41/8 45/9 47/15 50/5

Ms. Connor [2] 29/22 45/9 50/5

Ms. Kartasheva [1] 8/13

Ms. Zaheed [2] 39/20 41/8

Ms. Zaheed's [1] 47/15

much [11] 14/11 15/16 20/1 23/13 39/13 44/10 59/18 59/18 59/18 59/18 65/8

multi [1] 6/8

multi-month [1] 6/8

multipage [1] 35/24

multiple [2] 14/17 15/11

mutually [1] 29/2

my [16] 4/24 8/17 10/21 13/15 14/14 16/25 21/20 22/9 22/13 25/5 27/17 29/18 36/7 42/5 44/2 61/22

**N**

nadir [1] 14/23

name [1] 22/13

names [1] 60/1

narrow [4] 23/2 27/6 44/25 45/14

nature [1] 42/25

near [1] 5/19

necessary [1] 40/4

need [44] 4/22 5/6 6/1 6/4 6/23 6/25 7/7 16/7 7/24 14/15 14/18 14/19 14/22 15/25 16/2 16/5 16/10 17/18 18/10 26/24 28/3 30/5 32/11 34/14 36/3 37/20 37/24 39/3 39/5 39/5 43/20 44/9 49/5 51/15 52/19 54/24 56/1 56/19 60/10 60/20 60/24 61/13 61/19 65/9

needed [1] 42/9

needs [3] 18/7 51/2 55/5

negotiation [1] 42/20

never [1] 6/6

new [2] 2/11 4/24

next [5] 12/3 34/24 48/17 52/14 56/4

nexus [1] 40/22

nice [1] 4/16

nicely [1] 13/24

night [1] 12/16

nine [4] 23/11 24/18

nine-week [3] 23/11 24/18 25/3

no [21] 1/4 5/16 10/11 11/23 12/9 13/18 15/2 16/1 16/19 25/24 26/10 26/11 40/16 40/22 49/15 52/22 57/14 59/11 60/12 60/16 62/4 62/4

nod [1] 59/7

non [2] 16/12 26/18

non-parties [1] 26/18

non-party [1] 16/12

none [1] 5/18

nonetheless [1] 45/11

nonparty [1] 64/15

not [109]

nothing [5] 18/8 33/25 62/9 62/10 65/7

notice [2] 4/20 6/24

now [19] 4/2 4/3 5/24 7/7 7/11 7/23 8/22 10/9 16/4 27/13 27/20 33/7 34/19 35/8 36/20 42/2 43/12 44/15 49/5

number [21] 8/18 11/23 16/3 19/16 22/19 25/19 26/13 26/14 31/17 32/23 35/10 40/18 47/12 47/17 47/18 48/7 49/15 50/7 50/8 55/13 61/11

numbers [3] 26/1 26/2 31/15

NW [4] 1/13 1/19 3/3 3/9

NY [1] 2/11

**O**

object [1] 7/25

objected [1] 32/21

objecting [2] 15/10 15/11

objection [1] 36/23

objections [2] 5/23 15/8

obligated [1] 27/7

obscured [1] 49/23

observations [2] 13/15 21/20

observe [1] 46/16

obviously [15] 9/6 10/6 12/13 14/6 16/15 17/19 26/4 31/4 40/12 47/2 56/11 59/17 60/9 60/11 62/3

offer [1] 64/18

offered [2] 31/15 37/3

Office [1] 27/14

offices [1] 64/6

Official [1] 3/8

often [1] 55/14

okay [50] 5/7 7/4 8/15 9/2 10/17 12/7 12/20 13/1 20/8 22/10 26/22 28/5 29/10 33/3 37/10 37/18 38/4 38/20 39/17 41/6 43/5 43/14 44/21

nine-week [3] ...

46/17 46/1 47/5 47/22 48/1 48/4 51/8 51/14 51/19 51/24 54/9 54/22 55/4 55/9 55/12 56/5 57/5 57/10 59/1 59/8 60/8 60/22 62/7 62/15 63/14 63/20 65/4

once [2] 36/8 43/1

one [22] 6/7 8/22 11/11 18/20 19/22 25/1 25/5 26/4 26/8 28/13 33/19 36/7 42/11 42/12 42/13 43/8 44/22 45/5 49/3 53/12 55/7 61/18

only [25] 7/1 7/11 7/16 7/16 15/11 17/11 18/5 18/18 23/16 32/23 36/6 40/2 40/11 40/13 42/2 53/11 53/15 53/16 54/19 54/20 56/22 57/21 59/24 64/9 64/15

open [10] 9/8 9/16 28/1 34/3 36/2 36/24 39/18 43/4 53/17 65/3

openings [1] 63/22

operate [1] 7/19

operates [1] 14/20

operating [3] 50/4 51/25 63/7

opinion [4] 9/12 14/24 16/23 54/8

opinions [1] 33/12

opportunity [5] 7/25 13/1 36/16 50/13 60/4

oppose [1] 26/18

opposed [3] 4/17 23/10 36/8

optimize [1] 41/5

order [6] 5/9 10/15 27/15 35/19 59/5 59/9 59/13 62/12 62/14

ordinarily [1] 15/9

organized [1] 22/19

other [17] 8/3 8/10 17/13 18/22 20/6 20/20 31/11 41/19 41/19 47/16 48/25 49/3 56/16 59/3 59/22 60/23 63/23

others [1] 20/19

otherwise [1] 15/6

ought [5] 17/10 32/19 44/2 46/7 50/13

our [37] 5/21 5/22 6/12 6/22 7/2 10/9 10/13 11/2 22/4 22/16 22/21 22/25 23/6 24/6 24/16 25/2 26/17 28/1 29/25 31/8 37/13 40/7 42/11 42/21 42/22 45/1 47/10 47/24 50/21 51/2 51/7 52/14 53/20 57/12 59/17 62/17 64/6

ours [2] 57/1 59/17

out [20] 5/7 6/7 8/2 17/8 27/12 29/1 31/1 32/18 32/18 36/9 36/12 49/5 53/11 56/3 62/20 63/4 63/10 63/11 64/1

