IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, <br><br>                             Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br>                             Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| State of Colorado, *et al.*, <br><br>                             Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br>                             Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER DENYING PLAINTIFFS'
MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF PURPORTED
BENEFITS OUTSIDE RELEVANT MARKETS**

Upon consideration of Plaintiffs' Motion *In Limine* To Exclude Evidence of Purported Benefits Outside Relevant Markets, the foregoing Opposition to the Motion, any reply in support of Plaintiffs' motion, and the record in this case, it is hereby ORDERED that the Motion is DENIED.

Dated: _____, 2023

                                                        _____
                                                              Hon. Amit P. Mehta
                                                     United States District Court Judge