IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>      Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>      Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION *IN LIMINE* TO LIMIT GOOGLE'S ABILITY TO USE EVIDENCE OF PRODUCT QUALITY AS A COMPLETE DEFENSE TO LIABILITY**

Upon consideration of Plaintiffs' Motion *In Limine* To Limit Google's Ability To Use Evidence Of Product Quality As A Complete Defense To Liability, the foregoing Opposition to the Motion, any reply in support of Plaintiffs' motion, and the record in this case, it is hereby ORDERED that the Motion is DENIED.

Dated: _____, 2023

                                 _____
                                 Hon. Amit P. Mehta
                             United States District Court Judge