# Exhibit 1

**Illustrative Proposed Plaintiffs' Exhibits Concerning Abandoned Conduct**

| DOJ/State Exhibit No. | Begin Bates | Description |
|---|---|---|
| PSX00157 | GOOG-DOJ-02697362 | ▮▮▮▮▮ And Google Anti-Fragmentation Agreement |
| PSX00162 | GOOG-DOJ-02698257 | ▮▮▮▮▮ and Google Android Compatibility Commitment |
| PSX00260 | GOOG-DOJ-08646050 | Concerning Android Automotive |
| PSX00278 | GOOG-DOJ-10988553 | Android Anti-Fragmentation Agreement (Global) |
| PSX00315 | GOOG-DOJ-15969207 | Concerning Google Assistant |
| PSX00319 | GOOG-DOJ-16087443 | Concerning Google Assistant |
| PSX00323 | GOOG-DOJ-16257477 | Concerning Google Assistant |
| PSX00356 | GOOG-DOJ-19420803 | Concerning Google Assistant |
| PSX00366 | GOOG-DOJ-20955686 | ▮▮▮▮▮ and Google Amendment to the Anti-Fragmentation Agreement |
| PSX00372 | GOOG-DOJ-21654422 | Concerning Google Assistant |
| PSX00381 | GOOG-DOJ-21998054 | Concerning Android Automotive |
| PSX00382 | GOOG-DOJ-21998144 | Concerning Android Automotive |
| PSX00406 | GOOG-DOJ-23951752 | Concerning concurrency |
| PSX00407 | GOOG-DOJ-24167525 | Concerning Google Assistant |
| PSX00414 | GOOG-DOJ-24647830 | Concerning Google Assistant |
| PSX00549 | GOOG-DOJ-29889105 | Concerning Google Assistant |
| PSX00552 | GOOG-DOJ-30005672 | Concerning Google Assistant |
| PSX00587 | GOOG-DOJ-31766183 | Concerning Google Assistant |
| PSX00959 | ▮▮▮▮▮ | Concerning Concurrency/IoT |
| PSX00960 | ▮▮▮▮▮ | Concerning Concurrency/IoT |
| PSX00961 | ▮▮▮▮▮ | Concerning Concurrency/IoT |
| PSX00962 | ▮▮▮▮▮ | Concerning Concurrency/IoT |
| PSX01015 | GOOG-DOJ-23474217 | Concerning Google Assistant |
| UPX0285 | GOOG-DOJ-06446636 | Concerning Google Assistant |
| UPX0295 | GOOG-DOJ-28674737 | Concerning the Compatibility Definition Document |
| UPX5001 | GOOG-DOJ-17484873 | ▮▮ Anti-Fragmentation Agreement |
| UPX5003 | GOOG-DOJ-01102930 | ▮▮ Anti-Fragmentation Agreement |
| UPX5008 | GOOG-DOJ-06402862 | ▮▮ : Anti-Fragmentation Agreement |
| UPX5009 | GOOG-DOJ-28184286 | ▮▮ Anti-Fragmentation Agreement |
| UPX5017 | GOOG-DOJ-02698355 | ▮▮ : Android Compatibility Commitment |
| UPX5021 | GOOG-DOJ-30307859 | ▮▮ : Android Compatibility Commitment |
| UPX5022 | GOOG-DOJ-02697346 | ▮▮ : Anti-Fragmentation Agreement |
| UPX5035 | GOOG-DOJ-02697465 | ▮▮ : Android Compatibility Commitment |
| UPX5043 | GOOG-DOJ-28184304 | ▮▮ : Android Compatibility Commitment |
| UPX5061 | GOOG-DOJ-02697350 | ▮▮ : Anti-Fragmentation Agreement |
| UPX5074 | GOOG-DOJ-02697376 | ▮▮ : Android Compatibility Commitment |
| UPX5079 | GOOG-DOJ-28184433 | ▮▮ : Android Compatibility Commitment |
| UPX5084 | GOOG-DOJ-00629320 | ▮▮ : Anti-Fragmentation Agreement |
| UPX5085 | GOOG-DOJ-02347564 | ▮▮ : Amendment No. 1 to the Anti-Fragmentation Agreement |
| UPX5087 | GOOG-DOJ-31158139 | ▮▮ : Anti-Fragmentation Agreement |

