IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>          Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>         Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION *IN LIMINE*
TO PRECLUDE EVIDENCE, TESTIMONY OR ARGUMENT CONCERNING
<u>ABANDONED CONDUCT ALLEGATIONS</u>**

Upon consideration of Defendant's Motion *In Limine* to Preclude Evidence, Testimony or Argument Concerning Abandoned Conduct Allegations (the "Motion"), any opposition thereto, any reply in support thereof, the record in this case, and for good cause shown, it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that both sets of Plaintiffs are precluded from adducing evidence, testimony or argument at trial that (i) Google's Android Compatibility Commitments or Android Fragmentation Agreements; (ii) Google's Assistant and IoT-related practices; or (iii) Google's (a) release of

certain services through proprietary licenses rather than including them as part of Android operating system open-source releases or (b) Google's decisions respecting investment in, or how or whether to include in open-source Android releases, early open-source Android applications, comprise anticompetitive or exclusionary conduct.

SO ORDERED.

Dated: _____, 2023

_____
Hon. Amit P. Mehta
United States District Court Judge