# Exhibit H

**In the Matter Of:**

*UNITED STATES vs*

*GOOGLE LLC*

*WILFRED AMALDOSS*

*November 08, 2022*



                                                                         278

1                    UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF COLUMBIA

3                               - - -

4    UNITED STATES OF AMERICA, ET AL.,:
              Plaintiffs,             :
5                                     :
           vs.                        : Civil Action No.
6                                     : 1:20-cv-03010 (APM)
     GOOGLE LLC,                      :
7             Defendant.              :
     _____
8
     STATE OF COLORADO, ET AL.,       :
9             Plaintiffs,             :
                                      :
10         vs.                        : Civil Action No.
                                      : 1:20-cv-03715 (APM)
11   GOOGLE LLC,                      :
              Defendant.              :
12   _____

13   VIDEOTAPED DEPOSITION OF PROFESSOR WILFRED AMALDOSS
                          VOLUME 2
14   _____

15   DATE TAKEN:       Tuesday, November 8, 2022

16   TIME BEGAN:       9:04 a.m.

17   TIME ENDED:       12:36 p.m.

18   LOCATION:         Parker Poe Adams & Bernstein, LLP
                       301 Fayetteville Street, Suite 1400
19                     Raleigh, Wake County, NC

20   TAKEN BY:         Defendant

21   REPORTED BY:      Cherie J. Anderson, RMR, RPR, CRR

22

23

24

25

1   potential revenue from high/med being coded by

2   Kenshoo in SA 360.  Correct?

3       A   Yeah.

4       Q   Kenshoo is another SEM tool, right?

5       A   Yes.

6       Q   What do you understand by being coded to mean?

7       A   I think probably it's language which they

8   share among themselves, but I think it probably

9   implies the feature being included in Kenshoo.

10      Q   So you understand this email to ask about an

11  estimate of potential revenue from a feature being

12  included by the Kenshoo SEM tool and SA 360.

13  Correct?

14      A   Yes.

15      Q   And what does "from high/med" refer to?

16      A   I presume high/medium or something.

17      Q   High/medium what?

18      A   Estimated potential revenue.  They want to

19  give a high and a medium ballpark of the range.  I

20  think that's what the person probably wants.  That's

21  my take.  But I cannot read the other person's mind

22  and what sort of language they use among themselves

23  to communicate among themselves.

24      Q   So you understand this initial email to ask

25  for an estimate of potential revenue from the medium

321

1    to high estimate for certain features being included
2    in the Kenshoo SEM tool and the SA 360 SEM tool,
3    correct?
4        A    Yes.
5        Q    And their response is the email that's above
6    that on the page, correct?
7        A    Yeah.
8        Q    And this is the email, or this portion of this
9    chain is the email, from which you drew your ▮▮▮▮▮
10   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ number that's found in
11   Footnote 561.
12       A    Yeah.
13       Q    Correct?
14       A    Yes.
15       Q    And in here, the author of this email, who is
16   ▮▮▮▮▮▮▮ says that he hasn't looked at the 27
17   feature gaps that they flagged.  Correct?
18       A    Yeah.  We have not looked at all of the
19   feature gaps.  Yeah.
20       Q    And do you know whether those feature gaps are
21   for Kenshoo or SA 360 or both?
22       A    I have no idea.
23       Q    But he's responding to an email asking for an
24   estimate of the potential revenue from Kenshoo and
25   SA 360.  Correct?

```
                                                              322
1        A    Correct.
2        Q    And then he says, for the big items, auto
3   bidding, DSA, and RSA, the value is roughly in the
4   range of ████████████████.  Correct?
5        A    Correct.
6        Q    And he says that's a ██████████████████████
7   Right?
8        A    ████████████████████████  Yeah.
9        Q    And in fact, above that he says it's a ████
10  ████████████████.  The first line on the page?
11       A    Yeah.
12       Q    And the value there, that ████████
13  ████████████████████████, that's for each of these
14  big items, correct?
15            Let me ask a better question then.  That ████
16  ████████████████████ rough-value range that he flags
17  or that he presents in this email covers auto
18  bidding, DSA, and RSA features.  Right?
19       A    It includes definitely these three.
20       Q    And that is for both Kenshoo and SA 360.
21  Correct?
22       A    I cannot say whether it's for both of them,
23  for each of them.  It's difficult for me to say.
24       Q    You don't know?
25       A    I cannot precisely say, because the question
```

323

1  was quoted by Kenshoo and SA 360.  ████████████
2  ████████████████████████████████████████████████
3  ████████████████████████████████████████████████
4  ████████████████████████████████████████████████
5  ████████████████████████████████████████████
6  ████████████████████
7  ████████████████████████████████████████████████
8  ████████████████████████████████████████
9  ██████████.   So it could be about SA 360; it could be
10 about Kenshoo.  So it's not clear, to me at least.  I
11 would not stick my neck out and say it's for this
12 firm or that firm, how much it would be.
13     Q    You can put that to the side.
14          Do you know whether or not Google is working
15 on implementing auction time bidding on SA 360 for
16 the Microsoft platform?
17          MR. CHOKSI:  Objection.  Asked and answered.
18     A    I think you mentioned that to me yesterday,
19 also.  I don't have any direct information from
20 Microsoft in the depositions or anywhere where I read
21 it, but it's a possibility.
22     Q    Let's look at Footnote 566, which you cite in
23 paragraph 287 of your opening report.
24     A    Yeah.
25     Q    Do you see you cite a document, an email