IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA<br><br>███████████████ |
| State of Colorado, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA<br><br>███████████████ |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE CONCERNING MICROSOFT CORP.'S PURPORTED ESTIMATE OF REVENUE FROM SEM TOOL FEATURE DEVELOPMENT**

　　Upon consideration of Defendant's Motion *In Limine* to Preclude Evidence Concerning Microsoft Corp.'s Purported Estimate of Revenue from SEM Tool Feature Development (the "Motion"), any opposition thereto, any reply in support thereof, the record in this case, and for good cause shown, it is hereby

　　ORDERED that Defendant's Motion is GRANTED; it is further

　　ORDERED that the parties shall not adduce evidence, testimony or argument concerning the estimate of potential revenue to be gained by Microsoft from SA360 and/or Skai (formerly

Kenshoo) developing certain features, as reflected in PSX00746 (MSFT-LIT-0000016225), PSX00745 (MSFT-LIT-0000015326), and PSX00754 (MSFT-LIT-0000022255), whether through live fact witness or expert testimony, deposition testimony by designation, or otherwise; and it is further

ORDERED that documents PSX00746 (MSFT-LIT-0000016225), PSX00745 (MSFT-LIT-0000015326), and PSX00754 (MSFT-LIT-0000022255) shall not be admitted into evidence.

SO ORDERED.

Dated: _____, 2023

_____
Hon. Amit P. Mehta
United States District Court Judge