UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                          Plaintiffs,<br><br>          v.<br><br>GOOGLE LLC,<br>                          Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                          Plaintiffs,<br><br>          v.<br><br>GOOGLE LLC,<br>                          Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

**NON-PARTY PETITIONERS PATRICK CHANG AND
SAMSUNG NEXT LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL**

     Pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rules 5.1(h) and 7, Non-Party Petitioners Patrick Chang and Samsung Next LLC (collectively, "Petitioners") respectfully move the Court for leave to file under seal the accompanying Motion to Quash Trial Subpoenas and the supporting material for such motion to quash. Petitioners are moving for leave to file under seal because their memorandum of law discusses and quotes deposition testimony that has been designated as Confidential Information or Highly Confidential Information under the governing Protective Order in the above-captioned actions. In addition, Petitioners' motion includes an exhibit containing copies of such deposition testimony.

     The granting of leave to file under seal will provide Petitioners an opportunity to meet and confer with the parties to determine whether any material should be redacted from the public

versions of Petitioners' Motion to Quash Trial Subpoenas and the supporting material. Petitioners intend to file public versions of their Motion to Quash Trial Subpoenas and the supporting material within two business days of the instant motion for leave to file under seal.

In accordance with Local Civil Rule 7(m), counsel for Petitioners conferred with counsel for the parties in the above-captioned actions.  The parties' counsel has informed Petitioners that they do not object to this motion while reserving all rights regarding the unsealing of Petitioners' Motion to Quash Trial Subpoenas and the accompanying material.

For these reasons, Petitioners respectfully request that the Court grant their motion for leave to file under seal.

Dated: August 18, 2023					Respectfully submitted,

**CROWELL & MORING LLP**

By: */s/ Juan A. Arteaga*
Juan A. Arteaga (*pro hac vice*)
Rosa Morales (*pro hac vice pending*)
590 Madison Avenue
New York, New York 10022
(212) 223-4000
jarteaga@crowell.com
rmorales@crowell.com

*Attorneys for Non-Party Petitioners Patrick Chang and Samsung Next LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on August 18, 2023, the foregoing Motion for Leave to File Under Seal and the accompanying Motion to Quash Trial Subpoenas and supporting material were electronically filed under seal using the CM/ECF system, and that I have caused to be transmitted copies of said material to counsel of record for Plaintiffs and Defendant Google LLC.

Dated: August 18, 2023

*/s/ Juan A. Arteaga*
Juan A. Arteaga (*pro hac vice*)
Crowell & Moring LLP
590 Madison Avenue
New York, New York 10022
(212) 803-4053
jarteaga@crowell.com