**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                        Plaintiffs,<br><br>      v.<br><br>GOOGLE LLC,<br><br>                        Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                        Plaintiffs,<br><br>      v.<br><br>GOOGLE LLC,<br><br>                        Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING NON-PARTY PETITIONERS PATRICK CHANG AND SAMSUNG NEXT LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Upon consideration of the motion of Non-Party Petitioners Patrick Chang and Samsung Next LLC to file under seal (the "Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**. Petitioners shall file public versions of the material appended to the Motion within two business days of this Order after meeting and conferring with the parties to determine whether any information should be redacted.

Date: _____

                                                                                   _____
                                                                                   Hon. Amit P. Mehta
                                                                                   United States District Judge