# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

## NON-PARTY PETITIONERS PATRICK CHANG AND SAMSUNG NEXT LLC'S MOTION TO QUASH TRIAL SUBPOENAS

Pursuant to Federal Rule of Civil Procedure 45, Non-Party Petitioners Patrick Chang and Samsung Next LLC (collectively, "Petitioners") respectfully move for an Order quashing the trial subpoenas that Plaintiffs have served on Mr. Chang. In support of their motion, Petitioners are submitting (i) a Memorandum of Law, dated August 18, 2023; (ii) the Declaration of Patrick Chang, dated August 17, 2023; and (iii) the Declaration of Juan A. Arteaga, dated August 18, 2023, and the exhibit attached thereto.

In accordance with Local Civil Rule 7(m), counsel for Petitioners conferred with counsel for the parties in the above captioned actions. Counsel for Plaintiffs have informed Petitioners

that they oppose this motion.  Counsel for Defendant Google LLC has informed Petitioners that they take no position on the motion.

During the meet and confer process, Petitioners and Plaintiffs agreed to a 10-page limit for Petitioners' opening brief and Plaintiffs' opposition brief and a 5-page limit for Petitioners' reply brief.  Petitioners and Plaintiffs also agreed to the following briefing schedule: (i) Petitioners' motion and supporting material due August 18, 2023; (ii) Plaintiffs' opposition and supporting material due August 25, 2023; and (iii) Petitioners' reply and supporting material due August 30, 2023.

Dated: August 18, 2023                                Respectfully submitted,

                                                          **CROWELL & MORING LLP**

By:  /s/ Juan A. Arteaga
      Juan A. Arteaga (*pro hac vice*)
      Rosa Morales (*pro hac vice pending*)
      590 Madison Avenue
      New York, New York 10022
      (212) 223-4000
      jarteaga@crowell.com
      rmorales@crowell.com

      *Attorneys for Non-Party Petitioners Patrick Chang and Samsung Next LLC*