# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                            Plaintiffs,<br><br>      v.<br><br>GOOGLE LLC,<br><br>                            Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                            Plaintiffs,<br><br>      v.<br><br>GOOGLE LLC,<br><br>                            Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

### DECLARATION OF JUAN A. ARTEAGA
### IN SUPPORT OF MOTION TO QUASH TRIAL SUBPOENAS

I, Juan A. Arteaga, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York. I am a partner in the law firm of Crowell & Moring LLP, counsel for Non-Party Petitioners Patrick Chang and Samsung Next LLC (collectively, "Petitioners") in connection with the above-captioned actions. I submit this declaration in support of Petitioners' Motion to Quash Trial Subpoenas. Unless otherwise stated, the matters set forth below are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the transcript of the videotaped deposition of Patrick Chang, which was conducted on April 21, 2022 and was

designated as Confidential Information or Highly Confidential Information under the governing Protective Order in the above-captioned actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 18, 2023, in New York, New York.

*/s/ Juan A. Arteaga*
Juan A. Arteaga
