**EXHIBIT A**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CASE NO. 1:20-CV-03010-APM

─────────────────────────────────────────────

ITED STATES OF AMERICA, et al.,

     Plaintiffs,

.

OGLE LLC,

     Defendant.

─────────────────────────────────────────────

CASE NO. 1:20-CV-03715-APM

─────────────────────────────────────────────

ATE OF COLORADO, et al.,

     Plaintiffs,

.

OGLE LLC,

     Defendant.

─────────────────────────────────────────────

2

VIDEO DEPOSITION OF

PATRICK CHANG

Conducted Remotely

Thursday, April 21, 2022

8:31 a.m. PDT

_____

ported by:  Elisabeth A. Lorenz:  RMR, CRR

b No. 841292

3

VIDEO DEPOSITION of

PATRICK CHANG, conducted remotely via Zoom:

Pursuant to notice, before

Elisabeth A. Lorenz, Registered Merit Reporter

and Certified Realtime Reporter.

147



148

THE WITNESS:  I mean, if we're talking about business agreements between Samsung and Google, you know, I was not involved in the business agreements between Samsung and Google.

149

152



153



BY MR. HERMANN:

Q       What are carrier agreements?

A       You know, from my understanding of

what carrier agreements are, were agreements

between the carriers and Google, which I have

not ever seen or know, really, about.

     Q    Were those the agreements that were

the sticky point?

           MR. SCHMIDTLEIN:  Objection to the

form.

           THE WITNESS:  You know, it -- I can

only speculate on what David Hwang believed were

sticky points, but this is what he believed were

sticky points, from the statement.

           BY MR. HERMANN:

     Q    Did you reach out to carriers?

     A    I believe I did reach out to

carriers, yes.

     Q    And what did you tell the carriers?

     A    I -- my contact with carriers were

very minimal.  You know, the main point of

contacts to carriers were people like David

Hwang and his team.  I think my outreach to

carriers were to my peers in those carriers to

see if they could help connect me with, you

know, decision-makers to help push these kind of

agreements that are approvals along.

156



157



158

159

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Q     What is the global Google

agreement?

A     You know, again, as I mentioned,

like, you know, I wasn't part of any of these,

you know, Google agreement discussions or, you

know, actually seen any of these agreements.

[redacted]

[redacted]

[redacted]

[redacted]

160



BY MR. HERMANN:

Q     Do you know if you could have done
this same launch that you did in India but in
the U.S. instead?

MR. ARTEAGA:  Objection to form.

THE WITNESS:  You know, I cannot
speculate on if, you know, it's something that
could or could not have happened. ████████

162



184



████████████████████████████████

████████████████

████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

████████████████

■      Q      And are you familiar with that 2020 agreement between Samsung and Google?

       A      I had no responsibility on that agreement between Samsung and Google.  The only thing I know about it is from a generalized high level since -- and what I was told secondhand from Jay Kim's team.

       Q      Were you in this meeting with Jay Kim?

       A      I was not in this meeting with Jay Kim.

       Q      Where did your information come from?

       A      My information came from a team

186

member of mine in Korea that was -- that I had

asked to hold this meeting with Jay Kim's team.

     Q     Which -- which team member?

     A     This team member is Harry Eun.



188



189

         A       This was someone on Jay Kim's team
that relayed the information to us.

         Q       Who?

         A       Yeah, so I don't recall the actual
name of the person.

190

191

192



193



          THE WITNESS:  Yeah, I did not see

the agreement itself, just copy-and-pasted

snippets, very, very small -- like a sentence or

two, or paragraph.

194



195



196



197



THE WITNESS:  You know, again, I --
I was not part of any of these Google agreements
or negotiations, nor have I, you know, seen the
agreement in its entirety or form.  You know, I
am only speculating based on the feedback we got

199

from the team and the feedback they gave us and

200



201



202

203

204



[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

            THE WITNESS:  So, you know, this

strong stance, what I was referring to was

solely based on what we were hearing from Jay

Kim's team.  And, you know, I personally have --

have no context of the actual strong stance.

