# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                        Plaintiffs,<br><br>      v.<br><br>GOOGLE LLC,<br><br>                        Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                        Plaintiffs,<br><br>      v.<br><br>GOOGLE LLC,<br><br>                        Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

## [PROPOSED] ORDER GRANTING NON-PARTY PETITIONERS PATRICK CHANG AND SAMSUNG NEXT LLC'S MOTION TO QUASH TRIAL SUBPOENAS

Upon consideration of Non-Party Petitioners Patrick Chang and Samsung Next LLC's Motion to Quash Trial Subpoenas and the supporting material, it is hereby **ORDERED** that the motion is **GRANTED**.

Date: _____

_____
Hon. Amit P. Mehta
United States District Judge