UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Third-Party Samsung Electronics America, Inc. ("SEA"), by and through its undersigned counsel, Jeane Thomas, a member of the Bar of this Court, respectfully moves that Rosa M. Morales be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1. Ms. Morales is a lawyer at Crowell & Moring LLP, 590 Madison Avenue, New York, NY 10022; telephone (212) 223-4000.

2. As set forth in the Declaration of Ms. Morales accompanying this motion, Ms. Morales is a member in good standing of the bar of the State of New York.

3. Ms. Morales has not been admitted *pro hac vice* in this Court in the past two years.

4. Ms. Morales does not engage in the practice of law from an office located in the District of Columbia, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

WHEREFORE, SEA, by and through its undersigned counsel, moves that this Court enter an Order permitting Rosa M. Morales to appear *pro hac vice* in the above-captioned action.

Dated: August 23, 2023

Respectfully submitted,
*/s/ Jeane Thomas*
Jeane Thomas (D.C. Bar # 432600)
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 624-2631
JThomas@crowell.com

*Counsel for Third-Party Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

      Pursuant to LCvR 5.3, I hereby certify that on August 23, 2023, I caused to be filed a copy of the foregoing Motion for Admission *Pro Hac Vice* to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

      */s/ Jeane Thomas*
      Jeane Thomas (D.C. Bar # 432600)