# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA et al.
)
Plaintiff(s)
)
)
vs.                                              )        Case Number:   1:20-cv-03010-APM
GOOGLE LLC                             )
)
Defendant(s)

## DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:  Rosa M. Morales

2. State bar membership number:  New York Bar #4538682

3. Business address, telephone and fax numbers:
   Crowell & Moring LLP, 590 Madison Ave, NY, NY 10022; 212.223.4000; 212.223.4134

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   New York State, E.D.N.Y., S.D.N.Y., Fed. Cir.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐    No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐    No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  zero

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?  No

9. Do you have a pending application for admission into USDC for the District of Columbia?  No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.  [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

8/23/2023

DATE                                             SIGNATURE OF ATTORNEY

# EXHIBIT A



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Rosa Marina Morales

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **December 12, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on August 22, 2023.*

Acting Clerk of the Court

CertID-00133746



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
ACTING CLERK OF THE COURT

KENNETH BAND
DEPUTY CLERKS

MELISSA KRAKOWSKI
WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

 An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

 An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

 New York State does not register attorneys as active or inactive.

 An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

 Bar examination history is available from the [New York State Board of Law Examiners](#).

 Instructions, forms and links are available on [this Court's website](#).

*[signature]*

Darrell M. Joseph
Acting Clerk of the Court

Revised August 2023