# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

# [PROPOSED] ORDER

Upon consideration of Third-Party Samsung Electronics America, Inc.'s Motion for Admission *Pro Hac Vice* for Rosa M. Morales, and the accompanying Declaration of Rosa M. Morales, it is hereby

**ORDERED** that Third-Party Samsung Electronics America, Inc.'s Motion for Admission *Pro Hac Vice* is **GRANTED**.

**SO ORDERED** this ___ day of _____, 2023.

_____
Hon. Amit P. Mehta
United States District Judge