UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, *et al.*, </br></br>      Plaintiffs, </br>v. </br></br>Google LLC, </br></br>      Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | </br></br></br>Case No. 1:20-CV-03010-APM |
| State of Colorado, *et al.*, </br></br>      Plaintiffs, </br>v. </br></br>Google LLC, </br></br>      Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | </br></br></br>Case No. 1:20-CV-03715-APM |

**NON-PARTY HOME DEPOT U.S.A., INC.'S SUBMISSION
REGARDING PROPOSED REDACTIONS**

Pursuant to the Court's August 14, 2023 Order, ECF No. 640, Non-Party Home Depot U.S.A., Inc. ("Home Depot") submits the following proposed redactions to documents produced by Home Depot that have been identified as trial exhibits by the United States of America.

There is no known dispute concerning Home Depot's proposed redactions. In accordance with the Court's directions, Home Depot conferred with counsel for the United States of America and confirmed the United States has no objection to Home Depot's proposed redactions, which are as follows:

#3569544v1

| Bates Number | Home Depot's Proposed Redactions |
|---|---|
| **HD_USA v. Google000005** | <u>Pivot Tab</u>: Redact all but chart reflecting percentages of ad spend.<br><u>Data Tab</u>: Redact entirely or seal. |
| **HD_USA v. Google000006** | <u>'009</u>: Redact dollar amount regarding online sales.<br><u>'012</u>: Redact text and items under "Item Buying Pods."<br><u>'016</u>: Redact dollar amounts.<br><u>'018</u>: Redact all numbers. |
| **HD_USA v. Google000214** | <u>'221</u>: Redact two references to and logo of data company.<br><u>'226</u>: Redact Lead Time, Pricing model, and Suggested Budget columns. |
| **HD_USA v. Google000237** | <u>'240</u>: Redact all numbers and percentages.<br><u>'241</u>: Redact chart and dollar amount.<br>Page 7: Redact chart, numbers, and percentages.<br><u>'244</u>: Redact all numbers and two charts under "Visit count."<br><u>'247</u>: Redact entirely. |
| **HD_USA v. Google000262** | <u>'262–264</u>: Redact all percentages.<br><u>'265</u>: Redact all percentages and both charts. |

Dated:  August 24, 2023

Respectfully submitted,

*/s/ Ronan P. Doherty*
Ronan P. Doherty
D.C. Bar No. 462419
doherty@bmelaw.com
**Bondurant, Mixson & Elmore, LLP**
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Telephone:  (404) 881-4100
Facsimile:  (404) 881-4111

*Attorney for Non-Party*
*Home Depot U.S.A., Inc.*

- 2 -

#3569544v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that **NON-PARTY HOME DEPOT U.S.A., INC.'S SUBMISSION REGARDING PROPOSED REDACTIONS** was filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This 24th day of August, 2023.

>*/s/ Ronan P. Doherty*
>Ronan P. Doherty
>D.C. No. 462419