# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rosa M. Morales of the law firm of Crowell & Moring LLP, who is admitted to practice in this Court *pro hac vice*, hereby appears as counsel of record for Third-Party Samsung Electronics America, Inc. in the above-captioned matter.

Dated: August 28, 2023

Respectfully submitted,
*/s/ Rosa M. Morales*
Rosa M. Morales (*admitted pro hac vice*)
Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022
(212) 223-4000
rmorales@crowell.com

*Counsel for Third-Party Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

      Pursuant to LCvR 5.3, I hereby certify that on August 28, 2023, I caused to be filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

/s/ Rosa M. Morales
Rosa M. Morales (*admitted pro hac vice*)