**HIGHLY CONFIDENTIAL – SEALED FILING**

# EXHIBIT 4

**Filed Under Seal and Subject to Stipulated Protective Order in**
*United States, et al. v. Google LLC,* **No. 20-cv-3010-APM**
*State of Colorado, et al. v. Google LLC,* **No. 20-cv-3715-APM**