**HIGHLY CONFIDENTIAL – SEALED FILING**

# EXHIBIT 6

**Filed Under Seal and Subject to Stipulated Protective Order in**
***United States, et al. v. Google LLC,*** **No. 20-cv-3010-APM**
***State of Colorado, et al. v. Google LLC,*** **No. 20-cv-3715-APM**