IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                    Plaintiffs,<br>v.<br>Google LLC,<br>                    Defendant. | Case No. 1:20-cv-03010 (APM) |
| State of Colorado, *et al.*,<br><br>                      Plaintiffs,<br>v.<br>Google LLC,<br>                    Defendant. | Case No. 1:20-cv-03715 (APM) |

**NON-PARTY DUCK DUCK GO, INC.'S STATEMENT REGARDING PROPOSED
REDACTIONS OF POTENTIAL TRIAL EXHIBITS**

In advance of the September 1, 2023 pretrial conference, non-party Duck Duck Go, Inc. ("DuckDuckGo") respectfully submits this statement regarding redactions to nine exhibits on which Plaintiffs have advised DuckDuckGo they plan to rely at trial.

Plaintiffs have advised DuckDuckGo that they are submitting to the Court both Plaintiffs' and DuckDuckGo's sets of proposed redactions to these exhibits--the same exhibits described in DuckDuckGo's August 9, 2023 Position Statement, ECF No. 637-1, also attached as **Exhibit A** ("August 9 Position Statement"). In accordance with the Court's August 14, 2023 Order, ECF No. 640, Plaintiffs identified for DuckDuckGo the portions of their potential trial exhibits that may contain confidential business information, and proposed minimal redactions. In responding to Plaintiffs with its own proposed redactions, DuckDuckGo carefully reviewed

1

the documents and proposed the minimum redactions necessary to protect its confidential information and prevent competitive harm to it and other non-parties. DuckDuckGo's proposed redactions are consistent with, and intended to address, the objections set forth in its August 9 Position Statement.

| | |
|---|---|
| Dated: August 30, 2023<br>Washington, DC | Respectfully submitted,<br><br>/s/ Ronald F. Wick<br>**COHEN & GRESSER LLP**<br><br>Melissa H. Maxman (D.C. Bar No. 426231)<br>Ronald F. Wick (D.C. Bar No. 439737)<br>2001 Pennsylvania Ave, NW<br>Suite 300<br>Washington, DC 20006<br>Phone: (202) 851-2070<br>Email: mmaxman@cohengresser.com<br>rwick@cohengresser.com<br><br>*Counsel for Non-Party Duck Duck Go, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2023, the foregoing Non-Party Duck Duck Go, Inc.'s Statement Regarding Proposed Redactions of Potential Trial Exhibits and the exhibit were electronically filed using the CM/ECF system.

/s/ Ronald F. Wick