# Pls. Ex. A

**Rosengart, Michael (ATR)**

| | |
|---|---|
| **From:** | Rosengart, Michael (ATR) |
| **Sent:** | Thursday, June 22, 2023 6:11 PM |
| **To:** | Lent, Karen Hoffman; Sunshine, Steven C; Travers, Ryan J; Lanci, Michael A |
| **Cc:** | Jones, Matthew (ATR); Bellshaw, Meagan (ATR); Conrad, Joseph; 'McKinley, Matt' |
| **Subject:** | RE: U.S. v. Google (1:20-cv-03010-APM) - Trial |

Karen:

Following up on my message below, DOJ plans to include Mr. Cue and Mr. Giannandrea on the witness list that will be exchanged with Google this evening. This is an initial witness list. The final witness list is due on August 1, and I will follow up closer to that time with any updates concerning any changes, subpoenas, or trial dates.

Kind regards,
Michael


**Michael Rosengart**
Trial Attorney
United States Department of Justice | Antitrust Division
Michael.Rosengart@usdoj.gov | (202) 538-1705

**From:** Rosengart, Michael (ATR)
**Sent:** Wednesday, April 12, 2023 3:54 PM
**To:** Lent, Karen Hoffman <Karen.Lent@skadden.com>; Sunshine, Steven C <Steve.Sunshine@skadden.com>; Travers, Ryan J <Ryan.Travers@skadden.com>; Lanci, Michael A <Michael.Lanci@skadden.com>
**Cc:** Jones, Matthew (ATR) <Matthew.Jones3@usdoj.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Conrad, Joseph <joseph.conrad@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>
**Subject:** U.S. v. Google (1:20-cv-03010-APM) - Trial

Karen,

As you likely know, trial in *U.S. v. Google* (1:20-cv-03010-APM) is scheduled to begin on September 12, 2023, in the DC District Court. We have identified Apple employees Eduardo Cue, John Giannandrea, and Adrian Perica as potential witnesses at trial. We are reaching out to you in advance of the trial date to ensure that we provide ample notice of a likely subpoena.

We do not yet know how long trial will last, so we cannot give much information on the anticipated length of or precise date of their testimony, but we will provide additional information as we learn more.

If helpful, we can be available to discuss further.

Kind regards,
Michael

1

**Michael Rosengart**
Trial Attorney
United States Department of Justice | Antitrust Division
Michael.Rosengart@usdoj.gov | (202) 538-1705