## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2023, the foregoing Plaintiffs' Opposition to Non-Party Petitioner Apple Inc.'s Motion to Quash Trial Subpoenas was filed electronically under seal using the CM/ECF system and sent electronically to the counsel of record identified in the Amended Case Management Order entered in this case on February 3, 2021 (ECF Nos. 108-1 and 141).

Dated: August 25, 2023

By:    */s/ Karl E. Herrmann*
Karl E. Herrmann
U.S. Department of Justice, Antitrust Division
Technology and Digital Platforms Section
450 Fifth Street, NW
Washington, DC 20001
Telephone: (202) 476-0316
Karl.herrmann@usdoj.gov

*Counsel for Plaintiff United States of America*