# EXHIBIT B

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CASE NO. 1:20-CV-03010-APM
_____

ITED STATES OF AMERICA, et al.,

      Plaintiffs,

.

OGLE LLC,

      Defendant.
_____

CASE NO. 1:20-CV-03715-APM
_____

ATE OF COLORADO, et al.,

      Plaintiffs,

.

OGLE LLC,

      Defendant.

_____

2

VIDEO DEPOSITION OF

PATRICK CHANG

Conducted Remotely

Thursday, April 21, 2022

8:31 a.m. PDT

_____

ported by:  Elisabeth A. Lorenz:  RMR, CRR

b No. 841292

83



84

85

86



300

301

302



303

304

305

306

307



308

309

310

311

312

313

314

