IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>**GOOGLE, LLC**,<br><br>    Defendant. | Case No. 1:20-cv-3010<br><br>HON. AMIT P. MEHTA |
| **STATE OF COLORADO**, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>**GOOGLE, LLC**,<br><br>    Defendant. | Case No. 20-cv-03715<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING MOTION OF THIRD PARTIES AMERICAN ECONOMIC LIBERTIES PROJECT, DEMAND PROGRESS, OPEN MARKETS INSTITUTE, AND REVOLVING DOOR PROJECT TO INTERVENE FOR THE LIMITED PURPOSE OF SEEKING PUBLIC AUDIO FEED OF TRIAL**

Upon consideration of third parties American Economic Liberties Project, Demand Progress, Open Markets Institute, and Revolving Door Project's (collectively, "Movants") Motion to Intervene for the Limited Purpose of Seeking Public Audio Feed of Trial, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that:

1.      Movants are GRANTED permission to intervene in the above-captioned matters, pursuant to Fed. R. Civ. P. 24(b), for the limited purpose of requesting a publicly available audio

feed of the unsealed portions of trial of the above-captioned matters, which is scheduled to commence on September 12, 2023;

2. A publicly available audio feed of the unsealed portions of the trial will effectuate the public right of access to judicial proceedings, so MOVANTS' request for the same is therefore GRANTED; and

3. The Clerk of Court is directed to take appropriate action to effectuate this order prior to the commencement of trial on September 12, 2023.

Dated:_____, 2023

                                                          HON. AMIT P. MEHTA
                                                          U.S. District Court Judge

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that on August 31, 2023, I caused to be filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

*s/ Katherine Van Dyck*
Katherine Van Dyck