## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

United States of America, *et al*.,

                     Plaintiff,

          - against -

Google LLC,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 1:20-cv-03010-APM

### DECLARATION OF RYAN J. TRAVERS IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

I, Ryan J. Travers, hereby declare:

1.     I am counsel for Non-Party Petitioner Apple Inc. in the above-captioned action.  I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2.     My full name is Ryan J. Travers.

3.     I am an attorney with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP.  My office address is 1440 New York Avenue, N.W., Washington, D.C. 20005.  My telephone number is (202) 371-7347.  My email address is ryan.travers@skadden.com.

4.     I am admitted and a member in good standing of the D.C. Bar.

5.     I have never been disciplined by any bar.

6.     Within the last two years, I have not been admitted *pro hac vice* in this Court.

7.     I do engage in the practice of law from an office located in the District of Columbia.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed on this

1st day of September, 2023 in Washington, D.C.

Ryan J. Travers