**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

United States of America, *et al.*,

                Plaintiff,

      - against -                Case No. 1:20-cv-03010-APM

Google LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF**
**RYAN J. TRAVERS**

Upon consideration of the motion of Apple Inc., seeking the admission *pro hac vice* of Ryan J. Travers and the Declaration of Ryan J. Travers submitted in support of the Motion, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Ryan J. Travers is GRANTED.

                                                    _____
                                                    Hon. Amit P. Mehta
                                                    United States District Judge