IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

                       Plaintiffs,

v.

GOOGLE LLC,

                       Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

**MOTION TO WITHDRAW**

Comes now Assistant Attorney General Stephen M. Hoeplinger, and moves to withdraw as counsel for Plaintiff State of Missouri in this matter. Mr. Hoeplinger's employment with the Missouri Attorney General's Office has ended, and the State will continue to be represented in this matter by other attorneys.

Dated: September 1, 2023                                         Respectfully submitted,

                                                                   By:   */s/ Stephen M. Hoeplinger*
                                                                   Stephen M. Hoeplinger (*pro hac vice*)
                                                                   Missouri Attorney General's Office
                                                                   815 Olive Street, Suite 200
                                                                   St. Louis, MO 63101
                                                                   Telephone: (314) 340-7849
                                                                   Stephen.hoeplinger@ago.mo.gov

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 1, 2023, the foregoing was electronically filed with the Court's CM/ECF system, which served a copy on all counsel of record.

*/s/ Stephen M. Hoeplinger*