# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-cv-3715 (APM) |

## ORDER

Consistent with the Pretrial Conference held on September 1, 2023, the court hereby orders as follows:

1. Confidentiality

    a. Plaintiffs shall identify those portions of the exhibits that they anticipate presenting during the first two weeks of trial, including during the opening statement.

    b. Defendant shall review the exemplars submitted to the Court, ECF Nos. 673-2–673-19 & 674-1–674-19, and reassess its confidentiality designations based on the court's guidance.

  c. Both parties shall meet and confer no later than **Wednesday, September 6, 2023**, to resolve disputes regarding the confidentiality of Plaintiffs' trial exhibits that will be presented during the first two weeks.

  d. If outstanding disputes remain, the parties shall promptly contact the court and identify the specific portions of the records subject to dispute and each party's position on the disputed portion of the record.

2. Defendant shall respond to Plaintiffs regarding the Joint Exhibit List no later than **Wednesday, September 6, 2023**.

Dated: September 4, 2023

                Amit P. Mehta
                United States District Court Judge