UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. )<br>) | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. )<br>) | Case No. 20-cv-3715 (APM) |

**ORDER**

For the reasons stated on the record during the Pretrial Conference held on September 1, 2023, the court rules as follows with respect to the parties' pending motions and the third-parties' motions to quash.

1. Google's Motion *in Limine* to Preclude Evidence, Testimony, or Argument Concerning Abandoned Conduct Allegations, ECF No. 620, is granted in part, denied in part, and deferred in part. The motion is (a) denied as to Google's Android Compatibility Commitments or Anti-Fragmentation Agreements; (b) granted as to Google's Android Operating System design decisions because that evidence is not clearly relevant to Plaintiffs' trial claims; and (c) deferred for further consideration as to Google's Assistant or Internet of Things practices.

2.  Google's Motion *in Limine* to Preclude Evidence Concerning Microsoft Corp.'s Purported Estimate of Revenue from SEM Tool Feature Development, ECF No. 621, is denied.

3.  Plaintiffs' Motion *in Limine* to Exclude Evidence of Purported Benefits from Outside Relevant Markets, ECF No. 622, is denied.

4.  Plaintiffs' Motion *in Limine* to Limit Google's Ability to Use Evidence of Product Quality as a Complete Defense to Liability, ECF No. 623, is denied.

5.  The Non-Parties' Motions to Quash Trial Subpoenas, ECF Nos. 643 & 652-2, are denied.

Date:  September 4, 2023

Amit P. Mehta
United States District Judge