# FIGURE 1*



Figure 20: Total Query Volume on Selected Search Engines for Google's Top 25 Non-Navigational Shopping Queries

---

* From p. 95 of the Expert Report of Mark A. Israel dated June 4, 2022 ("Israel Report").

# FIGURE 2*



Figure 22: Total Query Volume on Selected Search Engines for Google's Top 25 Non-Navigational Local Queries

---

* From p. 102 of the Israel Report.

# FIGURE 3*



Figure 15: GSE and SVP Traffic Shares

---

* From p. 59 of the Israel Report.

# FIGURE 4[*]



Figure 16: Share of U.S. Digital Advertising Revenue, by Company, 2008-2021

---

[*] From p. 62 of the Israel Report.

# FIGURE 5*



Figure 8: Google Search Query Volume, 2011-2021

---

* From p. 47 of the Israel Report.

# **FIGURE 6**[*]



Figure 11: Digital Advertising Relative to Expectations, 2008-2021

---

[*] From p. 52 of the Israel Report.