AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-3010 |
| Google, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Digital Content Next                                                                                    .

Date:   09/10/2023

_____
*Attorney's signature*

David C. Kully (448763)
*Printed name and bar number*
Holland & Knight LLP
800 17th St., NW; Suite 1100
Washington, DC 20006

_____
*Address*

david.kully@hklaw.com
*E-mail address*

(202) 469-5415
*Telephone number*

(202) 955-5564
*FAX number*