AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America, et al., )
*Plaintiff* )
v. ) Case No. 1:20-cv-03010-APM
Google LLC )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Illinois.

Date: 09/08/2023

/s/ Jennifer M. Coronel
*Attorney's signature*

Jennifer M. Coronel (IL 6317278)
*Printed name and bar number*
Office of the Illinois Attorney General
100 W. Randolph St.
Chicago, IL 60601

*Address*

Jennifer.Coronel@ilag.gov
*E-mail address*

(773) 758-4634
*Telephone number*

(312) 814-4209
*FAX number*