AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Kentucky.

Date: 09/11/2023

/s/ Jonathan E. Farmer
*Attorney's signature*

Jonathan E. Farmer (KY: 91999)
*Printed name and bar number*

Office of the Attorney General of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
*Address*

jonathan.farmer@ky.gov
*E-mail address*

(502) 696-5448
*Telephone number*

(502) 564-2894
*FAX number*