AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia  ▼

| | |
|---|---|
| United States of America, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-03010-APM |
| Google LLC, ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Apple Inc.                                                                                        .

Date: 09/12/2023

/s/ Ryan J. Travers
*Attorney's signature*

Ryan J. Travers (D.C. Bar # 1044139)
*Printed name and bar number*

Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

*Address*

ryan.travers@skadden.com
*E-mail address*

(202) 371-7347
*Telephone number*

(202) 661-8347
*FAX number*