UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------

United States of America, *et al.*,

          Plaintiff,

   - against -                     Case No. 1:20-cv-03010-APM

Google LLC,

          Defendant.

------------------------------------

### DECLARATION OF BRADLEY J. PIERSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Bradley J. Pierson, hereby declare:

1. I am counsel for Non-Party Petitioner Apple Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Bradley James Pierson.

3. I am an attorney with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP. My office address is One Manhattan West, New York, NY 10001. My telephone number is (212) 735-3309. My email address is Bradley.pierson@skadden.com.

4. I am admitted and a member in good standing of the New York State Bar.

5. I have never been disciplined by any bar.

6. Within the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do engage in the practice of law from an office located in the State of New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of September, 2023 in Washington, D.C.

_____  9/13/2023
Bradley J. Pierson

3