UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

United States of America, *et al.*,

                Plaintiff,

    - against -

Google LLC,

                Defendant.

Case No. 1:20-cv-03010-APM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF BRADLEY J. PIERSON**

Upon consideration of the motion of Apple Inc., seeking the admission *pro hac vice* of Bradley J. Pierson and the Declaration of Bradley J. Pierson submitted in support of the Motion, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Bradley J. Pierson is GRANTED.

 

_____
Hon. Amit P. Mehta
United States District Judge