# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

United States of America, *et al*.,

                Plaintiff,

    - against -                         Case No. 1:20-cv-03010-APM

Google LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NON-PARTY PETITIONER APPLE INC.'S MOTION FOR
## ADMISSION *PRO HAC VICE* OF MICHAEL A. LANCI

Pursuant to Local Civil Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of Michael A. Lanci *pro hac vice* in the above-referenced action as counsel for Non-Party Petitioner Apple Inc.

This motion is supported by the Declaration of Michael A. Lanci, which is filed herewith. As set forth in Mr. Lanci's declaration, he is admitted, practicing, and a member of good standing of the New York State Bar. This motion is supported and signed by Steven C. Sunshine, an active and sponsoring member of the Bar of this Court.

Dated: September 13, 2023                    Respectfully submitted,

                                                          /s/ Steven C. Sunshine
                                                          Steven C. Sunshine
                                                          D.C. Bar # 450078
                                                          Skadden, Arps, Slate, Meagher & Flom LLP
                                                          1440 New York Avenue, N.W.
                                                          Washington, DC 20005
                                                          (202) 371-7860
                                                          steve.sunshine@skadden.com