UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

United States of America, *et al.*,

                Plaintiff,

      - against -                Case No. 1:20-cv-03010-APM

Google LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DECLARATION OF MICHAEL A. LANCI IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Michael A. Lanci, hereby declare:

1.     I am counsel for Non-Party Petitioner Apple Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2.     My full name is Michael A. Lanci.

3.     I am an attorney with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP. My office address is 1 Manhattan West, New York, NY 10001-8600. My telephone number is (212) 735-3423. My email address is michael.lanci@skadden.com.

4.     I am admitted and a member in good standing of the New York State Bar.

5.     I have never been disciplined by any bar.

6.     Within the last two years, I have not been admitted *pro hac vice* in this Court.

7.     I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of September, 2023 in New York, NY.

*Michael Lanci*
Michael A. Lanci