UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------

United States of America, *et al.*,

                Plaintiff,

    - against -                    Case No. 1:20-cv-03010-APM

Google LLC,

                Defendant.

----------------------------------

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF
MICHAEL A. LANCI**

Upon consideration of the motion of Apple Inc. seeking the admission *pro hac vice* of Michael A. Lanci and the Declaration of Michael A. Lanci submitted in support of the Motion, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Michael A. Lanci is GRANTED.

 

_____
Hon. Amit P. Mehta
United States District Judge