**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

United States of America, *et al.*,

                      Plaintiff,

       - against -                   Case No. 1:20-cv-03010-APM

Google LLC,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DECLARATION OF ANDREW J. SHANAHAN IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Andrew J. Shanahan, hereby declare:

1.      I am counsel for Non-Party Petitioner Apple Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2.      My full name is Andrew J. Shanahan.

3.      I am an attorney with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP. My office address is 1 Manhattan West, New York, NY, 10001. My telephone number is (212) 735-2996. My email address is andrew.shanahan@skadden.com.

4.      I am admitted and a member in good standing of the New York State Bar.

5.      I have never been disciplined by any bar.

6.      Within the last two years, I have not been admitted *pro hac vice* in this Court.

7.      I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

13th day of September, 2023 in New York, N.Y.

Andrew J. Shanahan