UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

United States of America, *et al.*,

    Plaintiff,

 - against -      Case No. 1:20-cv-03010-APM

Google LLC,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF**
**ANDREW J. SHANAHAN**

Upon consideration of the motion of Apple Inc., seeking the admission *pro hac vice* of Andrew J. Shanahan and the Declaration of Andrew J. Shanahan submitted in support of the Motion, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Andrew J. Shanahan is GRANTED.

               _____
               Hon. Amit P. Mehta
               United States District Judge