IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**, et al.,

    Plaintiffs,

v.

**GOOGLE LLC,**

    Defendant.

Case No. 1:20-cv-03010-APM
Honorable Amit P. Mehta

---

**STATE OF COLORADO**, et al.,

    Plaintiffs,

v.

**GOOGLE LLC,**

    Defendant.

Case No. 1:20-cv-03715
Honorable Amit P. Mehta

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(b), Tanya L. Godfrey has withdrawn as counsel of record for Plaintiff, State of West Virginia in State of Colorado, et al., v. Google LLC, Case No. 1:20-cv-03715. Ms. Godfrey is no longer employed by the West Virginia Attorney General's Office. West Virginia will continue to be represented by Douglas L. Davis.

Dated: September 13, 2023　　　　　　Respectfully submitted,

By: */s/Douglas L. Davis*
Douglas L. Davis (*pro hac vice*)
Senior Assistant Attorney General
Office of the West Virginia Attorney General
Consumer Protection & Antitrust Division
PO Box 1789
Charleston, WV 25326
304-558-8986
Douglas.L.Davis@wvago.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

State of Colorado, et al.

           Plaintiffs,

v.                                                                      Case No. 1:20-cv-03715
                                                Honorable Amit P. Mehta

Google LLC,

           Defendant.

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.6(b), Tanya L. Godfrey gives notice of her withdrawal as counsel of record for Plaintiff, State of West Virginia in the above-captioned matter. West Virginia will continue to be represented by Douglas L. Davis.

Dated: September 29, 2022                    Respectfully submitted,

                                                            By: */s/Tanya L. Godfrey*
                                                            Tanya L. Godfrey
                                                           Assistant Attorney General
                                                           Office of the West Virginia Attorney General
                                                           Consumer Protection & Antitrust Division
                                                           PO Box 1789
                                                           Charleston, WV 25326
                                                           304-558-8986
                                                           Tanya.L.Godfrey@wvago.gov
                                                           DC Bar No. 1016435

                                                           By: */s/Douglas L. Davis*
                                                           Douglas L. Davis
                                                           Senior Assistant Attorney General
                                                           Office of the West Virginia Attorney General
                                                           Consumer Protection & Antitrust Division
                                                           PO Box 1789
                                                           Charleston, WV 25326
                                                           304-558-8986
                                                           Douglas.L.Davis@wvago.gov

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Withdrawal of Counsel with the Clerk of the Court by using the Court's CM/ECF electronic filing system. Participants in this case who are registered electronic filing system users will be served by the Court's EM/ECF system.

Dated this 29th day of September, 2022.

*/s/Tanya L. Godfrey*
Tanya L. Godfrey
Assistant Attorney General

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Withdrawal of Counsel with the Clerk of the Court by using the Court's CM/ECF electronic filing system. Participants in this case who are registered electronic filing system users will be served by the Court's EM/ECF system.

Dated this 13th day of September, 2023.

/s/ Douglas L. Davis
Douglas L. Davis
Senior Assistant Attorney General