AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New York                                                                                            .

Date:      09/13/2023

/s/ Christopher Michael D'Angelo
*Attorney's signature*

Christopher Michael D'Angelo (D.C. Bar No. 502220)
*Printed name and bar number*

Office of the Attorney General
28 Liberty Street
New York, NY 10005

*Address*

nyag.pressoffice@ag.ny.gov
*E-mail address*

(212) 416-8050
*Telephone number*

*FAX number*