AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                                .

Date:     09/14/2023                                                         /s/ Aaron D. Hoag
                                                                                    *Attorney's signature*

                                                                                    Aaron D. Hoag
                                                                                    *Printed name and bar number*

                                                                                    U.S. Department of Justice
                                                                                    Antitrust Division
                                                                                    450 Fifth Street, NW, Suite 7100
                                                                                    Washington, DC 20530
                                                                                    *Address*

                                                                                    aaron.hoag@usdoj.gov
                                                                                    *E-mail address*

                                                                                    (202) 307-6200
                                                                                    *Telephone number*

                                                                                    (202) 616-8544
                                                                                    *FAX number*