AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Apple Inc.                                                                                     .

Date:   9/14/2023

/s/ Andrew J. Shanahan
*Attorney's signature*

Andrew Shanahan (N.Y. Bar # 5762356)
*Printed name and bar number*
Skadden, Arps, Slate, Meagher & Flom LLP
One Mahattan West
New York, NY 10001

*Address*

andrew.shanahan@skadden.com
*E-mail address*

(212) 735-2996
*Telephone number*

(917) 777-2996
*FAX number*