AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

UNITED STATES OF AMERICA et al )
*Plaintiff* )
v. ) Case No. 1:20-cv-03010-APM
GOOGLE LLC )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Commonwealth of Pennsylvania                                                                .

Date:    09/12/2023

*Attorney's signature*

Norman W. Marden PA 203423
*Printed name and bar number*
Pennsylvania Office of Attorney General
Antitrust Section
Strawberry Square, 14th Floor
Harrisburg, PA 17120

*Address*

nmarden@attorneygeneral.gov
*E-mail address*

(717) 787-4530
*Telephone number*

(717) 787-1190
*FAX number*