IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

### PLAINTIFFS' NOTICE OF EXHIBITS ADMITTED INTO EVIDENCE IN BULK

Plaintiffs submit this Notice to provide lists of exhibits admitted into evidence at the trial in this matter in bulk (i.e. without a live witness). The lists include:

1. **Exhibit A:** Documents included on Plaintiffs' final trial exhibit list and offered without objection, which were admitted on September 12, 2023, Trial Tr. 137:3–4; and

2. **Exhibit B:** Documents included on the parties' joint exhibit list, which were admitted on September 12, 2023, Trial Tr. 137:4–6.

Please note that the list provided to the Court on September 12, 2023 of Plaintiffs' exhibits offered without objection inadvertently included exhibit numbers for exhibits that had been removed from Plaintiffs' exhibit list and were therefore blank entries. The version of Exhibit A attached hereto corrects that error. A redline showing the changes is attached as **Exhibit C**. The edits do not remove any exhibit from evidence (or add any exhibit), as the numbers that have been removed are not associated with any exhibit currently on Plaintiffs' exhibit list.

| | |
|---|---|
| Dated: September 22, 2023 | Respectfully submitted, |
| | /s/ Kenneth M. Dintzer<br>Kenneth M. Dintzer<br>Karl E. Herrmann (D.C. Bar #1022464)<br>Michael G. McLellan (D.C. Bar #489217)<br>U.S. Department of Justice<br>Antitrust Division<br>Technology & Digital Platforms Section<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 227-1967<br>Kenneth.Dintzer2@usdoj.gov<br><br>*Counsel for Plaintiff United States of America* |