# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

        Plaintiffs,

v.

GOOGLE LLC,

        Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

STATE OF COLORADO, *et al.*,

        Plaintiffs,

v.

GOOGLE LLC,

        Defendant.

Case No. 1:20-cv-03715-APM

HON. AMIT P. MEHTA

**UNITED STATES PLAINTIFFS' EXHIBITS OFFERED WITHOUT OBJECTION**

DOJ Plaintiffs offer the trial exhibits listed below for admission into evidence. Defendant Google has not lodged any objections to the exhibits listed below.

| | | | |
|---|---|---|---|
| UPX0001 | UPX0002 | UPX0003 | UPX0004 |
| UPX0005 | UPX0007 | UPX0008 | UPX0009 |
| UPX0010 | UPX0011 | UPX0012 | UPX0013 |
| UPX0015 | UPX0017 | UPX0018 | UPX0019 |
| UPX0020 | UPX0021 | UPX0022 | UPX0023 |
| UPX0024 | UPX0025 | UPX0026 | UPX0027 |
| UPX0028 | UPX0029 | UPX0030 | UPX0031 |

| | | | |
|---|---|---|---|
| UPX0032 | UPX0033 | UPX0034 | UPX0035 |
| UPX0036 | UPX0037 | UPX0039 | UPX0040 |
| UPX0041 | UPX0043 | UPX0045 | UPX0046 |
| UPX0047 | UPX0048 | UPX0049 | UPX0050 |
| UPX0051 | UPX0053 | UPX0056 | UPX0057 |
| UPX0058 | UPX0059 | UPX0060 | UPX0062 |
| UPX0066 | UPX0067 | UPX0068 | UPX0069 |
| UPX0070 | UPX0071 | UPX0073 | UPX0074 |
| UPX0075 | UPX0076 | UPX0079 | UPX0082 |
| UPX0083 | UPX0084 | UPX0085 | UPX0086 |
| UPX0087 | UPX0089 | UPX0091 | UPX0092 |
| UPX0093 | UPX0095 | UPX0097 | UPX0098 |
| UPX0099 | UPX0100 | UPX0101 | UPX0102 |
| UPX0103 | UPX0104 | UPX0110 | UPX0115 |
| UPX0116 | UPX0117 | UPX0118 | UPX0119 |
| UPX0120 | UPX0121 | UPX0122 | UPX0123 |
| UPX0124 | UPX0125 | UPX0127 | UPX0128 |
| UPX0129 | UPX0131 | UPX0133 | UPX0136 |
| UPX0137 | UPX0138 | UPX0139 | UPX0140 |
| UPX0141 | UPX0142 | UPX0143 | UPX0144 |
| UPX0145 | UPX0146 | UPX0147 | UPX0148 |
| UPX0149 | UPX0150 | UPX0151 | UPX0152 |
| UPX0153 | UPX0154 | UPX0159 | UPX0160 |

| | | | |
|---|---|---|---|
| UPX0161 | UPX0162 | UPX0163 | UPX0165 |
| UPX0166 | UPX0167 | UPX0168 | UPX0169 |
| UPX0171 | UPX0173 | UPX0175 | UPX0176 |
| UPX0178 | UPX0179 | UPX0180 | UPX0181 |
| UPX0184 | UPX0189 | UPX0190 | UPX0191 |
| UPX0192 | UPX0193 | UPX0194 | UPX0195 |
| UPX0196 | UPX0197 | UPX0198 | UPX0200 |
| UPX0201 | UPX0202 | UPX0203 | UPX0204 |
| UPX0205 | UPX0206 | UPX0208 | UPX0209 |
| UPX0210 | UPX0211 | UPX0212 | UPX0213 |
| UPX0214 | UPX0215 | UPX0216 | UPX0217 |
| UPX0218 | UPX0219 | UPX0220 | UPX0221 |
| UPX0222 | UPX0223 | UPX0225 | UPX0226 |
| UPX0227 | UPX0228 | UPX0229 | UPX0230 |
| UPX0231 | UPX0232 | UPX0235 | UPX0237 |
| UPX0239 | UPX0243 | UPX0247 | UPX0248 |
| UPX0249 | UPX0251 | UPX0252 | UPX0254 |
| UPX0255 | UPX0256 | UPX0257 | UPX0259 |
| UPX0260 | UPX0262 | UPX0263 | UPX0265 |
| UPX0266 | UPX0268 | UPX0273 | UPX0274 |
| UPX0275 | UPX0276 | UPX0277 | UPX0282 |
| UPX0283 | UPX0284 | UPX0286 | UPX0287 |
| UPX0289 | UPX0291 | UPX0293 | UPX0294 |

