# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**JOINT EXHIBITS OFFERED WITHOUT OBJECTION**

　　DOJ Plaintiffs offer the trial exhibits listed below for admission into evidence. Defendant Google agreed to include these exhibits on a joint exhibit list.

| | | | |
|---|---|---|---|
| JX0001 | JX0002 | JX0003 | JX0004 |
| JX0005 | JX0006 | JX0007 | JX0008 |
| JX0009 | JX0010 | JX0011 | JX0012 |
| JX0013 | JX0014 | JX0015 | JX0016 |
| JX0017 | JX0018 | JX0019 | JX0020 |
| JX0021 | JX0022 | JX0023 | JX0024 |
| JX0025 | JX0026 | JX0027 | JX0028 |

| | | | |
|---|---|---|---|
| JX0029 | JX0030 | JX0031 | JX0032 |
| JX0033 | JX0034 | JX0035 | JX0036 |
| JX0037 | JX0038 | JX0039 | JX0040 |
| JX0041 | JX0042 | JX0043 | JX0044 |
| JX0045 | JX0046 | JX0047 | JX0048 |
| JX0049 | JX0050 | JX0051 | JX0052 |
| JX0053 | JX0054 | JX0055 | JX0056 |
| JX0057 | JX0058 | JX0059 | JX0060 |
| JX0061 | JX0062 | JX0063 | JX0064 |
| JX0065 | JX0066 | JX0067 | JX0068 |
| JX0069 | JX0070 | JX0071 | JX0072 |
| JX0073 | JX0074 | JX0075 | JX0076 |
| JX0077 | JX0078 | JX0079 | JX0080 |
| JX0081 | JX0082 | JX0083 | JX0084 |
| JX0085 | JX0086 | JX0087 | JX0088 |
| JX0089 | JX0090 | JX0091 | JX0092 |
| JX0093 | JX0094 | JX0095 | JX0096 |
| JX0097 | JX0098 | JX0099 | |