# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                              Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                              Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**UNITED STATES PLAINTIFFS' EXHIBITS OFFERED WITHOUT OBJECTION**

DOJ Plaintiffs offer the trial exhibits listed below for admission into evidence. Defendant Google has not lodged any objections to the exhibits listed below.

| | | | |
|---|---|---|---|
| UPX0001 | UPX0002 | UPX0003 | UPX0004 |
| UPX0005 | UPX0007 | UPX0008 | UPX0009 |
| UPX0010 | UPX0011 | UPX0012 | UPX0013 |
| UPX0015 | UPX0017 | UPX0018 | UPX0019 |
| UPX0020 | UPX0021 | UPX0022 | UPX0023 |
| UPX0024 | UPX0025 | UPX0026 | UPX0027 |
| UPX0028 | UPX0029 | UPX0030 | UPX0031 |

| | | | |
|---|---|---|---|
| UPX0032 | UPX0033 | UPX0034 | UPX0035 |
| UPX0036 | UPX0037 | UPX0039 | UPX0040 |
| UPX0041 | UPX0043 | ~~UPX0044~~ | UPX0045 |
| UPX0046 | UPX0047 | UPX0048 | UPX0049 |
| UPX0050 | UPX0051 | UPX0053 | UPX0056 |
| UPX0057 | UPX0058 | UPX0059 | UPX0060 |
| UPX0062 | ~~UPX0065~~ | UPX0066 | UPX0067 |
| UPX0068 | UPX0069 | UPX0070 | UPX0071 |
| UPX0073 | UPX0074 | UPX0075 | UPX0076 |
| UPX0079 | UPX0082 | UPX0083 | UPX0084 |
| UPX0085 | UPX0086 | UPX0087 | UPX0089 |
| UPX0091 | UPX0092 | UPX0093 | UPX0095 |
| UPX0097 | UPX0098 | UPX0099 | UPX0100 |
| UPX0101 | UPX0102 | UPX0103 | UPX0104 |
| UPX0110 | UPX0115 | UPX0116 | UPX0117 |
| UPX0118 | UPX0119 | UPX0120 | UPX0121 |
| UPX0122 | UPX0123 | UPX0124 | UPX0125 |
| UPX0127 | UPX0128 | UPX0129 | UPX0131 |
| UPX0133 | UPX0136 | UPX0137 | UPX0138 |
| UPX0139 | UPX0140 | UPX0141 | UPX0142 |
| UPX0143 | UPX0144 | UPX0145 | UPX0146 |
| UPX0147 | UPX0148 | UPX0149 | UPX0150 |
| UPX0151 | UPX0152 | UPX0153 | UPX0154 |

| | | | |
|---|---|---|---|
| UPX0159 | UPX0160 | UPX0161 | UPX0162 |
| UPX0163 | UPX0165 | UPX0166 | UPX0167 |
| UPX0168 | UPX0169 | UPX0171 | UPX0173 |
| UPX0175 | UPX0176 | UPX0178 | UPX0179 |
| UPX0180 | UPX0181 | UPX0184 | UPX0189 |
| UPX0190 | UPX0191 | UPX0192 | UPX0193 |
| UPX0194 | UPX0195 | UPX0196 | UPX0197 |
| UPX0198 | UPX0200 | UPX0201 | UPX0202 |
| UPX0203 | UPX0204 | UPX0205 | UPX0206 |
| UPX0208 | UPX0209 | UPX0210 | UPX0211 |
| UPX0212 | UPX0213 | UPX0214 | UPX0215 |
| UPX0216 | UPX0217 | UPX0218 | UPX0219 |
| UPX0220 | UPX0221 | UPX0222 | UPX0223 |
| UPX0225 | UPX0226 | UPX0227 | UPX0228 |
| UPX0229 | UPX0230 | UPX0231 | UPX0232 |
| UPX0235 | UPX0237 | UPX0239 | UPX0243 |
| UPX0247 | UPX0248 | UPX0249 | UPX0251 |
| UPX0252 | ~~UPX0253~~ | UPX0254 | UPX0255 |
| UPX0256 | UPX0257 | UPX0259 | UPX0260 |
| UPX0262 | UPX0263 | UPX0265 | UPX0266 |
| UPX0268 | UPX0273 | UPX0274 | UPX0275 |
| UPX0276 | UPX0277 | UPX0282 | UPX0283 |
| UPX0284 | UPX0286 | UPX0287 | UPX0289 |

