AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New York.

Date: 09/25/2023

/s/ Jennifer L. Levy
*Attorney's signature*

Jennifer L. Levy, New York State 2845212
*Printed name and bar number*

Office of the Attorney General
28 Liberty Street
New York, NY 10005
*Address*

nyag.pressoffice@ag.ny.gov
*E-mail address*

(212) 416-8050
*Telephone number*

*FAX number*