# EXHIBIT B

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

### [Proposed] Order on Posting Trial Materials

A Party (the "Posting Party") may post on the internet or otherwise disseminate to the public an admitted trial exhibit or demonstrative that was used in open court by using the following process:

1. The Posting Party shall include any redactions pursuant to the court-ordered confidentiality process, and shall also redact all "personal identifiers," as defined in Local Rule 5.4(f), as well as other personal identifiable information including direct telephone numbers, personal addresses, and the beginning of email addresses (i.e., everything before the "at" (@) symbol but not including names and affiliations of senders and recipients and the domain portion of email addresses (e.g., @usdoj.gov)).

2. The Posting Party shall provide the proposed redacted version to the producing Party and any other entity with a potential confidentiality interest in the exhibit or demonstrative at least 24 hours before posting.

3. Within the 24-hour notice period, an entity may notify the Posting Party of objections to posting the document in the current form; the parties shall meet and confer promptly on any such objections. The Posting Party may not post an objected-to document without seeking authorization from the Court.

For avoidance of doubt, a Party may not post exhibits solely used in the closed session or those "pushed" into evidence without being used in open court, without seeking prior authorization from the Court.

SO ORDERED.

Dated: September ___, 2023

_____
Amit P. Mehta
United States District Court Judge