IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America, *et al.*,

        Plaintiffs,

v.

Google LLC,

        Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

**UNITED STATES PLAINTIFFS' SUBMISSION REGARDING
CONFIDENTIALITY IN ADVANCE OF TESTIMONY OF EDDY CUE OF APPLE**

In advance of the testimony of Eddy Cue, Apple's Senior Vice President of Services, scheduled to take place on the morning of September 26, 2023, the United States Plaintiffs request assistance from the Court to resolve limited disputes related to the confidentiality of four Apple exhibits that the United States intends to use with Mr. Cue.

By way of background, the United States previously identified portions of exhibits that Plaintiffs intend to rely upon at trial and that may contain confidential information. In response, Apple and Google provided proposed redactions. Plaintiffs then renewed their opposition to the proposed redactions from Apple and Google on select exhibits in advance of Mr. Cue's testimony, following the Court's guidance on other confidentiality issues that have arisen over the course of trial. After multiple meet-and-confers, Apple has indicated it will ask the Court to seal the exhibits at issue as well as any testimony related to the exhibits below.

Plaintiffs object to the sealing of the four below exhibits in their entirety because of the "need for public access to the documents at issue" under the first and sixth factors in *United States v. Hubbard*, 650 F.2d 293, 317-21 (D.C. Cir. 1980). Under the first and sixth factors in

*U.S. v. Hubbard,* the confidentiality concerns expressed by Apple are outweighed by the strong public interest in understanding the harms to competition arising from Google's exclusionary conduct. These exhibits are central to the Plaintiffs' claims in this case, and the public should be able to view these terms.

Exhibits that remain in dispute are noted below and attached for the Court's reference. Plaintiffs do *not* oppose redacting the information identified in red boxes, but request that all remaining information be publicly disclosed.

- **Exhibit A, UPX0586:** Email from Kevan Parekh (Apple), to Tim Cook (Apple), Re: Meeting with Sundar (July 9, 2019)

  DOJ Plaintiffs do not agree that a redacted executive summary of Apple's understanding of the ISA's terms and restrictions, their meanings, or effects—as opposed to the exact language of the provisions—is confidential.

- **Exhibit B, UPX0588:** Apple document: Summary of Key Terms in Apple-Google Information Services Agreement (July 8, 2019)

  DOJ Plaintiffs do not agree that the selected portion of a document summarizing key terms of the ISA reflecting Apple's understanding of the ISA's terms and restrictions, their meanings, or effects—as opposed to the exact language of the provisions—is confidential.

- **Exhibit C, UPX0594:** Email from Eddy Cue (Apple), to Tim Cook (Apple), Re: Google (January 22, 2016)

  DOJ Plaintiffs have proposed specific redactions to a discussion between Mr. Cue and Mr. Cook regarding Apple's agreement with Google that should be discussed in open session. As redacted, there are no confidentiality concerns about the fact that the two parties negotiated payment terms.

- **Exhibit D, JX0033:** Apple document: Amendment to the Information Services Agreement (September 30, 2016)

  DOJ Plaintiffs reassert the objection to sealing certain provisions of the ISA, a central agreement in the case, that "balancing the various Hubbard factors ought to be, frankly, in a public session" (*See* Tr. at 1123:14-19), and have proposed redactions accordingly.

Dated: September 25, 2023          Respectfully submitted,

By:     /s/ Kenneth M. Dintzer
Kenneth M. Dintzer
Karl E. Herrmann (D.C. Bar #1022464)
Sarah M. Bartels (D.C. Bar #1029505)
U.S. Department of Justice, Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff United States of America*


By:     /s/ Margaret Sharp
James Lloyd, Chief, Antitrust Division
Margaret Sharp, Assistant Attorney General
Office of the Attorney General, State of Texas
300 West 15th Street
Austin, Texas 78701
Margaret.Sharp@oag.texas.gov

*Counsel for Plaintiff State of Texas*


By:     /s/ Matthew Michaloski
Theodore Edward Rokita, Attorney General
Scott L. Barnhart, Chief Counsel and Director,
Consumer Protection Division
Matthew Michaloski, Deputy Attorney General
Christi Foust, Deputy Attorney General
Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Matthew.Michaloski@atg.in.gov

*Counsel for Plaintiff State of Indiana*

By: /s/ Keaton Barnes
Keaton Barnes
Arkansas Bar No. 2022161
Assistant Attorney General
Office of Tim Griffin, Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Keaton.Barnes@ArkansasAG.gov

*Counsel for Plaintiff State of Arkansas*


By: /s/ Brian Wang
Rob Bonta, Attorney General
Paula Blizzard, Senior Assistant Attorney General
Brian Wang, Deputy Attorney General
Carolyn Jeffries, Deputy Attorney General

Office of the Attorney General,
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Brian.Wang@doj.ca.gov

*Counsel for Plaintiff State of California*


By: /s/ Lee Istrail
Ashley Moody, Attorney General
R. Scott Palmer, Special Counsel, Complex Enforcement Chief, Antitrust Division
Nicholas D. Niemiec, Assistant Attorney General
Lee Istrail, Assistant Attorney General
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

By: /s/ *Daniel Walsh*
Christopher Carr, Attorney General
Margaret Eckrote, Deputy Attorney General
Daniel Walsh, Senior Assistant Attorney General
Charles Thimmesch, Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
cthimmesch@law.georgia.gov

*Counsel for Plaintiff State of Georgia*


By: /s/ *Philip R. Heleringer*
Daniel Cameron, Attorney General
J. Christian Lewis, Commissioner of the Office of Consumer Protection
Philip R. Heleringer, Executive Director of the Office of Consumer Protection
Jonathan E. Farmer, Deputy Executive Director of the Office of Consumer Protection
Office of the Attorney General, Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Philip.Heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*


By: /s/ *Christopher J. Alderman*
Jeff Landry, Attorney General
Christopher J. Alderman, Assistant Attorney General
Office of the Attorney General, State of Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
AldermanC@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

5

By: /s/ Scott Mertens
Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for Plaintiff State of Michigan*

By: /s/ Stephen M. Hoeplinger
Stephen M. Hoeplinger
Assistant Attorney General
Missouri Attorney General's Office
815 Olive St., Suite 200
St. Louis, Missouri 63101
Stephen.Hoeplinger@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

By: /s/ Hart Martin
Lynn Fitch, Attorney General
Hart Martin, Special Assistant Attorney General
Crystal Utley Secoy, Assistant Attorney General
Office of the Attorney General, State of Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Hart.Martin@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

By: /s/ Anna Schneider
Anna Schneider
Bureau Chief
Montana Office of Consumer Protection
P.O. Box 200151
Helena, MT. 59602-0150
Phone: (406) 444-4500
Fax: 406-442-1894
Anna.schneider@mt.gov

*Counsel for Plaintiff State of Montana*


By: /s/ Mary Frances Jowers
Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney General
C. Havird Jones, Jr., Senior Assistant Deputy Attorney General
Mary Frances Jowers, Assistant Deputy Attorney General
Rebecca M. Hartner, Assistant Attorney General
Office of the Attorney General, State of South Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
mfjowers@scag.gov

*Counsel for Plaintiff State of South Carolina*


By: /s/ Gwendolyn J. Lindsay Cooley
Joshua L. Kaul, Attorney General
Gwendolyn J. Lindsay Cooley, Assistant Attorney General
Wisconsin Department of Justice
17 W. Main St.
Madison, Wisconsin 53701
Gwendolyn.Cooley@Wisconsin.gov

*Counsel for Plaintiff State of Wisconsin*

7