# Exhibit C

# FILED UNDER SEAL

Designated Confidential by Apple and Google