# Exhibit D

# FILED UNDER SEAL

Designated Confidential by Apple and Google