# EXHIBIT A

| From: | Lent, Karen Hoffman (NYC) |
|---|---|
| Sent: | Thursday, September 21, 2023 7:38 PM |
| To: | Travers, Ryan J (WAS); 'Schmidtlein, John'; 'Bartels, Sarah (ATR)'; 'Rosengart, Michael (ATR)'; 'Bellshaw, Meagan (ATR)'; 'Jones, Matthew (ATR)'; 'Herrmann, Karl (ATR)'; 'McKinley, Matt'; 'Conrad, Joseph'; 'steve.kaufman@coag.gov'; 'Margaret Sharp'; 'McGinnis, Matthew'; 'Waszmer, Wendy'; 'Ryan, Thomas'; 'Yeager, Christopher'; 'Safty, Graham' |
| Cc: | Sunshine, Steven C (WAS); Lanci, Michael A (NYC) |
| Subject: | RE: United States v. Google, No 1:20-cv-03010-APM (D.D.C.) |

Michael,

As you heard, I was quite surprised when Ken Dintzer raised a confidentiality dispute with Apple at the beginning of Mr. Giannandrea's testimony this afternoon.  DOJ did not meet and confer with us about any issues raised in my September 13 letter and its response left us to understand that there would not be a dispute.  In fact, Ryan Travers sent you an email on Tuesday (below) in which he specifically stated: **"[w]e understand that the parties have agreed to seal the courtroom during Mr. Giannandrea's examination for the topics outlined in Apple's September 13 correspondence."**  At no point did DOJ tell us that understanding was incorrect.  In addition, we have not yet received a response to the portion of the September 13 letter and Mr. Travers' email regarding the confidentiality of Mr. Cue's testimony.  We have been directed by Judge Mehta to meet and confer prior to court tomorrow.  Please let us know ASAP precisely what confidential issues DOJ proposes to ask Mr. Giannandrea about in open session, as well as the same for Mr. Cue.  We are available to discuss this evening.

Best regards,
Karen

**Karen Hoffman Lent**
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | 10001
T: 212.735.3276 | F: 917.777.3276 | M: 917.270.5411
karen.lent@skadden.com

---

**From:** Travers, Ryan J (WAS) <Ryan.Travers@skadden.com>
**Sent:** Thursday, September 21, 2023 12:17 PM
**To:** 'Schmidtlein, John' <JSchmidtlein@wc.com>; 'Bartels, Sarah (ATR)' <Sarah.Bartels@usdoj.gov>; 'Rosengart, Michael (ATR)' <Michael.Rosengart@usdoj.gov>; 'Bellshaw, Meagan (ATR)' <Meagan.Bellshaw@usdoj.gov>; 'Jones, Matthew (ATR)' <Matthew.Jones3@usdoj.gov>; 'Herrmann, Karl (ATR)' <Karl.Herrmann@usdoj.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'steve.kaufman@coag.gov' <steve.kaufman@coag.gov>; 'Margaret Sharp' <Margaret.Sharp@oag.texas.gov>; 'McGinnis, Matthew' <Matthew.McGinnis@ropesgray.com>; 'Waszmer, Wendy' <wwaszmer@wsgr.com>; 'Ryan, Thomas' <TRyan@wc.com>; 'Yeager, Christopher' <CYeager@wc.com>; 'Safty, Graham' <GSafty@wc.com>
**Cc:** Sunshine, Steven C (WAS) <Steve.Sunshine@skadden.com>; Lent, Karen Hoffman (NYC) <Karen.Lent@skadden.com>; Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Subject:** RE: United States v. Google, No 1:20-cv-03010-APM (D.D.C.)

Michael,

I am writing to confirm that Plaintiffs will call Mr. Cue as their first witness on Tuesday.  As we have said on multiple occasions, it is imperative that Mr. Cue's examination is complete on Tuesday, September 26.  DOJ has told us and the Court that it will work to ensure that Mr. Cue's testimony is complete on that day.  We expect confirmation by end of

day today that Mr. Cue will be DOJ's first witness on Tuesday and will start promptly in the morning, so that his testimony can be completed on the same day.

