# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

United States of America, *et al.*,

                Plaintiff,

   - against -

Google LLC,

                Defendant.

Case No. 1:20-cv-03010-APM

---

## NON-PARTY PETITIONER APPLE INC.'S MOTION FOR ADMISSION *PRO HAC VICE* OF JULIA K. YORK

Pursuant to Local Civil Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of Julia K. York *pro hac vice* in the above-referenced action as counsel for Non-Party Petitioner Apple Inc.

This motion is supported by the Declaration of Julia K. York, which is filed herewith. As set forth in Ms. York's declaration, she is admitted, practicing, and a member of good standing of the D.C. Bar. This motion is supported and signed by Steven C. Sunshine, an active and sponsoring member of the Bar of this Court.

Dated: September 27, 2023

Respectfully submitted,

/s/ Steven C. Sunshine
Steven C. Sunshine
D.C. Bar # 450078
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
(202) 371-7860
steve.sunshine@skadden.com