UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

United States of America, *et al.*,

                Plaintiff,

    - against -                  Case No. 1:20-cv-03010-APM

Google LLC,

                Defendant.

---

**DECLARATION OF JULIA K. YORK IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Julia K. York, hereby declare:

1. I am counsel for Non-Party Petitioner Apple Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Julia Kupfer York.

3. I am an attorney with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP. My office address is 1440 New York Avenue, N.W., Washington, D.C. 20005. My telephone number is (202) 371-7146. My email address is julia.york@skadden.com.

4. I am admitted and a member in good standing of the D.C. Bar.

5. I have never been disciplined by any bar.

6. Within the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of September, 2023 in Washington, D.C.

_____
Julia K. York