UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

United States of America, *et al.*,

           Plaintiff,

- against -

Google LLC,

           Defendant.

---

Case No. 1:20-cv-03010-APM

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF JULIA K. YORK

Upon consideration of the motion of Apple Inc., seeking the admission *pro hac vice* of Julia K. York and the Declaration of Julia K. York submitted in support of the Motion, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Julia K. York is GRANTED.

 

_____
Hon. Amit P. Mehta
United States District Judge