IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                              Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                              Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Enforce Court Order Regarding Trial Schedule, any opposition thereto, any reply in support thereof, the record in this case, and for good cause shown, it is hereby

ORDERED that Defendant's Motion is GRANTED.

SO ORDERED.

Dated: _____, 2023

_____
Hon. Amit P. Mehta
United States District Court Judge