# Exhibit 1



**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

August 15, 2023

*Via Email*

Colette Connor
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, DC  20024
cconnor@wc.com

      RE:    *United States et al. v. Google*, 1:20-cv-03010-APM (D.D.C.), *State of Colorado, et al. v. Google LLC*, Case No. 1:20-cv-03715-APM – United States Plaintiffs' Witness Order

Dear Colette,

      Pursuant to ECF No. 625, enclosed please find United States Plaintiffs' current proposed order for all witnesses we may call live at trial in our case-in-chief, and an estimated time for their direct examination by United States Plaintiffs. For efficiency, United States Plaintiffs further list two witnesses State Plaintiffs intend to call in their case-in-chief with whom United States Plaintiffs currently expect to conduct a direct examination and an estimated time for each examination. United States Plaintiffs further provide a non-exclusive list of potential rebuttal witnesses, with time estimates to be determined.

      These estimates reflect our current expectation of witness order, week, and time for direct examination. As the trial progresses, we will provide more refined schedules on a weekly basis as provided for under ECF No. 625. We continue to work with Google and third parties regarding witness scheduling, and if necessary, will provide a revised witness order once we resolve any scheduling conflicts.

      Plaintiffs continue to reserve the right to convert any witness listed on the enclosed witness list to appearing "By Designation" as Plaintiffs continue to prepare for trial. The enclosed order does not reflect deposition designations that the United States Plaintiffs' may submit to the Court.

2

Sincerely,

/s/ Claire M. Maddox
Claire M. Maddox
claire.maddox@usdoj.gov
202.549.7155

Enclosure

CC:   Matt McKinley (Matt.McKinley@nebraska.gov)
      Joseph Conrad (Joseph.Conrad@nebraska.gov)

United States Plaintiffs Witness Order and Estimated Time for Direct (08-15-2023)

| Witness | Estimated Direct (hours) |
|---|---|
| **Week 1: Sept. 12-15** | |
| Varian, Hal | 3.00 |
| Barton, Chris | 1.00 |
| Rangel, Antonio (Expert) | 2.00 |
| Kolotouros, James | 3.00 |
| Yoo, John | 1.50 |
| Higgins, Brian | 1.50 |
| Roszak, Michael | 1.50 |
| **Week 2: Sept. 18-22** | |
| Weinberg, Gabriel | 1.50 |
| Hammer, Christine (Expert) | 1.00 |
| Lehman, Eric | 2.00 |
| Parakhin, Mikhail | 2.00 |
| Braddi, Joan | 2.50 |
| Giannandrea, John | 1.50 |
| Ramaswamy, Sridhar | 1.00 |
| Kartesheva, Anna | 0.75 |
| Davies, Michael (Expert) | 1.00 |
| **Week 3: Sept. 26-28** | |
| Austin, Alex | 1.50 |
| Chang, Patrick | 1.00 |
| Cue, Eduardo | 2.50 |
| Tinter, Jon | 2.50 |
| Nadella, Satya | 1.00 |
| Jerath, Kinshuk | 3.50 |
| **Week 4: Oct. 2-6** | |
| Lowcock, Joshua | 2.00 |
| Juda, Adam | 3.00 |
| James, Mike | 1.50 |
| Dischler, Jerry | 2.50 |
| Miller, Andrew | 2.00 |
| Lim, Tracy-Ann | 1.00 |
| Raghaven, Prabhakar | 1.00 |
| Whinston, Michael (Expert) | 6.00 |
| **State Plaintiff Witnesses** | |
| Ryan Booth | 0.50 |

United States Plaintiffs Witness Order and Estimated Time for Direct (08-15-2023)

| Witness | Estimated Direct (hours) |
|---|---|
| Rik van der Kooi | 0.50 |
| **Rebuttal – Including but not limited to:** | |
| Oard, Douglas (Expert) | TBD |
| Davies, Michael (Expert) | TBD |
| Martin, Kirsten (Expert) | TBD |
| Whinston, Michael (Expert) | TBD |