# Exhibit 2



STATE OF NEBRASKA
**Office of the Attorney General**
2115 STATE CAPITOL BUILDING
LINCOLN, NE 68509-8920
(402) 471-2682
TDD (402) 471-2682
FAX (402) 471-3297 or (402) 471-4725

**MIKE HILGERS**
ATTORNEY GENERAL

August 15, 2023

**BY EMAIL**

John E. Schmidtlein
Williams & Connolly
680 Maine Avenue SW
Washington, DC 20024
Jschmidtlein@wc.com

    Re:    *State of Colorado, et al. v. Google LLC*, Case No. 1:20-cv-03715-APM
              *United States, et al. v. Google LLC*, Case No. 20-cv-03010-APM

Counsel,

      Pursuant to the Court's Order (ECF No. 625) regarding the schedule of witnesses at trial (the "Court's Order"), Plaintiff States are providing below their proposed order for all witnesses they intend to call live at trial in their case-in-chief. The proposed estimates do not include time for re-direct.

| Week 1: Oct. 10 – 13 | |
|---|---|
| **Witness** | **Estimated Direct** |
| Ryan Booth | 1.00 |
| Jason Krueger | 1.50 |
| Shirley Heath | 2.00 |
| Ryan Krueger | 1.00 |
| Rik van der Kooi | 1.00 |
| Amit Varia | 0.50 |
| Paul Vallez | 1.00 |
| Neil Barrett-Bowen | 1.50 |
| Arjan Dijk | 1.00 |
| Jeff Hurst | 1.00 |
| **Week 2: Oct. 16 – 20** | |
| **Witness** | **Estimated Direct** |
| Wilfred Amaldoss | 1.50 |
| Jonathan Baker | 2.50 |

Further pursuant to the Court's Order, Plaintiff States are providing below the list of witnesses on United States Plaintiffs' witness list for whom the Plaintiff States expect to conduct a direct examination in the case-in-chief of the United States and the estimated time for the examination.

| Witness | Estimated Direct |
|---|---|
| Hal Varian | 0.50 |
| Brian Higgins | 0.50 |
| Mikhail Parakhin | 0.50 |
| Gabriel Weinberg | 0.50 |
| Sridhar Ramaswamy | 0.50 |
| Joan Braddi | 1.00 |
| Eduardo Cue | 0.50 |
| Jon Tinter | 1.50 |
| Satya Nadella | 0.50 |
| Joshua Lowcock | 0.50 |
| Mike James | 1.00 |
| Jerry Dischler | 0.50 |
| Andy Miller | 0.50 |

Finally, in response to your August 4th email requesting Plaintiff States withdraw ten individuals from their witness list, Plaintiff States provide a response for each witness below.[1]

1. Arjan Dijk (Booking.com B.V.) – Plaintiff States maintain that Mr. Dijk has relevant testimony and plan to call him live at trial.

2. Richard Holden (Google LLC) – Plaintiff States plan to provide the Court revised, limited deposition designations as appropriate in response to the Court's opinion on summary judgment.

3. Jeff Hurst (Expedia Group, Inc.) – Plaintiff States maintain that Mr. Hurst has relevant testimony and plan to call him live at trial.

4. Debby Soo (Booking.com B.V.) – Plaintiff no longer plan to call Ms. Soo live to testify at trial. However, Plaintiff States plan to provide limited designations from Ms. Soo's deposition.

5. Mark Stein (Angi, Inc.) – Plaintiff States no longer plan to call Mr. Stein live to testify at trial. However, Plaintiff States plan to provide limited designations from Mr. Stein's deposition.

---

[1] Plaintiff States are providing this response with respect to their case-in-chief. Plaintiff States reserve their rights to include additional designations or witnesses in their rebuttal case.

6. Matt Dacey (TripAdvisor, Inc.) – Plaintiff States are evaluating the current deposition designations and will provide updated, limited deposition designations as appropriate in response to the Court's opinion on summary judgment.

7. Sander Daniels (Thumbtack, Inc.) - Plaintiff States are evaluating the current deposition designations and will provide updated, limited deposition designations as appropriate in response to the Court's opinion on summary judgment.

8. Jennifer Fitzpatrick (Google LLC) – Plaintiff States no longer plan to submit deposition designations for this witness.

9. Andrew Silverman (Google LLC) – Plaintiff States are evaluating the current deposition designations and will provide updated limited deposition designations as appropriate in response to the Court's opinion on summary judgment.

10. Jeremy Stoppelman (Yelp, Inc.) - Plaintiff States are evaluating the current deposition designations and will provide updated, limited deposition designations as appropriate in response to the Court's opinion on summary judgment.

Sincerely,

*/s/ Matthew K. McKinley*
Matthew K. McKinley