# Exhibit 3

**Maier, Gloria**

| | |
|---|---|
| **From:** | Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov> |
| **Sent:** | Tuesday, September 5, 2023 5:59 PM |
| **To:** | Safty, Graham; Connor, Colette; Maddox, Claire (ATR); Schmidtlein, John; Smurzynski, Kenneth; Greenblum, Benjamin; Maier, Gloria; Ryan, Thomas; 'screighton@wsgr.com'; 'frubinstein@wsgr.com'; 'wwaszmer@wsgr.com'; 'Mark.Popofsky@ropesgray.com'; 'Matthew.McGinnis@ropesgray.com'; Yeager, Christopher |
| **Cc:** | Dintzer, Kenneth (ATR); Severt, Adam T (ATR); Bellshaw, Meagan (ATR); Jensen, Elizabeth (ATR); Herrmann, Karl (ATR); Aguilar, Diana (ATR); Goldstein, Jeremy (ATR); 'Jon Sallet'; 'William Cavanaugh'; 'Conrad, Joseph'; 'Steve Kaufmann'; 'Katherine Wright'; McLellan, Michael (ATR); 'McKinley, Matt'; Hammond, Matthew (ATR); Onyema, Veronica (ATR) |
| **Subject:** | RE: United States, et al. v. Google LLC, No. 20-cv-3010 -- Witness Order and Time Estimates |
| **Attachments:** | 2023.09.05 US Plaintiffs' Revised Witness Order and Times Estimates_FINAL.pdf |

Graham—

After the pretrial conference on Friday and to accommodate various scheduling conflicts that we have been made aware of, we have reviewed and revised the U.S. Plaintiffs' witness order that we disclosed on Aug. 15, 2023 pursuant to the Court's Aug. 4, 2023 Order (ECF No. 625). The attached revised witness order also addresses your questions about when we would expect that Messrs. Juda and Raghavan will appear.

Rather than reserve time equal to Plaintiffs' direct examinations for Google's cross-examination as Google's Aug. 22, 2023 email suggests, we have used reasonable estimates of the time Google may need for cross-examination. As the trial progresses we will work with the Court, the witnesses, and Google to make the necessary adjustments.

Plaintiff's revised witness order is attached. Google should note the following changes:

- Adam Juda. Based on our estimates, we believe that we can accommodate Mr. Juda with the availability you identified below on Oct. 3, 4, or 5, but we will have to see how the trial proceeds.

- Prabhakar Raghavan. Upon further reflection, Plaintiffs currently do not plan to call Mr. Raghavan in Plaintiffs' case-in-chief, which we believe resolves concerns about scheduling his appearance. We intend to designate Mr. Raghavan's deposition testimony, unless Google calls him to testify.

- Jerry Dischler & Andrew Miller. We have moved them from the week of Oct. 2–6 to the week of Sept. 18–22. Please provide any conflicts that week for Messrs. Dischler and Miller as soon as possible.

- Satya Nadella. We have moved him to the very beginning of the week of Oct. 2–6.

- Mikhail Parakhin. We have moved him to the week of Sept. 26–28.

As Google has noted scheduling difficulties for its employees, most of the third-party witnesses have also raised significant scheduling conflicts that we have had to work to accommodate, in addition to Messrs. Nadella and Parakhin mentioned above. The attached proposed witness order

with estimates on the week witnesses will appear should accommodate those conflicts. In the case of Chris Barton, however, he does not have the slack in his schedule to accommodate a significant delay in his testimony. We understand that he needs to complete his trial testimony by the end of the day on Wednesday, Sept. 13, so that he can catch a flight that evening due to a preexisting speaking engagement the next day. We anticipate calling him to the stand first thing on Wednesday morning, but if Hal Varian's testimony, including Google's potential 3.5 hours of cross-examination, is not completed by that time, we would like to pause Dr. Varian's testimony so that we can ensure Mr. Barton can get on and off the stand quickly, as he has expressed concerns about catching his flight. Please advise us as to Google's position.

As requested above, please provide us any conflicts for Messrs. Dischler and Miller as soon as possible and advise us of Google's position in relation to getting Mr. Barton on and off the stand quickly on Wednesday, Sept. 13.

