# Exhibit 5

*United States v. Google*
**Plaintiff's Witness Order and Time Estimates (in hours)**
**September 24, 2023**

| Week 3: Sept. 26-28 | | | | |
|---|---|---|---|---|
| Witness | DOJ | States | Google[1] | Est. Start Date |
| Cue, Eddie | 2.5 | .5 | 1.5 | 9/26 |
| Parakhin, Mikhail | 1 | .5 | 1.5 | 9/26-27 |
| Kartasheva, Anna | 1 | | .5 | 9/27 |
| Austin, Alex | 1 | | 1 | 9/27 |
| Tinter, Jon | 2.5 | 2 | 3 | 9/27-9/28 |

| Week 4: Oct. 2-6 | | | | |
|---|---|---|---|---|
| Witness | DOJ | States | Google | Est. Start Date |
| Nadella, Satya | 1 | 1 | 1.5 | 10/2 |
| Jerath, Kinshuk **(EXPERT)** | 2.5 | | 2.5 | 10/2-3 |
| Braddi, Joan | 2.5 | 1 | 3.5 | 10/3-4 |
| Lowcock, Joshua | 1.5 | .5 | 1 | 10/4-5 |
| Chang, Patrick | 1 | | .5 | 10/5 |
| Juda, Adam | 3 | | 2 | 10/5-6 |
| Lim, Tracy-Ann | 1 | | .5 | 10/6 |

---

[1] Google has not provided time estimates for most witnesses in Plaintiff's case.  Plaintiffs have included in this chart their best reasonable estimate of time for Google's crosses.

1

| Week 5: Oct. 10-12 | | | | |
|---|---|---|---|---|
| Witness | DOJ | States | Google | Est. Start Date |
| Ramaswamy, Sridhar | 1 | .5 | 1 | 10/10 |
| James, Mike | 1.5 | 1 | 1 | 10/10 |
| Booth, Ryan* | .5 | 1.5 | 1 | 10/11 |
| Dijk, Arjan* |  | 1 | 1 | 10/11 |
| Kreuger, Ryan* |  | 1 | 1 | 10/11-12 |
| Heath, Shirley* |  | 2 | 1 | 10/12 |
| Varia, Amit* |  | 1 | 1 | 10/12 |

| Week 6: Oct. 16-19 | | | | |
|---|---|---|---|---|
| Witness | DOJ | States | Google | Est. Start Date |
| Van der Kooi, Rik* | .5 | 1 | 1 | 10/16 |
| Whinston, Michael **(EXPERT)** | 5 |  | 5 | 10/16-10/18 |
| Hurst, Jeff* |  | 1.5 | 1.5 | 10/18 |
| Kreuger, Jason* |  | 1 | 1 | 10/18 |
| Vallez, Paul* |  | 1 | 1 | 10/19 |
| Barrett-Bowen, Neil* |  | 1.5 | 1 | 10/19 |

| Week 6: Oct. 24-27 | | | | |
|---|---|---|---|---|
| Witness | DOJ | States | Google | Est. Start Date |
| Amaldoss, Wilfred* |  | 1.5 | 1 | 10/24 |
| Baker, Jonathan* |  | 2.5 | 2.5 | 10/24-10/25 |
| Google Case |  |  |  | 10/26 |

| | | | | | |
|---|---|---|---|---|---|
| Google Case | | | | 6 | 10/27 |

| Week 7: Oct. 30-Nov.3 ||||| |
|---|---|---|---|---|
| Witness | DOJ | States | Google | Est. Start Date |
| Google Case | | | | 10/30 |
| Google Case | | | | 10/31 |
| Google Case | | | | 11/1 |
| Google Case | | | | 11/2 |
| Google Case | | | | 11/3 |

| Week 8: Nov.6-Nov.10 ||||| |
|---|---|---|---|---|
| Witness | DOJ | States | Google | Est. Start Date |
| Google Case | | | | 11/6 |
| Google Case | | | | 11/7 |
| Google Case | | | | 11/8 |
| Google Case | | | | 11/9 |

| Week 9: Nov.13-Nov.17 ||||| |
|---|---|---|---|---|
| Witness | DOJ | States | Google | Est. Start Date |
| Google Case | | | | 11/13 |
| Google Case | | | | 11/14 |
| Google Case | | | | 11/15 |
| Google Case | | | | 11/16 |
| Plaintiffs' Rebuttal | | | | 11/17 |

| Week 10: Nov.20-Nov.21 | | | | |
|---|---|---|---|---|
| Witness | DOJ | States | Google | Est. Start Date |
| Plaintiffs' Rebuttal | | | | 11/20 |
| Plaintiffs' Rebuttal | | | | 11/21 |

*Denotes witnesses appearing in the State Plaintiffs' case-in-chief

4