# Exhibit 6

**Maier, Gloria**

| | |
|---|---|
| **From:** | McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov> |
| **Sent:** | Tuesday, September 26, 2023 9:42 PM |
| **To:** | Schmidtlein, John; Safty, Graham; Maier, Gloria |
| **Cc:** | Cavanaugh, William F. (x2793); Steve Kaufmann; Yeager, Christopher; Herrmann, Karl (ATR); Aguilar, Diana (ATR); Goldstein, Jeremy (ATR); Severt, Adam T (ATR); Dintzer, Kenneth (ATR); Jensen, Elizabeth (ATR); Jon Sallet; Joe Conrad; Katherine Wright; Hammond, Matthew (ATR); Maddox, Claire (ATR); Matt McKinley; Gray, Sara (ATR); Smurzynski, Kenneth; Greenblum, Benjamin; Connor, Colette; screighton@wsgr.com; Ryan, Thomas; frubinstein@wsgr.com; wwaszmer@wsgr.com; Sommer, Michael; mark.popofsky@ropesgray.com; matthew.mcginnis@ropesgray.com; Scott Ryther; Bellshaw, Meagan (ATR) |
| **Subject:** | RE: US v. Google: Scheduling |

Counsel:

We will revert tomorrow on Google's proposed dates regarding Mr. Juda. Please provide available dates for Ms. Braddi.

We will not be joining your submission, but reserve all rights to respond after reviewing it.

Regards,

**Michael G. McLellan**
U.S. Department of Justice, Antitrust Division
202-344-5196

---

**From:** Schmidtlein, John <JSchmidtlein@wc.com>
**Sent:** Tuesday, September 26, 2023 7:10 PM
**To:** McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Safty, Graham <GSafty@wc.com>; Maier, Gloria <GMaier@wc.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Steve Kaufmann <Steve.Kaufmann@coag.gov>; Yeager, Christopher <CYeager@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Joe Conrad <Joseph.Conrad@nebraska.gov>; Katherine Wright <Katherine.Wright@coag.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Matt McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara (ATR) <Sara.Gray2@usdoj.gov>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; screighton@wsgr.com; Ryan, Thomas <TRyan@wc.com>; frubinstein@wsgr.com; wwaszmer@wsgr.com; Sommer, Michael <msommer@wc.com>; mark.popofsky@ropesgray.com; matthew.mcginnis@ropesgray.com; Scott Ryther <sryther@agutah.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. Google: Scheduling

Counsel:

We object to the DOJ Plaintiffs' unilateral attempt to change the schedule in this case and are prepared to make a written submission to the Court on this issue tomorrow morning.  Please advise if you would like to make a joint submission.

In the meantime, with regards to the two Google witnesses listed on your revised schedule for next week, Ms. Braddi is not available to testify next week.  Mr. Juda is not available to testify on Oct. 5-6, but can testify on Oct. 3.  He will need to be concluded no later than Oct. 4.

**John E. Schmidtlein**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5901 |(F) 202-434-5029
JSchmidtlein@wc.com | www.wc.com/jschmidtlein

---

**From:** McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>
**Sent:** Monday, September 25, 2023 3:33 PM
**To:** Safty, Graham <GSafty@wc.com>; Maier, Gloria <GMaier@wc.com>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Steve Kaufmann <Steve.Kaufmann@coag.gov>; Yeager, Christopher <CYeager@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Joe Conrad <Joseph.Conrad@nebraska.gov>; Katherine Wright <Katherine.Wright@coag.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Matt McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara (ATR) <Sara.Gray2@usdoj.gov>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; screighton@wsgr.com; Ryan, Thomas <TRyan@wc.com>; frubinstein@wsgr.com; wwaszmer@wsgr.com; Sommer, Michael <msommer@wsgr.com>; mark.popofsky@ropesgray.com; matthew.mcginnis@ropesgray.com; Scott Ryther <sryther@agutah.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>
**Subject:** RE: US v. Google: Scheduling

Counsel:

We want to flag one additional point for this week.  We have scheduled this week's witnesses based on the expected lengths of Google's examinations set forth in the table below. If those estimates are too high, Mr. Tinter's testimony may conclude with Court time remaining on 9/28. If that occurs, we will expect Ms. Braddi to be available to testify during any remaining time. To that end, if you anticipate taking less time with any witness (particularly Mr. Tinter), please advise.

| Week 3: Sept. 26-28 | | | | |
|---|---|---|---|---|
| **Witness** | **DOJ** | **States** | **Google[1]** | **Est. Start Date** |
| Cue, Eddie | 2.5 | .5 | 1.5 | 9/26 |
| Parakhin, Mikhail | 1 | .5 | 1.5 | 9/26-27 |
| Kartasheva, Anna | 1 | | .5 | 9/27 |
| Austin, Alex | 1 | | 1 | 9/27 |
| Tinter, Jon | 2.5 | 2 | 3 | 9/27-9/28 |

Best,

**Michael G. McLellan**

U.S. Department of Justice, Antitrust Division
202-344-5196

---

**From:** Safty, Graham <GSafty@wc.com>
**Sent:** Monday, September 25, 2023 11:09 AM
**To:** McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Maier, Gloria <GMaier@wc.com>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Steve Kaufmann <Steve.Kaufmann@coag.gov>; Yeager, Christopher <CYeager@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Joe Conrad <Joseph.Conrad@nebraska.gov>; Katherine Wright <Katherine.Wright@coag.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Matt McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara (ATR) <Sara.Gray2@usdoj.gov>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; screighton@wsgr.com; Ryan, Thomas <TRyan@wc.com>; frubinstein@wsgr.com; wwaszmer@wsgr.com; Sommer, Michael <msommer@wsgr.com>; mark.popofsky@ropesgray.com; matthew.mcginnis@ropesgray.com; Scott Ryther <sryther@agutah.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. Google: Scheduling

Counsel,

Your demand that Google respond to a dramatic alteration to the Court's scheduling order within 24 hours that coincides with a religious holiday is unreasonable. We will respond to your proposal tomorrow after we have had a chance to review and discuss it with our client following the religious holiday that many people began observing last evening through today.

