## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br>　GOOGLE LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**PLAINTIFFS STATES' OPPOSITION TO GOOGLE'S MOTION
TO ENFORCE COURT ORDER REGARDING TRIAL SCHEDULE**

Plaintiff States support the DOJ Plaintiffs' revised trial schedule, subject to the Plaintiff States having sufficient time to present their case-in-chief. We have been working with the DOJ Plaintiffs regarding potentially rescheduling certain witnesses the Plaintiff States intend to call in their case-in-chief and maintaining dates previously designated by the Plaintiff States because of limited witness availability.

Pursuant to the Court's Order regarding the scheduling of witnesses, on August 15, 2023, Plaintiff States advised Google that in light of the Court's summary judgment ruling, Plaintiff States estimated 15.5 hours of direct testimony of the witnesses in which we will do the initial

1

questioning and 7.5 hours (subsequently revised to 8 hours) of direct testimony of witnesses in which the DOJ Plaintiffs have or will do the initial questioning. (This excludes any time used by DOJ or Google in questioning the same witnesses.) The 23.5-hour estimate reflects a material reduction in the time Plaintiff States initially provided.  We believe these estimates remain valid; as of the end of the trial day on September 27th, total Plaintiff State' questioning during the DOJ case-in-chief has totaled about 2.4 hours.

## **CONCLUSION**

For the above reasons, the Court should deny Google's motion and accept DOJ Plaintiffs' proposed changes to the trial schedule.

Dated: September 28, 2023                    Respectfully submitted,

FOR PLAINTIFF STATE OF COLORADO

Jonathan B. Sallet
Special Assistant Attorney General

*/s/ Jonathan B. Sallet*
Jonathan B. Sallet, DC Bar No. 336198
Steven M. Kaufmann, DC Bar No. 1022365
(inactive) Elizabeth W. Hereford
Conor J. May
Colorado Office of the Attorney
General 1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mails: Jon.Sallet@coag.gov
Steve.Kaufmann@coag.gov
Elizabeth.Hereford@coag.gov
Conor.May@coag.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the
Americas Suite 2200
New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF NEBRASKA

Joseph M. Conrad
Assistant Attorney General
Matthew K. McKinley
Special Assistant Attorney General
Colin P. Snider
Assistant Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3840
E-Mails: Joseph.Conrad@nebraska.gov
　　　　　Matt.Mckinley@nebraska.gov
　　　　　Colin.Snider@nebraska.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Nebraska*

| FOR PLAINTIFF STATE OF ARIZONA | FOR PLAINTIFF STATE OF IOWA |
|---|---|
| Robert A. Bernheim, Unit Chief Counsel<br>Arizona Office of the Attorney General<br>400 West Congress, Ste. S-315<br>Tucson, Arizona 85701<br>Telephone: (520) 628-6507<br>E-Mail: Robert.bernheim@azag.gov | Noah Goerlitz, Assistant Attorney General<br>Office of the Attorney General of Iowa<br>1305 E. Walnut St., 2nd Floor<br>Des Moines, IA 50319<br>Telephone: (515) 725-1018<br>E-Mail: Noah.goerlitz@ag.iowa.gov |
| *Counsel for Plaintiff State of Arizona* | *Counsel for Plaintiff State of Iowa* |

| FOR PLAINTIFF STATE OF NEW YORK | FOR PLAINTIFF STATE OF NORTH CAROLINA |
|---|---|
| Elinor R. Hoffmann<br>Morgan J. Feder<br>Michael Schwartz<br>Office of the Attorney General of New York<br>28 Liberty Street, 21st Floor<br>New York, NY 10005<br>Telephone: (212) 416-8513<br>E-Mails: Elinor.hoffmann@ag.ny.gov<br>　　　　Morgan.feder@ag.ny.gov<br>　　　　Michael.schwartz@ag.ny.gov<br><br>*Counsel for Plaintiff State of New York* | Kunal Janak Choksi<br>Joshua Daniel Abram<br>Jonathan R. Marx<br>Jessica Vance Sutton<br>North Carolina Department of Justice<br>114 W. Edenton St.<br>Raleigh, NC 27603<br>Telephone: (919) 716-6000<br>E-Mails: kchoksi@ncdoj.gov<br>　　　　jabram@ncdoj.gov<br>　　　　jmarx@ncdoj.gov<br>　　　　jsutton2@ncdoj.gov<br><br>*Counsel for Plaintiff State of North Carolina* |
| FOR PLAINTIFF STATE OF TENNESSEE | FOR PLAINTIFF STATE OF UTAH |
| J. David McDowell<br>Chris Dunbar<br>Austin Ostiguy<br>Tyler Corcoran<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville.TN 37202<br>Telephone: (615) 741-8722<br>E-Mails: David.McDowell@ag.tn.gov<br>　　　　Chris.Dunbar@ag.tn.gov<br>　　　　austin.ostiguy@ag.tn.gov<br>　　　　Tyler.Corcoran@ag.tn.gov<br><br>*Counsel for Plaintiff State of Tennessee* | Scott R. Ryther<br>Tara Pincock<br>Utah Office of Attorney General<br>160 E 300 S, 5th Floor<br>P.O. Box 142320<br>Salt Lake City, Utah 84114<br>Telephone: (385) 881-3742<br>E-Mail: sryther@agutah.gov<br>　　　　tpincock@agutah.gov<br><br>*Counsel for Plaintiff State of Utah* |

