AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-3010-APM |
| Google LLC, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Apple Inc.                                                                                               .

Date:   09/28/2023

/s/ Julia K. York
*Attorney's signature*

Julia K. York (D.C. Bar # 478001)
*Printed name and bar number*
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

*Address*

julia.york@skadden.com
*E-mail address*

(202) 371-7146
*Telephone number*

(202) 661-9126
*FAX number*