## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **GOOGLE, LLC**, <br><br> Defendant. | Case No. 1:20-cv-3010 <br><br> HON. AMIT P. MEHTA |
| **STATE OF COLORADO**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **GOOGLE, LLC**, <br><br> Defendant. | Case No. 20-cv-03715 <br><br> HON. AMIT P. MEHTA |

**EMERGENCY MOTION TO INTERVENE BY NON-PARTIES JON SCHWEPPE OF THE AMERICAN PRINCIPLES PROJECT AND ADAM CANDEUB OF THE CENTER FOR RENEWING AMERICA FOR THE LIMITED PURPOSE OF SEEKING TO ENSURE PUBLIC ACCESS TO TRIAL EXHIBITS AND TESTIMONY CONCERNING DEFENDANT'S RELATIONSHIP WITH APPLE, INC.**

Pursuant to Federal Rule of Civil Procedure 24(b), proposed intervenors Jon Schweppe, policy director, American Principles Project and Adam Candeub, senior fellow, the Center for Renewing America ("Movants"), through their counsel, respectfully move to intervene in this case for the limited purpose of objecting to the sealing of any trial exhibits and testimony concerning the relationship between Google, LLC and Apple, Inc. Movants submit that there should not be any secret evidence at the public trial in the above-captioned case, and in particular, the evidence

concerning the relationship between Google and Apple should not be sealed.   Alternatively, Movants respectfully request for the Court to allow them to intervene to participate in any proceedings where parties contest the public disclosure of evidence.   Movants seek expedited review and emergency relief because the determinations regarding sealing of trial evidence appear to be occurring contemporaneously with the filing of this motion.  A memorandum of points and authorities supporting Movants' motion and proposed order granting the same are attached, in accordance with Local Rule 7(a) and (c). Counsel for Movant informed Plaintiffs and Defendant of their intent to seek this relief and sought their position on the same. The parties have not provided their position at the time of filing.

Dated: September 28, 2023                    Respectfully submitted,


                                             /s/ Mark I. Bailen
                                             Mark I. Bailen PC
                                             (DC Bar No. 459623)
                                             1250 Connecticut Ave, NW
                                             Suite 700
                                             Washington, DC 20036
                                             202-656-0422
                                             mb@bailenlaw.com


                                             s/ Joel Thayer
                                             Joel Thayer
                                             (DC Bar No. 1047724)
                                             (*Application for Admission to be filed*)
                                             Thayer, PLLC
                                             1255 Union Street NE, Fl 7
                                             Washington, DC 20002
                                             (760) 668-0934
                                             jthayer@thayer.tech

                                             *Counsel for Movants*

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that on September XX, 2023, I caused to be filed a copy of the foregoing motion and accompanying memorandum of points and authorities to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

*s/ Mark I. Bailen*
Mark I. Bailen