IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>**GOOGLE, LLC**,<br><br>　　　Defendant. | Case No. 1:20-cv-3010<br><br>HON. AMIT P. MEHTA |
| **STATE OF COLORADO**, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>**GOOGLE, LLC**,<br><br>　　　Defendant. | Case No. 20-cv-03715<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER**

Upon consideration of the Emergency Motion to Intervene by Non-Parties Jon Schweppe of the American Principles Project and Adam Candeub of the Center for Renewing America for the Limited Purpose of Seeking to Ensure Public Access to Trial Exhibits and Testimony Concerning Defendant's Relationship with Apple, and any oppositions and replies thereto, it is hereby

**ORDERED** that the Motion is GRANTED; and further

**ORDERED** that any evidence presented by the parties at trial concerning Defendant's relationship with Apple, Inc. shall not be sealed or otherwise shielded from public disclosure.

1

[**ORDERED** that Intervenors Jon Schweppe and Adam Candeub, through counsel, may appear at trial to object to any proposed sealing of trial evidence.]


Dated:_____


                                                             Hon. Amit P. Mehta
                                                             United States District Judge