IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

## Order on Posting Trial Materials

A Party (the "Posting Party") may post on the internet or otherwise disseminate to the public an admitted trial exhibit or demonstrative that was used in open court by using the following process:

1. The Posting Party shall include any redactions pursuant to the court-ordered confidentiality process, and shall also redact all "personal identifiers," as defined in Local Rule 5.4(f), as well as other personal identifiable information including direct telephone numbers, personal addresses, and the beginning of email addresses (i.e., everything before the "at" (@) symbol but not including names and affiliations of senders and recipients and the domain portion of email addresses (e.g., @usdoj.gov)).

2. The Posting Party shall provide the proposed redacted public version of an admitted exhibit in the form that it will be posted to the producing party and non-parties with a confidentiality interest in the exhibit or demonstrative by 6 pm ET.

3. Within the 3-hour notice period (e.g., 9 pm ET), the producing party may notify the Posting Party of objections to public posting of the redacted admitted exhibit. The objecting party must specifically identify the source of the objection and the parties shall meet and confer promptly on any such objections. If the parties cannot reach resolution, the parties should be prepared to raise the dispute with the court on the immediate next trial day. If the noticed party fails to respond before the expiration of the 3-hour notice period, the Posting Party may proceed with public posting.

4. The Posting Party may not post an objected-to admitted exhibit without seeking authorization from the Court. For avoidance of doubt, a Party may not post exhibits solely used in the closed session or those "pushed" into evidence without being used in open court, without agreement or seeking prior authorization from the Court.

SO ORDERED.

Dated: September ___, 2023

_____
Amit P. Mehta
United States District Court Judge