AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, The District of Columbia                                                                                                          .

Date:   10/02/2023

/s/ Adam Gitlin
*Attorney's signature*

Adam Gitlin, DC Bar # 90004308
*Printed name and bar number*

400 Sixth Street NW, 10th Floor
Washington, DC 20001

*Address*

adam.gitlin@dc.gov
*E-mail address*

(202) 442-9864
*Telephone number*

*FAX number*