IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 1:20-cv-3010<br><br>HON AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 1:20-cv-3010<br><br>HON AMIT P. MEHTA |

**PROPOSED ORDER**

Upon consideration of the Motion of The New York Times Company ("The Times") to Intervene and for Access to Judicial Records (the "Motion"), it is hereby:

ORDERED that the Motion is GRANTED; and

ORDERED that the Court's September 28, 2023, Order on Posting Materials is modified as requested in the Motion; and

ORDERED that exhibits UPX137 and UPX552 are unsealed in their entirety; and

ORDERED that the transcripts of testimony of Eddy Cue and Jerry Dischler are unsealed in their entirety; and

ORDERED that the parties and interested third parties shall file on the docket any briefs and other papers on sealing matters that were submitted to the Court but not filed on the docket.

Date: _____   _____

Hon. Amit P. Mehta
United States District Judge