# Exhibit A

**From:** Joan Braddi <███@exchange.corp.google.com> on behalf of Joan Braddi
**Sent:** Thursday, June 07, 2007 5:13 PM
**To:** Sundar Pichai; Sergey Brin
**Cc:** Jonathan Rosenberg; Joan Braddi; Omid Kordestani; Eric Schmidt; Jeff Shardell
**Subject:** RE: Apple response to Extension term length

I agree Sundar which is why we need more time to think through this request rather than signing up without the benefit of knowledge of how they plan to implement us in these search access points.

Sergey: The meaning behind Steve's request to you is he is trying to sell himself (not internally). We gave them a very generous offer without the ability to run numbers or ask how they plan to implement choice and us as the default. To Sundar's point, it they offer two types of browsers, one with Y and one with Google (even on the Mac side), we are just paying for loyal Google users which means that Apple added no value but insists on receiving [Confidential] of the revenue.

**Not Reviewed for Confidentiality**

---

**From:** Sundar Pichai [mailto:███@google.com]
**Sent:** Thursday, June 07, 2007 9:44 AM
**To:** Sergey Brin
**Cc:** Jonathan Rosenberg; Joan Braddi; Omid Kordestani; Eric Schmidt; Jeff Shardell
**Subject:** Re: Apple response to Extension term length

Joan,

Not sure whether you will be speaking with Phil today but there is one more thing we should talk to them about. I know we are insisting on default but at the same time I think we should encourage them to have Yahoo as a choice in the pull down or some other easy option. I dont think it is a good user experience nor the optics is great for us to be the only provider in the browser. Sergey, do you agree with this?

We should ask their plans on how they will present this choice. In the past they had mentioned offering two versions of Safari - Google version and Yahoo version. So one concern is they actually position this as two browsers - Safari - Google and Safari-Yahoo in which Google and Yahoo are the default respectively. They are really not making us the default as the user can choose between the two versions but get the rev share per the contract.

So I think it is important to find out how they plan to do this in case we are missing something. Thanks

Sundar

**Not Reviewed for Confidentiality**

Ex. No. UPX0552
1:20-cv-03010-APM

HIGHLY CONFIDENTIAL                                                                                              GOOG-DOJ-01767820

# Not Reviewed for Confidentiality

-----Original Message-----
From: Joan Braddi [mailto:▇▇▇@google.com]
Sent: Wednesday, June 06, 2007 8:18 PM
To: Omid Kordestani; Joan Braddi; Sergey Brin; Omid Kordestani; Eric Schmidt; Jeff Shardell; Sundar Pichai
Cc: Jonathan Rosenberg
Subject: Apple response to Extension term length

Phil called after reviewing our offer on the extension. He believes the current language in the Safari agmt allows them to put search boxes anywhere and receive the revshare (phone, windows, mac, etc.). What he wants to counter is 2.5 yrs from now for ALL search access points. I told him once again that we were willing to honor their interpretation within the Safari agmt (for which the intention was MAC OS search within Safari and not any access point - but this is what happens with long-term agmts as the market changes) and we would be willing to pay not only for the remainder of that term (next 6 mos) but even a timeframe extension to these access points (which was offered in the email msg below). However, asking us to consider 2+ yrs beyond the current term without the ability to assess performance, incremental value of each offering, nor what other access points Apple plans to deliver during the longer term was a bit unreasonable to assume we would be willing to blindly do such a long extension without the benefit of time, further discussion and data analysis. Phil understands our position and did not fight me on this point.

Told him I would convey his counter but I set his expectations that the offer presented via email was after executive review and collaboration before agreeing to the extensions offered and I did not expect we would

HIGHLY CONFIDENTIAL

change our offer.

**Not Reviewed for Confidentiality**

----- Original Message -----
From: Joan Braddi <​███@google.com>
To: Sergey Brin; Omid Kordestani; Eric Schmidt; Jeff Shardell; Sundar Pichai
Sent: Wed Jun 06 18:24:48 2007
Subject: FW: Extension term length

Fyi what I just sent to Phil. I'll let you know his response.

J

-----Original Message-----
From: Joan Braddi
Sent: Wednesday, June 06, 2007 6:19 PM
To: ███@apple.com
Subject: Extension term length

Phil:

In our effort to bridge the gap in term length extension desired by Apple, we wish to propose the following:

- Mac Safari browser - Google as Default search provider- extend term length by 1 yr from current term (until Jan. 2009).
- iPhone search - Google as Default search provider - term 3 yrs or until June 2010.
- Windows Safari browser - Google as Default search provider - test period 1 year from June 2007 or until June 2008.

HIGHLY CONFIDENTIAL                                                    GOOG-DOJ-01767822

Google and Apple will work together to figure out how incremental value is measured based on data collected from Windows browser.

Phil - Google is very interested in extending our working relationship with Apple. We could have done this better if we had more time and not just a few days to consider the extension and the added products. This extension gives us another 18 months with our current Mac Safari relationship; adds the iPhone to the scope of the agreement and for a term of 3 yrs from now and gives us both one year to test the Windows browser for Apple users.

Please call me if you have any questions.

Best regards,
Joan

**Not Reviewed for Confidentiality**

HIGHLY CONFIDENTIAL                                                                                                      GOOG-DOJ-01767823