**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**DOJ PLAINTIFFS' RESPONSE MEMORANDUM REGARDING THE
CONFIDENTIALITY OF THE TRIAL TESTIMONY OF MICHAEL ROSZAK**

DOJ Plaintiffs respectfully submit the following statement regarding proposed redactions to the sealed testimony of Michael Roszak in response to Defendant Google LLC's Memorandum Regarding the Confidentiality of the Trial Testimony of Eric Lehman, Michael Roszak, and Jonathan Yoo.

On page 2 of its Memorandum, Google identifies a revenue share percentage from an agreement with Apple that Google seeks to seal, Roszak Tr. 1687:3. Plaintiffs' failure to highlight this as unopposed was inadvertent. Plaintiffs disagree with Google's assertion that Plaintiffs have been inconsistent in opposing Google's proposals to seal.[1]

Dated: October 17, 2023

Respectfully submitted,

By: /s/ Karl E. Herrmann
Kenneth M. Dintzer
Karl E. Herrmann (D.C. Bar #1022464)
U.S. Department of Justice, Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff United States of America*

---

[1] Google declined Plaintiffs' offers to meet and confer regarding the unsealing of transcripts, which would have resolved this issue and avoided unnecessarily raising this dispute to the Court.