IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>              Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>              Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>              Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>              Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**NOTICE OF FILING OF EXCERPT OF JOINT STATUS REPORT
AND ACCOMPANYING DECLARATIONS**

Defendant Google LLC is enclosing with this notice the portion of the Joint Status Report filed on August 10, 2023 at ECF 636 that contained Google's Position Statement Regarding Issues Relating to Confidentiality. Google is also enclosing the five supporting declarations referenced in the position statement and at the August 11, 2023 status conference. Google has redacted a particular date in the declaration of Elizabeth Daly due to its commercial sensitivity but has not applied any other redactions to the position statement or declarations.

Dated: October 20, 2023                    Respectfully submitted,

                                                  WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
Wendy Huang Waszmer (D.C. Bar No. 1631078)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com
wwaszmer@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*

2