IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA<br><br>**FILED UNDER SEAL** |
| State of Colorado, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA<br><br>**FILED UNDER SEAL** |

### DECLARATION OF IRENE BONDAR

I, Irene Bondar, declare as follows:

1. I am currently employed by Google LLC (Google) as a Director, Strategy & Operations for Google Search & Ads Finance, where I have worked since 2022.

2. My responsibilities include oversight of the financial performance of Google's Search and Advertising businesses, and I have been involved with financial planning and analysis. In my day-to-day work I frequently deal with financial information that Google discloses publicly as well as information that it keeps confidential. I am generally familiar with

1

how financial data can inform strategic business decisions and the commercial sensitivity surrounding Google's non-public financial information.

3.  I understand that the plaintiffs in this case have sought Google's views on whether particular documents should be made public at trial in this matter, and I have reviewed some of those documents because they include Google's non-public financial information or descriptions of systems used to store proprietary Google data.

4.  I have reviewed UPX0486 (GOOG-DOJ-29867818), which appears to be a slide deck titled "Segment Close Meeting / Google Services / FY 2018, FY 2019, FY 2020 / January 19, 2021." The document contains profit and loss statements and other non-public financial information regarding certain Google products and services. These financial metrics are confidential and closely held within Google because they are highly commercially sensitive. Disclosing this document is likely to cause significant harm to Google's competitive standing in a number of respects.

5.  For instance, the document in question contains recent non-public financial information, including research and development expenses and operating margins, for products and services ranging from Hardware to Search and YouTube to Payments. *E.g.*, UPX0486 (GOOG-DOJ-29867818) at -824. Google's competitive standing would be damaged if competitors had access to confidential information about the amounts Google has invested in these products and services and their financial performance. Competitors could, for example, make decisions about whether to pursue particular markets or how to allocate their own investments based on Google's recent experience, while Google would not have corresponding access to competitors' internal financial metrics.

6. The confidential profit and loss statements and other non-public financial metrics in this document are not the most currently available figures, but they are results and projections from recent years—namely, 2018, 2019, and 2020. Given the amount of financial information that Google reports publicly and the nature of its business, competitors likely could use information from a year such as 2018 or 2019 to model Google's current costs, margins, and other detailed information for its various product areas, which would place Google at a disadvantage relative to its competitors in all of the product areas described in the document. In other words, this kind of confidential financial information likely would prove strategically valuable to a sophisticated company that is accustomed to extrapolating from earlier periods, even though some of the data is from several years ago.

7. Furthermore, because Google is the subsidiary of a publicly traded company (Alphabet Inc.), there are many complex considerations involved in determining which financial information Google discloses and how that disclosure occurs. This process involves the regular input of accountants, lawyers, and other experts, often in collaboration with regulators in the U.S. and other jurisdictions. Google's competitive standing would be harmed if it were forced to disclose to the investing public an incomplete or anecdotal snapshot of confidential financial information reflected in one internal document or a small number of documents, instead of continuing to abide by the regulations and policies that govern the financial information that should be disclosed by Google's publicly traded parent.

8. I have reviewed UPX6007 (USDOJ-GOOG-00187197), which appears to be a letter from Google's counsel to the U.S. Department of Justice dated June 3, 2022. Appendix A to the letter describes internal Google databases and processes that are kept confidential because they involve proprietary data regarding the use of certain Google products and services as well as

related financial information.  For example, the document reflects information regarding the number of voice assistant queries submitted during particular time periods as well as payments owed to partners pursuant to confidential agreements.  *E.g.*, UPX6007 (USDOJ-GOOG-00187197) at -205, -206, and -207.  Disclosure of this information to competitors would likely harm Google's competitive standing by giving them insight into the measurement of the usage of Google products and services, which competitors could in turn use to inform their own strategic decisions.

9. The document in question also describes certain procedures used for hashing and anonymizing certain query data that I understand Google was obligated to provide to the plaintiffs in response to their requests in this matter.  *E.g.*, UPX6007 (USDOJ-GOOG-00187197) at -202 and -203.  The digital security of queries submitted to Google is of the utmost importance to the company, and Google's competitive standing would be harmed by the disclosure of techniques used to secure that query data to the extent that such information could give malicious actors an understanding of the ways in which query data in the plaintiffs' possession is secured.

*   *   *   *

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of August 2023, in _____.

DocuSigned by:

*Irene Bondar*

6BC53437F981471...

Irene Bondar

4