IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>                              Plaintiffs, <br><br>v. <br><br>GOOGLE LLC, <br><br>                              Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br>                              Plaintiffs, <br><br>v. <br><br>GOOGLE LLC, <br><br>Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**Supplemental Order on Posting Trial Materials**

As a supplement to the Orders at ECF Nos. 640, 647, and 725 related to the processes and procedures for the review of confidential materials and the process to post or otherwise disseminate admitted exhibits used with a witness at trial to the public, the Parties hereby agree to the following additional process for specific trial exhibits requested by various press outlets:

1. Interested press outlets shall collectively designate a single press representative ("Designated Press Representative") who is authorized to request specifically identified admitted trial exhibits used during any public trial session on behalf of all press outlets.

2. Designated Press Representative shall submit a written request to the Parties at ATR.USvGoogle-Press-Requests@usdoj.gov, [address@co.ag.gov], and USvGoogle-

Press-Inquiries-External@google.com. Requests from the Designated Press Representative must be submitted by or before 7pm ET. Requests received after 7pm ET will be deemed received the following day.

3. Requests for UPX exhibits shall be primarily handled by the Department of Justice. Requests for PSX exhibits shall be primarily handled by the State Plaintiffs. Requests for DX exhibits shall be primarily handled by Defendant.

4. For any requested exhibit that does <u>not</u> contain any party or third-party confidential information in the portion used during trial, the Parties shall make reasonable efforts to provide the requested portions cleared for public use during trial pursuant to the Parties' separate confidentiality review process within two business days.

5. For any requested exhibit that contains any party or third-party confidential information, the Parties shall make reasonable efforts to provide the requested portions cleared for public use during trial pursuant to the Parties' separate confidentiality review process within four business days.

6. If the Parties are unable to provide the requested admitted trial exhibits within the time identified above, or if the Designated Press Representative requests more than five exhibits in any single day, the Parties will respond to the Designated Press Representative and provide an estimated date of delivery.

7. The Parties will indicate the date the business record or exhibit was created when it is posted or otherwise disseminated unless this information cannot reasonably be determined by the Parties.

8. If Designated Press Representative requests an exhibit that was produced by a third-party or otherwise contains third-party confidential information, the Parties shall notify the

applicable third party that the request has been made pursuant to this Order. If the third party does not respond or otherwise fails to comply with a request, the Parties shall promptly provide the third party's position and contact information to Designated Press Representative.

9. For the avoidance of doubt, this Order supplements, and does not replace, the confidentiality review processes detailed in the Orders at ECF Nos. 640 and 647, as well as the public posting process identified in ECF. No. 725, which permits the Parties to post or otherwise publicly disseminate admitted trial exhibits on the same day an exhibit is admitted and used in public session.

SO ORDERED.

Dated: October ___, 2023

_____
Amit P. Mehta
United States District Court Judge