IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**[PROPOSED] STIPULATED ORDER REGARDING DISCLOSURE OF EXHIBITS CONTAINING CONFIDENTIAL MATERIAL DURING GOOGLE'S CASE-IN-CHIEF**

In order to continue facilitating public access to the trial and minimizing the need to close the courtroom while providing for the protection of confidential information as allowed under the Federal Rules of Civil Procedure and Local Rule 5.1(h), it is hereby ORDERED:

1. Google is required to provide to Plaintiffs, at least 48 hours prior to their use, the portions of exhibits that Google intends to present to a witness at trial and treat as confidential, including exhibits or portions of exhibits Google intends to present either in redacted form or by not displaying to the public, whether in open or closed session. Google is not required to identify the witness with whom a particular exhibit may be used.

2.      This Order supplements and does not replace ECF No. 647, which requires Plaintiffs to continue to identify portions of exhibits or other materials at least 48 hours in advance of public disclosure.

3.      This Order relates solely to public disclosure of exhibits and does not prevent any party from using information during their examinations that was not disclosed as part of the confidentiality process set forth in ECF No. 640, ECF No. 647, and this Order.

SO ORDERED.

Dated: October __, 2023

_____
Amit P. Mehta
United States District Court Judge