IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

                Plaintiffs,

v.

GOOGLE LLC,

                Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

### PLAINTIFFS' UNOPPOSED MOTION TO CORRECT THE RECORD

Plaintiffs respectfully move to correct the trial record to fix two apparent transcription errors in the trial transcript of the testimony of Sridhar Ramaswamy and Joshua Lowcock on the morning of October 3, 2023. Pursuant to Local Rule 7(m), the Parties have met and conferred and no Party opposes this motion.

    **A.**    **Mr. Ramaswamy's Testimony**

During Mr. Ramaswamy's testimony at lines 14 to 17 on page 3797, Mr. Ramaswamy said "Duck," but it was transcribed as "that" on line 14:

```
14          But, you know, that -- because it's different, we
15     can quibble with exactly how much privacy it offers, but
16     it's a real company and they try really hard to do the right
17     thing.
```

Trial Tr. 3797 (Oct. 3, 2023) (underline added).

Plaintiffs request that the transcription of this portion of Mr. Ramaswamy's answer (Trial Tr. 3793:14–17) be corrected to read:

```
14          But, you know, Duck -- because it's different, we
15     can quibble with exactly how much privacy it offers, but
16     it's a real company and they try really hard to do the right
17     thing.
```

(underline added)

### B.     Mr. Lowcock's Testimony

During Mr. Lowcock's testimony, Plaintiffs' counsel, Lara Trager, asked Mr. Lowcock a question that included the phrase "must haves" which was transcribed as "less tabs":

```
11            Q   Mr. Lowcock, could you please explain whether you
12      consider any particular ad inventories or platforms to be
13      less tabs for an online ad campaign?
14            A   I would go so far as search would be mandatory in
15      any advertising campaign.
```

Trial Tr. 3826 (underline added).

Plaintiffs request that the transcription of Ms. Trager's question (Trial Tr. 3826:11–13) be corrected to read:

```
11            Q   Mr. Lowcock, could you please explain whether you
12      consider any particular ad inventories or platforms to be
13      must haves for an online ad campaign?
```

(underline added)

Dated: October 24, 2023

Respectfully submitted,

*/s/ Karl E. Herrmann*
Kenneth M. Dintzer
Karl E. Herrmann (D.C. Bar #1022464)
Matthew C. Hammond
U.S. Department of Justice
Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff*
*United States of America*