IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>  Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

## ORDER TO CORRECT THE RECORD

Plaintiffs' motion to correct the trial record by fixing two transcription errors in the trial transcript of the testimony of Sridhar Ramaswamy and Joshua Lowcock on the morning of October 3, 2023, is granted.

The Court hereby orders that the trial record shall be corrected to read as follows:

1. Mr. Ramaswamy's testimony at lines 14 to 17 on page 3793:

   ```
   14          But, you know, Duck -- because it's different, we
   15   can quibble with exactly how much privacy it offers, but
   16   it's a real company and they try really hard to do the right
   17   thing.
   ```

2. A question during Mr. Lowcock's testimony at lines 11 to 13 on page 3826:

   ```
   11          Q   Mr. Lowcock, could you please explain whether you
   12   consider any particular ad inventories or platforms to be
   13   must haves for an online ad campaign?
   ```

SO ORDERED.

Dated: October __, 2023

_____
Amit P. Mehta
United States District Court Judge