IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## UNITED STATES PLAINTIFFS' SECOND NOTICE OF EXHIBITS ADMITTED INTO EVIDENCE IN BULK

United States Plaintiffs submit this notice to provide lists of exhibits admitted into evidence in bulk (i.e., without a live witness). The attached lists include:

1. **Exhibit A:** Documents included on United States Plaintiffs' final trial exhibit list previously objected to, but to which Google has now withdrawn its objections. This group was admitted on October 12, 2023, and the list in Exhibit A provided to the Court on October 17, 2023 (updating list provided on October 12, 2023). Trial Tr. 5667:17–5679:17; Trial Tr. 6242:3–6242:14.

2. **Exhibit B:** Documents included on the United States Plaintiffs' final trial exhibit list that Plaintiffs propose to move into evidence subject to the standing embedded hearsay objection. This group was admitted on October 12, 2023, and the list in Exhibit B provided to the Court on October 17, 2023. 2023 (updating list provided on October 12, 2023). Trial Tr. 5667:17–5679:17; Trial Tr. 6242:3–6242:14.

3. **Exhibit C:** Contracts included on the United States Plaintiffs' final trial exhibit list that Plaintiffs moved into evidence over objection. This group was admitted and the list in Exhibit C provided to the Court on October 17, 2023. Trial Tr. 6242:3–6243:7.

4. **Exhibit D:** Documents included on United States Plaintiffs' final trial exhibit list previously objected to on the basis of foundation, but to which Google has now withdrawn its objections. Exhibit D also contains documents Plaintiffs propose to move into evidence subject to the standing embedded hearsay objection. These consist of (1) documents produced by Google where the only two objections were hearsay and foundation and (2) documents produced by third parties where the document is covered by a 902(11) declaration and the only two objections were foundation and hearsay. These groups were admitted and the list in Exhibit D provided to the Court on October 17, 2023. Trial Tr. 6242:3–6243:7.

5. **Exhibit E:** Documents included on United States Plaintiffs' final trial exhibit list previously objected to, but to which Google has now withdrawn its objections. This group was admitted and the list in Exhibit E provided to the Court on October 24, 2023. 6961:9–21.

Dated: October 26, 2023                                          Respectfully submitted,

                                                                 */s/ Karl E. Herrmann*

Kenneth M. Dintzer
Karl E. Herrmann (D.C. Bar #1022464)
Michael G. McLellan (D.C. Bar #489217)
U.S. Department of Justice
Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff*
*United States of America*