# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**UNITED STATES PLAINTIFFS' EXHIBITS OFFERED WITHOUT OBJECTION**

DOJ Plaintiffs offer the trial exhibits listed below for admission into evidence. Defendant Google has withdrawn objections to the exhibits listed below.

| | | | |
|---|---|---|---|
| UPX0080 | UPX0112 | UPX0288 | UPX0313 |
| UPX0542 | UPX0543 | UPX0547 | UPX0609 |
| UPX0698 | UPX0699 | UPX0937 | UPX1080 |
| UPX1081 | | | |

1