# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                        Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**UNITED STATES PLAINTIFFS' EXHIBITS OFFERED SUBJECT TO STANDING OBJECTION**

Without opposition, United States Plaintiffs offer the trial exhibits listed below for admission into evidence subject to Google's standing objection to any embedded hearsay contained therein.

| | | | |
|---|---|---|---|
| UPX0061 | UPX0126 | UPX0132 | UPX0236 |
| UPX0245 | UPX0250 | UPX0298 | UPX0321 |
| UPX0496 | UPX0528 | UPX0567 | UPX0590 |
| UPX0591 | UPX0620 | UPX0627 | UPX0628 |
| UPX0634 | UPX0640 | UPX0646 | UPX0648 |

2

| UPX0661 | UPX0671 | UPX0716 | UPX0751 |
| --- | --- | --- | --- |
| UPX0769 | UPX0796 | UPX0798 | UPX0803 |
| UPX0815 | UPX0821 | UPX0903 | UPX0928 |
| UPX0941 | UPX0943 | UPX0944 | UPX0946 |
| UPX0963 | UPX0997 | UPX0998 | UPX1024 |
| UPX1036 | UPX1062 | UPX1070 | UPX1113 |