# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

**UNITED STATES PLAINTIFFS' EXHIBITS OFFERED FOR ADMISSION**

DOJ Plaintiffs offer the trial exhibits listed below for admission into evidence. These exhibits consist of RSAs and MADAs.

| | | | |
|---|---|---|---|
| UPX5002 | UPX5004 | UPX5005 | UPX5006 |
| UPX5007 | UPX5010 | UPX5011 | UPX5012 |
| UPX5013 | UPX5014 | UPX5015 | UPX5016 |
| UPX5018 | UPX5019 | UPX5020 | UPX5023 |
| UPX5024 | UPX5025 | UPX5026 | UPX5027 |
| UPX5028 | UPX5029 | UPX5030 | UPX5031 |
| UPX5032 | UPX5033 | UPX5034 | UPX5036 |

| | | | |
|---|---|---|---|
| UPX5037 | UPX5038 | UPX5039 | UPX5040 |
| UPX5041 | UPX5042 | UPX5044 | UPX5047 |
| UPX5048 | UPX5049 | UPX5050 | UPX5051 |
| UPX5052 | UPX5053 | UPX5054 | UPX5055 |
| UPX5056 | UPX5057 | UPX5058 | UPX5059 |
| UPX5060 | UPX5062 | UPX5063 | UPX5064 |
| UPX5065 | UPX5066 | UPX5067 | UPX5068 |
| UPX5069 | UPX5070 | UPX5071 | UPX5072 |
| UPX5073 | UPX5075 | UPX5076 | UPX5077 |
| UPX5078 | UPX5080 | UPX5081 | UPX5082 |
| UPX5083 | UPX5086 | UPX5088 | UPX5089 |
| UPX5090 | UPX5091 | UPX5092 | UPX5093 |
| UPX5094 | UPX5096 | UPX5097 | UPX5098 |
| UPX5099 | UPX5100 | UPX5101 | UPX5102 |
| UPX5106 | UPX5107 | UPX5108 | UPX5109 |
| UPX5110 | UPX5111 | UPX5112 | UPX5113 |
| UPX5114 | UPX5115 | UPX5116 | UPX5117 |
| UPX5118 | UPX5119 | UPX5120 | UPX5121 |
| UPX5122 | UPX5128 | UPX5129 | UPX5130 |
| UPX5131 | UPX5132 | UPX5133 | UPX5134 |
| UPX5135 | UPX5136 | UPX5137 | UPX5138 |
| UPX5139 | UPX5140 | UPX5141 | UPX5142 |
| UPX5143 | UPX5144 | UPX5145 | UPX5146 |

| | | | |
|---|---|---|---|
| UPX5147 | UPX5148 | UPX5149 | UPX5150 |
| UPX5151 | UPX5152 | UPX5153 | UPX5154 |
| UPX5155 | UPX5157 | UPX5158 | UPX5159 |
| UPX5160 | UPX5161 | UPX5162 | UPX5163 |
| UPX5164 | UPX5165 | UPX5166 | UPX5167 |
| UPX5168 | UPX5169 | UPX5170 | UPX5171 |
| UPX5172 | UPX5173 | UPX5174 | UPX5175 |
| UPX5176 | UPX5177 | UPX5178 | UPX5179 |
| UPX5188 | UPX5189 | UPX5190 | UPX5191 |
| UPX5192 | UPX5193 | UPX5194 | UPX5195 |
| UPX5196 | UPX5197 | UPX5198 | UPX5199 |
| UPX5200 | UPX5201 | UPX5202 | UPX5203 |
| UPX5204 | UPX5205 | UPX5206 | UPX5207 |
| UPX5208 | UPX5209 | UPX5210 | UPX5211 |
| UPX5212 | UPX5213 | UPX5214 | UPX5215 |
| UPX5216 | UPX5217 | UPX5218 | UPX5219 |
| UPX5220 | UPX5221 | UPX5222 | UPX5223 |
| UPX5224 | UPX5225 | UPX5226 | UPX5227 |
| UPX5228 | UPX5229 | UPX5230 | UPX5231 |
| UPX5232 | UPX5233 | UPX5234 | UPX5235 |
| UPX5236 | UPX5237 | UPX5238 | UPX5239 |
| UPX5240 | UPX5241 | UPX5242 | UPX5243 |
| UPX5244 | UPX5245 | UPX5246 | UPX5250 |

| | | | |
|---|---|---|---|
| UPX5251 | UPX5252 | UPX5253 | UPX5254 |
| UPX5255 | UPX5256 | UPX5257 | UPX5258 |
| UPX5259 | UPX5260 | UPX5261 | UPX5262 |
| UPX5263 | UPX5264 | UPX5265 | UPX5266 |
| UPX5267 | UPX5268 | UPX5273 | UPX5274 |
| UPX5275 | UPX5276 | UPX5277 | UPX5278 |
| UPX5279 | UPX5280 | UPX5281 | UPX5282 |
| UPX5283 | | | |