# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**UNITED STATES PLAINTIFFS' EXHIBITS OFFERED FOR ADMISSION**

DOJ Plaintiffs offer the trial exhibits listed below for admission into evidence. The exhibits in Section I are offered without objection. These exhibits in Section II are offered subject to Google's standing objection to any embedded hearsay contained therein, but otherwise without objection.

I.　　**EXHIBITS OFFERED WITHOUT OBJECTION**

These consist of exhibits to which Google initially lodged only foundation objections.

| | | | |
|---|---|---|---|
| UPX0006 | UPX0042 | UPX0052 | UPX0054 |
| UPX0077 | UPX0090 | UPX0108 | UPX0111 |
| UPX0158 | UPX0177 | UPX0182 | UPX0185 |

1

| | | | |
|---|---|---|---|
| UPX0186 | UPX0188 | UPX0199 | UPX0224 |
| UPX0233 | UPX0234 | UPX0238 | UPX0261 |
| UPX0264 | UPX0278 | UPX0280 | UPX0344 |
| UPX0408 | UPX0409 | UPX0410 | UPX0426 |
| UPX0427 | UPX0439 | UPX0573 | UPX0583 |
| UPX0718 | UPX0719 | UPX0747 | UPX0753 |
| UPX0788 | UPX0839 | UPX0843 | UPX0846 |
| UPX0849 | UPX0857 | UPX0875 | UPX0881 |
| UPX0882 | UPX0886 | UPX0887 | UPX0938 |
| UPX0961 | UPX0962 | UPX0975 | UPX0977 |
| UPX0980 | UPX0992 | UPX1007 | UPX1041 |
| UPX1059 | UPX1069 | UPX1082 | UPX1099 |
| UPX9002 | UPX9002.A | UPX0106 | UPX0272 |
| UPX0950 | UPX0951 | UPX0983 | UPX0987 |
| UPX1016 | UPX1131 | | |

II.     **EXHIBITS OFFERED SUBJECT TO STANDING OBJECTION TO EMBEDDED HEARSAY**

These exhibits consist of (1) documents produced by Google where the only two objections are hearsay and foundation and (2) documents produced by third parties where the document is covered by a 902(11) declaration and the only two objections are foundation and hearsay.

| | | | |
|---|---|---|---|
| UPX0014 | UPX0105 | UPX0107 | UPX0109 |

3

| | | | |
|---|---|---|---|
| UPX0135 | UPX0156 | UPX0157 | UPX0172 |
| UPX0174 | UPX0244 | UPX0269 | UPX0271 |
| UPX0337 | UPX0535 | UPX0536 | UPX0556 |
| UPX0592 | UPX0593 | UPX0605 | UPX0669 |
| UPX0677 | UPX0678 | UPX0720 | UPX0781 |
| UPX0783 | UPX0787 | UPX0801 | UPX0816 |
| UPX0817 | UPX0847 | UPX0848 | UPX0851 |
| UPX0896 | UPX0898 | UPX0908 | UPX0914 |
| UPX0920 | UPX0921 | UPX0945 | UPX0964 |
| UPX0978 | UPX0979 | UPX1009 | UPX1015 |
| UPX1017 | UPX1018 | UPX1019 | UPX1020 |
| UPX1021 | UPX1032 | UPX1033 | UPX1034 |
| UPX1035 | UPX1102 | | |