# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                            Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                            Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                            Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**UNITED STATES PLAINTIFFS' EXHIBITS OFFERED FOR ADMISSION**

DOJ Plaintiffs offer the trial exhibits listed below for admission into evidence. The exhibits in Section I are offered without objection. These exhibits in Section II are offered subject to Google's standing objection to any embedded hearsay contained therein, but otherwise without objection.

**I.      EXHIBITS OFFERED WITHOUT OBJECTION**

| | | | |
|---|---|---|---|
| UPX0088 | UPX0096 | UPX0113 | UPX0130 |
| UPX0155 | UPX0170 | UPX0187 | UPX0207 |
| UPX0285 | UPX0308 | UPX0315 | UPX0328 |
| UPX0447 | UPX0455 | UPX0468 | UPX0477 |

1

| | | | |
|---|---|---|---|
| UPX0559 | UPX0571 | UPX0577 | UPX0578 |
| UPX0597 | UPX0599 | UPX0683 | UPX0689 |
| UPX0691 | UPX0693 | UPX0701 | UPX0703 |
| UPX0730 | UPX0742 | UPX0745 | UPX0771 |
| UPX0772 | UPX0776 | UPX0789 | UPX0814 |
| UPX0840 | UPX0942 | UPX0959 | UPX1028 |
| UPX1029 | UPX1031 | UPX1061 | UPX1092 |
| UPX1094 | UPX1104 | UPX6025 | UPX6053 |
| UPX1006 | UPX1044 | | |

II. **EXHIBITS OFFERED SUBJECT TO STANDING OBJECTION TO EMBEDDED HEARSAY**

| | | | |
|---|---|---|---|
| UPX0055 | UPX0094 | UPX0164 | UPX0183 |
| UPX0267 | UPX0279 | UPX0290 | UPX0292 |
| UPX0305 | UPX0482 | UPX0511 | UPX0545 |
| UPX0548 | UPX0549 | UPX0557 | UPX0584 |
| UPX0606 | UPX0622 | UPX0629 | UPX0630 |
| UPX0632 | UPX0633 | UPX0644 | UPX0649 |
| UPX0654 | UPX0658 | UPX0665 | UPX0676 |
| UPX0687 | UPX0688 | UPX0692 | UPX0784 |
| UPX0793 | UPX0828 | UPX0829 | UPX0830 |
| UPX0832 | UPX0833 | UPX0835 | UPX0836 |

3

| UPX0897 | UPX0936 | UPX0948 | UPX0949 |
|---------|---------|---------|---------|
| UPX0952 | UPX0953 | UPX0954 | UPX0955 |
| UPX0956 | UPX0966 | UPX0967 | UPX0982 |
| UPX0984 | UPX0991 | UPX1004 | UPX1027 |
| UPX1038 | UPX1078 | UPX1086 | UPX1125 |
| UPX1130 |         |         |         |