AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) <br> *Plaintiff* ) <br> v. ) <br> GOOGLE LLC, ) <br> *Defendant* ) | Case No. 1:20-cv-3010-APM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Objector Farmers Group, Inc.

Date: 10/31/2023

/s/ Toyja Kelley
*Attorney's signature*

Toyja Kelley, D.C. Bar No. 482977
*Printed name and bar number*
LOCKE LORD LLP
701 8th Street, N.W.
Suite 500
Washington, DC 20001
*Address*

toyja.kelley@lockelord.com
*E-mail address*

(202) 220-6900
*Telephone number*

(202) 220-6945
*FAX number*