# Exhibit 1

**From:** "Hammond, Matthew (ATR)" <Matthew.Hammond@usdoj.gov>
**Date:** September 17, 2023 at 5:31:33 PM EDT
**To:** Medha_Swaminathan@dcd.uscourts.gov
**Cc:** "Schmidtlein, John" <JSchmidtlein@wc.com>, "Smurzynski, Kenneth" <KSmurzynski@wc.com>, "Greenblum, Benjamin" <BGreenblum@wc.com>, "Connor, Colette" <CConnor@wc.com>, "Maier, Gloria" <GMaier@wc.com>, "Hammond, Matthew (ATR)" <Matthew.Hammond@usdoj.gov>, "Creighton, Susan" <screighton@wsgr.com>, "Rubinstein, Franklin" <frubinstein@wsgr.com>, "Waszmer, Wendy" <wwaszmer@wsgr.com>, "Popofsky, Mark S." <Mark.Popofsky@ropesgray.com>, "McGinnis, Matthew" <Matthew.McGinnis@ropesgray.com>, "Dintzer, Kenneth (ATR)" <Kenneth.Dintzer2@usdoj.gov>, "Severt, Adam T (ATR)" <Adam.Severt@usdoj.gov>, "Goldstein, Jeremy (ATR)" <Jeremy.Goldstein@usdoj.gov>, "Jensen, Elizabeth (ATR)" <Elizabeth.Jensen@usdoj.gov>, Jon Sallet <Jon.Sallet@coag.gov>, William Cavanaugh <wfcavanaugh@pbwt.com>, Steve Kaufmann <Steve.Kaufmann@coag.gov>, "Conrad, Joseph" <joseph.conrad@nebraska.gov>, "McKinley, Matt" <Matt.McKinley@nebraska.gov>, "Bellshaw, Meagan (ATR)" <Meagan.Bellshaw@usdoj.gov>, "Dahlquist, David (ATR)" <David.Dahlquist@usdoj.gov>, "Herrmann, Karl (ATR)" <Karl.Herrmann@usdoj.gov>, "Hammond, Matthew (ATR)" <Matthew.Hammond@usdoj.gov>
**Subject: RE: US v. Google (1:20-cv-03010) - Expert Witness Order & Timing**

# [EXTERNAL]

Ms. Swaminathan—

I am writing to update the U.S. Plaintiffs' response to the Court's request to be kept abreast of the expected order and timing of expert testimony which we communicated initially in my August 19 email below. The two changes are that we will not be calling Michael Davies or Christine Hammer this coming week as previously disclosed. We now do not expect to call Mr. Davies during our case-in-chief, and we are not calling Ms. Hammer this week due to health-related reasons and are working to reschedule.

As a result, the weeks identified below are the earliest that an expert witness may appear on behalf of U.S. Plaintiffs:

**U.S. Plaintiffs' Case-in-chief**

1. **Sept. 18-22, 2023**: No expert witnesses

1. **Sept. 26-28, 2023**: Kinshuk Jerath (marketing expert)
    1. TBD – Christine Hammer (accounting expert) (could also be the following week)

1. **Oct. 2-6, 2023**: Michael D. Whinston (economics expert)

**U.S. Plaintiffs' Rebuttal Case**

1. **TBD**
    o Douglas Oard (information retrieval expert) (responding to Google's experts on scale and fact witnesses on scale)

- o   Michael A. M. Davies (handset & wireless industry expert) (responding to fact witnesses on OEM and carrier options)
- o   Kirsten Martin (privacy expert) (responding to Google's privacy expert)
- o   Michael D. Whinston (economics expert) (responding to Google's economic experts)

Have a good day.

Matthew

-----------------

Matthew C. Hammond (he/him)
Attorney, MEC
Antitrust Div., U.S. Dep't of Justice
Washington, DC
█████████  (office)
█████████  (mobile & best number to use)
matthew.hammond@usdoj.gov

**From:** Hammond, Matthew (ATR)
**Sent:** Saturday, August 19, 2023 9:01 PM
**To:** medha_swaminathan@dcd.uscourts.gov
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; Creighton, Susan <screighton@wsgr.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Waszmer, Wendy' <wwaszmer@wsgr.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; 'McGinnis, Matthew' <Matthew.McGinnis@ropesgray.com>; Dintzer, Kenneth (ATR) <Kenneth.Dintzer2@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; 'Jon Sallet' <Jon.Sallet@coag.gov>; 'William Cavanaugh' <wfcavanaugh@pbwt.com>; 'Steve Kaufmann' <Steve.Kaufmann@coag.gov>; 'Conrad, Joseph' <joseph.conrad@nebraska.gov>; 'McKinley, Matt' <Matt.McKinley@nebraska.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>
**Subject:** US v. Google (1:20-cv-03010) - Expert Witness Order & Timing

Ms. Swaminathan—

In response to the Court's request at the Aug. 11, 2023 status conference, U.S. Plaintiffs provide the expected order and timing of their expert witnesses based on the witness order provided to Google on Aug. 15. This order may change as Plaintiffs adjust the schedule in response to any witness conflicts from Google or third parties. We will update the Court as the schedule changes.

### U.S. Plaintiffs' Case-in-chief

1. **Sept. 9-15, 2023**
    1. Antonio Rangel (behavioral economics expert)

2. **Sept. 18-22, 2023**
    1. Christine Hammer (accounting expert)

2. Michael A. M. Davies (handset & wireless industry expert)

1. **Sept. 26-28, 2023**
   3. Kinshuk Jerath (marketing expert)

2. **Oct. 2-6, 2023**
   4. Michael D. Whinston (economics expert)

### U.S. Plaintiffs' Rebuttal Case

1. **TBD**
   5. Douglas Oard (information retrieval expert) (responding to Google's experts on scale and fact witnesses on scale)
   6. Michael A. M. Davies (handset & wireless industry expert) (responding to fact witnesses on OEM and carrier options)
   7. Kirsten Martin (privacy expert) (responding to Google's privacy expert)
   8. Michael D. Whinston (economics expert) (responding to Google's economic experts)

Have a good day.

Matthew
-----------------
Matthew C. Hammond (he/him)
Attorney, Media, Entertainment & Communications Section
Antitrust Division, U.S. Department of Justice
450 5th Street, N.W., Suite 7000
Washington, DC  20530
███████         (office)
███████         (mobile & best number to use)
matthew.hammond@usdoj.gov