IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>Google LLC,<br>        Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>Google LLC,<br>        Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Preclude Rebuttal Testimony of Michael A. M. Davies, any opposition thereto, and reply in support thereof, the record in this case, and for good cause shown, it is hereby

ORDERED that Defendant's Motion is GRANTED.

SO ORDERED


Dated: _____, 2023    _____
                                Hon. Amit P. Mehta
                                United States District Court Judge