## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULES**

Pursuant to Local Rule 7(m), Google's counsel has conferred with Plaintiffs' counsel and understands that Plaintiffs oppose this motion.