IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>Google LLC,<br><br>  Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>Google LLC,<br><br>  Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DEFENDANT GOOGLE LLC'S NOTICE OF EXHIBITS
<u>ADMITTED INTO EVIDENCE IN BULK</u>**

Defendant Google LLC submits this notice to provide lists of exhibits admitted into evidence without a live witness. Specifically:

1. **Exhibit A** contains documents on Google's exhibit list offered without objection, which were admitted on September 18, 2023, Trial Tr. 1295:22-1296:1;

2. **Exhibit B** contains documents included on Google's exhibit list previously objected to by Plaintiffs, but to which Plaintiffs have withdrawn their objections other than as to

1

embedded hearsay. These were admitted with that limitation on October 30, 2023, Trial Tr. 7896:6-19.

3. **Exhibit C** contains documents included on Google's exhibit list, without objection from Plaintiff States, and previously objected to by United States Plaintiffs but to which United States Plaintiffs have withdrawn their objections other than as to embedded hearsay. These were admitted with that limitation on October 30, 2023, Trial Tr. 7896:6-19.

4. **Exhibit D** contains documents included on Google's exhibit list, without objection from United States Plaintiffs, and previously objected to by Plaintiff States but to which Plaintiff States have withdrawn their objections other than as to embedded hearsay. These were admitted with that limitation on October 30, 2023, Trial Tr. 7896:6-19.

5. **Exhibit F** contains documents included on Google's exhibit list that were identified during the Parties' exhibit reconciliation process as not moved in to evidence during the use with a live witness. Google offered the exhibits for admission without objection as to some documents, and subject to stated limitations as to other documents, and they were admitted on October 30, 2023, Trial Tr. 7896:6-19.

Dated: November 2, 2023

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ *John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
Wendy Huang Waszmer (D.C. Bar No. 1631078)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com
wwaszmer@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*