# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>  Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>  Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DEFENDANT GOOGLE LLC'S EXHIBITS OFFERED WITHOUT OBJECTION**

Defendant Google LLC offer the trial exhibits listed below for admission into evidence.

Plaintiffs have not lodged any objection to the exhibits listed below.

| | | | | |
|---|---|---|---|---|
| DX0003 | DX0289 | DX0817 | DX1025 | DX1205 |
| DX0007 | DX0294 | DX0822 | DX1026 | DX1206 |
| DX0008 | DX0295 | DX0827 | DX1027 | DX1207 |
| DX0009 | DX0296 | DX0830 | DX1028 | DX1208 |
| DX0013 | DX0297 | DX0837 | DX1029 | DX1209 |
| DX0014 | DX0308 | DX0856 | DX1030 | DX1210 |
| DX0017 | DX0310 | DX0859 | DX1031 | DX1211 |
| DX0019 | DX0313 | DX0861 | DX1032 | DX1212 |
| DX0020 | DX0315 | DX0870 | DX1033 | DX1213 |
| DX0021 | DX0320 | DX0871 | DX1100 | DX1214 |

| | | | | |
|---|---|---|---|---|
| DX0026 | DX0330 | DX0873 | DX1101 | DX1215 |
| DX0027 | DX0336 | DX0879 | DX1102 | DX1216 |
| DX0029 | DX0338 | DX0883 | DX1103 | DX1217 |
| DX0032 | DX0339 | DX0917 | DX1104 | DX1218 |
| DX0035 | DX0346 | DX0918 | DX1105 | DX1219 |
| DX0036 | DX0347 | DX0919 | DX1106 | DX1220 |
| DX0038 | DX0349 | DX0920 | DX1107 | DX1221 |
| DX0040 | DX0350 | DX0921 | DX1108 | DX1222 |
| DX0044 | DX0354 | DX0922 | DX1109 | DX1223 |
| DX0047 | DX0355 | DX0923 | DX1110 | DX1224 |
| DX0048 | DX0356 | DX0924 | DX1111 | DX1225 |
| DX0054 | DX0357 | DX0925 | DX1112 | DX1226 |
| DX0056 | DX0358 | DX0926 | DX1113 | DX1227 |
| DX0057 | DX0359 | DX0927 | DX1114 | DX1228 |
| DX0061 | DX0364 | DX0928 | DX1115 | DX1229 |
| DX0063 | DX0381 | DX0929 | DX1116 | DX1230 |
| DX0065 | DX0382 | DX0931 | DX1117 | DX1231 |
| DX0071 | DX0402 | DX0932 | DX1118 | DX1232 |
| DX0080 | DX0404 | DX0933 | DX1119 | DX1233 |
| DX0084 | DX0405 | DX0934 | DX1120 | DX1234 |
| DX0087 | DX0407 | DX0935 | DX1121 | DX1235 |
| DX0090 | DX0409 | DX0936 | DX1122 | DX1236 |
| DX0095 | DX0411 | DX0937 | DX1123 | DX1237 |
| DX0096 | DX0412 | DX0938 | DX1124 | DX1238 |
| DX0097 | DX0413 | DX0939 | DX1125 | DX1239 |
| DX0099 | DX0417 | DX0940 | DX1126 | DX1240 |
| DX0104 | DX0429 | DX0941 | DX1127 | DX1241 |
| DX0105 | DX0448 | DX0942 | DX1128 | DX1242 |
| DX0110 | DX0460 | DX0943 | DX1129 | DX1243 |
| DX0112 | DX0468 | DX0944 | DX1130 | DX1244 |
| DX0113 | DX0491 | DX0945 | DX1131 | DX1245 |
| DX0116 | DX0493 | DX0946 | DX1132 | DX1246 |
| DX0120 | DX0509 | DX0947 | DX1133 | DX1247 |
| DX0123 | DX0510 | DX0948 | DX1134 | DX1248 |
| DX0124 | DX0511 | DX0949 | DX1135 | DX1249 |
| DX0125 | DX0521 | DX0950 | DX1136 | DX1250 |
| DX0132 | DX0522 | DX0951 | DX1137 | DX1251 |
| DX0134 | DX0527 | DX0952 | DX1138 | DX1252 |
| DX0135 | DX0528 | DX0953 | DX1139 | DX1253 |

