# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**DEFENDANT GOOGLE LLC'S EXHIBITS OFFERED
SUBJECT TO STANDING OBJECTION**

Without opposition, Google offers the trial exhibits listed below for admission into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein.

| | | | | |
|---|---|---|---|---|
| DX0001 | DX0139 | DX0390 | DX0471 | DX0608 |
| DX0002 | DX0144 | DX0391 | DX0473 | DX0609 |
| DX0004 | DX0156 | DX0392 | DX0474 | DX0613 |
| DX0005 | DX0157 | DX0393 | DX0477 | DX0618 |
| DX0006 | DX0163 | DX0394 | DX0479 | DX0619 |
| DX0010 | DX0173 | DX0397 | DX0480 | DX0620 |
| DX0022 | DX0178 | DX0399 | DX0481 | DX0623 |
| DX0023 | DX0182 | DX0414 | DX0483 | DX0625 |
| DX0025 | DX0184 | DX0415 | DX0485 | DX0628 |
| DX0028 | DX0186 | DX0416 | DX0486 | DX0630 |
| DX0030 | DX0192 | DX0418 | DX0488 | DX0631 |
| DX0031 | DX0194 | DX0419 | DX0489 | DX0632 |

| | | | | |
|---|---|---|---|---|
| DX0033 | DX0202 | DX0420 | DX0496 | DX0635 |
| DX0034 | DX0203 | DX0421 | DX0497 | DX0636 |
| DX0039 | DX0212 | DX0422 | DX0498 | DX0637 |
| DX0042 | DX0217 | DX0426 | DX0504 | DX0638 |
| DX0045 | DX0218 | DX0430 | DX0506 | DX0661 |
| DX0053 | DX0225 | DX0432 | DX0508 | DX0662 |
| DX0059 | DX0228 | DX0433 | DX0512 | DX0664 |
| DX0064 | DX0232 | DX0435 | DX0516 | DX0667 |
| DX0067 | DX0234 | DX0437 | DX0526 | DX0670 |
| DX0069 | DX0240 | DX0438 | DX0531 | DX0672 |
| DX0070 | DX0245 | DX0439 | DX0539 | DX0674 |
| DX0072 | DX0352 | DX0441 | DX0541 | DX0676 |
| DX0073 | DX0360 | DX0442 | DX0542 | DX0677 |
| DX0078 | DX0361 | DX0443 | DX0543 | DX0678 |
| DX0081 | DX0362 | DX0444 | DX0544 | DX0681 |
| DX0082 | DX0365 | DX0445 | DX0545 | DX0682 |
| DX0083 | DX0368 | DX0449 | DX0546 | DX0683 |
| DX0091 | DX0369 | DX0450 | DX0547 | DX0684 |
| DX0093 | DX0370 | DX0453 | DX0557 | DX0687 |
| DX0108 | DX0378 | DX0459 | DX0562 | DX0714 |
| DX0109 | DX0379 | DX0461 | DX0567 | DX0716 |
| DX0111 | DX0383 | DX0464 | DX0568 | DX0717 |
| DX0117 | DX0385 | DX0465 | DX0571 | DX0719 |
| DX0119 | DX0386 | DX0467 | DX0602 | |
| DX0121 | DX0387 | DX0469 | DX0605 | |
| DX0126 | DX0388 | DX0470 | DX0607 | |