# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**DEFENDANT GOOGLE LLC'S EXHIBITS OFFERED
SUBJECT TO UNITED STATES PLAINTIFFS' STANDING OBJECTION**

Google offers the trial exhibits listed below for admission into evidence without objection from Plaintiff States and subject to United States Plaintiffs' standing objection to any embedded hearsay contained therein.

| | | | | |
|---|---|---|---|---|
| DX0074 | DX0626 | DX0646 | DX0715 | DX0732 |
| DX0076 | DX0639 | DX0647 | DX0721 | DX0733 |
| DX0446 | DX0640 | DX0648 | DX0727 | DX0734 |
| DX0492 | DX0641 | DX0649 | DX0728 | DX0735 |
| DX0503 | DX0644 | DX0651 | DX0729 | DX0736 |
| DX0537 | DX0645 | DX0694 | DX0730 | DX1024 |

1