# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DEFENDANT GOOGLE LLC'S EXHIBITS OFFERED
SUBJECT TO PLAINTIFF STATES' STANDING OBJECTION**

Google offers the trial exhibits listed below for admission into evidence without objection from United States Plaintiffs and subject to Plaintiff States' standing objection to any embedded hearsay contained therein.

| | | | | |
|---|---|---|---|---|
| DX0011 | DX0086 | DX0145 | DX0206 | DX0487 |
| DX0012 | DX0088 | DX0147 | DX0211 | DX0495 |
| DX0016 | DX0089 | DX0149 | DX0219 | DX0505 |
| DX0024 | DX0098 | DX0155 | DX0220 | DX0514 |
| DX0037 | DX0100 | DX0158 | DX0230 | DX0532 |
| DX0041 | DX0101 | DX0160 | DX0233 | DX0540 |
| DX0043 | DX0102 | DX0161 | DX0235 | DX0548 |
| DX0046 | DX0103 | DX0162 | DX0236 | DX0554 |
| DX0050 | DX0107 | DX0166 | DX0239 | DX0572 |

2

| | | | | |
|---|---|---|---|---|
| DX0051 | DX0114 | DX0167 | DX0363 | DX0634 |
| DX0052 | DX0115 | DX0176 | DX0389 | DX0685 |
| DX0055 | DX0118 | DX0179 | DX0398 | DX0686 |
| DX0060 | DX0128 | DX0188 | DX0408 | DX0691 |
| DX0062 | DX0129 | DX0189 | DX0425 | DX0700 |
| DX0066 | DX0130 | DX0190 | DX0428 | DX0701 |
| DX0068 | DX0131 | DX0195 | DX0447 | DX0718 |
| DX0075 | DX0133 | DX0196 | DX0462 | DX0961 |
| DX0077 | DX0138 | DX0198 | DX0475 | |
| DX0079 | DX0140 | DX0199 | DX0478 | |
| DX0085 | DX0143 | DX0200 | DX0482 | |