# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>       Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>       Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DEFENDANT GOOGLE LLC'S EXHIBITS OFFERED FOR ADMISSION**

 Without opposition, Defendant Google LLC offers the trial exhibits listed below for admission into evidence.

**I. EXHIBITS OFFERED WITHOUT OBJECTION**

 Plaintiffs have agreed to the admission of the following exhibits, without objection:

| | |
|---|---|
| DX0627 | DX3038 |

2

## II.    EXHIBITS OFFERED SUBJECT TO LIMITATION

Plaintiffs have agreed to the admission of the following exhibits, with the stated limitation:

- DX3002: Not offered for the truth, but for the fact that statement was made at that time.

- DX3014: Not offered for the truth, but for the fact that Google made this information available to advertisers as part of its public help pages.