IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                           Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                           Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                           Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                           Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DEFENDANT GOOGLE LLC'S NOTICE REGARDING DESIGNATED
DEPOSITION TESTIMONY OF ERIC CHRISTENSEN AND MITCHELL BAKER**

      Defendant Google LLC files this notice in connection with the playing of the videotapes of the deposition testimony of Eric Christensen and Mitchell Baker played at trial on Wednesday, November 1, 2023.

      Attached as **Exhibit 1** is a transcript of the testimony played at trial from the deposition of Mr. Christensen, along with a copy of Mr. Christensen's deposition transcript errata.

      Attached as **Exhibit 2** is a transcript of the testimony played at trial from the deposition of Ms. Baker, along with a copy of Ms. Baker's deposition transcript errata.

Dated:  November 3, 2023

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ *John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
Wendy Huang Waszmer (D.C. Bar No. 1631078)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com
wwaszmer@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*