# Exhibit 1

# ChristensenEric

## Designation List Report

**Christensen, Eric**                                                    **2021-12-21**

| | |
|---|---|
| Google Affirmative | 00:35:19 |
| DOJ Counter | 00:07:24 |
| **TOTAL RUN TIME** | **00:42:43** |



**24Christensen_short_v8 - ChristensenEric**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:17 - 12:20 | **Christensen, Eric 2021-12-21** | 00:00:08 | 24Christensen_short_v8.1 |

| | 12:17 | Q. | Good morning, Mr. Christensen. |
| | 12:18 | | Can you please state your full name |
| | 12:19 | | for the record. |
| | 12:20 | A. | My name is Eric V. Christensen. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:25 - 15:02 | **Christensen, Eric 2021-12-21** | 00:00:05 | 24Christensen_short_v8.2 |

| | 14:25 | Q. | And who are you currently employed |
| | 15:01 | | by? |
| | 15:02 | A. | Motorola Mobility LLC. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 15:08 - 16:09 | **Christensen, Eric 2021-12-21** | 00:01:27 | 24Christensen_short_v8.3 |

| | 15:08 | Q. | Okay. And how long have you been |
| | 15:09 | | employed by Motorola? |
| | 15:10 | A. | I've been employed by Motorola 32 |
| | 15:11 | | years. |
| | 15:12 | Q. | And is Motorola today a wholly-owned |
| | 15:13 | | subsidiary of Lenovo? |
| | 15:14 | A. | Yes. |
| | 15:15 | Q. | And what is Lenovo? |
| | 15:16 | A. | Lenovo is a company headquartered in |
| | 15:17 | | Hong Kong that makes PCs and other electronics. |
| | 15:18 | Q. | Okay. And what is your current job |
| | 15:19 | | title at Motorola? |
| | 15:20 | A. | I'm the executive director of |
| | 15:21 | | software product managements and partner manager for |
| | 15:22 | | companies like Google. |
| | 15:23 | Q. | And how long have you had that job |
| | 15:24 | | title? |
| | 15:25 | A. | Since 2015 or -- 2015, yes. |
| | 16:01 | Q. | And can you just describe generally |
| | 16:02 | | your job responsibilities in that position? |
| | 16:03 | A. | Sure. My job responsibilities |
| | 16:04 | | essentially include the planning and the design of |
| | 16:05 | | software functionality that gets shipped on our |
| | 16:06 | | mobile phones, our smartphones. |
| | 16:07 | | I also interact with a number of |
| | 16:08 | | partners, including Google, with respect to software |
| | 16:09 | | that will end up on our devices. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 20:10 - 22:15 | **Christensen, Eric 2021-12-21** | 00:03:53 | 24Christensen_short_v8.64 |

| | 20:10 | Q. | And aside from its own proprietary |

**24Christensen_short_v8 - ChristensenEric**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | |
|---|---|---|
| 20:11 | OS, did Motorola in this presmartphone era license | |
| 20:12 | OSs from any third-party to incorporate onto any | |
| 20:13 | mobile devices? | |
| 20:14 | A. Can you clarify the time frame?  You | |
| 20:15 | said prior to smartphones? | |
| 20:16 | Q. Yeah, presmartphone. | |
| 20:17 | A. Presmartphone, I don't believe we | |
| 20:18 | licensed anyone else's.  It was -- it was primarily | |
| 20:19 | a scenario where Motorola created the -- all the | |
| 20:20 | software structure, and there was not much of an | |
| 20:21 | open system back then. | |
| 20:22 | Q. Okay.  Now, starting with the | |
| 20:23 | smartphone era, has Motorola licensed for use in | |
| 20:24 | manufacturing smartphones any operating system other | |
| 20:25 | than Android? | |
| 21:01 | A. Yes. | |
| 21:02 | Q. And can you describe for me which OSs | |
| 21:03 | Motorola licensed? | |
| 21:04 | A. I can describe the OSs that we had | |
| 21:05 | deployed.  I'm not certain about the license | |
| 21:06 | situation with some of them.  So I would like to | |
| 21:07 | qualify my statement about it's not really clear to | |
| 21:08 | me to what extent we licensed all of them. | |
| 21:09 | So one as an example is Symbian, | |
| 21:10 | which I believe may have shipped maybe one or two | |
| 21:11 | devices in North America.  Another example is | |
| 21:12 | Windows Mobile for Microsoft.  Another example is | |
| 21:13 | Linux Java, which I don't believe was licensed. | |
| 21:14 | That was more of an internally developed operating | |
| 21:15 | system.  I mentioned Qualcomm's BREW and, of course, | |
| 21:16 | Android. | |
| 21:17 | Q. Did there come a time when Motorola | |
| 21:18 | decided to begin focusing only on developing | |
| 21:19 | smartphones based on Android? | |
| 21:20 | A. There was a period of time where | |
| 21:21 | Motorola had a number of operating systems in our | |
| 21:22 | portfolio.  That period of time, it was a -- it was | |
| 21:23 | not clear which direction we should go internally as | |
| 21:24 | a company.  There were many internal discussions | |
| 21:25 | about spreading ourselves too thin.  At the time we | |
| 22:01 | had three or four operating systems in play in our | |

**24Christensen_short_v8 - ChristensenEric**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 22:02    portfolio, and as such, there were discussions about | | |
| | 22:03    reducing that investment and picking -- you know, | | |
| | 22:04    predicting the right winner and picking the | | |
| | 22:05    operating system that would be best for us. | | |
| | 22:06   Q.   And as part of that evaluation, did | | |
| | 22:07    you consider the various different operating systems | | |
| | 22:08    that you just mentioned, Symbian, Windows, Linux, | | |
| | 22:09    and Qualcomm BREW in addition to Android? | | |
| | 22:10   A.   Yes.  I personally didn't consider | | |
| | 22:11    all of them.  I was not necessarily in charge of | | |
| | 22:12    that decision.  I'm well aware of the internal | | |
| | 22:13    debates and participated in those internal | | |
| | 22:14    discussions, but all of them were considered and had | | |
| | 22:15    different advantages. | | |
| **22:16 - 22:22** | **Christensen, Eric 2021-12-21** | 00:00:38 | 24Christensen_short_v8.4 |
| | 22:16   Q.   And do you recall when Motorola -- | | |
| | 22:17    roughly when Motorola made a decision to focus its | | |
| | 22:18    development efforts on Android? | | |
| | 22:19   A.   We started our Android activities in | | |
| | 22:20    about 2009, I believe, but I don't think we | | |
| | 22:21    transitioned fully until roughly 2012 to 2013, in | | |
| | 22:22    that time frame. | | |
| **22:23 - 24:09** | **Christensen, Eric 2021-12-21** | 00:02:54 | 24Christensen_short_v8.5 |
| | 22:23   Q.   Since 2012/2013 time frame, has | | |
| | 22:24    Motorola developed any mobile phones based on an | | |
| | 22:25    operating system other than Android? | | |
| | 23:01   A.   No, we have not. | | |
| | 23:02   Q.   And why did -- to the extent you | | |
| | 23:03    know, why did Motorola use Android over the other | | |
| | 23:04    operating systems that Motorola had worked with for | | |
| | 23:05    doing smartphones going forward? | | |
| | 23:06   A.   So there were a number of factors. | | |
| | 23:07    It wasn't all about Android.  It was also about the | | |
| | 23:08    others.  The others had their own sets of challenges | | |
| | 23:09    and advantages and disadvantages.  For example, | | |
| | 23:10    Symbian, we were -- part of that consortium, it was | | |
| | 23:11    driven significantly by Nokia.  At the time it | | |
| | 23:12    struggled with success or momentum in the United | | |
| | 23:13    States.  So because of that challenge, we rejected | | |
| | 23:14    Symbian. | | |

