# Exhibit 1

| | |
|---|---|
| **From:** | Herrmann, Karl (ATR) |
| **To:** | Schmidtlein, John; Smurzynski, Kenneth; Greenblum, Benjamin; Connor, Colette; Maier, Gloria; Safty, Graham; Ryan, Thomas; screighton@wsgr.com; frubinstein@wsgr.com; wwaszmer@wsgr.com; Mark.Popofsky@ropesgray.com; Matthew.McGinnis@ropesgray.com; Yeager, Christopher |
| **Cc:** | Goldstein, Jeremy (ATR); Dintzer, Kenneth (ATR); Severt, Adam T (ATR); Hammond, Matthew (ATR); Bellshaw, Meagan (ATR); Jensen, Elizabeth (ATR); Gray, Sara (ATR); Aguilar, Diana (ATR); Jon Sallet; William Cavanaugh; Steve Kaufmann; Katherine Wright; McLellan, Michael (ATR); McKinley, Matt; Conrad, Joseph |
| **Subject:** | US v. Google - Wilcox |
| **Date:** | Wednesday, August 16, 2023 11:23:21 AM |

Counsel,

Consistent with the summary judgment order, Plaintiffs will not argue at trial that Google's AFA and ACCs represent independent bases for liability. Professor Wilcox's opinions relate solely to the AFA and ACC. Please confirm by August 18 that Google intends to withdraw his opinions and not call him at trial, considering the court's order.

Additionally, Plaintiffs provide notice of their intent to withdraw opinion 5 from the expert report of Michael Davies. To the extent Professor Wilcox would testify to rebut that opinion, Mr. Davies will not be making it at trial.

Best,


Karl Herrmann
Trial Attorney
U.S. Department of Justice, Antitrust Division
Technology and Digital Platforms Section
450 Fifth Street, NW
Washington, DC 20001
(202) 476-0316 (mobile)