# Exhibit A

DESIGNATED HIGHLY CONFIDENTIAL BY GOOGLE AND APPLE

EXECUTION COPY

# Joint Cooperation Agreement (JCA)

This JCA between Apple and Google includes three parts: (i) a commercial agreement relating to search, that amends the Information Services Agreement (ISA) between the parties dated December 20, 2002, as amended, (ii) a litigation dismissal and executive escalation mechanism, and (iii) a collaboration framework regarding patent policy and reform.

**Term & Termination**

[REDACTED]

## (1) COMMERCIAL DEAL

Apple and Google wish to extend the ISA beyond the present termination date of July 31, 2015 to be co-terminus with this JCA.

**Search Rev Share**

1. Rev share will become [REDACTED] effective July 31, 2015.
2. Subject to the options in point #3 below, Google shall remain the default search engine in all Geo's.
3. Apple will have the option to select a different default search engine in China and S. Korea on or after [REDACTED] and in Russia on or after [REDACTED].
4. [REDACTED]

**Default Bookmark**

[REDACTED]

HIGHLY CONFIDENTIAL

Ex. No. JX0024
1:20-cv-03010-APM

1

GOOG-DOJ-02696822

## (2) LITIGATION NOTICE AND ESCALATION

**EXECUTION COPY**



### (4) MISCELLANEOUS



3

HIGHLY CONFIDENTIAL

GOOG-DOJ-02696824

EXECUTION COPY

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

Agreed:

| GOOGLE INC. | APPL████ |
|---|---|
| By: ████████ | By: ████████ |
| Printed Name: LARRY PAGE | Printed Name: TIM COOK |
| Title: CEO | Title: CEO |
| Date: May 15, 2014 | Date: MAY 15, 2014 |

4

HIGHLY CONFIDENTIAL