# Exhibit C

DESIGNATED HIGHLY CONFIDENTIAL BY GOOGLE AND APPLE

EXECUTION COPY

## Joint Cooperation Agreement (JCA)

This JCA between Apple and Google includes three parts: (i) a commercial agreement relating to search, that amends the Information Services Agreement (ISA) between the parties dated December 20, 2002, as amended, (ii) a litigation dismissal and executive escalation mechanism, and (iii) a collaboration framework regarding patent policy and reform.

**Term & Termination**

[REDACTED]

**(1) COMMERCIAL DEAL**

Apple and Google wish to extend the ISA beyond the present termination date of July 31, 2015 to be co-terminus with this JCA.

**Search Rev Share**

1. Rev share will become  [REDACTED] effective July 31, 2015.
2. Subject to the options in point #3 below, Google shall remain the default search engine in all Geo's.
3. Apple will have the option to select a different default search engine in China and S. Korea on or after [REDACTED] and in Russia on or after [REDACTED].
4. [REDACTED]

**Default Bookmark**



Ex. No. JX0024
1:20-cv-03010-APM

1

HIGHLY CONFIDENTIAL                                                                 GOOG-DOJ-02696822

**EXECUTION COPY**

## (2) LITIGATION NOTICE AND ESCALATION



### (4) MISCELLANEOUS



3

HIGHLY CONFIDENTIAL

GOOG-DOJ-02696824

EXECUTION COPY

[redacted]

Agreed:

GOOGLE INC.

By: [redacted]

Printed Name: LARRY PAGE

Title: CEO

Date: May 15, 2014

APPL[redacted]

By: [redacted]

Printed Name: TIM COOK

Title: CEO

Date: MAY 15, 2014

4

HIGHLY CONFIDENTIAL