## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, the foregoing United States Plaintiffs' Submission Regarding The Public Posting Of JX0024 And JX0033 was filed electronically under seal using the CM/ECF system and sent electronically to counsel for Apple, Inc. and the counsel of record identified in the Amended Case Management Order entered in this case on February 3, 2021 (ECF Nos. 108-1 and 141).

*/s/ Karl E. Herrmann*
Karl E. Herrmann

*Counsel for Plaintiff United States of America*