# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**DEFENDANT GOOGLE LLC'S EXHIBITS OFFERED**

Without opposition, Google offers the trial exhibits listed below for admission into evidence.

| | | | | | |
|---|---|---|---|---|---|
| DX0092 | DX0291A | DX0317 | DX0337 | DX0476 | DX1037 |
| DX0105 | DX0292 | DX0318 | DX0340 | DX0569 | DX1038 |
| DX0120A | DX0293 | DX0319 | DX0341 | DX0600 | DX1039 |
| DX0183 | DX0293A | DX0321 | DX0342 | DX0610 | DX1040 |
| DX0269 | DX0298 | DX0323 | DX0343 | DX0700 | DX1041 |
| DX0283 | DX0300 | DX0325 | DX0344 | DX0835 | DX1289 |
| DX0286 | DX0302 | DX0329 | DX0345 | DX0976 | DX3169 |
| DX0288 | DX0303 | DX0331 | DX0348 | DX0977 | DX3186 |
| DX0290 | DX0304 | DX0333 | DX0351 | DX0978 | DXD-16.005 |
| DX0290A | DX0312 | DX0334 | DX0382 | DX1034 | DXD-16.006 |
| DX0291 | DX0316 | DX0335 | DX0436 | DX1035 | DXD-16.007 |