IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER SEALING ECF NO. 760**

It is hereby ORDERED:

The public version of United States Plaintiffs' Submission Regarding The Public Posting Of JX0024 And JX0033 (ECF No. 760) shall remain **SEALED** due to inadvertently omitted redactions.

SO ORDERED.

Dated this ___ Day of November, 2023.

_____