# Exhibit A

DESIGNATED HIGHLY CONFIDENTIAL BY GOOGLE AND APPLE

EXECUTION COPY

# Joint Cooperation Agreement (JCA)

This JCA between Apple and Google includes three parts: (i) a commercial agreement relating to search, that amends the Information Services Agreement (ISA) between the parties dated December 20, 2002, as amended, (ii) a litigation dismissal and executive escalation mechanism, and (iii) a collaboration framework regarding patent policy and reform.

**Term & Termination**

[REDACTED]

**(1) COMMERCIAL DEAL**

Apple and Google wish to extend the ISA beyond the present termination date of July 31, 2015 to be co-terminus with this JCA.

**Search Rev Share**

1. Rev share will become  effective July 31, 2015.
2. Subject to the options in point #3 below, Google shall remain the default search engine in all Geo's.
3. Apple will have the option to select a different default search engine in China and S. Korea on or after [REDACTED] and in Russia on or after [REDACTED]
4. [REDACTED]

**Default Bookmark**



HIGHLY CONFIDENTIAL

Ex. No. JX0024
1:20-cv-03010-APM

1

GOOG-DOJ-02696822

**EXECUTION COPY**

## (2) LITIGATION NOTICE AND ESCALATION



## (4) MISCELLANEOUS



HIGHLY CONFIDENTIAL         GOOG-DOJ-02696824

EXECUTION COPY

█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████

Agreed:

| GOOGLE INC. | APPL█████ |
|---|---|
| By: ███████████ | By: ███████████ |
| Printed Name: LARRY PAGE | Printed Name: TIM COOK |
| Title: CEO | Title: CEO |
| Date: May 15, 2014 | Date: MAY 15, 2014 |

4

HIGHLY CONFIDENTIAL                                                                                                  GOOG-DOJ-02696825