# Exhibit B

DESIGNATED HIGHLY CONFIDENTIAL BY GOOGLE AND APPLE

## AMENDMENT TO THE INFORMATION SERVICES AGREEMENT

This AMENDMENT TO THE INFORMATION SERVICES AGREEMENT (this "**Agreement**") is entered into effective as of September 30, 2016 ("**Execution Date**") by and among Apple Inc., Apple Distribution International ("**ADI**"), and Apple South Asia Pte. Ltd. ("**ASA**" and collectively with Apple Inc., ADI and their respective subsidiaries, "**Apple**"), on the one hand, and Google Inc., Google Ireland Limited ("**GIL**"), and Google Asia Pacific Pte. Ltd. ("**GAP**" and collectively with Google Inc., GIL and their respective subsidiaries, "**Google**"), on the other hand, amending that certain Information Services Agreement dated December 20, 2002 between Apple, Inc. and Google Inc. (as amended or otherwise modified prior to the Execution Date and as amended by this Agreement, the "**ISA Agreement**"). The provisions of this Agreement are effective as of the Execution Date, and the remaining provisions of the ISA Agreement remain unchanged and in full force and effect.

1.  **Use and Implementation of Google Services in Apple Software**

*(a)    Safari (Web Browser Software)*

Apple will pre-set and use the Services as the Default search service for Search Queries in Apple's web browser software (e.g., Safari or successor versions) designed for use on (i) one or more of the following Apple operating systems: iOS, watchOS, tvOS, macOS or any other operating system software made generally available by Apple during the Term, or (ii) the Microsoft Windows operating system (such web browser software, the "**Web Browser Software**"). During the Term, Apple's use of the Services as Default in the Web Browser Software will remain substantially similar to its use (including, without limitation, vis-a-vis other providers of internet services) as of the Execution Date of this Agreement (such use, the "**Permissible Software Default Use**").

"**Default**" means the Services will automatically be used for responding to Search Queries initiated from the Web Browser Software, unless the End User selects a different third-party search service.

1

Ex. No.

JX0033

1:20-cv-03010-APM

HIGHLY CONFIDENTIAL

GOOG-DOJ-02696793

"**Services**" means Google's search services made generally available at www.google.com and the applicable international equivalents thereof (or successor versions) that handle Search Queries initiated from the Web Browser Software in accordance with the ISA Agreement.

"**End User**" means a user of the Web Browser Software, Spotlight, or Siri.

*(b) Spotlight*



*(c)  Siri*



2

*Confidential – Subject to Party NDA*

HIGHLY CONFIDENTIAL

GOOG-DOJ-02696794



*(d)  Provision of Query Set*



*(e)  Reporting*



3

*Confidential – Subject to Party NDA*



**2. Advertising and Monetization**



**3.** 

4

*Confidential – Subject to Party NDA*

HIGHLY CONFIDENTIAL

GOOG-DOJ-02696796



## 4. Ad Revenue Share

Effective September 1, 2016 Google will pay Apple ▮ % of its Net Ad Revenue for the remainder of the Term.

5

*Confidential – Subject to Party NDA*

HIGHLY CONFIDENTIAL

GOOG-DOJ-02696797



6

*Confidential – Subject to Party NDA*

HIGHLY CONFIDENTIAL

**5.     CEO Check-Ins**

*Agreement Purpose*

Both parties agree they are entering into this Agreement for the following purposes (collectively, the "**Agreement Purpose**"): (1) to create tangible and intangible value for each party, (2) to increase the revenue performance of each party, and (3) to improve the search experience and performance of the Services, the Spotlight Services and the Siri Services for End Users on Apple products.

*Annual CEO Check-In*

At the end of each contract year, or earlier if reasonably requested by a party, Chief Executive Officers from each party will meet to review and discuss in good faith the performance of the ISA Agreement vis-a-vis the Agreement Purpose, and, upon request, to confirm each party's compliance with the terms of the ISA Agreement ("**Annual CEO Check-In**").  The parties mutually agree to address and resolve in good faith any issues identified during the Annual CEO Check-In that are interfering or have interfered with the Agreement Purpose.  If a particular issue is under the reasonable control of Apple, then Apple will have primary responsibility for addressing and resolving such issue in good faith, with input from Google.  If a particular issue is under the reasonable control of Google, then Google will have primary responsibility for addressing and resolving in good faith such issue, with input from Apple.  The parties will have joint responsibility for addressing and resolving in good faith any other issues identified during the Annual CEO Check-Ins that are not under the reasonable control of one party.

**6.     Limitation of Liability**

7

*Confidential – Subject to Party NDA*



## 7. Term & Termination



## 8. Branding, Presentation and Usage



8

*Confidential – Subject to Party NDA*

## 9. Regulatory and Government Actions

Apple and Google will cooperate to support and defend the ISA Agreement, work in good faith to modify it if necessary to resolve regulatory concerns, and not intentionally delay or prevent implementation of the ISA Agreement.



