# Exhibit C

DESIGNATED HIGHLY CONFIDENTIAL BY GOOGLE AND APPLE

EXECUTION COPY

# Joint Cooperation Agreement (JCA)

*This JCA between Apple and Google includes three parts: (i) a commercial agreement relating to search, that amends the Information Services Agreement (ISA) between the parties dated December 20, 2002, as amended, (ii) a litigation dismissal and executive escalation mechanism, and (iii) a collaboration framework regarding patent policy and reform.*

### Term & Termination



### (1) COMMERCIAL DEAL

Apple and Google wish to extend the ISA beyond the present termination date of July 31, 2015 to be co-terminus with this JCA.

### Search Rev Share

1. Rev share will become ▮▮▮▮▮ effective July 31, 2015.
2. Subject to the options in point #3 below, Google shall remain the default search engine in all Geo's.
3. Apple will have the option to select a different default search engine in China and S. Korea on or after ▮▮▮▮▮ and in Russia on or after ▮▮▮▮▮
4. ▮▮▮▮▮▮▮▮▮▮

### Default Bookmark



Ex. No.

JX0024

1:20-cv-03010-APM

1

GOOG-DOJ-02696822

**EXECUTION COPY**



**(2) LITIGATION NOTICE AND ESCALATION**

**2**

HIGHLY CONFIDENTIAL

**EXECUTION COPY**



**(4) MISCELLANEOUS**

**3**

GOOG-DOJ-02696824

**EXECUTION COPY**

Agreed:

| GOOGLE INC | APPL |
|---|---|
| By: | By: |
| Printed Name: LARRY PAGE | Printed Name: TIM COOK |
| Title: CEO | Title: CEO |
| Date: May 15, 2014 | Date: MAY 15, 2014 |

4

HIGHLY CONFIDENTIAL