# Exhibit E

# FILED UNDER SEAL

Welcome! You are now logged in.

APPLE · GOOGLE

# How Google Kept Apple's Search Ambitions in Check



**By**
**Jon Victor**



**Share free article**

Oct. 25, 2023 10:00 AM PDT

I n 2014, Google executives were deeply concerned about a new **Apple** feature that gave users of its Safari web browser suggestions for websites to visit rather than routing them to **Google**, which was paying Apple to be the default search engine on that company's devices.

Google forecast a significant revenue hit from the feature, according to a slide deck that the U.S. Department of Justice made public this month as part of its **antitrust lawsuit** against the company; the government redacted how much revenue Google projected it would lose. By 2016, however, Google and Apple had changed their agreement to ensure that the iPhone maker kept its search product "substantially similar" to how it was in September 2016, according to court testimony and newly published internal emails.

**THE TAKEAWAY**

- Apple and Google altered their partnership in 2016 to limit Apple's moves in search
- Google had forecast a revenue hit from a Safari feature that diverted queries from its search engine
- Documents and testimony in the Google antitrust trial provide a window into the companies' dealings

The internal correspondence shows how Google sought to use its deal with Apple to prevent it from expanding its footprint in search and to protect Google's share of queries from Apple device users, which translated to billions of dollars in ad sales annually for Google. "We are trying to build a structure that prevents them from diverting queries and destroying value," the Google executive in charge of overseeing the deal, Daniel Alegre, wrote in a June 2016 email, according to court transcripts.

The documents help explain why Apple has made only incremental changes to web search features on Safari and iOS, which it calls "Siri suggestions," even as it has invested in acquiring technology and talent in the area. In the last decade, Apple acquired Topsy and Laserlike, two startups developing search technology. In 2018, it hired John Giannandrea, a former Google executive overseeing search, to lead its machine-learning and artificial intelligence efforts.

Welcome! You are now logged in.

Google as the default on its devices because it offers a better user experience than alternatives, not because the payments limit Apple's incentive to partner with another company or develop a competing product.

The Justice Department called its last witness to the stand last week as the trial enters a new phase. Over the past six weeks, government lawyers have questioned high-profile witnesses including **Microsoft**    CEO Satya Nadella, Apple services chief Eddy Cue and Google ad executive Jerry Dischler. Much of the testimony has centered on the key question of whether Google's dominance in search and its agreements with other businesses have impeded competition, as the Justice Department alleges.

If the Justice Department prevails, it could force Google to alter or scrap its default search engine agreements with Apple, Samsung and other companies, potentially jeopardizing a significant amount of search traffic by making it easier for users to select alternatives. The trial is expected to conclude in mid-November.

Apple first agreed to make Google the default search engine in its browser in 2002. For a time, Safari only bypassed Google search results to send users to Wikipedia, according to court records. Beginning around 2015, though, Apple increasingly directed Safari users to websites, apps or Apple Maps pages, stoking tension between the tech giants.

When the pair revised their deal in 2016, the new arrangement permitted Apple to offer a "Siri suggestion," as its search feature in Safari is known, "exclusively for quality and not because they want to drive traffic to Siri," Joan Braddi, a Google executive overseeing search partnerships, wrote in an August 2018 email presented at trial. Testifying in the case earlier this month, Braddi said Apple has expanded its use of suggestions since then in spite of the agreement.

"Apple may have always been nervous about being so dependent on Google search and may have wanted to keep seeing if they could build something that's either better, or [that] would keep everything inside Apple eventually," said David Olson, a professor of antitrust law at Boston College Law School.

Apple continues to offer suggested non-Google websites to Safari users as they type queries in the browser. Still, court records show that Apple ultimately agreed not to expand its search feature significantly in order to preserve its lucrative revenue-sharing deal with Google.

Giannandrea testified in September that Apple offers its search feature in part to protect its customers' privacy and provide a better user experience. In recent years, Apple has expanded its web index so it can offer better results, Giannandrea said.

"Our general approach is we think users of our devices are seeking answers, and so if we can provide the answer, we will do that rather than sending them off to a general search engine," Giannandrea said. Apple has never agreed not to develop its own search engine, he said.

Welcome! You are now logged in.

