# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DEFENDANT GOOGLE LLC'S EXHIBITS OFFERED**

Without opposition, Google offers the trial exhibits listed below for admission into evidence.

| DX0587 | DX2037 | DX2038 | DX2039 | DX2040 | DX2041 |
|---|---|---|---|---|---|

Without opposition, Google offers the trial exhibits listed below for admission into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein.

| DX2002 | DX2003 | DX2023 | DX2042 | DX2043 | DX2046 |
|---|---|---|---|---|---|
| DX3040 | DX3054 | DX3058 | DX3198 | DX3207 | |

2

Without opposition, Google offers the trial demonstrative listed below for admission as a demonstrative.

| DXD-14.019 | DXD-30 | DXD-36 |