IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>             Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>             Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

| | |
|---|---|
| State of Colorado, *et al.*,<br><br>             Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>             Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DEFENDANT GOOGLE LLC'S NOTICE REGARDING DEPOSITION TESTIMONY OF JEFFREY GIARD, DANIEL LEVY, AND JEFFREY EZELL**

Defendant Google LLC files this notice in connection with the playing of the videotapes of the deposition testimony of Jeffrey Giard, Daniel Levy, and Jeffrey Ezell played at trial on Wednesday, November 8, 2023 and Thursday, November 9, 2023.

Attached as **Exhibit 1** is a transcript of the testimony played at trial from the deposition of Mr. Giard.

Attached as **Exhibit 2** is a transcript of the testimony played at trial from the deposition of Mr. Levy.

Attached as **Exhibit 3** is a transcript of the testimony played at trial from the deposition of

Mr. Ezell, along with a copy of Mr. Ezell's deposition transcript errata.

Dated:  November 10, 2023                                  Respectfully submitted,

                                             WILLIAMS & CONNOLLY LLP

                                             By: */s/ John E. Schmidtlein*
                                             John E. Schmidtlein (D.C. Bar No. 441261)
                                             Benjamin M. Greenblum (D.C. Bar No. 979786)
                                             Colette T. Connor (D.C. Bar No. 991533)
                                             680 Maine Avenue, SW Washington, DC 20024
                                             Tel: 202-434-5000
                                             jschmidtlein@wc.com
                                             bgreenblum@wc.com
                                             cconnor@wc.com

                                             WILSON SONSINI GOODRICH & ROSATI P.C.
                                             Susan A. Creighton (D.C. Bar No. 978486)
                                             Franklin M. Rubinstein (D.C. Bar No. 476674)
                                             Wendy Huang Waszmer (D.C. Bar No. 1631078)
                                             1700 K Street, NW
                                             Washington, DC 20006
                                             Tel: 202-973-8800
                                             screighton@wsgr.com
                                             frubinstein@wsgr.com
                                             wwaszmer@wsgr.com

                                             ROPES & GRAY LLP
                                             Mark S. Popofsky (D.C. Bar No. 454213)
                                             2099 Pennsylvania Avenue, NW
                                             Washington, DC 20006
                                             Tel: 202-508-4624
                                             Mark.Popofsky@ropesgray.com

                                             Matthew McGinnis (admitted *pro hac vice*)
                                             Prudential Tower
                                             800 Boylston Street
                                             Boston, MA 02199
                                             Tel: 617-951-7703
                                             Matthew.McGinnis@ropesgray.com

                                             *Counsel for Defendant Google LLC*