# Exhibit 1

# Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11

Designation List Report

| | | |
|---|---|---|
| Giard, Jeffrey | | 2022-01-10 |
| Giard, Jeffrey | | 2022-01-11 |

| | |
|---|---|
| Google Affirmative | 00:32:48 |
| DOJ Counter | 00:31:05 |
| **TOTAL RUN TIME** | **01:03:53** |



**Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:10 - 10:16 | **Giard, Jeffrey 2022-01-10** | 00:00:32 | Trial_Giard_11.1 |

10:10   This is the video deposition of
10:11   Jeffrey Giard in the matter of the
10:12   United States of America, et al., vs.
10:13   Google LLC, Case No. 1:20-CV-03010-APM;
10:14   also in the matter of the State of
10:15   Colorado, et al., vs. Google LLC.  That
10:16   case number, 1:20-CV-03715-APM.

| 19:23 - 20:02 | **Giard, Jeffrey 2022-01-10** | 00:00:10 | Trial_Giard_11.2 |

19:23   Q.  What is your role at T-Mobile
19:24   today?
19:25   A.  I am the vice president of
20:01   partnerships and business development in
20:02   T-Mobile's emerging products group.

| 20:17 - 20:20 | **Giard, Jeffrey 2022-01-10** | 00:00:08 | Trial_Giard_11.3 |

20:17   Q.  Okay.  And what are your
20:18   responsibilities?
20:19   A.  I run all of partnerships and
20:20   business development for that group.

| 23:16 - 23:21 | **Giard, Jeffrey 2022-01-10** | 00:00:14 | Trial_Giard_11.4 |

23:16   Q.  Okay.  Do you know what portion
23:17   of phones sold by T-Mobile run on the
23:18   Android operating system?
23:19   A.  Of the current subscriber base
23:20   you're referring?
23:21   Q.  Yes.

| 23:23 - 24:04 | **Giard, Jeffrey 2022-01-10** | 00:00:18 | Trial_Giard_11.5 |

23:23   THE WITNESS:  I'm not certain,
23:24   but it's approximately half, I would
23:25   say.
24:01   BY MR. GOLDSTEIN:
24:02   Q.  Do you know approximately what
24:03   portion of phones owned by T-Mobile today
24:04   run on iOS?

| 24:06 - 24:07 | **Giard, Jeffrey 2022-01-10** | 00:00:03 | Trial_Giard_11.6 |

24:06   THE WITNESS:  That would be
24:07   approximately half.

| 24:09 - 24:14 | **Giard, Jeffrey 2022-01-10** | 00:00:15 | Trial_Giard_11.7 |

**Google Affirmative**   **DOJ Counter**

**Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 24:09   Q.   Does T-Mobile sell phones today | | Trial_Giard_11.7 |
| | 24:10      that run on any other operating system? | | |
| | 24:11   A.   Do you mean other than Android | | |
| | 24:12      and iOS? | | |
| | 24:13   Q.   Correct. | | |
| | 24:14   A.   No. | | |
| 26:16 - 26:19 | **Giard, Jeffrey 2022-01-10** | 00:00:07 | Trial_Giard_11.8 |
| | 26:16   Q.   Okay.  We're going to spend much | | |
| | 26:17      of the day today discussing search | | |
| | 26:18      distribution agreements between T-Mobile | | |
| | 26:19      and Google. | | |
| 27:11 - 27:18 | **Giard, Jeffrey 2022-01-10** | 00:00:22 | Trial_Giard_11.9 |
| | 27:11   Q.   Which ones were you involved in | | |
| | 27:12      negotiating? | | |
| | 27:13   A.   Starting with the one in 2017. | | |
| | 27:14   Q.   Any others? | | |
| | 27:15   A.   The most recent one, but it is no | | |
| | 27:16      longer a revenue share agreement.  So it's | | |
| | 27:17      the agreement that replaced the 2017 | | |
| | 27:18      agreement. | | |
| 27:19 - 27:22 | **Giard, Jeffrey 2022-01-10** | 00:00:09 | Trial_Giard_11.10 |
| | 27:19   Q.   All right.  But it's still a | | |
| | 27:20      search distribution agreement, correct? | | |
| | 27:21   A.   One element of it is -- does | | |
| | 27:22      include search distribution, yes. | | |
| 32:17 - 33:03 | **Giard, Jeffrey 2022-01-10** | 00:00:41 | Trial_Giard_11.11 |
| | 32:17   Q.   Okay.  What is your understanding | | |
| | 32:18      of why T-Mobile enters into search | | |
| | 32:19      distribution agreements with Google? | | |
| | 32:20   A.   Well, there's a few reasons.  One | | |
| | 32:21      is it provides revenue for T-Mobile. | | |
| | 32:22      We also take a lot of effort to | | |
| | 32:23      provide our customers with the best handset | | |
| | 32:24      experience, and so we believe configuring | | |
| | 32:25      them the way we are, not only provides | | |
| | 33:01      T-Mobile with additional revenue, but | | |
| | 33:02      provides customers with the best overall | | |
| | 33:03      device experience. | | |
| 43:06 - 43:09 | **Giard, Jeffrey 2022-01-10** | 00:00:09 | Trial_Giard_11.12 |

**Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 43:06  Do you recall seeking any changes | | Trial_Giard_11.12 |
| | 43:07  to the terms that required you to make | | |
| | 43:08  Google the default search engine on search | | |
| | 43:09  access points? | | |
| 43:11 - 43:20 | **Giard, Jeffrey 2022-01-10** | 00:00:41 | Trial_Giard_11.13 |
| | 43:11  THE WITNESS: I don't -- I don't | | |
| | 43:12  remember specifically trying to change | | |
| | 43:13  those. I think -- I don't think it was | | |
| | 43:14  one of the areas in which T-Mobile was | | |
| | 43:15  most concerned. | | |
| | 43:16  I think some of the newer things | | |
| | 43:17  were driving our negotiations more than | | |
| | 43:18  that, particularly around security | | |
| | 43:19  updates for Android devices. That was | | |
| | 43:20  a new element. | | |
| 43:22 - 44:02 | **Giard, Jeffrey 2022-01-10** | 00:00:26 | Trial_Giard_11.14 |
| | 43:22  Q. What about terms relating to the | | |
| | 43:23  agreement being a platform deal? | | |
| | 43:24  A. I don't remember if that was a | | |
| | 43:25  huge issue for us in 2017 or not. It was | | |
| | 44:01  certainly top of mind for us in the most | | |
| | 44:02  recent and current agreement. | | |
| 44:10 - 44:11 | **Giard, Jeffrey 2022-01-10** | 00:00:05 | Trial_Giard_11.15 |
| | 44:10  Q. Okay. What about changes | | |
| | 44:11  relating to search exclusivity? | | |
| 44:13 - 44:15 | **Giard, Jeffrey 2022-01-10** | 00:00:08 | Trial_Giard_11.16 |
| | 44:13  THE WITNESS: I don't -- I don't | | |
| | 44:14  remember it being a significant point | | |
| | 44:15  of negotiation during that 2017 period. | | |
| 44:17 - 45:01 | **Giard, Jeffrey 2022-01-10** | 00:00:36 | Trial_Giard_11.17 |
| | 44:17  Q. Okay. So did you generally | | |
| | 44:18  achieve the goals that you wanted to going | | |
| | 44:19  into the negotiations? | | |
| | 44:20  A. Some of them. Some of them not. | | |
| | 44:21  Q. Which goals did you achieve? | | |
| | 44:22  A. We did end up getting a share of | | |
| | 44:23  the minus one screen with Google. We did | | |
| | 44:24  not increase our revenue share amount, and | | |
| | 44:25  we did not get the addition of Google Maps | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

45:01   as a search entry point.

| | | | |
|---|---|---|---|
| 47:03 - 47:18 | **Giard, Jeffrey 2022-01-10** | 00:00:42 | Trial_Giard_11.18 |

47:03  Q.  You mentioned that the minus one
47:04      screen is valuable real estate on the
47:05      phone.
47:06      Why is that?
47:07  A.  Because it is a single swipe to
47:08      the right, and it's accessed very
47:09      frequently by end users.
47:10  Q.  Are there other areas of the
47:11      phone that you would describe as valuable
47:12      real estate?
47:13  A.  Well, the home screen being the
47:14      most valuable, yes.
47:15  Q.  And is that also valuable because
47:16      it is sort of a screen that users see
47:17      often?
47:18  A.  The most often.

| | | | |
|---|---|---|---|
| 47:20 - 47:20 | **Giard, Jeffrey 2022-01-10** | 00:00:01 | Trial_Giard_11.19 |

47:20      THE WITNESS:  Yes.

| | | | |
|---|---|---|---|
| 48:24 - 49:09 | **Giard, Jeffrey 2022-01-10** | 00:00:25 | Trial_Giard_11.20 |

48:24  Q.  All right.  Are you familiar with
48:25      the term "hot seat"?
49:01  A.  Yes.
49:02  Q.  What is the hot seat?
49:03  A.  For Android devices, it is the
49:04      apps that are static on the bottom row as
49:05      you scroll between screens.
49:06  Q.  Got it.
49:07      Would you describe that also as
49:08      valuable real estate on the phone?
49:09  A.  Yes.

| | | | |
|---|---|---|---|
| 61:22 - 62:05 | **Giard, Jeffrey 2022-01-10** | 00:00:28 | Trial_Giard_11.21 |

61:22  Q.  You mentioned having two browsers
61:23      on the phone causes confusion; is that
61:24      right?
61:25  A.  That's right.
62:01  Q.  How did you become aware of that?
62:02  A.  That would be feedback through

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 62:03 | our marketing team who I believe gets their | | |
| | 62:04 | information both from customer surveys and | | |
| | 62:05 | Customer Care feedback. | | |
| 62:16 - 63:19 | **Giard, Jeffrey 2022-01-10** | | 00:01:38 | Trial_Giard_11.22 |
| | 62:16 | Q. You mentioned Customer Care | | |
| | 62:17 | feedback. | | |
| | 62:18 | What is that? | | |
| | 62:19 | A. So it's feedback that customers | | |
| | 62:20 | give our -- when they call in to Customer | | |
| | 62:21 | Care, we try to catalog feedback from | | |
| | 62:22 | customers so we can continuously improve | | |
| | 62:23 | our service. | | |
| | 62:24 | Q. Okay. So is there -- is there | | |
| | 62:25 | some cost to customer confusion? | | |
| | 63:01 | A. There can be. | | |
| | 63:02 | Q. What sort of cost to customer | | |
| | 63:03 | confusion is there? | | |
| | 63:04 | A. The most direct would be if | | |
| | 63:05 | they're confused to the point where they | | |
| | 63:06 | need to call Care, that is a real cost to | | |
| | 63:07 | T-Mobile as well as if we're not providing | | |
| | 63:08 | an optimal experience and they're confused, | | |
| | 63:09 | they may switch devices, you know, switch | | |
| | 63:10 | to an iOS device or even switch carriers -- | | |
| | 63:11 | Q. Okay. | | |
| | 63:12 | A. -- in trying to solve that. | | |
| | 63:13 | Q. Yeah. And Customer Care is, you | | |
| | 63:14 | mentioned, sort of Customer Care hotline of | | |
| | 63:15 | some sort? | | |
| | 63:16 | A. Yeah. It's the -- it's when you | | |
| | 63:17 | call -- when you dial 611 or -- you know, | | |
| | 63:18 | it's the 800 number associated with calling | | |
| | 63:19 | T-Mobile. | | |
| 68:21 - 68:25 | **Giard, Jeffrey 2022-01-10** | | 00:00:07 | Trial_Giard_11.23 |
| | 68:21 | MR. GOLDSTEIN: All right. | | |
| | 68:22 | Jorge, can you share in the chat the | | |
| | 68:23 | document that ends in Bates stamp 834. | | |
| | 68:24 | (Whereupon, Exhibit 2 is marked | | |
| | 68:25 | for identification.) | | |
| 70:19 - 71:01 | **Giard, Jeffrey 2022-01-10** | | 00:00:21 | Trial_Giard_11.24 |

**Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 70:19    So Exhibit 2 is an email, an | | Trial_Giard_11.24 |
| | 70:20    attachment to an email that you received in | | |
| | 70:21    February 2017; is that right? | | |
| | 70:22   A.   Yes. | | |
| | 70:23   Q.   So when this email was sent, you | | |
| | 70:24    were in the midst of negotiating the 2017 | | |
| | 70:25    RSA? | | |
| | 71:01   A.   That's correct. | | |
| 71:17 - 73:15 | **Giard, Jeffrey 2022-01-10** | 00:01:56 | Trial_Giard_11.25 |
| | 71:17   Q.   Well, let me ask this. | | |
| | 71:18    So it appears that this email or | | |
| | 71:19    the attachment to the email is an attempt | | |
| | 71:20    to get feedback on a term sheet; is that | | |
| | 71:21    fair? | | |
| | 71:22   A.   It actually, to me, looks like a | | |
| | 71:23    summary of feedback that was collected from | | |
| | 71:24    various parties. | | |
| | 71:25   Q.   Yes. Apologies. A summary of | | |
| | 72:01    feedback that was collected about the term | | |
| | 72:02    sheet. | | |
| | 72:03   A.   Yeah. | | |
| | 72:04   Q.   Was that -- was that common, a | | |
| | 72:05    common practice? | | |
| | 72:06   A.   Yes. For my team, yes. | | |
| | 72:07   Q.   Okay. All right. Let's look at | | |
| | 72:08    the attachment, the page that ends in Bates | | |
| | 72:09    stamp 835, which is the second page of the | | |
| | 72:10    document. | | |
| | 72:11   A.   Yep. | | |
| | 72:12   Q.   All right. So this -- this | | |
| | 72:13    attachment has a number of names. | | |
| | 72:14    Do you see those? | | |
| | 72:15   A.   I do. | | |
| | 72:16   Q.   These would have been people that | | |
| | 72:17    your team consulted about the term sheet? | | |
| | 72:18   A.   Correct. | | |
| | 72:19   Q.   And then there's some bullet | | |
| | 72:20    points underneath each name. That is the | | |
| | 72:21    feedback that they provided? | | |
| | 72:22   A.   That's how I interpret this | | |

**Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 72:23 | document, yes. |  |  |
|  | 72:24 | Q. Okay. All right. Let's start |  |  |
|  | 72:25 | with "Overall." |  |  |
|  | 73:01 | That would have been people's |  |  |
|  | 73:02 | sort of overall feedback? |  |  |
|  | 73:03 | A. Yes. |  |  |
|  | 73:04 | Q. All right. Do you see where it |  |  |
|  | 73:05 | says "Peter Ewens"? |  |  |
|  | 73:06 | A. I do. |  |  |
|  | 73:07 | Q. Look at the third bullet and read |  |  |
|  | 73:08 | that to yourself as I read it out loud. |  |  |
|  | 73:09 | "We need to reconcile with Google |  |  |
|  | 73:10 | the fact that they promote an Open Android |  |  |
|  | 73:11 | OS but they are trying to mandate with |  |  |
|  | 73:12 | exclusivity and control presented in the |  |  |
|  | 73:13 | Term Sheet." |  |  |
|  | 73:14 | What does the reference to |  |  |
|  | 73:15 | "exclusivity" refer to? |  |  |

| 73:17 - 73:21 | **Giard, Jeffrey 2022-01-10** |  | 00:00:10 | Trial_Giard_11.26 |
|  | 73:17 | THE WITNESS: I believe it would |  |  |
|  | 73:18 | refer to search exclusivity. |  |  |
|  | 73:19 | BY MR. GOLDSTEIN: |  |  |
|  | 73:20 | Q. How did you interpret the |  |  |
|  | 73:21 | reference to "control" there? |  |  |

| 73:23 - 74:11 | **Giard, Jeffrey 2022-01-10** |  | 00:00:46 | Trial_Giard_11.27 |
|  | 73:23 | THE WITNESS: Well, I don't |  |  |
|  | 73:24 | believe this is a direct quote from |  |  |
|  | 73:25 | Peter Ewens. This looks to be Jon |  |  |
|  | 74:01 | Morrow's summary of how he perceived |  |  |
|  | 74:02 | feedback from Peter Ewens. |  |  |
|  | 74:03 | So I think Jon's interpretation |  |  |
|  | 74:04 | of Peter's stance for control would be |  |  |
|  | 74:05 | I think referring to the configuration |  |  |
|  | 74:06 | requirements of the devices in order to |  |  |
|  | 74:07 | qualify for revenue share. |  |  |
|  | 74:08 | BY MR. GOLDSTEIN: |  |  |
|  | 74:09 | Q. How do the configuration |  |  |
|  | 74:10 | requirements give control to Google over |  |  |
|  | 74:11 | the device? |  |  |

| 74:13 - 74:21 | **Giard, Jeffrey 2022-01-10** |  | 00:00:30 | Trial_Giard_11.28 |

**Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 74:13 | THE WITNESS: Well, they went a | | Trial_Giard_11.28 |
| | 74:14 | long way towards defining the | | |
| | 74:15 | out-of-box user experience. | | |
| | 74:16 | BY MR. GOLDSTEIN: | | |
| | 74:17 Q. | And just so I'm clear, do you | | |
| | 74:18 | agree that the terms that Google was | | |
| | 74:19 | seeking gave some measure of control over | | |
| | 74:20 | the out-of-box user experience to Google? | | |
| | 74:21 A. | Yes, I would agree with that. | | |

**76:20 - 77:05** | **Giard, Jeffrey 2022-01-10** | 00:00:19 | Trial_Giard_11.29

| | 76:20 | So I believe you mentioned Peter |
| | 76:21 | Ewens at the beginning of the deposition. |
| | 76:22 | Can you remind me his title? |
| | 76:23 A. | He's the -- |
| | 76:24 Q. | At this time. |
| | 76:25 A. | At the time and currently he is |
| | 77:01 | the executive vice president of corporate |
| | 77:02 | strategy. |
| | 77:03 Q. | Okay. And who does he report to? |
| | 77:04 A. | He reports to Mike Sievert, the |
| | 77:05 | CEO. |

**101:20 - 102:23** | **Giard, Jeffrey 2022-01-10** | 00:01:23 | Trial_Giard_11.30

| | 101:20 | So before signing the 2017 RSA, |
| | 101:21 | did your team discuss a potential |
| | 101:22 | distribution agreement with Microsoft? |
| | 101:23 A. | I'm assuming you mean did we |
| | 101:24 | consider and discuss with Microsoft the |
| | 101:25 | similar arrangement that we ended up |
| | 102:01 | executing with Google? |
| | 102:02 Q. | Yes. |
| | 102:03 A. | We did talk to them about being a |
| | 102:04 | search provider for us, yes. |
| | 102:05 Q. | When did those discussions take |
| | 102:06 | place? |
| | 102:07 A. | I believe we talked to them maybe |
| | 102:08 | in 2015 as a -- and again in 2016. I don't |
| | 102:09 | believe by the time we got to 2017 that we |
| | 102:10 | were still in discussions with them, but I |
| | 102:11 | could be wrong on those dates. But it's |
| | 102:12 | somewhere in that time frame. |

**Google Affirmative**    **DOJ Counter**

**Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 102:13 | Q. | But certainly before signing the | | |
| | 102:14 | | 2017 RSA? | | |
| | 102:15 | A. | Yes, definitely. | | |
| | 102:16 | Q. | And have you had conversations | | |
| | 102:17 | | with Microsoft about a potential | | |
| | 102:18 | | distribution deal since 2017? | | |
| | 102:19 | A. | Yes.  We did it again the last | | |
| | 102:20 | | time around. | | |
| | 102:21 | Q. | So before signing the 2021 | | |
| | 102:22 | | agreements? | | |
| | 102:23 | A. | Correct. | | |

| 103:17 - 105:09 | **Giard, Jeffrey 2022-01-10** | | | 00:02:16 | Trial_Giard_11.31 |

| | 103:17 | Q. | So let me sort of break that down |
| | 103:18 | | a little bit. |
| | 103:19 | | So first on the sort of a really |
| | 103:20 | | high level, you know, what was being |
| | 103:21 | | discussed in terms of Bing distribution? |
| | 103:22 | A. | So making them -- making Bing the |
| | 103:23 | | default search engine for various access |
| | 103:24 | | points on the device. |
| | 103:25 | Q. | Got it. |
| | 104:01 | | So you mentioned that you were |
| | 104:02 | | looking to replace the Google revenue |
| | 104:03 | | stream? |
| | 104:04 | A. | Yes.  So -- |
| | 104:05 | Q. | What did you mean? |
| | 104:06 | A. | So if we were to -- if we were to |
| | 104:07 | | switch search partners, we would need to |
| | 104:08 | | account for the revenue shortfalls that the |
| | 104:09 | | business was producing at the time the deal |
| | 104:10 | | ended with Google and began with Microsoft. |
| | 104:11 | | So I don't remember exactly what |
| | 104:12 | | the levels were, but it was not an |
| | 104:13 | | insignificant amount of money to the |
| | 104:14 | | business. |
| | 104:15 | | And one of the considerations we |
| | 104:16 | | had to take is in transitioning that |
| | 104:17 | | partnership, you know, the amount of time |
| | 104:18 | | it would take us to build that revenue |
| | 104:19 | | stream back up to that level.  So those |

Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

104:20     were all components in the decision.

104:21  Q.  Okay.  So the -- so we mentioned

104:22     earlier that the 2013 RSA didn't have a

104:23     wind-down period, right?

104:24  A.  Right.

104:25  Q.  So when that deal terminates,

105:01     payments from Google stop?

105:02  A.  Correct.

105:03  Q.  And that includes for the -- you

105:04     know, in the already-sold devices?

105:05  A.  Correct.

105:06  Q.  So is that what you were

105:07     referring to about sort of losing a revenue

105:08     stream?

105:09  A.  Yes.

| 108:06 - 108:20 | **Giard, Jeffrey 2022-01-10** | 00:00:40 | Trial_Giard_11.32 |

108:06  Q.  Mr. Giard, I want to or double

108:07     back to a couple things we were talking

108:08     about before the break.

