# Exhibit 2

# Levy, Daniel 2022.03.31

## Designation List Report

**Levy, Daniel**                                     **2022-03-31**

| | |
|---|---|
| Google Affirmative | 00:20:54 |
| DOJ Counter | 00:31:22 |
| States Counter | 00:02:31 |
| **TOTAL RUN TIME** | **00:54:46** |

Documents linked to video:

L1

L2

L5

L6

U445

U924

U1014



**ID: Trial_Levy_v15U**

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:06 - 8:10 | **Levy, Daniel 2022-03-31** | 00:00:22 | Trial_Levy_v15U.1 |
| | 8:06  This is the video deposition of Dan Levy in | | |
| | 8:07  the matter of United States of America, et al. | | |
| | 8:08  versus Google LLC, filed in the United States | | |
| | 8:09  District Court for the District of Columbia, case | | |
| | 8:10  number 1:20-cv-03010-APM. | | |
| 9:19 - 9:22 | **Levy, Daniel 2022-03-31** | 00:00:14 | Trial_Levy_v15U.2 |
| | 9:19  Q.  Mr. Levy, would you please state and spell | | |
| | 9:20  your full name for the record? | | |
| | 9:21  A.  Sure.  Daniel Alan Levy, D-A-N-I-E-L, | | |
| | 9:22  A-L-A-N, L-E-V-Y. | | |
| 15:19 - 15:23 | **Levy, Daniel 2022-03-31** | 00:00:12 | Trial_Levy_v15U.3 |
| | 15:19  Q.  And I'd like to take just a quick moment | | |
| | 15:20  here to address the corporate name change that your | | |
| | 15:21  employer underwent recently.  Meta Platforms, Inc. | | |
| | 15:22  was formerly Facebook, Inc.; is that right? | | |
| | 15:23  A.  Yes. | | |
| 19:23 - 20:09 | **Levy, Daniel 2022-03-31** | 00:00:33 | Trial_Levy_v15U.4 |
| | 19:23  Q.  Okay.  Mr. Levy, when did you first join | | |
| | 19:24  Meta? | | |
| | 19:25  A.  December of 2018. | | |
| | 20:01  Q.  And where did you work prior to that? | | |
| | 20:02  A.  PayPal. | | |
| | 20:03  Q.  And for the record, what is your current | | |
| | 20:04  title at Meta? | | |
| | 20:05  A.  My current title is vice president of ads | | |
| | 20:06  and business products.  For clarity, I am actually | | |
| | 20:07  changing roles that will be official this coming | | |
| | 20:08  Monday where my new title will be vice president of | | |
| | 20:09  business messaging. | | |
| 20:18 - 21:04 | **Levy, Daniel 2022-03-31** | 00:00:45 | Trial_Levy_v15U.5 |
| | 20:18  And can you elaborate on what ads and | | |
| | 20:19  business products means at Meta? | | |
| | 20:20  A.  Yes.  Ads and business products is a group | | |
| | 20:21  that does the product development for the central | | |
| | 20:22  systems that support our ad products and many of our | | |
| | 20:23  products that support businesses.  It includes | | |
| | 20:24  directly the product managers and the engineers, and | | |
| | 20:25  indirectly all of the other functions such as design | | |

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 21:01 | | and data science, as examples, that support that. | | |
| | 21:02 | Q. | And how long have you been in the vice | | |
| | 21:03 | | president, ads and business products role? | | |
| | 21:04 | A. | I believe since May of 2019. | | |

**23:15 - 23:23** — Levy, Daniel 2022-03-31 — 00:00:29 — Trial_Levy_v15U.6

| | 23:15 | Q. | And who do you report to? |
| | 23:16 | A. | Javier Olivan, O-L-I-V-A-N. |
| | 23:17 | Q. | And what's his title? |
| | 23:18 | A. | I believe vice president of cross product |
| | 23:19 | | and infrastructure. |
| | 23:20 | Q. | And do you know who Mr. Olivan reports to? |
| | 23:21 | A. | Yes. |
| | 23:22 | Q. | Who does he report to? |
| | 23:23 | A. | Mark Zuckerberg. |

**24:08 - 24:21** — Levy, Daniel 2022-03-31 — 00:00:56 — Trial_Levy_v15U.7

| | 24:08 | Q. | Okay. Can you describe generally your |
| | 24:09 | | responsibilities in your current role as Meta's VP |
| | 24:10 | | of ads and business products? |
| | 24:11 | A. | Sure. In my role I'm responsible for the |
| | 24:12 | | product development of the products that serve our |
| | 24:13 | | tens of millions of paying advertisers and hundreds |
| | 24:14 | | of millions of businesses. So everything from our |
| | 24:15 | | ad systems from how you buy to how the ads are |
| | 24:16 | | delivered to how they are reported on. That's the |
| | 24:17 | | majority of the work. But we also have groups that |
| | 24:18 | | support the integrity of the ads, as well as other |
| | 24:19 | | tools that businesses may use from us such as how to |
| | 24:20 | | message their clients through services -- through |
| | 24:21 | | our messaging services and the like. |

**205:07 - 205:09** — Levy, Daniel 2022-03-31 — 00:00:06 — Trial_Levy_v15U.8

| | 205:07 | Q. | Mr. Levy, let me reintroduce myself. My |
| | 205:08 | | name is Wendy Waszmer, and I'm an attorney |
| | 205:09 | | representing Google in this matter. |

**208:10 - 209:01** — Levy, Daniel 2022-03-31 — 00:00:40 — Trial_Levy_v15U.9

| | 208:10 | Q. | Do you recall Ms. Trager asked you about |
| | 208:11 | | what was referred to as the marketing funnel? |
| | 208:12 | A. | Yes. |
| | 208:13 | Q. | And I believe you stated earlier you're |
| | 208:14 | | familiar where the concept of a funnel; is that |

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 208:15   fair? | | |
| | 208:16  A.  Yes. | | |
| | 208:17  Q.  I think in sum and substance you had | | |
| | 208:18      testified, but correct me if I didn't get it right, | | |
| | 208:19      that at Meta you're working towards creating | | |
| | 208:20      strength throughout the funnel.  Is that fair to | | |
| | 208:21      say? | | |
| | 208:22  A.  Yes.  My team and I are focused on | | |
| | 208:23      primarily on trying to deliver results for | | |
| | 208:24      marketers.  The funnel's nice construct for | | |
| | 208:25      simplifying it, but the real world doesn't exactly | | |
| | 209:01      work the way consultants draw it up. | | |

| 209:09 - 209:25 | **Levy, Daniel 2022-03-31** | 00:01:01 | Trial_Levy_v15U.1 |
| | 209:09  Q.  Have you heard any discussion at Meta about | | 0 |
| | 209:10      the funnel not being a precise concept? | | |
| | 209:11  A.  Yes.  I discussed that pretty regularly. | | |
| | 209:12  Q.  Describe -- to the extent you've heard | | |
| | 209:13      discussion or you've discussed that, what do you | | |
| | 209:14      mean by the funnel isn't a precise concept? | | |
| | 209:15  A.  I think the simplest way to describe it is | | |
| | 209:16      that any ad can serve multiple purposes so an ad | | |
| | 209:17      that may be classified as lower in the funnel could | | |
| | 209:18      also have positive brand benefit to a company, which | | |
| | 209:19      would be considered in the simplified form of the | | |
| | 209:20      funnel as a higher-funnel activity.  And many | | |
| | 209:21      marketers are often running campaigns attempting to | | |
| | 209:22      reach people at all different aspects of it.  It's | | |
| | 209:23      not that you go through one week at the top of the | | |
| | 209:24      funnel and one week at the middle of the funnel then | | |
| | 209:25      one week at the bottom of the funnel. | | |

| 210:10 - 210:25 | **Levy, Daniel 2022-03-31** | 00:00:36 | Trial_Levy_v15U.1 |
| 🔗 L6.1 | 210:10      So this is Tab 7 of Exhibit 29. | | 1 |
| | 210:11      (Exhibit 29 was marked for identification | | |
| | 210:12      by the Certified Shorthand Reporter, and a | | |
| | 210:13      copy is attached hereto.) | | |
| | 210:14      BY MS. WASZMER: | | |
| 🔗 L6.1.1 | 210:15  Q.  And before I ask you any questions, let me | | |
| | 210:16      just explain to counsel what this is and explain to | | |
| | 210:17      you? | | |
| | 210:18      So this is an attorney-created document | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 210:19 | that summarizes, and I'll represent to you that | | |
| | 210:20 | there is -- we have taken statements out of Meta and | | |
| | 210:21 | Facebook's 10-Ks in two categories.  One is there's | | |
| | 210:22 | a competition paragraph in the 10-K statements to | | |
| | 210:23 | the SEC.  And so I have several pages of those that | | |
| | 210:24 | I just wanted to be able for you to see them in a | | |
| | 210:25 | row so you don't have to keep opening PDFs. | | |

