# Exhibit 3

# Ezell, Jeffrey 2022.01.26_v10 UNREDACT

Designation List Report

**Ezell, Jeffrey**                                    **2022-01-26**

| | |
|---|---|
| Google Affirmative | 01:00:46 |
| DOJ Counter | 00:22:23 |
| States Counter | 00:24:17 |
| **TOTAL RUN TIME** | **01:47:26** |

Documents linked to video:
D385
D386U
D387U
D391U
D392U



**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:09 - 10:14 | **Ezell, Jeffrey 2022-01-26** | 00:00:28 | Trial_Ezell_v10U.1 |

| | 10:09 | This is the video deposition of |
|---|---|---|
| | 10:10 | Jeffrey Ezell in the matter of U.S., |
| | 10:11 | United States of America, et al., vs. |
| | 10:12 | Google LLC and the State of Colorado, |
| | 10:13 | et al., vs. Google LLC, Case |
| | 10:14 | No. 1:20-CV-03010-APM. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:16 - 19:07 | **Ezell, Jeffrey 2022-01-26** | 00:01:54 | Trial_Ezell_v10U.2 |

| | 17:16 | | What is your current title and |
|---|---|---|---|
| | 17:17 | | role? |
| | 17:18 | A. | Vice president of business |
| | 17:19 | | development for our mobility business unit. |
| | 17:20 | Q. | How long have you been in that |
| | 17:21 | | role? |
| | 17:22 | A. | Well, I've been in the same type |
| | 17:23 | | of role basically my entire career at AT&T, |
| | 17:24 | | which spans 24 years. |
| | 17:25 | Q. | Okay.  When did you begin at |
| | 18:01 | | AT&T? |
| | 18:02 | A. | Well, I began with Bell South in |
| | 18:03 | | 1997. |
| | 18:04 | Q. | And over the course of the last |
| | 18:05 | | 24 years or so, you know, what have been |
| | 18:06 | | your primary responsibilities? |
| | 18:07 | A. | Primarily roles that related to |
| | 18:08 | | either planning or business development. |
| | 18:09 | Q. | What does business development |
| | 18:10 | | entail in connection with your role? |
| | 18:11 | A. | In my role, it typically means |
| | 18:12 | | interactions with things that we are |
| | 18:13 | | interested in having a commercial relation |
| | 18:14 | | for typically marketing purposes.  I'm in |
| | 18:15 | | the marketing group. |
| | 18:16 | Q. | Could you provide some high-level |
| | 18:17 | | examples of the partnerships or agreements |
| | 18:18 | | that you negotiated or ventured into over |
| | 18:19 | | the course of the last 20 years? |
| | 18:20 | A. | Yes.  You know, over time, the |
| | 18:21 | | composition has varied, but, you know, some |
| | 18:22 | | of it are technology companies such as |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 18:23 | Google.  Others are application providers. | | |
| | 18:24 | At different times, I've had some | | |
| | 18:25 | responsibility for video relationships, but | | |
| | 19:01 | not currently. | | |
| | 19:02 | And I have dealt with device | | |
| | 19:03 | manufacturers, but more in the connection | | |
| | 19:04 | of a service that we want to market with | | |
| | 19:05 | them, not the actual procurement of the | | |
| | 19:06 | devices, that source of supply chain | | |
| | 19:07 | organization. | | |
| 29:11 - 29:25 | **Ezell, Jeffrey 2022-01-26** | | 00:00:39 | Trial_Ezell_v10U.3 |
| | 29:11 | Q.  Do you know what portions -- what | | |
| | 29:12 | portion of phones sold by AT&T today run on | | |
| | 29:13 | the Android operating system? | | |
| | 29:14 | A.  I know directionally a | | |
| | 29:15 | percentage, not the exact percentage. | | |
| | 29:16 | Q.  Directionally, what percentage | | |
| | 29:17 | are you familiar with? | | |
| | 29:18 | A.  I would say directionally, our | | |
| | 29:19 | Apple devices are ▮▮▮▮ percent of the | | |
| | 29:20 | mix. | | |
| | 29:21 | Q.  And does Android make up the | | |
| | 29:22 | other ▮ percent? | | |
| | 29:23 | A.  Yes.  I mean, there might be, you | | |
| | 29:24 | know, a onesie, twosy here, but, yes, for | | |
| | 29:25 | the most part it's either iOS or Android. | | |
| 31:17 - 32:13 | **Ezell, Jeffrey 2022-01-26** | | 00:01:07 | Trial_Ezell_v10U.4 |
| | 31:17 | Do you know whether AT&T sells | | |
| | 31:18 | more Android phones today than it did 10 | | |
| | 31:19 | years ago? | | |
| | 31:20 | A.  I don't know about 10 years ago, | | |
| | 31:21 | no. | | |
| | 31:22 | Q.  Does AT&T sell more Android | | |
| | 31:23 | phones today than it did five years ago? | | |
| | 31:24 | A.  And is the question again just an | | |
| | 31:25 | absolute number question? | | |
| | 32:01 | Q.  Yes.  In absolute numbers. | | |
| | 32:02 | A.  Well, then I would like to | | |
| | 32:03 | clarify my earlier response.  10 years ago, | | |
| | 32:04 | which would have been 2011, we were selling | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 32:05    both Apple and Android devices, but I | | |
| | 32:06    believe there were other mobile operating | | |
| | 32:07    systems at that time. | | |
| | 32:08    So I would assume that we were | | |
| | 32:09    selling more Android devices today than 10 | | |
| | 32:10    years ago, both because of just the volume | | |
| | 32:11    of our business increasing as well as the | | |
| | 32:12    fact, as we said earlier, today it's | | |
| | 32:13    predominantly either Apple or Android. | | |

| 43:10 - 44:01 | **Ezell, Jeffrey 2022-01-26** | 00:00:43 | Trial_Ezell_v10U.5 |
| | 43:10   Q.   Does AT&T have a role in | | |
| | 43:11      determining what is preloaded on Android | | |
| | 43:12      phones it sells? | | |
| | 43:13   A.   We do. | | |
| | 43:14   Q.   What is its role? | | |
| | 43:15   A.   Well, we buy our Android devices | | |
| | 43:16      from a device manufacturer.  And as part of | | |
| | 43:17      our, you know, negotiating to purchase a | | |
| | 43:18      given device, we typically have a set of | | |
| | 43:19      AT&T services that we would like to provide | | |
| | 43:20      on that device. | | |
| | 43:21      And so we have a -- you know, a | | |
| | 43:22      discussion/negotiation with that device | | |
| | 43:23      manufacturer as to what their version that | | |
| | 43:24      they provide to AT&T, what we want to | | |
| | 43:25      include on that device in terms of | | |
| | 44:01      pre-installed services. | | |

| 45:14 - 45:18 | **Ezell, Jeffrey 2022-01-26** | 00:00:13 | Trial_Ezell_v10U.6 |
| | 45:14   Q.   Are there any limitations on | | |
| | 45:15      AT&T's ability to preload certain | | |
| | 45:16      applications either, you know, via the | | |
| | 45:17      manufacturer or the over-the-air updates | | |
| | 45:18      that you just described? | | |

| 45:20 - 48:16 | **Ezell, Jeffrey 2022-01-26** | 00:02:29 | Trial_Ezell_v10U.7 |
| | 45:20      THE WITNESS:  Well, I would say, | | |
| | 45:21      broadly speaking, there is a | | |
| | 45:22      negotiation around applications in the | | |
| | 45:23      sense that on the Android operating | | |
| | 45:24      system, you know, there's three parties | | |
| | 45:25      contributing to that user experience. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 46:01 | There's Google providing the |
|---|---|---|
| | 46:02 | operating system and Google services. |
| | 46:03 | We talked about that earlier.  That's |
| | 46:04 | between Google and a device |
| | 46:05 | manufacturer.  We're not involved in |
| | 46:06 | that. |
| | 46:07 | Then there's the device |
| | 46:08 | manufacturer, who typically has |
| | 46:09 | services that they want to preload, and |
| | 46:10 | then AT&T has certain services that we |
| | 46:11 | want to preload. |
| | 46:12 | So as part of our negotiation |
| | 46:13 | with the device manufacturer to carry |
| | 46:14 | the device, you're essentially |
| | 46:15 | negotiating what is that customer |
| | 46:16 | experience that we want to deliver on |
| | 46:17 | that device. |
| | 46:18 | And there's some back and forth |
| | 46:19 | on it in the sense that we have done |
| | 46:20 | research before, or groups within AT&T |
| | 46:21 | have done, is that at some point if |
| | 46:22 | there's so many applications preloaded |
| | 46:23 | on a device, that consumers don't like |
| | 46:24 | that. |
| | 46:25 | They think it's -- you've |
| | 47:01 | probably seen colloquial references to |
| | 47:02 | bloatware is what sometimes people will |
| | 47:03 | say, look, I bought this brand new |
| | 47:04 | device, and there's all these services |
| | 47:05 | on them.  You know, some of them make |
| | 47:06 | sense to the customer that they're |
| | 47:07 | there, some of them they're, like, why |
| | 47:08 | is this on my device. |
| | 47:09 | So there's a balancing act |
| | 47:10 | between customer experience and not |
| | 47:11 | wanting the customer to perceive that |
| | 47:12 | there is this, quote/unquote, |
| | 47:13 | bloatware. |
| | 47:14 | Then there's also just the |
| | 47:15 | dynamic of we're balancing customer |
| | 47:16 | experience with some of these services |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 47:17 | we feel are helpful to customers and | | |
| | 47:18 | some allow us to provide the customer | | |
| | 47:19 | with other service. | | |
| | 47:20 | And that same dynamic happens if | | |
| | 47:21 | the manufacturer wants to do certain | | |
| | 47:22 | things that they know are important to | | |
| | 47:23 | their relationship with the customer. | | |
| | 47:24 | And anyway, so that's the point | | |
| | 47:25 | is it's -- it's not a singular answer | | |
| | 48:01 | to.  We want on a device-by-device | | |
| | 48:02 | basis try to find the right balance of | | |
| | 48:03 | customer experience and our own | | |
| | 48:04 | interest in delivering service. | | |
| | 48:05 | It's not a technical limitation, | | |
| | 48:06 | per se.  It's more at some point you, | | |
| | 48:07 | you know, put so much stuff on the | | |
| | 48:08 | phone that the customer doesn't want | | |
| | 48:09 | it. | | |
| | 48:10 | Or if a -- if -- as I said | | |
| | 48:11 | before, ultimately what we're doing is | | |
| | 48:12 | competing with Verizon and T-Mobile, | | |
| | 48:13 | and we don't want AT&T devices to be | | |
| | 48:14 | perceived as somehow less attractive, | | |
| | 48:15 | because we put a bunch of stuff on | | |
| | 48:16 | there that another carrier wouldn't. | | |

| 51:08 - 51:15 | **Ezell, Jeffrey 2022-01-26** | 00:00:26 | Trial_Ezell_v10U.8 |
| | 51:08 Q.  And do you have any understanding | | |
| | 51:09    about whether or not Google applications | | |
| | 51:10    preloaded pursuant to the MADA are | | |
| | 51:11    deletable by AT&T? | | |
| | 51:12 A.  I don't know if they're deletable | | |
| | 51:13    by AT&T, because we're not -- we're not the | | |
| | 51:14    one licensing the service or the software. | | |
| | 51:15    That's the OEM. | | |

| 52:21 - 53:15 | **Ezell, Jeffrey 2022-01-26** | 00:00:57 | Trial_Ezell_v10U.9 |
| | 52:21 Q.  I appreciate that clarification. | | |
| | 52:22    You mentioned Google Mobile | | |
| | 52:23    Services.  What is that? | | |
| | 52:24 A.  That's the term I'm referring | | |
| | 52:25    loosely to as the Google services or | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 53:01 | applications as opposed to their operating | | |
| | 53:02 | system. | | |
| | 53:03 Q. | Do you have any understanding as | | |
| | 53:04 | to whether manufacturers preload Google | | |
| | 53:05 | Mobile Services on Android devices? | | |
| | 53:06 A. | Well, yes.  Again, I may be using | | |
| | 53:07 | the terms interchangeable between a mobile | | |
| | 53:08 | service and a mobile application, because | | |
| | 53:09 | typically a mobile service is accessed | | |
| | 53:10 | through an application. | | |
| | 53:11 | So, yes.  I mean, I think that's | | |
| | 53:12 | the essence of what we've been discussing | | |
| | 53:13 | is that there's a relationship between the | | |
| | 53:14 | OEM and Google to be able to put Google | | |
| | 53:15 | services or applications on the device. | | |
| 53:16 - 53:25 | **Ezell, Jeffrey 2022-01-26** | | 00:00:26 | Trial_Ezell_v10U.1 0 |
| | 53:16 Q. | Switching gears for a moment. | | |
| | 53:17 | Does AT&T have a role in determining what | | |
| | 53:18 | is preloaded on iPhones it sells? | | |
| | 53:19 A. | No, we do not. | | |
| | 53:20 Q. | Who determines which applications | | |
| | 53:21 | get preloaded on iPhones? | | |
| | 53:22 A. | Presumably Apple. | | |
| | 53:23 Q. | Is it your understanding that | | |
| | 53:24 | preloading an application generally | | |
| | 53:25 | increases the use of that application? | | |
| 54:03 - 55:05 | **Ezell, Jeffrey 2022-01-26** | | 00:01:05 | Trial_Ezell_v10U.1 1 |
| | 54:03 | THE WITNESS:  I believe that it | | |
| | 54:04 | provides the opportunity for awareness | | |
| | 54:05 | of an application in the sense that if | | |
| | 54:06 | it's preloaded, for example, on a home | | |
| | 54:07 | screen, then obviously many consumers | | |
| | 54:08 | are going to see it. | | |
| | 54:09 | It doesn't necessarily in my | | |
| | 54:10 | opinion, and I think you could probably | | |
| | 54:11 | find data to back this up, is that it | | |
| | 54:12 | doesn't necessarily translate into | | |
| | 54:13 | usage. | | |
| | 54:14 | Ultimately, and particularly | | |
| | 54:15 | those applications that I mentioned | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 54:16   earlier that are preloaded during | | |
| | 54:17   registration, they're deletable.  So if | | |
| | 54:18   a customer gets the phone and there's | | |
| | 54:19   an app that they don't want, they can | | |
| | 54:20   just delete it. | | |
| | 54:21   Similarly maybe someone opens up | | |
| | 54:22   an app that has been preloaded to check | | |
| | 54:23   it out, but they don't like it. | | |
| | 54:24   They're not going to use it. | | |
| | 54:25   So it's more about giving | | |
| | 55:01   application providers some more | | |
| | 55:02   awareness as to where -- it gives them | | |
| | 55:03   a chance that the consumer may engage | | |
| | 55:04   with a user app, but not necessarily a | | |
| | 55:05   guarantee that it will increase usage. | | |
| 55:07 - 55:09 | **Ezell, Jeffrey 2022-01-26** | 00:00:06 | Trial_Ezell_v10U.1 |
| | 55:07  Q.  So fair to say awareness of an | | 2 |
| | 55:08     application has the potential to increase | | |
| | 55:09     usage of that application? | | |
| 55:11 - 56:01 | **Ezell, Jeffrey 2022-01-26** | 00:00:34 | Trial_Ezell_v10U.1 |
| | 55:11   THE WITNESS:  It has the | | 3 |
| | 55:12   potential, yes.  That's the -- | | |
| | 55:13   essentially I think the logic why | | |
| | 55:14   someone would want AT&T to preload | | |
| | 55:15   their application.  But it's not the | | |
| | 55:16   only way that people create awareness | | |
| | 55:17   of applications. | | |
| | 55:18   I mean, my understanding is that | | |
| | 55:19   there is a large segment of the mobile | | |
| | 55:20   advertising business that is around | | |
| | 55:21   marketing and creating awareness of | | |
| | 55:22   applications. | | |
| | 55:23   And, for instance, Facebook has a | | |
| | 55:24   very large advertising business, as I | | |
| | 55:25   understand it, in promoting mobile | | |
| | 56:01   applications. | | |
| 59:18 - 59:19 | **Ezell, Jeffrey 2022-01-26** | 00:00:04 | Trial_Ezell_v10U.1 |
| | 59:18  Q.  Is the default home screen | | 4 |
| | 59:19     valuable real estate for applications? | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 59:21 - 59:24 | **Ezell, Jeffrey 2022-01-26** | 00:00:09 | Trial_Ezell_v10U.1 |
| | 59:21   THE WITNESS:  It's the first | | 5 |
| | 59:22   screen a consumer uses, and so, yes, I | | |
| | 59:23   would say the conventional wisdom, it | | |
| | 59:24   is valuable real estate. | | |
| 60:02 - 62:12 | **Ezell, Jeffrey 2022-01-26** | 00:02:31 | Trial_Ezell_v10U.1 |
| | 60:02   Q.  In your role negotiating with | | 6 |
| | 60:03   third parties to get their applications | | |
| | 60:04   preloaded onto a device, are those | | |
| | 60:05   companies generally willing to pay more to | | |
| | 60:06   have their application preloaded on the | | |
| | 60:07   default home screen as opposed to other | | |
| | 60:08   real estate on the device? | | |
| | 60:09   A.  Well, as I was trying to say | | |
| | 60:10   earlier, we are trying to balance customer | | |
| | 60:11   experience all the time.  So even if | | |
| | 60:12   someone was willing to pay more for the | | |
| | 60:13   default home screen, typically between, as | | |
| | 60:14   I said before, the core services that we | | |
| | 60:15   want to make sure are readily available, | | |
| | 60:16   which, for instance, would be your -- you | | |
| | 60:17   know, your dialer to make a phone call, | | |
| | 60:18   your messaging client to do a text message, | | |
| | 60:19   you know, we want to make sure those | | |
| | 60:20   things, which are the primary use cases of | | |
| | 60:21   your device, that they're on the home | | |
| | 60:22   screen. | | |
| | 60:23   And then on an Android device, | | |
| | 60:24   you know, one of the things people do on | | |
| | 60:25   Android devices is they access | | |
| | 61:01   applications.  So having on the home screen | | |
| | 61:02   the icon for the Play Store makes sense. | | |
| | 61:03   It's a core functionality of the device. | | |
| | 61:04   Similarly Search, one of the | | |
| | 61:05   things people do all the time is search. | | |
| | 61:06   So we want to make it easy and quick for | | |
| | 61:07   you to search from the home screen. | | |
| | 61:08   So you really don't see -- I | | |
| | 61:09   can't say that you would never see it, but | | |
| | 61:10   as a general rule, there's not a lot of | | |

Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 61:11    third-party services on the home screen. | | |
| | 61:12    Because by the time you look at | | |
| | 61:13    the intersection of where the main things | | |
| | 61:14    that a consumer does on the a phone, and as | | |
| | 61:15    I said earlier, the fact that AT&T, Google | | |
| | 61:16    and Samsung, in the case of a Samsung | | |
| | 61:17    device, all want to do some of their core | | |
| | 61:18    services, that typically defines the home | | |
| | 61:19    screen -- the default home screen | | |
| | 61:20    experience. | | |
| | 61:21    And it's customizable.  So I | | |
| | 61:22    really want to check the ESPN app.  I can | | |
| | 61:23    move the ESPN app to the home screen. | | |
| | 61:24  Q. Yeah, I appreciate that.  That's | | |
| | 61:25    helpful information. | | |
| | 62:01    My initial question was a bit | | |
| | 62:02    more narrow than that.  It was simply | | |
| | 62:03    whether or not it was your understanding, | | |
| | 62:04    you know, that the third parties that you | | |
| | 62:05    negotiate with offer to pay more money to | | |
| | 62:06    AT&T to be placed on the default home | | |
| | 62:07    screen as opposed to other positions on the | | |
| | 62:08    phone regardless of whether or not, you | | |
| | 62:09    know, AT&T ultimately decides to, you know, | | |
| | 62:10    enter into a deal or, you know, to place | | |
| | 62:11    that application on the default home | | |
| | 62:12    screen? | | |
| 62:14 - 63:07 | **Ezell, Jeffrey 2022-01-26** | 00:00:41 | Trial_Ezell_v10U.1 |
| | 62:14    THE WITNESS:  Well, the reason I | | 7 |
| | 62:15    answered the question more broadly is | | |
| | 62:16    that, generally speaking, we don't make | | |
| | 62:17    it available. | | |
| | 62:18    And so, I mean, it's possible | | |
| | 62:19    that someone would pay us more to try | | |
| | 62:20    to get it.  But as I said earlier, our | | |
| | 62:21    view is really we want to make sure | | |
| | 62:22    that that default home screen in terms | | |
| | 62:23    of what comes out of the box before | | |
| | 62:24    people customize and move whatever they | | |
| | 62:25    want to onto it is a pretty | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 63:01 | streamlined, clean experience. | | |
| | 63:02 | And so I don't think it's in our | | |
| | 63:03 | best interest if somebody, even if they | | |
| | 63:04 | were willing to pay us more, to put a | | |
| | 63:05 | service that we felt the customer would | | |
| | 63:06 | look at and say, why is this on our | | |
| | 63:07 | home screen right out of the box. | | |

| 63:09 - 63:21 | **Ezell, Jeffrey 2022-01-26** | | 00:00:28 | Trial_Ezell_v10U.1 |
| | 63:09 | Q. How about if it was an | | 8 |
| | 63:10 | application that you thought consumers did | | |
| | 63:11 | value having on the default home screen? | | |
| | 63:12 | A. Well, if we felt it was additive | | |
| | 63:13 | to the customer experience and someone was | | |
| | 63:14 | willing to pay us more for it, we would | | |
| | 63:15 | consider it. | | |
| | 63:16 | But, again, I think it would | | |
| | 63:17 | ultimately come down to did we think all | | |
| | 63:18 | factors considered make sense.  And one of | | |
| | 63:19 | those factors considered would be | | |
| | 63:20 | economics, but it would not be the only | | |
| | 63:21 | factor. | | |

| 63:22 - 64:07 | **Ezell, Jeffrey 2022-01-26** | | 00:00:25 | Trial_Ezell_v10U.1 |
| | 63:22 | Q. But do you have an understanding | | 9 |
| | 63:23 | as to why companies offer AT&T more money | | |
| | 63:24 | to have their applications potentially | | |
| | 63:25 | placed on the default home screen? | | |
| | 64:01 | A. I think it's similar to what we | | |
| | 64:02 | said before.  It's about awareness.  And | | |
| | 64:03 | the presumption would be that the screen | | |
| | 64:04 | you see every time you open up your device | | |
| | 64:05 | gives you more awareness than having to | | |
| | 64:06 | navigate somewhere else to discover | | |
| | 64:07 | something. | | |

| 64:08 - 65:18 | **Ezell, Jeffrey 2022-01-26** | | 00:01:43 | Trial_Ezell_v10U.2 |
| | 64:08 | Q. Is it your understanding that | | 0 |
| | 64:09 | Google is wanting to pay more money to AT&T | | |
| | 64:10 | to have its applications placed on the | | |
| | 64:11 | default home screen? | | |
| | 64:12 | A. Well, we don't have that type of | | |
| | 64:13 | relationship with Google in terms of there | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 64:14    being a specific compensation for a | | |
| | 64:15    specific service. | | |
| | 64:16    Our relationship with Google | | |
| | 64:17    really revolves around two agreements.  One | | |
| | 64:18    is a Google Search agreement.  The other is | | |
| | 64:19    around the Play Store.  And for those, | | |
| | 64:20    there are placement requirements. | | |
| | 64:21    I even alluded to it earlier that | | |
| | 64:22    the search widget on the home screen and | | |
| | 64:23    the Google Play Store on the home screen | | |
| | 64:24    are examples where in our contracts with | | |
| | 64:25    Google for those two services, that's part | | |
| | 65:01    of the consideration of our revenue share. | | |
| | 65:02    So but it's hard for me to say | | |
| | 65:03    they were paying more for it or not, | | |
| | 65:04    because it was basically part of the | | |
| | 65:05    collective set of terms of if we want -- if | | |
| | 65:06    we want to participate in a revenue share | | |
| | 65:07    with Google, then we have a placement | | |
| | 65:08    criteria as part of that. | | |
| | 65:09    But it also makes sense for us in | | |
| | 65:10    the sense that if our participation on | | |
| | 65:11    revenue on search is a function of people | | |
| | 65:12    doing more searches, it's in our interest | | |
| | 65:13    both from the consumer experience with | | |
| | 65:14    respect to making something that people | | |
| | 65:15    always do on the phone easily accessible, | | |
| | 65:16    but it also makes sense for us to make that | | |
| | 65:17    convenient.  And putting it on the home | | |
| | 65:18    screen is very convenient. | | |
| 65:19 - 67:01 | **Ezell, Jeffrey 2022-01-26** | 00:01:26 | Trial_Ezell_v10U.2 |
| | 65:19   Q.  Are you familiar with the hot | | 1 |
| | 65:20       seat on a device? | | |
| | 65:21   A.  Yes. | | |
| | 65:22   Q.  What is the hot seat on a mobile | | |
| | 65:23       device? | | |
| | 65:24   A.  It typically refers to there is | | |
| | 65:25       a -- the bottom row of the screen where | | |
| | 66:01       icons are placed that even when you swipe | | |
| | 66:02       left or swipe right to a different panel, | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

66:03   those icons remain persistent on the bottom
66:04   row of the screen.
66:05   Q.  Do you have any understanding as
66:06   to the value of the hot seat on a device as
66:07   compared to other placement on the device?
66:08   A.  I don't have any empirical data
66:09   to say what's the difference between the
66:10   hot seat and other screens.
66:11   It's more just the kind of
66:12   presumption, again, that if those icons
66:13   remain persistent when you scroll through
66:14   other screens, that they are visible and,
66:15   therefore, I guess there's some presumption
66:16   of value.  But I don't have any empirical
66:17   data to state that.
66:18   The things that are typically in
66:19   that hot seat, again, are -- as I said
66:20   before on an AT&T device, you would see our
66:21   dialer for placing voice calls, our
66:22   messaging client for receiving and sending
66:23   text messages.
66:24   So really it's those types of
66:25   things that, you know, we think make the
67:01   most sense to be persistent on the screen.

| 67:02 - 68:15 | **Ezell, Jeffrey 2022-01-26** | 00:01:41 | Trial_Ezell_v10U.2 |
| | | | 2 |

67:02   Q.  You touched on this a little
67:03   earlier, but I want to return to it.
67:04   In your negotiations with other
67:05   companies to preload their applications,
67:06   have you ever negotiated for a higher
67:07   payment based on placement of that
67:08   application on the device?
67:09   A.  Yes.  I believe so.
67:10   Q.  Can you provide an example?
67:11   A.  Well, I don't know that I can
67:12   cite a specific company example, but I can
67:13   tell you an example of why and how that
67:14   would come about, which is that if you
67:15   think about three different placement
67:16   options, there's the default home screen,

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 67:17 | which you've asked about, and as I've said | | |
| | 67:18 | we've typically not made available. | | |
| | 67:19 | There are these other home | | |
| | 67:20 | screens.  They're not the default home | | |
| | 67:21 | screen, but they're the ones that you swipe | | |
| | 67:22 | left and right and access.  We'll sometimes | | |
| | 67:23 | refer to that as, like, the plus one or | | |
| | 67:24 | minus one or plus two depending on how many | | |
| | 67:25 | swipes. | | |
| | 68:01 | And then there's the actual | | |
| | 68:02 | application tray or folder which today, if | | |
| | 68:03 | you think about it, there's kind of a shade | | |
| | 68:04 | that you can swipe up, and it presents a | | |
| | 68:05 | list of application icons. | | |
| | 68:06 | And so, yes, it's my | | |
| | 68:07 | understanding that we have done deals where | | |
| | 68:08 | essentially we've said we are going to put | | |
| | 68:09 | you in the application tray as your | | |
| | 68:10 | placement, and someone would offer | | |
| | 68:11 | additional compensation to be put on one of | | |
| | 68:12 | those plus one or plus two screens. | | |
| | 68:13 | So, yes, I have some general | | |
| | 68:14 | awareness of having that in prior | | |
| | 68:15 | application placement discussion. | | |
| 68:19 - 68:21 | **Ezell, Jeffrey 2022-01-26** | | 00:00:05 | Trial_Ezell_v10U.23 |
| | 68:19 | Which area of the device is AT&T | | |
| | 68:20 | typically able to extract higher payments | | |
| | 68:21 | for? | | |
| 68:23 - 69:22 | **Ezell, Jeffrey 2022-01-26** | | 00:01:03 | Trial_Ezell_v10U.24 |
| | 68:23 | THE WITNESS:  Well, our primary | | |
| | 68:24 | place we put applications is the | | |
| | 68:25 | application tray.  It's more of an | | |
| | 69:01 | exception basis where we would do | | |
| | 69:02 | something on one of these plus one or | | |
| | 69:03 | plus two screens. | | |
| | 69:04 | And the way you frame the | | |
| | 69:05 | question, extract value, again, I don't | | |
| | 69:06 | know that it's -- I wouldn't | | |
| | 69:07 | necessarily characterize it as | | |
| | 69:08 | extracting value. | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 69:09 | As I said before, it's this | | |
| | 69:10 | wholistic set of considerations of, | | |
| | 69:11 | what's the customer experience, can the | | |
| | 69:12 | customer use this device -- or use this | | |
| | 69:13 | application that's being prominently | | |
| | 69:14 | placed on the home screen.  By "home | | |
| | 69:15 | screen" I mean one of these plus one or | | |
| | 69:16 | plus two screens. | | |
| | 69:17 | And economics may play a role in | | |
| | 69:18 | that, but I would say it's more what | | |
| | 69:19 | value are we delivering, which is a | | |
| | 69:20 | function of both the customer | | |
| | 69:21 | experience as it is did AT&T get any | | |
| | 69:22 | incremental compensation for it. | | |

**70:07 - 71:02** | **Ezell, Jeffrey 2022-01-26** | | 00:01:05 | Trial_Ezell_v10U.2
5

| | 70:07 | Q. | Does AT&T maintain the ability to | | |
| | 70:08 | | decide what gets preloaded on the minus one | | |
| | 70:09 | | screen? | | |
| | 70:10 | A. | Well, the minus one screen in our | | |
| | 70:11 | | current -- current agreement with Google on | | |
| | 70:12 | | the revenue share agreement, the minus one | | |
| | 70:13 | | screen is reserved for a Google service. | | |
| | 70:14 | | Again, the name changes.  I don't really | | |
| | 70:15 | | recall what the current -- it's maybe | | |
| | 70:16 | | called Discover currently. | | |
| | 70:17 | | Essentially it's an interface | | |
| | 70:18 | | that allows certain -- certain services or | | |
| | 70:19 | | content feeds to be made readily available | | |
| | 70:20 | | on its minus one screen.  And some of those | | |
| | 70:21 | | content feeds come from Google.  Some of | | |
| | 70:22 | | them come from either the carrier or the | | |
| | 70:23 | | device manufacturer. | | |
| | 70:24 | | And so there are certain | | |
| | 70:25 | | parameters around that minus one screen as | | |
| | 71:01 | | part of our revenue share agreement on | | |
| | 71:02 | | search with Google. | | |

**73:17 - 74:04** | **Ezell, Jeffrey 2022-01-26** | | 00:00:33 | Trial_Ezell_v10U.2
6

| | 73:17 | Q. | Yeah, and let me break it up to | | |
| | 73:18 | | make it simpler. | | |
| | 73:19 | | For web browsers, AT&T's Android | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

73:20      devices, is Google Search set as the
73:21      default search engine?
73:22  A.  That's my understanding, yes.
73:23  Q.  And for the Google Search widget
73:24      on AT&T Android devices, is Google set as
73:25      the default search engine?
74:01  A.  Yes.  Because, again, my
74:02      understanding is that widget is a Google
74:03      Search widget.  So almost inherently Google
74:04      would be the default.

| 74:10 - 74:21 | **Ezell, Jeffrey 2022-01-26** | 00:00:35 | Trial_Ezell_v10U.2 7 |

74:10  Q.  Is it fair to say that on phones
74:11      sold by AT&T -- strike that.
74:12      On Android devices sold by AT&T,
74:13      do all search entry points default to
74:14      Google Search?
74:15  A.  I can't speak to what the OEMs
74:16      do.  All I can -- all I can speak to is
74:17      that it's our intent that per the Google
74:18      Search revenue share agreement, for those
74:19      search entry points that we have agreed
74:20      with Google where Google will be the
74:21      default, those would be the default.

| 77:11 - 77:19 | **Ezell, Jeffrey 2022-01-26** | 00:00:20 | Trial_Ezell_v10U.2 8 |

77:11  Q.  Just to run through them so we're
77:12      perhaps a little bit more clear for the
77:13      record, did you negotiate the 2011 -- the
77:14      2010-2011 search distribution deal with
77:15      Google?
77:16  A.  Yes.
77:17  Q.  Did you negotiate the 2013 search
77:18      distribution deal with Google?
77:19  A.  Yes.

| 79:05 - 79:08 | **Ezell, Jeffrey 2022-01-26** | 00:00:08 | Trial_Ezell_v10U.2 9 |

79:05  Q.  I think you alluded to this, but
79:06      did you negotiate the 2021 search
79:07      distribution agreement with Google?
79:08  A.  Yes.

| 79:09 - 80:04 | **Ezell, Jeffrey 2022-01-26** | 00:00:56 | Trial_Ezell_v10U.3 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | 0 |
|---|---|---|---|
| | 79:09   Q.  As well as other agreements that | | |
| | 79:10        may have been signed in June of 2021? | | |
| | 79:11   A.  What other agreements are you | | |
| | 79:12        referring to from 2021? | | |
| | 79:13   Q.  Did AT&T enter into any other | | |
| | 79:14        agreements with Google in June of 2021? | | |
| | 79:15   A.  Oh, yes.  June, again, I'd have | | |
| | 79:16        to look at the specific documents and | | |
| | 79:17        dates.  We were involved in three different | | |
| | 79:18        discussions with Google in 2021, and one | | |
| | 79:19        was a revenue share agreement.  Another was | | |
| | 79:20        an Android incentive agreement and a third | | |
| | 79:21        was around messaging. | | |
| | 79:22        So those are the three Google | | |
| | 79:23        agreements that I'm aware of that we were | | |
| | 79:24        negotiating in 2021 and ultimately entered | | |
| | 79:25        into an agreement with them. | | |
| | 80:01   Q.  Ultimately AT&T entered into all | | |
| | 80:02        three of those agreements with Google in | | |
| | 80:03        2021? | | |
| | 80:04   A.  Yes. | | |

| 87:17 - 87:20 | **Ezell, Jeffrey 2022-01-26** | 00:00:07 | Trial_Ezell_v10U.3 |
|---|---|---|---|
| | 87:17   Q.  Do you know if AT&T has ever | | 1 |
| | 87:18        carried an Android device that was MADA | | |
| | 87:19        compliant but not covered by an RSA with | | |
| | 87:20        Google? | | |

| 87:23 - 88:20 | **Ezell, Jeffrey 2022-01-26** | 00:00:55 | Trial_Ezell_v10U.3 |
|---|---|---|---|
| | 87:23        THE WITNESS:  Well, I think you | | 2 |
| | 87:24        have to clarify when you say "Android." | | |
| | 87:25        Are you referring to the certified | | |
| | 88:01        Android operating system that goes | | |
| | 88:02        under the brand Android, or are you | | |
| | 88:03        referring to the Android open source | | |
| | 88:04        operating system?  Because my answer | | |
| | 88:05        would be different depending on that | | |
| | 88:06        clarification. | | |
| | 88:07        BY MR. COHEN: | | |
| | 88:08   Q.  What is the Android certified | | |
| | 88:09        version of -- excuse me. | | |
| | 88:10        What is the Google certified | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 88:11 version of the Android? |  |  |
|  | 88:12 A. My understanding is that's what |  |  |
|  | 88:13 device OEMs license from Google when they |  |  |
|  | 88:14 want to offer the Android operating system |  |  |
|  | 88:15 that is provided and certified by Google as |  |  |
|  | 88:16 being Android. |  |  |
|  | 88:17 Q. And has AT&T ever sold any of |  |  |
|  | 88:18 those devices that were not covered by |  |  |
|  | 88:19 revenue share with Google? |  |  |
|  | 88:20 A. I don't believe so. |  |  |

**91:16 - 91:20** | **Ezell, Jeffrey 2022-01-26** | 00:00:14 | Trial_Ezell_v10U.33

91:16   So the revenue share agreements
91:17   between AT&T and Google require that Google
91:18   Search be set as the default search engine
91:19   for various search entry points, correct?
91:20 A. Correct.

