IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>   Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| COLORADO, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER RE PLAINTIFF STATES' UNOPPOSED
SECOND MOTION TO CORRECT THE RECORD**

Plaintiff States' Unopposed Second Motion to Correct the Record by fixing transcription errors on the mornings of October 3 and October 11, 2023, and the afternoons of October 2, October 11, and October 24, 2023, is granted.

The Court hereby orders that the trial record shall be corrected as indicated in the "Correction" column in the table below. Transcription Errors have been crossed through and the corrected text, or text which was incorrectly omitted and shall be added, has been underlined:

| Trial Session | Start Page | Start Line | End Page | End Line | Correction |
|---|---|---|---|---|---|
| 10.02 PM | 3746 | 11 | 3746 | 11 | (Exhibit ~~UPX715~~ PSX715 admitted into evidence) |
| 10.03 AM | 3811 | 21 | 3811 | 21 | need to provide a fee<u>d</u> to the search engine. |
| 10.03 AM | 3822 | 12 | 3822 | 12 | So ~~in a public g~~Interpublic Group received a questionnaire out |
| 10.11 AM | 5230 | 3 | 5230 | 4 | The search engine is really an entry point into ~~Duet~~ <u>the internet</u> as we know it. So if you're looking, for you know, |
| 10.11 AM | 5236 | 2 | 5236 | 3 | It's always, you can set it up to go to ~~MWAP~~ <u>the webpage</u> or you can set it up to go to the mobile app. |
| 10.11 PM | 5282 | 4 | 5282 | 5 | gates that Google controls, and there's a little door that Bing controls. So you kind of<u> can't</u> put a lot of people through that. |
| 10.24 PM | 6867 | 4 | 6867 | 5 | eyeballs. Those would be the two ~~matrix~~ <u>metrics</u>, but I have not done any survey to present that information. |
| 10.24 PM | 6870 | 11 | 6870 | 12 | So, we need to know, if we want to keep our ~~estate~~ <u>harvesting</u>, we need to sow seeds. If I put all my money in harvesting, |
| 10.24 PM | 6870 | 14 | 6870 | 15 | And people understand. And these investments are playing ~~complimentary~~ <u>complementary</u> roles. They're helping each other. One is not a |
| 10.24 PM | 6879 | 2 | 6879 | 3 | Yes. I've heard of that. I would like to clarify. As I mentioned before, I ~~give~~ <u>gave</u> this analogy ~~for~~ <u>of a</u> farmer. If any |
| 10.24 PM | 6879 | 8 | 6879 | 9 | that they will invest all their money only in the purchase phase and ~~condone~~ <u>not in</u> the other phases, they will hurt themselves. |
| 10.24 PM | 6881 | 5 | 6881 | 6 | Bucklin, I pulled them all together and tried to figure out, how are they ~~electively~~ <u>relatively</u> positioning display ~~ads~~ <u>and</u> search? Let's |
| 10.24 PM | 6881 | 8 | 6881 | 9 | If a human being comes from an outer planet, they're all coming ~~there~~ <u>here</u>, obviously they have no idea about what |
| 10.24 PM | 6881 | 16 | 6881 | 17 | They are equally likely to place them – some may place above, some may place ~~low~~ <u>below</u>. On average, ~~my product~~ <u>the position</u> would |
| 10.24 PM | 6882 | 8 | 6882 | 9 | necessarily equally likely; it's ~~queued~~ <u>skewed</u>, which means it's ~~queued~~ <u>skewed</u>. |

| Trial Session | Start Page | Start Line | End Page | End Line | Correction |
|---|---|---|---|---|---|
| 10.24 PM | 6884 | 4 | 6884 | 5 | volume and which one is less; therefore, people are conversant ~~in~~ of this funnel and it's part of their everyday parlance and |
| 10.24 PM | 6885 | 21 | 6885 | 22 | funnel exist? What ~~is~~ are the three stages of ~~force~~ the funnel? That's not the pursuit now. I think some people use that idea to inform |
| 10.24 PM | 6886 | 4 | 6886 | 5 | effective in the lower stage of the funnel. I'll later elaborate what ~~retarget~~ retargeted advertising is and how it ~~looks~~ works. |
| 10.24 PM | 6889 | 1 | 6889 | 2 | query, and in response to the query, the ad is ~~SERPed~~ served so that they can do business and they can – and the advertiser can |
| 10.24 PM | 6900 | 12 | 6900 | 13 | move from one little bit on the margin, but they don't ~~meet~~ move radically, at least in this case. And she explicitly says: |
| 10.24 PM | 6910 | 4 | 6910 | 5 | are a couple of reasons. One reason is it is based on a larger set of ~~segments~~ signals. |
| 10.24 PM | 6913 | 10 | 6193 | 11 | optimized less frequently. It's optimized 4– to ~~6,000,~~ hours that range. |
| 10.24 PM | 6914 | 15 | 6914 | 16 | principle would also apply in this case; advertisers could definitely buy ~~multiple~~ Microsoft more, and many more advertisers may be |
| 10.24 PM | 6919 | 1 | 6919 | 2 | They say SA360 central ~~promises~~ premise is we can help you manage purchase and manage your campaign across search engines. |
| 10.24 PM | 6941 | 7 | 6941 | 8 | channel or that is, I'm not saying that. I'm just saying from the ~~date~~ data, the distribution is skewed. It's not uniform. And |
| 10.24 PM | 6949 | 1 | 6949 | 2 | So, therefore, yes, they know a cost ~~site~~ side. The return side is something which is attributed to. So, therefore, one has to be |
| 10.24 PM | 6949 | 23 | 6949 | 24 | I don't want to make it out that ~~ROS~~ ROAS is the measure and that is highly scientific and that is the metric which people should |

SO ORDERED.

Dated: November __, 2023

                                                                                                  Amit P. Mehta
                                                            United States District Court Judge