**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

United States of America, *et al.*,

                         Plaintiffs,

    v.

Google LLC,

                         Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

State of Colorado, *et al.*,

                         Plaintiffs,

    v.

Google LLC,

                         Defendant.

Case No. 1:20-cv-03715-APM

HON. AMIT P. MEHTA

**DEFENDANT GOOGLE LLC'S NOTICE
REGARDING DESIGNATED DEPOSITION TESTIMONY**

Defendant Google LLC files this notice in connection with the submission of deposition designations to the Court in the above-captioned cases.  On November 14, 2023, Google provided the Court with a thumb drive containing deposition designations and objections thereto for the following witnesses:

- Jeffrey Christensen;
- Derrick Connell;
- John Lagerling;
- Chris Lien;
- Charles Osmond;
- Christine Raymond; and
- Jordi Ribas

Additionally, Google understands that Plaintiffs will submit or have submitted to the Court deposition designations and objections thereto for the following witnesses on Google's witness list:

- Brendan Alberts;
- Mitchell Baker;
- Timothy Baxter;
- Eric Christensen;
- Apple 30(b)(6) (Cue);
- Jeffrey Ezell;
- Jeffrey Giard;
- Shirley Heath;
- Eduardo Indacochea;
- Mike James;
- Zahavah Levine; and
- Daniel Levy.

Google's thumb drive contains both video files and color-coded transcripts.  Specifically, the transcripts on the thumb drive contain the testimony designated by DOJ Plaintiffs, the States Plaintiffs, and Google.   Blue highlighting reflects the DOJ Plaintiffs' designations; green highlighting reflects the States Plaintiffs' designations; and yellow highlighting reflects Google's designations.

In addition to videos and transcripts, the thumb drive submitted to the Court also contains a spreadsheet of the parties' objections to the enclosed deposition designations.  The spreadsheet—which is entitled "Objection Spreadsheet"—contains the following information:

- Column A identifies the deponent and date of the deposition.

- Columns B through E identify the page and line ranges where an objection appears.

- Column F identifies the party making the objection, the objection basis, and any additional details concerning the objection.

- Column G identifies the type of type of designation (e.g., affirmative designation or counter-designation).

- Column H contains responses to Plaintiffs' objections.[1]

Lastly, Google's thumb drive also contains a spreadsheet that identifies the trial exhibit numbers for any deposition exhibits referenced in the designated testimony.

Dated:  November 14, 2023                     Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
Wendy Huang Waszmer (D.C. Bar No. 1631078)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com
wwaszmer@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199

---

[1] Google has included this information for sake of consistency with DOJ Plaintiffs' submission, which included such responses to such objections.  Google submits that disputes over such objections should be resolved through post-trial briefing rather than in these submissions.

Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*