# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

### DEFENDANT GOOGLE LLC'S EXHIBITS OFFERED

Without opposition, Google offers the trial exhibits listed below for admission into evidence subject to Plaintiff's standing objection to any embedded hearsay contained therein.

| DX0463 | DX3056 | DX3073 | DX3101 | DX3103 | DX3224 |
|--------|--------|--------|--------|--------|--------|
| DX2045 | DX3057 | DX3100 | DX3102 | DX3223 | DX3225 |

Without opposition, Google offers the trial exhibits listed below for admission into evidence.

| DX3255 | DX3256 |
|--------|--------|

Without opposition, Google offers the trial demonstratives listed below for admission as demonstratives.

| | | | | | |
|---|---|---|---|---|---|
| DXD-01.001 | DXD-01.002 | DXD-01.003 | DXD-01.004 | DXD-01.005 | DXD-01.006 |
| DXD-01.007 | DXD-01.008 | DXD-01.009 | DXD-01.01 | DXD-01.011 | DXD-01.012 |
| DXD-01.014 | DXD-02 | DXD-03 | DXD-04 | DXD-05.006 | DXD-06.001 |
| DXD-07 | DXD-10.001 | DXD-10.002 | DXD-10.003 | DXD-10.004 | DXD-10.005 |
| DXD-10.006 | DXD-10.007 | DXD-10.008 | DXD-10.011 | DXD-11.001 | DXD-11.002 |
| DXD-11.003 | DXD-11.004 | DXD-11.005 | DXD-11.006 | DXD-11.007 | DXD-11.008 |
| DXD-11.009 | DXD-11.010 | DXD-11.011 | DXD-11.012 | DXD-11.013 | DXD-11.014 |
| DXD-11.015 | DXD-11.016 | DXD-11.017 | DXD-13.001 | DXD-13.002 | DXD-13.003 |
| DXD-13.004 | DXD-13.005 | DXD-13.006 | DXD-13.007 | DXD-13.008 | DXD-13.009 |
| DXD-13.010 | DXD-13.011 | DXD-13.012 | DXD-13.013 | DXD-13.014 | DXD-13.015 |
| DXD-13.016 | DXD-13.024 | DXD-13.025 | DXD-13.026 | DXD-13.027 | DXD-13.042 |
| DXD-14.001 | DXD-14.003 | DXD-14.006 | DXD-14.007 | DXD-14.008 | DXD-14.037 |
| DXD-15.002 | DXD-15.003 | DXD-15.004 | DXD-15.005 | DXD-15.006 | DXD-15.007 |
| DXD-15.008 | DXD-15.011 | DXD-15.015 | DXD-15.016 | DXD-16.010 | DXD-16.013 |
| DXD-21.001 | DXD-21.003 | DXD-21.004 | DXD-21.005 | DXD-21.006 | DXD-21.007 |
| DXD-21.008 | DXD-21.009 | DXD-21.010 | DXD-21.011 | DXD-21.012 | DXD-21.013 |
| DXD-21.014 | DXD-21.015 | DXD-21.016 | DXD-21.017 | DXD-21.018 | DXD-21.020 |
| DXD-21.022 | DXD-21.023 | | | | |

2