IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| COLORADO, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**PLAINTIFF STATES' NOTICE OF EXHIBITS
ADMITTED INTO EVIDENCE IN BULK**

Plaintiff States submit this notice to provide lists of exhibits admitted into evidence in bulk. The attached lists include:

1. **Exhibit A:** Documents included on Plaintiff States' final trial exhibit list with no objections. This group was admitted, and a copy was provided to the Court on September 15, 2023.

2. **Exhibit B:** Documents offered as trial exhibits for admission into evidence, where Google has withdrawn previous objections, subject to Google's ongoing objection to any embedded hearsay contained therein. This group was admitted, and a copy was provided to the Court on October 25, 2023.

3. **Exhibit C:** Documents offered as trial exhibits for admission into evidence, where Google has withdrawn previous objections, subject to Google's ongoing objection to any embedded hearsay contained herein. This group was admitted, and a copy was provided to the Court on November 6, 2023.

4. **Exhibit D:** Documents offered as trial exhibits for admission into evidence, where Google has withdrawn previous objections, subject to Google's ongoing objection to any embedded hearsay contained herein. This group was admitted, and a copy was provided to the Court on November 9, 2023.

Dated: November 16, 2023

Respectfully submitted,

FOR PLAINTIFF STATE OF COLORADO

Jonathan B. Sallet
Special Assistant Attorney General

*/s/ Jonathan B. Sallet*
Jonathan B. Sallet, DC Bar No. 336198
Steven M. Kaufmann, DC Bar No. 1022365 (inactive)
Elizabeth W. Hereford
Conor J. May
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mails: Jon.Sallet@coag.gov
            Steve.Kaufmann@coag.gov
            Elizabeth.Hereford@coag.gov
            Conor.May@coag.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF NEBRASKA

Joseph M. Conrad
Assistant Attorney General
Colin P. Snider
Assistant Attorney General
Matthew K. McKinley
Special Assistant Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3840
E-Mails: Joseph.Conrad@nebraska.gov
	Colin.Snider@nebraska.gov
	Matt.Mckinley@nebraska.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Nebraska*

FOR PLAINTIFF STATE OF ARIZONA

Robert A. Bernheim, Unit Chief Counsel
Arizona Office of the Attorney General
400 West Congress, Ste. S-315
Tucson, Arizona 85701
Telephone: (520) 628-6507
E-Mail: Robert.bernheim@azag.gov

*Counsel for Plaintiff State of Arizona*

FOR PLAINTIFF STATE OF IOWA

Noah Goerlitz, Assistant Attorney General
Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Telephone: (515) 725-1018
E-Mail: Noah.goerlitz@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

| FOR PLAINTIFF STATE OF NEW YORK | FOR PLAINTIFF STATE OF NORTH CAROLINA |
|---|---|
| Elinor R. Hoffmann<br>Morgan J. Feder<br>Michael Schwartz<br>Office of the Attorney General of New York<br>28 Liberty Street, 21st Floor<br>New York, NY 10005<br>Telephone: (212) 416-8513<br>E-Mails: Elinor.hoffmann@ag.ny.gov<br>        Morgan.feder@ag.ny.gov<br>        Michael.schwartz@ag.ny.gov<br><br>*Counsel for Plaintiff State of New York* | Kunal Janak Choksi<br>Joshua Daniel Abram<br>Jonathan R. Marx<br>Jessica Vance Sutton<br>North Carolina Department of Justice<br>114 W. Edenton St.<br>Raleigh, NC 27603<br>Telephone: (919) 716-6000<br>E-Mails: kchoksi@ncdoj.gov<br>        jabram@ncdoj.gov<br>        jmarx@ncdoj.gov<br>        jsutton2@ncdoj.gov<br><br>*Counsel for Plaintiff State of North Carolina* |
| FOR PLAINTIFF STATE OF TENNESSEE | FOR PLAINTIFF STATE OF UTAH |
| J. David McDowell<br>Chris Dunbar<br>Austin Ostiguy<br>Tyler Corcoran<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville.TN 37202<br>Telephone: (615) 741-8722<br>E-Mails: David.McDowell@ag.tn.gov<br>        Chris.Dunbar@ag.tn.gov<br>        austin.ostiguy@ag.tn.gov<br>        Tyler.Corcoran@ag.tn.gov<br><br>*Counsel for Plaintiff State of Tennessee* | Scott R. Ryther<br>Tara Pincock<br>Utah Office of Attorney General<br>160 E 300 S, 5th Floor<br>P.O. Box 142320<br>Salt Lake City, Utah 84114<br>Telephone: (385) 881-3742<br>E-Mail: sryther@agutah.gov<br>        tpincock@agutah.gov<br><br>*Counsel for Plaintiff State of Utah* |

