**HIGHLY CONFIDENTIAL – SEALED FILING**

# EXHIBIT A

**Filed Under Seal and Subject to Stipulated Protective Order in**
*United States, et al. v. Google LLC,* **No. 20-cv-3010-APM**
*State of Colorado, et al. v. Google LLC,* **No. 20-cv-3715-APM**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**PLAINTIFF STATES' EXHIBITS OFFERED WITHOUT OBJECTION**

Plaintiff States offer the trial exhibits listed below for admission into evidence. Defendant Google has not lodged any objection to the exhibit listed below.

| | | | | |
|---|---|---|---|---|
| PSX00007 | PSX00011 | PSX00013 | PSX00016 | PSX00017 |
| PSX00018 | PSX00019 | PSX00020 | PSX00040 | PSX00042 |
| PSX00080 | PSX00083 | PSX00089 | PSX00090 | PSX00091 |
| PSX00092 | PSX00111 | PSX00115 | PSX00116 | PSX00117 |
| PSX00118 | PSX00124 | PSX00125 | PSX00126 | PSX00127 |
| PSX00128 | PSX00129 | PSX00130 | PSX00131 | PSX00132 |
| PSX00133 | PSX00134 | PSX00136 | PSX00137 | PSX00139 |
| PSX00141 | PSX00143 | PSX00144 | PSX00145 | PSX00153 |
| PSX00159 | PSX00163 | PSX00165 | PSX00167 | PSX00168 |
| PSX00169 | PSX00172 | PSX00174 | PSX00175 | PSX00176 |
| PSX00178 | PSX00179 | PSX00181 | PSX00182 | PSX00183 |
| PSX00184 | PSX00186 | PSX00188 | PSX00190 | PSX00191 |

| | | | | |
|---|---|---|---|---|
| PSX00194 | PSX00196 | PSX00197 | PSX00198 | PSX00199 |
| PSX00200 | PSX00201 | PSX00203 | PSX00204 | PSX00205 |
| PSX00206 | PSX00207 | PSX00208 | PSX00209 | PSX00211 |
| PSX00212 | PSX00213 | PSX00215 | PSX00216 | PSX00217 |
| PSX00218 | PSX00220 | PSX00221 | PSX00223 | PSX00224 |
| PSX00226 | PSX00227 | PSX00228 | PSX00229 | PSX00230 |
| PSX00231 | PSX00232 | PSX00234 | PSX00239 | PSX00243 |
| PSX00244 | PSX00245 | PSX00246 | PSX00247 | PSX00248 |
| PSX00251 | PSX00254 | PSX00263 | PSX00264 | PSX00265 |
| PSX00266 | PSX00267 | PSX00271 | PSX00272 | PSX00274 |
| PSX00275 | PSX00276 | PSX00277 | PSX00279 | PSX00280 |
| PSX00282 | PSX00283 | PSX00284 | PSX00285 | PSX00286 |
| PSX00287 | PSX00288 | PSX00289 | PSX00290 | PSX00291 |
| PSX00292 | PSX00293 | PSX00294 | PSX00295 | PSX00299 |
| PSX00300 | PSX00302 | PSX00304 | PSX00305 | PSX00306 |
| PSX00307 | PSX00309 | PSX00310 | PSX00316 | PSX00318 |
| PSX00322 | PSX00326 | PSX00328 | PSX00331 | PSX00333 |
| PSX00334 | PSX00335 | PSX00337 | PSX00340 | PSX00346 |
| PSX00352 | PSX00353 | PSX00355 | PSX00357 | PSX00358 |
| PSX00359 | PSX00360 | PSX00363 | PSX00367 | PSX00368 |
| PSX00369 | PSX00370 | PSX00374 | PSX00377 | PSX00378 |
| PSX00383 | PSX00384 | PSX00385 | PSX00386 | PSX00387 |
| PSX00390 | PSX00391 | PSX00392 | PSX00393 | PSX00394 |
| PSX00395 | PSX00396 | PSX00397 | PSX00398 | PSX00401 |
| PSX00402 | PSX00403 | PSX00404 | PSX00405 | PSX00409 |
| PSX00410 | PSX00411 | PSX00412 | PSX00415 | PSX00416 |
| PSX00417 | PSX00418 | PSX00419 | PSX00420 | PSX00421 |
| PSX00422 | PSX00423 | PSX00424 | PSX00425 | PSX00426 |
| PSX00427 | PSX00428 | PSX00429 | PSX00430 | PSX00431 |
| PSX00432 | PSX00433 | PSX00434 | PSX00435 | PSX00437 |
| PSX00438 | PSX00439 | PSX00440 | PSX00441 | PSX00442 |
| PSX00443 | PSX00444 | PSX00445 | PSX00446 | PSX00447 |
| PSX00448 | PSX00449 | PSX00450 | PSX00451 | PSX00453 |
| PSX00454 | PSX00455 | PSX00456 | PSX00457 | PSX00458 |
| PSX00459 | PSX00460 | PSX00461 | PSX00462 | PSX00463 |
| PSX00464 | PSX00465 | PSX00466 | PSX00467 | PSX00468 |
| PSX00469 | PSX00470 | PSX00472 | PSX00475 | PSX00476 |
| PSX00477 | PSX00478 | PSX00480 | PSX00481 | PSX00482 |
| PSX00483 | PSX00484 | PSX00486 | PSX00489 | PSX00490 |
| PSX00501 | PSX00503 | PSX00504 | PSX00505 | PSX00506 |
| PSX00507 | PSX00509 | PSX00511 | PSX00512 | PSX00513 |
| PSX00514 | PSX00515 | PSX00516 | PSX00517 | PSX00518 |
| PSX00519 | PSX00520 | PSX00521 | PSX00522 | PSX00523 |
| PSX00525 | PSX00537 | PSX00538 | PSX00542 | PSX00543 |
| PSX00545 | PSX00548 | PSX00551 | PSX00554 | PSX00555 |
| PSX00556 | PSX00557 | PSX00560 | PSX00562 | PSX00563 |

