UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## DOJ PLAINTIFFS' NOTICE REGARDING DESIGNATED DEPOSITION TESTIMONY

Plaintiffs in the above-captioned case ("DOJ Plaintiffs") provide notice that on November 15, 2023, they submitted to the Court deposition transcripts and videos for the following witnesses whose testimony is being presented through deposition designations in lieu of live testimony:

- Apple Inc. – 30(b)(6) corporate representative Eduardo Cue
- Baker, Mitchell (Mozilla)
- Baxter, Timothy (Samsung)
- Christensen, Eric (Motorola)
- Chu, Penny (Google)
- Edwards, Cathy (Google)
- Ezell, Jeff (AT&T)
- Fox, Nicholas (Google)
- Giard, Jeffrey (T-Mobile)
- Google LLC – provided separately for each 30(b)(6) corporate representative and 30(b)(6) notice:
  - Grey, Rachel (Sept. 24, 2021)
  - Fox, Nicholas
  - Moxley, Emily
  - Nayak, Pandurang
  - Vlahov, Atanas
  - Grey, Rachel (May 5, 2022)
- Jain, Sundeep (Google)
- James, Mike (Amazon)

1

- Levine, Zahavah (former Google)
- Levy, Daniel (Meta)
- Miller, Andrew (Google)
- Moxley, Emily (Google)
- Perica, Adrian (Apple)
- Porat, Ruth (Google)
- Ramalingam, Ramesh (Yahoo)
- Richardson, Yuki (Google)
- Stein, Mark (Angie)
- Van der Kooi, Rik (Microsoft)

The transcripts include testimony designated by each of the three parties in a single document. Testimony designated by DOJ Plaintiffs is highlighted in blue; testimony designated by the States Plaintiffs is highlighted green; and testimony designated by Google is highlighted yellow. Testimony played in Court is highlighted with a darker blue for DOJ Plaintiffs, darker green for State Plaintiffs, and darker yellow for Google. Video recordings of the designated portions of these depositions are enclosed in MPEG-4 format.

DOJ Plaintiffs also submitted a crosswalk for each enclosed transcript. The crosswalk matches deposition exhibit numbers discussed in the designated testimony with corresponding trial exhibit numbers, where available.

DOJ Plaintiffs also submitted a spreadsheet of the parties' objections to the enclosed deposition designations for all witness with designations by DOJ Plaintiffs.[1] Column A identifies the deponent and date of the deposition; Column B through E identify the testimony (page and line) that is subject to an objection; Column F identifies the party making the objection, the basis for the objection, and the portion of the designated testimony that is subject to the objection; Column G identifies the type of designation, *i.e.* an affirmative designation ("Desig"), a counter

---

[1] For clarity and completeness, in addition to the designate witnesses included in this transmission, the spreadsheet also includes all objections and DOJ Plaintiffs' responses to designations for Brendan Alberts (Dentsu), Derrick Connell (Microsoft), John Lagerling (Google), Christine Raymond (Kohls), and Jordi Ribas (Microsoft).

designation ("Cntr-Desig"), or a counter counter designation ("CntrCntr-Desig"); and Column H provides DOJ Plaintiffs' responses to Google's objections. The spreadsheet does not include the State Plaintiffs' or Google's responses to objections, and Column H is left blank for those objections as a result. Testimony not listed in the spreadsheet is not subject to an objection.

Objections to designated testimony that were not timely preserved during the deposition were waived. Thus, Google's objections to the form of a question were waived unless raised by a Google attorney during the deposition when the error could be cured. *See* Fed. R. Civ. P. 32(d)(3)(A); *see also Cabello v. Fernandez-Larios*, 402 F.3d 1148, 1160 (11th Cir. 2005) (objection waived "[b]ecause the defect . . . could have been cured at the taking of the deposition"); 8A Wright et al., Federal Practice and Procedure, § 2156, at 206 (2d ed. 1994). Similarly, objections made during the deposition but not included as objections to the designations are waived.

Dated: November 16, 2023

Respectfully submitted,

*/s/ Jeremy M. P. Goldstein*
Kenneth M. Dintzer
Jeremy M. P. Goldstein
Veronica N. Onyema (D.C. Bar #979040)
U.S. Department of Justice
Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff
United States of America*