IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

**UNITED STATES PLAINTIFFS' THIRD**
**NOTICE OF EXHIBITS ENTERED INTO EVIDENCE**

United States Plaintiffs submit this notice to provide lists of exhibits admitted into evidence in bulk (i.e., without a live witness) and to identify exhibits entered as demonstratives. The attached lists include:

1. **Exhibit A:** Exhibits included on United States Plaintiffs' Exhibit List previously objected to, but to which Google has withdrawn its objections or to which Google maintains a standing embedded hearsay objection but has otherwise withdrawn its objections. This group was admitted on November 15, 2023, and this list was provided to the Court that same date. Trial Tr. 10427:25-10428:4.

2. **Exhibit B:** Trial demonstratives used in the cross of Prof. Mark Israel on November 2nd, 3rd, and 6th and offered without objection for admission as demonstratives. United States Plaintiffs provided this list to the Court on November 8, 2023.

3. **Exhibit C:** Trial demonstratives used in the cross of Prof. Kevin Murphy on November 13th and 14th and listed for admission as demonstratives. United States Plaintiffs

provided this list to the Court on November 16, 2023, and Google does not oppose their entry as demonstratives.

Dated: November 16, 2023

Respectfully submitted,

*/s/ Karl E. Herrmann*
Kenneth M. Dintzer
Karl E. Herrmann (D.C. Bar #1022464)
Michael G. McLellan (D.C. Bar #489217)
U.S. Department of Justice
Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov

*Counsel for Plaintiff United States of America*