IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>                              Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>                              Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**UNITED STATES PLAINTIFFS' EXHIBITS OFFERED FOR ADMISSION**

United States Plaintiffs offer the trial exhibits listed below for admission into evidence. The exhibits in Section I are offered without objection. The exhibits in Section II are offered subject to Google's standing objection to any embedded hearsay contained therein, but otherwise without objection.

**I.     EXHIBITS OFFERED WITHOUT OBJECTION**

Google does not object to admission of the following exhibits:

| UPX0546 | UPX2015 | UPX2016 | UPX2017 |
|---|---|---|---|
| UPX2018 | UPX2019 | UPX2020 | |

**II.    EXHIBITS OFFERED SUBJECT TO STANDING OBJECTION TO EMBEDDED HEARSAY**

Google lodges a standing objection to any embedded hearsay in the following exhibits, but does not otherwise object to their admission.

| UPX0063 | UPX0064 | UPX0078 | UPX0081 |
|---|---|---|---|

| UPX0574 | UPX0826 | UPX0986 | UPX0988 |
| --- | --- | --- | --- |
| UPX8091 | UPX0281 | UPX0636 | |