IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**UNITED STATES PLAINTIFFS' EXHIBITS OFFERED FOR ADMISSION**

United States Plaintiffs offer the trial demonstratives listed below for admission as demonstratives. The below demonstratives were used in the cross of Prof. Mark Israel on November 2nd, 3rd, and 6th.

**I.      EXHIBITS OFFERED WITHOUT OBJECTION**

| | | | |
|---|---|---|---|
| UPXD053 | UPXD056 | UPXD057 | UPXD059 |
| UPXD062 | UPXD063 | UPXD065 | UPXD066 |
| UPXD068 | UPXD070 | UPXD071 | UPXD074 |
| UPXD075 | UPXD077 | UPXD081 | UPXD082 |
| UPXD087 | UPXD089 | UPXD097 | UPXD098 |
| UPXD212 | UPXD213 | UPXD214 | |