# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**UNITED STATES PLAINTIFFS' EXHIBITS OFFERED FOR ADMISSION**

United States Plaintiffs offer the trial demonstratives listed below for admission as demonstratives. The below demonstratives were used in the cross of Prof. Kevin Murphy on November 13th and 14th.

**I.     EXHIBITS OFFERED WITHOUT OBJECTION**

| | | | |
|---|---|---|---|
| UPXD009 | UPXD220 | UPXD223 | UPXD227 |
| UPXD235 | UPXD236 | UPXD237 | UPXD241 |
| UPXD247 | UPXD254 | UPXD267 | UPXD270 |
| UPXD271 | UPXD277 | UPXD287 | UPXD289 |
| UPXD290 | UPXD295 | UPXD297 | |