# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 20-cv-3715 (APM) |

## ORDER

The following schedule and page limitations shall apply to the parties' post-trial submissions.

1. **Proposed Findings of Fact and Conclusions of Law**

    a. The parties shall file their respective Proposed Findings of Fact and Conclusions of Law by **February 9, 2024**. Hyperlinked versions of these filings shall be delivered to chambers by **February 23, 2024**.

    b. The page limits for the Proposed Findings of Fact are as follows:

        i. DOJ Plaintiffs: 500 pages

        ii. Colorado Plaintiffs: 100 pages

      iii. Google: 600 pages

   c. The page limits for the Proposed Conclusions of Law are as follows:

      i. DOJ Plaintiffs: 35 pages

      ii. Colorado Plaintiffs: 15 pages

      iii. Google: 50 pages

2. **Post-Trial Briefs**

   a. The parties shall file their respective post-trial briefs by **February 9, 2024**. Hyperlinked versions of these filings shall be delivered to chambers by **February 23, 2024**.

   b. The page limits for the post-trial briefs are as follows:

      i. DOJ Plaintiffs: 80 pages

      ii. Colorado Plaintiffs: 35 pages

      iii. Google: 115 pages

3. **Responsive Proposed Findings of Fact and Conclusions of Law**

   a. The parties shall file their respective Responsive Proposed Findings of Fact and Conclusions of Law by **March 22, 2024**. Hyperlinked versions of these filings shall be delivered to chambers by **April 5, 2024**.

   b. The page limits for the Responsive Proposed Findings of Fact are as follows:

      i. DOJ Plaintiffs: 120 pages

      ii. Colorado Plaintiffs: 30 pages

      iii. Google: 150 pages

    c. The page limits for the Responsive Proposed Conclusions of Law are as follows:

        i. DOJ Plaintiffs: 25 pages

        ii. Colorado Plaintiffs: 10 pages

        iii. Google: 35 pages

4. **Closing Arguments**. The parties shall reserve May 1, 2024—May 3, 2024 for closing arguments. The court will issue an order governing the structure of closing arguments at a later date.

Date: November 17, 2023

                                              Amit P. Mehta
                                              United States District Judge