IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN<br><br>       Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**(SEAL) NOTICE OF MOTION TO INTERVENE**

Plaintiff files in good faith this Notice of Motion To Intervene for

Rule 24 (a)(2)



**RECEIVED**

NOV 16 2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Dated: November 16, 2023

RESPECTFULLY SUBMITTED,

*/s/ Brad Greenspan*

Brad Greenspan

24A Trolley Square

Wilmington, Delaware 19809
(302)
Email: legalsupport1@nym.hush.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA<br><br>███████████████ |
| STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA<br><br>███████████████ |

**MOTION AND MEMORANDUM OF LAW IN SUPPORT OF BRAD GREENSPAN'S MOTION**

**(SEAL)**

**I. INTRODUCTION**

Intervenor Brad Greenspan ("Myspace Founder") respectfully moves this Court to grant its intervention in this case pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 24 (b)(1)(B) on the grounds that Petitioner's lawsuit shares common issues of fact with this instant action in that both are victims of same corporate shell scheme effected by same defendants. Further, Petitioner contributes facts about specific matters beginning in 2005 related to Google and the state of play of the search industry and how Google participated or did not participate in the solicitation of default type arrangements with web properties having large audiences each month. There are 3 areas of damages the Rule 701 damage report cites, the advertisers pay more, suppresses competition thru tipping point, and suppressed Myspace.com from launching its own competing online search product.

Directly, Google in 2005 manipulated its surrogate AskJeeves to participate in Google's search ranking manipulation scheme as part of the price Google paid to get Myspace default search locked up exclusively in multi year deal, which critically caused incumbent Yahoo search to be removed. Google promised to pay News Corp $900,000,000 but they would wait to announce it until after News Corp acquired its parent company.

**II. GOVERNING LAW**

Federal Rules of Civil Procedure (FRCP) Rule 24 governs intervention by additional parties in existing litigation in the federal courts:

Rule 24. Intervention:

(b) PERMISSIVE INTERVENTION.
(1) *In General.* On timely motion, the court may permit anyone to intervene who: (A) is given a conditional right to intervene by a federal statute; or

(B) has a claim or defense that shares with the main action a common question of law or fact.

## III. STATEMENT OF RELEVANT FACTS

Plaintiff has a right under 24(a) to intervene, a basis "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practice way impair or impede" Petitioners ability to protects its interest, "And "unless existing parties adequately represent that interest" Petitioner seeks Court to Order DOJ to "adequately represent that interest" For Petitioner and the SEC FRCP and rule 12f stockholders as relates to any of the fourteen causes of action number 1,2,3,4,5,6,7,8,9.10,11,12,13 each and any of them if they are federal antitrust claims which are at least plausible and not completely frivolous then they shall be taken up by DOJ as part of completing this trial or seeking new trial in the alternative recognizing there has been injury to DOJ Case and chances of success by its failure to 36(b)(6) proper procedure and thus did not knock thru to joinder correct defendants that Petitioner now has done by necessity but happy to help the DOJ and States with fixing their legal case before too late…so much of their time and citizens resources invested in not having factually missing data and info that would help the case such as the Google Yahoo Myspace October 2005 Search Engine % of Market scores.

> Under FRCP 24a Petitioner has (a) Intervention of Right. On timely motion, the court must permit anyone to intervene who like Plaintiff
> claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest. The Declaration and memorandum includes facts explaining these

interests which include indemnification rights, contribution rights, insurance rights under employment contracts, statutory indemnity rights as a stockholder of a predecessor or successor or transferee, and other rights as a stockholder contained in separate agreements that transferred to Google LLC, Alphabet, Inc., Maple Technologies, and XVRS III, Inc. which are responsive to this Court under L.R. (j)[1] as explained in the accompanying documents including declarations in support but because evidence Judge asked for about Google's 2005 $900 million search exclusive default multi year deal paid between clayton interlocking director #1 to #2 and Apple was #3 when Schmidt or Doerr also joined that Apple board for a period of time before

Myspace.com and what it meant and what the search world would have likely looked like is that its

October 2005:

The actual month before Google's plank in capturing default exclusive #1: that became model for next six the DOJ featured in its presentations, motions, arguments, now you have the origin deal evidence and how it was much different then current deals because it was the most illegal and the most anti competitive and the most clearly suppressing competition direct and indirect and harmed entire search competitor group.

