DISTRICT OF CONNECTICUT

_____, Plaintiff
United States of America

V.                                          Case No. _____1:20-cv-03010-APM_____
                                            [Put case number here]
_____, Defendant
Google, LLC

## MOTION BY PRO SE LITIGANT TO PARTICIPATE IN ELECTRONIC FILING

I am a Plaintiff/Defendant in this civil action.  I have filed an appearance as a pro se

litigant, and I hereby request permission to file electronic documents.  In so doing, I consent to

the court and opposing counsel using my email address, as listed below, for the purpose of

sending me electronic notification of orders, notices, and other documents that are filed in my

case.  I understand that hard copies will no longer be issued by the court or opposing counsel.  I

understand that if my motion is granted, I must complete the Court's required training class on

electronic filing for pro se litigants before I can actually begin filing documents electronically.  I

certify that I can comply with the following requirements:

•        A computer with access to the internet.

•        Internet Explorer (Version 6 or greater) or Mozilla Firefox (any version).

•        Adobe Reader (Version 7 or greater).

•        Ability to create PDF files.

_____
  B David Greenspan
Name of Pro Se Litigant

_____
  244 5th Ave
Street Address

_____                 _____
  New York, NY 10001                                    646 664 1229
City, State, Zip Code                              Telephone

_____
  cfius@nym.hush.com
Email Address

_____                 _____
  November 17, 2023
Date                                              Signature

**RECEIVED**

NOV 17 2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Rev. 6/21/10

## Certificate of Service

I hereby certify that on _____1/17/2023_____ [date], a copy of the foregoing "Motion by Pro Se Litigant to Participate in Electronic Filing" was filed and served by mail on the following:

**[insert name and address of every person served]**.

*/s/ B David Greenspan*
_____
Signature of Pro Se Litigant

Kenneth M. Dintzer

Adam Severt

Matthew C. Hammond

Michael G. McLellan (D.C. Bar #489217) Elizabeth S. Jensen

Diana A. Aguilar Aldape

Sarah M. Bartels (D.C. Bar No. 1029505)

R. Cameron Gower

Thomas Greene

Karl E. Herrmann (D.C. Bar # 1022464) Matthew Jones (D.C. Bar No. 1006602) Claire Maddox (D.C. Bar # 498356)

Veronica N. Onyema (D.C. Bar No. 979040) Lara E.V. Trager

Catharine S. Wright

U.S. Department of Justice, Antitrust Division Technology & Digital Platforms Section

450 Fifth Street NW. Suite 7100

Ken Paxton, Attorney General

James Lloyd, Chief, Antitrust Division Margaret Sharp, Assistant Attorney General Office of the Attorney General, State of Texas 300 West 15th Street

Austin, Texas 78701 Margaret.Sharp@oag.texas.gov

Counsel for Plaintiff State of Texas

By: /s/ Matthew Michaloski

Theodore Edward Rokita, Attorney General Scott L. Barnhart, Chief Counsel and Director, Consumer Protection Division

Matthew Michaloski, Deputy Attorney General Christi Foust, Deputy Attorney General

Office of the Attorney General, State of Indiana Indiana Government Center South, Fifth Floor 302 West Washington Street

Indianapolis, Indiana 46204 Matthew.Michaloski@atg.in.gov

Counsel for Plaintiff State of Indiana

By: /s/ Keaton Barnes

Keaton Barnes

Arkansas Bar No. 2022161

Assistant Attorney General

Office of Tim Griffin, Attorney General 323 Center Street, Suite 200

Litt

   GOOGLE LLC

   1600 Amphitheatre Parkway Mountain View, CA 94043

Brian Wang

Rob Bonta, Attorney General

Ryan J. McCauley, Deputy Attorney General Brian Wang, Deputy Attorney General Henry Cornillie, Deputy Attorney General Paula Blizzard, Supervising Deputy Attorney General

Office of the Attorney General,

California Department of Justice

455 Golden Gate Avenue, Suite 11000

San Francisco, California 94102 Brian.Wang@doj.ca.gov

Counsel for Plaintiff State of California

By: /s/ Lee Istrail

Ashley Moody, Attorney General

R. Scott Palmer, Special Counsel, Complex Enforcement Chief, Antitrust Division

Nicholas D. Niemiec, Assistant Attorney General Lee Istrail, Assistant Attorney General

Office of the Attorney General, State of Florida PL-01 The Capitol

Tallahassee, Florida 32399 Lee.Istrail@myfloridalegal.com Scott.Palmer@myfloridalegal.com

Counsel for Plaintiff State of Florida

By: /s/ Daniel Walsh

Christopher Carr, Attorney General

Daniel Cameron, Attorney General

J. Christian Lewis, Commissioner of the Office of Consumer Protection

Philip R. Heleringer, Executive Director of the Office of Consumer Protection

Jonathan E. Farmer, Deputy Executive Director of the Office of Consumer Protection

Office of the Attorney General, Commonwealth of Kentucky

1024 Capital Center Drive, Suite 200

Frankfort, Kentucky 40601 Philip.Heleringer@ky.gov

Counsel for Plaintiff Commonwealth of Kentucky

By: /s/ Christopher J. Alderman

Jeff Landry, Attorney General

Christopher J. Alderman, Assistant Attorney General

Office of the Attorney General, State of Louisiana Public Protection Division

1885 North Third St.

Baton Rouge, Louisiana 70802

AldermanC@ag.louisiana.gov

Counsel for Plaintiff State of Louisiana

By: /s/ Scott Mertens

Dana Nessel, Attorney General

Scott Mertens, Assistant Attorney General Michigan Department of Attorney General P.O. Box 30736

Lansing, Michigan 48909 MertensS@michigan.gov

Counsel for Plaintiff State of Michigan