UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                          Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                          Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                          Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                          Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**JOINT NOTICE REGARDING DESIGNATED DEPOSITION TESTIMONY**

The parties in the above-captioned cases provide notice of their submission of excerpted deposition transcripts for witnesses whose testimony is being presented by one or more parties (as indicated in each exhibit) through deposition designations in lieu of live testimony. Each exhibit contains the page and line numbers of affirmative, counter, and counter-counter deposition designations as follows:

- Alberts, Brendan (Exhibit A)
- Apple Inc. – 30(b)(6) corporate representative Eduardo Cue (Exhibit B)
- Baker, Mitchell (Exhibit C)
- Baxter, Timothy (Exhibit D)
- Christensen, Eric (Exhibit E)
- Christensen, Jeffrey (Exhibit F)

1

- Chu, Penny (Exhibit G)
- Connell, Derrick (Exhibit H)
- Dacey, Matthew (Exhibit I)
- Daniels, Alexander (Exhibit J)
- Edwards, Cathy (Exhibit K)
- Ezell, Jeff (Exhibit L)
- Fox, Nicholas (Exhibit M)
- Geurin, Neil (Exhibit N)
- Giard, Jeffrey (Exhibit O)
- Google LLC – provided separately for each 30(b)(6) corporate representative and 30(b)(6) notice:
    - Grey, Rachel (Sept. 24, 2021) (Exhibit P)
    - Fox, Nicholas (Exhibit Q)
    - Moxley, Emily (Exhibit R)
    - Nayak, Pandurang (Exhibit S)
    - Vlahov, Atanas (Exhibit T)
    - Grey, Rachel (May 5, 2022) (Exhibit U)
- Heath, Shirley (Exhibit V)
- Indacochea, Eduardo (Exhibit W)
- Jain, Sundeep (Exhibit X)
- James, Mike (Exhibit Y)
- Lagerling, John (Exhibit Z)
- Levine, Zahavah (Exhibit AA)
- Levy, Daniel (Exhibit BB)
- Lien, Chris (Exhibit CC)
- McAteer, John (Exhibit DD)
- Miller, Andrew (Exhibit EE)
- Moxley, Emily (Exhibit FF)
- Osmond, Charles (Exhibit GG)
- Perica, Adrian (Exhibit HH)
- Porat, Ruth (Exhibit II)
- Ramalingam, Ramesh (Exhibit JJ)
- Raymond, Christine (Exhibit KK)
- Ribas, Jordi (Exhibit LL)
- Richardson, Yuki (Exhibit MM)
- Silverman, Andrew (Exhibit NN)
- Soo, Debby (Exhibit OO)
- Stein, Mark (Exhibit PP)
- Stoppelman, Jeremy (Exhibit QQ)
- Utter, Brian (Exhibit RR)
- Van der Kooi, Rik (Exhibit SS)

Dated: November 27, 2023                    Respectfully submitted,

                                               By:    */s/ Jeremy M. P. Goldstein*
                                               Kenneth M. Dintzer
                                               Jeremy M. P. Goldstein
                                               U.S. Department of Justice, Antitrust Division
                                               Technology & Digital Platforms Section
                                               450 Fifth Street NW, Suite 7100
                                               Washington, DC 20530
                                               Telephone: (202) 227-1967
                                               Jeremy.Goldstein@usdoj.gov

                                               *Counsel for Plaintiff United States of America*

                                               FOR PLAINTIFF STATE OF NEBRASKA

                                               Joseph M. Conrad
                                               Assistant Attorney General
                                               Colin P. Snider
                                               Assistant Attorney General
                                               Matthew K. McKinley
                                               Special Assistant Attorney General
                                               Nebraska Department of Justice
                                               Office of the Attorney General
                                               2115 State Capitol
                                               Lincoln, NE 68509
                                               Telephone: (402) 471-3840
                                               E-Mails: Joseph.Conrad@nebraska.gov
                                                             Colin.snider@nebraska.gov
                                                             Matt.Mckinley@nebraska.gov

                                               William F. Cavanaugh, Jr.
                                               PATTERSON BELKNAP WEBB & TYLER LLP
                                               1133 Avenue of the Americas
                                               Suite 2200
                                               New York, NY 10036-6710
                                               Telephone: (212) 335-2793
                                               E-Mail: wfcavanaugh@pbwt.com

