# EXHIBIT A

| Designations from Deposition of Brendan Alberts (May 10-11, 2022) ||||||
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 5 | 8 | 5 | 11 | Google Affirmative | |
| 8 | 24 | 9 | 4 | DOJ Counter | |
| 9 | 15 | 10 | 14 | DOJ Counter | |
| 10 | 15 | 10 | 21 | Google Affirmative | |
| 10 | 25 | 10 | 25 | Google Affirmative | |
| 11 | 2 | 11 | 20 | Google Affirmative | |
| 12 | 12 | 13 | 7 | DOJ Counter | |
| 13 | 8 | 13 | 11 | Google Affirmative | |
| 14 | 3 | 14 | 25 | Google Affirmative | |
| 15 | 2 | 16 | 2 | States Affirmative, DOJ Affirmative | |
| 16 | 3 | 16 | 5 | DOJ Counter | |
| 16 | 6 | 16 | 14 | States Affirmative, DOJ Affirmative | |
| 19 | 10 | 20 | 9 | DOJ Counter | |
| 20 | 13 | 20 | 21 | States Affirmative, DOJ Affirmative | |
| 20 | 22 | 21 | 2 | DOJ Counter | |
| 21 | 3 | 21 | 5 | Google Counter | |
| 21 | 15 | 23 | 2 | States Affirmative, DOJ Affirmative | |
| 23 | 7 | 24 | 16 | DOJ Counter | |
| 24 | 17 | 24 | 24 | States Affirmative, DOJ Affirmative | |
| 24 | 25 | 25 | 8 | DOJ Counter | |
| 25 | 9 | 25 | 24 | States Affirmative, DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Form - Leading |
| 25 | 25 | 26 | 9 | DOJ Counter | |
| 26 | 17 | 27 | 1 | DOJ Counter | |
| 27 | 2 | 27 | 17 | States Affirmative, DOJ Affirmative | |
| 28 | 3 | 28 | 25 | Google Affirmative | |
| 29 | 2 | 29 | 25 | Google Affirmative | |
| 30 | 2 | 30 | 25 | Google Affirmative | |
| 31 | 2 | 31 | 20 | Google Affirmative | |
| 31 | 25 | 32 | 1 | DOJ Counter | GOOGCntrObj-Form - Leading |
| 32 | 2 | 32 | 14 | States Affirmative, DOJ Affirmative | GOOGObj-Incomplete; GOOGObj-Form - Leading |
| 32 | 15 | 32 | 19 | DOJ Counter | |
| 33 | 5 | 33 | 10 | States Affirmative, DOJ Affirmative | |

| 33 | 20 | 33 | 24 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Form - Other; Vague |
|---|---|---|---|---|---|
| 34 | 1 | 34 | 14 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Form - Other; Vague |
| 34 | 18 | 34 | 25 | Google Affirmative | |
| 34 | 18 | 35 | 7 | States Affirmative, DOJ Affirmative | |
| 35 | 2 | 35 | 7 | Google Affirmative | |
| 35 | 8 | 36 | 6 | States Affirmative, DOJ Affirmative | |
| 40 | 23 | 42 | 8 | States Affirmative, DOJ Affirmative | |
| 42 | 9 | 42 | 15 | DOJ Counter | GOOGCntrObj-Form - Leading |
| 43 | 2 | 43 | 16 | Google Affirmative | |
| 43 | 2 | 43 | 16 | States Affirmative | |
| 43 | 17 | 44 | 5 | States Affirmative | |
| 44 | 12 | 44 | 23 | Google Affirmative | |
| 44 | 24 | 45 | 17 | DOJ Counter | |
| 45 | 18 | 46 | 5 | States Affirmative, DOJ Affirmative | GOOGObj-Incomplete |
| 46 | 6 | 46 | 16 | States Affirmative, DOJ Affirmative | GOOGObj-Incomplete |
| 46 | 17 | 46 | 21 | DOJ Counter | |
| 46 | 25 | 47 | 8 | DOJ Counter | |
| 47 | 9 | 48 | 10 | States Affirmative | |
| 48 | 11 | 48 | 25 | Google Affirmative | |
| 48 | 24 | 49 | 5 | States Affirmative | |
| 49 | 2 | 49 | 5 | Google Affirmative | |
| 49 | 19 | 50 | 3 | States Affirmative, DOJ Affirmative | |
