# EXHIBIT B

| Designations from Deposition of Apple Inc. (Eduardo Cue) (4/14/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 4 | 2 | 4 | 15 | Google Affirmative | |
| 9 | 22 | 9 | 25 | Google Affirmative | |
| 10 | 2 | 10 | 4 | Google Affirmative | |
| 15 | 23 | 17 | 3 | DOJ Counter | |
| 18 | 4 | 18 | 8 | Google Affirmative | |
| 18 | 21 | 20 | 5 | DOJ Counter | |
| 20 | 7 | 20 | 16 | DOJ Counter | |
| 21 | 23 | 22 | 18 | Google Counter Counter | |
| 24 | 20 | 24 | 24 | DOJ Counter | GOOGCntrObj-Form - Other; Vague |
| 25 | 10 | 25 | 10 | DOJ Counter | GOOGCntrObj-Form - Other; Vague |
| 25 | 12 | 26 | 5 | DOJ Counter | |
| 26 | 7 | 26 | 7 | DOJ Counter | |
| 26 | 8 | 26 | 10 | Google Affirmative | |
| 26 | 12 | 26 | 13 | Google Affirmative | |
| 26 | 15 | 26 | 16 | Google Affirmative | |
| 26 | 17 | 26 | 21 | DOJ Counter | GOOGCntrObj-Rule 802 |
| 26 | 22 | 26 | 25 | Google Affirmative | |
| 27 | 2 | 27 | 25 | Google Affirmative | |
| 28 | 2 | 28 | 3 | Google Affirmative | |
| 28 | 11 | 28 | 16 | Google Affirmative | |
| 30 | 17 | 30 | 23 | Google Affirmative | |
| 31 | 10 | 31 | 18 | Google Affirmative | |
| 31 | 24 | 31 | 25 | Google Affirmative | |
| 32 | 2 | 32 | 16 | Google Affirmative | |
| 32 | 17 | 33 | 12 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Form - Other as to 33:8-12 |
| 33 | 23 | 34 | 4 | Google Counter Counter | |
| 34 | 5 | 34 | 8 | Google Counter Counter | |
| 34 | 11 | 34 | 14 | Google Affirmative | |
| 35 | 9 | 35 | 25 | Google Affirmative | |
| 36 | 2 | 36 | 16 | Google Affirmative | |
| 36 | 18 | 36 | 18 | Google Affirmative | |
| 36 | 21 | 36 | 24 | DOJ Counter | |

| Designations from Deposition of Apple Inc. (Eduardo Cue) (4/14/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 36 | 25 | 36 | 25 | Google Affirmative | |
| 37 | 2 | 37 | 5 | Google Affirmative | |
| 38 | 3 | 38 | 11 | Google Affirmative | |
| 38 | 18 | 38 | 25 | Google Affirmative | |
| 39 | 2 | 39 | 13 | Google Affirmative | |
| 39 | 14 | 40 | 6 | DOJ Counter | |
| 40 | 12 | 41 | 16 | DOJ Counter | GOOGCntrObj- Rule 802 as to 40:12-22 |
| 41 | 17 | 41 | 25 | Google Affirmative | |
| 42 | 2 | 42 | 3 | Google Affirmative | |
| 42 | 4 | 42 | 6 | DOJ Counter | GOOGCntrObj- Other; Outside Scope of 30(b)(6) |
| 42 | 12 | 42 | 12 | DOJ Counter | GOOGCntrObj- Other; Outside Scope of 30(b)(6) |
| 42 | 17 | 42 | 21 | DOJ Counter | GOOGCntrObj- Other; Outside Scope of 30(b)(6) |
| 42 | 23 | 42 | 23 | DOJ Counter | GOOGCntrObj- Other; Outside Scope of 30(b)(6) |
| 43 | 15 | 43 | 21 | Google Affirmative | |
| 44 | 5 | 44 | 11 | Google Affirmative | |
| 44 | 12 | 45 | 24 | DOJ Counter | |
| 45 | 25 | 45 | 25 | Google Affirmative | |
| 46 | 2 | 46 | 9 | Google Affirmative | |
| 46 | 10 | 47 | 10 | DOJ Counter | GOOGCntrObj- Other; Outside of Scope of 30(b)(6) as to 47:8-10 |
| 47 | 14 | 47 | 22 | DOJ Counter | GOOGCntrObj- Other; Outside Scope of 30(b)(6) |
| 49 | 4 | 49 | 11 | DOJ Counter | |
| 49 | 12 | 50 | 8 | Google Counter Counter | |
| 53 | 14 | 53 | 25 | Google Affirmative | |
| 54 | 2 | 54 | 3 | Google Affirmative | |

