# EXHIBIT C

| Designations from Deposition of Mitchell Baker (1/6/2022) ||||||
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 15 | 12 | 15 | 15 | Google Affirmative | |
| 18 | 9 | 18 | 21 | Google Affirmative | |
| 19 | 18 | 19 | 25 | Google Affirmative | |
| 20 | 7 | 20 | 10 | DOJ Counter | |
| 20 | 11 | 20 | 15 | DOJ Counter | |
| 20 | 16 | 21 | 14 | Google Affirmative | |
| 31 | 4 | 31 | 8 | Google Affirmative | |
| 33 | 17 | 33 | 19 | Google Affirmative | |
| 33 | 21 | 33 | 24 | Google Affirmative | |
| 34 | 1 | 34 | 13 | Google Affirmative | |
| 37 | 11 | 37 | 13 | Google Counter Counter | |
| 37 | 15 | 38 | 6 | Google Counter Counter | |
| 38 | 7 | 38 | 10 | DOJ Counter | |
| 39 | 1 | 39 | 2 | Google Affirmative | |
| 39 | 4 | 39 | 15 | Google Affirmative | |
| 40 | 11 | 40 | 13 | Google Affirmative | |
| 40 | 15 | 40 | 19 | Google Affirmative | |
| 40 | 21 | 41 | 8 | Google Affirmative | |
| 41 | 10 | 41 | 12 | Google Affirmative | |
| 41 | 14 | 41 | 24 | Google Affirmative | |
| 42 | 24 | 43 | 10 | Google Affirmative | |
| 45 | 15 | 45 | 17 | Google Affirmative | |
| 45 | 19 | 45 | 21 | Google Affirmative | |
| 46 | 24 | 48 | 1 | Google Affirmative | |
| 48 | 3 | 49 | 15 | Google Affirmative | |
| 49 | 16 | 49 | 23 | DOJ Counter | |
| 51 | 12 | 51 | 19 | Google Affirmative | |
| 52 | 4 | 52 | 6 | Google Affirmative | |
| 52 | 8 | 52 | 19 | Google Affirmative | |
| 52 | 22 | 54 | 16 | Google Affirmative | |
| 55 | 2 | 56 | 7 | Google Affirmative | |
| 56 | 8 | 56 | 12 | Google Affirmative | |
| 56 | 25 | 58 | 4 | Google Affirmative | |
| 62 | 1 | 63 | 4 | Google Affirmative | |
| 63 | 17 | 63 | 22 | Google Affirmative | |
| 64 | 5 | 64 | 6 | DOJ Counter | |
| 65 | 7 | 66 | 13 | DOJ Counter | |
| 67 | 14 | 67 | 22 | Google Counter Counter | |
| 67 | 24 | 67 | 25 | Google Counter Counter | |
| 68 | 12 | 68 | 21 | Google Affirmative | |

| Designations from Deposition of Mitchell Baker (1/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 69 | 22 | 71 | 7 | Google Affirmative | |
| 71 | 9 | 72 | 20 | Google Affirmative | |
| 73 | 6 | 73 | 10 | Google Affirmative | |
| 74 | 1 | 74 | 3 | Google Affirmative | |
| 74 | 5 | 74 | 11 | Google Affirmative | |
| 74 | 24 | 76 | 23 | Google Affirmative | |
| 77 | 18 | 78 | 2 | Google Affirmative | |
| 78 | 9 | 78 | 12 | Google Affirmative | |
| 79 | 2 | 79 | 14 | Google Affirmative | |
| 79 | 20 | 79 | 22 | Google Affirmative | |
| 79 | 24 | 80 | 6 | Google Affirmative | |
| 80 | 15 | 80 | 24 | Google Affirmative | |
| 86 | 20 | 86 | 23 | Google Affirmative | |
| 87 | 9 | 87 | 24 | Google Affirmative | |
| 88 | 3 | 88 | 6 | Google Affirmative | |
| 90 | 2 | 91 | 3 | Google Affirmative | |
| 93 | 1 | 93 | 6 | Google Affirmative | |
| 94 | 15 | 94 | 19 | Google Affirmative | |
| 95 | 1 | 95 | 22 | Google Affirmative | |
| 96 | 10 | 96 | 13 | Google Affirmative | |
| 96 | 15 | 98 | 3 | Google Affirmative | DOJObj [96:18 - 20]: Improper Designation DOJObj [97:2 - 98:3]: Foundation (104a), Speculation (FRE 602), Relevance (FRE 402) |
| 99 | 2 | 99 | 10 | Google Affirmative | |
| 99 | 12 | 99 | 13 | Google Affirmative | |
| 100 | 3 | 100 | 16 | Google Affirmative | |
| 100 | 18 | 101 | 11 | Google Affirmative | |
| 101 | 13 | 101 | 24 | Google Affirmative | |
| 102 | 1 | 102 | 1 | Google Affirmative | |
| 102 | 2 | 102 | 7 | Google Affirmative | |
| 127 | 12 | 128 | 8 | DOJ Counter | |
| 128 | 9 | 128 | 17 | Google Affirmative | |
| 128 | 19 | 128 | 24 | DOJ Counter | |
| 134 | 9 | 135 | 5 | DOJ Counter | |
| 134 | 9 | 135 | 5 | DOJ Counter | |

