# EXHIBIT D

| Designations from Deposition of Timothy Baxter (4/12/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 8 | 7 | 8 | 17 | DOJ Affirmative | |
| 8 | 11 | 8 | 17 | Google Affirmative | |
| 18 | 8 | 18 | 19 | DOJ Affirmative | |
| 18 | 8 | 18 | 19 | Google Affirmative | |
| 18 | 22 | 20 | 18 | DOJ Affirmative | |
| 18 | 22 | 20 | 18 | Google Affirmative | |
| 22 | 17 | 24 | 18 | DOJ Affirmative | |
| 91 | 2 | 92 | 12 | DOJ Affirmative | |
| 92 | 16 | 93 | 2 | DOJ Affirmative | |
| 93 | 3 | 94 | 14 | DOJ Counter | |
| 95 | 4 | 96 | 1 | DOJ Affirmative | |
| 96 | 3 | 96 | 16 | DOJ Affirmative | |
| 96 | 18 | 96 | 20 | DOJ Affirmative | |
| 96 | 22 | 97 | 13 | DOJ Affirmative | |
| 97 | 15 | 97 | 23 | Google Affirmative | |
| 107 | 4 | 107 | 8 | DOJ Affirmative | |
| 107 | 10 | 107 | 17 | DOJ Affirmative | |
| 108 | 3 | 108 | 5 | DOJ Counter | |
| 108 | 7 | 108 | 12 | DOJ Counter | |
| 108 | 14 | 108 | 19 | DOJ Counter | |
| 108 | 22 | 109 | 21 | DOJ Counter | |
| 109 | 23 | 110 | 3 | DOJ Affirmative | |
| 120 | 5 | 120 | 24 | DOJ Counter | |
| 121 | 6 | 121 | 8 | DOJ Affirmative | |
| 121 | 13 | 121 | 16 | DOJ Affirmative | |
| 121 | 18 | 121 | 21 | DOJ Affirmative | |
| 121 | 23 | 121 | 24 | DOJ Affirmative | |
| 122 | 1 | 122 | 1 | DOJ Affirmative | |
| 122 | 3 | 122 | 9 | Google Affirmative | |
| 178 | 3 | 178 | 16 | DOJ Counter | |
| 179 | 12 | 180 | 3 | DOJ Counter | |
| 180 | 15 | 181 | 6 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Rule 802 |
| 181 | 24 | 182 | 17 | Google Counter Counter | |
| 183 | 14 | 183 | 25 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Rule 802 |
| 184 | 1 | 184 | 4 | Google Affirmative | |

| Designations from Deposition of Timothy Baxter (4/12/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 184 | 5 | 185 | 6 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Rule 802 |
| 193 | 15 | 193 | 17 | Google Affirmative | |
| 193 | 18 | 194 | 15 | Google Affirmative | |
| 195 | 2 | 195 | 6 | Google Affirmative | |
| 195 | 15 | 196 | 1 | Google Affirmative | |
| 199 | 12 | 199 | 20 | Google Affirmative | DOJObj [199:12-199:20]: Incomplete Designation; Misleading Designation |
| 199 | 21 | 199 | 24 | DOJ Counter | |
| 200 | 1 | 200 | 8 | Google Affirmative | |
| 200 | 17 | 200 | 20 | Google Affirmative | |
| 201 | 17 | 201 | 20 | Google Affirmative | |
| 202 | 3 | 202 | 13 | Google Affirmative | DOJObj [202:12-202:13]: Speculation (FRE 602) |
| 202 | 15 | 202 | 25 | Google Affirmative | |
| 204 | 21 | 204 | 24 | Google Affirmative | |
| 206 | 7 | 206 | 10 | DOJ Counter | |
| 207 | 7 | 207 | 14 | DOJ Counter | |
| 208 | 12 | 208 | 15 | Google Affirmative | |