# EXHIBIT E

| Designations from Deposition of Eric Christensen (12/21/2021) ||||||
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 10 | 6 | 10 | 12 | DOJ Counter | |
| 12 | 17 | 12 | 20 | Google Affirmative | |
| 14 | 25 | 15 | 2 | Google Affirmative | |
| 15 | 8 | 16 | 19 | Google Affirmative | |
| 16 | 20 | 17 | 3 | DOJ Counter | |
| 19 | 3 | 19 | 10 | Google Affirmative | |
| 19 | 17 | 20 | 21 | DOJ Counter | |
| 20 | 22 | 22 | 5 | Google Affirmative | |
| 22 | 6 | 22 | 15 | DOJ Counter | |
| 22 | 16 | 24 | 9 | Google Affirmative | |
| 24 | 10 | 25 | 10 | DOJ Counter | |
| 25 | 11 | 25 | 23 | Google Affirmative | |
| 26 | 12 | 27 | 15 | Google Affirmative | |
| 28 | 17 | 30 | 4 | DOJ Counter | |
| 30 | 5 | 31 | 4 | Google Affirmative | |
| 32 | 2 | 32 | 6 | Google Affirmative | |
| 32 | 10 | 32 | 22 | Google Affirmative | |
| 33 | 7 | 33 | 10 | Google Affirmative | |
| 33 | 12 | 33 | 15 | Google Affirmative | |
| 34 | 15 | 35 | 18 | Google Affirmative | |
| 36 | 11 | 36 | 19 | Google Affirmative | |
| 36 | 20 | 36 | 23 | Google Affirmative | |
| 36 | 24 | 37 | 7 | DOJ Counter | |
| 37 | 8 | 37 | 15 | Google Affirmative | |
| 37 | 16 | 38 | 2 | Google Affirmative | |
| 38 | 13 | 40 | 24 | DOJ Counter | |
| 40 | 25 | 41 | 12 | Google Affirmative | |
| 41 | 15 | 41 | 20 | DOJ Counter | |
| 41 | 21 | 41 | 23 | Google Affirmative | |
| 42 | 3 | 43 | 1 | Google Affirmative | |
| 43 | 2 | 43 | 14 | Google Affirmative | |
| 43 | 15 | 44 | 23 | Google Affirmative | |
| 45 | 6 | 45 | 11 | DOJ Counter | |
| 45 | 12 | 45 | 25 | Google Affirmative | |
| 46 | 8 | 46 | 25 | Google Affirmative | |
| 47 | 1 | 47 | 3 | DOJ Counter | |
| 47 | 7 | 47 | 11 | DOJ Counter | |
| 47 | 14 | 47 | 24 | DOJ Counter | |
| 47 | 25 | 48 | 14 | Google Affirmative | |
| 48 | 24 | 49 | 4 | Google Affirmative | |

| Designations from Deposition of Eric Christensen (12/21/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 49 | 6 | 49 | 7 | Google Affirmative | |
| 49 | 17 | 49 | 21 | Google Affirmative | DOJObj [all]: Speculation (FRE 602); Vague |
| 49 | 24 | 50 | 4 | Google Affirmative | |
| 51 | 4 | 51 | 19 | DOJ Counter | |
| 52 | 17 | 52 | 24 | Google Affirmative | |
| 53 | 8 | 54 | 10 | Google Affirmative | |
| 54 | 11 | 54 | 16 | Google Affirmative | DOJObj [54:14-16]: Foundation (FRE 104a); Vague |
| 54 | 20 | 55 | 3 | Google Affirmative | |
| 55 | 5 | 55 | 8 | Google Affirmative | |
| 56 | 3 | 56 | 7 | Google Affirmative | |
| 56 | 9 | 57 | 4 | Google Affirmative | |
| 57 | 13 | 57 | 15 | DOJ Counter | |
| 57 | 16 | 58 | 3 | Google Affirmative | |
| 58 | 4 | 58 | 13 | Google Affirmative | |
| 58 | 14 | 58 | 19 | Google Affirmative | |
| 58 | 20 | 58 | 25 | Google Affirmative | |
| 59 | 1 | 59 | 5 | Google Affirmative | |
| 59 | 6 | 59 | 18 | Google Affirmative | |
| 60 | 3 | 60 | 5 | Google Affirmative | |
| 60 | 8 | 60 | 11 | Google Affirmative | |
| 60 | 18 | 60 | 21 | Google Affirmative | |
| 60 | 22 | 62 | 2 | Google Affirmative | |
| 62 | 3 | 62 | 11 | Google Affirmative | |
| 62 | 13 | 62 | 15 | Google Affirmative | |
| 62 | 20 | 63 | 13 | Google Affirmative | |
| 63 | 14 | 63 | 18 | Google Affirmative | |
| 63 | 23 | 64 | 19 | Google Affirmative | |
| 64 | 20 | 65 | 6 | Google Affirmative | |
| 66 | 1 | 66 | 22 | Google Affirmative | |
| 66 | 23 | 67 | 8 | DOJ Counter | |
| 67 | 9 | 68 | 4 | Google Affirmative | |
| 68 | 5 | 68 | 10 | DOJ Counter | |
| 68 | 11 | 69 | 8 | Google Affirmative | |
| 69 | 9 | 69 | 13 | Google Affirmative | DOJObj: Leading |
| 69 | 17 | 69 | 17 | Google Affirmative | DOJObj: Leading |
| 70 | 16 | 70 | 19 | Google Affirmative | DOJObj: Leading |

