# EXHIBIT F

| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| **Designations from Deposition of Jeff Christensen (4/21/2022)** |||||
| 6 | 22 | 6 | 25 | Google Affirmative | |
| 7 | 2 | 7 | 23 | Google Affirmative | |
| 10 | 22 | 10 | 25 | Google Affirmative | |
| 11 | 2 | 11 | 20 | Google Affirmative | |
| 12 | 11 | 12 | 25 | Google Affirmative | |
| 13 | 2 | 13 | 25 | Google Affirmative | |
| 14 | 2 | 14 | 12 | Google Affirmative | |
| 14 | 16 | 14 | 25 | Google Affirmative | |
| 15 | 2 | 15 | 25 | Google Affirmative | |
| 16 | 2 | 16 | 3 | Google Affirmative | |
| 17 | 8 | 17 | 25 | Google Affirmative | |
| 18 | 2 | 18 | 25 | Google Affirmative | |
| 19 | 2 | 19 | 25 | Google Affirmative | |
| 20 | 2 | 20 | 25 | Google Affirmative | |
| 21 | 2 | 21 | 25 | Google Affirmative | |
| 22 | 2 | 22 | 25 | Google Affirmative | |
| 23 | 2 | 23 | 25 | Google Affirmative | |
| 24 | 2 | 24 | 25 | Google Affirmative | |
| 25 | 2 | 25 | 16 | Google Affirmative | |
| 28 | 19 | 28 | 25 | States Counter | |
| 29 | 2 | 29 | 5 | States Counter | |
| 29 | 25 | 29 | 25 | States Counter | |
| 30 | 2 | 30 | 14 | States Counter | |
| 31 | 17 | 31 | 25 | Google Affirmative | |
| 32 | 2 | 32 | 10 | Google Affirmative | |
| 34 | 4 | 34 | 25 | Google Affirmative | |
| 35 | 2 | 35 | 10 | Google Affirmative | |