# EXHIBIT G

| Designations from Deposition of Penny Chu (5/5/2022–5/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 13 | 14 | 13 | 20 | DOJ Affirmative | |
| 13 | 24 | 14 | 5 | DOJ Affirmative | |
| 15 | 7 | 15 | 12 | DOJ Affirmative | |
| 18 | 11 | 19 | 15 | DOJ Affirmative | |
| 23 | 7 | 23 | 16 | DOJ Affirmative | |
| 26 | 23 | 27 | 9 | DOJ Affirmative | |
| 27 | 14 | 28 | 11 | DOJ Affirmative | |
| 29 | 23 | 31 | 4 | DOJ Affirmative | |
| 32 | 13 | 32 | 16 | DOJ Affirmative | |
| 32 | 17 | 33 | 5 | Google Counter | |
| 33 | 6 | 33 | 10 | DOJ Affirmative | |
| 33 | 14 | 33 | 18 | DOJ Affirmative | |
| 33 | 20 | 33 | 23 | DOJ Affirmative | |
| 35 | 11 | 35 | 22 | DOJ Affirmative | |
| 36 | 11 | 36 | 14 | Google Counter | |
| 36 | 17 | 39 | 16 | DOJ Affirmative | |
| 40 | 10 | 40 | 14 | DOJ Affirmative | |
| 40 | 22 | 41 | 17 | DOJ Affirmative | |
| 41 | 25 | 42 | 12 | DOJ Affirmative | |
| 43 | 8 | 43 | 16 | DOJ Affirmative | |
| 43 | 18 | 44 | 7 | DOJ Affirmative | |
| 45 | 6 | 45 | 7 | DOJ Affirmative | |
| 47 | 5 | 47 | 6 | DOJ Affirmative | GOOGObj-Form - Other; Compound Question |
| 47 | 10 | 47 | 13 | DOJ Affirmative | |
| 47 | 14 | 47 | 16 | Google Counter | |
| 47 | 21 | 47 | 25 | Google Counter | |
| 48 | 1 | 48 | 6 | Google Counter | |
| 48 | 19 | 49 | 3 | DOJ Affirmative | |
| 49 | 4 | 49 | 6 | Google Counter | |
| 49 | 10 | 49 | 11 | Google Counter | |
| 49 | 19 | 49 | 21 | DOJ Affirmative | GOOGObj-Rule 602 |
| 49 | 23 | 50 | 4 | DOJ Affirmative | GOOGObj-Rule 602 |
| 51 | 6 | 51 | 19 | DOJ Affirmative | |
| 52 | 15 | 52 | 23 | DOJ Affirmative | |
| 55 | 11 | 56 | 2 | DOJ Affirmative | |
| 58 | 1 | 58 | 2 | DOJ Affirmative | |

| Designations from Deposition of Penny Chu (5/5/2022–5/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 58 | 6 | 59 | 15 | DOJ Affirmative | |
| 60 | 18 | 61 | 19 | DOJ Affirmative | |
| 63 | 13 | 64 | 14 | DOJ Affirmative | |
| 65 | 3 | 67 | 12 | DOJ Affirmative | |
| 70 | 10 | 70 | 18 | DOJ Counter Counter | |
| 70 | 19 | 71 | 7 | Google Counter | |
| 73 | 2 | 73 | 12 | DOJ Affirmative | |
| 74 | 5 | 74 | 11 | DOJ Affirmative | |
| 74 | 15 | 76 | 8 | DOJ Affirmative | |
| 76 | 15 | 78 | 6 | DOJ Affirmative | |
| 78 | 20 | 78 | 24 | DOJ Affirmative | |
| 79 | 6 | 79 | 13 | DOJ Affirmative | |
| 79 | 24 | 80 | 6 | Google Counter | |
| 80 | 7 | 80 | 16 | DOJ Counter Counter | |
| 81 | 18 | 82 | 13 | DOJ Affirmative | |
| 82 | 19 | 83 | 18 | DOJ Affirmative | |
| 83 | 19 | 83 | 20 | Google Counter | |
| 83 | 23 | 84 | 2 | Google Counter | |
| 84 | 4 | 84 | 8 | DOJ Affirmative | |
| 86 | 25 | 87 | 7 | DOJ Affirmative | |
| 89 | 12 | 89 | 12 | DOJ Counter Counter | |
| 89 | 16 | 90 | 2 | DOJ Counter Counter | |
| 90 | 3 | 90 | 9 | Google Counter | |
| 90 | 25 | 91 | 3 | DOJ Counter Counter | |
| 96 | 19 | 96 | 20 | DOJ Affirmative | |
| 96 | 25 | 97 | 20 | DOJ Affirmative | |
| 99 | 7 | 99 | 24 | DOJ Affirmative | |
| 100 | 3 | 100 | 18 | DOJ Affirmative | |
| 101 | 10 | 101 | 21 | DOJ Affirmative | GOOGObj-Rule 602 |
| 101 | 25 | 102 | 2 | DOJ Affirmative | |
| 102 | 16 | 102 | 25 | DOJ Affirmative | |
| 103 | 13 | 104 | 4 | DOJ Affirmative | |
| 110 | 4 | 110 | 7 | DOJ Counter Counter | |
| 110 | 21 | 111 | 1 | DOJ Counter Counter | |
| 111 | 4 | 111 | 5 | DOJ Counter Counter | |
| 111 | 7 | 111 | 18 | Google Counter | |
| 111 | 23 | 112 | 5 | Google Counter | |
| 112 | 6 | 112 | 9 | DOJ Counter Counter | |
| 113 | 21 | 113 | 24 | DOJ Counter Counter | |

