# EXHIBIT H

| Designations from Deposition of Derrick Connell (3/10/2022) ||||||
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 10 | 13 | 10 | 15 | Google Affirmative | |
| 11 | 9 | 11 | 17 | Google Affirmative | |
| 21 | 7 | 21 | 17 | Google Affirmative | |
| 26 | 2 | 26 | 5 | Google Affirmative | |
| 27 | 2 | 27 | 8 | Google Affirmative | |
| 27 | 9 | 27 | 10 | Google Affirmative | |
| 27 | 16 | 28 | 1 | Google Affirmative | |
| 32 | 17 | 33 | 18 | Google Affirmative | |
| 34 | 12 | 34 | 16 | DOJ Counter | |
| 34 | 20 | 36 | 12 | DOJ Counter | |
| 43 | 13 | 43 | 22 | Google Affirmative | |
| 44 | 20 | 45 | 14 | Google Affirmative | |
| 45 | 15 | 48 | 3 | DOJ Counter | |
| 48 | 4 | 49 | 5 | Google Counter Counter | |
| 51 | 14 | 52 | 13 | Google Affirmative | |
| 54 | 2 | 54 | 13 | Google Affirmative | |
| 56 | 19 | 57 | 4 | Google Affirmative | |
| 57 | 5 | 58 | 3 | DOJ Counter | |
| 58 | 4 | 58 | 15 | Google Affirmative | |
| 58 | 16 | 58 | 21 | DOJ Counter | |
| 58 | 22 | 59 | 2 | Google Affirmative | |
| 60 | 14 | 64 | 17 | DOJ Counter | |
| 64 | 6 | 64 | 17 | States Counter | |
| 76 | 8 | 76 | 11 | Google Affirmative | |
| 76 | 14 | 76 | 18 | Google Affirmative | |
| 77 | 7 | 78 | 7 | DOJ Counter | |
| 78 | 8 | 78 | 23 | Google Counter Counter | |
| 83 | 9 | 83 | 13 | Google Affirmative | |
| 83 | 20 | 86 | 12 | Google Affirmative | DOJObj [All]: Incomplete Designation (does not include the witness's continued answer) |
| 86 | 13 | 88 | 6 | DOJ Counter | |
| 86 | 15 | 87 | 20 | States Counter | |
| 88 | 9 | 93 | 24 | DOJ Counter | GOOGCntrObj-Rule 602 as to 91:17-93:24 |
| 88 | 23 | 93 | 24 | States Counter | GOOGCntrObj-Rule 602 as to 91:17-93:24 |
| 97 | 6 | 97 | 10 | Google Counter Counter | |
| 103 | 16 | 106 | 24 | DOJ Counter | |

| Designations from Deposition of Derrick Connell (3/10/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 104 | 3 | 104 | 6 | States Counter | |
| 106 | 6 | 106 | 24 | States Counter | |
| 110 | 1 | 110 | 6 | Google Affirmative | |
| 110 | 7 | 110 | 8 | DOJ Counter | |
| 110 | 25 | 111 | 8 | Google Affirmative | |
| 111 | 23 | 112 | 4 | Google Affirmative | |
| 117 | 25 | 118 | 4 | DOJ Counter | |
| 119 | 2 | 119 | 15 | DOJ Counter | |
| 119 | 20 | 122 | 4 | DOJ Counter | |
| 122 | 5 | 122 | 25 | Google Affirmative | |
| 132 | 22 | 132 | 25 | DOJ Counter | |
| 133 | 9 | 136 | 6 | DOJ Counter | |
| 134 | 16 | 136 | 6 | States Counter | |
| 138 | 10 | 138 | 18 | Google Counter Counter | |
| 140 | 11 | 143 | 9 | DOJ Counter | |
| 143 | 10 | 144 | 16 | Google Affirmative | |
| 144 | 17 | 144 | 22 | DOJ Counter | |
| 147 | 17 | 149 | 11 | Google Counter Counter | |
| 150 | 8 | 151 | 18 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 153 | 7 | 153 | 25 | DOJ Counter | |
| 156 | 22 | 157 | 6 | States Counter | GOOGCntrObj-Incomplete |
| 157 | 7 | 159 | 9 | DOJ Counter | |
| 160 | 4 | 160 | 5 | Google Affirmative | |
| 160 | 8 | 160 | 14 | Google Affirmative | |
| 160 | 17 | 160 | 19 | DOJ Counter | |
| 160 | 20 | 161 | 18 | Google Affirmative | |
| 161 | 19 | 161 | 21 | DOJ Counter | |
| 161 | 19 | 161 | 21 | States Counter | |
| 161 | 22 | 162 | 18 | Google Affirmative | |
| 162 | 19 | 163 | 13 | DOJ Counter | |
| 162 | 19 | 163 | 13 | States Counter | |
| 163 | 14 | 164 | 21 | Google Affirmative | |
| 164 | 22 | 165 | 18 | DOJ Counter | |
| 164 | 22 | 165 | 18 | States Counter | |
| 167 | 11 | 167 | 16 | Google Counter Counter | |
| 167 | 19 | 168 | 4 | Google Counter Counter | |
| 168 | 19 | 170 | 7 | Google Counter Counter | |
| 170 | 8 | 170 | 21 | States Counter | |

