# EXHIBIT I

| Designations from Deposition of Matthew Dacey (March 17, 2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 5 | 12 | 5 | 23 | States Affirmative | |
| 10 | 9 | 10 | 25 | States Affirmative | |
| 11 | 2 | 12 | 24 | States Affirmative | |
| 13 | 5 | 14 | 3 | States Affirmative | |
| 14 | 19 | 15 | 21 | States Affirmative | |
| 17 | 16 | 17 | 19 | States Affirmative | |
| 27 | 24 | 29 | 5 | States Affirmative | |
| 29 | 23 | 30 | 5 | States Affirmative | |
| 30 | 6 | 30 | 8 | States Affirmative | |
| 30 | 17 | 31 | 9 | Google Counter | |
| 33 | 10 | 34 | 3 | Google Counter | |
| 35 | 3 | 35 | 11 | Google Counter | |
| 37 | 17 | 37 | 19 | Google Counter | |
| 37 | 21 | 37 | 21 | Google Counter | |
| 85 | 20 | 86 | 16 | States Affirmative | |
| 95 | 18 | 96 | 3 | Google Counter | |
| 95 | 15 | 95 | 16 | Google Counter | |
| 96 | 5 | 96 | 10 | Google Counter | |
| 96 | 12 | 96 | 25 | Google Counter | |
| 97 | 25 | 98 | 22 | States Counter Counter | |
| 98 | 23 | 99 | 14 | Google Counter | |
| 99 | 16 | 100 | 24 | Google Counter | |
| 101 | 2 | 101 | 8 | Google Counter | |
| 101 | 10 | 101 | 20 | Google Counter | |
| 101 | 22 | 101 | 22 | Google Counter | |
| 102 | 23 | 103 | 5 | Google Counter | |
| 103 | 7 | 103 | 13 | Google Counter | |
| 103 | 15 | 103 | 24 | Google Counter | |
| 104 | 2 | 104 | 13 | Google Counter | |
| 106 | 9 | 106 | 11 | Google Counter | |
| 106 | 24 | 107 | 14 | Google Counter | |
| 106 | 13 | 106 | 18 | Google Counter | |
| 111 | 25 | 112 | 4 | Google Counter | |
| 111 | 21 | 111 | 23 | Google Counter | |
| 112 | 6 | 113 | 2 | Google Counter | |
| 113 | 4 | 113 | 20 | Google Counter | |
| 113 | 22 | 113 | 22 | Google Counter | |
| 149 | 3 | 149 | 10 | Google Counter | |
| 149 | 14 | 149 | 19 | States Counter Counter | |
| 154 | 22 | 155 | 8 | Google Counter | |
| 155 | 11 | 155 | 18 | Google Counter | |
| 168 | 24 | 169 | 2 | States Counter Counter | |

| 168 | 3 | 168 | 17 | States Affirmative | |
|---|---|---|---|---|---|
| 168 | 18 | 168 | 22 | Google Counter | |
| 254 | 9 | 256 | 4 | States Affirmative | GOOGObj-Form - Leading; GOOGObj-Rule 602; GOOGObj-Rule 402 |
| 256 | 5 | 261 | 22 | States Affirmative | GOOGObj-Form - Leading; GOOGObj-Rule 602; GOOGObj-Rule 402 |
| 261 | 23 | 262 | 3 | States Affirmative | GOOGObj-Form - Leading; GOOGObj-Rule 602; GOOGObj-Rule 402 |
| 262 | 4 | 264 | 23 | States Affirmative | GOOGObj-Form - Leading; GOOGObj-Rule 602; GOOGObj-Rule 402 |
| 266 | 11 | 266 | 13 | States Affirmative | GOOGObj-Form - Leading; GOOGObj-Rule 602; GOOGObj-Rule 402 |
| 266 | 14 | 269 | 18 | States Affirmative | GOOGObj-Form - Leading; GOOGObj-Rule 602; GOOGObj-Rule 402 |
| 269 | 19 | 273 | 16 | States Affirmative | GOOGObj-Form - Leading; GOOGObj-Rule 602; GOOGObj-Rule 402 |
| 275 | 5 | 275 | 11 | States Affirmative | GOOGObj-Rule 402 |
| 276 | 7 | 276 | 9 | Google Counter | |
| 276 | 12 | 276 | 16 | Google Counter | |
| 276 | 25 | 278 | 24 | States Affirmative | |
| 279 | 13 | 280 | 6 | States Affirmative | GOOGObj-Form - Leading; GOOGObj-Rule 602 |
| 284 | 15 | 285 | 7 | States Affirmative | GOOGObj-Rule 602; GOOGObj-Form - Other |
| 285 | 11 | 287 | 2 | States Affirmative | |
| 292 | 17 | 293 | 3 | Google Counter | |
| 293 | 21 | 294 | 2 | Google Counter | |
| 293 | 5 | 293 | 12 | Google Counter | |
| 293 | 14 | 293 | 14 | Google Counter | |
| 294 | 11 | 294 | 13 | Google Counter | |
| 294 | 15 | 294 | 15 | Google Counter | |
| 295 | 8 | 295 | 9 | Google Counter | |
| 295 | 18 | 296 | 11 | Google Counter | |
| 295 | 13 | 295 | 16 | Google Counter | |
| 296 | 19 | 297 | 2 | Google Counter | |
| 296 | 13 | 296 | 17 | Google Counter | |
| 297 | 4 | 297 | 4 | Google Counter | |
| 297 | 24 | 298 | 4 | States Counter Counter | |

| 297 | 9  | 297 | 11 | Google Counter |                          |
|-----|----|-----|----|----------------|--------------------------|
| 297 | 13 | 297 | 23 | Google Counter |                          |
| 298 | 5  | 298 | 12 | Google Counter |                          |
| 298 | 16 | 299 | 13 | Google Counter |                          |
| 298 | 14 | 298 | 15 | Google Counter | StatesCntrObj-Incomplete |
| 304 | 24 | 305 | 3  | Google Counter |                          |
| 305 | 6  | 305 | 9  | Google Counter |                          |
| 305 | 12 | 305 | 12 | Google Counter |                          |