# EXHIBIT J

| Designations from Deposition of Alexander Daniels (April 19, 2022) ||||||
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 4 | 5 | 4 | 13 | States Affirmative | |
| 6 | 21 | 6 | 25 | States Affirmative | |
| 7 | 2 | 7 | 25 | States Affirmative | |
| 8 | 2 | 10 | 4 | States Affirmative | |
| 10 | 6 | 16 | 14 | States Affirmative | |
| 16 | 17 | 17 | 10 | States Affirmative | GOOGObj-Rule 402 as to 17:9-10 |
| 17 | 12 | 20 | 25 | States Affirmative | GOOGObj-Rule 402 as to 17:12-23 |
| 21 | 2 | 21 | 25 | States Affirmative | |
| 22 | 2 | 22 | 25 | States Affirmative | |
| 23 | 2 | 23 | 20 | States Affirmative | |
| 25 | 12 | 29 | 25 | States Affirmative | GOOGObj-Rule 402 as to 25:12-29:16 |
| 30 | 4 | 31 | 2 | States Affirmative | |
| 31 | 4 | 33 | 24 | States Affirmative | |
| 34 | 7 | 36 | 19 | States Affirmative | |
| 37 | 2 | 40 | 11 | States Affirmative | GOOGObj-Rule 402 as to 38:21-40:11 |
| 40 | 14 | 40 | 24 | States Affirmative | GOOGObj-Rule 402 |
| 41 | 2 | 43 | 9 | States Affirmative | GOOGObj-Rule 402 as to 41:2 |
| 43 | 11 | 44 | 12 | States Affirmative | |
| 44 | 13 | 45 | 13 | Google Counter | |
| 46 | 2 | 46 | 12 | States Affirmative | |
| 47 | 4 | 47 | 25 | States Affirmative | GOOGObj-Rule 402 |
| 48 | 2 | 48 | 20 | States Affirmative | GOOGObj-Rule 402 |
| 48 | 22 | 48 | 23 | States Affirmative | GOOGObj-Rule 402 |
| 48 | 25 | 49 | 25 | States Affirmative | GOOGObj-Rule 402 |
| 50 | 2 | 50 | 4 | States Affirmative | GOOGObj-Rule 402 |
| 50 | 5 | 50 | 8 | Google Counter | |
| 50 | 10 | 50 | 10 | Google Counter | |
| 50 | 11 | 50 | 12 | States Affirmative | GOOGObj-Rule 402 |
| 50 | 24 | 51 | 12 | States Affirmative | GOOGObj-Rule 402 |
| 51 | 15 | 51 | 17 | States Affirmative | GOOGObj-Rule 402 |
| 51 | 19 | 51 | 22 | States Affirmative | GOOGObj-Rule 402 |
| 51 | 24 | 52 | 12 | States Affirmative | GOOGObj-Rule 402 |
| 52 | 15 | 52 | 18 | States Affirmative | GOOGObj-Rule 402 |
| 52 | 20 | 52 | 24 | States Affirmative | GOOGObj-Rule 402 |
| 53 | 8 | 53 | 14 | States Affirmative | GOOGObj-Rule 402 |
| 53 | 15 | 53 | 19 | Google Counter | |
| 58 | 12 | 58 | 14 | States Affirmative | GOOGObj-Rule 402 |
| 58 | 16 | 59 | 2 | States Affirmative | GOOGObj-Rule 402 |

| | | | | | |
|---|---|---|---|---|---|
| 59 | 4 | 62 | 2 | States Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 402 |
| 62 | 4 | 62 | 21 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 602 |
| 62 | 24 | 63 | 2 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 602 |
| 63 | 8 | 64 | 17 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 602 |
| 65 | 9 | 65 | 10 | States Affirmative | GOOGObj-Rule 602; GOOGObj-Form - Leading |
| 65 | 12 | 68 | 16 | States Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 402 as to 67:19-68:16 |
| 69 | 6 | 69 | 8 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 602 |
| 69 | 10 | 69 | 19 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 602 |
| 69 | 21 | 70 | 13 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 602 |
| 70 | 15 | 71 | 4 | States Affirmative | GOOGObj-Rule 402 |
| 71 | 15 | 72 | 19 | States Affirmative | GOOGObj-Rule 402 |
| 72 | 21 | 74 | 8 | States Affirmative | GOOGObj-Rule 402 |
| 74 | 10 | 76 | 3 | States Affirmative | GOOGObj-Rule 402 |
| 76 | 5 | 76 | 25 | States Affirmative | GOOGObj-Rule 402 |
| 77 | 6 | 77 | 9 | States Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 402 |
| 77 | 11 | 77 | 12 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 602 |
| 77 | 14 | 78 | 16 | States Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 402 |
| 78 | 18 | 80 | 8 | States Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 402 |
| 80 | 10 | 80 | 23 | States Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 402 |
| 80 | 25 | 81 | 16 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 602 as to 80:25-81:2 |
| 81 | 18 | 81 | 18 | States Affirmative | GOOGObj-Rule 402 |
| 82 | 3 | 82 | 22 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Incomplete |
| 89 | 24 | 89 | 25 | States Affirmative | |
| 90 | 15 | 91 | 13 | States Affirmative | |
| 91 | 16 | 91 | 23 | States Affirmative | |
| 91 | 24 | 92 | 2 | Google Counter | |
| 92 | 3 | 92 | 23 | States Affirmative | |
| 92 | 25 | 95 | 12 | States Affirmative | GOOGObj-Rule 402 as to 93:16-95:12 |

