# EXHIBIT K

| Designations from Deposition of Catherine Edwards (5/4/2022) ||||||
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 8 | 9 | 8 | 13 | DOJ Affirmative | |
| 15 | 22 | 16 | 7 | DOJ Affirmative | |
| 16 | 9 | 17 | 25 | DOJ Affirmative | |
| 24 | 14 | 24 | 22 | DOJ Affirmative | |
| 25 | 1 | 26 | 25 | DOJ Affirmative | |
| 27 | 16 | 28 | 9 | DOJ Affirmative | |
| 28 | 10 | 29 | 10 | Google Counter | |
| 29 | 11 | 30 | 5 | DOJ Affirmative | |
| 32 | 11 | 32 | 13 | DOJ Affirmative | |
| 32 | 21 | 33 | 13 | DOJ Affirmative | |
| 34 | 3 | 36 | 10 | Google Counter | |
| 37 | 6 | 37 | 15 | Google Counter | |
| 37 | 25 | 38 | 12 | Google Counter | |
| 39 | 10 | 40 | 19 | DOJ Affirmative | |
| 41 | 9 | 42 | 11 | Google Counter | |
| 43 | 6 | 43 | 9 | Google Counter | |
| 44 | 3 | 44 | 8 | Google Counter | |
| 44 | 10 | 44 | 21 | Google Counter | |
| 45 | 2 | 45 | 12 | Google Counter | |
| 47 | 9 | 47 | 18 | Google Counter | |
| 90 | 14 | 90 | 16 | Google Counter | |
| 90 | 18 | 91 | 3 | Google Counter | |
| 94 | 15 | 97 | 10 | DOJ Affirmative | |
| 97 | 15 | 98 | 24 | Google Counter | |
| 123 | 18 | 124 | 10 | DOJ Affirmative | |
| 124 | 11 | 124 | 23 | Google Counter | |
| 124 | 24 | 125 | 5 | DOJ Affirmative | |
| 125 | 7 | 125 | 22 | DOJ Affirmative | |
| 126 | 3 | 126 | 23 | DOJ Affirmative | |
| 126 | 25 | 127 | 11 | DOJ Affirmative | |
| 128 | 5 | 128 | 11 | Google Counter | |
| 129 | 17 | 130 | 13 | Google Counter | |
| 130 | 15 | 130 | 16 | Google Counter | |
| 130 | 18 | 131 | 13 | Google Counter | |
| 132 | 9 | 132 | 16 | Google Counter | |
| 132 | 18 | 133 | 22 | Google Counter | |
| 133 | 23 | 134 | 9 | DOJ Affirmative | |
| 135 | 4 | 135 | 6 | DOJ Affirmative | |
| 135 | 8 | 135 | 24 | DOJ Affirmative | |
| 136 | 16 | 136 | 21 | Google Counter | |

| Designations from Deposition of Catherine Edwards (5/4/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 136 | 23 | 137 | 3 | Google Counter | |
| 137 | 4 | 137 | 17 | DOJ Affirmative | |
| 137 | 18 | 138 | 3 | Google Counter | |
| 138 | 4 | 138 | 11 | DOJ Affirmative | |
| 138 | 20 | 138 | 25 | DOJ Affirmative | |
| 139 | 3 | 139 | 6 | DOJ Affirmative | |
| 139 | 16 | 140 | 6 | Google Counter | |
| 140 | 23 | 141 | 20 | DOJ Affirmative | |
| 142 | 2 | 146 | 12 | DOJ Affirmative | |
| 147 | 11 | 147 | 25 | DOJ Affirmative | GOOGObj-Form - Other |
| 148 | 3 | 148 | 20 | DOJ Affirmative | GOOGObj-Form - Other as to 148:3-5 |
| 148 | 23 | 149 | 3 | DOJ Affirmative | |
| 149 | 4 | 150 | 10 | Google Counter | |
| 150 | 11 | 150 | 18 | DOJ Affirmative | |
| 150 | 20 | 151 | 2 | DOJ Affirmative | |
| 151 | 10 | 151 | 20 | DOJ Affirmative | |
| 151 | 21 | 151 | 23 | Google Counter | |
| 151 | 25 | 152 | 2 | Google Counter | |
| 152 | 3 | 153 | 3 | Google Counter | |
| 155 | 2 | 157 | 16 | DOJ Affirmative | |
| 157 | 19 | 157 | 25 | DOJ Affirmative | GOOGObj-Form - Other |
| 158 | 3 | 158 | 23 | DOJ Affirmative | GOOGObj-Form - Other; Question at 158:17-23 is vague |
| 158 | 25 | 159 | 11 | DOJ Affirmative | GOOGObj-Form - Other |
| 159 | 13 | 161 | 23 | DOJ Affirmative | GOOGObj-Form - Other as to 159:13-160:4 and 161:19-23; Question at 161:19-23 is vague |
| 161 | 25 | 164 | 16 | DOJ Affirmative | GOOGObj-Form - Other as to 161:25-162:15 |

