# EXHIBIT L

| Designations from Deposition of Jeffrey Ezell (1/26/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 10 | 9 | 10 | 14 | Google Affirmative | |
| 17 | 13 | 17 | 15 | DOJ Counter | |
| 17 | 16 | 17 | 24 | States Counter | |
| 17 | 16 | 19 | 7 | Google Affirmative | |
| 18 | 16 | 19 | 11 | States Counter | |
| 19 | 8 | 19 | 11 | DOJ Counter | |
| 19 | 21 | 19 | 24 | DOJ Counter | |
| 28 | 4 | 28 | 12 | States Counter | |
| 29 | 3 | 29 | 10 | States Counter | |
| 29 | 11 | 29 | 25 | Google Counter Counter | |
| 30 | 23 | 31 | 9 | Google Counter Counter | |
| 31 | 11 | 31 | 15 | Google Counter Counter | |
| 31 | 17 | 32 | 13 | States Counter | GOOGCntrObj-Incomplete as to 31:17-19 |
| 36 | 7 | 37 | 6 | States Counter | |
| 37 | 25 | 38 | 6 | States Counter | |
| 43 | 10 | 44 | 1 | States Counter | |
| 43 | 10 | 44 | 1 | Google Affirmative | |
| 44 | 2 | 44 | 22 | States Counter | |
| 45 | 14 | 45 | 18 | Google Affirmative | |
| 45 | 20 | 45 | 25 | Google Affirmative | |
| 46 | 1 | 46 | 6 | Google Affirmative | |
| 46 | 7 | 48 | 16 | Google Affirmative | |
| 48 | 18 | 48 | 24 | Google Affirmative | |
| 49 | 2 | 49 | 21 | Google Affirmative | |
| 49 | 22 | 49 | 25 | States Counter | |
| 51 | 8 | 53 | 15 | States Counter | GOOGCntrObj-Rule 602 as to 51:8-15 |
| 53 | 16 | 53 | 22 | Google Affirmative | |
| 53 | 23 | 53 | 25 | Google Affirmative | |
| 54 | 3 | 55 | 5 | Google Affirmative | |
| 55 | 7 | 55 | 9 | Google Affirmative | |
| 55 | 11 | 56 | 1 | Google Affirmative | |
| 59 | 18 | 59 | 19 | DOJ Counter | |
| 59 | 18 | 59 | 24 | States Counter | |
| 59 | 21 | 59 | 24 | DOJ Counter | |
| 60 | 2 | 61 | 23 | Google Affirmative | |
| 61 | 24 | 62 | 12 | Google Affirmative | |
| 62 | 14 | 63 | 7 | Google Affirmative | |

| Designations from Deposition of Jeffrey Ezell (1/26/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 63 | 9 | 64 | 7 | States Counter | GOOGCntrObj-Rule 602 as to 63:22-64:7 |
| 63 | 22 | 64 | 7 | DOJ Counter | GOOGCntrObj-Rule 602 as to 63:22-64:7 |
| 64 | 8 | 65 | 18 | Google Affirmative | |
| 65 | 19 | 67 | 1 | DOJ Counter | |
| 65 | 22 | 68 | 15 | States Counter | |
| 68 | 19 | 68 | 21 | Google Counter Counter | |
| 68 | 23 | 69 | 22 | Google Counter Counter | |
| 70 | 7 | 71 | 2 | States Counter | |
| 71 | 8 | 71 | 15 | States Counter | |
| 71 | 16 | 71 | 19 | Google Counter Counter | |
| 72 | 4 | 73 | 8 | States Counter | |
| 73 | 17 | 74 | 21 | States Counter | GOOGCntrObj-Incomplete as to 74:10-21 |
| 74 | 22 | 74 | 24 | Google Counter Counter | |
| 75 | 18 | 75 | 22 | DOJ Counter | |
| 75 | 18 | 76 | 25 | States Counter | |
| 77 | 1 | 77 | 10 | Google Counter Counter | |
| 77 | 11 | 77 | 19 | DOJ Counter | |
| 77 | 11 | 78 | 21 | States Counter | |
| 79 | 5 | 79 | 8 | DOJ Counter | |
| 79 | 5 | 80 | 4 | States Counter | |
| 80 | 21 | 81 | 17 | Google Affirmative | |
| 81 | 18 | 81 | 23 | Google Affirmative | |
| 87 | 11 | 87 | 16 | Google Affirmative | |
| 87 | 17 | 87 | 20 | DOJ Counter | |
| 87 | 23 | 89 | 17 | DOJ Counter | |
| 89 | 8 | 90 | 23 | States Counter | |
| 91 | 14 | 91 | 20 | States Counter | |
| 91 | 16 | 91 | 20 | DOJ Counter | |
| 91 | 21 | 91 | 25 | Google Affirmative | |
| 92 | 2 | 93 | 25 | Google Affirmative | |
| 94 | 2 | 94 | 11 | DOJ Counter | |
| 94 | 3 | 94 | 11 | States Counter | |
| 96 | 8 | 97 | 5 | States Counter | |
| 97 | 7 | 97 | 19 | States Counter | |
| 99 | 18 | 100 | 10 | States Counter | |

