# EXHIBIT M

| Designations from Deposition of Nicholas Fox (10/5/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 10 | 9 | 10 | 12 | Google Counter | |
| 10 | 14 | 10 | 21 | Google Counter | |
| 11 | 15 | 12 | 6 | Google Counter | |
| 12 | 7 | 12 | 25 | DOJ Counter Counter | |
| 13 | 2 | 13 | 25 | DOJ Counter Counter | |
| 14 | 2 | 14 | 24 | DOJ Counter Counter | |
| 14 | 25 | 14 | 25 | DOJ Counter Counter | |
| 15 | 2 | 16 | 5 | DOJ Counter Counter | |
| 16 | 6 | 16 | 6 | DOJ Affirmative | GOOGObj-Incomplete |
| 16 | 16 | 16 | 25 | DOJ Counter Counter | |
| 17 | 2 | 17 | 9 | DOJ Counter Counter | |
| 17 | 13 | 17 | 25 | DOJ Counter Counter | |
| 18 | 2 | 18 | 5 | DOJ Counter Counter | |
| 18 | 6 | 18 | 24 | Google Counter | |
| 18 | 25 | 19 | 18 | DOJ Counter Counter | |
| 19 | 19 | 20 | 9 | DOJ Affirmative | |
| 21 | 7 | 21 | 24 | DOJ Affirmative | |
| 22 | 7 | 22 | 9 | DOJ Affirmative | |
| 22 | 12 | 22 | 16 | DOJ Affirmative | |
| 22 | 19 | 23 | 18 | DOJ Affirmative | |
| 31 | 21 | 34 | 20 | DOJ Affirmative | |
| 35 | 17 | 36 | 24 | DOJ Affirmative | |
| 37 | 22 | 39 | 8 | DOJ Affirmative | |
| 39 | 11 | 40 | 20 | DOJ Affirmative | |
| 41 | 6 | 41 | 9 | DOJ Affirmative | |
| 41 | 12 | 43 | 4 | DOJ Affirmative | |
| 43 | 15 | 44 | 5 | DOJ Affirmative | |
| 44 | 13 | 44 | 18 | DOJ Affirmative | |
| 44 | 21 | 45 | 18 | DOJ Affirmative | |
| 47 | 20 | 47 | 21 | DOJ Affirmative | |
| 47 | 24 | 50 | 3 | DOJ Affirmative | |
| 50 | 15 | 51 | 25 | DOJ Affirmative | |
| 52 | 2 | 52 | 4 | Google Counter | |
| 52 | 7 | 53 | 11 | Google Counter | |
| 53 | 12 | 53 | 18 | DOJ Affirmative | |
| 54 | 7 | 54 | 10 | DOJ Affirmative | |
| 55 | 12 | 55 | 15 | DOJ Affirmative | |
| 55 | 24 | 57 | 4 | Google Counter | |
| 57 | 5 | 57 | 19 | DOJ Affirmative | |

| Designations from Deposition of Nicholas Fox (10/5/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 58 | 10 | 58 | 11 | DOJ Affirmative | |
| 58 | 14 | 59 | 10 | DOJ Affirmative | |
| 59 | 11 | 59 | 12 | Google Counter | |
| 59 | 15 | 59 | 23 | Google Counter | |
| 60 | 2 | 60 | 2 | Google Counter | |
| 60 | 3 | 60 | 14 | DOJ Affirmative | |
| 61 | 8 | 64 | 9 | DOJ Affirmative | |
| 64 | 10 | 64 | 16 | Google Counter | |
| 65 | 7 | 65 | 20 | DOJ Affirmative | |
| 66 | 14 | 68 | 24 | DOJ Affirmative | |
| 69 | 3 | 69 | 15 | DOJ Affirmative | |
| 69 | 18 | 71 | 9 | DOJ Affirmative | |
| 71 | 24 | 72 | 11 | DOJ Affirmative | |
| 72 | 14 | 73 | 21 | DOJ Affirmative | |
| 74 | 4 | 75 | 3 | DOJ Affirmative | |
| 75 | 4 | 75 | 14 | Google Counter | |
| 75 | 15 | 76 | 5 | DOJ Affirmative | GOOGObj-Incomplete |
| 76 | 8 | 79 | 7 | DOJ Affirmative | |
| 79 | 8 | 79 | 9 | Google Counter | |
| 79 | 12 | 79 | 20 | Google Counter | |
| 79 | 21 | 80 | 10 | Google Counter | |
| 80 | 11 | 80 | 20 | DOJ Affirmative | GOOGObj-Incomplete as to 80:20 |
| 80 | 21 | 80 | 25 | Google Counter | |
| 81 | 5 | 82 | 9 | DOJ Affirmative | |
| 82 | 24 | 84 | 17 | DOJ Affirmative | |
| 84 | 20 | 85 | 6 | DOJ Affirmative | |
| 85 | 9 | 85 | 12 | DOJ Affirmative | |
| 85 | 15 | 86 | 13 | DOJ Affirmative | |
| 86 | 23 | 88 | 22 | DOJ Affirmative | |
| 89 | 21 | 90 | 8 | DOJ Affirmative | |
| 90 | 17 | 91 | 7 | DOJ Affirmative | |
| 104 | 25 | 108 | 6 | DOJ Affirmative | |
| 109 | 12 | 110 | 24 | DOJ Affirmative | |
| 111 | 14 | 113 | 15 | DOJ Affirmative | |
| 113 | 16 | 113 | 23 | DOJ Affirmative | |
| 114 | 3 | 114 | 6 | DOJ Affirmative | |

