# EXHIBIT N

| Designations from Deposition of Neil Geurin (April 8, 2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 8 | 6 | 8 | 25 | States Affirmative | |
| 9 | 24 | 10 | 20 | Google Counter | |
| 10 | 21 | 10 | 25 | States Affirmative | |
| 11 | 1 | 11 | 10 | Google Counter | |
| 11 | 11 | 11 | 16 | Google Counter | |
| 12 | 20 | 12 | 25 | States Affirmative | |
| 13 | 1 | 13 | 5 | States Affirmative | |
| 14 | 6 | 14 | 14 | States Affirmative | |
| 17 | 4 | 17 | 24 | Google Counter | |
| 18 | 19 | 19 | 9 | Google Counter | |
| 20 | 24 | 21 | 4 | Google Counter | |
| 30 | 22 | 31 | 5 | Google Counter | |
| 31 | 6 | 32 | 13 | Google Counter | |
| 43 | 13 | 45 | 6 | States Affirmative | |
| 46 | 2 | 47 | 6 | Google Counter | |
| 51 | 24 | 53 | 4 | Google Counter | |
| 53 | 5 | 53 | 17 | States Affirmative | |
| 70 | 6 | 70 | 16 | Google Counter | |