# EXHIBIT O

| Designations from Deposition of Jeffrey Giard (1/10/2022–1/11/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 10 | 10 | 10 | 16 | Google Affirmative | |
| 19 | 18 | 20 | 20 | DOJ Counter | |
| 19 | 23 | 20 | 2 | Google Affirmative | |
| 20 | 17 | 20 | 20 | Google Affirmative | |
| 21 | 9 | 21 | 16 | Google Affirmative | |
| 22 | 7 | 22 | 24 | DOJ Counter | |
| 23 | 4 | 23 | 9 | Google Affirmative | |
| 23 | 16 | 23 | 21 | Google Affirmative | |
| 23 | 23 | 24 | 4 | Google Affirmative | |
| 24 | 6 | 24 | 7 | Google Affirmative | |
| 24 | 9 | 24 | 14 | DOJ Counter | |
| 26 | 16 | 26 | 19 | Google Affirmative | |
| 27 | 11 | 27 | 18 | Google Affirmative | |
| 27 | 19 | 27 | 22 | DOJ Counter | |
| 27 | 23 | 28 | 10 | DOJ Counter | |
| 32 | 17 | 33 | 3 | Google Affirmative | |
| 33 | 15 | 34 | 19 | DOJ Counter | GOOGCntrObj-Other - Rule 106 |
| 34 | 21 | 34 | 21 | DOJ Counter | GOOGCntrObj-Other - Rule 106 |
| 35 | 7 | 35 | 8 | DOJ Counter | GOOGCntrObj-Other - Rule 106 |
| 35 | 10 | 35 | 15 | DOJ Counter | GOOGCntrObj-Other - Rule 106 |
| 35 | 17 | 35 | 25 | DOJ Counter | GOOGCntrObj-Other - Rule 106 |
| 37 | 4 | 38 | 1 | DOJ Counter | GOOGCntrObj-Other - Rule 106 |
| 38 | 4 | 38 | 21 | DOJ Counter | GOOGCntrObj-Other - Rule 106 |
| 39 | 3 | 39 | 6 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Other - Rule 106 |
| 39 | 8 | 39 | 16 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Other - Rule 106 |
| 42 | 2 | 42 | 23 | DOJ Counter | |
| 43 | 6 | 43 | 9 | Google Affirmative | |
| 43 | 11 | 43 | 20 | Google Affirmative | |

| **Designations from Deposition of Jeffrey Giard (1/10/2022–1/11/2022)** |
|---|---|---|---|---|---|

| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 43 | 22 | 44 | 2 | DOJ Counter | |
| 44 | 10 | 44 | 11 | Google Affirmative | |
| 44 | 13 | 44 | 15 | Google Affirmative | |
| 44 | 17 | 45 | 1 | DOJ Counter | |
| 46 | 7 | 47 | 18 | DOJ Counter | |
| 47 | 20 | 47 | 20 | DOJ Counter | |
| 48 | 24 | 49 | 9 | DOJ Counter | |
| 49 | 17 | 50 | 6 | DOJ Counter | GOOGCntrObj-Other - Rule 106 |
| 50 | 9 | 51 | 24 | DOJ Counter | GOOGCntrObj-Other - Rule 106 |
| 52 | 16 | 54 | 2 | DOJ Counter | GOOGCntrObj-Other - Rule 106 |
| 55 | 15 | 55 | 21 | DOJ Counter | |
| 55 | 23 | 57 | 1 | DOJ Counter | |
| 57 | 10 | 57 | 13 | DOJ Counter | |
| 57 | 15 | 58 | 5 | DOJ Counter | |
| 58 | 24 | 59 | 14 | DOJ Counter | |
| 59 | 21 | 62 | 5 | DOJ Counter | |
| 62 | 16 | 63 | 19 | DOJ Counter | |
| 68 | 21 | 68 | 25 | DOJ Counter | GOOGCntrObj-Other - Exhibit admissibility not established |
| 70 | 19 | 73 | 15 | DOJ Counter | GOOGCntrObj-Rule 802 as to 73:7-15; GOOGCntrObj-Rule 602 as to 73:7-15 |
| 73 | 17 | 73 | 21 | DOJ Counter | GOOGCntrObj-Rule 802; GOOGCntrObj-Rule 602 |
| 73 | 23 | 74 | 11 | DOJ Counter | GOOGCntrObj-Rule 802; GOOGCntrObj-Rule 602 |
| 74 | 13 | 74 | 21 | DOJ Counter | GOOGCntrObj-Rule 802; GOOGCntrObj-Rule 602 |
| 76 | 20 | 77 | 5 | DOJ Counter | |

