# EXHIBIT P

| Designations from Deposition of Google LLC (Rachel Grey) (9/24/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 4 | 2 | 4 | 16 | DOJ Affirmative | |
| 21 | 19 | 21 | 23 | DOJ Affirmative | |
| 22 | 4 | 22 | 8 | DOJ Affirmative | |
| 22 | 15 | 23 | 6 | DOJ Affirmative | |
| 23 | 8 | 25 | 19 | DOJ Affirmative | |
| 51 | 3 | 51 | 25 | Google Counter | |
| 52 | 2 | 52 | 25 | Google Counter | |
| 53 | 2 | 53 | 4 | Google Counter | |
| 53 | 5 | 54 | 4 | States Affirmative | |
| 68 | 14 | 69 | 17 | DOJ Affirmative | |
| 106 | 13 | 106 | 19 | DOJ Affirmative | |
| 112 | 25 | 113 | 15 | DOJ Affirmative | |
| 118 | 3 | 118 | 15 | DOJ Affirmative | |
| 118 | 16 | 119 | 11 | DOJ Affirmative | |