# EXHIBIT Q

| Designations from Deposition of Google LLC (Nicholas Fox) (10/6/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 5 | 6 | 5 | 9 | DOJ Affirmative | |
| 9 | 7 | 9 | 10 | DOJ Affirmative | |
| 9 | 19 | 10 | 2 | DOJ Affirmative | |
| 11 | 5 | 11 | 16 | DOJ Affirmative | |
| 11 | 21 | 11 | 25 | DOJ Affirmative | |
| 12 | 21 | 12 | 25 | DOJ Counter Counter | |
| 14 | 3 | 14 | 21 | DOJ Counter Counter | |
| 15 | 22 | 16 | 9 | DOJ Counter Counter | |
| 16 | 10 | 17 | 10 | Google Counter | |
| 17 | 11 | 17 | 25 | DOJ Counter Counter | |
| 18 | 16 | 19 | 22 | DOJ Affirmative | |
| 19 | 23 | 20 | 6 | Google Counter | |
| 20 | 7 | 20 | 25 | DOJ Counter Counter | |
| 21 | 25 | 23 | 11 | DOJ Affirmative | |
| 23 | 12 | 24 | 13 | Google Counter | |
| 24 | 14 | 24 | 21 | DOJ Affirmative | |
| 24 | 23 | 25 | 6 | DOJ Affirmative | |
| 26 | 23 | 28 | 15 | DOJ Affirmative | |
| 28 | 16 | 30 | 4 | DOJ Affirmative | |
| 30 | 5 | 31 | 16 | DOJ Affirmative | |
| 33 | 20 | 35 | 11 | Google Counter | |
| 35 | 12 | 36 | 6 | DOJ Counter Counter | |
| 36 | 7 | 37 | 7 | Google Counter | DOJObj [all]: Incomplete designation (does not include witness's full answer) |
| 37 | 8 | 37 | 10 | DOJ Counter Counter | |
| 41 | 8 | 41 | 25 | DOJ Affirmative | |
| 42 | 2 | 42 | 3 | Google Counter | |
| 44 | 5 | 47 | 2 | DOJ Affirmative | |
| 47 | 8 | 47 | 14 | DOJ Affirmative | |
| 47 | 21 | 47 | 23 | DOJ Affirmative | |
| 48 | 1 | 49 | 2 | DOJ Affirmative | |
| 50 | 7 | 50 | 10 | DOJ Affirmative | GOOGObj-Other-Scope of 30(b)(6) |
| 50 | 13 | 51 | 21 | DOJ Affirmative | GOOGObj-Other-Scope of 30(b)(6) as to 50:13-18 |

