# EXHIBIT R

| Designations from Deposition of Google LLC (Emily Moxley) (1/28/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 6 | 3 | 6 | 4 | DOJ Affirmative | |
| 6 | 15 | 6 | 21 | DOJ Affirmative | |
| 29 | 5 | 29 | 10 | DOJ Affirmative | |
| 29 | 17 | 29 | 20 | DOJ Affirmative | |
| 29 | 23 | 29 | 23 | DOJ Affirmative | |
| 29 | 24 | 30 | 2 | DOJ Affirmative | |
| 30 | 3 | 30 | 6 | DOJ Affirmative | |
| 30 | 21 | 31 | 5 | DOJ Affirmative | |
| 32 | 11 | 32 | 15 | DOJ Affirmative | |
| 32 | 24 | 33 | 3 | Google Counter | |
| 33 | 25 | 34 | 4 | DOJ Affirmative | |
| 34 | 6 | 34 | 18 | DOJ Affirmative | |
| 34 | 23 | 35 | 3 | DOJ Affirmative | |
| 36 | 2 | 36 | 19 | DOJ Affirmative | |
| 36 | 20 | 37 | 13 | DOJ Affirmative | |
| 37 | 14 | 37 | 19 | Google Counter | |
| 39 | 15 | 41 | 3 | DOJ Counter Counter | |
| 41 | 4 | 41 | 19 | DOJ Affirmative | |
| 43 | 23 | 44 | 9 | Google Counter | |
| 44 | 11 | 44 | 15 | Google Counter | |
| 45 | 6 | 45 | 11 | DOJ Counter Counter | |
| 62 | 24 | 64 | 12 | Google Counter | |