# EXHIBIT S

| Designations from Deposition of Google LLC (Pandurang Nayak) (4/7/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 6 | 8 | 6 | 19 | DOJ Affirmative | |
| 7 | 10 | 7 | 12 | DOJ Affirmative | |
| 7 | 23 | 7 | 25 | DOJ Affirmative | |
| 8 | 24 | 9 | 21 | DOJ Affirmative | |
| 9 | 25 | 10 | 9 | DOJ Affirmative | |
| 10 | 19 | 12 | 12 | DOJ Affirmative | |
| 12 | 13 | 12 | 25 | Google Counter | |
| 13 | 2 | 13 | 25 | Google Counter | |
| 14 | 2 | 14 | 25 | Google Counter | |
| 15 | 2 | 15 | 16 | Google Counter | |
| 17 | 2 | 19 | 10 | DOJ Affirmative | |
| 19 | 11 | 19 | 22 | Google Counter | |
| 19 | 23 | 20 | 15 | DOJ Affirmative | |
| 20 | 16 | 20 | 25 | Google Counter | |
| 21 | 2 | 22 | 9 | DOJ Affirmative | |
| 22 | 10 | 22 | 25 | Google Counter | |
| 23 | 2 | 23 | 25 | Google Counter | |
| 24 | 2 | 24 | 4 | Google Counter | |
| 24 | 5 | 25 | 4 | DOJ Affirmative | |
| 25 | 5 | 27 | 13 | Google Counter | |
| 31 | 14 | 32 | 14 | DOJ Affirmative | |
| 32 | 21 | 33 | 7 | DOJ Affirmative | |
| 35 | 10 | 36 | 4 | DOJ Affirmative | |
| 36 | 5 | 36 | 25 | Google Counter | |
| 37 | 2 | 37 | 25 | Google Counter | |
| 38 | 2 | 38 | 13 | Google Counter | |
| 41 | 8 | 41 | 22 | Google Counter | |
| 41 | 23 | 43 | 6 | DOJ Affirmative | |
| 48 | 10 | 48 | 13 | DOJ Affirmative | |
| 48 | 14 | 48 | 25 | Google Counter | |
| 49 | 2 | 49 | 25 | Google Counter | |
| 50 | 2 | 50 | 25 | Google Counter | |
| 51 | 2 | 51 | 25 | Google Counter | |
| 52 | 2 | 52 | 6 | DOJ Affirmative | |
| 55 | 3 | 58 | 3 | DOJ Affirmative | |
| 58 | 4 | 58 | 25 | Google Counter | |
| 59 | 2 | 59 | 25 | Google Counter | |
| 60 | 2 | 60 | 12 | Google Counter | |
| 60 | 13 | 61 | 5 | Google Counter | |
| 64 | 24 | 65 | 14 | DOJ Affirmative | |

| Designations from Deposition of Google LLC (Pandurang Nayak) (4/7/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 65 | 15 | 65 | 25 | Google Counter | |
| 66 | 2 | 66 | 25 | Google Counter | |
| 67 | 2 | 67 | 22 | Google Counter | |
| 73 | 13 | 73 | 25 | Google Counter | |
| 74 | 2 | 74 | 25 | Google Counter | |
| 75 | 2 | 75 | 19 | Google Counter | |
| 76 | 24 | 79 | 3 | DOJ Affirmative | |
| 79 | 4 | 79 | 19 | Google Counter | |
| 79 | 20 | 80 | 10 | DOJ Affirmative | |
| 80 | 11 | 80 | 17 | Google Counter | |
| 80 | 18 | 84 | 3 | DOJ Affirmative | |
| 86 | 19 | 87 | 23 | DOJ Affirmative | |
| 87 | 24 | 87 | 25 | Google Counter | |
| 88 | 2 | 88 | 25 | Google Counter | |
| 89 | 2 | 89 | 25 | Google Counter | |
| 90 | 2 | 90 | 25 | Google Counter | |
| 91 | 2 | 91 | 7 | Google Counter | |
| 91 | 8 | 91 | 19 | DOJ Affirmative | |
| 92 | 5 | 93 | 7 | DOJ Affirmative | |
| 94 | 17 | 95 | 2 | DOJ Affirmative | |
| 95 | 20 | 96 | 3 | Google Counter | |
| 96 | 4 | 96 | 15 | Google Counter | |
| 96 | 16 | 96 | 17 | DOJ Affirmative | GOOGObj-Incomplete |
| 96 | 20 | 98 | 20 | DOJ Affirmative | GOOGObj-Incomplete |
| 99 | 13 | 99 | 25 | Google Counter | |
| 100 | 2 | 100 | 25 | Google Counter | |
| 101 | 2 | 101 | 25 | Google Counter | |
| 102 | 2 | 102 | 17 | Google Counter | |
| 103 | 11 | 103 | 25 | Google Counter | |
| 104 | 2 | 104 | 25 | Google Counter | |
| 105 | 2 | 105 | 25 | Google Counter | |
| 106 | 2 | 107 | 10 | DOJ Affirmative | |
| 108 | 11 | 108 | 14 | DOJ Affirmative | |
| 108 | 15 | 108 | 25 | Google Counter | |
| 109 | 2 | 109 | 25 | Google Counter | |
| 110 | 2 | 110 | 4 | Google Counter | |
| 111 | 10 | 115 | 9 | DOJ Affirmative | |
| 115 | 10 | 115 | 25 | Google Counter | |

