# EXHIBIT T

| Designations from Deposition of Google LLC (Atanas Vlahov) (4/29/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 6 | 3 | 6 | 12 | DOJ Affirmative | |
| 12 | 12 | 12 | 14 | DOJ Affirmative | |
| 13 | 4 | 13 | 15 | DOJ Affirmative | |
| 13 | 16 | 15 | 21 | DOJ Affirmative | |
| 15 | 23 | 16 | 12 | DOJ Affirmative | |
| 16 | 8 | 16 | 15 | States Affirmative | |
| 17 | 12 | 17 | 17 | DOJ Affirmative | |
| 47 | 10 | 47 | 13 | DOJ Affirmative | |
| 55 | 3 | 55 | 24 | Google Counter | |
| 58 | 23 | 60 | 24 | Google Counter | |
| 63 | 16 | 63 | 25 | Google Counter | |
| 125 | 9 | 125 | 23 | DOJ Affirmative | |
| 125 | 25 | 126 | 1 | Google Counter | |
| 126 | 2 | 126 | 13 | DOJ Affirmative | |
| 126 | 16 | 128 | 22 | DOJ Affirmative | |
| 129 | 8 | 130 | 5 | Google Counter | |
| 133 | 6 | 133 | 22 | Google Counter | |
| 142 | 18 | 143 | 15 | DOJ Affirmative | |
| 143 | 20 | 144 | 18 | DOJ Affirmative | |
| 144 | 20 | 145 | 3 | DOJ Affirmative | |
| 145 | 7 | 146 | 4 | DOJ Affirmative | |
| 149 | 2 | 149 | 15 | Google Counter | |
| 150 | 9 | 150 | 15 | Google Counter | |
| 158 | 25 | 159 | 14 | Google Counter | |
| 168 | 9 | 170 | 21 | DOJ Affirmative | GOOGObj-Rule 602 |
| 177 | 12 | 177 | 18 | DOJ Affirmative | |
| 177 | 24 | 181 | 22 | DOJ Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 602 as to 179:4-181:22; GOOGObj-Other - Outside Scope of 30(b)(6) |