# EXHIBIT U

| Designations from Deposition of Google LLC (Rachel Grey) (5/5/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 7 | 6 | 7 | 10 | DOJ Affirmative | |
| 16 | 4 | 16 | 9 | DOJ Affirmative | |
| 16 | 17 | 17 | 3 | DOJ Affirmative | |
| 17 | 4 | 18 | 2 | DOJ Affirmative | |
| 25 | 5 | 25 | 15 | States Affirmative | |
| 25 | 8 | 25 | 14 | DOJ Affirmative | |
| 30 | 10 | 31 | 3 | DOJ Affirmative | |
| 34 | 7 | 35 | 22 | Google Counter | |
| 44 | 15 | 46 | 14 | States Affirmative | |
| 49 | 20 | 50 | 6 | Google Counter | |
| 57 | 12 | 58 | 9 | DOJ Affirmative | |
| 58 | 10 | 59 | 19 | DOJ Affirmative | |
| 64 | 2 | 64 | 4 | DOJ Affirmative | |
| 64 | 9 | 64 | 17 | DOJ Affirmative | |
| 68 | 21 | 69 | 5 | DOJ Affirmative | |
| 69 | 8 | 72 | 1 | DOJ Affirmative | |
| 79 | 10 | 81 | 6 | Google Counter | |
| 81 | 15 | 81 | 17 | Google Counter | |
| 82 | 1 | 82 | 18 | Google Counter | |
| 82 | 19 | 83 | 6 | DOJ Affirmative | |
| 125 | 20 | 128 | 3 | States Affirmative | |
| 165 | 6 | 165 | 12 | Google Counter | |
| 166 | 19 | 167 | 5 | Google Counter | |
| 167 | 8 | 169 | 4 | Google Counter | |
| 173 | 19 | 174 | 22 | DOJ Affirmative | |
| 186 | 1 | 189 | 9 | Google Counter | |
| 189 | 13 | 193 | 3 | Google Counter | |
| 194 | 21 | 195 | 14 | Google Counter | |
| 195 | 18 | 196 | 15 | Google Counter | |
| 206 | 22 | 209 | 22 | DOJ Affirmative | |
| 210 | 9 | 221 | 2 | DOJ Affirmative | |
| 221 | 4 | 222 | 4 | DOJ Affirmative | |
| 222 | 8 | 224 | 13 | DOJ Affirmative | |
| 225 | 17 | 228 | 12 | DOJ Affirmative | |
| 228 | 16 | 228 | 21 | DOJ Affirmative | |
| 228 | 22 | 229 | 11 | DOJ Affirmative | |
| 229 | 13 | 229 | 15 | DOJ Affirmative | |
| 274 | 11 | 277 | 15 | States Affirmative | GOOGObj-Rule 402; Irrelevant |
| 287 | 1 | 288 | 13 | States Affirmative | |

| Designations from Deposition of Google LLC (Rachel Grey) (5/5/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 289 | 8 | 290 | 9 | Google Counter | |
| 290 | 17 | 297 | 3 | States Affirmative | GOOGObj-Incomplete |
| 297 | 4 | 297 | 5 | Google Counter | |