# EXHIBIT V

| Designations from Deposition of Shirley Heath (April 8, 2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 4 | 2 | 4 | 11 | Google Affirmative | |
| 12 | 5 | 12 | 15 | Google Affirmative | |
| 12 | 5 | 12 | 15 | States Affirmative | |
| 12 | 18 | 12 | 25 | Google Affirmative | |
| 12 | 18 | 13 | 6 | States Affirmative | |
| 13 | 2 | 13 | 6 | Google Affirmative | |
| 13 | 9 | 13 | 13 | Google Affirmative | |
| 13 | 9 | 13 | 13 | States Affirmative | |
| 13 | 20 | 13 | 25 | Google Affirmative | |
| 13 | 20 | 13 | 25 | States Affirmative | |
| 14 | 23 | 15 | 4 | States Affirmative | |
| 15 | 5 | 15 | 20 | Google Affirmative | |
| 15 | 8 | 15 | 20 | States Affirmative | |
| 17 | 8 | 17 | 12 | Google Affirmative | |
| 17 | 16 | 17 | 21 | Google Affirmative | |
| 17 | 22 | 18 | 3 | States Affirmative | |
| 17 | 24 | 17 | 25 | Google Affirmative | |
| 18 | 2 | 18 | 3 | Google Affirmative | |
| 18 | 6 | 18 | 15 | Google Affirmative | |
| 18 | 6 | 18 | 10 | States Affirmative | |
| 18 | 18 | 18 | 25 | Google Affirmative | |
| 19 | 2 | 19 | 6 | Google Affirmative | |
| 19 | 7 | 19 | 20 | States Affirmative | |
| 19 | 21 | 19 | 24 | Google Counter | |
| 19 | 25 | 20 | 12 | States Affirmative | GOOGObj-Incomplete |
| 20 | 17 | 20 | 23 | Google Counter | |
| 21 | 2 | 21 | 10 | Google Counter | |
| 23 | 24 | 23 | 25 | Google Affirmative | |
| 24 | 2 | 24 | 12 | Google Affirmative | |
| 24 | 17 | 26 | 18 | States Affirmative | |
| 24 | 21 | 24 | 25 | Google Affirmative | |
| 25 | 2 | 25 | 23 | Google Affirmative | |
| 26 | 21 | 27 | 9 | States Affirmative | |
| 27 | 12 | 27 | 14 | States Affirmative | |
| 28 | 2 | 28 | 13 | States Affirmative | |
| 29 | 3 | 29 | 22 | Google Affirmative | |
| 29 | 3 | 29 | 10 | States Affirmative | |
| 30 | 2 | 30 | 9 | Google Affirmative | |
| 31 | 6 | 31 | 21 | Google Affirmative | |
| 31 | 6 | 32 | 4 | States Affirmative | |
| 32 | 8 | 32 | 10 | States Affirmative | |
| 32 | 17 | 33 | 13 | States Affirmative | |

| 33 | 19 | 34 | 2  | States Affirmative       |  |
|----|----|----|----|--------------------------|--|
| 34 | 9  | 34 | 14 | States Affirmative       |  |
| 38 | 2  | 38 | 10 | States Counter Counter   |  |
| 40 | 2  | 40 | 24 | Google Affirmative       |  |
| 41 | 11 | 41 | 24 | Google Affirmative       |  |
| 41 | 25 | 42 | 10 | Google Counter           |  |
| 42 | 23 | 42 | 25 | Google Affirmative       |  |
| 43 | 2  | 43 | 25 | Google Affirmative       |  |
| 44 | 2  | 44 | 16 | Google Affirmative       |  |
| 45 | 9  | 45 | 25 | Google Affirmative       |  |
| 46 | 2  | 46 | 25 | Google Affirmative       |  |
| 47 | 2  | 47 | 25 | Google Affirmative       |  |
| 47 | 11 | 47 | 15 | States Affirmative       |  |
| 47 | 22 | 47 | 25 | States Affirmative       |  |
| 48 | 2  | 48 | 25 | Google Affirmative       |  |
| 48 | 11 | 48 | 15 | States Affirmative       |  |
