# EXHIBIT W

| Designations from Deposition of Eduardo Indacochea (May 2, 2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 4 | 2 | 4 | 14 | Google Affirmative | |
| 9 | 19 | 9 | 25 | Google Affirmative | |
| 10 | 2 | 10 | 3 | Google Affirmative | |
| 27 | 9 | 27 | 24 | Google Affirmative | |
| 28 | 5 | 28 | 20 | Google Affirmative | |
| 29 | 7 | 29 | 23 | Google Affirmative | |
| 30 | 4 | 31 | 19 | States Affirmative | |
| 32 | 15 | 32 | 25 | Google Affirmative | |
| 32 | 15 | 34 | 2 | States Affirmative | |
| 33 | 2 | 33 | 20 | Google Affirmative | |
| 34 | 23 | 34 | 25 | Google Affirmative | |
| 34 | 23 | 35 | 16 | States Affirmative | |
| 35 | 2 | 35 | 16 | Google Affirmative | |
| 37 | 10 | 37 | 24 | Google Affirmative | |
| 37 | 10 | 37 | 24 | States Affirmative | |
| 39 | 20 | 40 | 5 | States Affirmative | |
| 40 | 9 | 41 | 6 | States Affirmative | |
| 41 | 21 | 42 | 15 | States Counter | GOOGCntrObj-Incomplete; The question and part of the answer are not included in the designations. (State Plaintiffs' affirmative designations do not cure this objection.) |
| 42 | 12 | 42 | 15 | States Affirmative | GOOGObj-Incomplete |
| 42 | 22 | 43 | 8 | States Affirmative | GOOGObj-Incomplete |
| 43 | 19 | 43 | 25 | Google Affirmative | |
| 44 | 2 | 44 | 24 | Google Affirmative | |
| 44 | 25 | 45 | 20 | States Affirmative | |
| 50 | 7 | 50 | 21 | States Affirmative | GOOGObj-Incomplete |
| 57 | 21 | 58 | 6 | States Affirmative | |
| 58 | 20 | 58 | 25 | States Affirmative | GOOGObj-Incomplete |
| 59 | 2 | 59 | 11 | States Affirmative | GOOGObj-Incomplete |
| 59 | 12 | 62 | 19 | States Affirmative | |
| 60 | 10 | 60 | 25 | Google Affirmative | |
| 63 | 18 | 64 | 22 | States Affirmative | GOOGObj-Incomplete |
| 64 | 10 | 64 | 25 | Google Affirmative | |
| 65 | 2 | 65 | 16 | Google Affirmative | |
| 65 | 17 | 65 | 23 | States Affirmative | |
| 65 | 24 | 65 | 25 | Google Affirmative | |
| 66 | 2 | 66 | 17 | Google Affirmative | |
| 66 | 13 | 66 | 17 | States Affirmative | GOOGObj-Incomplete |
| 66 | 18 | 67 | 6 | States Affirmative | |

| 67 | 7 | 69 | 23 | States Affirmative | |
|---|---|---|---|---|---|
| 69 | 24 | 70 | 17 | States Counter | GOOGCntrObj-Incomplete; State Plaintiffs' counter-designations include the question, but not the answer.  State Plaintiffs' affirmative designations at 71:2-12 cure this objection by designating the answer to the question.  To the extent that State Plaintiffs do not withdraw or change this affirmative designation at 71:2-12, Google does not object to States Plaintiffs' counter-designation at 69:24-70:17.  However, Google preserves this objection should State Plaintiffs withdraw or change the affirmative designation at 71:2-12. |
| 71 | 2 | 71 | 12 | States Affirmative | GOOGObj-Incomplete |
| 71 | 13 | 71 | 16 | States Affirmative | |
| 71 | 17 | 71 | 25 | States Affirmative | |
| 74 | 23 | 75 | 2 | States Affirmative | GOOGObj-Incomplete |
| 75 | 16 | 77 | 4 | States Affirmative | GOOGObj-Incomplete |
