# EXHIBIT X

| Designations from Deposition of Sundeep Jain (1/20/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 19 | 19 | 20 | 23 | DOJ Affirmative | |
| 20 | 24 | 21 | 13 | DOJ Affirmative | |
| 21 | 14 | 21 | 17 | Google Counter | |
| 21 | 20 | 22 | 9 | States Affirmative | |
| 22 | 10 | 23 | 3 | DOJ Affirmative | |
| 23 | 4 | 23 | 8 | States Affirmative | |
| 25 | 10 | 25 | 12 | DOJAdopts | |
| 25 | 10 | 25 | 12 | States Counter Counter | |
| 25 | 13 | 26 | 3 | Google Counter | |
| 26 | 6 | 26 | 14 | States Affirmative | |
| 26 | 19 | 26 | 23 | DOJ Counter Counter | GOOGCntrCntrObj-Incomplete |
| 27 | 1 | 27 | 5 | DOJ Counter Counter | |
| 27 | 7 | 27 | 17 | DOJ Counter Counter | |
| 28 | 4 | 28 | 11 | Google Counter | |
| 28 | 23 | 29 | 4 | DOJ Affirmative | |
| 29 | 9 | 29 | 15 | Google Counter | DOJObj [29:12-15]: Foundation (FRE 104a) |
| 29 | 16 | 30 | 23 | DOJ Affirmative | |
| 30 | 24 | 31 | 18 | Google Counter | |
| 33 | 17 | 34 | 9 | DOJ Affirmative | |
| 37 | 22 | 40 | 16 | DOJ Affirmative | |
| 44 | 24 | 45 | 6 | Google Counter | |
| 46 | 9 | 47 | 5 | Google Counter | |
| 47 | 6 | 47 | 12 | States Counter Counter | |
| 47 | 23 | 48 | 5 | DOJ Affirmative | |
| 48 | 8 | 49 | 11 | DOJ Affirmative | |
| 49 | 21 | 51 | 12 | Google Counter | |
| 51 | 13 | 53 | 5 | DOJ Affirmative | |
| 55 | 15 | 56 | 10 | Google Counter | |
| 56 | 11 | 57 | 2 | DOJ Affirmative | |
| 57 | 19 | 57 | 19 | Google Counter | |
| 57 | 20 | 58 | 15 | DOJ Affirmative | |
| 58 | 16 | 59 | 6 | Google Counter | |
| 59 | 7 | 59 | 20 | DOJAdopts | |
| 59 | 7 | 59 | 20 | States Counter Counter | GOOGCntrCntrObj-Form - Leading |
| 64 | 18 | 65 | 17 | DOJ Affirmative | |
| 65 | 18 | 66 | 17 | States Affirmative | |
| 66 | 18 | 68 | 3 | DOJ Affirmative | |

