# EXHIBIT Y

| Designations from Deposition of Mike James (2/10/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 7 | 3 | 7 | 11 | Google Affirmative | |
| 12 | 13 | 12 | 15 | States Affirmative | |
| 12 | 13 | 13 | 12 | Google Affirmative | |
| 13 | 1 | 13 | 19 | States Affirmative | |
| 13 | 14 | 13 | 14 | Google Affirmative | |
| 13 | 15 | 13 | 19 | Google Affirmative | |
| 13 | 20 | 13 | 23 | DOJ Counter | |
| 14 | 14 | 14 | 25 | States Counter Counter | |
| 15 | 2 | 15 | 23 | States Affirmative | GOOGObj-Incomplete; GOOGObj-Other; Refers to or relies on statement in exhibit not introduced or identified in Plaintiff States' designations. |
| 16 | 2 | 16 | 10 | DOJ Counter; States Affirmative | GOOGObj-Incomplete; GOOGObj-Other; Refers to or relies on statement in exhibit not introduced or identified in Plaintiff States' designations. |
| 16 | 13 | 16 | 15 | States Affirmative | GOOGObj-Incomplete; GOOGObj-Other; Refers to or relies on statement in exhibit not introduced or identified in Plaintiff States' designations. |
| 16 | 13 | 16 | 24 | DOJ Counter | GOOGObj-Incomplete; GOOGObj-Other; Refers to or relies |

| Designations from Deposition of Mike James (2/10/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| | | | | | on statement in exhibit not introduced or identified in Plaintiff States' designations. |
| 16 | 17 | 17 | 9 | States Affirmative | GOOGObj-Incomplete; GOOGObj-Other; Refers to or relies on statement in exhibit not introduced or identified in Plaintiff States' designations. |
| 18 | 1 | 19 | 17 | States Affirmative | GOOGObj-Incomplete; GOOGObj-Other; Refers to or relies on statement in exhibit not introduced or identified in Plaintiff States' designations. |
| 21 | 5 | 21 | 8 | States Affirmative | |
| 21 | 18 | 22 | 11 | Google Affirmative | |
| 21 | 18 | 23 | 1 | States Affirmative | |
| 22 | 12 | 23 | 1 | DOJ Counter | |
| 23 | 7 | 24 | 10 | States Affirmative | |
| 24 | 11 | 25 | 10 | Google Affirmative | |
| 26 | 3 | 26 | 9 | Google Counter | |
| 26 | 10 | 26 | 18 | States Affirmative | |
| 27 | 4 | 27 | 16 | States Affirmative | |
| 27 | 4 | 27 | 25 | Google Affirmative | |
| 28 | 1 | 28 | 16 | DOJ Counter | |
| 28 | 20 | 28 | 23 | DOJ Counter | |
| 29 | 2 | 29 | 10 | DOJ Counter | |
| 30 | 6 | 31 | 16 | States Affirmative | |
| 31 | 21 | 32 | 2 | States Affirmative | |
| 32 | 7 | 32 | 12 | States Counter Counter | |

