# EXHIBIT Z

| Designations from Deposition of John Lagerling (5/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 4 | 6 | 4 | 14 | Google Affirmative | |
| 6 | 24 | 7 | 5 | Google Affirmative | |
| 10 | 24 | 11 | 8 | DOJ Counter | |
| 13 | 4 | 13 | 9 | DOJ Counter | GOOGCntrObj-Incomplete; GOOGCntrObj-Other - Privileged as to 13:8-9; Question designated but no answer; question seeks privileged information |
| 13 | 18 | 13 | 25 | Google Counter Counter | |
| 14 | 4 | 14 | 4 | Google Counter Counter | |
| 15 | 5 | 15 | 12 | DOJ Counter | |
| 20 | 7 | 20 | 11 | Google Affirmative | |
| 23 | 5 | 23 | 22 | Google Affirmative | |
| 23 | 23 | 24 | 23 | DOJ Counter | |
| 24 | 24 | 25 | 2 | Google Affirmative | |
| 25 | 11 | 26 | 5 | Google Affirmative | |
| 31 | 23 | 32 | 5 | DOJ Counter | |
| 36 | 2 | 37 | 21 | DOJ Counter | |
| 38 | 2 | 38 | 22 | DOJ Counter | |
| 39 | 4 | 39 | 19 | DOJ Counter | |
| 39 | 20 | 40 | 10 | Google Counter Counter | |
| 47 | 3 | 47 | 17 | DOJ Counter | |
| 48 | 12 | 48 | 24 | Google Affirmative | |
| 49 | 5 | 50 | 10 | Google Affirmative | |
| 50 | 22 | 51 | 10 | Google Affirmative | |
| 54 | 14 | 54 | 17 | Google Affirmative | |
| 54 | 20 | 55 | 9 | Google Affirmative | |
| 59 | 13 | 60 | 2 | Google Affirmative | |
| 61 | 11 | 61 | 17 | Google Affirmative | |
| 61 | 20 | 63 | 9 | Google Affirmative | |
| 63 | 10 | 63 | 15 | DOJ Counter | |
| 69 | 6 | 69 | 15 | DOJ Counter | |
| 69 | 22 | 70 | 14 | Google Counter Counter | |
| 72 | 7 | 73 | 5 | DOJ Counter | |

| Designations from Deposition of John Lagerling (5/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 73 | 21 | 74 | 3 | Google Counter Counter | |
| 74 | 6 | 74 | 24 | Google Counter Counter | DOJObj [74:06-74:24]: Speculation (FRE602) |
| 75 | 3 | 75 | 4 | DOJ Counter | GOOGCntrObj- Incomplete; Only part of question designated |
| 75 | 7 | 75 | 12 | DOJ Counter | |
| 75 | 15 | 75 | 23 | DOJ Counter | |
| 76 | 17 | 77 | 13 | DOJ Counter | GOOGCntrObj- Incomplete as to 76:17-20; only part of question designated |
| 77 | 19 | 77 | 24 | Google Affirmative | |
| 77 | 25 | 78 | 6 | DOJ Counter | |
| 78 | 7 | 78 | 12 | Google Affirmative | |
| 78 | 13 | 79 | 10 | DOJ Counter | GOOGCntrObj-Form - Other; Vague as to 79:7-10 |
| 79 | 13 | 79 | 24 | DOJ Counter | GOOGCntrObj-Form - Other; Vague as to 79:13-21 |
| 79 | 25 | 80 | 12 | Google Counter Counter | |
| 80 | 24 | 82 | 11 | DOJ Counter | |
| 83 | 10 | 85 | 20 | Google Affirmative | |
| 87 | 5 | 87 | 14 | Google Affirmative | |
| 87 | 15 | 88 | 2 | DOJ Counter | |
| 88 | 3 | 88 | 4 | Google Affirmative | |
| 88 | 7 | 88 | 21 | Google Affirmative | |
| 88 | 22 | 89 | 4 | Google Counter Counter | |
| 90 | 21 | 90 | 24 | DOJ Counter | |
| 92 | 6 | 92 | 19 | DOJ Counter | |
| 108 | 24 | 109 | 2 | DOJ Counter | |
| 109 | 5 | 109 | 8 | DOJ Counter | |
| 109 | 9 | 109 | 15 | Google Affirmative | |
| 109 | 25 | 110 | 10 | Google Affirmative | |
| 110 | 15 | 111 | 12 | DOJ Counter | |
| 111 | 13 | 111 | 16 | Google Affirmative | |
| 112 | 3 | 112 | 24 | Google Affirmative | |

