# EXHIBIT AA

| Designations from Deposition of Zahavah Levine (9/14/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 6 | 7 | 6 | 13 | Google Affirmative | |
| 7 | 11 | 7 | 18 | DOJ Affirmative | |
| 20 | 9 | 20 | 13 | Google Counter | |
| 21 | 17 | 21 | 24 | DOJ Affirmative | |
| 32 | 22 | 33 | 6 | Google Affirmative | |
| 37 | 13 | 37 | 20 | DOJ Affirmative | |
| 37 | 14 | 37 | 20 | Google Affirmative | |
| 76 | 10 | 76 | 24 | DOJ Affirmative | |
| 79 | 10 | 79 | 13 | Google Counter Counter | |
| 80 | 7 | 81 | 3 | DOJ Counter | |
| 81 | 5 | 81 | 8 | DOJ Counter | |
| 81 | 11 | 81 | 13 | DOJ Affirmative | GOOGObj-Incomplete |
| 83 | 17 | 84 | 16 | Google Affirmative | |
| 87 | 25 | 88 | 10 | Google Affirmative | |
| 87 | 25 | 88 | 17 | DOJ Affirmative | |
| 88 | 20 | 88 | 20 | DOJ Affirmative | |
| 88 | 22 | 88 | 22 | DOJ Affirmative | |
| 88 | 23 | 89 | 10 | DOJ Affirmative | |
| 97 | 2 | 97 | 15 | DOJ Affirmative | |
| 97 | 2 | 97 | 15 | Google Affirmative | |
| 98 | 7 | 98 | 11 | Google Affirmative | |
| 98 | 14 | 99 | 8 | Google Affirmative | |
| 99 | 11 | 100 | 23 | Google Affirmative | |
| 107 | 9 | 108 | 10 | DOJ Affirmative | |
| 108 | 13 | 109 | 19 | DOJ Affirmative | |
| 111 | 10 | 111 | 23 | DOJ Affirmative | GOOGObj-Other as to 111:10 - 111:16; Question cut off by "simultaneous crosstalk" |
| 113 | 10 | 114 | 10 | Google Affirmative | DOJObj [114:02-114:06]: Speculation (FRE 602) |
| 120 | 25 | 121 | 21 | Google Affirmative | |
| 122 | 2 | 122 | 4 | Google Affirmative | |
| 122 | 7 | 122 | 13 | Google Affirmative | |
| 123 | 12 | 124 | 5 | Google Affirmative | |
| 126 | 8 | 127 | 3 | DOJ Affirmative | |

| Designations from Deposition of Zahavah Levine (9/14/2021) ||||||
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 126 | 14 | 127 | 3 | Google Affirmative | |
| 128 | 8 | 129 | 15 | Google Affirmative | |
| 128 | 12 | 130 | 19 | DOJ Affirmative | |
| 136 | 21 | 139 | 16 | DOJ Affirmative | GOOGObj-Rule 602 as to 137:12 - 138:12; 139:3 - 139:11; GOOGObj-Rule 802 as to 137:12 - 138:12; 139:3 - 139:11; GOOGObj-Incomplete as to 139:12-139:16 |
| 139 | 17 | 139 | 25 | Google Counter | |
| 141 | 2 | 143 | 7 | Google Affirmative | DOJObj. [142:8-143:7]: Foundation, Speculation |
| 143 | 9 | 143 | 19 | DOJ Counter | |
| 143 | 20 | 143 | 21 | Google Counter Counter | |
| 143 | 23 | 144 | 4 | DOJ Affirmative | GOOGObj-Form - Other as to 144:2 - 144:4 |
| 144 | 11 | 144 | 16 | DOJ Affirmative | |
| 145 | 22 | 145 | 25 | Google Counter | |
| 146 | 2 | 146 | 12 | Google Counter | |
| 146 | 13 | 147 | 17 | DOJ Affirmative | |
| 147 | 18 | 147 | 25 | Google Counter | |
| 148 | 2 | 148 | 7 | Google Counter | |
| 148 | 19 | 148 | 25 | Google Counter | |
| 149 | 2 | 149 | 6 | Google Counter | |
| 149 | 7 | 149 | 10 | DOJ Affirmative | GOOGObj-Form - Other |
| 149 | 13 | 151 | 13 | DOJ Affirmative | GOOGObj-Other as to 149:18; 149:21; 150:17; 150:21; 150:25; 151:5; 151:12; Errata; GOOGObj-Form |

