# EXHIBIT BB

| Designations from Deposition of Daniel Levy (3/31/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 8 | 6 | 8 | 10 | DOJ Counter | |
| 9 | 19 | 9 | 22 | Google Affirmative | |
| 15 | 19 | 16 | 13 | Google Affirmative | |
| 19 | 23 | 21 | 22 | Google Affirmative | |
| 23 | 15 | 23 | 23 | DOJ Counter | |
| 24 | 8 | 24 | 21 | Google Affirmative | StatesObj-Incomplete |
| 24 | 22 | 25 | 9 | Google Counter Counter | |
| 25 | 10 | 25 | 14 | States Counter | |
| 25 | 15 | 25 | 21 | Google Counter Counter | |
| 29 | 17 | 29 | 21 | DOJ Counter | |
| 30 | 16 | 31 | 4 | DOJ Counter | |
| 31 | 18 | 31 | 20 | DOJ Counter | GOOGCntrObj-Rule 402; GOOGCntrObj-Rule 403; Incomplete/Misleading; Irrelevant |
| 33 | 4 | 33 | 7 | DOJ Counter | |
| 33 | 9 | 33 | 14 | DOJ Counter | |
| 33 | 23 | 34 | 8 | DOJ Counter | |
| 39 | 7 | 43 | 6 | Google Affirmative | StatesObj-Rule 602 |
| 43 | 11 | 43 | 25 | DOJ Counter | |
| 44 | 3 | 44 | 5 | DOJ Counter | |
| 44 | 13 | 44 | 25 | DOJ Counter | |
| 45 | 18 | 46 | 10 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 49 | 23 | 50 | 19 | DOJ Counter | |
| 51 | 2 | 51 | 5 | DOJ Counter | |
| 52 | 4 | 52 | 8 | States Counter | |
| 52 | 23 | 53 | 5 | DOJ Counter | |
| 53 | 16 | 54 | 18 | DOJ Counter | |
| 54 | 19 | 54 | 21 | States Counter | GOOGCntrObj-Rule 602 |
| 54 | 22 | 56 | 8 | Google Affirmative | DOJObj [55:07-55:09]: Foundation (FRE 104a); Speculation (FRE 602)  DOJ Obj [55:17-56:8] Hearsay StatesObj-Rule 602 |
| 56 | 9 | 57 | 3 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 57 | 1 | 57 | 6 | States Counter | |

| Designations from Deposition of Daniel Levy (3/31/2022) ||||||
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 57 | 18 | 57 | 25 | Google Affirmative | StatesObj-Rule 602 |
| 58 | 17 | 58 | 21 | DOJ Counter | |
| 64 | 4 | 64 | 19 | DOJ Counter | |
| 64 | 23 | 64 | 25 | DOJ Counter | |
| 65 | 9 | 65 | 11 | Google Affirmative | StatesObj-Rule 602 |
| 65 | 13 | 65 | 20 | Google Affirmative | StatesObj-Rule 602 |
| 65 | 22 | 66 | 14 | DOJ Counter | |
| 65 | 25 | 66 | 2 | States Counter | GOOGCntrObj-Incomplete |
| 67 | 3 | 67 | 7 | DOJ Counter | |
| 73 | 8 | 73 | 11 | DOJ Counter | |
| 73 | 20 | 73 | 21 | DOJ Counter | |
| 73 | 22 | 73 | 25 | DOJ Counter | |
| 74 | 1 | 74 | 3 | DOJ Counter | |
| 74 | 13 | 75 | 2 | DOJ Counter | |
| 75 | 3 | 75 | 15 | DOJ Counter | |
| 75 | 16 | 76 | 6 | Google Affirmative | DOJObj [all]: Vague Designation (refers to contents of exhibit not introduced/identified in Google's designations) StatesObj-Rule 602 |
| 76 | 7 | 76 | 11 | States Counter | |
| 76 | 15 | 77 | 3 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 77 | 8 | 77 | 16 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 78 | 7 | 78 | 9 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Rule 403 |
| 78 | 7 | 78 | 12 | States Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Rule 403 |
| 78 | 11 | 79 | 9 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Rule 403 as to 78:11-12 |
| 79 | 4 | 79 | 13 | States Counter | |
| 79 | 12 | 80 | 3 | Google Counter Counter | |
| 80 | 4 | 80 | 12 | DOJ Counter | |
| 86 | 11 | 86 | 14 | Google Counter Counter | |

