# EXHIBIT CC

| Designations from Deposition of Chris Lien (4/27/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 4 | 2 | 4 | 13 | Google Affirmative | |
| 23 | 19 | 23 | 25 | Google Affirmative | |
| 24 | 2 | 24 | 13 | Google Affirmative | |
| 29 | 15 | 29 | 19 | Google Affirmative | |
| 30 | 16 | 30 | 25 | Google Affirmative | |
| 31 | 2 | 31 | 25 | Google Affirmative | |
| 32 | 2 | 32 | 25 | Google Affirmative | |
| 33 | 2 | 33 | 25 | Google Affirmative | |
| 34 | 2 | 34 | 25 | Google Affirmative | |
| 35 | 2 | 35 | 4 | Google Affirmative | |
| 35 | 7 | 35 | 17 | Google Affirmative | |
| 36 | 19 | 36 | 25 | Google Affirmative | |
| 37 | 2 | 37 | 25 | Google Affirmative | |
| 38 | 2 | 38 | 25 | Google Affirmative | |
| 39 | 2 | 39 | 11 | Google Affirmative | |
| 39 | 18 | 39 | 22 | Google Affirmative | |
| 49 | 21 | 49 | 25 | Google Affirmative | |
| 50 | 2 | 50 | 11 | Google Affirmative | |
| 50 | 12 | 50 | 22 | States Counter | |
| 51 | 3 | 51 | 19 | Google Affirmative | StatesObj-Form - Leading as to 51:15-51:19 |
| 51 | 20 | 51 | 21 | States Counter | |
| 51 | 22 | 51 | 25 | Google Affirmative | |
| 52 | 2 | 52 | 10 | Google Affirmative | |
| 52 | 13 | 52 | 22 | Google Affirmative | |
| 52 | 25 | 52 | 25 | Google Affirmative | |
| 53 | 2 | 53 | 25 | Google Affirmative | |
| 54 | 2 | 54 | 25 | Google Affirmative | |
| 55 | 2 | 55 | 16 | Google Affirmative | |
| 60 | 6 | 60 | 25 | Google Affirmative | |
| 61 | 2 | 61 | 4 | Google Affirmative | |
| 64 | 19 | 64 | 25 | Google Affirmative | |
| 65 | 2 | 65 | 25 | Google Affirmative | |
| 66 | 2 | 66 | 4 | Google Affirmative | |
| 66 | 7 | 66 | 13 | Google Affirmative | |
| 67 | 19 | 69 | 12 | States Counter | |
| 69 | 13 | 71 | 20 | Google Counter Counter | |
| 73 | 21 | 77 | 6 | States Counter | |

| Designations from Deposition of Chris Lien (4/27/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 81 | 15 | 81 | 23 | Google Affirmative | StatesObj-Form - Pther Calls for Speculation as to 81:19-81:23 |
| 81 | 24 | 81 | 25 | States Counter | |
| 82 | 2 | 82 | 2 | Google Affirmative | |
| 85 | 17 | 85 | 25 | Google Affirmative | |
| 86 | 2 | 86 | 16 | Google Affirmative | |
| 88 | 22 | 88 | 25 | Google Affirmative | |
| 89 | 2 | 89 | 25 | Google Affirmative | |
| 90 | 2 | 90 | 25 | Google Affirmative | |
| 91 | 2 | 91 | 12 | Google Affirmative | |
| 95 | 17 | 96 | 10 | States Counter | |
| 103 | 2 | 103 | 21 | Google Affirmative | |
| 104 | 6 | 104 | 21 | Google Affirmative | |
| 105 | 8 | 105 | 10 | Google Affirmative | StatesObj-Form - Other Calls for Speculation |
| 105 | 11 | 105 | 11 | States Counter | |
| 105 | 12 | 105 | 25 | Google Affirmative | StatesObj-Form - Leading/Counsel is Testifying as to 105:22-105:25 |
| 106 | 2 | 106 | 2 | Google Affirmative | StatesObj-Form - Leading/Counsel is Testifying |
| 106 | 3 | 106 | 4 | States Counter | |
| 106 | 5 | 106 | 8 | Google Affirmative | |
| 107 | 6 | 108 | 6 | States Counter | |
| 108 | 7 | 108 | 21 | Google Affirmative | StatesObj-Form - Other Mischaracterizes Testimony as to 108:18-108:21 |
| 108 | 22 | 108 | 23 | States Counter | |
| 108 | 24 | 108 | 25 | Google Affirmative | |
| 109 | 2 | 109 | 8 | Google Affirmative | |
| 111 | 12 | 111 | 25 | Google Affirmative | |
| 112 | 2 | 112 | 10 | Google Affirmative | |
| 112 | 13 | 112 | 24 | Google Affirmative | |
| 123 | 16 | 123 | 25 | Google Affirmative | |
| 124 | 2 | 124 | 6 | Google Affirmative | |
| 124 | 9 | 124 | 14 | Google Affirmative | |
| 146 | 4 | 146 | 25 | Google Affirmative | |

| Designations from Deposition of Chris Lien (4/27/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 147 | 2 | 147 | 4 | Google Affirmative | |
| 154 | 3 | 155 | 22 | States Counter | |
| 156 | 22 | 158 | 5 | Google Counter Counter | |
| 158 | 8 | 158 | 25 | Google Counter Counter | |
| 165 | 9 | 166 | 14 | States Counter | |
| 166 | 15 | 166 | 20 | Google Counter Counter | |
| 166 | 24 | 167 | 6 | Google Counter Counter | |
| 168 | 18 | 168 | 25 | Google Affirmative | |
| 169 | 2 | 169 | 5 | Google Affirmative | |
| 170 | 4 | 170 | 14 | Google Affirmative | |
| 170 | 17 | 170 | 19 | Google Affirmative | |
| 175 | 19 | 175 | 23 | States Counter | |
| 177 | 25 | 178 | 13 | States Counter | GOOGCntrObj-Rule 602; The witness speculates about Google's response in a hypothetical scenario in which Marin could not code to the Google API and lost access; there is no basis in the record that this has occurred. |
| 182 | 6 | 183 | 6 | States Counter | |