# EXHIBIT DD

| Designations from Deposition of John McAteer (February 24, 2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 12 | 4 | 12 | 14 | States Affirmative | |
| 13 | 16 | 14 | 15 | States Affirmative | |
| 14 | 22 | 14 | 25 | States Affirmative | |
| 15 | 1 | 15 | 6 | States Affirmative | |
| 15 | 20 | 16 | 8 | Google Counter | |
| 26 | 12 | 26 | 25 | States Affirmative | |
| 27 | 1 | 27 | 6 | States Affirmative | |
| 27 | 7 | 27 | 13 | States Affirmative | |
| 27 | 14 | 27 | 17 | Google Counter | |
| 27 | 18 | 27 | 25 | States Affirmative | |
| 28 | 1 | 28 | 2 | States Affirmative | |
| 29 | 16 | 29 | 25 | States Affirmative | |
| 30 | 1 | 30 | 25 | States Affirmative | |
| 31 | 1 | 31 | 10 | States Affirmative | |
| 31 | 13 | 31 | 24 | States Counter Counter | |
| 32 | 10 | 32 | 22 | Google Counter | |
| 61 | 20 | 61 | 25 | States Affirmative | |
| 62 | 1 | 62 | 17 | States Affirmative | |
| 65 | 3 | 65 | 18 | States Affirmative | |
| 66 | 3 | 66 | 12 | States Affirmative | |
| 67 | 3 | 67 | 14 | States Affirmative | |
| 68 | 12 | 68 | 23 | Google Counter | |
| 68 | 25 | 69 | 11 | States Affirmative | |
| 79 | 9 | 80 | 4 | Google Counter | |
| 80 | 5 | 80 | 19 | States Affirmative | |
| 80 | 20 | 81 | 10 | Google Counter | |
| 87 | 1 | 87 | 16 | States Affirmative | |
| 87 | 19 | 88 | 4 | States Affirmative | |
| 89 | 6 | 90 | 1 | Google Counter | |
| 90 | 4 | 90 | 21 | States Affirmative | |
| 92 | 23 | 93 | 16 | States Counter Counter | GOOGObj-Incomplete; Rule 106 |
| 94 | 17 | 95 | 11 | States Affirmative | |
| 95 | 12 | 96 | 12 | Google Counter | |
| 99 | 13 | 99 | 16 | States Affirmative | GOOGObj-Incomplete; Rule 106 |
| 99 | 17 | 99 | 25 | Google Counter | |
| 100 | 1 | 100 | 8 | States Counter Counter | |
| 100 | 10 | 100 | 25 | States Affirmative | |
| 101 | 1 | 101 | 13 | States Affirmative | |
| 111 | 21 | 111 | 25 | States Affirmative | |
| 112 | 1 | 112 | 18 | States Affirmative | |
| 122 | 19 | 124 | 16 | States Affirmative | |
| 123 | 1 | 123 | 25 | States Affirmative | |

| 124 | 1  | 124 | 16 | States Affirmative        |                              |
|-----|----|-----|----|---------------------------|------------------------------|
| 124 | 18 | 125 | 10 | States Affirmative        |                              |
| 156 | 22 | 157 | 17 | Google Counter            |                              |
| 157 | 18 | 158 | 1  | States Affirmative        |                              |
| 160 | 24 | 161 | 7  | Google Counter            |                              |
| 161 | 8  | 161 | 10 | States Affirmative        |                              |
| 162 | 23 | 163 | 15 | Google Counter            |                              |
| 163 | 16 | 164 | 6  | States Affirmative        |                              |
| 178 | 15 | 179 | 11 | Google Counter            |                              |
| 189 | 5  | 189 | 12 | Google Counter            |                              |
| 189 | 13 | 189 | 18 | States Affirmative        | GOOGObj-Incomplete; Rule 106 |
| 189 | 19 | 189 | 23 | Google Counter            |                              |
| 214 | 18 | 215 | 7  | Google Counter            |                              |
| 215 | 8  | 215 | 23 | States Affirmative        |                              |
| 216 | 2  | 216 | 11 | States Affirmative        |                              |
| 234 | 24 | 239 | 8  | Google Counter            |                              |
| 240 | 8  | 240 | 16 | States Counter Counter    |                              |