# EXHIBIT EE

| Designations from Deposition of Andrew Miller (4/18/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 8 | 8 | 8 | 13 | DOJ Affirmative | |
| 12 | 25 | 13 | 4 | DOJ Affirmative | |
| 13 | 15 | 14 | 1 | DOJ Affirmative | |
| 14 | 2 | 14 | 11 | Google Counter | |
| 14 | 12 | 14 | 19 | DOJ Affirmative | |
| 15 | 6 | 15 | 13 | DOJ Affirmative | |
| 15 | 15 | 15 | 24 | DOJ Affirmative | |
| 16 | 2 | 16 | 14 | DOJ Affirmative | |
| 16 | 20 | 17 | 6 | Google Counter | |
| 19 | 2 | 20 | 22 | DOJ Affirmative | |
| 20 | 23 | 21 | 6 | Google Counter | |
| 21 | 7 | 22 | 1 | DOJ Affirmative | |
| 22 | 2 | 22 | 16 | Google Counter | |
| 22 | 17 | 23 | 2 | DOJ Counter Counter | |
| 22 | 17 | 23 | 2 | States Counter Counter | |
| 23 | 10 | 23 | 25 | States Affirmative | |
| 24 | 5 | 24 | 8 | Google Counter | |
| 24 | 19 | 25 | 5 | Google Counter | |
| 25 | 6 | 26 | 14 | DOJ Affirmative | |
| 26 | 24 | 27 | 2 | Google Counter | |
| 27 | 4 | 27 | 14 | Google Counter | |
| 27 | 17 | 28 | 8 | Google Counter | |
| 28 | 12 | 28 | 15 | DOJ Counter Counter | |
| 28 | 20 | 28 | 25 | DOJ Counter Counter | |
| 29 | 1 | 30 | 11 | DOJ Affirmative | |
| 32 | 3 | 32 | 5 | Google Counter | |
| 32 | 6 | 33 | 3 | DOJ Affirmative | |
| 33 | 4 | 33 | 12 | Google Counter | |
| 35 | 4 | 35 | 7 | DOJ Affirmative | |
| 35 | 13 | 35 | 20 | Google Counter | |
| 35 | 21 | 36 | 7 | DOJ Counter Counter | |
| 36 | 8 | 36 | 21 | Google Counter | |
| 37 | 3 | 37 | 13 | DOJ Affirmative | |
| 37 | 14 | 37 | 18 | States Affirmative | |
| 37 | 14 | 37 | 18 | Google Counter | |
| 37 | 20 | 37 | 22 | Google Counter | |
| 37 | 23 | 38 | 6 | States Affirmative | GOOGObj-Incomplete |
| 38 | 19 | 39 | 4 | DOJ Affirmative | |
| 39 | 5 | 39 | 20 | Google Counter | |

| Designations from Deposition of Andrew Miller (4/18/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 39 | 21 | 40 | 11 | DOJ Affirmative | |
| 40 | 12 | 40 | 18 | Google Counter | |
| 41 | 18 | 41 | 22 | DOJ Affirmative | |
| 41 | 24 | 43 | 12 | DOJ Affirmative | |
| 43 | 13 | 43 | 19 | Google Counter | |
| 43 | 21 | 43 | 25 | Google Counter | |
| 44 | 2 | 44 | 16 | DOJ Counter Counter | |
| 44 | 17 | 44 | 21 | DOJ Counter Counter | |
| 44 | 23 | 45 | 6 | DOJ Counter Counter | |
| 46 | 8 | 46 | 10 | Google Counter | |
| 46 | 12 | 46 | 15 | Google Counter | |
| 46 | 17 | 47 | 6 | Google Counter | |
| 47 | 10 | 47 | 13 | Google Counter | |
| 47 | 15 | 48 | 5 | DOJ Affirmative | |
| 48 | 7 | 48 | 13 | DOJ Affirmative | |
| 50 | 9 | 50 | 15 | DOJ Affirmative | |
| 50 | 17 | 50 | 21 | DOJ Affirmative | |
| 50 | 22 | 52 | 8 | States Affirmative | |
| 52 | 9 | 52 | 18 | Google Counter | |
| 55 | 3 | 55 | 7 | DOJ Counter Counter | |
| 55 | 11 | 56 | 7 | DOJ Counter Counter | |
| 60 | 1 | 61 | 4 | DOJ Affirmative | |
| 61 | 5 | 61 | 15 | Google Counter | |
| 61 | 17 | 61 | 21 | Google Counter | |
| 61 | 23 | 62 | 9 | Google Counter | |
| 62 | 11 | 62 | 19 | Google Counter | |
| 62 | 21 | 63 | 2 | Google Counter | |
| 63 | 3 | 63 | 17 | DOJ Affirmative | |
| 63 | 18 | 64 | 18 | Google Counter | |
| 65 | 10 | 66 | 7 | Google Counter | |
| 66 | 18 | 66 | 22 | DOJ Affirmative | |
| 66 | 23 | 67 | 9 | DOJ Affirmative | |
| 68 | 9 | 68 | 11 | DOJ Affirmative | |
| 68 | 17 | 69 | 1 | DOJ Affirmative | |
| 70 | 3 | 70 | 6 | Google Counter | |
| 70 | 8 | 70 | 12 | Google Counter | |
| 70 | 14 | 70 | 18 | DOJ Counter Counter | |
| 70 | 20 | 70 | 23 | DOJ Counter Counter | |
| 70 | 25 | 71 | 5 | DOJ Counter Counter | |
| 71 | 9 | 71 | 17 | DOJ Counter Counter | |

