# EXHIBIT FF

| Designations from Deposition of Emily Moxley (1/27/2022–1/28/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 7 | 7 | 7 | 15 | DOJ Affirmative | |
| 11 | 23 | 12 | 9 | DOJ Affirmative | |
| 13 | 3 | 14 | 2 | DOJ Affirmative | |
| 14 | 5 | 16 | 12 | DOJ Affirmative | |
| 17 | 21 | 17 | 23 | DOJ Affirmative | |
| 18 | 8 | 20 | 6 | DOJ Affirmative | |
| 20 | 16 | 21 | 19 | DOJ Affirmative | |
| 21 | 21 | 22 | 5 | Google Counter | |
| 33 | 22 | 33 | 25 | Google Counter | |
| 34 | 2 | 34 | 5 | DOJ Affirmative | |
| 92 | 6 | 94 | 4 | Google Counter | |
| 117 | 13 | 119 | 8 | Google Counter | |
| 168 | 20 | 168 | 22 | DOJ Affirmative | GOOGObj-Form - Other |
| 168 | 25 | 170 | 1 | DOJ Affirmative | GOOGObj-Form - Other as to 168:25-169:6 |
| 175 | 25 | 177 | 25 | DOJ Affirmative | |
| 178 | 7 | 180 | 12 | DOJ Affirmative | |
| 180 | 13 | 181 | 4 | Google Counter | |
| 181 | 5 | 181 | 17 | DOJ Affirmative | |
| 181 | 18 | 184 | 16 | DOJ Affirmative | |
| 201 | 3 | 201 | 16 | DOJ Affirmative | |
| 201 | 19 | 202 | 23 | DOJ Affirmative | |
| 203 | 1 | 205 | 17 | DOJ Affirmative | GOOGObj-Form - Other as to 205:14-17 |
| 206 | 4 | 206 | 8 | DOJ Affirmative | GOOGObj-Form - Other |
| 206 | 18 | 209 | 18 | DOJ Affirmative | |
| 210 | 6 | 210 | 23 | DOJ Affirmative | |
| 210 | 25 | 211 | 14 | DOJ Affirmative | |
| 211 | 24 | 212 | 20 | DOJ Affirmative | GOOGObj-Form - Other as to 212:11-20 |
| 212 | 23 | 213 | 18 | DOJ Affirmative | GOOGObj-Form - Other as to 212:23-213:1 |
| 214 | 1 | 217 | 8 | DOJ Affirmative | GOOGObj-Form - Other as to 216:22-217:8 |

| Designations from Deposition of Emily Moxley (1/27/2022–1/28/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 217 | 12 | 219 | 2 | DOJ Affirmative | GOOGObj-Form - Other as to 217:12-21 |
| 219 | 4 | 225 | 11 | DOJ Affirmative | |
| 232 | 22 | 237 | 21 | DOJ Affirmative | |
| 238 | 6 | 238 | 22 | DOJ Affirmative | |
| 239 | 13 | 241 | 18 | DOJ Affirmative | |
| 241 | 20 | 242 | 2 | DOJ Affirmative | |
| 242 | 4 | 242 | 10 | DOJ Affirmative | |
| 242 | 22 | 242 | 22 | DOJ Affirmative | |