# EXHIBIT GG

| Designations from Deposition of Charlie Osmond (5/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 10 | 6 | 10 | 9 | Google Affirmative | |
| 10 | 13 | 11 | 11 | Google Affirmative | |
| 12 | 13 | 12 | 18 | States Counter | |
| 12 | 19 | 12 | 22 | Google Counter Counter | |
| 13 | 1 | 13 | 4 | Google Counter Counter | |
| 13 | 16 | 14 | 9 | Google Affirmative | |
| 14 | 10 | 15 | 18 | Google Affirmative | |
| 28 | 3 | 28 | 6 | Google Counter Counter | |
| 28 | 7 | 28 | 17 | States Counter | |
| 28 | 18 | 29 | 9 | Google Counter Counter | |
| 32 | 19 | 33 | 17 | Google Affirmative | |
| 33 | 19 | 34 | 1 | Google Affirmative | StatesObj-Rule 602 as to 33:19-34:1 |
| 34 | 3 | 37 | 3 | Google Affirmative | |
| 42 | 10 | 43 | 18 | Google Affirmative | |
| 44 | 2 | 44 | 9 | States Counter | |
| 44 | 10 | 44 | 22 | Google Affirmative | |
| 45 | 1 | 45 | 18 | Google Counter Counter | |
| 45 | 21 | 47 | 7 | States Counter | |
| 47 | 9 | 48 | 2 | Google Affirmative | |
| 48 | 3 | 48 | 4 | Google Affirmative | StatesObj-Rule 402 |
| 48 | 7 | 49 | 10 | Google Affirmative | StatesObj-Rule 402 as to 48:7-48:13; Leading as to 48:19-48:22. |
| 57 | 6 | 57 | 16 | Google Affirmative | |
| 58 | 21 | 59 | 1 | Google Affirmative | |
| 60 | 2 | 62 | 19 | Google Affirmative | StatesObj-Rule 602 as to 62:17-62:19 |
| 62 | 21 | 64 | 16 | Google Affirmative | StatesObj-Rule 602 as to 62:21-63:2 |
| 64 | 17 | 65 | 1 | Google Counter Counter | |
| 65 | 2 | 66 | 12 | States Counter | |
| 68 | 1 | 70 | 8 | Google Affirmative | |
| 71 | 14 | 74 | 9 | States Counter | |
| 75 | 12 | 75 | 14 | Google Counter Counter | |
| 75 | 16 | 76 | 2 | States Counter | |
| 76 | 12 | 80 | 17 | Google Affirmative | StatesObj-Rule 402 as to 78:22-79:6 |
| 80 | 18 | 81 | 1 | Google Affirmative | |
| 81 | 3 | 81 | 11 | Google Affirmative | |
| 83 | 4 | 83 | 9 | Google Affirmative | |

| Designations from Deposition of Charlie Osmond (5/6/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 84 | 13 | 84 | 19 | Google Affirmative | |
| 84 | 20 | 85 | 13 | Google Affirmative | |
| 87 | 4 | 89 | 9 | States Counter | |
| 91 | 14 | 93 | 5 | States Counter | |
| 105 | 4 | 106 | 4 | States Counter | |
| 106 | 18 | 107 | 3 | States Counter | |
| 123 | 4 | 124 | 4 | States Counter | |
| 128 | 14 | 128 | 21 | Google Counter Counter | |
| 128 | 22 | 130 | 8 | States Counter | |
| 138 | 7 | 139 | 22 | States Counter | |
| 142 | 19 | 143 | 3 | States Counter | |
| 143 | 9 | 145 | 6 | States Counter | GOOGCntrObj-Rule 602 |
| 163 | 12 | 164 | 4 | Google Counter Counter | |
| 166 | 15 | 166 | 17 | Google Counter Counter | |
| 166 | 18 | 167 | 1 | States Counter | |
| 167 | 2 | 167 | 4 | Google Counter Counter | |
| 167 | 5 | 168 | 11 | Google Affirmative | |
| 169 | 12 | 169 | 21 | Google Affirmative | |
| 171 | 9 | 172 | 17 | Google Affirmative | |
| 173 | 21 | 174 | 2 | Google Counter Counter | |
| 174 | 3 | 174 | 8 | Google Counter Counter | |
| 174 | 10 | 174 | 22 | States Counter | |
| 175 | 1 | 175 | 7 | Google Counter Counter | |
| 176 | 11 | 177 | 12 | Google Affirmative | StatesObj-Leading as to 177:8-177:12, 177:14 |
| 177 | 14 | 177 | 20 | Google Affirmative | StatesObj-Leading as to 177:16-177:20 |
| 177 | 22 | 178 | 10 | Google Affirmative | StatesObj-Leading as to 177:22 |
| 178 | 12 | 179 | 13 | Google Affirmative | |