# EXHIBIT HH

| Designations from Deposition of Adrian Perica (4/8/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 7 | 1 | 7 | 21 | DOJ Affirmative | |
| 9 | 9 | 9 | 10 | DOJ Affirmative | |
| 15 | 15 | 16 | 9 | DOJ Affirmative | |
| 18 | 5 | 18 | 12 | DOJ Affirmative | |
| 22 | 8 | 23 | 6 | DOJ Affirmative | |
| 40 | 11 | 40 | 13 | DOJ Affirmative | |
| 40 | 16 | 40 | 24 | DOJ Affirmative | |
| 41 | 2 | 41 | 23 | DOJ Affirmative | |
| 42 | 18 | 42 | 21 | Google Counter | |
| 42 | 23 | 43 | 5 | Google Counter | |
| 43 | 11 | 43 | 14 | Google Counter | |
| 43 | 16 | 44 | 1 | Google Counter | |
| 44 | 4 | 44 | 6 | Google Counter | |
| 51 | 21 | 51 | 23 | Google Counter | |
| 51 | 25 | 52 | 6 | Google Counter | DOJObj [all]: Incomplete Designation |
| 54 | 21 | 54 | 23 | Google Counter | |
| 54 | 25 | 55 | 4 | Google Counter | |
| 55 | 7 | 55 | 12 | Google Counter | |
| 55 | 15 | 55 | 17 | Google Counter | |
| 55 | 20 | 55 | 25 | Google Counter | |
| 56 | 3 | 56 | 9 | Google Counter | |
| 56 | 12 | 56 | 17 | Google Counter | |
| 56 | 20 | 56 | 25 | Google Counter | |
| 57 | 3 | 57 | 6 | Google Counter | |
| 60 | 7 | 60 | 11 | Google Counter | |
| 60 | 14 | 60 | 22 | Google Counter | |
| 60 | 24 | 61 | 5 | Google Counter | |
| 79 | 13 | 80 | 7 | Google Counter | DOJObj [all]: Incomplete Designation, Vague Designation, Misleading Designation (Questions and testimony are in reference to a particular document that Google has not put in evidence) |

| Designations from Deposition of Adrian Perica (4/8/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 80 | 10 | 80 | 14 | Google Counter | |
| 101 | 16 | 101 | 22 | Google Counter | DOJObj [all]: Incomplete Designation, Vague Designation, Misleading Designation (Question refers to a particular document that Google has not put in evidence) |
| 101 | 24 | 103 | 8 | Google Counter | DOJObj [all]: Incomplete Designation, Vague Designation, Misleading Designation (Questions and testimony are in reference to a particular document that Google has not put in evidence) |
| 103 | 11 | 104 | 2 | Google Counter | DOJObj [all]: Incomplete Designation, Vague Designation, Misleading Designation (Questions and testimony are in reference to a particular document that Google has not put in evidence) |
| 166 | 12 | 167 | 6 | DOJ Affirmative | |
| 176 | 4 | 178 | 21 | DOJ Affirmative | |
| 182 | 12 | 182 | 14 | DOJ Affirmative | |
| 182 | 16 | 183 | 4 | DOJ Affirmative | |
| 187 | 18 | 188 | 24 | Google Counter | |
| 189 | 2 | 189 | 6 | Google Counter | |
| 196 | 2 | 197 | 3 | DOJ Affirmative | |

| Designations from Deposition of Adrian Perica (4/8/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 199 | 17 | 200 | 13 | DOJ Affirmative | |
| 202 | 3 | 203 | 13 | DOJ Affirmative | |
| 204 | 15 | 205 | 17 | DOJ Affirmative | |
| 205 | 18 | 211 | 24 | DOJ Affirmative | GOOGObj-Rule 602 as to 211:4-24 |
| 212 | 9 | 212 | 22 | Google Counter | |
| 212 | 23 | 215 | 20 | DOJ Affirmative | GOOGObj-Rule 602 as to 212:23-213:12 |
| 215 | 22 | 215 | 25 | DOJ Affirmative | |
| 216 | 1 | 216 | 9 | Google Counter | |
| 216 | 17 | 217 | 2 | Google Counter | |
| 217 | 5 | 217 | 20 | Google Counter | |
| 217 | 22 | 218 | 10 | Google Counter | |
| 218 | 25 | 219 | 2 | Google Counter | |
| 219 | 4 | 219 | 10 | Google Counter | |
| 221 | 17 | 221 | 20 | Google Counter | |
| 221 | 22 | 222 | 16 | Google Counter | |
| 222 | 17 | 222 | 18 | DOJ Counter Counter | |
| 222 | 21 | 222 | 23 | DOJ Counter Counter | |
| 224 | 19 | 225 | 5 | Google Counter | |
| 225 | 6 | 226 | 11 | DOJ Affirmative | |
| 226 | 12 | 226 | 16 | Google Counter | DOJObj [226:12-16]: Leading |
| 227 | 3 | 228 | 2 | Google Counter | DOJObj [227:23-228:2]: Leading |
| 228 | 5 | 228 | 11 | Google Counter | |
| 231 | 21 | 232 | 15 | DOJ Affirmative | |
| 232 | 16 | 232 | 21 | Google Counter | |
| 235 | 9 | 235 | 25 | Google Counter | DOJObj [235:21-25]: Leading, Speculation (FRE 602), Foundation (FRE 104a) |
| 236 | 3 | 237 | 10 | Google Counter | DOJObj [236:3-15]: Speculation (FRE 602); Foundation (FRE 104a) DOJObj [236:24-237:10]: Speculation (FRE |

| Designations from Deposition of Adrian Perica (4/8/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|  |  |  |  |  | 602); Foundation (FRE 104a) |
| 237 | 13 | 238 | 9 | Google Counter |  |
| 246 | 18 | 247 | 13 | Google Counter |  |
| 247 | 16 | 247 | 20 | Google Counter |  |
| 253 | 16 | 253 | 24 | Google Counter |  |
| 254 | 2 | 254 | 23 | Google Counter | DOJObj [254:2-7]: Hearsay (FRE 802) DOJObj [254:8-10]: Other (Misstates Testimony) DOJObj [254:18-23]: Hearsay (FRE 802); Leading; Other (Question is based on a hearsay answer) |
| 255 | 1 | 255 | 1 | Google Counter | DOJObj [255:1]: Other (Response to a leading question that is premised on a hearsay answer) |
| 257 | 3 | 257 | 7 | Google Counter |  |
| 257 | 10 | 258 | 13 | Google Counter |  |
| 259 | 11 | 260 | 3 | DOJ Counter Counter |  |
| 260 | 5 | 260 | 9 | DOJ Counter Counter | GOOGCntrCntrObj-Form - Leading as to 260:7-9 |
| 260 | 11 | 260 | 11 | DOJ Counter Counter | GOOGCntrCntrObj-Form - Leading |
| 261 | 12 | 261 | 15 | Google Counter |  |
| 261 | 17 | 262 | 5 | Google Counter |  |
| 264 | 12 | 264 | 14 | Google Counter |  |
| 264 | 16 | 264 | 17 | Google Counter |  |
| 264 | 20 | 265 | 11 | Google Counter |  |
| 267 | 5 | 267 | 15 | Google Counter |  |