# EXHIBIT II

| Designations from Deposition of Ruth Porat (2/18/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 8 | 14 | 8 | 15 | DOJ Affirmative | |
| 12 | 17 | 13 | 7 | DOJ Affirmative | |
| 13 | 16 | 15 | 4 | DOJ Affirmative | |
| 15 | 7 | 18 | 14 | DOJ Affirmative | |
| 18 | 16 | 20 | 1 | DOJ Affirmative | |
| 20 | 4 | 20 | 16 | DOJ Affirmative | |
| 20 | 18 | 21 | 4 | DOJ Affirmative | |
| 21 | 6 | 21 | 14 | DOJ Affirmative | |
| 21 | 16 | 25 | 15 | DOJ Affirmative | |
| 25 | 17 | 27 | 20 | DOJ Affirmative | |
| 27 | 22 | 28 | 7 | DOJ Affirmative | |
| 28 | 9 | 29 | 3 | DOJ Affirmative | |
| 29 | 5 | 32 | 2 | DOJ Affirmative | |
| 32 | 4 | 34 | 4 | DOJ Affirmative | |
| 34 | 7 | 34 | 15 | DOJ Affirmative | |
| 34 | 17 | 35 | 10 | DOJ Affirmative | |
| 38 | 1 | 38 | 17 | DOJ Affirmative | |
| 40 | 13 | 40 | 23 | DOJ Affirmative | |
| 41 | 15 | 44 | 5 | DOJ Affirmative | |
| 44 | 7 | 44 | 16 | DOJ Affirmative | |
| 44 | 18 | 45 | 10 | DOJ Affirmative | |
| 45 | 12 | 45 | 12 | DOJ Affirmative | |
| 45 | 14 | 47 | 25 | DOJ Affirmative | |
| 58 | 8 | 59 | 1 | DOJ Affirmative | |
| 59 | 3 | 61 | 13 | DOJ Affirmative | |
| 63 | 10 | 64 | 10 | DOJ Affirmative | |
| 64 | 12 | 64 | 15 | DOJ Affirmative | |
| 64 | 17 | 67 | 17 | DOJ Affirmative | |
| 67 | 22 | 68 | 10 | DOJ Affirmative | |
| 68 | 12 | 68 | 18 | Google Counter | |
| 68 | 20 | 69 | 3 | Google Counter | |
| 71 | 11 | 74 | 20 | DOJ Affirmative | |
| 75 | 18 | 78 | 4 | DOJ Affirmative | |
| 78 | 6 | 79 | 18 | DOJ Affirmative | |
| 81 | 5 | 85 | 3 | DOJ Affirmative | |
| 85 | 5 | 87 | 2 | DOJ Affirmative | |
| 87 | 4 | 88 | 25 | DOJ Affirmative | |
| 89 | 2 | 91 | 6 | DOJ Affirmative | |
| 91 | 8 | 92 | 23 | DOJ Affirmative | |
| 92 | 25 | 93 | 5 | DOJ Affirmative | |

| Designations from Deposition of Ruth Porat (2/18/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 93 | 7 | 94 | 22 | DOJ Affirmative | |
| 95 | 10 | 96 | 9 | DOJ Affirmative | |
| 96 | 15 | 103 | 7 | DOJ Affirmative | |
| 103 | 8 | 103 | 11 | Google Counter | |
| 103 | 13 | 103 | 18 | Google Counter | |
| 103 | 19 | 104 | 3 | DOJ Counter Counter | |
| 108 | 11 | 110 | 9 | DOJ Affirmative | |
| 115 | 14 | 115 | 15 | DOJ Affirmative | |
| 115 | 16 | 116 | 25 | DOJ Affirmative | |
| 117 | 2 | 117 | 17 | DOJ Affirmative | |
| 117 | 19 | 117 | 20 | DOJ Affirmative | |
| 120 | 24 | 121 | 1 | DOJ Affirmative | |
| 123 | 15 | 124 | 14 | DOJ Affirmative | |
| 128 | 1 | 128 | 16 | DOJ Affirmative | |
| 128 | 17 | 129 | 8 | Google Counter | |
| 130 | 6 | 131 | 8 | DOJ Affirmative | |
| 134 | 15 | 134 | 22 | Google Counter | |
| 134 | 23 | 135 | 4 | DOJ Affirmative | GOOGObj-Form-Other; Misstates Document as to 135:2-4 |
| 135 | 10 | 135 | 14 | DOJ Affirmative | |
| 135 | 16 | 136 | 7 | DOJ Affirmative | GOOGObj-Form-Other; Misstates Document as to 136:5-7 |
| 136 | 9 | 140 | 15 | DOJ Affirmative | GOOGObj-Form-Other; Misstates Document as to 136:9-11 |
| 140 | 17 | 140 | 21 | DOJ Affirmative | |
| 141 | 22 | 144 | 12 | DOJ Affirmative | |
| 144 | 14 | 145 | 7 | DOJ Affirmative | |
| 145 | 9 | 146 | 5 | DOJ Affirmative | |
| 146 | 8 | 146 | 14 | DOJ Affirmative | |
| 146 | 17 | 146 | 20 | DOJ Affirmative | |
| 146 | 22 | 147 | 12 | DOJ Affirmative | |
| 148 | 15 | 148 | 20 | DOJ Affirmative | |
| 148 | 22 | 149 | 12 | DOJ Affirmative | |
| 151 | 14 | 153 | 20 | DOJ Affirmative | |
| 153 | 22 | 153 | 25 | DOJ Affirmative | |

| Designations from Deposition of Ruth Porat (2/18/2022) |||||  |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 154 | 2  | 154 | 4  | DOJ Affirmative | |
| 154 | 7  | 154 | 10 | DOJ Affirmative | |
| 154 | 12 | 154 | 17 | DOJ Affirmative | |
| 155 | 7  | 155 | 18 | DOJ Affirmative | |
| 156 | 2  | 157 | 1  | DOJ Affirmative | |
| 161 | 16 | 165 | 11 | DOJ Affirmative | |
| 165 | 14 | 166 | 4  | DOJ Affirmative | |
| 166 | 6  | 167 | 17 | DOJ Affirmative | |
| 167 | 23 | 168 | 18 | DOJ Affirmative | |
| 174 | 9  | 176 | 5  | DOJ Affirmative | |
| 176 | 7  | 180 | 12 | DOJ Affirmative | |
| 180 | 14 | 183 | 18 | DOJ Affirmative | |
| 183 | 22 | 184 | 12 | DOJ Affirmative | |
| 184 | 14 | 185 | 10 | DOJ Affirmative | |
| 186 | 2  | 187 | 15 | DOJ Affirmative | |
| 187 | 16 | 187 | 25 | Google Counter | |
| 191 | 15 | 191 | 25 | Google Counter | |
| 192 | 1  | 195 | 4  | DOJ Affirmative | |
| 195 | 6  | 196 | 3  | DOJ Affirmative | |
| 196 | 5  | 196 | 19 | DOJ Affirmative | |