# EXHIBIT JJ

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 6 | 10 | 6 | 15 | DOJ Affirmative | |
| 10 | 25 | 14 | 3 | DOJ Affirmative | |
| 14 | 22 | 16 | 10 | DOJ Affirmative | |
| 16 | 12 | 16 | 19 | DOJ Affirmative | |
| 16 | 22 | 18 | 12 | DOJ Affirmative | |
| 18 | 13 | 18 | 22 | Google Counter | |
| 19 | 2 | 19 | 6 | DOJ Affirmative | |
| 22 | 10 | 22 | 11 | Google Counter | |
| 22 | 13 | 22 | 14 | Google Counter | |
| 22 | 16 | 23 | 4 | DOJ Counter Counter | |
| 23 | 5 | 24 | 13 | DOJ Affirmative | |
| 24 | 14 | 25 | 21 | Google Counter | |
| 25 | 22 | 27 | 17 | DOJ Affirmative | |
| 27 | 25 | 28 | 1 | DOJ Affirmative | GOOGObj-Form – Leading |
| 28 | 3 | 29 | 5 | DOJ Affirmative | GOOGObj-Form – Leading as to 28:3-10 |
| 29 | 7 | 29 | 19 | DOJ Affirmative | GOOGObj-Form – Leading as to 29:16-19 |
| 29 | 21 | 30 | 11 | DOJ Affirmative | GOOGObj-Form – Leading |
| 30 | 13 | 30 | 14 | DOJ Affirmative | GOOGObj-Form – Leading |
| 30 | 16 | 30 | 19 | DOJ Affirmative | GOOGObj-Form – Leading |
| 30 | 21 | 31 | 1 | DOJ Affirmative | GOOGObj-Form – Leading |
| 31 | 3 | 31 | 7 | DOJ Affirmative | GOOGObj-Form – Leading |
| 31 | 9 | 31 | 15 | DOJ Affirmative | GOOGObj-Form – Leading |
| 31 | 18 | 32 | 12 | DOJ Affirmative | |
| 34 | 25 | 35 | 6 | Google Counter | |
| 35 | 7 | 35 | 18 | DOJ Affirmative | |
| 35 | 24 | 36 | 1 | DOJ Affirmative | |
| 36 | 2 | 36 | 8 | Google Counter | |
| 36 | 17 | 36 | 22 | DOJ Affirmative | GOOGObj-Form – Leading; |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|  |  |  |  |  | GOOGObj-Rule 602 |
| 36 | 24 | 37 | 2 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 37 | 20 | 37 | 24 | DOJ Affirmative | GOOGObj-Other; Exhibit admissibility not established |
| 38 | 12 | 39 | 1 | DOJ Affirmative |  |
| 39 | 2 | 39 | 7 | DOJ Affirmative |  |
| 42 | 11 | 42 | 22 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802; GOOGObj-Form - Leading as to 42:21-22; GOOGObj-Other; Exhibit admissibility not established |
| 42 | 24 | 43 | 11 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 43 | 13 | 43 | 19 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 43 | 21 | 44 | 4 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 44 | 6 | 44 | 7 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 44 | 13 | 45 | 2 | DOJ Affirmative | GOOGObj-Rule 602 |
| 45 | 3 | 45 | 4 | Google Counter |  |
| 45 | 6 | 45 | 7 | Google Counter |  |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 45 | 12 | 45 | 19 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802; GOOGObj-Other; Exhibit admissibility not established; GOOGObj-Form – Leading as to 45:18-19 |
| 45 | 21 | 46 | 3 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 46 | 6 | 46 | 13 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 46 | 15 | 46 | 16 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 46 | 18 | 47 | 2 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 as to 47:1-2 |
