# EXHIBIT KK

| Designations from Deposition of Christie Raymond (4/15/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 4 | 4 | 4 | 16 | DOJ Counter | |
| 5 | 23 | 5 | 25 | Google Affirmative | |
| 6 | 2 | 6 | 5 | Google Affirmative | |
| 6 | 23 | 6 | 25 | Google Affirmative | |
| 7 | 2 | 7 | 25 | Google Affirmative | |
| 8 | 2 | 8 | 25 | Google Affirmative | |
| 9 | 2 | 9 | 25 | Google Affirmative | |
| 10 | 2 | 10 | 4 | Google Affirmative | |
| 10 | 14 | 10 | 25 | Google Affirmative | |
| 11 | 2 | 11 | 25 | Google Affirmative | |
| 12 | 2 | 12 | 25 | Google Affirmative | |
| 13 | 2 | 13 | 25 | Google Affirmative | |
| 14 | 2 | 14 | 3 | Google Affirmative | |
| 14 | 19 | 14 | 25 | Google Affirmative | |
| 15 | 2 | 15 | 25 | Google Affirmative | |
| 16 | 2 | 16 | 25 | Google Affirmative | |
| 17 | 2 | 17 | 6 | Google Affirmative | |
| 17 | 19 | 17 | 25 | Google Affirmative | |
| 18 | 2 | 18 | 25 | Google Affirmative | |
| 19 | 2 | 19 | 25 | Google Affirmative | |
| 20 | 2 | 20 | 22 | Google Affirmative | |
| 21 | 14 | 22 | 15 | States Counter | |
| 22 | 16 | 22 | 24 | Google Counter Counter | |
| 26 | 8 | 26 | 25 | Google Affirmative | |
| 27 | 2 | 27 | 19 | Google Affirmative | |
| 28 | 20 | 28 | 25 | Google Affirmative | |
| 29 | 2 | 29 | 11 | Google Affirmative | |
| 29 | 12 | 31 | 12 | DOJ Counter | |
| 30 | 15 | 31 | 12 | States Counter | |
| 32 | 5 | 32 | 19 | Google Affirmative | |
| 32 | 20 | 33 | 23 | DOJ Counter | |
| 33 | 17 | 33 | 23 | States Counter | |
| 34 | 6 | 35 | 18 | DOJ Counter | |
| 35 | 21 | 35 | 23 | DOJ Counter | |
| 36 | 5 | 36 | 25 | Google Affirmative | |
| 37 | 2 | 37 | 25 | Google Affirmative | |
| 38 | 2 | 38 | 16 | Google Affirmative | |
| 51 | 21 | 51 | 25 | Google Affirmative | |
| 52 | 2 | 52 | 18 | Google Affirmative | |
| 53 | 4 | 53 | 25 | Google Affirmative | |

|  | Designations from Deposition of Christie Raymond (4/15/2022) |

| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 54 | 2 | 54 | 10 | Google Affirmative | |
| 58 | 2 | 59 | 22 | DOJ Counter | |
| 59 | 6 | 59 | 22 | States Counter | |
| 59 | 23 | 59 | 25 | Google Affirmative | |
| 60 | 2 | 60 | 20 | Google Affirmative | |
| 62 | 6 | 63 | 11 | DOJ Counter | |
| 64 | 23 | 64 | 25 | Google Affirmative | |
| 65 | 2 | 65 | 25 | Google Affirmative | |
| 66 | 2 | 66 | 25 | Google Affirmative | StatesObj-Form - leading 66:7-10 |
| 67 | 2 | 67 | 25 | Google Affirmative | |
| 68 | 2 | 68 | 25 | Google Affirmative | |
| 69 | 2 | 69 | 18 | Google Affirmative | |
| 69 | 19 | 71 | 20 | DOJ Counter | |
| 71 | 3 | 73 | 2 | States Counter | |
| 71 | 22 | 73 | 2 | DOJ Counter | |
| 73 | 8 | 73 | 11 | DOJ Counter | |
| 74 | 2 | 75 | 2 | DOJ Counter | |
| 74 | 2 | 75 | 2 | States Counter | |
| 76 | 3 | 76 | 25 | Google Affirmative | |
| 77 | 2 | 77 | 22 | Google Affirmative | |
| 77 | 25 | 78 | 11 | DOJ Counter | |
| 78 | 18 | 79 | 4 | DOJ Counter | |
| 79 | 19 | 80 | 2 | DOJ Counter | |
| 80 | 4 | 80 | 9 | DOJ Counter | |
| 80 | 12 | 80 | 25 | Google Affirmative | |
| 81 | 2 | 81 | 21 | Google Affirmative | |
| 82 | 2 | 82 | 25 | Google Affirmative | |
| 83 | 2 | 83 | 18 | Google Affirmative | |
| 83 | 19 | 83 | 23 | DOJ Counter | |
| 84 | 19 | 84 | 25 | Google Affirmative | |
| 85 | 2 | 85 | 25 | Google Affirmative | |
| 86 | 2 | 86 | 25 | Google Affirmative | |
| 87 | 2 | 87 | 23 | Google Affirmative | |
| 88 | 21 | 89 | 9 | States Counter | |
| 91 | 11 | 91 | 25 | Google Affirmative | |
| 92 | 2 | 92 | 25 | Google Affirmative | |
| 93 | 2 | 93 | 3 | Google Affirmative | |
| 93 | 4 | 93 | 7 | DOJ Counter | |
| 94 | 2 | 94 | 10 | Google Affirmative | |

