# EXHIBIT LL

| Designations from Deposition of Jordi Ribas (3/24/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 9 | 10 | 9 | 17 | DOJ Counter | |
| 10 | 10 | 10 | 12 | Google Affirmative | |
| 12 | 23 | 12 | 24 | Google Affirmative | |
| 12 | 25 | 13 | 6 | DOJ Counter | |
| 13 | 7 | 13 | 9 | Google Affirmative | |
| 13 | 15 | 13 | 23 | Google Affirmative | |
| 13 | 24 | 14 | 1 | DOJ Counter | |
| 14 | 10 | 14 | 23 | DOJ Counter | |
| 16 | 11 | 17 | 3 | DOJ Counter | |
| 18 | 3 | 19 | 17 | DOJ Counter | |
| 54 | 6 | 55 | 3 | Google Affirmative | |
| 55 | 4 | 55 | 12 | Google Counter Counter | DOJObj [55:4-12] Incomplete Designations (requires 55:13-15 for completeness) Vague Designation (requires 55:13-15 for clarity) |
| 55 | 16 | 55 | 19 | Google Counter Counter | DOJObj [55:16-19] Incomplete Designations (requires 55:13-15 for completeness) Vague Designation (requires 55:13-15 for clarity) |
| 55 | 20 | 56 | 14 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 60 | 25 | 61 | 18 | Google Affirmative | |
| 61 | 19 | 61 | 22 | Google Counter Counter | |
| 61 | 23 | 63 | 18 | DOJ Counter | |
| 66 | 9 | 66 | 12 | Google Counter Counter | |
| 66 | 19 | 67 | 10 | Google Counter Counter | |
| 87 | 4 | 87 | 14 | Google Affirmative | |
| 90 | 9 | 90 | 17 | Google Counter Counter | |
| 91 | 3 | 91 | 10 | Google Counter Counter | |
| 91 | 11 | 91 | 21 | Google Affirmative | |
| 92 | 2 | 94 | 10 | DOJ Counter | GOOGCntrObj-Rule 602 |
| 94 | 11 | 94 | 19 | Google Counter Counter | |
| 94 | 20 | 95 | 14 | DOJ Counter | |
| 108 | 1 | 108 | 17 | DOJ Counter | |
| 110 | 21 | 112 | 8 | Google Counter Counter | |
| 112 | 9 | 112 | 25 | DOJ Counter | |

| Designations from Deposition of Jordi Ribas (3/24/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 113 | 7 | 114 | 10 | DOJ Counter | |
| 114 | 11 | 115 | 23 | Google Counter Counter | |
| 117 | 24 | 118 | 2 | DOJ Counter | |
| 118 | 4 | 118 | 19 | DOJ Counter | |
| 118 | 20 | 118 | 24 | Google Affirmative | |
| 119 | 1 | 119 | 7 | Google Affirmative | |
| 119 | 9 | 119 | 19 | Google Affirmative | DOJObj [all]: Incomplete Designation, Misleading Designation (designation does not include the witness's continued answer at lines 119:21-120:08, which provides further context to the portion designated) |
| 119 | 20 | 120 | 8 | DOJ Counter | |
| 146 | 23 | 147 | 22 | DOJ Counter | |
| 147 | 23 | 147 | 25 | Google Affirmative | |
| 148 | 3 | 148 | 15 | Google Affirmative | |
| 148 | 16 | 149 | 3 | DOJ Counter | |
| 159 | 17 | 160 | 13 | Google Affirmative | |
| 160 | 15 | 160 | 16 | Google Affirmative | |
| 164 | 24 | 166 | 5 | DOJ Counter | |
| 175 | 1 | 175 | 3 | Google Affirmative | |
| 175 | 8 | 175 | 10 | Google Affirmative | |
| 175 | 11 | 175 | 22 | DOJ Counter | |
| 175 | 23 | 176 | 3 | Google Counter Counter | |
| 176 | 4 | 176 | 24 | DOJ Counter | |
| 178 | 23 | 179 | 9 | Google Affirmative | |
| 179 | 10 | 180 | 25 | DOJ Counter | |
| 181 | 1 | 181 | 10 | Google Affirmative | |
| 187 | 1 | 188 | 1 | Google Affirmative | |
| 188 | 2 | 188 | 24 | DOJ Counter | |
| 188 | 25 | 189 | 3 | Google Affirmative | |
| 189 | 4 | 189 | 17 | DOJ Counter | |
| 200 | 18 | 201 | 4 | Google Affirmative | |
| 201 | 5 | 202 | 4 | DOJ Counter | |
| 202 | 5 | 203 | 13 | Google Counter Counter | |
| 220 | 8 | 221 | 6 | Google Affirmative | |
| 221 | 7 | 222 | 3 | DOJ Counter | |

| Designations from Deposition of Jordi Ribas (3/24/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 222 | 17 | 223 | 22 | Google Affirmative | DOJObj [all]: Incomplete Designation (does not include witness's continued answer at 224:03-224:09] |
| 224 | 3 | 224 | 9 | DOJ Counter | |
| 224 | 10 | 225 | 5 | Google Counter Counter | |
| 225 | 6 | 225 | 13 | DOJ Counter | |
| 225 | 14 | 227 | 2 | Google Affirmative | |
| 250 | 21 | 251 | 2 | DOJ Counter | |
| 251 | 6 | 253 | 8 | DOJ Counter | |