# EXHIBIT MM

| Designations from Deposition of Yuki Richardson (12/15/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 12 | 3 | 12 | 8 | DOJ Affirmative | |
| 22 | 22 | 23 | 13 | DOJ Affirmative | |
| 24 | 8 | 25 | 2 | DOJ Affirmative | |
| 25 | 9 | 25 | 18 | DOJ Affirmative | |
| 27 | 21 | 27 | 24 | DOJ Affirmative | |
| 28 | 3 | 29 | 2 | DOJ Affirmative | |
| 32 | 2 | 32 | 9 | DOJ Affirmative | |
| 34 | 4 | 34 | 19 | DOJ Affirmative | |
| 35 | 15 | 35 | 16 | DOJ Affirmative | |
| 35 | 19 | 36 | 8 | DOJ Affirmative | |
| 36 | 18 | 36 | 22 | DOJ Affirmative | |
| 37 | 1 | 37 | 20 | DOJ Affirmative | |
| 38 | 4 | 38 | 7 | DOJ Affirmative | |
| 38 | 13 | 39 | 3 | DOJ Affirmative | |
| 39 | 6 | 42 | 6 | DOJ Affirmative | |
| 42 | 9 | 42 | 13 | DOJ Affirmative | |
| 42 | 16 | 43 | 1 | DOJ Affirmative | |
| 43 | 8 | 43 | 9 | DOJ Affirmative | |
| 44 | 4 | 44 | 9 | DOJ Affirmative | |
| 44 | 14 | 44 | 20 | DOJ Affirmative | |
| 44 | 24 | 45 | 4 | DOJ Affirmative | |
| 45 | 7 | 45 | 25 | DOJ Affirmative | |
| 54 | 1 | 54 | 3 | DOJ Affirmative | |
| 54 | 6 | 54 | 18 | DOJ Affirmative | |
| 54 | 19 | 55 | 14 | DOJ Counter Counter | |
| 58 | 3 | 58 | 6 | Google Counter | |
| 58 | 9 | 58 | 20 | Google Counter | |
| 58 | 23 | 58 | 25 | Google Counter | |
| 60 | 16 | 60 | 21 | DOJ Affirmative | |
| 61 | 2 | 61 | 24 | DOJ Affirmative | |
| 62 | 3 | 62 | 6 | DOJ Affirmative | |
| 62 | 9 | 62 | 10 | DOJ Affirmative | |
| 62 | 12 | 63 | 14 | DOJ Affirmative | |
| 63 | 15 | 63 | 17 | Google Counter | |
| 63 | 20 | 63 | 22 | Google Counter | |
| 63 | 25 | 63 | 25 | Google Counter | |
| 64 | 1 | 64 | 12 | DOJ Affirmative | |
| 64 | 15 | 64 | 19 | DOJ Affirmative | |
| 64 | 25 | 65 | 3 | DOJ Affirmative | |
| 65 | 6 | 65 | 8 | DOJ Affirmative | |

| Designations from Deposition of Yuki Richardson (12/15/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 65 | 11 | 65 | 13 | DOJ Affirmative | |
| 74 | 1 | 74 | 12 | DOJ Affirmative | |
| 74 | 13 | 74 | 14 | Google Counter | |
| 74 | 17 | 75 | 2 | Google Counter | |
| 75 | 5 | 75 | 19 | Google Counter | |
| 75 | 22 | 76 | 7 | Google Counter | |
| 76 | 10 | 76 | 25 | Google Counter | |
| 77 | 3 | 77 | 8 | Google Counter | |
| 77 | 11 | 77 | 15 | Google Counter | |
| 77 | 18 | 77 | 20 | Google Counter | |
| 78 | 1 | 78 | 7 | Google Counter | |
| 78 | 10 | 78 | 17 | Google Counter | |
| 78 | 20 | 79 | 14 | Google Counter | |
| 81 | 8 | 81 | 10 | Google Counter | |
| 81 | 13 | 81 | 21 | Google Counter | |
| 81 | 24 | 82 | 3 | Google Counter | |
| 86 | 2 | 86 | 5 | DOJ Counter Counter | |
| 86 | 8 | 86 | 9 | DOJ Counter Counter | |
| 87 | 1 | 87 | 3 | DOJ Counter Counter | |
| 87 | 23 | 88 | 1 | DOJ Counter Counter | |
| 88 | 4 | 88 | 12 | DOJ Counter Counter | |
| 88 | 13 | 90 | 1 | DOJ Affirmative | |
| 90 | 4 | 90 | 22 | DOJ Affirmative | |
| 90 | 25 | 91 | 5 | DOJ Affirmative | |
| 91 | 8 | 91 | 9 | DOJ Affirmative | |
| 91 | 10 | 91 | 13 | DOJ Affirmative | |
| 91 | 16 | 91 | 25 | DOJ Affirmative | |
| 92 | 3 | 92 | 11 | DOJ Affirmative | |
| 92 | 14 | 92 | 23 | DOJ Affirmative | |
| 93 | 1 | 93 | 11 | DOJ Affirmative | |
| 93 | 14 | 93 | 17 | DOJ Affirmative | |
| 94 | 3 | 94 | 9 | DOJ Affirmative | |
| 105 | 1 | 105 | 6 | Google Counter | |
| 105 | 9 | 105 | 15 | Google Counter | |
| 109 | 22 | 110 | 4 | DOJ Counter Counter | GOOGCntrCntrObj-Rule 602 as to 110:2-4; GOOGCntrCntrObj-Form - Other; Vague as to 110:2-4 |

