# EXHIBIT NN

| Designations from Deposition of Andrew Silverman (February 17, 2022) ||||||
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 1 | 19 | 1 | 21 | States Affirmative | |
| 9 | 13 | 9 | 23 | States Affirmative | |
| 10 | 6 | 10 | 10 | States Affirmative | |
| 11 | 1 | 11 | 9 | States Affirmative | |
| 12 | 3 | 12 | 4 | States Affirmative | |
| 12 | 8 | 12 | 15 | States Affirmative | |
| 14 | 2 | 14 | 5 | States Affirmative | |
| 17 | 19 | 18 | 8 | States Affirmative | |
| 21 | 16 | 21 | 22 | States Affirmative | |
| 24 | 19 | 24 | 22 | States Affirmative | |
| 26 | 5 | 26 | 10 | States Affirmative | |
| 29 | 12 | 29 | 15 | States Affirmative | |
| 29 | 22 | 30 | 8 | States Affirmative | |
| 30 | 16 | 31 | 9 | States Affirmative | |
| 31 | 10 | 32 | 5 | States Affirmative | |
| 32 | 8 | 32 | 10 | States Affirmative | |
| 33 | 11 | 33 | 19 | Google Counter | |
| 36 | 19 | 37 | 9 | States Affirmative | |
| 56 | 9 | 57 | 18 | States Affirmative | |
| 59 | 3 | 59 | 4 | States Affirmative | |
| 59 | 12 | 59 | 20 | States Affirmative | |
| 59 | 21 | 60 | 5 | States Affirmative | |
| 60 | 6 | 60 | 16 | States Affirmative | |
| 62 | 1 | 62 | 22 | Google Counter | |
| 62 | 23 | 62 | 23 | Google Counter | |
| 62 | 24 | 63 | 7 | States Affirmative | GOOGObj-Rule 402 as to 63:3-7 |
| 63 | 15 | 64 | 6 | States Affirmative | GOOGObj-Rule 402 |
| 64 | 12 | 65 | 1 | States Affirmative | GOOGObj-Rule 402 |
| 73 | 20 | 73 | 24 | States Affirmative | GOOGObj-Rule 402 |
| 73 | 25 | 74 | 3 | States Affirmative | GOOGObj-Rule 402 |
| 74 | 19 | 75 | 14 | States Affirmative | GOOGObj-Rule 402 |
| 76 | 13 | 76 | 18 | States Affirmative | GOOGObj-Rule 402 |
| 76 | 19 | 76 | 24 | States Affirmative | GOOGObj-Rule 402 |
| 76 | 25 | 77 | 9 | States Affirmative | GOOGObj-Rule 402 |
| 83 | 18 | 83 | 20 | States Affirmative | GOOGObj-Rule 402 |
| 83 | 23 | 83 | 25 | States Affirmative | GOOGObj-Rule 402 |
| 84 | 2 | 84 | 14 | States Affirmative | GOOGObj-Rule 402 |
| 85 | 15 | 86 | 2 | States Affirmative | GOOGObj-Rule 402 |
| 90 | 10 | 91 | 12 | States Affirmative | GOOGObj-Rule 402 |
| 91 | 13 | 91 | 22 | States Affirmative | GOOGObj-Rule 402 |
| 93 | 22 | 94 | 2 | States Affirmative | GOOGObj-Rule 402 |
| 95 | 2 | 95 | 6 | States Affirmative | GOOGObj-Rule 402 |

| 120 | 6  | 120 | 13 | States Affirmative | GOOGObj-Rule 402 |
|-----|----|-----|----|--------------------|------------------|
| 121 | 1  | 122 | 1  | States Affirmative | GOOGObj-Rule 402 |
| 125 | 9  | 125 | 18 | Google Counter     |                  |
| 125 | 19 | 126 | 7  | States Affirmative |                  |
| 172 | 7  | 172 | 9  | States Affirmative | GOOGObj-Rule 402 |