# EXHIBIT OO

| Designations from Deposition of Debby Soo (April 21, 2022) ||||||
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| --- | --- | --- | --- | --- | --- |
| 7 | 6 | 7 | 9 | States Affirmative | |
| 15 | 20 | 16 | 11 | States Affirmative | |
| 17 | 17 | 18 | 13 | States Affirmative | |
| 18 | 15 | 18 | 22 | States Affirmative | |
| 19 | 8 | 23 | 20 | States Affirmative | |
| 36 | 17 | 37 | 2 | Google Counter | |
| 37 | 4 | 37 | 9 | Google Counter | |
| 37 | 11 | 37 | 19 | Google Counter | |
| 37 | 20 | 38 | 3 | States Counter Counter | GOOGCntrCntrObj-Rule 802 as to 38:1-3 |
| 38 | 5 | 38 | 11 | States Counter Counter | GOOGCntrCntrObj-Rule 802 |
| 40 | 19 | 40 | 22 | States Affirmative | |
| 41 | 1 | 41 | 15 | States Affirmative | |
| 42 | 22 | 43 | 4 | States Affirmative | GOOGObj-Rule 402 |
| 54 | 3 | 54 | 6 | Google Counter | |
| 54 | 8 | 55 | 17 | Google Counter | |
| 76 | 8 | 76 | 21 | Google Counter | |
| 76 | 10 | 76 | 21 | States Affirmative | |
| 77 | 1 | 77 | 8 | States Affirmative | |
| 94 | 5 | 94 | 7 | States Affirmative | |
| 94 | 9 | 94 | 18 | States Affirmative | |
| 102 | 20 | 107 | 18 | States Affirmative | GOOGObj-Rule 402 |
| 107 | 4 | 107 | 18 | Google Counter | |
| 107 | 20 | 108 | 10 | States Affirmative | GOOGObj-Rule 402 |
| 107 | 20 | 108 | 5 | Google Counter | |
| 108 | 13 | 109 | 12 | States Affirmative; Google Counter | GOOGObj-Rule 402 |
| 108 | 13 | 109 | 12 | States Affirmative; Google Counter | GOOGObj-Rule 402 |
| 109 | 14 | 109 | 18 | States Affirmative; Google Counter | GOOGObj-Rule 402 |
| 109 | 14 | 109 | 18 | States Affirmative; Google Counter | GOOGObj-Rule 402 |
| 109 | 20 | 110 | 1 | States Affirmative; Google Counter | GOOGObj-Rule 402 |
| 109 | 20 | 110 | 1 | States Affirmative; Google Counter | GOOGObj-Rule 402 |
| 110 | 3 | 110 | 15 | States Affirmative | GOOGObj-Rule 402 |
| 110 | 19 | 111 | 10 | States Affirmative | GOOGObj-Rule 402 |
| 110 | 19 | 111 | 13 | Google Counter | |
| 111 | 15 | 111 | 17 | States Affirmative; Google Counter | GOOGObj-Rule 402 |

| | | | | | |
|---|---|---|---|---|---|
| 111 | 15 | 111 | 17 | States Affirmative; Google Counter | GOOGObj-Rule 402 |
| 112 | 1 | 112 | 11 | States Affirmative; Google Counter | GOOGObj-Rule 402 |
| 112 | 1 | 112 | 11 | States Affirmative; Google Counter | GOOGObj-Rule 402 |
| 112 | 22 | 116 | 9 | States Affirmative; Google Counter | |
| 112 | 22 | 116 | 9 | States Affirmative; Google Counter | |
| 117 | 12 | 117 | 17 | States Affirmative; Google Counter | |
| 117 | 12 | 117 | 17 | States Affirmative; Google Counter | |
| 117 | 19 | 118 | 8 | Google Counter | |
| 118 | 10 | 119 | 12 | Google Counter | |
| 118 | 14 | 119 | 12 | States Affirmative | |
| 119 | 14 | 119 | 18 | States Affirmative | |
| 119 | 20 | 119 | 22 | States Affirmative; Google Counter | |
| 119 | 20 | 119 | 22 | States Affirmative; Google Counter | |
| 120 | 3 | 120 | 13 | States Affirmative; Google Counter | |
| 120 | 3 | 120 | 13 | States Affirmative; Google Counter | |
| 120 | 16 | 120 | 21 | States Affirmative | |
| 121 | 1 | 121 | 9 | States Affirmative | |
| 121 | 11 | 121 | 14 | States Affirmative | |
| 121 | 17 | 122 | 6 | States Affirmative | |
| 122 | 8 | 122 | 15 | Google Counter | |
| 122 | 18 | 124 | 9 | Google Counter | |
| 134 | 17 | 135 | 4 | States Affirmative | |
| 137 | 2 | 137 | 14 | States Affirmative | |
| 137 | 19 | 138 | 5 | States Affirmative | |
| 138 | 7 | 138 | 9 | States Affirmative | GOOGObj-Rule 402 |
| 138 | 12 | 138 | 20 | States Affirmative | GOOGObj-Rule 402 |
| 138 | 22 | 139 | 3 | States Affirmative | GOOGObj-Rule 402 |
| 139 | 6 | 139 | 13 | States Affirmative | GOOGObj-Rule 402 |
| 139 | 19 | 140 | 11 | States Affirmative | |
| 140 | 13 | 140 | 16 | States Affirmative | |
| 140 | 18 | 141 | 9 | States Affirmative | |
| 141 | 12 | 142 | 12 | States Affirmative | |
| 142 | 14 | 144 | 5 | States Affirmative; Google Counter | |

