# EXHIBIT PP

| Designations from Deposition of Mark Stein (3/31/2022–4/1/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 5 | 23 | 6 | 2 | DOJ Affirmative | |
| 6 | 3 | 6 | 12 | DOJ Affirmative; States Affirmative | |
| 10 | 14 | 10 | 25 | DOJ Affirmative | |
| 10 | 14 | 12 | 4 | States Affirmative | |
| 11 | 2 | 11 | 10 | Google Counter | |
| 11 | 11 | 12 | 4 | DOJ Affirmative | |
| 12 | 5 | 12 | 6 | DOJ Affirmative | |
| 12 | 8 | 12 | 18 | DOJ Affirmative | |
| 12 | 19 | 12 | 21 | Google Counter | |
| 12 | 22 | 13 | 9 | DOJ Affirmative; States Affirmative | |
| 14 | 18 | 14 | 25 | DOJ Affirmative | |
| 15 | 6 | 15 | 8 | DOJ Affirmative | |
| 16 | 5 | 16 | 14 | DOJ Affirmative | |
| 16 | 15 | 16 | 23 | States Affirmative | |
| 16 | 15 | 16 | 25 | Google Counter | |
| 17 | 2 | 17 | 10 | Google Counter | |
| 17 | 11 | 17 | 19 | States Counter Counter | |
| 17 | 23 | 17 | 25 | Google Counter | |
| 18 | 4 | 18 | 14 | Google Counter | |
| 18 | 24 | 19 | 10 | States Affirmative | |
| 23 | 9 | 24 | 3 | States Affirmative | |
| 24 | 4 | 24 | 13 | Google Counter | StatesOBJ-Rule 402 |
| 25 | 9 | 26 | 8 | States Counter Counter | |
| 26 | 9 | 26 | 15 | Google Counter | |
| 27 | 3 | 27 | 17 | Google Counter | |
| 32 | 16 | 33 | 13 | States Affirmative | |
| 33 | 23 | 34 | 20 | Google Counter | |
| 34 | 21 | 35 | 8 | States Affirmative | |
| 37 | 8 | 38 | 10 | Google Counter | |
| 43 | 17 | 44 | 13 | Google Counter | |
| 45 | 24 | 45 | 25 | Google Counter | |
| 46 | 2 | 46 | 11 | Google Counter | |
| 46 | 13 | 46 | 17 | Google Counter | |
| 46 | 21 | 46 | 22 | Google Counter | |
| 46 | 25 | 46 | 25 | Google Counter | |
| 47 | 2 | 47 | 4 | Google Counter | |
| 47 | 9 | 47 | 10 | Google Counter | |

| \| Designations from Deposition of Mark Stein (3/31/2022–4/1/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 47 | 13 | 47 | 25 | Google Counter | |
| 48 | 2 | 48 | 3 | Google Counter | |
| 48 | 16 | 48 | 18 | Google Counter | |
| 48 | 22 | 48 | 25 | Google Counter | |
| 49 | 2 | 49 | 6 | Google Counter | |
| 49 | 8 | 49 | 18 | Google Counter | |
| 49 | 20 | 49 | 23 | Google Counter | |
| 51 | 18 | 51 | 25 | Google Counter | |
| 52 | 2 | 52 | 3 | Google Counter | |
| 59 | 20 | 59 | 25 | Google Counter | |
| 60 | 2 | 60 | 25 | Google Counter | |
| 61 | 2 | 61 | 6 | Google Counter | |
| 61 | 8 | 61 | 10 | Google Counter | |
| 66 | 24 | 66 | 25 | Google Counter | |
| 67 | 2 | 67 | 25 | Google Counter | |
| 68 | 2 | 68 | 23 | Google Counter | |
| 68 | 25 | 68 | 25 | Google Counter | |
| 69 | 2 | 69 | 17 | Google Counter | |
| 69 | 19 | 69 | 25 | Google Counter | |
| 70 | 2 | 70 | 18 | Google Counter | |
| 70 | 20 | 70 | 25 | Google Counter | |
| 71 | 2 | 71 | 4 | Google Counter | |
| 73 | 25 | 76 | 10 | States Affirmative | GOOGObj-Rule 402 |
| 79 | 19 | 80 | 2 | States Affirmative | GOOGObj-Rule 402 |
| 80 | 7 | 80 | 18 | States Affirmative | GOOGObj-Rule 402 |
| 87 | 3 | 87 | 12 | States Affirmative | GOOGObj-Rule 402 |
| 87 | 13 | 87 | 15 | Google Counter | |
| 99 | 24 | 101 | 7 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 602; GOOGObj-Rule 802 |
| 101 | 8 | 101 | 17 | Google Counter | |
| 103 | 4 | 103 | 14 | Google Counter | |
| 103 | 16 | 103 | 25 | Google Counter | |
| 104 | 2 | 104 | 18 | Google Counter | |

