# EXHIBIT QQ

| Designations from Deposition of Jeremy Stoppelman (April 7, 2022) |
|---|---|---|---|---|---|

| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 8 | 3 | 8 | 11 | Google Counter | |
| 11 | 16 | 11 | 22 | Google Counter | |
| 28 | 15 | 29 | 6 | States Affirmative | |
| 44 | 20 | 45 | 23 | Google Counter | |
| 45 | 25 | 46 | 11 | Google Counter | |
| 46 | 13 | 46 | 21 | Google Counter | |
| 46 | 23 | 47 | 25 | Google Counter | |
| 48 | 21 | 49 | 23 | Google Counter | |
| 53 | 23 | 54 | 8 | Google Counter | |
| 54 | 10 | 54 | 20 | Google Counter | |
| 55 | 2 | 55 | 22 | Google Counter | |
| 55 | 24 | 56 | 19 | Google Counter | |
| 56 | 22 | 57 | 2 | Google Counter | |
| 57 | 4 | 57 | 6 | Google Counter | |
| 74 | 12 | 74 | 17 | Google Counter | |
| 75 | 4 | 75 | 19 | Google Counter | |
| 75 | 21 | 76 | 9 | Google Counter | |
| 76 | 11 | 76 | 19 | Google Counter | |
| 76 | 21 | 77 | 1 | Google Counter | |
| 79 | 5 | 79 | 6 | Google Counter | |
| 79 | 8 | 79 | 10 | Google Counter | |
| 92 | 22 | 93 | 19 | Google Counter | StatesCntrObj-Rule 602; StatesCntrObj-Incomplete |
| 94 | 5 | 95 | 15 | Google Counter | StatesCntrObj-Rule 602; StatesCntrObj-Incomplete |
| 96 | 2 | 99 | 9 | Google Counter | StatesCntrObj-Rule 602; StatesCntrObj-Incomplete |
| 99 | 13 | 99 | 15 | Google Counter | StatesCntrObj-Rule 602; StatesCntrObj-Incomplete |
| 99 | 18 | 101 | 1 | Google Counter | StatesCntrObj-Rule 602; StatesCntrObj-Incomplete |
| 101 | 4 | 101 | 4 | Google Counter | StatesCntrObj-Rule 602; StatesCntrObj-Incomplete |
| 101 | 6 | 103 | 6 | Google Counter | StatesCntrObj-Rule 602; StatesCntrObj-Incomplete |
| 103 | 18 | 106 | 22 | Google Counter | StatesCntrObj-Rule 602; StatesCntrObj-Incomplete |
| 106 | 24 | 109 | 20 | Google Counter | StatesCntrObj-Rule 602; StatesCntrObj-Incomplete |
| 110 | 5 | 111 | 6 | Google Counter | StatesCntrObj-Rule 602; StatesCntrObj-Incomplete |

| | | | | | |
|---|---|---|---|---|---|
| 111 | 8 | 112 | 17 | Google Counter | StatesCntrObj-Rule 602; StatesCntrObj-Incomplete |
| 113 | 2 | 113 | 6 | Google Counter | StatesCntrObj-Rule 602; StatesCntrObj-Incomplete |
| 113 | 8 | 113 | 13 | Google Counter | StatesCntrObj-Rule 602; StatesCntrObj-Incomplete |
| 113 | 15 | 113 | 20 | Google Counter | |
| 114 | 10 | 116 | 1 | Google Counter | |
| 116 | 15 | 116 | 18 | Google Counter | |
| 116 | 20 | 117 | 7 | Google Counter | |
| 117 | 9 | 117 | 21 | Google Counter | |
| 117 | 23 | 118 | 13 | Google Counter | |
| 118 | 15 | 118 | 25 | Google Counter | |
| 119 | 2 | 119 | 9 | Google Counter | StatesCntrObj-Rule 602; StatesCntrObj-Incomplete |
| 143 | 18 | 143 | 22 | Google Counter | |
| 144 | 7 | 145 | 8 | Google Counter | |
| 148 | 25 | 149 | 7 | Google Counter | |
| 186 | 3 | 186 | 13 | Google Counter | StatesCntrObj-Incomplete |
| 186 | 14 | 187 | 2 | States Counter Counter | GOOGObj - Rule 403; GOOGObj-Rule 602; Lacks foundation/speculative and is misleading and prejudicial. |
| 191 | 7 | 191 | 11 | Google Counter | |
| 192 | 3 | 192 | 5 | Google Counter | StatesCntrObj-Rule 602 |
| 192 | 7 | 192 | 19 | Google Counter | |
| 210 | 7 | 210 | 11 | Google Counter | StatesCntrObj-Form - Leading |
| 210 | 13 | 210 | 23 | Google Counter | StatesCntrObj-Form - Leading |
| 215 | 13 | 217 | 1 | States Affirmative | |
| 217 | 2 | 218 | 1 | Google Counter | |
| 230 | 6 | 230 | 10 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 403; Irrelevant and Misleading |
| 230 | 20 | 230 | 22 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 403; Irrelevant and Misleading |
| 230 | 23 | 232 | 1 | States Affirmative | GOOGObj-Rule 402; GOOGObj-Rule 403; Irrelevant and Misleading |
| 235 | 2 | 235 | 24 | States Affirmative | GOOGObj-Incomplete |