# EXHIBIT RR

|  | | | | | |
|---|---|---|---|---|---|

| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 17 | 12 | 17 | 18 | States Affirmative | |
| 18 | 16 | 20 | 3 | States Affirmative | |
| 20 | 4 | 20 | 22 | States Affirmative | |
| 20 | 23 | 21 | 3 | States Affirmative | |
| 21 | 4 | 21 | 7 | Google Counter | |
| 21 | 10 | 21 | 15 | Google Counter | |
| 21 | 17 | 21 | 17 | Google Counter | |
| 25 | 4 | 25 | 10 | States Affirmative | |
| 26 | 22 | 26 | 24 | Google Counter | |
| 27 | 3 | 27 | 3 | Google Counter | |
| 27 | 21 | 27 | 24 | Google Counter | |
| 28 | 10 | 28 | 13 | Google Counter | |
| 28 | 16 | 28 | 21 | Google Counter | |
| 28 | 25 | 29 | 4 | Google Counter | |
| 29 | 7 | 29 | 7 | Google Counter | |
| 29 | 8 | 29 | 20 | States Affirmative | |
| 36 | 8 | 38 | 13 | States Affirmative | GOOGObj-Incomplete |
| 39 | 25 | 40 | 15 | States Affirmative | |
| 46 | 8 | 46 | 23 | States Affirmative | GOOGObj-Incomplete |
| 46 | 24 | 47 | 10 | Google Counter | |
| 51 | 21 | 52 | 13 | States Affirmative | |
| 54 | 5 | 54 | 18 | Google Counter | |
| 55 | 8 | 55 | 12 | Google Counter | |
| 55 | 19 | 56 | 10 | Google Counter | |
| 56 | 11 | 57 | 14 | States Affirmative | |
| 57 | 15 | 57 | 18 | Google Counter | |
| 57 | 24 | 58 | 5 | Google Counter | |
| 58 | 7 | 58 | 7 | Google Counter | |
| 61 | 19 | 63 | 5 | States Affirmative | |
| 66 | 2 | 66 | 6 | Google Counter | |
| 66 | 9 | 66 | 9 | Google Counter | |
| 68 | 22 | 69 | 13 | Google Counter | |
| 75 | 9 | 75 | 12 | States Affirmative | |
| 75 | 13 | 77 | 20 | States Affirmative | |
| 77 | 21 | 78 | 5 | Google Counter | |
| 80 | 20 | 82 | 2 | States Affirmative | |
| 82 | 3 | 82 | 12 | Google Counter | |
| 82 | 13 | 83 | 25 | States Affirmative | |
| 84 | 10 | 84 | 14 | Google Counter | |
| 84 | 17 | 84 | 18 | Google Counter | |
| 85 | 15 | 86 | 5 | Google Counter | |
| 86 | 8 | 86 | 9 | Google Counter | |

**Designations from Deposition of Brian Utter (March 30, 2022)**

| 86 | 22 | 88 | 13 | States Affirmative | |
|----|----|----|----|-------------------|---|
| 99 | 13 | 101 | 6 | States Affirmative | |
| 101 | 7 | 101 | 10 | Google Counter | |
| 101 | 11 | 101 | 14 | States Affirmative | |
| 101 | 15 | 101 | 25 | States Affirmative | |
| 103 | 16 | 104 | 9 | States Affirmative | |
| 105 | 2 | 105 | 3 | Google Counter | |
| 105 | 6 | 106 | 19 | Google Counter | |
| 106 | 20 | 106 | 25 | States Affirmative | |
| 107 | 2 | 107 | 8 | Google Counter | |
| 107 | 11 | 107 | 16 | Google Counter | |
| 107 | 17 | 108 | 9 | States Affirmative | |
| 108 | 10 | 108 | 16 | States Affirmative | |
| 108 | 17 | 110 | 14 | States Affirmative | |
| 127 | 5 | 129 | 12 | States Affirmative | GOOGObj-Rule 802 |
| 136 | 9 | 137 | 22 | Google Counter | |
| 137 | 25 | 137 | 25 | Google Counter | |
| 142 | 10 | 142 | 21 | States Affirmative | |
| 142 | 22 | 144 | 25 | States Affirmative | |
| 146 | 10 | 146 | 18 | Google Counter | |
| 149 | 17 | 151 | 16 | States Affirmative | |
| 151 | 17 | 152 | 12 | States Affirmative | |
| 152 | 17 | 153 | 8 | States Affirmative | |
| 153 | 9 | 153 | 12 | Google Counter | |
| 153 | 15 | 153 | 15 | Google Counter | |
| 154 | 4 | 155 | 3 | Google Counter | |
| 155 | 14 | 155 | 23 | Google Counter | |
| 156 | 2 | 156 | 18 | Google Counter | |
| 157 | 4 | 157 | 17 | Google Counter | |
| 161 | 3 | 162 | 15 | States Affirmative | |
| 162 | 16 | 162 | 19 | Google Counter | |
| 162 | 22 | 163 | 7 | Google Counter | |
| 163 | 10 | 163 | 19 | Google Counter | |
| 175 | 4 | 175 | 11 | States Affirmative | GOOGObj-Rule 602 |
| 175 | 12 | 175 | 14 | States Affirmative | |
| 175 | 15 | 176 | 19 | States Affirmative | |
| 176 | 20 | 183 | 3 | States Affirmative | GOOGObj-Rule 602 |
| 183 | 4 | 184 | 9 | States Affirmative | GOOGObj-Rule 602 |
| 184 | 10 | 186 | 10 | States Affirmative | GOOGObj-Rule 602 |
| 186 | 11 | 188 | 12 | States Affirmative | GOOGObj-Rule 602 |
| 188 | 13 | 188 | 20 | States Affirmative | GOOGObj-Rule 602 |
| 188 | 21 | 192 | 11 | States Affirmative | GOOGObj-Rule 602 |
| 198 | 25 | 200 | 11 | States Affirmative | |
| 200 | 12 | 200 | 18 | Google Counter | |
| 200 | 19 | 202 | 9 | States Affirmative | |

