# EXHIBIT SS

| Designations from Deposition of Rik van der Kooi (2/22/2022) ||||||
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
|---|---|---|---|---|---|
| 8 | 13 | 8 | 16 | DOJ Affirmative | |
| 10 | 23 | 11 | 6 | DOJ Affirmative | |
| 11 | 7 | 11 | 18 | States Affirmative | |
| 11 | 13 | 11 | 14 | Google Counter | |
| 11 | 19 | 11 | 21 | DOJ Affirmative | |
| 12 | 3 | 12 | 9 | Google Counter | |
| 12 | 10 | 13 | 20 | DOJ Affirmative | |
| 13 | 21 | 14 | 1 | DOJ Counter Counter | |
| 15 | 1 | 15 | 9 | Google Counter | DOJ Obj [all]: Relevance (FRE 402) |
| 15 | 10 | 15 | 15 | DOJ Counter Counter | |
| 19 | 4 | 20 | 19 | Google Counter | |
| 21 | 4 | 21 | 17 | DOJ Affirmative | |
| 23 | 4 | 23 | 17 | Google Counter | |
| 24 | 5 | 27 | 4 | States Affirmative | |
| 28 | 24 | 30 | 11 | States Affirmative | |
| 31 | 24 | 32 | 8 | States Affirmative | |
| 31 | 24 | 32 | 21 | Google Counter | |
| 32 | 22 | 33 | 4 | DOJ Affirmative | |
| 33 | 5 | 34 | 7 | States Affirmative | GOOGObj-Incomplete |
| 34 | 8 | 34 | 15 | Google Counter | |
| 35 | 23 | 36 | 20 | DOJ Affirmative | |
| 36 | 21 | 38 | 8 | Google Counter | |
| 39 | 11 | 40 | 6 | Google Counter | |
| 40 | 7 | 40 | 8 | DOJ Counter Counter | |
| 40 | 10 | 40 | 17 | DOJ Counter Counter | |
| 40 | 19 | 40 | 20 | Google Counter | |
| 40 | 22 | 41 | 12 | Google Counter | DOJObj [40:25-41:05]: Speculation (FRE 602)  DOJObj [41:11-41:12]: Speculation (FRE 602) |
| 41 | 15 | 42 | 10 | Google Counter | DOJObj [41:15-42:02]: Speculation (FRE 602) |
| 42 | 13 | 42 | 16 | DOJ Counter Counter | |
| 42 | 20 | 43 | 10 | DOJ Counter Counter | |
| 43 | 19 | 43 | 24 | States Affirmative | |

| Designations from Deposition of Rik van der Kooi (2/22/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 45 | 2 | 48 | 5 | DOJ Affirmative | |
| 48 | 10 | 50 | 5 | DOJ Affirmative | |
| 50 | 6 | 51 | 2 | DOJ Affirmative | |
| 52 | 20 | 53 | 9 | Google Counter | |
| 53 | 10 | 54 | 2 | States Affirmative | |
| 55 | 4 | 56 | 23 | Google Counter | |
| 55 | 20 | 56 | 23 | States Affirmative | |
| 58 | 10 | 58 | 24 | DOJ Counter Counter | |
| 59 | 13 | 59 | 24 | Google Counter | DOJObj [all]: Vague (Google's counter-designation references/discusses the contents of an exhibit that had not been introduced or identified in any designations; vague as to time period) |
| 59 | 25 | 61 | 7 | DOJ Counter Counter | |
| 63 | 19 | 64 | 3 | Google Counter | DOJObj [all]: Vague (Google's counter-designation references/discusses the contents of an exhibit that had not been introduced or identified in any designations; vague as to time period) DOJOBJ [64:01]: Improper Designation |
| 64 | 5 | 65 | 13 | DOJ Counter Counter | |
| 70 | 12 | 71 | 7 | Google Counter | |
| 71 | 11 | 71 | 18 | Google Counter | |
| 72 | 2 | 72 | 11 | DOJ Affirmative | |
| 76 | 1 | 76 | 7 | Google Counter | |
| 76 | 8 | 77 | 16 | DOJ Affirmative | |
| 78 | 9 | 78 | 25 | Google Counter | |
| 79 | 1 | 79 | 21 | States Affirmative | |
| 79 | 22 | 80 | 5 | Google Counter | |
| 80 | 7 | 80 | 15 | Google Counter | |

