# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

| | |
|---|---|
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## [PROPOSED] ORDER DENYING BRAD GREENSPAN'S MOTION TO INTERVENE

Upon consideration of non-party Brad Greenspan's Motion to Intervene dated November 16, 2023 (ECF 783), the foregoing Opposition to the Motion, any reply in support of the Motion, and the record in this case, it is hereby ORDERED that the Motion is DENIED.


Dated: _____, 2023

_____
Hon. Amit P. Mehta
United States District Court Judge