## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, the foregoing Opposition to Brad Greenspan's Motion to Intervene, Exhibit A, and the accompanying proposed order were electronically filed using the CM/ECF system and sent by certified mail to Brad Greenspan at 244 Fifth Avenue #G290, New York, NY 10001 and 24A Trolley Square, Wilmington, DE 19806.

 */s/ John E. Schmidtlein*
John E. Schmidtlein