IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**DEFENDANT'S UNOPPOSED MOTION TO CORRECT THE RECORD**

Defendant Google LLC respectfully moves to correct the trial record to fix apparent transcription errors. Pursuant to Local Rule 7(m), the Parties have met and conferred, and no Party opposes this motion.

The trial record should be corrected as indicated in the Correction column in the table below. Transcription errors have been crossed through and the corrected text, or text that was incorrectly omitted and should be added, has been underlined.

1

| Trial Session | Start Page | Start Line | End Page | End Line | Correction |
|---|---|---|---|---|---|
| 9.12 PM | 165 | 19 | 165 | 21 | A. It's a little strange, that sentence, because he said: It could be devastating for Yahoo! and Microsoft to lose HP ~~spending~~ setting, but it could be just great for them as well. |
| 9.12 PM | 186 | 10 | 186 | 12 | Q. Okay. And let's go to ~~UPX2083~~page -2083. And you write: General purpose is a tough business. Is that right? |
| 9.12 PM | 205 | 7 | 205 | 7 | Q. Sir, we're going to go to ~~Exhibit 72~~ UPX0472. |
| 9.13 PM | 539 | 17 | 539 | 18 | But, Apple podcast still has ~~multi-fault~~ multi-fold share – as you can see there, Your honor |
| 9.13 PM | 545 | 9 | 545 | 10 | And there was also ~~multi-fault~~ multi-fold, many, many times increase in Bing's ~~searcher~~ searches as the result of that. |
| 9.14 PM | 747 | 14 | 747 | 15 | by these authors to help companies think about how to ~~setting up mistakes~~ set up defaults |
| 9.14 PM | 853 | 18 | 853 | 18 | Q. The first page of ~~UPX10111~~ UPX1011 is an e-mail from |
| 9.15 AM | 885 | 1 | 885 | 2 | Yesterday you were referring to partners that elect to load GMS. Did you mean OEMs that signed ~~assigned~~ a ~~model~~ MADA? |
| 9.15 AM | 892 | 21 | 892 | 21 | ~~MR. McLELLEN:~~ THE WITNESS: Sure. |
| 9.15 AM | 915 | 12 | 915 | 13 | Q. Let's go to ~~JX21~~ JX71, which is in evidence. And this is the Samsung 2020 RSA, correct? |
| 9.15 AM | 924 | 23 | 924 | 25 | ~~Unenhanced~~ On enhanced tier devices, Samsung is prohibited from implementing, preloading, or post loading any alternative search service. |
| 9.18 PM | 1191 | 10 | 1191 | 11 | A. Yes. He said exactly what I was saying, which is that the two ~~options~~ auctions don't compete, but the whole reason that we were |
| 9.18 PM | 1245 | 19 | 1245 | 19 | BY MR. ~~DAHLQUIST~~ CAVANAUGH: |

