IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN<br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

AFFIDAVIT OF SERVICE

RECEIVED
DEC 27 2023
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

AFFIDAVIT OF SERVICE

County of Columbia

State of Pennsylvania

Date: December 26, 2024

I. SERVER. I, John Winiarski, ("Server"), declare under penalty of perjury that the following documents were delivered and served in the following manner:

II. DOCUMENTS. The documents served are described as: Motion Rule 59e

III. RECIPIENT. The above-mentioned documents were delivered to:

Plaintiff Kenneth M. Dintzer

U.S. Department of Justice, Antitrust Division

450 Fifth Street NW, Suite 7100

Washington, DC 20530 ("Recipient")

Address/Location: 450 Fifth Street NW, Suite 7100

Washington, DC 20530

Date: December 26, 2023

IV. DELIVERY. The Recipient received the documents by: (check one)

X☐ - Mail. The Server sent the documents in the mail by: (check all that apply)

X☐ - Standard Mail

V. VERIFICATION. I declare under penalty of perjury under the laws of Pennsylvania that the foregoing is true and correct.

Server's Signature: ________________ Date: 12/26/2023

Print Name: John Winiarski

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN<br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

AFFIDAVIT OF SERVICE

AFFIDAVIT OF SERVICE

County of Columbia

State of Pennsylvania

Date: December 26, 2024

I. SERVER. I, John Winiarski, ("Server"), declare under penalty of perjury that the following documents were delivered and served in the following manner:

II. DOCUMENTS. The documents served are described as: Motion Rule 59e

III. RECIPIENT. The above-mentioned documents were delivered to:

Plaintiff State of Colorado

c/o Jonathan B. Sallet Colorado Office of the Attorney General

b.) Address/Location: 1300 Broadway, 7th Floor, Denver, CO 80203

c.) Date: December 26, 2023

IV. DELIVERY. The Recipient received the documents by: (check one)

X☐ - Mail. The Server sent the documents in the mail by: (check all that apply)

X☐ - Standard Mail

V. VERIFICATION. I declare under penalty of perjury under the laws located in this State that the foregoing is true and correct.

Server's Signature: ____________ Date: 12/26/2023

Print Name: John Winiarski

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN<br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA<br><br>[redacted] |
| STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA<br><br>[redacted] |

AFFIDAVIT OF SERVICE

AFFIDAVIT OF SERVICE

County of Columbia

State of Pennsylvania

Date: December 26, 2024

I. SERVER. I, John Winiarski, ("Server"), declare under penalty of perjury that the following documents were delivered and served in the following manner:

II. DOCUMENTS. The documents served are described as: Motion Rule 59e

III. RECIPIENT. The above-mentioned documents were delivered to:

Defendant Google, LLC

c/o John E. Schmidtlein, WILLIAMS & CONNOLLY LLP ("Recipient")

Address/Location: 725 12th Street, NW Washington, DC 20005.

Date: December 26, 2023

IV. DELIVERY. The Recipient received the documents by: (check one)

X☐ - Mail. The Server sent the documents in the mail by: (check all that apply)

X☐ - Standard Mail

V. VERIFICATION. I declare under penalty of perjury under the laws located in this State that the foregoing is true and correct.

Server's Signature: [signature] Date: 12/26/2023

Print Name: John Winiarski

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN<br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA<br><br>[redacted] |
| STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA<br><br>[redacted] |

AFFIDAVIT OF SERVICE

AFFIDAVIT OF SERVICE

County of Columbia

State of Pennsylvania

Date: December 26, 2024

I. SERVER. I, John Winiarski, ("Server"), declare under penalty of perjury that the following documents were delivered and served in the following manner:

II. DOCUMENTS. The documents served are described as: Motion Rule 59e

III. RECIPIENT. The above-mentioned documents were delivered to:

Plaintiff State of Nebraska

c/o William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP

Address/Location: 1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710

Date: December 26, 2023

IV. DELIVERY. The Recipient received the documents by: (check one)

X☐ - Mail. The Server sent the documents in the mail by: (check all that apply)

X☐ - Standard Mail

V. VERIFICATION. I declare under penalty of perjury under the laws located in this State that the foregoing is true and correct.

Server's Signature: [signature] Date: 12/26/2023

Print Name: John Winiarski