## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, STATE OF
ARKANSAS, STATE OF CALIFORNIA,
STATE OF FLORIDA, STATE OF GEORGIA,
STATE OF INDIANA, COMMONWEALTH
OF KENTUCKY, STATE OF LOUISIANA,
STATE OF MICHIGAN, STATE OF
MISSISSIPPI, STATE OF MISSOURI, STATE
OF MONTANA, STATE OF SOUTH
CAROLINA, STATE OF TEXAS, AND
STATE OF WISCONSIN

                       Plaintiffs,

v.

GOOGLE LLC,

                       Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

STATE OF COLORADO, STATE OF
NEBRASKA, STATE OF ARIZONA, STATE
OF IOWA, STATE OF NEW YORK, STATE
OF NORTH CAROLINA, STATE OF
TENNESSEE, STATE OF UTAH, STATE OF
ALASKA, STATE OF CONNECTICUT,
STATE OF DELAWARE, DISTRICT OF
COLUMBIA, TERRITORY OF GUAM,
STATE OF HAWAII, STATE OF ILLINOIS,
STATE OF KANSAS, STATE OF MAINE,
STATE OF MARYLAND,
COMMONWEALTH OF MASSACHUSETTS,
STATE OF MINNESOTA, STATE OF
NEVADA, STATE OF NEW HAMPSHIRE,
STATE OF NEW JERSEY, STATE OF NEW
MEXICO, STATE OF NORTH DAKOTA,
STATE OF OHIO, STATE OF OKLAHOMA,
STATE OF OREGON, COMMONWEALTH
OF PENNSYLVANIA, COMMONWEALTH
OF PUERTO RICO, STATE OF RHODE
ISLAND, STATE OF SOUTH DAKOTA,
STATE OF VERMONT, COMMONWEALTH
OF VIRGINIA, STATE OF WASHINGTON,

Case No. 1:20-cv-03715-APM

HON. AMIT P. MEHTA

**AFFIDAVIT OF SERVICE**



AFFIDAVIT OF SERVICE

County of N/A

State of Washington, DC

Date: December 28, 2024

I. SERVER. I, Anthony Byrd, ("Server"), declare under penalty of perjury that

the following documents were delivered and served in the following manner:

II. DOCUMENTS. The documents served are described as: Motion Rule 59e

III. RECIPIENT. The above-mentioned documents were delivered to:

Plaintiff Kenneth M. Dintzer

U.S. Department of Justice, Antitrust Division

450 Fifth Street NW, Suite 7100

Washington, DC 20530 ("Recipient")

Address/Location: 450 Fifth Street NW, Suite 7100

Washington, DC 20530

Date: December 26, 2023

IV. DELIVERY. The Recipient received the documents by: (check one)

X☐ - Mail. The Server sent the documents in the mail by: (check all that apply)

X☐ - Standard Mail

V. VERIFICATION. I declare under penalty of perjury under the laws of Pennsylvania that the

foregoing is true and correct.

Server's Signature: _____          Date: _____12/28/2023_____

Print Name: ____Anthony Byrd_____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, STATE OF
ARKANSAS, STATE OF CALIFORNIA,
STATE OF FLORIDA, STATE OF GEORGIA,
STATE OF INDIANA, COMMONWEALTH
OF KENTUCKY, STATE OF LOUISIANA,
STATE OF MICHIGAN, STATE OF
MISSISSIPPI, STATE OF MISSOURI, STATE
OF MONTANA, STATE OF SOUTH
CAROLINA, STATE OF TEXAS, AND
STATE OF WISCONSIN

                              Plaintiffs,

v.

GOOGLE LLC,

                              Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

STATE OF COLORADO, STATE OF
NEBRASKA, STATE OF ARIZONA, STATE
OF IOWA, STATE OF NEW YORK, STATE
OF NORTH CAROLINA, STATE OF
TENNESSEE, STATE OF UTAH, STATE OF
ALASKA, STATE OF CONNECTICUT,
STATE OF DELAWARE, DISTRICT OF
COLUMBIA, TERRITORY OF GUAM,
STATE OF HAWAII, STATE OF ILLINOIS,
STATE OF KANSAS, STATE OF MAINE,
STATE OF MARYLAND,
COMMONWEALTH OF MASSACHUSETTS,
STATE OF MINNESOTA, STATE OF
NEVADA, STATE OF NEW HAMPSHIRE,
STATE OF NEW JERSEY, STATE OF NEW
MEXICO, STATE OF NORTH DAKOTA,
STATE OF OHIO, STATE OF OKLAHOMA,
STATE OF OREGON, COMMONWEALTH
OF PENNSYLVANIA, COMMONWEALTH
OF PUERTO RICO, STATE OF RHODE
ISLAND, STATE OF SOUTH DAKOTA,
STATE OF VERMONT, COMMONWEALTH
OF VIRGINIA, STATE OF WASHINGTON,

Case No. 1:20-cv-03715-APM

HON. AMIT P. MEHTA

RECEIVED
2023 DEC 28 P 7: 05
CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

## AFFIDAVIT OF SERVICE

1

AFFIDAVIT OF SERVICE

County of N/A

State of Washington, DC

Date: December 28, 2024

I. SERVER. I, Anthony Byrd, ("Server"), declare under penalty of perjury that

the following documents were delivered and served in the following manner:

II. DOCUMENTS. The documents served are described as: Motion Rule 59e

III. RECIPIENT. The above-mentioned documents were delivered to:

Defendant Google, LLC

c/o John E. Schmidtlein, WILLIAMS & CONNOLLY LLP ("Recipient")

Address/Location: 725 12th Street, NW Washington, DC 20005.

