IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN<br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |



RECEIVED
Mail Room
JAN - 3 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**REQUEST FOR JUDICIAL NOTICE**

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC
2024 JAN -2 P 3:17
RECEIVED

## REQUEST FOR JUDICIAL NOTICE

Plaintiff hereby requests, pursuant to Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following items in connection with Plaintiff Motion 60(b)(3):

Exhibit #1

1. Record Supplemental September 27, 2015 in Delaware Supreme Court -1 Page

Exhibit #2

2. April 13, 2015 IN THE SUPREME COURT OF THE STATE OF DELAWARE

   No. 102, 2015
   A WRIT OF MANDAMUS
   Before STRINE, Chief Justice; HOLLAND, and VAUGHN, Justices.
   0RDER -3 pages

3. September 17, 2015 Delaware Supreme Court Order on No 347, 2015

   PETITION OF BRAD D. GREENSPAN FOR A WRIT OF CERTIORARI -4 pages

4. April 2, 2015 Delaware Court Chancery grants Plaintiff's Motion Recusal of Judge.-6 pages

5. 9/1815 Order San Jose District Court Order-1 page

Exhibit #3 documents

6. Plaintiff filed Notice of Appeal in San Jose Federal District case vs. Google IAC in May 2016 and the Circuit Court's Order issued AUG 17 2017:U.S. COURT OF APPEALS 2 16-15908

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

BRAD GREENSPAN, Plaintiff-Appellant, v. IAC/INTERACTIVECORP, a Delaware

No. 16-15908 D.C. No. 5:14-cv-04187-RMW MEMORANDUM*

   Appeal from the United States District Court for the Northern District of California

   Ronald M. Whyte, District Judge, Presiding Submitted August 9, 2017**

**Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.**

   **FILED AUG 17 2017**

   MOLLY C. DWYER, CLERK

2

U.S. COURT OF APPEALS 2 16-15908

"Greenspan's notice of appeal challenging the Securities and Exchange Commission's ("SEC") May 2, 2016 Order Determining Whistleblower Award Claim, which was filed in the district court, should have been filed in this court. See 15 U.S.C. § 78u-6(f) (providing that certain determinations of whistleblower awards "may be appealed to the appropriate court of appeals of the United States not more than 30 days after the determination is issued by the Commission"). We construe Greenspan's notice of appeal as a petition for review. See Fed. R. App. P. 15(a)(4). In the interests of justice, we transfer Greenspan's petition for review to this court. See 28 U.S.C. § 1631; Kolek v. Engen, 869 F.2d 1281, 1284 (9th Cir. 1989) (setting forth conditions for transfer under 28 U.S.C. § 1631); see also Baeta v. Sonchik, 273 F.3d 1261, 1264 (9th Cir. 2001) ("[B]ecause the purpose of the transfer statute is to aid litigants who were confused about the proper forum for review, a petition that would be time-barred without a transfer satisfies the interest of justice test." (citation and internal quotation marks omitted)). The Clerk shall file Greenspan's notice of appeal (District Court Docket Entry No. 104) as a petition for review of the SEC's May 2, 2016 order and open a new case in this court."

-1 page

7. DEFENDANT GOOGLE INC.'S REPLY IN SUPPORT OF MOTION FOR AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND FOR ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 1927 filed 09/13/16

Docket in 14-cv-04187-RMW involving Defendant Document 155 -3 pages:

8. Filed by defendant Plaintiff is entitled to bring or defend claims against by way of motion

joinder to add the other fragments and trusts existing as defendant under 14-cv-04187-RMW:

> "DEFENDANT GOOGLE INC.'S
>
> FED R. CIV. P. 7.1 AND LOCAL RULE 3-15
>
> CERTIFICATE OF INTERESTED ENTITIES"
>
> DATE FILED: OCTOBER 8, 2015

substantially affected by the outcome of this proceeding:

1. Alphabet Inc., Holding Company of Defendant 2. Google Inc., Defendant"

Dated: October 8, 2015"

9. Filed by Defendant 10/20/2017 example of how in a case with a more friendly counter party counsel, Google negotiates but requires permission from counter party. Google never got permission for the substitution it made in case Plaintiff filed in Federal Court San Jose. , showing how no stipulation means Alphabet never could have become released from being adverse counter party to Plaintiff.

"Pursuant to Civil Local Rule 7-12, Plaintiff Google Inc., now known as Google LLC, and Defendant Creative Labs, Inc. and Creative Technology Ltd. ("Creative"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiff represents that Google Inc. filed a Certificate of Conversion with the Delaware Secretary of State, in which Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC on September 30, 2017;

WHEREAS Plaintiff represents that Google LLC filed a Certificate of Formation with the Delaware Secretary of State, effective on September 30, 2017;

WHEREAS the Parties agree that this Stipulation merely reflects the above-noted change of corporate name, and does not affect any substantive issue in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that: Google Inc. shall now be known as Google LLC in this action and the caption of the case shall be:

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that: Google Inc. shall now be known as Google LLC in this action and the caption of the case shall be:

GOOGLE LLC,

    Plaintiff,

v.

CREATIVE LABS, INC. and
CREATIVE TECHNOLOGY LTD.,

    Defendants.

Dated: October 20, 2017

Respectfully submitted,

By:   */s/ Bijal V. Vakil*
      Bijal V. Vakil

Attorneys for Plaintiff
Google LLC

By:   */s/ Johnathan D. Baker*
      Johnathan D. Baker

Attorneys for Defendants
Creative Labs, Inc. and
Creative Technology Ltd.

- 1 -

JOINT STIPULATION AND PROPOSED ORDER TO REFLECT NAME CHANGE
CASE NO: 3:16-cv-02628-JST

American 93575955

10. 10.20.17 Case No. 3:16-cv-02628-JST

JOINT STIPULATION AND [PROPOSED] ORDER TO REFLECT NAME CHANGE
FROM GOOGLE INC. TO GOOGLE LLC

11. Certificate FRCP 7.1 filed in this case by Defendant Google LLC stated " Alphabet, Inc., Google, Inc. MapleTechnologies Inc., XXVI Holdings Inc., Holding Company of Google LLC, Youtube LLC, "

## IV. CONCLUSION

In sum, the above items meet the requirements of Rule 201(b)(2) of the Federal Rules of Evidence, and therefore, the Court must take judicial notice of them pursuant to Rule 201(c)(2) of the Federal Rules of Evidence.

Respectfully Submitted,

/s/  Brad Greenspan                                                    **Dated**: January 2, 2024

Brad Greenspan, pro se

244 5th ave, #G290

New York, NY 10001
Email: legalsupport1@nym.hush.com