**EXHIBITS**

EXHIBIT #1

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE PETITION OF | No.    347,2015 |
| Brad D. Greenspan | |
| Plaintiff Below,<br>Appellant | |
| FOR AN EXTRAORDINARY<br>WRIT OF CERTIORARI<br>In C.A. No. 9567 | |
| v. | |
| Twenty-First Century Fox, Inc, et al | |
| Defendants Below,<br>Appelles | |

**RECORD (SUPPLEMENTAL)**

i.   September 23, 2015 FRCP Rule 23 Case No. 5:14-cv-04187 co-Defendant IAC/Interactive  "Declaration of Kurt A. Kappes in Support of Defendant IAC/Interactive Corp's Bill of Fees And Costs"

ii.   September 18, 2015 FRCP Rule 23 Federal District Judge Ruling Case No. 5:14-cv-04187 in favor of Plaintiff and against Defendants Twenty-First Century Fox, Inc., IAC/Interactive, et al.

iii.   August 14, 2015, FRCP Rule 23 No. 5:14-cv-04187 co-Defendant Google, Inc. Motion To Consolidate & "DEFENDANT IAC/INTERACTIVE CORP'S NOTICE OF JOINDER TO GOOGLE, INC.'S ADMINISTRATIVE MOTION TO CONSOLIDATE HEARING DATES"

iv.   August 20, 2015 FRCP Rule 23 5:14-cv-04062 "All Actions " ORDER DENYING DEFENDANTS' JOINT MOTION TO DISMISS" Denial of Defendants Twenty-First Century Fox, Inc., Sony Corporation of America, Orrick Herrington Law LLC, claims for violation of Sherman Act 1, Clayton Act, Rule 17200 5:14-cv-04062

v.   February 19, 2015 2nd Amended Class Action Case No. 5:14-cv-04187 vs Defendants Twenty-First Century Fox, Inc., IAC/Interactive, et al., and Google, Inc.

vi.   July 7, 2014 FRCP Rule 23 Case No. 5:11-cv-02509Motion To Consolidate Plaintiff's claims under FRCP 2521 against Defendants Twenty-First Century Fox, Inc. IAC/Interactive, Orrick Herrington Law LLC, and Google, Inc.

vii.   March 28, 2014 FRCP Rule 23 Case No. 5:11-cv-02509- "ALL ACTIONS" "ORDER DENYING DEFENDANTS' INDIVIDUAL MOTIONS FOR SUMMARY JUDGMENT" for co-Defendants Google, Inc., Twenty-Century Fox, Inc., IAC/Interactive Inc., Apple Corporation, Intel Corporation, Adobe Corporation, violation of Sherman Act 1, Clayton Act, Rule 17200

DATED: September 27, 2015

Respectfully submitted,

/s/ Brad D. Greenspan
Brad D. Greenspan:
2995 Woodside Rd.
Suite 400 Woodside, CA 94062
Ph: 408-827-9656 ext: 454

1

<u>EXHIBIT #2</u>

IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF THE          §
PETITION OF BRAD D.           §   No. 102, 2015
GREENSPAN FOR A WRIT OF       §
MANDAMUS                      §
                              §

Submitted:   March 23, 2015
Decided:     April 13, 2015

Before **STRINE**, Chief Justice;  **HOLLAND**, and **VAUGHN**, Justices.

**O R D E R**

This 13th day of April 2015, upon consideration of the petition of Brad Greenspan for a writ of mandamus, it appears to the Court that:

(1)     The petitioner, Brad Greenspan, seeks to invoke the original jurisdiction of this Court under Supreme Court Rule 43.  He requests that this Court issue a writ of mandamus directing a Master of the Court of Chancery to: (i) grant his "Motion to Expedite Summary Judgment;" (ii) declare that he is immediately entitled to advancement of his legal fees; (iii) grant his "Motion Rule 54(b) or Rule 55(b);" (iv) grant his "Motion for Partial Summary Judgment;" (v) order a hearing on his "Motion 70b;" (vi) order an independent accounting of legal fees paid by defendants to the Master's former employer; (vii) transfer his case to Vice Chancellor Laster; (viii) disqualify the law firm of Richards Layton & Finger from appearing

his case; (ix) join certain people as codefendants; and (x) set a new hearing date on his "Motion to Expedite Summary Judgment."

(2)     Defendants below, News Corporation and Intermix Media LLC, as well as defendants, Sony Entertainment, Inc., Sony Music Holdings, Inc., and 550 Digital Media Ventures, Inc., have filed motions seeking to dismiss Greenspan's writ of mandamus.  After careful consideration of the parties' respective positions, we find that Greenspan's petition manifestly fails to invoke this Court's original jurisdiction to issue an extraordinary writ. Accordingly, his petition must be dismissed.

(3)     A writ of mandamus is designed to compel a lower court to perform a duty if it is shown that:  the complainant has a clear right to the performance of the duty; that no other adequate remedy is available; and that the trial court has arbitrarily failed or refused to perform its duty.[1]  A writ of mandamus will not be issued "to compel a trial court to perform a particular judicial function, to decide a matter in a particular way, or to dictate the control of its docket."[2]  A writ of mandamus is not warranted under the present circumstances because the pending motions below are within the discretion of the Master in Chancery.[3]  This Court will not compel the Court

---

[1] *In re Bordley*, 545 A.2d 619, 620 (Del. 1988).

[2] *Id.*

[3] *Id.*

of Chancery to rule in Greenspan's favor on the substantive issues below. These are matters Greenspan may raise in any appeal from a final order issued by the Court of Chancery in the proceedings below.

NOW, THEREFORE, IT IS ORDERED that the petition for the issuance of an extraordinary writ of mandamus is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF THE        §
PETITION OF BRAD D.          §      No. 347, 2015
GREENSPAN FOR A WRIT OF      §
CERTIORARI                   §
                             §

Submitted:   July 24, 2015
Decided:     September 17, 2015

Before **STRINE**, Chief Justice; **HOLLAND** and **VAUGHN**, Justices.

### O R D E R

This 17th day of September 2015, having considered the petition for a writ of certiorari, the answers and motions to dismiss the petition, and the petitioner's motion for sanctions, it appears to the Court that:

(1)     Brad D. Greenspan has filed a petition for a writ of certiorari under Supreme Court Rule 43.  Greenspan asks this Court to issue a writ of certiorari to the Court of Chancery in an action filed by Greenspan in April 2014.

(2)     This is the second time Greenspan has filed a petition seeking the issuance of an extraordinary writ to the Court of Chancery in the 2014 action.  In March 2015, Greenspan sought a writ of mandamus to compel the Court of Chancery to rule in his favor on various motions that were pending at the time.  By Order dated April 13, 2015, we dismissed the mandamus petition on the basis that

it manifestly failed to invoke this Court's original jurisdiction to issue an extraordinary writ.[1]

(3)    In his motion for sanctions, Greenspan seeks sanctions against a respondent that opposed his petition for a writ of mandamus.  Because Greenspan's motion for sanctions is filed in connection with a closed case, the motion is a nonconforming document and, as such, it will be stricken.

(4)    In the underlying Court of Chancery action, Greenspan is seeking relief for the alleged racketeering, fraud, fraudulent transfer, breach of fiduciary duty, contempt, and other alleged malfeasances and nonfeasances of the more than two dozen defendants named in the complaint.   Greenspan requested and was granted leave for expedited consideration of his claims for advancement.

(5)    By letter dated April 29, 2015, the Court of Chancery admonished Greenspan for having failed to appear at a scheduling teleconference earlier that day and for having failed to respond to the defendants' motions to dismiss the advancement claims by the April 21, 2015 deadline.   The Court directed Greenspan to file a response to the motions to dismiss by 5:00 p.m. on May 4, 2015.  The Court advised Greenspan that if he did not file a response, the Court would consider the motions unopposed.

---

[1] *In re Greenspan*, 2015 WL 1641770 (Del. April 13, 2015).

2

(6)    Greenspan did not file a response to the motions to dismiss. Accordingly, by order dated May 6, 2015, the Court of Chancery dismissed the advancement claims. On May 29, 2015, Greenspan filed an application to file an interlocutory appeal from the Court of Chancery's April 29, 2015 letter. The Court of Chancery denied the application on June 8, 2015. Greenspan did not file a notice of interlocutory appeal in this Court.

(7)    Greenspan filed his petition for a writ of certiorari on July 4, 2015 and an amended petition with a supporting brief and appendix on July 9, 2015. Greenspan's petition seeks review of "irregular proceedings and errors of law" in the Court of Chancery action. Greenspan claims that the Court of Chancery has failed to hold proceedings and issue substantive rulings on various motions that he has filed. Greenspan contends that the Court of Chancery should conduct the proceedings and rule on his motions before ruling on the defendants' later-filed motions to dismiss. The respondents have filed answers and motions to dismiss Greenspan's petition for a writ of certiorari.

(8)    A writ of certiorari is an extraordinary remedy that is used to correct irregularities in the proceedings of a trial court.[2] This Court has original jurisdiction to issue a writ of certiorari to review a final order of a trial court where the right of appeal is denied, a grave question of public policy is involved, and no

---

[2] *Shoemaker v. State*, 375 A.2d 431, 437 (Del. 1977).

3

other basis for review is available.[3]  "Where these threshold requirements are not met, this Court has no jurisdiction to consider the petitioner's claims, and the proceedings will be dismissed."[4]

(9)    Having carefully considered the parties' positions, we find that Greenspan has not demonstrated that his right of appeal has been denied, that a grave question of public policy is involved, and that no other basis for review is available.  Accordingly, Greenspan has not met the threshold requirements for the issuance of a writ of certiorari, and his petition must be dismissed.

NOW, THEREFORE, IT IS ORDERED, that the motion for sanctions is STRICKEN as a nonconforming document.  The petition for a writ of certiorari is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[3] *Id.* at 437-38.

[4] *In re Butler*, 609 A.2d 1080, 1081 (Del. 1992).

4

COURT OF CHANCERY
OF THE
STATE OF DELAWARE

ABIGAIL M. LeGROW
MASTER IN CHANCERY

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 11400
WILMINGTON, DE 19801-3734

Final Report:  April 2, 2015
Submitted:  March 24, 2015

Brad Greenspan
2995 Woodside Road, Suite 400
Woodside, CA 94062

Gregory V. Varallo, Esquire
Kevin M. Gallagher, Esquire
Christopher H. Lyons, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Kevin M. Coen, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19801

Kathaleen St. J. McCormick, Esquire
Daniel M. Kirshenbaum, Esquire
Young, Conaway, Stargatt & Taylor
100 N. King Street
P.O. Box 391
Wilmington, DE 19899

A. Thompson Bayliss, Esquire
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807

Daniel B. Rath, Esquire
Rebecca L. Butcher, Esquire
Tyler O'Connell, Esquire
Landis Rath & Cobb LLP
919 North Market Street
Wilmington, DE 19801

Re:   *Greenspan v. News Corporation, et al.*
      C.A. No. 9567-ML

Dear Counsel and Mr. Greenspan:

I am in receipt of Mr. Coen's letter dated March 24, 2015 and Mr. Greenspan's

numerous filings, which include a motion asking me to recuse myself from these

proceedings (the "Motion to Recuse").  This letter constitutes my resolution of Mr.

C.A. No. 9567-ML
April 2, 2015
Page 2

Coen's request for a scheduling order and also constitutes my final report on the Motion
to Recuse.

First, I have signed the proposed scheduling order requiring Mr. Greenspan to
respond to the Advancement Defendants' motions to dismiss.  The motions to dismiss
were filed in January and Mr. Greenspan has had more than enough time to respond to
those motions.  If Mr. Greenspan opposes the motions to dismiss, he should file his
opposition on or before April 21, 2015.

Second, I have reviewed the Motion to Recuse, along with the Motion of Joinder,
the Motion to Supplement Pleadings, and the Delaware Judges' Code of Judicial Conduct
(the "Code of Conduct").[1]  In the Motion to Recuse, Mr. Greenspan appears to argue that
my past association with Potter Anderson & Corroon LLP ("Potter Anderson") represents
a conflict of interest because Potter Anderson represented Answers Corporation
("Answers") in a previous case pending before Vice Chancellor Noble and Mr.
Greenspan alleges Answers and Potter Anderson made false statements about Mr.
Greenspan in that litigation and in certain public filings.  Although Potter Anderson and
Answers are not presently parties to this action, Mr. Greenspan has filed a Motion of
Joinder and a Motion to Supplement Pleadings that – collectively – seek to add Answers,

---

[1] On March 2, 2015, Mr. Greenspan filed a Mandamus Petition with the Delaware Supreme
Court asserting that this case improperly was assigned to a Master and seeking relief from the
Supreme Court.  Because the Mandamus Petition is not before me, I have not considered those
arguments in resolving the Motion to Recuse.

C.A. No. 9567-ML
April 2, 2015
Page 3

Potter Anderson, and several Potter Anderson attorneys as defendants to this action,

along with several other firms and individual attorneys.

