## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

| | |
|---|---|
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## [PROPOSED] ORDER DENYING BRAD GREENSPAN'S
## MOTION FOR RECONSIDERATION AND REQUEST FOR JUDICIAL NOTICE

Upon consideration of non-party Brad Greenspan's Motion for Reconsideration dated December 27, 2023 (ECF 790), Mr. Greenspan's Request for Judicial Notice dated January 2, 2024 (ECF 794), the foregoing Opposition, any reply in support, and the record in this case, it is hereby ORDERED:

1.      The Motion for Reconsideration is DENIED; and

2.      The Request for Judicial Notice is DENIED.

Dated: _____, 2024

_____
Hon. Amit P. Mehta
United States District Court Judge