## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 5, 2024, the foregoing Opposition to Brad Greenspan's Motion for Reconsideration and the accompanying proposed order were electronically filed using the CM/ECF system and sent by certified mail to Brad Greenspan at 244 Fifth Avenue #G290, New York, NY 10001.

                                                                                          */s/ John E. Schmidtlein*
                                                                                          John E. Schmidtlein