IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　Plaintiffs,<br>v.<br>Google LLC,<br>　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>　　　　　　Plaintiffs,<br>v.<br>Google LLC,<br>　　　　　　Defendant. | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Joshua Hafenbrack respectfully notifies the Court of his withdrawal as counsel for the United States of America in *United States v. Google, LLC*, Case No. 1:20-cv-03010. Kenneth M. Dintzer will continue to represent the United States as counsel of record.

1

Dated: January 10, 2024                    Respectfully submitted,

*/s/ Karl E. Herrmann*
Kenneth M. Dintzer
Joshua Hafenbrack (D.C. Bar #1017128)
Karl E. Herrmann (D.C. Bar #1022464)

U.S. Department of Justice
Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov
Karl.Herrmann@usdoj.gov

*Counsel for Plaintiff*
*United States of America*