# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-3010 |
| v. | HON AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

| | |
|---|---|
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-3010 |
| v. | HON AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

## THE NEW YORK TIMES COMPANY'S MOTION FOR ACCESS TO JUDICIAL RECORDS

The New York Times Company ("The Times"), by and through its undersigned counsel, hereby moves to seek access to records that have been sealed or otherwise have not been made publicly available. In support of this motion, The Times relies on the accompanying Memorandum of Points and Authorities and the Declaration of Al-Amyn Sumar. A proposed order is also attached.

Pursuant to Local Rule 7(m), undersigned counsel for The Times certifies that it contacted Plaintiffs, Google, Microsoft, and Apple to determine whether they oppose the relief sought in this motion.

The DOJ Plaintiffs stated that they support public disclosure for many items sought in The Times's motion and will provide the Court with a further response in the coming days. The State Plaintiffs, Google, Microsoft, and Apple did not respond to The Times.

Dated: January 19, 2024

Respectfully submitted,

/s/ *Al-Amyn Sumar*
Al-Amyn Sumar (#1614655)
David McCraw (#NY0200)
Dana R. Green (#1005174)
The New York Times Company
1627 I Street NW, Suite 700
Washington, DC 20006
Telephone: (646) 306-4201
Facsimile: (212) 556-4634
al-amyn.sumar@nytimes.com
mccraw@nytimes.com
dana.green@nytimes.com

*Counsel for The New York Times Company*