IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-3010<br><br>HON AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-3010<br><br>HON AMIT P. MEHTA |

**[PROPOSED] ORDER**

Upon consideration of the Motion of The New York Times Company ("The Times") for Access to Judicial Records (the "Motion"), it is hereby:

ORDERED that the Motion is GRANTED; and

ORDERED that the following records shall be unsealed or made publicly available:

- The 2016 contract between Apple and Google ("2016 ISA") and the other contracts identified in The Times's Motion papers; and

- The third-party exhibits identified in The Times's Motion papers; and

- The exhibits identified in The Times's Motion papers that contain information already made public in court proceedings; and

- The deposition testimony identified in The Times's Motion papers; and

- The expert reports, or excerpts or summaries of those reports, identified in The Times's Motion papers; and

- Trial exhibits that are more than ten years old as of the date of this Motion; and

ORDERED that the Court will provide the public with notice and an opportunity to be heard before closing the courtroom during closing arguments.

Date: _____  _____

Hon. Amit P. Mehta
United States District Judge