IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-3010 <br><br> HON AMIT P. MEHTA |

| | |
|---|---|
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-3010 <br><br> HON AMIT P. MEHTA |

## DECLARATION OF AL-AMYN SUMAR

I, Al-Amyn Sumar, hereby declare under penalty of perjury as follows:

    1.    I am Senior Counsel at The New York Times Company ("The Times"), Intervenor in this case. I submit this declaration to place into the record material in support of The Times's motion for access to judicial records.

    2.    Attached as Exhibit A is a true and correct copy of the list of third-party exhibits requested by, but not provided to, the designated press representative, showing the exhibit number, objecting third party, corresponding witness, date of the exhibit's use, and document type.

3. Attached as Exhibit B is a true and correct copy of the list of the Apple exhibits sought by The Times in this motion, showing the exhibit number and description.

4. Attached as Exhibit C is a true and correct copy of excerpts from transcripts of the 2023 trial held in *Epic Games, Inc. v. Google LLC*, 3:20-cv-05671-JD (N.D. Cal.).

5. Attached as Exhibit D is a true and correct copy of an August 2019 Google presentation titled "MADA & RSA: Android Commercial Agreements," as docketed at ECF No. 622-42 in the *Epic* case.

6. Attached as Exhibit E is a true and correct copy of a June 2019 Google presentation titled "Google Distribution on Android Framework," as docketed at ECF No. 622-44 in the *Epic* case.

7. Attached as Exhibit F is a true and correct copy of a February 2020 Google-OnePlus Revenue Share Agreement, as docketed at ECF No. 622-45 in the *Epic* case.

8. Attached as Exhibit G is a true and correct copy of the 2020 Google-Motorola Mobile Incentive Agreement, as docketed at ECF No. 622-75 in the *Epic* case.

9. Attached as Exhibit H is a true and correct copy of the 2016 contract between Apple and Google known as the 2016 ISA, as docketed at ECF No. 623-1 in the *Epic* case.

10. Attached as Exhibit I is a true and correct copy of an email thread between Google employees titled "Tim Briefing Feedback," as docketed at ECF No. 623-76 in the *Epic* case.

11. Attached as Exhibit J is a true and correct copy of an Executive Summary of the Samsung 2020 Mobile Incentive Agreement(s), as docketed at ECF No. 622-73 in the *Epic* case.

Date: January 19, 2024     /s/
                           Al-Amyn Sumar
                           Legal Department
                           The New York Times Company

                                                     1627 I Street NW, Suite 700
                                                     Washington, DC 20006
                                                     Phone: (202) 862-7705
                                                     Fax: (212) 556-4634
                                                     E-mail: al-amyn.sumar@nytimes.com

*Counsel for The New York Times Company*