# EXHIBIT A

| Exhibit | Objecting Third Party | Witness | Date Used | Document Type |
|---|---|---|---|---|
| DX1036 | Branch | Alex Austin | 9/27 | Agreement |
| DX2013 | Microsoft | Jonathan Tinter | 9/29 | Email (July 2020) |
| DX423 | Microsoft | Satya Nadella | 10/2 | Email (2007) |
| DX434 | Microsoft | Jonathan Tinter | 9/28 | Unknown (sealed testimony) |
| DX452 | Microsoft | Jonathan Tinter | 9/28 | Microsoft/Samsung presentation |
| DX454 | Microsoft | Jonathan Tinter | 9/28 | Unknown (sealed testimony) |
| DX455 | Microsoft | Jonathan Tinter | 9/28 | Email (June 2013) |
| DX457 | Microsoft | Jonathan Tinter | 9/28 | Unknown (sealed testimony) |
| DX466 | Microsoft | Jonathan Tinter | 9/28 | Bing presentation |
| DX472 | Microsoft | Jonathan Tinter | 9/28 | Email (date not known) |
| DX500 | Microsoft | Satya Nadella | 10/2 | Microsoft document |
| DX500A | Microsoft | Satya Nadella | 10/2 | Microsoft document |
| DX501 | Microsoft | Satya Nadella | 10/2 | Microsoft document |
| DX524 | Microsoft | Satya Nadella | 10/2 | Email (2018) |
| DX533 | Microsoft | Mikhail Parakhin | 9/27 | Presentation |
| DX535 | Microsoft | Jonathan Tinter | 9/29 | Email (date unknown) |
| DX538 | Microsoft | Mikhail Parakhin | 9/27 | Microsoft document |
| DX673 | Microsoft | Satya Nadella | 10/2 | Email (2010) |
| DX679 | Microsoft | Jonathan Tinter | 9/28 | Unknown (sealed testimony) |
| DX680 | Microsoft | Satya Nadella | 10/2 | Email (2019) |
| DX688 | Microsoft | Mikhail Parakhin | 9/27 | Email (May 2021) |
| DX963 | Microsoft | Eddy Cue | 9/26 | Agreement |
| PSX761 | Microsoft | Jonathan Tinter | 9/28 | Microsoft-Google settlement |
| UPX116 | Microsoft | Jonathan Tinter | 9/28 | Email (October 2018) |
| UPX246 | Microsoft | Jonathan Tinter | 9/28 | Email (March 2016) |
| UPX301 | Microsoft | Jonathan Tinter | 9/28 | Email (November 2019) |
| UPX736 | Microsoft | Satya Nadella | 10/2 | Email (December 2018) |
| UPX797 | Microsoft | Jonathan Tinter | 9/28 | Email (November 2018) |