# EXHIBIT B

| Exhibit | Document Description |
|---|---|
| UPX626 | Email from Bill Stasior (Apple) to Eddy Cue (Apple), Re: ET offsite – Search (July 10, 2014) |
| UPX625 | Email from Eddy Cue (Apple) to Bill Stasior (Apple), Parsec (July 13, 2014) |
| UPX618 | Email from John Giannandrea (Apple) to Tim Cook (Apple), Re: Update on Google search changes (Jan. 17, 2019) |
| UPX1123 | Email from Jamie de Guerre (Apple) to Srinivasan (Cheenu) Venkatachary (Apple) et al., Stats for Search V2 Goals (Oct. 20, 2019) with attached Apple presentation: Search v2 (Oct. 20, 2019) |
| UPX494 | Email from John Giannandrea (Apple) to Srinivasan Venkatachary (Apple), Re: Siri assistant fallback web search (July 21, 2020 |
| UPX659 | Email from John Giannandrea (Apple) to Jenna Thibodeau (Apple), Re: Follow up questions to the SPG and AI/ML All Hands (Nov. 17, 2020 |
| UPX1109 | Email from Sowmya Rajagaopalan (Apple) to Eddy Cue (Apple) et al., Google Rev Share - August 2021 (Sept. 18, 2021) with attached Apple document: PastedGraphic-5.png (2021); Apple document: iPhone RPM Trends (Sept. 17, 2021); Apple document: Google Safari Metrics: Y/Y Growth (Sept. 17, 2021); Apple document: Search Revenue Google Monthly Report Through August 2021 (Aug. 2021); Apple document: PastedGraphic-10.png (2021); Apple document: Apple Total Search (Sept. 17, 2021); and Apple document: Safari v. GSA/Chrome Gross Revenue: Y/Y Growth (Sept. 17, 2021) |