# EXHIBIT C

```
 1          developer sees in the process.  Yes, that's correct."
 2          Did I read that correctly?
 3    A.    Yeah.  That's how the developer sees it, but --
 4    Q.    Sir, did I read it correctly?
 5    A.    Yes.
 6    Q.    The value of defaults can be worth billions of dollars
 7    depending on the app or service; right?
 8    A.    In some cases, yes.
 9    Q.    And, in fact, Google pays Apple to the tune of billions of
10    dollars to have Google Search to be the default search on IOS
11    services?
12    A.    That's correct.
13    Q.    That's billions of dollars every year; right?
14    A.    That's correct.
15    Q.    How much -- how many billions was it last year?
16    A.    I don't recall the specific amount, but it was well over
17    $10 billion is what I recall.  And we generate a lot of revenue
18    back, but that's what I recall.
19    Q.    It was well over 10, did you say?
20    A.    That's correct.
21    Q.    Isn't it closer to 20, sir?
22    A.    I don't recall the exact number.
23    Q.    Okay.  But if you heard something like at least 18, that
24    wouldn't shock your conscience?
25    A.    It wouldn't surprise me.
```

1  Q.   Okay.  And Google pays billions of dollars to Apple every
2  year because being set as the default is valuable?
3  A.   That's correct.
4  Q.   And Google also pays Google Search revenue share to
5  Android OEMs to make Google Search the default on their
6  devices?
7  A.   That's correct.
8  Q.   And you have an understanding as to the revenue share
9  percentages that Google pays Apple and Android?
10 A.   In some cases, yes, and some cases at a very high level.
11 I don't know the specifics in some cases.
12 Q.   Okay.  You're aware that with respect to the revenue share
13 that Apple pays -- excuse me -- Google pays to Apple is
14 36 percent?
15 A.   That's correct.
16 Q.   And are you aware that Google pays 16 percent to Samsung?
17 A.   I'm not exactly sure of the specific number there.  In the
18 case of Samsung, sometimes we also pay the carrier and the OEM;
19 whereas, in the case of Apple, we just pay Apple because they
20 get both shares there.
21 Q.   In terms of what your Samsung partner gets directly,
22 separate from any other parties, Samsung gets less than half of
23 what Apple gets in terms of revenue share percentage; right?
24 A.   Yes.  We provide Android to Samsung as well, so...
25 Q.   Sir, I'm just going to ask it again.

1  **Q.**   You can put away 1496.
2          Another different topic.  I want to talk about Apple now a
3  little bit.
4          In terms of the flow of funds and the value of the
5  commercial relationship to the parties, Apple is Google's
6  largest business partner; correct?
7  **A.**   Yes.
8  **Q.**   And you're the executive sponsor for Google's partnership
9  with Apple; right?
10 **A.**   I am.
11 **Q.**   And the term "executive sponsor" in this context means
12 that you are the key executive that interacts with Apple;
13 correct?
14 **A.**   Yes.
15 **Q.**   Now, Google monetizes its Search engine through
16 advertising; right?
17 **A.**   Yes, it does.
18 **Q.**   And Google and Apple have signed several commercial
19 agreements related to Google Search and advertising; correct?
20 **A.**   Yes, we have.
21 **Q.**   And under the current agreement between Google and Apple,
22 Google is required to pay Apple 40 percent of the revenue
23 generated from Google Search on Apple devices, including the
24 iPhone, subject to some deductions; correct?
25 **A.**   Yes.  We have a gross 40/net 36, yes.

1  Q. That was my -- great. That's my next question.
2  Once you apply the deductions, you get to an actual
3  36 percent of revenue; correct?
4  A. That's correct.
5  Q. Now, Google pays this revenue share to Apple in exchange
6  for Apple's agreement to make Google Search the default Search
7  engine on all Apple devices, including the iPhone; correct?
8  A. Through Safari, yes. Yeah.
9  Q. And in 2021 when we last spoke at your deposition, the
10 annual payment Google made to Apple was somewhere between 12 to
11 $14 billion a year; correct?
12 A. That's what I said then, yes.
13 Q. And by 2022, I think Mr. Pichai testified Google paid
14 Apple around $18 billion a year; correct?
15 A. If that's what he testified, yes.
16 Q. You don't know that it's $18 billion in 2022?
17 A. It's somewhere between; greater than 15, less than 20.
18 Q. Okay. Let's go with 18.
19 A. Sure.
20 Q. And doing some math, if $18 billion was 36 percent of
21 Google's Search revenue on Apple devices in 2022, that means
22 that the total Search revenue on Apple devices in 2022 was
23 about 50 billion; correct?
24 A. That's fair, yes.
25 Q. And Apple and Google split that amount. 18 billion went

```
 1  to Apple and the other 32 went to Google; correct?
 2  A.    Yeah, that's correct.
 3  Q.    And 32 billion is a big chunk of change even for a company
 4  Google's size; correct?
 5  A.    It is a large amount of revenue, yes.
 6  Q.    If you turn to Exhibit 1492 in your binder.
 7  A.    (Witness examines document.)
 8  Q.    And do you see this is the September 2016 agreement
 9  between Google and Apple titled "Amendment to the Information
10  Services Agreement"?
11  A.    I see that.
12        MR. EVEN:  Your Honor, I'd like to admit Exhibit 1492
13  into evidence.
14        MR. POMERANTZ:  No objection.
15        THE COURT:  It's admitted.
16      (Trial Exhibit 1492 received in evidence.)
17  BY MR. EVEN:
18  Q.    And if you turn to page 8, there is a Section 5 near the
19  top of this page titled "CEO Check-ins" with a subsection
20  titled "Annual CEO Check-in."  Do you see that?
21  A.    I do.
22  Q.    And this term requires that at the end of each contract
23  year or earlier, if reasonably requested by a party, the CEOs
24  of Google and Apple will meet and review and discuss in good
25  faith the performance of the contract and upon request to
```

1  confirm each party's compliance with its terms; correct?

2  **A.**    Correct.

3  **Q.**    And the CEOs of Google and Apple do, in fact, meet from
4  time to time to discuss this agreement and other areas of
5  partnership within the company; correct?

6  **A.**    I'm aware of them having met twice, perhaps three times
7  since we signed the contract.

8  **Q.**    They meet annually; correct?

9  **A.**    They don't -- the CEOs directly, they have not met
10 annually.

11 **Q.**    Setting aside the pandemic, sir, they meet; correct?

12 **A.**    They've met twice that I'm aware of.  There may be a third
13 time that I'm not aware of.

14 **Q.**    All right.  Let's -- you can put away 1492, and let's talk
15 a little bit about that.

16        Before we get there, Google renewed its Revenue Share
17 Agreement with Apple most recently in 2021; is that right?

18 **A.**    We did.

19 **Q.**    And that amendment contemplates this agreement going
20 anywhere from 2026 to 2031, I believe; correct?

21 **A.**    It depends on the international jurisdictions but, yes.

22 **Q.**    All right.  So turn to Exhibit 6190.  6190.

23 **A.**    I see that.

24 **Q.**    And this is a December 2018 e-mail thread including
25 yourself, Jerry Dischler and others titled "Re:  Tim Briefing