# EXHIBIT D



# MADA & RSA
## Android Commercial Agreements
Aug 2019



EXHIBIT 617.R-001

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                    GOOG-PLAY4-004261142

*Attorney-client privileged*

# Android's Core Commercial Agreements

**MADA**
[Mobile App Distribution Agreement]

- Secures baseline distribution of our apps on Android
- Gives us a vehicle to drive consistency of experience
- Ensures regular security updates



**RSA**
[Search Revenue Share Agreement]

- Reinforces MADA's distribution with additional protections for our revenue generating services
- Provides a mechanism to help fund the ecosystem

Google

Confidential + Proprietary

EXHIBIT 617.R-002

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY     GOOG-PLAY4-004261143

Attorney-client privileged

# MADA: Overview



**MADA** [Mobile App Distribution Agreement]

- Secures baseline distribution of our apps on Android
- Gives us a vehicle to drive consistency of experience
- Allows us to define a baseline security level

**Coverage**

2.3B actives

~1B activations / year

**We give**
- Play Store + 10 Google apps
- App ecosystem
- Security / malware scanning

**We get**
- Play + 10 apps preloaded
- Search widget + Assistant gestures & hotword
- Security updates

Google

Confidential + Proprietary

EXHIBIT 617.R-003

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261144



*Attorney-client privileged*

# RSA: Overview

**RSA** [Search Revenue Share Agreement]

- Reinforces MADA's distribution with additional protections for our revenue generating services
- Provides a mechanism to help fund the ecosystem

**Coverage**

1.3B actives

0.7B activations / year

**We give**

Search revenue share on Android

**We get**

- Out-of-the-box search defaults and exclusivity
- Out-of-box Assistant gesture, hotword and homescreen exclusivity

Google

Confidential + Proprietary

EXHIBIT 617.R-005

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261146

*Attorney-client privileged*

# RSA evolution into RSA 3.0: Two key goals governed our update

**RSA 2.0** [Search Revenue Share Agreement, 2016 version]

**RSA 3.0** [2019 version]

## Where we are today

**Search and Assistant** protections secured on 53% of Android devices

Additional **placement for key apps** secured on 5% of Android devices

**No protections for Play**

## Key goals

1. **Platform-wide protections** for key access points not covered by MADA (browsers and assistant)

2. Stronger alignment with OEMs on **key apps and ecosystem services (Play, apps, UI)**

Google                                                            Confidential + Proprietary

EXHIBIT 617.R-006

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    GOOG-PLAY4-004261147

*Attorney-client privileged*

# RSA 3.0: 3 Tier structure

**NEW Core Experience (all devices outside EEA)**

Browser defaults and assistant coverage on 100% of Android devices

8% search rev-share [browser & assistant only]

**Optimized Experience (device by device)**

Full Search (outside Europe) & Assistant exclusivity

8-16% search rev-share [browser and search app]

**Google Forward (device by device)**

Support OEMs via services revenue & align OEMs with Google's vision of Mobile

12-20% search rev-share [browser and search app]
+ Play rev-share in some cases

2.2B actives expected in 2023

0.4B actives expected in 2023

Google                                                    Confidential + Proprietary

EXHIBIT 617.R-007

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                GOOG-PLAY4-004261148

*Attorney-client privileged*

# RSA 3.0: Google Forward tier secures advanced placement for strategic apps

NEW Core Experience (all devices) | Optimized Experience (device by device) | **Google Forward (device by device)**

**Core gets**

[PO] Optimized for **Search & Play** monetization



Core Search & Play provisions

Best **Assistant** experience on Android



SW integrations and core app defaults

**Cohesive phone experience**



Evolving list of UI & app requirements & defaults

Google  *Confidential + Proprietary*

EXHIBIT 617.R-008

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    GOOG-PLAY4-004261149

*Attorney-client privileged*

# Backup

Google

Confidential + Proprietary

EXHIBIT 617.R-009

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261150

*Attorney-client privileged*

# MADA v.2019: Policies

## MADA v2017

1. **Preloads:** must be scanned for malware

2. **OS freshness:** new models must be on <18 month old versions of Android

3. **Security updates:** mandatory quarterly updates for popular (100K+) models for 2 years since launch

## Additions in MADA v2019

1. **Preloads:** must follow Play policies; Launchers must follow MADA placement

2. **OS freshness:** no manufacturing of devices on 2+ year old OS versions

3. **Security updates:** no changes

Google

Confidential + Proprietary

EXHIBIT 617.R-010

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261151

*Attorney-client privileged*

# MADA v.2019: Placement, services & integrations

## MADA v2017

**Services:**

Google Play Services, Google Settings, Widevine DRM etc.

**Placement & Integrations:**

 Home-screen widget

 Home-screen icon

 Home-screen folder

 Hotword, home-button & gesture integration

Screens in setup wizard

Google

## Additions in MADA v2019

 Android Auto

 Digital Wellbeing

 Family Link

All distributed as headless apps (no visible user icon) + integration with Google Settings

*Confidential + Proprietary*

EXHIBIT 617.R-011

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY       GOOG-PLAY4-004261152

*Attorney-client privileged*

# Besides MADA & RSA, Google uses multiple other strategies to drive distribution

| Bounty deals | App cross-promotion | Google guide |
|---|---|---|



Multiple deals with individual OEMs covering single or groups of apps, including:
- gSuite
- Messages
- News
- gBoard
- Pay

Many 1P apps include cross-promotion links, including:
- Play promoting Movies, Books & Music apps
- GMail promoting Contacts & Calendar
- Photos promoting PhotoScan
- Maps promoting Google Earth
- YouTube promoting YT Kids & Music

[Under development] Post-OOB flow guiding users through the Google ecosystem, including:
- Home & work locations on maps
- Adding FOP to Google Pay
- Setting up Duo
- App discovery

Google

*Confidential + Proprietary*

EXHIBIT 617.R-012

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY           GOOG-PLAY4-004261153