IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN<br>                                 Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>                                 Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DECLARATION IN SUPPORT OF MOTION JOINDER**



13

## DECLARATION IN SUPPORT OF MOTION JOINDER

I make this declaration January 4, 2024 of my own personal knowledge, and if called to testify, I could and would competently testify hereto under oath.

1. I swear this is true and correct under threat of prosecution and penalty of perjury.
2. Herein are some of the false statements Defendants made to Federal District Court in Los Angeles causing grevious harm to Plaintiff and stopping his right to due process and right to be free from harassment:

News Corp's May 19, 2014 "Ex Parte Application" claims #1 and #2:

i. "he has already filed a lawsuit in Delaware advancing these very claims."  1

ii. "the existence of a pending action in Delaware where Greenspan is advancing the same claims that are the subject of the proposed intervention."

3. News Corp claims #1 & #2 could not be true unless Delaware verified complaint Case #9567's causes of action contained the six invasion of privacy related claims which News Corp's May 19, 2014 "Ex Parte Application" terminated.

4. Unless Delaware verified complaint #9567 contained the Huthart six invasion

of privacy related causes of action then the News Corp claim: "he has already filed a lawsuit in Delaware advancing these very claims" must be false. ((May 19, 2014 "Ex Parte Application", see Motion to Take Judicial Notice, Exhibit #3)

5. News Corp reviewed complaint #9567 no later then May 19, 2014, the date the "Ex Parte" pleading was filed verifying "the existence of a pending action in Delaware" and including a copy of complaint #9567 in the "Ex parte" exhibit section.

6. News Corp May 19, 2014 "Ex Parte Application" claim #3:

"fails to state a cognizable claim, "

7. Because Defendants have mistaken Plaintiff's 16 causes of action in Delaware with the Federal Complaint in Intervention's 7 causes of action, Defendant's claim that Plaintiff "fails to state a cognizable claim" is built on absolutely bad data as, Defendants could not have determined if Plaintiff's claims were "cognizable" or "not cognizable" if Defendants mis-identified 100% of "Claims" that Defendant would be required to analyze before reaching any such conclusion. (*See Id.*)

8. News Corp May 19, 2014 "Ex Parte Application" claims #5 and #6:

v. "Greenspan's motion to intervene has nothing to do with Huthart's complaint"

vi. Plaintiff's pleadings "lack any nexus to the claims pursued by plaintiff Huthart"

9. News Corp May 19, 2014 "Ex Parte Application" claim #5 & #6 are false and misleading because Huthart and Greenspan's complaints shared six identical causes of action, both blamed the same Defendants as the nexus of the acts complained about, and both claimed the harms occurred during the same span of time, during and after 2004. (See June 8, 2014 Plaintiff's Motion To Take Judicial Notice, Exhibit #2).

10. News Corp May 19, 2014 "Ex Parte Application" Claims #7:[1]

"Greenspan does not allege he is the victim of any voicemail hacking"

News Corp's May 19, 2014 "Ex Parte Application" claim #7[2] is false and misleading because Plaintiff's Federal Complaint in Intervention specifically alleged his voicemails were target of "hacking" or "hacked" at least six times:[3]

15

i. "Hacked" (Under Second Claim For Relief)[4]

ii. "hacking into Plaintiff's cellular telephone system. Defendants captured and obtained voice-mail messages intended for Plaintiff" (Under Second Claim For Relief)[5]

iii. "70. While Plaintiff or spouse or relatives traveled thru or visited California in 2004 and 2005, Defendants and/or their agents, employees or representatives intentionally intercepted, interfered with, accessed and **hacked Plaintiff's voicemail messages** on his cellular telephone system or directed, caused, permitted, and/or conspired for Plaintiff's cellular telephone **voicemail to be intercepted**, interfered with, accessed and **hacked**, "((Under Fourth Claim for Relief)[6]

iv. "Defendants intercepted, interfered with, accessed and **hacked his voice mail messages** on his cellular telephone system." (Under Sixth Claim for Relief)[7]

v. "94. Defendants' actions and conduct in intentionally and willfully intercepting, interfering with, intruding upon, accessing and **hacking Plaintiff's voicemails** on his cellular telephone system even though Plaintiff had clearly never authorized Defendants to do so" (Under Sixth Claim for Relief)[8]

vi. "97. Defendants' intercepting, interfering with, intruding upon, accessing and **hacking Plaintiff's voicemails** on his cellular telephone was malicious and served no legitimate public interest." (Under Sixth Claim for Relief)[9]

I certify such Motion is being presented in good faith and not for purpose of delay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 4, 2023

RESPECTFULLY SUBMITTED,

/s/   *Brad Greenspan*

Brad Greenspan, pro se

244 5th ave, #G290

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

New York, NY

16

10001

Email: legalsupport1@nym.hush.com

17