# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN<br><br>                Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DECLARATION IN SUPPORT OF** Rule 60(d)(1) (2)(3)



11

## **DECLARATION IN SUPPORT OF MOTION Rule 60(d)(1) (2)(3)**

1. I swear this is true and correct under threat of prosecution and penalty of perjury.

2. For the foregoing reasons, Plaintiffs respectfully request that this Honorable Court strike order denying intervention and accept new motion ecf file.   A stay will serve the all parties interest by putting an end to the current confusion and inconsistency. the Defendants would not be harmed by issuance of this stay.

The following claims may also be entered as third party cross claims, permissive and mandatory rights of contribution owed by at least one party including directly and separately as well as jointly from and with the defendant. DE 145 indemnity including the rights attached as Exhibit B.

   i. Based on Circuit's Order finding:

> "Greenspan's notice of appeal challenging the Securities and Exchange Commission's ("SEC") May 2, 2016 Order Determining Whistleblower Award Claim, which was filed in the district court, should have been filed in this court. See 15 U.S.C. § 78u-6(f) (providing that certain determinations of whistleblower awards "may be appealed to the appropriate court of appeals of the United States not more than 30 days after the determination is issued by the Commission"). We construe Greenspan's notice of appeal as a petition for review. See Fed. R. App. P.15(a)(4).
>
> In the interests of justice, we transfer Greenspan's petition for review to this court. See 28 U.S.C. § 1631; *Kolek v. Engen*, 869 F.2d 1281, 1284 (9th Cir. 1989) (setting forth conditions for transfer under 28 U.S.C. § 1631); see also *Baeta v. Sonchik*, 273 F.3d 1261, 1264 (9th Cir. 2001) ("[B]ecause the purpose of the transfer statute is to aid litigants who were confused about the proper forum for review, a petition that would be time-barred without a transfer satisfies the interest of justice test." (citation and internal quotation marks omitted)).
>
> The Clerk shall file Greenspan's notice of appeal (District Court Docket Entry No. 104) as a petition for review of the SEC's May 2, 2016 order and open a new case in this court.
>
> Greenspan's motion to certify questions of law to the Delaware Supreme Court (Docket Entry No. 12) is denied.

AFIRMED."

Critically, Defendant Google was part of Plaintiff's SEC Petition For Review and is named in the petition as a witness which Google has continued to deny that Google's name appears in the SEC Petition that was before the Ninth Circuit that day.

4. As a result of defendant's motion being struck in full or part, this Court must vacate its Order denying Intervenor's November eighteenth motion to intervene and reconsider the matter based on incorporating in the facts in this 60b

| 787 | Filed & Entered: 11/28/2023 | Memorandum in Opposition |
|---|---|---|
| | *Docket Text:* Memorandum in opposition to re [783] Motion to Intervene filed by GOOGLE LLC. (Attachments: # (1) Exhibit A, # (2) Text of Proposed Order, # (3) Certificate of Service)(Schmidtlein, John) | |

.I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　Executed on January 2, 2004

　　　Respectfully,

/s/ /s/ Brad Greenspan

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Brad Greenspan

244 5th Ave Suite #G290

New York, NY 10001
Email: legalsupport1@nym.hush.com