IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN

            Plaintiffs,

v.

GOOGLE LLC,

            Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA



LET THIS BE FILED

Signature

Date

STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON,

Case No. 1:20-cv-03715-APM

HON. AMIT P. MEHTA

## NOTICE OF MOTION RECONSIDERATION 59(e)

Plaintiff files in good faith this Motion For Reconsideration under FRCP Rule 59(e)

Of Courts January 9th Order "granting his [794] Motion to take Judicial Notice", (Exhibit

#1) which includes this notice and the accompanying memorandum of points and

1



RECEIVED
Mail Room

JAN 12 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

authorities, declaration in support, and proposed Order.

Dated: January 10, 2024

RESPECTFULLY SUBMITTED,

*/s/ Brad Greenspan*

Brad Greenspan

244 5th Ave

Suite #G290

New York,  NY 10001


Email: legalsupport1@nym.hush.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA<br><br>████████████████ |
| Plaintiffs, | |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA<br><br>████████████████ |

**MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION RECONSIDERATION 59(e)**

**MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION
RECONSIDERATION 59(e)**

**I. INTRODUCTION**

Intervenor Brad Greenspan ("Myspace Founder") respectfully moves this Court to grant

the reconsideration pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 59e

of granting Plaintiff's Request For Judicial Notice on January 9, 2024 on grounds that there is a

need to correct a clear error and prevent manifest injustice.

**II. GOVERNING LAW**

Federal Rules of Civil Procedure Rule 59e governs Reconsideration.  Under FRCP 59(e)

is "discretionary and need not be granted unless the district court finds".."the need to correct a

clear error or prevent manifest injustice." *Pigford v. Perdue*, 950 F.3d 886, 891 (D.C. Cir. 2020)

**III. ARGUMENT**

Reconsideration is appropriate when there exists "the need to correct a clear error or

prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (internal

quotations and citation omitted). Manifest injustice or clear error can include "legal errors the

court made," *Zyko v. Dep't of Defense*, 180 F. Supp. 2d 89, 91 (D.D.C. 2001), or conclusions

"premised on factual error," *Ali v. Carnegie Institution of Washington*, 309 F.R.D. 77, 83

(D.D.C. 2015) (citing *Ciralsky v. CIA*, 355 F.3d 661, 671 (D.C. Cir. 2004)). *See also Hammon v.

Kempthorne*, 448 F. Supp. 2d 114, 118 (D.D.C. 2006) (observing that Rule 59(e) motions "are

intended to permit the court to correct errors of fact appearing on the face of the record, or errors

of law") (internal quotations and citation omitted). "Basing a ruling on issues not raised through

the adversarial process . . . would most likely qualify as a manifest error of law." *Yacobo v.

Achim*, No. 06-C- 1425, 2008 WL 907444, at *1 (N.D. Ill. Mar. 31, 2008); *see also DirecTV, Inc.*

*v. Hart*, 366 F. Supp. 2d 315, 318 (E.D.N.C. 2004) (granting reconsideration where "the parties

were not able to brief and argue the issues upon which the order . . . ultimately was decided");

For each of the following reasons, reconsideration is warranted here.

    **A.   This Court should in granting the 741 reconsider the Order amended slightly**

        This Court now knows and has taken adjudicative notice of explicit facts:

    "6. Plaintiff filed Notice of Appeal in San Jose Federal District case vs. Google IAC in

    May 2016 and the Circuit Court's Order issued AUG 17 2017·U.S. COURT OF

    APPEALS 2 16-15908 "

"7. DEFENDANT GOOGLE INC.'S REPLY IN SUPPORT OF MOTION FOR AN ORDER
DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND FOR ATTORNEYS' FEES
PURSUANT TO 28 U.S.C. § 1927 filed 09/13/16 Docket in 14-cv-04187-RMW "

---

    6.  Plaintiff filed Notice of Appeal in San Jose Federal District case vs. Google IAC in May

2016 and the Circuit Court's Order issued AUG 17 2017:U.S. COURT OF APPEALS 2 16-15908

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

BRAD GREENSPAN, Plaintiff-Appellant, v. IAC/INTERACTIVECORP, a Delaware

No. 16-15908 D.C. No. 5:14-cv-04187-RMW MEMORANDUM*

---

7.   DEFENDANT GOOGLE INC.'S REPLY IN SUPPORT OF MOTION FOR AN

ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND FOR

ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 1927 filed 09/13/16

Docket in 14-cv-04187-RMW involving Defendant Document 155 -3 pages:

---

    That this Court made an error and did not notice or missed the fact the date at the end of

Section 7 is underlined "filed 09/13/16" and thus the Court did not realize because it missed the

underline barrier or border signal that this is the date the Court must compare against the filing

date of the notice of appeal and its final mandate disposed of date.

The Court can reconsider the Order because since the Court granted in the Order that facts #6 and #7 are adjudicative facts under FRCP Rule 201, then the Court can thru comparing the four dates listed, provide sufficient direction to add to the Order that the Magistrate Judge dispose of any multi-jurisdictional contempts of court based on such newly Court ruled adjudicative facts.

**B.  Motion 59e scrivener error to**

**change "Motion Request For Judicial Notice" to Motion 60(b)(3)**

The Court misconstrued by plain error the fact that the Request For Judicial Notice is not a Motion but instead was part of Plaintiff' Motion 60(b)(3) and Motion Joinder Therefore, as the Request For Judicial Notice has been granted as a motion docket number 794 and that first sentence makes clear the document is a Motion 60(b)(3)

> "Plaintiff hereby requests, pursuant to Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following items in connection with **Plaintiff Motion 60(b)(3):**"

**C. Court Must Fix Error Omission in granting 794 Judicial Notice 60(b)(3) and Joinder**

Court Must Fix Error Omission in granting 794 Judicial Notice 60(b)(3) and Joinder in that since Intervenor's Judicial Notice #6 is the Appellate Court Order to District Court Case Order Defendant's November 28, 2023 opposition included as sole exhibit, then it is not accurate to state in the January 9, 2024 Order that Intervenor's cases included in the judicial noticed facts granted by the Court are

**D. Court should have fixed  L.R.-cv-1.1(g) error by incorrect implementation**

Sooner and before January 8, 2023. Creating non -filed timely stamps which must all be re-inserted and disposed before Judge can rule on motion to intervene. These include

January 4, 2024 Motion 60(b)(3)

January 4, 2024 Motion 60(d)(1)(2)(3)

January 4, 2024 Motion Joinder

January 4, 2024 Notice Errata Exhibits #1-30 (See Exhibit #2)

and Motion Recusal Judge Mehta

and Motion Recusal Judge Reyes

**IV . CONCLUSION**

Based on the foregoing, Petitioner respectfully requests that this Court grant Petitioner's

Reconsideration 59e in this action for the reasons cited herein and which will be further detailed

during the Oral hearing that is being concurrently requested by Motion.

WHEREFORE, Petitioner respectfully requests that its Reconsideration 59e be granted

forthwith.

**Dated**: January 10, 2024

RESPECTFULLY SUBMITTED,

*/s/ Brad Greenspan*

Brad Greenspan, pro se

244 5th ave, #G290

New York, NY

10001


Email: legalsupport1@nym.hush.com