# Exhibit B

## APPENDIX A

| | |
|---|---|
| UPX0084 | UPX2026 |
| UPX0085 | UPX2027 |
| UPX0133 | UPX4001 |
| UPX0242 | UPX6024 |
| UPX0246 | DX0412 |
| UPX0255 | DX0179 |
| UPX0241 | DXD-36 |
| UPX0301 | PSX00285 |
| UPX0655 | PSX01201 |
| UPX0736 | PSX01203 |
| UPX1107 | PSX01257 |
| UPX2008 | |
| UPX2009 | |

**APPENDIX B**

| | | | | |
|---|---|---|---|---|
| UPX0002 | UPX0123 | UPX0211 | UPX0306 | UPX0494 |
| UPX0004 | UPX0125 | UPX0213 | UPX0309 | UPX0495 |
| UPX0005 | UPX0128 | UPX0219 | UPX0312 | UPX0509 |
| UPX0008 | UPX0129 | UPX0223 | UPX0316 | UPX0519 |
| UPX0009 | UPX0131 | UPX0228 | UPX0320 | UPX0522 |
| UPX0010 | UPX0133 | UPX0235 | UPX0323 | UPX0526 |
| UPX0012 | UPX0134 | UPX0240 | UPX0334 | UPX0544 |
| UPX0026 | UPX0137 | UPX0241 | UPX0340 | UPX0552 |
| UPX0028 | UPX0140 | UPX0242 | UPX0342 | UPX0558 |
| UPX0032 | UPX0141 | UPX0246 | UPX0423 | UPX0569 |
| UPX0033 | UPX0146 | UPX0249 | UPX0436 | UPX0570 |
| UPX0036 | UPX0148 | UPX0255 | UPX0441 | UPX0580 |
| UPX0043 | UPX0149 | UPX0260 | UPX0453 | UPX0586 |
| UPX0049 | UPX0150 | UPX0266 | UPX0459 | UPX0594 |
| UPX0059 | UPX0161 | UPX0268 | UPX0460 | UPX0605 |
| UPX0066 | UPX0162 | UPX0270 | UPX0461 | UPX0608 |
| UPX0076 | UPX0192 | UPX0273 | UPX0462 | UPX0609 |
| UPX0085 | UPX0193 | UPX0287 | UPX0465 | UPX0613 |
| UPX0095 | UPX0197 | UPX0293 | UPX0467 | UPX0614 |
| UPX0097 | UPX0203 | UPX0301 | UPX0475 | UPX0615 |
| UPX0115 | UPX0204 | UPX0302 | UPX0476 | UPX0617 |
| UPX0116 | UPX0205 | UPX0304 | UPX0489 | UPX0618 |

| | | | | |
|---|---|---|---|---|
| UPX0625 | UPX0715 | UPX1050 | UPX2009 | JX0033 |
| UPX0626 | UPX0736 | UPX1064 | UPX2010 | JX0037 |
| UPX0631 | UPX0749 | UPX1066 | UPX2011 | JX0049 |
| UPX0642 | UPX0790 | UPX1067 | UPX2014 | JX0071 |
| UPX0643 | UPX0797 | UPX1077 | UPX4001 | JX0075 |
| UPX0655 | UPX0811 | UPX1083 | UPX5339 | JX0093 |
| UPX0656 | UPX0818 | UPX1087 | UPX5399 | JX0097 |
| UPX0659 | UPX0860 | UPX1107 | UPX5533 | JX0099 |
| UPX0663 | UPX0889 | UPX1108 | UPX6024 | DX0015 |
| UPX0666 | UPX0895 | UPX1109 | UPX8071 | DX0018 |
| UPX0667 | UPX0905 | UPX1110 | UPX8105 | DX0120-A |
| UPX0670 | UPX0926 | UPX1111 | UPXD003 | DX0164 |
| UPX0672 | UPX0940 | UPX1112 | UPXD004 | DX0165-A |
| UPX0674 | UPX0947 | UPX1115 | UPXD005 | DX0187 |
| UPX0675 | UPX0960 | UPX1123 | UPXD006 | DX0231 |
| UPX0686 | UPX0974 | UPX1124 | UPXD007 | DX0241 |
| UPX0690 | UPX0996 | UPX1128 | UPXD101 | DX0299 |
| UPX0694 | UPX1011 | UPX2001 | UPXD102 | DX0301 |
| UPX0706 | UPX1012 | UPX2002 | UPXD103 | DX0371 |
| UPX0710 | UPX1026 | UPX2003 | JX0011 | DX0374 |
| UPX0713 | UPX1045 | UPX2007 | JX0016 | DX0375 |
| UPX0714 | UPX1046 | UPX2008 | JX0024 | DX0376 |

| | | | |
|---|---|---|---|
| DX0377 | DX0538 | DX0740 | PSX00097 |
| DX0380 | DX0614 | DX1036 | PSX00267 |
| DX0423 | DX0621 | DX2000 | PSX00272 |
| DX0424 | DX0624 | DX2011 | PSX00395 |
| DX0434 | DX0629 | DX2013 | PSX00436 |
| DX0440 | DX0633 | DX2014 | PSX00450 |
| DX0451 | DX0673 | DX3004 | PSX00460 |
| DX0452 | DX0679 | DX3011 | PSX00555 |
| DX0454 | DX0680 | DX3049 | PSX00631 |
| DX0455 | DX0688 | DX3050 | PSX00646 |
| DX0456 | DX0690 | DX3052 | PSX00676 |
| DX0457 | DX0695 | DX4000 | PSX00715 |
| DX0466 | DX0696 | DX4001 | PSX00778 |
| DX0466-A | DX0697 | DXD-10.012 | PSX00780 |
| DX0472 | DX0698 | DX0740 | PSX00789 |
| DX0484 | DX0723 | DX1036 | PSX00804 |
| DX0500 | DX0725 | DX2000 | PSX00965 |
| DX0500-A | DX0726 | DX2011 | PSX00970 |
| DX0501 | DX0737 | DX2013 | PSX01110 |
| DX0524 | DX0738 | DX2014 | PSX01111 |
| DX0535 | DX0739 | DX3004 | |