# Exhibit F

# Herrmann, Karl (ATR)

| | |
|---|---|
| **From:** | Davis, Allen <allen.davis@orrick.com> |
| **Sent:** | Wednesday, November 8, 2023 5:50 PM |
| **To:** | Herrmann, Karl (ATR); Ray, Amy; Larrabee, Matthew; Chapman, Julia |
| **Cc:** | Bartels, Sarah (ATR); Okamuro, Lillian (ATR); Gray, Sara (ATR); Jensen, Elizabeth (ATR); Hammond, Matthew (ATR); Tisinger, Andrew (ATR); Onyema, Veronica (ATR); Goldstein, Jeremy (ATR); Bellshaw, Meagan (ATR); Dahlquist, David (ATR); Severt, Adam T (ATR); Safty, Graham; Wang, George; Ryan, Thomas; Schmidtlein, John; Greenblum, Benjamin; Smurzynski, Kenneth; Maier, Gloria; 'screighton@wsgr.com'; 'frubinstein@wsgr.com'; 'wwaszmer@wsgr.com'; Sommer, Michael; 'Mark.Popofsky@ropesgray.com'; 'Matthew.McGinnis@ropesgray.com'; Yeager, Christopher |
| **Subject:** | [EXTERNAL] RE: US v. Google - Confidentiality Review Pursuant to ECF No. 750 (Microsoft) |

Good evening, Karl,

Microsoft objects to the distribution of UPX0133. We note that while the document was used with Mr. Tinter in his testimony, none of the substance of the document itself was disclosed.

-Allen

---

**From:** Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>
**Sent:** Monday, November 6, 2023 11:57 AM
**To:** Davis, Allen <allen.davis@orrick.com>; Ray, Amy <amyray@orrick.com>; Larrabee, Matthew <matthew.larrabee@dechert.com>; Chapman, Julia <Julia.Chapman@dechert.com>
**Cc:** Bartels, Sarah (ATR) <Sarah.Bartels@usdoj.gov>; Okamuro, Lillian (ATR) <Lillian.Okamuro@usdoj.gov>; Gray, Sara (ATR) <Sara.Gray2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Tisinger, Andrew (ATR) <Andrew.Tisinger@usdoj.gov>; Onyema, Veronica (ATR) <Veronica.N.Onyema@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Safty, Graham <GSafty@wc.com>; Wang, George <gwang@wc.com>; Ryan, Thomas <TRyan@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Maier, Gloria <GMaier@wc.com>; 'screighton@wsgr.com' <screighton@wsgr.com>; 'frubinstein@wsgr.com' <frubinstein@wsgr.com>; 'wwaszmer@wsgr.com' <wwaszmer@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; 'Mark.Popofsky@ropesgray.com' <Mark.Popofsky@ropesgray.com>; 'Matthew.McGinnis@ropesgray.com' <Matthew.McGinnis@ropesgray.com>; Yeager, Christopher <CYeager@wc.com>
**Subject:** RE: US v. Google - Confidentiality Review Pursuant to ECF No. 750 (Microsoft)

Counsel,

In addition to the below, we request that Microsoft conduct confidentiality review pursuant to ECF No. 750 for the enclosed as well. We ask for a response by Wednesday, Nov. 8.

| Exhibit | Portions to Review | Transcript Portions |
|---|---|---|
| UPX0133 | All | 3242:6-3247:11 and 3353:15-3355:12 |

Best,
Karl

1

**From:** Herrmann, Karl (ATR)
**Sent:** Tuesday, October 31, 2023 9:20 PM
**To:** Davis, Allen <allen.davis@orrick.com>; Ray, Amy <amyray@orrick.com>; Larrabee, Matthew <matthew.larrabee@dechert.com>; Chapman, Julia <Julia.Chapman@dechert.com>
**Cc:** Bartels, Sarah (ATR) <Sarah.Bartels@usdoj.gov>; Okamuro, Lillian (ATR) <Lillian.Okamuro@usdoj.gov>; Gray, Sara (ATR) <Sara.Gray2@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Hammond, Matthew (ATR) <Matthew.Hammond@usdoj.gov>; Tisinger, Andrew (ATR) <Andrew.Tisinger@usdoj.gov>; Onyema, Veronica (ATR) <Veronica.N.Onyema@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; Bellshaw, Meagan (ATR) <Meagan.Bellshaw@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Severt, Adam T (ATR) <Adam.Severt@usdoj.gov>; Safty, Graham <GSafty@wc.com>; Wang, George <gwang@wc.com>; Ryan, Thomas <TRyan@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Maier, Gloria <GMaier@wc.com>; 'screighton@wsgr.com' <screighton@wsgr.com>; 'frubinstein@wsgr.com' <frubinstein@wsgr.com>; 'wwaszmer@wsgr.com' <wwaszmer@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; 'Mark.Popofsky@ropesgray.com' <Mark.Popofsky@ropesgray.com>; 'Matthew.McGinnis@ropesgray.com' <Matthew.McGinnis@ropesgray.com>; Yeager, Christopher <CYeager@wc.com>
**Subject:** US v. Google - Confidentiality Review Pursuant to ECF No. 750 (Microsoft)

Counsel,

Pursuant to the Court's Supplemental Order on Posting Trial Materials, ECF No. 750, Plaintiffs list below exhibits that have been requested by the press that contain portions that may not have been reviewed for confidentiality. These portions were either used in sealed session or used in open session but treated under seal. We have identified below the portions that were used in court and request that Microsoft propose redactions to these portions consistent with the Court's guidance to date by Monday, November 6. Please note that, as allowed under the Protective Order, we are sharing with Microsoft and Apple exhibits which one company has produced that the other company's employees received or prepared.

| Exhibit | Produced By | Also Seeking Redactions From | Pincite | Transcript Portions |
|---|---|---|---|---|
| UPX0116 | Microsoft | Apple | at -942, -943.001, and -943.028 | 3272:21-3279:15 and 3301:22-3304:10 |
| UPX0246 | Microsoft | | at -255, -259, and -260 | 3127:10-3134:6 |
| UPX0301 | Microsoft | | All | 3247:12-3252:6 and 3255:13-3556:19 |
| UPX0613 | Apple | Microsoft | at -110 | 2508:17-2509:12 |
| UPX0614 | Apple | Microsoft | All | 2509:13-2512:19; 2523:25-2525:14 |
| UPX0736 | Microsoft | | at -414 | 3524:8-3526:9 |
| UPX0797 | Microsoft | Apple | at -022-023 | 2339:15-2341:9; 2366:7-2368:8; and 3255:4-3258:13 |

Best,
Karl

Karl Herrmann

Trial Attorney
U.S. Department of Justice, Antitrust Division
Technology and Digital Platforms Section
450 Fifth Street, NW
Washington, DC 20001
(202) 476-0316 (mobile)

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.