AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America, et al. )
*Plaintiff* )
v. ) Case No. 1:20-cv-03010-APM
Google LLC )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Texas

Date: 01/22/2024

*Attorney's signature*

Diamante Smith #24134322
*Printed name and bar number*
300 W. 15th St.
Austin, TX 78701

*Address*

diamante.smith@oag.texas.gov
*E-mail address*

(512) 463-1579
*Telephone number*

*FAX number*