# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Margaret Sharp hereby withdraws as attorney of record for Plaintiff State of Texas in the above-captioned matter.

Dated: January 31, 2024

Respectfully submitted,

*/s/ Margaret Sharp*
Margaret Sharp

*/s/ Diamante Smith*
Diamante Smith

TEXAS ATTORNEY GENERAL
300 W. 15th St.
Austin, TX 78701
512-936-1847
Email: Margaret.Sharp@oag.texas.gov

*Counsel for Plaintiff State of Texas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2024, I filed the foregoing document with the Court via the Case Management and Electronic Case (CM/ECF) System which will send a notice of electronic filing to all counsel of record.

*/s/ Margaret Sharp*
Margaret Sharp

*Counsel for Plaintiff State of Texas*