IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>                               Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                               Defendant. | Case No. 1:20-cv-03010 APM<br><br>HON. AMIT P. MEHTA |

NOTICE OF WITHDRAWAL OF APPEARANCE

    PLEASE TAKE NOTICE that Assistant Attorney General Parrell D. Grossman hereby withdraws as attorney of record for Plaintiff State of North Dakota in the above-captioned matter. Plaintiff State of North Dakota will continue to be represented by Assistant Attorney General Elin S. Alm, who has filed an appearance in this case.

    Dated:  January 31, 2024

                                                  STATE OF NORTH DAKOTA
                                                  Drew H. Wrigley
                                                  Attorney General

                                                  <u>/s/ Parrell D. Grossman               </u>
                                                  Parrell D. Grossman, ND ID 04684
                                                  Director, Consumer Protection & Antitrust Division
                                                  Office of Attorney General
                                                  1720 Burlington Drive, Suite C
                                                  Bismarck, ND 58504-7736
                                                  Telephone (701) 328-5570
                                                  Facsimile (701) 328-5568
                                                  pgrossman@nd.gov

                                                  *Attorneys for the State of North Dakota*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 31, 2024, I filed the foregoing document with the Court via the Case Management and Electronic Case (CM/ECF) System which will send a notice of electronic filing to all counsel of record.

<u>/s/ Elin S. Alm</u>
Elin S. Alm
Assistant Attorney General