IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>         Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>         Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER REGARDING THE NEW YORK TIMES COMPANY'S
MOTION FOR ACCESS TO JUDICIAL RECORDS**

  Upon consideration of The New York Times Company's Motion for Access to Judicial Records, the foregoing Opposition to the Motion, any reply in support of the Motion, and for good cause shown, it is hereby ORDERED that the Motion is DENIED insofar as it seeks to unseal the materials described in Parts II, IV, V, VI, and VII of the Memorandum of Points and Authorities in Support of the Motion.

Dated: _____, 2024

                              _____
                              Hon. Amit P. Mehta
                          United States District Court Judge