UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                              Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the State of Florida.

DATE: February 7, 2024

                                        STATE OF FLORIDA
                                        **Ashley Moody**
                                        **Attorney General**

                                        /s/ Christopher A. Knight
                                        Christopher A. Knight (FBN # 1022342)
                                        Assistant Attorney General
                                        Christopher.Knight@myfloridalegal.com
                                        PL-01, The Capitol
                                        Tallahassee, Florida 32399-1050
                                        Telephone: (850) 414-3300
                                        Counsel for State of Florida