IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>　　　　　　　　Plaintiffs, <br><br>v. <br><br>GOOGLE LLC, <br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| COLORADO, *et al.*, <br><br>　　　　　　　　Plaintiffs, <br><br>v. <br><br>GOOGLE LLC, <br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED THIRD
<u>MOTION TO CORRECT THE RECORD</u>**

Plaintiff's Unopposed Third Motion to Correct the Record is granted.

The Court hereby orders that the trial record shall be corrected as indicated in the Correction column in the table below. Transcription errors have been crossed through and the corrected text, or text that was incorrectly omitted and should be added, has been underlined.

| Trial Session | Start Page | Start Line | End Page | End Line | Correction |
|---|---|---|---|---|---|
| 09.15 AM | 981 | 22 | 981 | 22 | Q. Okay. Well, if we could look at ~~UPX738~~ <u>DX738</u>, the top of the |
| 09.18 PM | 1182 | 3 | 1182 | 3 | Q. And as depicted on UPX12, in front of you at ~~.003~~ <u>.004</u>, there's |

| Trial Session | Start Page | Start Line | End Page | End Line | Correction |
|---|---|---|---|---|---|
| 09.18 PM | 1195 | 1 | 1195 | 1 | on a cost per ~~mill~~ mille or cost per thousand basis; correct? |
| 09.18 PM | 1238 | 21 | 1238 | 21 | Q. And you had a project ~~NYX~~ Myx? |
| 09.18 PM | 1238 | 24 | 1238 | 24 | A. ~~NYX~~ Myx. |
| 09.18 PM | 1239 | 3 | 1239 | 3 | Q. And you had a role in approving project ~~NYX~~ Myx? |
| 09.18 PM | 1239 | 5 | 1239 | 6 | Q. And project ~~NYX~~ Myx – you and others at Google viewed project ~~NYX~~ Myx as important because Google wanted advertisers to have the |
| 09.18 PM | 1239 | 17 | 1239 | 17 | Q. And project ~~NYX~~ Myx incorporated auction-time bidding only for |
| 09.18 PM | 1285 | 2 | 1285 | 2 | Q. All right. Are you familiar with a company known as ~~Sky~~ Skai? |
| 09.18 PM | 1285 | 13 | 1285 | 13 | Q. All right. And so ~~Sky~~ Skai is a significantly smaller company |
| 09.18 PM | 1285 | 22 | 1285 | 22 | Q. All right. So ~~Sky~~ Skai was able to do this in 2020, and here we |
| 09.22 AM | 2368 | 12 | 2368 | 12 | Q. And you know what ~~QVST~~ QBST is, right? |
| 09.26 AM | 2428 | 7 | 2428 | 7 | on ~~Alabama's~~ Apple's ability to expand beyond the way that they used |
| 09.26 PM (Public) | 2653 | 10 | 2653 | 10 | basically if you have more traffic and ~~no~~ know more, then your ads |
| 09.26 PM (Public) | 2665 | 21 | 2665 | 21 | probably why if you look at companies like Yandex, ~~never~~ Naver in |
| 09.26 PM (Public) | 2672 | 10 | 2672 | 11 | users, and you need at least probably a million people in each experiment to have ~~stat~~ statistically significant results coming out of it. |
| 09.27 AM | 2721 | 2 | 2721 | 2 | LINE, but they were not successful in getting any ~~searcher~~ search share. |
| 09.27 AM | 2732 | 17 | 2732 | 19 | MR. ~~CAVANAUGH~~ SMURZYNSKI: Allen, if you could show the next slide. BY MR. ~~CAVANAUGH~~ SMURZYNSKI: |

