IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-3010<br><br>HON AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-3010<br><br>HON AMIT P. MEHTA |

**MOTION FOR EXTENSION OF TIME ON INTERVENOR'S REPLY
IN SUPPORT OF ITS MOTION FOR ACCESS TO JUDICIAL RECORDS**

Intervenor The New York Times Company ("The Times"), by and through its undersigned counsel, respectfully moves for an extension of time of fourteen days, to February 23, 2024, to file a reply memorandum in further support of its motion for access to judicial records. Pursuant to Local Civil Rule 7(d), that memorandum is currently due on February 9, 2024. Pursuant to Local Civil Rule 7(m), counsel for The Times contacted counsel for the parties and relevant third parties as to whether they object to the relief sought. Counsel for DOJ Plaintiffs, State Plaintiffs, and Google stated that they do not object to the requested relief; counsel for Apple and Microsoft did not respond.

There is good cause for the Court to grant The Times's motion for extension of time. Given the number of records at issue and the arguments raised in the opposition briefs, The Times requires additional time to adequately respond.

Dated: February 7, 2024

Respectfully submitted,

/s/ *Al-Amyn Sumar*
Al-Amyn Sumar (#1614655)
David McCraw (#NY0200)
Dana R. Green (#1005174)
The New York Times Company
1627 I Street NW, Suite 700
Washington, DC 20006
Telephone: (646) 306-4201
Facsimile: (212) 556-4634
al-amyn.sumar@nytimes.com
mccraw@nytimes.com
dana.green@nytimes.com

*Counsel for The New York Times Company*