IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-3010<br><br>HON AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-3010<br><br>HON AMIT P. MEHTA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Intervenor The New York Times Company's Motion for Extension of Time on Its Reply in Support of Its Motion for Access to Judicial Records, it is hereby ORDERED that Intervenor's motion is GRANTED; and

ORDERED that Intervenor's time to file its Reply in Support of Its Motion for Access to Judicial Records is hereby extended to and including February 23, 2024.

**SO ORDERED.**

Date: _____          _____
                                                                            AMIT P. MEHTA
                                                                            United States District Judge