AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Georgia                                                                                                       .

Date:      02/09/2024

/s/ Charles Thimmesch
*Attorney's signature*

Charles Thimmesch 322197
*Printed name and bar number*
40 Capitol Square SW
Atlanta, GA 30334


*Address*

cthimmesch@law.ga.gov
*E-mail address*

(404) 458-3636
*Telephone number*

(943) 200-4293
*FAX number*