IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**[PROPOSED] STIPULATED POST-TRIAL SUBMISSIONS CONFIDENTIALITY MANAGEMENT ORDER**

In order to maximize public access to the parties' Post-Trial Submissions while providing for the protection of confidential information as allowed under the Federal Rules of Civil Procedure and Local Rule 5.1(h), it is hereby ORDERED that all parties and non-parties shall comply with each of the directives set forth below governing the disclosure of information designated as "Confidential Information" or "Highly Confidential Information" pursuant to the Stipulated Protective Order entered in this matter, ECF No. 98 or the Stipulated Order on the Use of Confidential Information at Trial, ECF No. 647:

1. To facilitate expedient public access to the Post-Trial Submissions, the Court orders that, by February 23, 2024, the parties shall file public, redacted versions of the Post-Trial

Submissions that are consistent with the confidentiality rulings, redactions, and disclosures to the cited documents and testimony made at trial. The parties shall not disclose any information that was not publicly disclosed at trial that has been previously identified as Confidential or Highly Confidential by a party or non-party.

2. To facilitate the subsequent filing of versions of the Post-Trial Submissions with redactions consistent with the Court's guidance and *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980), the Court orders:

   a. If a party quoted or described in its Post-Trial Submissions any information not previously disclosed publicly at trial that a non-party maintained as Confidential or Highly Confidential, then by February 16, 2024, the party shall provide the applicable non-party with notice of the information quoted or described so that the non-party may identify any redactions it contends are warranted.

   b. By February 22, 2024, Google shall provide proposed redactions to Google's Confidential or Highly Confidential Information in the parties' Post-Trial Briefs and Proposed Conclusions of Law.

   c. By February 28, 2024, non-parties shall provide proposed redactions to information quoted or described in the parties' Post-Trial Submissions in response to the notices referenced in Paragraph 2(a).

   d. By March 5, 2024, Google shall provide proposed redactions to Google's Confidential or Highly Confidential Information in the parties' Proposed Findings of Fact.

e. By March 8, 2024, the parties and non-parties shall complete any necessary meet-and-confers regarding proposed redactions by Google or non-parties to the parties' Post-Trial Submissions.

f. The parties shall appear for a status conference at a time to be determined on March 11, 2024 to discuss the parties' and non-parties' unresolved disputes over proposed redactions to the Post-Trial Submissions and a process for facilitating the expedient resolution of those disputes.

SO ORDERED.

Dated: February ___, 2024

_____
Amit P. Mehta
Unites States District Court Judge