**O**

out... [1] 64/20
outside [4] 31/25 35/6
64/10 64/13
outstanding [1] 60/7
over [26] 5/4 19/17
21/19 21/22 22/9 22/24
23/12 23/14 24/9 24/15
24/18 24/25 25/4 25/7
29/18 33/16 40/6 43/22
48/24 49/6 49/7 52/24
53/13 58/17 58/23 62/1
over-designated [1]
40/6
over-select [1] 33/16
overall [1] 19/4
overlap [1] 40/9
overnight [1] 21/11
own [4] 15/13 30/19
42/3 54/13

**P**

p.m [2] 1/6 65/14
packed [1] 61/15
page [14] 18/19 28/20
28/20 28/21 31/20
31/20 33/25 53/12
53/13 53/14 54/25
54/25 55/1 55/1
pages [12] 10/2 18/13
18/20 28/18 33/22
33/24 35/24 37/23
39/13 44/24 53/9 53/11
paid [1] 13/10
paragraph [1] 62/12
paralegals [1] 64/9
paramount [1] 14/7
part [7] 5/2 9/7 13/22
13/23 17/22 30/8 51/3
particular [16] 17/24
17/25 32/2 32/9 34/24
35/21 38/15 38/15
41/14 41/21 42/3 42/15
44/1 44/14 50/1 50/3
particularly [6] 15/2
15/21 16/7 31/14 39/12
55/20
parties [34] 13/8 14/7
15/12 22/8 23/24 24/24
26/18 26/20 27/12 28/8
28/25 29/7 31/1 36/15
39/3 39/19 40/5 40/11
42/9 47/2 47/16 48/19
53/3 54/12 54/23 55/8
55/25 56/4 61/12 62/6
64/9 64/16 64/21 64/23
parties' [2] 13/11 23/6
partner [2] 10/1 29/18
partners [1] 41/20
partnership [2] 9/12
9/13
partnerships [3] 9/10
9/17 9/18
parts [3] 44/14 45/13
50/2
party [12] 15/9 16/8
16/10 16/12 26/21
30/18 50/3 53/4 54/18

party's [2] 16/11 16/13
pass [1] 7/24
passages [2] 54/20
54/22
past [2] 8/5 13/14
PATTERSON [1] 2/9
pause [1] 36/14
pbwt.com [1] 2/12
people [16] 5/25 6/8
7/20 10/24 11/16 18/23
21/13 24/9 36/11 36/22
39/3 39/4 39/5 39/8
63/18 64/6
per [1] 40/18
percent [1] 21/25
percentage [2] 19/3
23/17
perfect [1] 64/11
perform [1] 34/20
performed [1] 38/1
perhaps [10] 9/22 15/9
15/15 16/10 17/10
17/10 29/6 36/3 42/7
47/23
person [1] 7/17
personal [1] 61/18
perspective [2] 40/2
51/7
pertinent [1] 18/6
piece [1] 56/18
place [1] 27/15
plain [1] 31/10
Plaintiff [3] 2/2 4/12
28/11
plaintiffs [31] 1/4 1/12
4/10 9/4 9/10 24/14
24/15 30/4 33/7 35/23
36/21 36/23 37/3 37/21
37/22 40/7 41/13 41/22
42/7 42/23 47/6 47/21
49/16 50/20 52/1 52/12
52/21 52/22 57/19
62/10 65/6
plaintiffs' [1] 34/15
plan [6] 6/21 30/19
46/19 54/3 54/4 60/5
planning [2] 6/20
30/21
platter [1] 45/2
please [3] 4/4 22/13
32/12
plus [2] 5/1 47/14
point [16] 4/25 6/25
11/2 11/22 17/8 24/13
24/21 25/5 30/12 32/25
40/1 40/6 41/17 43/2
45/5 49/15
points [2] 41/12 44/23
portion [7] 9/8 32/10
35/20 36/9 36/24 42/24
64/20
portions [28] 20/18
20/20 30/2 30/4 30/14
31/2 31/9 33/9 33/14
34/9 37/8 37/11 38/15
45/6 45/10 46/6 46/9
48/12 48/15 48/24

54/13 54/17 64/13
64/17
position [11] 6/22 16/4
20/23 31/1 35/23 36/22
47/3 49/3 51/2 57/12
59/13
positioned [1] 31/25
positions [1] 13/11
possible [3] 58/9 63/16
64/5
possibly [1] 37/14
potential [1] 18/9
potentially [2] 48/8
57/24
power [4] 10/5 12/16
12/16 12/18
practical [1] 42/10
practice [2] 14/11
15/15
precisely [1] 41/1
precluded [1] 52/8
predates [1] 25/23
predict [1] 17/24
prejudice [1] 15/17
preliminarily [1] 5/5
premature [1] 40/2
prep [2] 11/2 45/3
preparation [1] 30/21
preparations [1] 11/25
prepare [6] 6/10 30/23
31/5 50/1 51/1 51/3
prepared [6] 11/19
22/15 29/20 34/16
48/10 59/10
preparing [1] 30/12
prepping [1] 45/25
present [17] 18/14
30/20 33/23 34/16
35/19 37/21 37/22
44/15 47/9 48/12 48/13
49/13 49/17 52/2 57/22
64/7 64/14
presentation [2] 28/4
53/17
presentations [1] 27/3
presented [10] 17/9
18/4 19/2 34/3 35/14
35/15 36/2 38/10 46/5
52/7
presiding [1] 4/3
press [1] 19/20
presumably [2] 19/2
19/7
presumption [7] 13/19
13/21 16/2 16/25 51/25
56/24 56/25
presumptively [3] 7/8
36/20 49/4
pretrial [6] 22/24 25/6
25/13 52/16 52/18
59/12
pretty [2] 23/24 39/8
Prettyman [1] 3/8
prevent [1] 63/5
previous [1] 41/3
principles [2] 13/17
25/20