| DOJ/State Exhibit No. | Begin Bates | Description |
|---|---|---|
| UPX5095 | GOOG-DOJ-02698127 | ▬ Anti-Fragmentation Agreement |
| UPX5103 | GOOG-DOJ-02697787 | ▬ Android Compatibility Commitment |
| UPX5104 | GOOG-DOJ-30307981 | ▬ Amendment No.2 to the Android Compatibility Commitment |
| UPX5105 | GOOG-DOJ-30308013 | ▬ Amendment No. 3 to the Android Compatibility Commitment |
| UPX5123 | GOOG-DOJ-10988553 | ▬ Anti-Fragmentation Agreement |
| UPX5124 | GOOG1-00010467 | ▬ Amendment No. 1 to the Anti-fragmentation Agreement |
| UPX5181 | GOOG-DOJ-00161417 | ▬ Anti-Fragmentation Agreement |
| UPX5182 | GOOG-DOJ-00226433 | ▬ Anti-Fragmentation Agreement |
| UPX5183 | GOOG-DOJ-22084993 | ▬: Anti-Fragmentation Agreement |
| UPX5184 | GOOG-DOJ-09039682 | ▬ Anti-Fragmentation Agreement |
| UPX5185 | GOOG-DOJ-13688228 | ▬ Amendment to Anti-Fragmentation Agreement |
| UPX5186 | GOOG-DOJ-02698143 | ▬: Android Compatibility Commitment |
| UPX5187 | GOOG-DOJ-30308332 | ▬: Android Compatibility Commitment |
| UPX5247 | GOOG-DOJ-28188578 | ▬: Anti-Fragmentation Agreement |
| UPX5248 | GOOG-DOJ-02697367 | ▬ Android Compatibility Commitment |
| UPX5249 | GOOG-DOJ-28187505 | ▬: Android Compatibility Commitment |
| UPX5269 | GOOG-DOJ-18806669 | ▬ Anti-Fragmentation Agreement |
| UPX5270 | GOOG1-00008670 | ▬: Anti-Fragmentation Agreement |
| UPX5271 | GOOG-DOJ-02697478 | ▬: Android Compatibility Commitment |
| UPX5272 | GOOG-DOJ-28188697 | ▬ Android Compatibility Commitment |
| UPX5296 | GOOG-DOJ-00630602 | ▬ Anti-Fragmentation Agreement |
| UPX5297 | GOOG-DOJ-02341422 | ▬ Anti-Fragmentation Agreement |
| UPX5298 | GOOG-DOJ-28189459 | ▬ Anti-Fragmentation Agreement |
| UPX5299 | GOOG-DOJ-28189504 | ▬ Anti-Fragmentation Agreement |
| UPX5300 | GOOG1-00002308 | ▬: Amendment Number 1 to the Anti-Fragmentation Agreement |
| UPX5301 | GOOG-DOJ-02698264 | ▬ Android Compatibility Commitment |
| UPX5302 | GOOG-DOJ-28189589 | ▬ Android Compatibility Commitment |
| UPX5342 | GOOG-DOJ-30271016 | ▬ Android TV Addendum to MADA |
| UPX5362 | GOOG-DOJ-30306914 | ▬ Android Things Distribution Agreement |
| UPX5379 | GOOG-DOJ-12878273 | ▬ Android Compatibility Commitment |
| UPX5380 | GOOG-DOJ-30271042 | ▬ Android Compatibility Commitment |
| UPX5381 | GOOG-DOJ-12878269 | ▬ Android Compatibility Commitment |
| UPX5382 | GOOG-DOJ-28184581 | ▬ Amendment No. 1 To The Android Compatibility Commitment |
| UPX5383 | GOOG-DOJ-10974030 | ▬ Android License Agreement and Anti-Fragmentation Agreement |
| UPX5384 | GOOG-DOJ-00223169 | ▬ Anti-Fragmentation Agreement |
| UPX5385 | GOOG-DOJ-02697825 | ▬ Anti-Fragmentation Agreement |
| UPX5386 | GOOG-DOJ-02361419 | ▬ Amendment No. 1 to the Anti-Fragmentation Agreement |
| UPX5387 | GOOG-DOJ-02363802 | ▬ Amendment 2 to the Anti-Fragmentation Agreement |
| UPX5388 | GOOG-DOJ-30310066 | ▬ Amendment Number 3 To The Anti-Fragmentation Agreement |
| UPX5389 | GOOG-DOJ-02698252 | ▬ Amendment Number 4 to the Anti-Fragmentation Agreement |
| UPX5390 | GOOG-DOJ-02697713 | ▬ Amendment Number 5 to the Anti-Fragmentation Agreement |
| UPX5391 | GOOG-DOJ-02697751 | ▬ Amendment Number 6 to the Anti-Fragmentation Agreement |

| DOJ/State Exhibit No. | Begin Bates | Description |
|---|---|---|
| UPX5394 | GOOG-DOJ-02699259 | ▮ Android Compatibility Commitment |
| UPX5395 | GOOG-DOJ-02699293 | ▮: Amendment No. 1 to the Android Compatibility Commitment |
| UPX5419 | GOOG-DOJ-31158336 | ▮ Anti-Fragmentation Agreement |
| UPX5420 | GOOG-DOJ-28184784 | ▮ Anti-Fragmentation Agreement |
| UPX5429 | GOOG-DOJ-02698257 | ▮ Android Compatibility Commitment |
| UPX5478 | GOOG-DOJ-00630027 | ▮ Anti-Fragmentation Agreement |
| UPX5479 | GOOG-DOJ-02354199 | ▮ Amendment No. 1 to the Anti-Fragmentation Agreement |
| UPX5480 | GOOG-DOJ-28186570 | ▮ Amendment No. 2 To The Anti-Fragmentation Agreement |
| UPX5481 | GOOG-DOJ-28186653 | ▮ Amendment No. 3 to the Anti-Fragmentation Agreement |
| UPX5482 | GOOG-DOJ-28186844 | ▮: Amendment No. 4 to the Anti-Fragmentation Agreement |
| UPX5483 | GOOG-DOJ-28187016 | ▮ Amendment No. 5 to the Anti-Fragmentation Agreement |
| UPX5519 | GOOG-DOJ-02697362 | ▮ Anti-Fragmentation Agreement |
| UPX5520 | GOOG-DOJ-02697890 | ▮: Amendment to the Anti-Fragmentation Agreement |
| UPX5521 | GOOG-DOJ-13137983 | ▮ Amendment to the Anti-Fragmentation Agreement |
| UPX5522 | GOOG-DOJ-20955686 | ▮ Amendment to the Anti-Fragmentation Agreement |