This was solely based on what we were hearing

from Jay Kim's team, that they told us that

Google had a strong stance.



206



207

208

209



210



211



212



213



214



215



216

217



218

219



220



        Q       Were you at this meeting with Won

Jin with that you describe?

    A     No, I was not at this meeting.

    Q     And where did you get this
information?

    A     I got this information from Won
Jin's team.  Yeah.

    Q     Who on Won Jin's team gave you this
information?

    A     Dave McDowell and David Park and
the rest of the SEA team that was leading the
efforts between Won Jin's team and ███████

███████

    Q     So Dave McDowell and Dave Park
reported to you that Won Jin ████████████

██████████████████████████████████

███████████

    A     From my recollection, yes, they
were the source of that information.

    Q     And did you ever talk about
██████████ and user experience in your
conversations with Won Jin Lee?

    A     Yes.

Q       And what did Won Jin Lee tell you

in those conversations about the user experience

of the S Finder integrated with ███████████?

MR. SCHMIDTLEIN:  Objection to the

form.

THE WITNESS:  Well, you know, I

mean, my conversations with Won Jin Lee were

extremely high level.  We didn't get into

context.  He did not indicate to me personally

one way or another.  My conversations with him

were more alerting him that there was this

potential opportunity that could be very

interesting and, quote/unquote, lucrative for

him, and hence why his team was exploring these

opportunities.

223



227



228



229



230



231



232



233



234



235



238

239

       Q       Why did you put the word "complete"

in all caps?

       A       You know, at this time, the reason

I put "complete" in all caps because I heard

other news, which was secondhand knowledge from

Jay Kim's team that Google's reaction was the

opposite of what Brandon Hoffman had hoped for.

       Q       And Jay Kim's team was involved in

240

the negotiation with Google; is that correct?

    A    That is correct.

    Q    And what did you mean by a new redline?

    A    I just meant a new draft.

    Q    Draft of what?

    A    Draft of the agreement.

    Q    And where did you get that information?

    A    I got that from Jay Kim's team.

    Q    And Jay Kim's team was negotiating the Google agreement on behalf of Samsung?

    A    Correct.

241

    Q    What did you mean by "that went
backwards in all negotiations with Samsung"?

    A    You know, so I also got that from
Jay Kim's team.  Again, I was not in these
negotiations, so I only had these -- secondhand
knowledge.



242



256

257

BY MR. SCHMIDTLEIN:

    Q    Have you ever seen a fully executed
contract between Google and Samsung?

    A    I have not seen a fully executed
contract.

258

274



THE WITNESS:  To clarify that

question, you are talking about my primary point

of contact on the Google and Samsung negotiation

team?

BY MR. SCHMIDTLEIN:

Q      Correct.

275

     A     My point of contact was primarily

a -- you know, one of the junior individuals

that reported to Jay Kim.  I'm -- I know who

exactly the person is.  I am blanking on their

name because it's a Korean -- untypical for me,

because I'm not of Korean descent, of their

name, and I don't remember it off the top of my

head or the spelling of it.



276



278

279

BY MR. SCHMIDTLEIN:

    Q     And so the information that's
contained in here is coming to you via Mr. Yoon,
via Mr. Kim's team; is that right?

    A     Well, this meeting, per se, is
Mr. Yoon attending the meeting with Jay Kim and
his team.

    Q     Correct.

         But -- but Mr. Yoon doesn't have
personal knowledge of any of the dealings with
Google that are referenced in here, correct?

280

                MR. HERMANN:  Objection, form.

                THE WITNESS:  Correct.  They were

told to him by Jay Kim and his team.

                BY MR. SCHMIDTLEIN:

     Q      Right.

                So it's Mr. Kim and his team to

Mr. Yoon, to you, then into this email.

                Is that -- is that -- is that

correct?

                MR. HERMANN:  Objection, misstates

testimony.

                THE WITNESS:  This is a combination

of Jay Kim's junior person telling me, plus

Mr. Yoon telling me.

281