| | | | |
|---|---|---|---|
| UPX0296 | UPX0297 | UPX0302 | UPX0303 |
| UPX0307 | UPX0309 | UPX0310 | UPX0311 |
| UPX0312 | UPX0316 | UPX0317 | UPX0318 |
| UPX0319 | UPX0320 | UPX0322 | UPX0323 |
| UPX0325 | UPX0326 | UPX0327 | UPX0329 |
| UPX0330 | UPX0331 | UPX0332 | UPX0333 |
| UPX0334 | UPX0335 | UPX0336 | UPX0338 |
| UPX0339 | UPX0340 | UPX0341 | UPX0342 |
| UPX0343 | UPX0345 | UPX0346 | UPX0347 |
| UPX0348 | UPX0349 | UPX0350 | UPX0351 |
| UPX0352 | UPX0353 | UPX0354 | UPX0355 |
| UPX0356 | UPX0357 | UPX0358 | UPX0359 |
| UPX0360 | UPX0361 | UPX0362 | UPX0363 |
| UPX0364 | UPX0365 | UPX0366 | UPX0367 |
| UPX0368 | UPX0369 | UPX0370 | UPX0371 |
| UPX0372 | UPX0373 | UPX0374 | UPX0375 |
| UPX0376 | UPX0377 | UPX0378 | UPX0379 |
| UPX0380 | UPX0381 | UPX0382 | UPX0383 |
| UPX0384 | UPX0385 | UPX0386 | UPX0387 |
| UPX0388 | UPX0389 | UPX0390 | UPX0391 |
| UPX0392 | UPX0393 | UPX0394 | UPX0395 |
| UPX0396 | UPX0397 | UPX0398 | UPX0399 |
| UPX0400 | UPX0401 | UPX0402 | UPX0403 |

| | | | |
|---|---|---|---|
| UPX0404 | UPX0405 | UPX0406 | UPX0407 |
| UPX0411 | UPX0412 | UPX0413 | UPX0414 |
| UPX0415 | UPX0416 | UPX0417 | UPX0418 |
| UPX0419 | UPX0420 | UPX0421 | UPX0422 |
| UPX0423 | UPX0424 | UPX0425 | UPX0428 |
| UPX0429 | UPX0430 | UPX0431 | UPX0432 |
| UPX0433 | UPX0434 | UPX0436 | UPX0437 |
| UPX0438 | UPX0440 | UPX0442 | UPX0443 |
| UPX0444 | UPX0445 | UPX0446 | UPX0448 |
| UPX0451 | UPX0452 | UPX0453 | UPX0454 |
| UPX0456 | UPX0457 | UPX0458 | UPX0459 |
| UPX0461 | UPX0463 | UPX0464 | UPX0465 |
| UPX0466 | UPX0467 | UPX0469 | UPX0470 |
| UPX0471 | UPX0472 | UPX0473 | UPX0474 |
| UPX0475 | UPX0476 | UPX0478 | UPX0479 |
| UPX0480 | UPX0481 | UPX0483 | UPX0484 |
| UPX0485 | UPX0486 | UPX0487 | UPX0488 |
| UPX0489 | UPX0490 | UPX0491 | UPX0492 |
| UPX0493 | UPX0497 | UPX0498 | UPX0500 |
| UPX0501 | UPX0502 | UPX0503 | UPX0504 |
| UPX0505 | UPX0506 | UPX0507 | UPX0508 |
| UPX0509 | UPX0510 | UPX0512 | UPX0513 |
| UPX0514 | UPX0515 | UPX0516 | UPX0517 |