| | | | |
|---|---|---|---|
| UPX0291 | UPX0293 | UPX0294 | UPX0296 |
| UPX0297 | UPX0302 | UPX0303 | UPX0307 |
| UPX0309 | UPX0310 | UPX0311 | UPX0312 |
| UPX0316 | UPX0317 | UPX0318 | UPX0319 |
| UPX0320 | UPX0322 | UPX0323 | UPX0325 |
| UPX0326 | UPX0327 | UPX0329 | UPX0330 |
| UPX0331 | UPX0332 | UPX0333 | UPX0334 |
| UPX0335 | UPX0336 | UPX0338 | UPX0339 |
| UPX0340 | UPX0341 | UPX0342 | UPX0343 |
| UPX0345 | UPX0346 | UPX0347 | UPX0348 |
| UPX0349 | UPX0350 | UPX0351 | UPX0352 |
| UPX0353 | UPX0354 | UPX0355 | UPX0356 |
| UPX0357 | UPX0358 | UPX0359 | UPX0360 |
| UPX0361 | UPX0362 | UPX0363 | UPX0364 |
| UPX0365 | UPX0366 | UPX0367 | UPX0368 |
| UPX0369 | UPX0370 | UPX0371 | UPX0372 |
| UPX0373 | UPX0374 | UPX0375 | UPX0376 |
| UPX0377 | UPX0378 | UPX0379 | UPX0380 |
| UPX0381 | UPX0382 | UPX0383 | UPX0384 |
| UPX0385 | UPX0386 | UPX0387 | UPX0388 |
| UPX0389 | UPX0390 | UPX0391 | UPX0392 |
| UPX0393 | UPX0394 | UPX0395 | UPX0396 |
| UPX0397 | UPX0398 | UPX0399 | UPX0400 |

| | | | |
|---|---|---|---|
| UPX0401 | UPX0402 | UPX0403 | UPX0404 |
| UPX0405 | UPX0406 | UPX0407 | UPX0411 |
| UPX0412 | UPX0413 | UPX0414 | UPX0415 |
| UPX0416 | UPX0417 | UPX0418 | UPX0419 |
| UPX0420 | UPX0421 | UPX0422 | UPX0423 |
| UPX0424 | UPX0425 | UPX0428 | UPX0429 |
| UPX0430 | UPX0431 | UPX0432 | UPX0433 |
| UPX0434 | UPX0436 | UPX0437 | UPX0438 |
| UPX0440 | UPX0442 | UPX0443 | UPX0444 |
| UPX0445 | UPX0446 | UPX0448 | UPX0451 |
| UPX0452 | UPX0453 | UPX0454 | UPX0456 |
| UPX0457 | UPX0458 | UPX0459 | UPX0461 |
| UPX0463 | UPX0464 | UPX0465 | UPX0466 |
| UPX0467 | UPX0469 | UPX0470 | UPX0471 |
| UPX0472 | UPX0473 | UPX0474 | UPX0475 |
| UPX0476 | UPX0478 | UPX0479 | UPX0480 |
| UPX0481 | UPX0483 | UPX0484 | UPX0485 |
| UPX0486 | UPX0487 | UPX0488 | UPX0489 |
| UPX0490 | UPX0491 | UPX0492 | UPX0493 |
| UPX0497 | UPX0498 | UPX0500 | UPX0501 |
| UPX0502 | UPX0503 | UPX0504 | UPX0505 |
| UPX0506 | UPX0507 | UPX0508 | UPX0509 |
| UPX0510 | UPX0512 | UPX0513 | UPX0514 |

| | | | |
|---|---|---|---|
| UPX0515 | UPX0516 | UPX0517 | UPX0518 |
| UPX0519 | UPX0520 | UPX0521 | UPX0522 |
| UPX0523 | UPX0524 | UPX0525 | UPX0526 |
| UPX0527 | UPX0529 | UPX0530 | UPX0531 |
| UPX0532 | UPX0533 | UPX0534 | UPX0537 |
| UPX0538 | ~~UPX0539~~ | UPX0540 | UPX0541 |
| UPX0550 | UPX0551 | UPX0552 | UPX0553 |
| UPX0554 | UPX0555 | UPX0560 | UPX0561 |
| UPX0562 | UPX0563 | UPX0564 | UPX0565 |
| UPX0566 | UPX0568 | UPX0572 | UPX0575 |
| UPX0576 | UPX0579 | UPX0580 | UPX0581 |
| UPX0582 | UPX0585 | UPX0587 | UPX0588 |
| UPX0589 | UPX0594 | UPX0595 | UPX0596 |
| UPX0598 | UPX0600 | UPX0601 | UPX0603 |
| UPX0604 | UPX0607 | UPX0608 | UPX0610 |
| UPX0611 | UPX0613 | UPX0614 | UPX0616 |
| UPX0617 | ~~UPX0619~~ | UPX0621 | UPX0624 |
| UPX0625 | UPX0631 | UPX0635 | UPX0637 |
| UPX0638 | UPX0639 | UPX0641 | UPX0643 |
| UPX0645 | UPX0650 | UPX0651 | UPX0653 |
| UPX0655 | UPX0659 | UPX0660 | UPX0662 |
| UPX0668 | UPX0670 | UPX0673 | UPX0674 |
| UPX0696 | UPX0697 | UPX0702 | UPX0704 |