Additionally we'd like to remind Plaintiffs about our request for confirmation by today that they will not oppose sealing the courtroom for Mr. Cue's testimony.

Best,
Ryan


**Ryan J. Travers**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7347 | F: +1.202.661.8347
ryan.travers@skadden.com

Skadden

---

**From:** Travers, Ryan J (WAS)
**Sent:** Tuesday, September 19, 2023 4:33 PM
**To:** 'Schmidtlein, John' <JSchmidtlein@wc.com>; Bartels, Sarah (ATR) <Sarah.Bartels@usdoj.gov>; Rosengart, Michael (ATR) <Michael.Rosengart@usdoj.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Jones, Matthew (ATR) <Matthew.Jones3@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; McKinley, Matt <Matt.McKinley@nebraska.gov>; Conrad, Joseph <joseph.conrad@nebraska.gov>; steve.kaufman@coag.gov; Margaret Sharp <Margaret.Sharp@oag.texas.gov>; McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Waszmer, Wendy <wwaszmer@wsgr.com>; Ryan, Thomas <TRyan@wc.com>; Yeager, Christopher <CYeager@wc.com>; Safty, Graham <GSafty@wc.com>
**Cc:** Sunshine, Steven C (WAS) <Steve.Sunshine@skadden.com>; Lent, Karen Hoffman (NYC) <Karen.Lent@skadden.com>; Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Subject:** RE: [Ext] RE: United States v. Google, No 1:20-cv-03010-APM (D.D.C.)

Counsel,

I write to follow up on Apple's request for sealing of the courtroom during the examination of Mr. Giannandrea and Mr. Cue.  We understand that the parties have agreed to seal the courtroom during Mr. Giannandrea's examination for the topics outlined in Apple's September 13 correspondence.  However, Plaintiffs have not yet confirmed that they would do the same for Mr. Cue.  It is paramount that these issues are addressed prior to the testimony, so that we can be comfortable that Apple's confidential information remains confidential.

We note that we are troubled by Plaintiffs' misuse of confidential information during the examination of witnesses to date.  Apple has serious concerns about Plaintiffs' ability to conduct Mr. Cue's examination in open court without disclosing sensitive confidential information, whether inadvertently or otherwise.

We ask that Plaintiffs confirm whether they will agree to seal Mr. Cue's testimony around the sensitive topics raised in our September 13 correspondence.  If not, we intend to seek relief from the Court.  We request a response no later than Thursday, September 21.

Best,
Ryan


**Ryan J. Travers**
Skadden, Arps, Slate, Meagher & Flom LLP

1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7347 | F: +1.202.661.8347
ryan.travers@skadden.com



---

**From:** Schmidtlein, John <JSchmidtlein@wc.com>
**Sent:** Saturday, September 16, 2023 8:54 PM
**To:** Bartels, Sarah (ATR) <Sarah.Bartels@usdoj.gov>; Travers, Ryan J (WAS) <Ryan.Travers@skadden.com>; Rosengart, Michael (ATR) <Michael.Rosengart@usdoj.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Jones, Matthew (ATR) <Matthew.Jones3@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; McKinley, Matt <Matt.McKinley@nebraska.gov>; Conrad, Joseph <joseph.conrad@nebraska.gov>; steve.kaufman@coag.gov; Margaret Sharp <Margaret.Sharp@oag.texas.gov>; McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Waszmer, Wendy <wwaszmer@wsgr.com>; Ryan, Thomas <TRyan@wc.com>; Yeager, Christopher <CYeager@wc.com>; Safty, Graham <GSafty@wc.com>
**Cc:** Sunshine, Steven C (WAS) <Steve.Sunshine@skadden.com>; Lent, Karen Hoffman (NYC) <Karen.Lent@skadden.com>; Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Subject:** [Ext] RE: United States v. Google, No 1:20-cv-03010-APM (D.D.C.)