Matthew
------------------
Matthew C. Hammond (he/him)
Attorney, Media, Entertainment & Communications Section
Antitrust Division, U.S. Department of Justice
450 5th Street, N.W., Suite 7000
Washington, DC  20530
202-305-8541 (office)
202-270-8752 (mobile & best number to use)
matthew.hammond@usdoj.gov

---

**From:** Safty, Graham <GSafty@wc.com>
**Sent:** Tuesday, September 5, 2023 9:59 AM
**To:** Connor, Colette <CConnor@wc.com>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Schmidtlein, John <JSchmidtlein@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Maier, Gloria <GMaier@wc.com>; Ryan, Thomas <TRyan@wc.com>; 'screighton@wsgr.com' <screighton@wsgr.com>; 'frubinstein@wsgr.com' <frubinstein@wsgr.com>; 'wwaszmer@wsgr.com' <wwaszmer@wsgr.com>; 'Mark.Popofsky@ropesgray.com' <Mark.Popofsky@ropesgray.com>; 'Matthew.McGinnis@ropesgray.com' <Matthew.McGinnis@ropesgray.com>; Yeager, Christopher <CYeager@wc.com>
**Cc:** Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; 'Jon Sallet' <Jon.Sallet@coag.gov>; 'William Cavanaugh' <wfcavanaugh@pbwt.com>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Steve Kaufmann' <Steve.Kaufmann@coag.gov>; 'Katherine Wright' <Katherine.Wright@coag.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>
**Subject:** [EXTERNAL] RE: United States, et al. v. Google LLC, No. 20-cv-3010 -- Witness Order and Time Estimates

Counsel,

We are following up on the emails below regarding the unavailability of Mr. Raghavan and Mr. Juda during part or all of the week Plaintiffs initially identified. Please let us know immediately when Plaintiffs expect to call these two witnesses based on the availability we have provided.

Best,

**Graham Safty**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5548 | vcard | www.wc.com/gsafty

---

**From:** Connor, Colette <CConnor@wc.com>
**Sent:** Thursday, August 24, 2023 2:45 PM
**To:** 'Maddox, Claire (ATR)' <Claire.Maddox@usdoj.gov>; Schmidtlein, John <JSchmidtlein@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Maier, Gloria <GMaier@wc.com>; Safty, Graham <GSafty@wc.com>; Ryan, Thomas <TRyan@wc.com>; 'screighton@wsgr.com' <screighton@wsgr.com>; 'frubinstein@wsgr.com' <frubinstein@wsgr.com>; 'wwaszmer@wsgr.com' <wwaszmer@wsgr.com>; 'Mark.Popofsky@ropesgray.com' <Mark.Popofsky@ropesgray.com>; 'Matthew.McGinnis@ropesgray.com' <Matthew.McGinnis@ropesgray.com>; Yeager, Christopher <CYeager@wc.com>
**Cc:** 'Dintzer, Kenneth (ATR)' <Kenneth.Dintzer2@usdoj.gov>; 'Severt, Adam T (ATR)' <Adam.Severt@usdoj.gov>; 'Hammond, Matthew (ATR)' <Matthew.Hammond@usdoj.gov>; 'Bellshaw, Meagan (ATR)' <Meagan.Bellshaw@usdoj.gov>; 'Jensen, Elizabeth (ATR)' <Elizabeth.Jensen@usdoj.gov>; 'Herrmann, Karl (ATR)' <Karl.Herrmann@usdoj.gov>; 'Aguilar, Diana (ATR)' <Diana.Aguilar@usdoj.gov>; 'Goldstein, Jeremy (ATR)' <Jeremy.Goldstein@usdoj.gov>; 'Jon Sallet' <Jon.Sallet@coag.gov>; 'William Cavanaugh' <wfcavanaugh@pbwt.com>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'Steve Kaufmann' <Steve.Kaufmann@coag.gov>; 'Katherine Wright' <Katherine.Wright@coag.gov>; 'McLellan, Michael (ATR)' <Michael.McLellan@usdoj.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 -- Witness Order and Time Estimates

Counsel,

One correction to my email below:  Mr. Juda's availability for the week prior to the week for which you identified him is the Wednesday/Thursday, September 27/28 – he is not available to testify Tuesday September 26.

Best,
Colette

**Colette Connor**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5170 | (F) 202-480-8236
cconnor@wc.com | www.wc.com/cconnor

---

**From:** Connor, Colette
**Sent:** Tuesday, August 22, 2023 10:02 PM
**To:** Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Schmidtlein, John <JSchmidtlein@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Maier, Gloria <GMaier@wc.com>; Safty, Graham <GSafty@wc.com>; Ryan, Thomas <TRyan@wc.com>; screighton@wsgr.com; frubinstein@wsgr.com; wwaszmer@wsgr.com; Mark.Popofsky@ropesgray.com; Matthew.McGinnis@ropesgray.com; Yeager, Christopher <CYeager@wc.com>
**Cc:** Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; William Cavanaugh <wfcavanaugh@pbwt.com>; Conrad, Joseph <joseph.conrad@nebraska.gov>; Steve Kaufmann <Steve.Kaufmann@coag.gov>; Katherine Wright <Katherine.Wright@coag.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; McKinley, Matt

<Matt.McKinley@nebraska.gov>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 -- Witness Order and Time Estimates

Counsel,

In response to the witness order and time estimates provided by DOJ Plaintiffs and Colorado Plaintiffs, and pursuant to ECF No. 625:

Mr. Raghavan has conflicts extending the week of October 2-6.  He is available to testify any day the week prior.  Mr. Juda has conflicts on the Monday and Friday of that week, but is available to testify on Tuesday, Wednesday, or Thursday (Oct. 3/4/5). He is available the week prior, again on the Tuesday, Wednesday, and Thursday (Sept. 26/27/28).