**Graham Safty**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5548 | vcard | www.wc.com/gsafty

---

**From:** McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>
**Sent:** Sunday, September 24, 2023 5:36 PM
**To:** Maier, Gloria <GMaier@wc.com>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Safty, Graham <GSafty@wc.com>; Steve Kaufmann <Steve.Kaufmann@coag.gov>; Yeager, Christopher <CYeager@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Joe Conrad <Joseph.Conrad@nebraska.gov>; Katherine Wright <Katherine.Wright@coag.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Matt McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara (ATR) <Sara.Gray2@usdoj.gov>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; screighton@wsgr.com; Ryan, Thomas <TRyan@wc.com>; frubinstein@wsgr.com; wwaszmer@wsgr.com; Sommer, Michael <msommer@wsgr.com>; mark.popofsky@ropesgray.com; matthew.mcginnis@ropesgray.com; Scott Ryther <sryther@agutah.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>
**Subject:** US v. Google: Scheduling

Counsel,

I write to propose a schedule governing the remainder of trial in this matter. In short, we ask Google to agree that (1) DOJ witnesses and witnesses on both plaintiff groups' exhibit lists be permitted to testify during the Colorado Plaintiffs' case; and (2) that the plaintiffs' cases-in-chief close on October 25, 2023 and Google's case-in-chief close November 16, 2023 (i.e., for both, one day after the dates in ECF #610), to be followed by at least three days of rebuttal.

Please indicate if Google will agree to this proposal. If Google does not, we will file a request with the Court tomorrow asking that it order the requested adjustment.

I attach hereto a schedule of what witnesses we expect would testify on what days, which may be adjusted based on witness availability and the needs of the Court. In particular, please note that we learned last night of a death in the family of Prof. Jerath, which may change the timing of some testimony, but not overall length.

We are available to meet and confer.

Best,

**Michael G. McLellan**
U.S. Department of Justice, Antitrust Division
202-344-5196

---

**From:** McLellan, Michael (ATR)
**Sent:** Friday, September 22, 2023 6:37 PM
**To:** Maier, Gloria <GMaier@wc.com>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Safty, Graham <GSafty@wc.com>; Steve Kaufmann <Steve.Kaufmann@coag.gov>; Yeager, Christopher <CYeager@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Joe Conrad <Joseph.Conrad@nebraska.gov>; Katherine Wright <Katherine.Wright@coag.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Matt McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara (ATR) <Sara.Gray2@usdoj.gov>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; screighton@wsgr.com; Ryan, Thomas <TRyan@wc.com>; frubinstein@wsgr.com; wwaszmer@wsgr.com; Sommer, Michael <msommer@wc.com>; mark.popofsky@ropesgray.com; matthew.mcginnis@ropesgray.com; Scott Ryther <sryther@agutah.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: US v Google: ECF #625 notice re witness order.

All:

Please find below an updated list of next week's anticipated witness order. Note that some of our time estimates have changed.

| Witness | Est. Direct (hours) | Day |
|---|---|---|
| **Week 3: Sept. 26-28** | | |
| Cue, Eduardo | 2.5 | 9/26 |
| Parakhin, Mikhail | 1.5 | 9/26-27 |
| Kartasheva, Anna | 1 | 9/27 |
| Jon Tinter | 2.5 | 9/27-9/28 |

| Austin, Alex | 1.5 | 9/27-28 |
|---|---|---|

Have a nice weekend,

**Michael G. McLellan**
U.S. Department of Justice, Antitrust Division
202-344-5196

---

**From:** McLellan, Michael (ATR)
**Sent:** Thursday, September 21, 2023 9:32 AM
**To:** Maier, Gloria <GMaier@wc.com>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Safty, Graham <GSafty@wc.com>; Steve Kaufmann <Steve.Kaufmann@coag.gov>; Yeager, Christopher <CYeager@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Joe Conrad <Joseph.Conrad@nebraska.gov>; Katherine Wright <Katherine.Wright@coag.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Matt McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara (ATR) <Sara.Gray2@usdoj.gov>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; screighton@wsgr.com; Ryan, Thomas <TRyan@wc.com>; frubinstein@wsgr.com; wwaszmer@wsgr.com; Sommer, Michael <msommer@wsgr.com>; mark.popofsky@ropesgray.com; matthew.mcginnis@ropesgray.com; Scott Ryther <sryther@agutah.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: US v Google: ECF #625 notice re witness order.