| | |
|---|---|
| FOR PLAINTIFF STATE OF ALASKA<br><br>Jeff Pickett<br>State of Alaska, Department of Law<br>Office of the Attorney General<br>1031 W. Fourth Avenue, Suite 200<br>Anchorage, Alaska 99501<br>Telephone: (907) 269-5100<br>E-Mail: Jeff.pickett@alaska.gov<br><br>*Counsel for Plaintiff State of Alaska* | FOR PLAINTIFF STATE OF CONNECTICUT<br><br>Nicole Demers<br>Office of the Attorney General of Connecticut<br>165 Capitol Avenue, Suite 5000<br>Hartford, CT 06106<br>Telephone: (860) 808-5202<br>E-Mail: Nicole.demers@ct.gov<br><br>*Counsel for Plaintiff State of Connecticut* |
| FOR PLAINTIFF STATE OF DELAWARE<br><br>Michael Andrew Undorf<br>Delaware Department of Justice<br>Fraud and Consumer Protection Division<br>820 N. French St., 5th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 577-8924<br>E-Mail: Michael.undorf@delaware.gov<br><br>*Counsel for Plaintiff State of Delaware* | FOR PLAINTIFF DISTRICT OF COLUMBIA<br><br>Elizabeth Gentry Arthur<br>Office of the Attorney General for the District of Columbia<br>400 6th Street NW<br>Washington, DC 20001<br>Telephone: (202) 724-6514<br>E-Mail: Elizabeth.arthur@dc.gov<br><br>*Counsel for Plaintiff District of Columbia* |
| FOR PLAINTIFF TERRITORY OF GUAM<br><br>Fred Nishihira, Chief, Consumer Protection Division<br>Office of the Attorney General of Guam<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913<br>Telephone: (671) 475-3324<br><br>*Counsel for Plaintiff Territory Guam* | FOR PLAINTIFF STATE OF HAWAIʻI<br><br>Rodney I. Kimura<br>Department of the Attorney General, State of Hawaiʻi<br>Commerce & Economic Development<br>425 Queen Street<br>Honolulu, HI 96813<br>Telephone (808) 586-1180<br>E-Mail: Rodney.i.kimura@hawaii.gov<br><br>*Counsel for Plaintiff State of Hawaiʻi* |

FOR PLAINTIFF STATE OF IDAHO

John K. Olson
Office of the Idaho Attorney General
Consumer Protection Division
954 W. State St., 2nd Floor
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 334-4114
E-Mails: Brett.delange@ag.idaho.gov
            John.olson@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

FOR PLAINTIFF STATE OF ILLINOIS

Elizabeth Maxeiner
Brian Yost
Office of the Attorney General of Illinois
100 W. Randolph St.
Chicago, IL 60601
Telephone: (773) 590-7935
E-Mails: Elizabeth.maxeiner@ilag.gov
            Brian.yost@ilag.gov

*Counsel for Plaintiff State of Illinois*

FOR PLAINTIFF STATE OF KANSAS

Lynette R. Bakker
Kansas Office of the Attorney General
120 S.W. 10th Avenue., 2nd Floor
Topeka, KS 66612
Telephone: (785) 296-3751
E-Mail: Lynette.bakker@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

FOR PLAINTIFF STATE OF MAINE

Christina M. Moylan
Office of the Attorney General of Maine
6 State House Station
August, ME 04333
Telephone: (207) 626-8800
E-Mail: Christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

FOR PLAINTIFF STATE OF MARYLAND

Schonette J. Walker
Gary Honick
Office of the Attorney General of Maryland
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6480
E-Mails: swalker@oag.state.md.us
            ghonick@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

FOR PLAINTIFF COMMONWEALTH MASSACHUSETTS

William T. Matlack
Michael B. MacKenzie
Office of the Attorney General of Massachusetts
One Ashburton Place, 18th Fl.
Boston, MA 02108
Telephone: (617) 727-2200
E-Mails: William.matlack@mass.gov
            Michael.Mackenzie@mass.gov