| | | | | |
|---|---|---|---|---|
| DX0136 | DX0533 | DX0954 | DX1140 | DX1254 |
| DX0137 | DX0549 | DX0955 | DX1141 | DX1255 |
| DX0141 | DX0550 | DX0956 | DX1142 | DX1256 |
| DX0146 | DX0552 | DX0957 | DX1143 | DX1257 |
| DX0151 | DX0555 | DX0958 | DX1144 | DX1258 |
| DX0152 | DX0563 | DX0959 | DX1145 | DX1259 |
| DX0153 | DX0564 | DX0960 | DX1146 | DX1260 |
| DX0168 | DX0565 | DX0962 | DX1147 | DX1261 |
| DX0172 | DX0566 | DX0963 | DX1148 | DX1262 |
| DX0183 | DX0576 | DX0964 | DX1149 | DX1263 |
| DX0185 | DX0577 | DX0965 | DX1150 | DX1264 |
| DX0193 | DX0578 | DX0966 | DX1151 | DX1265 |
| DX0201 | DX0579 | DX0967 | DX1152 | DX1266 |
| DX0204 | DX0580 | DX0968 | DX1153 | DX1267 |
| DX0205 | DX0581 | DX0969 | DX1154 | DX1268 |
| DX0207 | DX0582 | DX0970 | DX1155 | DX1269 |
| DX0208 | DX0583 | DX0971 | DX1156 | DX1270 |
| DX0213 | DX0584 | DX0972 | DX1157 | DX1271 |
| DX0214 | DX0585 | DX0973 | DX1158 | DX1272 |
| DX0215 | DX0586 | DX0974 | DX1159 | DX1273 |
| DX0222 | DX0588 | DX0975 | DX1160 | DX1274 |
| DX0223 | DX0589 | DX0979 | DX1161 | DX1275 |
| DX0224 | DX0590 | DX0980 | DX1162 | DX1276 |
| DX0226 | DX0591 | DX0981 | DX1163 | DX1277 |
| DX0227 | DX0592 | DX0982 | DX1164 | DX1278 |
| DX0229 | DX0593 | DX0983 | DX1165 | DX1280 |
| DX0237 | DX0595 | DX0984 | DX1166 | DX1281 |
| DX0238 | DX0596 | DX0985 | DX1167 | DX1282 |
| DX0242 | DX0597 | DX0986 | DX1168 | DX1284 |
| DX0243 | DX0598 | DX0987 | DX1169 | DX1285 |
| DX0249 | DX0599 | DX0988 | DX1170 | DX1286 |
| DX0250 | DX0601 | DX0989 | DX1171 | DX1287 |
| DX0251 | DX0603 | DX0990 | DX1172 | DX1288 |
| DX0252 | DX0604 | DX0991 | DX1173 | DX1290 |
| DX0253 | DX0606 | DX0992 | DX1174 | DX1291 |
| DX0254 | DX0611 | DX0993 | DX1175 | DX1292 |
| DX0255 | DX0612 | DX0994 | DX1176 | DX1293 |
| DX0256 | DX0615 | DX0995 | DX1177 | DX1294 |
| DX0257 | DX0616 | DX0996 | DX1178 | DX1295 |

| | | | | |
|---|---|---|---|---|
| DX0259 | DX0622 | DX0997 | DX1179 | DX1296 |
| DX0260 | DX0642 | DX0999 | DX1180 | DX1297 |
| DX0261 | DX0643 | DX1000 | DX1181 | DX1298 |
| DX0262 | DX0652 | DX1001 | DX1182 | DX1299 |
| DX0263 | DX0653 | DX1002 | DX1183 | DX1300 |
| DX0264 | DX0655 | DX1003 | DX1184 | DX1301 |
| DX0265 | DX0665 | DX1004 | DX1185 | DX1302 |
| DX0266 | DX0666 | DX1005 | DX1186 | DX1303 |
| DX0267 | DX0692 | DX1006 | DX1187 | DX1304 |
| DX0268 | DX0702 | DX1007 | DX1188 | DX1305 |
| DX0270 | DX0703 | DX1008 | DX1189 | DX1306 |
| DX0271 | DX0707 | DX1009 | DX1190 | DX1307 |
| DX0272 | DX0708 | DX1010 | DX1191 | DX1308 |
| DX0273 | DX0709 | DX1011 | DX1192 | DX1309 |
| DX0274 | DX0710 | DX1012 | DX1193 | DX1310 |
| DX0275 | DX0711 | DX1013 | DX1194 | DX1311 |
| DX0276 | DX0712 | DX1014 | DX1195 | DX1312 |
| DX0277 | DX0713 | DX1015 | DX1196 | DX1313 |
| DX0278 | DX0720 | DX1016 | DX1197 | DX1314 |
| DX0279 | DX0722 | DX1017 | DX1198 | DX1315 |
| DX0280 | DX0731 | DX1018 | DX1199 | DX1316 |
| DX0281 | DX0801 | DX1019 | DX1200 | DX1317 |
| DX0282 | DX0804 | DX1020 | DX1201 | DX1318 |
| DX0284 | DX0806 | DX1021 | DX1202 | DX1319 |
| DX0285 | DX0807 | DX1022 | DX1203 | DX1320 |
| DX0287 | DX0809 | DX1023 | DX1204 | DX1321 |

Dated: September 18, 2023

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
Wendy Huang Waszmer (D.C. Bar No. 1631078)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com
wwaszmer@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*

4