24Christensen_short_v8 - ChristensenEric

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 23:15   Windows Mobile from Microsoft was | | |
| | 23:16   quite capable at the time.  Mostly focused on what I | | |
| | 23:17   would call more business-oriented consumers and | | |
| | 23:18   customers.  It had a number of capabilities for | | |
| | 23:19   third-party apps to support such an ecosystem, | | |
| | 23:20   however, it was fairly expensive to license from | | |
| | 23:21   Microsoft. | | |
| | 23:22   Linux Java was inexpensive from a | | |
| | 23:23   licensing point of view, but very expensive from a | | |
| | 23:24   development point of view.  Essentially, we had to | | |
| | 23:25   create the structure and the operating system | | |
| | 24:01   ourselves using, you know, a fair amount of open | | |
| | 24:02   source software.  However, it required a significant | | |
| | 24:03   investment in the overall app, application, | | |
| | 24:04   ecosystem. | | |
| | 24:05   And Android solved a lot of those | | |
| | 24:06   problems.  It was -- if we licensed, it was a -- a | | |
| | 24:07   rapidly developing app ecosystem and generally | | |
| | 24:08   allowed us to consolidate our investment and not be | | |
| | 24:09   spread so thin with all the other OSs. | | |
| 24:10 - 25:18 | **Christensen, Eric 2021-12-21** | 00:02:33 | 24Christensen_short_v8.65 |
| | 24:10   Q.  And I think you alluded to this a | | |
| | 24:11   little bit earlier, but for folks who are going to | | |
| | 24:12   be reading this later, can you explain a little bit | | |
| | 24:13   more exactly how Motorola mobile devices are sold in | | |
| | 24:14   the United States, in other words, the different | | |
| | 24:15   channels where they can get purchased? | | |
| | 24:16   A.  Are you talking about in that time | | |
| | 24:17   frame or currently? | | |
| | 24:18   Q.  Fair question.  Currently. | | |
| | 24:19   A.  Currently, about 80 to 85 percent of | | |
| | 24:20   our United States sales volume is brought to market | | |
| | 24:21   through our carrier partners.  That includes AT&T | | |
| | 24:22   and Verizon and T-Mobile, as well as smaller -- | | |
| | 24:23   smaller networks and resellers of network services. | | |
| | 24:24   The rest go through retail partners and our own | | |
| | 24:25   online store. | | |
| | 25:01   Q.  And has the channel for retail | | |
| | 25:02   distribution, has that changed since the early days | | |
| | 25:03   when you first brought Android smartphones to | | |

**24Christensen_short_v8 - ChristensenEric**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

25:04  market?

25:05 A. It has changed over time.  A big

25:06  percentage of units that we sell through our own

25:07  online store has grown, but it has not been a

25:08  significant growth.  I think it's maybe grown 5 or

25:09  10 percent since those days.  The carrier partners

25:10  certainly dominate the U.S. market.

25:11 Q. And who are Motorola's mobile device

25:12  competitors in the United States today?

25:13 A. Today, Apple; Samsung; Oppo; One

25:14  Plus, O-p-p-o.  I'm sure there are others, but those

25:15  are our primary competitors.

25:16 Q. And Apple -- when you say "Apple," I

25:17  take it you're referring to the Apple iPhone?

25:18 A. Correct.

**25:19 - 25:23**  **Christensen, Eric 2021-12-21**  00:00:16  24Christensen_short_v8.72

25:19 Q. And are the other entities that you

25:20  listed as competitors, what operating systems do

25:21  they develop on?

25:22 A. They -- to my knowledge, they

25:23  exclusively develop on Android.

**26:12 - 27:15**  **Christensen, Eric 2021-12-21**  00:02:02  24Christensen_short_v8.66

26:12 Q. How would you describe competition

26:13  among mobile device manufacturers in the United

26:14  States?

26:15 A. It is extremely competitive market.

26:16  It's extremely difficult to bring competitive

26:17  products to market at price points that consumers

26:18  expect while still being profitable.

26:19 Q. I believe you made reference earlier

26:20  to different Motorola products being offered at

26:21  different price points.  Can you explain a little

26:22  bit Motorola's reasoning or strategy for bringing

26:23  different products to market at different price

26:24  points?