## 10. Audit



9

*Confidential – Subject to Party NDA*



**11. Assignment**



**12. Parties and Affiliates**



10

*Confidential – Subject to Party NDA*



**13. Amendment**

**14. Tax**

*************

*[Remainder of page intentionally blank; Signature page follows]*

11

*Confidential – Subject to Party NDA*

This Agreement may be executed in counterparts, including facsimile counterparts.

**Google Inc.**                          **Apple Inc.**

By                                       By: _____

Print Name: DANIEL ALEGRE                Print Name: _____

Title: President                         Title: _____

Date: Sept 30, 2016                      Date: _____

1600 Amphitheatre Parkway                1 Infinite Loop, MS 301-4GC
Mountain View, CA 94043                  Cupertino, CA 95014
Tel: (650) 330-0100                      Tel: (408) 996-1010
Fax: (650) 618-1711                      Fax: (408) 966-0275


**Apple Distribution International**     **Apple South Asia Pte. Ltd.**

By: _____               By: _____

Print Name: _____       Print Name: _____

Title: _____            Title: _____

Date: _____             Date: _____

Hollyhill Industrial Estate              No. 7 Ang Mo Kio Street 64
Hollyhill, Cork, Ireland                 Singapore 569086
Tel: (353) 21 4284000                    Tel: (65) 6481 5511


**Google Ireland Limited**               **Google Asia Pacific Pte. Ltd.**

By: _____               By: _____

Print Name: _____       Print Name: _____

Title: _____            Title: _____

Date: _____             Date: _____

Gordon House, Barrow Street              8 Marina View, Asia Square 1 #30-01
Dublin 4, Ireland                        Singapore 018960

12

*Confidential – Subject to Party NDA*

HIGHLY CONFIDENTIAL

GOOG-DOJ-02696804

This Agreement may be executed in counterparts, including facsimile counterparts.

**Google Inc.**

By: _____

Print Name: _____

Title: _____

Date: _____

1900 Amphitheatre Parkway
Mountain View, CA 94043
Tel: (650) 330-0100
Fax: (650) 618-1711

**Apple Inc.**

By:

Print Name: Eddy Cue

Title: SVP Internet Software & Svcs

Date: 9/29/16

1 Infinite Loop, MS 301-4GC
Cupertino, CA 95014
Tel: (408) 996-1010
Fax: (408) 966-0275

**Apple Distribution International**

By: _____

Print Name: _____

Title: _____

Date: _____

Hollyhill Industrial Estate
Hollyhill, Cork, Ireland
Tel: (353) 21 4284000

**Apple South Asia Pte. Ltd.**

By: _____

Print Name: _____

Title: _____

Date: _____

No. 7 Ang Mo Kio Street 64
Singapore 569086
Tel: (65) 6481 5511

**Google Ireland Limited**

By: _____

Print Name: _____

Title: _____

Date: _____

Gordon House, Barrow Street
Dublin 4, Ireland

**Google Asia Pacific Pte. Ltd.**

By: _____

Print Name: _____

Title: _____

Date: _____

8 Marina View, Asia Square 1 #30-01
Singapore 018960

12

*Confidential – Subject to Party NDA*

HIGHLY CONFIDENTIAL

This Agreement may be executed in counterparts, including facsimile counterparts.

**Google Inc.**                                           **Apple, Inc.**

By: _____          By: _____

Print Name: _____          Print Name: _____

Title: _____          Title: _____

Date: _____          Date: _____

1900 Amphitheatre Parkway                      1 Infinite Loop, MS 301-4GC
Mountain View, CA 94043                        Cupertino, CA 95014
Tel: (650) 330-0100                            Tel: (408) 996-1010
Fax: (650) 618-1711                            Fax: (408) 966-0275


**Apple Distribution International**           **Apple South Asia Pte. Ltd.**

By ▓                                           By: _____

Print Name: MICHELO SULLIVAN                   Print Name: _____

Title: DIRECTOR                                Title: _____

Date: 29th SEPT 2016                           Date: _____

Hollyhill Industrial Estate                    No. 7 Ang Mo Kio Street 64
Hollyhill, Cork, Ireland                       Singapore 569086
Tel: (353) 21 4284000                          Tel: (65) 6481 5511


**Google Ireland Limited**                     **Google Asia Pacific Pte. Ltd.**

By: _____          By: _____

Print Name: _____          Print Name: _____

Title: _____          Title: _____

Date: _____          Date: _____

Gordon House, Barrow Street                    8 Marina View, Asia Square 1 #30-01
Dublin 4, Ireland                              Singapore 018960

12

Confidential – Subject to Party NDA

GOOG-DOJ-02696806

This Agreement may be executed in counterparts, including facsimile counterparts.