"one person's perspective." Apple didn't respond to a request for comment.

Siri's suggestions could reemerge in the coming years as a point of contention as **Apple invests** to boost the voice assistant's capabilities in light of advances in large language models, which can enable users to automate software tasks using normal language. Some of those tasks could involve web searches and therefore would be limited by Apple's agreement with Google.

## Secret Contract

The trial has provided an unprecedented look inside one of tech's most important business relationships, in which Google pays Apple an estimated $4 billion to $7 billion annually to be the default search engine on Apple devices, according to the Justice Department. The contract is at the center of the U.S. government's case against Google, which alleges that it is an illegal agreement that abuses the company's monopoly power in web search. Google vehemently denies the charges.

U.S. District Judge Amit P. Mehta, who is hearing the case without a jury, has ruled that much of the evidence and testimony presented at trial should be limited from public view, despite motions from news organizations including The New York Times and Bloomberg to expand access to court proceedings. Many of the Justice Department's witnesses have testified in closed sessions due to concerns from Google and other companies that the trial could reveal proprietary information. The Justice Department has posted select trial exhibits online, but they are just a fraction of the exhibits discussed during the six weeks of court proceedings.

The documents that have been released reveal the secrecy with which Google treated the details of its deal with Apple, including referring to Apple by code names such as "Andes" and "NYC" in internal correspondence. Some internal emails marked "attorney-client privilege," which included Google lawyers as recipients, nonetheless surfaced in litigation because the senders were not soliciting legal advice.

## Closing Loopholes

The 2016 change to the Apple deal wasn't the only time Google rewrote its agreements with other companies to prevent competing features from undermining its default status on other platforms.

In September, the Justice Department presented evidence suggesting that Google had also used its search default deal with Samsung to prevent competition from Branch, a startup that developed a search engine that could index pages from apps rather than the web. Samsung had partnered with Branch to improve the search function on its devices.

Google executives overseeing its partnership with Samsung grew concerned in 2020 that Branch's product had expanded from surfacing contacts, settings and photos to finding pages in apps like Yelp or Amazon, trial evidence shows. Google considered the feature a violation of its agreement with Samsung, with which it had a similar revenue-

Welcome! You are now logged in.

results.

The same year, Google began to discuss expanding its deal with Samsung to prevent the phone maker from pre-installing any other search product connected to the internet, as opposed to one that searched the web, according to testimony from Branch's former CEO, Alex Austin. That move forced Branch to scale back the scope of its product significantly, Austin said.

"The reason that [the] DOJ was putting the evidence forward is because Google cut anybody off at the pass who might be trying any way to become a general search provider on the device," Megan Gray, a former lawyer at Google rival DuckDuckGo, said in an interview.

*Jon Victor is a reporter at The Information covering Alphabet. He can be reached at jon.victor@theinformation.com or on Twitter at @jon_victor_.*

Google CEO Sundar Pichai and Apple CEO Tim Cook. Photo by Getty.

## Add a Comment

Welcome! You are now logged in.

Not you? Sign out
Want to edit your profile? Edit Profile

**MOST POPULAR STORIES THIS WEEK**

 Musk's ChatGPT Rival Isn't as Smart as It Seems; Creators of a Key Open-Source Model Get Offer From Index Ventures

 The Electric: 24M Fires a Shot Across the Bow of the Battery Industry

 It's Time for Apple to Identify Cook's Successor

 Pro Weekly: Behind the Explosion of Generative AI Startups



# Recent Articles



MARKETS

## Instacart's Delicious Little Secret

By Cory Weinberg



CRYPTO    APPLE    ENTERTAINMENT

## SBF Found Guilty on All Counts

Welcome! You are now logged in.



APPLE

It's Time for Apple to Identify Cook's Successor

By Martin Peers



AI

Pro Weekly: Behind the Explosion of Generative AI Startups

By Akash Pasricha

---

**WHAT TO READ NEXT**


Instacart's Delicious Little Secret


SBF Found Guilty on All Counts


It's Time for Apple to Identify Cook's Successor


Pro Weekly: Behind the Explosion of Generative AI Startups

Welcome! You are now logged in.

---

**NEXT STORY**

 It's Time for Apple to Identify Cook's Successor