108:09     Just to be clear, in considering

108:10     a potential distribution deal with

108:11     Microsoft, you had to consider the impact

108:12     that agreement would have on payments from

108:13     Google on the existing installation base,

108:14     right?

108:15  A.  As one element of it, yes.

108:16  Q.  As one element, yeah.

108:17     So if Microsoft had agreed to

108:18     compensate T-Mobile for the existing

108:19     install base, what benefit would Microsoft

108:20     be getting from that arrangement?

| 108:22 - 110:05 | **Giard, Jeffrey 2022-01-10** | 00:01:46 | Trial_Giard_11.33 |

108:22     THE WITNESS:  Well, they would

108:23     get -- we would make them the default

108:24     search provider for various enter

108:25     points.  And, similar to Google, we

109:01     would have preloaded an app and a

109:02     widget on the device for Bing search.

109:03     I think at the time of the 2017

109:04     agreement negotiations, it would have

Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 109:05 | included Cortana as an assistant.  And |  |  |
|  | 109:06 | then there might have -- I can't |  |  |
|  | 109:07 | remember how detailed we got on other |  |  |
|  | 109:08 | customer experience elements that were |  |  |
|  | 109:09 | Microsoft- and/or Bing-related, but |  |  |
|  | 109:10 | there might have been some of those, |  |  |
|  | 109:11 | either related to the minus one screen |  |  |
|  | 109:12 | or, you know, other aspects of the |  |  |
|  | 109:13 | device experience. |  |  |
|  | 109:14 | BY MR. GOLDSTEIN: |  |  |
|  | 109:15 Q. | Those changes that you're talking |  |  |
|  | 109:16 | about applied to devices on a forward-going |  |  |
|  | 109:17 | basis; is that right? |  |  |
|  | 109:18 A. | That's correct, yes. |  |  |
|  | 109:19 Q. | What about devices that had |  |  |
|  | 109:20 | already been sold? |  |  |
|  | 109:21 A. | It's possible to change some of |  |  |
|  | 109:22 | those over the year, but it's not a |  |  |
|  | 109:23 | practice that T-Mobile typically engages |  |  |
|  | 109:24 | in, because it creates a rather jarring |  |  |
|  | 109:25 | customer experience. |  |  |
|  | 110:01 | And we haven't found anything, |  |  |
|  | 110:02 | you know, other than kind of safety-related |  |  |
|  | 110:03 | items that met the bar significant enough |  |  |
|  | 110:04 | to make those changes with existing |  |  |
|  | 110:05 | devices. |  |  |

| 111:15 - 111:25 | **Giard, Jeffrey 2022-01-10** | 00:00:30 | Trial_Giard_11.34 |
|---|---|---|---|
|  | 111:15 Q.  How important is the Google Play |  |  |
|  | 111:16     Store to the success of Android phones that |  |  |
|  | 111:17     T-Mobile distributes? |  |  |
|  | 111:18 A.  Very important.  It is a primary |  |  |
|  | 111:19     function of allowing customers to access |  |  |
|  | 111:20     the apps that they want to have an their |  |  |
|  | 111:21     device. |  |  |
|  | 111:22 Q.  Do you think Android phones |  |  |
|  | 111:23     distributed by T-Mobile would be |  |  |
|  | 111:24     commercially successful without Google Play |  |  |
|  | 111:25     Store? |  |  |

| 112:02 - 112:07 | **Giard, Jeffrey 2022-01-10** | 00:00:20 | Trial_Giard_11.35 |
|---|---|---|---|
|  | 112:02     THE WITNESS:  I don't -- I don't |  |  |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 112:03 | think so.  That would be extremely | | |
| | 112:04 | difficult for a device to be successful | | |
| | 112:05 | without it.  There are alternative app | | |
| | 112:06 | stores, but they -- none of them have | | |
| | 112:07 | been able to replace the Play Store. | | |

| 112:19 - 113:02 | **Giard, Jeffrey 2022-01-10** | | 00:00:22 | Trial_Giard_11.36 |
| | 112:19 | You -- so we were talking about a | | |
| | 112:20 | potential deal with Microsoft that would | | |
| | 112:21 | have involved switching the default search | | |
| | 112:22 | engine from Google to Microsoft, right? | | |
| | 112:23 A. | Uh-huh. | | |
| | 112:24 Q. | Did you have any concerns during | | |
| | 112:25 | those negotiations that switching the | | |
| | 113:01 | defaults would have an impact on GMS | | |
| | 113:02 | certification? | | |

| 113:04 - 113:16 | **Giard, Jeffrey 2022-01-10** | | 00:00:31 | Trial_Giard_11.37 |
| | 113:04 | THE WITNESS:  Yes, I think I | | |
| | 113:05 | understand the question now. | | |
| | 113:06 | So, yeah, that was something we | | |
| | 113:07 | looked into, whether -- if we switched | | |
| | 113:08 | and just exited the agreement, whether | | |
| | 113:09 | the device would still qualify for Play | | |
| | 113:10 | Store access if we were to change the | | |
| | 113:11 | search defaults. | | |
| | 113:12 | BY MR. GOLDSTEIN: | | |
| | 113:13 Q. | And was that sort of a concern | | |
| | 113:14 | you had when you were negotiating with | | |
| | 113:15 | Microsoft? | | |
| | 113:16 A. | Yes. | | |

| 116:04 - 116:08 | **Giard, Jeffrey 2022-01-10** | | 00:00:13 | Trial_Giard_11.38 |
| | 116:04 Q. | So have you at any point gotten | | |
| | 116:05 | an answer from Google or from someone else | | |
| | 116:06 | about whether or not a device could be | | |
| | 116:07 | GMS-certified if its search provider was | | |
| | 116:08 | not Google? | | |

| 116:10 - 116:12 | **Giard, Jeffrey 2022-01-10** | | 00:00:04 | Trial_Giard_11.39 |
| | 116:10 | THE WITNESS:  I don't think we | | |
| | 116:11 | have gotten an answer for that | | |
| | 116:12 | question, no. | | |

**Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 137:24 - 138:11 | **Giard, Jeffrey 2022-01-10** | 00:00:39 | Trial_Giard_11.40 |

| | | |
|---|---|---|
| 137:24 | | Are you familiar with a company |
| 137:25 | | called Branch or Branch Metrics? |
| 138:01 | A. | I am familiar with them, yes. |
| 138:02 | Q. | How are you familiar with Branch? |
| 138:03 | A. | We have talked to them in the |
| 138:04 | | past about on-device search. |
| 138:05 | Q. | And what product did they offer? |
| 138:06 | A. | Well, the one I'm -- the one I'm |
| 138:07 | | aware of is on-device search. So it would |
| 138:08 | | be searching a device based on terms input |
| 138:09 | | by the end user. So if there's content or |
| 138:10 | | things that are on the device, it returns |
| 138:11 | | those results. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 139:09 - 139:13 | **Giard, Jeffrey 2022-01-10** | 00:00:12 | Trial_Giard_11.41 |

| | | |
|---|---|---|
| 139:09 | Q. | And so the deal that you were |
| 139:10 | | discussing with Branch was to basically |
| 139:11 | | bring their functionality on to some |
| 139:12 | | Android devices that you distribute? |
| 139:13 | A. | That's correct. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 139:14 - 139:15 | **Giard, Jeffrey 2022-01-10** | 00:00:03 | Trial_Giard_11.42 |

| | | |
|---|---|---|
| 139:14 | Q. | Which Android devices were you |
| 139:15 | | talking about? |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 139:17 - 139:20 | **Giard, Jeffrey 2022-01-10** | 00:00:06 | Trial_Giard_11.43 |

| | | |
|---|---|---|
| 139:17 | | THE WITNESS: We would have done |
| 139:18 | | it for -- we were considering it for |
| 139:19 | | all Android devices. |
| 139:20 | | BY MR. GOLDSTEIN: |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 139:21 - 140:04 | **Giard, Jeffrey 2022-01-10** | 00:00:28 | Trial_Giard_11.44 |

| | | |
|---|---|---|
| 139:21 | Q. | Why was T-Mobile interested in |
| 139:22 | | sort of a partnership with Branch? |
| 139:23 | A. | Because it represented kind of |
| 139:24 | | the same things that we were looking for in |
| 139:25 | | our partnership with Google, which was, you |
| 140:01 | | know, further improving the customer |
| 140:02 | | experience on devices and, you know, |
| 140:03 | | getting a -- developing a new revenue |
| 140:04 | | stream. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 140:05 - 140:19 | **Giard, Jeffrey 2022-01-10** | 00:00:36 | Trial_Giard_11.45 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 140:05  Q.  So when were you having | | Trial_Giard_11.45 |
| | 140:06      discussions with Branch about a potential | | |
| | 140:07      partnership? | | |
| | 140:08  A.  Oh, I don't -- I don't actually | | |
| | 140:09      remember when they started.  It's been a | | |
| | 140:10      few years. | | |
| | 140:11  Q.  Does T-Mobile and Branch | | |
| | 140:12      currently have a partnership? | | |
| | 140:13  A.  We are still in discussions with | | |
| | 140:14      them. | | |
| | 140:15  Q.  Do you recall if those | | |
| | 140:16      discussions began before -- I should say, | | |
| | 140:17      did those discussions begin while the 2017 | | |
| | 140:18      RSA was in effect? | | |
| | 140:19  A.  Yes. | | |
| 141:21 - 142:05 | **Giard, Jeffrey 2022-01-10** | 00:00:38 | Trial_Giard_11.46 |
| | 141:21  Q.  And while you download that | | |
| | 141:22      document and open it, let me describe it | | |
| | 141:23      for the record. | | |
| | 141:24      MR. GOLDSTEIN:  Exhibit 5 is a | | |
| | 141:25      multipage document.  The first page is | | |
| | 142:01      Bates stamped Google_Lit-TMO_00060492 | | |
| | 142:02      and ending -- I don't have the Bates | | |
| | 142:03      number at the end.  So let me just say | | |
| | 142:04      it's a multipage document beginning | | |
| | 142:05      with the Bates stamp that I read. | | |
| 142:22 - 143:01 | **Giard, Jeffrey 2022-01-10** | 00:00:12 | Trial_Giard_11.47 |
| | 142:22  Q.  Okay.  So Exhibit 5 is an email | | |
| | 142:23      that you received in April of 2020, | | |
| | 142:24      correct? | | |
| | 142:25  A.  It's likely an attachment that I | | |
| | 143:01      received to an email. | | |
| 143:09 - 143:24 | **Giard, Jeffrey 2022-01-10** | 00:00:50 | Trial_Giard_11.48 |
| | 143:09  Q.  You're familiar with the content, | | |
| | 143:10      okay.  So let me sort of draw your | | |
| | 143:11      attention to the bottom right corner where | | |
| | 143:12      it says "Risks." | | |
| | 143:13      Do you see that? | | |
| | 143:14  A.  I do. | | |
| | 143:15  Q.  And the first bullet refers to | | |

**Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 143:16 | app install monetization. | | |
| | 143:17 | What is that in the context of a | | |
| | 143:18 | potential deal with Branch? | | |
| | 143:19 A. | So there -- for example, if you | | |
| | 143:20 | did a search for Spotify and you didn't | | |
| | 143:21 | have Spotify installed on the device, one | | |
| | 143:22 | of the results could be to install -- an | | |
| | 143:23 | option to install Spotify. And that would | | |
| | 143:24 | be an opportunity to monetize that install. | | |
| 143:25 - 144:02 | **Giard, Jeffrey 2022-01-10** | | 00:00:08 | Trial_Giard_11.49 |
| | 143:25 Q. | And is it your understanding that | | |
| | 144:01 | that is a functionality that Branch offers | | |
| | 144:02 | or could offer in its tool? | | |
| 144:04 - 144:05 | **Giard, Jeffrey 2022-01-10** | | 00:00:02 | Trial_Giard_11.50 |
| | 144:04 | THE WITNESS: Yeah, that is my | | |
| | 144:05 | understanding. | | |
| 144:15 - 144:17 | **Giard, Jeffrey 2022-01-10** | | 00:00:09 | Trial_Giard_11.51 |
| | 144:15 Q. | Was it your understanding that | | |
| | 144:16 | this feature would potentially conflict | | |
| | 144:17 | with the Google RSA? | | |
| 144:19 - 144:24 | **Giard, Jeffrey 2022-01-10** | | 00:00:14 | Trial_Giard_11.52 |
| | 144:19 | THE WITNESS: No, it does not | | |
| | 144:20 | conflict with the Google RSA. | | |
| | 144:21 | BY MR. GOLDSTEIN: | | |
| | 144:22 Q. | Were there -- I apologize. | | |
| | 144:23 | Were there concerns at any point | | |
| | 144:24 | that it would conflict with the 2017 RSA? | | |
| 145:01 - 145:10 | **Giard, Jeffrey 2022-01-10** | | 00:00:19 | Trial_Giard_11.53 |
| | 145:01 | THE WITNESS: I believe some of | | |
| | 145:02 | my team brought it up as a potential | | |
| | 145:03 | risk, but I never considered it as | | |
| | 145:04 | such. | | |
| | 145:05 | BY MR. GOLDSTEIN: | | |
| | 145:06 Q. | Okay. How about under the | | |
| | 145:07 | 2020 -- sorry -- the 2021 search | | |
| | 145:08 | distribution agreement? Were there | | |
| | 145:09 | concerns that a Branch partnership would | | |
| | 145:10 | conflict with the terms of that agreement? | | |
| 145:12 - 146:04 | **Giard, Jeffrey 2022-01-10** | | 00:01:09 | Trial_Giard_11.54 |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 145:12 | THE WITNESS:  No. | | Trial_Giard_11.54 |
| | 145:13 | BY MR. GOLDSTEIN: | | |
| | 145:14 Q. | Okay.  So you mentioned that | | |
| | 145:15 | T-Mobile and Branch are still in | | |
| | 145:16 | discussions about a potential partnership; | | |
| | 145:17 | is that right? | | |
| | 145:18 A. | That's correct, yes. | | |
| | 145:19 Q. | Where -- what is -- what has | | |
| | 145:20 | slowed down the process? | | |
| | 145:21 A. | For us, it was a privacy review. | | |
| | 145:22 | One element of Branch is collecting data as | | |
| | 145:23 | part of the service, and we are very | | |
| | 145:24 | sensitive and careful about who collects | | |
| | 145:25 | and who has access to customer data. | | |
| | 146:01 | And part of our concern was that | | |
| | 146:02 | we want to make sure that customers have | | |
| | 146:03 | visibility, transparency and choice into | | |
| | 146:04 | what data is collected and how it's used. | | |
| 146:08 - 146:13 | **Giard, Jeffrey 2022-01-10** | | 00:00:17 | Trial_Giard_11.55 |
| | 146:08 | You said some people at T-Mobile | | |
| | 146:09 | had concerns about whether features of the | | |
| | 146:10 | Branch tool preloaded on T-Mobile devices | | |
| | 146:11 | would conflict with the terms of the 2017 | | |
| | 146:12 | RSA; is that right? | | |
| | 146:13 A. | Yes. | | |
| 146:15 - 146:18 | **Giard, Jeffrey 2022-01-10** | | 00:00:08 | Trial_Giard_11.56 |
| | 146:15 | THE WITNESS:  Yes.  More | | |
| | 146:16 | specifically, whether it would be | | |
| | 146:17 | categorized as an alternative search | | |
| | 146:18 | service. | | |
| 146:20 - 146:23 | **Giard, Jeffrey 2022-01-10** | | 00:00:11 | Trial_Giard_11.57 |
| | 146:20 Q. | Did at any point you or someone | | |
| | 146:21 | on your team ask Google if they considered | | |
| | 146:22 | Branch an alternative search service? | | |
| | 146:23 A. | Not to my knowledge, no. | | |
| 154:17 - 154:21 | **Giard, Jeffrey 2022-01-10** | | 00:00:20 | Trial_Giard_11.58 |
| | 154:17 | So, again, talking about today, | | |
| | 154:18 | you know, 2022, if you were to preload | | |
| | 154:19 | Branch's app search tool on Android | | |

**Google Affirmative**     **DOJ Counter**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 154:20    devices, would you expect those devices to | | |
| | 154:21    qualify for a payment from Google? | | |
| 154:23 - 154:24 | **Giard, Jeffrey 2022-01-10** | 00:00:02 | Trial_Giard_11.59 |
| | 154:23    THE WITNESS: Yes, I would expect | | |
| | 154:24    that. | | |
| 157:23 - 157:24 | **Giard, Jeffrey 2022-01-10** | 00:00:05 | Trial_Giard_11.60 |
| | 157:23   Q. Are there concerns about the data | | |
| | 157:24    that Google collects on T-Mobile users? | | |
| 158:01 - 158:04 | **Giard, Jeffrey 2022-01-10** | 00:00:10 | Trial_Giard_11.61 |
| | 158:01    THE WITNESS: To the same degree | | |
| | 158:02    that we have about any apps or partners | | |
| | 158:03    that we engage with collecting data on | | |
| | 158:04    consumers. | | |
| 159:12 - 159:15 | **Giard, Jeffrey 2022-01-10** | 00:00:11 | Trial_Giard_11.62 |
| | 159:12   Q. And then sort of at a high level, | | |
| | 159:13    what are -- what areas have T-Mobile been | | |
| | 159:14    concerned about when it comes to Google's | | |
| | 159:15    data collection practices? | | |
| 159:17 - 159:22 | **Giard, Jeffrey 2022-01-10** | 00:00:13 | Trial_Giard_11.63 |
| | 159:17    THE WITNESS: It's the same as I | | |
| | 159:18    discussed when we were talking about | | |
| | 159:19    Branch specifically. It's what data | | |
| | 159:20    gets collected, how it gets collected, | | |
| | 159:21    how customers are notified and how | | |
| | 159:22    choice is maintained. | | |
| 162:15 - 163:01 | **Giard, Jeffrey 2022-01-10** | 00:00:44 | Trial_Giard_11.64 |
| | 162:15   Q. So in 2021, T-Mobile and Google | | |
| | 162:16    signed a handful of agreements; is that | | |
| | 162:17    right? | | |
| | 162:18   A. Yes. | | |
| | 162:19   Q. So one of the agreements was sort | | |
| | 162:20    of an analog to the 2017 RSA, right? | | |
| | 162:21   A. Yeah. It was the follow-on to, | | |
| | 162:22    though, like I stated, structured pretty | | |
| | 162:23    significantly differently. Some of the | | |
| | 162:24    same requirements were in there, but the | | |
| | 162:25    method of compensation for T-Mobile was | | |
| | 163:01    significantly different. | | |

**Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 165:04 - 165:25 | **Giard, Jeffrey 2022-01-10** | 00:01:04 | Trial_Giard_11.65 |

165:04  Q.  Going into negotiations of what
165:05      became the separate agreements in 2021,
165:06      were there specific terms that you were
165:07      looking for in a replacement to the 2017
165:08      RSA?
165:09  A.  Yes.
165:10  Q.  What were they?
165:11  A.  Well, again, we wanted to
165:12      increase our revenue as part of the deal.
165:13      That's always an objective.  We wanted to
165:14      have more flexibility to care for some of
165:15      the things that we've talked about prior so
165:16      that we could improve our long-term
165:17      bargaining position.
165:18      So, you know, they were -- they
165:19      were the same objectives as always, like,
165:20      how do we maximize customer experience on
165:21      the devices, how do we maximize revenue for
165:22      T-Mobile and its shareholders, and how do
165:23      we create optionality for, you know,
165:24      unanticipated business changes down the
165:25      road.

| | **Giard, Jeffrey 2022-01-10** | 00:00:40 | Trial_Giard_11.66 |
|---|---|---|---|
| 166:01 - 166:11 | | | |

166:01  Q.  Okay.  You used the word
166:02      "flexibility."
166:03      What, in particular, were you
166:04      looking for flexibility on?
166:05  A.  Getting rid of the platform
166:06      agreement portion of the 2017 so that we
166:07      could do it on a handset-by-handset basis.
166:08  Q.  How about the wind-down period?
166:09  A.  That was another element that
166:10      we -- yes, that we wanted as part of the
166:11      agreement.

| 166:23 - 168:07 | **Giard, Jeffrey 2022-01-10** | 00:02:14 | Trial_Giard_11.67 |
|---|---|---|---|

166:23      In negotiations, did Google
166:24      identify any priorities?
166:25  A.  Its new priority, which was a
167:01      large part of the focus, was the Android

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 167:02  market share, the declining Android market | | |
| | 167:03  share, and addressing that. | | |
| | 167:04  And there were still -- I mean, | | |
| | 167:05  there were still some priorities that were | | |
| | 167:06  holdovers from previous agreements, like | | |
| | 167:07  security updates, distribution of Google | | |
| | 167:08  applications and search as well.  But the | | |
| | 167:09  primary new one was the addressing of the | | |
| | 167:10  Android market share decline. | | |
| | 167:11  Q.  In negotiations was it your | | |
| | 167:12  understanding that there were any terms | | |
| | 167:13  that Google would not compromise on? | | |
| | 167:14  A.  Nothing stands out.  I mean, we | | |
| | 167:15  did end up coming to agreements on -- it | | |
| | 167:16  wasn't -- we weren't trying to, you know, | | |
| | 167:17  remove the exclusivity for the devices we | | |
| | 167:18  chose to configure, according to the | | |
| | 167:19  agreement.  That wasn't kind of how we were | | |
| | 167:20  thinking about it. | | |
| | 167:21  So we did get -- we did get the | | |
| | 167:22  ability to configure handsets on a | | |
| | 167:23  device-by-device basis.  We did get a | | |
| | 167:24  wind-down period.  So I think we achieved | | |
| | 167:25  the main goals for T-Mobile and I think | | |
| | 168:01  better aligned the goals of the two | | |
| | 168:02  companies, which was to, you know, create a | | |
| | 168:03  really good customer experience. | | |
| | 168:04  I mean, it was addressing some | | |
| | 168:05  things in the Android ecosystem that needed | | |
| | 168:06  addressing and required both of us to work | | |
| | 168:07  together on. | | |
| 168:14 - 168:23 | **Giard, Jeffrey 2022-01-10** | 00:01:04 | Trial_Giard_11.68 |
| | 168:14  Q.  So, Mr. Giard, Jorge is going to | | |
| | 168:15  share a document in the chat, which I would | | |
| | 168:16  like marked as Exhibit 6.  And while you | | |
| | 168:17  download and open that, let me describe it | | |
| | 168:18  for the record. | | |
| | 168:19  MR. GOLDSTEIN:  Exhibit 6 is a | | |
| | 168:20  multipage document beginning with the | | |
| | 168:21  Bates stamp Google_Lit-TMO_00127725, | | |

**Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 168:22    ending with Bates stamp | | |
| | 168:23    Google_Lit-TMO_00127732. | | |
| 169:07 - 169:14 | **Giard, Jeffrey 2022-01-10** | 00:00:25 | Trial_Giard_11.69 |
| | 169:07  Q.  Okay.  So this Exhibit 6 is an | | |
| | 169:08    email and an attachment to an email that | | |
| | 169:09    you received in July of 2020, correct? | | |
| | 169:10  A.  Yes. | | |
| | 169:11  Q.  Do you recognize the document | | |
| | 169:12    that's attached to the email? | | |
| | 169:13  A.  I believe I've reviewed it in the | | |
| | 169:14    past, yes. | | |
| 170:03 - 170:08 | **Giard, Jeffrey 2022-01-10** | 00:00:27 | Trial_Giard_11.70 |
| | 170:03  Q.  All right.  So what, at a high | | |
| | 170:04    level, is this document? | | |
| | 170:05  A.  I think Rami put together a view | | |
| | 170:06    of, you know, what the search ecosystem | | |
| | 170:07    looks like today and what potential options | | |
| | 170:08    T-Mobile would have in the space. | | |
| 171:18 - 172:14 | **Giard, Jeffrey 2022-01-10** | 00:00:50 | Trial_Giard_11.71 |
| | 171:18  Q.  Got it. | | |
| | 171:19    All right.  So in that paragraph | | |
| | 171:20    that begins, "For the past XXX years," do | | |
| | 171:21    you see the sentence that begins with "Even | | |
| | 171:22    though"? | | |
| | 171:23  A.  Yes. | | |
| | 171:24  Q.  Let me read it out loud. | | |
| | 171:25    "Even though the relationship has | | |
| | 172:01    been a good source of cash for us, we have | | |
| | 172:02    absolutely no control over the customer | | |
| | 172:03    experience or the monetization.  Google is | | |
| | 172:04    the one that controls both." | | |
| | 172:05    Did I read that correctly? | | |
| | 172:06  A.  You did. | | |
| | 172:07  Q.  Did you agree with that | | |
| | 172:08    statement? | | |
| | 172:09  A.  I mean, it's factually accurate. | | |
| | 172:10    I think it contains some sentiment of | | |
| | 172:11    position that I don't necessarily agree | | |
| | 172:12    with; that it's a bad experience, I think | | |
| | 172:13    it's implied there, and I don't necessarily | | |

**Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 172:14    agree with that. | | |
| 181:04 - 181:10 | **Giard, Jeffrey 2022-01-10** | 00:00:17 | Trial_Giard_11.72 |
| | 181:04  Q.  So when this email and attachment | | |
| | 181:05       was sent to you, the 2017 RSA was still in | | |
| | 181:06       effect, right? | | |
| | 181:07  A.  Yes. | | |
| | 181:08  Q.  Did you have the ability to | | |
| | 181:09       experiment with different/new options under | | |
| | 181:10       the 2017 RSA? | | |
| 181:12 - 182:05 | **Giard, Jeffrey 2022-01-10** | 00:00:37 | Trial_Giard_11.73 |
| | 181:12       THE WITNESS:  No, not in the | | |
| | 181:13       context that he's referring to here. | | |
| | 181:14       BY MR. GOLDSTEIN: | | |
| | 181:15  Q.  So go down to the paragraph that | | |
| | 181:16       says, "The new solution." | | |
| | 181:17       Do you see that? | | |
| | 181:18  A.  I do. | | |
| | 181:19  Q.  So, "The new solution we designed | | |
| | 181:20       can have a combination of search engines - | | |
| | 181:21       such as Bing, Amazon Branch, and others - | | |
| | 181:22       provide results as well as elements of | | |
| | 181:23       image/video content in ads." | | |
| | 181:24       Do you see that? | | |
| | 181:25  A.  I do. | | |
| | 182:01  Q.  All right.  So you here are -- | | |
| | 182:02       I'm sorry -- Rami here is describing sort | | |
| | 182:03       of a search experience that combines sort | | |
| | 182:04       of products from different companies? | | |
| | 182:05  A.  Yes. | | |
| 184:04 - 184:09 | **Giard, Jeffrey 2022-01-10** | 00:00:12 | Trial_Giard_11.74 |
| | 184:04  Q.  You can set that document aside. | | |
| | 184:05       Actually, apologies. | | |
| | 184:06       So that search experience that we | | |
| | 184:07       were just talking about, just so I'm clear, | | |
| | 184:08       that was not permitted under the 2017 RSA, | | |
| | 184:09       right? | | |
| 184:11 - 184:11 | **Giard, Jeffrey 2022-01-10** | 00:00:02 | Trial_Giard_11.75 |
| | 184:11       THE WITNESS:  Correct. | | |
| 184:18 - 184:23 | **Giard, Jeffrey 2022-01-10** | 00:00:26 | Trial_Giard_11.76 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 184:18  Q.  So, Mr. Giard, Jorge is going to | | Trial_Giard_11.76 |
| | 184:19      share a document in the chat that I would | | |
| | 184:20      like marked as Exhibit 7.  Exhibit 7 is a | | |
| | 184:21      two-page document.  The first page is Bates | | |
| | 184:22      stamped Google_Lit-TMO_00030855 and ending | | |
| | 184:23      in Bates stamp Google_Lit-TMO_00030856. | | |
| 184:24 - 184:24 | **Giard, Jeffrey 2022-01-10** | 00:00:02 | Trial_Giard_11.77 |
| | 184:24  A.  Okay. | | |
| 185:01 - 185:04 | **Giard, Jeffrey 2022-01-10** | 00:00:13 | Trial_Giard_11.78 |
| | 185:01  A.  Okay. | | |
| | 185:02  Q.  Exhibit 7 is an email that you | | |
| | 185:03      sent on September 2, 2020, right? | | |
| | 185:04  A.  Correct. | | |
| 185:05 - 186:01 | **Giard, Jeffrey 2022-01-10** | 00:00:58 | Trial_Giard_11.79 |
| | 185:05  Q.  Let me ask about the recipients. | | |
| | 185:06      Who is Matt Staneff? | | |
| | 185:07  A.  He was the chief marketing | | |
| | 185:08      officer of T-Mobile at the time. | | |
| | 185:09  Q.  And who did he report to? | | |
| | 185:10  A.  He reported to Mike Sievert. | | |
| | 185:11  Q.  Dow Draper was your -- your | | |
| | 185:12      manager at the time; is that right? | | |
| | 185:13  A.  Correct.  Yes. | | |
| | 185:14  Q.  And then who was Jason Young? | | |
| | 185:15  A.  Jason Young was our SVP in | | |
| | 185:16      corporate strategy responsible for kind of | | |
| | 185:17      our big partnership relationships, | | |
| | 185:18      including Google. | | |
| | 185:19  Q.  Got it. | | |
| | 185:20      Who did he report to? | | |
| | 185:21  A.  He reported -- he reported to | | |
| | 185:22      Peter Ewens. | | |
| | 185:23  Q.  Okay.  So in this email you are | | |
| | 185:24      providing an update on negotiations with | | |
| | 185:25      Google about a search agreement, right? | | |
| | 186:01  A.  That's correct. | | |
| 186:06 - 186:15 | **Giard, Jeffrey 2022-01-10** | 00:00:20 | Trial_Giard_11.80 |
| | 186:06  Q.  I'm going to read the third | | |
| | 186:07      sentence.  If you could follow along. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 186:08 | "This time around the DOJ | | |
| | 186:09 | investigation and market trends have | | |
| | 186:10 | changed the dynamic." | | |
| | 186:11 | The reference to the DOJ | | |
| | 186:12 | investigation is a reference to the | | |
| | 186:13 | investigation that preceded this | | |
| | 186:14 | litigation? | | |
| | 186:15 | A.   Yes. | | |
| 188:10 - 188:19 | **Giard, Jeffrey 2022-01-10** | 00:00:21 | Trial_Giard_11.81 |
| | 188:10 | Q.   All right.  Take a look at the | | |
| | 188:11 | sort of paragraph that begins -- the next | | |
| | 188:12 | paragraph, the one that begins with "This | | |
| | 188:13 | has resulted." | | |
| | 188:14 | Do you see that? | | |
| | 188:15 | A.   I do. | | |
| | 188:16 | Q.   Was it your understanding that, | | |
| | 188:17 | at least in part because of the DOJ | | |
| | 188:18 | investigation, Google agreed to changes to | | |
| | 188:19 | the structure of the RSA? | | |
| 188:21 - 189:02 | **Giard, Jeffrey 2022-01-10** | 00:00:24 | Trial_Giard_11.82 |
| | 188:21 | THE WITNESS:  That was -- that | | |
| | 188:22 | was my assumption.  I wouldn't call it | | |
| | 188:23 | an analysis.  It's more, I guess, | | |
| | 188:24 | attributing it to that rather than my | | |
| | 188:25 | superior negotiating skills was my | | |
| | 189:01 | assumption at the time, again, | | |
| | 189:02 | unconfirmed by anybody at Google. | | |
| 192:03 - 192:23 | **Giard, Jeffrey 2022-01-10** | 00:00:52 | Trial_Giard_11.83 |
| | 192:03 | All right.  Let me go to the next | | |
| | 192:04 | sort of section.  Underneath the line that | | |
| | 192:05 | says "A few of our key proposals," you list | | |
| | 192:06 | "Higher rev share"? | | |
| | 192:07 | A.   As always, yes. | | |
| | 192:08 | Q.   You mentioned before that's | | |
| | 192:09 | something that you were seeking in the | | |
| | 192:10 | negotiations? | | |
| | 192:11 | A.   Yes.  Every time.  We'll do it | | |
| | 192:12 | again next time too. | | |
| | 192:13 | Q.   The second item, "A guarantee to | | |
| | 192:14 | not withhold GMS certification if we choose | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 192:15 | to use an alternative search provider for | | |
| | 192:16 | an Android handset," that's the GMS | | |
| | 192:17 | certification issue that we had discussed | | |
| | 192:18 | earlier in the deposition? | | |
| | 192:19 A. | Correct. | | |
| | 192:20 Q. | So at this point in time, you | | |
| | 192:21 | were still concerned about Google's ability | | |
| | 192:22 | to withhold GMS certification if you | | |
| | 192:23 | switched search provider? | | |

| 192:25 - 193:01 | **Giard, Jeffrey 2022-01-10** | 00:00:03 | Trial_Giard_11.84 |
| | 192:25 | THE WITNESS:  Yes.  We were still | | |
| | 193:01 | concerned about it at this point. | | |