**212:22 - 213:02** — Levy, Daniel 2022-03-31 — 00:00:20 — Trial_Levy_v15U.12

🔗 L6.1.2

| | 212:22 | Q. | Great.  So let me just have you look at -- |
| | 212:23 | | these are snippets of Meta platform's 2021 SEC form |
| | 212:24 | | 10-K.  And let me just start with that. |
| | 212:25 | | This is entitled Competition. |
| | 213:01 | | Do you see that? |
| | 213:02 | A. | Yes. |

**213:03 - 213:19** — Levy, Daniel 2022-03-31 — 00:00:54 — Trial_Levy_v15U.13

| | 213:03 | Q. | And I realize the text goes across two |
| | 213:04 | | pages, which is why that's it, but there's a |
| | 213:05 | | sentence here that states:  "We face significant |
| | 213:06 | | competition in every aspect of our business, |
| | 213:07 | | including but not limited to companies that |
| | 213:08 | | facilitate the ability of users to share, |
| | 213:09 | | communicate, discover content, and information |
| | 213:10 | | online or enable marketers to reach their existing |
| | 213:11 | | or prospective audiences including, for example, |
| | 213:12 | | Alphabet (Google and YouTube) Amazon, Apple, |
| | 213:13 | | ByteDance (TikTok), Microsoft, Snap (Snapchat) |
| | 213:14 | | Tencent (WeChat) and Twitter." |
| | 213:15 | | Do you see that? |
| | 213:16 | A. | Yes. |
| | 213:17 | Q. | Is that -- based on your experience at |
| | 213:18 | | Meta, is that an accurate kind of listing of the |
| | 213:19 | | types of companies that you compete with? |

**214:01 - 214:11** — Levy, Daniel 2022-03-31 — 00:00:38 — Trial_Levy_v15U.14

| | 214:01 | | THE WITNESS: I believe this is a list of |
| | 214:02 | | competitors that we talk about.  I would also add |
| | 214:03 | | that there is a number of others as we think about |
| | 214:04 | | how users spend their time and communicate and |
| | 214:05 | | discover content that are not listed here as well. |
| | 214:06 | | BY MS. WASZMER: |
| | 214:07 | Q. | Okay.  Understood. |

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 214:08   Are there any -- with regard to advertising | | |
| | 214:09   and Meta's advertising, are there any other types of | | |
| | 214:10   companies or specific companies not listed here that | | |
| | 214:11   you can think of that you compete with? | | |

| 214:13 - 214:25 | **Levy, Daniel 2022-03-31** | 00:00:44 | Trial_Levy_v15U.1 |
| 🗙 Clear | 214:13   THE WITNESS:  Sure.  I think advertising is | | 5 |
| | 214:14   a really dynamic market.  Our advertisers have a | | |
| | 214:15   choice of where they spend their money, as I've said | | |
| | 214:16   earlier in this testimony, every minute of every day | | |
| | 214:17   they can take their money from us and go somewhere | | |
| | 214:18   else. | | |
| | 214:19   So whether it's your platform or service | | |
| | 214:20   like Pinterest or Bing or any of the other various | | |
| | 214:21   websites or apps where people go to discover or to | | |
| | 214:22   chat or communicate, I would consider all of those | | |
| | 214:23   potential competitors as well as all of the offline | | |
| | 214:24   places where our merchants or advertisers may choose | | |
| | 214:25   to invest their money. | | |

| 223:23 - 224:03 | **Levy, Daniel 2022-03-31** | 00:00:15 | Trial_Levy_v15U.1 |
| | 223:23  Q.  Okay.  So, Mr. Levy, let me go back.  I | | 6 |
| | 223:24   believe you testified about a larger bucket of | | |
| | 223:25   advertising overall rather than categories that you | | |
| | 224:01   said you knew people use to try to simplify the | | |
| | 224:02   industry. | | |
| | 224:03   Do you recall that? | | |

| 224:05 - 224:18 | **Levy, Daniel 2022-03-31** | 00:00:45 | Trial_Levy_v15U.1 |
| | 224:05   THE WITNESS:  I believe that's generally | | 7 |
| | 224:06   what I said, yes. | | |
| | 224:07   BY MS. WASZMER: | | |
| | 224:08  Q.  Okay.  What did you mean by a larger bucket | | |
| | 224:09   of advertising overall? | | |
| | 224:10  A.  The way that I think about advertising | | |
| | 224:11   budgets is that clients or agencies or people | | |
| | 224:12   helping clients with their advertising spend are | | |
| | 224:13   primarily focused on trying to get the best results. | | |
| | 224:14   And while there may be categories that are created | | |
| | 224:15   by agencies or departments or consultants to try to | | |
| | 224:16   classify that spend, most advertisers or agencies | | |
| | 224:17   are quite dynamic in how they'll move budgets around | | |
| | 224:18   to try to get the best results possible. | | |

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 225:19 - 226:03 | **Levy, Daniel 2022-03-31** | 00:00:28 | Trial_Levy_v15U.1 |
| | | | 8 |

225:19  Q.  Okay.  So I will just focus on what you
225:20      have personal knowledge of from conversations that
225:21      you said with advertisers.  That's really what I'm
225:22      focused on, is what you know.
225:23      Have you had any conversations or heard
225:24      from advertisers that depending on return on
225:25      investment and other factors that advertisers may
226:01      shift spend from Google to Facebook or from Facebook
226:02      to Google?
226:03  A.  Yes.

| | | | |
|---|---|---|---|
| 238:25 - 239:02 | **Levy, Daniel 2022-03-31** | 00:00:07 | Trial_Levy_v15U.1 |
| | | | 9 |

238:25  Q.  Okay.  In your experience, what are signals
239:01      that could be valuable to an advertiser when it
239:02      comes to user intent?

| | | | |
|---|---|---|---|
| 239:04 - 239:10 | **Levy, Daniel 2022-03-31** | 00:00:23 | Trial_Levy_v15U.2 |
| | | | 0 |

239:04      THE WITNESS:  I don't know if I think about
239:05      it like a signal specifically with regard to user
239:06      intent.  I do think about user signal with regard to
239:07      can it help make an ad more valuable.
239:08      BY MS. WASZMER:
239:09  Q.  Okay.  Explain how can one make an ad more
239:10      valuable.

| | | | |
|---|---|---|---|
| 239:12 - 240:02 | **Levy, Daniel 2022-03-31** | 00:00:48 | Trial_Levy_v15U.2 |
| | | | 1 |

239:12      THE WITNESS:  There is a number of ways
239:13      that an ad could be more valuable to a person or to
239:14      a business:  It could be the relevance of the ad.
239:15      It could be the format in which the ad's rendered.
239:16      It could be the -- what I would call creative of the
239:17      ad that might increase the likelihood that a person
239:18      takes action on it.  It could be different signals,
239:19      as we've discussed, that would help an advertiser or
239:20      a provider like Meta to better target an ad to a
239:21      user who may be more likely to take action.
239:22      BY MS. WASZMER:
239:23  Q.  Okay.  So I think I asked you the question
239:24      about an advertiser.  Let me just ask it from the
239:25      perspective of Meta.
240:01      What are the types of signals that are

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 240:02   helpful to Meta with regard to targeting an ad? | | |
| 240:06 - 240:13 | **Levy, Daniel 2022-03-31** | 00:00:38 | Trial_Levy_v15U.2 |
| | 240:06  A.  The things that are valuable to us are very | | 2 |
| | 240:07   aligned with what would also be valuable to the | | |
| | 240:08   advertiser themselves, but signals such as:  Past | | |
| | 240:09   purchase behavior by a person; other activity the | | |
| | 240:10   person may have done related with the company -- | | |
| | 240:11   have they interacted, for example, with their page | | |
| | 240:12   or perhaps messaged with that business? -- those are | | |
| | 240:13   some. | | |
| 260:22 - 262:03 | **Levy, Daniel 2022-03-31** | 00:01:55 | Trial_Levy_v15U.2 |
| | 260:22   So let me just -- I know I've asked you a | | 3 |
| | 260:23   few questions about innovation at Meta in response | | |
| | 260:24   to Apple's iOS update.  Let me ask you more | | |
| | 260:25   generally. | | |
| | 261:01   So Ms. Trager asked you earlier some | | |
| | 261:02   questions about whether you were aware of Google | | |
| | 261:03   introducing products to try to enter the discovery | | |
| | 261:04   space, and in response you stated:  "I'm aware of | | |
| | 261:05   Google as a competitor in the advertising ecosystem | | |
| | 261:06   along with others.  I have a lot of respect for the | | |
| | 261:07   product innovation that they are constantly doing, | | |
| | 261:08   so I'm aware that they're working on things in a lot | | |
| | 261:09   of parts of advertising, including discovery, but I | | |
| | 261:10   don't know all of the specifics they're working on." | | |
| | 261:11   Do you recall that? | | |
| | 261:12  A.  Yes. | | |
| | 261:13  Q.  Okay.  So let me ask you about Meta's | | |
| | 261:14   innovation. | | |
| | 261:15   Other than the innovations in response to | | |
| | 261:16   the Apple iOS update, has it been your experience | | |
| | 261:17   that Meta is also constantly innovating in its own | | |
| | 261:18   ad products? | | |
| | 261:19  A.  Yes. | | |
| | 261:20  Q.  And during the time that you've been in | | |
| | 261:21   your position over ads, has Meta continually | | |
| | 261:22   innovated in its ads products to meet competition? | | |
| | 261:23  A.  I would say that I've encouraged our team | | |
| | 261:24   to continue to innovate primarily to create a better | | |
| | 261:25   experience for people and our clients, and part of | | |