**91:21 - 91:25** | **Ezell, Jeffrey 2022-01-26** | 00:00:13 | Trial_Ezell_v10U.34

91:21 Q. Do those same revenue share
91:22   agreements with Google restrict AT&T's
91:23   ability to preload applications that use a
91:24   different default search engine that is not
91:25   Google Search?

**92:02 - 93:25** | **Ezell, Jeffrey 2022-01-26** | 00:02:07 | Trial_Ezell_v10U.35

92:02   THE WITNESS: Well, let me
92:03   describe broadly the construct, and
92:04   then you can tell me if that answers
92:05   your specific question or not.
92:06   The broad construct is that AT&T
92:07   can decide when we're distributing a
92:08   given Android device, whether we want
92:09   that device to be part of the Google
92:10   revenue share agreement or not.
92:11   And our decision to have it be
92:12   part of the revenue share agreement
92:13   means that in exchange for AT&T
92:14   receiving a revenue share on Google's
92:15   search revenue, that we agree that we
92:16   will make Google Search the default
92:17   search engine for the search entry
92:18   points that we talked about earlier.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 92:19 | As we've also talked about, | | |
| | 92:20 | there's certain placement -- placement | | |
| | 92:21 | requirements.  And the spirit is | | |
| | 92:22 | that -- and we will not, because we are | | |
| | 92:23 | in an agreement with Google where we | | |
| | 92:24 | are sharing in the economic value of | | |
| | 92:25 | search, we won't promote a competing | | |
| | 93:01 | search service. | | |
| | 93:02 | It doesn't mean that it can't be | | |
| | 93:03 | made available.  It doesn't mean that a | | |
| | 93:04 | consumer can't go do whatever a | | |
| | 93:05 | consumer wants to do.  But the basic | | |
| | 93:06 | relationship between AT&T and Google is | | |
| | 93:07 | that we can decide whether to have a | | |
| | 93:08 | device be part of the Google Search | | |
| | 93:09 | agreement or not. | | |
| | 93:10 | But if we decide to put it under | | |
| | 93:11 | the agreement and share in that | | |
| | 93:12 | revenue, then the expectation is that | | |
| | 93:13 | that's the service we promote, not a | | |
| | 93:14 | competing search service. | | |
| | 93:15 | And so the example I was giving | | |
| | 93:16 | on Facebook and Fire Phone is that in | | |
| | 93:17 | those devices, they were not Android | | |
| | 93:18 | devices, but they were Android open | | |
| | 93:19 | source devices, or at least that's my | | |
| | 93:20 | understanding certainly for Fire Phone, | | |
| | 93:21 | likely for Facebook. | | |
| | 93:22 | And so that's an example where we | | |
| | 93:23 | were distributing a device, but we're | | |
| | 93:24 | not putting that device under our | | |
| | 93:25 | Google revenue share agreement. | | |
| 94:02 - 94:11 | **Ezell, Jeffrey 2022-01-26** | | 00:00:30 | Trial_Ezell_v10U.3 |
| | 94:02   Q.  I appreciate the clarification. | | | 6 |
| | 94:03        For the devices that AT&T has | | | |
| | 94:04        chosen to receive revenue share under, AT&T | | | |
| | 94:05        cannot preload a competing search service, | | | |
| | 94:06        correct? | | | |
| | 94:07   A.  Yes, that's my understanding. | | | |
| | 94:08   Q.  That's sometimes referred to as | | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 94:09    alternative search services? | | |
| | 94:10  A.  Yes.  I believe that's the | | |
| | 94:11    current phrasing in the current agreement. | | |
| 121:25 - 122:06 | **Ezell, Jeffrey 2022-01-26** | 00:00:18 | Trial_Ezell_v10U.3 |
| | 121:25  Q.  Mr. Ezell, I'm going to introduce | | 7 |
| | 122:01    another document that will be marked as | | |
| 🔗 D385.1 | 122:02    Exhibit 3. | | |
| | 122:03    (Whereupon, Exhibit 3 is marked | | |
| | 122:04    for identification.) | | |
| | 122:05    MR. COHEN:  The Bates number is | | |
| | 122:06    ATT-GLIT-00104239. | | |
| 122:14 - 122:15 | **Ezell, Jeffrey 2022-01-26** | 00:00:04 | Trial_Ezell_v10U.3 |
| | 122:14  Q.  Do you recognize this document? | | 8 |
| | 122:15  A.  I do. | | |
| 125:22 - 126:01 | **Ezell, Jeffrey 2022-01-26** | 00:00:14 | Trial_Ezell_v10U.3 |
| 🔗 D385.1.1 | 125:22  Q.  Did the fact that Google was | | 9 |
| | 125:23    requiring that Google Search be preloaded | | |
| | 125:24    on Android devices play a role in AT&T's | | |
| | 125:25    decision about entering into various | | |
| | 126:01    agreements with Google in 2010? | | |
| 126:03 - 127:02 | **Ezell, Jeffrey 2022-01-26** | 00:01:01 | Trial_Ezell_v10U.4 |
| | 126:03    THE WITNESS:  Well, it looks here | | 0 |
| | 126:04    like there's several factors, and that | | |
| | 126:05    may have been one factor. | | |
| | 126:06    But I think the -- probably the | | |
| | 126:07    most operative point is my second point | | |
| | 126:08    where I say "Google generates more | | |
| | 126:09    query volume and monetizes search at | | |
| | 126:10    higher rates than Bing and Yahoo." | | |
| | 126:11    And this I had stated earlier. | | |
| | 126:12    You know, my role in being in the | | |
| | 126:13    mobile organization doing business | | |
| | 126:14    development for the mobility group, my | | |
| | 126:15    objective was to get the best outcome | | |
| | 126:16    for our mobile group. | | |
| | 126:17    As we've also discussed earlier, | | |
| | 126:18    there was this Yahoo relationship from | | |
| | 126:19    a different part of AT&T.  And as I | | |
| | 126:20    think both this -- the prior exhibit | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 126:21   and this one reflect the dynamic that |  |  |
|  | 126:22   the mobility team was of the opinion |  |  |
|  | 126:23   that the best thing for the mobility |  |  |
|  | 126:24   business was to have a relationship |  |  |
|  | 126:25   with Google to carry Android devices, |  |  |
| ✗ Clear | 127:01   and on those devices, to have a Google |  |  |
|  | 127:02   Search relationship. |  |  |

| 130:24 - 132:01 | **Ezell, Jeffrey 2022-01-26** | 00:01:03 | Trial_Ezell_v10U.4 1 |

130:24  Q.   Returning to the revenue share

130:25       agreements between AT&T and Google, I

131:01       believe you testified that you negotiated

131:02       the 2011 RSA with Google; is that correct?

131:03  A.   Yes.

131:04  Q.   Did AT&T receive up to a

131:05       █ percent revenue share for devices

131:06       configured to have Google Search as the

131:07       exclusive preloaded search service on

131:08       Android devices?

131:09  A.   My recollection of that first

131:10       agreement is that it was tiered in the

131:11       sense that in the highest tier, there was

131:12       up to █ percent.

131:13       But you also have to account for

131:14       the fact that there was a deduction for

131:15       costs associated with it.  So my

131:16       recollection is there was a █ percent

131:17       deduction.

131:18       So it was █ percent of a net

131:19       number; not █ percent of a gross number,

131:20       if that makes sense.

131:21  Q.   It does.  And I appreciate the

131:22       clarification.

131:23       But the highest tier, just to

131:24       confirm, was █ percent based on that --

131:25  A.   That's my -- that's my memory,

132:01       yes.

| 132:02 - 132:05 | **Ezell, Jeffrey 2022-01-26** | 00:00:09 | Trial_Ezell_v10U.4 2 |

132:02  Q.   Under the 2011 RSA, AT&T was

132:03       prohibited from preloading search services

132:04       that competed with Google Search; is that

Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 132:05 | correct? | | |
| 132:07 - 132:23 | **Ezell, Jeffrey 2022-01-26** | | 00:00:34 | Trial_Ezell_v10U.4 |
| | 132:07 | THE WITNESS:  I'd have to go back | | 3 |
| | 132:08 | and look at that specific contract. | | |
| | 132:09 | But as we talked about early -- | | |
| | 132:10 | earlier, generally the arrangement was | | |
| | 132:11 | if we wanted a device to be under the | | |
| | 132:12 | search agreement, that was part of the | | |
| | 132:13 | requirement is that we would make it | | |
| | 132:14 | the default search service and not | | |
| | 132:15 | promote a competing one. | | |
| | 132:16 | BY MR. COHEN: | | |
| | 132:17 Q. | And you're not aware of any | | |
| | 132:18 | agreement between AT&T and Google in which | | |
| | 132:19 | Google provides revenue share to AT&T for | | |
| | 132:20 | devices where there is an alternative | | |
| | 132:21 | search service preloaded on the device, | | |
| | 132:22 | correct? | | |
| | 132:23 A. | I'm not personally aware of one. | | |
| 149:23 - 151:01 | **Ezell, Jeffrey 2022-01-26** | | 00:01:21 | Trial_Ezell_v10U.4 |
| | 149:23 | Do you recall whether the 2018 | | 4 |
| | 149:24 | agreement with Google contained provisions | | |
| | 149:25 | related to security updates? | | |
| | 150:01 A. | I believe they did, yes. | | |
| | 150:02 Q. | What do you recall those | | |
| | 150:03 | provision required? | | |
| | 150:04 A. | I don't remember the specifics. | | |
| | 150:05 | I can only remember the general theme which | | |
| | 150:06 | was that Google wanted to make sure that | | |
| | 150:07 | security updates were quickly propagated | | |
| | 150:08 | out to Android devices, but that they | | |
| | 150:09 | weren't in control of pushing those | | |
| | 150:10 | updates.  Sometimes they were pushed by the | | |
| | 150:11 | device manufacturer, sometimes they're | | |
| | 150:12 | pushed by the carrier. | | |
| | 150:13 | And essentially what they wanted | | |
| | 150:14 | to do is to make sure that we would push | | |
| | 150:15 | out security updates in a timely fashion, | | |
| | 150:16 | which we didn't have any objection to the | | |
| | 150:17 | concept.  If it's a security update, it | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 150:18 | does make sense to get it out onto devices. | | |
| | 150:19 | But we have to orchestrate that | | |
| | 150:20 | across, you know, millions of devices and | | |
| | 150:21 | it may need to be included in an -- other | | |
| | 150:22 | software updates that would go in the | | |
| | 150:23 | package. | | |
| | 150:24 | So that's the -- my memory of it | | |
| | 150:25 | is just trying to get to a mutual agreement | | |
| | 151:01 | about how quickly that would be done. | | |

| 168:08 - 170:09 | **Ezell, Jeffrey 2022-01-26** | 00:02:23 | Trial_Ezell_v10U.4 5 |
| | 168:08 | Under your current agreement with | | |
| | 168:09 | Google, there is no wind-down period, | | |
| | 168:10 | right? | | |
| | 168:11 | A.  That's my understanding, yes. | | |
| | 168:12 | Q.  So on the day that the agreement | | |
| | 168:13 | terminates, AT&T will no longer receive | | |
| | 168:14 | revenue share for searches performed | | |
| | 168:15 | through the various search entry points in | | |
| | 168:16 | that agreement, correct? | | |
| | 168:17 | A.  That's my understanding, yes. | | |
| | 168:18 | Q.  And there will be at that time | | |
| | 168:19 | millions of phones that still have Google | | |
| | 168:20 | services preloaded onto those devices, | | |
| | 168:21 | correct? | | |
| | 168:22 | A.  Correct. | | |
| | 168:23 | Q.  Is it millions or tens of | | |
| | 168:24 | millions or hundreds of millions? | | |
| | 168:25 | A.  It's tens of millions would be my | | |
| | 169:01 | current estimate.  It's certainly not | | |
| | 169:02 | hundreds of millions.  It's roughly in the | | |
| | 169:03 | -- call it █ million range would be -- | | |
| | 169:04 | again, that's confidential AT&T | | |
| | 169:05 | information, but just to give you a sense | | |
| | 169:06 | of order of magnitude. | | |
| | 169:07 | Q.  And if AT&T switched away from | | |
| | 169:08 | Google to an alternative search service, | | |
| | 169:09 | the current Android phone base at AT&T's | | |
| | 169:10 | portfolio would still have Google Search? | | |
| | 169:11 | A.  Yes.  Now, again, I'd have to | | |
| | 169:12 | look at the contracts.  This is why I was | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 169:13   asking if you could narrow the question, | | |
| | 169:14   because there's kind of what happens in | | |
| | 169:15   practice and then there's what's in the | | |
| | 169:16   contract, right? | | |
| | 169:17   In practice, the point you're | | |
| | 169:18   making is correct, is the data agreement | | |
| | 169:19   terminates.  That doesn't necessarily | | |
| | 169:20   change what's out there in the marketplace | | |
| | 169:21   in terms of software on our devices. | | |
| | 169:22   And I -- in a wind-down period, | | |
| | 169:23   one of the things that would happen in a | | |
| | 169:24   wind-down period would be you'd still be | | |
| | 169:25   likely subject to certain terms of the | | |
| | 170:01   agreement during the wind-down period. | | |
| | 170:02   What I don't know is that, | | |
| | 170:03   because I don't remember it, was in the | | |
| | 170:04   current agreement what happens at | | |
| | 170:05   termination.  We've established there's not | | |
| | 170:06   a wind-down period, but I don't know if | | |
| | 170:07   there's any other provisions that survive | | |
| | 170:08   the termination.  Again, I would have to | | |
| | 170:09   look at that. | | |
| 173:05 - 176:24 | **Ezell, Jeffrey 2022-01-26** | 00:04:26 | Trial_Ezell_v10U.4 |
| | 173:05   Q.  During the most recent revenue | | 6 |
| | 173:06   share agreement negotiations, did Google | | |
| | 173:07   express concern over declining Android | | |
| | 173:08   Market share? | | |
| | 173:09   A.  Yes. | | |
| | 173:10   Q.  When did Google first express | | |
| | 173:11   concern about declining Android Market | | |
| | 173:12   share? | | |
| | 173:13   A.  I can't remember the exact date. | | |
| | 173:14   But like I said, it was when we first | | |
| | 173:15   started, you know, beginning the renewal | | |
| | 173:16   negotiation.  The Google team previewed | | |
| | 173:17   that it was going to be a different | | |
| | 173:18   structure this time around.  It wasn't | | |
| | 173:19   going to be just a simple renewal of the | | |
| | 173:20   current agreement. | | |
| | 173:21   And the way they introduce that | | |

Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

173:22    was that one of their main concerns and

173:23    objectives was to, you know, reverse the

173:24    decline of Android's market share -- you

173:25    know, particularly in the U.S. since that

174:01    is the scope of our agreement.

174:02    And, yes, so they previewed that

174:03    before the negotiations really got started

174:04    in earnest.  And then as we started passing

174:05    paper back and forth, it was a new

174:06    structure that specifically created

174:07    incentives for AT&T to increase our number

174:08    of Android active devices on the network.

174:09  Q.  And ultimately that resulted in

174:10    two separate agreements, correct?

174:11  A.  That's correct.  There was the

174:12    search revenue share agreement and then

174:13    there was this other agreement negotiated

174:14    concurrently that was the -- I can't

174:15    remember the exact name of it, but we

174:16    started referring to it as the Android

174:17    incentive agreement.

174:18  Q.  Did Google ever attribute the

174:19    decline in Android Market share to anything

174:20    in particular?

174:21  A.  Well, I think thematically they

174:22    would say that the experience on Android

174:23    devices was not as consistent as it was on

174:24    Apple devices, and, therefore, that

174:25    fragmented experience on Android they felt

175:01    contributed to the fact that they were not

175:02    as successful as Apple had, you know, more

175:03    of a -- every iPhone looks exactly the

175:04    same, has exactly the same services on it,

175:05    and you couldn't say the same thing about

175:06    an Android device.

175:07  Q.  What is your understanding of why

175:08    Android Market share was declining during

175:09    this period of time?

175:10  A.  Well, again, this was one

175:11    person's opinion.  I don't know that I'm

175:12    the person that would study this to know

Google Affirmative    DOJ Counter    States Counter

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

175:13   root causes, but I think it's a combination

175:14   of factors.

175:15   As I mentioned earlier, Android

175:16   had historically been the primary operating

175:17   system on lower-end devices, and Apple

175:18   really only sold high-end premium devices.

175:19   So as Apple both started to

175:20   introduce a broader set of devices at

175:21   different price points that allowed them to

175:22   get into some other more price conscious

175:23   segments that they hadn't been earlier, and

175:24   that came at Android's expense.

175:25   I think another dynamic is as you

176:01   get to the point where you're on the 10th,

176:02   11th, 12th version of a phone, those phones

176:03   have a longer life, so there's this kind of

176:04   dynamic of phones getting passed down.

176:05   So maybe someone who previously

176:06   couldn't afford a brand new iPhone would

176:07   buy an older generation iPhone and activate

176:08   it.  And that's what we call a "bring your

176:09   own device."