| | |
|---|---|
| FOR PLAINTIFF STATE OF ALASKA<br><br>Jeff Pickett<br>State of Alaska, Department of Law<br>Office of the Attorney General<br>1031 W. Fourth Avenue, Suite 200<br>Anchorage, Alaska 99501<br>Telephone: (907) 269-5100<br>E-Mail: Jeff.pickett@alaska.gov<br><br>*Counsel for Plaintiff State of Alaska* | FOR PLAINTIFF STATE OF CONNECTICUT<br><br>Nicole Demers<br>Office of the Attorney General of Connecticut<br>165 Capitol Avenue, Suite 5000<br>Hartford, CT 06106<br>Telephone: (860) 808-5202<br>E-Mail: Nicole.demers@ct.gov<br><br>*Counsel for Plaintiff State of Connecticut* |
| FOR PLAINTIFF STATE OF DELAWARE<br><br>Michael Andrew Undorf<br>Delaware Department of Justice<br>Fraud and Consumer Protection Division<br>820 N. French St., 5th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 577-8924<br>E-Mail: Michael.undorf@delaware.gov<br><br>*Counsel for Plaintiff State of Delaware* | FOR PLAINTIFF DISTRICT OF COLUMBIA<br><br>Elizabeth Gentry Arthur<br>Office of the Attorney General for the District of Columbia<br>400 6th Street NW<br>Washington, DC 20001<br>Telephone: (202) 724-6514<br>E-Mail: Elizabeth.arthur@dc.gov<br><br>*Counsel for Plaintiff District of Columbia* |
| FOR PLAINTIFF TERRITORY OF GUAM<br><br>Fred Nishihira, Chief, Consumer Protection Division<br>Office of the Attorney General of Guam<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913<br>Telephone: (671) 475-3324<br><br>*Counsel for Plaintiff Territory Guam* | FOR PLAINTIFF STATE OF HAWAIʻI<br><br>Rodney I. Kimura<br>Department of the Attorney General, State of Hawaiʻi<br>Commerce & Economic Development<br>425 Queen Street<br>Honolulu, HI 96813<br>Telephone (808) 586-1180<br>E-Mail: Rodney.i.kimura@hawaii.gov<br><br>*Counsel for Plaintiff State of Hawaiʻi* |