| | | | | |
|---|---|---|---|---|
| PSX00564 | PSX00565 | PSX00566 | PSX00567 | PSX00569 |
| PSX00570 | PSX00571 | PSX00572 | PSX00573 | PSX00574 |
| PSX00575 | PSX00577 | PSX00578 | PSX00579 | PSX00580 |
| PSX00581 | PSX00583 | PSX00584 | PSX00585 | PSX00588 |
| PSX00589 | PSX00591 | PSX00592 | PSX00594 | PSX00598 |
| PSX00602 | PSX00604 | PSX00605 | PSX00606 | PSX00612 |
| PSX00613 | PSX00614 | PSX00617 | PSX00624 | PSX00625 |
| PSX00627 | PSX00629 | PSX00631 | PSX00635 | PSX00641 |
| PSX00645 | PSX00647 | PSX00648 | PSX00650 | PSX00651 |
| PSX00652 | PSX00653 | PSX00654 | PSX00655 | PSX00656 |
| PSX00657 | PSX00658 | PSX00660 | PSX00662 | PSX00663 |
| PSX00664 | PSX00666 | PSX00667 | PSX00668 | PSX00671 |
| PSX00673 | PSX00674 | PSX00675 | PSX00682 | PSX00684 |
| PSX00685 | PSX00694 | PSX00695 | PSX00696 | PSX00697 |
| PSX00709 | PSX00710 | PSX00711 | PSX00712 | PSX00713 |
| PSX00714 | PSX00716 | PSX00718 | PSX00719 | PSX00720 |
| PSX00721 | PSX00722 | PSX00723 | PSX00724 | PSX00725 |
| PSX00726 | PSX00727 | PSX00731 | PSX00734 | PSX00735 |
| PSX00736 | PSX00738 | PSX00739 | PSX00740 | PSX00741 |
| PSX00742 | PSX00744 | PSX00747 | PSX00748 | PSX00749 |
| PSX00750 | PSX00751 | PSX00752 | PSX00753 | PSX00755 |
| PSX00756 | PSX00759 | PSX00760 | PSX00762 | PSX00763 |
| PSX00764 | PSX00765 | PSX00766 | PSX00767 | PSX00768 |
| PSX00769 | PSX00770 | PSX00772 | PSX00774 | PSX00775 |
| PSX00776 | PSX00782 | PSX00783 | PSX00784 | PSX00785 |
| PSX00787 | PSX00788 | PSX00789 | PSX00792 | PSX00793 |
| PSX00794 | PSX00795 | PSX00796 | PSX00798 | PSX00799 |
| PSX00802 | PSX00803 | PSX00804 | PSX00805 | PSX00806 |
| PSX00808 | PSX00819 | PSX00833 | PSX00854.009 | PSX00876 |
| PSX00880 | PSX00883 | PSX00885 | PSX00888 | PSX00889 |
| PSX00891 | PSX00893 | PSX00897 | PSX00898 | PSX00900 |
| PSX00908 | PSX00909 | PSX00933 | PSX00954 | PSX00955 |
| PSX00956 | PSX00957 | PSX00958 | PSX00972 | PSX00973 |
| PSX00975 | PSX00976 | PSX00984 | PSX00985 | PSX00987 |
| PSX00988 | PSX00989 | PSX01002 | PSX01003 | PSX01004 |
| PSX01005 | PSX01010 | PSX01011 | PSX01012 | PSX01013 |
| PSX01014 | PSX01016 | PSX01017 | PSX01019 | PSX01020 |
| PSX01021 | PSX01022 | PSX01023 | PSX01044 | PSX01052 |
| PSX01055 | PSX01056 | PSX01061 | PSX01062 | PSX01064 |
| PSX01066 | PSX01067 | PSX01075 | PSX01076 | PSX01077 |
| PSX01078 | PSX01080 | PSX01100 | PSX01105 | PSX01106 |
| PSX01107 | PSX01109 | PSX01110 | PSX01112 | PSX01113 |
| PSX01114 | PSX01115 | PSX01119 | PSX01129 | PSX01131 |
| PSX01136 | PSX01137 | PSX01146 | PSX01147 | PSX01149 |
| PSX01150 | PSX01151 | PSX01158 | PSX01159 | PSX01160 |
| PSX01189 | | | | |