---

[1] **(j) MOTION TO INTERVENE.**

> A motion to intervene as a party pursuant to Fed. R. Civ. P. 24(c), Procedure, shall be accompanied by an original of the pleading setting forth the claim or defense for which intervention is sought. The pleading shall be deemed to have been filed and served by mail on the date on which the order granting the motion is entered.

So now the Court can see a vision where remedial steps post judgment would get Google LLC back to under 50%...not 0% certainly over 10% but not over 40%:

Case 5:16-cv-06268-EJD   Document 18   Filed 12/14/16   Page 81 of 215

for the month of November 2004:

| MARCH 2005 / MARCH 2004 | | |
|---|---|---|
| GOOGLE 36.4% | 35.9% | Google continued to lead all other search engines with a 36.4 percent share of the market in March—up a half percentage point year-over-year— |
| YAHOO 30.6% | 30.0% | while still a close second at 30.6 percent, Yahoo! Has not gained any ground on rival Google, up 0.6 percent year-over-year |
| MSN 16.5% | 15.7% | "MSN Search follows in the distance, increasing 0.8 percent since last March from 15.7 percent to 16.5 percent." |
| AOL 8.9% | 13.4% | -"Time Warner AOL's share of the search market actually decreased 4.5 percent, falling from 13.4 percent in March '04 to 8.9 percent in March '05." |
| ASKJEEVES 5.5% | 1.8% | Ask Jeeves share of search increased 3.7 percent, from 1.8 to 5.5 percent" |

Alphabet never denied there facts including third party traffic metrics in October were true and accurate.

user audience proving the defendants had been hiding a parallel not disclosed fast growing Search Engine audience and therefore undisputed asset that had never been disclosed to Intermix shareholders prior to September 30, 2005. This is proven by the following facts:

    i.    In November 2005, Comscore discloses a list of Search engine assets ranked by # of unique users visiting each search websites, for October 2005 showing unique users at top search sites, and Myspace search was listed with 8,083,000 million unique users, ranked #7 to AOL's 36.0 million unique users or about 25% the size of AOL's audience:

OCTOBER 2005- COMSCORE

| | |
|---|---|
| Google | 75,281,000 |
| Yahoo Search | 68,031,000 |
| MSN Search | 49,748,000 |
| Ask Jeeves | 43,705,000 |
| AOL Search | 36,092,000 |
| Yahoo Mail | 20,270,000 |
| MySpace Search | 8,082,000 |

208. Without explanation, MySpace search disappears from Comscore after the October 2005 unique user data is released as Comscore does not disclose future months using the same measure as the one time unique user numbers provided in October 2005, and Comscore posts the remainder of 2005 months with a % share of U.S. audience instead.

209. AOL, IAC's AskJeeves, and Google meanwhile all benefit and increase their % share of U.S. Audience between June 2005 through July 2006.

## V . CONCLUSION

Based on the foregoing, Petitioner respectfully requests that this Court grant Petitioner leave to intervene in this action, on the grounds that both actions share clear commonality of fact, law, defendant, claims.

WHEREFORE, Petitioner respectfully requests that its intervention by granted forthwith.

**Dated**: November 16, 2023

RESPECTFULLY SUBMITTED, FREEDOM WATCH, INC., By Counsel

*/s/ Brad Greenspan*

Brad Greenspan, pro se

244 5th ave

#G290

New York, NY

10001
Email: legalsupport1@nym.hush.com

**(SEAL)**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN<br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA<br><br>█████████████ |
| STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA<br><br>█████████████ |

**Declaration In Support of Motion To Intervene**

**DECLARATION**

1. I swear this is true and correct under threat of prosectuinb of perjury.o

Facts and incorporate by reference all facts and evidence presented

<u>As true because I have reviewed</u>

<u>/s/ Brad Greenspan</u>

Brad Greenspan, pro se