                                               *Counsel for Plaintiff State of Nebraska*

| FOR PLAINTIFF STATE OF ARIZONA | FOR PLAINTIFF STATE OF IOWA |
|---|---|
| Robert A. Bernheim, Unit Chief Counsel<br>Arizona Office of the Attorney General<br>400 West Congress, Ste. S-315<br>Tucson, Arizona 85701<br>Telephone: (520) 628-6507<br>E-Mail: Robert.bernheim@azag.gov<br><br>*Counsel for Plaintiff State of Arizona* | Noah Goerlitz, Assistant Attorney General<br>Office of the Attorney General of Iowa<br>1305 E. Walnut St., 2nd Floor<br>Des Moines, IA 50319<br>Telephone: (515) 725-1018<br>E-Mail: Noah.goerlitz@ag.iowa.gov<br><br>*Counsel for Plaintiff State of Iowa* |
| FOR PLAINTIFF STATE OF NEW YORK | FOR PLAINTIFF STATE OF NORTH CAROLINA |
| Elinor R. Hoffmann<br>Morgan J. Feder<br>Michael Schwartz<br>Office of the Attorney General of New York<br>28 Liberty Street, 21st Floor<br>New York, NY 10005<br>Telephone: (212) 416-8513<br>E-Mails: Elinor.hoffmann@ag.ny.gov<br>    Morgan.feder@ag.ny.gov<br>    Michael.schwartz@ag.ny.gov<br><br>*Counsel for Plaintiff State of New York* | Kunal Janak Choksi<br>Joshua Daniel Abram<br>Jonathan R. Marx<br>Jessica Vance Sutton<br>North Carolina Department of Justice<br>114 W. Edenton St.<br>Raleigh, NC 27603<br>Telephone: (919) 716-6000<br>E-Mails: kchoksi@ncdoj.gov<br>    jabram@ncdoj.gov<br>    jmarx@ncdoj.gov<br>    jsutton2@ncdoj.gov<br><br>*Counsel for Plaintiff State of North Carolina* |
| FOR PLAINTIFF STATE OF TENNESSEE | FOR PLAINTIFF STATE OF UTAH |
| J. David McDowell<br>Chris Dunbar<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville.TN 37202<br>Telephone: (615) 741-8722<br>E-Mails: David.McDowell@ag.tn.gov<br>    Chris.Dunbar@ag.tn.gov<br><br>*Counsel for Plaintiff State of Tennessee* | Scott R. Ryther<br>Tara Pincock<br>Utah Office of Attorney General<br>160 E 300 S, 5th Floor<br>P.O. Box 142320<br>Salt Lake City, Utah 84114<br>Telephone: (385) 881-3742<br>E-Mail: sryther@agutah.gov<br>    tpincock@agutah.gov<br><br>*Counsel for Plaintiff State of Utah* |

4

| | |
|---|---|
| FOR PLAINTIFF STATE OF ALASKA<br><br>Jeff Pickett<br>State of Alaska, Department of Law<br>Office of the Attorney General<br>1031 W. Fourth Avenue, Suite 200<br>Anchorage, Alaska 99501<br>Telephone: (907) 269-5100<br>E-Mail: Jeff.pickett@alaska.gov<br><br>*Counsel for Plaintiff State of Alaska* | FOR PLAINTIFF STATE OF CONNECTICUT<br><br>Nicole Demers<br>Office of the Attorney General of Connecticut<br>165 Capitol Avenue, Suite 5000<br>Hartford, CT 06106<br>Telephone: (860) 808-5202<br>E-Mail: Nicole.demers@ct.gov<br><br>*Counsel for Plaintiff State of Connecticut* |
| FOR PLAINTIFF STATE OF DELAWARE<br><br>Michael Andrew Undorf<br>Delaware Department of Justice<br>Fraud and Consumer Protection Division<br>820 N. French St., 5th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 577-8924<br>E-Mail: Michael.undorf@delaware.gov<br><br>*Counsel for Plaintiff State of Delaware* | FOR PLAINTIFF DISTRICT OF COLUMBIA<br><br>Elizabeth Gentry Arthur<br>Office of the Attorney General for the District of Columbia<br>400 6th Street NW<br>Washington, DC 20001<br>Telephone: (202) 724-6514<br>E-Mail: Elizabeth.arthur@dc.gov<br><br>*Counsel for Plaintiff District of Columbia* |
| FOR PLAINTIFF TERRITORY OF GUAM<br><br>Fred Nishihira, Chief, Consumer Protection Division<br>Office of the Attorney General of Guam<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913<br>Telephone: (671) 475-3324<br><br>*Counsel for Plaintiff Territory Guam* | FOR PLAINTIFF STATE OF HAWAIʻI<br><br>Rodney I. Kimura<br>Department of the Attorney General, State of Hawaiʻi<br>Commerce & Economic Development<br>425 Queen Street<br>Honolulu, HI 96813<br>Telephone (808) 586-1180<br>E-Mail: Rodney.i.kimura@hawaii.gov<br><br>*Counsel for Plaintiff State of Hawaiʻi* |