| 52 | 2 | 52 | 25 | Google Affirmative | |
| 52 | 16 | 53 | 13 | States Affirmative, DOJ Affirmative | |
| 53 | 2 | 53 | 13 | Google Affirmative | |
| 54 | 4 | 54 | 9 | Google Affirmative | |
| 55 | 23 | 56 | 7 | States Affirmative, DOJ Affirmative | GOOGObj-Rule 602 |
| 56 | 10 | 56 | 16 | States Affirmative, DOJ Affirmative | GOOGObj-Rule 602 |
| 58 | 10 | 60 | 2 | States Affirmative, DOJ Affirmative | |
| 60 | 3 | 60 | 13 | DOJ Counter | |
| 60 | 3 | 61 | 9 | Google Counter | |

| 60 | 18 | 61 | 9 | DOJ Counter | |
|---|---|---|---|---|---|
| 61 | 10 | 62 | 2 | States Affirmative, DOJ Affirmative | GOOGObj-Form - Other; GOOGObj-Incomplete |
| 62 | 13 | 62 | 20 | Google Affirmative | |
| 62 | 13 | 62 | 20 | States Affirmative | |
| 63 | 4 | 63 | 6 | Google Affirmative | |
| 63 | 12 | 63 | 25 | Google Affirmative | |
| 63 | 15 | 64 | 15 | States Affirmative, DOJ Affirmative | |
| 64 | 2 | 64 | 25 | Google Affirmative | |
| 64 | 23 | 65 | 12 | States Affirmative, DOJ Affirmative | |
| 65 | 2 | 65 | 12 | Google Affirmative | |
| 65 | 21 | 66 | 2 | States Affirmative | |
| 66 | 15 | 67 | 15 | Google Counter | |
| 67 | 24 | 67 | 25 | Google Affirmative | |
| 68 | 2 | 68 | 25 | Google Affirmative | |
| 68 | 3 | 68 | 22 | States Affirmative | |
| 69 | 2 | 69 | 11 | Google Affirmative | |
| 69 | 12 | 69 | 19 | States Affirmative | |
| 70 | 6 | 70 | 18 | DOJ Counter | |
| 70 | 19 | 73 | 9 | States Affirmative, DOJ Affirmative | |
| 73 | 10 | 73 | 22 | Google Counter | |
| 77 | 3 | 78 | 2 | States Affirmative | |
| 78 | 10 | 79 | 4 | States Affirmative | |
| 80 | 9 | 82 | 24 | States Affirmative | |
| 82 | 25 | 83 | 7 | Google Counter | |
| 83 | 8 | 83 | 25 | Google Affirmative | |
| 84 | 2 | 84 | 11 | Google Affirmative | |
| 84 | 22 | 85 | 4 | States Affirmative | |
| 85 | 7 | 85 | 9 | Google Counter | |
| 85 | 10 | 91 | 3 | DOJ Counter Counter | |
| 91 | 4 | 91 | 25 | Google Affirmative | |
| 92 | 2 | 92 | 25 | Google Affirmative | StatesObj-Form – Other - Compound as to 92:5-92:7 |
| 93 | 2 | 93 | 18 | Google Affirmative | |
| 95 | 25 | 95 | 25 | Google Affirmative | |
| 96 | 2 | 96 | 8 | Google Affirmative | |
| 96 | 9 | 99 | 3 | States Affirmative | |
| 114 | 23 | 115 | 12 | States Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Form - Other; Calls for speculation; assumes facts not in evidence. |
| 128 | 23 | 130 | 23 | DOJ Counter | |

| 130 | 24 | 131 | 9 | States Affirmative, DOJ Affirmative | |
|---|---|---|---|---|---|
| 131 | 10 | 131 | 12 | DOJ Counter | |
| 131 | 13 | 131 | 25 | Google Affirmative | |
| 132 | 2 | 132 | 25 | Google Affirmative | |
| 133 | 2 | 133 | 25 | Google Affirmative | |
| 134 | 2 | 134 | 10 | Google Affirmative | |
| 134 | 19 | 134 | 25 | Google Affirmative | |
| 135 | 2 | 135 | 7 | Google Affirmative | |
| 136 | 5 | 136 | 7 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Form - Other; Vague, Calls for Speculation |