| Designations from Deposition of Apple Inc. (Eduardo Cue) (4/14/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 54 | 16 | 54 | 17 | DOJ Counter | GOOGCntrObj-Other; Outside Scope of 30(b)(6) |
| 54 | 21 | 54 | 24 | DOJ Counter | GOOGCntrObj-Other; Outside Scope of 30(b)(6) |
| 55 | 3 | 55 | 9 | Google Affirmative | |
| 55 | 10 | 56 | 7 | DOJ Counter | |
| 56 | 8 | 56 | 17 | Google Counter Counter | |
| 56 | 18 | 57 | 2 | DOJ Counter | |
| 57 | 3 | 57 | 6 | Google Counter Counter | |
| 57 | 18 | 58 | 10 | DOJ Counter | GOOGCntrObj-Other; Outside Scope of 30(b)(6) as to 58:8-10 |
| 58 | 14 | 58 | 16 | DOJ Counter | GOOGCntrObj-Other; Outside Scope of 30(b)(6) |
| 58 | 17 | 59 | 24 | Google Counter Counter | |
| 59 | 25 | 60 | 17 | DOJ Counter | GOOGCntrObj-Form - Leading as to 60:14-17 |
| 60 | 19 | 60 | 23 | DOJ Counter | GOOGCntrObj-Form - Leading as to 60:19 |
| 60 | 25 | 61 | 19 | DOJ Counter | |
| 61 | 21 | 62 | 2 | DOJ Counter | GOOGCntrObj-Form - Leading as to 61:24-62:2 |
| 62 | 4 | 62 | 6 | DOJ Counter | GOOGCntrObj-Form - Leading as to 62:4-5 |
| 62 | 9 | 62 | 16 | DOJ Counter | |
| 62 | 18 | 62 | 24 | DOJ Counter | |
| 63 | 4 | 63 | 7 | DOJ Counter | GOOGCntrObj-Form - Leading |
| 63 | 9 | 64 | 4 | DOJ Counter | GOOGCntrObj-Form - Leading as to 63:9, 63:23-64:4 |
| 64 | 7 | 64 | 14 | DOJ Counter | GOOGCntrObj-Form - Leading |

| Designations from Deposition of Apple Inc. (Eduardo Cue) (4/14/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 66 | 4 | 66 | 10 | Google Counter Counter | |
| 67 | 2 | 67 | 4 | Google Affirmative | |
| 67 | 7 | 67 | 11 | Google Affirmative | |
| 69 | 3 | 69 | 6 | Google Affirmative | |
| 69 | 8 | 69 | 20 | Google Affirmative | |
| 72 | 5 | 72 | 16 | DOJ Counter | GOOGCntrObj-Rule 802 |
| 73 | 13 | 73 | 23 | DOJ Counter | GOOGCntrObj-Rule 802 as to 73:13-20 |
| 73 | 25 | 74 | 5 | DOJ Counter | |
| 74 | 7 | 74 | 8 | DOJ Counter | |
| 74 | 9 | 75 | 5 | Google Counter Counter | |
| 75 | 13 | 75 | 17 | Google Counter Counter | |
| 75 | 20 | 76 | 9 | Google Counter Counter | |
| 77 | 11 | 77 | 19 | DOJ Counter | |
| 77 | 21 | 78 | 9 | DOJ Counter | |
| 82 | 7 | 83 | 6 | DOJ Counter | |
| 83 | 9 | 83 | 24 | DOJ Counter | |
| 86 | 23 | 87 | 14 | DOJ Counter | |
| 87 | 17 | 87 | 20 | DOJ Counter | |
| 88 | 5 | 88 | 7 | Google Affirmative | |
| 88 | 9 | 88 | 15 | Google Affirmative | |
| 88 | 17 | 88 | 17 | Google Affirmative | |
| 88 | 18 | 88 | 20 | DOJ Counter | |
| 88 | 21 | 88 | 25 | Google Affirmative | |
| 89 | 2 | 89 | 2 | Google Affirmative | |
| 89 | 5 | 89 | 6 | Google Affirmative | |
| 89 | 9 | 89 | 15 | Google Affirmative | |
| 89 | 22 | 89 | 23 | DOJ Counter | |
| 90 | 2 | 90 | 8 | DOJ Counter | |
| 90 | 11 | 90 | 12 | DOJ Counter | |
| 90 | 18 | 91 | 21 | DOJ Counter | |
| 91 | 24 | 92 | 4 | DOJ Counter | |
| 92 | 5 | 92 | 9 | Google Counter Counter | |
| 92 | 11 | 92 | 14 | Google Counter Counter | |
| 92 | 15 | 92 | 18 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Other; Outside Scope of 30(b)(6) |