| Designations from Deposition of Mitchell Baker (1/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 135 | 8 | 135 | 22 | DOJ Counter | |
| 136 | 11 | 136 | 15 | DOJ Counter | |
| 136 | 16 | 136 | 18 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 136 | 21 | 136 | 25 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 138 | 3 | 138 | 5 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Form - Other; Vague, ambiguous and lack of foundation as to "the preloading restrictions that are placed by Google on phone manufacturers" |
| 138 | 8 | 138 | 14 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Form - Other |
| 138 | 15 | 138 | 20 | DOJ Counter | |
| 139 | 5 | 139 | 7 | Google Counter Counter | |
| 139 | 10 | 139 | 13 | Google Counter Counter | |
| 139 | 20 | 139 | 23 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Form - Other; Vague, ambiguous, and calls for speculation as to the app store, mobile phone, and browser at issue. |
| 140 | 1 | 140 | 24 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Form - Other |

| Designations from Deposition of Mitchell Baker (1/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 140 | 25 | 141 | 4 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Form - Other |
| 141 | 8 | 141 | 13 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Form - Other |
| 145 | 13 | 145 | 23 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Form - Other; GOOGCntrObj-Rule 602 |
| 146 | 1 | 146 | 14 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Form - Other; GOOGCntrObj-Rule 602 |
| 164 | 3 | 164 | 19 | DOJ Counter | |
| 171 | 23 | 171 | 25 | Google Affirmative | |
| 172 | 3 | 172 | 3 | Google Affirmative | |
| 186 | 25 | 187 | 20 | Google Affirmative | |
| 187 | 23 | 188 | 19 | Google Affirmative | |
| 188 | 20 | 188 | 22 | DOJ Counter | |
| 188 | 25 | 189 | 14 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Form - Other; Vague and Ambiguous as to question: "And that's what Google is paying for through the revenue share." Lack of Personal Knowledge as to Google's reasons for paying for a rev share. |

| Designations from Deposition of Mitchell Baker (1/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 189 | 18 | 189 | 22 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Form - Other |
| 189 | 23 | 190 | 6 | Google Affirmative | |
| 190 | 7 | 190 | 17 | DOJ Counter | |
| 190 | 21 | 191 | 2 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Form - Other; Vague and ambiguous as to "that business" and calls for speculation regarding sources of Google's revenue. |
| 191 | 5 | 191 | 10 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Form - Other |
| 191 | 11 | 191 | 15 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Rule 602 |
| 191 | 18 | 191 | 23 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Rule 602 as to 191:18 |
| 198 | 18 | 198 | 20 | DOJ Counter | |
| 198 | 23 | 199 | 16 | DOJ Counter | |
| 199 | 23 | 200 | 22 | DOJ Counter | |
| 201 | 19 | 202 | 9 | DOJ Counter | |
| 204 | 9 | 204 | 25 | DOJ Counter | |
| 205 | 4 | 205 | 6 | DOJ Counter | |
| 205 | 7 | 205 | 16 | Google Counter Counter | |
| 206 | 16 | 206 | 19 | Google Counter Counter | |
| 207 | 1 | 207 | 23 | Google Affirmative | |
| 216 | 3 | 216 | 6 | DOJ Counter | |