| Designations from Deposition of Eric Christensen (12/21/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 70 | 21 | 71 | 3 | Google Affirmative | DOJObj: Leading |
| 71 | 18 | 72 | 19 | Google Affirmative | |
| 88 | 19 | 89 | 1 | DOJ Counter | |
| 89 | 16 | 89 | 17 | DOJ Counter | |
| 89 | 19 | 89 | 21 | DOJ Counter | |
| 89 | 24 | 90 | 1 | DOJ Counter | |
| 90 | 19 | 90 | 21 | Google Counter Counter | |
| 90 | 23 | 91 | 1 | Google Counter Counter | DOJObj [90:23-91:1]:Foundation; Misleading Designation [clarifying designation: 91:2-7; 91:12-15; 91:18-19; 92:1-3; and 92:6] |
| 94 | 6 | 94 | 10 | DOJ Counter | |
| 94 | 13 | 94 | 19 | DOJ Counter | |
| 94 | 20 | 95 | 6 | DOJ Counter | |
| 95 | 7 | 95 | 23 | DOJ Counter | |
| 96 | 1 | 96 | 2 | DOJ Counter | |
| 96 | 3 | 96 | 11 | DOJ Counter | |
| 96 | 15 | 96 | 22 | DOJ Counter | |
| 96 | 25 | 97 | 2 | DOJ Counter | |
| 97 | 17 | 97 | 20 | DOJ Counter | |
| 98 | 1 | 98 | 3 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 98 | 6 | 98 | 10 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 98 | 23 | 99 | 2 | DOJ Counter | |
| 99 | 5 | 99 | 8 | DOJ Counter | |
| 99 | 18 | 100 | 11 | DOJ Counter | |
| 101 | 4 | 101 | 8 | DOJ Counter | |
| 120 | 23 | 121 | 1 | Google Affirmative | |
| 121 | 14 | 121 | 18 | Google Affirmative | |
| 121 | 21 | 122 | 3 | Google Affirmative | |
| 122 | 6 | 122 | 8 | Google Affirmative | |
| 122 | 9 | 123 | 5 | DOJ Counter | |
| 123 | 7 | 123 | 17 | DOJ Counter | |
| 123 | 18 | 123 | 19 | DOJ Counter | |
| 123 | 21 | 124 | 5 | DOJ Counter | |

| Designations from Deposition of Eric Christensen (12/21/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 124 | 7 | 124 | 14 | DOJ Counter | |
| 124 | 15 | 124 | 19 | DOJ Counter | |
| 124 | 22 | 125 | 6 | DOJ Counter | |
| 125 | 7 | 127 | 1 | Google Affirmative | |
| 128 | 19 | 129 | 1 | DOJ Counter | |
| 129 | 4 | 129 | 9 | DOJ Counter | |
| 129 | 12 | 129 | 13 | DOJ Counter | |
| 135 | 3 | 135 | 6 | DOJ Counter | |
| 135 | 9 | 135 | 10 | DOJ Counter | |
| 141 | 13 | 141 | 16 | DOJ Counter | |
| 141 | 17 | 143 | 7 | DOJ Counter | |
| 143 | 18 | 143 | 24 | DOJ Counter | |
| 144 | 9 | 144 | 12 | DOJ Counter | |
| 144 | 15 | 144 | 15 | DOJ Counter | |
| 145 | 6 | 145 | 8 | DOJ Counter | |
| 146 | 17 | 146 | 23 | Google Counter Counter | DOJObj: [all]: incomplete designation DOJObj: [146:19-23]: foundation; speculation |
| 149 | 2 | 149 | 4 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Form - Other; Vague |
| 149 | 8 | 150 | 7 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Form - Other; Vague |
| 150 | 9 | 150 | 10 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Form - Other; Vague |
| 151 | 2 | 151 | 5 | Google Affirmative | |
| 151 | 11 | 151 | 13 | Google Affirmative | |
| 151 | 17 | 151 | 22 | Google Affirmative | |
| 151 | 23 | 151 | 25 | DOJ Counter | |
| 152 | 5 | 152 | 7 | DOJ Counter | |