| Designations from Deposition of Penny Chu (5/5/2022–5/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 114 | 17 | 114 | 19 | Google Counter | |
| 129 | 5 | 130 | 3 | Google Counter | |
| 130 | 4 | 131 | 19 | DOJ Counter Counter | |
| 131 | 21 | 131 | 23 | DOJ Affirmative | |
| 132 | 9 | 132 | 15 | DOJ Affirmative | |
| 132 | 23 | 133 | 21 | DOJ Affirmative | |
| 134 | 24 | 136 | 3 | Google Counter | |
| 136 | 20 | 137 | 25 | DOJ Counter Counter | |
| 138 | 11 | 138 | 17 | DOJ Affirmative | |
| 188 | 24 | 189 | 1 | DOJ Affirmative | |
| 189 | 10 | 191 | 20 | DOJ Affirmative | |
| 193 | 1 | 194 | 24 | Google Counter | |
| 194 | 25 | 196 | 13 | DOJ Affirmative | |
| 196 | 20 | 197 | 7 | DOJ Affirmative | |
| 197 | 23 | 198 | 17 | DOJ Affirmative | |
| 206 | 4 | 206 | 6 | DOJ Affirmative | |
| 206 | 15 | 206 | 18 | DOJ Affirmative | |
| 209 | 3 | 209 | 13 | DOJ Affirmative | |
| 221 | 17 | 221 | 19 | DOJ Affirmative | |
| 222 | 3 | 222 | 11 | DOJ Affirmative | |
| 222 | 12 | 222 | 22 | DOJ Affirmative | |
| 227 | 14 | 229 | 2 | DOJ Affirmative | |
| 229 | 3 | 229 | 6 | DOJ Affirmative | GOOGObj-Form - Other; Vague |
| 229 | 10 | 230 | 3 | DOJ Affirmative | GOOGObj-Form - Other; Vague |
| 232 | 6 | 232 | 14 | DOJ Affirmative | |
| 295 | 1 | 295 | 4 | DOJ Affirmative | |
| 296 | 9 | 297 | 23 | DOJ Affirmative | |
| 299 | 11 | 300 | 1 | DOJ Affirmative | |
| 319 | 10 | 319 | 12 | DOJ Counter Counter | |
| 320 | 6 | 322 | 13 | DOJ Counter Counter | |
| 324 | 14 | 325 | 14 | Google Counter | |
| 325 | 18 | 325 | 23 | Google Counter | |
| 327 | 1 | 328 | 13 | DOJ Counter Counter | |
| 328 | 14 | 330 | 16 | DOJ Counter Counter | |
| 343 | 5 | 343 | 7 | DOJ Affirmative | |
| 344 | 3 | 344 | 15 | DOJ Affirmative | |
| 345 | 6 | 345 | 24 | Google Counter | |
| 346 | 4 | 346 | 25 | Google Counter | |

| Designations from Deposition of Penny Chu (5/5/2022–5/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 347 | 1 | 347 | 14 | DOJ Affirmative | |
| 396 | 10 | 396 | 17 | DOJ Affirmative | |
| 396 | 21 | 396 | 23 | DOJ Affirmative | |
| 397 | 9 | 397 | 11 | DOJ Affirmative | |
| 401 | 19 | 402 | 7 | DOJ Affirmative | |
| 402 | 15 | 402 | 17 | Google Counter | |
| 405 | 14 | 405 | 19 | DOJ Affirmative | |
| 410 | 10 | 410 | 12 | DOJ Affirmative | GOOGObj-Form - Other; Compound Question |
| 410 | 13 | 410 | 21 | Google Counter | |
| 410 | 22 | 410 | 24 | DOJ Affirmative | |
| 410 | 25 | 411 | 9 | DOJ Affirmative | |
| 412 | 14 | 412 | 19 | Google Counter | |
| 412 | 20 | 414 | 5 | DOJ Affirmative | |
| 415 | 15 | 416 | 23 | DOJ Affirmative | |
| 418 | 9 | 418 | 11 | DOJ Affirmative | |
| 418 | 20 | 420 | 14 | DOJ Affirmative | |
| 429 | 9 | 429 | 11 | DOJ Affirmative | |
| 444 | 1 | 444 | 17 | DOJ Affirmative | GOOGObj-Rule 602 |
| 444 | 19 | 444 | 20 | DOJ Affirmative | GOOGObj-Rule 602 |
| 444 | 22 | 445 | 9 | DOJ Affirmative | |
| 446 | 2 | 446 | 9 | DOJ Affirmative | |
| 486 | 17 | 486 | 19 | DOJ Affirmative | GOOGObj-Form - Other; Vague; Ambiguous |
| 487 | 1 | 487 | 1 | DOJ Affirmative | GOOGObj-Form - Other; Vague; Ambiguous |