| Designations from Deposition of Derrick Connell (3/10/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 191 | 5 | 191 | 25 | DOJ Counter | |
| 191 | 9 | 192 | 10 | States Counter | |
| 192 | 11 | 192 | 15 | Google Counter Counter | |
| 194 | 10 | 194 | 11 | Google Affirmative | |
| 195 | 20 | 196 | 1 | Google Affirmative | |
| 197 | 12 | 197 | 18 | Google Affirmative | |
| 197 | 19 | 198 | 22 | Google Affirmative | |
| 198 | 23 | 199 | 10 | Google Affirmative | |
| 199 | 11 | 202 | 24 | DOJ Counter | |
| 200 | 12 | 202 | 14 | States Counter | |
| 202 | 25 | 204 | 16 | Google Affirmative | |
| 204 | 17 | 205 | 17 | DOJ Counter | |
| 205 | 18 | 205 | 23 | Google Affirmative | |
| 205 | 24 | 206 | 16 | Google Affirmative | |
| 206 | 17 | 207 | 15 | DOJ Counter | |
| 207 | 16 | 208 | 7 | Google Affirmative | |
| 208 | 8 | 208 | 23 | DOJ Counter | |
| 208 | 24 | 209 | 15 | Google Affirmative | DOJObj [all]: Incomplete Designation (does not include witness's continued answer) |
| 209 | 16 | 210 | 1 | DOJ Counter | |
| 210 | 6 | 210 | 25 | Google Affirmative | |
| 211 | 1 | 211 | 22 | DOJ Counter | |
| 212 | 16 | 212 | 18 | Google Affirmative | |
| 213 | 1 | 213 | 11 | Google Affirmative | |
| 213 | 16 | 214 | 4 | Google Affirmative | StatesObj-Rule 802 Double Hearsay/Hearsay within hearsay; Rule 602 lack personal knowledge of discussion within email |
| 214 | 5 | 214 | 21 | DOJ Counter | |
| 214 | 23 | 215 | 13 | DOJ Counter | |
| 215 | 14 | 215 | 18 | Google Affirmative | |
| 215 | 25 | 217 | 9 | Google Affirmative | |
| 217 | 14 | 218 | 19 | Google Affirmative | |
| 218 | 20 | 218 | 22 | Google Affirmative | |
| 219 | 3 | 219 | 23 | Google Affirmative | |
| 219 | 24 | 225 | 12 | DOJ Counter | |