| 95 | 15 | 98 | 20 | States Affirmative | GOOGObj-Rule 402 |
|---|---|---|---|---|---|
| 98 | 21 | 99 | 7 | Google Counter | |
| 99 | 8 | 99 | 15 | States Affirmative | GOOGObj-Rule 402 |
| 99 | 17 | 99 | 24 | States Affirmative | GOOGObj-Rule 402 |
| 100 | 2 | 100 | 5 | States Affirmative | GOOGObj-Rule 402 |
| 102 | 15 | 102 | 17 | Google Counter | |
| 103 | 12 | 106 | 13 | States Affirmative | GOOGObj-Rule 402 |
| 107 | 17 | 109 | 15 | States Affirmative | GOOGObj-Rule 402 |
| 121 | 12 | 121 | 14 | States Affirmative | |
| 121 | 16 | 122 | 4 | States Affirmative | |
| 122 | 5 | 122 | 9 | Google Counter | |
| 122 | 11 | 122 | 11 | Google Counter | |
| 124 | 23 | 124 | 24 | States Affirmative | |
| 125 | 2 | 125 | 19 | States Affirmative | |
| 125 | 21 | 127 | 4 | States Affirmative | |
| 127 | 6 | 127 | 9 | States Affirmative | |
| 127 | 11 | 127 | 16 | States Affirmative | |
| 127 | 18 | 127 | 25 | States Affirmative | |
| 128 | 2 | 128 | 4 | States Affirmative | |
| 128 | 5 | 128 | 25 | States Affirmative | |
| 129 | 2 | 129 | 12 | States Affirmative | GOOGObj-Rule 602 as to 129:11-12 |
| 129 | 14 | 129 | 23 | States Affirmative | GOOGObj-Rule 602 as to 129:14 |
| 129 | 25 | 130 | 13 | States Affirmative | |
| 131 | 18 | 131 | 25 | States Affirmative | |
| 132 | 2 | 132 | 22 | Google Counter | |
| 132 | 23 | 132 | 24 | States Counter Counter | |
| 133 | 3 | 133 | 9 | Google Counter | |
| 133 | 11 | 133 | 16 | Google Counter | |
| 133 | 22 | 134 | 18 | Google Counter | |
| 134 | 19 | 134 | 22 | States Affirmative | |
| 135 | 23 | 136 | 2 | Google Counter | |
| 140 | 5 | 141 | 2 | States Affirmative | GOOGObj-Rule 402 |
| 143 | 3 | 143 | 6 | States Affirmative | |
| 143 | 7 | 144 | 17 | Google Counter | |
| 145 | 6 | 145 | 11 | Google Counter | |
| 145 | 12 | 146 | 4 | States Affirmative | |
| 146 | 5 | 146 | 10 | Google Counter | |
| 146 | 13 | 146 | 13 | Google Counter | |
| 146 | 14 | 146 | 22 | States Affirmative | GOOGObj-Rule 402 |
| 146 | 24 | 147 | 15 | States Affirmative | GOOGObj-Rule 402 |
| 147 | 17 | 148 | 14 | States Affirmative | GOOGObj-Rule 402 |
| 149 | 23 | 150 | 2 | Google Counter | |
| 150 | 4 | 150 | 8 | States Counter Counter | |
| 150 | 9 | 150 | 22 | Google Counter | |

| | | | | | |
|---|---|---|---|---|---|
| 151 | 5 | 151 | 19 | States Affirmative | |
| 151 | 24 | 152 | 4 | Google Counter | StatesCntrObj-Form-Leading |
| 154 | 13 | 154 | 14 | Google Counter | |
| 154 | 16 | 155 | 23 | Google Counter | |
| 155 | 25 | 156 | 4 | Google Counter | |
| 156 | 6 | 156 | 18 | Google Counter | |
| 157 | 3 | 157 | 12 | Google Counter | |
| 158 | 8 | 159 | 7 | Google Counter | |
| 159 | 9 | 159 | 14 | Google Counter | |
| 159 | 15 | 159 | 19 | States Affirmative | |
| 159 | 15 | 159 | 19 | Google Counter | |
| 159 | 20 | 160 | 13 | Google Counter | |
| 161 | 5 | 162 | 10 | States Affirmative | GOOGObj-Rule 402 |
| 162 | 15 | 162 | 18 | States Affirmative | |
| 162 | 20 | 163 | 22 | States Affirmative | |
| 164 | 13 | 165 | 15 | Google Counter | |
| 166 | 7 | 166 | 16 | Google Counter | |
| 166 | 18 | 166 | 22 | Google Counter | |
| 167 | 4 | 167 | 8 | Google Counter | |
| 167 | 9 | 167 | 17 | States Affirmative | GOOGObj-Rule 402 |
| 167 | 18 | 167 | 21 | Google Counter | |
| 168 | 7 | 168 | 12 | Google Counter | |
| 168 | 13 | 169 | 20 | States Affirmative | GOOGObj-Rule 402 |
| 169 | 21 | 169 | 23 | Google Counter | |
| 169 | 24 | 170 | 16 | States Affirmative | GOOGObj-Rule 402 |
| 170 | 18 | 170 | 22 | States Affirmative | GOOGObj-Rule 402 |
| 170 | 25 | 171 | 20 | States Affirmative | GOOGObj-Rule 402 |
| 171 | 22 | 171 | 24 | States Affirmative | GOOGObj-Rule 402 |
| 171 | 25 | 172 | 2 | Google Counter | |
| 172 | 4 | 172 | 25 | Google Counter | |
| 173 | 2 | 173 | 7 | Google Counter | StatesCntrObj-Rule 402 |
| 174 | 4 | 175 | 3 | States Affirmative | |
| 175 | 6 | 175 | 23 | States Affirmative | |
| 175 | 25 | 176 | 24 | States Affirmative | |