| Designations from Deposition of Catherine Edwards (5/4/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| | | | | | and 164:14-16; Question at 164:14-16 is vague |
| 164 | 18 | 166 | 13 | DOJ Affirmative | |
| 170 | 23 | 171 | 17 | Google Counter | |
| 173 | 20 | 175 | 19 | DOJ Affirmative | |
| 183 | 6 | 183 | 16 | DOJ Affirmative | |
| 183 | 18 | 184 | 5 | DOJ Affirmative | |
| 184 | 9 | 185 | 9 | DOJ Affirmative | |
| 185 | 10 | 185 | 21 | Google Counter | |
| 185 | 22 | 187 | 9 | DOJ Affirmative | |
| 187 | 14 | 187 | 19 | DOJ Affirmative | GOOGObj-Form - Other |
| 187 | 21 | 187 | 25 | DOJ Affirmative | GOOGObj-Form - Other |
| 188 | 9 | 188 | 15 | DOJ Affirmative | GOOGObj-Form - Other |
| 188 | 17 | 190 | 19 | DOJ Affirmative | GOOGObj-Form - Other |
| 193 | 5 | 193 | 8 | DOJ Affirmative | |
| 193 | 10 | 194 | 11 | DOJ Affirmative | |
| 196 | 24 | 197 | 8 | Google Counter | |
| 197 | 10 | 200 | 8 | DOJ Affirmative | GOOGObj-Incomplete; Designation omits opening question |
| 200 | 9 | 200 | 10 | Google Counter | |
| 200 | 12 | 200 | 16 | Google Counter | |
| 201 | 2 | 201 | 15 | DOJ Affirmative | |
| 202 | 13 | 202 | 24 | DOJ Affirmative | |
| 203 | 2 | 203 | 6 | DOJ Affirmative | |
| 203 | 7 | 204 | 5 | Google Counter | |
| 204 | 22 | 204 | 24 | Google Counter | |
| 205 | 2 | 205 | 3 | Google Counter | |
| 205 | 4 | 205 | 21 | DOJ Affirmative | |
| 205 | 25 | 206 | 15 | DOJ Affirmative | |
| 206 | 17 | 206 | 20 | DOJ Affirmative | |
| 206 | 21 | 207 | 3 | Google Counter | |
| 207 | 5 | 208 | 4 | Google Counter | |
| 208 | 8 | 208 | 13 | DOJ Affirmative | |

| Designations from Deposition of Catherine Edwards (5/4/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 208 | 15 | 208 | 17 | DOJ Affirmative | |
| 208 | 19 | 210 | 2 | DOJ Affirmative | |
| 210 | 19 | 210 | 19 | DOJ Affirmative | |
| 210 | 21 | 210 | 24 | DOJ Affirmative | |
| 211 | 7 | 211 | 15 | Google Counter | |
| 211 | 17 | 213 | 11 | DOJ Affirmative | |
| 213 | 13 | 214 | 5 | DOJ Affirmative | |
| 214 | 7 | 215 | 8 | DOJ Affirmative | |
| 215 | 10 | 215 | 14 | DOJ Affirmative | |
| 215 | 15 | 217 | 3 | Google Counter | |
| 217 | 14 | 218 | 5 | DOJ Affirmative | |
| 218 | 16 | 219 | 12 | DOJ Affirmative | |
| 219 | 14 | 221 | 12 | DOJ Affirmative | |
| 221 | 14 | 223 | 13 | DOJ Affirmative | |
| 223 | 17 | 224 | 16 | DOJ Affirmative | |
| 224 | 24 | 227 | 15 | DOJ Affirmative | |
| 227 | 17 | 229 | 16 | DOJ Affirmative | |
| 229 | 18 | 230 | 18 | DOJ Affirmative | |
| 230 | 20 | 231 | 3 | DOJ Affirmative | |
| 231 | 13 | 232 | 11 | DOJ Affirmative | |
| 232 | 13 | 233 | 8 | DOJ Affirmative | |
| 234 | 3 | 234 | 10 | DOJ Affirmative | GOOGObj-Form - Other |
| 234 | 12 | 234 | 25 | DOJ Affirmative | GOOGObj-Form - Other as to 234:12-25 |
| 235 | 2 | 235 | 24 | DOJ Affirmative | |
| 236 | 2 | 236 | 11 | DOJ Affirmative | |
| 236 | 12 | 236 | 14 | Google Counter | |
| 236 | 16 | 236 | 20 | Google Counter | |
| 236 | 21 | 236 | 25 | DOJ Affirmative | |
| 237 | 3 | 238 | 17 | DOJ Affirmative | |
| 238 | 18 | 240 | 8 | Google Counter | |
| 240 | 9 | 241 | 16 | DOJ Affirmative | |
| 241 | 18 | 243 | 11 | DOJ Affirmative | |
| 243 | 23 | 246 | 12 | DOJ Affirmative | GOOGObj-Form - Other as to 246:6-12 |
| 246 | 14 | 246 | 23 | DOJ Affirmative | GOOGObj-Form - Other |
| 246 | 24 | 247 | 6 | Google Counter | |

| Designations from Deposition of Catherine Edwards (5/4/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 247 | 8 | 247 | 14 | Google Counter | |
| 247 | 16 | 248 | 4 | Google Counter | |
| 248 | 6 | 248 | 14 | Google Counter | |
| 248 | 15 | 248 | 17 | DOJ Affirmative | GOOGObj-Incomplete |
| 248 | 21 | 249 | 10 | DOJ Affirmative | GOOGObj-Rule 602 |
| 275 | 17 | 276 | 13 | Google Counter | |
| 281 | 22 | 282 | 9 | DOJ Affirmative | GOOGObj-Rule 602 |
| 282 | 20 | 283 | 20 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Form - Other as to 283:19-20 |
| 283 | 22 | 284 | 16 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Form - Other as to 283:22-24 |
| 284 | 18 | 285 | 17 | DOJ Affirmative | GOOGObj-Rule 602 |
| 285 | 23 | 286 | 5 | DOJ Affirmative | GOOGObj-Rule 602 |