| Designations from Deposition of Jeffrey Ezell (1/26/2022) |||||
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 100 | 13 | 101 | 1 | DOJ Counter | |
| 102 | 9 | 102 | 12 | DOJ Counter | |
| 102 | 15 | 102 | 25 | DOJ Counter | |
| 103 | 2 | 103 | 6 | Google Affirmative | |
| 103 | 13 | 103 | 16 | Google Affirmative | |
| 103 | 17 | 104 | 11 | Google Affirmative | |
| 104 | 12 | 104 | 14 | States Counter | |
| 104 | 12 | 104 | 14 | DOJ Counter | |
| 109 | 4 | 109 | 7 | Google Affirmative | |
| 109 | 10 | 110 | 22 | Google Affirmative | |
| 111 | 1 | 111 | 5 | Google Affirmative | |
| 111 | 9 | 111 | 16 | Google Affirmative | |
| 112 | 3 | 112 | 11 | DOJ Counter | |
| 112 | 12 | 114 | 24 | States Counter | |
| 121 | 25 | 122 | 6 | Google Affirmative | |
| 122 | 14 | 122 | 15 | Google Affirmative | |
| 124 | 25 | 125 | 21 | DOJ Counter | |
| 125 | 22 | 126 | 1 | Google Affirmative | |
| 126 | 3 | 127 | 2 | Google Affirmative | |
| 127 | 4 | 128 | 11 | States Counter | |
| 128 | 13 | 128 | 17 | Google Affirmative | |
| 128 | 19 | 129 | 12 | Google Affirmative | |
| 129 | 14 | 129 | 18 | Google Affirmative | |
| 129 | 19 | 130 | 14 | Google Affirmative | |
| 130 | 16 | 130 | 16 | Google Affirmative | |
| 130 | 24 | 132 | 15 | States Counter | |
| 132 | 2 | 132 | 5 | DOJ Counter | |
| 132 | 7 | 132 | 23 | DOJ Counter | |
| 132 | 17 | 132 | 23 | States Counter | |
| 132 | 24 | 133 | 4 | Google Counter Counter | |
| 133 | 16 | 134 | 10 | Google Counter Counter | |
| 134 | 18 | 134 | 22 | Google Counter Counter | |
| 134 | 23 | 135 | 15 | States Counter | |
| 136 | 20 | 137 | 19 | States Counter | |
| 137 | 21 | 138 | 10 | States Counter | |
| 139 | 2 | 139 | 13 | DOJ Counter | |
| 148 | 24 | 149 | 21 | States Counter | |
| 149 | 5 | 149 | 21 | DOJ Counter | |
| 149 | 22 | 151 | 1 | Google Counter Counter | DOJObj [150:5-10]: Speculation |