| Designations from Deposition of Nicholas Fox (10/5/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 114 | 25 | 117 | 7 | DOJ Affirmative | GOOGObj-Form - Other; Vague as to 117:3 - 7 |
| 117 | 10 | 117 | 12 | DOJ Affirmative | GOOGObj-Form - Other; Vague |
| 118 | 16 | 119 | 4 | DOJ Affirmative | |
| 119 | 7 | 119 | 12 | DOJ Affirmative | |
| 120 | 23 | 121 | 5 | Google Counter | |
| 121 | 8 | 122 | 7 | Google Counter | |
| 122 | 8 | 122 | 20 | DOJ Affirmative | |
| 123 | 21 | 123 | 24 | DOJ Affirmative | |
| 124 | 3 | 124 | 4 | DOJ Affirmative | |
| 155 | 20 | 156 | 24 | DOJ Affirmative | |
| 157 | 3 | 157 | 13 | DOJ Affirmative | |
| 157 | 20 | 160 | 10 | DOJ Affirmative | |
| 160 | 23 | 161 | 16 | DOJ Affirmative | |
| 161 | 25 | 166 | 20 | DOJ Affirmative | |
| 166 | 21 | 167 | 3 | DOJ Affirmative | |
| 167 | 4 | 167 | 6 | Google Counter | |
| 167 | 7 | 167 | 24 | DOJ Affirmative | |
| 168 | 3 | 172 | 7 | DOJ Affirmative | |
| 172 | 22 | 174 | 25 | DOJ Affirmative | |
| 180 | 11 | 181 | 15 | DOJ Affirmative | GOOGObj-Form - Other; Assumes facts not in evidence as to 181:12-15 |
| 181 | 18 | 182 | 22 | DOJ Affirmative | GOOGObj-Form - Other; Assumes facts not in evidence as to 182:20-22 |
| 182 | 25 | 184 | 9 | DOJ Affirmative | |
| 184 | 19 | 184 | 25 | DOJ Affirmative | GOOGObj-Form - Other; Assumes facts not in evidence |
| 185 | 4 | 186 | 2 | DOJ Affirmative | |
| 186 | 5 | 186 | 15 | DOJ Affirmative | |
| 200 | 8 | 201 | 23 | DOJ Affirmative | |
| 202 | 4 | 205 | 3 | DOJ Affirmative | |

| Designations from Deposition of Nicholas Fox (10/5/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 205 | 7 | 205 | 12 | DOJ Affirmative | |
| 206 | 9 | 207 | 13 | DOJ Affirmative | |
| 208 | 18 | 210 | 5 | DOJ Affirmative | |
| 210 | 6 | 212 | 19 | DOJ Affirmative | |
| 236 | 3 | 236 | 11 | DOJ Affirmative | |
| 237 | 17 | 238 | 10 | DOJ Affirmative | |
| 238 | 25 | 240 | 5 | DOJ Affirmative | |
| 240 | 15 | 241 | 23 | DOJ Affirmative | |
| 242 | 1 | 242 | 6 | DOJ Affirmative | |
| 242 | 10 | 242 | 16 | Google Counter | |
| 242 | 19 | 243 | 20 | Google Counter | |
| 243 | 21 | 244 | 12 | DOJ Affirmative | |
| 310 | 19 | 311 | 6 | DOJ Affirmative | |
| 311 | 19 | 312 | 5 | DOJ Affirmative | |
| 312 | 19 | 312 | 24 | DOJ Affirmative | |
| 313 | 3 | 313 | 19 | DOJ Affirmative | |
| 314 | 25 | 316 | 15 | DOJ Affirmative | |
| 316 | 18 | 317 | 10 | DOJ Affirmative | |
| 322 | 23 | 322 | 25 | DOJ Counter Counter | |
| 323 | 2 | 323 | 5 | DOJ Counter Counter | |
| 323 | 18 | 323 | 19 | DOJ Counter Counter | |
| 323 | 22 | 323 | 25 | DOJ Counter Counter | |
| 324 | 2 | 324 | 17 | DOJ Counter Counter | |
| 324 | 20 | 324 | 22 | DOJ Counter Counter | |
| 324 | 23 | 324 | 25 | DOJ Affirmative | |
| 325 | 4 | 325 | 25 | DOJ Affirmative | |
| 326 | 2 | 326 | 5 | Google Counter | |