| Designations from Deposition of Jeffrey Giard (1/10/2022–1/11/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 78 | 9 | 78 | 19 | DOJ Counter | GOOGCntrObj-Rule 402; Subject to Google's Motion in Limine to Preclude Evidence or Argument Concerning Abandoned Conduct Allegations. |
| 85 | 3 | 85 | 6 | DOJ Counter | |
| 85 | 8 | 85 | 14 | DOJ Counter | |
| 85 | 16 | 85 | 19 | DOJ Counter | |
| 88 | 7 | 89 | 24 | DOJ Counter | GOOGCntrObj-Rule 802 as to 88:14-88:23, 89:14-24; GOOGCntrObj-Rule 602 as to 88:14-88:23, 89:3-13, 89:21-24 |
| 90 | 2 | 90 | 2 | DOJ Counter | GOOGCntrObj-Rule 802; GOOGCntrObj-Rule 602 |
| 101 | 20 | 105 | 9 | DOJ Counter | |
| 105 | 10 | 105 | 14 | Google Affirmative | |
| 105 | 16 | 107 | 13 | Google Affirmative | DOJObj. [107:9-107:13]: Foundation (FRE 104a), Speculation (FRE 602), Hearsay (FRE 802) |
| 108 | 6 | 108 | 20 | DOJ Counter | GOOGCntrObj-Rule 602 as to 108:9-108:20 |
| 108 | 22 | 110 | 5 | DOJ Counter | GOOGCntrObj-Rule 602 as to 108:22-109:13 |
| 111 | 15 | 111 | 25 | DOJ Counter | |
| 112 | 2 | 112 | 7 | DOJ Counter | |
| 112 | 19 | 113 | 2 | DOJ Counter | |
| 113 | 4 | 115 | 19 | DOJ Counter | |

| Designations from Deposition of Jeffrey Giard (1/10/2022–1/11/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 115 | 21 | 116 | 8 | DOJ Counter | |
| 116 | 10 | 116 | 12 | DOJ Counter | |
| 118 | 20 | 119 | 3 | DOJ Counter | |
| 137 | 24 | 138 | 11 | Google Counter | |
| 137 | 24 | 138 | 11 | DOJ Counter | |
| 138 | 25 | 139 | 15 | Google Counter | |
| 139 | 17 | 140 | 19 | Google Counter | |
| 139 | 21 | 140 | 4 | DOJ Counter | |
| 141 | 21 | 142 | 5 | DOJ Counter | GOOGCntrObj- Other - Exhibit admissibility not established |
| 141 | 21 | 142 | 5 | DOJ Counter | |
| 142 | 22 | 143 | 1 | DOJ Counter | |
| 143 | 9 | 143 | 24 | DOJ Counter | |
| 143 | 25 | 144 | 2 | DOJ Counter | |
| 144 | 4 | 144 | 5 | DOJ Counter | |
| 144 | 15 | 144 | 17 | Google Counter | |
| 144 | 19 | 144 | 24 | Google Counter | |
| 145 | 1 | 145 | 10 | Google Counter | |
| 145 | 12 | 146 | 4 | Google Counter | |
| 146 | 8 | 146 | 13 | DOJ Counter | |
| 146 | 15 | 146 | 18 | DOJ Counter | |
| 146 | 20 | 146 | 23 | DOJ Counter | |
| 148 | 13 | 148 | 25 | DOJ Counter | |
| 149 | 2 | 149 | 6 | DOJ Counter | |
| 154 | 17 | 154 | 21 | Google Counter | |
| 154 | 23 | 155 | 14 | Google Counter | |
| 157 | 23 | 157 | 24 | DOJ Counter | |
| 158 | 1 | 158 | 4 | DOJ Counter | |
| 159 | 12 | 159 | 15 | DOJ Counter | |
| 159 | 17 | 159 | 22 | DOJ Counter | |
| 159 | 25 | 160 | 16 | DOJ Counter | |
| 160 | 2 | 160 | 16 | Google Counter Counter | |
| 161 | 7 | 161 | 22 | Google Affirmative | DOJObj [161:07-161:09]: Vague Designation (unclear to which negotiations/time period the question refers) |