| Designations from Deposition of Google LLC (Nicholas Fox) (10/6/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 55 | 25 | 56 | 3 | DOJ Affirmative | GOOGObj-Other-Scope of 30(b)(6) |
| 56 | 7 | 56 | 8 | DOJ Affirmative | GOOGObj-Other-Scope of 30(b)(6) |
| 63 | 11 | 63 | 23 | DOJ Affirmative | |
| 63 | 25 | 65 | 21 | DOJ Affirmative | |
| 69 | 10 | 69 | 23 | DOJ Affirmative | |
| 69 | 25 | 70 | 7 | DOJ Affirmative | |
| 73 | 9 | 73 | 12 | DOJ Affirmative | |
| 75 | 4 | 75 | 9 | DOJ Affirmative | |
| 77 | 14 | 77 | 16 | Google Counter | |
| 78 | 7 | 78 | 14 | DOJ Counter Counter | |
| 78 | 15 | 79 | 12 | Google Counter | |
| 79 | 13 | 79 | 22 | DOJ Counter Counter | |
| 79 | 23 | 80 | 20 | DOJ Affirmative | |
| 80 | 22 | 81 | 21 | DOJ Affirmative | |
| 81 | 22 | 81 | 22 | Google Counter | |
| 81 | 24 | 82 | 4 | Google Counter | |
| 82 | 6 | 82 | 13 | Google Counter | |
| 82 | 15 | 82 | 21 | Google Counter | |
| 82 | 22 | 83 | 7 | DOJ Affirmative | |
| 83 | 25 | 84 | 25 | Google Counter | |
| 85 | 1 | 85 | 20 | DOJ Affirmative | |
| 85 | 24 | 86 | 3 | DOJ Affirmative | |
| 86 | 4 | 87 | 8 | Google Counter | |
| 87 | 9 | 87 | 20 | Google Counter | |
| 88 | 18 | 88 | 22 | DOJ Affirmative | |
| 88 | 24 | 89 | 1 | DOJ Affirmative | |
| 90 | 13 | 90 | 14 | Google Counter | |
| 90 | 17 | 91 | 10 | Google Counter | |
| 91 | 11 | 91 | 22 | DOJ Counter Counter | |
| 91 | 23 | 91 | 25 | DOJ Affirmative | |
| 92 | 19 | 92 | 19 | DOJ Affirmative | |
| 93 | 6 | 93 | 22 | DOJ Affirmative | |
| 94 | 4 | 94 | 10 | DOJ Affirmative | |
| 94 | 11 | 94 | 17 | Google Counter | |
| 94 | 19 | 95 | 3 | Google Counter | |
| 95 | 10 | 95 | 11 | Google Counter | |
| 95 | 13 | 95 | 22 | Google Counter | |
| 96 | 1 | 96 | 7 | Google Counter | |

| Designations from Deposition of Google LLC (Nicholas Fox) (10/6/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 96 | 9 | 96 | 13 | Google Counter | |
| 99 | 5 | 99 | 7 | Google Counter | DOJObj [all]: Vague (designation refers to/discusses specific part of exhibit, where Google's designations do not clarify which part of the document is being discussed) |
| 99 | 11 | 100 | 10 | Google Counter | DOJObj [all]: Vague (designation refers to/discusses specific part of exhibit, where Google's designations do not clarify which part of the document is being discussed) |
| 100 | 12 | 100 | 12 | Google Counter | DOJObj [all]: Vague (designation refers to/discusses specific part of exhibit, where Google's designations do not clarify which part of the document is being discussed) |
| 100 | 13 | 100 | 19 | DOJ Counter Counter | |
| 101 | 4 | 101 | 6 | DOJ Affirmative | |
| 101 | 8 | 101 | 10 | DOJ Affirmative | |
| 101 | 23 | 102 | 12 | DOJ Affirmative | |
| 106 | 17 | 106 | 25 | DOJ Affirmative | |
| 107 | 1 | 107 | 18 | Google Counter | |

| Designations from Deposition of Google LLC (Nicholas Fox) (10/6/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 108 | 12 | 109 | 5 | Google Counter | |
| 109 | 7 | 111 | 18 | Google Counter | |
| 112 | 2 | 112 | 22 | DOJ Affirmative | |
| 112 | 23 | 113 | 8 | Google Counter | |
| 116 | 4 | 116 | 19 | Google Counter | DOJObj [116:07-116:19]: Speculation (FRE 602) |
| 117 | 21 | 118 | 11 | DOJ Affirmative | |
| 119 | 2 | 119 | 22 | Google Counter | |
| 119 | 23 | 120 | 11 | DOJ Counter Counter | |
| 122 | 1 | 122 | 4 | DOJ Affirmative | |
| 125 | 5 | 125 | 14 | DOJ Affirmative | |
| 125 | 15 | 125 | 18 | Google Counter | |
| 126 | 10 | 126 | 15 | Google Counter | |
| 126 | 18 | 127 | 3 | Google Counter | |
| 127 | 4 | 127 | 12 | DOJ Counter Counter | |
| 127 | 13 | 127 | 24 | DOJ Affirmative | |
| 127 | 25 | 128 | 13 | Google Counter | |
| 128 | 14 | 129 | 2 | DOJ Counter Counter | |