| Designations from Deposition of Google LLC (Pandurang Nayak) (4/7/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 116 | 2 | 116 | 5 | Google Counter | |
| 116 | 6 | 116 | 9 | DOJ Affirmative | |
| 117 | 14 | 118 | 19 | DOJ Affirmative | |
| 119 | 20 | 119 | 25 | Google Counter | |
| 120 | 2 | 120 | 25 | Google Counter | |
| 121 | 2 | 121 | 6 | Google Counter | |
| 131 | 11 | 132 | 18 | DOJ Affirmative | |
| 132 | 19 | 132 | 25 | Google Counter | |
| 133 | 2 | 133 | 16 | Google Counter | |
| 133 | 17 | 134 | 12 | DOJ Affirmative | |
| 137 | 12 | 137 | 17 | DOJ Affirmative | |
| 138 | 2 | 139 | 3 | DOJ Affirmative | |
| 139 | 4 | 139 | 17 | Google Counter | |
| 139 | 23 | 139 | 25 | Google Counter | |
| 140 | 2 | 140 | 6 | Google Counter | |
| 140 | 9 | 140 | 15 | Google Counter | |
| 140 | 16 | 140 | 21 | DOJ Affirmative | |
| 140 | 22 | 140 | 25 | Google Counter | |
| 141 | 4 | 141 | 25 | Google Counter | |
| 142 | 2 | 142 | 3 | Google Counter | |
| 142 | 4 | 142 | 11 | DOJ Affirmative | |
| 143 | 4 | 143 | 6 | Google Counter | |
| 143 | 8 | 143 | 25 | Google Counter | |
| 144 | 2 | 144 | 13 | Google Counter | |
| 144 | 14 | 144 | 18 | DOJ Affirmative | |
| 147 | 6 | 147 | 8 | Google Counter | |
| 147 | 11 | 147 | 25 | Google Counter | |
| 148 | 2 | 148 | 15 | Google Counter | |
| 151 | 20 | 151 | 25 | Google Counter | |
| 152 | 2 | 152 | 25 | Google Counter | |
| 153 | 2 | 153 | 3 | Google Counter | |
| 153 | 4 | 154 | 19 | DOJ Affirmative | |
| 155 | 19 | 156 | 15 | DOJ Affirmative | |
| 160 | 10 | 160 | 21 | DOJ Affirmative | |
| 165 | 16 | 170 | 9 | DOJ Affirmative | |
| 172 | 5 | 172 | 11 | Google Counter | |
| 177 | 4 | 177 | 25 | Google Counter | |
| 178 | 2 | 178 | 10 | Google Counter | |
| 179 | 6 | 180 | 25 | DOJ Affirmative | |
| 186 | 17 | 187 | 23 | DOJ Affirmative | |

| Designations from Deposition of Google LLC (Pandurang Nayak) (4/7/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 187 | 24 | 187 | 25 | Google Counter | |
| 188 | 2 | 188 | 25 | Google Counter | |
| 189 | 2 | 189 | 3 | Google Counter | |
| 189 | 4 | 189 | 13 | DOJ Affirmative | |
| 189 | 14 | 189 | 25 | Google Counter | |
| 190 | 2 | 190 | 25 | Google Counter | |
| 191 | 2 | 191 | 11 | Google Counter | |
| 191 | 12 | 191 | 17 | DOJ Affirmative | |
| 191 | 18 | 191 | 24 | Google Counter | |
| 191 | 25 | 192 | 7 | DOJ Affirmative | |
| 192 | 8 | 192 | 25 | Google Counter | |
| 193 | 2 | 193 | 25 | Google Counter | |
| 194 | 2 | 194 | 25 | Google Counter | |
| 195 | 2 | 195 | 25 | Google Counter | |
| 196 | 2 | 196 | 25 | Google Counter | |
| 197 | 2 | 197 | 8 | Google Counter | |
| 199 | 15 | 200 | 4 | DOJ Affirmative | |
| 200 | 5 | 200 | 25 | Google Counter | |
| 201 | 2 | 201 | 9 | Google Counter | |
| 202 | 20 | 203 | 9 | DOJ Affirmative | |
| 207 | 9 | 208 | 15 | DOJ Affirmative | |
| 210 | 4 | 211 | 11 | DOJ Affirmative | |
| 212 | 12 | 213 | 13 | DOJ Affirmative | |
| 213 | 18 | 213 | 25 | DOJ Affirmative | |
| 214 | 15 | 215 | 25 | DOJ Affirmative | |
| 218 | 7 | 220 | 8 | DOJ Affirmative | |
| 223 | 3 | 224 | 5 | DOJ Affirmative | |
| 224 | 13 | 225 | 21 | DOJ Affirmative | |
| 226 | 15 | 227 | 11 | DOJ Affirmative | |
| 227 | 15 | 227 | 19 | DOJ Affirmative | |
| 228 | 12 | 229 | 18 | DOJ Affirmative | |