| 49 | 2  | 49 | 21 | Google Affirmative       |  |
| 49 | 22 | 50 | 17 | States Affirmative       |  |
| 51 | 10 | 52 | 2  | States Affirmative       |  |
| 51 | 15 | 51 | 25 | Google Affirmative       |  |
| 52 | 2  | 52 | 2  | Google Affirmative       |  |
| 52 | 22 | 52 | 25 | Google Affirmative       |  |
| 53 | 3  | 53 | 15 | Google Affirmative       |  |
| 53 | 22 | 53 | 25 | Google Affirmative       |  |
| 54 | 2  | 54 | 25 | Google Affirmative       |  |
| 55 | 2  | 55 | 6  | Google Affirmative       |  |
| 55 | 15 | 55 | 19 | Google Affirmative       |  |
| 55 | 25 | 55 | 25 | Google Affirmative       |  |
| 55 | 25 | 56 | 12 | States Affirmative       |  |
| 56 | 2  | 56 | 12 | Google Affirmative       |  |
| 61 | 7  | 61 | 9  | States Affirmative       |  |
| 61 | 12 | 61 | 19 | States Affirmative       |  |
| 63 | 12 | 63 | 24 | States Affirmative       |  |
| 64 | 3  | 64 | 3  | States Affirmative       |  |
| 66 | 19 | 67 | 13 | States Affirmative       |  |
| 67 | 14 | 68 | 11 | Google Counter           |  |
| 68 | 16 | 68 | 25 | Google Affirmative       |  |
| 68 | 23 | 69 | 6  | States Affirmative       |  |
| 69 | 2  | 69 | 6  | Google Affirmative       |  |
| 69 | 13 | 69 | 25 | Google Affirmative       |  |
| 69 | 13 | 69 | 19 | States Affirmative       |  |
| 70 | 2  | 70 | 9  | Google Affirmative       |  |
| 70 | 12 | 70 | 25 | Google Affirmative       |  |
| 71 | 2  | 71 | 11 | Google Affirmative       |  |
| 72 | 11 | 72 | 23 | Google Affirmative       |  |

| | | | | | |
|---|---|---|---|---|---|
| 73 | 2 | 73 | 15 | Google Affirmative | |
| 73 | 18 | 73 | 25 | Google Affirmative | |
| 74 | 2 | 74 | 25 | Google Affirmative | |
| 74 | 16 | 75 | 2 | States Affirmative | |
| 75 | 2 | 75 | 2 | Google Affirmative | |
| 75 | 10 | 75 | 25 | Google Affirmative | |
| 75 | 10 | 75 | 13 | States Affirmative | |
| 76 | 2 | 76 | 2 | Google Affirmative | |
| 76 | 3 | 78 | 16 | States Affirmative | |
| 78 | 24 | 79 | 13 | States Affirmative | |
| 80 | 6 | 80 | 9 | States Affirmative | |
| 81 | 8 | 82 | 17 | States Affirmative | |
| 82 | 18 | 82 | 25 | Google Counter | |
| 83 | 7 | 83 | 25 | Google Affirmative | |
| 83 | 7 | 84 | 4 | States Affirmative | |
| 84 | 2 | 84 | 25 | Google Affirmative | |
| 84 | 7 | 84 | 16 | States Affirmative | |
| 84 | 21 | 85 | 4 | States Affirmative | |
| 85 | 2 | 85 | 4 | Google Affirmative | |
| 85 | 7 | 85 | 22 | Google Affirmative | |
| 85 | 7 | 85 | 22 | States Affirmative | |
| 86 | 14 | 86 | 25 | Google Affirmative | |
| 86 | 14 | 87 | 3 | States Affirmative | |
| 87 | 2 | 87 | 3 | Google Affirmative | |
| 87 | 11 | 87 | 25 | Google Affirmative | |
| 87 | 17 | 88 | 2 | States Affirmative | |
| 88 | 2 | 88 | 3 | Google Affirmative | |
| 88 | 19 | 88 | 25 | Google Affirmative | |
| 89 | 2 | 89 | 25 | Google Affirmative | |
| 90 | 2 | 90 | 21 | Google Affirmative | |
| 92 | 10 | 92 | 25 | Google Affirmative | |