| 75 | 4 | 75 | 8 | States Counter | GOOGCntrObj-Incomplete; GOOGCntrObj-Form - Other; Vague:  Regarding this objection, State Plaintiffs' counter-designations include discussion of an exhibit that is not identified in State Plaintiffs' counter-designations.  State Plaintiffs' affirmative designations at 71:17-25 cure this objection by designating the introduction of the exhibit.  To the extent that State Plaintiffs do not withdraw or change this affirmative designation at 71:17-25, Google does not object to State Plaintiffs' counter-designation at 75:4-8.  However, Google preserves this objection should State Plaintiffs withdraw or change the affirmative designation at 71:17-25. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | The above does not apply to the Incomplete objection, which Google is asserting.  The question is not included in the designations. (State Plaintiffs' affirmative designations do not cure this objection.) |
| 77 | 13 | 77 | 23 | States Affirmative | GOOGObj-Incomplete |
| 77 | 24 | 79 | 18 | States Affirmative | |
| 80 | 2 | 80 | 8 | States Affirmative | |
| 82 | 9 | 82 | 15 | States Affirmative | |
| 82 | 16 | 82 | 19 | States Counter | |
| 83 | 7 | 83 | 19 | States Affirmative | |
| 83 | 20 | 83 | 25 | States Affirmative | |
| 84 | 15 | 86 | 9 | States Affirmative | |
| 85 | 8 | 85 | 16 | States Affirmative | |
| 85 | 17 | 85 | 25 | Google Affirmative | |
| 86 | 2 | 86 | 9 | Google Affirmative | |
| 86 | 15 | 86 | 25 | Google Affirmative | |
| 86 | 18 | 86 | 23 | States Affirmative | |
| 86 | 24 | 88 | 16 | States Affirmative | |
| 87 | 2 | 87 | 22 | Google Affirmative | |
| 89 | 11 | 89 | 15 | States Affirmative | |
| 90 | 6 | 92 | 18 | States Affirmative | |
| 93 | 2 | 93 | 20 | States Affirmative | GOOGObj-Incomplete |
| 93 | 21 | 93 | 25 | Google Affirmative | |
| 93 | 21 | 94 | 5 | States Affirmative | |
| 94 | 2 | 94 | 5 | Google Affirmative | |
| 94 | 11 | 94 | 23 | States Affirmative | |
| 95 | 3 | 95 | 22 | Google Affirmative | |
| 95 | 5 | 96 | 6 | States Affirmative | |
| 97 | 22 | 98 | 10 | States Affirmative | |
| 98 | 22 | 99 | 15 | States Affirmative | GOOGObj-Incomplete |
| 101 | 6 | 101 | 14 | Google Affirmative | |
| 101 | 18 | 101 | 25 | Google Affirmative | |
| 101 | 24 | 102 | 3 | States Affirmative | |
| 102 | 2 | 102 | 3 | Google Affirmative | |
| 103 | 10 | 103 | 25 | Google Affirmative | StatesObj-Form – Other - Calls for Speculation as to 103:22 |
| 104 | 2 | 104 | 12 | Google Affirmative | |
| 104 | 13 | 104 | 23 | States Affirmative | |
| 104 | 24 | 105 | 2 | States Affirmative | |
| 105 | 3 | 105 | 20 | States Affirmative | |
| 105 | 23 | 106 | 2 | States Counter | |
| 107 | 4 | 107 | 11 | States Counter | |

| | | | | | |
|---|---|---|---|---|---|
| 109 | 11 | 109 | 25 | Google Affirmative | |
| 109 | 11 | 109 | 15 | States Affirmative | |
| 110 | 2 | 110 | 25 | Google Affirmative | |
| 110 | 9 | 111 | 2 | States Affirmative | |
| 111 | 2 | 111 | 25 | Google Affirmative | |
| 111 | 3 | 112 | 4 | States Affirmative | GOOGObj-Incomplete |
| 112 | 2 | 112 | 9 | Google Affirmative | |
| 112 | 10 | 112 | 18 | States Affirmative | |
| 112 | 19 | 112 | 25 | Google Affirmative | |
| 113 | 2 | 113 | 25 | Google Affirmative | |
| 113 | 20 | 114 | 8 | States Affirmative | |