| Designations from Deposition of Sundeep Jain (1/20/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 68 | 4 | 68 | 24 | Google Counter | |
| 70 | 10 | 70 | 16 | DOJ Affirmative | |
| 70 | 18 | 71 | 7 | DOJ Affirmative | |
| 71 | 8 | 71 | 19 | Google Counter | StatesCntrObj-Rule 602 |
| 72 | 7 | 72 | 14 | DOJ Affirmative | |
| 73 | 4 | 73 | 24 | Google Counter | |
| 73 | 25 | 74 | 21 | DOJ Affirmative | |
| 77 | 15 | 78 | 15 | DOJ Counter Counter | |
| 78 | 20 | 79 | 6 | Google Counter | |
| 79 | 7 | 80 | 18 | DOJ Affirmative | |
| 80 | 19 | 80 | 22 | DOJ Affirmative | |
| 82 | 24 | 85 | 14 | DOJ Affirmative | |
| 87 | 6 | 87 | 17 | DOJ Affirmative | |
| 88 | 6 | 89 | 8 | DOJ Affirmative | |
| 89 | 9 | 91 | 20 | DOJ Affirmative | |
| 92 | 3 | 93 | 15 | DOJ Affirmative | |
| 94 | 24 | 95 | 7 | DOJ Affirmative | |
| 96 | 11 | 96 | 17 | DOJ Affirmative | |
| 96 | 23 | 97 | 5 | DOJ Affirmative | |
| 97 | 7 | 97 | 10 | Google Counter | |
| 101 | 22 | 101 | 24 | DOJ Affirmative | |
| 101 | 25 | 102 | 11 | DOJ Affirmative | |
| 106 | 13 | 106 | 23 | DOJ Affirmative | |
| 107 | 22 | 108 | 1 | Google Counter | |
| 108 | 5 | 108 | 8 | Google Counter | |
| 108 | 10 | 108 | 13 | Google Counter | |
| 108 | 14 | 110 | 4 | States Affirmative | |
| 110 | 5 | 110 | 6 | DOJ Affirmative | |
| 110 | 8 | 110 | 11 | DOJ Affirmative | |
| 110 | 13 | 110 | 17 | DOJ Affirmative | |
| 111 | 4 | 111 | 5 | Google Counter | |
| 111 | 10 | 111 | 13 | DOJ Counter Counter | |
| 111 | 14 | 112 | 3 | Google Counter | |
| 112 | 4 | 114 | 3 | DOJ Affirmative | |
| 114 | 8 | 114 | 10 | Google Counter | |
| 114 | 12 | 114 | 13 | Google Counter | |
| 114 | 14 | 114 | 18 | DOJAdopts | |
| 114 | 14 | 114 | 18 | States Counter Counter | |
| 114 | 19 | 115 | 4 | DOJ Affirmative | |

| Designations from Deposition of Sundeep Jain (1/20/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 115 | 6 | 116 | 1 | DOJ Affirmative | |
| 116 | 14 | 116 | 18 | Google Counter | |
| 116 | 20 | 117 | 6 | Google Counter | |
| 117 | 7 | 117 | 20 | DOJ Affirmative | |
| 122 | 10 | 122 | 17 | DOJ Affirmative | |
| 123 | 23 | 124 | 7 | DOJ Affirmative | |
| 125 | 3 | 126 | 9 | DOJ Affirmative | |
| 126 | 10 | 126 | 25 | Google Counter | |
| 127 | 23 | 128 | 9 | DOJ Affirmative | |
| 128 | 10 | 128 | 17 | Google Counter | |
| 128 | 18 | 130 | 17 | DOJ Affirmative | |
| 130 | 18 | 132 | 21 | DOJ Affirmative | |
| 133 | 4 | 135 | 1 | DOJ Affirmative | |
| 135 | 2 | 135 | 15 | DOJ Affirmative | |
| 135 | 16 | 136 | 4 | Google Counter | |
| 136 | 5 | 136 | 23 | DOJ Affirmative | |
| 138 | 3 | 139 | 2 | Google Counter | |
| 139 | 3 | 139 | 5 | States Affirmative | |
| 139 | 6 | 140 | 8 | Google Counter | DOJObj [139:22-140:8]: Foundation (FRE 104a), Speculation (FRE 602) |
| 140 | 9 | 141 | 7 | DOJ Affirmative | |
| 141 | 9 | 141 | 13 | DOJ Affirmative | |
| 142 | 4 | 142 | 16 | DOJ Affirmative | |
| 142 | 19 | 142 | 22 | DOJ Affirmative | |
| 143 | 7 | 143 | 25 | Google Counter | |
| 144 | 3 | 144 | 15 | DOJ Affirmative | |
| 144 | 17 | 145 | 22 | DOJ Affirmative | |
| 145 | 23 | 146 | 16 | DOJ Affirmative | |
| 146 | 19 | 146 | 25 | Google Counter | |
| 147 | 1 | 147 | 12 | DOJ Affirmative | |
| 147 | 13 | 147 | 17 | Google Counter | |
| 147 | 19 | 148 | 3 | Google Counter | |
| 148 | 18 | 149 | 14 | Google Counter | StatesCntrObj-Rule 802 |
| 150 | 8 | 151 | 3 | DOJ Affirmative | |
| 151 | 4 | 151 | 8 | Google Counter | |
| 151 | 9 | 151 | 13 | DOJ Counter Counter | |
| 156 | 4 | 157 | 17 | DOJ Affirmative | |