| Designations from Deposition of Mike James (2/10/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 32 | 13 | 32 | 17 | States Affirmative | GOOGObj-Incomplete |
| 32 | 22 | 34 | 22 | DOJ Counter | |
| 33 | 1 | 34 | 22 | States Affirmative | |
| 35 | 9 | 35 | 23 | DOJ Counter | |
| 35 | 9 | 36 | 17 | States Affirmative | |
| 36 | 10 | 38 | 9 | DOJ Counter | |
| 36 | 24 | 38 | 9 | States Affirmative | |
| 38 | 10 | 38 | 22 | Google Affirmative | |
| 38 | 23 | 39 | 17 | States Affirmative | |
| 38 | 23 | 43 | 8 | DOJ Counter | |
| 39 | 23 | 42 | 10 | States Affirmative | |
| 42 | 11 | 42 | 11 | States Counter Counter | |
| 42 | 12 | 42 | 24 | States Affirmative | GOOGObj-Incomplete |
| 43 | 16 | 44 | 25 | States Affirmative | |
| 45 | 20 | 45 | 24 | DOJ Counter | |
| 46 | 12 | 46 | 20 | States Affirmative | |
| 46 | 15 | 46 | 20 | DOJ Counter | |
| 48 | 3 | 48 | 7 | States Affirmative | |
| 48 | 17 | 50 | 13 | DOJ Counter | |
| 48 | 22 | 49 | 23 | States Affirmative | |
| 50 | 1 | 50 | 13 | States Affirmative | |
| 51 | 7 | 51 | 8 | States Counter Counter | |
| 51 | 7 | 51 | 20 | DOJ Counter | |
| 51 | 9 | 51 | 20 | States Affirmative | GOOGObj-Incomplete |
| 52 | 19 | 53 | 17 | States Affirmative | |
| 53 | 21 | 54 | 1 | States Affirmative | |
| 54 | 2 | 54 | 8 | Google Counter | |
| 54 | 9 | 54 | 14 | States Counter Counter | |
| 54 | 15 | 54 | 21 | States Affirmative | GOOGObj-Incomplete; GOOGObj-Other; Refers to or relies on specific statement not identified in Plaintiff States' designations. |
| 57 | 7 | 58 | 3 | States Counter Counter | |

| Designations from Deposition of Mike James (2/10/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 58 | 4 | 58 | 20 | States Affirmative | GOOGObj-Incomplete; GOOGObj-Other; Refers to or relies on statement in exhibit not introduced or identified in Plaintiff States' designations. |
| 59 | 1 | 59 | 14 | States Affirmative | GOOGObj-Incomplete; GOOGObj-Other; Refers to or relies on statement in exhibit not introduced or identified in Plaintiff States' designations. |
| 59 | 24 | 60 | 7 | States Counter Counter | |
| 60 | 10 | 60 | 17 | States Affirmative | GOOGObj-Incomplete; GOOGObj-Other; Refers to or relies on statement in exhibit not introduced or identified in Plaintiff States' designations. |
| 65 | 10 | 65 | 15 | DOJ Counter | |
| 65 | 24 | 66 | 17 | DOJ Counter | |
| 67 | 2 | 67 | 15 | States Affirmative | |
| 67 | 2 | 68 | 4 | DOJ Counter | |
| 67 | 20 | 68 | 4 | States Affirmative | |
| 68 | 5 | 68 | 21 | Google Affirmative | |
| 69 | 2 | 69 | 16 | States Affirmative | |
| 71 | 3 | 71 | 11 | States Affirmative | |
| 72 | 19 | 73 | 3 | States Affirmative | GOOGObj-Incomplete; questioner |

| Designations from Deposition of Mike James (2/10/2022) ||||||
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| | | | | | statement at 73:3 is extraneous |
| 73 | 18 | 73 | 24 | States Affirmative | |
| 73 | 25 | 73 | 25 | DOJ Counter | |
| 74 | 1 | 74 | 7 | States Affirmative | GOOGObj-Incomplete |
| 74 | 8 | 74 | 17 | DOJ Counter | |
| 76 | 4 | 76 | 5 | States Counter Counter | |
| 76 | 5 | 77 | 10 | States Affirmative | GOOGObj-Incomplete |
| 81 | 19 | 82 | 6 | States Affirmative | GOOGObj-Rule 602; James is speculating as to why incrementality on mobile is higher than incrementality on desktop. |
| 82 | 8 | 82 | 22 | States Affirmative | GOOGObj-Rule 602; James is speculating as to why incrementality on mobile is higher than incrementality on desktop. |
| 83 | 4 | 83 | 10 | States Affirmative | |
| 84 | 4 | 85 | 4 | States Affirmative | |
| 85 | 6 | 85 | 17 | Google Affirmative | |
| 85 | 6 | 86 | 9 | States Affirmative | |
| 85 | 19 | 86 | 9 | Google Affirmative | |
| 86 | 10 | 86 | 15 | DOJ Counter | |
| 86 | 16 | 87 | 2 | Google Affirmative | |
| 87 | 6 | 87 | 15 | DOJ Counter | |
| 87 | 22 | 88 | 19 | DOJ Counter | |
| 88 | 2 | 88 | 19 | States Affirmative | |
| 91 | 21 | 91 | 23 | States Affirmative | |
| 92 | 17 | 92 | 19 | Google Affirmative | |
| 92 | 21 | 93 | 1 | Google Affirmative | |
| 93 | 17 | 93 | 20 | Google Affirmative | |