| Designations from Deposition of John Lagerling (5/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 113 | 15 | 114 | 16 | DOJ Counter | |
| 114 | 21 | 116 | 6 | DOJ Counter | |
| 116 | 23 | 120 | 2 | DOJ Counter | |
| 120 | 5 | 120 | 12 | DOJ Counter | |
| 120 | 15 | 121 | 19 | DOJ Counter | |
| 121 | 20 | 122 | 4 | Google Affirmative | |
| 122 | 13 | 124 | 11 | Google Affirmative | |
| 126 | 11 | 126 | 14 | DOJ Counter | |
| 126 | 25 | 127 | 5 | DOJ Counter | |
| 127 | 6 | 127 | 20 | Google Affirmative | DOJObj [127:08-127:20]: Speculation |
| 128 | 7 | 131 | 3 | Google Affirmative | DOJObj [128:21-129:02]: Hearsay, Lack of Foundation  DOJObj [129:13-129:16]: Hearsay, Speculation  DOJObj [129:22-129:25]: Hearsay, Speculation |
| 131 | 10 | 131 | 25 | Google Affirmative | |
| 132 | 10 | 133 | 7 | Google Counter Counter | |
| 133 | 8 | 133 | 16 | DOJ Counter | |
| 133 | 23 | 134 | 8 | DOJ Counter | |
| 134 | 17 | 135 | 14 | DOJ Counter | |
| 135 | 23 | 136 | 6 | Google Counter Counter | DOJObj [136:05-136:06]: Speculation (FRE602) |
| 137 | 3 | 137 | 21 | DOJ Counter | |
| 137 | 24 | 138 | 19 | DOJ Counter | |
| 139 | 15 | 139 | 18 | DOJ Counter | GOOGCntrObj-802 |
| 139 | 19 | 140 | 18 | Google Affirmative | |
| 140 | 21 | 140 | 24 | Google Affirmative | |
| 140 | 25 | 141 | 5 | DOJ Counter | GOOGCntrObj-802 |
| 141 | 8 | 141 | 18 | DOJ Counter | GOOGCntrObj-802 as to 141:8-15 |
| 141 | 21 | 143 | 20 | DOJ Counter | |
| 144 | 9 | 145 | 13 | DOJ Counter | |
| 151 | 3 | 151 | 12 | DOJ Counter | |
| 151 | 17 | 151 | 18 | DOJ Counter | |
| 151 | 21 | 152 | 2 | DOJ Counter | |
| 152 | 10 | 152 | 13 | DOJ Counter | |
| 152 | 16 | 152 | 25 | DOJ Counter | |

| Designations from Deposition of John Lagerling (5/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 153 | 4 | 153 | 9 | DOJ Counter | |
| 155 | 12 | 155 | 19 | Google Affirmative | |
| 155 | 22 | 156 | 4 | Google Affirmative | |
| 156 | 5 | 156 | 13 | DOJ Counter | |
| 156 | 25 | 157 | 13 | DOJ Counter | |
| 157 | 22 | 158 | 10 | DOJ Counter | |
| 158 | 11 | 158 | 14 | Google Affirmative | DOJObj [all]: Vague Designation (refers to content of exhibit not discussed/introduced in Google's designations) |
| 158 | 15 | 158 | 25 | DOJ Counter | |
| 159 | 2 | 159 | 9 | Google Affirmative | |
| 159 | 12 | 161 | 25 | Google Affirmative | |
| 162 | 2 | 163 | 14 | DOJ Counter | |
| 163 | 17 | 165 | 21 | DOJ Counter | |
| 165 | 22 | 166 | 3 | Google Counter Counter | |
| 166 | 5 | 166 | 6 | Google Counter Counter | |
| 166 | 9 | 167 | 4 | Google Counter Counter | DOJObj [166:24-167:04]: Speculation (FRE 602); Lacks Foundation |
| 167 | 5 | 168 | 15 | DOJ Counter | |
| 168 | 21 | 169 | 4 | DOJ Counter | |
| 169 | 5 | 169 | 21 | Google Affirmative | |
| 172 | 5 | 173 | 4 | DOJ Counter | |
| 251 | 15 | 251 | 20 | Google Affirmative | |
| 254 | 25 | 255 | 8 | Google Affirmative | |
| 255 | 17 | 255 | 21 | DOJ Counter | |
| 255 | 22 | 256 | 3 | Google Affirmative | |
| 256 | 4 | 256 | 16 | DOJ Counter | |
| 256 | 17 | 258 | 23 | Google Affirmative | DOJObj [257:17-257:22]: Hearsay, Lack of Foundation |
| 258 | 24 | 261 | 20 | DOJ Counter | |
| 261 | 21 | 262 | 22 | Google Counter Counter | |
| 278 | 3 | 278 | 11 | DOJ Counter | |
| 278 | 15 | 280 | 4 | DOJ Counter | |
| 280 | 11 | 281 | 2 | DOJ Counter | |

| Designations from Deposition of John Lagerling (5/6/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 287 | 5 | 287 | 11 | DOJ Counter | |
| 303 | 25 | 304 | 6 | DOJ Counter | |
| 304 | 9 | 304 | 12 | DOJ Counter | |
| 304 | 13 | 304 | 16 | Google Counter Counter | |
| 304 | 19 | 305 | 4 | Google Counter Counter | |
| 311 | 2 | 311 | 24 | Google Affirmative | DOJObj [311:21-311:23]: Leading |
| 312 | 2 | 313 | 4 | Google Affirmative | DOJObj [312:25-313:04]: Leading |
| 313 | 8 | 313 | 13 | Google Affirmative | DOJObj [313:09-313:13]: Leading |
| 313 | 15 | 313 | 18 | Google Affirmative | |