|  | Designations from Deposition of Zahavah Levine (9/14/2021) |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|  |  |  |  |  | - Other as to 149:13-150:11 |
| 152 | 2 | 152 | 5 | Google Counter |  |
| 152 | 8 | 152 | 25 | Google Counter |  |
| 153 | 15 | 153 | 24 | DOJ Affirmative | GOOGObj-Form - Other as to 153:20 - 153:24 |
| 154 | 3 | 154 | 15 | DOJ Affirmative | GOOGObj-Form - Other as to 154:3-10 |
| 154 | 16 | 155 | 25 | Google Affirmative |  |
| 156 | 4 | 156 | 16 | Google Affirmative |  |
| 156 | 19 | 158 | 14 | Google Affirmative |  |
| 163 | 18 | 164 | 4 | DOJ Affirmative |  |
| 164 | 7 | 165 | 6 | DOJ Affirmative |  |
| 166 | 14 | 167 | 14 | DOJ Affirmative |  |
| 166 | 15 | 166 | 17 | Google Affirmative |  |
| 166 | 25 | 167 | 10 | Google Affirmative |  |
| 173 | 20 | 174 | 8 | DOJ Affirmative |  |
| 174 | 3 | 174 | 8 | Google Affirmative |  |
| 176 | 20 | 177 | 2 | DOJ Affirmative |  |
| 177 | 5 | 177 | 20 | DOJ Affirmative | GOOGObj-Form - Other as to 177:17 - 177:20 |
| 177 | 23 | 178 | 2 | DOJ Affirmative | GOOGObj-Form - Other as to 177:23-178:2 |
| 178 | 4 | 178 | 6 | Google Counter |  |
| 178 | 9 | 178 | 17 | Google Counter |  |
| 180 | 5 | 181 | 22 | DOJ Affirmative |  |
| 182 | 22 | 182 | 24 | Google Counter |  |
| 183 | 3 | 183 | 5 | Google Counter |  |
| 183 | 17 | 183 | 24 | DOJ Affirmative |  |
| 183 | 25 | 184 | 3 | DOJ Counter Counter |  |
| 184 | 6 | 184 | 13 | DOJ Counter Counter |  |
| 184 | 15 | 185 | 11 | DOJ Affirmative |  |
| 184 | 18 | 185 | 11 | Google Affirmative |  |
| 187 | 7 | 187 | 25 | Google Counter |  |
| 188 | 2 | 188 | 7 | Google Counter |  |
| 188 | 10 | 188 | 25 | Google Counter |  |

| Designations from Deposition of Zahavah Levine (9/14/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 189 | 2 | 189 | 19 | DOJ Affirmative | GOOGObj-Other; Exhibit admissibility not established |
| 190 | 2 | 190 | 13 | DOJ Affirmative | |
| 191 | 13 | 191 | 20 | DOJ Affirmative | |
| 191 | 23 | 191 | 24 | DOJ Affirmative | |
| 192 | 6 | 192 | 16 | DOJ Affirmative | GOOGObj-Rule 802; GOOGObj-Form - Other as to 192:12 - 192:16 |
| 192 | 18 | 192 | 20 | DOJ Affirmative | GOOGObj-Rule 802; GOOGObj-Form - Other as to 192:18-20 |
| 192 | 22 | 193 | 9 | DOJ Affirmative | |
| 193 | 12 | 193 | 14 | DOJ Affirmative | |
| 193 | 18 | 193 | 25 | Google Counter | |
| 194 | 2 | 194 | 7 | Google Counter | |
| 194 | 8 | 195 | 4 | DOJ Affirmative | |
| 195 | 7 | 195 | 10 | DOJ Affirmative | |
| 195 | 12 | 196 | 3 | DOJ Affirmative | |
| 196 | 7 | 196 | 25 | DOJ Affirmative | |
| 197 | 22 | 198 | 8 | DOJ Affirmative | |
| 198 | 11 | 199 | 8 | DOJ Affirmative | |
| 204 | 2 | 204 | 13 | Google Affirmative | |
| 205 | 8 | 206 | 7 | DOJ Affirmative | GOOGObj-Other as to 205:8 - 205:24; Exhibit admissibility not established |
| 207 | 3 | 207 | 24 | DOJ Affirmative | |
| 208 | 11 | 208 | 24 | DOJ Affirmative | GOOGObj-Form - Other as to 208:22 - 208:24 |
| 209 | 3 | 209 | 9 | DOJ Affirmative | GOOGObj-Form - Other |
| 209 | 11 | 209 | 19 | Google Counter | |
| 211 | 14 | 211 | 21 | DOJ Affirmative | |
| 211 | 24 | 212 | 13 | DOJ Affirmative | |
| 212 | 25 | 214 | 9 | DOJ Affirmative | |