| Designations from Deposition of Daniel Levy (3/31/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 87 | 3 | 87 | 9 | DOJ Counter | |
| 87 | 14 | 88 | 7 | DOJ Counter | |
| 88 | 8 | 88 | 25 | Google Affirmative | DOJObj [88:08-88:25]: Vague Designation StatesObj-Rule 602 |
| 90 | 6 | 91 | 3 | Google Affirmative | |
| 91 | 6 | 91 | 11 | DOJ Counter | GOOGCntrObj-Rule 602; This is a segment that relates to a question later posed at 91:18, for which the witness indicates he is not independently aware of the content. |
| 91 | 18 | 92 | 6 | DOJ Counter | GOOGCntrObj-Rule 602; The witness indicates he is not independently aware of the content. |
| 92 | 9 | 92 | 11 | DOJ Counter | |
| 92 | 22 | 93 | 15 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 104 | 11 | 104 | 18 | DOJ Counter | |
| 104 | 11 | 105 | 6 | States Counter | |
| 105 | 25 | 106 | 16 | DOJ Counter | GOOGCntrObj-Rule 602 as to 106:13-16 |
| 105 | 25 | 107 | 9 | States Counter | GOOGCntrObj-Rule 602 as to 106:13-20 |
| 106 | 18 | 107 | 9 | DOJ Counter | GOOGCntrObj-Rule 602 as to 106:18-20 |
| 107 | 16 | 107 | 21 | DOJ Counter | |
| 107 | 24 | 108 | 2 | DOJ Counter | |
| 108 | 7 | 109 | 3 | DOJ Counter | |
| 110 | 10 | 110 | 19 | DOJ Counter | |
| 110 | 20 | 111 | 25 | DOJ Counter | |
| 113 | 3 | 113 | 4 | DOJ Counter | |
| 113 | 15 | 113 | 21 | DOJ Counter | |
| 115 | 3 | 115 | 21 | Google Affirmative | StatesObj-Rule 602 |
| 115 | 22 | 116 | 8 | DOJ Counter | |
| 121 | 12 | 121 | 22 | Google Affirmative | DOJObj [all]: Vague Designation (refers to terms/concepts in an |

| Designations from Deposition of Daniel Levy (3/31/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| | | | | | exhibit not introduced/identified in Google's designations) |
| 137 | 2 | 137 | 8 | DOJ Counter | |
| 137 | 16 | 138 | 5 | DOJ Counter | |
| 139 | 2 | 140 | 2 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 140 | 12 | 140 | 15 | DOJ Counter | |
| 140 | 17 | 141 | 4 | Google Affirmative | DOJObj [140:20-140:20]: Speculation (FRE 602)  StatesObj-Rule 602 |
| 141 | 8 | 141 | 13 | DOJ Counter | |
| 143 | 21 | 144 | 7 | DOJ Counter | |
| 145 | 5 | 145 | 9 | DOJ Counter | |
| 145 | 11 | 146 | 16 | DOJ Counter | |
| 148 | 2 | 148 | 14 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 148 | 25 | 149 | 7 | DOJ Counter | |
| 149 | 25 | 150 | 11 | DOJ Counter | |
| 150 | 18 | 151 | 5 | DOJ Counter | |
| 151 | 6 | 151 | 11 | DOJ Counter | |
| 151 | 16 | 151 | 25 | DOJ Counter | |
| 152 | 4 | 152 | 13 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 152 | 25 | 153 | 2 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 153 | 4 | 153 | 6 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 153 | 16 | 153 | 19 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 153 | 22 | 153 | 23 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 154 | 22 | 154 | 23 | DOJ Counter | |
| 155 | 1 | 155 | 3 | DOJ Counter | |
| 155 | 5 | 155 | 10 | DOJ Counter | |
| 155 | 15 | 156 | 6 | DOJ Counter | |
| 156 | 20 | 159 | 8 | DOJ Counter | |
| 160 | 19 | 160 | 25 | DOJ Counter | |
| 161 | 3 | 161 | 7 | DOJ Counter | |
| 161 | 8 | 161 | 24 | DOJ Counter | |