| Designations from Deposition of Andrew Miller (4/18/2022) ||||||
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 71 | 23 | 72 | 25 | DOJ Affirmative | |
| 73 | 11 | 74 | 17 | DOJ Affirmative | |
| 76 | 24 | 77 | 14 | DOJ Affirmative | |
| 77 | 16 | 77 | 24 | DOJ Affirmative | |
| 89 | 15 | 89 | 21 | DOJ Affirmative | |
| 90 | 21 | 91 | 7 | DOJ Affirmative | |
| 91 | 8 | 91 | 20 | DOJ Counter Counter | |
| 91 | 21 | 92 | 6 | Google Counter | |
| 92 | 24 | 93 | 11 | DOJ Affirmative | |
| 93 | 12 | 93 | 25 | Google Counter | |
| 94 | 6 | 95 | 13 | DOJ Affirmative | |
| 95 | 18 | 95 | 21 | DOJ Affirmative | |
| 97 | 18 | 98 | 13 | DOJ Affirmative | |
| 98 | 14 | 98 | 23 | Google Counter | |
| 99 | 11 | 99 | 24 | DOJ Affirmative | |
| 100 | 9 | 100 | 21 | Google Counter | |
| 100 | 23 | 101 | 2 | DOJ Counter Counter | |
| 102 | 12 | 103 | 6 | DOJ Affirmative | |
| 103 | 7 | 104 | 13 | Google Counter | |
| 104 | 15 | 105 | 3 | Google Counter | |
| 105 | 4 | 105 | 15 | States Affirmative | |
| 105 | 16 | 105 | 20 | Google Counter | |
| 109 | 23 | 110 | 8 | DOJ Affirmative | |
| 110 | 10 | 111 | 18 | DOJ Affirmative | |
| 111 | 19 | 112 | 2 | Google Counter | |
| 112 | 3 | 112 | 17 | DOJ Affirmative | |
| 112 | 18 | 113 | 4 | Google Counter | |
| 113 | 5 | 114 | 2 | DOJ Counter Counter | |
| 114 | 14 | 114 | 18 | Google Counter | |
| 114 | 19 | 114 | 22 | DOJ Counter Counter | |
| 117 | 4 | 117 | 12 | Google Counter | |
| 117 | 25 | 118 | 8 | Google Counter | |
| 124 | 22 | 125 | 14 | Google Counter | |
| 125 | 16 | 125 | 19 | DOJ Counter Counter | |
| 125 | 20 | 126 | 1 | Google Counter | |
| 126 | 19 | 127 | 10 | DOJ Affirmative | |
| 127 | 12 | 127 | 24 | DOJ Affirmative | |
| 129 | 5 | 129 | 12 | DOJ Affirmative | |
| 129 | 13 | 129 | 15 | Google Counter | |
| 129 | 17 | 129 | 23 | Google Counter | |

| Designations from Deposition of Andrew Miller (4/18/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 129 | 25 | 130 | 5 | DOJ Affirmative | |
| 130 | 13 | 131 | 3 | DOJ Affirmative | |
| 131 | 13 | 131 | 21 | DOJ Affirmative | |
| 137 | 17 | 138 | 7 | DOJ Affirmative | |
| 138 | 16 | 139 | 7 | DOJ Affirmative | |
| 140 | 9 | 140 | 15 | Google Counter | |
| 140 | 21 | 141 | 17 | DOJ Affirmative | |
| 141 | 25 | 142 | 4 | DOJ Affirmative | |
| 142 | 8 | 142 | 15 | DOJ Affirmative | |
| 143 | 1 | 144 | 11 | DOJ Affirmative | |
| 144 | 19 | 145 | 6 | DOJ Affirmative | |
| 145 | 8 | 145 | 13 | DOJ Affirmative | |
| 146 | 7 | 147 | 23 | DOJ Affirmative | |
| 148 | 16 | 148 | 18 | DOJ Affirmative | |
| 149 | 8 | 150 | 25 | DOJ Affirmative | GOOGObj-Rule 402 |
| 151 | 1 | 151 | 9 | Google Counter | |
| 151 | 10 | 151 | 23 | DOJ Affirmative | |
| 151 | 25 | 153 | 6 | DOJ Affirmative | GOOGObj-Rule 402 |
| 153 | 7 | 153 | 10 | Google Counter | |
| 153 | 12 | 153 | 16 | Google Counter | |
| 153 | 18 | 154 | 10 | DOJ Affirmative | |
| 155 | 4 | 155 | 7 | Google Counter | |
| 155 | 9 | 155 | 16 | Google Counter | |
| 155 | 18 | 156 | 13 | Google Counter | |
| 156 | 16 | 159 | 8 | DOJ Affirmative | |
| 159 | 10 | 160 | 3 | Google Counter | |
| 161 | 14 | 161 | 16 | DOJ Affirmative | |
| 161 | 23 | 163 | 16 | DOJ Affirmative | |
| 163 | 17 | 164 | 13 | Google Counter | |
| 164 | 14 | 165 | 9 | DOJ Affirmative | |
| 165 | 16 | 165 | 17 | DOJ Affirmative | |
| 165 | 19 | 167 | 3 | DOJ Affirmative | |
| 167 | 8 | 167 | 14 | Google Counter | |
| 168 | 2 | 168 | 13 | Google Counter | |
| 168 | 14 | 168 | 22 | DOJ Counter Counter | |
| 168 | 23 | 169 | 5 | Google Counter | |
| 170 | 10 | 172 | 4 | Google Counter | |
| 174 | 17 | 174 | 20 | Google Counter | |