| 47 | 4 | 47 | 5 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 48 | 9 | 48 | 17 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802; GOOGObj-Other; Exhibit admissibility not established; GOOGObj-Form – Leading as to 48:16-17 |
| 48 | 19 | 48 | 24 | DOJ Affirmative | GOOGObj-Form – Leading; |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| | | | | | GOOGObj-Rule 602 |
| 52 | 4 | 52 | 21 | Google Counter | |
| 54 | 6 | 55 | 14 | DOJ Affirmative | GOOGObj-Rule 602 as to 55:12-14; GOOGObj-Rule 802; GOOGObj-Other; Exhibit admissibility not established; GOOGObj-Form – Leading |
| 55 | 16 | 56 | 4 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 as to 55:16-19, 56:3-4; GOOGObj-Rule 802; GOOGObj-Other as to 55:21-24-Exhibit admissibility not established |
| 56 | 6 | 56 | 16 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 57 | 11 | 57 | 20 | Google Counter | |
| 58 | 24 | 59 | 1 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 59 | 3 | 59 | 6 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 59 | 8 | 59 | 14 | DOJ Affirmative | GOOGObj-Rule 602 |
| 60 | 1 | 60 | 16 | Google Counter | |
| 63 | 15 | 63 | 20 | Google Counter | |
| 64 | 5 | 64 | 6 | DOJ Affirmative | GOOGObj-Rule 602 |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) ||||||
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 64 | 8 | 64 | 18 | DOJ Affirmative | GOOGObj-Rule 602 |
| 64 | 20 | 64 | 22 | DOJ Affirmative | GOOGObj-Rule 602 |
| 64 | 24 | 65 | 6 | DOJ Affirmative | GOOGObj-Rule 602 |
| 68 | 8 | 68 | 9 | Google Counter | |
| 68 | 12 | 68 | 17 | Google Counter | |
| 68 | 19 | 69 | 7 | DOJ Affirmative | |
| 69 | 9 | 69 | 20 | DOJ Affirmative | |
| 69 | 22 | 70 | 2 | DOJ Affirmative | |
| 70 | 4 | 70 | 4 | DOJ Affirmative | |
| 70 | 6 | 70 | 7 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 70 | 9 | 70 | 16 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 70 | 18 | 70 | 18 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 70 | 20 | 70 | 22 | DOJ Affirmative | |
| 70 | 24 | 71 | 8 | DOJ Affirmative | |
| 71 | 10 | 71 | 11 | DOJ Affirmative | |
| 71 | 13 | 71 | 16 | DOJ Affirmative | |
| 71 | 19 | 71 | 25 | DOJ Affirmative | |
| 85 | 3 | 85 | 5 | Google Counter | |
| 85 | 7 | 85 | 11 | Google Counter | |
| 85 | 13 | 85 | 15 | Google Counter | |
| 85 | 17 | 85 | 23 | Google Counter | |
| 85 | 25 | 86 | 5 | Google Counter | |
| 86 | 6 | 86 | 16 | DOJ Counter Counter | GOOGCntrCntrObj-Rule 602 |
| 86 | 22 | 87 | 3 | DOJ Affirmative | |
| 87 | 5 | 88 | 4 | DOJ Affirmative | |
| 88 | 5 | 89 | 20 | DOJ Affirmative | GOOGObj-Rule 802 |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 89 | 21 | 89 | 21 | DOJ Affirmative | GOOGObj-Rule 602 |
| 89 | 23 | 90 | 14 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Form – Leading as to 90:13-14 |
| 90 | 16 | 90 | 25 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 91 | 3 | 91 | 24 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 92 | 20 | 92 | 25 | DOJ Affirmative | GOOGObj-Rule 802 |
| 93 | 1 | 93 | 20 | DOJ Affirmative | GOOGObj-Form – Leading as to 93:18-20 |