| Designations from Deposition of Christie Raymond (4/15/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 95 | 11 | 96 | 21 | DOJ Counter | |
| 95 | 11 | 96 | 21 | States Counter | |
| 97 | 4 | 97 | 16 | States Counter | |
| 97 | 8 | 97 | 16 | DOJ Counter | |
| 97 | 17 | 97 | 23 | Google Affirmative | |
| 98 | 21 | 98 | 25 | Google Affirmative | |
| 99 | 2 | 99 | 4 | Google Affirmative | |
| 99 | 5 | 100 | 19 | States Counter | GOOGCntrObj-Rule 602; Lack of foundation as to 99:12-18. The witness indicates she does not have knowledge. |
| 101 | 9 | 105 | 3 | DOJ Counter | |
| 104 | 2 | 105 | 3 | States Counter | |
| 105 | 18 | 105 | 20 | Google Counter Counter | |
| 105 | 23 | 106 | 25 | Google Counter Counter | |
| 107 | 2 | 109 | 9 | DOJ Counter | |
| 107 | 2 | 109 | 9 | States Counter | |
| 109 | 10 | 109 | 23 | Google Affirmative | |
| 109 | 24 | 110 | 13 | States Counter | |
| 110 | 14 | 110 | 25 | Google Affirmative | |
| 111 | 2 | 111 | 3 | Google Affirmative | |
| 111 | 21 | 112 | 17 | States Counter | |
| 113 | 14 | 113 | 15 | Google Counter Counter | |
| 113 | 16 | 115 | 22 | States Counter | GOOGCntrObj-Rule 802 as to 113:16-114:16 |
| 115 | 11 | 115 | 22 | DOJ Counter | |
| 116 | 7 | 116 | 14 | DOJ Counter | |
| 116 | 7 | 116 | 14 | States Counter | |
| 118 | 16 | 118 | 22 | Google Affirmative | |
| 118 | 25 | 118 | 25 | Google Affirmative | |
| 119 | 2 | 119 | 22 | Google Affirmative | |
| 119 | 23 | 120 | 16 | DOJ Counter | |
| 120 | 2 | 120 | 16 | States Counter | |
| 121 | 7 | 121 | 21 | DOJ Counter | |
| 121 | 7 | 121 | 21 | States Counter | |
| 121 | 22 | 121 | 25 | Google Affirmative | |
| 122 | 2 | 122 | 10 | Google Affirmative | |
| 122 | 11 | 122 | 13 | DOJ Counter | |

| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| Designations from Deposition of Christie Raymond (4/15/2022) | | | | | |
| 122 | 16 | 123 | 18 | DOJ Counter | |
| 123 | 6 | 127 | 22 | States Counter | |
| 126 | 10 | 126 | 17 | DOJ Counter | |
| 126 | 20 | 127 | 22 | DOJ Counter | |
| 128 | 25 | 130 | 2 | DOJ Counter | |
| 128 | 25 | 130 | 23 | States Counter | |
| 131 | 9 | 132 | 8 | States Counter | |
| 132 | 12 | 133 | 24 | States Counter | |
| 134 | 17 | 136 | 5 | DOJ Counter | GOOGCntrObj-Form - Other; Mistates/Interrupts Testimony as to 136:2-5 |
| 134 | 17 | 136 | 14 | States Counter | GOOGCntrObj-Form - Other; Mistates/Interrupts Testimony as to 136:2-5 |
| 136 | 6 | 136 | 6 | Google Counter Counter | DOJObj: Improper Designation |
| 136 | 7 | 136 | 14 | DOJ Counter | |
| 136 | 19 | 138 | 2 | DOJ Counter | |
| 137 | 13 | 138 | 2 | States Counter | |
| 138 | 11 | 139 | 12 | DOJ Counter | |
| 138 | 20 | 139 | 23 | States Counter | |
| 139 | 14 | 139 | 23 | DOJ Counter | |