| Designations from Deposition of Yuki Richardson (12/15/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 110 | 7 | 110 | 14 | DOJ Counter Counter | GOOGCntrCntrObj-Rule 602; GOOGCntrCntrObj-Form - Other; Vague |
| 110 | 17 | 111 | 2 | DOJ Counter Counter | GOOGCntrCntrObj-Rule 602; GOOGCntrCntrObj-Form - Other; Vague |
| 111 | 5 | 111 | 9 | DOJ Counter Counter | GOOGCntrCntrObj-Rule 602; GOOGCntrCntrObj-Form - Other; Vague |
| 115 | 13 | 115 | 16 | Google Counter | |
| 115 | 19 | 115 | 23 | Google Counter | |
| 115 | 24 | 116 | 2 | DOJ Counter Counter | |
| 115 | 24 | 116 | 2 | DOJ Counter Counter | |
| 116 | 5 | 116 | 10 | DOJ Counter Counter | |
| 116 | 13 | 116 | 13 | DOJ Counter Counter | |
| 120 | 25 | 121 | 10 | DOJ Affirmative | |
| 122 | 21 | 122 | 22 | DOJ Affirmative | |
| 122 | 25 | 123 | 14 | DOJ Affirmative | |
| 124 | 10 | 124 | 13 | DOJ Affirmative | |
| 124 | 15 | 124 | 20 | DOJ Affirmative | |
| 124 | 23 | 124 | 25 | DOJ Affirmative | |
| 127 | 16 | 128 | 11 | DOJ Affirmative | |
| 128 | 14 | 128 | 19 | DOJ Affirmative | |
| 129 | 2 | 129 | 18 | DOJ Affirmative | |
| 129 | 21 | 129 | 25 | DOJ Affirmative | |
| 130 | 3 | 130 | 3 | DOJ Affirmative | |
| 148 | 17 | 148 | 19 | DOJ Affirmative | |
| 148 | 22 | 149 | 3 | DOJ Affirmative | |
| 158 | 16 | 158 | 19 | DOJ Affirmative | |
| 158 | 22 | 159 | 11 | DOJ Affirmative | |
| 160 | 24 | 161 | 2 | DOJ Affirmative | |
| 161 | 12 | 161 | 16 | DOJ Affirmative | |
| 161 | 21 | 162 | 4 | DOJ Affirmative | |
| 162 | 16 | 162 | 20 | DOJ Affirmative | |
| 162 | 23 | 163 | 16 | DOJ Affirmative | |

| Designations from Deposition of Yuki Richardson (12/15/2021) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 163 | 17 | 163 | 23 | Google Counter | |
| 164 | 5 | 164 | 12 | DOJ Affirmative | |
| 164 | 15 | 164 | 20 | DOJ Affirmative | GOOGObj-Rule 602 as to 164:18-20 |
| 164 | 23 | 165 | 3 | DOJ Affirmative | GOOGObj-Rule 602 |
| 165 | 6 | 165 | 23 | DOJ Affirmative | GOOGObj-Rule 602 |
| 166 | 1 | 166 | 10 | DOJ Affirmative | GOOGObj-Rule 602 |
| 166 | 13 | 166 | 18 | DOJ Affirmative | GOOGObj-Rule 602 |
| 167 | 16 | 168 | 2 | DOJ Counter Counter | GOOGCntrCntrObj-Rule 602 |
| 168 | 5 | 168 | 9 | DOJ Affirmative | GOOGObj-Incomplete |
| 170 | 15 | 170 | 16 | DOJ Counter Counter | GOOGCntrCntrObj-Rule 602 |
| 170 | 19 | 170 | 23 | DOJ Counter Counter | GOOGCntrCntrObj-Rule 602 |
| 171 | 1 | 171 | 10 | DOJ Counter Counter | GOOGCntrCntrObj-Rule 602 |
| 181 | 19 | 182 | 2 | DOJ Affirmative | |
| 182 | 18 | 183 | 19 | DOJ Affirmative | |
| 188 | 6 | 188 | 25 | Google Counter | |
| 189 | 1 | 189 | 5 | Google Counter | |
| 189 | 8 | 189 | 14 | Google Counter | DOJObj [189:11-13] Speculation (FRE 602); Foundation (FRE 104a); Lay Opinion (FRE 701); Incomplete Designation |
| 189 | 15 | 190 | 6 | DOJ Counter Counter | |
| 200 | 21 | 200 | 24 | DOJ Affirmative | |
| 269 | 6 | 269 | 15 | DOJ Affirmative | |
| 269 | 18 | 269 | 19 | DOJ Affirmative | |