| | | | | | |
|---|---|---|---|---|---|
| 142 | 14 | 144 | 5 | States Affirmative; Google Counter | |
| 144 | 7 | 145 | 16 | States Affirmative | |
| 145 | 18 | 145 | 20 | States Affirmative | GOOGObj-Rule 402 |
| 146 | 17 | 148 | 12 | Google Counter | |
| 147 | 10 | 148 | 12 | States Affirmative | GOOGObj-Rule 402 |
| 152 | 16 | 152 | 22 | States Affirmative | GOOGObj-Rule 402 |
| 153 | 3 | 153 | 19 | States Affirmative | |
| 154 | 3 | 154 | 10 | States Affirmative | |
| 161 | 1 | 161 | 5 | States Affirmative; Google Counter | |
| 161 | 1 | 161 | 5 | States Affirmative; Google Counter | |
| 161 | 10 | 161 | 15 | States Affirmative; Google Counter | |
| 161 | 10 | 161 | 15 | States Affirmative; Google Counter | |
| 163 | 21 | 165 | 15 | Google Counter | |
| 166 | 1 | 167 | 19 | Google Counter | |
| 166 | 9 | 166 | 15 | States Affirmative | |
| 168 | 2 | 171 | 14 | States Affirmative | GOOGObj-Rule 602 as to 168:2-170:12; GOOGObj-Rule 402 as to 169:22-171:14 |
| 171 | 16 | 171 | 21 | States Affirmative | |
| 173 | 11 | 176 | 19 | States Affirmative; Google Counter | |
| 173 | 11 | 176 | 19 | States Affirmative; Google Counter | |
| 176 | 21 | 177 | 3 | States Affirmative | |
| 177 | 4 | 177 | 15 | Google Counter | |
| 177 | 17 | 178 | 6 | Google Counter | |
| 178 | 7 | 178 | 12 | States Counter Counter | |
| 178 | 14 | 179 | 4 | States Counter Counter | |
| 179 | 22 | 180 | 9 | Google Counter | |
| 180 | 10 | 180 | 15 | States Counter Counter | |
| 180 | 17 | 185 | 9 | Google Counter | |
| 185 | 1 | 185 | 9 | States Counter Counter | |
| 180 | 19 | 184 | 21 | States Affirmative | |
| 185 | 15 | 190 | 21 | Google Counter | |
| 189 | 9 | 190 | 21 | States Affirmative | |
| 191 | 8 | 192 | 5 | Google Counter | |
| 191 | 15 | 192 | 5 | States Affirmative | |
| 198 | 5 | 198 | 15 | States Affirmative | |
| 200 | 3 | 202 | 11 | States Affirmative | GOOGObj-Rule 402 |

| | | | | | |
|---|---|---|---|---|---|
| 211 | 5 | 211 | 8 | States Affirmative | GOOGObj-Incompete; GOOGObj-Rule 402 |
| 217 | 12 | 217 | 19 | Google Counter | |
| 219 | 6 | 220 | 16 | States Affirmative | |
| 219 | 20 | 220 | 8 | Google Counter | |
| 220 | 21 | 221 | 22 | States Affirmative | |
| 222 | 2 | 222 | 2 | States Affirmative | |
| 222 | 14 | 223 | 7 | States Affirmative | |
| 223 | 15 | 224 | 22 | States Affirmative | GOOGObj-Rule 402 |
| 225 | 6 | 225 | 18 | States Affirmative | GOOGObj-Rule 402 |
| 227 | 9 | 227 | 14 | States Counter Counter | |
| 227 | 15 | 228 | 1 | Google Counter | |
| 228 | 2 | 229 | 5 | States Counter Counter | GOOGCntrCntrObj-Rule 402 |
| 229 | 7 | 230 | 14 | States Affirmative | GOOGObj-Rule 402 |
| 229 | 13 | 229 | 21 | Google Counter | |
| 234 | 2 | 235 | 10 | States Affirmative | GOOGObj-Rule 402 |
| 235 | 19 | 236 | 14 | States Affirmative | GOOGObj-Rule 402 |
| 236 | 20 | 241 | 22 | States Affirmative | GOOGObj-Rule 402 as to 238:15-241:22 |
| 242 | 1 | 242 | 14 | States Affirmative | GOOGObj-Rule 402 |
| 243 | 12 | 244 | 4 | States Affirmative | GOOGObj-Rule 402 |
| 244 | 9 | 244 | 11 | Google Counter | |
| 244 | 15 | 244 | 15 | Google Counter | |
| 244 | 20 | 245 | 4 | Google Counter | |
| 245 | 16 | 249 | 2 | States Affirmative | GOOGObj-Rule 402 |
| 249 | 12 | 250 | 12 | States Affirmative | GOOGObj-Rule 402 |
| 250 | 17 | 250 | 21 | States Affirmative | GOOGObj-Rule 402 |
| 251 | 2 | 252 | 8 | States Affirmative | GOOGObj-Rule 402 |
| 251 | 15 | 251 | 17 | Google Counter | |
| 252 | 15 | 252 | 21 | States Affirmative | GOOGObj-Rule 402 |
| 253 | 7 | 254 | 12 | States Affirmative | GOOGObj-Rule 402 |
| 254 | 18 | 255 | 13 | States Affirmative | GOOGObj-Rule 402 |
| 255 | 18 | 256 | 1 | States Affirmative | GOOGObj-Rule 402 |
| 256 | 5 | 256 | 17 | States Affirmative | |
| 290 | 1 | 292 | 2 | Google Counter | |
| 297 | 3 | 297 | 21 | Google Counter | |
| 300 | 11 | 301 | 16 | Google Counter | |
| 308 | 15 | 309 | 18 | States Affirmative | |
| 309 | 20 | 310 | 3 | Google Counter | |