| Designations from Deposition of Mark Stein (3/31/2022–4/1/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 104 | 19 | 105 | 18 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 602; GOOGObj-Rule 802 |
| 106 | 15 | 106 | 24 | States Affirmative | GOOGObj-Rule 402 |
| 107 | 5 | 107 | 12 | Google Counter | |
| 107 | 15 | 109 | 22 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 602; GOOGObj-Rule 802 |
| 110 | 2 | 111 | 18 | States Affirmative | GOOGObj-Rule 402 |
| 111 | 22 | 112 | 18 | States Counter Counter | |
| 112 | 19 | 112 | 22 | Google Counter | |
| 120 | 3 | 120 | 18 | States Affirmative | GOOGObj-Rule 402 |
| 126 | 11 | 126 | 23 | Google Counter | |
| 126 | 25 | 126 | 25 | Google Counter | |
| 127 | 2 | 127 | 3 | Google Counter | |
| 134 | 15 | 135 | 4 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 602; GOOGObj-Rule 802 |
| 135 | 5 | 135 | 7 | Google Counter | |
| 135 | 9 | 135 | 9 | Google Counter | |
| 135 | 10 | 135 | 17 | States Affirmative | GOOGObj-Rule 402 |
| 135 | 18 | 135 | 25 | Google Counter | |
| 136 | 2 | 136 | 8 | Google Counter | |
| 136 | 17 | 136 | 25 | Google Counter | |
| 137 | 2 | 137 | 17 | Google Counter | |
| 138 | 2 | 138 | 21 | States Affirmative | GOOGObj-Rule 402 |
| 139 | 22 | 139 | 23 | Google Counter | |
| 139 | 25 | 139 | 25 | Google Counter | |
| 140 | 2 | 140 | 6 | Google Counter | |
| 140 | 12 | 140 | 15 | Google Counter | |

| Designations from Deposition of Mark Stein (3/31/2022–4/1/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 145 | 7 | 146 | 19 | States Affirmative | GOOGObj-Rule 402 |
| 146 | 20 | 146 | 25 | Google Counter | |
| 147 | 2 | 147 | 7 | Google Counter | |
| 147 | 8 | 147 | 17 | States Counter Counter | |
| 147 | 18 | 147 | 25 | Google Counter | |
| 148 | 2 | 148 | 4 | Google Counter | |
| 161 | 2 | 161 | 12 | Google Counter | |
| 161 | 14 | 161 | 18 | States Counter Counter | |
| 161 | 19 | 161 | 25 | Google Counter | |
| 162 | 2 | 162 | 25 | Google Counter | |
| 163 | 2 | 163 | 25 | Google Counter | |
| 164 | 2 | 164 | 13 | Google Counter | |
| 165 | 2 | 165 | 13 | Google Counter | |
| 165 | 17 | 165 | 20 | Google Counter | |
| 166 | 6 | 166 | 8 | Google Counter | |
| 166 | 16 | 166 | 25 | Google Counter | |
| 167 | 4 | 167 | 9 | Google Counter | |
| 171 | 21 | 172 | 14 | States Affirmative | GOOGObj-Rule 402 |
| 178 | 19 | 179 | 15 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Form - Leading as to 179:12-15 |
| 178 | 19 | 180 | 4 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Form - Leading as to 179:12-22; GOOGObj-Rule 602 |
| 179 | 18 | 180 | 4 | DOJ Affirmative | GOOGObj-Rule 602; GOOGObj-Form - Leading as to 179:18-22 |
| 180 | 13 | 183 | 22 | States Affirmative | GOOGObj-Rule 402 |
| 182 | 16 | 182 | 24 | Google Counter | |
| 183 | 4 | 183 | 10 | Google Counter | |
| 183 | 14 | 183 | 16 | Google Counter | |
| 184 | 12 | 187 | 18 | States Affirmative | GOOGObj-Rule 402 |