| 202 | 10 | 202 | 15 | Google Counter | |
|-----|----|----|----|----------------|---|
| 202 | 18 | 203 | 6 | Google Counter | |
| 203 | 9 | 203 | 9 | Google Counter | |
| 203 | 19 | 203 | 23 | States Affirmative | |
| 205 | 3 | 205 | 7 | States Affirmative | GOOGObj-Incomplete |
| 205 | 8 | 205 | 8 | Google Counter | |
| 205 | 19 | 206 | 23 | States Affirmative | |
| 207 | 2 | 207 | 11 | Google Counter | |
| 207 | 12 | 207 | 23 | States Affirmative | |
| 217 | 13 | 219 | 2 | States Affirmative | |
| 219 | 9 | 219 | 18 | Google Counter | |
| 219 | 22 | 220 | 7 | Google Counter | |
| 220 | 9 | 221 | 2 | States Affirmative | GOOGObj-Incomplete |
| 221 | 4 | 221 | 15 | Google Counter | |
| 222 | 10 | 222 | 13 | States Affirmative | |
| 222 | 18 | 223 | 11 | Google Counter | |
| 223 | 12 | 224 | 19 | States Affirmative | GOOGObj-Incomplete |
| 224 | 20 | 224 | 23 | Google Counter | |
| 225 | 22 | 226 | 9 | States Affirmative | GOOGObj-Rule 802 |
| 238 | 9 | 238 | 21 | Google Counter | |
| 240 | 25 | 241 | 13 | Google Counter | |
| 241 | 14 | 242 | 5 | States Affirmative | GOOGObj-Incomplete |
| 242 | 6 | 242 | 19 | Google Counter | |
| 244 | 7 | 245 | 3 | Google Counter | |
| 248 | 5 | 248 | 16 | States Affirmative | |
| 248 | 16 | 250 | 11 | States Affirmative | |
| 250 | 12 | 250 | 18 | States Affirmative | |
| 250 | 18 | 252 | 22 | States Affirmative | |
| 252 | 23 | 255 | 10 | States Affirmative | |
| 255 | 11 | 257 | 24 | States Affirmative | |
| 258 | 21 | 259 | 24 | States Affirmative | GOOGObj-Rule 602 |
| 259 | 25 | 260 | 13 | Google Counter | |
| 260 | 16 | 260 | 18 | Google Counter | |
| 260 | 20 | 260 | 24 | Google Counter | |
| 262 | 19 | 265 | 21 | States Affirmative | |
| 266 | 4 | 269 | 2 | States Affirmative | |
| 269 | 9 | 270 | 5 | States Affirmative | GOOGObj-Incomplete |
| 270 | 6 | 275 | 11 | States Affirmative | |
| 276 | 2 | 283 | 17 | States Affirmative | |
| 283 | 19 | 285 | 22 | States Affirmative | |
| 287 | 7 | 289 | 2 | States Affirmative | |
| 289 | 3 | 290 | 13 | States Affirmative | |
| 294 | 18 | 295 | 4 | Google Counter | |
| 295 | 7 | 295 | 7 | Google Counter | |
| 296 | 16 | 297 | 23 | Google Counter | |

| | | | | | |
|---|---|---|---|---|---|
| 299 | 2 | 299 | 4 | Google Counter | |
| 299 | 7 | 299 | 11 | Google Counter | |
| 299 | 14 | 299 | 14 | Google Counter | |
| 301 | 11 | 303 | 7 | Google Counter | |
| 303 | 10 | 303 | 12 | Google Counter | |
| 303 | 22 | 304 | 2 | Google Counter | |
| 304 | 16 | 304 | 16 | Google Counter | |
| 304 | 24 | 305 | 9 | Google Counter | |
| 305 | 16 | 305 | 19 | Google Counter | |
| 305 | 23 | 306 | 7 | Google Counter | |
| 307 | 2 | 307 | 6 | Google Counter | |
| 308 | 19 | 309 | 15 | Google Counter | |