| Designations from Deposition of Rik van der Kooi (2/22/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 80 | 16 | 81 | 13 | States Affirmative | |
| 82 | 18 | 83 | 1 | Google Counter | |
| 83 | 9 | 84 | 6 | Google Counter | DOJObj [all]: Vague (Google's counter-designation references/discusses the contents of an exhibit that had not been introduced or identified in any designations) |
| 84 | 24 | 85 | 16 | Google Counter | DOJObj [all]: Vague (Google's counter-designation references/discusses the contents of an exhibit that had not been introduced or identified in any designations) |
| 87 | 3 | 87 | 5 | Google Counter | |
| 87 | 7 | 87 | 25 | Google Counter | |
| 88 | 23 | 90 | 13 | Google Counter | DOJObj [all]: Vague (Google's counter-designation references/discusses the contents of an exhibit that had not been introduced or identified in any designations; vague as to time period) |
| 90 | 4 | 90 | 13 | States Affirmative | |
| 90 | 14 | 91 | 17 | DOJ Affirmative | |
| 91 | 18 | 92 | 15 | States Affirmative | |
| 92 | 18 | 94 | 1 | DOJ Affirmative | |
| 94 | 10 | 94 | 13 | Google Counter | |
| 95 | 4 | 96 | 2 | DOJ Affirmative | |
| 97 | 10 | 98 | 9 | States Affirmative | |
| 100 | 14 | 101 | 9 | States Affirmative | |
| 101 | 18 | 102 | 7 | Google Counter | |
| 102 | 11 | 102 | 19 | Google Counter | |

| Designations from Deposition of Rik van der Kooi (2/22/2022) | | | | | |
|---|---|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Designation Type** | **Objections** |
| 102 | 20 | 103 | 7 | States Affirmative | |
| 111 | 20 | 112 | 22 | DOJ Affirmative | |
| 112 | 23 | 113 | 4 | Google Counter | |
| 113 | 17 | 114 | 16 | Google Counter | |
| 114 | 17 | 115 | 9 | States Affirmative | |
| 118 | 25 | 120 | 13 | Google Counter | |
| 120 | 14 | 121 | 17 | DOJ Affirmative | |
| 121 | 18 | 121 | 21 | Google Counter | |
| 121 | 22 | 122 | 15 | DOJ Affirmative | GOOGObj-Rule 602 as to 122:1-12 |
| 122 | 18 | 123 | 2 | DOJ Affirmative | |
| 142 | 10 | 143 | 1 | Google Counter | DOJObj [142:16-143:01]: Vague (Google's counter-designation references/discusses the contents of an exhibit that had not been introduced or identified in any designations; vague as to time period) |
| 143 | 2 | 143 | 23 | DOJ Affirmative | |
| 153 | 14 | 154 | 4 | Google Counter | DOJObj [all]: Vague (Google's counter-designation references/discusses the contents of an exhibit that had not been introduced or identified in any designations; vague as to time period) |
| 154 | 5 | 155 | 10 | Google Counter | |
| 160 | 2 | 160 | 16 | Google Counter | DOJObj [160:09-160:16]: Vague (Google's counter-designation references/discusses the contents of an exhibit that had not been introduced or |

| Designations from Deposition of Rik van der Kooi (2/22/2022) |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| | | | | | identified in any designations; vague as to time period) |
| 160 | 18 | 161 | 7 | Google Counter | DOJObj [all]: Vague (Google's counter-designation references/discusses the contents of an exhibit that had not been introduced or identified in any designations; vague as to time period) |
| 161 | 8 | 161 | 9 | Google Counter | DOJObj [all]: Foundation (FRE 104a); Speculation (602) |
| 161 | 12 | 162 | 2 | Google Counter | |
| 162 | 11 | 163 | 9 | DOJ Affirmative | |
| 163 | 10 | 163 | 17 | DOJ Affirmative | |
| 183 | 17 | 184 | 14 | DOJ Affirmative | |
| 184 | 15 | 184 | 17 | Google Counter | |
| 185 | 17 | 186 | 4 | DOJ Affirmative | |
| 186 | 5 | 186 | 12 | Google Counter | |
| 186 | 13 | 187 | 10 | DOJ Affirmative | |
| 187 | 11 | 188 | 7 | Google Counter | |
| 188 | 8 | 188 | 20 | DOJ Affirmative | |
| 188 | 21 | 188 | 25 | Google Counter | |
| 189 | 4 | 189 | 16 | DOJ Counter Counter | |
| 189 | 22 | 190 | 9 | DOJ Counter Counter | |
| 190 | 10 | 190 | 24 | Google Counter | DOJObj [all]: Vague (Google's counter-designation references/discusses the contents of an exhibit that had not been introduced or identified in any designations) |
| 190 | 25 | 192 | 3 | Google Counter | |
| 191 | 4 | 192 | 3 | DOJ Counter Counter | |