| 9.19 AM | 1354 | 12 | 1354 | 12 | As it turns out, it was kind of a ~~pressing~~ prescient notion. |
|---|---|---|---|---|---|
| 9.19 AM | 1436 | 4 | 1436 | 5 | Q   The fourth bullet states, "Most Amazon merchants are ~~websites~~ websiteless and never make it on to Google.  Both types of |
| 9.19 AM | 1436 | 11 | 1436 | 16 | A ~~Most Amazon merchants are website lists website-less~~. Most Amazon merchants are ~~website lists~~ websiteless. That doesn't mean that most Amazon advertisers are ~~websites lists~~ websiteless nor does it mean that most of the large merchants on Amazon that use their advertising products and form the majority of their spend are ~~website lists~~ websiteless. |
| 9.19 AM | 1436 | 19 | 1436 | 20 | it states that "Most Amazon merchants are ~~website lists~~ websiteless and never make it on to Google," correct? |
| 9.19 AM | 1436 | 22 | 1436 | 23 | Q   And you agree that most Amazon merchants are ~~website lists~~ websiteless and never make it on to Google, correct? |
| 9.20 PM | 1826 | 18 | 1826 | 18 | A.   Let's see.  I think probably rank brain -- so our main models, rank brain, deep rank, ~~rank imbed~~ RankEmbed.  I think those, but |
| 9.20 PM | 1845 | 24 | 1846 | 5 | Q. The next two columns are ~~rank imbed~~ RankEmbed and rank BERT. What's the relationship between those systems? A. So sort of as rank brain and deep rank kind of form a natural pair, ~~rank imbed~~ RankEmbed and rank BERT are a natural pair. Rank BERT was later renamed ~~rank imbed~~ RankEmbed version 2. So in terms of their externally visual behavior, they're the same. And we pulled out ~~rank imbed~~ RankEmbed and stuck in rank BERT, pulled out version 1 and put in version 2 subsequently, because it was significantly higher performing. |
| 9.20 PM | 1846 | 8 | 1846 | 10 | A. So yeah, I think for me this is really striking. When we went from ~~rank imbed~~ RankEmbed, we were using about 100 billion training samples. |
| 9.21 AM | 1984 | 8 | 1984 | 11 | Yes, phone screen on the left, where a user then could understand, try to understand their search is |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | not more private than private browsing mode unless they activated private search and private browsing. |
| 9.21 PM | 2095 | 18 | 2095 | 25 | No. I mean, if you're referring to the actual default -- this is like the Judge's questions earlier – versus an opt-in, we early on -- we actually asked ~~Google~~ Apple in 2014 -- this didn't come up in the deposition -- when they were renewing their Apple -- their Google contract, would they consider making a carve out for private browsing mode where we could be the default -- this is way earlier, and we got shut down pretty hard. |
| 9.21 PM | 2150 | 24 | 2150 | 25 | I would not say that exactly. We have this feature called bangs which enable you to quickly search on other sites, which |
| 9.26 AM | 2507 | 12 | 2507 | 13 | privacy is of utmost importance, but you can't ~~to~~ do privacy by providing an inferior product |
| 9.27 AM | 2728 | 8 | 2728 | 8 | Q Let's go back to ~~DX270~~ UPX270. |
| 9.27 AM | 2783 | 6 | 2783 | 6 | my job was supporting the ~~video~~ BD organization, lasted for |
| 9.27 AM | 2797 | 4 | 2797 | 4 | send you to the home ~~Apple~~ app view, you will then have to |
| 9.27 AM | 2818 | 12 | 2818 | 12 | So we're going to ~~UPX069~~ UPX609 and we'll offer |
| 9.27 AM | 2821 | 21 | 2821 | 21 | A I do not know because I am not on the To line on this |
| 9.27 PM | 2868 | 15 | 2868 | 16 | their services present. They could have their widget on ~~our~~ home screen of the device, on minus one screen. There could be an |
| 9.27 PM | 2868 | 24 | 2868 | 24 | Let's look at ~~.1~~ point 1, which Mr. Dintzer directed you to. |
| 9.27 PM | 2869 | 7 | 2869 | 7 | Let's look at ~~.2~~ point 2, the one about Samsung RSA |
| 9.27 PM | 2869 | 23 | 2869 | 23 | would it have affected the 30 percent number in ~~.2~~ point 2? |