Date: December 26, 2023

IV. DELIVERY. The Recipient received the documents by: (check one)

X☐ - Mail. The Server sent the documents in the mail by: (check all that apply)

X☐ - Standard Mail

V. VERIFICATION. I declare under penalty of perjury under the laws located in this

State that the foregoing is true and correct.

Server's Signature _____          Date:_____12/28/2023_____

Print Name: _____Anthony Byrd_____

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, STATE OF
ARKANSAS, STATE OF CALIFORNIA,
STATE OF FLORIDA, STATE OF GEORGIA,
STATE OF INDIANA, COMMONWEALTH
OF KENTUCKY, STATE OF LOUISIANA,
STATE OF MICHIGAN, STATE OF
MISSISSIPPI, STATE OF MISSOURI, STATE
OF MONTANA, STATE OF SOUTH
CAROLINA, STATE OF TEXAS, AND
STATE OF WISCONSIN

      Plaintiffs,

v.

GOOGLE LLC,

      Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

STATE OF COLORADO, STATE OF
NEBRASKA, STATE OF ARIZONA, STATE
OF IOWA, STATE OF NEW YORK, STATE
OF NORTH CAROLINA, STATE OF
TENNESSEE, STATE OF UTAH, STATE OF
ALASKA, STATE OF CONNECTICUT,
STATE OF DELAWARE, DISTRICT OF
COLUMBIA, TERRITORY OF GUAM,
STATE OF HAWAII, STATE OF ILLINOIS,
STATE OF KANSAS, STATE OF MAINE,
STATE OF MARYLAND,
COMMONWEALTH     OF
MASSACHUSETTS,
STATE OF MINNESOTA, STATE OF
NEVADA, STATE OF NEW HAMPSHIRE,
STATE OF NEW JERSEY, STATE OF NEW
MEXICO, STATE OF NORTH DAKOTA,
STATE OF OHIO, STATE OF OKLAHOMA,
STATE OF OREGON, COMMONWEALTH
OF PENNSYLVANIA, COMMONWEALTH
OF PUERTO RICO, STATE OF RHODE
ISLAND, STATE OF SOUTH DAKOTA,
STATE OF VERMONT, COMMONWEALTH
OF VIRGINIA, STATE OF WASHINGTON,

Case No. 1:20-cv-03715-APM

HON. AMIT P. MEHTA

RECEIVED 2023 DEC 28 P 4 05
CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

AFFIDAVIT OF SERVICE

AFFIDAVIT OF SERVICE

County of N/A

State of Washington, DC

Date: December 28, 2024

I.   SERVER. I, Anthony Byrd, ("Server"), declare under penalty of perjury that the following
     documents were delivered and served in the following manner:

II.  DOCUMENTS. The documents served are described as: Motion Rule 59e

III. RECIPIENT. The above-mentioned documents were delivered to: Plaintiff State of
     Nebraska

c/o William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP

Address/Location: 1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710

Date: December 26, 2023

IV. DELIVERY. The Recipient received the documents by: (check one)

X☐ - Mail. The Server sent the documents in the mail by: (check all that apply)

X☐ - Standard Mail

V.  VERIFICATION. I declare under penalty of perjury under the laws located in this
State that the foregoing is true and correct.

Server's Signature: _____          Date: _____12/28/2023_____ Print

Name: ___Anthony Byrd_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA<br><br>███████████████ |
| Plaintiffs, | |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA<br><br>███████████████ |

RECEIVED 2023 DEC 28 P 7 04 CLERK US DISTRICT & BANKRUPTCY COURTS FOR DC

AFFIDAVIT OF SERVICE

1

AFFIDAVIT OF SERVICE

County of N/A

State of Washington, DC

Date: December 28, 2024

I. SERVER. I, Anthony Byrd, ("Server"), declare under penalty of perjury that

the following documents were delivered and served in the following manner:

II. DOCUMENTS. The documents served are described as: Motion Rule 59e

III. RECIPIENT. The above-mentioned documents were delivered to:

Plaintiff State of Colorado

c/o Jonathan B. Sallet Colorado Office of the Attorney General

b.) Address/Location: 1300 Broadway, 7th Floor, Denver, CO 80203

c.) Date: December 26, 2023

IV. DELIVERY. The Recipient received the documents by: (check one)

X☐ - Mail. The Server sent the documents in the mail by: (check all that apply)

X☐ - Standard Mail

V. VERIFICATION. I declare under penalty of perjury under the laws located in this

State that the foregoing is true and correct.

Server's Signature: _____          Date:_____12/28/2023_____

Print Name: _____Anthony Byrd_____

2