I have not granted the Motion of Joinder or the Motion to Supplement Pleadings,

and Potter Anderson, Answers, and any Potter Anderson attorneys have yet been served

with process in this action.  I believe, however, it is proper to resolve the Motion to

Recuse with the proposed amended pleadings in mind, as the motions seeking to add

those additional defendants shortly will need to be resolved and the conflict on which Mr.

Greenspan relies arguably would by implicated in the Court's consideration of those

motions.  After reviewing the matter, and with an interest toward erring on the side of

caution, I have decided to recuse myself from this case and ask the Chancellor to reassign

the matter to another judicial officer.

The Motion to Recuse is governed by Rule 2.11(A) of the Code of Conduct.

Under that Rule, a judge should recuse herself:

> in a proceeding in which the judge's impartiality might reasonably be
> questioned, including but not limited to instances where:
>
> > (1)  The judge has a personal bias or prejudice concerning a party or
> > personal knowledge of disputed evidentiary facts concerning the
> > proceeding;
> >
> > * * *
> >
> > (4) The judge (a) served as a lawyer in the matter in controversy, or a
> > lawyer with whom the judge previously practiced law served during
> > such association as a lawyer concerning the matter … .[2]

---

[2] Del. Judge's Code of Judicial Conduct § 2.11.

C.A. No. 9567-ML
April 2, 2015
Page 4

I do not believe this case falls within Section 2.11(A)(4) of the Code of Conduct. Although I was an associate at Potter Anderson at the time that firm served as counsel to Answers, I did not personally work on that matter. More importantly, I understand the reference to the "matter" in Section 2.11(A)(4) as referring to the actual cause of action then pending. In this case, the "matter" would refer to the case before Vice Chancellor Noble in which Potter Anderson represented Answers, but would not refer to later, separate cases, such as the one currently pending before me. Therefore, I do not believe that disqualification is required under that Section of the Code of Conduct.

The inquiry, however, does not end there. Judicial impartiality is fundamental to due process.[3] The standards governing judicial conduct require both actual impartiality as well as the appearance of impartiality.[4] Accordingly, where the basis for the alleged disqualification is a claim that the judge personally is biased or prejudiced concerning a party, the judge must engage in a two-part analysis. "First, he must, as a matter of subjective belief, be satisfied that he can proceed to hear the cause free of bias or prejudice concerning that party. Second, even if the judge believes that he has no bias, situations may arise where, actual bias aside, there is the appearance of bias sufficient to cause doubt as to the judge's impartiality."[5]

---

[3] *Los v. Los*, 595 A.2d 381, 383 (Del. 1991).
[4] *Id.* at 583-84 (citing *Ungar v. Sarafite*, 376 U.S. 575, 588 (1964)).
[5] *Id.* at 584-85. *See also In re Wittrock*, 649 A.2d 1053 (Del. 1994).

C.A. No. 9567-ML
April 2, 2015
Page 5

The mere involvement of Potter Anderson as counsel in a proceeding before me

indisputably would not create the appearance of impartiality.[6]  Here, however, Mr.

Greenspan seeks to amend the pleadings to add the firm and three of its attorneys as

defendants and impose personal liability on them.  I am confident that – as a subjective

matter – I could hear this action free from bias or prejudice, even if Potter Anderson or

various of its attorneys are added as defendants.  I worked for the firm for approximately

seven years, left on amicable terms, was not a partner, and do not have any continuing

financial interest in the firm or any exposure to liability the firm may incur.  Nonetheless,

I have concluded that – under these circumstances – there would be an appearance of bias

in presiding over a matter that could result in a finding of liability for my former firm or

several attorneys with whom I closely worked while employed there.

I am aware– and deeply regret –that recusing myself from this case will impose

additional work on one of my colleagues.  The decision is not one I relish or make

lightly.  The importance, however, of maintaining both the fact and appearance of an

unbiased judiciary must, in my view, take precedence.  While Potter Anderson or its

attorneys are – or may be – defendants, I believe there is a sufficient basis for Mr.

Greenspan to question my impartiality.  If, however, the Motion to Supplement is denied,

or if Potter Anderson and its attorneys later are dismissed as defendants, and the

---

[6] *See* Del. Judges' Code of Judicial Conduct § 2.11(A)(4) (requiring disqualification if a judge
was associated within the previous year with a lawyer or law firm acting as counsel in a
proceeding).

C.A. No. 9567-ML
April 2, 2015
Page 6

presiding judicial officer concludes the case may be reassigned to me without prejudicing

the parties, I would be happy to be reassigned to the case.

     For the foregoing reasons, I believe I should recuse myself from this matter, and

therefore I ask the Chancellor to reassign it to another judicial officer.  This is my final

report and exceptions may be taken in accordance with Court of Chancery Rule 144.


     Respectfully submitted,

     */s/ Abigail M. LeGrow*
     Master in Chancery

**EXHIBIT #3**

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 17 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRAD GREENSPAN,<br><br>              Plaintiff-Appellant,<br><br>    v.<br><br>IAC/INTERACTIVECORP, a Delaware corporation; et al.,<br><br>              Defendants-Appellees. | No. 16-15908<br><br>D.C. No. 5:14-cv-04187-RMW<br><br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Northern District of California
Ronald M. Whyte, District Judge, Presiding

Submitted August 9, 2017**

Before:    SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

Brad Greenspan appeals from the district court's order denying his Federal

Rule of Civil Procedure 60(b) motion for relief from the judgment dismissing for

failure to prosecute Greenspan's putative shareholder class action. We have

jurisdiction under 28 U.S.C. § 1291. We affirm.

---

        *    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

        **    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

In his opening brief, Greenspan failed to challenge the district court's dismissal of his action or any other district court order, and therefore Greenspan waived any such challenge. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[A]rguments not raised by a party in its opening brief are deemed waived."); *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant, and a bare assertion does not preserve a claim . . . .").

Greenspan's notice of appeal challenging the Securities and Exchange Commission's ("SEC") May 2, 2016 Order Determining Whistleblower Award Claim, which was filed in the district court, should have been filed in this court. *See* 15 U.S.C. § 78u-6(f) (providing that certain determinations of whistleblower awards "may be appealed to the appropriate court of appeals of the United States not more than 30 days after the determination is issued by the Commission"). We construe Greenspan's notice of appeal as a petition for review. *See* Fed. R. App. P. 15(a)(4). In the interests of justice, we transfer Greenspan's petition for review to this court. *See* 28 U.S.C. § 1631; *Kolek v. Engen*, 869 F.2d 1281, 1284 (9th Cir. 1989) (setting forth conditions for transfer under 28 U.S.C. § 1631); *see also Baeta v. Sonchik*, 273 F.3d 1261, 1264 (9th Cir. 2001) ("[B]ecause the purpose of the transfer statute is to aid litigants who were confused about the proper forum for review, a petition that would be time-barred without a transfer satisfies the interest

of justice test." (citation and internal quotation marks omitted)).

The Clerk shall file Greenspan's notice of appeal (District Court Docket Entry No. 104) as a petition for review of the SEC's May 2, 2016 order and open a new case in this court.

Greenspan's motion to certify questions of law to the Delaware Supreme Court (Docket Entry No. 12) is denied.

**AFFIRMED.**

16-15908

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAD GREENSPAN,

     Plaintiff,

     v.

IAC/INTERACTIVECORP, et al.,

     Defendants.

Case No.  14-cv-04187-RMW

**ORDER FOLLOWING HEARING**

On September 18, 2015 the court held a hearing on plaintiff's motions for relief from the judgment entered against plaintiff by this court on May 15, 2015. For the reasons stated on the record, the court ORDERS as follows:

Within thirty days, plaintiff shall obtain new class counsel, who shall enter an appearance in this case. Hogue & Belong is no longer involved in this case.

Within five days, defendants shall file declarations detailing costs and expenses incurred following entry of judgment. The court will determine an appropriate amount to be paid by plaintiff as a condition of the court granting plaintiff relief from the judgment.

If plaintiff obtains class counsel and reimburses defendants in an amount to be set by this court, the court will grant plaintiff relief from the judgment entered against him in this case.

All other pending motions filed by plaintiff are DENIED.

**IT IS SO ORDERED.**

Dated: September 18, 2015

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge

14-cv-04187-RMW
ORDER FOLLOWING HEARING

1

1  KURT A. KAPPES (SBN 146384)
   GREENBERG TRAURIG, LLP
2  1201 K Street, Suite 1100
   Sacramento, CA  95814-3938
3  Telephone:  (916) 442-1111
   Facsimile:  (916) 448-1709
4  kappesk@gtlaw.com

5

6  Attorneys for Defendant
   IAC/InterActiveCorp

7  Additional Counsel Listed on Signature Page

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13  Brad Greenspan, on behalf of himself and all      )  CASE NO.  5:14-cv-04187-RMW
    others similarly situated,                        )
14                                                     )
                                                       )
15          Plaintiff,                                 )  **DECLARATION OF KURT A. KAPPES IN**
                                                       )  **SUPPORT OF DEFENDANT**
16  v.                                                 )  **IAC/INTERACTIVE CORP'S BILL OF FEES**
                                                       )  **AND COSTS**
17  IAC/InterActiveCorp, a Delaware corporation;       )
    Google, Inc., a Delaware corporation; News         )
18  Corp, a Delaware corporation;                      )  Date:   September 18, 2015
                                                       )  Time:   9:00 a.m.
19          Defendants.                                )  Place:  Courtroom 6, 4th Floor
    _____        )  Judge:  Honorable Ronald M. Whyte

20

21

22

23

24

25

26

27

28

                                                      CASE NO.  5:14-cv-04187-RMW
    DECLARATION OF KURT A. KAPPES IN SUPPORT OF DEFENDANT IAC/INTERACTIVE
                     CORP'S BILL OF FEES AND COSTS

1   MAYER BROWN LLP
    LEE H. RUBIN (SBN 141331)
2   lrubin@mayerbrown.com
    DONALD M. FALK (SBN 150256)
3   dfalk@mayerbrown.com
    Two Palo Alto Square, Suite 300
4   3000 El Camino Real
    Palo Alto, CA 94306-2112
5   Telephone:    (650) 331-2000
    Facsimile:    (650) 331-2061
6
    *Attorneys for Defendant*
7   *Google Inc.*

8

9                   **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN JOSE DIVISION**

12  BRAD GREENSPAN,                          Case No. 5:14-cv-04187-RMW

13          Plaintiff                        **DEFENDANT GOOGLE INC.'S REPLY
                                             IN SUPPORT OF MOTION FOR AN**
14  v.                                       **ORDER DECLARING PLAINTIFF A
                                             VEXATIOUS LITIGANT AND FOR**
15  IAC/INTERACTIVE CORP., a Delaware        **ATTORNEYS' FEES PURSUANT TO 28**
    corporation;                             **U.S.C. § 1927**
16
    GOOGLE, INC., a Delaware corporation;
17                                           Date:    September 23, 2016
    NEWS CORP., a Delaware corporation;      Time:    9:00 a.m.
18                                           Dept:    Courtroom 6
            Defendants.
19                                           The Honorable Ronald M. Whyte

20

21

22

23

24

25

26

27

28

substantially affected by the outcome of this proceeding:

    1.  Alphabet Inc., Holding Company of Defendant

    2.  Google Inc., Defendant

Dated: October 8, 2015

MAYER BROWN LLP

By:  /s/Lee H. Rubin            
     Lee H. Rubin
     Attorneys for Defendant
     Google Inc.

1    Greenspan has not responded to Google Inc.'s Motion to declare him a vexatious litigant

2    and for attorneys' fees filed on August 18, 2016 ("Motion"). Dkt. No. 150. Under the Local

3    Rules, his opposition (or statement of non-opposition) was due on September 6, 2016, *see* Local

4    Rule 7-3(a)-(b), but he has failed to file a response. Accordingly, Greenspan has effectively

5    conceded the merits of the Motion.

6    Google's request to constrain Greenspan's ability to file any further pleadings in this

7    closed case is further bolstered by the fact that, although he did not respond to Google's Motion,

8    Greenspan did file yet another frivolous motion (*i.e.*, his eighth following the Court's Orders of

9    May 5 and June 9, 2016). Dkt. No. 153. Although the Court has already disposed of that motion

10   (Dkt. No. 154), its filing further demonstrates the need to put a stop to Greenspan's

11   multiplication of the present (and properly terminated) proceedings.

12   Accordingly, and pursuant to its Motion, Google respectfully requests that this Court

13   issue an order: (1) declaring Greenspan a vexatious litigant and requiring him to obtain leave of

14   court before making further filings in this case, and (2) requiring him to reimburse Google for

15   the attorneys' fees outlined in its Motion, which amount to $21,793.50.