| Trial Session | Start Page | Start Line | End Page | End Line | Correction |
|---|---|---|---|---|---|
| 09.27 AM | 2734 | 2 | 2734 | 3 | MR. ~~CAVANAUGH~~ SMURZYNSKI: Can I approach?<br>BY MR. ~~CAVANAUGH~~ SMURZYNSKI: |
| 09.27 AM | 2767 | 3 | 2767 | 4 | all the major search engines, including Naver, Yandex and ~~Seznum~~ Seznam and other even non-search engine companies that |
| 09.28 AM | 3085 | 4 | 3085 | 7 | MR. SALLET: We agree. We so move it in, ~~PSX671~~ PSX761. THE COURT: PSX761 will be admitted.<br>(Plaintiffs' Exhibit ~~PSX671~~ PSX761.<br>received into evidence.) |
| 09.28 PM | 3272 | 24 | 3272 | 25 | Is this an e-mail from a member of your team to Mr. ~~Perika~~ Perica and Mr. Smith at Apple in October ~~2016~~ 2018? |
| 09.29 AM | 3422 | 7 | 3422 | 7 | A. I don't, ~~know,~~ not personally. |
| 10.03 AM | 3861 | 12 | 3861 | 12 | One is, brands sell through typically ~~mobile~~ multiple |
| 10.03 AM | 3876 | 11 | 3876 | 11 | examination, IPG's counsel, John ~~Schneider~~ Snyder is in the |
| 10.03 AM | 3876 | 14 | 3876 | 14 | how much of it I'm going to use. I've given Mr. ~~Schneider~~ Snyder |
| 10.03 AM | 3876 | 19 | 3876 | 19 | hand you the transcript. And if Mr. ~~Schneider~~ Snyder has an |
| 10.03 AM | 3877 | 2 | 3877 | 2 | THE COURT: Just so everybody knows, Mr. ~~Schneider~~ Snyder |
| 10.03 PM | 4031 | 17 | 4031 | 18 | Q. The next sentence states: The higher the combination of ~~bidding~~ bid and quality, the higher the LTV score, i.e., the higher the |
| 10.04 PM | 4280 | 17 | 4280 | 21 | And in tandem with that phenomena, there were some predicted click-through rate launches that were happening back in the day that were ~~exasperating~~ exacerbating some of the negative deficiencies of trying to use ~~predictive~~ predicted click-through rate as a quality signal. |

| Trial Session | Start Page | Start Line | End Page | End Line | Correction |
|---|---|---|---|---|---|
| 10.10 PM | 4983 | 20 | 4983 | 21 | Q. And Mr. Croll was one of ~~Apple's~~ Google's points of contact at that time at Apple? |
| 10.18 PM | 6474 | 19 | 6474 | 20 | about, I believe, Mr. Cavanaugh's second witness, the ~~Sky~~ Skai witness, Mr. Vallez. I've just flagged one potential document |
| 10.19 PM | 6660 | 14 | 6660 | 15 | A. No, but by the time we started dealing with Microsoft, I would say they were about halfway through launching the objectives. |
| 10.25 AM | 7039 | 9 | 7039 | 9 | A. Yes, so this is common types of ads that ~~aren't~~ are online |
| 10.25 PM | 7114 | 24 | 7114 | 24 | otherwise have been. And when prices are higher, the ~~band~~ demand curve |
| 10.26 PM | 7418 | 20 | 7418 | 20 | A. Google Search; Google's ~~GO~~ Geo division which includes |
| 10.27 AM | 7548 | 23 | 7548 | 23 | refers to the revenue Google gets from ~~surfing~~ selling search ads on the |
| 10.27 AM | 7549 | 7 | 7549 | 7 | the Search team -- Search Ads team consistently ~~meant~~ met the OKR |
| 10.27 AM | 7593 | 17 | 7593 | 17 | Q. Okay. If you could please turn to ~~PSX0128~~ PSX01218. |
| 10.30 PM | 7847 | 18 | 7847 | 22 | So, if you look at the first -- the middle column, when we went down to the low mobile sample, the decrease we saw with the covert set was, as you can see, .113, plus or minus .117. Statistically ~~significant~~ insignificant. Looking at 95 percent, you can't tell it's not zero. So, it could be no ~~affect~~ effect, right? |
| 11.01 AM | 8199 | 22 | 8199 | 23 | A. I think, at the end of the day, we compete with other people who ~~surface~~ service information needs. Really, what a user has |
| 11.02 AM | 8472 | 23 | 8472 | 25 | A. So Skechers, slide 71, is quite explicit. They go through a very similar analysis, but they say, let's pull ~~black~~ back spend on the lower ROAS. And, again, a lot of these, if you look in |

| Trial Session | Start Page | Start Line | End Page | End Line | Correction |
|---|---|---|---|---|---|
| 11.07 AM | 9210 | 13 | 9210 | 13 | Q. And the – Google's ~~traffic~~ travel vertical is highly |
| 11.07 AM | 9225 | 17 | 9225 | 17 | continue to try to ~~go~~ grow direct traffic over time but in the |
| 11.15 AM | 10273 | 20 | 10273 | 21 | THE WITNESS: It is, with the exception of ~~such~~ search advertising. |

SO ORDERED.

Dated: February __, 2024

_____
Amit P. Mehta
United States District Court Judge