15/6 48/22
privacy [1] 15/13
private [1] 28/25
probably [3] 5/8 6/24
18/25
problem [1] 53/12
problems [2] 55/19
55/23
procedure [1] 34/23
proceed [2] 7/5 8/4
proceeding [1] 30/7
proceedings [5] 1/9
3/11 63/6 65/14 66/4
proceeds [1] 41/1
process [12] 6/6 13/5
31/7 31/13 32/3 32/4
34/11 37/12 37/15
45/24 49/12 61/9
produced [2] 3/11
46/25
productive [1] 31/14
progress [1] 29/8
promise [1] 24/4
promote [2] 27/21
27/24
property [1] 15/13
proposal [4] 22/21
23/6 29/25 37/9
proposals [3] 26/17
27/2 37/13
propose [7] 27/6 38/13
38/18 44/19 45/12 56/3
59/21
proposed [13] 12/11
17/3 23/4 24/5 26/2
30/23 32/15 37/5 44/8
44/11 45/7 45/8 54/11
proposing [1] 37/7
protect [1] 45/15
Protection [1] 2/3
protective [1] 5/14
protectively [1] 54/11
provide [4] 7/17 10/15
23/7 24/20 44/24 45/21
provides [1] 17/17
providing [1] 43/3
57/20
provision [6] 43/16
43/21 43/21 43/23
43/24 44/5
provisions [3] 41/18
43/25 44/4
public [27] 13/19 14/16
14/18 14/19 14/25 15/3
15/6 15/25 16/9 16/10
17/14 18/19 20/2 20/3
20/16 27/11 27/18 42/3
42/25 43/11 49/5 50/17
50/18 50/19 50/20 63/1
63/8
public's [2] 14/22
19/13
publicly [1] 51/6
punted [1] 9/19
purpose [3] 15/19
16/13 52/9
pursuant [1] 5/20

push [2] 32/12 53/22
pushed [3] 17/1 17/7
36/4
pushing [2] 23/10 36/9
put [8] 6/2 13/24 21/7
24/4 25/21 36/14 48/7
61/20
putting [2] 26/12 49/15

**Q**

quality [1] 16/6
question [10] 14/17
16/1 32/9 42/11 42/17
43/3 50/5 62/18 62/23
64/12
questioning [2] 28/1
31/12
questions [6] 29/20
36/10 41/25 42/18 46/6
62/21
quickly [3] 37/16 38/18
58/7
quite [3] 14/5 27/19
41/4
quoting [1] 30/16

**R**

raise [2] 58/1 61/3
raised [2] 21/21 25/5
raises [1] 30/11
Ralph [1] 2/4
rather [5] 12/1 24/10
44/20 49/14 64/6
reach [4] 39/10 53/10
53/11 56/3
reached [2] 24/23
35/18
reaction [1] 21/25
reactions [1] 13/16
read [5] 13/11 13/13
21/23 59/10 62/13
real [1] 13/18
realistic [3] 23/20
44/13 47/8
realistically [1] 58/11
reality [1] 44/9
realize [2] 38/17 53/21
really [33] 6/1 11/1
11/20 14/7 16/21 17/7
17/8 17/15 18/5 20/15
20/20 20/24 21/1 25/15
26/24 28/15 28/22
29/25 32/1 33/6 33/12
33/24 38/9 41/4 43/19
43/22 45/21 46/3 52/19
53/8 55/22 56/1 65/2
realtime [6] 3/7 62/18
64/5 64/9 64/18 64/24
realtiming [1] 64/13
reason [5] 6/14 6/24
7/1 7/10 17/2
reasonable [2] 25/3
37/20 58/5
reasonably [2] 33/14
37/14
reasons [1] 31/23
rebut [1] 7/17
rebuttal [1] 6/23

**R**

recall [1] 61/19
receive [2] 46/21 49/19
received [2] 21/22 27/1
recent [1] 24/21
recently [1] 6/3
recess [1] 65/13
reciprocally [1] 48/20
recognize [1] 28/24
recognizing [1] 27/10
record [15] 14/3 17/4
18/25 20/18 21/7 24/5
30/16 36/2 43/11 48/8
50/2 50/17 50/18 53/8
66/3
recorded [1] 3/11
records [10] 13/19
13/20 13/21 14/4 16/10
17/3 17/9 20/2 32/19
53/4
redact [8] 17/9 25/16
27/6 36/20 38/7 41/22
42/9 54/18
redacted [9] 21/5
21/11 30/5 48/15 51/3
53/12 53/13 54/13
54/17
redaction [5] 13/5 19/1
29/9 49/3 55/2
redactions [21] 23/7
26/3 27/6 30/24 31/5
32/16 33/21 34/11
34/20 36/20 38/2 38/5
44/25 44/25 45/7 45/15
51/5 54/7 54/10 55/1
56/1
reduce [1] 28/3
reference [1] 24/20
referenced [1] 25/2
referencing [1] 26/17
referred [1] 40/18
refers [1] 47/13
reflect [1] 51/5
reflected [1] 54/21
reflects [1] 62/12
Registered [1] 3/7
reiterate [1] 40/1
relatively [3] 5/9 15/14
42/8
released [1] 19/17
relevance [1] 19/3
relevant [14] 10/4
10/20 10/24 11/1 11/24
12/18 12/25 18/2 19/11
20/19 26/7 38/5 38/6
48/8
relying [1] 28/3
remain [2] 49/23 52/24
remaining [4] 18/20
23/3 23/5 58/7
remains [1] 12/17
remarks [2] 25/10
48/23
remember [1] 23/21
remotely [2] 4/18 64/9
remove [1] 55/4
replaced [1] 4/25
Report [1] 10/3

reported [1] 3/6
reporter [1] 64/14
reporters [1] 15/10
represent [2] 22/14
representing [1] 50/20
represents [1] 45/9
request [5] 19/21
19/23 54/18 54/19
63/23
requested [1] 56/12
requesting [1] 63/15
requests [1] 63/17
require [3] 6/14 6/22
35/4
required [1] 46/22
requires [2] 31/19
45/14
reservation [3] 16/9
16/13
reserve [1] 7/2 61/11
61/13
reside [1] 5/18
resolution [1] 39/10
resolve [8] 8/18 22/24
29/9 36/3 36/8 39/6
48/17 52/20
resolved [7] 8/11 9/1
37/17 44/19 49/14 58/4
58/7
resolving [2] 25/10
57/17
resources [1] 21/4
respect [7] 9/7 14/23
26/16 29/7 30/17 33/16
55/2
respectfully [1] 26/11
respond [2] 32/20
42/11
rest [3] 38/8 49/4 55/5
return [1] 44/22
reveal [1] 12/3
revenue [1] 41/15
revert [1] 42/14
review [1] 24/24
reviewed [1] 29/14
revised [1] 47/24
right [52] 4/15 5/5 5/6
6/16 8/8 8/20 8/24 9/3
11/5 11/14 12/21 13/3
15/13 16/4 17/16 18/19
18/22 19/13 19/14
19/15 19/24 20/3 20/4
21/17 27/13 28/6 29/11
31/10 33/24 34/4 34/17
36/14 37/2 38/23 39/18
41/6 43/6 47/22 50/23
51/9 53/18 54/3 54/6
56/16 57/3 57/9 58/21
59/3 59/19 62/8 62/16
64/22
rights [2] 6/20 7/2
rise [3] 4/2 43/17 65/12
rivals [1] 9/18
RMR [2] 66/2 66/8
room [1] 63/22
rooms [1] 61/9
Rosetta [1] 28/2
rough [1] 40/20
row [1] 61/13