| | | | |
|---|---|---|---|
| UPX0518 | UPX0519 | UPX0520 | UPX0521 |
| UPX0522 | UPX0523 | UPX0524 | UPX0525 |
| UPX0526 | UPX0527 | UPX0529 | UPX0530 |
| UPX0531 | UPX0532 | UPX0533 | UPX0534 |
| UPX0537 | UPX0538 | UPX0540 | UPX0541 |
| UPX0550 | UPX0551 | UPX0552 | UPX0553 |
| UPX0554 | UPX0555 | UPX0560 | UPX0561 |
| UPX0562 | UPX0563 | UPX0564 | UPX0565 |
| UPX0566 | UPX0568 | UPX0572 | UPX0575 |
| UPX0576 | UPX0579 | UPX0580 | UPX0581 |
| UPX0582 | UPX0585 | UPX0587 | UPX0588 |
| UPX0589 | UPX0594 | UPX0595 | UPX0596 |
| UPX0598 | UPX0600 | UPX0601 | UPX0603 |
| UPX0604 | UPX0607 | UPX0608 | UPX0610 |
| UPX0611 | UPX0613 | UPX0614 | UPX0616 |
| UPX0617 | UPX0621 | UPX0624 | UPX0625 |
| UPX0631 | UPX0635 | UPX0637 | UPX0638 |
| UPX0639 | UPX0641 | UPX0643 | UPX0645 |
| UPX0650 | UPX0651 | UPX0653 | UPX0655 |
| UPX0659 | UPX0660 | UPX0662 | UPX0668 |
| UPX0670 | UPX0673 | UPX0674 | UPX0696 |
| UPX0697 | UPX0702 | UPX0704 | UPX0705 |
| UPX0706 | UPX0708 | UPX0712 | UPX0714 |

| | | | |
|---|---|---|---|
| UPX0715 | UPX0717 | UPX0721 | UPX0722 |
| UPX0723 | UPX0724 | UPX0725 | UPX0726 |
| UPX0727 | UPX0728 | UPX0729 | UPX0731 |
| UPX0732 | UPX0733 | UPX0734 | UPX0735 |
| UPX0737 | UPX0738 | UPX0739 | UPX0740 |
| UPX0741 | UPX0743 | UPX0744 | UPX0746 |
| UPX0748 | UPX0749 | UPX0752 | UPX0754 |
| UPX0755 | UPX0756 | UPX0757 | UPX0759 |
| UPX0760 | UPX0761 | UPX0762 | UPX0763 |
| UPX0764 | UPX0765 | UPX0766 | UPX0767 |
| UPX0768 | UPX0770 | UPX0773 | UPX0774 |
| UPX0775 | UPX0778 | UPX0779 | UPX0780 |
| UPX0782 | UPX0785 | UPX0786 | UPX0791 |
| UPX0792 | UPX0794 | UPX0795 | UPX0797 |
| UPX0799 | UPX0802 | UPX0804 | UPX0806 |
| UPX0807 | UPX0808 | UPX0810 | UPX0811 |
| UPX0812 | UPX0813 | UPX0819 | UPX0820 |
| UPX0822 | UPX0823 | UPX0825 | UPX0827 |
| UPX0831 | UPX0837 | UPX0841 | UPX0842 |
| UPX0844 | UPX0845 | UPX0852 | UPX0853 |
| UPX0854 | UPX0855 | UPX0858 | UPX0859 |
| UPX0860 | UPX0861 | UPX0862 | UPX0863 |
| UPX0864 | UPX0865 | UPX0866 | UPX0867 |