| | | | |
|---|---|---|---|
| UPX0705 | UPX0706 | UPX0708 | UPX0712 |
| UPX0714 | UPX0715 | UPX0717 | UPX0721 |
| UPX0722 | UPX0723 | UPX0724 | UPX0725 |
| UPX0726 | UPX0727 | UPX0728 | UPX0729 |
| UPX0731 | UPX0732 | UPX0733 | UPX0734 |
| UPX0735 | UPX0737 | UPX0738 | UPX0739 |
| UPX0740 | UPX0741 | UPX0743 | UPX0744 |
| UPX0746 | UPX0748 | UPX0749 | UPX0752 |
| UPX0754 | UPX0755 | UPX0756 | UPX0757 |
| UPX0759 | UPX0760 | UPX0761 | UPX0762 |
| UPX0763 | UPX0764 | UPX0765 | UPX0766 |
| UPX0767 | UPX0768 | UPX0770 | UPX0773 |
| UPX0774 | UPX0775 | UPX0778 | UPX0779 |
| UPX0780 | UPX0782 | UPX0785 | UPX0786 |
| UPX0791 | UPX0792 | UPX0794 | UPX0795 |
| UPX0797 | UPX0799 | UPX0802 | UPX0804 |
| UPX0806 | UPX0807 | UPX0808 | UPX0810 |
| UPX0811 | UPX0812 | UPX0813 | UPX0819 |
| UPX0820 | UPX0822 | UPX0823 | ~~UPX0824~~ |
| UPX0825 | UPX0827 | UPX0831 | UPX0837 |
| UPX0841 | UPX0842 | UPX0844 | UPX0845 |
| ~~UPX0850~~ | UPX0852 | UPX0853 | UPX0854 |
| UPX0855 | UPX0858 | UPX0859 | UPX0860 |

| | | | |
|---|---|---|---|
| UPX0861 | UPX0862 | UPX0863 | UPX0864 |
| UPX0865 | UPX0866 | UPX0867 | UPX0868 |
| UPX0869 | UPX0870 | UPX0871 | UPX0872 |
| UPX0873 | UPX0874 | UPX0876 | UPX0877 |
| UPX0878 | UPX0879 | UPX0880 | UPX0883 |
| UPX0888 | UPX0889 | UPX0890 | UPX0891 |
| UPX0892 | UPX0893 | UPX0894 | UPX0895 |
| UPX0900 | UPX0901 | UPX0902 | UPX0904 |
| UPX0905 | UPX0906 | UPX0907 | UPX0909 |
| UPX0910 | UPX0911 | UPX0912 | UPX0913 |
| UPX0915 | UPX0916 | UPX0917 | UPX0919 |
| UPX0922 | UPX0923 | UPX0924 | UPX0925 |
| UPX0927 | UPX0930 | UPX0931 | UPX0932 |
| UPX0933 | UPX0934 | UPX0935 | UPX0939 |
| UPX0957 | UPX0958 | UPX0960 | UPX0965 |
| UPX0970 | UPX0974 | UPX0976 | UPX0981 |
| UPX0985 | *Removed* | UPX0990 | UPX0996 |
| UPX0999 | UPX1000 | UPX1001 | UPX1002 |
| UPX1003 | UPX1005 | UPX1008 | UPX1010 |
| UPX1013 | UPX1014 | UPX1022 | UPX1023 |
| UPX1025 | UPX1026 | UPX1037 | UPX1045 |
| UPX1046 | UPX1047 | UPX1049 | UPX1050 |
| UPX1052 | UPX1053 | UPX1054 | UPX1055 |