Counsel,

As I indicated at the September 1 pre-trial conference, Google believes that the overwhelming majority of the questioning of Mr. Giannandrea and Mr. Cue should be conducted in a closed session in order to avoid the unwarranted disclosure of commercially sensitive information.  We agree that the five topics outlined on page 2 of your September 13 letter are among the categories of information that should be addressed in a closed session.  Accordingly, Google confirms that it will reserve questioning on these topics, and others that we believe that Google and/or Apple may reasonably believe raise confidentiality issues, for a closed session.

Best regards,

**John E. Schmidtlein**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5901 |(F) 202-434-5029
JSchmidtlein@wc.com | www.wc.com/jschmidtlein

---

**From:** Bartels, Sarah (ATR) <Sarah.Bartels@usdoj.gov>
**Sent:** Friday, September 15, 2023 5:21 PM
**To:** Travers, Ryan J <Ryan.Travers@skadden.com>; Rosengart, Michael (ATR) <Michael.Rosengart@usdoj.gov>; Schmidtlein, John <JSchmidtlein@wc.com>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Jones, Matthew (ATR) <Matthew.Jones3@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; McKinley, Matt <Matt.McKinley@nebraska.gov>; Conrad, Joseph <joseph.conrad@nebraska.gov>; steve.kaufman@coag.gov; Margaret Sharp <Margaret.Sharp@oag.texas.gov>; McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Waszmer, Wendy <wwaszmer@wsgr.com>; Ryan, Thomas <TRyan@wc.com>; Yeager, Christopher <CYeager@wc.com>; Safty, Graham <GSafty@wc.com>
**Cc:** Sunshine, Steven C <Steve.Sunshine@skadden.com>; Lent, Karen Hoffman <Karen.Lent@skadden.com>; Lanci, Michael A <Michael.Lanci@skadden.com>
**Subject:** RE: United States v. Google, No 1:20-cv-03010-APM (D.D.C.)

Counsel:

In light of Apple's confidentiality assertions, for most of Mr. Giannandrea's testimony, we do not anticipate opposing Apple's request to conduct the examination in a confidential session.  We are continuing to assess our position of what, if any, portion of Mr. Cue's examination we would oppose conducting in a confidential session.

Best,
Sarah

**Sarah M. Bartels**
Trial Attorney
U.S. Department of Justice, Antitrust Division
450 5th Street NW, Washington, DC 20530
(202) 710-0047
sarah.bartels@usdoj.gov

---

**From:** Travers, Ryan J <Ryan.Travers@skadden.com>
**Sent:** Wednesday, September 13, 2023 9:47 PM
**To:** Rosengart, Michael (ATR) <Michael.Rosengart@usdoj.gov>; 'Schmidtlein, John' <JSchmidtlein@wc.com>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Jones, Matthew (ATR) <Matthew.Jones3@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Bartels, Sarah (ATR) <Sarah.Bartels@usdoj.gov>; McKinley, Matt <Matt.McKinley@nebraska.gov>; Conrad, Joseph <joseph.conrad@nebraska.gov>; steve.kaufman@coag.gov; Margaret Sharp <Margaret.Sharp@oag.texas.gov>; McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Waszmer, Wendy <wwaszmer@wsgr.com>; Ryan, Thomas <TRyan@wc.com>; Yeager, Christopher <CYeager@wc.com>; Safty, Graham <GSafty@wc.com>
**Cc:** Sunshine, Steven C <Steve.Sunshine@skadden.com>; Lent, Karen Hoffman <Karen.Lent@skadden.com>; Lanci, Michael A <Michael.Lanci@skadden.com>
**Subject:** [EXTERNAL] United States v. Google, No 1:20-cv-03010-APM (D.D.C.)

Counsel,

On behalf of Karen Lent, please see the attached correspondence.  We request a response no later than Saturday, September 16, 2023.

Best,
Ryan

**Ryan J. Travers**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7347 | F: +1.202.661.8347
ryan.travers@skadden.com

Skadden

---

----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===========================================================================

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.