With respect to direct examinations:  Mr. Raghavan is the only witness identified by Plaintiffs for whom we presently expect that the time we would take for our examination is likely to exceed the time listed for Plaintiffs' own examination.  We expect that our additional, out-of-scope direct examination would last 2 hours.  Not having seen Plaintiffs' directs, it is possible that our examination of some other witnesses may exceed the eventual scope of Plaintiffs' direct, and we reserve our rights in that regard.

Best,
Colette

**Colette Connor**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5170 | (F) 202-480-8236
cconnor@wc.com | www.wc.com/cconnor

---

**From:** Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>
**Sent:** Tuesday, August 15, 2023 6:31 PM
**To:** Schmidtlein, John <JSchmidtlein@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; Safty, Graham <GSafty@wc.com>; Ryan, Thomas <TRyan@wc.com>; screighton@wsgr.com; frubinstein@wsgr.com; wwaszmer@wsgr.com; Mark.Popofsky@ropesgray.com; Matthew.McGinnis@ropesgray.com; Yeager, Christopher <CYeager@wc.com>
**Cc:** Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; William Cavanaugh <wfcavanaugh@pbwt.com>; Conrad, Joseph <joseph.conrad@nebraska.gov>; Steve Kaufmann <Steve.Kaufmann@coag.gov>; Katherine Wright <Katherine.Wright@coag.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; McKinley, Matt <Matt.McKinley@nebraska.gov>
**Subject:** United States, et al. v. Google LLC, No. 20-cv-3010 -- Witness Order and Time Estimates

Counsel,

Please find attached a letter of today's date enclosing Plaintiffs' witness order and time estimates.

Best regards,
Claire

**Claire M. Maddox (she/her)**

U.S. Department of Justice | Antitrust Division
Technology and Digital Platforms Section
450 5th St NW, Washington, D.C. 20530
202.549.7155 | claire.maddox@usdoj.gov

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

U.S. Plaintiffs' Revised Witness Order & Estimated Time for Direct (09-05-2023)

| Witness | Est. Direct (hours) |
|---|---|
| **Week 1: Sept. 12–15** | |
| Varian, Hal | 3.00 |
| Barton, Chris | 1.00 |
| Rangel, Antonio (Expert) | 2.00 |
| Kolotouros, James | 2.50 |
| Higgins, Brian | 1.50 |
| Yoo, John | 1.50 |
| Roszak, Michael | 2.00 |
| **Week 2: Sept. 18–22** | |
| Dischler, Jerry | 2.50 |
| Lehman, Eric | 2.00 |
| Hammer, Christine (Expert) | 1.00 |
| Miller, Andrew | 2.00 |
| Weinberg, Gabriel | 1.50 |
| Kartesheva, Anna | 0.75 |
| Ramaswamy, Sridhar | 1.50 |
| Giannandrea, John | 1.50 |
| Braddi, Joan | 2.50 |
| Davies, Michael (Expert) | 1.00 |
| **Week 3: Sept. 26–28** | |
| Cue, Eduardo | 2.50 |
| Parakhin, Mikhail | 2.00 |
| Tinter, Jon | 2.50 |
| Austin, Alex | 1.50 |
| Chang, Patrick | 1.00 |
| Jerath, Kinshuk | 3.50 |

U.S. Plaintiffs' Revised Witness Order & Estimated Time for Direct (09-05-2023)

| Witness | Est. Direct (hours) |
|---|---|
| **Week 4: Oct. 2-6** | |
| Nadella, Satya | 1.00 |
| Lowcock, Joshua | 2.00 |
| Juda, Adam | 3.00 |
| James, Mike | 1.50 |
| Lim, Tracy-Ann | 1.00 |
| Whinston, Michael (Expert) | 6.00 |
| **Witnesses in Plaintiff States' Case-in-chief** | |
| Ryan Booth | 0.50 |
| Rik van der Kooi | 0.50 |
| **Rebuttal – Including but not limited to:** | |
| Oard, Douglas (Expert) | TBD |
| Davies, Michael (Expert) | TBD |
| Martin, Kirsten (Expert) | TBD |
| Whinston, Michael (Expert) | TBD |