All:

Please find below next week's anticipated witness order.  Please note that we have been informed that Mr. Cue, Mr. Parakhin, and Mr. Tinter have limited availability and will need to appear in specific windows, which may necessitate adjustments. We will inform you of any changes.

| Witness | Est. Direct (hours) | Day |
|---|---|---|
| **Week 3: Sept. 26-28** | | |
| Cue, Eduardo | 1.5 | 9/26 |
| Braddi, Joan (if necessary) | 2.5 | 9/26 |
| Parakhin, Mikhail | 1.5 | 9/26-27 |
| Jon Tinter | 2.5 | 9/27 |
| Austin, Alex | 1.5 | 9/27-28 |
| Jerath, Kinshuk | 2.5 | 9/28 |
| | | |

Sent from my iPhone


On Sep 20, 2023, at 6:43 PM, McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov> wrote:


Counsel:

We now expect to call Ms. Kartasheva on Friday.  Accordingly, we expect to proceed in the following order:

Mr. Lehman
Mr. Weinberg
Mr. Giannandrea
Ms. Kartasheva
Ms. Braddi

**Michael G. McLellan**
U.S. Department of Justice, Antitrust Division
202-344-5196

**From:** Maier, Gloria <GMaier@wc.com>
**Sent:** Wednesday, September 20, 2023 5:54 PM
**To:** McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Safty, Graham <GSafty@wc.com>; Steve Kaufmann <Steve.Kaufmann@coag.gov>; Yeager, Christopher <CYeager@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Joe Conrad <Joseph.Conrad@nebraska.gov>; Katherine Wright <Katherine.Wright@coag.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Matt McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara (ATR) <Sara.Gray2@usdoj.gov>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; screighton@wsgr.com; Ryan, Thomas <TRyan@wc.com>; frubinstein@wsgr.com; wwaszmer@wsgr.com; Sommer, Michael <msommer@wsgr.com>; mark.popofsky@ropesgray.com; matthew.mcginnis@ropesgray.com; Scott Ryther <sryther@agutah.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: US v Google: ECF #625 notice re witness order.

Counsel,

Can you confirm that the anticipated order of witness remains the same as in your 9/19 chart below (with the one change that Mr. Ramaswamy will not be called this week)?  That is to say that tomorrow we should anticipate Ms. Kartasheva to follow Mr. Weinberg?

Thank you,
Gloria

**Gloria Maier | Williams & Connolly LLP**

**From:** McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>
**Sent:** Wednesday, September 20, 2023 3:06 PM
**To:** Maier, Gloria <GMaier@wc.com>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Safty, Graham <GSafty@wc.com>; Steve Kaufmann <Steve.Kaufmann@coag.gov>; Yeager, Christopher <CYeager@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Joe Conrad <Joseph.Conrad@nebraska.gov>; Katherine Wright <Katherine.Wright@coag.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Matt McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara (ATR) <Sara.Gray2@usdoj.gov>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; screighton@wsgr.com; Ryan, Thomas <TRyan@wc.com>; frubinstein@wsgr.com; wwaszmer@wsgr.com; Sommer, Michael <msommer@wsgr.com>; mark.popofsky@ropesgray.com; matthew.mcginnis@ropesgray.com; Scott Ryther <sryther@agutah.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: US v Google: ECF #625 notice re witness order.

Counsel:

To assist with streamlining scheduling this week, DOJ will not be calling Mr. Ramaswamy tomorrow or Friday.  We are working with him on rescheduling and will revert when we can.

Best,

Michael McLellan

Sent from my iPhone

> On Sep 19, 2023, at 9:32 AM, Maier, Gloria <GMaier@wc.com> wrote:

> Counsel,

> Thank you for clarifying the anticipated upcoming witness order.

> Does the chart below reflect the present anticipated time estimate for Mr. Yoo and Mr. Roszak?  Earlier correspondence had reflected time estimates of 1.5 hours and 2.0 hours, respectively.  (See 9/15 4:48 pm and 9/6 7 pm emails below).

> Thank you,
> Gloria

> **Gloria Maier | Williams & Connolly LLP**

> **From:** McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>
> **Sent:** Tuesday, September 19, 2023 3:52 AM
> **To:** Maier, Gloria <GMaier@wc.com>
> **Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Safty, Graham <GSafty@wc.com>; Steve Kaufmann

<[Steve.Kaufmann@coag.gov](mailto:Steve.Kaufmann@coag.gov)>; Yeager, Christopher <[CYeager@wc.com](mailto:CYeager@wc.com)>; Herrmann, Karl (ATR) <[Karl.Herrmann@usdoj.gov](mailto:Karl.Herrmann@usdoj.gov)>; Aguilar, Diana (ATR) <[Diana.Aguilar@usdoj.gov](mailto:Diana.Aguilar@usdoj.gov)>; Goldstein, Jeremy (ATR) <[Jeremy.Goldstein@usdoj.gov](mailto:Jeremy.Goldstein@usdoj.gov)>; Severt, Adam T (ATR) <[Adam.Severt@usdoj.gov](mailto:Adam.Severt@usdoj.gov)>; Dintzer, Kenneth (ATR) <[Kenneth.Dintzer2@usdoj.gov](mailto:Kenneth.Dintzer2@usdoj.gov)>; Jensen, Elizabeth (ATR) <[Elizabeth.Jensen@usdoj.gov](mailto:Elizabeth.Jensen@usdoj.gov)>; Jon Sallet <[Jon.Sallet@coag.gov](mailto:Jon.Sallet@coag.gov)>; Joe Conrad <[Joseph.Conrad@nebraska.gov](mailto:Joseph.Conrad@nebraska.gov)>; Katherine Wright <[Katherine.Wright@coag.gov](mailto:Katherine.Wright@coag.gov)>; Hammond, Matthew (ATR) <[Matthew.Hammond@usdoj.gov](mailto:Matthew.Hammond@usdoj.gov)>; Maddox, Claire (ATR) <[Claire.Maddox@usdoj.gov](mailto:Claire.Maddox@usdoj.gov)>; Matt McKinley <[Matt.McKinley@nebraska.gov](mailto:Matt.McKinley@nebraska.gov)>; Gray, Sara (ATR) <[Sara.Gray2@usdoj.gov](mailto:Sara.Gray2@usdoj.gov)>; Smurzynski, Kenneth <[KSmurzynski@wc.com](mailto:KSmurzynski@wc.com)>; Greenblum, Benjamin <[BGreenblum@wc.com](mailto:BGreenblum@wc.com)>; Connor, Colette <[CConnor@wc.com](mailto:CConnor@wc.com)>; [screighton@wsgr.com](mailto:screighton@wsgr.com); Ryan, Thomas <[TRyan@wc.com](mailto:TRyan@wc.com)>; [frubinstein@wsgr.com](mailto:frubinstein@wsgr.com); [wwaszmer@wsgr.com](mailto:wwaszmer@wsgr.com); Sommer, Michael <[msommer@wsgr.com](mailto:msommer@wsgr.com)>; [mark.popofsky@ropesgray.com](mailto:mark.popofsky@ropesgray.com); [matthew.mcginnis@ropesgray.com](mailto:matthew.mcginnis@ropesgray.com); Scott Ryther <[sryther@agutah.gov](mailto:sryther@agutah.gov)>; Bellshaw, Meagan (ATR) <[Meagan.Bellshaw@usdoj.gov](mailto:Meagan.Bellshaw@usdoj.gov)>
**Subject:** RE: [EXTERNAL] RE: US v Google: ECF #625 notice re witness order.