*Counsel for Plaintiff State of Massachusetts*

| | |
|---|---|
| FOR PLAINTIFF STATE MINNESOTA<br><br>Zachary William Biesanz<br>Office of the Minnesota Attorney General<br>Consumer, Wage, and Antitrust Division<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101<br>Telephone: (651) 757-1257<br>E-Mail: Zach.biesanz@ag.state.mn.us<br><br>*Counsel for Plaintiff State of Minnesota* | FOR PLAINTIFF STATE OF NEVADA<br><br>Michelle Christine Newman<br>Lucas J. Tucker<br>Nevada Office of the Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br>Telephone: (775) 684-1164<br>E-Mails: mnewman@ag.nv.gov<br>       ltucker@ag.nv.gov<br><br>*Counsel for Plaintiff State of Nevada* |
| FOR PLAINTIFF STATE OF NEW HAMPSHIRE<br><br>Brandon Garod<br>Office of Attorney General of New Hampshire<br>33 Capitol Street<br>Concord, NH 03301<br>Telephone: (603) 271-1217<br>E-Mail: Brandon.h.garod@doj.nh.gov<br><br>*Counsel for Plaintiff State of New Hampshire* | FOR PLAINTIFF STATE OF NEW JERSEY<br><br>Isabella R. Pitt<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07102<br>Telephone: (973) 648-7819<br>E-Mail: Isabella.Pitt@law.njoag.gov<br><br>*Counsel for Plaintiff State of New Jersey* |
| FOR PLAINTIFF STATE OF NEW MEXICO<br><br>Judith E. Paquin<br>Cholla Khoury<br>Assistant Attorney General<br>New Mexico Office of the Attorney General<br>408 Galisteo St.<br>Santa Fe, NM 87504<br>Telephone: (505) 490-4885<br>E-Mails: jpaquin@nmag.gov<br>       ckhoury@nmag.gov<br><br>*Counsel for Plaintiff State of New Mexico* | FOR PLAINTIFF STATE NORTH DAKOTA<br><br>Elin S. Alm<br>Assistant Attorney General<br>Consumer Protection and Antitrust Division<br>Office of the Attorney General of North Dakota<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504<br>Telephone: (701) 328-5570<br>E-Mail: ealm@nd.gov<br><br>*Counsel for Plaintiff State of North Dakota* |

FOR PLAINTIFF STATE OHIO

Jennifer Pratt
Beth Ann Finnerty
Mark Kittel
Office of the Attorney General of Ohio
30 E Broad Street, 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
E-Mails:
Jennifer.pratt@ohioattorneygeneral.gov
Beth.finnerty@ohioattorneygeneral.gov
Mark.kittel@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

FOR THE PLAINTIFF STATE OKLAHOMA

Caleb J. Smith
Office of the Oklahoma Attorney General
313 NE 21st St
Oklahoma City, OK 73105
Telephone: (405) 522-1014
E-Mail: Caleb.Smith@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

FOR PLAINTIFF STATE OREGON

Cheryl Hiemstra
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
Telephone: (503) 934-4400
E-Mail: Cheryl.hiemstra@doj.state.or.us

*Counsel for Plaintiff State of Oregon*

FOR PLAINTIFF COMMONWEALTH PENNSYLVANIA

Tracy W. Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
Telephone: (717) 787-4530
E-Mails: jbetsko@attorneygeneral.gov
         twertz@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of Pennsylvania*

FOR PLAINTIFF TERRITORY PUERTO RICO

Guarionex Diaz Martinez
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902
Telephone: (787) 721-2900, Ext. 1201
E-Mail: gdiaz@justicia.pr.gov

*Counsel for Plaintiff Territory Puerto Rico*

FOR PLAINTIFF STATE RHODE ISLAND

Stephen Provazza
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
E-Mail: SProvazza@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*

| | |
|---|---|
| FOR PLAINTIFF STATE SOUTH DAKOTA<br><br>Yvette K. Lafrentz<br>Office of the Attorney General of South Dakota<br>1302 E. Hwy 14, Suite 1<br>Pierre, SD 57501<br>Telephone: (605) 773-3215<br>E-Mail: Yvette.lafrentz@state.sd.us<br><br>*Counsel for Plaintiff State of South Dakota* | FOR PLAINTIFF STATE VERMONT<br><br>Christopher J. Curtis<br>Assistant Attorney General<br>Office of the Attorney General of Vermont<br>109 State St.<br>Montpelier, VT 05609<br>Telephone: (802) 828-3170<br>E-Mail: Ryan.kriger@vermont.gov<br><br>*Counsel for Plaintiff State of Vermont* |
| FOR PLAINTIFF COMMONWEALTH VIRGINIA<br><br>Tyler T. Henry<br>Office of the Attorney General of Virginia<br>202 N. 9th Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>E-Mail: thenry@oag.state.va.us<br><br>*Counsel for Plaintiff State of Virginia* | FOR PLAINTIFF STATE WASHINGTON<br><br>Amy Hanson<br>Washington State Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Telephone: (206) 464-5419<br>E-Mail: Amy.hanson@atg.wa.gov<br><br>*Counsel for Plaintiff State of Washington* |
| FOR PLAINTIFF STATE WEST VIRGINIA<br><br>Douglas Lee Davis<br>Office of the Attorney General, State of West Virginia<br>1900 Kanawha Boulevard, East<br>Building 6, Suite 402<br>P.O. Box 1789<br>Charleston, WV 25305<br>Telephone: (304) 558-8986<br>E-Mail: Douglas.l.davis@wvago.gov<br><br>*Counsel for Plaintiff State of West Virginia* | FOR PLAINTIFF STATE WYOMING<br><br>Benjamin Peterson<br>Wyoming Attorney General's Office<br>2320 Capitol Avenue<br>Kendrick Building<br>Cheyenne, WY 82002<br>Telephone: (307) 777-6397<br>E-Mail: Benjamin.peterson2@wyo.gov<br><br>*Counsel for Plaintiff State of Wyoming* |