26:25 A. It's very similar to almost every

27:01  other business.  There are consumers that are

27:02  willing to pay for the latest technology and that

27:03  tends to be more expensive.  So display technology,

27:04  more memory, you know, other types of advanced

**24Christensen_short_v8 - ChristensenEric**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 27:05 | capabilities are typically in higher end | | |
| | 27:06 | smartphones.  The same with a tablet or a computer | | |
| | 27:07 | or any, you know, car, the car industry.  Likewise, | | |
| | 27:08 | mass market devices where consumers want to pay as | | |
| | 27:09 | little as possible to get a basic smartphone | | |
| | 27:10 | functionality are -- have -- are defeatured, have a | | |
| | 27:11 | little less capabilities, maybe not the latest | | |
| | 27:12 | technology, and that differentiates in price slots | | |
| | 27:13 | that, you know, define our product family, but also | | |
| | 27:14 | define how our carrier partners and retailers | | |
| | 27:15 | distribute and price devices. | | |
| 40:25 - 41:12 | **Christensen, Eric 2021-12-21** | | 00:00:48 | 24Christensen_short_v8.6 |
| | 40:25 | Q.  Okay.  Are you familiar with | | |
| | 41:01 | something called a mobile applications distribution | | |
| | 41:02 | agreement or MADA? | | |
| | 41:03 | A.  Yes. | | |
| | 41:04 | Q.  And what is a MADA in connection with | | |
| | 41:05 | Motorola's relationship with Google? | | |
| | 41:06 | A.  The best way I could describe the | | |
| | 41:07 | MADA is that it is essentially the license agreement | | |
| | 41:08 | that gives us permission to install on our | | |
| | 41:09 | smartphones Google Mobile Services applications, | | |
| | 41:10 | referred to as GMS apps.  Those are commonly known | | |
| | 41:11 | as examples of which are Gmail or are YouTube, | | |
| | 41:12 | Google Drive, the Play Store, etc. | | |
| 41:21 - 41:23 | **Christensen, Eric 2021-12-21** | | 00:00:08 | 24Christensen_short_v8.7 |
| | 41:21 | Q.  Does Motorola today have a MADA in | | |
| | 41:22 | effect with Google? | | |
| | 41:23 | A.  Yes, we do. | | |
| 43:15 - 44:23 | **Christensen, Eric 2021-12-21** | | 00:02:19 | 24Christensen_short_v8.8 |
| | 43:15 | Q.  Okay.  And is the MADA that is -- | | |
| | 43:16 | that we've marked as exhibit two, together with the | | |
| | 43:17 | amendment number one that we've marked as exhibit | | |
| | 43:18 | three, does that reflect the current MADA that is in | | |
| | 43:19 | operation between Google and Motorola? | | |
| | 43:20 | A.  Yes, it does. | | |
| | 43:21 | Q.  Okay.  And were you involved in the | | |
| | 43:22 | negotiation and/or the execution of both of these | | |
| | 43:23 | agreements? | | |
| | 43:24 | A.  I was. | | |

**24Christensen_short_v8 - ChristensenEric**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

43:25  Q.  Okay.  Now, under the MADA agreement

44:01    that's in place today, is Google Search one of the

44:02    applications that Motorola licenses for preload on

44:03    mobile devices?

44:04  A.  It is.

44:05  Q.  And to your knowledge, has Google

44:06    Search always been an application that's been

44:07    included in the various MADA agreements executed

44:08    between Motorola and Google?

44:09  A.  Yes, the name of the application may

44:10    have changed over the years slightly, but it has

44:11    been part of MADA as far as I can recall.

44:12  Q.  Okay.  Are you familiar with

44:13    something called the Google Search widget?

44:14  A.  I am.

44:15  Q.  What is that?

44:16  A.  Google Search widget is a -- a widget

44:17    is a portion of an application in Android.  It

44:18    allows for a smaller version of the app to be run on

44:19    the home screen, and in the case of Google Search,

44:20    the search widget looks like a search bar that would

44:21    be a recognizable product to most consumers who have

44:22    used Google Search, and it sits on the home screen

44:23    typically.

| 45:06 - 45:11 | **Christensen, Eric 2021-12-21** | 00:00:20 | 24Christensen_short_v8.9 |

45:06  Q.  Do you have an understanding that

45:07    Motorola's Android mobile phones all ship with the

45:08    Google Search widget on the default home screen?

45:09  A.  Yes, we currently deploy all of our

45:10    devices with the search widget on the default home

45:11    screen.

| 45:12 - 45:25 | **Christensen, Eric 2021-12-21** | 00:01:01 | 24Christensen_short_v8.10 |

45:12  Q.  During your time at Motorola, has

45:13    Motorola ever asked Google for an exemption or a

45:14    waiver so that it would not have to ship devices

45:15    with Google Search or the search widget on a device?