**Google Inc.**                          **Apple, Inc.**

By: _____             By: _____

Print Name: _____             Print Name: _____

Title: _____            Title: _____

Date: _____             Date: _____

1900 Amphitheatre Parkway                1 Infinite Loop, MS 301-4GC
Mountain View, CA 94043                  Cupertino, CA 95014
Tel: (650) 330-0100                      Tel: (408) 996-1010
Fax: (650) 618-1711                      Fax: (408) 966-0275

**Apple Distribution International**      **Apple South Asia Pt**

By: _____             By: _____

Print Name: _____             Print Name: Port. HWEE   HWEE

Title: _____            Title: Director

Date: _____             Date: 9/29/16

Hollyhill Industrial Estate              No. 7 Ang Mo Kio Street 64
Hollyhill, Cork, Ireland                 Singapore 569086
Tel: (353) 21 4284000                    Tel: (65) 6481 5511

**Google Ireland Limited**               **Google Asia Pacific Pte. Ltd.**

By: _____             By: _____

Print Name: _____             Print Name: _____

Title: _____            Title: _____

Date: _____             Date: _____

Gordon House, Barrow Street              8 Marina View, Asia Square 1 #30-01
Dublin 4, Ireland                        Singapore 018960

12

HIGHLY CONFIDENTIAL                          GOOG-DOJ-02696807

This Agreement may be executed in counterparts, including facsimile counterparts.

**Google Inc.**                                    **Apple Inc.**

By: _____          By: _____

Print Name: _____          Print Name: _____

Title: _____          Title: _____

Date: _____          Date: _____

1600 Amphitheatre Parkway              1 Infinite Loop, MS 301-4GC
Mountain View, CA 94043                Cupertino, CA 95014
Tel: (650) 330-0100                    Tel: (408) 996-1010
Fax: (650) 618-1711                    Fax: (408) 966-0275


**Apple Distribution International**          **Apple South Asia Pte. Ltd.**

By: _____          By: _____

Print Name: _____          Print Name: _____

Title: _____          Title: _____

Date: _____          Date: _____

Hollyhill Industrial Estate            No. 7 Ang Mo Kio Street 64
Hollyhill, Cork, Ireland               Singapore 569086
Tel: (353) 21 4284000                  Tel: (65) 6481 5511


**Googl[ ]**                                       **Google Asia Pacific Pte. Ltd.**

By: _____          By: _____

Print Name: ROWAN HARRIS              Print Name: _____

Title: DIRECTOR                        Title: _____

Date: 30/09/2016                       Date: _____

Gordon House, Barrow Street            8 Marina View, Asia Square 1 #30-01
Dublin 4, Ireland                      Singapore 018960



12

*Confidential – Subject to Party NDA*

HIGHLY CONFIDENTIAL                                    GOOG-DOJ-02696808

This Agreement may be executed in counterparts, including facsimile counterparts.

**Google Inc.**                                    **Apple Inc.**

By: _____        By: _____

Print Name: _____        Print Name: _____

Title: _____        Title: _____

Date: _____        Date: _____

1600 Amphitheatre Parkway                    1 Infinite Loop, MS 301-4GC
Mountain View, CA  94043                     Cupertino, CA  95014
Tel:  (650) 330-0100                         Tel:  (408) 996-1010
Fax: (650) 618-1711                          Fax: (408) 966-0275


**Apple Distribution International**              **Apple South Asia Pte. Ltd.**

By: _____        By: _____

Print Name: _____        Print Name: _____

Title: _____        Title: _____

Date: _____        Date: _____

Hollyhill Industrial Estate                  No. 7 Ang Mo Kio Street 64
Hollyhill, Cork, Ireland                     Singapore 569086
Tel:  (353) 21 4284000                       Tel:  (65) 6481 5511


**Google Ireland Limited**                        **Google Asi**

By: _____        By: _____

Print Name: _____        Print Name: ___MARCO BORLA___

Title: _____        Title: ___DIRECTOR___

Date: _____        Date: ___SEP. 30, 2016___

Gordon House, Barrow Street                  8 Marina View, Asia Square 1 #30-01
Dublin 4, Ireland                            Singapore 018960

_EFD_

12

*Confidential – Subject to Party NDA*

HIGHLY CONFIDENTIAL                                    GOOG-DOJ-02696809

## EXHIBIT A



13

*Confidential – Subject to Party NDA*

HIGHLY CONFIDENTIAL



14

*Confidential – Subject to Party NDA*

HIGHLY CONFIDENTIAL

GOOG-DOJ-02696811



15

*Confidential – Subject to Party NDA*

HIGHLY CONFIDENTIAL

GOOG-DOJ-02696812