| 194:11 - 194:19 | **Giard, Jeffrey 2022-01-10** | 00:00:22 | Trial_Giard_11.85 |
| | 194:11 Q. | All right.  And the Android | | |
| | 194:12 | Activations Agreement is not a platform | | |
| | 194:13 | deal, right? | | |
| | 194:14 A. | Correct. | | |
| | 194:15 Q. | So T-Mobile has the ability to | | |
| | 194:16 | decide on a device-by-device basis if a | | |
| | 194:17 | device is going to comply with the | | |
| | 194:18 | requirements of that agreement? | | |
| | 194:19 A. | That's correct. | | |

| 199:08 - 199:15 | **Giard, Jeffrey 2022-01-10** | 00:00:22 | Trial_Giard_11.86 |
| | 199:08 Q. | Okay.  Let me ask a couple | | |
| | 199:09 | questions about devices that do get opted | | |
| | 199:10 | into the Android Activations Agreement. | | |
| | 199:11 | So for devices that do get opted | | |
| | 199:12 | in and qualify for a payment from Google, | | |
| | 199:13 | does the agreement require T-Mobile to set | | |
| | 199:14 | Google as the default search engine? | | |
| | 199:15 A. | Yes. | | |

| 199:18 - 199:21 | **Giard, Jeffrey 2022-01-10** | 00:00:13 | Trial_Giard_11.87 |
| | 199:18 Q. | Do the terms for setting Google | | |
| | 199:19 | as the default search engine differ in any | | |
| | 199:20 | way from the sort of equivalent terms in | | |
| | 199:21 | the 2017 RSA? | | |

| 199:23 - 200:09 | **Giard, Jeffrey 2022-01-10** | 00:00:25 | Trial_Giard_11.88 |
| | 199:23 | THE WITNESS:  I don't -- I don't | | |
| | 199:24 | believe so.  I believe they are | | |

**Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 199:25 | similar. | | |
| | 200:01 | BY MR. GOLDSTEIN: | | |
| | 200:02 Q. | Okay. What about the search | | |
| | 200:03 | exclusivity language? For devices that are | | |
| | 200:04 | opted into the Android Activations | | |
| | 200:05 | Agreement -- well, actually, let me start | | |
| | 200:06 | with this. | | |
| | 200:07 | For devices that are opted into | | |
| | 200:08 | the Android Activations Agreement, is there | | |
| | 200:09 | a search exclusivity provision? | | |

| 200:11 - 200:15 | **Giard, Jeffrey 2022-01-10** | 00:00:10 | Trial_Giard_11.89 |
| | 200:11 | THE WITNESS: I think there is, | | |
| | 200:12 | yes. | | |
| | 200:13 | BY MR. GOLDSTEIN: | | |
| | 200:14 Q. | Does that provision differ from | | |
| | 200:15 | the provision that was in the 2017 RSA? | | |

| 200:17 - 200:21 | **Giard, Jeffrey 2022-01-10** | 00:00:10 | Trial_Giard_11.90 |
| | 200:17 | THE WITNESS: I'd have to compare | | |
| | 200:18 | the language between the two contracts, | | |
| | 200:19 | and it's been a long time since I've | | |
| | 200:20 | looked at them side by side. But I | | |
| | 200:21 | think they are substantially the same. | | |

| 201:11 - 202:04 | **Giard, Jeffrey 2022-01-10** | 00:00:49 | Trial_Giard_11.91 |
| | 201:11 Q. | So you mentioned that the payment | | |
| | 201:12 | structure under the Android Activations | | |
| | 201:13 | Agreement is different than the payment | | |
| | 201:14 | structure under the 2017 and 2013 RSAs. | | |
| | 201:15 | Am I right about that? | | |
| | 201:16 A. | Correct. Yes. | | |
| | 201:17 Q. | Could you explain to me how the | | |
| | 201:18 | payments are structured in the Android | | |
| | 201:19 | Activations Agreement? | | |
| | 201:20 A. | Yeah, it's a -- it's a per-device | | |
| | 201:21 | fee and is not tied to revenue derived from | | |
| | 201:22 | search as the previous one was. | | |
| | 201:23 | So we get a fee for each month | | |
| | 201:24 | for the number of active Android devices | | |
| | 201:25 | connected to our network that we | | |
| | 202:01 | distribute. | | |
| | 202:02 Q. | And that payment structure was | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 202:03   something that T-Mobile requested? | | |
| | 202:04   A.   Yes. | | |
| 215:19 - 215:21 | **Giard, Jeffrey 2022-01-10** | 00:00:08 | Trial_Giard_11.92 |
| | 215:19   Q.   Do revenue share payments or | | |
| | 215:20        bounty payments factor into the retail | | |
| | 215:21        price of T-Mobile phones? | | |
| 215:23 - 216:06 | **Giard, Jeffrey 2022-01-10** | 00:00:28 | Trial_Giard_11.93 |
| | 215:23        THE WITNESS:  Not directly, no. | | |
| | 215:24        BY MR. GOLDSTEIN: | | |
| | 215:25   Q.   Indirectly? | | |
| | 216:01   A.   Well, indirectly that -- I would | | |
| | 216:02        say all T-Mobile services and offerings | | |
| | 216:03        factor into how we price devices and | | |
| | 216:04        services collectively.  So it is a factor. | | |
| | 216:05        It is not -- it's not a driving factor. | | |
| | 216:06        It's not even the largest factor. | | |
| 258:06 - 258:25 | **Giard, Jeffrey 2022-01-10** | 00:00:58 | Trial_Giard_11.94 |
| | 258:06   Q.   You had testified earlier today | | |
| | 258:07        that, in addition to Google, T-Mobile | | |
| | 258:08        considered potential other search providers | | |
| | 258:09        at the time you were considering the 2017 | | |
| | 258:10        RSA; is that right? | | |
| | 258:11   A.   That's correct. | | |
| | 258:12   Q.   All right.  What role did you | | |
| | 258:13        play in considering whether T-Mobile should | | |
| | 258:14        enter into a search arrangement with an | | |
| | 258:15        alternative search provider? | | |
| | 258:16   A.   A leadership role in that? | | |
| | 258:17        I led the evaluation and directed | | |
| | 258:18        my team to conduct the evaluation. | | |
| | 258:19   Q.   So I believe you testified that | | |
| | 258:20        you were the lead negotiator with the | | |
| | 258:21        Google agreements; is that right? | | |
| | 258:22   A.   That's correct. | | |
| | 258:23   Q.   Were you the lead negotiator with | | |
| | 258:24        Microsoft? | | |
| | 258:25   A.   Yes. | | |
| 259:08 - 260:07 | **Giard, Jeffrey 2022-01-10** | 00:01:35 | Trial_Giard_11.95 |
| | 259:08   Q.   And when considering alternatives | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 259:09 | | to the Google agreement, what factors did | | |
| | 259:10 | | T-Mobile consider in deciding whether it | | |
| | 259:11 | | would, for example, enter an agreement with | | |
| | 259:12 | | Microsoft? | | |
| | 259:13 | A. | So search experience | | |
| | 259:14 | | specifically.  More generally, the device | | |
| | 259:15 | | experience that would be created with that | | |
| | 259:16 | | type of agreement and revenue to T-Mobile. | | |
| | 259:17 | | And then I guess also in that would be | | |
| | 259:18 | | operational implications of each of the | | |
| | 259:19 | | various partnerships. | | |
| | 259:20 | Q. | So what do you mean when you say | | |
| | 259:21 | | "search experience"? | | |
| | 259:22 | A. | So everything from the entry | | |
| | 259:23 | | point, what is the design and function of | | |
| | 259:24 | | the entry point, and how are the results | | |
| | 259:25 | | displayed and conveyed to the end user and | | |
| | 260:01 | | the quality of those results as well. | | |
| | 260:02 | Q. | And when evaluating a potential | | |
| | 260:03 | | arrangement with Microsoft at the time, | | |
| | 260:04 | | what steps, if any, did T-Mobile and | | |
| | 260:05 | | Microsoft take to evaluate the quality of | | |
| | 260:06 | | the results that would be received by a | | |
| | 260:07 | | T-Mobile consumer? | | |
| **260:09 - 260:16** | **Giard, Jeffrey 2022-01-10** | | | **00:00:27** | **Trial_Giard_11.96** |
| | 260:09 | | THE WITNESS:  I'm sorry. | | |
| | 260:10 | | It was more of a qualitative | | |
| | 260:11 | | assessment on the part of myself and my | | |
| | 260:12 | | team, using our own judgment on that | | |
| | 260:13 | | based on a series of searches that we | | |
| | 260:14 | | did between the two search engines and | | |
| | 260:15 | | the various entry points supported by | | |
| | 260:16 | | those search engines. | | |
| **260:18 - 261:16** | **Giard, Jeffrey 2022-01-10** | | | **00:01:05** | **Trial_Giard_11.97** |
| | 260:18 | Q. | And then you also referred to | | |
| | 260:19 | | "device experience." | | |
| | 260:20 | | What did you mean by "device | | |
| | 260:21 | | experience" as opposed to search | | |
| | 260:22 | | experience? | | |
| | 260:23 | A. | Well, changing out the default | | |

**Trial_Giard_11 - Giard, Jeffrey 2022.01.10 & 01.11 - With DOJ counters-in trial presentation_v11**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 260:24  search provider and the entry points | | |
| | 260:25  impacts the overall device experience.  So | | |
| | 261:01  you would have to take that into | | |
| | 261:02  consideration as a factor. | | |
| | 261:03  So it's more than just swapping | | |
| | 261:04  out, you know, the default search engine in | | |
| | 261:05  the browser.  It's, you know, each of | | |
| | 261:06  them -- you know, each search provider has | | |
| | 261:07  apps that also support the search | | |
| | 261:08  experience, and those apps live in | | |
| | 261:09  different places within -- you know, on the | | |
| | 261:10  device.  And that provides an overall | | |
| | 261:11  device experience. | | |
| | 261:12  You know, it's a primary function | | |
| | 261:13  by this point in the device's use was | | |
| | 261:14  access to the Internet and search being a | | |
| | 261:15  primary function -- or a necessary function | | |
| | 261:16  of enabling that. | | |
| 263:11 - 263:21 | **Giard, Jeffrey 2022-01-10** | 00:00:53 | Trial_Giard_11.98 |
| | 263:11  Q.  In connection with or leading up | | |
| | 263:12      to the negotiations of the 2017 RSA, did | | |
| | 263:13      T-Mobile explore a relationship with | | |
| | 263:14      DuckDuckGo? | | |
| | 263:15  A.  I think we probably looked into | | |
| | 263:16      it but dismissed it pretty early on. | | |
| | 263:17  Q.  Why is that? | | |
| | 263:18  A.  I think it didn't have as robust | | |
| | 263:19      a user experience as either of the | | |
| | 263:20      alternative search options, nor did they | | |
| | 263:21      have the same business model behind them. | | |
| 263:25 - 264:06 | **Giard, Jeffrey 2022-01-10** | 00:00:24 | Trial_Giard_11.99 |
| | 263:25      When you refer to a less robust | | |
| | 264:01      user experience, what do you mean? | | |
| | 264:02  A.  Yeah, I think both Microsoft and | | |
| | 264:03      Google had more complete and -- more entry | | |
| | 264:04      points and more resources dedicated towards | | |
| | 264:05      continuously improving that experience than | | |
| | 264:06      DuckDuckGo did. | | |
| 266:02 - 266:10 | **Giard, Jeffrey 2022-01-10** | 00:00:23 | Trial_Giard_11.100 |
| | 266:02      (Whereupon, Exhibit 12 is marked | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 266:03 | for identification.) | | |
| | 266:04 | BY MR. McGINNIS: | | |
| | 266:05 Q. | For the record, Mr. Giard, this | | |
| | 266:06 | is what we marked as Exhibit 12, which is a | | |
| | 266:07 | document bearing the Bates label | | |
| | 266:08 | Google_Lit-TMO_00059306, which is a | | |
| | 266:09 | four-page document. | | |
| | 266:10 A. | Okay. | | |

**266:16 - 266:22**  Giard, Jeffrey 2022-01-10  00:00:14  Trial_Giard_11.101

266:16 Q. All right. Mr. Giard, do you
266:17 recognize this document?
266:18 A. I do.
266:19 Q. Okay. And what is it?
266:20 A. It is the executive deal summary
266:21 for the 2017 RSA agreement between Google
266:22 and T-Mobile.