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 262:01   that is in response to competition as well.  Because | | |
| | 262:02   advertising's dynamic and our competitors are trying | | |
| | 262:03   to create a better solution too. | | |
| 263:23 - 263:24 | **Levy, Daniel 2022-03-31** | 00:00:11 | Trial_Levy_v15U.2 4 |
| | 263:23   Let's now put Tab 5, which will be | | |
| | 263:24   Exhibit 41, into the chat. | | |
| 264:01 - 264:14 | **Levy, Daniel 2022-03-31** | 00:00:45 | Trial_Levy_v15U.2 5 |
| | 264:01   (Exhibit 41 was marked for identification | | |
| | 264:02   by the Certified Shorthand Reporter, and a | | |
| | 264:03   copy is attached hereto.) | | |
| | 264:04   BY MS. WASZMER: | | |
| | 264:05 Q.   And this, as you're looking at it, | | |
| | 264:06   Mr. Levy, is an e-mail dated June 27, 2020, subject | | |
| | 264:07   header:  "Safe Ads Feed" with the Bates label | | |
| | 264:08   FBGOOGSE_001372343. | | |
| | 264:09   I realize it's somewhat dense.  Let me just | | |
| | 264:10   tell you as you review it that I am primarily going | | |
| | 264:11   to be focused on the second page of the e-mail, the | | |
| | 264:12   e-mail from Asad Awan, June 26, 2020, at 12:31 a.m. | | |
| | 264:13   So I'll let you take a look at that and | | |
| | 264:14   then I'll have a question for you. | | |
| 264:17 - 264:24 | **Levy, Daniel 2022-03-31** | 00:00:26 | Trial_Levy_v15U.2 6 |
| | 264:17 Q.   So in this e-mail string, I understand at | | |
| | 264:18   the bottom of the second page that you had a | | |
| | 264:19   response, and then you added Asad Awan.  And I'm | | |
| | 264:20   going to direct you just to number 2 in this | | |
| | 264:21   discussion of safe ads feed. | | |
| | 264:22   There's some language here that states: | | |
| | 264:23   "Ad prices are set by the auction on the position | | |
| | 264:24   they show up." | | |
| 265:10 - 266:17 | **Levy, Daniel 2022-03-31** | 00:01:43 | Trial_Levy_v15U.2 7 |
| | 265:10 Q.   Okay.  So the line I'm looking at is:  "Ad | | |
| | 265:11   prices are set by the auction based on the position | | |
| | 265:12   they show up." | | |
| | 265:13   In your experience at Meta, is it accurate | | |
| | 265:14   that ad prices are set by the auction? | | |
| | 265:15 A.   Yes. | | |
| | 265:16 Q.   Okay.  The next sentence states: | | |
| | 265:17   "Depending on how drastically the position of the ad | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 265:18 | changes due to a rule, this change will require | | |
| | 265:19 | tuning the auction to ensure it remains fair." | | |
| | 265:20 | And my focus here is just the description | | |
| | 265:21 | of tuning. | | |
| | 265:22 | Do you have any understanding of tuning the | | |
| | 265:23 | auction to ensure that an auction remains fair at | | |
| | 265:24 | Meta? | | |
| | 265:25 A. | Can you repeat the start of the question? | | |
| | 266:01 Q. | Yes. | | |
| | 266:02 | Do you have any understanding of what it | | |
| | 266:03 | means that an auction would be tuned to make sure | | |
| | 266:04 | it's fair at Meta? | | |
| | 266:05 A. | I'm familiar with the concept of tuning the | | |
| | 266:06 | auction.  I don't know what Mr. Awan means by tuning | | |
| | 266:07 | it to ensure it remains fair.  My hope would be that | | |
| | 266:08 | our auctions are always fair to all of our clients. | | |
| | 266:09 Q. | Okay.  So let me ask you, what is your | | |
| | 266:10 | understanding just of tuning of auctions that occurs | | |
| | 266:11 | at Meta? | | |
| | 266:12 A. | I think the word "tuning" can mean a few | | |
| | 266:13 | different things, but what I would say is that we're | | |
| | 266:14 | regularly making improvements to the auction to try | | |
| | 266:15 | to better fulfill the commitment that I feel to try | | |
| | 266:16 | to deliver the best value for people and the | | |
| | 266:17 | businesses that buy our ads. | | |
| 40:15 - 40:22 | **Levy, Daniel 2022-03-31** | | 00:00:36 | Trial_Levy_v15U.2 9 |
| | 40:15 Q. | Okay.  What is a search ad? | | |
| | 40:16 A. | I haven't worked in search advertising | | |
| | 40:17 | specifically in that product, but my understanding | | |
| | 40:18 | of a search ad is an ad that may be returned as a | | |
| | 40:19 | result of a query, of a search query. | | |
| | 40:20 Q. | Okay.  So would it be accurate to say that | | |
| | 40:21 | a search ad is served in response to a user query? | | |
| | 40:22 A. | I believe so. | | |
| 41:08 - 41:13 | **Levy, Daniel 2022-03-31** | | 00:00:29 | Trial_Levy_v15U.3 0 |
| | 41:08 Q. | Okay.  What is a display ad? | | |
| | 41:09 A. | I believe a display ad is a broad category | | |
| | 41:10 | of advertising that reflects exactly what its title | | |
| | 41:11 | is, something that is displayed to a user likely on | | |
| | 41:12 | a website, in a mobile app, or some other form of | | |