176:10   As more Apple devices get out

176:11   there and there's more of a secondary

176:12   market, I think that allowed Apple to hit

176:13   lower price points that had previously been

176:14   primarily Android.

176:15   And then, you know -- I don't

176:16   know if the argument about the experience

176:17   being consistent versus different, I think

176:18   that may hold some -- you know, some water,

176:19   but I think you have to look at

176:20   holistically a lot of other things

176:21   including just the price points and Apple

176:22   starting to move down market either

176:23   directly or indirectly through the

176:24   secondary market.

| 177:16 - 178:17 | **Ezell, Jeffrey 2022-01-26** | 00:01:23 | Trial_Ezell_v10U.4 |
|---|---|---|---|
| | | | 7 |

177:16   Q.   Mr. Ezell, I want to return to

177:17         the 2021 revenue share agreement

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

177:18    negotiations with Google.

177:19    Do you recall a time in which

177:20    Google had proposed a multitier revenue

177:21    share agreement to AT&T?

177:22 A.  Yes.

177:23 Q.  Ultimately the executed agreement

177:24    that you have with Google contains a single

177:25    tier, right?

178:01 A.  Technically there's two tiers.

178:02    There's one tier that applies to new

178:03    devices going forward.  The name was

178:04    preferred device tier.

178:05    And then there was a second tier

178:06    for the devices that were already in market

178:07    under the prior agreement.  I believe that

178:08    was called the qualified device tier.

178:09 Q.  During the course of negotiations

178:10    with Google, was there a time in which

178:11    there were anticipated to be multiple tiers

178:12    for new devices?

178:13 A.  Yes.  In the early stages of the

178:14    negotiation, there was another tier called

178:15    the core tier, I believe was the label.

178:16    And so new devices could be either

178:17    preferred or core.

| 178:18 - 179:18 | **Ezell, Jeffrey 2022-01-26** | 00:01:20 | Trial_Ezell_v10U.4 8 |

178:18 Q.  What happened to the core tier

178:19    during the course of negotiations?

178:20 A.  Well, eventually it was removed,

178:21    but that was, in part, I believe, at AT&T's

178:22    request in the sense that the basic terms

178:23    around each tier is that the core tier,

178:24    kind of lower revenue share, was only

178:25    ▌ percent, versus the preferred tier being

179:01    ▌ percent.

179:02    And the core tier did not require

179:03    AT&T to provide Google Search, but it did

179:04    have other requirements around Google

179:05    Assistant, Chrome and the minus one screen.

179:06    And it was -- and it was in our

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 179:07    view that what we had been doing under the | | |
| | 179:08    prior agreement was more aligned with the | | |
| | 179:09    preferred tier, and we anticipated that we | | |
| | 179:10    would continue to primarily configure the | | |
| | 179:11    device to meet with the preferred tier. | | |
| | 179:12    So we just didn't really foresee | | |
| | 179:13    ourselves doing the core tier, and | | |
| | 179:14    certainly didn't think the economics were | | |
| | 179:15    as attractive. | | |
| | 179:16    So we were more or less saying we | | |
| | 179:17    don't see a lot of value in the core tier, | | |
| | 179:18    so we're not that interested in it. | | |
| 179:19 - 180:07 | **Ezell, Jeffrey 2022-01-26** | 00:00:36 | Trial_Ezell_v10U.49 |
| | 179:19  Q.  When you referenced the core tier | | |
| | 179:20    earlier, I think you said it did not | | |
| | 179:21    require AT&T to provide Google Search; is | | |
| | 179:22    that correct? | | |
| | 179:23  A.  That's correct. | | |
| | 179:24  Q.  Does that mean that Google Search | | |
| | 179:25    would not have been pre-installed on | | |
| | 180:01    devices at the core tier? | | |
| | 180:02  A.  I don't know if it would or not | | |
| | 180:03    have been.  It's possible that Google would | | |
| | 180:04    still have further relationship with the | | |
| | 180:05    OEM, have the OEM put it on.  But there was | | |
| | 180:06    no obligation by AT&T to preload it or a | | |
| | 180:07    particular placement obligation. | | |
| 180:23 - 181:17 | **Ezell, Jeffrey 2022-01-26** | 00:00:49 | Trial_Ezell_v10U.50 |
| | 180:23  Q.  So you don't know one way or the | | |
| | 180:24    other whether Google Search would have been | | |
| | 180:25    pre-installed on those devices pursuant to | | |
| | 181:01    an OEM agreement? | | |
| | 181:02  A.  I don't.  And, again, my interest | | |
| | 181:03    was to maximize the revenue for AT&T.  And | | |
| | 181:04    to do that, we anticipated that we would | | |
| | 181:05    continue to do preferred tier devices, | | |
| | 181:06    because we didn't want to have a revenue | | |
| | 181:07    share extend to search. | | |
| | 181:08  Q.  And that preferred tier requires | | |
| | 181:09    that Google be the exclusive search | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 181:10    provider out of the box on those devices, | | |
| | 181:11    correct? | | |
| | 181:12  A.  Yes.  That's my recollection. | | |
| | 181:13    It's not dissimilar from prior agreements | | |
| | 181:14    in terms of what was required with AT&T | | |
| | 181:15    around search in terms of not promoting | | |
| | 181:16    other searches or making others the | | |
| | 181:17    default. | | |
| 186:07 - 187:14 | **Ezell, Jeffrey 2022-01-26** | 00:01:24 | Trial_Ezell_v10U.5 |
| | 186:07  Q.  When AT&T preloaded the Amazon | | 1 |
| | 186:08    Shopping app in the past, did it conflict | | |
| | 186:09    with its revenue share agreement with | | |
| | 186:10    Google? | | |
| | 186:11  A.  Again, not that I'm aware of, no. | | |
| | 186:12  Q.  And that's because the Amazon | | |
| | 186:13    Shopping app does not provide general | | |
| | 186:14    search services? | | |
| | 186:15  A.  Yes.  That's my understanding is | | |
| | 186:16    there's language in the RSA that allows | | |
| | 186:17    there to be vertical searches, if you will, | | |
| | 186:18    meaning I can search for music within a | | |
| | 186:19    music application.  I can search for goods | | |
| | 186:20    and products in a shopping app.  Like | | |
| | 186:21    Amazon would be an example of that.  The | | |
| | 186:22    definition was really meant to be a general | | |
| | 186:23    Internet search. | | |
| | 186:24  Q.  Under the current 2021 revenue | | |
| | 186:25    share agreement with Google, AT&T is not | | |
| | 187:01    prohibited from preloading the Amazon | | |
| | 187:02    Shopping app, correct? | | |
| | 187:03  A.  I don't believe there's any | | |
| | 187:04    restriction to that unless the app were to | | |
| | 187:05    somehow provide a general Internet search | | |
| | 187:06    service as part of it. | | |
| | 187:07  Q.  And there's no prohibition | | |
| | 187:08    against preloading the Facebook application | | |
| | 187:09    should AT&T choose to do so? | | |
| | 187:10  A.  No.  Again, I don't believe so. | | |
| | 187:11    The question is less about who's the | | |
| | 187:12    provider of the app.  It's a question of | | |

Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 187:13   does it provide general Internet web | | |
| | 187:14   searches. | | |
| 187:15 - 187:25 | **Ezell, Jeffrey 2022-01-26** | 00:00:26 | Trial_Ezell_v10U.5 2 |
| | 187:15   Q.  Earlier we talked about, you | | |
| | 187:16   know, whether a provision was exclusive or | | |
| | 187:17   not, and you made a distinction between the | | |
| | 187:18   preloading or promotion of certain services | | |
| | 187:19   versus the use of the word "exclusive." | | |
| | 187:20   My question is, is there a | | |
| | 187:21   difference in your mind between a | | |
| | 187:22   requirement that Google be the exclusive | | |
| | 187:23   search service and the requirement that | | |
| | 187:24   AT&T not preload or promote alternative | | |
| | 187:25   search services? | | |
| 188:02 - 188:15 | **Ezell, Jeffrey 2022-01-26** | 00:00:33 | Trial_Ezell_v10U.5 3 |
| | 188:02   THE WITNESS:  In my mind there is | | |
| | 188:03   a difference and a distinction, and | | |
| | 188:04   that's why I clarified it in the sense | | |
| | 188:05   that I guess in the strictest | | |
| | 188:06   interpretation of an exclusive | | |
| | 188:07   arrangement, then there couldn't be | | |
| | 188:08   another search service on the device. | | |
| | 188:09   And that's not what our agreement is. | | |
| | 188:10   Our agreement is that we can't | | |
| | 188:11   preload an alternative search service. | | |
| | 188:12   But if there's one available for | | |
| | 188:13   download, then a customer can go do | | |
| | 188:14   that.  So that's the reason I make the | | |
| | 188:15   distinction. | | |
| 188:17 - 188:19 | **Ezell, Jeffrey 2022-01-26** | 00:00:08 | Trial_Ezell_v10U.5 4 |
| | 188:17   Q.  Would it be fair to characterize | | |
| | 188:18   the prohibition and the exclusivity then in | | |
| | 188:19   connection with the out-of-box experience? | | |
| 188:21 - 189:05 | **Ezell, Jeffrey 2022-01-26** | 00:00:21 | Trial_Ezell_v10U.5 5 |
| | 188:21   THE WITNESS:  Well, I don't | | |
| | 188:22   believe the language necessarily | | |
| | 188:23   specifies that it's the out-of-box | | |
| | 188:24   experience other than the default | | |
| | 188:25   settings. | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 189:01   I think independent of whether | | |
| | 189:02   it's out-of-box or not, the notion that | | |
| | 189:03   we would not promote a competitive | | |
| | 189:04   search service would apply whether it | | |
| | 189:05   was out-of-box or not. | | |
| 189:07 - 189:12 | **Ezell, Jeffrey 2022-01-26** | 00:00:19 | Trial_Ezell_v10U.5 6 |
| | 189:07  Q.  And by that you mean after a | | |
| | 189:08      consumer purchases an Android device from | | |
| | 189:09      AT&T that comes preloaded with Google | | |
| | 189:10      Search services, AT&T is prohibited from | | |
| | 189:11      promoting alternative search services to | | |
| | 189:12      that user; is that correct? | | |
| 189:15 - 190:10 | **Ezell, Jeffrey 2022-01-26** | 00:00:52 | Trial_Ezell_v10U.5 7 |
| | 189:15      THE WITNESS:  Well, again, | | |
| | 189:16      there's language in the agreements that | | |
| | 189:17      talks about what we can and can't do. | | |
| | 189:18      And my memory of it is that we aren't | | |
| | 189:19      supposed to do marketing of that, which | | |
| | 189:20      is more of a general restriction on | | |
| | 189:21      marketing, not time bound by the | | |
| | 189:22      out-of-box experience or later. | | |
| | 189:23      And I think it's -- there's | | |
| | 189:24      language specifically around target | | |
| | 189:25      marketing.  So, again, I would have to | | |
| | 190:01      go look at the specific language. | | |
| | 190:02      But the intent was that -- if we | | |
| | 190:03      decided to put a device under this | | |
| | 190:04      agreement, decided to participate in | | |
| | 190:05      our revenue share with Google, that we | | |
| | 190:06      shouldn't be promoting or encouraging | | |
| | 190:07      our users to go find and use an | | |
| | 190:08      alternative search to the one that we | | |
| | 190:09      are in a relationship with Google | | |
| | 190:10      around. | | |
| 190:12 - 192:11 | **Ezell, Jeffrey 2022-01-26** | 00:02:25 | Trial_Ezell_v10U.5 8 |
| | 190:12  Q.  Do you recall any specific | | |
| | 190:13      requirements that Google required in the | | |
| | 190:14      2021 revenue share agreement that were in | | |
| | 190:15      addition to requirements under the 2018 | | |
| | 190:16      agreement? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

190:17   A.   Yes.  There are -- there's a set

190:18        of new requirements in the preferred

190:19        device tier that we talked about earlier

190:20        that deal a lot with, as you said before,

190:21        the out-of-box experience and the initial

190:22        device setup.

190:23        And as it was discussed and

190:24        explained to us at the time, back to this

190:25        broader objective that Google was saying

191:01        that they felt like they were losing share

191:02        to Apple, in part, because the Android

191:03        experience was not as streamlined and

191:04        simple and consistent as Apple, that was

191:05        their context for saying, we want to put

191:06        requirements around how the device

191:07        experience is particularly at setup in

191:08        order for you to earn this higher preferred

191:09        device tier revenue share.  The same setup

191:10        requirements I don't believe existed in the

191:11        core tier.

191:12   Q.   And as you said before,

191:13        ultimately the core tier was removed from

191:14        the executed final agreement, correct?

191:15   A.   That's correct.

191:16   Q.   The final 2021 RSA had a lower

191:17        rev share than the prior revenue share

191:18        agreement, correct?

191:19   A.   That's correct.

191:20   Q.   Under the prior agreement, AT&T

191:21        received ▮ percent net revenue share?

191:22   A.   That's -- I, again, sometimes

191:23        have to clarify in my own mind the net

191:24        versus gross.  Yes, it was ▮ percent after

191:25        a deduction, which I believe was a

192:01        ▮ percent deduction.  So ▮ percent net of

192:02        the deduction.

192:03   Q.   And what was the final revenue

192:04        share percentage in the 2021 RSA?

192:05   A.   For the new preferred tiered

192:06        devices, it was ▮ percent.  Again, I think

192:07        the same deduction applied, so ▮ percent

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 192:08   of the net. | | |
| | 192:09   And for the qualified devices, | | |
| | 192:10   which were devices already in market, it | | |
| | 192:11   was █ percent. | | |
| 192:12 - 193:14 | **Ezell, Jeffrey 2022-01-26** | 00:01:19 | Trial_Ezell_v10U.5 |
| | 192:12  Q.  I think you referred to this | | 9 |
| | 192:13       earlier, but AT&T has a -- what I describe | | |
| | 192:14       as a device-by-device structure. | | |
| | 192:15       Are you familiar with that? | | |
| | 192:16  A.  Yes. | | |
| | 192:17  Q.  What does that mean? | | |
| | 192:18  A.  Well, it means that -- as I was | | |
| | 192:19       saying earlier, we decide whether to put a | | |
| | 192:20       device under the terms of the RSA or not. | | |
| | 192:21       And if we elect to, then we | | |
| | 192:22       install this client ID that allows Google | | |
| | 192:23       to associate that device as a device that's | | |
| | 192:24       eligible for revenue share with AT&T. | | |
| | 192:25       But if we decide to not have a | | |
| | 193:01       device be subject to the RSA terms, then we | | |
| | 193:02       are not obligated to do it.  And we just | | |
| | 193:03       don't install the client ID, and we're not | | |
| | 193:04       compensated by Google for that device. | | |
| | 193:05  Q.  Since executing the agreement in | | |
| | 193:06       2021, has AT&T elected to carve out any | | |
| | 193:07       devices from its revenue share agreement | | |
| | 193:08       with Google? | | |
| | 193:09  A.  No, we have not. | | |
| | 193:10  Q.  Does AT&T have any plans to do so | | |
| | 193:11       in the future? | | |
| | 193:12  A.  Well, I can't speculate about the | | |
| | 193:13       future.  We don't have any current plans to | | |
| | 193:14       do such. | | |
| 194:19 - 194:21 | **Ezell, Jeffrey 2022-01-26** | 00:00:09 | Trial_Ezell_v10U.6 |
| | 194:19  Q.  Do you know if AT&T carved out | | 0 |
| | 194:20       any devices from the 2018 RSA? | | |
| | 194:21  A.  I am not aware of any, no. | | |
| 195:03 - 195:06 | **Ezell, Jeffrey 2022-01-26** | 00:00:08 | Trial_Ezell_v10U.6 |
| | 195:03  Q.  Similarly, you're not aware of | | 1 |
| | 195:04       AT&T ever carving out any devices from the | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 195:05   2013 RSA? |  |  |
|  | 195:06  A.  No, I am not. |  |  |

| 196:03 - 196:24 | **Ezell, Jeffrey 2022-01-26** | 00:01:00 | Trial_Ezell_v10U.6 |
|  | 196:03  Q.  Under the new 2021 RSA, you said |  | 2 |

196:04     the revenue share reduced from a █ percent

196:05     share to a █ percent share, correct?

196:06  A.  For new devices, yes.

196:07  Q.  Did Google present you with an

196:08     opportunity to make up the difference in

196:09     the lower revenue share payments?

196:10  A.  Well, I think that's where you

196:11     need to look at incentive agreement that

196:12     was being negotiated at the same time.

196:13     Because that was a new agreement with

196:14     additional compensation in it.

196:15     And so the way Google positioned

196:16     it throughout the negotiations was that we

196:17     can't look just at the search agreement in

196:18     isolation and say that we lost economics

196:19     because there's now this new set of

196:20     economics over in the incentive agreement.

196:21     So collectively their position

196:22     was that the two agreements were delivering

196:23     comparable value, just doing it in a

196:24     different structure.

| 196:25 - 200:07 | **Ezell, Jeffrey 2022-01-26** | 00:03:49 | Trial_Ezell_v10U.6 |
|  | 196:25  Q.  The other agreement that you're |  | 3 |

197:01     referring to is the Mobile Services

197:02     Incentive Agreement?

197:03  A.  Yes.

197:04  Q.  And did you negotiate that

197:05     agreement?

197:06  A.  Yes.

197:07  Q.  What does that agreement require

197:08     of AT&T at a high level?

197:09  A.  At a high level, it lays out the

197:10     fact that: One, there was another

197:11     agreement being negotiated by our device

197:12     team to carry the Pixel family of devices

197:13     from Google.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

197:14    And so there was a set of terms

197:15    around our carrying Pixel in our stores and

197:16    doing Pixel merchandising.  So that was one

197:17    element that was in there.

197:18    Another was we were having

197:19    simultaneous discussions with Google around

197:20    using their messaging client as our

197:21    messaging client on Android devices.