| | |
|---|---|
| FOR PLAINTIFF STATE OF IDAHO | FOR PLAINTIFF STATE OF ILLINOIS |
| John K. Olson<br>Office of the Idaho Attorney General<br>Consumer Protection Division<br>954 W. State St., 2nd Floor<br>P.O. Box 83720<br>Boise, ID 83720<br>Telephone: (208) 334-4114<br>E-Mails: Brett.delange@ag.idaho.gov<br>            John.olson@ag.idaho.gov<br><br>*Counsel for Plaintiff State of Idaho* | Elizabeth Maxeiner<br>Brian Yost<br>Office of the Attorney General of Illinois<br>100 W. Randolph St.<br>Chicago, IL 60601<br>Telephone: (773) 590-7935<br>E-Mails: Elizabeth.maxeiner@ilag.gov<br>            Brian.yost@ilag.gov<br><br>*Counsel for Plaintiff State of Illinois* |
| FOR PLAINTIFF STATE OF KANSAS | FOR PLAINTIFF STATE OF MAINE |
| Lynette R. Bakker<br>Kansas Office of the Attorney General<br>120 S.W. 10th Avenue., 2nd Floor<br>Topeka, KS 66612<br>Telephone: (785) 296-3751<br>E-Mail: Lynette.bakker@ag.ks.gov<br><br>*Counsel for Plaintiff State of Kansas* | Christina M. Moylan<br>Office of the Attorney General of Maine<br>6 State House Station<br>August, ME 04333<br>Telephone: (207) 626-8800<br>E-Mail: Christina.moylan@maine.gov<br><br>*Counsel for Plaintiff State of Maine* |
| FOR PLAINTIFF STATE OF MARYLAND | FOR PLAINTIFF COMMONWEALTH MASSACHUSETTS |
| Schonette J. Walker<br>Gary Honick<br>Office of the Attorney General of Maryland<br>200 St. Paul Place, 19th Floor<br>Baltimore, MD 21202<br>Telephone: (410) 576-6480<br>E-Mails: swalker@oag.state.md.us<br>            ghonick@oag.state.md.us<br><br>*Counsel for Plaintiff State of Maryland* | William T. Matlack<br>Michael B. MacKenzie<br>Office of the Attorney General of Massachusetts<br>One Ashburton Place, 18th Fl.<br>Boston, MA 02108<br>Telephone: (617) 727-2200<br>E-Mails: William.matlack@mass.gov<br>            Michael.Mackenzie@mass.gov<br><br>*Counsel for Plaintiff State of Massachusetts* |

| FOR PLAINTIFF STATE MINNESOTA | FOR PLAINTIFF STATE OF NEVADA |
|---|---|
| Zachary William Biesanz<br>Office of the Minnesota Attorney General<br>Consumer, Wage, and Antitrust Division<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101<br>Telephone: (651) 757-1257<br>E-Mail: Zach.biesanz@ag.state.mn.us<br><br>*Counsel for Plaintiff State of Minnesota* | Michelle Christine Newman<br>Lucas J. Tucker<br>Nevada Office of the Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br>Telephone: (775) 684-1164<br>E-Mails: mnewman@ag.nv.gov<br>           ltucker@ag.nv.gov<br><br>*Counsel for Plaintiff State of Nevada* |
| FOR PLAINTIFF STATE OF NEW HAMPSHIRE | FOR PLAINTIFF STATE OF NEW JERSEY |
| Brandon Garod<br>Office of Attorney General of New Hampshire<br>33 Capitol Street<br>Concord, NH 03301<br>Telephone: (603) 271-1217<br>E-Mail: Brandon.h.garod@doj.nh.gov<br><br>*Counsel for Plaintiff State of New Hampshire* | Isabella R. Pitt<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07102<br>Telephone: (973) 648-7819<br>E-Mail: Isabella.Pitt@law.njoag.gov<br><br>*Counsel for Plaintiff State of New Jersey* |
| FOR PLAINTIFF STATE OF NEW MEXICO | FOR PLAINTIFF STATE NORTH DAKOTA |
| Judith E. Paquin<br>Cholla Khoury<br>Assistant Attorney General<br>New Mexico Office of the Attorney General<br>408 Galisteo St.<br>Santa Fe, NM 87504<br>Telephone: (505) 490-4885<br>E-Mails: jpaquin@nmag.gov<br>           ckhoury@nmag.gov<br><br>*Counsel for Plaintiff State of New Mexico* | Elin S. Alm<br>Assistant Attorney General<br>Consumer Protection and Antitrust Division<br>Office of the Attorney General of North Dakota<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504<br>Telephone: (701) 328-5570<br>E-Mail: ealm@nd.gov<br><br>*Counsel for Plaintiff State of North Dakota* |