Dated: September 15, 2023            Respectfully submitted,

FOR PLAINTIFF STATE OF COLORADO

Jonathan B. Sallet
Special Assistant Attorney General

*/s/ Jonathan B. Sallet*
Jonathan B. Sallet, DC Bar No. 336198
Steven M. Kaufmann, DC Bar No. 1022365 (inactive)
Elizabeth W. Hereford
Conor J. May
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mails: Jon.Sallet@coag.gov
        Steve.Kaufmann@coag.gov
        Elizabeth.Hereford@coag.gov
        Conor.May@coag.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF NEBRASKA

Joseph M. Conrad
Assistant Attorney General
Colin P. Snider
Assistant Attorney General
Matthew K. McKinley
Special Assistant Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3840
E-Mails: Joseph.Conrad@nebraska.gov
Colin.Snider@nebraska.gov
Matt.Mckinley@nebraska.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Nebraska*

FOR PLAINTIFF STATE OF ARIZONA

Robert A. Bernheim, Unit Chief Counsel
Arizona Office of the Attorney General
400 West Congress, Ste. S-315
Tucson, Arizona 85701
Telephone: (520) 628-6507
E-Mail: Robert.bernheim@azag.gov

*Counsel for Plaintiff State of Arizona*

FOR PLAINTIFF STATE OF IOWA

Noah Goerlitz, Assistant Attorney General
Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Telephone: (515) 725-1018
E-Mail: Noah.goerlitz@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