| | |
|---|---|
| FOR PLAINTIFF STATE OF IDAHO<br><br>John K. Olson<br>Office of the Idaho Attorney General<br>Consumer Protection Division<br>954 W. State St., 2nd Floor<br>P.O. Box 83720<br>Boise, ID 83720<br>Telephone: (208) 334-4114<br>E-Mails: Brett.delange@ag.idaho.gov<br>     John.olson@ag.idaho.gov<br><br>*Counsel for Plaintiff State of Idaho* | FOR PLAINTIFF STATE OF ILLINOIS<br><br>Elizabeth Maxeiner<br>Brian Yost<br>Office of the Attorney General of Illinois<br>100 W. Randolph St.<br>Chicago, IL 60601<br>Telephone: (773) 590-7935<br>E-Mails: Elizabeth.maxeiner@ilag.gov<br>     Brian.yost@ilag.gov<br><br>*Counsel for Plaintiff State of Illinois* |
| FOR PLAINTIFF STATE OF KANSAS<br><br>Lynette R. Bakker<br>Kansas Office of the Attorney General<br>120 S.W. 10th Avenue., 2nd Floor<br>Topeka, KS 66612<br>Telephone: (785) 296-3751<br>E-Mail: Lynette.bakker@ag.ks.gov<br><br>*Counsel for Plaintiff State of Kansas* | FOR PLAINTIFF STATE OF MAINE<br><br>Christina M. Moylan<br>Office of the Attorney General of Maine<br>6 State House Station<br>August, ME 04333<br>Telephone: (207) 626-8800<br>E-Mail: Christina.moylan@maine.gov<br><br>*Counsel for Plaintiff State of Maine* |
| FOR PLAINTIFF STATE OF MARYLAND<br><br>Schonette J. Walker<br>Gary Honick<br>Office of the Attorney General of Maryland<br>200 St. Paul Place, 19th Floor<br>Baltimore, MD 21202<br>Telephone: (410) 576-6480<br>E-Mails: swalker@oag.state.md.us<br>     ghonick@oag.state.md.us<br><br>*Counsel for Plaintiff State of Maryland* | FOR PLAINTIFF COMMONWEALTH MASSACHUSETTS<br><br>William T. Matlack<br>Michael B. MacKenzie<br>Office of the Attorney General of Massachusetts<br>One Ashburton Place, 18th Fl.<br>Boston, MA 02108<br>Telephone: (617) 727-2200<br>E-Mails: William.matlack@mass.gov<br>     Michael.Mackenzie@mass.gov<br><br>*Counsel for Plaintiff State of Massachusetts* |