| 136 | 12 | 136 | 24 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Form - Other; Vague, Witness says he "can't speak with confidence" about the topic of coding and algorithm behind Keyword Planner Tool. |
| 137 | 4 | 137 | 21 | Google Affirmative | |
| 137 | 22 | 138 | 5 | DOJ Counter | |
| 138 | 6 | 138 | 8 | Google Counter Counter | |
| 138 | 10 | 138 | 19 | Google Counter Counter | |
| 139 | 10 | 139 | 25 | Google Affirmative | |
| 140 | 2 | 140 | 13 | Google Affirmative | |
| 140 | 20 | 141 | 22 | DOJ Counter | |
| 141 | 23 | 141 | 25 | Google Affirmative | |
| 142 | 2 | 142 | 25 | Google Affirmative | |
| 143 | 2 | 143 | 21 | Google Affirmative | |
| 143 | 25 | 143 | 25 | Google Affirmative | |
| 144 | 2 | 144 | 9 | Google Affirmative | |
| 146 | 10 | 147 | 8 | DOJ Counter | GOOGCntrObj-Rule 602; Witness gives "best guess" as to dates. |
| 147 | 9 | 148 | 18 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Rule 402; GOOGCntrObj-Rule 403; The witness indicates he has not seen the document before; lacks foundation for testimony that follows. |
| 148 | 22 | 149 | 10 | DOJ Counter | GOOGCntrObj-Rule 602; Witness is not familiar with the document from which the hypothetical/scenario in the question is derived. |

| | | | | | |
|---|---|---|---|---|---|
| 149 | 13 | 150 | 9 | DOJ Counter | GOOGCntrObj-Rule 602 as to 149:13-150:5; Witness is not familiar with the document from which the hypothetical/scenario in the question is derived. |
| 150 | 12 | 150 | 18 | DOJ Counter | |
| 151 | 15 | 151 | 23 | DOJ Counter | |
| 152 | 4 | 155 | 5 | DOJ Counter | |
| 155 | 6 | 155 | 11 | Google Counter Counter | |
| 156 | 2 | 157 | 11 | DOJ Counter | |
| 157 | 14 | 157 | 17 | DOJ Counter | |
| 157 | 20 | 158 | 4 | DOJ Counter | |
| 158 | 20 | 162 | 19 | DOJ Counter | |
| 162 | 20 | 162 | 23 | Google Affirmative | |
| 162 | 20 | 162 | 23 | States Affirmative, DOJ Affirmative | |
| 163 | 5 | 163 | 25 | Google Affirmative | |
| 163 | 5 | 163 | 14 | States Affirmative, DOJ Affirmative | |
| 164 | 2 | 164 | 22 | Google Affirmative | |
| 165 | 3 | 165 | 9 | Google Affirmative | |
| 165 | 13 | 165 | 14 | Google Affirmative | |
| 165 | 24 | 166 | 2 | DOJ Counter | |
| 166 | 5 | 166 | 25 | DOJ Counter | |
| 167 | 9 | 167 | 18 | Google Affirmative | |
| 167 | 9 | 167 | 18 | States Affirmative, DOJ Affirmative | |
| 168 | 2 | 168 | 5 | DOJ Counter | |
| 168 | 8 | 168 | 18 | DOJ Counter | |
| 168 | 25 | 168 | 25 | Google Affirmative | |
| 168 | 25 | 169 | 20 | States Affirmative | |
| 169 | 2 | 169 | 3 | Google Affirmative | |
| 169 | 7 | 169 | 20 | Google Affirmative | |
| 169 | 21 | 170 | 12 | DOJ Counter | |
| 171 | 2 | 171 | 9 | DOJ Counter | |
| 171 | 13 | 171 | 20 | DOJ Counter | |
| 173 | 20 | 174 | 3 | DOJ Counter | GOOGCntrObj-Incomplete; GOOGCntrObj-Form - Other; Vague |
| 175 | 16 | 175 | 19 | DOJ Counter | |
| 175 | 22 | 176 | 4 | DOJ Counter | |
| 178 | 18 | 178 | 23 | DOJ Counter | |
| 179 | 2 | 179 | 10 | DOJ Counter | |
| 179 | 11 | 179 | 17 | States Affirmative, DOJ Affirmative | GOOGObj-Incomplete |