| Designations from Deposition of Apple Inc. (Eduardo Cue) (4/14/2022) |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 92 | 21 | 93 | 1 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Other; Outside Scope of 30(b)(6) |
| 93 | 4 | 93 | 10 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Other; Outside Scope of 30(b)(6) |
| 96 | 12 | 96 | 22 | DOJ Counter | |
| 97 | 25 | 98 | 10 | DOJ Counter | GOOGCntrObj-Rule 802; GOOGCntrObj-Other; Outside Scope of 30(b)(6) |
| 98 | 12 | 98 | 15 | DOJ Counter | GOOGCntrObj-Rule 802; GOOGCntrObj-Other; Outside Scope of 30(b)(6) |
| 99 | 8 | 99 | 10 | Google Counter Counter | |
| 102 | 4 | 102 | 8 | DOJ Counter | GOOGCntrObj-Rule 802; GOOGCntrObj-Other; Outside Scope of 30(b)(6) |
| 102 | 11 | 102 | 14 | DOJ Counter | GOOGCntrObj-Rule 802; GOOGCntrObj-Other; Outside Scope of 30(b)(6) |
| 102 | 17 | 102 | 21 | DOJ Counter | GOOGCntrObj-Rule 802; GOOGCntrObj-Other; Outside Scope of 30(b)(6) |
| 106 | 16 | 106 | 17 | DOJ Counter | |
| 106 | 20 | 107 | 11 | DOJ Counter | |
| 108 | 9 | 108 | 12 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj- |

| Designations from Deposition of Apple Inc. (Eduardo Cue) (4/14/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| | | | | | Other; Outside Scope of 30(b)(6) |
| 108 | 21 | 108 | 25 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Other; Outside Scope of 30(b)(6) |
| 110 | 18 | 110 | 21 | DOJ Counter | GOOGCntrObj-Other; Outside Scope of 30(b)(6) |
| 110 | 24 | 111 | 3 | DOJ Counter | GOOGCntrObj-Other; Outside Scope of 30(b)(6) |
| 118 | 19 | 118 | 24 | Google Affirmative | |
| 119 | 11 | 119 | 13 | Google Counter Counter | |
| 119 | 14 | 119 | 25 | Google Affirmative | |
| 120 | 2 | 120 | 25 | Google Affirmative | |
| 121 | 2 | 121 | 19 | Google Affirmative | |
| 121 | 21 | 121 | 24 | Google Affirmative | |
| 122 | 3 | 122 | 8 | Google Affirmative | |
| 122 | 10 | 122 | 14 | Google Affirmative | |
| 122 | 25 | 122 | 25 | Google Affirmative | |
| 123 | 2 | 123 | 7 | Google Affirmative | |
| 123 | 9 | 123 | 12 | Google Affirmative | |
| 123 | 17 | 123 | 24 | Google Affirmative | |
| 124 | 8 | 124 | 24 | Google Affirmative | |
| 124 | 25 | 125 | 16 | Google Counter Counter | |
| 125 | 17 | 125 | 22 | Google Affirmative | |
| 125 | 23 | 126 | 3 | Google Counter Counter | |
| 126 | 11 | 126 | 25 | Google Counter Counter | |
| 127 | 3 | 127 | 3 | Google Counter Counter | |
| 127 | 4 | 127 | 8 | Google Affirmative | |
| 127 | 10 | 127 | 25 | Google Affirmative | |
| 128 | 2 | 128 | 14 | Google Affirmative | |
| 131 | 18 | 131 | 20 | Google Counter Counter | |
| 131 | 21 | 131 | 25 | Google Counter Counter | |
| 132 | 8 | 132 | 12 | Google Counter Counter | |
| 138 | 18 | 138 | 24 | DOJ Counter | |
| 139 | 11 | 140 | 19 | DOJ Counter | |
| 140 | 20 | 140 | 24 | Google Counter Counter | |