| Designations from Deposition of Mitchell Baker (1/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 216 | 9 | 217 | 12 | DOJ Counter | GOOGCntrObj-Form - Leading as to 217:9-12 |
| 217 | 15 | 218 | 5 | DOJ Counter | GOOGCntrObj-Form - Leading as to 217:15-23, 218:3-5 |
| 218 | 8 | 218 | 11 | DOJ Counter | GOOGCntrObj-Form - Leading |
| 218 | 14 | 219 | 2 | DOJ Counter | GOOGCntrObj-Form - Leading as to 218:14-18 |
| 219 | 17 | 219 | 18 | DOJ Counter | GOOGCntrObj-Form - Other; Vague and Ambiguous |
| 219 | 21 | 219 | 25 | DOJ Counter | GOOGCntrObj-Form - Other; Vague and Ambiguous |
| 220 | 5 | 220 | 18 | Google Affirmative | |
| 227 | 4 | 227 | 7 | DOJ Counter | GOOGCntrObj-Rule 602; Lack of personal knowledge regarding non-Google search engines' mobile distribution rates |
| 227 | 17 | 227 | 23 | DOJ Counter | GOOGCntrObj-Rule 602; Lack of personal knowledge regarding non-Google search engines' mobile distribution rates |
| 228 | 1 | 228 | 3 | DOJ Counter | GOOGCntrObj-Form - Other; Vague and Ambiguous |

| Designations from Deposition of Mitchell Baker (1/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 228 | 5 | 228 | 7 | DOJ Counter | GOOGCntrObj-Form - Other; Vague and Ambiguous |
| 228 | 20 | 229 | 10 | DOJ Counter | |
| 228 | 20 | 229 | 10 | DOJ Counter | |
| 231 | 8 | 231 | 19 | DOJ Counter | |
| 231 | 20 | 232 | 7 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Rule 602 |
| 232 | 10 | 232 | 13 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Rule 602 |
| 232 | 16 | 232 | 17 | Google Counter Counter | |
| 232 | 20 | 232 | 25 | Google Counter Counter | |
| 234 | 14 | 235 | 7 | DOJ Counter | |
| 235 | 8 | 235 | 11 | Google Counter Counter | |
| 235 | 25 | 236 | 4 | Google Affirmative | |
| 236 | 24 | 237 | 13 | DOJ Counter | |
| 237 | 16 | 237 | 20 | DOJ Counter | |
| 237 | 22 | 238 | 24 | DOJ Counter | GOOGCntrObj-Form - Leading as to 238:19-24 |
| 239 | 2 | 239 | 12 | DOJ Counter | GOOGCntrObj-Form - Leading |
| 268 | 14 | 269 | 5 | DOJ Counter | GOOGCntrObj-Form - Other; Vague and Ambiguous |
| 269 | 8 | 269 | 8 | DOJ Counter | GOOGCntrObj-Form - Other; Vague and Ambiguous |
| 269 | 11 | 269 | 12 | Google Counter Counter | |
| 269 | 14 | 269 | 14 | Google Counter Counter | |
| 269 | 20 | 269 | 22 | Google Affirmative | |
| 269 | 25 | 270 | 1 | Google Affirmative | |
| 270 | 11 | 270 | 22 | Google Affirmative | |
| 271 | 8 | 271 | 11 | DOJ Counter | GOOGCntrObj-Form - Leading; |

| Designations from Deposition of Mitchell Baker (1/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| | | | | | GOOGCntrObj-Rule 602 |
| 271 | 14 | 272 | 2 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Rule 602 |
| 272 | 3 | 272 | 14 | Google Counter Counter | |
| 274 | 1 | 274 | 7 | DOJ Counter | |
| 276 | 12 | 276 | 15 | DOJ Counter | |
| 276 | 22 | 278 | 18 | DOJ Counter | |
| 278 | 21 | 280 | 10 | DOJ Counter | |
| 292 | 13 | 293 | 9 | DOJ Counter | GOOGCntrObj-Rule 402; GOOGCntrObj-Rule 403 |
| 300 | 2 | 300 | 4 | Google Affirmative | |
| 300 | 7 | 300 | 21 | Google Affirmative | |