| Designations from Deposition of Eric Christensen (12/21/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 157 | 11 | 157 | 13 | DOJ Counter | GOOGCntrObj-Form - Leading |
| 157 | 19 | 158 | 2 | DOJ Counter | GOOGCntrObj-Form - Leading |
| 167 | 15 | 167 | 19 | DOJ Counter | |
| 200 | 8 | 200 | 15 | Google Counter Counter | DOJObj [all]: Misleading Designation [clarifying designations: 200:16-19; 200:21-25] DOJObj [200:12-15]: Vague Designation; Foundation |
| 202 | 2 | 202 | 20 | DOJ Counter | |
| 202 | 21 | 203 | 2 | DOJ Counter | |
| 205 | 3 | 205 | 14 | DOJ Counter | |
| 205 | 16 | 205 | 21 | DOJ Counter | |
| 205 | 24 | 205 | 25 | DOJ Counter | |
| 206 | 1 | 206 | 10 | DOJ Counter | |
| 207 | 20 | 208 | 2 | DOJ Counter | GOOGCntrObj-Rule 402 |
| 209 | 10 | 209 | 16 | DOJ Counter | GOOGCntrObj-Rule 402 |
| 209 | 19 | 210 | 5 | DOJ Counter | GOOGCntrObj-Rule 402 |
| 210 | 6 | 210 | 10 | DOJ Counter | |
| 214 | 12 | 214 | 22 | DOJ Counter | |
| 216 | 24 | 217 | 13 | Google Counter Counter | |
| 217 | 14 | 217 | 24 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Rule 802 |
| 218 | 1 | 220 | 1 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Rule 802 |
| 220 | 4 | 220 | 9 | DOJ Counter | GOOGCntrObj-Rule 602; |

| Designations from Deposition of Eric Christensen (12/21/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|  |  |  |  |  | GOOGCntrObj-Rule 802 |
| 220 | 12 | 220 | 19 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Rule 802 |
| 231 | 23 | 232 | 4 | DOJ Counter | GOOGCntrObj-Rule 402 |
| 234 | 25 | 235 | 2 | DOJ Counter |  |
| 235 | 4 | 235 | 4 | DOJ Counter |  |
| 235 | 7 | 235 | 8 | DOJ Counter |  |
| 235 | 19 | 235 | 22 | DOJ Counter |  |
| 235 | 25 | 236 | 5 | DOJ Counter |  |
| 236 | 16 | 236 | 22 | DOJ Counter |  |
| 236 | 25 | 237 | 3 | DOJ Counter |  |
| 243 | 4 | 243 | 10 | DOJ Counter | GOOGCntrObj-Rule 402 as to 243:9-10 |
| 243 | 13 | 244 | 5 | DOJ Counter | GOOGCntrObj-Rule 402 |
| 244 | 13 | 244 | 14 | DOJ Counter | GOOGCntrObj-Rule 402; GOOGCntrObj-Rule 602 |
| 244 | 16 | 245 | 6 | DOJ Counter | GOOGCntrObj-Rule 402; GOOGCntrObj-Rule 602 |
| 275 | 7 | 275 | 21 | Google Counter Counter | DOJOObj: [all]: Misleading Designation [clarifying designation: 275:22-24] |
| 276 | 5 | 276 | 7 | Google Counter Counter |  |
| 276 | 10 | 276 | 19 | Google Counter Counter |  |
| 276 | 21 | 277 | 4 | Google Counter Counter |  |
| 277 | 8 | 277 | 10 | Google Counter Counter | DOJObj: [all]: Foundation; Speculation |
| 278 | 18 | 278 | 22 | DOJ Counter | GOOGCntrObj-Rule 402; |

| Designations from Deposition of Eric Christensen (12/21/2021) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| | | | | | GOOGCntrObj-Rule 602 |
| 279 | 3 | 279 | 3 | DOJ Counter | GOOGCntrObj-Rule 402; GOOGCntrObj-Rule 602 |
| 279 | 4 | 279 | 8 | Google Counter Counter | DOJObj: [279:6-8]: Foundation; Speculation |