| Designations from Deposition of Derrick Connell (3/10/2022) |||||||
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 225 | 15 | 227 | 16 | Google Counter Counter | |
| 227 | 17 | 228 | 10 | States Counter | |
| 230 | 9 | 230 | 17 | Google Affirmative | |
| 230 | 18 | 231 | 23 | DOJ Counter | |
| 231 | 24 | 232 | 13 | Google Affirmative | |
| 232 | 14 | 234 | 13 | DOJ Counter | |
| 245 | 10 | 245 | 17 | States Counter | GOOGCntrObj-Incomplete |
| 247 | 9 | 248 | 7 | States Counter | |
| 260 | 3 | 260 | 12 | States Counter | GOOGCntrObj-Incomplete |
| 271 | 14 | 271 | 25 | States Counter | |
| 272 | 1 | 272 | 3 | Google Counter Counter | |
| 292 | 23 | 293 | 11 | States Counter | GOOGCntrObj-Incomplete |
| 294 | 3 | 294 | 20 | States Counter | GOOGCntrObj-Incomplete; GOOGCntrObj-Rule 602 |
| 308 | 5 | 308 | 14 | States Counter | GOOGCntrObj-Incomplete; GOOGCntrObj-Rule 802 |
| 310 | 3 | 312 | 18 | DOJ Counter | GOOGCntrObj-Form - Leading as to 312:16-18 |
| 312 | 16 | 315 | 23 | States Counter | GOOGCntrObj-Form - Leading as to 312:16-313:10; GOOGCntrObj-Rule 602 as to 315:14-23 |
| 312 | 22 | 315 | 23 | DOJ Counter | GOOGCntrObj-Form - Leading as to 312:22-313:10; GOOGCntrObj-Rule 602 as to 315:14-23 |
| 315 | 24 | 315 | 25 | Google Counter Counter | |
| 316 | 3 | 316 | 24 | Google Counter Counter | |
| 317 | 1 | 318 | 1 | Google Counter Counter | |
| 318 | 2 | 318 | 23 | DOJ Counter | GOOGCntrObj-Form - Leading as to 318:21-23 |

| Designations from Deposition of Derrick Connell (3/10/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 318 | 2 | 320 | 22 | States Counter | GOOGCntrObj-Form - Leading as to 318:21-320:22 |
| 318 | 25 | 320 | 8 | DOJ Counter | GOOGCntrObj-Form - Leading |
| 320 | 10 | 322 | 17 | DOJ Counter | GOOGCntrObj-Form - Leading as to 320:10-22, 322:15-17; GOOGCntrObj-Form - Other as to 322:15-17 |
| 320 | 23 | 325 | 21 | States Counter | GOOGCntrObj-Form - Leading as to 322:15-323:23; GOOGCntrObj-Form - Other as to 322:15-323:3; GOOG-Rule 602 as to 323:24-325:21 |
| 322 | 19 | 323 | 13 | DOJ Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Form - Other as to 322:19-323:3 |
| 323 | 15 | 326 | 1 | DOJ Counter | GOOGCntrObj-Form - Leading as to 323:15-23, 325:24-326:1; GOOGCntrObj-Rule 602 as to 323:24-325:21 |
| 325 | 24 | 327 | 13 | States Counter | GOOGCntrObj-Form - Leading as to 325:24-326:14 |
| 326 | 3 | 326 | 18 | DOJ Counter | GOOGCntrObj-Form - Leading as to 326:3-14 |
| 326 | 20 | 327 | 17 | DOJ Counter | |
| 327 | 16 | 330 | 6 | States Counter | GOOGCntrObj-Rule 602 as to 329:2-330:6 |
| 327 | 19 | 329 | 17 | DOJ Counter | GOOGCntrObj-Rule 602 as to 329:2-17 |
| 329 | 21 | 330 | 6 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 330 | 19 | 331 | 12 | States Counter | |

| Designations from Deposition of Derrick Connell (3/10/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 331 | 13 | 334 | 15 | States Counter | GOOGCntrObj-Form - Leading as to 331:25-334:15 |
| 331 | 15 | 332 | 2 | DOJ Counter | GOOGCntrObj-Form - Leading as to 331:25-332:2 |
| 332 | 4 | 334 | 15 | DOJ Counter | GOOGCntrObj-Form - Leading |
| 334 | 18 | 336 | 11 | States Counter | GOOGCntrObj-Form - Leading; GOOGCntrObj-Rule 602 |
| 339 | 21 | 339 | 22 | Google Affirmative | |
| 339 | 25 | 340 | 6 | Google Affirmative | |
| 340 | 11 | 340 | 21 | Google Affirmative | |
| 342 | 13 | 343 | 17 | Google Affirmative | |