| Designations from Deposition of Jeffrey Ezell (1/26/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| | | | | | (FRE 602); Hearsay (FRE 802) DOJObj [150:13-17]: Speculation (FRE 602); Hearsay (FRE 802) |
| 154 | 24 | 156 | 4 | States Counter | |
| 157 | 23 | 158 | 17 | DOJ Counter | |
| 158 | 5 | 158 | 11 | States Counter | |
| 159 | 6 | 159 | 11 | States Counter | |
| 160 | 5 | 161 | 1 | Google Counter Counter | |
| 163 | 4 | 163 | 6 | Google Affirmative | |
| 163 | 8 | 164 | 5 | Google Affirmative | |
| 165 | 14 | 166 | 6 | States Counter | |
| 168 | 8 | 169 | 6 | States Counter | |
| 168 | 8 | 170 | 9 | DOJ Counter | |
| 172 | 8 | 172 | 25 | States Counter | |
| 173 | 5 | 176 | 24 | Google Affirmative | |
| 177 | 16 | 178 | 17 | States Counter | |
| 178 | 18 | 179 | 18 | Google Affirmative | |
| 179 | 19 | 180 | 7 | States Counter | |
| 180 | 23 | 181 | 17 | States Counter | |
| 183 | 16 | 184 | 4 | Google Counter Counter | |
| 184 | 5 | 185 | 3 | States Counter | |
| 185 | 19 | 185 | 25 | States Counter | |
| 186 | 7 | 187 | 14 | States Counter | |
| 187 | 15 | 187 | 25 | Google Affirmative | |
| 188 | 2 | 188 | 15 | Google Affirmative | |
| 188 | 17 | 189 | 5 | States Counter | |
| 189 | 7 | 190 | 10 | States Counter | |
| 190 | 12 | 192 | 11 | States Counter | |
| 192 | 12 | 193 | 14 | Google Affirmative | |
| 194 | 19 | 194 | 21 | DOJ Counter | |
| 195 | 3 | 195 | 6 | DOJ Counter | |
| 195 | 7 | 196 | 2 | Google Affirmative | |
| 196 | 3 | 196 | 24 | Google Affirmative | |
| 196 | 25 | 201 | 2 | States Counter | |
| 202 | 8 | 203 | 5 | Google Affirmative | |
| 203 | 6 | 203 | 12 | States Counter | |
| 204 | 16 | 205 | 2 | States Counter | |

| Designations from Deposition of Jeffrey Ezell (1/26/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 215 | 6 | 216 | 17 | States Counter | |
| 218 | 7 | 221 | 5 | States Counter | GOOGCntrObj- Incomplete as to 218:7-15; GOOGCntrObj- Rule 602 |
| 221 | 6 | 221 | 25 | Google Counter Counter | |
| 227 | 18 | 227 | 24 | DOJ Counter | |
| 227 | 25 | 228 | 15 | Google Affirmative | |
| 229 | 8 | 229 | 19 | DOJ Counter | |
| 230 | 12 | 230 | 15 | Google Affirmative | |
| 230 | 18 | 231 | 6 | Google Affirmative | |
| 233 | 7 | 238 | 8 | Google Affirmative | |
| 238 | 9 | 239 | 9 | DOJ Counter | |
| 239 | 8 | 241 | 4 | States Counter | |
| 239 | 11 | 240 | 5 | DOJ Counter | |
| 240 | 15 | 241 | 4 | DOJ Counter | |
| 242 | 22 | 243 | 21 | DOJ Counter | |
| 242 | 22 | 245 | 9 | States Counter | |
| 243 | 23 | 245 | 3 | DOJ Counter | |
| 246 | 5 | 249 | 12 | DOJ Counter | |
| 246 | 5 | 249 | 25 | States Counter | |
| 249 | 14 | 249 | 25 | DOJ Counter | |
| 250 | 7 | 250 | 16 | States Counter | |
| 250 | 17 | 253 | 5 | Google Affirmative | |
| 253 | 23 | 254 | 14 | DOJ Counter | |
| 254 | 16 | 254 | 24 | DOJ Counter | |
| 255 | 2 | 255 | 23 | States Counter | GOOGCntrObj- Incomplete as to 255:10-23 |
| 257 | 7 | 258 | 8 | States Counter | |
| 257 | 23 | 258 | 1 | DOJ Counter | |
| 258 | 4 | 258 | 8 | DOJ Counter | |
| 260 | 17 | 261 | 21 | States Counter | |
| 267 | 8 | 268 | 7 | States Counter | |
| 270 | 15 | 270 | 24 | States Counter | |
| 274 | 16 | 274 | 17 | Google Affirmative | |
| 274 | 21 | 274 | 22 | Google Counter Counter | |
| 274 | 22 | 274 | 25 | Google Affirmative | DOJObj [all]: Incomplete Designation |