| Designations from Deposition of Jeffrey Giard (1/10/2022–1/11/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 161 | 24 | 163 | 1 | Google Affirmative | |
| 165 | 4 | 165 | 25 | Google Affirmative | |
| 166 | 1 | 166 | 20 | DOJ Counter | |
| 166 | 23 | 168 | 7 | Google Affirmative | |
| 168 | 14 | 168 | 23 | DOJ Counter | GOOGCntrObj-Other - Exhibit admissibility not established |
| 169 | 7 | 169 | 14 | DOJ Counter | |
| 170 | 3 | 170 | 8 | DOJ Counter | |
| 170 | 20 | 170 | 24 | DOJ Counter | |
| 171 | 18 | 172 | 14 | DOJ Counter | GOOGCntrObj-Rule 802 |
| 181 | 4 | 181 | 10 | DOJ Counter | GOOGCntrObj-Rule 802 |
| 181 | 12 | 182 | 8 | DOJ Counter | GOOGCntrObj-Rule 802 |
| 182 | 10 | 183 | 15 | DOJ Counter | GOOGCntrObj-Rule 802 |
| 184 | 4 | 184 | 9 | DOJ Counter | |
| 184 | 11 | 184 | 11 | DOJ Counter | |
| 184 | 18 | 184 | 23 | DOJ Counter | GOOGCntrObj-Other - Exhibit admissibility not established |
| 185 | 2 | 186 | 15 | DOJ Counter | |
| 186 | 16 | 186 | 20 | Google Counter Counter | |
| 188 | 10 | 188 | 19 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 188 | 21 | 192 | 23 | DOJ Counter | GOOGCntrObj-Rule 602 as to 188:21-189:2, 190:4-190:11 |
| 192 | 25 | 193 | 1 | DOJ Counter | |
| 194 | 11 | 194 | 19 | Google Affirmative | |
| 195 | 1 | 195 | 3 | DOJ Counter | |
| 195 | 5 | 195 | 20 | DOJ Counter | |
| 195 | 21 | 195 | 24 | Google Counter Counter | |
| 196 | 1 | 196 | 12 | Google Counter Counter | |
| 199 | 8 | 199 | 15 | DOJ Counter | |
| 199 | 18 | 199 | 21 | DOJ Counter | |

| Designations from Deposition of Jeffrey Giard (1/10/2022–1/11/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 199 | 23 | 200 | 9 | DOJ Counter | |
| 200 | 11 | 200 | 15 | DOJ Counter | |
| 200 | 17 | 200 | 21 | DOJ Counter | |
| 201 | 11 | 202 | 4 | Google Affirmative | |
| 202 | 5 | 204 | 4 | DOJ Counter | |
| 206 | 3 | 206 | 17 | DOJ Counter | |
| 207 | 8 | 207 | 13 | DOJ Counter | |
| 210 | 6 | 211 | 3 | DOJ Counter | |
| 214 | 18 | 215 | 1 | DOJ Counter | |
| 215 | 19 | 215 | 21 | DOJ Counter | |
| 215 | 23 | 216 | 6 | DOJ Counter | |
| 220 | 4 | 220 | 22 | DOJ Counter | GOOGCntrObj-Other - Rule 106 |
| 258 | 6 | 258 | 25 | Google Affirmative | |
| 259 | 8 | 260 | 7 | Google Affirmative | |
| 260 | 9 | 260 | 16 | Google Affirmative | |
| 260 | 18 | 261 | 16 | Google Affirmative | |
| 263 | 11 | 263 | 21 | Google Affirmative | |
| 263 | 25 | 264 | 6 | Google Affirmative | DOJObj [264:02-264:06]: Foundation (104a); Speculation (FRE 602) |
| 264 | 9 | 265 | 12 | Google Affirmative | DOJObj [265:07-265:12]:Speculation (FRE 602) |
| 266 | 2 | 266 | 10 | Google Affirmative | |
| 266 | 16 | 266 | 22 | Google Affirmative | |
| 267 | 4 | 267 | 8 | Google Affirmative | |
| 269 | 3 | 269 | 21 | Google Affirmative | |
| 273 | 15 | 274 | 2 | Google Affirmative | |
| 274 | 4 | 275 | 6 | Google Affirmative | |
| 275 | 8 | 275 | 20 | Google Affirmative | |
| 276 | 5 | 276 | 14 | Google Affirmative | |
| 277 | 15 | 278 | 7 | Google Affirmative | |
| 278 | 8 | 278 | 13 | DOJ Counter | |
| 278 | 14 | 279 | 18 | Google Affirmative | |
| 286 | 16 | 287 | 4 | Google Affirmative | |
| 287 | 6 | 287 | 24 | Google Affirmative | |
| 287 | 25 | 288 | 3 | DOJ Counter | |
| 294 | 19 | 295 | 8 | Google Affirmative | |

| Designations from Deposition of Jeffrey Giard (1/10/2022–1/11/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 295 | 10 | 295 | 17 | Google Affirmative | |
| 295 | 24 | 296 | 7 | Google Affirmative | |
| 296 | 8 | 296 | 10 | DOJ Counter | |
| 296 | 13 | 296 | 14 | DOJ Counter | |
| 296 | 15 | 297 | 20 | Google Affirmative | DOJObj [297:11-297:20]: Foundation (FRE 104a), Speculation (FRE 602) |
| 325 | 9 | 325 | 18 | Google Affirmative | |
| 334 | 2 | 334 | 8 | Google Affirmative | |
| 334 | 11 | 334 | 17 | Google Affirmative | |
| 335 | 15 | 335 | 20 | Google Affirmative | |
| 335 | 22 | 336 | 18 | Google Affirmative | |
| 337 | 20 | 338 | 4 | Google Affirmative | |
| 342 | 23 | 343 | 2 | Google Affirmative | DOJObj [all]: Leading |
| 343 | 4 | 343 | 25 | Google Affirmative | |