| 93 | 2 | 93 | 25 | Google Affirmative | |
| 94 | 4 | 94 | 25 | Google Affirmative | |
| 97 | 23 | 99 | 8 | States Affirmative | |
| 99 | 5 | 99 | 21 | Google Affirmative | |
| 99 | 18 | 99 | 21 | States Affirmative | |
| 99 | 24 | 99 | 25 | Google Affirmative | |
| 99 | 24 | 100 | 19 | States Affirmative | |
| 100 | 2 | 100 | 19 | Google Affirmative | |
| 100 | 22 | 100 | 25 | Google Affirmative | |
| 100 | 22 | 101 | 16 | States Affirmative | |
| 101 | 2 | 101 | 14 | Google Affirmative | |
| 102 | 11 | 103 | 3 | States Counter Counter | |
| 103 | 6 | 103 | 13 | States Affirmative | |
| 103 | 17 | 103 | 20 | States Affirmative | |

| | | | | | |
|---|---|---|---|---|---|
| 107 | 12 | 108 | 6 | States Affirmative | |
| 108 | 14 | 108 | 25 | Google Affirmative | |
| 108 | 19 | 109 | 6 | States Affirmative | |
| 109 | 2 | 109 | 12 | Google Affirmative | |
| 109 | 15 | 109 | 25 | Google Affirmative | |
| 109 | 16 | 109 | 24 | States Affirmative | |
| 110 | 2 | 110 | 5 | Google Affirmative | |
| 113 | 3 | 113 | 25 | Google Affirmative | |
| 113 | 3 | 113 | 12 | States Affirmative | |
| 113 | 19 | 113 | 25 | States Affirmative | |
| 114 | 4 | 114 | 25 | Google Affirmative | |
| 114 | 4 | 115 | 24 | States Affirmative | |
| 115 | 2 | 115 | 24 | Google Affirmative | |
| 116 | 3 | 116 | 7 | Google Affirmative | |
| 116 | 3 | 116 | 11 | States Affirmative | |
| 116 | 14 | 118 | 4 | States Affirmative | |
| 118 | 2 | 118 | 25 | Google Affirmative | |
| 118 | 11 | 119 | 2 | States Affirmative | |
| 119 | 2 | 119 | 2 | Google Affirmative | |
| 119 | 6 | 119 | 18 | Google Affirmative | |
| 119 | 6 | 120 | 2 | States Affirmative | |
| 120 | 20 | 120 | 25 | Google Affirmative | |
| 120 | 20 | 121 | 15 | States Affirmative | |
| 121 | 2 | 121 | 25 | Google Affirmative | |
| 122 | 2 | 122 | 10 | Google Affirmative | |
| 122 | 5 | 122 | 17 | States Affirmative | |
| 123 | 6 | 123 | 9 | States Affirmative | |
| 123 | 10 | 123 | 25 | Google Affirmative | |
| 123 | 20 | 124 | 6 | States Affirmative | |
| 124 | 2 | 124 | 11 | Google Affirmative | |
| 124 | 14 | 124 | 25 | Google Affirmative | |
| 124 | 24 | 125 | 3 | States Affirmative | |
| 125 | 2 | 125 | 3 | Google Affirmative | |
| 125 | 6 | 125 | 16 | Google Affirmative | |
| 125 | 6 | 125 | 18 | States Affirmative | |
| 125 | 23 | 125 | 25 | Google Affirmative | |
| 126 | 2 | 126 | 20 | Google Affirmative | |
| 126 | 23 | 126 | 23 | Google Affirmative | |
| 126 | 24 | 126 | 25 | Google Counter | |
| 127 | 2 | 128 | 4 | Google Counter | |
| 128 | 5 | 128 | 11 | Google Affirmative | |
| 128 | 16 | 128 | 25 | Google Affirmative | |
| 128 | 20 | 129 | 3 | States Affirmative | |
| 129 | 2 | 129 | 25 | Google Affirmative | |
| 129 | 17 | 129 | 20 | States Affirmative | |

| | | | | | |
|---|---|---|---|---|---|
| 130 | 2 | 130 | 14 | Google Affirmative | |
| 130 | 18 | 130 | 23 | Google Affirmative | |