| 114 | 2 | 114 | 8 | Google Affirmative | |
| 118 | 10 | 118 | 24 | States Affirmative | GOOGObj-Incomplete |
| 118 | 25 | 121 | 6 | States Affirmative | GOOGObj-Rule 802 as to 119:18-120:6 and 120:7-121:6 |
| 121 | 7 | 121 | 10 | Google Counter | |
| 121 | 13 | 121 | 16 | States Affirmative | GOOGObj-Incomplete |
| 121 | 17 | 121 | 20 | Google Counter | |
| 122 | 18 | 124 | 17 | States Affirmative | GOOGObj-Incomplete |
| 125 | 20 | 126 | 4 | States Affirmative | |
| 126 | 5 | 126 | 8 | States Counter | |
| 126 | 9 | 126 | 20 | Google Affirmative | |
| 126 | 16 | 126 | 20 | States Affirmative | GOOGObj-Incomplete |
| 126 | 21 | 126 | 25 | States Affirmative | |
| 128 | 4 | 128 | 18 | States Affirmative | GOOGObj-Incomplete |
| 129 | 10 | 129 | 22 | States Affirmative | |
| 130 | 4 | 130 | 7 | States Affirmative | |
| 130 | 15 | 130 | 19 | States Affirmative | |
| 132 | 13 | 132 | 18 | Google Counter | |
| 132 | 19 | 133 | 3 | States Affirmative | |
| 133 | 4 | 133 | 8 | Google Counter | |
| 133 | 9 | 133 | 23 | States Affirmative | GOOGObj-Incomplete |
| 133 | 24 | 133 | 24 | Google Counter | |
| 134 | 10 | 134 | 15 | Google Counter | |
| 140 | 17 | 142 | 2 | States Affirmative | |
| 141 | 15 | 141 | 25 | Google Affirmative | |
| 142 | 2 | 142 | 8 | Google Affirmative | |
| 142 | 13 | 142 | 18 | Google Counter | |
| 144 | 11 | 145 | 20 | Google Counter | |
| 145 | 21 | 145 | 25 | Google Affirmative | |
| 145 | 21 | 147 | 21 | States Affirmative | |
| 146 | 2 | 146 | 4 | Google Affirmative | |
| 147 | 22 | 148 | 10 | States Affirmative | |
| 148 | 11 | 148 | 15 | Google Counter | |
| 148 | 24 | 149 | 7 | Google Counter | |

| | | | | | |
|---|---|---|---|---|---|
| 154 | 3 | 154 | 6 | States Affirmative | GOOGObj-Incomplete |
| 157 | 15 | 158 | 5 | States Affirmative | GOOGObj-Incomplete |
| 158 | 9 | 158 | 12 | States Affirmative | GOOGObj-Incomplete |
| 159 | 11 | 159 | 13 | States Affirmative | |
| 159 | 14 | 159 | 17 | States Counter | |
| 159 | 14 | 159 | 24 | Google Counter | |
| 161 | 4 | 161 | 14 | States Affirmative | |
| 161 | 15 | 161 | 22 | States Affirmative | |
| 163 | 7 | 163 | 13 | States Affirmative | |
| 163 | 14 | 163 | 21 | Google Counter | |
| 164 | 10 | 164 | 15 | States Affirmative | |
| 164 | 22 | 165 | 9 | States Affirmative | |
| 165 | 10 | 165 | 19 | States Affirmative | |
| 165 | 20 | 166 | 3 | Google Counter | |
| 167 | 8 | 168 | 7 | States Affirmative | |
| 168 | 11 | 169 | 12 | States Affirmative | |
| 171 | 5 | 171 | 14 | States Affirmative | |
| 171 | 19 | 171 | 25 | States Counter | |
| 172 | 17 | 173 | 4 | States Affirmative | |
| 172 | 25 | 172 | 25 | Google Affirmative | |
| 173 | 2 | 173 | 4 | Google Affirmative | |
| 174 | 8 | 174 | 16 | Google Affirmative | |
| 174 | 8 | 175 | 20 | States Affirmative | |
| 176 | 20 | 176 | 24 | States Affirmative | |
| 177 | 11 | 177 | 25 | Google Affirmative | |
| 177 | 11 | 179 | 5 | States Affirmative | |
| 178 | 2 | 178 | 10 | Google Affirmative | |
| 179 | 6 | 179 | 16 | Google Counter | |
| 179 | 17 | 179 | 20 | States Affirmative | |
| 180 | 2 | 180 | 7 | States Affirmative | |