| Designations from Deposition of Sundeep Jain (1/20/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 158 | 16 | 158 | 23 | DOJ Affirmative | |
| 159 | 2 | 159 | 3 | Google Counter | |
| 159 | 4 | 160 | 11 | DOJ Affirmative | |
| 160 | 12 | 160 | 21 | DOJ Affirmative | |
| 161 | 25 | 162 | 15 | DOJ Affirmative | |
| 162 | 16 | 164 | 2 | Google Counter | |
| 164 | 8 | 165 | 16 | DOJ Affirmative | |
| 165 | 25 | 166 | 4 | DOJ Affirmative | |
| 166 | 7 | 167 | 10 | DOJ Affirmative | |
| 167 | 19 | 168 | 15 | Google Counter | StatesCntrObj-Rule 802 |
| 168 | 25 | 170 | 2 | States Counter Counter | |
| 177 | 22 | 178 | 4 | DOJ Affirmative | |
| 178 | 14 | 180 | 2 | DOJ Affirmative | |
| 180 | 3 | 180 | 17 | DOJ Affirmative | |
| 180 | 18 | 181 | 23 | DOJ Affirmative | |
| 181 | 24 | 182 | 12 | DOJ Affirmative | |
| 182 | 13 | 184 | 24 | DOJ Affirmative | |
| 185 | 9 | 186 | 1 | Google Counter | |
| 187 | 11 | 188 | 4 | Google Counter | StatesCntrObj-Rule 802 |
| 188 | 5 | 188 | 21 | DOJ Counter Counter | |
| 191 | 2 | 191 | 6 | DOJ Affirmative | |
| 191 | 10 | 193 | 8 | DOJ Affirmative | |
| 194 | 6 | 194 | 13 | DOJ Affirmative | |
| 194 | 14 | 195 | 8 | DOJ Affirmative | |
| 195 | 9 | 195 | 17 | Google Counter | StatesCntrObj-Rule 802 |
| 196 | 7 | 196 | 12 | States Affirmative | |
| 196 | 13 | 196 | 15 | Google Counter | |
| 196 | 16 | 196 | 24 | States Affirmative | |
| 196 | 25 | 197 | 8 | Google Counter | |
| 198 | 16 | 199 | 16 | Google Counter | StatesCntrObj-Rule 802 |
| 202 | 9 | 202 | 16 | States Affirmative | |
| 202 | 17 | 203 | 5 | DOJ Affirmative | |
| 207 | 18 | 208 | 17 | Google Counter | |
| 210 | 15 | 210 | 24 | States Affirmative | |
| 211 | 15 | 212 | 9 | Google Counter | |
| 216 | 23 | 217 | 3 | States Affirmative | |
| 220 | 22 | 221 | 25 | Google Counter | |

| Designations from Deposition of Sundeep Jain (1/20/2022) |||||  |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 222 | 1 | 222 | 5 | DOJ Counter Counter | |
| 222 | 8 | 223 | 4 | States Counter Counter | GOOGCntrCntrObj-Rule 602 |
| 224 | 1 | 224 | 16 | States Affirmative | |
| 247 | 3 | 247 | 14 | States Affirmative | |
| 248 | 8 | 248 | 22 | States Affirmative | |
| 248 | 24 | 249 | 2 | States Affirmative | |
| 256 | 17 | 256 | 25 | States Affirmative | |
| 258 | 5 | 258 | 13 | States Affirmative | |
| 259 | 13 | 259 | 20 | DOJ Counter Counter | |
| 259 | 21 | 260 | 8 | Google Counter | |
| 260 | 12 | 260 | 23 | Google Counter | |
| 260 | 25 | 261 | 12 | Google Counter | |
| 263 | 1 | 264 | 2 | Google Counter | |
| 264 | 5 | 264 | 22 | Google Counter | StatesCntrObj-Form – Leading |
| 264 | 23 | 264 | 23 | States Counter Counter | |
| 264 | 24 | 264 | 24 | Google Counter | StatesCntrObj-Form – Leading |
| 265 | 2 | 265 | 15 | Google Counter | StatesCntrObj-Form – Leading |
| 265 | 17 | 265 | 17 | States Counter Counter | |