| Designations from Deposition of Mike James (2/10/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 96 | 17 | 97 | 15 | States Affirmative | |
| 97 | 18 | 97 | 22 | DOJ Counter; States Affirmative | |
| 98 | 7 | 98 | 14 | DOJ Counter | |
| 100 | 3 | 100 | 15 | Google Affirmative | |
| 100 | 16 | 100 | 20 | States Counter Counter | |
| 100 | 20 | 101 | 18 | States Affirmative | GOOGObj-Incomplete |
| 102 | 20 | 103 | 1 | States Affirmative | |
| 103 | 9 | 108 | 3 | States Affirmative | GOOGObj-Rule 602; Google specifically objects to the testimony at 106:4-14 and 107:13-23 as speculative and lacking personal knowledge. |
| 107 | 4 | 107 | 23 | DOJ Counter | GOOGObj-Rule 602; Google specifically objects to the testimony at 106:4-14 and 107:13-23 as speculative and lacking personal knowledge. |
| 108 | 18 | 109 | 1 | States Affirmative | |
| 109 | 6 | 110 | 5 | States Affirmative | |
| 109 | 11 | 110 | 5 | DOJ Counter | |
| 113 | 7 | 115 | 13 | Google Affirmative | |
| 113 | 14 | 115 | 13 | States Affirmative | |
| 116 | 1 | 116 | 8 | States Affirmative | |
| 116 | 1 | 116 | 14 | DOJ Counter | |
| 116 | 11 | 116 | 17 | States Affirmative | |
| 117 | 2 | 118 | 6 | Google Affirmative | |
| 118 | 7 | 119 | 10 | DOJ Counter | GOOGObj-Rule 602; As James admits at 118:7-11, he is |

| Designations from Deposition of Mike James (2/10/2022) ||||||
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| | | | | | speculating about the reasons why efficiency on social ads is lower. |
| 118 | 7 | 120 | 7 | States Affirmative | GOOGObj-Rule 602; Google specifically objects to 118:7-119:10. As James admits at 118:7-11, he is speculating about the reasons why efficiency on social ads is lower. |
| 119 | 11 | 120 | 7 | Google Affirmative | |
| 120 | 15 | 120 | 24 | Google Affirmative; States Affirmative | |
| 121 | 11 | 121 | 17 | Google Affirmative | |
| 121 | 18 | 122 | 2 | DOJ Counter; States Affirmative | |
| 122 | 3 | 122 | 8 | Google Affirmative | |
| 122 | 9 | 122 | 16 | DOJ Counter | |
| 123 | 3 | 124 | 11 | DOJ Counter; States Affirmative | |
| 124 | 16 | 125 | 1 | DOJ Counter; States Affirmative | |
| 125 | 25 | 126 | 9 | DOJ Counter | |
| 126 | 2 | 126 | 5 | States Affirmative | |
| 126 | 13 | 126 | 15 | DOJ Counter | |
| 126 | 17 | 127 | 1 | DOJ Counter | |
| 127 | 3 | 127 | 18 | DOJ Counter | |
| 127 | 22 | 127 | 23 | Google Affirmative | |
| 127 | 25 | 128 | 5 | Google Affirmative | |
| 128 | 12 | 128 | 20 | DOJ Counter | |
| 128 | 22 | 129 | 5 | DOJ Counter | |
| 130 | 10 | 131 | 13 | DOJ Counter | |
| 132 | 15 | 132 | 20 | DOJ Counter | |
| 132 | 25 | 133 | 12 | Google Counter | |
| 133 | 24 | 134 | 7 | DOJ Counter | |