| Designations from Deposition of Zahavah Levine (9/14/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 215 | 19 | 215 | 24 | Google Counter | |
| 216 | 9 | 216 | 25 | Google Counter | |
| 217 | 2 | 217 | 25 | Google Counter | |
| 218 | 2 | 218 | 10 | Google Counter | |
| 218 | 11 | 218 | 21 | DOJ Affirmative | |
| 218 | 25 | 219 | 3 | DOJ Affirmative | |
| 219 | 5 | 219 | 22 | Google Counter | |
| 225 | 3 | 225 | 15 | DOJ Affirmative | |
| 225 | 18 | 225 | 21 | DOJ Affirmative | |
| 226 | 24 | 227 | 20 | DOJ Affirmative | |
| 227 | 21 | 228 | 11 | DOJ Affirmative | |
| 228 | 14 | 229 | 7 | DOJ Affirmative | |
| 229 | 9 | 229 | 11 | DOJ Affirmative | |
| 229 | 14 | 230 | 17 | DOJ Affirmative | |
| 230 | 21 | 230 | 22 | DOJ Affirmative | |
| 233 | 6 | 234 | 7 | DOJ Affirmative | |
| 234 | 11 | 236 | 16 | DOJ Affirmative | |
| 236 | 20 | 238 | 1 | DOJ Affirmative | GOOGObj-Form - Other as to 237:21 - 237:23 |
| 238 | 8 | 238 | 10 | DOJ Affirmative | |
| 238 | 11 | 240 | 6 | DOJ Affirmative | |
| 241 | 17 | 242 | 14 | DOJ Affirmative | |
| 243 | 19 | 243 | 25 | DOJ Affirmative | |
| 244 | 2 | 245 | 16 | DOJ Affirmative | |
| 245 | 25 | 246 | 17 | DOJ Affirmative | |
| 248 | 4 | 248 | 8 | DOJ Affirmative | |
| 248 | 11 | 249 | 20 | DOJ Affirmative | |
| 250 | 2 | 250 | 5 | DOJ Affirmative | |
| 251 | 22 | 252 | 23 | DOJ Affirmative | |
| 253 | 22 | 255 | 15 | DOJ Affirmative | |
| 256 | 19 | 257 | 10 | DOJ Affirmative | GOOGObj-Other; Exhibit admissibility not established |
| 258 | 22 | 260 | 10 | DOJ Affirmative | |
| 260 | 12 | 261 | 3 | DOJ Affirmative | GOOGObj-Form - Other as to 260:24 - 261:3 |

| Designations from Deposition of Zahavah Levine (9/14/2021) ||||||
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 261 | 5 | 262 | 2 | DOJ Affirmative | GOOGObj-Form - Other as to 261:5-7 |
| 262 | 5 | 263 | 20 | DOJ Affirmative | |
| 264 | 2 | 266 | 7 | DOJ Affirmative | |
| 266 | 10 | 266 | 23 | DOJ Affirmative | |
| 267 | 2 | 267 | 14 | DOJ Affirmative | |
| 268 | 4 | 268 | 10 | DOJ Affirmative | |
| 268 | 13 | 268 | 14 | DOJ Affirmative | |
| 268 | 16 | 269 | 20 | DOJ Affirmative | |
| 270 | 6 | 270 | 10 | DOJ Affirmative | |
| 270 | 13 | 270 | 23 | DOJ Affirmative | |
| 271 | 2 | 271 | 15 | DOJ Affirmative | |
| 271 | 17 | 271 | 25 | Google Counter | |
| 272 | 2 | 272 | 11 | Google Counter | |
| 272 | 13 | 272 | 18 | DOJ Affirmative | |
| 273 | 4 | 273 | 16 | DOJ Affirmative | |
| 275 | 20 | 275 | 24 | Google Counter | |
| 276 | 3 | 276 | 13 | Google Counter | |
| 276 | 25 | 277 | 5 | DOJ Affirmative | |
| 277 | 8 | 278 | 20 | DOJ Affirmative | |
| 278 | 25 | 278 | 25 | Google Counter | |
| 279 | 2 | 279 | 6 | Google Counter | |
| 279 | 9 | 279 | 25 | Google Counter | |
| 280 | 2 | 280 | 3 | Google Counter | |
| 280 | 6 | 280 | 10 | Google Counter | |
| 280 | 13 | 280 | 24 | Google Counter | |
| 281 | 2 | 281 | 4 | DOJ Affirmative | |
| 281 | 6 | 282 | 6 | DOJ Affirmative | |
| 283 | 15 | 283 | 23 | DOJ Affirmative | |
| 285 | 14 | 287 | 8 | DOJ Affirmative | |
| 294 | 16 | 294 | 20 | DOJ Affirmative | GOOGObj-Form - Other; GOOGObj-Rule 602 |
| 294 | 23 | 295 | 7 | DOJ Affirmative | GOOGObj-Form - Other; GOOGObj-Rule 602 |
| 345 | 9 | 345 | 14 | Google Counter | |
| 345 | 15 | 348 | 15 | Google Affirmative | |

| Designations from Deposition of Zahavah Levine (9/14/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 348 | 22 | 349 | 9 | Google Affirmative | |
| 350 | 4 | 350 | 8 | Google Counter | |
| 350 | 9 | 350 | 21 | Google Affirmative | DOJObj [350:17-350:21]: Foundation (FRE 104a); Hearsay (FRE 802) |
| 350 | 24 | 351 | 5 | Google Affirmative | |