| Designations from Deposition of Daniel Levy (3/31/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 162 | 4 | 162 | 8 | DOJ Counter | |
| 162 | 9 | 163 | 14 | DOJ Counter | |
| 164 | 7 | 166 | 25 | DOJ Counter | |
| 167 | 2 | 167 | 11 | DOJ Counter | |
| 167 | 13 | 167 | 21 | DOJ Counter | |
| 168 | 9 | 168 | 24 | DOJ Counter | |
| 169 | 4 | 170 | 21 | DOJ Counter | |
| 172 | 15 | 172 | 24 | DOJ Counter | |
| 173 | 3 | 174 | 8 | DOJ Counter | |
| 174 | 20 | 174 | 25 | DOJ Counter | |
| 175 | 1 | 175 | 21 | DOJ Counter | |
| 177 | 23 | 178 | 4 | DOJ Counter | |
| 179 | 13 | 179 | 17 | DOJ Counter | |
| 179 | 18 | 180 | 1 | Google Counter Counter | |
| 180 | 2 | 180 | 6 | DOJ Counter | |
| 181 | 15 | 182 | 23 | DOJ Counter | |
| 183 | 1 | 185 | 5 | DOJ Counter | GOOGCntrObj-Rule 602; GOOGCntrObj-Rule 402; GOOGCntrObj-Rule 403 |
| 186 | 4 | 186 | 16 | DOJ Counter | |
| 205 | 7 | 205 | 9 | Google Affirmative | |
| 206 | 8 | 209 | 25 | Google Affirmative | StatesObj-Rule 602 |
| 210 | 2 | 211 | 4 | States Counter | |
| 210 | 11 | 210 | 13 | DOJ Counter | |
| 212 | 1 | 212 | 9 | States Counter | |
| 212 | 19 | 212 | 21 | DOJ Counter | |
| 212 | 22 | 213 | 2 | Google Affirmative | DOJObj [all]: Vague Designation (refers to exhibit not introduced/identified in Google's designations); Misleading Designation; Incomplete Exhibit (refers to statement in incomplete exhibit, an exhibit not identified in Google's designations) StatesObj-Rule 602 |

| Designations from Deposition of Daniel Levy (3/31/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 213 | 3 | 213 | 19 | Google Affirmative | DOJ Obj [all]: Vague Designation (refers to exhibit not introduced/identified in Google's designations); Misleading Designation; Incomplete Exhibit (refers to statement in incomplete exhibit, an exhibit not identified in Google's designations) StatesObj-Rule 602 |
| 214 | 1 | 214 | 11 | Google Affirmative | DOJObj [214:08-214:11]: Vague StatesObj-Rule 602 |
| 214 | 13 | 214 | 25 | Google Affirmative | StatesObj-Rule 602 |
| 215 | 2 | 215 | 11 | Google Affirmative | StatesObj-Rule 602 |
| 223 | 23 | 224 | 3 | Google Affirmative | |
| 224 | 5 | 224 | 18 | Google Affirmative | DOJObj [224:10-224:18]: Foundation (FRE 104a); Speculation (FRE 602) StatesObj-Rule 602 |
| 224 | 19 | 225 | 10 | DOJ Counter | |
| 225 | 12 | 225 | 17 | DOJ Counter | |
| 225 | 19 | 226 | 3 | Google Affirmative | DOJObj [225:19-226:03]: Hearsay StatesObj-Rule 802 |
| 238 | 25 | 239 | 2 | Google Affirmative | DOJObj [all]: Foundation (FRE 104a); Speculation (FRE 602); Vague StatesObj-Rule 602 |
| 239 | 4 | 239 | 10 | Google Affirmative | DOJObj [239:04-239:07]: Foundation (FRE 104a), Speculation (FRE 602) StatesObj-Rule 602 |
| 239 | 12 | 240 | 2 | Google Affirmative | DOJObj [239:12-239:21]: Foundation (FRE 104a); |

| Designations from Deposition of Daniel Levy (3/31/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| | | | | | Speculation (FRE 602) StatesObj-Rule 602 |
| 240 | 6 | 240 | 13 | Google Affirmative | DOJObj [240:07-240:08]: Foundation (FRE 104a); Speculation (FRE 602) StatesObj-Rule 602 |
| 257 | 5 | 258 | 17 | DOJ Counter | |
| 260 | 22 | 262 | 3 | Google Affirmative | |
| 263 | 23 | 263 | 24 | Google Affirmative | |
| 264 | 1 | 266 | 17 | Google Affirmative | |