| Designations from Deposition of Andrew Miller (4/18/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 174 | 22 | 175 | 2 | Google Counter | |
| 175 | 9 | 175 | 13 | DOJ Affirmative | |
| 175 | 19 | 179 | 6 | DOJ Affirmative | |
| 179 | 7 | 179 | 10 | Google Counter | |
| 179 | 11 | 179 | 14 | DOJ Affirmative | |
| 179 | 23 | 181 | 11 | DOJ Affirmative | |
| 182 | 12 | 182 | 17 | DOJ Affirmative | |
| 184 | 8 | 184 | 12 | DOJ Affirmative | |
| 184 | 17 | 186 | 9 | DOJ Affirmative | |
| 186 | 11 | 186 | 22 | DOJ Affirmative | |
| 186 | 24 | 187 | 7 | Google Counter | |
| 187 | 8 | 188 | 5 | DOJ Affirmative | |
| 188 | 13 | 188 | 20 | DOJ Affirmative | |
| 189 | 6 | 189 | 16 | DOJ Affirmative | |
| 189 | 23 | 191 | 18 | DOJ Affirmative | |
| 191 | 24 | 192 | 4 | DOJ Affirmative | |
| 192 | 13 | 192 | 24 | DOJ Affirmative | |
| 193 | 5 | 194 | 16 | DOJ Affirmative | |
| 194 | 17 | 195 | 5 | Google Counter | |
| 196 | 5 | 197 | 9 | DOJ Affirmative | |
| 197 | 11 | 197 | 13 | DOJ Affirmative | |
| 197 | 19 | 197 | 24 | DOJ Affirmative | |
| 198 | 6 | 199 | 7 | DOJ Affirmative | |
| 199 | 8 | 199 | 18 | Google Counter | |
| 200 | 6 | 200 | 18 | DOJ Counter Counter | |
| 200 | 19 | 201 | 13 | DOJ Affirmative | |
| 201 | 15 | 201 | 22 | DOJ Affirmative | |
| 205 | 1 | 205 | 5 | DOJ Affirmative | |
| 205 | 10 | 205 | 15 | DOJ Affirmative | |
| 205 | 23 | 206 | 11 | DOJ Affirmative | |
| 207 | 2 | 207 | 6 | DOJ Affirmative | |
| 207 | 11 | 207 | 13 | DOJ Affirmative | |
| 207 | 16 | 207 | 23 | DOJ Affirmative | |
| 208 | 3 | 208 | 22 | DOJ Affirmative | |
| 208 | 23 | 209 | 9 | Google Counter | |
| 209 | 13 | 209 | 18 | DOJ Affirmative | |
| 209 | 22 | 213 | 6 | DOJ Affirmative | |
| 213 | 7 | 214 | 7 | Google Counter | |
| 214 | 24 | 217 | 17 | DOJ Affirmative | |

| Designations from Deposition of Andrew Miller (4/18/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 233 | 1 | 233 | 10 | States Affirmative | GOOGObj-Rule 402 |
| 233 | 11 | 234 | 10 | Google Counter | |
| 234 | 19 | 235 | 8 | States Affirmative | GOOGObj-Rule 402 |
| 235 | 13 | 235 | 23 | Google Counter | |
| 247 | 22 | 248 | 7 | Google Counter | |
| 248 | 8 | 249 | 1 | States Affirmative | |
| 249 | 7 | 249 | 14 | States Affirmative | |
| 249 | 15 | 249 | 24 | States Counter Counter | |
| 250 | 2 | 251 | 3 | Google Counter | |
| 251 | 4 | 252 | 22 | States Affirmative | |
| 252 | 24 | 253 | 5 | States Affirmative | |
| 253 | 6 | 253 | 18 | Google Counter | |
| 253 | 19 | 254 | 4 | States Counter Counter | |
| 255 | 13 | 255 | 18 | States Affirmative | GOOGObj-Incomplete |
| 255 | 19 | 256 | 8 | Google Counter | |
| 257 | 6 | 257 | 19 | Google Counter | |