| 93 | 22 | 94 | 7 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 94 | 15 | 95 | 17 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802; GOOGObj-Form - Leading as to 95:14-17 |
| 95 | 19 | 96 | 4 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 96 | 6 | 96 | 6 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 96 | 8 | 96 | 23 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802 as to 96:16-20; GOOGObj-Form - |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) |
|---|---|---|---|---|---|

| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| | | | | | Leading as to 96:21-23. |
| 97 | 1 | 97 | 10 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 98 | 5 | 98 | 7 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 98 | 9 | 98 | 20 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 98 | 22 | 98 | 22 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 100 | 3 | 102 | 3 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802 |
| 102 | 5 | 102 | 7 | DOJ Affirmative | |
| 102 | 9 | 103 | 6 | DOJ Affirmative | GOOGObj-Rule 802 as to 102:19-103:6 |
| 104 | 21 | 105 | 5 | Google Counter | |
| 105 | 15 | 108 | 14 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802 |
| 108 | 16 | 109 | 20 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802 |
| 111 | 12 | 113 | 4 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802 |
| 113 | 6 | 113 | 8 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802; GOOGObj-Form - Leading |
| 113 | 14 | 114 | 12 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj- |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| | | | | | Rule 802; GOOGObj-Form - Leading as to 113:14-16 |
| 116 | 12 | 116 | 21 | DOJ Affirmative | |
| 117 | 12 | 117 | 19 | DOJ Affirmative | |
| 117 | 21 | 118 | 7 | DOJ Affirmative | GOOGObj-Rule 602 as to 118:4-7 |
| 118 | 9 | 118 | 9 | DOJ Affirmative | GOOGObj-Rule 602 |
| 118 | 12 | 118 | 20 | DOJ Affirmative | |
| 118 | 22 | 119 | 13 | DOJ Affirmative | |
| 119 | 15 | 119 | 24 | DOJ Affirmative | |
| 120 | 1 | 120 | 5 | DOJ Affirmative | |
| 121 | 4 | 121 | 23 | DOJ Affirmative | |
| 121 | 24 | 122 | 8 | DOJ Affirmative | |
| 123 | 19 | 123 | 20 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 123 | 22 | 123 | 25 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 124 | 4 | 126 | 13 | DOJ Affirmative | |
| 126 | 15 | 126 | 16 | DOJ Affirmative | |
| 126 | 18 | 127 | 1 | DOJ Affirmative | |
| 128 | 6 | 129 | 4 | DOJ Affirmative | |
| 129 | 5 | 130 | 9 | DOJ Affirmative | |
| 130 | 10 | 131 | 15 | DOJ Affirmative | GOOGObj-Rule 602 |
| 131 | 17 | 131 | 19 | DOJ Affirmative | GOOGObj-Rule 602 |
| 131 | 21 | 131 | 25 | DOJ Affirmative | GOOGObj-Rule 602 |
| 132 | 2 | 132 | 2 | DOJ Affirmative | GOOGObj-Rule 602 |
| 132 | 11 | 132 | 21 | DOJ Affirmative | GOOGObj-Rule 602 |
| 133 | 3 | 133 | 7 | Google Counter | |
| 133 | 8 | 133 | 16 | DOJ Counter Counter | |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 133 | 25 | 134 | 3 | DOJ Counter Counter | GOOGCntrCntrObj-Rule 602; GOOGCntrCntrObj-Form - Other; Vague as to Timeframe |