| Designations from Deposition of Mark Stein (3/31/2022–4/1/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 188 | 19 | 188 | 25 | Google Counter | |
| 189 | 2 | 189 | 10 | Google Counter | |
| 189 | 11 | 189 | 25 | Google Counter | |
| 189 | 11 | 193 | 25 | States Affirmative | GOOGObj-Rule 602 as to 191:19-25 |
| 190 | 2 | 190 | 2 | Google Counter | |
| 190 | 3 | 191 | 20 | DOJ Affirmative | |
| 191 | 23 | 192 | 3 | DOJ Affirmative | GOOGObj-Rule 602 |
| 192 | 5 | 192 | 22 | DOJ Affirmative | |
| 192 | 24 | 192 | 25 | DOJ Affirmative | |
| 193 | 2 | 193 | 14 | DOJ Affirmative | |
| 193 | 16 | 193 | 25 | DOJ Affirmative | |
| 194 | 6 | 194 | 11 | States Affirmative | |
| 198 | 20 | 204 | 18 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 802 as to 199:14-200:22; GOOGObj-Rule 602 as to 199:22-200:12, 201:23-202:11, 203:3-204:13; GOOGObj-Form - Other as to 201:23-202:11 |
| 208 | 12 | 220 | 6 | States Affirmative | GOOGObj-Rule 402; GOOGObj - Rule 602 as to 212:18-213:21, 218:8-219:20; GOOGObj- Rule 802 as to 216:20-217:3, 217:22-218:7, 218:8-219:20 |
| 234 | 18 | 235 | 4 | DOJ Affirmative | |
| 236 | 11 | 237 | 20 | DOJ Affirmative | |
| 241 | 17 | 242 | 17 | DOJ Affirmative | |
| 242 | 19 | 242 | 24 | DOJ Affirmative | |
| 243 | 2 | 243 | 10 | DOJ Affirmative | |

| Designations from Deposition of Mark Stein (3/31/2022–4/1/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 243 | 11 | 243 | 23 | DOJ Affirmative | |
| 244 | 13 | 246 | 16 | DOJ Affirmative | |
| 247 | 12 | 247 | 16 | Google Counter | |
| 248 | 10 | 248 | 15 | Google Counter | |
| 250 | 10 | 250 | 25 | Google Counter | |
| 251 | 2 | 251 | 10 | Google Counter | |
| 269 | 12 | 269 | 17 | DOJ Affirmative | |
| 269 | 19 | 270 | 9 | DOJ Affirmative | |
| 270 | 10 | 271 | 7 | DOJ Affirmative | |
| 271 | 17 | 272 | 15 | DOJ Affirmative | |
| 272 | 17 | 272 | 17 | DOJ Affirmative | |
| 272 | 18 | 272 | 23 | Google Counter | |
| 275 | 3 | 275 | 7 | DOJ Affirmative | GOOGObj-Form - Leading |
| 275 | 9 | 276 | 7 | DOJ Affirmative | GOOGObj-Form - Leading; GOOGObj-Rule 602 |
| 276 | 9 | 277 | 2 | DOJ Affirmative | GOOGObj-Rule 802 |
| 279 | 14 | 279 | 17 | Google Counter | |
| 279 | 19 | 279 | 25 | Google Counter | |
| 280 | 2 | 280 | 7 | Google Counter | |
| 320 | 13 | 320 | 24 | Google Counter | |
| 321 | 2 | 321 | 23 | Google Counter | |
| 321 | 25 | 321 | 25 | Google Counter | |
| 322 | 2 | 322 | 8 | Google Counter | |
| 322 | 12 | 322 | 25 | Google Counter | |
| 323 | 2 | 323 | 22 | Google Counter | |
| 324 | 8 | 324 | 11 | Google Counter | |
| 324 | 17 | 324 | 21 | Google Counter | |
| 325 | 4 | 325 | 8 | Google Counter | |
| 325 | 10 | 325 | 25 | Google Counter | |
| 326 | 2 | 326 | 25 | Google Counter | |
| 327 | 2 | 327 | 6 | Google Counter | |
| 327 | 9 | 327 | 13 | Google Counter | |
| 327 | 15 | 327 | 16 | Google Counter | |
| 328 | 22 | 328 | 25 | Google Counter | |
| 329 | 3 | 329 | 4 | Google Counter | |
| 330 | 24 | 330 | 25 | Google Counter | |
| 331 | 2 | 331 | 25 | Google Counter | |

| Designations from Deposition of Mark Stein (3/31/2022–4/1/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 332 | 2 | 332 | 20 | Google Counter | |
| 332 | 22 | 332 | 22 | Google Counter | |