| Designations from Deposition of Rik van der Kooi (2/22/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 193 | 19 | 193 | 21 | Google Counter | DOJObj [all]: Vague (Google's counter-designation references/discusses the contents of an exhibit that had not been introduced or identified in any designations) |
| 193 | 22 | 194 | 5 | Google Counter | |
| 194 | 25 | 196 | 17 | DOJ Counter Counter | GOOGCntrCntrObj-Form - Other; Non-responsive |
| 201 | 23 | 202 | 17 | States Affirmative | |
| 202 | 18 | 203 | 21 | Google Counter | |
| 204 | 5 | 204 | 16 | States Affirmative | |
| 205 | 10 | 206 | 22 | States Affirmative | |
| 206 | 23 | 207 | 8 | States Affirmative | |
| 208 | 5 | 208 | 11 | Google Counter | |
| 208 | 12 | 208 | 18 | States Affirmative | GOOGObj-Incomplete |
| 208 | 19 | 209 | 21 | States Affirmative | GOOGObj-Incomplete |
| 209 | 22 | 209 | 23 | Google Counter | |
| 210 | 10 | 211 | 2 | States Affirmative | |
| 211 | 3 | 212 | 10 | Google Counter | |
| 240 | 17 | 241 | 5 | States Affirmative | GOOGObj-Rule 602 |
| 241 | 6 | 241 | 19 | States Affirmative | |
| 241 | 20 | 241 | 25 | States Affirmative | |
| 242 | 1 | 242 | 25 | States Affirmative | |
| 243 | 1 | 244 | 6 | States Affirmative | GOOGObj-Form - Leading |
| 244 | 13 | 244 | 25 | States Affirmative | |
| 245 | 2 | 245 | 21 | States Affirmative | GOOGObj-Form - Leading; GOOGObj-Rule 602 |
| 247 | 17 | 249 | 3 | DOJ Affirmative | |
| 249 | 10 | 249 | 15 | DOJ Affirmative | GOOGObj-Form - Leading as to 249:12-15 |

| Designations from Deposition of Rik van der Kooi (2/22/2022) | | | | | |
|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Designation Type | Objections |
| 249 | 20 | 251 | 23 | DOJ Affirmative | GOOGObj-Form - Leading as to 249:20-250:7 |
| 252 | 3 | 252 | 13 | DOJ Affirmative | |
| 252 | 18 | 252 | 23 | DOJ Affirmative | |
| 252 | 25 | 253 | 17 | DOJ Affirmative | |
| 253 | 20 | 254 | 4 | DOJ Affirmative | GOOGObj-Form - Leading as to 254:1-4 |
| 254 | 9 | 255 | 8 | DOJ Affirmative | GOOGObj-Form - Leading |
| 255 | 9 | 255 | 12 | DOJ Counter Counter | GOOGCntrCntrObj-Form - Leading |
| 255 | 16 | 256 | 7 | DOJ Affirmative | |
| 257 | 1 | 258 | 16 | States Affirmative | GOOGObj-Form - Leading as to 258:6-16; GOOGObj-Form - Other; Compound as to 258:6-16 |
| 259 | 5 | 259 | 5 | DOJ Affirmative | |
| 259 | 10 | 260 | 4 | DOJ Affirmative | GOOGObj-Form - Leading as to 260:2-4 |
| 260 | 11 | 260 | 21 | DOJ Affirmative | GOOGObj-Form - Leading as to 260:11-20 |
| 260 | 23 | 261 | 2 | DOJ Affirmative | |
| 261 | 4 | 261 | 6 | DOJ Affirmative | |
| 261 | 9 | 261 | 19 | DOJ Affirmative | |
| 262 | 11 | 265 | 24 | States Affirmative | |