| | | | | | |
|---|---|---|---|---|---|
| 9.27 PM | 2869 | 25 | 2870 | 1 | Q. If you corrected the mistakes in both ~~.1~~ point 1 and ~~.2~~ point 2, how would that have affected ~~.3~~ point 3? |
| 9.27 PM | 2877 | 24 | 2877 | 25 | current position. What role, if any, did you have in ~~the finding when~~ defining what an alternative search service is under an RSA? |
| 9.27 PM | 2881 | 20 | 2881 | 20 | here ~~simplified~~ exemplified by S-Finder. What is the difference, if any, |
| 9.27 PM | 2881 | 25 | 2881 | 25 | ~~experience~~ a query -- a search query in Google app or Chrome, you get |
| 9.27 PM | 2895 | 8 | 2895 | 9 | It is some ~~universal apps~~ universe of apps that you have deals with? |
| 9.27 PM | 2960 | 21 | 2960 | 22 | A. I mean, we had ~~antidotal~~ anecdotal, we didn't have any data, like an experiment data that suggested the impact. |
| 9.27 PM | 2960 | 22 | 2960 | 23 | But it was ~~antidotally~~ anecdotally confirmed that there as not |
| 9.27 PM | 2971 | 13 | 2971 | 14 | Q. In fact, it's an ~~exert~~ excerpt that was taken out of a board presentation and made a separate document? |
| 9.27 PM | 2975 | 14 | 2975 | 14 | names to return and so there wasn't ~~considered~~ considerable competition. |
| 9.27 PM | 2975 | 15 | 2975 | 15 | But in this ~~sold~~ old style, with focus on device navigation |
| 9.28 AM | 3047 | 16 | 3047 | 21 | Q And here, Samsung says, "As there is our own search ~~on~~ and recommendation solution/roadmap and S Finder being developed by Samsung R&D, we have found it will be potentially conflicting with third-party ~~solutions~~ solution, such as Branch, ~~so we are not~~ so, unfortunately, we're not in a position to move forward as you ~~propose~~ proposed." |
| 10.2 AM | 3492 | 10 | 3492 | 11 | The thing with search in particular, and I would ~~ISA~~ even say consumer Internet properties, the virtuous cycle |

5

| 10.2 AM | 3512 | 15 | 3512 | 17 | now at some level, Bing and Google and anybody else who wants to compete in search has to do for core search ranking and be ~~republic~~ public with this |
| 10.2 AM | 3600 | 19 | 3600 | 20 | Q. OpenAI's ~~GP~~ GPT technology has led Bing's search quality to reach an all time high, correct? |
| 10.2 PM | 3634 | 11 | 3634 | 12 | Bing has grown to have more than ~~100 (sic)~~ 100 million daily active users |
| 10.2 PM | 3666 | 21 | 3666 | 22 | A. Yes, I grew up in India. I have a bachelor of technology in computer science from IIT ~~IDE~~ Madras in Chennai, |
| 10.2 PM | 3721 | 5 | 3721 | 5 | On ~~PX1023~~ PSX1023, on the first page |
| 10.3 AM | 3782 | 2 | 3782 | 2 | uses things like query ~~ClicData~~ click data in order to figure out the |
| 10.3 AM | 3795 | 1 | 3795 | 1 | ~~Sit~~ It was for our expertise in crawl |
| 10.3 PM | 3923 | 7 | 3923 | 9 | Q. And would you agree, Mr. Lowcock, that search ads can serve multiple purposes that are identified in the traditional purchase ~~file~~ funnel? Would you agree with that? |
| 10.3 PM | 3948 | 15 | 3948 | 15 | A. Clients look at ROI and ~~ROA as return on ad spend~~ ROAS, return on ad spend. |
| 10.4 AM | 4102 | 7 | 4102 | 10 | Would you agree that some of the ads quality launches that are done by the ads quality team can directly impact pricing through tunings of Google's ~~option~~ auction mechanisms? |
| 10.4 AM | 4159 | 23 | 4159 | 24 | cost Google billions to "ones which "~~ultimate~~ ought to meet user needs better and impact Google Search ads ~~by~~ revenue by only" -- and it's |
| 10.4 AM | 4199 | 14 | 4199 | 17 | From a user perspective, interesting signals in our function are things like ~~predict the click-through rate~~ predicted click-through rate. ~~Predict the click-through rate~~ Predicted click-through rate is trying to predict the likelihood of a user to click on ads. |