16

17   Dated: September 13, 2016               MAYER BROWN LLP

18                                           By:    */s/ Lee H. Rubin*
                                                    Lee H. Rubin
19
                                             *Attorneys for Defendant GOOGLE INC.*
20

21

22

23

24

25

26

27

28

GOOGLE'S REPLY ISO MOTION FOR AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT
AND FOR ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 1927; CASE NO. 5:14-CV-04187-RMW

BIJAL V. VAKIL (CA State Bar No. 192878)
bvakil@whitecase.com
ALLEN WANG (CA State Bar No. 278953)
awang@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorneys for Plaintiff
Google LLC

Jonathan D. Baker (CA Bar No. 196062)
Michael D. Saunders (CA Bar No. 259692)
Gurtej Singh (CA Bar No. 286547)
FARNEY DANIELS PC
411 Borel Avenue, Suite 310
San Mateo, California 94402
Telephone: (424) 268-5200
Email: jbaker@farneydaniels.com
         msaunders@farneydaniels.com
         tsingh@farneydaniels.com

*Counsel for Defendants Creative Labs, Inc.
and Creative Technology Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>                  Plaintiff,<br><br>        v.<br><br>CREATIVE LABS, INC. and<br>CREATIVE TECHNOLOGY LTD.,<br><br>                  Defendants. | Case No. 3:16-cv-02628-JST<br><br>**JOINT STIPULATION AND<br>[PROPOSED] ORDER TO<br>REFLECT NAME CHANGE<br>FROM GOOGLE INC. TO<br>GOOGLE LLC** |

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY

Pursuant to Civil Local Rule 7-12, Plaintiff Google Inc., now known as Google LLC, and Defendant Creative Labs, Inc. and Creative Technology Ltd. ("Creative"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiff represents that Google Inc. filed a Certificate of Conversion with the Delaware Secretary of State, in which Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC on September 30, 2017;

WHEREAS Plaintiff represents that Google LLC filed a Certificate of Formation with the Delaware Secretary of State, effective on September 30, 2017;

WHEREAS the Parties agree that this Stipulation merely reflects the above-noted change of corporate name, and does not affect any substantive issue in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:  Google Inc. shall now be known as Google LLC in this action and the caption of the case shall be:

GOOGLE LLC,

        Plaintiff,

    v.

CREATIVE LABS, INC. and
CREATIVE TECHNOLOGY LTD.,

        Defendants.


Dated:    October 20, 2017

Respectfully submitted,

By: _____ /s/ Bijal V. Vakil _____
      Bijal V. Vakil

Attorneys for Plaintiff
Google LLC

By: _____ /s/ Johnathan D. Baker _____
      Johnathan D. Baker

Attorneys for Defendants
Creative Labs, Inc. and
Creative Technology Ltd.

Americas 93575865

## ATTESTATION FOR SIGNATURE

I, Bijal V. Vakil, am the ECF user whose user ID and password authorized the filing of this document. Pursuant to Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated:  October 20, 2017

_/s/ Bijal V. Vakil_
Bijal V. Vakil

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY

Americas 93575865

Query   Reports ▾   Utilities ▾   Help   Log Out

**5:14-cv-04187-RMW** Greenspan v. IAC/InterActiveCorp et al
Ronald M. Whyte, presiding
Howard R. Lloyd, referral
**Date filed:** 09/16/2014
**Date terminated:** 05/15/2015
**Date of last filing:** 02/05/2018

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed & Entered:*       09/16/2014 | Complaint |
| | *Docket Text:* COMPLAINT against All Defendants ( Filing fee $ 400, receipt number 0971-8925560.). Filed byBrad Greenspan. (Attachments: # (1) Civil Cover Sheet)(Belong, Tyler) (Filed on 9/16/2014) | |
| 2 | *Filed & Entered:*       09/16/2014 | Proposed Summons |
| | *Docket Text:* Proposed Summons. (Belong, Tyler) (Filed on 9/16/2014) | |
| 3 | *Filed & Entered:*       09/17/2014 | Case Assigned by Intake |
| | *Docket Text:* Case assigned to Magistrate Judge Howard R. Lloyd.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (ha, COURT STAFF) (Filed on 9/17/2014) | |
| 4 | *Filed & Entered:*       09/17/2014 | Initial Case Management Scheduling Order with ADR Deadlines |
| | *Docket Text:* **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 1/27/2015. Case Management Conference set for 2/3/2015 01:30 PM in Courtroom 2, 5th Floor, San Jose. (dhmS, COURT STAFF) (Filed on 9/17/2014)** | |
| 5 | *Filed & Entered:*       09/17/2014 | Summons Issued |
| | *Docket Text:* Summons Issued as to David Carlick, Google, Inc., IAC/InterActiveCorp, News Corp, Geoff Yang. (dhmS, COURT STAFF) (Filed on 9/17/2014) | |
| 6 | *Filed & Entered:*       12/30/2014 | Amended Complaint |
| | *Docket Text:* **FIRST AMENDED ANTITRUST CLASS ACTION COMPLAINT** against Google, Inc., IAC/InterActiveCorp, News Corp. Filed by Brad Greenspan. (Belong, Tyler) (Filed on 12/30/2014) | |

| | | | |
|---|---|---|---|
| | Modified text on 12/31/2014 (dhmS, COURT STAFF). | | |
| 7 | *Filed & Entered:* | 01/12/2015 | Consent/Declination to Proceed Before a US Magistrate Judge |
| | *Docket Text:* CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by IAC/InterActiveCorp.. (Kappes, Kurt) (Filed on 1/12/2015) | | |
| 8 | *Filed & Entered:* | 01/13/2015 | Clerk's Notice of Impending Reassignment - Text Only |
| | *Docket Text:* CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned. ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED. *This is a text only docket entry; there is no document associated with this notice.* (pmc, COURT STAFF) (Filed on 1/13/2015) | | |
| 9 | *Filed & Entered:* | 01/13/2015 | Order Reassigning Case |
| | *Docket Text:* **ORDER REASSIGNING CASE. Case reassigned to Hon. Ronald M. Whyte for all further proceedings. Magistrate Judge Howard R. Lloyd remains referral judge assigned to the case. Reassignment Order signed by Executive Committee on 1/13/2015. (bwS, COURT STAFF) (Filed on 1/13/2015)** | | |
| 10 | *Filed & Entered:*<br>*Terminated:* | 01/15/2015<br>01/29/2015 | Motion for Pro Hac Vice |
| | *Docket Text:* APPLICATION FOR ADMISSION OF ATTORNEY JAMES I SEROTA FOR LEAVE TO APPEAR IN PRO HAC VICE; and (Proposed) Order) ( Filing fee $ 305, receipt number 0971-9213531.) filed by IAC/InterActiveCorp. (Kappes, Kurt) (Filed on 1/15/2015) Text modified on 1/16/2015 conforming to posted document caption (bwS, COURT STAFF). | | |
| 11 | *Filed & Entered:*<br>*Terminated:* | 01/15/2015<br>01/29/2015 | Motion for Pro Hac Vice |
| | *Docket Text:* APPLICATION FOR ADMISSION OF ATTORNEY Anastasia A Angelova FOR LEAVE TO APPEALRIN PRO HAC VICE; and (Proposed) Order) ( Filing fee $ 305, receipt number 0971-9213596.) filed by IAC/InterActiveCorp. (Kappes, Kurt) (Filed on 1/15/2015) Text modified on 1/16/2015 conforming to posted document caption (bwS, COURT STAFF). Modified on 1/16/2015 (bwS, COURT STAFF). | | |
| 12 | *Filed & Entered:* | 01/23/2015 | Stipulation |
| | *Docket Text:* STIPULATION *to Extend Google's Time for Response to Complaint to February 9, 2015* filed by Google, Inc.. (Rubin, Lee) (Filed on 1/23/2015) | | |
| 13 | *Filed & Entered:* | 01/26/2015 | Stipulation |
| | *Docket Text:* STIPULATION *to Extend Time for Defendant IAC/InterActive to Respond to the Complaint* filed by IAC/InterActiveCorp. (Kappes, Kurt) (Filed on 1/26/2015) | | |
| 14 | *Filed & Entered:* | 01/29/2015 | Order on Motion for Pro Hac Vice |
| | *Docket Text:* **ORDER by Judge Ronald M. Whyte Granting [10] Motion for Pro Hac Vice for Attorney James I. Serota. (jgS, COURT STAFF) (Filed on 1/29/2015)** | | |

| 15 | *Filed & Entered:* | 01/29/2015 | Order on Motion for Pro Hac Vice |
|---|---|---|---|

*Docket Text:* **ORDER by Judge Ronald M. Whyte Granting [11] Motion for Pro Hac Vice for Attorney Anastasia A. Angelova. (jgS, COURT STAFF) (Filed on 1/29/2015)**

| 16 | *Filed & Entered:* | 01/30/2015 | Notice (Other) |
|---|---|---|---|

*Docket Text:* Notice of filing of Certified Copy of Judgment and Notice of Lien filed in Los Angeles Superior Court Case No. BC411265 as to defendant Brad Greenspan, etc et al filed by Plaintiffs Stubbs Alderton and Markiles, etc (bwS, COURT STAFF) (Filed on 1/30/2015)

| 17 | *Filed & Entered:* | 02/02/2015 | Notice of Appearance |
|---|---|---|---|

*Docket Text:* NOTICE of Appearance for Defendant IAC/InterActiveCorp by Anastasia A Angelova (Angelova, Anastasia) (Filed on 2/2/2015) Modified on 2/2/2015 (bwS, COURT STAFF).

| 18 | *Filed & Entered:*<br>*Terminated:* | 02/05/2015<br>03/24/2015 | Motion to Dismiss |
|---|---|---|---|

*Docket Text:* MOTION to Dismiss *for Failure to State a Claim* filed by IAC/InterActiveCorp. Motion Hearing set for 3/20/2015 09:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Responses due by 2/19/2015. Replies due by 2/26/2015. (Attachments: # (1) Declaration of Kurt Kappes, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Exhibit 5, # (7) Exhibit 6, # (8) Exhibit 7, # (9) Exhibit 8, # (10) Exhibit 9, # (11) Exhibit 10, # (12) Exhibit 11, # (13) Exhibit 12, # (14) Exhibit 13, # (15) Exhibit 14, # (16) Exhibit 15, # (17) Appendix Request for Judicial Notice, # (18) (Proposed) Order)(Kappes, Kurt) (Filed on 2/5/2015) Modified on 2/6/2015 (bw, COURT STAFF).

| 19 | *Filed & Entered:*<br>*Terminated:* | 02/09/2015<br>03/24/2015 | Motion to Dismiss |
|---|---|---|---|

*Docket Text:* MOTION to Dismiss the First Amended Complaint re [6] filed by Google, Inc.. Motion Hearing set for 3/20/2015 09:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Responses due by 2/23/2015. Replies due by 3/2/2015. (Attachments: # (1) (Proposed) Order Granting Google's Motion to Dismiss the First Amended Complaint)(Rubin, Lee) (Filed on 2/9/2015) Linkage added on 2/10/2015 (bwS, COURT STAFF).

| 20 | *Filed & Entered:* | 02/09/2015 | Request for Judicial Notice |
|---|---|---|---|

*Docket Text:* REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS re [19] filed by Google, Inc.. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Exhibit E, # (6) Exhibit F, # (7) Exhibit G, # (8) Exhibit H, # (9) Exhibit I, # (10) Exhibit J, # (11) Exhibit K, # (12) Exhibit L, # (13) Exhibit M, # (14) Exhibit N, # (15) (Proposed) Order Granting Google's Request for Judicial Notice) (Rubin, Lee) (Filed on 2/9/2015) Modified on 2/10/2015 (bwS, COURT STAFF).

| 21 | *Filed & Entered:* | 02/19/2015 | Amended Complaint |
|---|---|---|---|

*Docket Text:* **SECOND AMENDED ANTITRUST CLASS ACTION COMPLAINT** against Google, Inc., IAC/InterActiveCorp, News Corp. Filed by Brad Greenspan. (Belong, Tyler) (Filed on 2/19/2015) Modified on 2/24/2015 (bwS, COURT STAFF).

| 22 | *Filed & Entered:* | 02/20/2015 | Clerk's Notice Continuing Motion Hearing |
|---|---|---|---|

*Docket Text:* CLERK'S NOTICE Continuing Motion Hearing: Set/Reset Deadlines as to [19] MOTION to Dismiss *the First Amended Complaint*, [18] MOTION to Dismiss *for Failure to State a Claim*. Motion Hearing set for 3/27/2015 09:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. ***This is a text only docket entry, there is no document associated with this notice.*** (jgS,

COURT STAFF) (Filed on 2/20/2015)

| 23 | *Filed & Entered:* | 03/04/2015 | Motion to Withdraw as Attorney |
| | *Terminated:* | 03/09/2015 | |

*Docket Text:* NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL and (Proposed) Order; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF filed by Brad Greenspan. Motion Hearing set for 4/10/2015 09:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Responses due by 3/18/2015. Replies due by 3/25/2015. (Attachments: # (1) Declaration of Tyler J. Belong ISO Motion for Leave to Withdraw as Counsel, # (2) (Proposed) Order) (Belong, Tyler) (Filed on 3/4/2015) Text modified on 3/5/2015 (bwS, COURT STAFF).