RSA [1] 43/1
RSAs [1] 43/9
rule [1] 16/22
rules [2] 25/22 63/5
ruling [2] 10/2 10/7
run [1] 61/8
run-through [1] 61/8
running [1] 21/17

**S**

said [9] 5/24 6/1 14/19
16/3 16/6 16/9 17/13
36/19 45/20
Sallet [3] 2/2 4/11 4/19
same [10] 10/22 10/23
16/9 18/11 31/23 46/23
48/20 50/6 53/2 53/5
Sarah [3] 1/16 4/9 22/7
satisfy [1] 26/22
satisfying [1] 5/14
Saturday [1] 58/20
say [15] 18/18 25/23
28/1 36/6 37/20 37/22
37/23 39/2 41/15 48/10
50/11 50/13 53/8 53/9
57/25
saying [8] 8/12 8/12
26/22 31/24
says [4] 7/13 32/11
43/21 57/24
scale [1] 20/6
scheduled [1] 10/22
schedules [1] 5/21
Schmidtlein [8] 3/2
4/13 8/19 10/18 28/7
29/11 32/8 46/17
screen [1] 33/10
scrutinize [1] 20/24
seal [1] 27/2 41/14
sealed [4] 17/23 51/2
56/12 56/14
sealing [1] 45/12
seamless [1] 28/4
search [5] 11/7 11/9
11/12 12/12 43/13
seated [1] 4/4
SEC [1] 15/5
second [4] 6/11 8/9
34/22 45/5
Secondly [1] 20/24
secret [1] 55/6
secrets [1] 18/9
Section [2] 1/18 2/3
see [10] 4/16 6/1 6/15
7/1 12/22 17/7 20/14
39/19 57/23 65/11
seeking [3] 10/16
44/25 45/7
seem [1] 25/22
seems [13] 15/17 16/2
17/5 17/10 18/24 21/12
30/21 31/13 38/8 39/10
43/17 48/4 55/13
seen [3] 26/1 34/6 45/7
select [1] 33/16
send [1] 33/21
sense [5] 12/22 16/2

sensitive [5] 30/3 30/9
31/3 31/11 42/2
sent [3] 8/12 22/24
62/20
sentence [2] 42/12
42/13
separate [1] 64/4
September [3] 52/15
52/25 59/17
September 1 [2] 52/15
52/25
seriously [2] 20/10
20/21
serve [1] 59/22
Services [1] 1/18
session [5] 4/3 32/12
32/13 36/4 53/23
set [8] 5/21 34/20
48/14 48/18 52/8 52/11
55/24 61/7
sets [2] 24/15 47/21
seven [4] 18/17 21/19
24/9 38/14
share [4] 13/15 29/15
41/15 45/11
She [1] 4/24
she'll [2] 22/7 29/20
she's [1] 4/25
short [1] 5/9
should [19] 5/2 6/15
7/20 8/18 11/25 17/23
21/5 21/10 21/19 24/1
45/23 45/24 53/2 53/5
53/21 56/13 56/14 62/8
62/13
shouldn't [7] 6/8 21/9
37/22 39/9 50/18 56/15
64/20
show [4] 26/24 33/10
43/15 44/5
shown [3] 19/19 19/24
38/10
shows [1] 42/16
sic [1] 49/17
side [4] 9/12 20/6 49/8
59/21
sides [1] 9/11
signed [1] 62/13
significance [1] 16/19
significant [3] 11/22
16/14 16/15
silver [1] 45/2
similarly [1] 48/18
simple [1] 17/2
simply [3] 5/13 11/22
36/4
since [4] 4/21 5/8
46/20 55/20
single [8] 14/3 15/9
18/23 36/7 36/9 36/10
46/25 58/18
sit [1] 25/15
sitting [2] 15/21 16/18
situation [1] 42/10
six [3] 13/24 13/25
18/16
six-factor [1] 13/24

sixth [1] 17/15
size [1] 28/25
slew [1] 47/16
sliced [1] 11/12 23/21
slide [9] 18/11 18/19
26/5 27/3 28/18 33/19
33/20 33/22 37/24
slides [3] 18/13 18/18
26/1
slightly [1] 63/7
slow [1] 31/22
small [2] 35/9 42/8
so [127]
So I think [4] 37/3
40/17 51/25 58/5
So it's [3] 31/21 32/3
35/8
So this is [1] 10/23
some [38] 6/10 6/13
6/14 8/3 10/10 10/12
12/22 13/8 13/12 14/12
14/13 15/23 15/24 16/2
16/3 16/5 16/19 17/18
17/23 20/18 25/21 26/4
26/7 28/23 29/3 29/8
29/13 30/5 30/24 35/18
35/23 36/12 49/6 49/23
56/14 61/11 62/21
63/21
somebody [1] 32/10
somehow [2] 10/24
52/8
someone [1] 7/16
something [25] 7/11
7/12 7/13 8/1 15/6
15/20 17/10 19/2 20/21
21/12 21/18 31/23
35/13 36/3 36/3 36/5
37/21 37/23 38/8 38/14
42/15 44/10 44/12 61/2
65/1
somewhat [1] 20/12
somewhere [1] 19/6
sooner [4] 12/1 37/16
44/20 49/14
sorry [5] 4/19 25/11
30/10 33/17 43/6
sort [20] 5/14 6/3 9/7
9/11 9/22 11/7 13/14
13/17 14/12 18/20
20/17 30/25 33/16
34/22 36/19 42/16 48/7
52/6 61/20 63/5
sought [1] 22/23
sounds [4] 5/13 14/16
15/1 31/18
speak [2] 8/17 20/23
speaking [1] 47/24
spearheading [1]
29/19
specific [7] 27/6 39/12
39/13 44/24 44/25
45/13 60/9
specifically [2] 45/15
48/3
specificity [5] 34/9
34/12 35/24 45/21 47/7
spectrum [2] 18/21