| | | | |
|---|---|---|---|
| UPX0868 | UPX0869 | UPX0870 | UPX0871 |
| UPX0872 | UPX0873 | UPX0874 | UPX0876 |
| UPX0877 | UPX0878 | UPX0879 | UPX0880 |
| UPX0883 | UPX0888 | UPX0889 | UPX0890 |
| UPX0891 | UPX0892 | UPX0893 | UPX0894 |
| UPX0895 | UPX0900 | UPX0901 | UPX0902 |
| UPX0904 | UPX0905 | UPX0906 | UPX0907 |
| UPX0909 | UPX0910 | UPX0911 | UPX0912 |
| UPX0913 | UPX0915 | UPX0916 | UPX0917 |
| UPX0919 | UPX0922 | UPX0923 | UPX0924 |
| UPX0925 | UPX0927 | UPX0930 | UPX0931 |
| UPX0932 | UPX0933 | UPX0934 | UPX0935 |
| UPX0939 | UPX0957 | UPX0958 | UPX0960 |
| UPX0965 | UPX0970 | UPX0974 | UPX0976 |
| UPX0981 | UPX0985 | UPX0990 | UPX0996 |
| UPX0999 | UPX1000 | UPX1001 | UPX1002 |
| UPX1003 | UPX1005 | UPX1008 | UPX1010 |
| UPX1013 | UPX1014 | UPX1022 | UPX1023 |
| UPX1025 | UPX1026 | UPX1037 | UPX1045 |
| UPX1046 | UPX1047 | UPX1049 | UPX1050 |
| UPX1052 | UPX1053 | UPX1054 | UPX1055 |
| UPX1056 | UPX1057 | UPX1058 | UPX1063 |
| UPX1065 | UPX1068 | UPX1077 | UPX1079 |

| | | | |
|---|---|---|---|
| UPX1083 | UPX1084 | UPX1087 | UPX1097 |
| UPX1103 | UPX1105 | UPX1106 | UPX1107 |
| UPX1108 | UPX1109 | UPX1110 | UPX1111 |
| UPX1114 | UPX1115 | UPX1116 | UPX1117 |
| UPX1118 | UPX1119 | UPX1120 | UPX1121 |
| UPX1122 | UPX1124 | UPX1126 | UPX1127 |
| UPX1128 | UPX1129 | UPX5315 | UPX5316 |
| UPX5327 | UPX5329 | UPX5338 | UPX5339 |
| UPX5340 | UPX5341 | UPX5343 | UPX5344 |
| UPX5345 | UPX5346 | UPX5347 | UPX5348 |
| UPX5349 | UPX5350 | UPX5351 | UPX5352 |
| UPX5353 | UPX5354 | UPX5355 | UPX5356 |
| UPX5357 | UPX5358 | UPX5359 | UPX5360 |
| UPX5361 | UPX5363 | UPX5364 | UPX5365 |
| UPX5366 | UPX5367 | UPX5368 | UPX5369 |
| UPX5370 | UPX5371 | UPX5372 | UPX5373 |
| UPX5374 | UPX5375 | UPX5376 | UPX5377 |
| UPX5378 | UPX5392 | UPX5393 | UPX5398 |
| UPX5399 | UPX5400 | UPX5401 | UPX5402 |
| UPX5404 | UPX5406 | UPX5407 | UPX5408 |
| UPX5409 | UPX5410 | UPX5411 | UPX5412 |
| UPX5413 | UPX5414 | UPX5415 | UPX5417 |
| UPX5418 | UPX5422 | UPX5423 | UPX5424 |