| | | | |
|---|---|---|---|
| UPX1056 | UPX1057 | UPX1058 | UPX1063 |
| UPX1065 | UPX1068 | UPX1077 | UPX1079 |
| UPX1083 | UPX1084 | UPX1087 | UPX1097 |
| UPX1103 | UPX1105 | UPX1106 | UPX1107 |
| UPX1108 | UPX1109 | UPX1110 | UPX1111 |
| UPX1114 | UPX1115 | UPX1116 | UPX1117 |
| UPX1118 | UPX1119 | UPX1120 | UPX1121 |
| UPX1122 | UPX1124 | UPX1126 | UPX1127 |
| UPX1128 | UPX1129 | ~~UPX5125~~ | ~~UPX5126~~ |
| ~~UPX5127~~ | ~~UPX5308~~ | ~~UPX5309~~ | ~~UPX5310~~ |
| ~~UPX5311~~ | ~~UPX5312~~ | ~~UPX5313~~ | ~~UPX5314~~ |
| UPX5315 | UPX5316 | ~~UPX5317~~ | ~~UPX5318~~ |
| ~~UPX5319~~ | ~~UPX5320~~ | ~~UPX5321~~ | ~~UPX5322~~ |
| ~~UPX5323~~ | ~~UPX5324~~ | ~~UPX5325~~ | ~~UPX5326~~ |
| UPX5327 | ~~UPX5328~~ | UPX5329 | ~~UPX5330~~ |
| ~~UPX5331~~ | ~~UPX5332~~ | ~~UPX5333~~ | ~~UPX5334~~ |
| ~~UPX5335~~ | ~~UPX5336~~ | ~~UPX5337~~ | UPX5338 |
| UPX5339 | UPX5340 | UPX5341 | UPX5343 |
| UPX5344 | UPX5345 | UPX5346 | UPX5347 |
| UPX5348 | UPX5349 | UPX5350 | UPX5351 |
| UPX5352 | UPX5353 | UPX5354 | UPX5355 |
| UPX5356 | UPX5357 | UPX5358 | UPX5359 |
| UPX5360 | UPX5361 | UPX5363 | UPX5364 |

9

| | | | |
|---|---|---|---|
| UPX5365 | UPX5366 | UPX5367 | UPX5368 |
| UPX5369 | UPX5370 | UPX5371 | UPX5372 |
| UPX5373 | UPX5374 | UPX5375 | UPX5376 |
| UPX5377 | UPX5378 | UPX5392 | UPX5393 |
| ~~UPX5396~~ | ~~UPX5397~~ | UPX5398 | UPX5399 |
| UPX5400 | UPX5401 | UPX5402 | ~~UPX5403~~ |
| UPX5404 | ~~UPX5405~~ | UPX5406 | UPX5407 |
| UPX5408 | UPX5409 | UPX5410 | UPX5411 |
| UPX5412 | UPX5413 | UPX5414 | UPX5415 |
| ~~UPX5416~~ | UPX5417 | UPX5418 | ~~UPX5421~~ |
| UPX5422 | UPX5423 | UPX5424 | UPX5425 |
| UPX5426 | UPX5427 | UPX5428 | ~~UPX5431~~ |
| UPX5434 | UPX5435 | UPX5436 | UPX5437 |
| UPX5438 | ~~UPX5439~~ | ~~UPX5441~~ | UPX5442 |
| UPX5443 | UPX5444 | UPX5445 | UPX5446 |
| ~~UPX5447~~ | ~~UPX5448~~ | UPX5449 | ~~UPX5450~~ |
| UPX5451 | UPX5452 | UPX5453 | ~~UPX5454~~ |
| UPX5455 | UPX5456 | UPX5457 | UPX5458 |
| UPX5459 | UPX5460 | UPX5461 | UPX5462 |
| UPX5463 | UPX5464 | UPX5465 | UPX5466 |
| UPX5467 | UPX5468 | UPX5469 | UPX5470 |
| UPX5471 | UPX5472 | UPX5473 | UPX5474 |
| UPX5475 | UPX5476 | UPX5477 | ~~UPX5484~~ |