Gloria and all: Apologies for the confusion; my earlier email reflected a miscommunication.  Below please find the updated witness chart.  However, please note that we may need to adjust the timing of Ms. Kartasheva's testimony (to after Mr. Giannandrea and/or Mr. Ramaswamy) to accommodate third party schedules.

| Witness | Est. Direct (hours) | Day |
|---|---|---|
| **Week 2: Sept. 18-22** | | |
| Higgins, Brian | 1.5 | 9/18 |
| Dischler, Jerry | 2.5 | 9/18-19 |
| Yoo, Jon | 1* | 9/19 |
| Rozak, Michael | 1.00* | 9/19 |
| Lehman, Eric | 2 | 9/19-20 |
| Weinberg, Gabriel | 1.5 | 9/20-21 |
| Kartasheva, Anna | .75 | 9/21 |
| Giannandrea, John | 1.5 | 9/21 |
| Ramaswamy, Sridhar | 1 | 9/21 |
| Braddi, Joan | 2.5 | 9/21-22 |

**Michael G. McLellan**
U.S. Department of Justice, Antitrust Division
202-344-5196

---

**From:** Maier, Gloria <[GMaier@wc.com](mailto:GMaier@wc.com)>
**Sent:** Monday, September 18, 2023 8:58 PM
**To:** McLellan, Michael (ATR) <[Michael.McLellan@usdoj.gov](mailto:Michael.McLellan@usdoj.gov)>
**Cc:** Schmidtlein, John <[JSchmidtlein@wc.com](mailto:JSchmidtlein@wc.com)>; Cavanaugh, William F. (x2793)

<wfcavanaugh@pbwt.com>; Safty, Graham <GSafty@wc.com>; Steve Kaufmann
<Steve.Kaufmann@coag.gov>; Yeager, Christopher <CYeager@wc.com>; Herrmann, Karl
(ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>;
Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR)
<Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>;
Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Jon Sallet
<Jon.Sallet@coag.gov>; Joe Conrad <Joseph.Conrad@nebraska.gov>; Katherine Wright
<Katherine.Wright@coag.gov>; Hammond, Matthew (ATR)
<Matthew.Hammond@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>;
Matt McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara (ATR)
<Sara.Gray2@usdoj.gov>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum,
Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>;
screighton@wsgr.com; Ryan, Thomas <TRyan@wc.com>; frubinstein@wsgr.com;
wwaszmer@wsgr.com; Sommer, Michael <msommer@wsgr.com>;
mark.popofsky@ropesgray.com; matthew.mcginnis@ropesgray.com; Scott Ryther
<sryther@agutah.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: US v Google: ECF #625 notice re witness order.

Good evening,

I am following up on this exchange – please do send the updated schedule to ensure we
are on the same page.

Thank you,
Gloria

**Gloria Maier | Williams & Connolly LLP**

---

**From:** McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>
**Sent:** Monday, September 18, 2023 1:28 PM
**To:** Maier, Gloria <GMaier@wc.com>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Cavanaugh, William F. (x2793)
<wfcavanaugh@pbwt.com>; Safty, Graham <GSafty@wc.com>; Steve Kaufmann
<Steve.Kaufmann@coag.gov>; Yeager, Christopher <CYeager@wc.com>; Herrmann, Karl
(ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>;
Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR)
<Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>;
Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Jon Sallet
<Jon.Sallet@coag.gov>; Joe Conrad <Joseph.Conrad@nebraska.gov>; Katherine Wright
<Katherine.Wright@coag.gov>; Hammond, Matthew (ATR)
<Matthew.Hammond@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>;
Matt McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara (ATR)
<Sara.Gray2@usdoj.gov>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum,
Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>;
screighton@wsgr.com; Ryan, Thomas <TRyan@wc.com>; frubinstein@wsgr.com;
wwaszmer@wsgr.com; Sommer, Michael <msommer@wsgr.com>;
mark.popofsky@ropesgray.com; matthew.mcginnis@ropesgray.com; Scott Ryther
<sryther@agutah.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: US v Google: ECF #625 notice re witness order.

Apologies, I will re-send the weekly schedule later today with all changes made clear.

Sent from my iPhone

On Sep 18, 2023, at 10:39 AM, Maier, Gloria <GMaier@wc.com> wrote:

Counsel,

Could you please clarify the scheduling adjustment that you are proposing in your message below?  Was the second line of your email intended to read, "Thus, Mr. Ramaswamy will proceed after Mr. ~~Giannandrea~~ Weinberg," given that Mr. Giannandrea was anticipated to come after both Ms. Kartasheva and Mr. Ramaswamy?