45:16  A.  Yes.  The only two examples that I

45:17    could think of are the two that I mentioned earlier,

45:18    the Clio product that we pursued and the ████

45:19    product that we are pursuing as well.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 45:20 Q. Okay. But in connection with the | | |
| | 45:21 shipment of a mobile phone, a mobile smartphone, has | | |
| | 45:22 Motorola ever asked Google not to ship the device | | |
| | 45:23 with a -- with Google Search on the phone? | | |
| | 45:24 A. I don't believe so. Certainly not | | |
| | 45:25 recently. | | |
| 46:08 - 46:25 | **Christensen, Eric 2021-12-21** | 00:01:13 | 24Christensen_short_v8.11 |
| | 46:08 To your knowledge, has any mobile | | |
| | 46:09 carrier in the U.S. ever complained to you or | | |
| | 46:10 anybody else at Motorola about Motorola preloading | | |
| | 46:11 Google Search on a Motorola smartphone? | | |
| | 46:12 A. I don't recall complaints. I'm not | | |
| | 46:13 sure I would use that term. I do recall occasions | | |
| | 46:14 where carriers pursued and requested other search | | |
| | 46:15 options. | | |
| | 46:16 Q. And what do you recall in that | | |
| | 46:17 regard? | | |
| | 46:18 A. I recall Verizon pursuing Bing as the | | |
| | 46:19 search provider on devices, and I believe either | | |
| | 46:20 AT&T or Verizon, maybe both at different periods of | | |
| | 46:21 time, requested Yahoo! Search as well. | | |
| | 46:22 Q. And do you recall that, in fact, | | |
| | 46:23 Verizon did ship a phone with Bing preloaded on the | | |
| | 46:24 phone? | | |
| | 46:25 A. I believe they did, yes. | | |
| 47:25 - 48:14 | **Christensen, Eric 2021-12-21** | 00:00:50 | 24Christensen_short_v8.12 |
| | 47:25 Q. Under the MADA agreement that is in | | |
| | 48:01 place today, is Google Chrome one of the | | |
| | 48:02 applications that Google licenses to Motorola for | | |
| | 48:03 preload? | | |
| | 48:04 A. Yes. | | |
| | 48:05 Q. And to your knowledge, has Google | | |
| | 48:06 Chrome always been an application that's been | | |
| | 48:07 included in the MADA agreements between Motorola and | | |
| | 48:08 Google? | | |
| | 48:09 A. I believe so. I don't have knowledge | | |
| | 48:10 of ever, but certainly in the last several years. | | |
| | 48:11 Q. Has Motorola ever sought an exemption | | |
| | 48:12 or sought to not ship Google Chrome on a mobile | | |
| | 48:13 smartphone? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 48:14   A.  I don't recall that we have. | | |
| 48:24 - 49:04 | **Christensen, Eric 2021-12-21** | 00:00:17 | 24Christensen_short_v8.13 |
| | 48:24   Since you've been at Motorola, has | | |
| | 48:25   there ever been a time where you believed that | | |
| | 49:01   Motorola smartphone devices would be more | | |
| | 49:02   competitive in the market if they had a search | | |
| | 49:03   engine other than Google Search preloaded on the | | |
| | 49:04   device? | | |
| 49:06 - 49:07 | **Christensen, Eric 2021-12-21** | 00:00:04 | 24Christensen_short_v8.14 |
| | 49:06   A.  I'm not aware of that taking place, | | |
| | 49:07   no. | | |
| 49:17 - 49:21 | **Christensen, Eric 2021-12-21** | 00:00:14 | 24Christensen_short_v8.15 |
| | 49:17   Since you've been at Motorola, has | | |
| | 49:18   there ever been a time where you believed that | | |
| | 49:19   Motorola mobile devices would be more competitive in | | |
| | 49:20   the market if they had a browser other than Google | | |
| | 49:21   Chrome preloaded? | | |
| 49:24 - 50:04 | **Christensen, Eric 2021-12-21** | 00:00:33 | 24Christensen_short_v8.16 |
| | 49:24   A.  Certainly not in the last 10 years. | | |
| | 49:25   Q.  Now, does the MADA that's in effect | | |
| | 50:01   between Google and Motorola prevent Motorola from | | |
| | 50:02   preloading any applications manufactured by Motorola | | |
| | 50:03   or any other third-party? | | |
| | 50:04   A.  No, it does not. | | |
| 52:17 - 52:24 | **Christensen, Eric 2021-12-21** | 00:00:28 | 24Christensen_short_v8.17 |
| | 52:17   Q.  Mr. Christensen, are you familiar | | |
| | 52:18   with the term "revenue share agreement" or RSA? | | |
| | 52:19   A.  Yes. | | |
| | 52:20   Q.  Has Motorola entered into at some | | |
| | 52:21   point a revenue share agreement with Google that | | |
| | 52:22   provides Motorola with a share of Google's Search | | |
| | 52:23   advertising revenue? | | |
| | 52:24   A.  We did. | | |
| 54:14 - 54:16 | **Christensen, Eric 2021-12-21** | 00:00:10 | 24Christensen_short_v8.18 |
| | 54:14   Q.  Okay.  Was the 2017 Motorola revenue | | |
| | 54:15   share agreement with Google a device by device | | |
| | 54:16   agreement? | | |
| 54:20 - 55:03 | **Christensen, Eric 2021-12-21** | 00:00:34 | 24Christensen_sh |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 54:20   A.   Yes, I would consider it so. | | ort_v8.19 |
| | 54:21   Q.   Can you explain what device by device | | |
| | 54:22        means in this -- in the context of this agreement? | | |
| | 54:23   A.   Essentially, the agreement allows us | | |
| | 54:24        to opt-in on a device level specific product that we | | |
| | 54:25        would sell, be opted into this revenue share | | |
| | 55:01        agreement.  Likewise, we could choose to have other | | |
| | 55:02        products not be counted in this revenue share | | |
| | 55:03        agreement. | | |
| 55:05 - 55:08 | **Christensen, Eric 2021-12-21** | 00:00:14 | 24Christensen_short_v8.20 |
| | 55:05   Q.   And was the Google mobile revenue | | |
| | 55:06        share agreement that Motorola entered into in 2017 | | |
| | 55:07        an optional agreement for Motorola? | | |
| | 55:08   A.   Yes. | | |
| 56:25 - 57:04 | **Christensen, Eric 2021-12-21** | 00:00:17 | 24Christensen_short_v8.21 |
| | 56:25   Q.   Okay.  And under this agreement, did | | |
| | 57:01        Motorola agree to make Google Search the exclusive | | |
| | 57:02        out of the box search engine preloaded on Motorola | | |
| | 57:03        devices? | | |
| | 57:04   A.   Yes, I believe so. | | |
| 57:25 - 58:03 | **Christensen, Eric 2021-12-21** | 00:00:14 | 24Christensen_short_v8.22 |
| | 57:25   Q.   And did Motorola decide to enroll | | |
| | 58:01        particular devices to qualify for rev share under | | |
| | 58:02        this agreement? | | |
| | 58:03   A.   We did. | | |
| 58:04 - 58:13 | **Christensen, Eric 2021-12-21** | 00:00:34 | 24Christensen_short_v8.23 |
| | 58:04   Q.   And do you recall whether Motorola | | |
| | 58:05        enrolled all of its devices or fewer than all of its | | |
| | 58:06        devices to be -- to participate in this revenue | | |
| | 58:07        share agreement? | | |
| | 58:08   A.   In the beginning, fewer. | | |
| | 58:09   Q.   Okay.  And over time how did that | | |
| | 58:10        change? | | |
| | 58:11   A.   Over time as we assessed the success | | |
| | 58:12        of the program, we increased the number of products | | |
| | 58:13        opted into this agreement. | | |
| 58:14 - 59:05 | **Christensen, Eric 2021-12-21** | 00:01:14 | 24Christensen_short_v8.24 |
| | 58:14   Q.   Okay.  And during the course of the | | |
| | 58:15        negotiation of this agreement, did Motorola push | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 58:16 back on any of the default search requirement or the | | |
| | 58:17 Google Search preload requirements in the agreement? | | |
| | 58:18 A. I do not specifically recall pushing | | |
| | 58:19 back on the requirements on Search. | | |
| | 58:20 Q. At the time that Motorola was | | |
| | 58:21 negotiating the 2017 revenue share agreement with | | |
| | 58:22 Google, did any other search engine approach | | |
| | 58:23 Motorola and seek to have its search engine | | |
| | 58:24 preloaded on a Motorola mobile device? | | |
| | 58:25 A. No. | | |
| | 59:01 Q. Has Motorola ever asked Google for a | | |
| | 59:02 waiver or an exemption from any of the search | | |
| | 59:03 preload or default search requirements in the 2017 | | |
| | 59:04 revenue share agreement? | | |
| | 59:05 A. I do not recall that we did, no. | | |
| 59:06 - 59:18 | **Christensen, Eric 2021-12-21** | 00:01:00 | 24Christensen_short_v8.25 |
| | 59:06 Q. You indicated before that over time, | | |
| | 59:07 Motorola enrolled more devices as you became more | | |
| | 59:08 familiar with how the agreement performed; is that | | |
| | 59:09 fair? | | |
| | 59:10 A. I would say so. | | |
| | 59:11 Q. And why did you enroll more devices | | |
| | 59:12 over time? | | |
| | 59:13 A. We wanted to measure a number of | | |
| | 59:14 factors on the devices as we opted in and wanted to | | |
| | 59:15 measure relative success. | | |
| | 59:16 Q. And did you believe that the 2017 | | |
| | 59:17 revenue share agreement was a success? | | |
| | 59:18 A. For our business, I would say so. | | |