**267:04 - 267:08**  Giard, Jeffrey 2022-01-10  00:00:12  Trial_Giard_11.102

267:04 Q. Were you involved in the
267:05 preparation of this document?
267:06 A. I was. It was done by Jon Morrow
267:07 who worked for me at the time and reviewed
267:08 by me.

**269:03 - 269:21**  Giard, Jeffrey 2022-01-10  00:00:35  Trial_Giard_11.103

269:03 Directing your attention to the
269:04 last bullet in that column, it says, "TMO
269:05 devices existing prior to the new agreement
269:06 that were eligible for revenue share will
269:07 continue to receive revenue share."
269:08 Did I read that correctly?
269:09 A. You did.
269:10 Q. All right. And was this a term
269:11 that was negotiated as part of the 2017
269:12 agreement?
269:13 A. It was.
269:14 Q. This was not something that
269:15 Google was obliged to do under the 2013
269:16 revenue share agreement, correct?
269:17 A. That's correct.
269:18 Q. Okay. And so this is something
269:19 that T-Mobile negotiated for and obtained

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 269:20     as part of the agreement? | | |
| | 269:21   A.   Yes. | | |
| 273:15 - 274:02 | **Giard, Jeffrey 2022-01-10** | 00:00:34 | Trial_Giard_11.104 |
| | 273:15   Q.   Directing your attention to the | | |
| | 273:16     right-hand column on that page, it then | | |
| | 273:17     says, "New requirements are in TMO interest | | |
| | 273:18     as it creates consistency in customer | | |
| | 273:19     experience across all non-Samsung Android | | |
| | 273:20     OEM devices." | | |
| | 273:21     Did I read that right? | | |
| | 273:22   A.   Yes. | | |
| | 273:23   Q.   Why did T-Mobile believe that the | | |
| | 273:24     placement of the Chrome browser in the | | |
| | 273:25     application dock was in TMO's interest | | |
| | 274:01     because it created consistency in the | | |
| | 274:02     customer experience? | | |
| 274:04 - 275:06 | **Giard, Jeffrey 2022-01-10** | 00:01:42 | Trial_Giard_11.105 |
| | 274:04     THE WITNESS:  I think Android, in | | |
| | 274:05     general, has long suffered from the | | |
| | 274:06     fragmentation we spoke about earlier. | | |
| | 274:07     Consumers have gravitated towards | | |
| | 274:08     iOS because of its consistency between | | |
| | 274:09     the available devices operating on iOS, | | |
| | 274:10     and that same consistency has not | | |
| | 274:11     existed on the Android side. | | |
| | 274:12     And I think our view was, in | | |
| | 274:13     order to maintain, you know, a viable | | |
| | 274:14     customer choice on device operating | | |
| | 274:15     systems, Android needed to be more | | |
| | 274:16     consistent between OEMs and between | | |
| | 274:17     devices, because that was the consumer | | |
| | 274:18     expectation. | | |
| | 274:19     And so the more we could do to | | |
| | 274:20     make the out-of-box experience at least | | |
| | 274:21     similar between devices, our belief was | | |
| | 274:22     the better off and the better Android | | |
| | 274:23     would be a viable competitor to iOS. | | |
| | 274:24     BY MR. McGINNIS: | | |
| | 274:25   Q.   And you refer to, I think, | | |
| | 275:01     maintenance of a viable customer choice | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 275:02    between device operating systems. | | |
| | 275:03    Can you describe what you mean by | | |
| | 275:04    that?  Why was -- why did consistency help | | |
| | 275:05    promote customer choice between Android and | | |
| | 275:06    iOS? | | |
| 275:08 - 275:20 | **Giard, Jeffrey 2022-01-10** | 00:00:34 | Trial_Giard_11.106 |
| | 275:08    THE WITNESS:  Well, it | | |
| | 275:09    particularly comes in during upgrade | | |
| | 275:10    cycles.  When customers are moving | | |
| | 275:11    from, you know, one device to another, | | |
| | 275:12    that's typically where you either | | |
| | 275:13    maintain the customer within their | | |
| | 275:14    operating system of choice previously | | |
| | 275:15    or they switch. | | |
| | 275:16    And so the consistency in moving | | |
| | 275:17    from one device to another, you know, | | |
| | 275:18    helps in overall customer satisfaction | | |
| | 275:19    and a lower likelihood for moving from | | |
| | 275:20    one operating system to the other. | | |
| 276:05 - 276:14 | **Giard, Jeffrey 2022-01-10** | 00:00:20 | Trial_Giard_11.107 |
| | 276:05    Let me jump back up to the second | | |
| | 276:06    row on this page, which was titled "Revenue | | |
| | 276:07    Share Percentage." | | |
| | 276:08   A.   Uh-huh. | | |
| | 276:09   Q.   And in the right-hand column, it | | |
| | 276:10    reads, "Significant win for TMO to maintain | | |
| | 276:11    same revenue share percentage as current | | |
| | 276:12    agreement." | | |
| | 276:13    Did I read that correctly? | | |
| | 276:14   A.   You did. | | |
| 277:15 - 278:07 | **Giard, Jeffrey 2022-01-10** | 00:01:09 | Trial_Giard_11.108 |
| | 277:15   Q.   And how, if at all, did that | | |
| | 277:16    revenue benefit T-Mobile's users? | | |
| | 277:17   A.   The revenue?  How did it benefit | | |
| | 277:18    T-Mobile users? | | |
| | 277:19    You know, I suppose, you know, | | |
| | 277:20    like everything, it contributed to helping | | |
| | 277:21    offset some of the downward pressures on | | |
| | 277:22    ARPU that the industry had seen. | | |
| | 277:23    So it -- you know, you could say | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 277:24  that it helped support some -- you know, | | |
| | 277:25  reduced or -- it helped in a very minor | | |
| | 278:01  way, you know, some of the subsidies or the | | |
| | 278:02  reduction in direct cost to consumers of | | |
| | 278:03  the services that we provided. | | |
| | 278:04  Q.  And you referred to ARPU. | | |
| | 278:05  Can you describe for the record, | | |
| | 278:06  what does ARPU stand for? | | |
| | 278:07  A.  Average revenue per user. | | |
| 278:08 - 278:13 | **Giard, Jeffrey 2022-01-10** | 00:00:15 | Trial_Giard_11.109 |
| | 278:08  Q.  And you testified that it helped | | |
| | 278:09  essentially a reduction in the direct cost | | |
| | 278:10  to consumers of the services that we | | |
| | 278:11  provided. | | |
| | 278:12  Did I get that right? | | |
| | 278:13  A.  Yeah.  Very indirectly, though. | | |
| 278:14 - 279:18 | **Giard, Jeffrey 2022-01-10** | 00:01:48 | Trial_Giard_11.110 |
| | 278:14  Q.  Okay.  And does TMO -- T-Mobile | | |
| | 278:15  compete for device sales with others in the | | |
| | 278:16  market? | | |
| | 278:17  A.  To a very extreme degree. | | |
| | 278:18  Q.  And does TMO also seek to deliver | | |
| | 278:19  value to its users through competitive | | |
| | 278:20  phone plans? | | |
| | 278:21  A.  We do. | | |
| | 278:22  Q.  And does T-Mobile also seek to | | |
| | 278:23  deliver a quality network, cellular | | |
| | 278:24  network, to its customers? | | |
| | 278:25  A.  We do indeed. | | |
| | 279:01  Q.  We can turn, actually, to the | | |
| | 279:02  page 3 of Exhibit 12 now.  There's a | | |
| | 279:03  section there titled "Security Updates." | | |
| | 279:04  Do you see that? | | |
| | 279:05  A.  I do. | | |
| | 279:06  Q.  And did the 2017 RSA between | | |
| | 279:07  Google and T-Mobile include security update | | |
| | 279:08  obligations for T-Mobile? | | |
| | 279:09  A.  It did. | | |
| | 279:10  Q.  Okay.  Can you just describe | | |
| | 279:11  generally what those obligations were? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 279:12  A.   To pass on and support over the |  |  |
|  | 279:13       year updates of security patches on a -- |  |  |
|  | 279:14       based on a quarterly basis to, you know, |  |  |
|  | 279:15       different threshold levels of customers so |  |  |
|  | 279:16       that we didn't just deliver it, but it was |  |  |
|  | 279:17       installed by and executed by customers to |  |  |
|  | 279:18       these different -- different levels. |  |  |
| 286:16 - 287:04 | **Giard, Jeffrey 2022-01-10** | 00:00:30 | Trial_Giard_11.111 |
|  | 286:16       So the number of Android devices |  |  |
|  | 286:17       increased after the 2017 agreement.  Is |  |  |
|  | 286:18       that your understanding? |  |  |
|  | 286:19  A.   I believe that's correct, yes. |  |  |
|  | 286:20  Q.   But the relative share of Android |  |  |
|  | 286:21       devices versus Apple devices on the |  |  |
|  | 286:22       T-Mobile network declined -- |  |  |
|  | 286:23  A.   Correct. |  |  |
|  | 286:24  Q.   -- is that correct? |  |  |
|  | 286:25  A.   Yes. |  |  |
|  | 287:01  Q.   And was that a -- that sort of |  |  |
|  | 287:02       mix or the adjustment and the share between |  |  |
|  | 287:03       Android and Apple devices, was that a good |  |  |
|  | 287:04       thing or a bad thing for T-Mobile? |  |  |
| 287:06 - 287:24 | **Giard, Jeffrey 2022-01-10** | 00:00:56 | Trial_Giard_11.112 |
|  | 287:06       THE WITNESS:  Both. |  |  |
|  | 287:07       BY MR. McGINNIS: |  |  |
|  | 287:08  Q.   Can you describe? |  |  |
|  | 287:09  A.   Well, it was a good thing, |  |  |
|  | 287:10       because we were still getting more |  |  |
|  | 287:11       subscribers -- right? -- whether they chose |  |  |
|  | 287:12       Android or iOS.  So T-Mobile was growing. |  |  |
|  | 287:13       It was growing rapidly.  So in that |  |  |
|  | 287:14       perspective, it was a good thing. |  |  |
|  | 287:15       It was a bad thing, I guess, |  |  |
|  | 287:16       because the more customers chose iOS, the |  |  |
|  | 287:17       fewer options T-Mobile had for introducing |  |  |
|  | 287:18       new services or revenue opportunities for |  |  |
|  | 287:19       the company. |  |  |
|  | 287:20  Q.   And why is that? |  |  |
|  | 287:21  A.   We have some flexibility to |  |  |
|  | 287:22       preload and define the user experience on |  |  |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 287:23   Android devices, and we have no such | | |
| | 287:24   ability on iOS. | | |
| 287:25 - 288:03 | **Giard, Jeffrey 2022-01-10** | 00:00:06 | Trial_Giard_11.113 |
| | 287:25  Q.  And that's because, I think as | | |
| | 288:01   you testified earlier, iOS is a closed | | |
| | 288:02   system? | | |
| | 288:03  A.  Correct. | | |
| 294:19 - 295:08 | **Giard, Jeffrey 2022-01-10** | 00:00:45 | Trial_Giard_11.114 |
| | 294:19   Mr. Giard, we also talked a | | |
| | 294:20   little bit about Samsung previously, and I | | |
| | 294:21   believe you testified that there was an | | |
| | 294:22   exception in the 2017 RSA for the Samsung | | |
| | 294:23   browser. | | |
| | 294:24   Do you recall that? | | |
| | 294:25  A.  I do. | | |
| | 295:01  Q.  And what, just in general terms, | | |
| | 295:02   does that exception provide for? | | |
| | 295:03  A.  That, for Samsung devices, Chrome | | |
| | 295:04   was not required to be in the hot seat or | | |
| | 295:05   application dock for -- to be eligible for | | |
| | 295:06   revenue share. | | |
| | 295:07  Q.  And was something else in the | | |
| | 295:08   application dock? | | |
| 295:10 - 295:17 | **Giard, Jeffrey 2022-01-10** | 00:00:14 | Trial_Giard_11.115 |
| | 295:10   THE WITNESS:  Yeah, I believe | | |
| | 295:11   Samsung's own Internet browser. | | |
| | 295:12   BY MR. McGINNIS: | | |
| | 295:13  Q.  So this meant there was the | | |
| | 295:14   Samsung browser and the application dock | | |
| | 295:15   and then the Chrome browser elsewhere on | | |
| | 295:16   the mobile device; is that correct? | | |
| | 295:17  A.  That's correct. | | |
| 295:24 - 296:07 | **Giard, Jeffrey 2022-01-10** | 00:00:24 | Trial_Giard_11.116 |
| | 295:24  Q.  Now, I believe you had testified | | |
| | 295:25   that, notwithstanding the fact that there | | |
| | 296:01   was the Samsung browser in the dock, some | | |
| | 296:02   users were still using the Chrome browser; | | |
| | 296:03   is that correct? | | |
| | 296:04  A.  Yeah, many.  Many users were, or | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 296:05 | in the case where the Chrome wasn't | | |
| | 296:06 | preloaded, they were going to download it | | |
| | 296:07 | from the application store -- Play Store. | | |
| 296:15 - 297:20 | **Giard, Jeffrey 2022-01-10** | | 00:01:18 | Trial_Giard_11.117 |
| | 296:15 | BY MR. McGINNIS: | | |
| | 296:16 Q. | But your recollection is that it | | |
| | 296:17 | was many? | | |
| | 296:18 A. | It was significant enough to | | |
| | 296:19 | cause us concern, because, as I recall, I | | |
| | 296:20 | don't think we were getting revenue share | | |
| | 296:21 | for the Chrome browser on Samsung devices. | | |
| | 296:22 | So there was an internal belief | | |
| | 296:23 | that it was significant enough that it | | |
| | 296:24 | was -- that we were missing out on revenue | | |
| | 296:25 | opportunity and possibly not providing the | | |
| | 297:01 | best customer experience if people were | | |
| | 297:02 | moving that around on their own. | | |
| | 297:03 Q. | So why do you think this was not | | |
| | 297:04 | providing -- I'm sorry. I didn't mean to | | |
| | 297:05 | interrupt you. Were you not -- | | |
| | 297:06 A. | I was trying to clarify, like, | | |
| | 297:07 | saying -- I was trying to clarify what I | | |
| | 297:08 | meant by "moving it around." Meaning | | |
| | 297:09 | replacing the Samsung browser in the dock | | |
| | 297:10 | with the Chrome browser. | | |
| | 297:11 Q. | You also said that this was | | |
| | 297:12 | possibly not providing the best customer | | |
| | 297:13 | experience. | | |
| | 297:14 | Why not? Why was this not the | | |
| | 297:15 | best customer experience? | | |
| | 297:16 A. | Well, it's only -- it's only an | | |
| | 297:17 | assumption on our part, because we saw a | | |
| | 297:18 | large number of users, you know, choosing | | |
| | 297:19 | to make that change from the Samsung | | |
| | 297:20 | browser to the Chrome browser. | | |
| 325:09 - 325:18 | **Giard, Jeffrey 2022-01-11** | | 00:00:24 | Trial_Giard_11.118 |
| | 325:09 | Under the agreement that T-Mobile | | |
| | 325:10 | and Google executed titled the Android | | |
| | 325:11 | Activations Agreement, was T-Mobile | | |
| | 325:12 | permitted to have some devices with search | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 325:13 | engines other than Google preloaded? | | |
| | 325:14 A. | Yes. | | |
| | 325:15 Q. | And was T-Mobile also permitted | | |
| | 325:16 | to have some devices with a browser other | | |
| | 325:17 | than Chrome preloaded on those devices? | | |
| | 325:18 A. | Yes. | | |