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 41:13    digital media. | | |
| 41:14 - 41:16 | **Levy, Daniel 2022-03-31** | 00:00:09 | Trial_Levy_v15U.3 |
| | 41:14   Q.  Okay.  Would you refer to the ad that is | | 1 |
| | 41:15      served on the Google search engine results page in | | |
| | 41:16      response to the running shoe query a display ad? | | |
| 41:17 - 41:25 | **Levy, Daniel 2022-03-31** | 00:00:29 | Trial_Levy_v15U.3 |
| | 41:17   A.  I believe that is one form of a display ad. | | 2 |
| | 41:18      I think for clarity, there's a lot of different | | |
| | 41:19      terms and a lot of ways people classify advertising. | | |
| | 41:20      In my role overseeing advertising for -- at least | | |
| | 41:21      the product side of advertising for Meta, I tend to | | |
| | 41:22      think of it as kind of a much larger bucket of just | | |
| | 41:23      advertising overall rather than the categories that | | |
| | 41:24      I know people often use to try to simplify the | | |
| | 41:25      industry. | | |
| 42:12 - 42:18 | **Levy, Daniel 2022-03-31** | 00:00:21 | Trial_Levy_v15U.3 |
| | 42:12      Do you think it's meaningful to distinguish | | 3 |
| | 42:13      between search ads and display ads? | | |
| | 42:14   A.  For the purposes of our conversation today | | |
| | 42:15      or more generally? | | |
| | 42:16   Q.  In your business. | | |
| | 42:17   A.  I think that's a distinction that can be | | |
| | 42:18      helpful for simplifying some conversations. | | |
| 49:23 - 50:19 | **Levy, Daniel 2022-03-31** | 00:01:37 | Trial_Levy_v15U.3 |
| | 49:23   Q.  I mean, in your role as VP of ads and | | 4 |
| | 49:24      business products at Meta, are there any ROI | | |
| | 49:25      differences that are meaningful to you by ad type? | | |
| | 50:01      For example, is there a particular ad type where you | | |
| | 50:02      would say that ad type has a, on average, higher ROI | | |
| | 50:03      than another ad type? | | |
| | 50:04   A.  There's probably two things I can say.  The | | |
| | 50:05      first is the ROI changes and differs all the time | | |
| | 50:06      for clients for all of the different factors I | | |
| | 50:07      mentioned in addition to a number of others. | | |
| | 50:08      The second thing is we're always trying to | | |
| | 50:09      increase the return on investment for our clients | | |
| | 50:10      through innovation in the types of ads that we | | |
| | 50:11      provide for them.  So it's difficult to say that | | |
| | 50:12      there's necessarily one ad type that's always better | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 50:13   or that I think of as better than another.  It would | | |
| | 50:14   depend on a number of different factors. | | |
| | 50:15   Q.  Is one of the factors that it would depend | | |
| | 50:16   on how much search intent data is incorporated into | | |
| | 50:17   the advertising product? | | |
| | 50:18   A.  If we incorporated search intent data, then | | |
| | 50:19   I guess it could. | | |
| 51:02 - 51:05 | **Levy, Daniel 2022-03-31** | 00:00:10 | Trial_Levy_v15U.3 5 |
| | 51:02   Q.  And it seems to indicate that the | | |
| | 51:03   incorporation of search intent data led to an | | |
| | 51:04   increase in ROI; correct? | | |
| | 51:05   A.  That's what the e-mail says. | | |
| 52:04 - 52:08 | **Levy, Daniel 2022-03-31** | 00:00:14 | Trial_Levy_v15U.3 6 |
| | 52:04   Q.  At the time of this e-mail did Facebook | | |
| | 52:05   sell search ads? | | |
| | 52:06   A.  I don't recall. | | |
| | 52:07   Q.  Today does Facebook sell search ads? | | |
| | 52:08   A.  I don't know. | | |
| 54:19 - 54:21 | **Levy, Daniel 2022-03-31** | 00:00:09 | Trial_Levy_v15U.3 7 |
| | 54:19   Q.  Today to your knowledge, does Facebook have | | |
| | 54:20   data on ROI on Google Search ads? | | |
| | 54:21   A.  I don't know. | | |
| 55:17 - 56:08 | **Levy, Daniel 2022-03-31** | 00:00:53 | Trial_Levy_v15U.3 8 |
| | 55:17   Q.  Has a client ever let you know how their | | |
| | 55:18   ROI on Google compared to their ROI on Meta | | |
| | 55:19   advertising? | | |
| | 55:20   A.  Yes. | | |
| | 55:21   Q.  And what do you recall having heard in that | | |
| | 55:22   regard? | | |
| | 55:23   A.  I've had conversations with a number of | | |
| | 55:24   different clients over the years, though not as many | | |
| | 55:25   in the last few years, and I've heard the entire | | |
| | 56:01   range of outcomes, from clients who have told me | | |
| | 56:02   that the ROI on Meta is great and that they're | | |
| | 56:03   investing more money, and also clients who are | | |
| | 56:04   telling us that their return on investment -- though | | |
| | 56:05   they don't always use that term -- is not as good | | |
| | 56:06   and they are decreasing their budgets or moving | | |
| | 56:07   their budgets to Google or other advertising service | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 56:08  providers. | | |
| 57:01 - 57:06 | **Levy, Daniel 2022-03-31** | 00:00:25 | Trial_Levy_v15U.3 |
| | 57:01  Q.  What is CPC? | | 9 |
| | 57:02  A.  I believe it means cost per click, but I'm | | |
| | 57:03      not certain. | | |
| | 57:04  Q.  Is it your understanding that the price for | | |
| | 57:05      search ads campaigns are measured in cost per click? | | |
| | 57:06  A.  I'm not sure. | | |
| 65:22 - 66:14 | **Levy, Daniel 2022-03-31** | 00:01:17 | Trial_Levy_v15U.4 |
| | 65:22  Q.  Is query data a valuable indicator or | | 0 |
| | 65:23      signal of user intent? | | |
| | 65:24  A.  Can you clarify "query data"?  Do you -- | | |
| | 65:25  Q.  So data on the query is entered by users on | | |
| | 66:01      the search engines? | | |
| | 66:02  A.  I believe that can be valuable data, yes. | | |
| | 66:03  Q.  Are you aware of any efforts within Meta at | | |
| | 66:04      any time during your tenure there to acquire | | |
| | 66:05      additional search or query data? | | |
| | 66:06  A.  I recall some discussions about how we | | |
| | 66:07      could -- let me back up.  We're always having | | |
| | 66:08      discussions about how we can improve the return on | | |
| | 66:09      investment in our advertising for our clients, and | | |
| | 66:10      so while I can't recall all the conversations, we've | | |
| | 66:11      had -- I participated in conversations about how we | | |
| | 66:12      can improve signals for advertising.  That may have | | |
| | 66:13      included search engine query data or other query | | |
| | 66:14      data. | | |
| 67:03 - 67:07 | **Levy, Daniel 2022-03-31** | 00:00:16 | Trial_Levy_v15U.4 |
| | 67:03  Q.  And does incorporating more intent data | | 1 |
| | 67:04      lead to better ROI? | | |
| | 67:05  A.  There's a lot of things that can drive ROI, | | |
| | 67:06      but better intent data would be a useful signal, | | |
| | 67:07      yes. | | |
| 73:20 - 73:21 | **Levy, Daniel 2022-03-31** | 00:00:15 | Trial_Levy_v15U.4 |
| 🔗 U1014.19 | 73:20      For the record, Exhibit 2 is a document | | 2 |
| | 73:21      with Bates stamp FBDOJGOOG_00056059. | | |
| 74:16 - 74:18 | **Levy, Daniel 2022-03-31** | 00:00:09 | Trial_Levy_v15U.4 |
| | 74:16  Q.  And you received this -- so attached to an | | 3 |
| | 74:17      e-mail in May of 2014? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 74:18    A.  Yes. | | |
| 76:07 - 76:11 | **Levy, Daniel 2022-03-31** | 00:00:30 | Trial_Levy_v15U.4 |
| 🔗 U1014.25.2 | 76:07    Q.  What companies provide paid search ads, to | | 4 |
| | 76:08         your knowledge? | | |
| | 76:09    A.  I believe paid search is used by a number | | |
| | 76:10         of different search engines or other providers, | | |
| | 76:11         Google, DuckDuckGo, Bing, and perhaps some others. | | |
| 78:07 - 78:09 | **Levy, Daniel 2022-03-31** | 00:00:07 | Trial_Levy_v15U.4 |
| 🔗 U1014.22.1 | 78:07         So according to this document, social ads | | 5 |
| | 78:08         are push marketing and search ads are pull | | |
| | 78:09         marketing; correct? | | |
| 78:11 - 78:12 | **Levy, Daniel 2022-03-31** | 00:00:03 | Trial_Levy_v15U.4 |
| | 78:11         THE WITNESS:  According to this document, | | 6 |
| | 78:12         yes. | | |
| 78:18 - 79:09 | **Levy, Daniel 2022-03-31** | 00:00:48 | Trial_Levy_v15U.4 |
| 🔗 U1014.27.1 | 78:18    Q.  If you take a look at the two sentences at | | 7 |
| | 78:19         the top of the page:  "The digital marketing | | |
| | 78:20         portfolio has many unique channels and formats such | | |
| | 78:21         as search, social, e-mail, banners, rich media, | | |
| | 78:22         online video, mobile, affiliates, retargeting, | | |
| | 78:23         content marketing, digital-out-home, in-game, | | |
| | 78:24         wearable devices, and many other options.  However, | | |
| | 78:25         search and social stick out as being the most | | |
| | 79:01         complementary in a cross-channel relationship for a | | |
| | 79:02         variety of reasons." | | |
| | 79:03         Did I read that correctly? | | |
| | 79:04    A.  Yes. | | |
| | 79:05    Q.  Do you agree that search and social ads | | |
| | 79:06         complement each other? | | |
| | 79:07    A.  At the time of this writing, I believe that | | |
| | 79:08         was the case.  I don't know if that's still the case | | |
| | 79:09         today. | | |
| 79:10 - 79:11 | **Levy, Daniel 2022-03-31** | 00:00:05 | Trial_Levy_v15U.4 |
| | 79:10    Q.  Do you think it is? | | 8 |
| | 79:11    A.  I haven't thought about that recently. | | |
| 79:12 - 80:03 | **Levy, Daniel 2022-03-31** | 00:00:57 | Trial_Levy_v15U.4 |
| | 79:12    Q.  But sitting here today, you lead Meta's ads | | 9 |
| | 79:13         and business product team. | | |
| | 79:14         Do you think today that search and social | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 79:15 | complement each other in advertising? | | |
| | 79:16 | A. I can tell you the way I think about it is | | |
| | 79:17 | that there's a lot of forms of advertising, and I | | |
| | 79:18 | encourage our clients to try many of them to see | | |
| | 79:19 | which combinations would work for them. Obviously, | | |
| | 79:20 | I'd like the solutions we provide to be their | | |
| | 79:21 | best-performing one, but I think it's important that | | |
| | 79:22 | clients try lots of different types of advertising | | |
| | 79:23 | to find the combination that works best for them. | | |
| | 79:24 | As we have discussed before, there's tens | | |
| | 79:25 | of millions of clients on our service and hundreds | | |
| | 80:01 | of millions of advertisers in the world. And I | | |
| | 80:02 | don't believe there's a single formula that would | | |
| | 80:03 | apply to all of them. | | |