197:22    So although the terms of that

197:23    messaging agreement were a separate

197:24    agreement, there was a recognition in the

197:25    incentive agreement that if we were working

198:01    with Google on messages, that was part of

198:02    the compensation in the incentive

198:03    agreement.

198:04    And then the incentive agreement

198:05    also basically had a market development

198:06    fund -- I don't know if this is exactly the

198:07    way that it's referred to.  That's kind of

198:08    a term that we use when there's marketing

198:09    funds being made available.

198:10    And so the incentive agreement

198:11    provides a mechanism where Google will

198:12    provide AT&T with marketing funds, and the

198:13    incentive structure is that that amount of

198:14    marketing funds changes based on the number

198:15    of active Android devices that AT&T has on

198:16    its network.

198:17    So we get more incentive funds if

198:18    we're growing our different Android

198:19    devices.  We get an adjustment in the

198:20    opposite direction; we get less funds if

198:21    the number of Android devices is declining.

198:22   Q.   Does AT&T have full control over

198:23    how the funds are used under the Mobile

198:24    Services Incentive Agreement?

198:25   A.   No.  Again, it's kind of parsed

199:01    out to where some of the funds are, for

199:02    lack of a better word, they're not

199:03    earmarked, and so that's discretionary

199:04    funds that AT&T can spend if we want to.

Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 199:05   But there's another set of funds | | |
| | 199:06   that the parties have to agree on a | | |
| | 199:07   marketing plan of how those funds are | | |
| | 199:08   spent.  So some of the funds have | | |
| | 199:09   essentially joint approval rights, and the | | |
| | 199:10   others are at AT&T's discretion. | | |
| | 199:11  Q.  Are there any prohibitions on how | | |
| | 199:12   that money is spent? | | |
| | 199:13  A.  I don't know if I would phrase it | | |
| | 199:14   "prohibitions."  There's a list of things | | |
| | 199:15   that are ultimately allowed.  It's more | | |
| | 199:16   permissive than restrictive. | | |
| | 199:17   And even that's not exhaustive. | | |
| | 199:18   The general notion is that the parties | | |
| | 199:19   mutually agree on it, and then we thought | | |
| | 199:20   it was useful to include some examples of | | |
| | 199:21   things that would be considered | | |
| | 199:22   permissible. | | |
| | 199:23   And so that's kind of the | | |
| | 199:24   structure.  There's an example of these | | |
| | 199:25   things are permissible, and then we can | | |
| | 200:01   always mutually agree for something that's | | |
| | 200:02   not on that list to be made. | | |
| | 200:03  Q.  Can AT&T use those funds to | | |
| | 200:04   promote Alexa devices? | | |
| | 200:05  A.  I'd have to look at the specific | | |
| | 200:06   language, but I don't think that would be | | |
| | 200:07   something that was contemplated, no. | | |
| 200:08 - 201:02 | **Ezell, Jeffrey 2022-01-26** | 00:00:55 | Trial_Ezell_v10U.1 |
| | 200:08  Q.  The Mobile Services Incentive | | 13 |
| | 200:09   Agreement requires that Google Messages be | | |
| | 200:10   set as the default messaging app on Android | | |
| | 200:11   devices, correct? | | |
| | 200:12  A.  Again, I'd have to look at the | | |
| | 200:13   language.  But generally, yes, I think | | |
| | 200:14   that's correct. | | |
| | 200:15  Q.  Is Google Messages a search entry | | |
| | 200:16   point? | | |
| | 200:17  A.  I don't recall it being listed as | | |
| | 200:18   a search entry point.  And the incentive | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 200:19    agreement doesn't really parse it out that | | |
| | 200:20    way.  I think, in general, the incentive | | |
| | 200:21    agreement is that there's this amount of | | |
| | 200:22    compensation and you've got these things | | |
| | 200:23    that you're -- you're required to do to | | |
| | 200:24    earn that. | | |
| | 200:25    So it doesn't specifically say | | |
| | 201:01    this is the amount that's for messaging | | |
| | 201:02    versus for something else. | | |
| 202:08 - 203:05 | **Ezell, Jeffrey 2022-01-26** | 00:01:02 | Trial_Ezell_v10U.64 |
| | 202:08   Q.   Did you estimate how much more | | |
| | 202:09        money AT&T was expected to make under the | | |
| | 202:10        2021 agreements over the prior revenue | | |
| | 202:11        share agreement? | | |
| | 202:12   A.   Well, I believe I said earlier | | |
| | 202:13        that when we were exiting the prior | | |
| | 202:14        agreement, we were forecasting to make | | |
| | 202:15        around ███ million in that last year | | |
| | 202:16        of the prior agreement. | | |
| | 202:17        And in the new agreement, it's a | | |
| | 202:18        three-year term, and our forecast was over | | |
| | 202:19        the three years, we felt we would average | | |
| | 202:20        about ██ million or a little more than | | |
| | 202:21        ██ million a year. | | |
| | 202:22        Now, the shape of it was a little | | |
| | 202:23        different, because as we talked about | | |
| | 202:24        earlier, we were taking, you know, a hit on | | |
| | 202:25        the rev share from ██ percent in year one. | | |
| | 203:01        But when you look at all these other ways | | |
| | 203:02        we were compensated, that did grow back. | | |
| | 203:03        And so we felt net-net of three | | |
| | 203:04        years, we were going to make more money an | | |
| | 203:05        average per year. | | |
| 227:18 - 227:24 | **Ezell, Jeffrey 2022-01-26** | 00:00:13 | Trial_Ezell_v10U.65 |
| | 227:18        Earlier I think you talked a | | |
| | 227:19        little bit about the Amazon Fire Phone, | | |
| | 227:20        correct? | | |
| | 227:21   A.   Yes. | | |
| | 227:22   Q.   AT&T carried the Amazon Fire | | |
| | 227:23        Phone for a period of time? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 227:24  A.  Yes. | | |
| 229:08 - 229:19 | **Ezell, Jeffrey 2022-01-26** | 00:00:32 | Trial_Ezell_v10U.6 |
| | 229:08  Q.  So do you have any knowledge as | | 6 |
| | 229:09      to whether Google makes the Google Play | | |
| | 229:10      Store available for devices running Android | | |
| | 229:11      open source software? | | |
| | 229:12  A.  Yeah, I don't know categorically, | | |
| | 229:13      because it's not something that AT&T or | | |
| | 229:14      myself would be involved in.  I don't | | |
| | 229:15      remember specifically on Facebook what the | | |
| | 229:16      situation was from the app store | | |
| | 229:17      perspective. | | |
| | 229:18      I believe on Fire Phone that | | |
| | 229:19      maybe Play Store was not on Fire Phone. | | |
| 230:12 - 230:15 | **Ezell, Jeffrey 2022-01-26** | 00:00:10 | Trial_Ezell_v10U.6 |
| | 230:12  Q.  Do you know whether the lack of a | | 7 |
| | 230:13      Google Play Store on the Amazon Fire Phone | | |
| | 230:14      was one of the reasons that led it to be | | |
| | 230:15      unsuccessful? | | |
| 230:18 - 231:06 | **Ezell, Jeffrey 2022-01-26** | 00:00:33 | Trial_Ezell_v10U.6 |
| | 230:18      THE WITNESS:  Well, it's my | | 8 |
| | 230:19      recollection and my opinion, yes, that | | |
| | 230:20      consumers cited generally an absence of | | |
| | 230:21      apps that they expected or wanted to | | |
| | 230:22      have on the device were not available. | | |
| | 230:23      I don't know if that extended | | |
| | 230:24      also to the Play Store being something | | |
| | 230:25      they expected to be there and it | | |
| | 231:01      wasn't. | | |
| | 231:02      But, yes, categorically consumers | | |
| | 231:03      had an expectation of certain apps, and | | |
| | 231:04      they were not on the device.  And that | | |
| | 231:05      was one of the reasons cited for | | |
| | 231:06      returns of the device. | | |
| 233:07 - 238:08 | **Ezell, Jeffrey 2022-01-26** | 00:05:39 | Trial_Ezell_v10U.6 |
| | 233:07  Q.  So in the last 10 years -- in the | | 9 |
| | 233:08      last 10 years, has AT&T explored | | |
| | 233:09      relationships with web search providers | | |
| | 233:10      other than Google? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

233:11   A.   We have occasionally had

233:12        conversations with Microsoft, and as was

233:13        referenced earlier, some conversations with

233:14        Yahoo as well.

233:15   Q.   Have you had discussions with any

233:16        other companies you can think of?

233:17   A.   Those would be the two leading

233:18        companies.  I mean, occasionally there are

233:19        smaller startups working on some search

233:20        technology or some search service that we

233:21        may have a conversation with that's

233:22        exploratory.

233:23        But typically, as we were talking

233:24        earlier, you know, search is a scale

233:25        business.  And so you would expect really

234:01        to be one of the larger players, like a

234:02        Bing or a Yahoo, to be a more viable

234:03        provider of search services.

234:04   Q.   Do you recall when AT&T first

234:05        discussed -- first discussed potential

234:06        search partnerships with Microsoft?

234:07   A.   I don't remember an exact date.

234:08        The first conversations as we referenced on

234:09        the earlier documents were more centered on

234:10        Yahoo, because we had an existing

234:11        relationship with Yahoo on the broadband

234:12        side.

234:13        My memory of us reaching out to

234:14        Microsoft from time to time typically was

234:15        in the context of either a new device

234:16        where, as an example, you know, in the last

234:17        couple years where Microsoft was going to

234:18        bring a device to market, and since we were

234:19        considering carrying that device, it gave

234:20        rise to a conversation about the search

234:21        service on that device.

234:22        And then we would also from time

234:23        to time have exploratory conversations

234:24        particularly in the context of if we were

234:25        coming up on a search renewal with Google

235:01        and we wanted to understand if there were

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

235:02   other options or alternatives for us to

235:03   consider.

235:04   Q.   Has AT&T ever estimated the costs

235:05   to AT&T of switching search providers away

235:06   from Google?

235:07   A.   In a kind of scenario planning

235:08   example.

235:09   For example, if we were looking

235:10   at a contract renewal and we couldn't reach

235:11   terms with Google or if we decided to go

235:12   with someone else, yes, we would do some,

235:13   you know, internal estimates of, okay, what

235:14   would option A versus option B look like.

235:15   Q.   When was the last time that you

235:16   performed that type of analysis?

235:17   A.   I believe we did that at a high

235:18   level during this recent search negotiation

235:19   with Google that we had finished in 2021.

235:20   Q.   As part of that analysis, you

235:21   compared the cost of switching away from

235:22   Google Search?

235:23   A.   Again, I don't know that I would

235:24   frame it as "switching away."  Just we were

235:25   looking at, okay, there's one option where

236:01   we review Google on whatever the terms were

236:02   being discussed at the time we would do the

236:03   analysis.

236:04   And the other would say, okay, if

236:05   we weren't in a relationship with Google,

236:06   what do we think our other options might be

236:07   and what do we think we might earn from

236:08   these other options.

236:09   Q.   What were -- what other options

236:10   were you considering around the time of

236:11   your last renewal with Google?

236:12   A.   Well, I think we had two primary

236:13   ones we were using as proxies.  I wouldn't

236:14   say that they were advanced negotiations to

236:15   the point where they were an actual firm

236:16   proposal that we were comparing.

236:17   But essentially we were taking

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

236:18    exploratory conversations we had had with

236:19    other companies over time and said, well,

236:20    let's use that as an analogy.  If we could

236:21    do something similar to what has been

236:22    discussed with the company, what might it

236:23    be worth to AT&T.

236:24    And so in that respect, I do

236:25    think that we had gotten some estimates

237:01    from Microsoft about doing Bing search on a

237:02    particular device.  And we used that as a

237:03    proxy to say, well, if we did that more

237:04    broadly with Microsoft, what might that

237:05    generate.

237:06    And then there was another

237:07    company that we had been approached about

237:08    doing on-device search as opposed to

237:09    necessarily broader web search.  And so we

237:10    were looking, okay.  If that's an

237:11    additional monetization opportunity, what

237:12    might that be.  And so if we add those two

237:13    together, how does that compare to renewing

237:14    with Google.

237:15  Q.  What's the name of the on-app

237:16    search company you just referenced?

237:17  A.  The one we were having

237:18    discussions with was a company called

237:19    Branch.

237:20  Q.  Did you have discussions with

237:21    companies other than Microsoft and Branch

237:22    in connection with your Google renewal?

237:23  A.  Not that I'm aware of.  Again, I

237:24    had some passing conversations with a

237:25    startup doing something around search, but

238:01    it -- it wasn't something that I really

238:02    engaged deeply in nor was I looking at it

238:03    vis-`-vis the Google Search.

238:04    So we wanted something that we

238:05    felt we had more of an actual proposal or

238:06    at least notion of the business model being

238:07    proposed.  And so that really came down to

238:08    Bing and Branch in this example.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 238:09 - 239:09 | **Ezell, Jeffrey 2022-01-26** | 00:01:16 | Trial_Ezell_v10U.7 |
| | 238:09  Q.  What services does Branch offer? | | 0 |
| | 238:10  A.  I'm not that familiar with the | | |
| | 238:11       company.  Most of the discussions with | | |
| | 238:12       Branch were done by my team members, in | | |
| | 238:13       particular, Eli Trowbridge who we mentioned | | |
| | 238:14       earlier. | | |
| | 238:15       The general approach is if | | |
| | 238:16       somebody new is coming to us that starts, | | |
| | 238:17       you know, lower on my team, I don't get | | |
| | 238:18       involved in every stage of every discussion | | |
| | 238:19       with every prospective partner. | | |
| | 238:20       So my knowledge kind of | | |
| | 238:21       secondhand from Eli is that Branch was | | |
| | 238:22       already kind of the technology provider to | | |
| | 238:23       an on-device search service on Samsung | | |
| | 238:24       devices, that Samsung was installing, and, | | |
| | 238:25       therefore, they were someone that had some | | |
| | 239:01       credibility.  They were already on Samsung | | |
| | 239:02       devices. | | |
| | 239:03       And they were exploring how could | | |
| | 239:04       they expand that and monetize that service. | | |
| | 239:05       So they may have other parts of their | | |
| | 239:06       business, but that's the context of what we | | |
| | 239:07       were talking to them about. | | |
| | 239:08  Q.  Did AT&T view on-device search as | | |
| | 239:09       a supplement to general web search? | | |
| 239:11 - 240:05 | **Ezell, Jeffrey 2022-01-26** | 00:00:47 | Trial_Ezell_v10U.7 |
| | 239:11       THE WITNESS:  Well, we were | | 1 |
| | 239:12       trying to ascertain, you know, was it | | |
| | 239:13       supplemental or was it somewhat | | |
| | 239:14       overlapping. | | |
| | 239:15       And, in fact, that was part of | | |
| | 239:16       the dynamic of the conversations with | | |
| | 239:17       Branch.  And at one point in that, we, | | |
| | 239:18       you know, conferred with our internal | | |
| | 239:19       counsel to say, okay, if we wanted to | | |
| | 239:20       move forward with Branch, is this | | |
| | 239:21       considered -- would this be considered | | |
| | 239:22       a competitive search service under our | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 239:23 | Google RSA. | | |
| | 239:24 | And my recollection is that the | | |
| | 239:25 | legal opinion was, well, it depends or | | |
| | 240:01 | it's kind of -- it's not -- it's not | | |
| | 240:02 | black and white or cut and dry, and, | | |
| | 240:03 | therefore, you wanted to do it, you | | |
| | 240:04 | know, there might be some risks | | |
| | 240:05 | associated with it. | | |

**240:15 - 241:04** — **Ezell, Jeffrey 2022-01-26** — 00:00:44 — Trial_Ezell_v10U.72

240:15  Q.  Branch is not a substitute for
240:16      Bing search, correct?
240:17  A.  No.  The general notion was that
240:18      we would need a general web Internet search
240:19      capability comparable to Google.  Bing, in
240:20      my estimation, was really the only company
240:21      that fit that criteria.
240:22      And then we had already been
240:23      having these conversations with Branch
240:24      somewhat independent and were of the
240:25      opinion that what was being proposed could
241:01      be additive to a general Internet search,
241:02      and, therefore, they could be
241:03      complementary.  And that's why we looked at
241:04      them together.