| | |
|---|---|
| FOR PLAINTIFF STATE OHIO<br><br>Jennifer Pratt<br>Beth Ann Finnerty<br>Mark Kittel<br>Office of the Attorney General of Ohio<br>30 E Broad Street, 26th Floor<br>Columbus, OH 43215<br>Telephone: (614) 466-4328<br>E-Mails:<br>Jennifer.pratt@ohioattorneygeneral.gov<br>Beth.finnerty@ohioattorneygeneral.gov<br>Mark.kittel@ohioattorneygeneral.gov<br><br>*Counsel for Plaintiff State of Ohio* | FOR THE PLAINTIFF STATE OKLAHOMA<br><br>Caleb J. Smith<br>Office of the Oklahoma Attorney General<br>313 NE 21st St<br>Oklahoma City, OK 73105<br>Telephone: (405) 522-1014<br>E-Mail: Caleb.Smith@oag.ok.gov<br><br>*Counsel for Plaintiff State of Oklahoma* |
| FOR PLAINTIFF STATE OREGON<br><br>Cheryl Hiemstra<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301<br>Telephone: (503) 934-4400<br>E-Mail: Cheryl.hiemstra@doj.state.or.us<br><br>*Counsel for Plaintiff State of Oregon* | FOR PLAINTIFF COMMONWEALTH PENNSYLVANIA<br><br>Tracy W. Wertz<br>Joseph S. Betsko<br>Pennsylvania Office of Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120<br>Telephone: (717) 787-4530<br>E-Mails: jbetsko@attorneygeneral.gov<br>          twertz@attorneygeneral.gov<br><br>*Counsel for Plaintiff Commonwealth of Pennsylvania* |
| FOR PLAINTIFF TERRITORY PUERTO RICO<br><br>Guarionex Diaz Martinez<br>Assistant Attorney General<br>Antitrust Division<br>Puerto Rico Department of Justice<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902<br>Telephone: (787) 721-2900, Ext. 1201<br>E-Mail: gdiaz@justicia.pr.gov<br><br>*Counsel for Plaintiff Territory Puerto Rico* | FOR PLAINTIFF STATE RHODE ISLAND<br><br>Stephen Provazza<br>Rhode Island Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>Telephone: (401) 274-4400<br>E-Mail: SProvazza@riag.ri.gov<br><br>*Counsel for Plaintiff State of Rhode Island* |

| | |
|---|---|
| FOR PLAINTIFF STATE SOUTH DAKOTA<br><br>Yvette K. Lafrentz<br>Office of the Attorney General of South Dakota<br>1302 E. Hwy 14, Suite 1<br>Pierre, SD 57501<br>Telephone: (605) 773-3215<br>E-Mail: Yvette.lafrentz@state.sd.us<br><br>*Counsel for Plaintiff State of South Dakota* | FOR PLAINTIFF STATE VERMONT<br><br>Christopher J. Curtis<br>Assistant Attorney General<br>Office of the Attorney General of Vermont<br>109 State St.<br>Montpelier, VT 05609<br>Telephone: (802) 828-3170<br>E-Mail: Ryan.kriger@vermont.gov<br><br>*Counsel for Plaintiff State of Vermont* |
| FOR PLAINTIFF COMMONWEALTH VIRGINIA<br><br>Tyler T. Henry<br>Office of the Attorney General of Virginia<br>202 N. 9th Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>E-Mail: thenry@oag.state.va.us<br><br>*Counsel for Plaintiff State of Virginia* | FOR PLAINTIFF STATE WASHINGTON<br><br>Amy Hanson<br>Washington State Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Telephone: (206) 464-5419<br>E-Mail: Amy.hanson@atg.wa.gov<br><br>*Counsel for Plaintiff State of Washington* |
| FOR PLAINTIFF STATE WEST VIRGINIA<br><br>Douglas Lee Davis<br>Office of the Attorney General, State of West Virginia<br>1900 Kanawha Boulevard, East<br>Building 6, Suite 402<br>P.O. Box 1789<br>Charleston, WV 25305<br>Telephone: (304) 558-8986<br>E-Mail: Douglas.l.davis@wvago.gov<br><br>*Counsel for Plaintiff State of West Virginia* | FOR PLAINTIFF STATE WYOMING<br><br>Benjamin Peterson<br>Wyoming Attorney General's Office<br>2320 Capitol Avenue<br>Kendrick Building<br>Cheyenne, WY 82002<br>Telephone: (307) 777-6397<br>E-Mail: Benjamin.peterson2@wyo.gov<br><br>*Counsel for Plaintiff State of Wyoming* |