5

| | |
|---|---|
| FOR PLAINTIFF STATE OF NEW YORK | FOR PLAINTIFF STATE OF NORTH CAROLINA |
| Elinor R. Hoffmann<br>Morgan J. Feder<br>Michael Schwartz<br>Office of the Attorney General of New York<br>28 Liberty Street, 21st Floor<br>New York, NY 10005<br>Telephone: (212) 416-8513<br>E-Mails: Elinor.hoffmann@ag.ny.gov<br>Morgan.feder@ag.ny.gov<br>Michael.schwartz@ag.ny.gov<br><br>*Counsel for Plaintiff State of New York* | Kunal Janak Choksi<br>Joshua Daniel Abram<br>Jonathan R. Marx<br>Jessica Vance Sutton<br>North Carolina Department of Justice<br>114 W. Edenton St.<br>Raleigh, NC 27603<br>Telephone: (919) 716-6000<br>E-Mails: kchoksi@ncdoj.gov<br>jabram@ncdoj.gov<br>jmarx@ncdoj.gov<br>jsutton2@ncdoj.gov<br><br>*Counsel for Plaintiff State of North Carolina* |
| FOR PLAINTIFF STATE OF TENNESSEE | FOR PLAINTIFF STATE OF UTAH |
| J. David McDowell<br>Chris Dunbar<br>Austin Ostiguy<br>Tyler Corcoran<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville.TN 37202<br>Telephone: (615) 741-8722<br>E-Mails: David.McDowell@ag.tn.gov<br>Chris.Dunbar@ag.tn.gov<br>austin.ostiguy@ag.tn.gov<br>Tyler.Corcoran@ag.tn.gov<br><br>*Counsel for Plaintiff State of Tennessee* | Scott R. Ryther<br>Tara Pincock<br>Utah Office of Attorney General<br>160 E 300 S, 5th Floor<br>P.O. Box 142320<br>Salt Lake City, Utah 84114<br>Telephone: (385) 881-3742<br>E-Mail: sryther@agutah.gov<br>tpincock@agutah.gov<br><br>*Counsel for Plaintiff State of Utah* |

| | |
|---|---|
| FOR PLAINTIFF STATE OF ALASKA<br><br>Jeff Pickett<br>State of Alaska, Department of Law<br>Office of the Attorney General<br>1031 W. Fourth Avenue, Suite 200<br>Anchorage, Alaska 99501<br>Telephone: (907) 269-5100<br>E-Mail: Jeff.pickett@alaska.gov<br><br>*Counsel for Plaintiff State of Alaska* | FOR PLAINTIFF STATE OF CONNECTICUT<br><br>Nicole Demers<br>Office of the Attorney General of Connecticut<br>165 Capitol Avenue, Suite 5000<br>Hartford, CT 06106<br>Telephone: (860) 808-5202<br>E-Mail: Nicole.demers@ct.gov<br><br>*Counsel for Plaintiff State of Connecticut* |
| FOR PLAINTIFF STATE OF DELAWARE<br><br>Michael Andrew Undorf<br>Delaware Department of Justice<br>Fraud and Consumer Protection Division<br>820 N. French St., 5th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 577-8924<br>E-Mail: Michael.undorf@delaware.gov<br><br>*Counsel for Plaintiff State of Delaware* | FOR PLAINTIFF DISTRICT OF COLUMBIA<br><br>Elizabeth Gentry Arthur<br>Office of the Attorney General for the District of Columbia<br>400 6th Street NW<br>Washington, DC 20001<br>Telephone: (202) 724-6514<br>E-Mail: Elizabeth.arthur@dc.gov<br><br>*Counsel for Plaintiff District of Columbia* |
| FOR PLAINTIFF TERRITORY OF GUAM<br><br>Fred Nishihira, Chief, Consumer Protection Division<br>Office of the Attorney General of Guam<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913<br>Telephone: (671) 475-3324<br><br>*Counsel for Plaintiff Territory Guam* | FOR PLAINTIFF STATE OF HAWAIʻI<br><br>Rodney I. Kimura<br>Department of the Attorney General, State of Hawaiʻi<br>Commerce & Economic Development<br>425 Queen Street<br>Honolulu, HI 96813<br>Telephone (808) 586-1180<br>E-Mail: Rodney.i.kimura@hawaii.gov<br><br>*Counsel for Plaintiff State of Hawaiʻi* |