| | |
|---|---|
| FOR PLAINTIFF STATE MINNESOTA<br><br>Zachary William Biesanz<br>Office of the Minnesota Attorney General<br>Consumer, Wage, and Antitrust Division<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101<br>Telephone: (651) 757-1257<br>E-Mail: Zach.biesanz@ag.state.mn.us<br><br>*Counsel for Plaintiff State of Minnesota* | FOR PLAINTIFF STATE OF NEVADA<br><br>Michelle Christine Newman<br>Lucas J. Tucker<br>Nevada Office of the Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br>Telephone: (775) 684-1164<br>E-Mails: mnewman@ag.nv.gov<br>          ltucker@ag.nv.gov<br><br>*Counsel for Plaintiff State of Nevada* |
| FOR PLAINTIFF STATE OF NEW HAMPSHIRE<br><br>Brandon Garod<br>Office of Attorney General of New Hampshire<br>33 Capitol Street<br>Concord, NH 03301<br>Telephone: (603) 271-1217<br>E-Mail: Brandon.h.garod@doj.nh.gov<br><br>*Counsel for Plaintiff State of New Hampshire* | FOR PLAINTIFF STATE OF NEW JERSEY<br><br>Isabella R. Pitt<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07102<br>Telephone: (973) 648-7819<br>E-Mail: Isabella.Pitt@law.njoag.gov<br><br>*Counsel for Plaintiff State of New Jersey* |
| FOR PLAINTIFF STATE OF NEW MEXICO<br><br>Judith E. Paquin<br>Cholla Khoury<br>Assistant Attorney General<br>New Mexico Office of the Attorney General<br>408 Galisteo St.<br>Santa Fe, NM 87504<br>Telephone: (505) 490-4885<br>E-Mails: jpaquin@nmag.gov<br>          ckhoury@nmag.gov<br><br>*Counsel for Plaintiff State of New Mexico* | FOR PLAINTIFF STATE NORTH DAKOTA<br><br>Elin S. Alm<br>Assistant Attorney General<br>Consumer Protection and Antitrust Division<br>Office of the Attorney General of North Dakota<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504<br>Telephone: (701) 328-5570<br>E-Mail: ealm@nd.gov<br><br>*Counsel for Plaintiff State of North Dakota* |

FOR PLAINTIFF STATE OHIO

Jennifer Pratt
Beth Ann Finnerty
Mark Kittel
Office of the Attorney General of Ohio
30 E Broad Street, 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
E-Mails:
Jennifer.pratt@ohioattorneygeneral.gov
Beth.finnerty@ohioattorneygeneral.gov
Mark.kittel@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

FOR THE PLAINTIFF STATE OKLAHOMA

Caleb J. Smith
Office of the Oklahoma Attorney General
313 NE 21st St
Oklahoma City, OK 73105
Telephone: (405) 522-1014
E-Mail: Caleb.Smith@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

FOR PLAINTIFF STATE OREGON

Cheryl Hiemstra
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
Telephone: (503) 934-4400
E-Mail: Cheryl.hiemstra@doj.state.or.us

*Counsel for Plaintiff State of Oregon*

FOR PLAINTIFF COMMONWEALTH PENNSYLVANIA

Tracy W. Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
Telephone: (717) 787-4530
E-Mails: jbetsko@attorneygeneral.gov
          twertz@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of Pennsylvania*

FOR PLAINTIFF TERRITORY PUERTO RICO

Guarionex Diaz Martinez
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902
Telephone: (787) 721-2900, Ext. 1201
E-Mail: gdiaz@justicia.pr.gov

*Counsel for Plaintiff Territory Puerto Rico*

FOR PLAINTIFF STATE RHODE ISLAND

Stephen Provazza
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
E-Mail: SProvazza@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*

FOR PLAINTIFF STATE SOUTH DAKOTA

Yvette K. Lafrentz
Office of the Attorney General of South Dakota
1302 E. Hwy 14, Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
E-Mail: Yvette.lafrentz@state.sd.us

*Counsel for Plaintiff State of South Dakota*

FOR PLAINTIFF COMMONWEALTH VIRGINIA

Tyler T. Henry
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, VA 23219
Telephone: (804) 692-0485
E-Mail: thenry@oag.state.va.us

*Counsel for Plaintiff State of Virginia*

FOR PLAINTIFF STATE WEST VIRGINIA

Douglas Lee Davis
Office of the Attorney General, State of West Virginia
1900 Kanawha Boulevard, East
Building 6, Suite 402
P.O. Box 1789
Charleston, WV 25305
Telephone: (304) 558-8986
E-Mail: Douglas.l.davis@wvago.gov

*Counsel for Plaintiff State of West Virginia*

FOR PLAINTIFF STATE VERMONT

Christopher J. Curtis
Assistant Attorney General
Office of the Attorney General of Vermont
109 State St.
Montpelier, VT 05609
Telephone: (802) 828-3170
E-Mail: Ryan.kriger@vermont.gov

*Counsel for Plaintiff State of Vermont*

FOR PLAINTIFF STATE WASHINGTON

Amy Hanson
Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419
E-Mail: Amy.hanson@atg.wa.gov

*Counsel for Plaintiff State of Washington*

FOR PLAINTIFF STATE WYOMING

Benjamin Peterson
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002
Telephone: (307) 777-6397
E-Mail: Benjamin.peterson2@wyo.gov

*Counsel for Plaintiff State of Wyoming*

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*