| 179 | 18 | 180 | 7 | DOJ Counter | |
|---|---|---|---|---|---|
| 180 | 8 | 180 | 17 | States Affirmative, DOJ Affirmative | |
| 180 | 18 | 181 | 3 | Google Counter Counter | |
| 181 | 21 | 182 | 9 | States Affirmative | |
| 182 | 24 | 183 | 9 | DOJ Counter | |
| 183 | 22 | 183 | 25 | DOJ Counter | |
| 187 | 8 | 188 | 18 | DOJ Counter | |
| 188 | 19 | 188 | 25 | Google Affirmative | |
| 189 | 2 | 189 | 25 | Google Affirmative | |
| 190 | 2 | 190 | 13 | Google Affirmative | |
| 190 | 14 | 191 | 23 | DOJ Counter | |
| 197 | 5 | 197 | 25 | Google Affirmative | |
| 198 | 2 | 198 | 15 | Google Affirmative | |
| 199 | 4 | 201 | 14 | DOJ Counter | |
| 202 | 25 | 204 | 20 | DOJ Counter | |
| 204 | 21 | 204 | 25 | Google Affirmative | |
| 205 | 2 | 205 | 16 | Google Affirmative | |
| 205 | 17 | 209 | 2 | DOJ Counter | |
| 209 | 24 | 214 | 21 | DOJ Counter | |
| 216 | 11 | 216 | 25 | Google Affirmative | |
| 217 | 2 | 217 | 25 | Google Affirmative | |
| 218 | 2 | 218 | 25 | Google Affirmative | |
| 219 | 2 | 219 | 25 | Google Affirmative | |
| 220 | 2 | 220 | 13 | Google Affirmative | |
| 220 | 14 | 220 | 22 | DOJ Counter | |
| 221 | 7 | 227 | 8 | DOJ Counter | |
| 227 | 12 | 228 | 4 | DOJ Counter | |
| 230 | 14 | 230 | 25 | Google Affirmative | |
| 231 | 2 | 231 | 25 | Google Affirmative | |
| 232 | 2 | 232 | 6 | Google Affirmative | |
| 234 | 22 | 235 | 13 | States Affirmative | |
| 235 | 16 | 235 | 25 | States Affirmative | |
| 237 | 14 | 237 | 22 | States Affirmative | |
| 237 | 23 | 237 | 25 | Google Affirmative | |
| 238 | 2 | 238 | 25 | Google Affirmative | |
| 239 | 2 | 239 | 7 | Google Affirmative | StatesObj-Form – Leading |
| 239 | 9 | 239 | 24 | Google Affirmative | |
| 239 | 25 | 240 | 14 | DOJ Counter | |
| 240 | 15 | 240 | 25 | States Affirmative, DOJ Affirmative | |
| 241 | 12 | 241 | 16 | Google Affirmative | StatesObj-Form – Other - Calls for speculation |
| 241 | 18 | 241 | 19 | Google Affirmative | |
| 241 | 20 | 241 | 25 | States Counter | |

| | | | | | |
|---|---|---|---|---|---|
| 242 | 5 | 242 | 16 | Google Affirmative | StatesObj-Form – Other - Calls for speculation as to 242:13-242:16 |
| 242 | 18 | 242 | 19 | Google Affirmative | |
| 243 | 14 | 243 | 17 | Google Affirmative | StatesObj-Form – Leading |
| 243 | 20 | 243 | 25 | Google Affirmative | |
| 244 | 2 | 244 | 15 | Google Affirmative | |
| 244 | 17 | 244 | 25 | Google Affirmative | StatesObj-Form – Other - Compound as to 244:12-244:15 |
| 245 | 2 | 245 | 14 | Google Affirmative | |
| 245 | 25 | 245 | 25 | Google Affirmative | |
| 246 | 2 | 246 | 25 | Google Affirmative | |
| 247 | 2 | 247 | 25 | Google Affirmative | |
| 248 | 2 | 248 | 9 | Google Affirmative | StatesObj-Form – Leading |
| 248 | 11 | 248 | 25 | Google Affirmative | |
| 249 | 2 | 249 | 8 | Google Affirmative | |
| 249 | 9 | 250 | 12 | DOJ Counter | |
| 250 | 13 | 250 | 25 | Google Affirmative | |
| 251 | 1 | 252 | 14 | DOJ Counter | |