| **Designations from Deposition of Jeffrey Ezell (1/26/2022)** | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 275 | 12 | 275 | 22 | Google Affirmative | |
| 276 | 1 | 276 | 4 | Google Affirmative | |
| 276 | 5 | 277 | 20 | Google Affirmative | DOJObj [277:16-277:19]: Leading |
| 278 | 4 | 280 | 2 | Google Affirmative | DOJObj [279:20-280:02]: Leading; Speculation (FRE 602) |
| 280 | 5 | 280 | 9 | Google Affirmative | |
| 280 | 20 | 281 | 13 | States Counter | GOOGCntrObj-Form - Leading as to 281:8-13 |
| 282 | 10 | 283 | 15 | Google Affirmative | DOJObj [283:12-283:15]: Leading |
| 283 | 17 | 284 | 14 | Google Affirmative | DOJObj [284:09-284:14]: Leading |
| 284 | 16 | 284 | 23 | Google Affirmative | |
| 285 | 18 | 286 | 1 | States Counter | |
| 287 | 9 | 287 | 17 | States Counter | |
| 287 | 21 | 288 | 22 | Google Affirmative | |
| 289 | 4 | 293 | 14 | States Counter | |
| 293 | 18 | 294 | 10 | Google Affirmative | |
| 296 | 6 | 296 | 7 | Google Affirmative | |
| 296 | 11 | 296 | 14 | Google Affirmative | |
| 297 | 1 | 298 | 19 | States Counter | |
| 298 | 22 | 299 | 13 | Google Affirmative | |
| 299 | 14 | 300 | 2 | Google Affirmative | |
| 300 | 3 | 300 | 22 | Google Affirmative | |
| 300 | 23 | 308 | 9 | Google Affirmative | DOJObj [307:25-308:09]: Speculation (FRE 602) |
| 308 | 10 | 308 | 25 | DOJ Counter | GOOGCntrObj-Rule 602 as to 308:22-25 |
| 308 | 10 | 308 | 25 | States Counter | GOOGCntrObj-Rule 602 as to 308:22-25 |
| 309 | 14 | 310 | 12 | States Counter | |
| 312 | 12 | 313 | 21 | Google Affirmative | |
| 313 | 22 | 314 | 15 | States Counter | |

| Designations from Deposition of Jeffrey Ezell (1/26/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 315 | 22 | 317 | 21 | Google Affirmative | |
| 318 | 1 | 318 | 5 | Google Affirmative | |
| 318 | 24 | 320 | 3 | Google Affirmative | |
| 320 | 4 | 321 | 6 | DOJ Counter | |
| 321 | 7 | 321 | 24 | Google Counter Counter | DOJObj [321:10-24]: Speculation (FRE 602) |
| 323 | 18 | 323 | 24 | Google Affirmative | |
| 324 | 2 | 324 | 5 | Google Affirmative | |
| 324 | 7 | 325 | 19 | Google Affirmative | |
| 326 | 5 | 326 | 10 | Google Affirmative | DOJObj [326:5-10]: Speculation |
| 326 | 12 | 326 | 12 | Google Affirmative | |
| 326 | 14 | 327 | 20 | Google Affirmative | DOJObj [326:14-327:1]: Speculation, Hearsay DOJObj [327:15-327:20]: Speculation |
| 330 | 3 | 330 | 9 | Google Affirmative | |
| 330 | 12 | 330 | 15 | Google Affirmative | |
| 339 | 5 | 339 | 21 | Google Affirmative | |
| 340 | 1 | 341 | 6 | States Counter | GOOGCntrObj-Rule 802 as to 340:17-23 |
| 340 | 1 | 341 | 6 | DOJ Counter | GOOGCntrObj-Rule 802 as to 340:17-23 |
| 341 | 7 | 341 | 23 | DOJ Counter | |
| 347 | 20 | 348 | 22 | States Counter | |
| 349 | 24 | 350 | 14 | DOJ Counter | |
| 349 | 24 | 352 | 1 | States Counter | GOOGCntrObj-Rule 802 as to 350:20-351:3; 351:10-19 |
| 352 | 2 | 352 | 13 | DOJ Counter | |
| 352 | 14 | 352 | 16 | Google Affirmative | |
| 352 | 19 | 354 | 17 | Google Affirmative | DOJObj [all]: Vague Designation (repeatedly refers to content of |

| Designations from Deposition of Jeffrey Ezell (1/26/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| | | | | | exhibit not clearly identified in Google's designations); Speculation (FRE 602) |
| 354 | 19 | 354 | 22 | States Counter | |
| 356 | 1 | 356 | 6 | States Counter | |
| 356 | 1 | 356 | 6 | DOJ Counter | |
| 357 | 16 | 357 | 20 | DOJ Counter | |
| 357 | 16 | 358 | 9 | States Counter | |
| 357 | 22 | 357 | 24 | DOJ Counter | |
| 358 | 15 | 358 | 17 | Google Affirmative | |
| 358 | 19 | 359 | 17 | Google Affirmative | |