| 131 | 2 | 131 | 16 | Google Affirmative | |
| 131 | 5 | 131 | 16 | States Affirmative | |
| 131 | 21 | 132 | 14 | States Affirmative | |
| 135 | 16 | 136 | 7 | States Affirmative | |
| 137 | 9 | 137 | 20 | States Affirmative | |
| 138 | 5 | 140 | 8 | States Affirmative | |
| 140 | 11 | 141 | 12 | States Affirmative | |
| 142 | 3 | 142 | 9 | States Affirmative | |
| 142 | 12 | 143 | 8 | States Affirmative | |
| 144 | 25 | 145 | 7 | States Affirmative | GOOGObj-Incomplete |
| 145 | 10 | 146 | 15 | States Affirmative | |
| 146 | 16 | 146 | 21 | Google Affirmative | |
| 147 | 10 | 149 | 7 | States Affirmative | |
| 149 | 8 | 150 | 12 | States Counter Counter | |
| 150 | 13 | 150 | 17 | States Affirmative | GOOGObj-Incomplete |
| 150 | 20 | 151 | 16 | States Affirmative | |
| 156 | 25 | 156 | 25 | Google Affirmative | |
| 157 | 2 | 157 | 19 | Google Affirmative | |
| 157 | 6 | 157 | 13 | States Affirmative | |
| 158 | 2 | 158 | 11 | Google Affirmative | |
| 159 | 2 | 159 | 5 | Google Affirmative | |
| 159 | 2 | 159 | 5 | States Affirmative | |
| 159 | 8 | 159 | 17 | Google Affirmative | |
| 159 | 8 | 159 | 17 | States Affirmative | |
| 160 | 3 | 160 | 9 | States Affirmative | |
| 160 | 13 | 160 | 19 | States Affirmative | |
| 161 | 8 | 161 | 25 | Google Affirmative | |
| 161 | 8 | 161 | 25 | States Affirmative | |
| 162 | 2 | 162 | 7 | Google Affirmative | |
| 162 | 10 | 162 | 13 | Google Affirmative | |
| 162 | 19 | 163 | 14 | States Affirmative | |
| 163 | 23 | 164 | 23 | States Affirmative | |
| 164 | 24 | 165 | 14 | Google Counter | |
| 165 | 15 | 167 | 4 | States Affirmative | |
| 167 | 7 | 167 | 15 | States Affirmative | |
| 170 | 9 | 171 | 6 | States Affirmative | |
| 171 | 7 | 171 | 17 | States Counter Counter | |
| 171 | 18 | 171 | 22 | States Affirmative | |
| 172 | 7 | 173 | 14 | States Affirmative | |
| 173 | 19 | 174 | 7 | States Affirmative | |
| 174 | 12 | 174 | 25 | Google Affirmative | |
| 174 | 15 | 175 | 6 | States Affirmative | |
| 175 | 2 | 175 | 7 | Google Affirmative | |

| | | | | | |
|---|---|---|---|---|---|
| 175 | 17 | 175 | 21 | Google Affirmative | |
| 175 | 24 | 175 | 25 | Google Affirmative | |
| 176 | 2 | 176 | 24 | Google Affirmative | |
| 176 | 4 | 176 | 11 | States Affirmative | |
| 177 | 3 | 177 | 8 | Google Affirmative | |
| 177 | 22 | 177 | 25 | Google Affirmative | |
| 178 | 2 | 178 | 8 | Google Affirmative | |
| 178 | 11 | 178 | 25 | Google Affirmative | |
| 178 | 15 | 179 | 3 | States Affirmative | |
| 179 | 2 | 179 | 3 | Google Affirmative | |
| 179 | 6 | 179 | 25 | Google Affirmative | |
| 179 | 6 | 180 | 5 | States Affirmative | |
| 180 | 2 | 180 | 5 | Google Affirmative | |
| 180 | 16 | 180 | 20 | Google Affirmative | |
| 180 | 21 | 181 | 13 | States Affirmative | |
| 181 | 16 | 182 | 3 | States Affirmative | |
| 182 | 4 | 182 | 11 | Google Counter | |
| 182 | 12 | 182 | 16 | States Affirmative | |