| 180 | 23 | 184 | 13 | States Affirmative | |
| 199 | 3 | 200 | 20 | States Affirmative | |
| 202 | 6 | 202 | 9 | States Affirmative | |
| 202 | 10 | 202 | 15 | Google Counter | |
| 202 | 16 | 203 | 4 | States Affirmative | |
| 203 | 20 | 203 | 25 | Google Affirmative | |
| 203 | 25 | 204 | 8 | States Affirmative | GOOGObj-Incomplete |
| 204 | 2 | 204 | 8 | Google Affirmative | |
| 204 | 17 | 204 | 23 | Google Affirmative | |
| 205 | 3 | 205 | 7 | States Affirmative | |
| 205 | 10 | 205 | 25 | Google Affirmative | |
| 206 | 2 | 206 | 25 | Google Affirmative | |
| 207 | 2 | 207 | 12 | Google Affirmative | StatesObj-Form - Leading as to 207:7-207:9 |
| 207 | 13 | 207 | 21 | Google Counter Counter | |

| | | | | | |
|---|---|---|---|---|---|
| 207 | 22 | 207 | 25 | Google Affirmative | StatesObj-Form - Leading |
| 208 | 2 | 208 | 2 | Google Affirmative | StatesObj-Form - Leading |
| 208 | 5 | 208 | 12 | Google Affirmative | |
| 208 | 5 | 208 | 12 | States Affirmative | GOOGObj-Incomplete |
| 209 | 10 | 209 | 16 | Google Affirmative | |
| 209 | 10 | 209 | 16 | States Affirmative | |
| 212 | 9 | 212 | 25 | Google Affirmative | |
| 213 | 2 | 213 | 25 | Google Affirmative | |
| 214 | 2 | 214 | 18 | Google Affirmative | |
| 215 | 2 | 215 | 25 | Google Affirmative | |
| 215 | 2 | 217 | 8 | States Affirmative | |
| 216 | 2 | 216 | 25 | Google Affirmative | |
| 217 | 2 | 217 | 24 | Google Affirmative | |
| 218 | 7 | 218 | 16 | Google Affirmative | |
| 219 | 12 | 219 | 25 | Google Affirmative | |
| 220 | 2 | 220 | 3 | Google Affirmative | |
| 220 | 4 | 220 | 18 | States Affirmative | |
| 221 | 25 | 221 | 25 | Google Affirmative | |
| 222 | 2 | 222 | 19 | Google Affirmative | |
| 223 | 2 | 223 | 8 | States Affirmative | |
| 223 | 19 | 223 | 25 | Google Affirmative | |
| 224 | 2 | 224 | 25 | Google Affirmative | |
| 224 | 4 | 224 | 12 | States Affirmative | |
| 225 | 2 | 225 | 8 | Google Affirmative | |
| 225 | 17 | 225 | 25 | Google Affirmative | |
| 226 | 2 | 226 | 25 | Google Affirmative | |
| 226 | 6 | 231 | 16 | States Affirmative | GOOGObj-Rule 802 as to 228:24-229:12 |
| 227 | 2 | 227 | 25 | Google Affirmative | |
| 228 | 2 | 228 | 23 | Google Affirmative | |
| 230 | 5 | 230 | 25 | Google Affirmative | |
| 231 | 2 | 231 | 16 | Google Affirmative | |
| 231 | 17 | 232 | 3 | Google Counter | |
| 232 | 4 | 232 | 24 | Google Affirmative | |
| 233 | 5 | 234 | 7 | States Affirmative | |
| 234 | 8 | 234 | 25 | Google Affirmative | |
| 235 | 2 | 235 | 2 | Google Affirmative | |
| 235 | 19 | 235 | 25 | Google Affirmative | |
| 236 | 2 | 236 | 25 | Google Affirmative | |
| 236 | 16 | 238 | 9 | States Affirmative | |
| 237 | 2 | 237 | 5 | Google Affirmative | |
| 237 | 17 | 237 | 25 | Google Affirmative | |
| 238 | 2 | 238 | 25 | Google Affirmative | |
| 238 | 10 | 242 | 17 | States Affirmative | |
| 239 | 2 | 239 | 25 | Google Affirmative | |

| 240 | 2 | 240 | 25 | Google Affirmative | |
| --- | --- | --- | --- | --- | --- |
| 244 | 12 | 244 | 16 | Google Affirmative | StatesObj-Form – Other - Compound |
| 244 | 19 | 244 | 25 | Google Affirmative | |
| 245 | 2 | 245 | 25 | Google Affirmative | |