| Designations from Deposition of Mike James (2/10/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 135 | 4 | 136 | 23 | DOJ Counter; States Affirmative | |
| 137 | 16 | 139 | 3 | States Counter Counter | |
| 139 | 4 | 140 | 7 | States Affirmative | GOOGObj-Incomplete; GOOGObj-Other; Refers to or relies on statement in exhibit not introduced or identified in Plaintiff States' designations. |
| 140 | 20 | 142 | 19 | States Affirmative | |
| 141 | 23 | 142 | 22 | DOJ Counter | |
| 142 | 24 | 143 | 5 | DOJ Counter | |
| 143 | 2 | 143 | 5 | States Affirmative | |
| 143 | 6 | 143 | 20 | Google Counter | |
| 143 | 21 | 144 | 3 | DOJ Counter | |
| 144 | 7 | 144 | 11 | DOJ Counter | |
| 144 | 20 | 145 | 9 | DOJ Counter | |
| 145 | 14 | 147 | 10 | DOJ Counter | |
| 147 | 11 | 147 | 16 | Google Counter | |
| 147 | 17 | 150 | 23 | Google Affirmative | |
| 150 | 24 | 151 | 19 | States Affirmative | |
| 150 | 24 | 156 | 1 | DOJ Counter | |
| 152 | 2 | 153 | 7 | States Affirmative | |
| 154 | 17 | 154 | 23 | States Affirmative | |
| 156 | 12 | 156 | 22 | DOJ Counter | |
| 157 | 3 | 158 | 2 | DOJ Counter | GOOGObj-Rule 602; Google objects to 157:5-19, as James admits he has no first hand knowledge. |
| 158 | 4 | 159 | 12 | DOJ Counter | |
| 158 | 20 | 159 | 6 | Google Counter | |
| 159 | 13 | 159 | 15 | Google Counter | |
| 160 | 1 | 160 | 10 | States Affirmative | |
| 160 | 18 | 161 | 14 | DOJ Counter | |

| Designations from Deposition of Mike James (2/10/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 161 | 16 | 165 | 16 | DOJ Counter | |
| 164 | 22 | 165 | 9 | States Affirmative | |
| 166 | 19 | 166 | 25 | Google Counter | |
| 175 | 7 | 176 | 3 | States Affirmative | |
| 176 | 4 | 176 | 15 | Google Counter | |
| 186 | 9 | 187 | 9 | DOJ Counter | |
| 189 | 17 | 189 | 20 | Google Affirmative | |
| 189 | 22 | 190 | 8 | Google Affirmative | |
| 190 | 9 | 190 | 13 | States Affirmative | |
| 190 | 14 | 190 | 25 | Google Affirmative | |
| 191 | 1 | 191 | 14 | Google Counter Counter | |
| 198 | 3 | 198 | 19 | Google Affirmative | |
| 198 | 24 | 200 | 6 | Google Affirmative | |
| 199 | 16 | 200 | 6 | States Affirmative | |
| 201 | 4 | 202 | 4 | Google Affirmative | DOJObj [201:04-201:09]: Vague Designation (refers to/relies on statement in an exhibit that is not introduced or identified in Google's designations) |
| 206 | 16 | 206 | 22 | Google Counter Counter | |
| 209 | 16 | 209 | 20 | Google Affirmative | |
| 211 | 5 | 211 | 13 | Google Counter | |
| 211 | 14 | 211 | 19 | States Affirmative | GOOGObj-Incomplete |
| 211 | 14 | 211 | 20 | DOJ Counter | |
| 211 | 20 | 211 | 20 | States Counter Counter | |
| 213 | 14 | 214 | 11 | Google Affirmative | DOJObj [213:14-214:08]: Vague Designation (refers to/relies on statements in an exhibit that is not introduced or identified in Google's designations) |
| 214 | 12 | 214 | 19 | DOJ Counter | |