| 134 | 5 | 134 | 6 | DOJ Counter Counter | GOOGCntrCntrObj-Rule 602; GOOGCntrCntrObj-Form - Other; Vague as to Timeframe |
| 134 | 8 | 134 | 12 | DOJ Counter Counter | |
| 134 | 19 | 135 | 15 | DOJ Affirmative | |
| 135 | 17 | 137 | 16 | DOJ Affirmative | |
| 137 | 18 | 137 | 19 | DOJ Affirmative | |
| 137 | 22 | 138 | 10 | DOJ Affirmative | |
| 139 | 1 | 139 | 22 | DOJ Affirmative | |
| 139 | 24 | 140 | 17 | DOJ Affirmative | GOOGObj-Rule 602 as to 140:14-17 |
| 140 | 19 | 141 | 14 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Form – Leading as to 141:13-14 |
| 141 | 16 | 141 | 17 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 143 | 12 | 144 | 11 | DOJ Affirmative | |
| 146 | 25 | 147 | 19 | DOJ Affirmative | |
| 147 | 20 | 147 | 21 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 147 | 23 | 147 | 25 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 148 | 2 | 148 | 4 | Google Counter | |
| 149 | 18 | 149 | 19 | DOJ Affirmative | GOOGObj-Form – Leading; |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| | | | | | GOOGObj-Rule 602 |
| 149 | 21 | 149 | 22 | DOJ Affirmative | GOOGObj-Form – Leading; GOOGObj-Rule 602 |
| 150 | 16 | 150 | 23 | Google Counter | |
| 151 | 7 | 151 | 8 | Google Counter | |
| 151 | 10 | 151 | 11 | Google Counter | |
| 151 | 13 | 151 | 18 | Google Counter | |
| 151 | 19 | 152 | 23 | DOJ Affirmative | |
| 153 | 15 | 153 | 20 | DOJ Affirmative | GOOGObj-Rule 602 as to 153:20 |
| 153 | 23 | 154 | 4 | DOJ Affirmative | GOOGObj-Rule 602 |
| 154 | 5 | 154 | 14 | DOJ Affirmative | |
| 166 | 11 | 166 | 18 | DOJ Affirmative | |
| 166 | 19 | 167 | 10 | DOJ Affirmative | |
| 167 | 21 | 168 | 8 | DOJ Affirmative | GOOGObj-Form – Leading as to 168:6-8 |
| 168 | 10 | 168 | 12 | DOJ Affirmative | GOOGObj-Form – Leading |
| 168 | 14 | 168 | 14 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Form - Other; Vague as to timeframe |
| 168 | 16 | 168 | 16 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Form - Other; Vague as to timeframe |
| 168 | 23 | 170 | 10 | DOJ Affirmative | |
| 170 | 17 | 171 | 2 | DOJ Affirmative | |
| 171 | 6 | 171 | 8 | Google Counter | |
| 171 | 10 | 171 | 12 | Google Counter | |
| 171 | 14 | 171 | 25 | Google Counter | |
| 172 | 1 | 172 | 4 | DOJ Affirmative | |
| 172 | 9 | 172 | 12 | DOJ Affirmative | |
| 172 | 14 | 172 | 20 | DOJ Affirmative | |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 173 | 8 | 173 | 13 | DOJ Affirmative | |
| 173 | 18 | 175 | 11 | DOJ Affirmative | GOOGObj-Rule 802 as to 174:23-175:3, 175:9-11; GOOGObj-Rule 602 as to 175:9-11 |
| 175 | 14 | 175 | 23 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802 |
| 176 | 1 | 176 | 5 | DOJ Affirmative | GOOGObj-Rule 602 |
| 176 | 13 | 176 | 25 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802 |
| 177 | 2 | 177 | 3 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802 |
| 177 | 8 | 177 | 19 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802 |
| 193 | 2 | 193 | 7 | DOJ Affirmative | |