| 10.4 PM | 4239 | 11 | 4239 | 12 | A. So in general, if one were to ~~prove~~ improve their ad's quality, I would expect for the ad rank or LTV score to increase. |
|---|---|---|---|---|---|
| 10.5 AM | 4405 | 3 | 4405 | 4 | unique bid strategies that have both what we call ~~interlay~~ intraday bidding, which is our in-house bidder, that sets, from the |
| 10.5 AM | 4459 | 22 | 4459 | 22 | . . . we call them one ~~shooters~~ sheeters, sometimes they're longer. |
| 10.5 AM | 4487 | 14 | 4487 | 14 | of Dispersion Capital, which is an early stage ~~precede~~ pre-seed and |
| 10.5 AM | 4504 | 14 | 4504 | 14 | Q The second bullet says that "Peter Koo, ~~Yejin~~ Injong Lee, |
| 10.5 AM | 4508 | 21 | 4508 | 21 | A So there's a team within this entity called ~~SCA~~ SEA. |
| 10.5 AM | 4517 | 13 | 4517 | 13 | Q And you referenced Harry. Is that Harry ~~Eun~~ Yoon? |
| 10.5 AM | 4517 | 14 | 4517 | 14 | A Harry ~~Eun~~ Yoon, correct. |
| 10.5 PM | 4558 | 16 | 4558 | 16 | March 8th, 2019 from ~~Hankil~~ Hongyul Yoon of Samsung to Colin Behr at |
| 10.5 PM | 4592 | 14 | 4592 | 14 | ever truly gave up on creating the carve-out ~~to stay~~ per se. |
| 10.6 AM | 4732 | 15 | 4732 | 16 | And so with this functionality, as ~~supposed~~ opposed to saying, go do the work twice, we offered this ability, like |
| 10.10 AM | 4910 | 2 | 4910 | 2 | Q. Not ~~your~~ all kinds of products, correct? |
| 10.10 PM | 5071 | 12 | 5071 | 13 | I think it was related to getting some patent ~~piece~~ peace across product lines, operating systems. |
| 10.10 PM | 5077 | 14 | 5077 | 14 | He was head of ~~sales~~ search, who I reported to. |
| 10.11 PM | 5358 | 16 | 5358 | 17 | MR. SOMMER: Your Honor, under the same caveat, we offer ~~DXD13.09044~~ DXD13.0044 in evidence under FRE 1006. |
| 10.11 PM | 5358 | 20 | 5358 | 20 | (Exhibit ~~DXD13.09044~~ DXD13.0044 received into evidence.) |

| 10.12 AM | 5479 | 15 | 5479 | 16 | When we talk about expanding a match type, are we talking about ~~expanding exact goes to phrase~~ expanding exact match to phrase or are we |
| 10.12 PM | 5590 | 24 | 5590 | 24 | When I say "display ads," we're ~~not~~ encompassing social |
| 10.12 PM | 5592 | 14 | 5592 | 15 | by watching one or more videos, I sent out an ~~intense~~ intent signal that under some algorithm caused that ad to be sent to me? |
| 10.12 PM | 5592 | 18 | 5592 | 18 | Q. Let's talk about ~~intense~~ intent signals for a second. |
| 10.12 PM | 5630 | 12 | 5630 | 12 | And then it will optimize within those ~~as~~ ad formats. |
| 10.16 PM | 5900 | 16 | 5900 | 19 | Q. Have you done any analysis in this case at all to try to gather information about all of the ~~intense~~ intent signals that a social media site like a Facebook or an Instagram or TikTok can gather |
| 10.16 PM | 5900 | 22 | 5900 | 24 | have you tried to study and analyze all of the ~~intense~~ intent signals that a social media site like Facebook or Instagram or TikTok gather |
| 10.16 PM | 5904 | 7 | 5904 | 8 | extent to which Pinterest is able to gather significant user ~~intense~~ intent signals to allow them to market and sell products? |
| 10.17 AM | 6082 | 18 | 6082 | 20 | deal wouldn't end up -- you know, the default in Mozilla wouldn't matter, you still see -- and I showed this, you still see that ~~Mozilla~~ Yahoo!, despite any switches away, did gain share as |
| 10.17 AM | 6107 | 18 | 6107 | 19 | you pay for the license of the – of Google ~~Labs~~ apps, like the Play Store |
| 10.17 PM | 6202 | 12 | 6202 | 14 | A. So it started out -- as it says here, it started out between -- well, ~~$30~~ $13 million annually. That was the amount they were asking for. |
| 10.24 PM | 6922 | 25 | 6923 | 1 | But they wouldn't have bought those advertisements if they believed it made no financial sense to do so, correct? |