| 24 | *Filed & Entered:* | 03/09/2015 | Order on Motion to Withdraw as Attorney |

*Docket Text:* **Order by Hon. Ronald M. Whyte granting [23] Motion to Withdraw as Attorney. (rmwlc1, COURT STAFF) (Filed on 3/9/2015)**

| 25 | *Filed & Entered:* | 04/01/2015 | Declaration in Support |

*Docket Text:* DECLARATION OF DILIGENCE IN NOTIFYING PLAINTIFF OF COURT ORDER filed by Brad Greenspan. (Belong, Tyler) (Filed on 4/1/2015) Text modified on 4/2/2015 (bwS, COURT STAFF).

| 26 | *Filed & Entered:* | 04/20/2015 | Order to Show Cause |

*Docket Text:* **ORDER TO SHOW CAUSE. Show Cause Response due by 5/1/2015. Order to Show Cause Hearing set for 5/8/2015 09:00 AM. Signed by Judge Ronald M. Whyte on 4/20/2015. (rmwlc1, COURT STAFF) (Filed on 4/20/2015)**

| 27 | *Filed & Entered:* | 04/23/2015 | Order to Show Cause |

*Docket Text:* **AMENDED ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISS FOR FAILURE TO PROSECUTE. Order to Show Cause Hearing set for 5/15/2015 09:00 AM. Show Cause Response due by 5/8/2015. Signed by Judge Ronald M. Whyte on 4/23/15. (jgS, COURT STAFF) (Filed on 4/23/2015) (Additional attachment(s) added on 4/23/2015: # (1) Certificate/Proof of Service) (jgS, COURT STAFF).**

| | *Filed & Entered:* | 05/15/2015 | Remark |

*Docket Text:* Remarks: ***Please Note: ALL DOCUMENTS ELECTRONICALLY FILED*** (bwS, COURT STAFF) (Filed on 5/15/2015)

| 28 | *Filed & Entered:* | 05/15/2015 | Show Cause Hearing - Non Evidentiary |

*Docket Text:* **Minute Entry for proceedings held before Hon. Ronald M. Whyte: Show Cause Hearing - Non Evidentiary held on 5/15/2015. No appearance was made by the plaintiff. Case was called at 9:05 and 9:23 and still no appearance by the plaintiff. The Court to dismiss the case for failure to prosecute the case. The Court to issue an order of dismissal. The matter is submitted. Court Reporter Name: Lee-Anne Shortridge. FTR Time: [9:05 to 9:06]. Plaintiff Attorney: No Appearance. Defendant Attorney: M. Ducharme. This is a text only Minute Entry (jgS, COURT STAFF) (Date Filed: 5/15/2015)**

| 29 | *Filed & Entered:* | 05/15/2015 | Order |

*Docket Text:* **ORDER DISMISSING CASE WITH PREJUDICE. Signed by Judge Ronald M. Whyte on 5/15/2015. (rmwlc1, COURT STAFF) (Filed on 5/15/2015)**

| 30 | *Filed & Entered:* | 05/15/2015 | Judgment |

| | | |
|---|---|---|
| | *Docket Text:* **JUDGMENT. Signed by Judge Ronald M. Whyte on 5/15/2015. (rmwlc1, COURT STAFF) (Filed on 5/15/2015)** | |
| 31 | *Filed:*              06/03/2015<br>*Entered:*          06/04/2015 | Notice (Other) |
| | *Docket Text:* NOTICE of Motion and Motion FRCP 59(e) by Brad Greenspan (bwS, COURT STAFF) (Filed on 6/3/2015) | |
| 32 | *Filed:*              06/03/2015<br>*Entered:*          06/04/2015<br>*Terminated:*      09/18/2015 | Motion for Reconsideration |
| | *Docket Text:* MOTION for Reconsideration of its May 15, 2015 ruling and provide Plaintiff additional time to locate a substitute attorney filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 6/3/2015) Modified on 7/2/2015 (cv, COURT STAFF). | |
| 33 | *Filed:*              06/03/2015<br>*Entered:*          06/04/2015 | Declaration in Support |
| | *Docket Text:* *** **Please disregard. See Docket [36]**\*** Declaration of Brad Greenspan in Support of [32] MOTION for Reconsideration, [31] Notice of Motion and Motion FRCP 59(e) filed byBrad Greenspan. (bwS, COURT STAFF) (Filed on 6/3/2015) Modified on 6/4/2015 (bwS, COURT STAFF). | |
| 34 | *Filed:*              06/03/2015<br>*Entered:*          06/04/2015 | Received Document |
| | *Docket Text:* (Proposed) Order re [32] MOTION for Reconsideration by Brad Greenspan. (bwS, COURT STAFF) (Filed on 6/3/2015) | |
| 35 | *Filed:*              06/03/2015<br>*Entered:*          06/04/2015 | Certificate of Service |
| | *Docket Text:* CERTIFICATE OF SERVICE by Brad Greenspan re [32] MOTION for Reconsideration, [31] Notice of Motion and Motion, [34] Proposed Order, [33] Declaration in Support by Brad Greenspan (bwS, COURT STAFF) (Filed on 6/3/2015) | |
| 36 | *Filed & Entered:*    06/04/2015 | Declaration in Support |
| | *Docket Text:* Declaration of Brad Greenspan in Support of [32] MOTION for Reconsideration filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 6/4/2015) | |
| 37 | *Filed & Entered:*    06/17/2015 | Opposition/Response to Motion |
| | *Docket Text:* OPPOSITION TO PLAINTIFFS MOTION FOR RECONSIDERATION (re [32] filed by IAC/InterActiveCorp. (Attachments: # (1) Exhibit: Request for Judicial Notice, Declaration of Kurt Kappes)(Kappes, Kurt) (Filed on 6/17/2015) Modified on 6/18/2015 (bwS, COURT STAFF). | |
| 38 | *Filed:*              07/01/2015<br>*Entered:*          07/02/2015 | Reply to Opposition/Response |
| | *Docket Text:* REPLY (re [32] MOTION for Reconsideration ) filed by Brad Greenspan. (cv, COURT STAFF) (Filed on 7/1/2015) | |
| 39 | *Filed:*              07/01/2015<br>*Entered:*          07/02/2015<br>*Terminated:*      05/05/2016 | Motion to Set Aside Judgment |
| | *Docket Text:* MOTION to Set Aside Judgment filed by Brad Greenspan. Motion Hearing set for | |

| | | | |
|---|---|---|---|
| | 8/28/2015 09:00 AM before Hon. Ronald M. Whyte. Responses due by 7/15/2015. Replies due by 7/22/2015. (cv, COURT STAFF) (Filed on 7/1/2015) | | |
| 40 | *Filed:* | 07/01/2015 | Memorandum in Support |
| | *Entered:* | 07/02/2015 | |
| | *Docket Text:* MEMORANDUM in Support re [39] MOTION to Set Aside Judgment filed byBrad Greenspan. (Related document(s)[39]) (cv, COURT STAFF) (Filed on 7/1/2015) | | |
| 41 | *Filed:* | 07/01/2015 | Declaration in Support |
| | *Entered:* | 07/02/2015 | |
| | *Docket Text:* Declaration of Brad Greenspan in Support of [39] MOTION to Set Aside Judgment filed byBrad Greenspan. (Related document(s)[39]) (cv, COURT STAFF) (Filed on 7/1/2015) | | |
| 42 | *Filed:* | 07/01/2015 | Certificate of Service |
| | *Entered:* | 07/02/2015 | |
| | *Docket Text:* CERTIFICATE OF SERVICE by Brad Greenspan re [38] Reply to Opposition/Response, [41] Declaration in Support (cv, COURT STAFF) (Filed on 7/1/2015) | | |
| 43 | *Filed & Entered:* | 07/15/2015 | Opposition/Response to Motion |
| | *Docket Text:* OPPOSITION TO PLAINTIFFS MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b) (re [39] filed by Google, Inc. (Rubin, Lee) (Filed on 7/15/2015) Modified on 7/15/2015 (bwS, COURT STAFF). | | |
| 44 | *Filed & Entered:* | 07/15/2015 | Opposition/Response to Motion |
| | *Docket Text:* OPPOSITION TO PLAINTIFFS RULE 60(b) MOTION FOR RELIEF (re [39] filed by IAC/InterActiveCorp. (Kappes, Kurt) (Filed on 7/15/2015) Modified on 7/16/2015 (bwS, COURT STAFF). | | |
| 45 | *Filed & Entered:* | 07/22/2015 | Response |
| | *Docket Text:* Opposition to Defendants Opposition of Plaintiff's Rule 60(b)(1) and 60(b)(6) Motion for Relief re [44], [43] by Brad Greenspan. (bwS, COURT STAFF) (Filed on 7/22/2015) | | |
| 46 | *Filed:* | 07/31/2015 | Notice (Other) |
| | *Entered:* | 08/03/2015 | |
| | *Docket Text:* NOTICE of Motion FRCP 60(d)(3) Motion for Relief by Brad Greenspan (bwS, COURT STAFF) (Filed on 7/31/2015) | | |
| 47 | *Filed:* | 07/31/2015 | Motion for Miscellaneous Relief |
| | *Entered:* | 08/03/2015 | |
| | *Terminated:* | 09/18/2015 | |
| | *Docket Text:* FRCP 70(d)(3) Motion for Relief filed by Brad Greenspan. Motion Hearing set for 9/18/2015 09:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Responses due by 8/14/2015. Replies due by 8/21/2015. (bwS, COURT STAFF) (Filed on 7/31/2015) | | |
| 48 | *Filed:* | 07/31/2015 | Declaration in Support |
| | *Entered:* | 08/03/2015 | |
| | *Docket Text:* Declaration of Brad Greenspan in Support of FRCP 70(d)(3) Motion for Relief re [47] filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 7/31/2015) | | |
| 49 | *Filed:* | 07/31/2015 | Reply to Opposition/Response |
| | *Entered:* | 08/03/2015 | |

| | | |
|---|---|---|
| | *Docket Text:* Reply to Defendants Opposition of Plaintiff's Rule 60(b)(1) and 60(b)(6) Motion for Relief re [44] filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 7/31/2015) | |
| 50 | *Filed & Entered:*        08/14/2015 | Opposition/Response to Motion |
| | *Docket Text:* OPPOSITION TO PLAINTIFFS MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(d)(3) OR, IN THE ALTERNATIVE, FEDERAL RULE OF CIVIL PROCEDURE 60(b)(3) (re [47] filed by Google, Inc. (Rubin, Lee) (Filed on 8/14/2015) Modified on 8/17/2015 (bwS, COURT STAFF). | |
| 51 | *Filed & Entered:*        08/14/2015<br>*Terminated:*        08/19/2015 | Motion for Hearing |
| | *Docket Text:* Motion to Consolidate Hearing Dates filed by Google, Inc. (Attachments: # (1) Declaration of Lee H. Rubin ISO Google's Motion to Consolidate Hearing Dates, # (2) (Proposed) Order Granting Google's Motion to Consolidate Hearing Dates)(Rubin, Lee) (Filed on 8/14/2015) Modified on 8/17/2015 (bwS, COURT STAFF). | |
| 52 | *Filed & Entered:*        08/14/2015 | Notice (Other) |
| | *Docket Text:* NOTICE OF JOINDER TO GOOGLE, INC.S OPPOSITION TO PLAINTIFFS MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(d)(3) OR, IN THE ALTERNATIVE, FEDERAL RULE OF CIVIL PROCEDURE 60(b)(3) by IAC/InterActiveCorp re [50] (Kappes, Kurt) (Filed on 8/14/2015) Modified on 8/17/2015 (bwS, COURT STAFF). | |
| 53 | *Filed & Entered:*        08/14/2015 | Notice (Other) |
| | *Docket Text:* NOTICE OF JOINDER TO GOOGLE, INC.S ADMINISTRATIVE MOTION TO CONSOLIDATE HEARING DATES by IAC/InterActiveCorp re [51] (Kappes, Kurt) (Filed on 8/14/2015) Modified on 8/17/2015 (bwS, COURT STAFF). | |
| 54 | *Filed & Entered:*        08/19/2015 | Order on Motion for Hearing |
| | *Docket Text:* **ORDER GRANTING DEFENDANT GOOGLE'S MOTION TO CONSOLIDATE HEARING DATES by Hon. Ronald M. Whyte, granting [51]. The hearing calendared for August 28, 2015 regarding the motion for relief from judgment, Dkt. No. [39], shall be held on September 18, 2015.** (ofr, COURT STAFF) (Filed on 8/19/2015) (Additional attachment(s) added on 8/19/2015: # (1) CERTIFICATE OF SERVICE) (ofr, COURT STAFF). | |
| 55 | *Filed:*        08/24/2015<br>*Entered:*        08/31/2015 | Response |
| | *Docket Text:* Reply to Defendants Opposition of Plaintiff's Rule 60(d)(3) Motion for Relief re [43] by Brad Greenspan. (bwS, COURT STAFF) (Filed on 8/24/2015) | |
| 56 | *Filed:*        08/24/2015<br>*Entered:*        08/31/2015 | Certificate of Service |
| | *Docket Text:* CERTIFICATE OF SERVICE re [55] Reply to Defendants Opposition of Plaintiff's Rule 60(d)(3) Motion for Relief by Brad Greenspan (bwS, COURT STAFF) (Filed on 8/24/2015) | |
| 57 | *Filed:*        09/14/2015<br>*Entered:*        09/15/2015<br>*Terminated:*        09/18/2015 | Motion to Strike |
| | *Docket Text:* Notice of Motion to Strike and Motion for Default or Default Judgment; (Proposed) Order filed by Brad Greenspan. Motion Hearing set for 10/30/2015 09:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Responses due by 9/28/2015. Replies due by 10/5/2015. (bwS, | |