**S**

spectrum... [1] 18/22
spending [2] 21/4
44/10
spread [1] 41/23
St [1] 3/3
stages [1] 33/6
stand [1] 41/1
standing [1] 42/8
stands [1] 65/12
staring [1] 24/11
start [2] 5/7 21/24
started [3] 4/23 26/5
42/22
starting [1] 13/17
starts [3] 13/1 14/21
34/20
State [1] 2/2
statements [1] 55/15
STATES [10] 1/1 1/3
1/10 4/7 4/12 9/14 11/9
12/12 22/14 28/11
status [4] 1/9 10/3
52/17 62/24
staying [1] 49/5
stenography [1] 3/11
step [2] 34/19 34/22
steps [1] 34/18
Steve [1] 39/23
Steve Sunshine [1]
39/23
still [10] 9/16 44/19
49/23 53/14 56/12
56/18 56/18 58/6 60/5
61/1
stock [1] 62/5
stones [1] 28/2
stopped [1] 13/25
story [1] 14/5
straightforward [4]
14/16 15/1 15/7 15/15
strategy [4] 45/1 46/13
46/15 49/23
streaming [1] 62/23
Street [2] 1/13 1/19
strength [1] 15/13
strikes [2] 25/17 55/18
stroke [1] 20/17
strong [1] 20/24
structure [2] 28/1 61/1
structured [1] 35/19
stuff [2] 17/6 26/23
subject [8] 8/21 16/19
17/25 18/1 19/1 27/11
31/12 54/18
submission [1] 23/24
submissions [2] 29/15
59/10
submit [2] 59/21 62/12
submitted [5] 5/12
19/8 39/4 41/14 55/16
submitting [1] 10/13
subpoena [2] 6/8 6/15
subpoenaing [1] 5/10
subpoenas [3] 5/25
6/2 7/7
subsequent [1] 49/6
subsequently [1]

subset [1] 30/24
substantial [2] 13/4
15/12
substantially [1] 30/18
such [3] 19/21 19/22
63/16
suggesting [1] 19/22
Suite [2] 2/6 2/10
summary [8] 9/6 10/7
11/21 12/19 17/17
17/21 54/8 60/25
sunshine [3] 39/19
39/23 57/20
Sunshine's [1] 47/14
suppose [2] 25/21
49/21
supposed [1] 13/25
sure [12] 9/23 11/5
21/7 22/17 30/22 32/14
40/23 46/14 53/7 59/11
62/18 63/23
surprise [1] 10/23
surprised [1] 10/19
surprisingly [2] 5/18
40/8
suspect [4] 5/4 17/21
58/24 63/22
SVP [3] 9/5 9/24 10/3
SVPs [9] 9/13 9/17
10/11 10/12 10/21
11/10 11/13 11/15
12/13
Swaminathan [1] 4/24
Sysco [2] 27/10 27/14
Sysco/U.S [1] 27/10

**T**

tab [1] 22/19
take [16] 7/18 20/10
20/21 23/21 25/7 32/20
32/25 33/19 36/11 39/9
41/21 43/18 49/3 54/6
62/13 63/15
taken [3] 22/23 55/14
62/1
takes [1] 59/1
taking [3] 23/18 29/14
47/4
talk [15] 13/1 14/10
17/21 25/19 25/20
25/20 34/2 34/13 38/11
54/7 60/24 61/16 62/8
64/25 65/1
talked [3] 47/7 62/14
65/2
talking [8] 31/9 32/2
37/19 47/12 50/11 58/2
58/12 60/2
targeted [1] 49/12
task [2] 15/2 39/13
team [1] 5/2
tech [1] 61/8
Technology [1] 1/17
tedious [1] 37/15
teed [2] 52/19 58/3
tell [4] 27/21 40/22
46/8 62/2

relating [4] 20/10 20/21
23/22 61/23
ten [3] 23/12 25/4 32/8
term [1] 55/2
terms [25] 15/8 15/17
15/25 17/14 19/13 20/6
22/1 30/21 32/17 32/17
32/18 32/18 38/14
40/18 41/18 41/19
41/21 42/2 42/13 42/19
43/1 43/10 43/11 45/20
53/1
terribly [1] 48/6
Terrific [1] 9/2
test [3] 13/24 40/4 41/5
testify [2] 10/22 12/15
testifying [4] 7/21
10/11 10/20 64/24
testimony [19] 5/11
9/24 10/6 10/12 10/14
10/25 11/19 11/20
12/25 17/25 19/9 21/7
30/15 35/18 35/20
35/21 41/25 42/25 43/3
44/10 39/22 41/6 41/7
41/9 49/10 53/25 54/4
56/6 57/5 57/10 58/25
60/21 63/13 64/3 64/11
65/8
Thank you [15] 4/16
6/18 12/6 13/2 22/3
28/10 39/22 53/25 56/6
57/5 57/10 58/25 60/21
63/13 64/3
that [345]
that'll [2] 10/15 61/10
that's [50] 5/14 7/8
11/18 11/18 12/3 12/4
13/10 13/22 13/23 15/6
16/8 17/11 18/20 18/24
18/25 19/3 21/8 23/23
23/23 24/25 25/17
25/25 30/3 31/12 32/11
32/22 33/24 34/24 38/1
46/2 48/4 48/8 48/9
49/4 49/9 49/12 49/13
50/19 52/9 52/16 53/19
56/9 57/3 59/6 59/23
60/6 60/21 64/11 65/1
65/4
their [15] 10/1 10/1
10/6 10/14 11/23 13/8
15/12 30/18 30/19 37/9
45/9 57/20 57/21 59/10
64/24
theirs [1] 59/16
them [38] 5/18 6/4 6/10
6/14 6/21 6/21 6/24 7/2
7/2 7/10 7/21 7/25 8/17
9/25 10/25 12/17