| | | | |
|---|---|---|---|
| UPX5425 | UPX5426 | UPX5427 | UPX5428 |
| UPX5434 | UPX5435 | UPX5436 | UPX5437 |
| UPX5438 | UPX5442 | UPX5443 | UPX5444 |
| UPX5445 | UPX5446 | UPX5449 | UPX5451 |
| UPX5452 | UPX5453 | UPX5455 | UPX5456 |
| UPX5457 | UPX5458 | UPX5459 | UPX5460 |
| UPX5461 | UPX5462 | UPX5463 | UPX5464 |
| UPX5465 | UPX5466 | UPX5467 | UPX5468 |
| UPX5469 | UPX5470 | UPX5471 | UPX5472 |
| UPX5473 | UPX5474 | UPX5475 | UPX5476 |
| UPX5477 | UPX5487 | UPX5488 | UPX5489 |
| UPX5490 | UPX5491 | UPX5492 | UPX5493 |
| UPX5496 | UPX5497 | UPX5498 | UPX5499 |
| UPX5500 | UPX5501 | UPX5502 | UPX5503 |
| UPX5504 | UPX5505 | UPX5506 | UPX5507 |
| UPX5508 | UPX5509 | UPX5510 | UPX5511 |
| UPX5512 | UPX5513 | UPX5514 | UPX5515 |
| UPX5517 | UPX5524 | UPX5525 | UPX5526 |
| UPX5527 | UPX5528 | UPX5529 | UPX5533 |
| UPX5534 | UPX5535 | UPX5536 | UPX5537 |
| UPX5538 | UPX5539 | UPX5540 | UPX5541 |
| UPX5542 | UPX5543 | UPX5544 | UPX5545 |
| UPX5546 | UPX5547 | UPX5548 | UPX5549 |

| | | | |
|---|---|---|---|
| UPX5550 | UPX5551 | UPX5552 | UPX5553 |
| UPX5554 | UPX5555 | UPX5556 | UPX5557 |
| UPX5558 | UPX5559 | UPX5560 | UPX5561 |
| UPX5562 | UPX5563 | UPX5564 | UPX5565 |
| UPX5580 | UPX5582 | UPX5597 | UPX5598 |
| UPX5599 | UPX5605 | UPX5606 | UPX5610 |
| UPX6001 | UPX6002 | UPX6003 | UPX6004 |
| UPX6005 | UPX6006 | UPX6007 | UPX6008 |
| UPX6009 | UPX6010 | UPX6011 | UPX6012 |
| UPX6013 | UPX6014 | UPX6015 | UPX6016 |
| UPX6017 | UPX6018 | UPX6019 | UPX6020 |
| UPX6021 | UPX6022 | UPX6023 | UPX6024 |
| UPX6026 | UPX6027 | UPX6028 | UPX6029 |
| UPX6030 | UPX6031 | UPX6032 | UPX6033 |
| UPX6034 | UPX6035 | UPX6036 | UPX6037 |
| UPX6038 | UPX6039 | UPX6040 | UPX6041 |
| UPX6042 | UPX6054 | UPX6055 | UPX6056 |
| UPX6057 | UPX6058 | UPX6059 | UPX6060 |
| UPX6061 | UPX6062 | UPX6063 | UPX6064 |
| UPX6065 | UPX6066 | UPX6067 | UPX8011 |
| UPX8016 | UPX8017 | UPX8018 | UPX8019 |
| UPX8020 | UPX8021 | UPX8022 | UPX8023 |
| UPX8024 | UPX8025 | UPX8026 | UPX8027 |

| | | | |
|---|---|---|---|
| UPX8028 | UPX8029 | UPX8030 | UPX8031 |
| UPX8032 | UPX8033 | UPX8034 | UPX8035 |
| UPX8036 | UPX8037 | UPX8038 | UPX8039 |
| UPX8040 | UPX8041 | UPX8042 | UPX8043 |
| UPX8044 | UPX8045 | UPX8046 | UPX8047 |
| UPX8048 | UPX8049 | UPX8050 | UPX8051 |
| UPX8052 | UPX8053 | UPX8054 | UPX8055 |
| UPX8056 | UPX8057 | UPX8058 | UPX8059 |
| UPX8060 | UPX8061 | UPX8062 | UPX8063 |
| UPX8064 | UPX8065 | UPX8066 | UPX8067 |
| UPX8068 | UPX8083 | UPX8085 | UPX8088 |
| UPX8089 | UPX8094 | UPX8096 | UPX8097 |
| UPX8098 | UPX8099 | UPX8100 | UPX8101 |
| UPX8102 | UPX8103 | UPX8104 | UPX8105 |
| UPX9001 | UPX9001.A | | |