| | | | |
|---|---|---|---|
| ~~UPX5486~~ | UPX5487 | UPX5488 | UPX5489 |
| UPX5490 | UPX5491 | UPX5492 | UPX5493 |
| ~~UPX5494~~ | ~~UPX5495~~ | UPX5496 | UPX5497 |
| UPX5498 | UPX5499 | UPX5500 | UPX5501 |
| UPX5502 | UPX5503 | UPX5504 | UPX5505 |
| UPX5506 | UPX5507 | UPX5508 | UPX5509 |
| UPX5510 | UPX5511 | UPX5512 | UPX5513 |
| UPX5514 | UPX5515 | ~~UPX5516~~ | UPX5517 |
| ~~UPX5518~~ | ~~UPX5523~~ | UPX5524 | UPX5525 |
| UPX5526 | UPX5527 | UPX5528 | UPX5529 |
| ~~UPX5530~~ | ~~UPX5531~~ | ~~UPX5532~~ | UPX5533 |
| UPX5534 | UPX5535 | UPX5536 | UPX5537 |
| UPX5538 | UPX5539 | UPX5540 | UPX5541 |
| UPX5542 | UPX5543 | UPX5544 | UPX5545 |
| UPX5546 | UPX5547 | UPX5548 | UPX5549 |
| UPX5550 | UPX5551 | UPX5552 | UPX5553 |
| UPX5554 | UPX5555 | UPX5556 | UPX5557 |
| UPX5558 | UPX5559 | UPX5560 | UPX5561 |
| UPX5562 | UPX5563 | UPX5564 | UPX5565 |
| ~~UPX5566~~ | ~~UPX5567~~ | ~~UPX5568~~ | ~~UPX5569~~ |
| ~~UPX5570~~ | ~~UPX5571~~ | ~~UPX5572~~ | ~~UPX5573~~ |
| ~~UPX5574~~ | ~~UPX5575~~ | ~~UPX5576~~ | ~~UPX5577~~ |
| ~~UPX5578~~ | ~~UPX5579~~ | UPX5580 | ~~UPX5581~~ |

| UPX5582 | ~~UPX5583~~ | ~~UPX5584~~ | ~~UPX5585~~ |
| ~~UPX5586~~ | ~~UPX5587~~ | ~~UPX5588~~ | ~~UPX5589~~ |
| ~~UPX5590~~ | ~~UPX5591~~ | ~~UPX5592~~ | ~~UPX5593~~ |
| ~~UPX5594~~ | ~~UPX5595~~ | ~~UPX5596~~ | UPX5597 |
| UPX5598 | UPX5599 | ~~UPX5600~~ | ~~UPX5601~~ |
| ~~UPX5602~~ | ~~UPX5603~~ | ~~UPX5604~~ | UPX5605 |
| UPX5606 | ~~UPX5607~~ | ~~UPX5608~~ | ~~UPX5609~~ |
| UPX5610 | ~~UPX5611~~ | ~~UPX5612~~ | ~~UPX5613~~ |
| ~~UPX5614~~ | ~~UPX5615~~ | ~~UPX5616~~ | ~~UPX5617~~ |
| ~~UPX5618~~ | ~~UPX5619~~ | ~~UPX5620~~ | UPX6001 |
| UPX6002 | UPX6003 | UPX6004 | UPX6005 |
| UPX6006 | UPX6007 | UPX6008 | UPX6009 |
| UPX6010 | UPX6011 | UPX6012 | UPX6013 |
| UPX6014 | UPX6015 | UPX6016 | UPX6017 |
| UPX6018 | UPX6019 | UPX6020 | UPX6021 |
| UPX6022 | UPX6023 | UPX6024 | UPX6026 |
| UPX6027 | UPX6028 | UPX6029 | UPX6030 |
| UPX6031 | UPX6032 | UPX6033 | UPX6034 |
| UPX6035 | UPX6036 | UPX6037 | UPX6038 |
| UPX6039 | UPX6040 | UPX6041 | UPX6042 |
| UPX6054 | UPX6055 | UPX6056 | UPX6057 |
| UPX6058 | UPX6059 | UPX6060 | UPX6061 |
| UPX6062 | UPX6063 | UPX6064 | UPX6065 |

| UPX6066 | UPX6067 | UPX8011 | UPX8016 |
| --- | --- | --- | --- |
| UPX8017 | UPX8018 | UPX8019 | UPX8020 |
| UPX8021 | UPX8022 | UPX8023 | UPX8024 |
| UPX8025 | UPX8026 | UPX8027 | UPX8028 |
| UPX8029 | UPX8030 | UPX8031 | UPX8032 |
| UPX8033 | UPX8034 | UPX8035 | UPX8036 |
| UPX8037 | UPX8038 | UPX8039 | UPX8040 |
| UPX8041 | UPX8042 | UPX8043 | UPX8044 |
| UPX8045 | UPX8046 | UPX8047 | UPX8048 |
| UPX8049 | UPX8050 | UPX8051 | UPX8052 |
| UPX8053 | UPX8054 | UPX8055 | UPX8056 |
| UPX8057 | UPX8058 | UPX8059 | UPX8060 |
| UPX8061 | UPX8062 | UPX8063 | UPX8064 |
| UPX8065 | UPX8066 | UPX8067 | UPX8068 |
| UPX8083 | UPX8085 | UPX8088 | UPX8089 |
| UPX8094 | UPX8096 | UPX8097 | UPX8098 |
| UPX8099 | UPX8100 | UPX8101 | UPX8102 |
| UPX8103 | UPX8104 | UPX8105 | UPX9001 |
| UPX9001.A | | | |