Thank you,
Gloria

**Gloria Maier**
**Partner | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5213 | (F) 202-434-5029
gmaier@wc.com | www.wc.com/gmaier

**From:** McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>
**Sent:** Monday, September 18, 2023 8:44 AM
**To:** Schmidtlein, John <JSchmidtlein@wc.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>
**Cc:** Safty, Graham <GSafty@wc.com>; Steve Kaufmann <steve.kaufmann@coag.gov>; Yeager, Christopher <CYeager@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Joe Conrad <Joseph.Conrad@nebraska.gov>; Katherine Wright <Katherine.Wright@coag.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Matt McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara (ATR) <Sara.Gray2@usdoj.gov>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; screighton@wsgr.com; Ryan, Thomas <TRyan@wc.com>; frubinstein@wsgr.com; wwaszmer@wsgr.com; Sommer, Michael <msommer@wsgr.com>; Mark.Popofsky@ropesgray.com; Matthew.McGinnis@ropesgray.com; Scott Ryther <sryther@agutah.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>
**Subject:** RE: US v Google: ECF #625 notice re witness order.

Counsel,

For scheduling purposes, we intend to call Ms. Kartasheva after Mr. Ramaswamy. Thus, Mr. Ramaswamy will proceed after Mr. Giannandrea.

Best,

**Michael G. McLellan**
U.S. Department of Justice, Antitrust Division
202-344-5196

---

**From:** McLellan, Michael (ATR)
**Sent:** Sunday, September 17, 2023 5:14 PM
**To:** Schmidtlein, John <JSchmidtlein@wc.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>
**Cc:** Safty, Graham <GSafty@wc.com>; Steve Kaufmann <steve.kaufmann@coag.gov>; Yeager, Christopher <CYeager@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Joe Conrad <Joseph.Conrad@nebraska.gov>; Katherine Wright <Katherine.Wright@coag.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Matt McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara (ATR) <Sara.Gray2@usdoj.gov>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; screighton@wsgr.com; Ryan, Thomas <TRyan@wc.com>; frubinstein@wsgr.com; wwaszmer@wsgr.com; Sommer, Michael <msommer@wsgr.com>; Mark.Popofsky@ropesgray.com; Matthew.McGinnis@ropesgray.com; Scott Ryther <sryther@agutah.gov>
**Subject:** RE: US v Google: ECF #625 notice re witness order.

Counsel,

Ms. Hammer will not be testifying next week for health-related reasons.  We are working to reschedule.

Best,

**Michael G. McLellan**
U.S. Department of Justice, Antitrust Division
202-344-5196

---

**From:** Schmidtlein, John <JSchmidtlein@wc.com>
**Sent:** Saturday, September 16, 2023 5:11 PM
**To:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>

**Cc:** McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Safty, Graham <GSafty@wc.com>; Steve Kaufmann <steve.kaufmann@coag.gov>; Yeager, Christopher <CYeager@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Joe Conrad <Joseph.Conrad@nebraska.gov>; Katherine Wright <Katherine.Wright@coag.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Matt McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara (ATR) <Sara.Gray2@usdoj.gov>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; screighton@wsgr.com; Ryan, Thomas <TRyan@wc.com>; frubinstein@wsgr.com; wwaszmer@wsgr.com; Sommer, Michael <msommer@wsgr.com>; Mark.Popofsky@ropesgray.com; Matthew.McGinnis@ropesgray.com; Scott Ryther <sryther@agutah.gov>
**Subject:** [EXTERNAL] RE: US v Google: ECF #625 notice re witness order.

Thank you Bill.  With that clarification, Google will agree to Plaintiffs' withdrawal of Andy Miller as a live witness and instead submission of deposition designations (subject to any objections that any party has to such designations).

**John E. Schmidtlein**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5901 |(F) 202-434-5029
JSchmidtlein@wc.com | www.wc.com/jschmidtlein

---

**From:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>
**Sent:** Saturday, September 16, 2023 2:36 PM
**To:** Schmidtlein, John <JSchmidtlein@wc.com>
**Cc:** McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Safty, Graham <GSafty@wc.com>; Steve Kaufmann <steve.kaufmann@coag.gov>; Yeager, Christopher <CYeager@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Joe Conrad <Joseph.Conrad@nebraska.gov>; Katherine Wright <Katherine.Wright@coag.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Matt McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara (ATR)

<[Sara.Gray2@usdoj.gov](mailto:Sara.Gray2@usdoj.gov)>; Smurzynski, Kenneth
<[KSmurzynski@wc.com](mailto:KSmurzynski@wc.com)>; Greenblum, Benjamin
<[BGreenblum@wc.com](mailto:BGreenblum@wc.com)>; Connor, Colette <[CConnor@wc.com](mailto:CConnor@wc.com)>; Maier,
Gloria <[GMaier@wc.com](mailto:GMaier@wc.com)>; [screighton@wsgr.com](mailto:screighton@wsgr.com); Ryan, Thomas
<[TRyan@wc.com](mailto:TRyan@wc.com)>; [frubinstein@wsgr.com](mailto:frubinstein@wsgr.com); [wwaszmer@wsgr.com](mailto:wwaszmer@wsgr.com);
Sommer, Michael <[msommer@wsgr.com](mailto:msommer@wsgr.com)>;
[Mark.Popofsky@ropesgray.com](mailto:Mark.Popofsky@ropesgray.com); [Matthew.McGinnis@ropesgray.com](mailto:Matthew.McGinnis@ropesgray.com);
Scott Ryther <[sryther@agutah.gov](mailto:sryther@agutah.gov)>
**Subject:** Re: US v Google: ECF #625 notice re witness order.

John, we are agreeable to the approach proposed in Michael's email.