| 60:03 - 60:05 | **Christensen, Eric 2021-12-21** | 00:00:14 | 24Christensen_short_v8.26 |
| | 60:03 Did you believe that the 2017 revenue | | |
| | 60:04 share agreement was a success for Motorola's | | |
| | 60:05 customers? | | |
| 60:08 - 60:11 | **Christensen, Eric 2021-12-21** | 00:00:09 | 24Christensen_short_v8.27 |
| | 60:08 A. Do you mean our end customers, the | | |
| | 60:09 end consumers using their device? | | |
| | 60:10 Q. Yes. | | |
| | 60:11 A. Generally, I would say so. | | |
| 67:24 - 68:04 | **Christensen, Eric 2021-12-21** | 00:00:22 | 24Christensen_sh |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 67:24  Q.  During the course of the negotiation | | ort_v8.28 |
|  | 67:25      of the 2020 mobile incentive agreement, did anyone | | |
|  | 68:01      from Motorola express an interest in preloading a | | |
|  | 68:02      search engine, other than Google Search, on a | | |
|  | 68:03      Motorola mobile device sold in the United States? | | |
|  | 68:04  A.  I don't believe so. | | |
| 68:11 - 69:08 | **Christensen, Eric 2021-12-21** | 00:01:31 | 24Christensen_short_v8.29 |
|  | 68:11  Q.  At or around the time that you | | |
|  | 68:12      negotiated the 2020 mobile incentive agreement, did | | |
|  | 68:13      any other competing search engine provider approach | | |
|  | 68:14      Motorola with a proposal to preload a search engine, | | |
|  | 68:15      other than Google, on a Motorola device? | | |
|  | 68:16  A.  Not that I recall. | | |
|  | 68:17  Q.  During the course of the negotiations | | |
|  | 68:18      of the 2020 mobile incentive agreement, did anyone | | |
|  | 68:19      from Motorola express an interest in preloading a | | |
|  | 68:20      browser, other than Google Chrome, on a mobile | | |
|  | 68:21      device sold in the United States? | | |
|  | 68:22  A.  Not that I recall. | | |
|  | 68:23  Q.  Did anyone at Motorola ask Google to | | |
|  | 68:24      change any of the provisions in the 2020 mobile | | |
|  | 68:25      incentive agreement to allow Motorola to preload a | | |
|  | 69:01      browser other than Google Chrome? | | |
|  | 69:02  A.  Not that I recall. | | |
|  | 69:03  Q.  At or around the time of the | | |
|  | 69:04      negotiations of the 2020 mobile incentive agreement, | | |
|  | 69:05      did any other browser company approach Motorola with | | |
|  | 69:06      a proposal to preload a browser, other than Google | | |
|  | 69:07      Chrome, on Motorola mobile devices? | | |
|  | 69:08  A.  Not that I recall. | | |
| 69:09 - 69:13 | **Christensen, Eric 2021-12-21** | 00:00:19 | 24Christensen_short_v8.30 |
|  | 69:09  Q.  Does Motorola believe that preloading | | |
|  | 69:10      Google Search pursuant to the 2020 mobile incentive | | |
|  | 69:11      agreement and setting Google Search as the default | | |
|  | 69:12      search engine is in the best interest of Motorola | | |
|  | 69:13      and its consumers? | | |
| 69:17 - 69:17 | **Christensen, Eric 2021-12-21** | 00:00:02 | 24Christensen_short_v8.31 |
|  | 69:17  A.  I would say so. | | |
| 70:16 - 70:19 | **Christensen, Eric 2021-12-21** | 00:00:09 | 24Christensen_sh |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 70:16    Does Motorola believe that preloading | | ort_v8.32 |
| | 70:17    Google Chrome and setting it as the default browser | | |
| | 70:18    is in the best interest of Motorola and its | | |
| | 70:19    consumers? | | |
| 70:21 - 70:21 | **Christensen, Eric 2021-12-21** | 00:00:02 | 24Christensen_sh |
| | 70:21   A.   I would say so. | | ort_v8.33 |
| 70:22 - 71:03 | **Christensen, Eric 2021-12-21** | 00:00:20 | 24Christensen_sh |
| | 70:22   Q.   Are the payments that Motorola has | | ort_v8.34 |
| | 70:23    received from Google under both the 2017 revenue | | |
| | 70:24    share agreement and the 2020 mobile incentive | | |
| | 70:25    agreement important to Motorola's mobile device | | |
| | 71:01    manufacturing business? | | |
| | 71:02   A.   I would say they're important to our | | |
| | 71:03    business. | | |
| 71:18 - 72:19 | **Christensen, Eric 2021-12-21** | 00:01:49 | 24Christensen_sh |
| | 71:18    Are you familiar with the term "pure | | ort_v8.35 |
| | 71:19    Android"? | | |
| | 71:20   A.   I am. | | |
| | 71:21   Q.   What does that mean? | | |
| | 71:22   A.   I don't think there is a standard | | |
| | 71:23    definition. To Motorola, pure Android is referred | | |
| | 71:24    to in a lot of our product announcements. We try to | | |
| | 71:25    maintain a strategy of as close to an Android | | |
| | 72:01    experience as we can, with the addition of some | | |
| | 72:02    Motorola software and experiences, but I think it's | | |
| | 72:03    not a common -- commonly understood definition. | | |
| | 72:04   Q.   Okay. Why has Motorola decided to | | |
| | 72:05    adopt a pure Android strategy? | | |
| | 72:06   A.   It goes back to a time in which | | |
| | 72:07    Google owned Motorola, but presently, we believe it | | |
| | 72:08    creates somewhat of a differentiated set of | | |
| | 72:09    experience for us. | | |
| | 72:10   Q.   If Motorola were to preload a search | | |
| | 72:11    engine, other than Google, on a Motorola device, do | | |
| | 72:12    you think that would detract from Motorola's pure | | |
| | 72:13    Android strategy? | | |
| | 72:14   A.   Yes. | | |
| | 72:15   Q.   And if Motorola were to preload a | | |
| | 72:16    browser, other than Google Chrome, on a Motorola | | |
| | 72:17    device, would that detract from its pure Android | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 72:18    strategy? | | |
| | 72:19  A.  Yes. | | |
| 89:16 - 89:17 | **Christensen, Eric 2021-12-21** | 00:00:05 | 24Christensen_short_v8.36 |
| | 89:16  Q.  How much money does Google pay | | |
| | 89:17       Motorola on average per year? | | |
| 89:19 - 89:21 | **Christensen, Eric 2021-12-21** | 00:00:12 | 24Christensen_short_v8.37 |
| | 89:19  A.  Can you be more specific to the year? | | |
| | 89:20  Q.  How much did Motorola receive last | | |
| | 89:21       year?  We are in December, so let's say 2021? | | |
| 89:24 - 90:01 | **Christensen, Eric 2021-12-21** | 00:00:13 | 24Christensen_short_v8.38 |
| | 89:24  A.  I don't have the exact number, but in | | |
| | 89:25       2021, I believe Lenovo and Motorola received from | | |
| | 90:01       Google slightly more than ██████████. | | |
| 101:04 - 101:08 | **Christensen, Eric 2021-12-21** | 00:00:13 | 24Christensen_short_v8.39 |
| | 101:04  Q.  Okay.  But you had to agree to be in | | |
| | 101:05       compliance with the MADA to get revenue share | | |
| | 101:06       agreement payment; correct? | | |
| | 101:07  A.  We agreed to this term, and yes, we | | |
| | 101:08       had to agree to the MADA. | | |
| 120:23 - 121:01 | **Christensen, Eric 2021-12-21** | 00:00:22 | 24Christensen_short_v8.40 |
| | 120:23       If Motorola decides that it doesn't | | |
| | 120:24       like the terms that Motorola or Google was offering | | |
| | 120:25       with respect to Google Mobile Services, what would | | |
| | 121:01       Motorola's alternatives be? | | |
| 121:14 - 121:18 | **Christensen, Eric 2021-12-21** | 00:00:27 | 24Christensen_short_v8.41 |
| | 121:14  A.  So if the terms of the MIA extension | | |
| | 121:15       amendment are not acceptable to Motorola or Lenovo, | | |
| | 121:16       we won't sign them. | | |
| | 121:17  Q.  And will you still get to use | | |
| | 121:18       Google's services? | | |
| 121:21 - 122:03 | **Christensen, Eric 2021-12-21** | 00:00:29 | 24Christensen_short_v8.42 |
| | 121:21  A.  If we chose not to sign an agreement, | | |
| | 121:22       an extension, and let the mobile incentive agreement | | |
| | 121:23       lapse, we would still have an intact MADA agreement | | |
| | 121:24       for us to load Google Mobile Services on our devices | | |
| | 121:25       as per the terms of the MADA agreement and we would | | |
| | 122:01       continue to do so. | | |
| | 122:02  Q.  But you wouldn't get paid for it? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 122:03    Motorola would not be paying for it? | | |
| 122:06 - 122:08 | **Christensen, Eric 2021-12-21** | 00:00:06 | 24Christensen_short_v8.43 |
| | 122:06  A.  Motorola would not have an incentive | | |
| | 122:07    agreement in which we would get paid, that is | | |
| | 122:08    correct. | | |
| 125:07 - 125:16 | **Christensen, Eric 2021-12-21** | 00:00:42 | 24Christensen_short_v8.71 |
| | 125:07  Q.  And have you ever discussed whether a | | |
| | 125:08    specific search service was substantially similar | | |
| | 125:09    with Google? | | |
| | 125:10  A.  No. | | |
| | 125:11  Q.  Why is that? | | |
| | 125:12  A.  We -- we haven't had conversations | | |
| | 125:13    with other search providors that progressed enough | | |
| | 125:14    to the point that I described in which we would need | | |