| 334:02 - 334:08 | **Giard, Jeffrey 2022-01-11** | 00:00:18 | Trial_Giard_11.119 |
| | 334:02 | For the record, this is an |
| | 334:03 | agreement Bates labeled |
| | 334:04 | Google_Lit-TMO_00134433 titled, "Google |
| | 334:05 | Android Activations Agreement" dated |
| | 334:06 | June 1, 2021. |
| | 334:07 | (Whereupon, Exhibit 19 is marked |
| | 334:08 | for identification.) |

| 334:11 - 334:17 | **Giard, Jeffrey 2022-01-11** | 00:00:09 | Trial_Giard_11.120 |
| | 334:11 Q. | All right.  Do you recognize this |
| | 334:12 | document? |
| | 334:13 A. | I do. |
| | 334:14 Q. | This is the executed Android |
| | 334:15 | Activations Agreement that you testified |
| | 334:16 | about earlier? |
| | 334:17 A. | Yes. |

| 335:15 - 335:20 | **Giard, Jeffrey 2022-01-11** | 00:00:18 | Trial_Giard_11.121 |
| | 335:15 Q. | All right.  Mr. Giard, you also |
| | 335:16 | yesterday had testified that in the lead-up |
| | 335:17 | to the execution of Exhibit 19, T-Mobile |
| | 335:18 | considered alternative strategies with |
| | 335:19 | respect to search. |
| | 335:20 | Do you recall that testimony? |

| 335:22 - 336:18 | **Giard, Jeffrey 2022-01-11** | 00:00:51 | Trial_Giard_11.122 |
| | 335:22 | THE WITNESS:  Yes. |
| | 335:23 | BY MR. McGINNIS: |
| | 335:24 Q. | And in considering those |
| | 335:25 | alternative strategies for search, did |
| | 336:01 | T-Mobile, again, consider the importance of |
| | 336:02 | user experience -- |
| | 336:03 A. | Yes. |
| | 336:04 Q. | -- as one aspect of the user |
| | 336:05 | experience? |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 336:06  A.  Yes, we did. | | |
| | 336:07  Q.  And did T-Mobile also consider | | |
| | 336:08       the potential economics of any alternative | | |
| | 336:09       search arrangements? | | |
| | 336:10  A.  Yes. | | |
| | 336:11  Q.  Did T-Mobile consider how such an | | |
| | 336:12       arrangement would help it compete against | | |
| | 336:13       other carriers in the United States? | | |
| | 336:14  A.  Yeah, I'd say that's -- yeah, | | |
| | 336:15       that's always our calculus in almost | | |
| | 336:16       everything we do, how do we provide a | | |
| | 336:17       better product for customers in order to | | |
| | 336:18       effectively compete, yes. | | |
| 337:20 - 338:04 | **Giard, Jeffrey 2022-01-11** | 00:00:28 | Trial_Giard_11.123 |
| | 337:20  Q.  Now, turning back to T-Mobile's | | |
| | 337:21       consideration of alternative search | | |
| | 337:22       providers, did T-Mobile consider Microsoft | | |
| | 337:23       Bing as an alternative? | | |
| | 337:24  A.  Yes. | | |
| | 337:25  Q.  And in considering Microsoft as | | |
| | 338:01       an alternative, did T-Mobile once again | | |
| | 338:02       consider the user experience provided by | | |
| | 338:03       Bing compared to Google Search? | | |
| | 338:04  A.  Yes. | | |
| 342:23 - 343:02 | **Giard, Jeffrey 2022-01-11** | 00:00:08 | Trial_Giard_11.124 |
| | 342:23       But is there anything in the | | |
| | 342:24       Android Activations Agreement that | | |
| | 342:25       prohibits T-Mobile from entering into a | | |
| | 343:01       search agreement with another provider like | | |
| | 343:02       Microsoft? | | |
| 343:04 - 343:25 | **Giard, Jeffrey 2022-01-11** | 00:00:40 | Trial_Giard_11.125 |
| | 343:04       THE WITNESS:  No. | | |
| | 343:05       BY MR. McGINNIS: | | |
| | 343:06  Q.  And, in your experience, when | | |
| | 343:07       exploring search arrangements for mobile | | |
| | 343:08       devices, does T-Mobile place a lot of | | |
| | 343:09       importance on the quality of the user | | |
| | 343:10       experience? | | |
| | 343:11  A.  Yes. | | |
| | 343:12  Q.  It's a critical factor; is that | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 343:13 | fair to say? | | |
| | 343:14 | A. | It is, yes. | | |
| | 343:15 | Q. | And do you expect that T-Mobile | | |
| | 343:16 | will continue to place a lot of importance | | |
| | 343:17 | on the value of the user experience with | | |
| | 343:18 | respect to search? | | |
| | 343:19 | A. | Absolutely. | | |
| | 343:20 | Q. | And do you believe that | | |
| | 343:21 | T-Mobile's current arrangement with Google | | |
| | 343:22 | in the Android Activations Agreement helps | | |
| | 343:23 | T-Mobile provide a quality user experience | | |
| | 343:24 | to its customers? | | |
| | 343:25 | A. | I think it's fair to say. | | |

| Google Affirmative | 00:32:48 |
|---|---|
| DOJ Counter | 00:31:05 |
| **TOTAL RUN TIME** | **01:03:53** |