| 80:04 - 80:12 | **Levy, Daniel 2022-03-31** | | 00:00:28 | Trial_Levy_v15U.5 |
| | 80:04 | Q. Thank you for that. I'm not asking for a | | 0 |
| | 80:05 | single formula. I was just asking whether you | | |
| | 80:06 | think, sitting here today, that search and social | | |
| | 80:07 | advertising complement each other. | | |
| | 80:08 | A. I understand. | | |
| | 80:09 | Q. And are you willing to tell me whether you | | |
| | 80:10 | think they do or not? | | |
| ⌧ Clear | 80:11 | A. I believe they could complement each other, | | |
| | 80:12 | but I haven't thought about it recently. | | |

| 91:06 - 91:08 | **Levy, Daniel 2022-03-31** | | 00:00:24 | Trial_Levy_v15U.5 |
| 🔗 L1.1 | 91:06 | And this is a document that we will mark as | | 1 |
| 🔗 L1.1.2 | 91:07 | Exhibit 4. And for the record it has a Bates stamp | | |
| | 91:08 | of FBGOOGSE_000458789. | | |

| 91:18 - 92:06 | **Levy, Daniel 2022-03-31** | | 00:00:57 | Trial_Levy_v15U.5 |
| 🔗 L1.1.1 | 91:18 | Q. If you take a look, scroll down, do you see | | 2 |
| | 91:19 | where it says "Facebook search results" in bold | | |
| | 91:20 | under a screenshot of that? | | |
| | 91:21 | A. I see that, yes. | | |
| | 91:22 | Q. Is search results a placement on Facebook | | |
| | 91:23 | where an advertiser's ad may appear? | | |
| | 91:24 | A. According to this doc, yes, so I guess | | |
| | 91:25 | it's -- I guess yes. | | |
| | 92:01 | Q. Okay. But independently you were not aware | | |
| | 92:02 | of that? | | |
| | 92:03 | A. No. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 92:04  Q.  Okay. | | |
| | 92:05  A.  We should clarify.  Yeah, no, I was not | | |
| | 92:06       aware of that. | | |
| 92:22 - 93:07 | **Levy, Daniel 2022-03-31** | 00:00:35 | Trial_Levy_v15U.5 |
| | 92:22  Q.  Mr. Levy, again you mentioned that you're | | 3 |
| | 92:23       not aware of Meta, Facebook, or Instagram selling | | |
| | 92:24       search ads today; correct? | | |
| | 92:25  A.  Not before you showed me that last | | |
| | 93:01       document. | | |
| | 93:02  Q.  Are you familiar with any sort of previous | | |
| | 93:03       iterations at Meta's attempt at selling search ads? | | |
| | 93:04  A.  I believe there have been different | | |
| | 93:05       attempts by the company to do forms of search | | |
| 🗙 Clear | 93:06       advertising.  I don't remember the specifics of | | |
| | 93:07       those today. | | |
| 104:11 - 104:18 | **Levy, Daniel 2022-03-31** | 00:00:16 | Trial_Levy_v15U.5 |
| | 104:11       Are you familiar with the marketing funnel? | | 4 |
| | 104:12  A.  Yes. | | |
| | 104:13  Q.  Is it accurate to say the marketing funnel | | |
| | 104:14       is a way of illustrating the consumer purchase | | |
| | 104:15       journey? | | |
| | 104:16  A.  Yes. | | |
| | 104:17  Q.  Okay.  Do you use it in your business? | | |
| | 104:18  A.  Yes. | | |
| 104:19 - 105:06 | **Levy, Daniel 2022-03-31** | 00:00:45 | Trial_Levy_v15U.5 |
| | 104:19  Q.  What type of marketing generally occurs at | | 5 |
| | 104:20       the top of the marketing funnel? | | |
| | 104:21  A.  The way I understand the marketing funnel, | | |
| | 104:22       the top tends to be about discovery or awareness, | | |
| | 104:23       and marketing at that level generally focuses on | | |
| | 104:24       driving discovery or awareness.  But like we've | | |
| | 104:25       talked about earlier, I think marketing does a lot | | |
| | 105:01       of different jobs, so things that happen lower in | | |
| | 105:02       the funnel could also drive discovery and awareness, | | |
| | 105:03       and things that happen at the top of the funnel | | |
| | 105:04       could also drive things much lower in the funnel in | | |
| | 105:05       terms of direct purchase too.  It would depend on | | |
| | 105:06       the marketing and the circumstance. | | |
| 105:25 - 106:16 | **Levy, Daniel 2022-03-31** | 00:01:01 | Trial_Levy_v15U.5 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 105:25  Q.  So the purpose of top-funnel marketing is | | 6 |
| | 106:01      to generate interest in a product, not necessarily | | |
| | 106:02      to create an immediate sale of the product; correct? | | |
| | 106:03  A.  I think most marketers that I've talked to | | |
| | 106:04      would tell you that if they could generate an | | |
| | 106:05      immediate sale that they would take it, but | | |
| | 106:06      generally top-of-funnel marketing and awareness is | | |
| | 106:07      looked at more for driving awareness of the product | | |
| | 106:08      or service. | | |
| | 106:09  Q.  Okay.  And the bottom-most or narrowest | | |
| | 106:10      point of the funnel, that refers to the point where | | |
| | 106:11      the consumer makes the purchase; is that correct? | | |
| | 106:12  A.  Yes. | | |
| | 106:13  Q.  Okay.  And an advertiser has the option to | | |
| | 106:14      bid on placing a search ad on the SERP in response | | |
| | 106:15      to a search query at the moment that the consumer is | | |
| | 106:16      interested in making a purchase; correct? | | |
| 106:18 - 106:20 | **Levy, Daniel 2022-03-31** | 00:00:07 | Trial_Levy_v15U.5 |
| | 106:18      THE WITNESS:  I'm not an expert in how | | 7 |
| | 106:19      search ads are built, but that's my general | | |
| | 106:20      understanding, yes. | | |
| 107:16 - 107:18 | **Levy, Daniel 2022-03-31** | 00:00:18 | Trial_Levy_v15U.5 |
| 🔗 U445.1 | 107:16      For the record, let's mark this as | | 8 |
| | 107:17      Exhibit 7, and Exhibit 7 is a document with Bates | | |
| | 107:18      stamp FBGOOGSE_000482507. | | |
| 108:07 - 109:03 | **Levy, Daniel 2022-03-31** | 00:01:02 | Trial_Levy_v15U.5 |
| 🔗 U445.1.2 | 108:07      So this is an e-mail that Mr. Eide sent to | | 9 |
| | 108:08      you on March 25, 2016, with the subject line "B2C | | |
| | 108:09      funnel thoughts and our evolution"; correct? | | |
| | 108:10  A.  Yes. | | |
| 🔗 U445.2 | 108:11  Q.  And if you look at the second page of this | | |
| | 108:12      document with Bates stamp ending 2508, do you see | | |
| | 108:13      the diagrams here? | | |
| | 108:14  A.  Yes. | | |
| | 108:15  Q.  Are these examples of the marketing funnel | | |
| | 108:16      that we've just been discussing? | | |
| | 108:17  A.  Yes. | | |
| 🔗 U445.2.1 | 108:18  Q.  And the second one with the header | | |
| | 108:19      "Facebook's historical participation in the funnel," | | |
| | 108:20      do you see where it says "FB core monetization: | | |

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 108:21 | Approximately 88 percent of ad revenue today by | | |
| | 108:22 | leveraging our scale, identity, and relevance e.g., | | |
| | 108:23 | brand awareness, install a new app, prospect for new | | |
| | 108:24 | users to buy a product or service, local ads, et | | |
| | 108:25 | cetera." That's situated at the top of the funnel, | | |
| | 109:01 | right, where it's listed as discovery and awareness; | | |
| | 109:02 | correct? | | |
| | 109:03 | A. Yes, I see that. | | |

| 110:10 - 111:07 | **Levy, Daniel 2022-03-31** | | 00:01:20 | Trial_Levy_v15U.6 0 |
| | 110:10 | Q. Okay. Okay. And do you see on the second | | |
| 🔗 U445.2.2 | 110:11 | page of Exhibit 7 in both of the marketing funnels | | |
| | 110:12 | that appear there, search is lower in the funnel; | | |
| | 110:13 | correct? It's just above payment? | | |
| | 110:14 | A. I see that. | | |
| | 110:15 | Q. Is that where you would put search in the | | |
| | 110:16 | funnel, based on your experience? | | |
| | 110:17 | A. I would consider search to be lower in the | | |
| | 110:18 | funnel. I don't know if it's as perfectly | | |
| | 110:19 | categorized with lines as John indicates here. | | |
| 🔗 U445.1.3 | 110:20 | Q. And in Exhibit 7 Mr. Eide e-mails you an | | |
| | 110:21 | e-mail that he sent to Andrew Bosworth and Rob | | |
| | 110:22 | Goldman; right? | | |
| | 110:23 | A. Yes. | | |
| | 110:24 | Q. And in his e-mail to Andrew Bosworth and | | |
| | 110:25 | Rob Goldman he writes under my assertions, number | | |
| | 111:01 | one, "Our strength (core) is the top of the funnel"; | | |
| | 111:02 | correct? | | |
| | 111:03 | A. Yes. | | |
| 🔗 U445.1.4 | 111:04 | Q. And in your e-mail in response to his | | |
| | 111:05 | forwarding this to you, you wrote in your second | | |
| | 111:06 | sentence "I agree with all of your assertions." | | |
| | 111:07 | A. Yes. | | |