**242:22 - 243:21** — **Ezell, Jeffrey 2022-01-26** — 00:01:27 — Trial_Ezell_v10U.73

242:22  Q.  Earlier you mentioned a risk
242:23      associated with a partnership with Branch.
242:24      What risk were you referring to?
242:25  A.  Well, the risk really turns
243:01      around, would Branch be considered a
243:02      competing or alternative search, which per
243:03      our earlier discussion, if it were, then we
243:04      would either need to opt out of a device
243:05      that had Branch on it from the Google RSA,
243:06      in which case we would be foregoing the
243:07      Internet search revenue from Google and
243:08      instead just earning this on-device search
243:09      revenue from Branch.  That was a risk.
243:10      And, I guess, you know, a related
243:11      risk is that if we didn't opt out for a

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 243:12   device and instead, in our opinion, didn't | | |
| | 243:13   believe it was a competing service and put | | |
| | 243:14   it on a device, if it turned out that that | | |
| | 243:15   was disputed by Google and someone ruled | | |
| | 243:16   that it was, you know, a competing service, | | |
| | 243:17   then that would put us in breach of the | | |
| | 243:18   RSA. | | |
| | 243:19 Q. AT&T didn't believe that it was a | | |
| | 243:20   competing service, because it's not a | | |
| | 243:21   substitute for Google Search, correct? | | |
| 243:23 - 245:03 | **Ezell, Jeffrey 2022-01-26** | 00:01:18 | Trial_Ezell_v10U.7 |
| | 243:23   THE WITNESS: Well, as I said | | 4 |
| | 243:24   earlier, I asked my internal counsel | | |
| | 243:25   their opinion on it, and the answer was | | |
| | 244:01   a little bit ambiguous. So I don't | | |
| | 244:02   know that we felt it was absolutely one | | |
| | 244:03   way or the other. | | |
| | 244:04   But since it was not clear-cut, | | |
| | 244:05   there was some risk associated if we | | |
| | 244:06   decided to move forward and not opt a | | |
| | 244:07   device that would have Branch on it out | | |
| | 244:08   of the Google RSA. | | |
| | 244:09   BY MR. COHEN: | | |
| | 244:10 Q. Did you ever reach out to Google | | |
| | 244:11   to seek clarification on what their | | |
| | 244:12   position was in connection with Branch? | | |
| | 244:13 A. I did not personally, because I | | |
| | 244:14   do believe that Eli and/or Dave kind of | | |
| | 244:15   floated the concept by their counterpart at | | |
| | 244:16   Google. | | |
| | 244:17   And, again, because -- it's not | | |
| | 244:18   like we were trying to hide anything. We | | |
| | 244:19   were basically saying, this might be | | |
| | 244:20   interesting. Before we go pursue it, is it | | |
| | 244:21   going to be in violation of our agreement | | |
| | 244:22   or not. | | |
| | 244:23   And their opinion was that it | | |
| | 244:24   could be depending on what Branch ended up | | |
| | 244:25   doing. So it ultimately turns on the fact | | |
| | 245:01   that if Branch was ultimately going to go | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 245:02    out and search the Internet versus just | | |
| | 245:03    search things that were on the device. | | |
| 245:04 - 245:09 | **Ezell, Jeffrey 2022-01-26** | 00:00:17 | Trial_Ezell_v10U.7 |
| | 245:04  Q.  Do you recall when Eli or David | | 5 |
| | 245:05      had these conversations with Google? | | |
| | 245:06  A.  I don't recall.  It was at some | | |
| | 245:07      point during these conversations with | | |
| | 245:08      Branch, but I don't remember the exact | | |
| | 245:09      date. | | |
| 246:05 - 246:25 | **Ezell, Jeffrey 2022-01-26** | 00:00:55 | Trial_Ezell_v10U.7 |
| | 246:05  Q.  Do you have any understanding as | | 6 |
| | 246:06      to whether or not AT&T can preload Branch | | |
| | 246:07      services under the 2021 RSA with Google? | | |
| | 246:08  A.  I believe the language is roughly | | |
| | 246:09      the same in terms of what determines | | |
| | 246:10      whether a search is competitive or an | | |
| | 246:11      alternative. | | |
| | 246:12      Meaning that it's either | | |
| | 246:13      searching the Internet broadly or it is | | |
| | 246:14      searching across multiple applications.  I | | |
| | 246:15      think it's kind of a two-step -- or -- I | | |
| | 246:16      think it's an either/or. | | |
| | 246:17      And I'd have to look at the | | |
| | 246:18      language side by side to see if that | | |
| | 246:19      language was modified between 2018 and | | |
| | 246:20      2021. | | |
| | 246:21      But the general concept of what | | |
| | 246:22      constitutes an alternative or competing | | |
| | 246:23      search, I mean, that concept's both in 2018 | | |
| | 246:24      and 2021.  I don't remember if it's exactly | | |
| | 246:25      worded the same way. | | |
| 247:01 - 247:03 | **Ezell, Jeffrey 2022-01-26** | 00:00:07 | Trial_Ezell_v10U.7 |
| | 247:01  Q.  Ultimately AT&T did not pursue a | | 7 |
| | 247:02      partnership with Branch, correct? | | |
| | 247:03  A.  That's correct. | | |
| 247:06 - 249:09 | **Ezell, Jeffrey 2022-01-26** | 00:02:20 | Trial_Ezell_v10U.7 |
| | 247:06      Why did AT&T not enter into a | | 8 |
| | 247:07      partnership with Branch? | | |
| | 247:08  A.  Well, as I stated earlier, we | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

247:09   typically look a number of dimensions.  One

247:10   is economics as we discussed a second ago.

247:11   It didn't appear that the economic upside

247:12   from Branch was significant enough to, you

247:13   know, potentially put at risk a device not

247:14   being eligible for our Google Search

247:15   revenue.

247:16   And then from a customer

247:17   experience perspective, the main difference

247:18   between what Branch was proposing to do

247:19   with us versus what they were already doing

247:20   with Samsung is that an on-device search of

247:21   Samsung today is literally just what's on

247:22   your device.  It's almost a different way

247:23   to navigate to something that you already

247:24   have on your device.  And that seems like a

247:25   fairly, you know, useful or utilitarian

248:01   function.

248:02   What Branch was proposing was to

248:03   monetize those on device queries by

248:04   returning results that weren't only limited

248:05   to what you had on your device, but

248:06   suggestions of things you might do that

248:07   were related to that.

248:08   And so, you know, we weren't

248:09   really sure exactly if that was a user

248:10   experience that customers would want or, in

248:11   fact, it would be a detractor where they

248:12   would say, hey, I used to do this on-device

248:13   search.  It was useful.  It just brought me

248:14   back -- it helped me get to something I

248:15   already had.  Now it feels like there's a

248:16   whole bunch of ads of stuff I don't want to

248:17   see.

248:18   So, again, it's one of the

248:19   general things that we always balance.

248:20   It's not like we are solely driven by the

248:21   financial returns.

248:22   But we have to look at this

248:23   customer experience dimension, because

248:24   ultimately it's nice to make this search

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 248:25  revenue, but it's small in the scheme of | | |
| | 249:01  AT&T's overall wireless business and the | | |
| | 249:02  revenues that we generate in our total | | |
| | 249:03  wireless business. | | |
| | 249:04  So we can't put at risk the | | |
| | 249:05  customer satisfaction with AT&T and have | | |
| | 249:06  them decide to leave us and go to Verizon | | |
| | 249:07  or T-Mobile just because we got, you know, | | |
| | 249:08  a little more aggressive on putting ads in | | |
| | 249:09  front of them through an experience. | | |
| 249:10 - 249:12 | **Ezell, Jeffrey 2022-01-26** | 00:00:07 | Trial_Ezell_v10U.7 9 |
| | 249:10  Q.  And in addition to that, AT&T | | |
| | 249:11  couldn't risk jeopardizing the Google | | |
| | 249:12  Search revenue under its RSA with Google? | | |
| 249:14 - 249:25 | **Ezell, Jeffrey 2022-01-26** | 00:00:27 | Trial_Ezell_v10U.8 0 |
| | 249:14  THE WITNESS:  Yes.  I don't | | |
| | 249:15  think -- there's two parts to my | | |
| | 249:16  response.  There's an economic analysis | | |
| | 249:17  and risk analysis we made, you know, | | |
| | 249:18  that there might be some risk to the | | |
| | 249:19  Google RSA. | | |
| | 249:20  But above and beyond that, there | | |
| | 249:21  was still just a question of, is this | | |
| | 249:22  experience that Branch is proposing one | | |
| | 249:23  that we think that our customers will | | |
| | 249:24  like, or will this reflect poorly on | | |
| | 249:25  AT&T. | | |
| 250:07 - 250:16 | **Ezell, Jeffrey 2022-01-26** | 00:00:27 | Trial_Ezell_v10U.8 1 |
| | 250:07  Q.  Has Google provided any guidance | | |
| | 250:08  in signing the 2021 RSA about whether or | | |
| | 250:09  not Branch services would violate the terms | | |
| | 250:10  of AT&T's RSA with Google? | | |
| | 250:11  A.  I'm not aware that we've | | |
| | 250:12  continued the conversations with Branch, | | |
| | 250:13  and, therefore, I don't believe we sought | | |
| | 250:14  any additional clarification from Google | | |
| | 250:15  over what they indicated when Eli first | | |
| | 250:16  asked them, whenever that was. | | |
| 257:23 - 258:01 | **Ezell, Jeffrey 2022-01-26** | 00:00:12 | Trial_Ezell_v10U.8 |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 257:23  Q.  Under the terms of your 2021 RSA | | 2 |
| | 257:24       with Google, AT&T's prohibited from | | |
| | 257:25       preloading Amazon Alexa on Android devices | | |
| | 258:01       to qualify for revenue share, correct? | | |
| 258:04 - 258:08 | **Ezell, Jeffrey 2022-01-26** | 00:00:13 | Trial_Ezell_v10U.8 |
| | 258:04       THE WITNESS:  Yes.  My | | 3 |
| | 258:05       understanding of the 2021 RSA is Alexa | | |
| | 258:06       would fall under the definition of an | | |
| | 258:07       alternative search service for that | | |
| | 258:08       voice search functionality. | | |
| 274:16 - 274:17 | **Ezell, Jeffrey 2022-01-26** | 00:00:02 | Trial_Ezell_v10U.8 |
| | 274:16       (Whereupon, Exhibit 6 is marked | | 4 |
| | 274:17       for identification.) | | |
| 274:22 - 274:25 | **Ezell, Jeffrey 2022-01-26** | 00:00:10 | Trial_Ezell_v10U.8 |
| | 274:22       What my | | 5 |
| | 274:23       colleague should have put up in the chat is | | |
| | 274:24       a document that -- a document that is the | | |
| | 274:25       2021 Google RSA with AT&T. | | |
| 276:01 - 277:20 | **Ezell, Jeffrey 2022-01-26** | 00:01:54 | Trial_Ezell_v10U.8 |
| | 276:01       And if you could please look at | | 6 |
| | 276:02       Section 5.1 entitled "End Users." | | |
| | 276:03  A.  Yes.  I have Section 5.1 in front | | |
| | 276:04       of me. | | |
| | 276:05  Q.  So that reads "For the sake of | | |
| | 276:06       clarity, nothing in this agreement | | |
| | 276:07       restricts end users from choosing for | | |
| | 276:08       themselves to download, install or use | | |
| | 276:09       alternative service or alternatives to | | |
| | 276:10       Google applications." | | |
| | 276:11       Do you see that? | | |
| | 276:12  A.  Yes. | | |
| | 276:13  Q.  Okay.  What's an end user? | | |
| | 276:14  A.  Well, I have to go back and look | | |
| | 276:15       at the exact definition in this agreement. | | |
| | 276:16       But in the context, generally it's the AT&T | | |
| | 276:17       user of an Android device or something | | |
| | 276:18       similar to that. | | |
| | 276:19  Q.  And what was the purpose of | | |
| | 276:20       including 5.1 in the 2021 RSA? | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

276:21  A.  Well, in general, my

276:22      understanding, the reason -- certainly

276:23      reason AT&T would want this language in

276:24      here is, as I've said before, is that

276:25      ultimately customers do what customers want

277:01      to do on their devices.

277:02      And we wanted to make sure it

277:03      was -- it was clear that if we took on some

277:04      obligations under the RSA, that didn't mean

277:05      that our consumers couldn't still

277:06      themselves go seek out and use alternatives

277:07      even if we had agreed not to as part of

277:08      this revenue share agreement.

277:09  Q.  So, for example, if I understand

277:10      you -- what this does is give your end user

277:11      customers the ability to download the Bing

277:12      search app, if they so choose; is that

277:13      correct?

277:14  A.  If they so choose and if it's

277:15      available to them in the Play Store.

277:16  Q.  Right.  Or it gives them the

277:17      option to, as you say, download any search

277:18      app which is available to them in the Play

277:19      Store, correct?

277:20  A.  Correct.

| 285:18 - 285:20 | **Ezell, Jeffrey 2022-01-26** | 00:00:11 | Trial_Ezell_v10U.8 |
|---|---|---|---|

7

285:18  Q.  Can you look at -- please go back

🔗 D387U.1      285:19      to Exhibit 2, which was a document that

285:20      Mr. Cohen discussed with you.

| 287:09 - 287:17 | **Ezell, Jeffrey 2022-01-26** | 00:00:21 | Trial_Ezell_v10U.8 |
|---|---|---|---|

8

🔗 D387U.1.3      287:09  Q.  Bullet point 4 reads from him

287:10      to -- from Mr. De La Vega to Mr. Stephenson

287:11      "Consumers expect consumer services on

287:12      Android devices including Google Search."

287:13      My understanding is that

287:14      sentiment is -- was part of the motivation

287:15      for you to enter into negotiations with

287:16      Google for an RSA in 2011, correct?

287:17  A.  Yes.

| 287:21 - 288:22 | **Ezell, Jeffrey 2022-01-26** | 00:01:11 | Trial_Ezell_v10U.8 |
|---|---|---|---|

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 287:21  Q.  And if I recall, that you said | | 9 |
| | 287:22      that you did not recall the Backflip | | |
| | 287:23      incident? | | |
| | 287:24  A.  I don't recall the specifics of | | |
| | 287:25      it.  I mean, as we've been going through | | |
| | 288:01      these old documents today and reading some | | |
| | 288:02      of the correspondence around it, it -- you | | |
| | 288:03      know, it appears that on the Backflip, | | |
| | 288:04      which was -- it sounds like maybe was our | | |
| | 288:05      first Android device that we carried and a | | |
| | 288:06      device that we carried prior to having a | | |
| | 288:07      relationship with Google, that we didn't | | |
| | 288:08      put -- I mean, I don't know what all Google | | |
| | 288:09      services may or may not have been present | | |
| | 288:10      on that device. | | |
| | 288:11      But from that earlier email, it | | |
| | 288:12      looks like Yahoo was the search on that | | |
| | 288:13      device, and that we got some, you know, | | |
| | 288:14      complaints by customers or sometimes we | | |
| | 288:15      would also just get criticized in the -- | | |
| | 288:16      the media really kind of the blogs and the | | |
| | 288:17      equivalent back in that time of people | | |
| | 288:18      saying things that would be derogatory | | |
| | 288:19      about -- you know, this is an Android | | |
| ⌧ Clear | 288:20      device, where are the Google services.  So | | |
| | 288:21      things like that was the context of this | | |
| | 288:22      bullet point. | | |
| **296:11 - 296:14** | **Ezell, Jeffrey 2022-01-26** | 00:00:12 | Trial_Ezell_v10U.9 |
| | 296:11  Q.  But for you, Mr. Ezell, it will | | 0 |
| 🔗 D386U.1 | 296:12      be GLIT-00104280. | | |
| | 296:13      (Whereupon, Exhibit 7 is marked | | |
| | 296:14      for identification.) | | |
| **297:01 - 297:07** | **Ezell, Jeffrey 2022-01-26** | 00:00:25 | Trial_Ezell_v10U.9 |
| | 297:01  Q.  Okay.  I want to focus on the | | 1 |
| 🔗 D386U.2.1 | 297:02      third page of Exhibit 7, but take a moment | | |
| | 297:03      to take a looking at it.  To be precise, I | | |
| | 297:04      want to focus on the email from you dated | | |
| | 297:05      Monday, June 14, 2010, to Mr. De La Vega, | | |
| | 297:06      and it starts on page 2 of Exhibit 7. | | |
| | 297:07      (Pause for reading/reviewing.) | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 297:08 - 298:07 | **Ezell, Jeffrey 2022-01-26** | 00:00:51 | Trial_Ezell_v10U.9 |
| | 297:08  A.  Okay.  I have now reviewed the | | 2 |
| | 297:09       document. | | |
| | 297:10  Q.  All right.  Please look at the | | |
| D386U.3.2 | 297:11       top of page 3 of Exhibit 7, Bates number | | |
| | 297:12       104282. | | |
| | 297:13       You wrote on No. 1 "Google is | | |
| | 297:14       widely acknowledged to generate more | | |
| | 297:15       revenue per search query than Microsoft and | | |
| | 297:16       Yahoo"; is that right? | | |
| | 297:17  A.  Yes, that's what I wrote at that | | |
| | 297:18       time. | | |
| | 297:19  Q.  Do you have an understanding as | | |
| | 297:20       to why that was correct? | | |
| | 297:21  A.  I believe its stated in the point | | |
| | 297:22       itself referencing a SEC filing that Yahoo | | |
| | 297:23       had made where Yahoo had indicated that | | |
| | 297:24       generated -- that Google generated | | |
| | 297:25       60 percent more revenue per search than | | |
| | 298:01       Yahoo. | | |
| | 298:02  Q.  Right.  No, I understand that. | | |
| | 298:03       I'm asking do you know why from a | | |
| | 298:04       business perspective why Google was | | |
| | 298:05       generating more revenue per search than | | |
| | 298:06       Yahoo? | | |
| | 298:07  A.  No. | | |
| 298:10 - 298:19 | **Ezell, Jeffrey 2022-01-26** | 00:00:21 | Trial_Ezell_v10U.9 |
| | 298:10       THE WITNESS: I don't know.  As I | | 3 |
| | 298:11       stated earlier, I'm not an expert on | | |
| | 298:12       the search business to know all the | | |
| | 298:13       mechanics that go into driving a higher | | |
| | 298:14       revenue per search. | | |
| | 298:15       But I was dealing with public | | |
| | 298:16       information that someone who would be | | |
| | 298:17       knowledgeable about that, being Yahoo, | | |
| | 298:18       was stating that Google generated more | | |
| | 298:19       revenue for search than Yahoo did. | | |
| 300:23 - 308:09 | **Ezell, Jeffrey 2022-01-26** | 00:07:56 | Trial_Ezell_v10U.9 |
| D386U.3.1 | 300:23  Q.  Can you look at the very bottom | | 4 |
| | 300:24       of the page, page 3, Exhibit 7, 104282 | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

300:25    Bates number?

301:01  A.  Yes.

301:02  Q.  You wrote "Although I would like

301:03    to get a higher revenue share from Google,

301:04    I think these terms are acceptable and

301:05    comparable to what we would get from Yahoo

301:06    or Microsoft in a nonstrategic deal that

301:07    did not cover our entire device portfolio.

301:08    "I also believe that if we

301:09    refused to distribute Google Search on our

301:10    Android device (if that is even possible),

301:11    then Google would just make Google Search

301:12    available for download from Android Market

301:13    and a large number of Android users would

301:14    use it instead of the default search

301:15    service that we might provide from Yahoo";

301:16    is that right?

301:17  A.  Yes.

301:18  Q.  Why did you -- why did you

301:19    believe -- well, let me back it up.