FOR PLAINTIFF STATE OF IDAHO

John K. Olson
Office of the Idaho Attorney General
Consumer Protection Division
954 W. State St., 2nd Floor
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 334-4114
E-Mails: Brett.delange@ag.idaho.gov
         John.olson@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

FOR PLAINTIFF STATE OF ILLINOIS

Elizabeth Maxeiner
Brian Yost
Office of the Attorney General of Illinois
100 W. Randolph St.
Chicago, IL 60601
Telephone: (773) 590-7935
E-Mails: Elizabeth.maxeiner@ilag.gov
         Brian.yost@ilag.gov

*Counsel for Plaintiff State of Illinois*

FOR PLAINTIFF STATE OF KANSAS

Lynette R. Bakker
Kansas Office of the Attorney General
120 S.W. 10th Avenue., 2nd Floor
Topeka, KS 66612
Telephone: (785) 296-3751
E-Mail: Lynette.bakker@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

FOR PLAINTIFF STATE OF MAINE

Christina M. Moylan
Office of the Attorney General of Maine
6 State House Station
August, ME 04333
Telephone: (207) 626-8800
E-Mail: Christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

FOR PLAINTIFF STATE OF MARYLAND

Schonette J. Walker
Gary Honick
Office of the Attorney General of Maryland
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6480
E-Mails: swalker@oag.state.md.us
         ghonick@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

FOR PLAINTIFF COMMONWEALTH MASSACHUSETTS

William T. Matlack
Michael B. MacKenzie
Office of the Attorney General of Massachusetts
One Ashburton Place, 18th Fl.
Boston, MA 02108
Telephone: (617) 727-2200
E-Mails: William.matlack@mass.gov
         Michael.Mackenzie@mass.gov

*Counsel for Plaintiff State of Massachusetts*

FOR PLAINTIFF STATE MINNESOTA

Zachary William Biesanz
Office of the Minnesota Attorney General
Consumer, Wage, and Antitrust Division
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
Telephone: (651) 757-1257
E-Mail: Zach.biesanz@ag.state.mn.us

*Counsel for Plaintiff State of Minnesota*

FOR PLAINTIFF STATE OF NEVADA

Michelle Christine Newman
Lucas J. Tucker
Nevada Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
Telephone: (775) 684-1164
E-Mails: mnewman@ag.nv.gov
         ltucker@ag.nv.gov

*Counsel for Plaintiff State of Nevada*

FOR PLAINTIFF STATE OF NEW HAMPSHIRE

Brandon Garod
Office of Attorney General of New Hampshire
33 Capitol Street
Concord, NH 03301
Telephone: (603) 271-1217
E-Mail: Brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

FOR PLAINTIFF STATE OF NEW JERSEY

Isabella R. Pitt
Deputy Attorney General
New Jersey Attorney General's Office
124 Halsey Street, 5th Floor
Newark, NJ 07102
Telephone: (973) 648-7819
E-Mail: Isabella.Pitt@law.njoag.gov

*Counsel for Plaintiff State of New Jersey*

FOR PLAINTIFF STATE OF NEW MEXICO

Judith E. Paquin
Cholla Khoury
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87504
Telephone: (505) 490-4885
E-Mails: jpaquin@nmag.gov
         ckhoury@nmag.gov

*Counsel for Plaintiff State of New Mexico*

FOR PLAINTIFF STATE NORTH DAKOTA

Elin S. Alm
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of the Attorney General of North Dakota
1720 Burlington Drive, Suite C
Bismarck, ND 58504
Telephone: (701) 328-5570
E-Mail: ealm@nd.gov