| 252 | 15 | 252 | 22 | States Counter | |
| 252 | 23 | 253 | 6 | Google Counter | |
| 253 | 7 | 253 | 23 | Google Affirmative | |
| 253 | 25 | 253 | 25 | Google Affirmative | StatesObj-Form – Other - Vague as to 251:21-251:23 |
| 255 | 7 | 256 | 16 | DOJ Counter | |
| 255 | 7 | 256 | 16 | Google Counter | |
| 256 | 12 | 257 | 20 | States Counter | |
| 256 | 18 | 257 | 6 | DOJ Counter | |
| 256 | 18 | 257 | 6 | Google Counter | |
| 257 | 9 | 257 | 20 | DOJ Counter | |
| 257 | 9 | 257 | 20 | Google Counter | |
| 257 | 21 | 257 | 25 | Google Affirmative | StatesObj-Form – Other - Calls for speculation |
| 258 | 2 | 258 | 3 | Google Affirmative | StatesObj-Form – Other - Calls for speculation |
| 258 | 5 | 258 | 7 | Google Affirmative | |
| 258 | 8 | 259 | 21 | DOJ Counter | |
| 258 | 8 | 259 | 21 | Google Counter | |
| 259 | 24 | 260 | 11 | DOJ Counter | |
| 259 | 24 | 261 | 11 | Google Counter | StatesCntrObj-Form Other - Calls for speculation as to 261:9-261:11 |
| 261 | 12 | 261 | 12 | States Counter Counter | |
| 261 | 13 | 261 | 25 | Google Counter | |
| 262 | 2 | 262 | 25 | Google Affirmative | |
| 263 | 2 | 263 | 11 | Google Affirmative | |
| 269 | 19 | 269 | 22 | Google Counter Counter | |

| 270 | 16 | 271 | 2 | States Counter | |
|---|---|---|---|---|---|
| 271 | 10 | 271 | 25 | Google Affirmative | |
| 272 | 2 | 272 | 19 | Google Affirmative | |
| 273 | 7 | 273 | 18 | Google Affirmative | |
| 278 | 3 | 278 | 25 | Google Affirmative | |
| 279 | 2 | 279 | 8 | Google Affirmative | |
| 279 | 9 | 279 | 15 | DOJ Counter | |
| 279 | 9 | 279 | 19 | States Counter | |
| 279 | 16 | 279 | 19 | States Affirmative, DOJ Affirmative | GOOGObj-Incomplete |
| 279 | 20 | 280 | 6 | DOJ Counter | |
| 280 | 7 | 280 | 25 | Google Affirmative | |
| 281 | 2 | 281 | 25 | Google Affirmative | |
| 282 | 2 | 282 | 22 | Google Affirmative | |
| 283 | 25 | 285 | 6 | DOJ Counter | |
| 302 | 12 | 302 | 25 | Google Affirmative | StatesObj-Form – Other - Calls for Speculation as to 302:23-302:25 |
| 303 | 3 | 303 | 20 | Google Affirmative | StatesObj-Form – Other - Calls for Speculation as to 303:17-303:20 |
| 303 | 24 | 303 | 25 | Google Affirmative | |
| 304 | 2 | 304 | 4 | Google Affirmative | |
| 304 | 6 | 304 | 17 | Google Affirmative | StatesObj-Form – Other - Calls for Speculation as to 304:6-304:8 |
| 306 | 16 | 306 | 25 | Google Affirmative | |
| 307 | 2 | 307 | 19 | Google Affirmative | StatesObj-Form – Other - Calls for Speculation as to 307:18-307:19 |
| 307 | 22 | 307 | 25 | Google Affirmative | StatesObj-Rule 802 (Hearsay) as to 307:24-307:25 |
| 308 | 2 | 308 | 10 | Google Affirmative | StatesObj-Rule 802 (Hearsay) |
| 308 | 12 | 308 | 16 | Google Affirmative | |
| 308 | 24 | 309 | 10 | States Counter | |
| 309 | 11 | 309 | 25 | Google Affirmative | |
| 310 | 2 | 310 | 4 | Google Affirmative | |
| 310 | 5 | 310 | 9 | States Counter | |
| 310 | 10 | 310 | 19 | Google Affirmative | |
| 310 | 21 | 310 | 25 | Google Affirmative | |