| 182 | 19 | 183 | 15 | States Affirmative | |
| 183 | 16 | 184 | 16 | Google Counter | |
| 184 | 17 | 184 | 25 | Google Affirmative | |
| 184 | 23 | 185 | 11 | States Affirmative | |
| 185 | 2 | 185 | 25 | Google Affirmative | |
| 186 | 2 | 186 | 16 | Google Affirmative | |
| 186 | 19 | 186 | 21 | Google Affirmative | |
| 186 | 22 | 186 | 25 | States Affirmative | |
| 187 | 3 | 188 | 13 | States Affirmative | |
| 187 | 14 | 187 | 25 | Google Affirmative | |
| 188 | 2 | 188 | 17 | Google Affirmative | |
| 188 | 20 | 188 | 21 | Google Affirmative | |
| 188 | 22 | 189 | 11 | States Counter Counter | |
| 190 | 3 | 190 | 13 | States Affirmative | |
| 190 | 16 | 190 | 19 | States Affirmative | |
| 190 | 24 | 192 | 15 | States Affirmative | |
| 193 | 7 | 193 | 18 | States Affirmative | |
| 194 | 9 | 195 | 12 | States Affirmative | |
| 195 | 17 | 195 | 22 | States Affirmative | |
| 196 | 2 | 196 | 25 | States Affirmative | |
| 197 | 2 | 197 | 6 | Google Counter | |
| 197 | 11 | 197 | 11 | Google Counter | |
| 197 | 12 | 197 | 20 | States Affirmative | |
| 199 | 12 | 199 | 25 | States Affirmative | |
| 200 | 7 | 200 | 22 | Google Counter | |
| 200 | 23 | 200 | 25 | Google Affirmative | |
| 200 | 24 | 201 | 12 | States Affirmative | |

| | | | | | |
|---|---|---|---|---|---|
| 201 | 2 | 201 | 13 | Google Affirmative | |
| 201 | 21 | 201 | 25 | Google Affirmative | |
| 202 | 2 | 202 | 18 | Google Affirmative | |
| 202 | 21 | 202 | 25 | Google Affirmative | |
| 203 | 2 | 203 | 4 | Google Affirmative | |
| 203 | 24 | 204 | 3 | States Affirmative | |
| 204 | 6 | 206 | 9 | States Affirmative | |
| 206 | 14 | 206 | 20 | States Affirmative | |
| 206 | 25 | 209 | 5 | States Affirmative | GOOGObj-Rule 802 as to 207:5-10 through "kinds of things." |
| 210 | 5 | 210 | 14 | States Affirmative | |
| 210 | 17 | 211 | 12 | States Affirmative | |
| 211 | 6 | 211 | 12 | Google Affirmative | |
| 211 | 15 | 211 | 25 | Google Affirmative | |
| 211 | 15 | 211 | 24 | States Affirmative | |
| 212 | 2 | 212 | 20 | Google Affirmative | |
| 212 | 14 | 213 | 3 | States Affirmative | |
| 212 | 25 | 212 | 25 | Google Affirmative | |
| 213 | 2 | 213 | 3 | Google Affirmative | |
| 213 | 10 | 213 | 17 | Google Affirmative | |
| 213 | 21 | 213 | 21 | Google Affirmative | |
| 214 | 8 | 214 | 25 | Google Affirmative | |
| 214 | 8 | 216 | 15 | States Affirmative | |
| 215 | 2 | 215 | 25 | Google Affirmative | |
| 216 | 2 | 216 | 3 | Google Affirmative | |
| 216 | 11 | 216 | 15 | Google Affirmative | |
| 216 | 18 | 216 | 21 | Google Affirmative | |
| 216 | 18 | 217 | 2 | States Affirmative | |
| 217 | 5 | 218 | 3 | States Affirmative | |
| 218 | 6 | 218 | 14 | States Affirmative | |
| 218 | 17 | 219 | 10 | States Affirmative | |
| 220 | 23 | 221 | 11 | States Affirmative | |
| 221 | 14 | 222 | 5 | States Affirmative | |
| 222 | 6 | 222 | 20 | Google Counter | |
| 222 | 23 | 222 | 25 | Google Counter | |