| Designations from Deposition of Mike James (2/10/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 214 | 20 | 216 | 12 | Google Affirmative | |
| 217 | 25 | 218 | 7 | Google Counter Counter | |
| 219 | 4 | 220 | 12 | DOJ Counter | |
| 219 | 9 | 220 | 9 | States Affirmative | |
| 220 | 13 | 220 | 19 | Google Affirmative | DOJObj [all]: Vague Designation (refers to/relies on statement in an exhibit that is not introduced or identified in Google's designations) |
| 221 | 4 | 221 | 18 | Google Counter | |
| 221 | 4 | 222 | 13 | DOJ Counter | |
| 221 | 19 | 222 | 13 | States Affirmative | |
| 222 | 8 | 222 | 13 | Google Counter | |
| 224 | 23 | 225 | 10 | Google Counter | |
| 226 | 10 | 226 | 17 | Google Affirmative | |
| 226 | 18 | 227 | 13 | States Affirmative | |
| 229 | 5 | 229 | 16 | States Affirmative | |
| 229 | 17 | 229 | 19 | Google Counter | |
| 229 | 20 | 230 | 5 | States Affirmative | |
| 230 | 6 | 230 | 8 | Google Counter | |
| 231 | 24 | 232 | 8 | Google Counter | |
| 232 | 9 | 232 | 20 | States Affirmative | |
| 233 | 4 | 233 | 25 | States Affirmative | |
| 234 | 9 | 235 | 4 | DOJ Counter; States Affirmative | |
| 235 | 21 | 236 | 10 | DOJ Counter | |
| 236 | 2 | 236 | 10 | States Affirmative | |
| 236 | 17 | 237 | 2 | DOJ Counter; States Affirmative | |
| 237 | 13 | 238 | 3 | States Affirmative | |
| 241 | 3 | 241 | 17 | Google Affirmative | |
| 241 | 22 | 242 | 12 | Google Affirmative | |
| 242 | 1 | 242 | 12 | States Affirmative | |
| 242 | 21 | 243 | 24 | Google Affirmative | |
| 243 | 25 | 244 | 7 | States Affirmative | |
| 244 | 13 | 245 | 13 | Google Affirmative | |

| Designations from Deposition of Mike James (2/10/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 250 | 23 | 251 | 5 | Google Counter | |
| 251 | 19 | 251 | 24 | States Affirmative | |
| 252 | 8 | 252 | 22 | Google Affirmative | |
| 252 | 23 | 253 | 21 | States Counter Counter | |
| 254 | 3 | 254 | 23 | States Affirmative | GOOGObj-Incomplete; GOOGObj-Rule 602; GOOGObj-Other; Refers to or relies on statement in exhibit not introduced or identified in Plaintiff States' designations. |
| 255 | 22 | 257 | 2 | DOJ Counter | |
| 256 | 8 | 257 | 8 | States Affirmative | |
| 257 | 9 | 257 | 13 | Google Counter | |
| 257 | 14 | 257 | 19 | DOJ Counter | |
| 257 | 23 | 258 | 1 | Google Counter | |
| 258 | 2 | 258 | 13 | DOJ Counter; States Affirmative | |
| 258 | 14 | 258 | 17 | Google Counter | |
| 259 | 13 | 260 | 22 | DOJ Counter | |
| 259 | 23 | 260 | 4 | Google Counter | |
| 260 | 16 | 260 | 22 | States Affirmative | |
| 264 | 1 | 264 | 22 | States Affirmative | |
| 265 | 12 | 267 | 2 | States Affirmative | |
| 267 | 4 | 267 | 5 | Google Counter Counter | |
| 267 | 18 | 267 | 24 | Google Counter Counter | |
| 267 | 18 | 268 | 22 | States Affirmative | |
| 269 | 12 | 270 | 7 | Google Affirmative; States Affirmative | DOJObj [all]: Vague Designation (refers to/relies on statement in an exhibit that is not introduced or identified in Google's designations) |

| Designations from Deposition of Mike James (2/10/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 270 | 14 | 271 | 2 | States Affirmative | |
| 271 | 3 | 272 | 3 | Google Counter | |