| 193 | 18 | 193 | 25 | DOJ Affirmative | |
| 195 | 9 | 196 | 18 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802; GOOGObj-Form - Leading as to 196:15-17 |
| 196 | 21 | 197 | 5 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802; GOOGObj-Form - Leading as to 196:21-23 |
| 197 | 15 | 197 | 23 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802 |
| 197 | 24 | 198 | 6 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802 |
| 198 | 14 | 200 | 14 | DOJ Affirmative | GOOGObj-Rule 602 as to 198:14- |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| | | | | | 199:5; GOOGObj-Rule 802 as to 198:14-25, 200:5-11, 201:19-24. |
| 200 | 16 | 201 | 24 | DOJ Affirmative | |
| 201 | 25 | 202 | 8 | Google Counter | |
| 202 | 10 | 202 | 13 | Google Counter | |
| 205 | 24 | 206 | 1 | DOJ Affirmative | |
| 206 | 2 | 206 | 5 | Google Counter | |
| 206 | 7 | 206 | 14 | DOJ Affirmative | |
| 206 | 16 | 207 | 17 | DOJ Affirmative | GOOGObj-Form - Leading as to 207:16-17 |
| 207 | 19 | 208 | 2 | DOJ Affirmative | GOOGObj-Form - Leading |
| 208 | 6 | 208 | 17 | DOJ Affirmative | |
| 209 | 3 | 209 | 12 | DOJ Affirmative | |
| 209 | 24 | 210 | 9 | DOJ Affirmative | |
| 210 | 10 | 210 | 20 | DOJ Affirmative | |
| 210 | 21 | 210 | 22 | Google Counter | |
| 210 | 24 | 210 | 24 | Google Counter | |
| 211 | 2 | 211 | 14 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Rule 802 |
| 212 | 3 | 212 | 21 | DOJ Affirmative | |
| 222 | 5 | 222 | 9 | DOJ Affirmative | |
| 222 | 11 | 222 | 25 | DOJ Affirmative | |
| 223 | 19 | 224 | 2 | DOJ Affirmative | |
| 224 | 3 | 225 | 12 | DOJ Affirmative | |
| 225 | 20 | 226 | 7 | DOJ Affirmative | |
| 226 | 23 | 228 | 17 | DOJ Affirmative | |
| 228 | 18 | 228 | 22 | Google Counter | |
| 228 | 24 | 229 | 25 | DOJ Affirmative | |
| 230 | 3 | 232 | 7 | DOJ Affirmative | |
| 232 | 9 | 233 | 6 | DOJ Affirmative | |
| 233 | 8 | 233 | 13 | DOJ Affirmative | |
| 233 | 15 | 234 | 1 | DOJ Affirmative | |
| 234 | 2 | 235 | 1 | DOJ Affirmative | |
| 235 | 3 | 235 | 20 | DOJ Affirmative | |
| 236 | 24 | 237 | 4 | Google Counter | |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 237 | 5 | 237 | 14 | DOJ Counter Counter | GOOGCntrCntrObj-Rule 602 as to 237:11-14; GOOGCntrCntrObj-Form - Leading as to 237:11-14 |
| 237 | 16 | 237 | 20 | DOJ Counter Counter | GOOGCntrCntrObj-Rule 602; GOOGCntrCntrObj-Form - Leading |
| 275 | 8 | 276 | 24 | Google Counter | |
| 277 | 15 | 277 | 24 | Google Counter | |
| 278 | 1 | 278 | 2 | Google Counter | |
| 278 | 5 | 278 | 9 | Google Counter | |
| 278 | 11 | 278 | 13 | Google Counter | |
| 278 | 15 | 278 | 15 | Google Counter | |
| 278 | 17 | 278 | 19 | Google Counter | |
| 278 | 22 | 278 | 24 | Google Counter | |
| 279 | 2 | 279 | 9 | Google Counter | |
| 279 | 11 | 279 | 11 | Google Counter | |
| 279 | 13 | 279 | 25 | Google Counter | |
| 280 | 15 | 281 | 17 | Google Counter | |
| 281 | 19 | 281 | 19 | Google Counter | |
| 281 | 21 | 282 | 18 | Google Counter | |
| 282 | 20 | 282 | 25 | Google Counter | |
| 283 | 2 | 283 | 9 | Google Counter | |