8

| 10.24 PM | 6923 | 8 | 6923 | 10 | You agree that for these ~~SEPs~~ SVPs we talked about, the Tripadvisors and the Expedias and the Bookings, consumers can go to them and do searches, right? |
| --- | --- | --- | --- | --- | --- |
| 10.24 PM | 6923 | 17 | 6923 | 18 | Professor, I've handed you what's marked as ~~DFD20~~ DXD20. |
| 10.24 PM | 6930 | 13 | 6930 | 14 | Let's look at -- this is a new exhibit, it's ~~DX20.32~~ DX2032, which is an excerpt of the deposition testimony -- |
| 10.24 PM | 6935 | 2 | 6935 | 2 | The ~~market final~~ marketing funnel is a conceptual framework, right? |
| 10.24 PM | 6945 | 7 | 6945 | 10 | And so what you did is you went out there and you found something else that said, okay, this compares display with retargeted display and you sort of did a ~~transit of~~ transitive property and put that on the middle column? |
| 10.26 AM | 7305 | 9 | 7305 | 10 | uses it to point to a ~~client~~ plant that seems to have a disease and say, How do I fix this? |
| 10.26 PM | 7376 | 23 | 7376 | 23 | for ~~PCDR~~ pCTR prediction, are instances where our founder's |
| 10.26 PM | 7404 | 17 | 7404 | 18 | I think, introduced the previous December, and immediately got caught up in the ~~popular site~~ popular zeitgeist -- you know, a thing you |
| 10.27 AM | 7601 | 4 | 7601 | 5 | The first was during the soccer ~~workup~~ world cup, and what we saw was a buildup between the quarter final and then the semifinal. |
| 10.27 AM | 7601 | 15 | 7601 | 18 | I bring this up because the second instance where we got close to running out of the capacity was actually the cricket ~~workup~~ world cup where a large fraction of a billion people in India were issuing cricket queries. |
| 10.30 AM | 7639 | 23 | 7639 | 24 | I used to go get ~~rissoles~~ medical results for my mom |
| 10.30 AM | 7639 | 25 | 7640 | 1 | sometimes the ~~rissoles~~ results wouldn't be ready. |

| | | | | | |
|---|---|---|---|---|---|
| 10.30 AM | 7657 | 5 | 7657 | 5 | We had been doing both ~~modern~~ MADA and RSA |
| 10.30 AM | 7660 | 18 | 7660 | 19 | Given Apple designs ~~then to an~~ the end-to-end experience |
| 10.30 AM | 7661 | 19 | 7661 | 20 | He had indicated it was a very ~~comparative~~ competitive deal dynamic. |
| 10.30 PM | 7768 | 13 | 7768 | 13 | Let me put up ~~DX1139~~ PSXD-11.39, our expert's calculation. |
| 10.30 PM | 7770 | 9 | 7770 | 9 | Just go to ~~DX1141~~ PSXD-11.41. |
| 10.30 PM | 7780 | 21 | 7780 | 23 | Both Apple benefits and sells more iPhones by having their brand associated with the quality and the ~~use of~~ user happiness with Google Search. |
| 10.30 PM | 7783 | 1 | 7783 | 2 | Let's go to ~~DX1139~~ PSXD-11.39 and see what actually happened. |
| 10.30 PM | 7787 | 24 | 7787 | 25 | I mean, we ~~are~~ have a deal, and for all the reasons I stated before, let me repeat |
| 10.30 PM | 7793 | 18 | 7793 | 18 | Google's policy of constantly shrinking ~~research~~ free search |
| 10.30 PM | 7806 | 9 | 7806 | 10 | And it's always been our true ~~knot~~ north and will continue to be so. |
| 10.30 PM | 7830 | 13 | 7830 | 15 | So, we come up with a bunch of other words to add to the document that explain it in other terms ~~in~~ than the exact words in the document. |
| 10.30 PM | 7858 | 13 | 7858 | 16 | And if you look at the actual numbers on the low mobile sample, it's -- you can't tell it's different from zero. ~~The~~ This one, similar. You can't tell it's different from zero. |
| 10.31 AM | 8008 | 24 | 8008 | 25 | During COVID; it was the beginning of COVID. I think May or June of ~~2000~~ 2020. |
| 10.31 AM | 8016 | 1 | 8016 | 2 | But also, it was directed ~~to word~~ towards -- really always thinking about innovation |