| | | | |
|---|---|---|---|
| | | | COURT STAFF) (Filed on 9/14/2015) |
| 58 | *Filed:*<br>*Entered:*<br>*Terminated:* | 09/14/2015<br>09/15/2015<br>09/18/2015 | Motion for Miscellaneous Relief |
| | *Docket Text:* Notice of Motion and Motion for Miscellaneous Relief Under Rule 60(b)(4) and (Proposed) Order filed by Brad Greenspan. Motion Hearing set for 10/30/2015 09:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Responses due by 9/28/2015. Replies due by 10/5/2015. (bwS, COURT STAFF) (Filed on 9/14/2015) | | |
| 59 | *Filed:*<br>*Entered:*<br>*Terminated:* | 09/14/2015<br>09/15/2015<br>09/18/2015 | Motion for Sanctions |
| | *Docket Text:* Notice of MOTION for Sanctions filed by Brad Greenspan. Motion Hearing set for 10/30/2015 09:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Responses due by 9/28/2015. Replies due by 10/5/2015. (bwS, COURT STAFF) (Filed on 9/14/2015) | | |
| 60 | *Filed:*<br>*Entered:*<br>*Terminated:* | 09/14/2015<br>09/15/2015<br>09/17/2015 | Motion for Entry of Default |
| | *Docket Text:* Notice of Motion and Motion to Enter Default; Memorandum of Points and Authorities in Support; and (Proposed) Order filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 9/14/2015) | | |
| 61 | *Filed:*<br>*Entered:*<br>*Terminated:* | 09/14/2015<br>09/15/2015<br>09/16/2015 | Motion for Miscellaneous Relief |
| | *Docket Text:* Notice of Ex-Parte Motion to Consolidate Hearing Dates and (Proposed) Order filed by Brad Greenspan. Motion Hearing set for 10/30/2015 09:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Responses due by 9/28/2015. Replies due by 10/5/2015. (bwS, COURT STAFF) (Filed on 9/14/2015) | | |
| 62 | *Filed:*<br>*Entered:* | 09/14/2015<br>09/15/2015 | Certificate of Service |
| | *Docket Text:* CERTIFICATE OF SERVICE re [60] MOTION for Entry of Default, [57] MOTION to Strike, [59] MOTION for Sanctions, [58] MOTION Notice of Motion and Motion for Miscellaneous Relief Under Rule 60(b)(4), [61] MOTION Notice of Ex-Parte Motion to Consolidate Hearing Dates and (Proposed) Order by Brad Greenspan (bwS, COURT STAFF) (Filed on 9/14/2015) | | |
| 63 | *Filed & Entered:* | 09/16/2015 | Opposition/Response to Motion |
| | *Docket Text:* OPPOSITION TO PLAINTIFFS EX PARTE MOTION TO CONSOLIDATE HEARING DATES re [61] filed by Google, Inc..(Rubin, Lee) (Filed on 9/16/2015) Modified on 9/17/2015 (bwS, COURT STAFF). | | |
| 64 | *Filed & Entered:* | 09/16/2015 | Order on Motion for Miscellaneous Relief |
| | *Docket Text:* **Order by Hon. Ronald M. Whyte denying [61] motion to consolidate hearing dates. (rmwlc1, COURT STAFF) (Filed on 9/16/2015)** | | |
| 65 | *Filed & Entered:* | 09/17/2015 | Clerk's Declination of Default |

| | | | |
|---|---|---|---|
| | *Docket Text:* Clerk's DECLINATION OF DEFAULT. Default is declined as to News Corp, David Carlick and Geoff Yang on September 17, 2015. (Attachments: # (1) Attachments) re [60] (bwS, COURT STAFF) (Filed on 9/17/2015) | | |
| 66 | *Filed & Entered:* | 09/18/2015 | Order on Motion for Reconsideration |
| | *Docket Text:* **ORDER by Judge Ronald M. Whyte denying [32] Motion for Reconsideration; deferring ruling on [39] Motion to Set Aside Judgment; denying [47] Motion for Relief; denying [57] Motion to Strike; denying [58] Motion for miscellaneous relief; denying [59] Motion for Sanctions. (rmwlc1, COURT STAFF) (Filed on 9/18/2015) (Additional attachment(s) added on 9/18/2015: # (1) CERTIFICATE OF SERVICE) (ofr, COURT STAFF).** | | |
| 67 | *Filed & Entered:* | 09/18/2015 | Motion Hearing |
| | *Docket Text:* **Minute Entry for proceedings held before Hon. Ronald M. Whyte: Motion Hearing held on 9/18/2015 re [39] MOTION to Set Aside Judgment filed by Brad Greenspan - The court issues ruling from the bench. Written order to be issued. Court Reporter: Irene Rodriguez. Time in Court: 9:24 to 9:48. Plaintiff present: Brad Greenspan, in pro se, telephonically. Defendant Attorney(s) present: Michael Lane and Lee Rubin. This is a text only Minute Entry. (ofr, COURT STAFF) (Date Filed: 9/18/2015)** | | |
| 68 | *Filed & Entered:* | 09/23/2015 | Declaration in Support |
| | *Docket Text:* DECLARATION OF LEE H. RUBIN REGARDING ATTORNEYS FEES AND COSTS INCURRED BY DEFENDANT GOOGLE SINCE ENTRY OF JUDGMENT on MAY 15, 2015 re [66] by Defendant Google filed by Google, Inc.. (Attachments: # (1) Exhibit A) (Rubin, Lee) (Filed on 9/23/2015) Modified on 9/24/2015 (bwS, COURT STAFF). | | |
| 69 | *Filed & Entered:* | 09/23/2015 | Declaration in Support |
| | *Docket Text:* DECLARATION OF KURT A. KAPPES IN SUPPORT OF DEFENDANT IAC/INTERACTIVE CORPS BILL OF FEES AND COSTS re [66] filed byIAC/InterActiveCorp. (Kappes, Kurt) (Filed on 9/23/2015) Modified on 9/24/2015 (bwS, COURT STAFF). | | |
| 70 | *Filed & Entered:* | 10/05/2015 | Response |
| | *Docket Text:* Reply to Defendants Google and IAC/Interactive Corporation September 23, 2015 Bill of Costs and Fees Incurred re [68] Declaration in Support, [69] Declaration in Support by Brad Greenspan. (Attachments: # (1) Exhibits)(bwS, COURT STAFF) (Filed on 10/5/2015) | | |
| 71 | *Filed & Entered:* | 10/05/2015 | Declaration in Support |
| | *Docket Text:* Declaration of Brad Greenspan in Support of Reply to Defendants Motion for Payment of Costs and Fees Incurred re [70] filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 10/5/2015) | | |
| 72 | *Filed & Entered:* | 10/05/2015 | Certificate of Service |
| | *Docket Text:* CERTIFICATE OF SERVICE re [71] Declaration in Support, [70] Response, by Brad Greenspan (bwS, COURT STAFF) (Filed on 10/5/2015) | | |
| 73 | *Filed & Entered:* | 10/08/2015 | Certificate of Interested Entities |
| | *Docket Text:* DEFENDANT GOOGLE INC.S FED R. CIV. P. 7.1 AND LOCAL RULE 3-15 CERTIFICATE OF INTERESTED ENTITIES by Google, Inc. identifying Corporate Parent Alphabet Inc. for Google, Inc. (Rubin, Lee) (Filed on 10/8/2015) Modified on 10/9/2015 (bwS, COURT STAFF). | | |
| 74 | *Filed:* | 10/09/2015 | Response |
| | *Entered:* | 10/13/2015 | |

| | | |
|---|---|---|
| | *Docket Text:* Amended Reply to Defendants Submitted Bill of Costs and Fees Incurred re [68] by Brad Greenspan. (bwS, COURT STAFF) (Filed on 10/9/2015) | |
| 75 | *Filed:*    10/09/2015<br>*Entered:*    10/13/2015 | Declaration in Support |
| | *Docket Text:* Amended Declaration in Support of Reply to Defendants Motion for Payment of Costs and Fees incurred re [68] filed by Brad Greenspan. (Attachments: # (1) Exhibits to Amended Declaration) (Related document(s)[68]) (bwS, COURT STAFF) (Filed on 10/9/2015) | |
| 76 | *Filed:*    10/16/2015<br>*Entered:*    10/19/2015<br>*Terminated:*    10/28/2015 | Ex Parte Application |
| | *Docket Text:* Received Plaintiff's Notice of Ex Parte Application for (1) An Administrative Motion to File Under seal; (2) To Elongate time for new outside counsel to appear filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 10/16/2015) | |
| 77 | *Filed:*    10/16/2015<br>*Entered:*    10/19/2015 | Declaration in Support |
| | *Docket Text:* Declaration of in Support of Ex-Parte Application re [76] Ex filed byBrad Greenspan. (bweS, COURT STAFF) (Filed on 10/16/2015) | |
| 78 | *Filed:*    10/16/2015<br>*Entered:*    10/19/2015 | Memorandum in Support |
| | *Docket Text:* Received Motion and Memorandum of Points and Authorities in Support of Plaintiff's Ex Parte Application for (1) An Administrative Motion to File Under seal; (2) To Elongate time for new outside counsel to appear re [76] Ex Parte Application filed by B rad Greenspan. ) (bwS, COURT STAFF) (Filed on 10/16/2015) | |
| 79 | *Filed:*    10/16/2015<br>*Entered:*    10/19/2015 | Proposed Order |
| | *Docket Text:* Received (Proposed) Order re [76] Ex Parte Application for by Brad Greenspan. (bwS, COURT STAFF) (Filed on 10/16/2015) | |
| 80 | *Filed:*    10/16/2015<br>*Entered:*    10/19/2015 | Certificate of Service |
| | *Docket Text:* CERTIFICATE OF SERVICE re [78] Memorandum in Support, [79] Proposed Order, [76] Ex Parte Application, [77] Declaration in Support by Brad Greenspan (bwS, COURT STAFF) (Filed on 10/16/2015) | |
| 81 | *Filed & Entered:*    10/28/2015 | Order on Ex Parte Application |
| | *Docket Text:* **ORDER by Judge Ronald M. Whyte granting [76] Ex Parte Application (rmwlc1, COURT STAFF) (Filed on 10/28/2015) (Additional attachment(s) added on 10/29/2015: # (1) Certificate/Proof of Service) (amk, COURT STAFF).** | |
| 82 | *Filed & Entered:*    11/02/2015 | Notice of Appearance |
| | *Docket Text:* NOTICE of Appearance by Jarod Michael Bona *as Attorney for Plaintiff Brad Greenspan* (Bona, Jarod) (Filed on 11/2/2015) | |
| 83 | *Filed & Entered:*    11/10/2015 | Order |

*Docket Text:* **ORDER RE COSTS AND EXPENSES. Plaintiff shall pay $20,000 to Google and pay $25,000 to IAC/Interactive Corp. Within five (5) days of payment, plaintiff shall file a declaration attesting that payment has been made. The court will then grant relief from the judgment. Signed by Judge Ronald M. Whyte on 11/10/2015. (rmwlc1, COURT STAFF) (Filed on 11/10/2015) Modified text on 3/18/2016 (ecg, COURT STAFF).**

| 84 | *Filed & Entered:* | 03/15/2016 | Order |
|----|--------------------|------------|-------|

*Docket Text:* **ORDER re [39] Motion to Set Aside Judgment . Unless plaintiff makes the required payments by March 25, 2016, the court will conclude that plaintiff does not intend to proceed with reimbursement and will no longer be willing to set aside the judgment. If plaintiff does not make the required payments by March 25, 2016, plaintiff's motion will be denied and the default judgment will stand. Signed by Ronald M. Whyte on 3/15/2016. (rmwlc1, COURT STAFF) (Filed on 3/15/2016) Modified text on 3/18/2016 (ecg, COURT STAFF).**

| 85 | *Filed & Entered:* | 03/25/2016 | Ex Parte Application |
|----|--------------------|------------|---------------------|
|    | *Terminated:*      | 04/01/2016 |                     |