29/9 31/20 32/2 33/9
35/10 37/16 37/25
42/20 45/11 45/12
45/16 48/17 51/4 58/4
58/20 61/25 62/5
themselves [2] 9/13
39/6
then [46] 7/17 7/18
13/4 13/15 14/13 15/19
17/13 21/25 27/12 28/7
28/7 28/19 31/15 34/22
34/25 35/9 36/1 36/20
36/21 36/22 37/11 38/6
42/14 43/1 43/1 43/18
45/5 46/7 48/16 48/16
49/20 49/25 50/5 52/20
52/23 52/24 53/1 53/23
54/3 54/7 54/20 54/22
57/8 59/16 61/2 64/17
theory [4] 14/1 14/2
14/3 15/15
there [37] 7/10 8/9
10/11 10/12 12/10
13/19 14/17 16/1 16/10
16/17 17/19 18/4 18/17
23/3 26/4 28/7 31/5
36/1 36/6 36/11 41/17
43/25 44/7 48/17 50/19
50/19 52/6 52/24 54/17
54/20 54/22 55/4 58/6
58/13 63/16 63/23
63/23
there's [32] 6/10 11/11
12/24 13/18 15/9 16/1
16/5 16/7 16/8 26/5
27/15 27/18 30/2 33/9
37/20 37/22 38/4 40/2
40/7 41/11 46/14 48/4
49/15 49/23 52/5 53/8
56/17 56/24 58/19 60/9
60/14 63/10
these [40] 5/25 7/6 7/7
7/20 8/23 10/24 11/19
15/24 17/9 21/22 22/18
24/23 25/13 25/16 29/1
33/21 34/6 39/7 39/10
40/23 41/3 41/19 41/21
42/1 42/12 42/19 44/1
44/24 45/2 45/13 45/13
46/9 47/2 48/10 48/12
50/10 50/12 54/12
55/14 56/1
they [56] 6/15 9/4 9/25
11/12 12/5 12/13 12/14
13/25 16/20 23/1 27/5
32/16 32/19 33/8 33/8
33/9 33/9 33/12 33/13
33/16 34/23 36/21 37/7
37/11 38/11 38/14 39/5
39/5 39/9 45/10 45/11
46/16 46/19 48/25
49/21 50/15 50/16
50/17 51/4 54/18 56/25
57/1 57/2 57/7 57/8
57/13 57/23 58/3 58/18
58/23 58/24 61/25 62/5
62/6 63/18 64/17

they'll [5] 12/15 30/19
46/22 50/12 58/11
they're [14] 6/13 10/20
22/19 27/6 27/8 34/7
35/24 46/6 46/13 46/24
48/15 57/22 59/16
63/25
they've [4] 8/22 45/7
46/5 56/19
thing [6] 21/1 46/23
53/24 59/24 61/18
61/24
things [11] 4/22 25/16
28/15 28/22 29/1 38/17
38/24 39/10 43/8 56/16
58/23
think [94]
thinking [2] 20/13 38/3
third [29] 9/3 11/6 13/8
15/12 16/10 16/11 22/7
28/8 29/7 30/17 36/15
39/2 39/19 47/1 47/2
47/16 48/19 50/3 53/3
53/4 54/12 54/18 54/21
54/23 55/7 55/21 55/25
56/4 64/23
third-party [3] 16/10
53/4 54/21
this [94]
This is Civil [1] 4/7
those [32] 5/9 8/4
11/15 15/14 17/2 17/5
21/20 23/2 23/7 25/17
26/20 26/21 27/3 31/2
34/15 34/16 39/4 40/9
40/21 41/23 45/4 45/6
48/12 48/15 49/14
49/19 50/8 52/4 58/2
60/10 60/11 64/13
though [1] 31/8
thought [3] 13/9 33/3
47/18
thoughts [5] 10/18
14/14 15/23 19/12
22/20
three [6] 23/20 24/21
24/25 33/1 35/1 38/18
three-business-day [1]
35/1
three-week [1] 24/21
through [15] 4/22 5/12
5/22 10/9 14/12 21/15
22/8 27/5 31/21 33/23
33/25 38/13 57/21
57/21 61/8
Thursday [1] 58/20
thus [1] 47/13
tight [1] 52/13
time [25] 6/12 6/21
11/25 16/9 21/4 21/18
22/6 23/17 23/17 29/14
34/1 34/15 36/11 36/25
39/21 44/3 44/10 48/16
49/6 49/7 51/15 52/13
56/3 60/9 61/7
times [1] 29/1
timing [3] 11/24 32/18
46/23

**T**

**titled** [1] 66/4
**today** [12] 4/17 4/22
8/12 8/21 15/22 16/18
17/24 22/4 26/5 26/13
29/13 60/24
**today's** [1] 56/13
**together** [4] 4/21 18/16
52/14 61/16
**told** [7] 6/20 7/2 7/9
11/5 23/25 47/23 64/8
**too** [2] 46/24 60/21
**took** [1] 56/18
**top** [1] 17/11
**topic** [3] 12/18 14/7
61/2
**topics** [1] 42/23
**touch** [1] 42/19
**touched** [1] 19/10
**trade** [1] 18/9
**transcript** [3] 1/9 3/11
66/3
**transcription** [1] 3/11
**tremendously** [2]
34/10 37/12
**trial** [81]
**trials** [3] 19/16 26/8
41/4
**tried** [1] 37/13
**true** [1] 18/11
**truly** [2] 30/1 30/1
**truth** [2] 20/22 23/25
**try** [1] 7/22
**trying** [5] 11/2 28/14
28/22 29/9 42/23
**Tuesday** [4] 10/13 12/3
12/23 59/16
**turn** [9] 9/3 13/4 21/25
28/7 29/18 38/24 43/6
46/7 49/25
**turnaround** [2] 35/2
36/25
**turned** [1] 43/1
**turns** [1] 53/11
**two** [15] 8/18 9/11 17/5
26/8 28/25 33/6 34/18
40/11 40/14 54/15
54/17 58/13 58/15
61/14 61/14
**TYLER** [1] 2/9
**types** [4] 11/13 13/12
24/23 26/19
**typical** [1] 41/3