Bill

Sent from my iPad

> On Sep 16, 2023, at 12:16 PM, Schmidtlein, John
> <[JSchmidtlein@wc.com](mailto:JSchmidtlein@wc.com)> wrote:

⚠ *Caution: External Email!*

Michael:

Regarding Andy Miller, can you clarify whether your
proposal is being made on behalf of all Plaintiffs (i.e.,
the Colorado Plaintiffs also are agreeing that they will
not call him live in their case in chief)?

**John E. Schmidtlein**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5901 |(F) 202-434-5029
[JSchmidtlein@wc.com](mailto:JSchmidtlein@wc.com) | [www.wc.com/jschmidtlein](http://www.wc.com/jschmidtlein)

**From:** McLellan, Michael (ATR)
<[Michael.McLellan@usdoj.gov](mailto:Michael.McLellan@usdoj.gov)>
**Sent:** Friday, September 15, 2023 4:48 PM
**To:** Safty, Graham <[GSafty@wc.com](mailto:GSafty@wc.com)>; 'Steve Kaufmann'
<[Steve.Kaufmann@coag.gov](mailto:Steve.Kaufmann@coag.gov)>; Yeager, Christopher
<[CYeager@wc.com](mailto:CYeager@wc.com)>; Herrmann, Karl (ATR)
<[Karl.Herrmann@usdoj.gov](mailto:Karl.Herrmann@usdoj.gov)>; Aguilar, Diana (ATR)
<[Diana.Aguilar@usdoj.gov](mailto:Diana.Aguilar@usdoj.gov)>; Goldstein, Jeremy (ATR)
<[Jeremy.Goldstein@usdoj.gov](mailto:Jeremy.Goldstein@usdoj.gov)>; Severt, Adam T (ATR)
<[Adam.Severt@usdoj.gov](mailto:Adam.Severt@usdoj.gov)>; Dintzer, Kenneth (ATR)
<[Kenneth.Dintzer2@usdoj.gov](mailto:Kenneth.Dintzer2@usdoj.gov)>; Jensen, Elizabeth (ATR)
<[Elizabeth.Jensen@usdoj.gov](mailto:Elizabeth.Jensen@usdoj.gov)>; 'Jon Sallet'
<[Jon.Sallet@coag.gov](mailto:Jon.Sallet@coag.gov)>; 'Bill Cavanaugh'

<wfcavanaugh@pbwt.com>; 'Joe Conrad'
<Joseph.Conrad@nebraska.gov>; 'Katherine Wright'
<Katherine.Wright@coag.gov>; Hammond, Matthew
(ATR) <Matthew.Hammond@usdoj.gov>; Maddox,
Claire (ATR) <Claire.Maddox@usdoj.gov>; 'Matt
McKinley' <Matt.McKinley@nebraska.gov>; Gray, Sara
(ATR) <Sara.Gray2@usdoj.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>;
Smurzynski, Kenneth <KSmurzynski@wc.com>;
Greenblum, Benjamin <BGreenblum@wc.com>;
Connor, Colette <CConnor@wc.com>; Maier, Gloria
<GMaier@wc.com>; 'screighton@wsgr.com'
<screighton@wsgr.com>; Ryan, Thomas
<TRyan@wc.com>; 'frubinstein@wsgr.com'
<frubinstein@wsgr.com>; 'wwaszmer@wsgr.com'
<wwaszmer@wsgr.com>; Sommer, Michael
<msommer@wsgr.com>;
'Mark.Popofsky@ropesgray.com'
<Mark.Popofsky@ropesgray.com>;
'Matthew.McGinnis@ropesgray.com'
<Matthew.McGinnis@ropesgray.com>; 'Scott Ryther'
<sryther@agutah.gov>
**Subject:** RE: US v Google: ECF #625 notice re witness
order.

Graham,

Mr. Higgins will be our first witness on Monday, and we
will agree to proceed thereafter with Mr. Dischler,
followed by Messrs. Yoo and Roszak and the remaining
witnesses in the order set forth in my email below, with
two changes.

First, we currently anticipate Mr. Roszak's direct
examination will take two hours, not one.

Second, we do not intend to call Andy Miller next
week.  If Google will agree to the parties' submission of
designations of Mr. Miller's testimony, we will agree not
to call him later. If not, we will reserve the right to do
so.

Thanks,

**Michael G. McLellan**
U.S. Department of Justice, Antitrust Division
202-344-5196

---

**From:** Safty, Graham <GSafty@wc.com>
**Sent:** Thursday, September 14, 2023 7:24 PM
**To:** McLellan, Michael (ATR)
<Michael.McLellan@usdoj.gov>; 'Steve Kaufmann'