| | 125:15    to have that discussion with Google to determine if | | |
| | 125:16    it were, in fact, substantially similar. | | |
| 125:17 - 127:01 | **Christensen, Eric 2021-12-21** | 00:02:13 | 24Christensen_short_v8.44 |
| | 125:17  Q.  You said you haven't had discussions | | |
| | 125:18    with third parties that have progressed enough. | | |
| | 125:19    What do you mean by that? | | |
| | 125:20  A.  What I mean by that is, that we over | | |
| | 125:21    the last four or five, maybe six years have had a | | |
| | 125:22    couple of discussions with another search provider | | |
| | 125:23    that were very short and did not result in a | | |
| | 125:24    specific proposal by that search provider and as | | |
| | 125:25    such, it didn't progress. | | |
| | 126:01  Q.  What search provider was that? | | |
| | 126:02  A.  Microsoft's Bing product. | | |
| | 126:03  Q.  And when did those discussions take | | |
| | 126:04    place? | | |
| | 126:05  A.  I don't recall the exact year.  I'm | | |
| | 126:06    fairly certain that it was in the last five or six | | |
| | 126:07    years, and in both cases it occurred during -- at a | | |
| | 126:08    trade show.  I think it was CES, and maybe a second | | |
| | 126:09    one was Mobile World Congress, which takes place in | | |
| | 126:10    Barcelona, and it was a meeting in which Lenovo and | | |
| | 126:11    Microsoft had a standing meeting at those types of | | |
| | 126:12    functions, and this topic was an agenda item on | | |
| | 126:13    those meetings. | | |
| | 126:14  Q.  Do you know why discussions did not | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 126:15    progress beyond those trade show talk? | | |
| | 126:16  A.  I have a pretty strong understanding, | | |
| | 126:17    yes. | | |
| | 126:18  Q.  Okay.  So what is your understanding? | | |
| | 126:19  A.  Well, as I recall, the conversation, | | |
| | 126:20    both were very similar.  There was a proposal from | | |
| | 126:21    Microsoft to install Bing as a search provider on | | |
| | 126:22    mobile devices, and I said, Great.  We're happy to | | |
| | 126:23    listen.  Happy to consider what you have to offer to | | |
| | 126:24    make that a compelling case, and they took the | | |
| | 126:25    action -- Microsoft took the action to get back to | | |
| | 127:01    me and they never did. | | |
| 135:03 - 135:06 | **Christensen, Eric 2021-12-21** | 00:00:12 | 24Christensen_short_v8.45 |
| | 135:03  Q.  And Motorola was also required to | | |
| | 135:04    make Chrome the default browser on all the devices | | |
| | 135:05    billed in the U.S. to receive payment under the MIA; | | |
| | 135:06    correct? | | |
| 135:09 - 135:10 | **Christensen, Eric 2021-12-21** | 00:00:08 | 24Christensen_short_v8.46 |
| | 135:09  A.  I believe that is a -- a correct | | |
| | 135:10    statement. | | |
| 141:13 - 141:16 | **Christensen, Eric 2021-12-21** | 00:00:14 | 24Christensen_short_v8.47 |
| | 141:13  Q.  Does Motorola have any devices | | |
| | 141:14    distributed in the U.S. that have any other app | | |
| | 141:15    store besides the Google Play Store? | | |
| | 141:16  A.  I don't believe so. | | |
| 141:17 - 143:07 | **Christensen, Eric 2021-12-21** | 00:02:55 | 24Christensen_short_v8.73 |
| | 141:17  Q.  Has Motorola ever considered creating | | |
| | 141:18    its own app store? | | |
| | 141:19  A.  We have many years ago. | | |
| | 141:20  Q.  And what was that called or -- | | |
| | 141:21  A.  I don't think we ever named the app | | |
| | 141:22    store.  We had an app developer program that | | |
| | 141:23    essentially overlapped or, you know, was in the | | |
| | 141:24    early years of smartphone development, but I don't | | |
| | 141:25    recall the name. | | |
| | 142:01  Q.  What happened with its development? | | |
| | 142:02  A.  Well, in those years, the development | | |
| | 142:03    of the developer program was challenging to attract | | |
| | 142:04    enough developers to write applications for our | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 142:05 | devices, which at the time included most likely | | |
| | 142:06 | Linux Java devices and Symbian devices as well. So | | |
| | 142:07 | it was not an easy task for our company to call it a | | |
| | 142:08 | success, and I think at a certain point, the | | |
| | 142:09 | decision was made to stop that endeavor and not | | |
| | 142:10 | continue to pursue that developer program. | | |
| | 142:11 Q. | What year was that about? | | |
| | 142:12 A. | I don't remember the exact year. It | | |
| | 142:13 | was well before -- I remember it was well before | | |
| | 142:14 | Google acquired Motorola, and I don't know the exact | | |
| | 142:15 | year. | | |
| | 142:16 Q. | Okay. Prior to 2012. Was it prior | | |
| | 142:17 | to 2009? | | |
| | 142:18 A. | Definitely prior to 2012. I don't | | |
| | 142:19 | know if it was prior to 2009. | | |
| | 142:20 Q. | Since that time, has Motorola | | |
| | 142:21 | considered developing its own app store? | | |
| | 142:22 A. | Not that I'm aware of. | | |
| | 142:23 Q. | And do you know why or why not? | | |
| | 142:24 A. | Well, it's a complicated technical | | |
| | 142:25 | thing to accomplish. I'm aware of the Lenovo app | | |
| | 143:01 | store that operates in China, and I occasionally | | |
| | 143:02 | talk to those folks. It's a challenge to make -- | | |
| | 143:03 | make it work well, number one, and it's a challenge | | |
| | 143:04 | to make it successful in terms of the number of app | | |
| | 143:05 | developers that contribute their apps to that | | |
| | 143:06 | particular store, so we haven't -- we haven't | | |
| | 143:07 | pursued that in the U.S. or other markets. | | |
| 144:09 - 144:12 | **Christensen, Eric 2021-12-21** | | 00:00:11 | 24Christensen_sh |
| | 144:09 Q. | Would you agree that one of the | | ort_v8.48 |
| | 144:10 | reasons Motorola agrees to the MADA is for licenses | | |
| | 144:11 | to Google's core applications, flexible applications | | |
| | 144:12 | and APIs? | | |
| 144:15 - 144:15 | **Christensen, Eric 2021-12-21** | | 00:00:03 | 24Christensen_sh |
| | 144:15 A. | Generally, I would agree with that. | | ort_v8.49 |
| 145:06 - 145:08 | **Christensen, Eric 2021-12-21** | | 00:00:09 | 24Christensen_sh |
| | 145:06 Q. | You have to have a license to install | | ort_v8.50 |
| | 145:07 | Google Play Store on Motorola devices; correct? | | |
| | 145:08 A. | That's correct. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 149:02 - 149:04 | **Christensen, Eric 2021-12-21**<br>149:02  Q.  Google has not allowed Motorola to<br>149:03      install some of the core applications, but not all;<br>149:04      is that right? | 00:00:07 | 24Christensen_short_v8.51 |
| 149:08 - 149:10 | **Christensen, Eric 2021-12-21**<br>149:08  A.  I don't believe we have asked for<br>149:09      such an exception, nor do I believe Google would<br>149:10      grant it if we were. | 00:00:08 | 24Christensen_short_v8.52 |
| 151:02 - 151:05 | **Christensen, Eric 2021-12-21**<br>151:02      And I'm going to point you to MADA,<br>151:03      which is exhibit two, page three, 1.12, core<br>151:04      applications, just so that you have the core<br>151:05      applications in case you don't remember them. | 00:00:14 | 24Christensen_short_v8.53 |
| 151:11 - 151:13 | **Christensen, Eric 2021-12-21**<br>151:11  Q.  Okay.  And what of those applications<br>151:12      does Motorola consider must haves for phones that<br>151:13      they distribute in the United States? | 00:00:09 | 24Christensen_short_v8.54 |
| 151:17 - 151:22 | **Christensen, Eric 2021-12-21**<br>151:17  A.  So I would say they're almost<br>151:18      certainly the most popular apps of all, the Google<br>151:19      applications, so, you know, it would be not a great<br>151:20      consumer experience if we were to try to ship a<br>151:21      device without those.  So they're all equally<br>151:22      important. | 00:00:22 | 24Christensen_short_v8.55 |
| 157:11 - 157:13 | **Christensen, Eric 2021-12-21**<br>157:11  Q.  So would you agree currently that<br>157:12      Google Play Store is a must have for U.S. phones<br>157:13      distributed in the United States? | 00:00:07 | 24Christensen_short_v8.56 |
| 157:19 - 157:22 | **Christensen, Eric 2021-12-21**<br>157:19  A.  I think it's fair that consumers who<br>157:20      buy an Android phone today know exactly what they're<br>157:21      going to get and they would expect a competitive app<br>157:22      store to be on the device. | 00:00:12 | 24Christensen_short_v8.57 |
| 157:24 - 158:02 | **Christensen, Eric 2021-12-21**<br>157:24  Q.  And they're expecting Google Play<br>157:25      Store right now; correct?<br>158:01  A.  Typically, when they buy an Android<br>158:02      device, they would expect Google Play Store, yes. | 00:00:10 | 24Christensen_short_v8.58 |