| 113:03 - 113:04 | **Levy, Daniel 2022-03-31** | | 00:00:09 | Trial_Levy_v15U.6 1 |
| 🔗 L2.1 | 113:03 | And for the record Exhibit 8 is a document | | |
| | 113:04 | with Bates stamp FBGOOGSE_000473757. | | |

| 113:15 - 113:21 | **Levy, Daniel 2022-03-31** | | 00:00:24 | Trial_Levy_v15U.6 2 |
| 🔗 L2.1.1 | 113:15 | Q. So this is an e-mail you received in April | | |
| | 113:16 | of 2021; is that correct? | | |
| | 113:17 | A. Yes. | | |
| 🔗 L2.1.2 | 113:18 | Q. The first recipient there is Ning Li. Who | | |

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 113:19 | is Ning Li? | | |
| | 113:20 A. | At the time Ning Li was vice president of | | |
| Clear | 113:21 | ads engineering. | | |
| 115:03 - 115:21 | **Levy, Daniel 2022-03-31** | | 00:01:16 | Trial_Levy_v15U.6 |
| | 115:03 Q. | In your experience do consumers encounter a | | 3 |
| | 115:04 | different mix of type of ad as they move down | | |
| | 115:05 | funnel? | | |
| | 115:06 A. | I don't know if a user is necessarily aware | | |
| | 115:07 | of where in the funnel that a marketer thinks about | | |
| | 115:08 | where the user is, but users are seeing lots of | | |
| | 115:09 | different advertising throughout a purchase journey, | | |
| | 115:10 | which again is the marketing construct, not the | | |
| | 115:11 | user's construct. | | |
| | 115:12 Q. | Sure.  And leaving aside the consumer's | | |
| | 115:13 | awareness of the complex ads ecosystem that is | | |
| | 115:14 | functioning around them at all times, my question | | |
| | 115:15 | was just as a consumer moves down funnel towards the | | |
| | 115:16 | ultimate purchase, does that consumer encounter a | | |
| | 115:17 | different mix of ad type as they move down funnel? | | |
| | 115:18 A. | They could, yes.  But there's billions of | | |
| | 115:19 | consumers so it's likely different for each consumer | | |
| | 115:20 | and each specific instance that you may be referring | | |
| | 115:21 | to. | | |
| 115:22 - 116:08 | **Levy, Daniel 2022-03-31** | | 00:00:39 | Trial_Levy_v15U.6 |
| L2.5.1 | 115:22 Q. | And on that same page if you look at the | | 4 |
| | 115:23 | bullet it's 4(c).  And this is in an e-mail, to be | | |
| | 115:24 | clear, from Ning Li, to you, Mr. Eide, and others on | | |
| | 115:25 | April 12, 2021.  And she writes:  "Since people | | |
| | 116:01 | don't come to core FB products with intent (unlike | | |
| | 116:02 | search), from the beginning, we knew we were about | | |
| | 116:03 | demand generation, not demand fulfillment." | | |
| | 116:04 | Do you see that? | | |
| | 116:05 A. | Yes. | | |
| | 116:06 Q. | "FB" there, your understanding is that | | |
| | 116:07 | refers to Facebook; is that right? | | |
| Clear | 116:08 A. | Yes. | | |
| 154:22 - 154:23 | **Levy, Daniel 2022-03-31** | | 00:00:12 | Trial_Levy_v15U.6 |
| | 154:22 | And for the record, Exhibit 16 is a | | 5 |
| | 154:23 | document with Bates stamp FBGOOGSE_001373154. | | |

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 155:01 - 155:03 | **Levy, Daniel 2022-03-31** | 00:00:01 | Trial_Levy_v15U.66 |

155:01   (Exhibit 16 was marked for identification
155:02   by the Certified Shorthand Reporter, and a
155:03   copy is attached hereto.)

| | | | |
|---|---|---|---|
| 155:05 - 155:10 | **Levy, Daniel 2022-03-31** | 00:00:21 | Trial_Levy_v15U.67 |

155:05   Q.   And Mr. Levy it's a file produced from your
155:06        files with name 2020.10.03 revenue data deep dive
155:07        and it's dated October 25, 2020, per its metadata.
155:08   A.   Okay.
155:09   Q.   Do you recognize this document?
155:10   A.   Generally.

| | | | |
|---|---|---|---|
| 155:15 - 156:06 | **Levy, Daniel 2022-03-31** | 00:00:48 | Trial_Levy_v15U.68 |

155:15   Q.   Do you see a document like this one weekly,
155:16        by chance?
155:17   A.   I think I get a report like this weekly.  I
155:18        can't say that I read this specific report in its
155:19        entirety every week.
155:20   Q.   And the top right of Exhibit 16 indicates
155:21        that this is Facebook ads data as of October 3,
155:22        2020; is that right?
155:23   A.   Yes.
155:24   Q.   And if you take a look at FB Search in the
155:25        left-hand column under Facebook property.
156:01   A.   Yes.
156:02   Q.   And then look at the percent of reported
156:03        revenue over the seven days, it was -- it indicates
156:04        that FB Search accounts for ██ percent of reported
156:05        revenue; is that correct?
156:06   A.   I see that, yes.

| | | | |
|---|---|---|---|
| 157:25 - 158:02 | **Levy, Daniel 2022-03-31** | 00:00:12 | Trial_Levy_v15U.69 |

157:25   MS. TRAGER:  Okay.  Let me -- for the
158:01   record, Exhibit 18 is a document with Bates stamp
158:02   FBGOOGSE_000484523.

| | | | |
|---|---|---|---|
| 158:06 - 158:23 | **Levy, Daniel 2022-03-31** | 00:00:57 | Trial_Levy_v15U.70 |

158:06   BY MS. TRAGER:
158:07   Q.   And it is a PDF presentation titled "Weekly
158:08        Ads XFN Report" and dated April 5, 2021; is that
158:09        right?
158:10   A.   Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

158:11 Q. If you take a look at page 2, which is the
158:12    page with Bates stamp ending 4524, do you see it's
158:13    titled "Top Metrics Overview For the Week Ending
158:14    4/3"?
158:15 A. Yes.
158:16 Q. Okay.  And so we're in April of 2021 here,
158:17    right, with this data?
158:18 A. Yes.
158:19 Q. Okay.  And let's take a look at the FB
158:20    Search line under Facebook property.
158:21    What percent of revenue is FB Search
158:22    responsible for?
158:23 A. According to this document, 0.2 percent.

**160:19 - 160:22**    **Levy, Daniel 2022-03-31**    00:00:25    Trial_Levy_v15U.7
   1

160:19    And for the record, Exhibit 19 is an e-mail
160:20    sent by Sheryl Sandberg to you, Mr. Levy, on May 27,
160:21    2019, with subject line:  "Apple announcement," and
160:22    it's Bates-stamped FBGOOGSE_002028689.

**161:08 - 161:24**    **Levy, Daniel 2022-03-31**    00:01:14    Trial_Levy_v15U.7
   2

161:08 Q. Okay.  So you remember sending the
161:09    response -- the e-mail in response to which Sheryl
161:10    sent Exhibit 19?
161:11 A. Yes.
161:12 Q. Okay.  And what is this?
161:13 A. As I recall, this was an analysis that my
161:14    team helped put together of the impact of some
161:15    announcements that Apple was making that would
161:16    impact our clients and our user experience and our
161:17    revenue.
161:18 Q. And so this e-mail chain begins with
161:19    Mr. Zuckerberg sending an e-mail to you and others
161:20    asking for a summary of the Apple privacy
161:21    announcement and "what it means for us"; right?
161:22    "Us," being Facebook; is that right?
161:23 A. I don't know exactly what Mark meant by
161:24    "us," but I assumed it included the company, yes.