301:20    So am I correct that what you

301:21    were focused on here is the possibility

301:22    that if you made Yahoo the default search

301:23    engine on AT&T's Android handsets, a number

301:24    of consumers would simply go around it and

301:25    download Google Search and you would not

302:01    get the rev share from Yahoo; is that

302:02    right?

302:03  A.  Yes.  That is -- that is part of

302:04    it.

302:05    The other part that I believe is

302:06    mentioned in this email is that we had had

302:07    an experience with our first Android

302:08    device, Backflip device that's been

302:09    referenced today where we did get some

302:10    criticism in the marketplace for that being

302:11    an Android device without Google Search.

302:12    And so I think it's my opinion

302:13    that this might happen, but also not

302:14    wanting to repeat the criticism for

302:15    carrying a device that didn't have the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

302:16      search product the consumers were expecting

302:17      on the device.

302:18  Q.  And the criticism about the

302:19      Backflip device not carrying Google Search,

302:20      where did that come from?

302:21  A.  Again, I don't recall at the time

302:22      if it was particularly based on consumer

302:23      research or direct customer feedback or it

302:24      was just essentially the -- I'll use the

302:25      phrase "bloggosphere."  But basically all

303:01      the chat that goes on on the web around

303:02      device launches.

303:03      Because, again, we were very

303:04      sensitive to the point that we discussed

303:05      earlier; that we didn't want to be

303:06      perceived as having an inferior device

303:07      lineup to our competitors.

303:08      We were -- prior to the Backflip,

303:09      but not offering Android devices, the first

303:10      one we offer starts getting criticized in

303:11      the press.  And, again, our concern was,

303:12      well, is that going to cause consumers who

303:13      want Android devices not to come to AT&T,

303:14      because our Android devices are somehow

303:15      inferior to our competitors'.

303:16      And, again, it may be us reacting

303:17      more to press and bloggers than it is

303:18      direct customer feedback, but in some

303:19      respects that is kind of the group that

303:20      influences public opinion in these tech

303:21      blogs and other places.

303:22  Q.  And to put this in sort of

303:23      temporal context, the criticism that you

303:24      were focusing on for the Backflip device

303:25      not carrying Google Search, that occurred

304:01      before you and AT&T ever entered into an

304:02      RSA with Google; is that right?

304:03  A.  I believe so.  I mean, you got

304:04      the original RSA agreement to see what date

304:05      it was finally executed on.  I believe it

304:06      was executed or effective January 2020 -- I

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

304:07    mean, January 2011, which would have meant

304:08    that we would have been negotiating it in

304:09    2010.  And I think this email is all in the

304:10    2010 time frame.

304:11  Q.  Focusing, again, on page 3 and 4

304:12    of Exhibit 7, you wrote on the carryover

304:13    page 4, "A large number of Android" -- "A

304:14    large number of Android users would use

304:15    Google Search instead of the default search

304:16    we might provide from Yahoo."

304:17    How would that work

304:18    operationally?  How would a consumer do

304:19    that?

304:20  A.  Well, I believe it's in the prior

304:21    part of that sentence on the preceding page

304:22    where consumers can download apps from the

304:23    app store.  At the time, I think it was

304:24    called Android Market before it was called

304:25    Google Play.

305:01    So if a consumer was looking for

305:02    Google Search, because that was their

305:03    preferred search engine, that was available

305:04    for download in Google Play, that's what

305:05    I'm referencing here that we were

305:06    speculating would happen

305:07    So that's -- that's my

305:08    understanding of this paragraph.

305:09  Q.  In the work that you did over the

305:10    past -- you know, the 10 years subsequent

305:11    to this -- 10-plus years subsequent to this

305:12    email, you ever sort of run that

305:13    calculation in a contract negotiation?

305:14    Meaning if you were going to put

305:15    a certain search engine as the default on

305:16    an AT&T handset, have you ever calculated

305:17    the risk that consumers would simply go

305:18    around it and pick another search engine?

305:19  A.  I think we've done some

305:20    estimates.  Again, these things are

305:21    imprecise estimates.  And we look for some

305:22    piece of data to help substantiate your

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

305:23 estimate, but a lot of times there's no

305:24 data available.

305:25 And I have a recollection,

306:01 because it's -- I can't remember the exact

306:02 document, but one of the documents that was

306:03 provided to my counsel ahead of this where

306:04 there was reference -- I can't remember if

306:05 it was from my group or another AT&T group

306:06 that cited some survey or some analysis

306:07 that there was an instance, not AT&T, but

306:08 another instance where I think it was a

306:09 browser company replaced Google Search as

306:10 the default search with something else.

306:11 And that study said that

306:12 50 percent of the people kind of switched

306:13 using that browser search and went directly

306:14 to Google.  That was something I saw in one

306:15 of the documents that was reviewed with me

306:16 prior to today.

306:17 Q. Have you ever performed that sort

306:18 of calculation for Microsoft?  Meaning you

306:19 considered entering into a rev share with

306:20 Microsoft in which you made Microsoft the

306:21 default search engine on a device and ran

306:22 the numbers to see how many consumers would

306:23 move off -- move off Bing and simply go

306:24 around them and use Google Search instead?

306:25 A. Again, it may have been in one of

307:01 our, you know, internal scenario models.

307:02 It sounds like the type of what-if scenario

307:03 we might do in that context.

307:04 It was also, as I mentioned

307:05 before, from time to time we had

307:06 conversations with Microsoft where we might

307:07 just pick a device, put Bing on it outside

307:08 of the RSA.

307:09 And one of our interests in doing

307:10 that was to actually get some empirical

307:11 data and inform these questions.  But we

307:12 never could come to terms with Microsoft to

307:13 do that, and, therefore, we never did it

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 307:14   and, therefore, we never got some empirical | | |
| | 307:15   data. | | |
| | 307:16  Q.  Why didn't you ever come to terms | | |
| | 307:17   with Microsoft to do that even for a single | | |
| | 307:18   device? | | |
| | 307:19  A.  I mean, ultimately it comes down | | |
| | 307:20   to -- to money.  And my memory of it is | | |
| | 307:21   that whatever the terms were we were asking | | |
| | 307:22   for, and I don't remember the specifics | | |
| | 307:23   over 10 years, we just couldn't reach | | |
| | 307:24   agreement on the terms. | | |
| | 307:25   I suspect there may have been | | |
| | 308:01   another dynamic that Microsoft might have | | |
| | 308:02   felt that they weren't going to compare | | |
| | 308:03   very favorably to Google, and, therefore, | | |
| | 308:04   they didn't want to do an experiment that | | |
| | 308:05   they thought we would use against them to | | |
| | 308:06   say that you're not as profitable as Google | | |
| | 308:07   is to us, so -- but that's my opinion.  You | | |
| | 308:08   never really know why you don't reach an | | |
| | 308:09   agreement. | | |
| 308:10 - 308:25 | **Ezell, Jeffrey 2022-01-26** | 00:00:33 | Trial_Ezell_v10U.9 |
| | | | 5 |
| | 308:10  Q.  Did Microsoft ever tell you in | | |
| | 308:11   words or in substance that they were | | |
| | 308:12   worried about comparing unfavorably to | | |
| | 308:13   Google Search? | | |
| | 308:14  A.  I didn't have that direct | | |
| | 308:15   conversation with them.  But as I had | | |
| | 308:16   stated earlier, you know, I was not | | |
| | 308:17   typically the lead person on my team having | | |
| | 308:18   these conversations, so I don't know if | | |
| | 308:19   that was something -- it doesn't sound like | | |
| | 308:20   the type of thing that -- that if I were | | |
| | 308:21   Microsoft, I would volunteer. | | |
| | 308:22   It sounds like more our | | |
| | 308:23   speculation as to, well, why wouldn't they | | |
| | 308:24   want to go and do a trial, and why can't we | | |
| | 308:25   just get them to agree to go do a trial. | | |
| 312:12 - 313:21 | **Ezell, Jeffrey 2022-01-26** | 00:01:27 | Trial_Ezell_v10U.9 |
| ⌫ Clear | 312:12  Q.  Right.  So am I correct that I | | 6 |

Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

312:13    take it in the -- in the 10-plus years

312:14    you've been doing this work on Android

312:15    handsets, to your knowledge, no one at

312:16    Microsoft has approached AT&T and said, we

312:17    would like to match or surpass the rev

312:18    share you get from Google in exchange for

312:19    putting Bing on your handsets?

312:20  A.  I am not directly aware of it.

312:21    But as I said before, we're a big company

312:22    with a wide-ranging relationship with

312:23    Microsoft, and it's possible someone else

312:24    within AT&T had a conversation with

312:25    Microsoft that touched on things like that.

313:01    To the extent it ever came back

313:02    to me as the person who knew about our

313:03    search relationship, I would have said

313:04    what -- something similar to what you said,

313:05    which is here is the nature of what we have

313:06    with Google, here's how much money we take,

313:07    are we going to get that much value or

313:08    greater if we're looking at something else.

313:09    Now, even if at that point

313:10    somebody had said yes, I think we would

313:11    have gone to that next discussion, which is

313:12    headed in this agreement is then we have to

313:13    decide, well, do we think customers are

313:14    going to like that, do we think we're going

313:15    to get some blowback, you know, from the

313:16    marketplace about this not being as good an

313:17    Android device as the similar alternative

313:18    from Verizon or T-Mobile.

313:19    So, again, there's a variety of

313:20    factors that may have conspired.  The

313:21    bottom line is we've never done it.

| 313:22 - 314:03 | **Ezell, Jeffrey 2022-01-26** | 00:00:17 | Trial_Ezell_v10U.9 7 |

313:22  Q.  So back to your point about the

313:23    consumer experience taking priority.  Am I

313:24    correct that even if Microsoft had sort of

313:25    presented an attractive rev share agreement

314:01    to AT&T, you might not have done it if you

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 314:02    thought the consumer reaction would have | | |
| | 314:03    been negative? | | |
| 314:10 - 314:15 | **Ezell, Jeffrey 2022-01-26** | 00:00:15 | Trial_Ezell_v10U.9 |
| | 314:10  A.  I said we might not have done it. | | 8 |
| | 314:11    But, again, it's a bit of a hypothetical or | | |
| | 314:12    speculative situation, the scenarios.  You | | |
| | 314:13    have to look at what was being offered or | | |
| | 314:14    proposed and do that calculation of is the | | |
| | 314:15    upside greater than the downside. | | |
| 315:22 - 317:21 | **Ezell, Jeffrey 2022-01-26** | 00:02:11 | Trial_Ezell_v10U.9 |
| | 315:22  Q.  What about Yahoo? | | 9 |
| | 315:23    You mentioned Yahoo in response | | |
| | 315:24    to Mr. Cohen's questions on other search | | |
| | 315:25    providers.  Have you ever been involved in | | |
| | 316:01    discussions with Yahoo in which you reached | | |
| | 316:02    out to them about talking about terms for | | |
| | 316:03    an RSA in which Yahoo would be the default | | |
| | 316:04    on AT&T Android devices? | | |
| | 316:05  A.  Well, as I stated earlier, the | | |
| | 316:06    primary group responsible for our Yahoo | | |
| | 316:07    relationship at AT&T has been on our | | |
| | 316:08    wireline Internet service where Yahoo has | | |
| | 316:09    been a longstanding provider to AT&T. | | |
| | 316:10    Typically what would happen is if | | |
| | 316:11    that group was looking for opportunities to | | |
| | 316:12    expand that relationship and then they | | |
| | 316:13    wanted to do something on mobile, they | | |
| | 316:14    would come to the mobile group, because | | |
| | 316:15    they really didn't sit within a part of the | | |
| | 316:16    organization that can make commitments on | | |
| | 316:17    behalf of the mobility group. | | |
| | 316:18    And so my typical involvement | | |
| | 316:19    would be they would come to me, and then we | | |
| | 316:20    would look at it. | | |
| | 316:21    And I think some of that's | | |
| | 316:22    covered in this document that -- that we've | | |
| | 316:23    been discussing where even though it might | | |
| | 316:24    look on the surface to the -- you know, | | |
| | 316:25    less informed on the facts, as they might | | |
| | 317:01    look at it and say, oh, here's a really | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

317:02    large Yahoo revenue share Yahoo is offering
317:03    us on mobile, should we go do this, and
317:04    this is laid out in this email that I
317:05    drafted at this time, I say, well, I'm not
317:06    sure that that's an apples-to-apples
317:07    comparison for all the reasons that were
317:08    articulated in this email.
317:09   Q.   Right.  And one of those reasons
317:10    is you weren't sure that you would get a
317:11    favorable reaction to AT&T's customers if
317:12    Yahoo became the default search engine on
317:13    your Android devices?
317:14   A.   That was a consideration.  And it
317:15    was both, as I mentioned earlier, some of
317:16    it may be our belief that the consumers
317:17    might look at it less favorably, some of it
317:18    based on the experience that we had
317:19    apparently had with this Backflip device
317:20    that we were going to get negative
317:21    criticism in the press.

| 318:01 - 318:05 | **Ezell, Jeffrey 2022-01-26** | 00:00:16 | Trial_Ezell_v10U.1 |
| 🔗 D391U.1 | | | 00 |

318:01   Q.   Can you look at document ATT-GLIT
318:02    Bates range 59586.  And this is
318:03    Exhibit 7 [as spoken].
318:04    (Whereupon, Exhibit 8 is marked
318:05    for identification.)

| 321:07 - 321:24 | **Ezell, Jeffrey 2022-01-26** | 00:00:42 | Trial_Ezell_v10U.1 |
| 🔗 D391U.1.2 | | | 01 |

321:07   Q.   What's your understanding of what
321:08    your colleagues meant by "best-in-breed"
321:09    solution"?
321:10   A.   Again, it's their words, not
321:11    mine.  But the -- I think typically what
321:12    that would imply is that we're picking who
321:13    we think is the best provider of that
321:14    particular service.
321:15    So they presumably thought AOL
321:16    was the best provider of content, Google
321:17    the best provider of search, and Yahoo the
321:18    best provider of the email service.
321:19   Q.   And so in this context they meant

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 321:20    that they thought that Google was a better | | |
| | 321:21    provider of a search engine than Yahoo; is | | |
| | 321:22    that right? | | |
| | 321:23   A.   That is what is implied in this | | |
| | 321:24    characterization, yes. | | |
| **323:18 - 323:18** | **Ezell, Jeffrey 2022-01-26** | 00:00:10 | Trial_Ezell_v10U.1 |
| 🔗 D392U.1 | 323:18   Q.   Document ATT-GLIT-00108756. And | | 02 |
| **323:19 - 323:24** | **Ezell, Jeffrey 2022-01-26** | 00:00:14 | Trial_Ezell_v10U.1 |
| | 323:19    this will be Exhibit 9. It's a two-page | | 03 |
| | 323:20    document. It's an email chain. The Bates | | |
| | 323:21    range is 108756 through 108757. Please | | |
| | 323:22    take a moment. | | |
| | 323:23    (Whereupon, Exhibit 9 is marked | | |
| | 323:24    for identification.) | | |
| **324:02 - 324:05** | **Ezell, Jeffrey 2022-01-26** | 00:00:09 | Trial_Ezell_v10U.1 |
| | 324:02   Q.   And I want to ask some questions | | 04 |
| | 324:03    about the paragraph that begins on Topic 2, | | |
| | 324:04    but take your time to look at the whole | | |
| | 324:05    doc. | | |
| **324:07 - 325:19** | **Ezell, Jeffrey 2022-01-26** | 00:01:43 | Trial_Ezell_v10U.1 |
| | 324:07   A.   Okay. I've scanned the document. | | 05 |
| | 324:08   Q.   Is this -- what's the context of | | |
| 🔗 D392U.1.3 | 324:09    this document? | | |
| | 324:10   A.   Well, it seems to be similar to | | |
| | 324:11    what we described before, one of our | | |
| | 324:12    periodic conversations with Microsoft about | | |
| | 324:13    providing Microsoft services on AT&T | | |
| | 324:14    device. | | |
| | 324:15    And as I had indicated in my | | |
| | 324:16    earlier response, it sounds like most of | | |
| | 324:17    this background work and discussion was | | |
| | 324:18    done by someone who worked for me, Gary | | |
| | 324:19    Wolfson at the time. | | |
| | 324:20    And Gary was briefing -- briefing | | |
| | 324:21    me as well as Jeff Howard who, as I've said | | |
| | 324:22    earlier was responsible for our devices, | | |
| | 324:23    and, therefore, would be responsible for | | |
| | 324:24    the Microsoft relationship as it relates to | | |
| | 324:25    a Microsoft device. | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 325:01 | So it's a briefing document to me | | |
| | 325:02 | from one of my team members about the terms | | |
| | 325:03 | that Microsoft was willing to offer on | | |
| | 325:04 | this. | | |
| | 325:05 Q. | So am I correct that this is an | | |
| | 325:06 | example of an instance where some member of | | |
| | 325:07 | your team was talking about potentially | | |
| | 325:08 | distributing Bing on a Microsoft device | | |
| | 325:09 | sold by AT&T? | | |
| | 325:10 A. | Well, Gary's email references two | | |
| | 325:11 | different conversations.  One is about just | | |
| | 325:12 | Microsoft services generally that we would | | |
| | 325:13 | preload, and then I think he later gives | | |
| | 325:14 | some examples of it. | | |
| | 325:15 | And then the other is | | |
| | 325:16 | distributing Microsoft services on a | | |
| | 325:17 | Windows device, not an Android device.  So | | |
| | 325:18 | I believe this would be a Windows Mobile | | |
| | 325:19 | operating system device. | | |

| 326:05 - 326:10 | **Ezell, Jeffrey 2022-01-26** | 00:00:18 | Trial_Ezell_v10U.1 |
| 🔗 D392U.1.2 | 326:05 Q.  And the Topic 2 paragraph | | 06 |
| | 326:06   describing in substance that Gary had | | |
| | 326:07   concluded that Microsoft was unwilling to | | |
| | 326:08   provide the necessary revenue share to make | | |
| | 326:09   distributing Microsoft services an | | |
| | 326:10   attractive proposition for AT&T? | | |