*Counsel for Plaintiff State of North Dakota*

| | |
|---|---|
| FOR PLAINTIFF STATE OHIO<br><br>Jennifer Pratt<br>Beth Ann Finnerty<br>Mark Kittel<br>Office of the Attorney General of Ohio<br>30 E Broad Street, 26th Floor<br>Columbus, OH 43215<br>Telephone: (614) 466-4328<br>E-Mails:<br>Jennifer.pratt@ohioattorneygeneral.gov<br>Beth.finnerty@ohioattorneygeneral.gov<br>Mark.kittel@ohioattorneygeneral.gov<br><br>*Counsel for Plaintiff State of Ohio* | FOR THE PLAINTIFF STATE OKLAHOMA<br><br>Caleb J. Smith<br>Office of the Oklahoma Attorney General<br>313 NE 21st St<br>Oklahoma City, OK 73105<br>Telephone: (405) 522-1014<br>E-Mail: Caleb.Smith@oag.ok.gov<br><br>*Counsel for Plaintiff State of Oklahoma* |
| FOR PLAINTIFF STATE OREGON<br><br>Cheryl Hiemstra<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301<br>Telephone: (503) 934-4400<br>E-Mail: Cheryl.hiemstra@doj.state.or.us<br><br>*Counsel for Plaintiff State of Oregon* | FOR PLAINTIFF COMMONWEALTH PENNSYLVANIA<br><br>Tracy W. Wertz<br>Joseph S. Betsko<br>Pennsylvania Office of Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120<br>Telephone: (717) 787-4530<br>E-Mails: jbetsko@attorneygeneral.gov<br>        twertz@attorneygeneral.gov<br><br>*Counsel for Plaintiff Commonwealth of Pennsylvania* |
| FOR PLAINTIFF TERRITORY PUERTO RICO<br><br>Guarionex Diaz Martinez<br>Assistant Attorney General<br>Antitrust Division<br>Puerto Rico Department of Justice<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902<br>Telephone: (787) 721-2900, Ext. 1201<br>E-Mail: gdiaz@justicia.pr.gov<br><br>*Counsel for Plaintiff Territory Puerto Rico* | FOR PLAINTIFF STATE RHODE ISLAND<br><br>Stephen Provazza<br>Rhode Island Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>Telephone: (401) 274-4400<br>E-Mail: SProvazza@riag.ri.gov<br><br>*Counsel for Plaintiff State of Rhode Island* |

FOR PLAINTIFF STATE SOUTH DAKOTA

Yvette K. Lafrentz
Office of the Attorney General of South Dakota
1302 E. Hwy 14, Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
E-Mail: Yvette.lafrentz@state.sd.us

*Counsel for Plaintiff State of South Dakota*

FOR PLAINTIFF COMMONWEALTH VIRGINIA

Tyler T. Henry
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, VA 23219
Telephone: (804) 692-0485
E-Mail: thenry@oag.state.va.us

*Counsel for Plaintiff State of Virginia*

FOR PLAINTIFF STATE WEST VIRGINIA

Douglas Lee Davis
Office of the Attorney General, State of West Virginia
1900 Kanawha Boulevard, East
Building 6, Suite 402
P.O. Box 1789
Charleston, WV 25305
Telephone: (304) 558-8986
E-Mail: Douglas.l.davis@wvago.gov

*Counsel for Plaintiff State of West Virginia*

FOR PLAINTIFF STATE VERMONT

Christopher J. Curtis
Assistant Attorney General
Office of the Attorney General of Vermont
109 State St.
Montpelier, VT 05609
Telephone: (802) 828-3170
E-Mail: Ryan.kriger@vermont.gov

*Counsel for Plaintiff State of Vermont*

FOR PLAINTIFF STATE WASHINGTON

Amy Hanson
Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419
E-Mail: Amy.hanson@atg.wa.gov

*Counsel for Plaintiff State of Washington*

FOR PLAINTIFF STATE WYOMING

Benjamin Peterson
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002
Telephone: (307) 777-6397
E-Mail: Benjamin.peterson2@wyo.gov

*Counsel for Plaintiff State of Wyoming*