| 311 | 2 | 311 | 4 | Google Affirmative | |
| 311 | 6 | 311 | 19 | Google Affirmative | StatesObj-Form – Other - Leading as to 311:17-311:19 |
| 311 | 22 | 311 | 24 | Google Affirmative | |
| 312 | 3 | 312 | 25 | Google Affirmative | |
| 313 | 2 | 313 | 12 | Google Affirmative | |
| 313 | 18 | 314 | 19 | States Affirmative | |
| 314 | 20 | 318 | 2 | Google Counter | StatesCntrObj-Form Leading as to 317:22-318:2 |

| | | | | | |
|---|---|---|---|---|---|
| 318 | 3 | 318 | 3 | States Counter Counter | |
| 318 | 4 | 318 | 16 | Google Counter | StatesCntrObj-Form Other - Calls for Speculation as to 318:9-3:18-10 |
| 318 | 17 | 318 | 19 | Google Affirmative | StatesObj-Form – Leading |
| 318 | 21 | 318 | 22 | Google Affirmative | StatesObj-Form – Leading |
| 318 | 24 | 319 | 5 | States Counter | |
| 322 | 13 | 322 | 21 | Google Affirmative | |
| 331 | 17 | 331 | 23 | Google Affirmative | StatesObj-Form – Leading |
| 332 | 10 | 332 | 15 | Google Affirmative | StatesObj-Form – Leading |
| 332 | 18 | 332 | 22 | Google Affirmative | |
| 333 | 18 | 334 | 25 | States Counter | |
| 336 | 5 | 336 | 20 | Google Affirmative | |
| 336 | 21 | 337 | 12 | DOJ Counter | |
| 338 | 17 | 338 | 23 | DOJ Counter | |
| 338 | 24 | 339 | 4 | Google Counter | |
| 339 | 7 | 339 | 22 | Google Counter | |
| 344 | 13 | 344 | 16 | Google Counter Counter | |
| 344 | 22 | 346 | 6 | Google Counter Counter | |
| 346 | 14 | 346 | 23 | Google Counter Counter | |
| 346 | 25 | 347 | 3 | Google Counter Counter | |
| 347 | 5 | 347 | 10 | DOJ Counter | |
| 347 | 11 | 347 | 15 | Google Affirmative | StatesObj-Form – Other - Lack of Foundation |
| 347 | 17 | 347 | 19 | Google Affirmative | |
| 347 | 21 | 348 | 13 | DOJ Counter | |
| 349 | 13 | 349 | 17 | Google Affirmative | StatesObj-Form – Other - Lack of Foundation |
| 349 | 20 | 349 | 21 | Google Affirmative | |
| 351 | 9 | 351 | 25 | Google Affirmative | |
| 352 | 2 | 352 | 15 | Google Affirmative | |
| 372 | 11 | 373 | 19 | Google Counter | StatesCntrObj-Form Other - Calls for Speculation as to 373:17-373:19 |
| 373 | 21 | 373 | 21 | Google Counter | |
| 373 | 23 | 374 | 6 | Google Counter | StatesCntrObj-Form Other - Calls for Speculation as to 374:5-374:6 |
| 374 | 7 | 374 | 7 | States Counter Counter | |
| 374 | 8 | 374 | 13 | Google Counter | |
| 379 | 25 | 380 | 25 | States Counter | GOOGCntrObj-Form - Leading |
| 381 | 2 | 383 | 16 | States Counter | GOOGCntrObj-Form - Leading |
| 385 | 7 | 385 | 17 | States Counter | GOOGCntrObj-Form - Leading |
| 387 | 2 | 390 | 6 | States Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Form - Other as to 387:24-388:16, 388:23-389:4, |

|  |  |  |  |  | 389:12-390:6; The witness is not familiar with the presentation and only recognizes certain slides; has to guess as to the date of the document |
|---|---|---|---|---|---|
| 390 | 20 | 390 | 25 | Google Counter Counter |  |
| 391 | 11 | 392 | 2 | Google Counter Counter |  |
| 392 | 3 | 395 | 8 | States Counter |  |