| 223 | 2 | 223 | 14 | Google Affirmative | |
| 223 | 2 | 223 | 13 | States Affirmative | |
| 225 | 3 | 225 | 25 | Google Affirmative | |
| 226 | 2 | 226 | 16 | Google Affirmative | |
| 227 | 8 | 227 | 11 | Google Affirmative | |
| 227 | 14 | 227 | 20 | Google Affirmative | |
| 227 | 21 | 227 | 25 | States Counter Counter | |
| 229 | 15 | 229 | 21 | Google Affirmative | |
| 229 | 24 | 229 | 25 | Google Affirmative | |
| 230 | 2 | 230 | 5 | Google Affirmative | |

| | | | | | |
|---|---|---|---|---|---|
| 230 | 8 | 230 | 10 | Google Affirmative | |
| 243 | 23 | 244 | 3 | States Affirmative | |
| 244 | 6 | 244 | 14 | States Affirmative | |
| 252 | 16 | 253 | 5 | States Counter Counter | |
| 253 | 19 | 254 | 12 | States Affirmative | |
| 255 | 5 | 257 | 4 | States Affirmative | GOOGObj-Rule 802 as to 255:10-21; 256:3-11 |
| 257 | 12 | 259 | 17 | States Affirmative | GOOGObj-Rule 802 a to 257:12-17; 259:13-17 |
| 260 | 5 | 264 | 16 | States Affirmative | GOOGObj-Incomplete; GOOGObj-Rule 802 as to 260:17-261:4 |
| 264 | 20 | 268 | 22 | States Affirmative | GOOGObj-Rule 802 as to 267:5-13 (from "we actually started getting . . . through "hearing about it"); 267:21-25 |
| 268 | 23 | 269 | 13 | Google Counter | |
| 269 | 3 | 272 | 17 | States Affirmative | |
| 270 | 3 | 270 | 7 | Google Counter | |
| 273 | 5 | 274 | 18 | States Affirmative | |
| 275 | 6 | 278 | 10 | States Affirmative | GOOGObj-Rule 602; Lack of foundation as to 279:15-24 |
| 278 | 11 | 278 | 19 | Google Counter | |
| 278 | 21 | 279 | 12 | States Affirmative | |
| 279 | 15 | 280 | 13 | States Affirmative | |
| 280 | 21 | 281 | 25 | States Affirmative | |
| 282 | 15 | 283 | 7 | States Affirmative | |
| 285 | 16 | 287 | 3 | States Affirmative | |
| 290 | 12 | 290 | 20 | Google Counter | |
| 290 | 21 | 290 | 25 | Google Affirmative | |
| 291 | 2 | 291 | 25 | Google Affirmative | |
| 292 | 2 | 292 | 18 | Google Affirmative | |
| 292 | 23 | 292 | 25 | Google Affirmative | |
| 293 | 2 | 293 | 23 | Google Affirmative | |
| 294 | 2 | 294 | 13 | Google Affirmative | |
| 294 | 16 | 294 | 23 | Google Affirmative | |
| 295 | 2 | 295 | 8 | Google Affirmative | |
| 295 | 12 | 295 | 17 | Google Affirmative | StatesCntrObj-Form - Other (asked and answered at 279:9-24) |
| 295 | 25 | 295 | 25 | Google Affirmative | StatesCntrObj-Form - Other (asked and answered at 279:9-24) |
| 296 | 2 | 296 | 4 | Google Affirmative | StatesCntrObj-Form - Other (asked and answered at 279:9-24) |
| 296 | 7 | 296 | 9 | Google Affirmative | StatesCntrObj-Form - Other (asked and answered at 279:9-24) |

| 296 | 10 | 296 | 23 | States Counter Counter | |
| --- | --- | --- | --- | --- | --- |
| 297 | 10 | 297 | 23 | Google Affirmative | StatesCntrObj-Form - Other (asked and answered at 293:18-23) |
| 298 | 5 | 298 | 5 | Google Affirmative | StatesCntrObj-Form - Other (asked and answered at 293:18-23) |