| 283 | 10 | 283 | 10 | DOJ Counter Counter | |
| 283 | 11 | 283 | 15 | Google Counter | |
| 283 | 17 | 284 | 3 | Google Counter | |
| 284 | 5 | 284 | 25 | Google Counter | |
| 286 | 10 | 287 | 24 | Google Counter | |
| 288 | 8 | 289 | 5 | Google Counter | |
| 293 | 4 | 293 | 9 | Google Counter | |
| 293 | 11 | 293 | 12 | Google Counter | |
| 293 | 14 | 294 | 5 | Google Counter | |
| 294 | 7 | 294 | 8 | Google Counter | |
| 294 | 10 | 294 | 20 | Google Counter | |
| 294 | 22 | 294 | 25 | Google Counter | |
| 295 | 2 | 296 | 11 | Google Counter | |
| 296 | 13 | 296 | 17 | Google Counter | |
| 296 | 19 | 298 | 14 | Google Counter | |

|  | Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 298 | 25 | 300 | 3 | Google Counter | |
| 303 | 13 | 303 | 14 | Google Counter | |
| 304 | 5 | 304 | 6 | Google Counter | |
| 304 | 11 | 304 | 12 | Google Counter | |
| 304 | 21 | 305 | 11 | Google Counter | |
| 305 | 13 | 305 | 13 | Google Counter | |
| 305 | 15 | 306 | 20 | Google Counter | |
| 307 | 10 | 307 | 12 | Google Counter | |
| 307 | 14 | 307 | 17 | Google Counter | |
| 307 | 19 | 308 | 6 | Google Counter | |
| 308 | 8 | 308 | 16 | Google Counter | |
| 308 | 18 | 308 | 21 | Google Counter | |
| 308 | 23 | 308 | 24 | Google Counter | |
| 309 | 2 | 309 | 5 | Google Counter | |
| 309 | 7 | 309 | 11 | Google Counter | |
| 309 | 13 | 310 | 1 | Google Counter | |
| 310 | 3 | 310 | 12 | Google Counter | |
| 310 | 21 | 311 | 11 | Google Counter | |
| 311 | 13 | 311 | 16 | Google Counter | |
| 311 | 18 | 311 | 25 | Google Counter | DOJObj [All]: Leading |
| 312 | 2 | 312 | 8 | Google Counter | |
| 312 | 19 | 313 | 6 | Google Counter | |
| 313 | 8 | 313 | 14 | Google Counter | |
| 313 | 16 | 313 | 19 | Google Counter | |
| 313 | 21 | 313 | 23 | Google Counter | |
| 313 | 25 | 314 | 4 | Google Counter | |
| 314 | 6 | 314 | 6 | Google Counter | |
| 324 | 8 | 325 | 3 | Google Counter | |
| 325 | 5 | 325 | 5 | Google Counter | |
| 325 | 7 | 325 | 8 | Google Counter | |
| 325 | 10 | 325 | 11 | Google Counter | |
| 325 | 13 | 325 | 14 | Google Counter | |
| 325 | 16 | 325 | 17 | Google Counter | |
| 325 | 19 | 326 | 14 | Google Counter | |
| 327 | 22 | 328 | 9 | Google Counter | |
| 328 | 11 | 328 | 13 | Google Counter | |
| 328 | 15 | 328 | 16 | Google Counter | |
| 328 | 18 | 328 | 18 | Google Counter | |
| 328 | 20 | 328 | 25 | Google Counter | |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) ||||||
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 329 | 3 | 329 | 3 | Google Counter | |
| 329 | 5 | 329 | 9 | Google Counter | |
| 329 | 24 | 330 | 2 | Google Counter | |
| 331 | 14 | 331 | 23 | Google Counter | |
| 332 | 1 | 332 | 5 | Google Counter | |
| 332 | 7 | 332 | 10 | Google Counter | |
| 332 | 12 | 332 | 13 | Google Counter | |
| 332 | 15 | 333 | 2 | Google Counter | |
| 333 | 4 | 333 | 8 | Google Counter | |
| 333 | 10 | 334 | 17 | Google Counter | |
| 334 | 19 | 334 | 21 | Google Counter | |
| 334 | 23 | 335 | 23 | Google Counter | |