| 11.2 AM | 8382 | 6 | 8382 | 7 | talk some about are what I call the circle and ~~small of market~~ smallest-market principles. The circle principle just says when you're |
| 11.2 AM | 8382 | 12 | 8382 | 13 | And ~~small of the market~~ smallest-market principle just says basically define as many competitors as you need to determine what principally |
| 11.2 AM | 8465 | 16 | 8465 | 16 | THE COURT: Auction pricing ~~vortexed~~ for text ads.  Maybe I |
| 11.2 PM | 8526 | 4 | 8526 | 5 | talked about this earlier, and you asked.  There's clearly ~~commission~~ competition between, say, Google and Amazon for queries.  But |
| 11.3 AM | 8741 | 2 | 8741 | 2 | Q. Okay. Let's go to the next page. That's ~~DXD38~~ DXD-29.038. |
| 11.3 AM | 8771 | 17 | 8771 | 17 | Q. Let's go to ~~DXD59~~ DXD-29.059. |
| 11.6 PM | 8963 | 24 | 8963 | 25 | MR. CAVANAUGH: Also, Skechers document, which was ~~PX04219.~~ PSX01249. |
| 11.6 PM | 8992 | 9 | 8992 | 9 | And for the record, this is DXD~~29~~31. |
| 11.6 PM | 9044 | 16 | 9044 | 17 | It says: Privacy ~~is~~ as a ~~future~~ feature/products making meaningful change. |
| 11.6 PM | 9068 | 21 | 9068 | 21 | e.g., stop personalized ads ~~from ^Me~~ for me button |
| 11.6 PM | 9088 | 12 | 9088 | 13 | So we will provide, tomorrow, a replacement version tomorrow that is identical but marked DXD3~~0~~1. |
| 11.7 AM | 9200 | 22 | 9200 | 24 | I think, for example, in our Cambridge, Boston office, we had at least an annual, if not ~~nice~~ twice a year, summit that was a technical summit that we would have with booking… |
| 11.7 PM | 9336 | 10 | 9336 | 13 | There may -- and I don't know for certain, there could have been a wind-down provision that said we paid for, I don't know, ~~36~~ 3 to 6 months after the term of the deal. |

11

| | | | | | |
|---|---|---|---|---|---|
| 11.8 AM | 9429 | 7 | 9429 | 7 | And we want our partners to have ~~in line~~ aligned |
| 11.8 AM | 9430 | 19 | 9430 | 19 | A ~~I'm~~ I wouldn't |
| 11.8 AM | 9431 | 15 | 9431 | 15 | ecosystem ~~with~~ without the revenue share agreement that we have and |
| 11.8 AM | 9451 | 4 | 9451 | 4 | Q So let's go to ~~Slides 4 to~~ Slide ending in 409. And, again, |
| 11.8 AM | 9459 | 14 | 9459 | 14 | agreements had expired recently prior to that ~~27 [sic]~~ 2017, 2018 |
| 11.8 AM | 9477 | 15 | 9477 | 15 | Q And when you look at the ~~.2~~ point 2, and, again, I don't |
| 11.8 AM | 9478 | 4 | 9478 | 4 | Q And looking at that ~~.2~~ point 2, that 30 percent of revenue |
| 11.8 AM | 9484 | 12 | 9484 | 12 | does better, the other does better. It has ~~optional~~ operational |
| 11.8 AM | 9490 | 7 | 9490 | 7 | Q Could Motorola, if it so chose, ~~but~~ put a competing |
| 11.8 AM | 9508 | 23 | 9508 | 23 | Q That really ~~ads~~ adds to the user experience? |
| 11.13 AM | 9699 | 6 | 9699 | 6 | even independent ~~ad angles~~ elements, I just want to go on the |
| 11.13 AM | 9710 | 18 | 9710 | 18 | And how did the overall margin ~~stayed fix~~ stay fixed? |
| 11.13 AM | 9729 | 9 | 9729 | 11 | Apple. There's a lot of the search that doesn't go through the default that even if I don't even – ~~false~~ default is not my game, I can't play that game yet. There's a lot of volume |
| 11.13 AM | 9741 | 15 | 9741 | 17 | externalities are all over the place. When I ~~intermarket~~ enter a market and I raise the demand for an input, that raises the price of inputs often. If there's upward sloping supply, more |
| 11.13 AM | 9760 | 22 | 9760 | 23 | given that a lot of the people go to the shelf anyway. What we ~~see~~ don't see is much choice there at all. |