*Docket Text:* EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME RE MOTION FOR ADMINISTRATIVE RELIEF AND EXTENSION OF TIME TO COMPLY WITH ORDER PURSUANT TO CIV. L.R. 6.1 AND CIV. L.R. 7-11; [PROPOSED] ORDER THEREON re [83] Order, [84] Order filed by Brad Greenspan. (Attachments: # (1) Declaration of Brad Greenspan, # (2) Declaration of Jarod Bona)(Bona, Jarod) (Filed on 3/25/2016) Modified on 3/25/2016 (bwS, COURT STAFF).

| 86 | *Filed & Entered:* | 03/28/2016 | Certificate of Service |
|----|--------------------|------------|------------------------|

*Docket Text:* CERTIFICATE OF SERVICE re [85] Ex Parte Ex Parte Application re [83] Order, [84] Order by Brad Greenspan (Bona, Jarod) (Filed on 3/28/2016) Modified on 3/29/2016 (bwS, COURT STAFF).

| 87 | *Filed & Entered:* | 03/28/2016 | Errata |
|----|--------------------|------------|--------|

*Docket Text:* NOTICE OF ERRATA re [85] Ex Parte Ex Parte Application re [83] Order, [84] Order by Brad Greenspan. (Bona, Jarod) (Filed on 3/28/2016) Modified on 3/29/2016 (bwS, COURT STAFF).

| 88 | *Filed & Entered:* | 03/28/2016 | Certificate of Service |
|----|--------------------|------------|------------------------|

*Docket Text:* CERTIFICATE OF SERVICE re [87] Errata <by Brad Greenspan (Bona, Jarod) (Filed on 3/28/2016) Modified on 3/29/2016 (bwS, COURT STAFF).

| 89 | *Filed & Entered:* | 03/28/2016 | Opposition/Response to Motion |
|----|--------------------|------------|-------------------------------|

*Docket Text:* OPPOSITION TO PLAINTIFFS MOTION TO EXTEND TIME TO COMPLY WITH NOVEMBER 10, 2015 ORDER [re [85] Ex Parte Ex Parte Application re [83] Order, [84] Order, filed by Google, Inc.. (Rubin, Lee) (Filed on 3/28/2016) Modified on 3/29/2016 (bwS, COURT STAFF).

| 90 | *Filed & Entered:* | 04/01/2016 | Order on Ex Parte Application |
|----|--------------------|------------|-------------------------------|

*Docket Text:* **ORDER Granting [85] EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME RE MOTION FOR ADMINISTRATIVE RELIEF AND EXTENSION OF TIME TO COMPLY WITH ORDER PURSUANT TO CIV. L.R. 6.1 AND CIV. L.R. 7-11. It is hereby ordered that Plaintiff, Brad Greenspan shall have until 4/25/2016 to make payment to Google and IAC as provided in [83] and has until 4/29/2016 file a declaration attesting that payment has been made. Signed by Judge Ronald M. Whyte on 4/1/2016.(amkS, COURT STAFF) (Filed on 4/1/2016)**

| 91 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/02/2016<br>05/03/2016<br>05/05/2016 | Motion to Intervene |
|---|---|---|---|
| | *Docket Text:* Notice of Motion to Intervene for Limited Purpose filed by Brad Greenspan. Responses due by 5/16/2016. Replies due by 5/23/2016. (bwS, COURT STAFF) (Filed on 5/2/2016) | | |
| 92 | *Filed:*<br>*Entered:* | 05/02/2016<br>05/03/2016 | Declaration in Support |
| | *Docket Text:* Declaration of Brad Greenspan in Support of Motion to Intervene for Limited Purpose re [91] filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 5/2/2016) *** **Document sealed due to Sensitive Information*** Modified on 5/4/2016 (bwS, COURT STAFF).** | | |
| 93 | *Filed:*<br>*Entered:* | 05/02/2016<br>05/03/2016 | Memorandum in Support |
| | *Docket Text:* MEMORANDUM in Support re Motion to Intervene for Limited Purpose re [91] filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 5/2/2016) | | |
| 94 | *Filed:*<br>*Entered:* | 05/02/2016<br>05/03/2016 | Proposed Order |
| | *Docket Text:* (Proposed) Order re [91] Motion to Intervene for Limited Purpose by Brad Greenspan. (bwS, COURT STAFF) (Filed on 5/2/2016) | | |
| | *Filed & Entered:* | 05/03/2016 | Electronic Filing Error |
| | *Docket Text:* Electronic filing error. Incorrect event used. Correct event type is "Declaration". Corrected by Clerk's Office. No further action is necessary. Re:[95] Affidavit, filed by IAC/InterActiveCorp (bwS, COURT STAFF) (Filed on 5/3/2016) | | |
| 95 | *Filed & Entered:* | 05/03/2016 | Affidavit |
| | *Docket Text:* DECLARATION OF KURT A. KAPPES REGARDING PLAINTIFF'S NON- PAYMENT AND NON-COMPLIANCE WITH ORDER (DKT. NO. [90]), AND REQUEST FOR JUDGMENT re [90] Order on Ex Parte Application, by IAC/InterActiveCorp. (Kappes, Kurt) (Filed on 5/3/2016) Modified on 5/3/2016 (bwS, COURT STAFF). | | |
| 96 | *Filed & Entered:*<br>*Terminated:* | 05/03/2016<br>05/05/2016 | Motion to Withdraw as Attorney |
| | *Docket Text:* MOTION and (Proposed) Order for **Jarod Bona and Bona Law PC** to Withdraw as Counsel of Record for Plaintiff Brad Greenspan filed by Brad Greenspan. Motion Hearing set for 6/8/2016 10:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Responses due by 5/17/2016. Replies due by 5/24/2016. (Attachments: # (1) Certificate/Proof of Service) (Bona, Jarod) (Filed on 5/3/2016) Modified on 5/4/2016 (bwS, COURT STAFF). | | |
| 97 | *Filed & Entered:* | 05/04/2016 | Certificate of Service |
| | *Docket Text:* CERTIFICATE OF SERVICE re [96] MOTION to Withdraw as Attorney by Brad Greenspan (Bona, Jarod) (Filed on 5/4/2016) Modified on 5/4/2016 (bwS, COURT STAFF). | | |
| 98 | *Filed & Entered:* | 05/04/2016 | Notice (Other) |
| | *Docket Text:* NOTICE OF PLAINTIFF BRAD GREENSPANS NONCOMPLIANCE WITH APRIL 1, 2016 ORDER re [90] by Google, Inc. (Attachments: # (1) Declaration of Lee H. Rubin) (Rubin, Lee) (Filed on 5/4/2016) Modified on 5/4/2016 (bwS, COURT STAFF). | | |

| 99 | *Filed & Entered:* | 05/05/2016 | Order on Motion to Set Aside Judgment |
|---|---|---|---|
| | *Docket Text:* **ORDER by Judge Ronald M. Whyte denying [39] Motion to Set Aside Judgment; denying [91] Motion to Intervene; granting [96] Motion to Withdraw as Attorney. (rmwlc1, COURT STAFF) (Filed on 5/5/2016)** | | |
| 100 | *Filed & Entered:* | 05/05/2016 | Certificate of Service |
| | *Docket Text:* CERTIFICATE OF SERVICE re [99] Order on Motion to Set Aside Judgment, Order on Motion to Intervene, Order on Motion to Withdraw as Attorney by Brad Greenspan (Bona, Jarod) (Filed on 5/5/2016) Modified on 5/6/2016 (bwS, COURT STAFF). | | |
| 101 | *Filed & Entered:*<br>Terminated: | 05/09/2016<br>05/13/2016 | Administrative Motion to File Under Seal |
| | *Docket Text:* NON-PARTY MAYER BROWN LLP AND GREENBERG TRAURIG LLPS JOINT ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE GREENSPAN DECLARATION re ([92]) filed by Google, Inc. (Attachments: # (1) Exhibit A to Joint Motion to Seal (Redacted), # (2) Exhibit A to Joint Motion to Seal (Unredacted), # (3) Declaration of Lee H. Rubin, # (4) (Proposed) Order)(Rubin, Lee) (Filed on 5/9/2016) Modified on 5/10/2016 (bwS, COURT STAFF). | | |
| 102 | *Filed & Entered:* | 05/09/2016 | Declaration in Support |
| | *Docket Text:* DECLARATION OF KURT A. KAPPES IN SUPPORT OF NON-PARTY MAYER BROWN LLP AND GREENBERG TRAURIG LLP'S JOINT ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE GREENSPAN DECLARATION re ([92]) filed by IAC/InterActiveCorp. (Kappes, Kurt) (Filed on 5/9/2016) Modified on 5/10/2016 (bwS, COURT STAFF). | | |
| 103 | *Filed:*<br>*Entered:* | 05/12/2016<br>05/13/2016 | Order on Administrative Motion to File Under Seal |
| | *Docket Text:* **ORDER Granting [101] NON-PARTY MAYER BROWN LLP AND GREENBERG TRAURIG LLPS JOINT ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE GREENSPAN DECLARATION. Signed by Judge Ronald M. Whyte on 5/13/2016. (amkS, COURT STAFF) (Filed on 5/12/2016) Modified text on 5/13/2016 (amkS, COURT STAFF).** | | |
| 104 | *Filed:*<br>*Entered:* | 05/16/2016<br>05/18/2016 | Notice of Appeal to the Ninth Circuit |
| | *Docket Text:* NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Brad Greenspan. Appeal of Order on Motion to Set Aside Judgment, Order on Motion to Intervene, Order on Motion to Withdraw as Attorney re [99] (Appeal fee FEE NOT PAID.) (Attachments: # (1) Exhibits -Part 1 to Notice of Appeal, **(Document sealed due to sensitive information)** # (2) Exhibits- Part 2 to Notice of Appeal, **(Document sealed due to sensitive information)** ) (bwS, COURT STAFF) (Filed on 5/16/2016) Modified on 5/19/2016 (bwS, COURT STAFF). | | |
| 105 | *Filed & Entered:* | 05/18/2016 | Appeal Fee Payment Request |
| | *Docket Text:* Mailed request for payment of docket fee to appellant re [104](cc to USCA) (bwS, COURT STAFF) (Filed on 5/18/2016) | | |
| 106 | *Filed:*<br>*Entered:* | 05/20/2016<br>05/23/2016 | USCA Scheduling Order |
| | *Docket Text:* USCA Time Scheduling Order as to [104] Notice of Appeal,, filed by Brad Greenspan. (Attachments: # (1) Docketing Letter, # (2) Case Opening Packet)(bwS, COURT STAFF) (Filed on 5/20/2016) | | |

| | | |
|---|---|---|
| | *Filed & Entered:* 05/23/2016 | USCA Case Number |
| | *Docket Text:* USCA Case Number **16-15908** USCA for [104] Notice of Appeal filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 5/23/2016) | |
| 107 | *Filed & Entered:* 05/23/2016 *Terminated:* 06/09/2016 | Administrative Motion to File Under Seal |
| | *Docket Text:* NON-PARTIES MAYER BROWN LLP AND GREENBERG TRAURIG LLPS JOINT ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE EXHIBITS TO THE NOTICE OF APPEAL (ECF NO. [104]-1; 104-2) filed by Google, Inc.. (Attachments: # (1) (Proposed) Order)(Rubin, Lee) (Filed on 5/23/2016) Modified on 5/24/2016 (bwS, COURT STAFF). | |
| 108 | *Filed & Entered:* 05/25/2016 | USCA Order |
| | *Docket Text:* ORDER of USCA as to [104] Notice of Appeal,, filed by Brad Greenspan A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $505 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. The filing of a motion to proceed in forma pauperis will automatically stay the briefing schedule under Ninth Circuit Rule 27-11. Any motion to proceed in forma pauperis must include a financial declaration such as the attached Form 4. If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. See 9th Cir. R. 42-1. (bwS, COURT STAFF) (Filed on 5/25/2016) | |
| 110 | *Filed:* 06/02/2016 *Entered:* 06/03/2016 | Notice (Other) |
| | *Docket Text:* NOTICE of Withdrawal of Rule 23F Appeal Only by Brad Greenspan (bwS, COURT STAFF) (Filed on 6/2/2016) | |
| 111 | *Filed:* 06/02/2016 *Entered:* 06/03/2016 *Terminated:* 06/09/2016 | Motion for Miscellaneous Relief |
| | *Docket Text:* Notice of Motion 60(b)(2) re [99] Order on Motion to Set Aside Judgment, Order on Motion to Intervene, Order on Motion to Withdraw as Attorney filed by Brad Greenspan. Motion Hearing set for 6/24/2016 09:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Responses due by 6/16/2016. Replies due by 6/23/2016. (bwS, COURT STAFF) (Filed on 6/2/2016) | |
| 113 | *Filed:* 06/02/2016 *Entered:* 06/03/2016 | Memorandum in Support |
| | *Docket Text:* MEMORANDUM of Points and Authorities in Support of Motion for 60(b)(2) Relief re 111 filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 6/2/2016) | |
| 109 | *Filed & Entered:* 06/03/2016 | USCA Appeal Fees |
| | *Docket Text:* USCA Appeal Fees received $ 505 receipt number 54611016271 re [104] Notice of Appeal,, filed by Brad Greenspan (bwS, COURT STAFF) (Filed on 6/3/2016) | |
| 112 | *Filed & Entered:* 06/03/2016 | Declaration in Support |
| | *Docket Text:* Declaration of Brad Greenspan in Support of [111] Notice of Motion 60(b)2 re [99] Order on Motion to Set Aside Judgment, Order on Motion to Intervene, Order on Motion to Withdraw as | |