**U**

**U.S** [3] 1/12 1/17 27/10
**ultimately** [7] 15/19
16/21 17/13 17/18 24/7
25/17 26/7
**unclear** [1] 9/9
**under** [5] 6/8 6/15 40/4
41/14 51/25
**understand** [12] 19/4
20/4 21/15 24/12 26/10
26/24 27/20 39/5 40/10
48/22 57/18 58/11
**understanding** [8] 7/7
8/17 20/23 27/19 33/15

**understands** [2] 20/9
35/12
**understood** [4] 11/6
39/11 39/14 40/16
**undoubtedly** [1] 19/10
**unexpected** [1] 7/12
**Unfortunately** [1] 27/1
**unique** [1] 41/11
**Unit** [1] 2/4
**UNITED** [5] 1/1 1/3
1/10 4/7 22/14
**United States** [1]
22/14
**United States of** [1]
4/7
**universe** [1] 42/6
**unreasonable** [1] 46/2
**unsealed** [1] 17/23
**until** [1] 27/5
**up** [14] 7/18 8/9 11/4
14/4 23/22 32/7 32/9
32/25 35/10 38/12
39/18 52/19 58/3 59/6
**uploaded** [1] 19/19
**upon** [2] 27/16 62/11
**urge** [2] 44/3 49/16
**urgency** [2] 17/7 27/20
**us** [24] 5/24 6/9 7/9
12/5 13/4 20/20 21/3
25/13 26/24 29/3 29/13
29/20 31/13 33/7 33/21
34/10 34/11 37/4 39/14
46/18 58/9 59/16 60/13
61/11 61/12
**usdoj.gov** [2] 1/15
1/20
**use** [25] 17/16 28/18
30/4 30/8 32/7 33/8
33/13 33/20 33/22
35/25 37/23 42/7 46/19
47/4 48/3 49/18 49/21
49/25 50/2 50/12 52/9
53/9 53/11 53/14 57/9
**used** [10] 15/20 29/17
30/1 30/2 34/10 34/21
40/10 40/24 45/3 45/24
**useful** [3] 22/16 24/20
48/6
**using** [3] 29/3 52/3
52/4

**V**

**various** [4] 4/21 21/21
21/22 41/24
**vastly** [1] 40/6
**Verizon** [5] 41/10
41/16 41/18 41/25 42/7
47/15
**Verizon's** [3] 42/3
42/18 42/24
**versions** [1] 51/3
**versus** [2] 4/8 4/8
**very** [27] 10/22 10/22
13/10 14/21 15/18 16/4
17/13 20/21 21/8 24/22
24/25 27/7 29/13 29/13
31/13 31/18 31/22

40/25 45/13 45/14
61/20 61/23 65/8
**viable** [1] 9/25
**videos** [2] 19/19 19/24
**view** [1] 6/12
**viewed** [1] 9/25
**views** [2] 22/22 23/1
**volume** [2] 38/16 38/22
**voluminous** [1] 29/15
**vs** [1] 1/5

**W**

**wait** [2] 12/22 65/9
**want** [37] 4/23 8/16
10/10 18/15 18/15 21/3
21/18 24/1 24/10 24/13
24/20 25/15 27/13 28/8
30/8 30/15 32/22 33/8
33/13 35/3 35/10 41/22
44/15 44/19 45/2 45/14
45/19 46/16 48/15
48/21 53/11 55/10 57/7
57/24 60/10 62/19
62/20
**wanted** [4] 22/5 40/1
61/3 62/6
**was** [25] 6/19 9/8 9/11
9/16 10/16 11/20 11/22
12/18 13/10 25/1 26/4
27/17 33/3 37/9 47/18
54/10 54/11 54/13
54/20 55/17 57/12
57/13 57/15 57/15
61/21
**Washington** [5] 1/5
1/13 1/19 3/4 3/9
**wasn't** [3] 9/20 52/7
54/9
**waste** [3] 21/18 34/1
44/3
**way** [19] 8/2 8/3 11/7
20/10 21/8 21/15 24/7
24/19 35/16 35/25 38/3
41/3 42/15 46/17 49/3
49/20 49/24 53/2 53/24
**ways** [2] 9/14 44/1
**wc.com** [2] 3/5 3/5
**we** [216]
**we believe** [4] 22/21
24/18 25/12 42/18
**we will** [7] 9/24 10/10
24/6 45/1 47/1 48/24
51/22
**we would** [2] 26/18
45/2
**we'd** [2] 6/24 46/21
**we'll** [9] 8/2 12/25 35/4
46/15 53/22 53/22
62/13 64/2 65/11
**we're** [52] 4/21 5/22
6/20 7/1 8/6 10/9 10/13
11/1 12/2 16/24 18/16
20/2 21/13 21/13 22/8
26/21 26/22 28/17
28/18 29/7 30/6 32/23
33/20 35/17 37/23
38/13 40/19 43/10 40/25

45/24 46/16 49/2 49/7
50/4 50/12 51/1 52/8
52/13 53/9 55/3 56/25
57/8 58/12 58/17 60/2
60/19 61/8 61/16 65/3
**we've** [29] 5/17 6/3 7/2
12/10 19/16 19/21
22/15 22/23 22/23
22/23 22/24 23/2 23/4
23/9 28/9 30/23 31/1
31/17 38/1 41/3 42/21
45/7 47/7 48/18 58/1
62/14 63/7 63/8 63/17
**WEBB** [1] 2/9
**week** [14] 12/5 23/11
23/23 24/18 24/21 25/3
34/13 34/25 38/25
51/16 51/18 51/22
52/23 56/4
**weekend** [2] 58/18
58/24
**weeks** [8] 18/17 21/19
23/21 24/10 24/25 25/8
56/20 65/11
**welcome** [2] 5/1 39/21
**well** [19] 5/7 6/1 6/4
12/16 12/21 22/6 28/2
28/16 28/19 31/7 31/24
35/6 36/16 41/4 46/22
50/16 53/16 58/12 62/7
**went** [1] 25/2
**were** [10] 11/19 12/4
27/11 34/18 41/13 43/2
45/10 54/12 54/17
54/17
**weren't** [1] 34/25
**wfcavanaugh** [1] 2/12
**what** [63] 7/8 7/22 8/21
10/14 10/16 13/14
17/11 17/18 18/2 18/3
18/15 20/15 20/15
21/15 22/1 22/23 23/1
23/9 27/1 27/3 27/7
27/9 27/25 30/14 33/24
35/24 38/4 38/9 38/10
38/11 40/10 41/12 43/8
43/19 43/21 43/21
43/22 43/22 43/24
44/13 45/7 45/15 45/20
45/22 48/3 49/13 49/16
49/18 51/5 51/6 52/9
53/16 53/19 56/12
56/14 56/14 57/7 59/9
59/20 60/24 61/10
61/12 64/8
**what's** [7] 17/9 17/23
25/18 36/25 38/5 38/6
63/19
**whatever** [5] 6/23 6/25
25/19 46/16 53/10
**when** [25] 12/3 12/4
14/3 14/5 14/23 16/6
16/9 17/21 18/16 19/14
20/10 32/9 32/19 34/14
36/21 50/6 56/22 57/24
59/12 59/22 60/2 61/10
63/11 64/20 64/24