<[Steve.Kaufmann@coag.gov](mailto:Steve.Kaufmann@coag.gov)>; Yeager, Christopher
<[CYeager@wc.com](mailto:CYeager@wc.com)>; Herrmann, Karl (ATR)
<[Karl.Herrmann@usdoj.gov](mailto:Karl.Herrmann@usdoj.gov)>; Aguilar, Diana (ATR)
<[Diana.Aguilar@usdoj.gov](mailto:Diana.Aguilar@usdoj.gov)>; Goldstein, Jeremy (ATR)
<[Jeremy.Goldstein@usdoj.gov](mailto:Jeremy.Goldstein@usdoj.gov)>; Severt, Adam T (ATR)
<[Adam.Severt@usdoj.gov](mailto:Adam.Severt@usdoj.gov)>; Dintzer, Kenneth (ATR)
<[Kenneth.Dintzer2@usdoj.gov](mailto:Kenneth.Dintzer2@usdoj.gov)>; Jensen, Elizabeth (ATR)
<[Elizabeth.Jensen@usdoj.gov](mailto:Elizabeth.Jensen@usdoj.gov)>; 'Jon Sallet'
<[Jon.Sallet@coag.gov](mailto:Jon.Sallet@coag.gov)>; 'Bill Cavanaugh'
<[wfcavanaugh@pbwt.com](mailto:wfcavanaugh@pbwt.com)>; 'Joe Conrad'
<[Joseph.Conrad@nebraska.gov](mailto:Joseph.Conrad@nebraska.gov)>; 'Katherine Wright'
<[Katherine.Wright@coag.gov](mailto:Katherine.Wright@coag.gov)>; Hammond, Matthew
(ATR) <[Matthew.Hammond@usdoj.gov](mailto:Matthew.Hammond@usdoj.gov)>; Maddox,
Claire (ATR) <[Claire.Maddox@usdoj.gov](mailto:Claire.Maddox@usdoj.gov)>; 'Matt
McKinley' <[Matt.McKinley@nebraska.gov](mailto:Matt.McKinley@nebraska.gov)>; Gray, Sara
(ATR) <[Sara.Gray2@usdoj.gov](mailto:Sara.Gray2@usdoj.gov)>
**Cc:** Schmidtlein, John <[JSchmidtlein@wc.com](mailto:JSchmidtlein@wc.com)>;
Smurzynski, Kenneth <[KSmurzynski@wc.com](mailto:KSmurzynski@wc.com)>;
Greenblum, Benjamin <[BGreenblum@wc.com](mailto:BGreenblum@wc.com)>;
Connor, Colette <[CConnor@wc.com](mailto:CConnor@wc.com)>; Maier, Gloria
<[GMaier@wc.com](mailto:GMaier@wc.com)>; 'screighton@wsgr.com'
<[screighton@wsgr.com](mailto:screighton@wsgr.com)>; Ryan, Thomas
<[TRyan@wc.com](mailto:TRyan@wc.com)>; 'frubinstein@wsgr.com'
<[frubinstein@wsgr.com](mailto:frubinstein@wsgr.com)>; 'wwaszmer@wsgr.com'
<[wwaszmer@wsgr.com](mailto:wwaszmer@wsgr.com)>; Sommer, Michael
<[msommer@wsgr.com](mailto:msommer@wsgr.com)>;
'Mark.Popofsky@ropesgray.com'
<[Mark.Popofsky@ropesgray.com](mailto:Mark.Popofsky@ropesgray.com)>;
'Matthew.McGinnis@ropesgray.com'
<[Matthew.McGinnis@ropesgray.com](mailto:Matthew.McGinnis@ropesgray.com)>; 'Scott Ryther'
<[sryther@agutah.gov](mailto:sryther@agutah.gov)>
**Subject:** [EXTERNAL] RE: US v Google: ECF #625 notice
re witness order.

Michael,

As previously indicated, Mr. Dischler will need to be the
first witness called to testify on September 18. Google
intends to conduct a direct examination of Mr. Dischler,
which we presently estimate will last approximately 3.0
hours, though the timing will of course vary depending
upon the scope of Plaintiffs' examination. Mr. Yoo will
be available to testify after Mr. Dischler. Mr. Roszak will
be available to testify on Tuesday followed by Mr.
Lehman and the rest of the witnesses in the order set
out in your email below.

For avoidance of doubt, we intend to conduct a direct
examination of Mr. Giannandrea and Ms. Braddi. We
presently expect that the time we will take for our
examination of these witnesses is unlikely to exceed the
time listed for Plaintiffs' own examination.

Best,

**Graham Safty**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5548 | vcard | www.wc.com/gsafty

---

**From:** Safty, Graham
**Sent:** Wednesday, September 13, 2023 8:39 PM
**To:** McLellan, Michael (ATR)
<Michael.McLellan@usdoj.gov>; Steve Kaufmann
<Steve.Kaufmann@coag.gov>; Yeager, Christopher
<CYeager@wc.com>; Herrmann, Karl (ATR)
<Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR)
<Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR)
<Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR)
<Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR)
<Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR)
<Elizabeth.Jensen@usdoj.gov>; Jon Sallet
<Jon.Sallet@coag.gov>; Bill Cavanaugh
<wfcavanaugh@pbwt.com>; Joe Conrad
<Joseph.Conrad@nebraska.gov>; Katherine Wright
<Katherine.Wright@coag.gov>; Hammond, Matthew
(ATR) <Matthew.Hammond@usdoj.gov>; Maddox,
Claire (ATR) <Claire.Maddox@usdoj.gov>; Matt
McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara
(ATR) <Sara.Gray2@usdoj.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>;
Smurzynski, Kenneth <KSmurzynski@wc.com>;
Greenblum, Benjamin <BGreenblum@wc.com>;
Connor, Colette <CConnor@wc.com>; Maier, Gloria
<GMaier@wc.com>; screighton@wsgr.com;
frubinstein@wsgr.com; wwaszmer@wsgr.com;
Mark.Popofsky@ropesgray.com;
Matthew.McGinnis@ropesgray.com; Scott Ryther
<sryther@agutah.gov>
**Subject:** RE: US v Google: ECF #625 notice re witness
order.

Michael,

We do not agree to the last-minute schedule change for
tomorrow. Consistent with Plaintiffs' prior disclosure,
Mr. Kolotouros will be the next witness after Professor
Rangel.

As we explained earlier today, Mr. Dischler is available
only on Monday and Tuesday of next week due to
Plaintiffs' late change to their schedule. He will
therefore need to be the first new witness called on

Monday, September 18 (after any witness who is still on the stand at the end of the day on Friday is completed).