**24Christensen_short_v8 - ChristensenEric**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 234:25 - 235:02 | **Christensen, Eric 2021-12-21** | 00:00:09 | 24Christensen_short_v8.59 |
| | 234:25    So if given the opportunity, would | | |
| | 235:01    Motorola be interested in the option of a standalone | | |
| | 235:02    license from Google for the Google Play Store -- | | |
| 235:04 - 235:04 | **Christensen, Eric 2021-12-21** | 00:00:02 | 24Christensen_short_v8.60 |
| | 235:04   Q.  -- separate from the MADA? | | |
| 235:07 - 235:08 | **Christensen, Eric 2021-12-21** | 00:00:06 | 24Christensen_short_v8.61 |
| | 235:07   A.  Sure.  I think we would be open to | | |
| | 235:08       consider any modifications. | | |
| 235:19 - 235:22 | **Christensen, Eric 2021-12-21** | 00:00:11 | 24Christensen_short_v8.62 |
| | 235:19   Q.  And why would you be interested in a | | |
| | 235:20       standalone license for Google for Google Play Store | | |
| | 235:21       or why would Motorola be interested in the option | | |
| | 235:22       for a standalone license for Google Play Store? | | |
| 235:25 - 236:05 | **Christensen, Eric 2021-12-21** | 00:00:23 | 24Christensen_short_v8.63 |
| | 235:25   A.  I think for our purposes, it would | | |
| | 236:01       provide a certain degree of flexibility if there | | |
| | 236:02       were a separate license agreement for Play Store.  I | | |
| | 236:03       mentioned a project I referred to I think as | | |
| | 236:04       ▇▇▇▇▇, that would be an example that would | | |
| | 236:05       benefit from having the Play Store on that device. | | |