**162:09 - 163:06**    **Levy, Daniel 2022-03-31**    00:01:10    Trial_Levy_v15U.7
   3

162:09 Q. Okay.  And what specifically were the
162:10    changes that Apple was announcing?
162:11 A. To the best that we understood it at the

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 162:12 | time, because as I recall, they continued to clarify | | |
| | 162:13 | and make updates to this, it's exactly what I say in | | |
| | 162:14 | this summary of a number of different changes they | | |
| | 162:15 | have made around cookies, campaign IDs, and the | | |
| | 162:16 | like. | | |
| | 162:17 Q. | Okay.  So after the "Summary:" you wrote | | |
| | 162:18 | here:  "For Safari, the change strips out all | | |
| | 162:19 | identity (no cookies), caps unique campaign IDs to | | |
| | 162:20 | 64 values per advertiser domain, only supports click | | |
| | 162:21 | through conversion reporting in aggregate, | | |
| | 162:22 | randomizes when we receive the conversion reporting | | |
| | 162:23 | so that our metrics can no longer be cleanly | | |
| | 162:24 | reported by date.  Think of this as ads blocker by | | |
| | 162:25 | default for Safari browser.  Our mitigations such as | | |
| | 163:01 | identity prediction, click IDs, and client-side | | |
| | 163:02 | advanced matching (hashed PII) will not work." | | |
| | 163:03 | Did I read that correctly? | | |
| | 163:04 A. | I think I said "ad blocker" not ads | | |
| | 163:05 | blocker, but, yes, you nailed the rest of it. | | |
| | 163:06 Q. | Okay.  Thank you for that clarification. | | |

| 164:13 - 165:06 | **Levy, Daniel 2022-03-31** | 00:01:02 | Trial_Levy_v15U.7 |
| | 164:13 Q. | And about halfway down the next page, it | | 4 |
| | 164:14 | says:  "Apple's plan would have seismic | | |
| | 164:15 | ramifications to our ads business.  For Safari | | |
| | 164:16 | users:" you have a number of bullets. | | |
| | 164:17 | "Upwards of ███ percent of revenue | | |
| | 164:18 | potentially at risk"; | | |
| | 164:19 | "Targeting crippled, retargeting | | |
| | 164:20 | impossible." | | |
| | 164:21 | Do you see that? | | |
| | 164:22 A. | Yes. | | |
| | 164:23 Q. | Okay.  And you mentioned that Apple has, in | | |
| | 164:24 | fact, now implemented the changes that you guys were | | |
| | 164:25 | discussing here when they were announced. | | |
| | 165:01 | Has Meta's ability to target its ads been | | |
| | 165:02 | crippled? | | |
| | 165:03 A. | This was Michael's statement.  Our ability | | |
| | 165:04 | to help advertisers target their ads has been | | |
| | 165:05 | impacted negatively.  I don't know that I would use | | |
| | 165:06 | the word "crippled." | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 165:15 - 166:05 | **Levy, Daniel 2022-03-31** | 00:00:43 | Trial_Levy_v15U.7 |
| | | | 5 |

165:15  Q.  Okay.  And if you look down at the bottom
165:16      of the page, same page, page eight with Bates stamp
165:17      ending 8696, do you see "Ramifications for Apple and
165:18      Google"?
165:19      Do you see that section?
165:20  A.  Yes.
165:21  Q.  For Google, it reads:  "Single-device,
165:22      last-click attribution has been the cornerstone of
165:23      Google Search ads measurement for years and years,
165:24      as they are at the bottom of the conversion funnel.
165:25      They don't care much about views, and they don't
166:01      care much about multi-touch (attribution which just
166:02      dilutes credit from that last navigational search
166:03      click)."
166:04      Do you see that?
166:05  A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 166:23 - 166:25 | **Levy, Daniel 2022-03-31** | 00:00:13 | Trial_Levy_v15U.7 |
| | | | 6 |

166:23  Q.  Is it fair to say that Apple's privacy
166:24      changes as implemented have impacted Meta more than
166:25      Google?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 167:02 - 167:11 | **Levy, Daniel 2022-03-31** | 00:00:37 | Trial_Levy_v15U.7 |
| | | | 7 |

167:02      THE WITNESS:  I can't speak to the specific
167:03      impact that Apple's changes have had on Google.  I
167:04      can definitely say they've had a significant impact
167:05      on our business and on the advertising ecosystem
167:06      overall, but I don't know specifically what it's
167:07      done to Google.
167:08      BY MS. TRAGER:
167:09  Q.  Would you expect that the impact of Apple's
167:10      implemented privacy changes would have been larger
167:11      on Meta than on Google?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 167:13 - 167:21 | **Levy, Daniel 2022-03-31** | 00:00:28 | Trial_Levy_v15U.7 |
| | | | 8 |

167:13      THE WITNESS:  My expectations at the time
167:14      that we first heard about this and subsequently
167:15      analyzed it was that while this was very complex and
167:16      there were second and third-order impacts that could
167:17      come about, that the impact on Meta, at least
167:18      proportional to our business or proportionally, it
167:19      would be larger for us than it would for Google.  I

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 167:20 | separated YouTube out from Google for those | | |
| | 167:21 | purposes. | | |
| **168:09 - 168:11** | **Levy, Daniel 2022-03-31** | | 00:00:17 | Trial_Levy_v15U.7 |
| 🔗 U924.1 | 168:09 | And for the record, we'll mark that as | | 9 |
| | 168:10 | Exhibit 20 and it has a Bates stamp | | |
| | 168:11 | FBGOOGSE_002033243. | | |
| **168:16 - 168:24** | **Levy, Daniel 2022-03-31** | | 00:00:31 | Trial_Levy_v15U.8 |
| | 168:16 Q. | Mr. Levy, let me know when you've had a | | 0 |
| | 168:17 | chance to open that and take a look. And for the | | |
| 🔗 U924.1.1 | 168:18 | record, this is an e-mail that you sent on March 4, | | |
| | 168:19 | 2021, with subject line "Ads and business | | |
| | 168:20 | products -- February update." | | |
| | 168:21 A. | Yes, I have it open. I'm familiar with it. | | |
| | 168:22 Q. | And when you say I'm familiar with it, do | | |
| | 168:23 | you recall sending this e-mail? | | |
| | 168:24 A. | Yes. | | |
| **169:04 - 170:21** | **Levy, Daniel 2022-03-31** | | 00:02:16 | Trial_Levy_v15U.8 |
| | 169:04 Q. | That's you, right, writing about what's on | | 1 |
| | 169:05 | your mind in March of 2021; right? | | |
| | 169:06 A. | Yes. | | |
| 🔗 U924.1.2 | 169:07 Q. | And there's some bolded languages below | | |
| | 169:08 | that that says: "The future of ads: Reacting to | | |
| | 169:09 | Apple, Google, regulation, and charting our own | | |
| | 169:10 | course. This is by far the most important area I'm | | |
| | 169:11 | working on." | | |
| | 169:12 | Did I read that correctly? | | |
| | 169:13 A. | Yes. | | |
| | 169:14 Q. | And why is this by far the most important | | |
| | 169:15 | area that you were working on in March of 2021? | | |
| | 169:16 A. | Because the changes that we looked at in | | |
| | 169:17 | the last document that were happening in the | | |
| | 169:18 | advertising ecosystem, in my view and in many people | | |
| | 169:19 | I worked with's view, were going to have a real | | |
| | 169:20 | impact on the number of our clients and their | | |
| | 169:21 | ability to succeed using our advertising products | | |
| | 169:22 | and on our ability to continue to build and innovate | | |
| | 169:23 | and build a valuable advertising service as well. | | |
| | 169:24 Q. | And when you say a real impact, is it fair | | |
| | 169:25 | to say you meant a negative impact? | | |
| | 170:01 A. | Yes. | | |