| 326:12 - 326:12 | **Ezell, Jeffrey 2022-01-26** | 00:00:00 | Trial_Ezell_v10U.1 |
| | 326:12   THE WITNESS:  Yeah -- | | 07 |

| 326:14 - 327:20 | **Ezell, Jeffrey 2022-01-26** | 00:01:17 | Trial_Ezell_v10U.1 |
| | 326:14   THE WITNESS: -- well, I'm just | | 08 |
| | 326:15   reading Gary's statement here where he | | |
| | 326:16   says that "Microsoft continues to | | |
| | 326:17   resist these revenue share deals and | | |
| | 326:18   informed us that they will not renew | | |
| | 326:19   our Bing search distribution | | |
| | 326:20   agreement." | | |
| | 326:21   So to me that indicates that | | |
| | 326:22   Microsoft was not willing to do a | | |
| | 326:23   similar type of economic model with us | | |
| | 326:24   as we had with Google, and we were | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 326:25 | trying to keep some consistency between | | |
| | 327:01 | how we would expect to be compensated | | |
| | 327:02 | on our various devices from various | | |
| | 327:03 | suppliers. | | |
| | 327:04 | BY MR. SOVEN: | | |
| | 327:05 Q. | What's the Bing search | | |
| | 327:06 | distribution agreement referred to in the | | |
| | 327:07 | email? | | |
| | 327:08 A. | I'm not 100 percent sure because | | |
| | 327:09 | of, again, the age of this.  But I know we | | |
| | 327:10 | were just looking at a document earlier, an | | |
| | 327:11 | email where we were talking about some | | |
| | 327:12 | discussions with Microsoft for Bing search | | |
| | 327:13 | on Windows Mobile devices where they had | | |
| | 327:14 | offered us 30 percent rev share. | | |
| | 327:15 | I can infer from that that we | | |
| | 327:16 | ultimately signed an agreement similar to | | |
| | 327:17 | that on Bing for Windows Mobile devices, | | |
| | 327:18 | and at this point Microsoft was saying that | | |
| | 327:19 | they were not going to renew that | | |
| ✕ Clear | 327:20 | agreement. | | |
| 339:05 - 339:21 | **Ezell, Jeffrey 2022-01-26** | 00:00:42 | Trial_Ezell_v10U.1 09 |
| | 339:05 Q. | Has DuckDuckGo ever made any | | |
| | 339:06 | proposals to AT&T to distribute its search | | |
| | 339:07 | engine on AT&T handsets? | | |
| | 339:08 A. | Not that I'm personally aware of. | | |
| | 339:09 | It's possible that they could have | | |
| | 339:10 | contacted us at some point over time, but I | | |
| | 339:11 | don't recall any direct conversation that | | |
| | 339:12 | I've had with DuckDuckGo. | | |
| | 339:13 Q. | And so, again, it's not -- just | | |
| | 339:14 | closing the loop.  So certainly nothing | | |
| | 339:15 | recent comes to mind for your of DuckDuckGo | | |
| | 339:16 | making a presentation to you for AT&T to | | |
| | 339:17 | distribute it on AT&T handsets? | | |
| | 339:18 A. | Not a presentation that I recall | | |
| | 339:19 | being made to me.  But, again, we're a big | | |
| | 339:20 | company.  It could have presented to | | |
| | 339:21 | someone. | | |
| 340:01 - 341:23 | **Ezell, Jeffrey 2022-01-26** | 00:02:09 | Trial_Ezell_v10U.1 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 340:01  Q.  Mr. Cohen asked you a few | | 10 |
| | 340:02      questions about Branch, and the, you know, | | |
| | 340:03      thought process that went into about how | | |
| | 340:04      that would intersect or not with the RSAs. | | |
| | 340:05      I take it that ultimately it was | | |
| | 340:06      never definitively resolved one way or | | |
| | 340:07      another whether AT&T's distribution of | | |
| | 340:08      Branch on its handsets would make that | | |
| | 340:09      handset ineligible for rev share; is that | | |
| | 340:10      right? | | |
| | 340:11  A.  Well, when you say definitively | | |
| | 340:12      determined, I don't know how to answer that | | |
| | 340:13      in the sense that I consulted my legal | | |
| | 340:14      team.  They said it was ambiguous, but | | |
| | 340:15      there was some risk that it would be | | |
| | 340:16      inconsistent with the RSA. | | |
| | 340:17      Then one of my team members | | |
| | 340:18      floated the idea by Google to see what | | |
| | 340:19      Google's opinion of it was, and I didn't | | |
| | 340:20      see the communication on that, but I -- the | | |
| | 340:21      way it was reported back to me was that | | |
| | 340:22      Google indicated they felt that it was | | |
| | 340:23      inconsistent with the RSA. | | |
| | 340:24      Whether that's your definition of | | |
| | 340:25      definitively resolved or not, it was enough | | |
| | 341:01      uncertainty for me that I decided, as well | | |
| | 341:02      as the device team who would have been | | |
| | 341:03      responsible for doing that, we just decided | | |
| | 341:04      it wasn't worth -- | | |
| | 341:05  Q.  Was the -- | | |
| | 341:06  A.  -- the uncertainty. | | |
| | 341:07  Q.  Was the issue ever elevated to | | |
| | 341:08      people more senior to you to resolve the | | |
| | 341:09      uncertainty and decide one way or another | | |
| | 341:10      whether it made a device ineligible for rev | | |
| | 341:11      share? | | |
| | 341:12  A.  Not that I'm aware of.  My memory | | |
| | 341:13      of it was that it was kind of a joint | | |
| | 341:14      discussion that I had with Jeff Howard, | | |
| | 341:15      potentially Barbara Roden who is another | | |
| | 341:16      person who is a colleague of mine who does | | |

**Trial_Ezell_v10U - Ezell, Jeffrey 2022.01.26_v10 UNREDACT**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 341:17 | services. |  |  |
|---|---|---|---|---|
|  | 341:18 | And we're all at the same level |  |  |
|  | 341:19 | of vice president, and so I think we |  |  |
|  | 341:20 | collectively made the decision that we |  |  |
|  | 341:21 | wouldn't continue the discussions with |  |  |
|  | 341:22 | Branch.  So I don't believe it went above |  |  |
|  | 341:23 | us. |  |  |

| 347:20 - 348:22 | **Ezell, Jeffrey 2022-01-26** | 00:01:17 | Trial_Ezell_v10U.1 |
|---|---|---|---|
|  | 347:20 | Since 2010, has Google lowered |  | 11 |
|  | 347:21 | their revenue share for distribution to |  |  |
|  | 347:22 | AT&T? |  |  |
|  | 347:23 | A. Well, at this point I believe the |  |  |
|  | 347:24 | only revenue share agreement we have with |  |  |
|  | 347:25 | Google is this mobile revenue share |  |  |
|  | 348:01 | agreement since we have a Yahoo agreement |  |  |
|  | 348:02 | on the wireline side. |  |  |
|  | 348:03 | And, yes, the chronology of our |  |  |
|  | 348:04 | various renewals with Google over time is |  |  |
|  | 348:05 | we started at ▇ percent and on our most |  |  |
|  | 348:06 | current agreement, we were down to |  |  |
|  | 348:07 | ▇ percent or ▇ percent, depending upon |  |  |
|  | 348:08 | whether it's a new or existing device.  But |  |  |
|  | 348:09 | that's looking at the RSA in isolation. |  |  |
|  | 348:10 | In this new agreement, there's |  |  |
|  | 348:11 | this separate incentive agreement which |  |  |
|  | 348:12 | when you combine the two, as I stated |  |  |
|  | 348:13 | earlier, if you make certain projections |  |  |
|  | 348:14 | about the money realized under each, then I |  |  |
|  | 348:15 | could argue that even though the revenue |  |  |
|  | 348:16 | share percentage has gone down from ▇ to |  |  |
|  | 348:17 | ▇ and ▇, that the total compensation |  |  |
|  | 348:18 | maybe will earn higher. |  |  |
|  | 348:19 | Q. Prior to 2021, AT&T did not have |  |  |
|  | 348:20 | any similar mobile incentive agreements |  |  |
|  | 348:21 | with Google, correct? |  |  |
|  | 348:22 | A. Not that I'm aware of, no. |  |  |

| 349:24 - 352:01 | **Ezell, Jeffrey 2022-01-26** | 00:02:47 | Trial_Ezell_v10U.1 |
|---|---|---|---|
|  | 349:24 | Q. Turning back to Exhibit 7, the |  | 12 |
|  | 349:25 | paragraph after point No. 6, it starts with |  |  |
|  | 350:01 | "It is also important."  I want to direct |  |  |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|

| | 350:02 | your attention to the second sentence in | | |
| | 350:03 | that paragraph. | | |
| | 350:04 | It says, "Since we are being told | | |
| | 350:05 | that Google Search will be included on | | |
| | 350:06 | Android devices independent of this | | |
| | 350:07 | agreement, we are simply negotiating what | | |
| | 350:08 | we will get paid in exchange for certain | | |
| | 350:09 | placement obligations (e.g., we will | | |
| | 350:10 | preload Google Search client on the default | | |
| | 350:11 | home screen of the device, and we will not | | |
| | 350:12 | preload a competing search client)." | | |
| | 350:13 | Do you see that? | | |
| | 350:14 | A. Yes. | | |
| | 350:15 | Q. Does this refresh your | | |
| | 350:16 | recollection as to whether or not Google | | |
| | 350:17 | Search was being preloaded on Android | | |
| | 350:18 | devices independent of AT&T's agreements | | |
| | 350:19 | with Google? | | |
| | 350:20 | A. Well, in the context of this | | |
| | 350:21 | email, and scrolling back up to I believe | | |
| | 350:22 | it's page 1, it appears that my opinion or | | |
| | 350:23 | knowledge of that is stated in my note to | | |
| | 350:24 | Mr. De La Vega on June 14 where I say, "We | | |
| | 350:25 | were told by Moto after backup," and | | |
| | 351:01 | Motorola -- Moto is Motorola, "that Google | | |
| | 351:02 | Search would be required going forward." | | |
| | 351:03 | So -- | | |
| | 351:04 | Q. Is that -- is it your | | |
| | 351:05 | understanding that the devices that are | | |
| | 351:06 | referenced in your email to Mr. De La Vega | | |
| | 351:07 | on page 1 of Exhibit 7 are the same Android | | |
| | 351:08 | devices that are being referenced on page 3 | | |
| | 351:09 | of Exhibit 7? | | |
| | 351:10 | A. I don't know.  The email's 11 | | |
| | 351:11 | years old.  But I can only reiterate my | | |
| | 351:12 | statement from the first page is I was | | |
| | 351:13 | apparently told by Motorola that even | | |
| | 351:14 | though we had asked Motorola in the | | |
| | 351:15 | Backflip to put Yahoo search, that they had | | |
| | 351:16 | decided to do Google Search going forward. | | |
| | 351:17 | And as I state on page 1, that's | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 351:18   why I was saying that we should start | | |
| | 351:19   working on a Google Search deal of our own. | | |
| | 351:20   And as I've stated here, if | | |
| | 351:21   Motorola or any of these other OEMs for | | |
| | 351:22   whatever reason had made their decision to | | |
| | 351:23   distribute Google Search and it was going | | |
| | 351:24   to be on the device, we might as well have | | |
| | 351:25   our own direct relationship with Google and | | |
| | 352:01   be compensated for that. | | |

| | |
|---|---|
| Google Affirmative | 01:00:46 |
| DOJ Counter | 00:22:23 |
| States Counter | 00:24:17 |
| **TOTAL RUN TIME** | **01:47:26** |

Documents linked to video:

D385

D386U

D387U

D391U

D392U

**Errata Sheet**

*United States v. Google LLC; Colorado v. Google LLC*
United States District Court, District of Columbia
Case Nos. 1:20-cv-02010-ARM,  1:20-cv-03715-ARM

Deponent: Jeffrey Ezell

Deposition Date: January 26, 2022

| Page | Line | From | To | Reason for Change |
|---|---|---|---|---|
| 19 | 6 | That source of | Those are sourced by our | Clarification |
| 24 | 9 | Arrangement on | Arrangement for | Transcription Error |
| 31 | 13 | Because apply | Because you need to apply | Clarification |
| 32 | 8 | Were | are | Clarification |
| 33 | 6 | Device more | Device manufacturer | Transcription Error |
| 40 | 14 | Of obvious | Of the obvious | Transcription Error |
| 42 | 18 | cancelation | preinstallation | Transcription Error |
| 52 | 2 | It was not my impression to say | It was not my intention to say | Transcription Error |
| 58 | 25 | Either | are | Transcription Error |
| 61 | 21 | So I | So if I | Transcription Error |
| 65 | 3 | Were | We're | Clarification |
| 69 | 10 | Wholistic | Holistic | Transcription Error |
| 69 | 18 | It's more what | It's more about what | Clarification |
| 69 | 19 | Which is a function of both | Which is more a function of | Clarification |
| 71 | 19 | a cost can generate a search query. | a consumer can generate a search query. | Transcription Error |
| 73 | 1 | Consumer can | Consumers can | Transcription Error |

| Page | Line | From | To | Reason for Change |
|------|------|------|-----|-------------------|
| 78 | 1-2 | in a case of an assessment, if it maybe was an assessment that essentially was just an | in a case of an amendment, if it maybe was an amendment that essentially was just an | Transcription Error |
| 83 | 8 | I'm not an | I'm not in an | Transcription Error |
| 84 | 6 | the browser to a default | the browser for it to default | Clarification |
| 86 | 21 | So but AT&T's | But AT&T's | Clarification |
| 96 | 15-16 | The general, again, is that—as I said more broadly is that we set it for | The general idea, again, is that—as I said more broadly—is that we set it for | Clarification |
| 102 | 20 | giving a service on the device | getting a service on the device | Transcription Error |
| 103 | 15-16 | mobile colleagues | mobility colleagues | Transcription Error |
| 104 | 19 | I'm not reading my | I'm reading my | Transcription Error |
| 106 | 4 | That we already | If we had already | Clarification |
| 107 | 21 | post-active thing | Post-activation thing | Clarification |
| 110 | 16 | How many devices | How many applications | Clarification |
| 118 | 3 | When we first entered into that agreement | When we entered into that first agreement | clarification |
| 118 | 11 | assessment that when carrier billing was | amendment that when carrier billing was | Transcription Error |
| 119 | 2 | Content where there was no rights holder | Content where there was a rights holder | Clarification |
| 158 | 1 | been using the current o-n-e, it's the | been using the current one, it's the | Transcription Error |
| 162 | 3 | Would refer to | Would defer to | Transcription Error |
| 169 | 18 | Correct, is the | Correct if the | Transcription Error |
| 172 | 24 | Same dynamic that I had is | Same dynamic that I had, in | Transcription Error |
| 178 | 24 | Kind of lower revenue share | Had a lower revenue share | Clarification |
| 181 | 6 | We didn't want | We wanted | Clarification |

| Page | Line | From | To | Reason for Change |
|------|------|------|-----|-------------------|
| 184 | 20 | Search engine were | Search engine as the | Clarification |
| 186 | 22 | Definition was really meant | Restriction was really meant | Clarification |
| 195 | 12 | Is that we haven't exercised it, because | We haven't exercised it because | Clarification |
| 196 | 11 | Look at incentive agreement | Look at the incentive agreement | clarification |
| 199 | 25 | Things are permissible | Things that are permissible | clarification |
| 200 | 2 | To be made. | To be made permissible. | clarification |
| 203 | 4 | years, we were going to make more money an | years, we were going to make more money on | Clarification |
| 210 | 20 | Provide our perspective | Provide their perspective | clarification |
| 211 | 5 | That is their recommendation | That as their recommendation | Transcription Error |
| 213 | 18 | route of it being not immediate actions | root of it being no immediate actions | Transcription Error |
| 214 | 18 | That's what I led our media | That's when I led our BD | Transcription Error |
| 228 | 9 | believe of "fork" means there is one route | believe of "fork" means there is one root | Transcription Error |
| 228 | 13 | those are forks of that route code | those are forks of that root code | Transcription Error |
| 231 | 13 | Assuming was contracted | Assuming it was contracted | Clarification |
| 236 | 1 | we review Google on whatever the terms were | we renew Google on whatever the terms were | Transcription Error |
| 240 | 3 | Therefore, you wanted to do it, | Therefore, if you wanted to do it, | Clarification |
| 243 | 4 | Opt out of a device | Opt out a device | Clarification |
| 243 | 11 | Opt out for a | Opt out a | Clarification |
| 268 | 6 | Get customers | Give customers | Clarification |
| 270 | 21 | Strategies | Strategy | Transcription Error |
| 271 | 3 | Into AT&T for | Into AT&T through | Clarification |
| 271 | 22 | Planning more | Planning and more | Clarification |
| 276 | 22 | Certainly | Certainly the | Clarification |

| Page | Line | From | To | Reason for Change |
|------|------|------|-----|-------------------|
| 303 | 9 | but not offering Android devices, the first | not offering Android devices, the first | Transcription Error |
| 313 | 6 | with Google, here's how much money we take, | with Google, here's how much money we make | Transcription Error |
| 316 | 15 | Didn't sit | Don't sit | Clarification |
| 322 | 14 | That, I wanted | That, wanted | Clarification |
| 332 | 2 | His design team | His device team | Transcription Error |
| 332 | 15 | My business app team | My business dev team | Transcription Error |
| 337 | 6 | discussion is that we would not pose the | discussion is that we would not oppose the | Transcription Error |
| 350 | 25 | were told by Moto after backup," and | were told by Moto after Backflip," and | Conform to Facts |
| 358 | 23-24 | Typically customers get devices through an app store [as spoken]. | Typically customers get applications through an app store. | Conform to Facts |
| 359 | 11-12 | I'm not in the app store | I'm not in the app store business | Clarification |

/s/ *Jeffrey A Ezell*          April 1, 2022
_____          _____

Jeffrey Ezell                          Date

4