| 336 | 1 | 336 | 3 | Google Counter | |
| 336 | 5 | 336 | 15 | Google Counter | |
| 337 | 2 | 338 | 3 | Google Counter | |
| 338 | 6 | 338 | 6 | Google Counter | |
| 338 | 8 | 338 | 15 | Google Counter | |
| 338 | 20 | 339 | 9 | Google Counter | |
| 340 | 1 | 340 | 12 | Google Counter | |
| 340 | 19 | 340 | 20 | Google Counter | |
| 340 | 22 | 341 | 1 | Google Counter | |
| 341 | 3 | 341 | 13 | Google Counter | |
| 341 | 23 | 342 | 3 | Google Counter | |
| 342 | 5 | 342 | 9 | Google Counter | |
| 342 | 11 | 342 | 22 | Google Counter | |
| 342 | 24 | 343 | 13 | Google Counter | |
| 343 | 15 | 343 | 17 | Google Counter | |
| 343 | 19 | 343 | 21 | Google Counter | |
| 343 | 23 | 343 | 24 | Google Counter | |
| 344 | 2 | 344 | 15 | Google Counter | |
| 344 | 17 | 344 | 21 | Google Counter | |
| 344 | 23 | 344 | 25 | Google Counter | |
| 345 | 4 | 345 | 6 | Google Counter | |
| 345 | 9 | 345 | 10 | Google Counter | |
| 345 | 13 | 346 | 17 | Google Counter | |
| 347 | 14 | 350 | 22 | Google Counter | |
| 350 | 24 | 351 | 2 | Google Counter | |
| 351 | 4 | 351 | 15 | Google Counter | |
| 351 | 16 | 351 | 19 | DOJ Counter Counter | |
| 351 | 20 | 351 | 24 | Google Counter | |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) |||||  |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 352 | 1 | 352 | 5 | Google Counter | |
| 352 | 7 | 355 | 19 | Google Counter | |
| 355 | 21 | 356 | 6 | Google Counter | |
| 356 | 21 | 356 | 23 | Google Counter | |
| 357 | 1 | 357 | 14 | Google Counter | |
| 357 | 22 | 361 | 10 | Google Counter | |
| 361 | 13 | 362 | 13 | Google Counter | |
| 362 | 16 | 362 | 16 | Google Counter | |
| 362 | 18 | 362 | 23 | Google Counter | |
| 363 | 7 | 363 | 10 | Google Counter | |
| 363 | 11 | 363 | 14 | DOJ Counter Counter | |
| 363 | 15 | 364 | 12 | Google Counter | |
| 364 | 14 | 364 | 15 | Google Counter | |
| 364 | 17 | 365 | 19 | Google Counter | |
| 366 | 14 | 369 | 2 | Google Counter | |
| 369 | 4 | 369 | 6 | Google Counter | |
| 369 | 8 | 370 | 3 | Google Counter | |
| 370 | 22 | 371 | 2 | Google Counter | |
| 371 | 15 | 372 | 9 | Google Counter | |
| 373 | 1 | 373 | 3 | Google Counter | |
| 373 | 5 | 373 | 8 | Google Counter | |
| 373 | 10 | 373 | 16 | Google Counter | |
| 373 | 18 | 373 | 20 | Google Counter | |
| 373 | 22 | 374 | 1 | Google Counter | |
| 374 | 3 | 374 | 3 | Google Counter | |
| 374 | 5 | 374 | 16 | Google Counter | |
| 374 | 22 | 376 | 4 | Google Counter | |
| 376 | 6 | 376 | 7 | Google Counter | |
| 376 | 9 | 376 | 11 | Google Counter | |
| 376 | 14 | 376 | 14 | Google Counter | |
| 379 | 4 | 379 | 11 | Google Counter | |
| 379 | 21 | 379 | 24 | Google Counter | |
| 380 | 1 | 380 | 3 | Google Counter | |
| 380 | 5 | 380 | 6 | Google Counter | |
| 380 | 8 | 380 | 10 | Google Counter | |
| 380 | 12 | 380 | 13 | Google Counter | |
| 380 | 15 | 380 | 16 | Google Counter | |
| 380 | 18 | 380 | 20 | Google Counter | |
| 380 | 22 | 380 | 22 | Google Counter | |
| 384 | 4 | 384 | 6 | Google Counter | |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) ||||||