| 11.13 AM | 9762 | 25 | 9763 | 1 | of the volume. But in this case, the guy with the default is only getting ~~814~~ 14, doesn't look like an exclusive. Very |
| 11.13 PM | 9833 | 16 | 9833 | 17 | choice screen. It was various choice screens. This is sort of the end of that, the September to December ~~2001~~ 2021. And these are |
| 11.13 PM | 9837 | 7 | 9837 | 7 | Yeah. The horizontal ~~access~~ axis is the |
| 11.13 PM | 9848 | 9 | 9848 | 10 | A. That's the next slide. Remember, on that previous slide we had those ~~force~~ four groups? And, so, I list some of the benefits |
| 11.13 PM | 9848 | 23 | 9848 | 24 | That is, for a given price point of ~~form~~ phone, they tend to generate more ~~searchs~~ searches. |
| 11.13 PM | 9856 | 6 | 9856 | 7 | upgrades, updates. And, again, this is one where Apple is ~~virtually~~ vertically integrated, so if they want to update their Apple |
| 11.13 PM | 9878 | 24 | 9878 | 24 | ~~recurring~~ at current qualities |
| 11.13 PM | 9901 | 6 | 9901 | 6 | Well, one of the ways you get a really ~~hard~~ high R&D to |
| 11.13 PM | 9904 | 9 | 9904 | 9 | that's what you would expect when you ~~fix~~ switch to retail marketing |
| 11.13 PM | 9940 | 9 | 9940 | 10 | Yeah. We didn't have the ~~date~~ data, really, until post I wrote my report. |
| 11.14 AM | 10017 | 6 | 10017 | 7 | only some aspects that they serve themselves through, say, Safari ~~suggests~~ Suggest or through Spotlight and things like that, I |
| 11.14 AM | 10018 | 6 | 10018 | 6 | No, I haven't ~~decide [phon.]~~ opined on that specifically. |
| 11.14 AM | 10031 | 23 | 10031 | 24 | Yeah, Microsoft could ~~go~~ grow enormously on Desktop just by taking share from Google. |
| 11.14 AM | 10040 | 23 | 10040 | 24 | search competitor, it's really a – it does something different. It's ~~a non-device~~ an on-device search. |
| 11.14 PM | 10174 | 14 | 10174 | 14 | Right? So they're getting placement of the widget ~~in~~ and Chrome and GSA in a folder in the |

13

|  |  |  |  |  | MADA.  So that payment is not going to |
|---|---|---|---|---|---|
| 11.16 PM | 10591 | 23 | 10591 | 25 | any analysis of whether a smartphone preloaded with a search engine other than Google would ~~mark~~ make that smartphone more competitive with Apple's iPhone? |
| 11.16 PM | 10603 | 5 | 10603 | 7 | Q. Sir, there were ~~in~~ no revenue share payments made by anybody, any of the rivals to Google when they were chosen in the choice screen, correct? |
| 11.16 PM | 10605 | 21 | 10605 | 23 | Q. Have you seen evidence in this case as to whether browser providers believe that preventing Google from competing for browser defaults would have an impact on browser competition? |
| 11.16 PM | 10606 | 2 | 10606 | 4 | Q. Have you seen evidence in this case as to whether browser providers believe that preventing Google from competing for browser defaults would have an impact on browser competition? |
| 11.16 PM | 10625 | 24 | 10625 | 25 | for an exclusive, those are models in which the papers, the authors are studying what the effect is of that on competition. |
| 11.16 PM | 10626 | 20 | 10626 | 22 | terms of the amount of the revenue share.  I don't remember seeing, like a draft ~~contractor~~ contract or anything, so I can't really say. |

Dated:  December 11, 2023

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com

14

cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
Wendy Huang Waszmer (D.C. Bar No. 1631078)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com
wwaszmer@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*