| | | |
|---|---|---|
| | Attorney filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 6/3/2016) | |
| 114 | *Filed & Entered:* 06/09/2016 | Order on Motion for Miscellaneous Relief |
| | *Docket Text:* **ORDER by Judge Ronald M. Whyte denying [111] Motion for Rule 60(b)(2) Relief. (rmwlc1, COURT STAFF) (Filed on 6/9/2016) (Additional attachment(s) added on 6/9/2016: # (1) Certificate/Proof of Service) (amkS, COURT STAFF).** | |
| 115 | *Filed & Entered:* 06/09/2016 | Order on Administrative Motion to File Under Seal |
| | *Docket Text:* **ORDER Granting [107] Non-Parties Mayer Brown LLP and Greenberg Traurig LLP's Joint Administrative Motion to Seal Portions of the Exhibits to the Notice of Appeal (ECF No. 104-1; 104-2). Signed by Judge Ronald M. Whyte on 6/9/2016. (Attachments: # (1) Certificate/Proof of Service)(amkS, COURT STAFF) (Filed on 6/9/2016)** | |
| 116 | *Filed:* 06/21/2016 *Entered:* 06/23/2016 *Terminated:* 08/31/2016 | Motion for Sanctions |
| | *Docket Text:* MOTION for Sanctions filed by Brad Greenspan. Motion Hearing set for 8/12/2016 09:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Responses due by 7/5/2016. Replies due by 7/12/2016. (bwS, COURT STAFF) (Filed on 6/21/2016) | |
| 117 | *Filed:* 06/21/2016 *Entered:* 06/23/2016 | Notice (Other) |
| | *Docket Text:* NOTICE of Motion for Sanctions by Brad Greenspan re [116] (bwS, COURT STAFF) (Filed on 6/21/2016) | |
| 118 | *Filed:* 06/21/2016 *Entered:* 06/23/2016 | Declaration in Support |
| | *Docket Text:* Declaration of Brad Greenspan in Support of MOTION for Sanctions re [116] filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 6/21/2016) | |
| 119 | *Filed:* 06/21/2016 *Entered:* 06/23/2016 | Certificate of Service |
| | *Docket Text:* CERTIFICATE OF SERVICE re [116] MOTION for Sanctions, [118] Declaration in Support, [117] Notice (by Brad Greenspan (bwS, COURT STAFF) (Filed on 6/21/2016) | |
| 120 | *Filed:* 06/22/2016 *Entered:* 06/23/2016 | Notice (Other) |
| | *Docket Text:* NOTICE of Motion to Strike and Local Rule Objection to Reply Evidence by Brad Greenspan (bwS, COURT STAFF) (Filed on 6/22/2016) | |
| 121 | *Filed:* 06/22/2016 *Entered:* 06/23/2016 *Terminated:* 08/31/2016 | Motion to Strike |
| | *Docket Text:* MOTION to Strike filed by Brad Greenspan. Motion Hearing set for 7/22/2016 09:00 AM in Courtroom 5, 4th Floor, San Jose before Hon. Ronald M. Whyte. Responses due by 7/22/2016. Replies due by 7/29/2016. (bwS, COURT STAFF) (Filed on 6/22/2016) | |
| 122 | *Filed:* 06/22/2016 *Entered:* 06/23/2016 | Memorandum in Support |
| | *Docket Text:* MEMORANDUM of Points and Authorities in Support of Motion to Strike and Local Rule | |

| | | | |
|---|---|---|---|
| | Objection to Reply Evidence re [121] filed byBrad Greenspan. (bwS, COURT STAFF) (Filed on 6/22/2016) | | |
| [123] | *Filed:* | 06/22/2016 | Declaration in Support |
| | *Entered:* | 06/23/2016 | |
| | *Docket Text:* Declaration in Support of Motion to Strike and Objection to Reply Evidence [121] filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 6/22/2016) | | |
| [124] | *Filed:* | 06/22/2016 | Memorandum in Support |
| | *Entered:* | 06/23/2016 | |
| | *Docket Text:* MEMORANDUM of Points and Authorities in Support of Motion for FRCP 59 filed byBrad Greenspan. (bwS, COURT STAFF) (Filed on 6/22/2016) | | |
| [125] | *Filed:* | 06/22/2016 | Declaration in Support |
| | *Entered:* | 06/23/2016 | |
| | *Docket Text:* Declaration in Support of Motion 59e re [124] filed byBrad Greenspan. (bwS, COURT STAFF) (Filed on 6/22/2016) | | |
| [126] | *Filed:* | 06/22/2016 | Notice (Other) |
| | *Entered:* | 06/23/2016 | |
| | *Docket Text:* NOTICE of FRCP 60(b)(10 Motion for Relief by Brad Greenspan (bwS, COURT STAFF) (Filed on 6/22/2016) | | |
| [127] | *Filed:* | 06/22/2016 | Motion for Miscellaneous Relief |
| | *Entered:* | 06/23/2016 | |
| | *Terminated:* | 08/31/2016 | |
| | *Docket Text:* FRCP 60(b)(1) Motion for Relief filed by Brad Greenspan. Motion Hearing set for 7/22/2016 09:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Responses due by 7/6/2016. Replies due by 7/13/2016. (bwS, COURT STAFF) (Filed on 6/22/2016) | | |
| [128] | *Filed:* | 06/22/2016 | Declaration in Support |
| | *Entered:* | 06/23/2016 | |
| | *Docket Text:* Declaration in Support of Motion 60(b)(1) filed byBrad Greenspan. (bwS, COURT STAFF) (Filed on 6/22/2016) | | |
| | *Filed:* | 06/23/2016 | Set/Reset Hearings |
| | *Entered:* | 06/28/2016 | |
| | *Docket Text:* ***Setting Hearing re [132] Motion to Amend Complaint. Motion Hearing set for 8/26/2016 at 9:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Pursuant to ECF No. [132]. (ofr, COURT STAFF) (Filed on 6/23/2016) | | |
| [129] | *Filed:* | 06/23/2016 | Notice (Other) |
| | *Entered:* | 06/27/2016 | |
| | *Docket Text:* Notice FRCP 60(d)(3) Motion for Relief by Brad Greenspan (bwS, COURT STAFF) (Filed on 6/23/2016) | | |
| [130] | *Filed:* | 06/23/2016 | Declaration in Support |
| | *Entered:* | 06/27/2016 | |
| | *Docket Text:* Declaration of Brad Greenspan in Support of Motion 60(d)(3) re [129] filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 6/23/2016) | | |

| 131 | Filed:<br>Entered:<br>Terminated: | 06/23/2016<br>06/27/2016<br>08/31/2016 | Motion for Miscellaneous Relief |
|---|---|---|---|
| | *Docket Text:* FRCP 60(d)(3) MOTION for Relief filed by Brad Greenspan. Motion Hearing set for 8/26/2016 09:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Responses due by 7/7/2016. Replies due by 7/14/2016. (bwS, COURT STAFF) (Filed on 6/23/2016) | | |
| 132 | Filed:<br>Entered: | 06/23/2016<br>06/27/2016 | Notice (Other) |
| | *Docket Text:* NOTICE of Motion to Amend Complaint by Brad Greenspan (bwS, COURT STAFF) (Filed on 6/23/2016) | | |
| 133 | Filed:<br>Entered: | 06/23/2016<br>06/27/2016 | Memorandum in Support |
| | *Docket Text:* MEMORANDUM of Points and Authorities in Support of Motion to Amend Complaint re [132] filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 6/23/2016) | | |
| 134 | Filed:<br>Entered: | 06/23/2016<br>06/27/2016 | Declaration in Support |
| | *Docket Text:* Declaration of Brad Greenspan in Support of Motion for Amendment re [132] filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 6/23/2016) | | |
| 135 | Filed & Entered: | 07/01/2016 | Clerk's Notice |
| | *Docket Text:* CLERK'S NOTICE RESETTING MOTION HEARINGS AND RESETTING RESPONSE AND REPLY DEADLINES FOR PLAINTIFF'S MOTION TO STRIKE, resetting hearing as to [116] MOTION for Sanctions, [121] MOTION to Strike and [127] MOTION for Relief FRCP 60(b)(1). Motion Hearings rescheduled for 8/26/2016 at 9:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Response to Motion to Strike (ECF No. [121]) reset for 7/6/2016. Reply to Motion to Strike (ECF No. [121]) reset for 7/13/2016. (ofr, COURT STAFF) (Filed on 7/1/2016) (Additional attachment(s) added on 7/1/2016: # (1) CERTIFICATE OF SERVICE) (ofr, COURT STAFF). | | |
| 136 | Filed & Entered: | 07/05/2016 | Certificate of Interested Entities |
| | *Docket Text:* DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSON by IAC/InterActiveCorp (Kappes, Kurt) (Filed on 7/5/2016) Modified on 7/5/2016 (bwS, COURT STAFF). | | |
| 137 | Filed & Entered: | 07/05/2016 | Opposition/Response to Motion |
| | *Docket Text:* OPPOSITION TO PLAINTIFFS MOTIONS: 1. TO AMEND THE COMPLAINT (FRCP 15 AND 17(a)) (Dkt. No. 133); 2. TO SET ASIDE JUDGMENT (FRCP 60(d)(3) and 60(b)(3)) (Dkt. No. 131); 3. TO SET ASIDE 9/18/2015 ORDER (FRCP 60(b)(1)) (Dkt. No. 127); 4. TO ALTER OR AMEND 6/5/2016 JUDGMENT (FRCP 59) (Dkt. No. 124); 5. TO STRIKE AND OBJECTION TO REPLY EVIDENCE (FRCP 12(f)) (Dkt. No. 122); 6. FOR SANCTIONS (FRCP 11, 37) (Dkt. No. 116) (re [121] MOTION to Strike, [116] MOTION for Sanctions, [131] MOTION Brad Greenspan, [127] MOTION ) filed by IAC/InterActiveCorp. (Attachments: # (1) Declaration of Kurt Kappes )(Kappes, Kurt) (Filed on 7/5/2016) Modified on 7/5/2016 (bwS, COURT STAFF). | | |
| 138 | Filed & Entered: | 07/05/2016 | Opposition/Response to Motion |
| | *Docket Text:* OPPOSITION TO MOTION FOR SANCTIONS (re [116] MOTION for Sanctions filed by Google, Inc.. (Rubin, Lee) (Filed on 7/5/2016) Modified on 7/6/2016 (bwS, COURT STAFF). | | |