**When's** [1] 52/14
**where** [17] 5/12 9/20
14/22 15/21 19/4 21/20
26/23 30/2 30/6 31/5
42/10 54/20 54/22 55/1
55/7 57/18 62/25
**wherever** [1] 39/9
**whether** [28] 6/4 6/9
15/4 15/5 17/24 21/4
21/10 21/17 24/19
27/16 36/1 36/23 38/6
43/3 48/14 54/9 54/10
54/12 54/24 56/1 58/6
60/24 61/25 62/5 62/6
62/18 62/19 65/1
**which** [32] 6/22 9/14
10/1 12/17 12/17 13/15
14/2 15/19 16/4 16/13
18/5 18/12 18/13 19/17
24/22 24/23 26/18
29/15 31/16 32/22
33/25 34/9 38/18 39/8
44/24 45/6 46/6 48/14
50/11 54/17 55/14
55/24
**while** [3] 8/9 38/12
42/6
**who** [22] 4/25 6/2 7/13
7/16 7/17 10/24 11/16
15/10 15/12 21/14
25/23 29/19 35/5 35/6
36/12 47/16 49/21
57/17 59/25 63/18 64/6
64/13
**who's** [1] 32/7
**whole** [2] 47/15 51/3
**whom** [1] 13/8
**whose** [2] 5/11 15/3
**why** [17] 5/7 6/15
17/23 18/16 17/18 18/19
20/16 21/24 26/24
30/23 32/15 36/14
38/18 42/14 43/18
52/11 55/24
**will** [73]
**William** [5] 2/8 3/6 4/11
66/2 66/8
**William Cavanaugh** [1]
4/11
**WILLIAMS** [1] 3/3
**willing** [4] 7/6 30/6
40/5 40/25
**wish** [2] 42/7 64/23
**within** [5] 27/3 35/1
38/24 51/4 51/22
**witness** [28] 5/8 7/13
8/2 28/17 30/2 30/8
30/13 32/7 32/8 33/8
33/13 33/23 34/24
35/21 36/6 36/6 36/7
40/19 42/1 42/11 42/18
45/25 46/5 46/8 46/10
50/1 50/3 50/3
**witness'** [1] 35/21
**witness's** [1] 35/18
**witnesses** [27] 5/11
6/2 8/10 9/4 9/25 10/4
10/9 10/10 10/13 11/23

**witnesses... [17]** 12/24
18/14 24/1 24/17 30/20
34/14 34/15 34/16
38/10 40/11 40/14
40/22 45/3 45/4 46/20
59/6 64/24
**witnesses' [1]** 42/25
**won't [2]** 7/22 51/21
**wonderful [1]** 48/2
**words [2]** 43/10 48/25
**work [9]** 26/13 29/1
40/5 41/4 42/8 47/1
47/2 51/12 58/10
**working [10]** 5/20 5/22
29/8 31/20 32/1 35/5
38/25 45/4 58/17 64/6
**world [2]** 39/8 63/7
**worry [1]** 21/11
**worrying [2]** 21/4
21/16
**worth [1]** 44/10
**would [51]** 6/14 6/22
6/24 7/5 12/5 23/1
24/14 24/15 24/18
24/24 26/11 26/18 29/3
32/5 33/7 34/1 34/9
34/10 34/14 34/20
34/25 36/8 36/8 36/19
38/13 39/2 41/2 41/4
42/9 42/10 42/13 42/25
44/3 44/18 45/2 45/3
45/5 46/18 49/16 51/3
51/5 51/15 54/19 55/10
56/3 58/8 58/15 59/21
63/18 64/5 64/16
**wrong [1]** 11/6

**Y**

**yeah [3]** 11/11 47/18
51/11
**year [2]** 5/1 19/17
**years [3]** 16/25 23/12
25/4
**yes [6]** 20/3 47/20
53/18 54/16 56/10
58/18
**yet [3]** 55/8 60/5 62/17
**York [1]** 2/11
**you [249]**
**you know [2]** 24/10
57/18
**you'd [1]** 39/20
**you'll [5]** 5/3 12/23
52/25 59/13 64/25
**you're [28]** 7/14 8/9
17/2 18/14 18/15 18/15
23/20 23/22 23/22
25/19 27/20 31/24
39/21 44/15 46/8 47/3
47/8 48/3 49/13 49/18
49/21 50/2 55/21 60/16
60/18 62/19 62/19
63/15
**you've [9]** 5/21 7/9
14/8 18/23 29/12 32/21
36/19 46/4 61/6
**your [91]**

**Your Honor [52]** 4/6
5/16 6/18 8/7 9/24 12/9
13/2 22/3 22/12 22/13
22/20 23/11 24/12 25/5
26/10 26/16 27/23
28/10 28/13 28/21
29/12 29/23 31/24 34/5
39/22 40/17 40/20 41/2
41/7 41/9 41/13 42/21
44/18 45/19 47/4 47/10
47/20 48/21 51/11
51/15 51/18 53/7 54/1
54/5 54/16 56/6 56/9
56/10 56/17 57/5 57/10
57/17 58/8 58/25 59/15
59/22 62/22 63/13
63/17 64/3 64/4 65/6
**Your Honor's [1]** 39/24
**yourself [1]** 5/3

**Z**

**Zaheed [2]** 39/20 41/8
**Zaheed's [1]** 47/15
**Zaremba [4]** 3/6 64/25
66/2 66/8