Best,

**Graham Safty**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5548 | vcard | www.wc.com/gsafty

---

**From:** McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>
**Sent:** Wednesday, September 13, 2023 7:01 PM
**To:** Steve Kaufmann <Steve.Kaufmann@coag.gov>; Yeager, Christopher <CYeager@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR) <Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Bill Cavanaugh <wfcavanaugh@pbwt.com>; Joe Conrad <Joseph.Conrad@nebraska.gov>; Katherine Wright <Katherine.Wright@coag.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Matt McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara (ATR) <Sara.Gray2@usdoj.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; Safty, Graham <GSafty@wc.com>; screighton@wsgr.com; frubinstein@wsgr.com; wwaszmer@wsgr.com; Mark.Popofsky@ropesgray.com; Matthew.McGinnis@ropesgray.com; Scott Ryther <sryther@agutah.gov>
**Subject:** RE: US v Google: ECF #625 notice re witness order.

Counsel,

To accommodate a third party commitment, we expect to call Mr. Higgins after Mr. Rangel's testimony concludes tomorrow, to be followed by Mr. Kolotorous.

Additionally, pursuant to the Court's Aug. 4, 2023 Order (ECF No. 625), please see below DOJ Plaintiffs' list of witnesses DOJ Plaintiffs expect to call next week, the order we expect to call them in, the estimated time for

17

their direct examination, and the day that we expect to call them.

| Witness | Est. Direct (hours) | Da |
|---------|---------------------|-----|
| **Week 2: Sept. 18-22** | | |
| Yoo, Jon | 1* | 9/1 |
| Rozak, Michael | 1.00* | 9/1 |
| Dischler, Jerry | 2.5 | 9/18 |
| Lehman, Eric | 2 | 9/1 |
| Hammer, Christine | 1 | 9/1 |
| Miller, Andrew | 2 | 9/2 |
| Weinberg, Gabriel | 1.5 | 9/2 |
| Kartasheva, Anna | .75 | 9/20 |
| Ramaswamy, Sridhar | 1 | 9/2 |
| Giannandrea, John | 1.5 | 9/2 |
| Braddi, Joan | 2.5 | 9/2 |

*If necessary to complete testimony.*

**Michael G. McLellan**
U.S. Department of Justice, Antitrust Division
202-344-5196

---

**From:** McLellan, Michael (ATR)
**Sent:** Wednesday, September 6, 2023 7:00 PM
**To:** McLellan, Michael (ATR)
<Michael.McLellan@usdoj.gov>; Steve Kaufmann
<Steve.Kaufmann@coag.gov>; Yeager, Christopher
<CYeager@wc.com>; Herrmann, Karl (ATR)
<Karl.Herrmann@usdoj.gov>; Aguilar, Diana (ATR)
<Diana.Aguilar@usdoj.gov>; Goldstein, Jeremy (ATR)
<Jeremy.Goldstein@usdoj.gov>; Severt, Adam T (ATR)
<Adam.Severt@usdoj.gov>; Dintzer, Kenneth (ATR)
<Kenneth.Dintzer2@usdoj.gov>; Jensen, Elizabeth (ATR)
<Elizabeth.Jensen@usdoj.gov>; Jon Sallet
<Jon.Sallet@coag.gov>; Bill Cavanaugh
<wfcavanaugh@pbwt.com>; Joe Conrad
<Joseph.Conrad@nebraska.gov>; Katherine Wright
<Katherine.Wright@coag.gov>; Hammond, Matthew
(ATR) <Matthew.Hammond@usdoj.gov>; Maddox,
Claire (ATR) <Claire.Maddox@usdoj.gov>; Matt
McKinley <Matt.McKinley@nebraska.gov>; Gray, Sara

(ATR) <Sara.Gray2@usdoj.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>;
Smurzynski, Kenneth <KSmurzynski@wc.com>;
Greenblum, Benjamin <BGreenblum@wc.com>;
Connor, Colette <CConnor@wc.com>; Maier, Gloria
<GMaier@wc.com>; Safty, Graham <GSafty@wc.com>;
screighton@wsgr.com; frubinstein@wsgr.com;
wwaszmer@wsgr.com;
Mark.Popofsky@ropesgray.com;
Matthew.McGinnis@ropesgray.com; Scott Ryther
<sryther@agutah.gov>
**Subject:** US v Google: ECF #625 notice re witness order.

Counsel,

Pursuant to the Court's Aug. 4, 2023 Order (ECF No.
625), please see below DOJ Plaintiffs' list of witnesses
DOJ Plaintiffs expect to call during the first week of trial,
the order we expect to call them in, the estimated time
for their direct examination, and the day that we expect
to call them. Please also note Matthew Hammond's
email regarding Mr. Barton, sent yesterday.

| Witness | Est. Direct (hours) | Day |
|---|---|---|
| **Week 1: Sept. 12-15** | | |
| Varian, Hal | 3.00 | 9/12 |
| Barton, Chris | 1.00 | 9/12-9/ |
| Rangel, Antonio (Expert) | 2.00 | 9/13 |
| Kolotouros, James | 2.50 | 9/13-9/ |
| Higgins, Brian | 1.50 | 9/14-9/ |
| Yoo, John | 1.50 | 9/15 |
| Roszak, Michael | 2.00 | 9/15-9/ |
| Dischler, Jerry (if necessary)* | 2.5 | 9/15-9/ |

*If we complete all of the above witnesses
before the end of the week, we expect to call Jerry
Dischler after Mr. Roszak.*

Regards,

**Michael G. McLellan**
U.S. Department of Justice, Antitrust Division
202-344-5196

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to receiving email messages of this
kind.

[1] Google has not provided time estimates for most witnesses in Plaintiff's case.  Plaintiffs have included in this chart their best reasonable estimate of time for Google's crosses.