| | |
|---|---|
| <span style="color:#3a5fa8">Google Affirmative</span> | <span style="color:#3a5fa8">00:35:19</span> |
| <span style="color:#7a1f1f">DOJ Counter</span> | <span style="color:#7a1f1f">00:07:24</span> |
| **TOTAL RUN TIME** | **00:42:43** |

**ERRATA SHEET**
Deposition of Eric V. Christensen
*US v. Google, LLC* and *Colorado v. Google, LLC*
In the United States District Court for the District of Columbia
Case No. 1:20-cv-03010-APM
December 21, 2021

| Page | Line | Change From | Change To | Reason |
|------|------|-------------|-----------|--------|
| 15 | 21 | managements | management | To correct stenographic error |
| 18 | 15 | Motorola though E | Motorola E | To clarify the record |
| 22 | 8 | Linus | Linux | To correct stenographic error |
| 23 | 22 | Linus | Linux | To correct stenographic error |
| 25 | 13-14 | Oppo; One Plus | Oppo/OnePlus | To clarify the record |
| 26 | 10 | XiaoMi | Xiaomi | To correct stenographic error |
| 26 | 15 | is extremely | is an extremely | To clarify the record |
| 29 | 21 | tapping | chopping | To clarify the record |
| 38 | 4 | compatibility commitment | Compatibility Commitment | To correct stenographic error |
| 39 | 23 | primary | primarily | To clarify the record |
| 42 | 14-15 | mobile application distribution agreement | Mobile Application Distribution Agreement | To correct stenographic error |
| 43 | 11 | amendment number one | Amendment Number One | To correct stenographic error |
| 43 | 17 | amendment number one | Amendment Number One | To correct stenographic error |
| 77 | 17 | mobile business group | Mobile Business Group | To correct stenographic error |
| 60 | 9 | end consumers using their rights? | end consumers, right? | To clarify the record |
| 82 | 17 | Christian Bigen. Sorry. Bigen | Christian Eigen. Sorry. Eigen | To clarify the record |
| 100 | 7 | mobile | Mobile | To correct stenographic error |
| 100 | 8 | application distribution agreement | Application Distribution Agreement | To correct stenographic error |
| 103 | 17 | concurrents | concurrency | To clarify the record |
| 114 | 7 | global | Mobile | To correct stenographic error |
| 114 | 8 | incentive agreement | Incentive Agreement | To correct stenographic error |
| 151 | 24 | literal | Motorola | To clarify the record |
| 153 | 15 | carry | carrier | To clarify the record |
| 165 | 15 | required | aquired | To clarify the record |
| 171 | 6 | NXN | NxN | To correct stenographic error |
| 171 | 10 | NXN | NxN | To correct stenographic error |
| 172 | 7 | NXN | NxN | To correct stenographic error |
| 173 | 6 | NXN | NxN | To correct stenographic error |
| 175 | 23 | end buy-in | NxN | To clarify the record |
| 186 | 14 | Iwei | IWei | To correct stenographic error |
| 186 | 16 | Iwei | IWei | To correct stenographic error |

1

| Page | Line | Change From | Change To | Reason |
|------|------|-------------|-----------|--------|
| 186 | 17 | Iwei | IWei | To correct stenographic error |
| 207 | 4 | X2 | X+2 | To correct stenographic error |
| 207 | 11 | X Plus II | X+2 | To correct stenographic error |
| 207 | 12 | X Plus II | X+2 | To correct stenographic error |
| 207 | 13 | X Plus II | X+2 | To correct stenographic error |
| 207 | 16 | plus two | +2 | To correct stenographic error |
| 207 | 18 | X Plus II | X+2 | To correct stenographic error |
| 207 | 23 | as a | as is a | To clarify the record |
| 218 | 18 | Katana dot Facebook dot Katana | Facebook.katana | To clarify the record |
| 220 | 21 | Mr. Schmidtlein | Ms. Gray | To correct stenographic error |
| 221 | 6 | Mr. Schmidtlein | Ms. Gray | To correct stenographic error |
| 223 | 9 | Sergio and Scherer and | Sergio | To clarify the record |
| 226 | 19 | key | Key | To correct stenographic error |
| 227 | 1 | key | Key | To correct stenographic error |
| 227 | 23 | key | Key | To correct stenographic error |
| 227 | 25 | key | Key | To correct stenographic error |
| 228 | 1 | key | Key | To correct stenographic error |
| 230 | 9 | to use | SKUs | To clarify the record |
| 231 | 15 | deals | details | To correct stenographic error |
| 239 | 17 | agreement | Agreement | To correct stenographic error |
| 239 | 17 | rough share | Rev Share | To clarify the record |
| 243 | 19 | 550 | 55/50 | To clarify the record |
| 244 | 19 | 60 million, 550 maybe | 60 million, 55 maybe | To clarify the record |
| 251 | 4 | relate | related | To clarify the record |
| 264 | 5 | but I certainly sold them in the past | but I'm certain we sold them in the past | To clarify the record |
| 269 | 7 | conditions | question | To clarify the record |

The following are common transcription errors found throughout the deposition transcript and, for ease of reference, have been compiled as follows:

| Page and Line | Change From | Change To | Reason |
|---------------|-------------|-----------|--------|
| 38:14<br>159:23-24<br>160:13-14, 19, 24-25 | anti-fragmentation agreement | Anti-fragmentation Agreement | To correct stenographic error |
| 61:5-6, 14-15, 17-18, 22<br>63: 5-6<br>64: 13<br>64:25 – 65:1<br>65:3-4, 13<br>66:20<br>67:25 | mobile incentive agreement | Mobile Incentive Agreement | To correct stenographic error |

DM_US 185735149-2.097493.0053

| Page and Line | Change From | Change To | Reason |
|---|---|---|---|
| 68: 7, 12, 13, 24-25<br>69:4, 10-11, 20-21<br>70:24-25<br>83: 12-13, 13-14<br>84:14<br>85:1-2, 4, 13-14, 14, 25<br>88:21-22<br>89:6-7<br>116:21-22<br>117:15-16<br>121:7, 22<br>226:13<br>230:11-12<br>240:5-6, 10, 14, 19-20, 22<br>241:1-2, 5, 18-19, 23<br>242:1-2, 19<br>243:6-7<br>244:25 – 245:1<br>245:3<br>246:15<br>248:9<br>251:20-21<br>253:5-6, 8, 10, 15<br>253:25 – 254:1<br>254:8, 13<br>271:1-3<br>273:13-14, 19<br>276:21-22<br>278:22 | | | |
| 62:6<br>88:25<br>89:2, 4<br>113:12<br>248:6-7<br>256:5-6 | forward agreement | Forward Agreement | To correct stenographic error |

3

DM_US 185735149-2.097493.0053