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 🔗 U924.1.3 | 170:02  Q.  And if you take a look at the bullet at the | | |
| | 170:03      very bottom of the first page that says Google:  It | | |
| | 170:04      says "Google's also making a number of moves in the | | |
| | 170:05      privacy/data/consent space.  One, they declared that | | |
| | 170:06      they will not use third-party data and thus won't | | |
| | 170:07      show the iOS prompt.  We don't think this will | | |
| | 170:08      impact their search business but will impact | | |
| | 170:09      YouTube." | | |
| | 170:10      Did I read that correctly? | | |
| | 170:11  A.  Yes. | | |
| | 170:12  Q.  Why didn't you think it would impact | | |
| | 170:13      Google's search business?  And by "it" I mean the | | |
| | 170:14      rollout by Apple of the iOS privacy prompt. | | |
| | 170:15  A.  My understanding as I recall it at the time | | |
| | 170:16      that I wrote this document is that much of the | | |
| | 170:17      measurement that Google does for their search | | |
| | 170:18      business would not be impacted by the changes that | | |
| | 170:19      Apple was making and thus the perceived return on | | |
| | 170:20      investment from their advertisers would seem similar | | |
| | 170:21      to what they had seen before. | | |
| **172:18 - 172:24** | **Levy, Daniel 2022-03-31** | 00:00:24 | Trial_Levy_v15U.8 |
| 🗙 Clear | 172:18  Q.  Did Apple's iOS 14 privacy changes also | | 2 |
| | 172:19      affect Meta's ability to effectively retarget ads? | | |
| | 172:20  A.  I believe it did. | | |
| | 172:21  Q.  Negatively; correct? | | |
| | 172:22  A.  Yes.  As far as I understand it, it made it | | |
| | 172:23      much harder or potentially even not possible in some | | |
| | 172:24      circumstances. | | |
| **173:03 - 173:09** | **Levy, Daniel 2022-03-31** | 00:00:44 | Trial_Levy_v15U.8 |
| 🔗 L5.1 | 173:03      MS. TRAGER: Exhibit 21.  Thank you.  And | | 3 |
| | 173:04      for the record, Exhibit 21 is a document we have | | |
| | 173:05      Bates-stamped USDOJ_FBDEPDLEV-000026.  And it was | | |
| 🔗 L5.1.1 | 173:06      downloaded from a Meta owned-and-operated property | | |
| | 173:07      and is the transcript of Meta Platforms, Inc.'s | | |
| | 173:08      fourth quarter 2021 results conference call dated | | |
| | 173:09      February 2, 2022. | | |
| **173:14 - 174:08** | **Levy, Daniel 2022-03-31** | 00:01:03 | Trial_Levy_v15U.8 |
| | 173:14  Q.  Are you familiar with this document? | | 4 |
| | 173:15  A.  Yes. | | |
| | 173:16  Q.  Did you participate in the preparation for | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 173:17 | this call? | | |
| | 173:18 | A. Yes. | | |
| 🔗 L5.10.1 | 173:19 | Q. If you turn to page 10 of Exhibit 21, do | | |
| | 173:20 | you see the portion where Dave Wehner begins | | |
| | 173:21 | speaking? | | |
| | 173:22 | A. I do. | | |
| | 173:23 | Q. And is Mr. Wehner Meta's CFO? | | |
| | 173:24 | A. Yes. It's Wehner. | | |
| | 173:25 | Q. Thank you. Wehner. | | |
| | 174:01 | So if you look around halfway down the | | |
| | 174:02 | page, Mr. Wehner stated on this earnings call "and | | |
| | 174:03 | we believe the impact of iOS overall as a headwind | | |
| | 174:04 | on our business in 2022 is on the order of 10 | | |
| | 174:05 | billion, so it's a pretty significant headwind for | | |
| | 174:06 | our business." | | |
| | 174:07 | Do you see that? | | |
| | 174:08 | A. Yes. | | |

| 174:20 - 174:25 | **Levy, Daniel 2022-03-31** | 00:00:24 | Trial_Levy_v15U.8 5 |
|---|---|---|---|
| | 174:20 | Q. What's your understanding of what he means | | |
| | 174:21 | here? | | |
| | 174:22 | A. My interpretation as I read it is basically | | |
| | 174:23 | exactly what he said, that there would be a headwind | | |
| | 174:24 | on our business on the order of $10 billion. Likely | | |
| | 174:25 | about revenue, but I can't be 100 percent certain. | | |

| 175:01 - 175:21 | **Levy, Daniel 2022-03-31** | 00:01:12 | Trial_Levy_v15U.8 6 |
|---|---|---|---|
| ✖ Clear | 175:01 | Q. What's the difference between Apple's IDFA | | |
| | 175:02 | and Apple's app tracking transparency, as far as you | | |
| | 175:03 | understand it? | | |
| | 175:04 | A. This gets complicated so I'll do my best. | | |
| | 175:05 | The way I think about it is IDFA is an acronym that | | |
| | 175:06 | refers to identifier for advertising, which is a | | |
| | 175:07 | piece of technology they used to include in their | | |
| | 175:08 | mobile operating system to help advertisers with | | |
| | 175:09 | tracking measurement, fraud prevention, targeting | | |
| | 175:10 | and a number of other things. | | |
| | 175:11 | ATT is app tracking transparency, refers to | | |
| | 175:12 | a broader category of changes that they made around | | |
| | 175:13 | privacy and use of data, but the broad -- the broad | | |
| | 175:14 | strokes as I understand it is there's been a number | | |
| | 175:15 | of changes, changes with IDFA, the app tracking | | |

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 175:16   transparency, they've done on a regular basis, | | |
| | 175:17   though not exactly perfect time intervals, in terms | | |
| | 175:18   of changes they've been making from the ones I | | |
| | 175:19   described in the earlier document in 2019 through | | |
| | 175:20   today and what I expect to be more into the future | | |
| | 175:21   as well. | | |
| 177:23 - 178:04 | **Levy, Daniel 2022-03-31** | 00:00:25 | Trial_Levy_v15U.8 7 |
| | 177:23  Q.  So has Apple's deprecation of IDFA affected | | |
| | 177:24       Meta's ability to measure conversions? | | |
| | 177:25  A.  Yes. | | |
| | 178:01  Q.  Has Apple's implementation of app tracking | | |
| | 178:02       transparency negatively affected Meta's ability to | | |
| | 178:03       measure conversions? | | |
| | 178:04  A.  Yes. | | |
| 179:13 - 179:17 | **Levy, Daniel 2022-03-31** | 00:00:16 | Trial_Levy_v15U.8 8 |
| | 179:13       If Google does, in fact, make good on its | | |
| | 179:14       announced plan to deprecate cookies, third-party | | |
| | 179:15       cookies in Chrome, will that negatively affect | | |
| | 179:16       Meta's ability to measure conversions? | | |
| | 179:17  A.  It could, yes. | | |
| 180:02 - 180:06 | **Levy, Daniel 2022-03-31** | 00:00:18 | Trial_Levy_v15U.8 9 |
| | 180:02  Q.  Okay.  If Google does, in fact, make good | | |
| | 180:03       on its announced plans to deprecate third-party | | |
| | 180:04       cookies in Chrome, could it also negatively affect | | |
| | 180:05       Meta's ability to retarget its ads? | | |
| | 180:06  A.  It could. | | |
| 181:15 - 181:16 | **Levy, Daniel 2022-03-31** | 00:00:11 | Trial_Levy_v15U.9 0 |
| | 181:15       And Exhibit 22 is a document with Bates | | |
| | 181:16       stamp FBGOOGSE_000190075. | | |
| 181:20 - 181:22 | **Levy, Daniel 2022-03-31** | 00:00:15 | Trial_Levy_v15U.9 1 |
| | 181:20       MS. TRAGER:  And Exhibit 23 is its | | |
| | 181:21       attachment, a document with Bates stamp | | |
| | 181:22       FBGOOGSE_000190076. | | |
| 182:02 - 182:04 | **Levy, Daniel 2022-03-31** | 00:00:15 | Trial_Levy_v15U.9 2 |
| | 182:02  Q.  And for the record, Exhibit 22 is an e-mail | | |
| | 182:03       you sent on February 7, 2020; is that right? | | |
| | 182:04  A.  Yes. | | |
| 182:13 - 182:16 | **Levy, Daniel 2022-03-31** | 00:00:16 | Trial_Levy_v15U.9 |

**Trial_Levy_v15U - Levy, Daniel 2022.03.31**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 182:13  Q.  So Exhibit 23 is the board presentation | | 3 |
| | 182:14       that you expected was going to be used at an | | |
| | 182:15       upcoming board meeting? | | |
| | 182:16  A.  Yes. | | |
| 184:05 - 185:05 | **Levy, Daniel 2022-03-31** | 00:01:05 | Trial_Levy_v15U.9 |
| | 184:05  Q.  Under Summary, you wrote:  "We anticipate | | 4 |
| | 184:06       significant changes (as a result of the push for | | |
| | 184:07       greater privacy) in the digital advertising | | |
| | 184:08       ecosystem that will affect advertisers, publishers, | | |
| | 184:09       and our business. | | |
| | 184:10       "We anticipate that after all mitigations | | |
| | 184:11       and second order effects, these regulatory and | | |
| | 184:12       technology changes will cause an approximate minus | | |
| | 184:13       ▮ percent revenue change to our 2023 long-range | | |
| | 184:14       plan." | | |
| | 184:15       Do you see that? | | |
| | 184:16  A.  Yes. | | |
| | 184:17  Q.  And you bolded "these regulatory and | | |
| | 184:18       technology changes will cause an approximate | | |
| | 184:19       negative ▮ percent revenue change to our 2023 | | |
| | 184:20       long-range plan"? | | |
| | 184:21  A.  Yes. | | |
| | 184:22  Q.  Okay.  And what were you referring to here | | |
| | 184:23       with technology changes? | | |
| | 184:24  A.  I believe I was referring to the changes | | |
| | 184:25       that Apple was announcing, but also the potential | | |
| | 185:01       that other people in the industry may make changes | | |
| | 185:02       as well. | | |
| | 185:03  Q.  Other people including, for example, | | |
| | 185:04       Google? | | |
| | 185:05  A.  I believe so. | | |

| | |
|---|---|
| Google Affirmative | 00:20:54 |
| DOJ Counter | 00:31:22 |
| States Counter | 00:02:31 |
| **TOTAL RUN TIME** | **00:54:46** |

📄  Documents linked to video:

L1
L2
L5
L6
U445
U924
U1014