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 384 | 13 | 384 | 20 | Google Counter | |
| 384 | 23 | 385 | 3 | Google Counter | |
| 385 | 10 | 385 | 12 | Google Counter | |
| 385 | 14 | 386 | 4 | Google Counter | |
| 386 | 6 | 386 | 7 | Google Counter | |
| 386 | 9 | 386 | 17 | Google Counter | |
| 387 | 17 | 388 | 23 | Google Counter | |
| 389 | 7 | 390 | 2 | Google Counter | |
| 390 | 5 | 390 | 7 | Google Counter | |
| 390 | 9 | 390 | 11 | Google Counter | |
| 390 | 13 | 390 | 15 | Google Counter | |
| 390 | 17 | 390 | 20 | Google Counter | |
| 391 | 4 | 391 | 9 | Google Counter | |
| 391 | 12 | 391 | 15 | Google Counter | |
| 391 | 18 | 391 | 18 | Google Counter | |
| 391 | 20 | 391 | 20 | Google Counter | |
| 391 | 22 | 392 | 10 | Google Counter | |
| 392 | 12 | 392 | 14 | Google Counter | |
| 393 | 4 | 393 | 19 | Google Counter | |
| 393 | 21 | 393 | 25 | Google Counter | |
| 394 | 10 | 394 | 20 | Google Counter | |
| 397 | 4 | 397 | 10 | Google Counter | |
| 397 | 12 | 397 | 12 | Google Counter | |
| 397 | 14 | 398 | 2 | Google Counter | |
| 398 | 6 | 398 | 16 | Google Counter | |
| 398 | 17 | 398 | 22 | DOJ Counter Counter | |
| 398 | 24 | 399 | 1 | DOJ Counter Counter | |
| 399 | 3 | 399 | 7 | Google Counter | |
| 399 | 9 | 399 | 10 | Google Counter | |
| 399 | 12 | 399 | 20 | Google Counter | |
| 399 | 22 | 399 | 22 | Google Counter | |
| 399 | 24 | 400 | 3 | Google Counter | |
| 400 | 5 | 400 | 5 | Google Counter | |
| 400 | 7 | 400 | 22 | Google Counter | |
| 400 | 24 | 400 | 25 | Google Counter | |
| 401 | 2 | 401 | 4 | Google Counter | |
| 401 | 6 | 401 | 11 | Google Counter | |
| 401 | 13 | 401 | 20 | Google Counter | |
| 401 | 22 | 401 | 23 | Google Counter | |
| 401 | 25 | 402 | 7 | Google Counter | |

| Designations from Deposition of Ramesh Ramalingam (4/26/2022–4/27/2022) |||||  |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 402 | 9 | 402 | 11 | Google Counter | |
| 402 | 13 | 403 | 3 | Google Counter | |
| 403 | 5 | 403 | 5 | Google Counter | |
| 403 | 7 | 403 | 10 | Google Counter | |
| 403 | 12 | 403 | 15 | Google Counter | |
| 403 | 17 | 404 | 21 | Google Counter | |
| 404 | 23 | 405 | 1 | Google Counter | |
| 405 | 3 | 407 | 5 | Google Counter | |
| 407 | 7 | 407 | 8 | Google Counter | |
| 407 | 10 | 407 | 12 | Google Counter | |
| 407 | 14 | 407 | 14 | Google Counter | |
| 407 | 16 | 407 | 18 | Google Counter | |
| 407 | 20 | 407 | 21 | Google Counter | |
| 407 | 23 | 408 | 2 | Google Counter | |
| 408 | 4 | 408 | 4 | Google Counter | |
| 408 | 6 | 408 | 9 | Google Counter | |
| 408 | 11 | 408 | 11 | Google Counter | |
| 408 | 13 | 408 | 20 | Google Counter | |
| 408 | 22 | 408 | 25 | Google Counter | |
| 409 | 2 | 409 | 5 | Google Counter | |
| 409 | 7 | 409 | 7 | Google Counter | |
| 409 | 18 | 409 | 23 | Google Counter | |
| 409 | 25 | 409 | 25 | Google Counter | |
| 410 | 2 | 410 | 6 | Google Counter | |
| 410 | 9 | 411 | 3 | Google Counter | |
| 411 | 5 | 411 | 6 | Google Counter | |
| 411 | 8 | 411 | 16 | Google Counter | |