| 139 | Filed & Entered: | 07/06/2016 | Opposition/Response to Motion |
|---|---|---|---|
| | Docket Text: OPPOSITION TO MOTION TO STRIKE AND LOCAL RULE OBJECTION TO REPLY EVIDENCE (re [121] MOTION to Strike ) filed by Google, Inc.. (Attachments: # (1) Declaration of Lee H. Rubin)(Rubin, Lee) (Filed on 7/6/2016) Modified on 7/7/2016 (bwS, COURT STAFF). | | |
| 140 | Filed & Entered: | 07/06/2016 | Opposition/Response to Motion |
| | Docket Text: OPPOSITION TO MOTION TO AMEND COMPLAINT (re [121] MOTION to Strike )Motion to Amend Complaint (Dkt. Nos. [132] & [133] filed by Google, Inc. (Rubin, Lee) (Filed on 7/6/2016) Modified on 7/7/2016 (bwS, COURT STAFF). | | |
| 141 | Filed & Entered: | 07/06/2016 | Opposition/Response to Motion |
| | Docket Text: CONSOLIDATED OPPOSITION TO PLAINTIFFS FED. R. CIV. PROC. 59, FED. R. CIV. PROC. 60(b)(1), AND FED. R. CIV. PROC. 60(d)(3) MOTIONS (re [131] MOTION Brad Greenspan, [127] MOTION to Plaintiff's Fed. R. Civ. Proc. 59 (Dkt. [124]), Fed. R. Civ. Prod. 60(b)(1) (Dkt. [127]) and Fed. R. Civ. Proc. 60(d)(3) (Dkt. [131]) Motions filed by Google, Inc.. (Rubin, Lee) (Filed on 7/6/2016) Modified on 7/7/2016 (bwS, COURT STAFF). | | |
| 142 | Filed: Entered: | 07/15/2016 07/18/2016 | Response |
| | Docket Text: Opposition to Motion for Sanctions re [138] Brad Greenspan. (bwS, COURT STAFF) (Filed on 7/15/2016) | | |
| 143 | Filed: Entered: | 07/15/2016 07/18/2016 | Declaration in Support |
| | Docket Text: Declaration of Brad Greenspan in Support of Motion re [142] filed byBrad Greenspan. (bwS, COURT STAFF) (Filed on 7/15/2016) | | |
| 144 | Filed: Entered: Terminated: | 07/19/2016 07/20/2016 08/31/2016 | Motion to Strike |
| | Docket Text: Notice of Second Motion to Strike filed by Brad Greenspan. Responses due by 8/2/2016. Replies due by 8/9/2016. (bwS, COURT STAFF) (Filed on 7/19/2016) | | |
| 145 | Filed: Entered: | 07/19/2016 07/20/2016 | Memorandum in Support |
| | Docket Text: MEMORANDUM of Points and Authorities in Support of Second Motion to Strike re [144] MOTION to Strike filed by Brad Greenspan. (bwS, COURT STAFF) (Filed on 7/19/2016) | | |
| 146 | Filed: Entered: | 07/19/2016 07/20/2016 | Declaration in Support |
| | Docket Text: Declaration of Brad Greenspan in Support of Second Motion to Strike re [144] MOTION to Strike filed byBrad Greenspan. (bwS, COURT STAFF) (Filed on 7/19/2016) | | |
| | Filed & Entered: | 07/20/2016 | Set Motion and Deadlines/Hearings |
| | Docket Text: ***Setting hearing as to [144] MOTION to Strike. Motion Hearing set for 8/26/2016 at 9:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Pursuant to ECF No. [144]. (ofr, COURT STAFF) (Filed on 7/20/2016) | | |
| 147 | Filed & Entered: | 08/02/2016 | Opposition/Response to Motion |

| | | |
|---|---|---|
| | *Docket Text:* OPPOSITION TO PLAINTIFFS SECOND MOTION TO STRIKE (re [144] MOTION to Strike filed byGoogle, Inc.. (Rubin, Lee) (Filed on 8/2/2016) Modified on 8/2/2016 (bwS, COURT STAFF). | |
| 148 | *Filed & Entered:*    08/02/2016 | Opposition/Response to Motion |
| | *Docket Text:* NOTICE OF JOINDER TO GOOGLE,INC.S OPPOSITION TO PLAINTIFFS SECOND MOTION TO STRIKE (re [144] MOTION to Strike ) filed by IAC/InterActiveCorp. (Kappes, Kurt) (Filed on 8/2/2016) Modified on 8/3/2016 (bwS, COURT STAFF). | |
| 149 | *Filed & Entered:*    08/02/2016 | Certificate of Service |
| | *Docket Text:* PROOF OF SERVICE re [148] Opposition/Response to Motion Joinder to Google, Inc.'s Opposition to Plaintiff's Second Motion to Strike by IAC/InterActiveCorp (Kappes, Kurt) (Filed on 8/2/2016) Modified on 8/3/2016 (bwS, COURT STAFF). | |
| 150 | *Filed & Entered:*    08/18/2016<br>*Terminated:*    09/30/2016 | Motion for Miscellaneous Relief |
| | *Docket Text:* NOTICE OF MOTION AND MOTION FOR AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND FOR ATTORNEYS FEES PURSUANT TO 28 U.S.C. § 1927 filed by Google, Inc.. Motion Hearing set for 9/23/2016 09:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Responses due by 9/6/2016. Replies due by 9/13/2016. (Attachments: # (1) Declaration of Lee H. Rubin, # (2) (Proposed) Order)(Rubin, Lee) (Filed on 8/18/2016) Modified on 8/18/2016 (bwS, COURT STAFF). | |
| 151 | *Filed & Entered:*    08/19/2016 | Joinder |
| | *Docket Text:* NOTICE OF JOINDER TO GOOGLE, INC.S MOTION FOR AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND FOR ATTORNEYS FEES PURSUANT TO 28 U.S.C. § 1927 re [150] MOTION Order Declaring Plaintiff a Vexatious Litigant and for Attorneys' Fees Pursuant to 28 U.S.C. Section 1927 IAC/InterActiveCorp. (Attachments: # (1) Declaration of Michael D Lane In Support of Notice of Motion of Joinder )(Kappes, Kurt) (Filed on 8/19/2016) Modified on 8/22/2016 (bwS, COURT STAFF). | |
| 152 | *Filed & Entered:*    08/26/2016 | Motion Hearing |
| | *Docket Text:* **Minute Entry for proceedings held before Hon. Ronald M. Whyte: Motion Hearing held on 8/26/2016 re [116] MOTION for Sanctions, [121] MOTION to Strike, [127] FRCP 60(b)(1) MOTION for Relief, [131] FRCP 60(d)(3) MOTION for Relief, [132] MOTION to Amend Complaint and [144] Second MOTION to Strike. Oral arguments presented. The court takes matters under submission; written order to be issued. Court Reporter Name: Lee-Anne Shortridge. Time in Court: 9:49 to 10:13. For Plaintiff: Brad Greenspan, in pro se. For Defendant(s): Michael Lane and Lee Rubin. This is a text only Minute Entry. (ofr, COURT STAFF) (Date Filed: 8/26/2016)** | |
| 153 | *Filed & Entered:*    08/31/2016<br>*Terminated:*    08/31/2016 | Administrative Motion per Civil Local Rule 7-11 |
| | *Docket Text:* ADMINISTRATIVE Motion for Administrative Relief 7-11 L/R. 72-3(a) filed by Brad Greenspan Responses due by 9/6/2016. (bwS, COURT STAFF) (Filed on 8/31/2016) | |
| 154 | *Filed & Entered:*    08/31/2016 | Order on Motion for Sanctions |
| | *Docket Text:* **ORDER denying Plaintiff's Post-Judgment Motions [116], [121], [124], [127], [131], [133], [144], and [153]. (rmwlc1, COURT STAFF) (Filed on 8/31/2016) (Additional attachment(s)** | |

**added on 9/1/2016: # (1) CERTIFICATE OF SERVICE) (ofr, COURT STAFF).**

| 155 | *Filed & Entered:* | 09/13/2016 | Reply to Opposition/Response |
|---|---|---|---|

*Docket Text:* REPLY IN SUPPORT OF MOTION FOR AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND FOR ATTORNEYS FEES PURSUANT TO 28 U.S.C. § 192 re [150] MOTION Order Declaring Plaintiff a Vexatious Litigant and for Attorneys' Fees Pursuant to 28 U.S.C. Section 1927 filed by Google, Inc.. (Rubin, Lee) (Filed on 9/13/2016) Modified on 9/14/2016 (bwS, COURT STAFF).

| 156 | *Filed & Entered:* | 09/22/2016 | Notice of Appearance |
|---|---|---|---|

*Docket Text:* Appearance of Counsel by Jared Daniel Peterson (Peterson, Jared) (Filed on 9/22/2016) Modified on 9/22/2016 (bwS, COURT STAFF).

| 157 | *Filed & Entered:* | 09/22/2016 | Notice (Other) |
|---|---|---|---|

*Docket Text:* REQUEST FOR TELEPHONIC APPEARANCE by Brad Greenspan (Peterson, Jared) (Filed on 9/22/2016) Modified on 9/23/2016 (bwS, COURT STAFF).

| 158 | *Filed & Entered:* | 09/22/2016 | Order |
|---|---|---|---|

*Docket Text:* **ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT SEPTEMBER 23, 2016 MOTION HEARING, granting [157]. Counsel is instructed to contact CourtCall at 866-582-6878 to arrange for telephonic appearance. Signed by Hon. Ronald M. Whyte on 9/22/2016. (ofr, COURT STAFF) (Filed on 9/22/2016)**

| 159 | *Filed & Entered:* | 09/23/2016 | Motion Hearing |
|---|---|---|---|

*Docket Text:* **Minute Entry for proceedings held before Hon. Ronald M. Whyte: Motion Hearing held on 9/23/2016 re [150] and [151] MOTION for Order Declaring Plaintiff a Vexatious Litigant and for Attorneys' Fees Pursuant to 28 U.S.C. Section 1927 filed by Google, Inc., joinder by IAC/Interactive Corp. The court takes matter under submission; written order to be issued. Total Time in Court: 9 minutes. Court Reporter Name: Gina Colin. Time in Court: 9:10 to 9:19. For Plaintiff(s): Jared Peterson, telephonically. For Defendant(s): Michael Lane and Lee Rubin. This is a text only Minute Entry. (ofr, COURT STAFF) (Date Filed: 9/23/2016)**

| 160 | *Filed & Entered:* | 09/23/2016 | Transcript Order |
|---|---|---|---|

*Docket Text:* TRANSCRIPT ORDER for proceedings held on 08/26/2016 before Hon. Ronald M. Whyte by Google, Inc., for Court Reporter Lee-Anne Shortridge. (Rubin, Lee) (Filed on 9/23/2016)

| 161 | *Filed & Entered:* | 09/30/2016 | Order on Motion for Miscellaneous Relief |
|---|---|---|---|

*Docket Text:* **ORDER by Judge Ronald M. Whyte re: granting [150], [151] Motion to Declare Plaintiff a Vexatious Litigant and granting in part Motions for Attorneys' Fees. (rmwlc1, COURT STAFF) (Filed on 9/30/2016)**

| 162 | *Filed & Entered:* | 08/17/2017 | USCA Memorandum |
|---|---|---|---|

*Docket Text:* USCA Memorandum as to [104] Notice of Appeal,, filed by Brad Greenspan The Clerk shall file Greenspans notice of appeal (District Court Docket Entry No. 104) as a petition for review of the SECs May 2, 2016 order and open a new case in this court. Greenspans motion to certify questions of law to the Delaware Supreme Court (Docket Entry No. [12]) is denied. AFFIRMED. FILED AND ENTERED JUDGMENT. (bwS, COURT STAFF) (Filed on 8/17/2017)

| 163 | *Filed & Entered:* | 09/08/2017 | USCA Mandate |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | *Docket Text:* MANDATE of USCA as to [104] Notice of Appeal,, filed by Brad Greenspan (bwS, COURT STAFF) (Filed on 9/8/2017) | | |
| 164 | *Filed & Entered:* | 09/08/2017 | Clerk's Notice |
| | *Docket Text:* CLERK'S NOTICE spreading Mandate of this court. (bwS, COURT STAFF) (Filed on 9/8/2017) | | |
| 165 | *Filed & Entered:* | 10/16/2017 | USCA Order |
| | *Docket Text:* ORDER of USCA. We treat Greenspans filing of October 5, 2017 re Docket Entry [27] as a motion to recall the mandate and to extend the time to file a petition for rehearing, and grant the motion. The mandate is recalled for the limited purpose of considering the petition for rehearing. Any petition for rehearing is due within 14 days of the date of this order. (bwS, COURT STAFF) (Filed on 10/16/2017) | | |
| 166 | *Filed & Entered:*<br>*Terminated:* | 10/30/2017<br>11/01/2017 | Motion for Extension of Time to File |
| | *Docket Text:* Received Courtesy Copy of MOTION for Extension of Time to File Petition for re-hearing filed on 10/5/17 at the USCA filed by Brad Greenspan. (Peterson, Jared) (Filed on 10/30/2017) Modified text on 11/1/2017, ***motion is for the USCA ***(cv, COURT STAFF). | | |
| 167 | *Filed & Entered:* | 01/26/2018 | USCA Order |
| | *Docket Text:* ORDER of USCA as to [104] Notice of Appeal filed by Brad Greenspan Filed order. Greenspans petition for panel rehearing and petition for rehearing en banc (Docket Entry No. [29]) are rejected as untimely. **No further filings will be entertained in this closed case** (bwS, COURT STAFF) (Filed on 1/26/2018) | | |
| 168 | *Filed & Entered:* | 02/05/2018 | USCA Mandate |
| | *Docket Text:* MANDATE of USCA as to [104] Notice of Appeal,, filed by Brad Greenspan The judgment of this Court, entered August 17, 2017, takes effect this date.This constitutes the formal mandate of this Court issued pursuant to Rule41(a) of the Federal Rules of Appellate Procedure.(bwS, COURT STAFF) (Filed on 2/5/2018) | | |
| 169 | *Filed & Entered:* | 02/05/2018 | Clerk's Notice |
| | *Docket Text:* CLERK'S NOTICE spreading Mandate of this court. (bwS, COURT STAFF) (Filed on 2/5/2018) | | |

| | |
|---|---|
| **PACER Service Center** | |
| **Transaction Receipt** | |
| 11/16/2023 00:44:55 | |
| **PACER Login:** | leelee99 |
| **Client Code:** | |
| **Description:** | History/Documents |
| **Search Criteria:** | 5:14-cv-04187-RMW |
| **Billable Pages:** | 16 |
| **Cost:** | 1.60 |