```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,    )
                                     )
          Plaintiffs,                )
                                     )      CV No. 20-3010
       vs.                           )      Washington, D.C.
                                     )      February 12, 2024
GOOGLE LLC,                          )      11:30 a.m.
                                     )
          Defendant.                 )
_____ )
```

```
        TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
         BEFORE THE HONORABLE AMIT P. MEHTA
            UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For DOJ Plaintiffs:            Kenneth M. Dintzer
                               U.S. DEPARTMENT OF JUSTICE
                               1100 L Street, NW
                               Washington, D.C.
                               (202) 307-0340
                               Email:
                               kenneth.dintzer2@usdoj.gov

APPEARANCES CONTINUED:

For Plaintiff
State of Colorado:                Jonathan Bruce Sallet
                                 COLORADO DEPARTMENT OF LAW
                                 Consumer Protection Section,
                                 Antitrust Unit
                                 Ralph L. Carr
                                 Colorado Judicial Center
                                 1300 Broadway
                                 Suite 7th Floor
                                 Denver, CO 80203
                                 (720) 508-6000
                                 Email: jon.sallet@coag.gov

                                 William F. Cavanaugh, Jr.
                                 PATTERSON BELKNAP
                                 WEBB & TYLER LLP
                                 1133 Avenue of the Americas
                                 Suite 2200
                                 New York, NY 10036-6710
                                 (212) 335-2793
                                 Email: wfcavanaugh@pbwt.com

For Defendant Google:            John E. Schmidtlein
                                 Colette Connor
                                 Graham Safty
                                 WILLIAMS & CONNOLLY
                                 680 Maine Avenue SW
                                 Washington, D.C. 20024
                                 (202) 434-5170
                                 Email: jschmidtlein@wc.com
                                 Email: cconnor@wc.com
                                 Email: gsafty@wc.com

Court Reporter:                  William P. Zaremba
                                 Registered Merit Reporter
                                 Certified Realtime Reporter
                                 Official Court Reporter
                                 E. Barrett Prettyman CH
                                 333 Constitution Avenue, NW
                                 Washington, D.C. 20001
                                 (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
1                    P R O C E E D I N G S
2              THE COURT:  Good morning, everyone.
3              COURTROOM DEPUTY:  Your Honor, we're in Civil
4     Action 20-3010, United States of America, et al., versus
5     Google LLC.
6              Can I have counsel approach the podium and state
7     your name for the record, starting with counsel for the
8     plaintiff.
9              MR. DINTZER:  Kenneth Dintzer for the Department
10    of Justice and the U.S. plaintiffs, Your Honor.
11             THE COURT:  Mr. Dintzer, good morning.
12             MR. SCHMIDTLEIN:  Good morning, Your Honor.
13    John Schmidtlein for Google.  And with me are my colleagues,
14    Colette Connor and Graham Safty.
15             THE COURT:  Mr. Schmidtlein, good morning.
16             Counsel.
17             Mr. Cavanaugh, Mr. Sallet.
18             MR. CAVANAUGH:  Good morning, Your Honor.
19    Bill Cavanaugh and John Sallet on behalf of the Plaintiff
20    States.
21             THE COURT:  All right.  Thank you, all.
22             Okay.  Good morning, everyone.  It's nice to see
23    all of you.  Hopefully, you got a little bit of sleep over
24    the weekend.  I suspect not much but nevertheless.
25             All right.  I thought it would be useful just to
```

1    get everybody in to talk about the case management order

2    issues that have been raised by the parties and just talk

3    through it.  I think the thing that I'd like to do is just

4    share with you my thoughts and then go from there.

5              Let me just say that, first, I appreciate

6    everybody pulling all this together, particularly given all

7    else that you had going on.  So thank you for that, one.

8              Two is, my primary goal in the next -- in the

9    upcoming weeks is to get the parties' filings publicly

10   docketed; that is the number one priority that I have.

11             I know there have been suggestions about resolving

12   issues concerning the exhibits, both that haven't been

13   through a confidentiality review, as well as certain

14   exhibits that pre-dated, I guess it was, October 16th and

15   other matters.  From my perspective, those are a secondary

16   concern right now.  The primary consideration, as I said, is

17   I want to get the parties' filings publicly docketed and do

18   that as soon as possible.  That -- and I welcome your

19   reaction to these observations.

20             One, it seems to me that ought not to be a heavy

21   lift as a threshold matter in that you all ought to be able

22   to redact or file -- make your filings consistent with

23   what's already publicly available in the first instance;

24   in other words, doing an initial run-through to make a

25   determination of what is already in the public record, I

1    would think, although perhaps involving some time, from just

2    a balls and strikes standpoint, might not be that difficult

3    or ought not to be that difficult because something is

4    either in the public record already or it isn't.

5              Now, I recognize that there's going to be some

6    category of materials that was, you know, introduced at

7    trial that was done under seal or not introduced publicly,

8    and then there may be another category of material that was

9    not introduced live at trial that was pushed in either as

10   exhibits or deposition designations.  And so I'd like to

11   think about a schedule to try and resolve that part of this;

12   that is, the exhibits and deposition testimony and other

13   evidence that may be referenced in your filings that hasn't

14   been resolved already by a filing -- excuse me, by a

15   decision.

16             My hope is -- and you all will tell me whether

17   this is overly optimistic.  My hope is that that comprises a

18   small subset of what's actually in the thousand plus pages

19   that you've submitted.  I may be wrong, but my hope is that

20   the vast bulk of what's in there has already been ruled on

21   or is public trial testimony, publicly admitted exhibits,

22   and that it's a small fraction of material that falls in the

23   latter category that hasn't actually sort of been filtered

24   through me in the first instance, and you all, of course.

25             So in terms of then thinking about what's left, if

1     that is consistent with my thinking that it's not that much

2     or hopefully a relatively manageable amount, my thinking in

3     the first instance is that some portion of what's left,

4     hopefully, you all can come to agreement on based upon

5     what's come in already and what my prior rulings have been.

6              I think we've been through a fair amount of this

7     and you all ought to have a pretty good sense of my

8     thinking, with the additional observation that I'll make now

9     which is, look, we are really getting to a point where what

10    is being submitted to me, you know, under *Hubbard*, you know,

11    really does weigh heavier in terms of public disclosure than

12    obviously what was submitted during summary judgment.  You

13    know, we're just getting to that point where anything that's

14    being directly submitted to me is something that weighs

15    heavier on the *Hubbard* factor scale in terms of public

16    disclosure.  So I would hope that some percentage of what's

17    left can be resolved without much difficulty.  Maybe I'm

18    wrong about that, but that's my hope.

19             Then there's what's left left beyond that, and

20    some of it is third-party material, and some of it is

21    Google's.  And my current thinking is that we would set a

22    schedule essentially for third parties to lodge objections,

23    for you all to confer about anything that Google believes

24    should be -- continue to remain under seal, and then just

25    set a schedule for me to remove those issues, because as --

1    my goal here is -- the number one priority is to have

2    these -- this set of filings publicly docketed as quickly as

3    possible, and then the next set of submissions, to get those

4    docketed as quickly as possible, and I see that happening in

5    essentially two phases or, really, I guess four phases.

6          One is that, in short order, the easy stuff is

7    publicly filed, you know, that which is in your filings that

8    is reflected already on the public record.  And as I said,

9    again, my hope is that the vast majority of it is -- falls

10   into that category.

11         There would then be a second phase that does

12   involve a continued meet-and-confer, input from third

13   parties, possibilities for objections not only from Google,

14   plaintiffs, and even if the public, whether it's *The Times*

15   or whoever else may wish to, once they've seen an unredacted

16   initial version, can look at this and say, well, wait a

17   minute, we'd like to see what is on pages -- the following

18   pages and the exhibits that are associated with it.  My hope

19   is that that would be sort of round one.

20         We'd have the same sort of sequencing of events

21   for the second rounds of filings.  And it would be my hope

22   that, with respect to the first round, I would have rulings

23   in place by the time the second round of filings happened so

24   that when you go through this a second time, you'll have a

25   good sense of what I'm talking about.  And the goal is to

1    have a fully publicly redacted -- or, excuse me, publicly

2    filed version of the parties' filings by the time of

3    closing.  So that is my hope.

4            And I have a schedule here, but I want to hear

5    your reactions first to that line of thinking.

6            And I don't mean to push this out to the exclusion

7    of some of the issues you all have raised, but this is my

8    number one priority and you all also have a lot more to get

9    done and so I want to be mindful of that as well.

10           So why don't we start with U.S. plaintiffs.

11           MR. HERRMANN:  Good morning, Your Honor.  My name

12   is Karl Hermann, representing the United States.

13           Hearing your initial thoughts, I think this is

14   consistent with what plaintiffs proposed, the goal is to get

15   everything filed before closing arguments.

16           If I may ask a question.

17           The first round of filings that Your Honor

18   envisions would be simply applying redactions from trial to

19   the current drafts, do that very quickly.  And then the

20   second round would be, we then discuss anything that --

21   where there's no decision in place or perhaps we're at

22   loggerheads and file a more public filing that discloses

23   more?

24           THE COURT:  Correct.

25           MR. HERRMANN:  Your Honor, the one issue we would

1    raise, and I think Your Honor touched on upon this, is that

2    the level of public interest is very high in this case.  And

3    as Your Honor noted, under *Hubbard*, these post-trial

4    submissions, it's basically just underneath Your Honor's

5    final opinion as far as what's the most important.

6            Some of the decisions made at trial we feel are

7    inappropriate to redact now.  We're happy to do that, to

8    keep those redactions in the first round for the essence of

9    getting it more public.  But in the second round, we would

10   propose revisiting some of those decisions, or not

11   necessarily Your Honor's decisions but some of the

12   redactions the parties implemented on the exhibits that may

13   apply through to the filings.

14           THE COURT:  Okay.

15           Well, that's why -- well, let me ask you before I

16   respond or react to what you just said:  What is your sense

17   of the percentage of your filing that contains and reflects

18   assertions of fact, including quotations to exhibits or

19   quotations to trial testimony that is already public?

20   Can you put a percentage on that?

21           MR. HERRMANN:  Your Honor, that's a little

22   difficult to assess right now.

23           We could -- pardon me.  May I confer with my

24   colleague for a second?

25           THE COURT:  Sure.  They've already counted the

1    pages.

2                 (Plaintiffs' counsel conferred off the record.)

3                 MR. SCHMIDTLEIN:  We'll have a view on what they

4    say on their filing as well.

5                 THE COURT:  I'm sure you will.

6                 MR. HERRMANN:  Thank you, Your Honor.  That was a

7    helpful conversation on my end.

8                 We believe that a significant part of the filings

9    have not been discussed and would therefore need to be

10   redacted in the initial round.

11                THE COURT:  Okay.

12                What does "significant" mean?  It can't be more

13   than 50 percent.

14                MR. HERRMANN:  Perhaps around there, Your Honor.

15                THE COURT:  Really?

16                MR. SCHMIDTLEIN:  We actually might have our first

17   agreement in the entire case:  They have a lot of material

18   that they pushed in, is in their filings, that never came to

19   court.

20                MR. HERRMANN:  Your Honor, we have a lot of

21   evidence supporting our claims.

22                THE COURT:  That may be.  I'm just surprised at

23   the proportion of what's reflected in the ultimate

24   submissions.

25                Okay.  To your comment, I don't have a fundamental

 1    disagreement with it, I think my concern is timing, but

 2    let's talk about that when we get to it.

 3             So, Mr. Cavanaugh, let me hear from you before I

 4    hear from Mr. Schmidtlein.

 5             MR. HERRMANN:  Thank you, Your Honor.

 6             MR. CAVANAUGH:  Your Honor, I don't think I have a

 7    different view from the DOJ.

 8             I mean, we have not done -- quite frankly, we have

 9    not done that analysis.  We could try to do it promptly,

10    but, you know, in the end, I think there was a lot cited

11    that has not been ruled on with respect to, you know, it's

12    public or not at this point.

13             THE COURT:  Okay.  All right.

14             Mr. Schmidtlein.

15             MR. SCHMIDTLEIN:  Your Honor, if I may sort of try

16    to propose maybe a slightly modified version to take into

17    account, I think, this reality, because I think there are

18    different levels of concern and different volumes of

19    information depending upon which document we're talking

20    about.

21             I absolutely believe, now having at least taken a

22    preliminary look at both of what we filed and what they

23    filed, that the post-trial briefs and the conclusions of law

24    can be dealt with both -- what you've talked about as kind

25    of a phase 1 and then even a phase 2 to kind of get a full

1   meet-and-confer on those issues, and including getting the

2   third parties' views, because there's some of that material.

3          Those two documents, from my perspective, raise,

4   just in terms of breadth, much fewer of these issues.

5   I think there's still issues, there's still going to be work

6   that a lot of people are going to have to do, but those,

7   I think, should be in a position to be put before you

8   before -- certainly before the next briefs -- round of

9   briefs are filed in March.

10          The findings of fact are a different animal,

11   candidly.  And my guess is is that's where probably the bulk

12   of both parties are going to be dealing with probably a

13   combination of old and new kind of confidential material,

14   and, frankly, sometimes it's almost like intermeshed.

15   It's like somebody will cite maybe some testimony for a

16   point that was in open court, and then they'll cite some

17   other testimony that wasn't in open court or maybe a handful

18   of exhibits that were never pushed in or were pushed in or

19   something.

20          THE COURT:  Right.

21          MR. SCHMIDTLEIN:  And that, just from a mechanical

22   standpoint of going back and unwinding all of that and

23   pulling it and reviewing it and getting it to my colleagues

24   at Google so they can review it and getting it to the third

25   parties, is going to be a very, very messy exercise.

1          And doing that in multiple rounds is even going to

2    be messy because you want consistency across what we do this

3    time versus what we did last time -- and I think having that

4    done all in one setting, which is what we did at summary

5    judgment, you may remember.

6          THE COURT:  Right.

7          MR. SCHMIDTLEIN:  I know we pushed everything at

8    summary judgment.  We're in a different world now.  But for

9    us to be able to -- and this -- obviously this burden falls

10   predominantly on us, they don't have to review any

11   confidential material with any of their clients.

12         Doing the findings of fact while we are

13   simultaneously trying to prepare this next round of briefs

14   is going to be a real hardship from our perspective.  And we

15   would, I don't have a -- we have -- we obviously proposed

16   all of this to be done in one fell swoop after the April

17   filings.  That's really what we want to do on the findings

18   of fact.

19         If Your Honor is not comfortable doing that, I

20   think we could -- maybe we could talk about something more

21   in the middle, but that's going to be a really, really

22   massive lift for us.

23         But we certainly can get the briefs and the

24   conclusions of law cycled out, and I think that's going to

25   be -- that's going to give a lot of the color for the

 1   public.  So that's my initial reaction, Your Honor.

 2           THE COURT:  Before you have a seat,

 3   Mr. Schmidtlein, what is your sense of the proportionality

 4   of your brief or the percentage of your brief in terms of

 5   what you cited that already is publicly -- in the public

 6   record versus what is either under seal or hasn't been

 7   resolved; in other words, that second category of what's

 8   sealed at trial hasn't been addressed.

 9           MR. SCHMIDTLEIN:  The brief or the conclusion of

10   law?

11           THE COURT:  The findings of fact.

12           MR. SCHMIDTLEIN:  Findings of fact.

13           Probably on the order -- it's smaller, I think,

14   than theirs, but it's still a very, very large amount of

15   information.  And it's a lot of third-party information as

16   well.

17           So it's not a -- it's not 5 percent or 10 percent

18   or 15 percent.  It's probably more in the order of

19   25 percent or something like that, but it's a -- it's not a

20   trivial amount, let's put it that way.

21           THE COURT:  Let me ask you all:  What is realistic

22   in terms of what I've described as the first cut?  Because I

23   do think it is imperative that we get at least that first

24   cut filed.  And I understand the logistical challenges, I

25   do.

 1            MR. SCHMIDTLEIN:  Yeah.  To simultaneous run this

 2    gambit while we are also substantively responding within,

 3    you know, by March 22nd or 23rd, I think are the dates

 4    there, is a massive lift.  I mean we've both thrown at each

 5    other 600 plus 100 plus 50.  We could do the math.

 6            THE COURT:  Right.

 7            MR. SCHMIDTLEIN:  And there's a lot of work to do

 8    done there.

 9            To run this separate process over all those

10    600 pages of findings of fact and then to have to be

11    conferring with all the third parties whose information is

12    implicated, including a whole slew of third parties who

13    weren't at the trial, is going to be a really, really heavy

14    lift.

15            As I said, I think we can get the briefs and the

16    conclusions of law done certainly in the timetable you're

17    talking about.  The findings of fact, I will say, is --

18    I don't think is realistic for us to be able to devote the

19    time and attention we need to the responsive filing, which

20    is obviously very, very important to my client.

21            THE COURT:  Okay.

22            MR. HERRMANN:  Thank you, Your Honor.

23            From plaintiffs' perspective, we believe we could

24    accomplish the post-trial brief and proposed conclusions of

25    law for phase 1 within a week to ten days.  And for phase 1

1    on the proposed findings of fact, two to three weeks.

2           Just an additional note on the amount of

3    information the proposed findings of facts that has not

4    been -- we've not reached agreement or so on the redactions

5    is for trial, we proposed very narrow pieces of exhibits to

6    Google and they only reviewed those.

7           And so because we were limited to those narrow

8    pieces, we may not have had redactions discussed on other

9    parts.  So there is a little bit of work to do on the PFoFs,

10   or the proposed findings of fact.

11          THE COURT:  Okay.

12          Let me just share with you what I had sketched out

13   in terms of my thinking, which, in large part, was based

14   upon a belief that the majority, if not the vast majority,

15   of what's been filed would already be reflective of the

16   public trial record, but this is what I had sketched out and

17   let me get everyone's reactions.

18          So what I had thought we would do is that by the

19   end of this week, that you all would provide notice to third

20   parties of information that are contained in the proposed

21   findings of fact and conclusions of law that you wish to

22   have for them to consider;

23          That you all would then, by the 20th, so that's

24   eight days, meet and confer primarily about Google's

25   concerns about its material.  Any third parties that have an

1    objection would have to raise them by the 22nd.

2              And then by the 23rd, that would be next Friday,

3    the initial cut of the proposed findings of fact and

4    conclusions of law, as to which there's no dispute either by

5    the parties or third parties, would be publicly docketed.

6              By the 28th of February, I would receive filings

7    either from primarily Google and any third parties that have

8    objections to further redactions.  And I would then rule on

9    those objections in advance of the next filing deadline,

10   which I believe is March the 22nd, I believe.

11             That was my thinking as I came in today.  And

12   maybe that is -- well, let me hear you all in terms of that

13   schedule, because, as I said, I really would like to get

14   something docketed publicly in the next two weeks.  I think

15   given what this case is, the public interest in it, we've

16   got to get something docketed by then, even if there's

17   disputes afterwards.

18             MR. DINTZER:  Your Honor, could we just take two

19   minutes just to huddle and figure -- so we can give the

20   Court the best answer?

21             THE COURT:  Sure.

22             (Plaintiffs Counsel conferred off the record.)

23             THE COURT:  Do you all want to just take a few

24   minutes and let me know?  You can talk to Mr. Cavanaugh and

25   just let me know when you're ready to come back?

1           MR. DINTZER:  We appreciate that, Your Honor.

2           THE COURT:  Sure.  Yeah.

3           COURTROOM DEPUTY:  All rise.

4           The court stands in a brief recess.

5           (Recess from 12:00 p.m. to 12:22 p.m.)

6           COURTROOM DEPUTY:  All rise.  This Honorable Court

7   is again in session.  Be seated and come to order.

8           THE COURT:  Thank you, everyone.

9           Okay.  You've had a chance to confer amongst

10  yourselves?

11          MR. HERRMANN:  Yes, Your Honor.

12          From plaintiffs' side, we can meet the Court's

13  proposed deadline of notice to non-parties for all three

14  briefs on the 16th.

15          We can meet the deadline of meet and conferring

16  with Google on the proposed redactions to the phase 1

17  conclusions of law and post-trial brief on the 20th.

18          And we propose for the proposed findings of facts,

19  not doing a phase 1 proposed findings of fact.  Our --

20  we believe that this will be a pretty heavily redacted

21  document based on the number of -- the amount of information

22  where we have not resolved confidentiality disputes, and

23  we believe it would be better to just get right into phase 2

24  and use this time to make a version for the public that is

25  understandable and legible.

1          So what we would propose is, for proposed findings

2    of fact, we provide notice to non-parties by the 16th per

3    the Court's instruction, and then non-parties provide

4    objections by February 22nd, and Google provides objections

5    by the -- by March 5th, after which we would meet and confer

6    with Google and non-parties by March 8th, and submit filings

7    on any remaining disputes by March 15.

8          THE COURT:  This is only with respect to the

9    conclusions of law and the trial brief?

10         MR. HERRMANN:  I'm sorry, Your Honor, I was not

11   clear there.

12         That was only for the findings of fact.  The trial

13   brief and conclusions of law, we can meet all the Court's

14   deadlines.

15         THE COURT:  Okay.

16         So maybe I misunderstood you when you said --

17         I see.  What you're saying is that there not be an

18   initial disclosure of the kind that I was contemplating but

19   that there just be a single disclosure after all of the

20   conflicts and disputes have been aired out amongst

21   yourselves and through third parties and then presented?

22         MR. HERRMANN:  Yeah, that's correct, Your Honor.

23         Our basis being for the post-trial brief and the

24   proposed conclusions of law, there won't be nearly as many

25   redactions.  But for the proposed findings of facts where we

1  really get into the weeds on many of these facts, there

2  would just be so many redactions, it would not even be that

3  useful to the public.

4          THE COURT:  I guess I don't understand how that

5  can be.

6          I mean, I've heard you out, I've heard

7  Mr. Schmidtlein's description, but, you know, we had ten

8  weeks of evidence presentation, and you've now filed,

9  I think, 500 pages, if my memory serves.

10         How can it be that a large percentage of 500 pages

11 reflects assertions of fact that weren't publicly aired?

12 I just -- I'm really confounded by that.

13         MR. HERRMANN:  Your Honor, to be clear, our

14 primary assertions were presented at trial and you'll see

15 much of that citation to the trial record.

16         We have, as I stated before, a good deal of

17 evidence and we supplemented our proposed findings of fact

18 with that evidence as it's in the record.

19         THE COURT:  No, that's fair.

20         But I mean, I still am hearing you say that a

21 heavy percentage of your proposed findings of fact actually

22 weren't presented publicly initially, at least in a public

23 courtroom setting, which is not to say that it's nonpublic

24 information, but it wasn't presented at the public trial.

25         MR. HERRMANN:  Your Honor, we used the trial to

1    sharpen our focus on the most important information, and the

2    additional citations provide additional detail for your

3    consideration.

4              THE COURT:  Okay.

5              MR. CAVANAUGH:  Your Honor, it's Mr. Cavanaugh.

6              I think, and I don't have a percentage, but I'm

7    being told by my team we have a number of deposition

8    designations, and the deposition designations are --

9    they're -- presumably they've been designated as

10   confidential.  So we need to go through that process.

11             THE COURT:  Okay.

12             Maybe I -- let me just back up and make sure we're

13   all on the same page here in terms of what I have in mind.

14             If you have described something that hasn't been

15   resolved as confidential or nonconfidential or you are

16   quoting from it, then I can see why that portion would be at

17   least confidential and redacted until it's resolved.  Is

18   that what you're talking about?

19             In other words, I don't need, for example, an

20   exhibit -- something that just says, see exhibit, you know,

21   1,236, or deposition of so-and-so.  That's just a citation

22   for me to look at through a hyperlink that can -- you know,

23   we can then resolve that in time.  I'm just concerned about

24   the four corners of what's in this public filing or what's

25   in this filing.

1          MR. HERRMANN:  Yes, Your Honor.

2          Generally when we cited to an exhibit in the

3     proposed findings of fact, we provided parentheticals or

4     details of what's in the exhibit, why it supports the

5     statements that we provided.

6          And under the confidentiality orders in this case,

7     parties designated things as confidential or highly

8     confidential, and basically they designated everything that

9     way.

10          So if it's cited and we had not resolved it for --

11     resolved it during summary judgment or trial, it

12     unfortunately must remain confidential until we reach out to

13     those parties, or to Google and non-parties.

14          MR. CAVANAUGH:  Your Honor, yes, same thing with

15     respect to the Plaintiff States.

16          To the extent we have a citation to a deposition,

17     we've either quoted it or have provided enough description

18     of it that it, at this point, would have to be treated as

19     confidential until the issue -- until that issue is

20     resolved.  That's the challenge.

21          MR. HERRMANN:  Just so -- I'm sorry.

22          MR. CAVANAUGH:  I'm done.

23          MR. HERRMANN:  Go ahead, Mr. Cavanaugh.

24     I'm sorry.

25          MR. CAVANAUGH:  I'm finished.  Thank you.

1           MR. HERRMANN:  Your Honor, to add just slightly

2    more detail there, we don't expect much of this to remain

3    redacted, as it is often supporting the same citations of

4    information that was disclosed at trial; however, due to the

5    orders, we cannot disclose the information within these

6    exhibits that are designated as confidential without at

7    least providing notice to Google and non-parties and either

8    receiving their blessing or bringing it to the Court.

9           THE COURT:  Okay.

10          Can you just give me your proposed schedule one

11   more time so I have it in front of me when I hear from

12   Mr. Schmidtlein.

13          Hang on.

14          MR. HERRMANN:  Yes, Your Honor.

15          Again, for the post-trial briefs and the proposed

16   conclusions of law, we can follow your instructions with no

17   problem.

18          For the proposed findings of fact, we would

19   propose no phase 1 and only phase 2.

20          And for phase 2, providing notice to Google --

21   or to non-parties on this Friday, on the 16th.

22          And for non-parties to provide objections to

23   disclosure by the 22nd.

24          And Google to provide proposed redactions to the

25   proposed findings of fact by March 5th, with a

1    meet-and-confer following on March 8.

2            Finally, we would submit a filing with remaining

3    disputes by March 15.

4            THE COURT:  So, I'm sorry, the public filing of

5    that which is not in dispute would be March 8?

6            MR. HERRMANN:  Your Honor, what we're proposing is

7    awaiting the Court's decision on the remaining disputes to

8    do that first round -- to do one round of filing:  The

9    proposed findings of fact.

10           THE COURT:  Okay.

11           So the 8th would be what again and then the 15th?

12           MR. HERRMANN:  So by the 8th, we would have all

13   the proposed redactions from Google and non-parties and will

14   have met and conferred by the 8th.

15           THE COURT:  Okay.

16           MR. HERRMANN:  And bring any disputes on the

17   following Friday, on the 15th.

18           THE COURT:  And how are you proposing to do that,

19   filings or coming into court?

20           MR. HERRMANN:  Submit a filing, Your Honor.

21           We're happy to address it any way the Court

22   pleases.

23           THE COURT:  Okay.

24           All right, Mr. Schmidtlein.

25           MR. SCHMIDTLEIN:  So we met and conferred and

1    tried to work something out quickly here, and I think we've

2    got some amount of agreement.

3           Agree that we'll reach out to the third parties by

4    the end of this week.

5           I think we agree that Google should provide

6    objections by March the 5th.

7           I would also set March the 5th as the date for the

8    third parties to get their objections in, rather than a week

9    later.  There is a federal holiday in between, I believe,

10   next Monday.  And obviously I know the third parties know at

11   some level that these submissions are going in but I don't

12   know that they have organized all of their lives around this

13   process the way we have so I think affording them until the

14   5th is reasonable.

15          And I think as you probably have picked up by now,

16   there are a variety of third parties whose either

17   depositions or documents were never at trial at all so they

18   probably haven't been sitting by the phone waiting for

19   notice that all of a sudden they're going to have a bunch of

20   stuff to review.  So I think March 5th would make sense for

21   them.  I agree with March 8th to try to hit that for a

22   meet-and-confer.

23          And then we would -- instead of the 15th, we would

24   respectfully ask for the 26th, because I expect we're going

25   to have to be doing more of the writing for the submission

1  to -- for any outstanding disputes.  And the fact that we do

2  have a massive filing on the 22nd, that is going to take up

3  a lot of our bandwidth as well.

4          I will tell you -- we agree that we can get the

5  conclusions of law and the trial briefs, post-trial briefs,

6  what you call the first cut, on file by, I think

7  February 23rd was the date you were shooting for.

8          And if you want to do this all together and have a

9  version of the findings of fact out there -- candidly, our

10  findings of fact, I think, queue a lot more to the trial

11  record.

12          And so if you want to have a redacted version, a

13  first cut of those, we're not against that if you want to

14  make sure there's a version of all three that are out there,

15  agree that that document is going to be more heavily

16  redacted than the other two for sure, but we're not --

17          THE COURT:  When would you propose to do that?

18          MR. SCHMIDTLEIN:  We'll do that on the 23rd as

19  well.  As I said, if you want.

20          There are going to be large swaths that, I think,

21  are going to have to be redacted while we work through this

22  process.

23          But I could see and understand why Your Honor

24  might want at least a version of it out there on the record.

25  And we will work to make sure that by that date, we've at

1    least told them, hey, these are the ones that are okay for

2    now to push out, and these are the other ones that we need

3    further time to reflect on remember.

4           We may well agree to release a bunch of those

5    other ones, but, from a time perspective, we'll need more

6    time to evaluate those.  So those are the dates that we

7    would respectfully request.

8           THE COURT:  Okay.

9           MR. DAHLQUIST:  Good morning, Your Honor.

10   David Dahlquist on behalf of DOJ plaintiffs.

11          I wanted to supplement something that my colleague

12   has addressed here and something that Mr. Schmidtlein just

13   addressed.

14          And maybe address the question as to why

15   we believe a significant -- and to be clear, Your Honor, we

16   haven't done that analysis so I can't give you a percentage,

17   but I think it's probably higher than 30 percent, somewhere

18   between 30 and 50, would by my best guess.

19          The reason why is because a witness X may have

20   testified as to fact A, and that part would be unredacted;

21   however, we then have 10, 12, 20 documents that said the

22   same fact, and we've cited those.  And we've clipped

23   parentheticals to show you that that is exactly what

24   happened.

25          And I'll give you the converse is true.  Perhaps

1   why Google has a citation to a witness who said X.  Well,

2   guess what?  X was not actually true, because we have 20

3   documents that said the opposite and we've cited those and

4   none of those have been through the confidentiality review

5   process.  That's why we believe that all of this should be

6   public and will be public.

7            We're happy to file a heavily redacted version on

8   that first date; we're happy to do that.

9            We are concerned that that document is too

10  redacted, to be perfectly honest, because some of those

11  documents have not gone through the full process.

12           We would like to do that as quick as possible as

13  well.  And we think we can do that quickly; however, we

14  think it might be beneficial to give everybody the time to

15  skip that phase 1 and go right to phase 2.

16           But if Your Honor preferred to file a redacted

17  version, we're happy to do that.

18           THE COURT:  Okay.

19           All right.  Look, I do want a redacted version on

20  file even if it's heavily redacted, I'll trust you in terms

21  of the explanations, but I'm not going to go backwards here

22  in terms of ensuring public access to the material.

23           And understandably, there is a process in place of

24  resolving confidentiality designations, and that ought to

25  play itself out.  But there ought to at least be some

1   understanding of what the guts of this case is and how you

2   have all presented it on the public record, in short order,

3   even with acknowledging that there are some issues that --

4   confidentiality issues that need to be resolved.

5          So it sounds like the only -- the only daylight is

6   on the sort of submission date for disputes, and that's

7   March 15th versus March 26th.

8          Did I follow everyone's proposals?

9          MR. HERRMANN:  Yes, Your Honor.

10         THE COURT:  Okay.

11         MR. SCHMIDTLEIN:  Well, and, Your Honor, I think I

12  made a tweak on when third parties would file their

13  objections --

14         THE COURT:  Right.

15         MR. SCHMIDTLEIN:  -- would be on the 5th and

16  responding on the 22nd.

17         THE COURT:  Here's what I would propose, which is:

18  Let's put in place a schedule through the 8th and then let's

19  have a conference on the day after and you all can give me a

20  sense of how much I'm going to need to resolve and how much

21  time you really need to brief it.  And if Apple or Microsoft

22  has a dog in the fight that's a substantial one, they can

23  obviously appear and tell me how much time they think they

24  need.

25         I want to avoid multiple rounds of briefing.  I'm

1    obviously familiar with what all the issues are at this

2    point and want to try and resolve as much of this as I can

3    before the oral argument and in a way that ideally gives you

4    enough guidance for your second round before the end of

5    April.  Maybe that's overly ambitious but that's the goal,

6    okay?  So let's do it in that way.

7              So the schedule will be as follows:

8              So the first date will be notice to third parties

9    by the 16th.

10             Google's objections to the plaintiffs' proposed

11   findings of fact and conclusions of law by the 22nd.

12             MR. SCHMIDTLEIN:  Is that -- that's not for

13   findings of fact?  I thought both parties agreed on the 5th.

14             THE COURT:  I'm sorry, my mistake.

15             So the 22nd would be objections to the post-trial

16   brief and the proposed findings of law.  Okay.

17             So then the 23rd, we would have publicly filed

18   versions of all three documents by all parties.

19             March the 5th would be the deadline for Google's

20   proposed objections to the proposed findings of fact and

21   conclusions of law.

22             We can make that also the third-party date, as

23   long as you all are confident that sort of three days is

24   enough to take care of the meet-and-confer that you need to

25   do, because the third parties, I can ask them to do this

1  much more quickly since they're going to have far less to do

2  than Google does.

3      MR. HERRMANN:  Your Honor, respectfully, we would

4  request that the third-party deadline be earlier just

5  because the sheer number of meet-and-confers we may have to

6  have, and while simultaneously reviewing Google's redactions

7  over three days would be a little tight.

8      THE COURT:  Fine, fine.

9      So they get notice by the 16th.  So they've got to

10  get their objections in by the 28th.

11      MR. HERRMANN:  That works for us.  Thank you,

12  Your Honor.

13      THE COURT:  That's a week and a half of business

14  days.  That ought to be more than enough time, particularly

15  for some of these folks who probably don't have that much in

16  there.  And Apple and Microsoft are probably the two

17  exceptions to that.

18      MR. HERRMANN:  Thank you.

19      THE COURT:  And maybe Samsung.

20      Okay.  So then all meet-and-confers shall conclude

21  by the 8th of March.

22      And then we should plan to get together on the

23  11th just to get a sense so I can get my arms around what

24  we're talking about is left and then set a schedule, okay.

25      MR. DINTZER:  Would the Court want some sort of

1    joint filing before that, Your Honor, just so that we can

2    put that on or would the Court prefer just to have a

3    meeting?

4            THE COURT:  Let's just get together.

5            MR. DINTZER:  Okay.

6            THE COURT:  Because the joint filing is going to

7    take another -- realistically another five plus days, and I

8    don't want to lose any more time.  So okay?

9            All right.  So that'll be the schedule then with

10   respect to our initial filings and getting them publicly

11   filed and getting the process moving for remaining

12   confidentiality designations, okay?

13           All right.  That then leaves what's left of the

14   Case Management Order proposals.  And I would propose

15   shelving all of it unless there's some reason to think that

16   we need to have parties, primarily Google, looking at

17   documents that were admitted early in trial and that didn't

18   go through the process.

19           Look, none of this is to the exclusion of if the

20   plaintiffs or a third party wants to come in and say, as *The

21   New York Times* has already done, we want to take a look at

22   something, go ahead and feel free to do that.

23           But I don't think all of these other issues in it,

24   they're important issues, but they take secondary status, in

25   my view, compared to what I'm asking you to do over the next

1   many weeks, okay?

2           MR. DINTZER:  We appreciate that, Your Honor.

3           THE COURT:  All right.

4           Okay.  All right.  Is there anything else we need

5   to talk about then?

6           And then obviously in terms of the closings and

7   all, we'll talk about that later, okay?

8           All right.  Thank you, everyone.  It's nice seeing

9   everyone.  Thank you.

10          COURTROOM DEPUTY:  All rise.

11          This Court stands in recess.

12          (Proceedings concluded at 12:43 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__February 12, 2024____   

William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [4]  3/3 18/3
18/6 33/10
MR. CAVANAUGH: [6]
3/18 11/6 21/5 22/14
22/22 22/25
MR. DAHLQUIST: [1]
27/9
MR. DINTZER: [6]  3/9
17/18 18/1 31/25 32/5
33/2
MR. HERRMANN: [26]
8/11 8/25 9/21 10/6
10/14 10/20 11/5 15/22
18/11 19/10 19/22
20/13 20/25 22/1 22/21
22/23 23/1 23/14 24/6
24/12 24/16 24/20 29/9
31/3 31/11 31/18
MR. SCHMIDTLEIN:
[15]  3/12 10/3 10/16
11/15 12/21 13/7 14/9
14/12 15/1 15/7 24/25
26/18 29/11 29/15
30/12
THE COURT: [49]

**0**

0340 [1]  1/14

**1**

1,236 [1]  21/21
10 [1]  27/21
10 percent [1]  14/17
100 [1]  15/5
10036-6710 [1]  2/11
1100 [1]  1/13
1133 [1]  2/10
11:30 [1]  1/6
11th [1]  31/23
12 [3]  1/5 27/21 34/7
12:00 [1]  18/5
12:22 [1]  18/5
12:43 [1]  33/12
1300 [1]  2/5
15 [2]  19/7 24/3
15 percent [1]  14/18
15th [4]  24/11 24/17
25/23 29/7
16th [6]  4/14 18/14
19/2 23/21 30/9 31/9

**2**

20 [2]  27/21 28/2
20-3010 [2]  1/4 3/4
20001 [1]  2/21
20024 [1]  2/15
202 [3]  1/14 2/16 2/22
2024 [1]  1/5 34/7
20th [2]  16/23 18/17
212 [1]  2/11
2200 [1]  2/10
22nd [9]  15/3 17/1
17/10 19/4 23/23 26/2
29/16 30/11 30/15
23rd [5]  15/3 17/2 26/7
26/18 30/17

26th [2]  25/24 29/7
2793 [1]  2/11
28th [2]  17/6 31/10

**3**

30 [1]  27/18
30 percent [1]  27/17
3010 [2]  1/4 3/4
307-0340 [1]  1/14
3249 [1]  2/22
333 [1]  2/21
335-2793 [1]  2/11
354-3249 [1]  2/22

**4**

434-5170 [1]  2/16

**5**

5 percent [1]  14/17
50 [2]  15/5 27/18
50 percent [1]  10/13
500 [2]  20/9 20/10
508-6000 [1]  2/7
5170 [1]  2/16
5th [9]  19/5 23/25 25/6
25/7 25/14 25/20 29/15
30/13 30/19

**6**

600 [1]  15/5
600 pages [1]  15/10
6000 [1]  2/7
6710 [1]  2/11
680 [1]  2/15

**7**

720 [1]  2/7
7th [1]  2/6

**8**

80203 [1]  2/6
8th [7]  19/6 24/11
24/12 24/14 25/21
29/18 31/21

**A**

a.m [1]  1/6
able [3]  4/21 13/9
15/18
about [19]  4/1 4/11
5/11 5/25 6/18 6/23
7/25 11/2 11/20 11/24
13/20 15/17 16/24
31/24 33/5 33/7
above [1]  34/4
above-titled [1]  34/4
absolutely [1]  11/21
access [1]  28/22
accomplish [1]  15/24
account [1]  11/17
acknowledging [1]
29/3
across [1]  13/2
Action [1]  3/4
actually [5]  5/18 5/23
10/16 20/21 28/2
add [1]  23/1

21/2 21/2
address [2]  24/21
27/14
addressed [3]  14/8
27/12 27/13
admitted [2]  5/21
32/17
advance [1]  17/9
affording [1]  25/13
after [4]  13/16 19/5
19/19 29/19
afterwards [1]  17/17
again [4]  7/9 18/7
23/15 24/11
against [1]  26/13
agree [6]  25/3 25/5
25/21 26/4 26/15 27/4
agreed [1]  30/13
agreement [4]  6/4
10/17 16/4 25/2
ahead [2]  22/23 32/22
aided [1]  2/23
aired [2]  19/20 20/11
al [2]  1/3 3/4
all [56]
All right [2]  11/13
24/24
almost [1]  12/14
already [12]  4/23 4/25
5/4 5/14 5/20 6/5 7/8
9/19 9/25 14/5 16/15
32/21
also [4]  8/8 15/2 25/7
30/22
although [1]  5/1
am [1]  20/20
ambitious [1]  30/5
AMERICA [2]  1/3 3/4
Americas [1]  2/10
AMIT [1]  1/9
amongst [2]  18/9
19/20
amount [7]  6/2 6/6
14/14 14/20 16/2 18/21
25/2
analysis [2]  11/9 27/16
animal [1]  12/10
another [3]  5/8 32/7
32/7
answer [1]  17/20
Antitrust [1]  2/4
any [9]  13/10 13/11
16/25 17/7 19/7 24/16
24/21 26/1 32/8
anything [4]  6/13 6/23
8/20 33/4
appear [1]  29/23
APPEARANCES [2]
1/11 1/15
Apple [2]  29/21 31/16
apply [1]  9/13
applying [1]  8/18
appreciate [3]  4/5 18/1
33/2
approach [1]  3/6
April [2]  13/16 30/5
are [32]  3/13 4/15 6/9

12/9 12/10 12/12 13/2
15/2 15/3 16/20 21/8
21/15 23/6 24/18 25/11
25/16 26/14 26/20
26/21 27/1 27/1 27/2
27/6 28/9 29/3 30/1
30/23 31/16
argument [1]  30/3
arguments [1]  8/15
arms [1]  31/23
around [3]  10/14 25/12
31/23
as [50]
ask [5]  8/16 9/15 14/21
25/24 30/25
asking [1]  32/25
assertions [3]  9/18
20/11 20/14
assess [1]  9/22
associated [1]  7/18
attention [1]  15/19
available [1]  4/23
Avenue [3]  2/10 2/15
2/21
avoid [1]  29/25
awaiting [1]  24/7

**B**

back [3]  12/22 17/25
21/12
backwards [1]  28/21
balls [1]  5/2
bandwidth [1]  26/3
Barrett [1]  2/20
based [3]  6/4 16/13
18/21
basically [2]  9/4 22/8
basis [1]  19/23
be [74]
because [15]  5/3 6/25
11/17 12/2 13/2 14/22
16/7 17/13 25/24 27/19
28/2 28/10 30/25 31/5
32/6
been [19]  4/2 4/11 4/12
5/14 5/20 5/23 6/5 6/6
10/9 11/11 14/6 14/8
16/4 16/15 19/20 21/9
21/14 25/18 28/4
before [12]  1/9 8/15
9/15 11/3 12/7 12/8
12/8 14/2 20/16 30/3
30/4 32/1
behalf [2]  3/19 27/10
being [4]  6/10 6/14
19/23 21/7
belief [1]  16/14
believe [10]  10/8 11/21
15/23 17/10 17/10
18/20 18/23 25/9 27/15
28/5
believes [1]  6/23
BELKNAP [1]  2/9
beneficial [1]  28/14
best [7]  17/20 27/18
better [1]  18/23
between [1]  25/9 27/18

beyond [1]  6/19
Bill [1]  3/19
Bill Cavanaugh [1]
3/19
bit [2]  3/23 16/9
blessing [1]  23/8
both [6]  4/12 11/22
11/24 12/12 15/4 30/13
breadth [1]  12/4
brief [11]  14/4 14/4
14/9 15/24 18/4 18/17
19/9 19/13 19/23 29/21
30/16
briefing [1]  29/25
briefs [10]  11/23 12/8
12/9 13/13 13/23 15/15
18/14 23/15 26/5 26/5
bring [1]  24/16
bringing [1]  23/8
Broadway [1]  2/5
Bruce [1]  2/2
bulk [2]  5/20 12/11
bunch [2]  25/19 27/4
burden [1]  13/9
business [1]  31/13

**C**

call [1]  26/6
came [2]  10/18 17/11
can [30]  3/6 6/4 6/17
7/21 16/20 11/24 12/24
13/23 15/15 17/19
17/24 18/12 18/15
19/13 20/5 20/10 21/16
21/22 21/23 23/10
23/16 26/4 28/13 29/19
29/22 30/2 30/22 30/25
31/23 32/1
Can you [1]  9/20
can't [2]  10/12 27/16
candidly [2]  12/11 26/9
cannot [1]  23/5
care [1]  30/24
Carr [1]  2/4
case [7]  4/1 9/2 10/17
17/15 22/6 29/1 32/14
category [1]  5/6 5/8
5/23 7/10 14/7
Cavanaugh [7]  2/8
3/17 3/19 11/3 17/24
21/5 22/23
cconnor [1]  2/17
Center [1]  2/5
certain [1]  4/13
certainly [3]  12/8 13/23
15/16
Certified [1]  2/19
certify [1]  34/2
CH [1]  2/20
challenge [1]  22/20
challenges [1]  14/24
chance [1]  18/9
citation [4]  20/15 21/21
22/16 28/1
citations [2]  21/2 23/3
cite [2]  12/15 12/16
cited [6]  11/10 14/5
22/2 22/10 27/22 28/3

**C**

Civil [1]  3/3
claims [1]  10/21
clear [3]  19/11 20/13
27/15
client [1]  15/20
clients [1]  13/11
clipped [1]  27/22
closing [2]  8/3 8/15
closings [1]  33/6
CO [1]  2/6
coag.gov [1]  2/7
Colette [2]  2/13 3/14
Colette Connor [1]
3/14
colleague [2]  9/24
27/11
colleagues [2]  3/13
12/23
color [1]  13/25
Colorado [3]  2/2 2/3
2/5
COLUMBIA [1]  1/1
combination [1]  12/13
come [5]  6/4 6/5 17/25
18/7 32/20
comfortable [1]  13/19
coming [1]  24/19
comment [1]  10/25
compared [1]  32/25
comprises [1]  5/17
computer [1]  2/23
computer-aided [1]
2/23
concern [3]  4/16 11/1
11/18
concerned [2]  21/23
28/9
concerning [1]  4/12
concerns [1]  16/25
conclude [1]  31/20
concluded [1]  33/12
conclusion [1]  14/9
conclusions [14]
11/23 13/24 15/16
15/24 16/21 17/4 18/17
19/9 19/13 19/24 23/16
26/5 30/11 30/21
confer [10]  6/23 7/12
9/23 12/1 16/24 18/9
19/5 24/1 25/22 30/24
conference [2]  1/9
29/19
conferred [4]  10/2
17/22 24/14 24/25
conferring [2]  15/11
18/15
confers [2]  31/5 31/20
confident [1]  30/23
confidential [10]  12/13
13/11 21/10 21/15
21/17 22/7 22/8 22/12
22/19 23/6
confidentiality [7]  4/13
18/22 22/6 28/4 28/24
29/4 32/12
conflicts [1]  19/20
confounded [1]  20/12

Connor [2]  2/13 3/14
consider [1]  16/22
consideration [2]  4/16
21/3
consistency [1]  13/2
consistent [3]  4/22 6/1
8/14
Constitution [1]  2/21
Consumer [1]  2/3
contained [1]  16/20
contains [1]  9/17
contemplating [1]
19/18
continue [1]  6/24
continued [2]  2/1 7/12
conversation [1]  10/7
converse [1]  27/25
corners [1]  21/24
correct [3]  8/24 19/22
34/3
could [8]  9/23 11/9
13/20 13/20 15/5 15/23
17/18 26/23
counsel [5]  3/6 3/7
3/16 10/2 17/22
counted [1]  9/25
course [1]  5/24
court [15]  1/1 2/18
2/20 10/19 12/16 12/17
17/20 18/4 18/6 23/8
24/19 24/21 31/25 32/2
33/11
Court's [4]  18/12 19/3
19/13 24/7
courtroom [1]  20/23
CRR [2]  34/2 34/8
current [2]  6/21 8/19
cut [5]  14/22 14/24
17/3 26/6 26/13
CV [1]  1/4
cycled [1]  13/24

**D**

D.C [4]  1/5 1/13 2/15
2/21
Dahlquist [1]  27/10
date [8]  25/7 26/7
26/25 28/8 29/6 30/8
30/22 34/7
dated [1]  4/14
dates [2]  15/3 27/6
David [1]  27/10
David Dahlquist [1]
27/10
day [1]  29/19
daylight [1]  29/5
days [6]  15/25 16/24
30/23 31/7 31/14 32/7
deadline [5]  17/9 18/13
18/15 30/19 31/4
deadlines [1]  19/14
deal [1]  20/16
dealing [1]  12/12
dealt [1]  11/24
decision [3]  5/15 8/21
24/7
decisions [3]  9/6 9/10

Defendant [1]  1/7 2/13
Denver [1]  2/6
DEPARTMENT [3]  1/12
2/3 3/9
depending [1]  11/19
deposition [6]  5/10
5/12 21/7 21/8 21/21
22/16
depositions [1]  25/17
described [2]  14/22
21/14
description [2]  20/7
22/17
designated [4]  21/9
22/7 22/8 23/6
designations [5]  5/10
21/8 21/8 28/24 32/12
detail [2]  21/2 23/2
details [1]  22/4
determination [1]  4/25
devote [1]  15/18
did [3]  13/3 13/4 29/8
didn't [1]  32/17
different [5]  11/7 11/18
11/18 12/10 13/8
difficult [3]  5/2 5/3
9/22
difficulty [1]  6/17
Dintzer [3]  1/12 3/9
3/11
directly [1]  6/14
disagreement [1]  11/1
disclose [1]  23/5
disclosed [1]  23/4
discloses [1]  8/22
disclosure [5]  6/11
6/16 19/18 19/19 23/23
discuss [1]  29/19
discussed [2]  10/9
16/8
dispute [2]  17/4 24/5
disputes [9]  17/17
18/22 19/7 19/20 24/3
24/7 24/16 26/1 29/6
DISTRICT [3]  1/1 1/1
1/10
do [33]  4/3 4/17 8/19
9/7 11/9 12/6 13/2
13/17 14/23 14/25 15/5
15/7 16/9 16/18 17/23
24/8 24/8 24/18 26/1
26/8 26/17 26/18 28/8
28/12 28/13 28/17
28/19 30/6 30/25 30/25
31/1 32/22 32/25
Do you [1]  17/23
docketed [7]  4/10 4/17
7/2 7/4 17/5 17/14
17/16
document [4]  11/19
18/21 26/15 28/9
documents [7]  12/3
25/17 27/21 28/3 28/11
30/18 32/17
does [4]  6/11 7/11
10/12 31/2
dog [1]  29/22

during [4]  6/1 6/6
13/12 13/19 18/19
25/25
DOJ [3]  1/12 11/7
27/10
don't [15]  8/6 8/10
10/25 11/6 13/10 13/15
15/18 20/4 21/6 21/19
23/2 25/11 31/15 32/8
32/23
done [11]  5/7 8/9 11/8
11/9 13/4 13/16 15/8
15/16 22/22 27/16
32/21
drafts [1]  8/19
due [1]  23/4
during [2]  6/12 22/11

**E**

each [1]  15/4
earlier [1]  31/4
early [1]  32/17
easy [1]  7/6
eight [1]  16/24
either [8]  5/4 5/9 14/6
17/4 17/7 22/17 23/7
25/16
else [3]  4/7 7/15 33/4
Email [1]  1/14 2/7 2/12
2/16 2/17 2/17
end [6]  10/7 11/10
16/19 25/4 30/4
enough [4]  22/17 30/4
30/24 31/14
ensuring [1]  28/22
entire [1]  10/17
envisions [1]  8/18
essence [1]  9/8
essentially [2]  6/22 7/5
et [2]  1/3 3/4
et al [1]  3/4
evaluate [1]  27/6
even [7]  7/14 11/25
13/1 17/16 20/2 28/20
29/3
events [1]  7/20
everybody [3]  4/1 4/6
28/14
everyone [5]  3/2 3/22
18/8 33/8 33/9
everyone's [2]  16/17
29/8
everything [3]  8/15
13/7 22/8
evidence [5]  5/13
10/21 20/8 20/17 20/18
exactly [1]  27/23
example [1]  21/19
exceptions [2]  31/17
exclusion [2]  8/6 32/19
excuse [2]  5/14 8/1
exercise [1]  12/25
exhibit [4]  21/20 21/20
22/2 22/4
exhibits [11]  4/12 4/14
5/10 5/12 5/21 7/18
9/12 9/18 12/18 16/5
23/6

expect [2]  23/2 25/24
explanations [1]  28/21
extent [1]  22/16

**F**

fact [30]  9/18 12/10
13/12 13/18 14/11
14/12 15/10 15/17 16/1
16/10 16/21 17/3 18/19
19/2 19/12 20/11 20/17
20/21 22/3 23/18 23/25
24/9 26/1 26/9 26/10
27/20 27/22 30/11
30/13 30/20
factor [1]  6/15
facts [4]  16/3 18/18
19/25 20/1
fair [2]  6/6 20/19
falls [1]  5/22 7/9 13/9
familiar [1]  30/1
far [2]  9/5 31/1
February [1]  1/5 17/6
19/4 26/7 34/7
February 22nd [1]  19/4
February 23rd [1]  26/7
federal [1]  25/9
feel [2]  9/6 32/22
fell [1]  13/16
few [1]  17/23
fewer [1]  12/4
fight [1]  29/22
figure [1]  17/19
file [7]  4/22 8/22 26/6
28/7 28/16 28/20 29/12
filed [11]  7/7 8/2 8/15
11/22 11/23 12/9 14/24
16/15 20/8 30/17 32/11
filing [15]  5/14 8/22
9/17 10/4 15/19 17/9
21/24 21/25 24/2 24/4
24/8 24/20 26/2 32/1
32/6
filings [18]  4/9 4/17
4/22 5/13 7/2 7/7 7/21
7/23 8/2 8/17 9/13 10/8
10/18 13/17 17/6 19/6
24/19 32/10
filtered [1]  5/23
final [1]  9/5
Finally [1]  24/2
findings [29]  12/10
13/12 13/17 14/11
14/12 15/10 15/17 16/1
18/18 18/19 19/1 19/12
19/25 20/17 20/21 22/3
23/18 23/25 24/6 26/9
26/10 30/11 30/13
30/16 30/20
fine [2]  31/8 31/8
finished [1]  22/25
first [16]  4/5 4/23 5/24
6/3 7/22 8/5 8/17 9/8
10/16 14/22 14/23 24/8
26/6 26/13 28/8 30/8
five [1]  32/7
Floor [1]  2/6
focus [1]  21/1

## F

folks [1] 31/15
follow [2] 23/16 29/8
following [3] 7/17 24/1
24/17
follows [1] 30/7
foregoing [1] 34/3
four [2] 7/5 21/24
fraction [1] 5/22
frankly [2] 11/8 12/14
free [1] 32/22
Friday [3] 17/2 23/21
24/17
front [1] 23/11
full [2] 11/25 28/11
fully [1] 8/1
fundamental [1] 10/25
further [2] 17/8 27/3

## G

gambit [1] 15/2
Generally [1] 22/2
get [24] 4/1 4/9 4/17
7/3 8/8 8/14 11/2 11/25
13/23 14/23 15/15
16/17 17/13 17/16
18/23 20/1 25/8 26/4
31/9 31/10 31/22 31/23
31/23 32/4
getting [8] 6/9 6/13 9/9
12/1 12/23 12/24 32/10
32/11
give [7] 13/25 17/19
23/10 27/16 27/25
28/14 29/19
given [2] 4/6 17/15
gives [1] 30/3
go [8] 4/4 7/24 21/10
22/23 28/15 28/21
32/18 32/22
go ahead [2] 22/23
32/22
goal [5] 4/8 7/1 7/25
8/14 30/5
going [24] 4/7 5/5 12/5
12/6 12/12 12/22 12/25
13/1 13/14 13/21 13/24
13/25 15/13 25/11
25/19 25/24 26/2 26/15
26/20 26/21 28/21
29/20 31/1 32/6
gone [1] 28/11
good [11] 3/2 3/11
3/12 3/15 3/18 3/22 6/7
7/25 8/11 20/16 27/9
good morning [6] 3/2
3/11 3/15 3/18 8/11
27/9
GOOGLE [21] 1/6 2/13
3/5 3/13 6/23 7/13
12/24 16/6 17/7 18/16
19/4 19/6 22/13 23/7
23/20 23/24 24/13 25/5
28/1 31/2 32/16
Google LLC [1] 3/5
Google's [5] 6/21
16/24 30/10 30/19 31/6
got [4] 3/23 17/16 25/2

## H

Graham [2] 2/14 3/14
gsafty [1] 2/17
guess [4] 4/14 7/5
12/11 20/4 27/18 28/2
guidance [1] 30/4
guts [1] 29/1

had [8] 4/7 16/8 16/12
16/16 16/18 18/9 20/7
22/10
half [1] 31/13
handful [1] 12/17
Hang [1] 23/13
happened [2] 7/23
27/24
happening [1] 7/4
happy [5] 9/7 24/21
28/7 28/8 28/17
hardship [1] 13/14
has [7] 5/20 11/11 16/3
27/12 28/11 29/22 32/21
hasn't [5] 5/13 5/23
14/6 14/8 21/14
have [70]
haven't [3] 4/12 25/18
27/16
having [2] 11/21 13/3
hear [5] 8/4 11/3 11/4
17/12 23/11
heard [2] 20/6 20/6
hearing [2] 8/13 20/20
heavier [2] 6/11 6/15
heavily [4] 18/20 26/15
28/7 28/20
heavy [3] 4/20 15/13
20/21
helpful [1] 10/7
here [6] 7/1 8/4 21/13
25/1 27/12 28/21
Here's [1] 29/17
Hermann [1] 8/12
hey [1] 27/1
high [1] 9/2
higher [1] 27/17
highly [1] 22/7
hit [1] 25/21
holiday [1] 25/9
honest [1] 28/10
Honor [43]
Honor's [2] 9/4 9/11
HONORABLE [2] 1/9
18/6
hope [9] 5/16 5/17 5/19
6/16 6/18 7/9 7/18 7/21
8/3
hopefully [3] 3/23 6/2
6/4
how [7] 20/4 20/10
24/18 29/1 29/20 29/20
29/23
however [3] 23/4 27/21
28/13
Hubbard [3] 6/10 6/15
9/3
huddle [1] 17/19
hyperlink [1] 21/22

## I

I believe [3] 17/10
17/10 25/9
I can [4] 21/16 30/2
30/25 31/23
I can't [1] 27/16
I don't [5] 11/6 15/18
21/19 25/11 32/23
I don't have [3] 10/25
13/15 21/6
I guess [3] 4/14 7/5
20/4
I have [5] 4/10 8/4 11/6
21/13 23/11
I just [1] 20/12
I know [3] 4/11 13/7
25/10
I mean [4] 11/8 15/4
20/6 20/20
I think [23] 4/3 6/6 8/13
11/1 11/10 11/17 11/17
12/5 12/7 13/3 14/13
15/3 15/15 20/9 21/6
25/1 25/5 25/15 26/6
26/10 26/20 27/17
27/11
I thought [2] 3/25
30/13
I understand [1] 14/24
I want [3] 8/4 8/9 29/25
I wanted [1] 27/11
I was [2] 19/10 19/18
I will [2] 15/17 26/4
I'd [2] 4/3 5/10
I'll [3] 6/8 27/25 28/20
I'm [18] 6/17 7/25 10/5
10/22 19/10 20/12 21/6
21/23 22/21 22/22
22/24 22/25 24/4 28/21
29/20 29/25 30/14
32/25
I'm going [1] 29/20
I'm just [2] 10/22 21/23
I'm not [1] 28/21
I'm sorry [1] 19/10
22/24 24/4 30/14
I've [3] 14/22 20/6 20/6
ideally [1] 30/3
imperative [1] 14/23
implemented [1] 9/12
implicated [1] 15/12
important [4] 9/5 15/20
21/1 32/24
inappropriate [1] 9/7
including [3] 9/18 12/1
15/12
information [11] 11/19
14/15 14/15 15/11 16/3
16/20 18/21 20/24 21/1
23/4 23/5
initial [8] 4/24 7/16
8/13 10/10 14/1 17/3
19/18 32/10
initially [1] 20/22
input [1] 7/12
instance [1] 4/23 5/24
6/3
instead [1] 25/23

## J

instruction [1] 29/23
instructions [1] 23/16
interest [2] 9/2 17/15
intermeshed [1] 12/14
introduced [3] 5/6 5/7
5/9
involve [1] 7/12
involving [1] 5/1
is [98]
isn't [1] 5/4
issue [3] 8/25 22/19
22/19
issues [12] 4/2 4/12
6/25 8/7 12/1 12/4 12/5
29/3 29/4 30/1 32/23
32/23
it [47]
it would be [3] 3/25
7/21 18/23
it's [24] 3/22 5/22 6/1
7/14 9/4 11/11 12/14
12/15 14/13 14/14
14/15 14/17 14/17
14/18 14/19 14/19
20/18 20/23 21/5 21/17
22/10 27/17 28/20 33/8
It's like [1] 12/15
its [1] 16/25
itself [1] 28/25

John [3] 2/13 3/13 3/19
John Schmidtlein [1]
3/13
joint [2] 32/1 32/6
jon.sallet [1] 2/7
Jonathan [1] 2/2
Jr [1] 2/8
jschmidtlein [1] 2/16
JUDGE [1] 1/10
judgment [4] 6/12 13/5
13/8 22/11
Judicial [1] 2/5
just [35]
JUSTICE [2] 1/12 3/10

## K

Karl [1] 8/12
keep [1] 9/8
Kenneth [2] 1/12 3/9
kenneth.dintzer2 [1]
1/15
kind [4] 11/24 11/25
12/13 19/18
know [18] 4/11 5/6
6/10 6/10 6/13 7/7
11/10 11/11 13/7 15/3
17/24 17/25 20/7 21/20
21/22 25/10 25/10
25/12

## L

large [4] 14/14 16/13
20/10 26/20
last [1] 13/3
later [2] 25/9 33/7
latter [1] 5/23
law [17] 2/3 11/23

## 

3/24 14/10 15/16
15/25 16/21 16/14 18/17
19/9 19/13 19/24 23/16
26/5 30/11 30/16 30/21
least [8] 11/21 14/23
20/22 21/17 23/7 26/24
27/1 28/25
leaves [1] 32/13
left [7] 5/25 6/3 6/17
6/19 6/19 31/24 32/13
legible [1] 18/25
less [1] 31/1
let [10] 4/5 9/15 11/3
14/21 16/12 16/17
17/12 17/24 17/25
21/12
let's [6] 11/2 14/20
29/18 29/18 30/6 32/4
level [2] 9/2 25/11
levels [1] 11/18
lift [4] 4/21 13/22 15/4
15/14
like [9] 4/3 5/10 7/17
12/14 12/15 14/19
17/13 28/12 29/5
limited [1] 16/7
line [1] 8/5
little [4] 3/23 9/21 16/9
31/7
live [1] 5/9
lives [1] 25/12
LLC [2] 1/6 3/5
LLP [1] 2/9
lodge [1] 6/22
loggerheads [1] 8/22
logistical [1] 14/24
long [1] 30/23
look [7] 6/9 7/16 11/22
21/22 28/19 32/19
32/21
looking [1] 32/16
lose [1] 32/8
lot [10] 8/8 10/17 10/20
11/10 12/6 13/25 14/15
15/7 26/3 26/10

## M

made [2] 9/6 29/12
Maine [1] 2/15
majority [3] 7/9 16/14
16/14
make [9] 4/22 4/24 6/8
18/24 21/12 25/20
26/14 26/25 30/22
manageable [1] 6/2
management [2] 4/1
32/14
many [4] 19/24 20/1
20/2 33/1
March [18] 12/9 15/3
17/10 19/5 19/6 19/7
23/25 24/1 24/3 24/5
25/6 25/7 25/20 25/21
29/7 29/7 30/19 31/21
massive [3] 13/22 15/4
26/2
material [9] 5/8 5/22
6/20 10/17 12/2 12/13

**M**

material... [3] 13/11 16/25 28/22
materials [1] 5/6
math [1] 15/5
matter [2] 4/21 34/4
matters [4] 4/15
may [14] 5/8 5/13 5/19 7/15 8/16 9/12 9/23 10/22 11/15 13/5 16/8 27/4 27/19 31/5
maybe [11] 6/17 11/16 12/15 12/17 13/20 17/12 19/16 21/12 27/14 30/5 31/19
me [25] 3/13 4/5 4/20 5/14 5/16 5/24 6/10 6/14 6/25 8/1 9/15 9/23 11/3 14/21 16/12 16/17 17/12 17/24 17/25 21/12 21/22 23/10 23/11 29/19 29/23
mean [6] 8/6 10/12 11/8 15/4 20/6 20/20
mechanical [2] 2/23 12/21
meet [13] 7/12 12/1 16/24 18/12 18/15 18/15 19/5 19/13 24/1 25/22 30/24 31/5 31/20
meeting [1] 32/3
MEHTA [1] 1/9
memory [1] 20/9
Merit [1] 2/19
messy [2] 12/25 13/2
met [2] 24/14 24/25
Microsoft [2] 29/21 31/16
middle [1] 13/4
might [4] 5/2 10/16 26/24 28/14
mind [1] 21/13
mindful [1] 8/9
minute [1] 7/17
minutes [2] 17/19 17/24
mistake [1] 30/14
misunderstood [1] 19/16
modified [1] 11/16
Monday [1] 25/10
more [16] 8/8 8/22 8/23 9/9 10/12 13/20 14/18 23/2 23/11 25/25 26/10 26/15 27/5 31/1 31/14 32/8
morning [8] 3/2 3/11 3/12 3/15 3/18 3/22 8/11 27/9
most [2] 9/5 21/1
moving [1] 32/11
Mr. [15] 3/11 3/15 3/17 3/17 11/3 11/4 11/14 14/3 17/24 20/7 21/5 22/23 23/12 24/24 27/12
Mr. Cavanaugh [5] 3/17 11/3 17/24 21/5

Mr. Dintzer [1] 3/11
Mr. Sallet [1] 3/17
Mr. Schmidtlein [7] 3/15 11/4 11/14 14/3 23/12 24/24 27/12
Mr. Schmidtlein's [1] 20/7
much [12] 3/24 6/1 6/17 12/4 20/15 23/2 29/20 29/20 29/23 30/2 31/1 31/15
multiple [2] 13/1 29/25
must [1] 22/12
my [37]

**N**

name [2] 3/7 8/11
narrow [2] 16/5 16/7
nearly [1] 19/24
necessarily [1] 9/11
need [13] 10/9 15/19 21/10 21/19 27/2 27/5 29/4 29/20 29/21 29/24 30/24 32/16 33/4
never [3] 10/18 12/18 25/17
nevertheless [1] 3/24
new [3] 2/11 12/13 32/21
New York [1] 32/21
next [9] 4/8 7/3 12/8 13/13 17/12 17/9 17/14 25/10 32/25
nice [2] 3/22 33/8
no [6] 1/4 8/21 17/4 20/19 23/16 23/19
non [9] 18/13 19/2 19/3 19/6 22/13 23/7 23/21 23/22 24/13
non-parties [9] 18/13 19/2 19/3 19/6 22/13 23/7 23/21 23/22 24/13
nonconfidential [1] 21/15
none [2] 28/4 32/19
nonpublic [1] 20/23
not [36]
note [1] 16/2
noted [1] 9/3
notice [8] 16/19 18/13 19/2 23/7 23/20 25/19 30/8 31/9
now [10] 4/16 5/5 6/8 9/7 9/22 11/21 13/8 20/8 25/15 27/2
number [6] 4/10 7/1 8/8 18/21 21/7 31/5
NW [2] 1/13 2/21
NY [1] 2/11

**O**

objection [1] 17/1
objections [14] 6/22 7/13 17/8 17/9 19/4 19/4 23/22 25/6 25/8 29/13 30/10 30/15 30/20 31/10

observations [1] 4/19
obviously [8] 6/12 13/9 13/15 15/20 25/10 29/23 30/1 33/6
October [1] 4/14
off [2] 10/2 17/22
Official [1] 2/20
often [1] 23/3
okay [29] 3/22 9/14 10/11 10/25 11/13 15/21 16/11 18/9 19/15 21/4 21/11 23/9 24/10 24/15 24/23 27/1 27/8 28/18 29/10 30/6 30/16 31/20 31/24 32/5 32/8 32/12 33/1 33/4 33/7
old [1] 12/13
once [1] 7/15
one [13] 4/7 4/10 4/20 7/1 7/6 7/19 8/8 8/25 13/4 13/16 23/10 24/8 29/22
ones [3] 27/1 27/2 27/5
only [7] 7/13 16/6 19/8 19/12 23/19 29/5 29/5
open [2] 12/16 12/17
opinion [1] 9/5
opposite [1] 28/3
optimistic [1] 5/17
oral [1] 30/3
order [7] 4/1 7/6 14/13 14/18 18/7 29/2 32/14
orders [2] 22/6 23/5
organized [1] 25/12
other [12] 4/15 4/24 5/12 12/17 14/7 15/5 16/8 21/19 26/16 27/2 27/5 32/23
ought [7] 4/20 4/21 5/3 6/7 28/24 28/25 31/14
our [11] 10/16 10/21 13/14 18/19 19/23 20/13 20/17 21/1 26/3 26/9 32/10
out [14] 8/6 13/24 16/12 16/16 19/20 20/6 22/12 25/1 25/3 26/9 26/14 26/24 27/2 28/25
outstanding [1] 26/1
over [4] 3/23 15/9 31/7 32/25
overly [2] 5/17 30/5

**P**

p.m [3] 18/5 18/5 33/12
page [1] 21/13
pages [7] 5/18 7/17 7/18 10/1 15/10 20/9 20/10
pardon [1] 9/23
parentheticals [2] 22/3 27/23
part [4] 5/11 10/8 16/13 27/20
particularly [2] 4/6 31/14
parties [35]

observation [1] 4/19
parties [4] 24/13 32/20 12/2
parts [1] 16/9
party [5] 6/20 14/15 30/22 31/4 32/20
PATTERSON [1] 2/9
pbwt.com [1] 2/12
people [1] 12/6
per [1] 19/2
percent [6] 10/13 14/17 14/17 14/18 14/19 27/17
percentage [8] 6/16 9/17 9/20 14/4 20/10 20/21 21/6 27/16
perfectly [1] 28/10
perhaps [4] 5/1 8/21 10/14 27/25
perspective [5] 4/15 12/3 13/14 15/23 27/5
PFoFs [1] 16/9
phase [13] 7/11 11/25 11/25 15/25 15/25 18/16 18/19 18/23 23/19 23/19 23/20 28/15 28/15
phases [2] 7/5 7/5
phone [1] 25/18
picked [1] 25/15
pieces [2] 16/5 16/8
place [4] 7/23 8/21 28/23 29/18
plaintiff [2] 2/3 3/8 3/19 22/15
plaintiffs [9] 1/4 1/12 3/10 7/14 8/10 8/14 17/22 27/10 32/20
plaintiffs' [4] 10/2 15/23 18/12 30/10
plan [1] 31/22
play [1] 28/25
pleases [1] 24/22
plus [4] 5/18 15/5 15/5 32/7
podium [1] 3/6
point [6] 6/9 6/13 11/12 12/16 22/18 30/2
portion [2] 6/3 21/16
position [1] 12/7
possibilities [1] 7/13
possible [4] 4/18 7/3 7/4 28/12
post [8] 9/3 11/23 15/24 18/17 19/23 23/15 26/5 30/15
post-trial [8] 9/3 11/23 15/24 18/17 19/23 23/15 26/5 30/15
pre [1] 4/14
pre-dated [1] 4/14
predominantly [1] 13/10
prefer [1] 32/2
preferred [1] 28/16
preliminary [1] 11/22
prepare [1] 13/13
presentation [1] 20/8
presented [1] 19/21

presumably [1] 21/9
pretty [2] 6/7 18/20
Prettyman [1] 2/20
primarily [3] 16/24 17/7 32/16
primary [1] 4/8 4/16 20/14
prior [1] 6/5
priority [3] 4/10 7/1 8/8
probably [9] 12/11 12/12 14/13 14/18 25/15 25/18 27/17 31/15 31/16
problem [1] 23/17
proceedings [4] 1/9 2/23 33/12 34/4
process [6] 15/9 21/10 25/13 26/22 28/5 28/11 28/23 32/11 32/18
produced [1] 2/23
promptly [1] 11/9
proportion [1] 10/23
proportionality [1] 14/3
proposals [2] 29/8 32/14
propose [8] 9/10 11/16 18/18 19/1 23/19 26/17 29/17 32/14
proposed [30] 8/14 13/15 15/24 16/1 16/3 16/5 16/10 16/20 17/3 18/13 18/16 18/18 18/19 19/1 19/24 19/25 20/17 20/21 22/3 23/10 23/15 23/18 23/24 23/25 24/9 24/13 30/10 30/16 30/20 30/20
proposing [2] 24/6 24/18
Protection [1] 2/3
provide [7] 16/19 19/2 19/3 21/2 23/22 23/24 25/5
provided [3] 22/3 22/5 22/17
provides [1] 19/4
providing [2] 23/7 23/20
public [26] 4/25 5/4 5/21 6/11 6/15 7/8 7/14 8/22 9/2 9/9 9/19 11/12 14/1 14/5 16/16 17/15 18/24 20/3 20/22 20/24 21/24 24/4 28/6 28/6 28/22 29/2
publicly [16] 4/9 4/17 4/23 5/7 5/21 7/2 7/7 8/1 8/1 14/5 17/5 17/14 20/11 20/22 30/17 32/10
pulling [2] 4/6 12/23
push [2] 8/6 27/2
pushed [5] 5/9 10/18 12/18 12/18 13/7
put [5] 9/20 12/7 14/20 29/18 32/2

**Q**

**question [2]** 8/16 27/14

**queue [1]** 26/10

**quick [1]** 28/12

**quickly [6]** 7/2 7/4 8/19 25/1 28/13 31/11

**quite [1]** 11/8

**quotations [2]** 9/18 9/19

**quoted [1]** 22/17

**quoting [1]** 21/16

**R**

**raise [3]** 9/1 12/3 17/1

**raised [2]** 4/2 8/7

**Ralph [1]** 2/4

**rather [1]** 25/8

**reach [2]** 22/12 25/3

**reached [1]** 16/4

**react [1]** 9/16

**reaction [2]** 4/19 14/1

**reactions [2]** 8/5 16/17

**ready [1]** 17/25

**real [1]** 13/14

**realistic [2]** 14/21 15/18

**realistically [1]** 32/7

**reality [1]** 11/17

**really [13]** 6/9 6/11 7/5 10/15 13/17 13/21 13/21 15/13 15/13 17/13 20/1 20/12 29/21

**Realtime [1]** 2/19

**reason [2]** 27/19 32/15

**reasonable [1]** 25/14

**receive [1]** 17/6

**receiving [1]** 23/8

**recess [3]** 18/4 18/5 33/11

**recognize [1]** 5/5

**record [14]** 3/7 4/25 5/4 7/8 10/2 14/6 16/16 17/22 20/15 20/18 26/11 26/24 29/2 34/3

**recorded [1]** 2/23

**redact [2]** 4/22 9/7

**redacted [13]** 8/1 10/10 18/20 21/17 23/3 26/12 26/16 26/21 28/7 28/10 28/16 28/19 28/20

**redactions [12]** 8/18 9/8 9/12 16/4 16/8 17/8 18/16 19/25 20/2 23/24 24/13 31/6

**referenced [1]** 5/13

**reflect [1]** 27/3

**reflected [2]** 7/8 10/23

**reflective [1]** 16/15

**reflects [2]** 9/17 20/11

**Registered [1]** 2/19

**relatively [1]** 6/2

**release [1]** 27/4

**remain [3]** 6/24 22/12 23/2

**remaining [4]** 19/7 24/2 24/7 32/11

**remember [2]** 13/5 27/3

**remove [1]** 6/25

**Reporter [4]** 2/18 2/19 2/19 2/20

**representing [1]** 8/12

**request [2]** 27/7 31/4

**resolve [4]** 5/11 21/23 29/20 30/2

**resolved [10]** 5/14 6/17 14/7 18/22 21/15 21/17 22/10 22/11 22/20 29/4

**resolving [2]** 4/11 28/24

**respect [5]** 7/22 11/11 19/8 22/15 32/10

**respectfully [5]** 25/24 27/7 31/3

**respond [1]** 9/16

**responding [2]** 15/2 29/16

**responsive [1]** 15/19

**review [5]** 4/13 12/24 13/10 25/20 28/4

**reviewed [1]** 16/6

**reviewing [2]** 12/23 31/6

**revisiting [1]** 9/10

**right [18]** 3/21 3/25 4/16 9/22 11/13 12/20 13/6 15/6 18/23 24/24 28/15 28/19 29/14 32/9 32/13 33/3 33/4 33/8

**rise [3]** 18/3 18/6 33/10

**RMR [2]** 34/2 34/8

**round [13]** 7/19 7/22 7/23 8/17 8/20 9/8 9/9 10/10 12/8 13/13 24/8 24/8 30/4

**rounds [3]** 7/21 13/1 29/25

**rule [1]** 17/8

**ruled [2]** 5/20 11/11

**rulings [2]** 6/5 7/22

**run [3]** 4/24 15/1 15/9

**run-through [1]** 4/24

**S**

**Safty [2]** 2/14 3/14

**said [10]** 4/16 7/8 9/16 15/15 17/13 19/16 26/19 27/21 28/1 28/3

**Sallet [3]** 2/2 3/17 3/19

**same [5]** 7/20 21/13 22/14 23/3 27/22

**Samsung [1]** 31/19

**say [7]** 4/5 7/16 10/4 15/17 20/20 20/23 32/20

**saying [1]** 19/17

**says [1]** 21/20

**scale [1]** 6/15

**schedule [10]** 5/11 6/22 6/25 8/4 17/13 23/10 29/18 30/7 31/24 32/9

**Schmidtlein [9]** 2/13 3/13 3/15 11/4 11/14

**Schmidtlein's [1]** 20/7

**seal [3]** 5/7 6/24 14/6

**sealed [1]** 14/8

**seat [1]** 14/2

**seated [1]** 18/7

**second [9]** 7/11 7/21 7/23 7/24 8/20 9/9 9/24 14/7 30/4

**secondary [2]** 4/15 32/24

**Section [1]** 2/3

**see [8]** 3/22 7/4 7/17 19/17 20/14 21/16 21/20 26/23

**seeing [1]** 33/8

**seems [1]** 4/20

**seen [1]** 7/15

**sense [7]** 6/7 7/25 9/16 14/3 25/20 29/20 31/23

**separate [1]** 15/9

**sequencing [1]** 7/20

**serves [1]** 20/9

**session [1]** 18/7

**set [6]** 6/21 6/25 7/2 7/3 25/7 31/24

**setting [2]** 13/4 20/23

**shall [1]** 31/20

**share [2]** 4/4 16/12

**sharpen [1]** 21/1

**sheer [1]** 31/5

**shelving [1]** 32/15

**shooting [1]** 26/7

**short [2]** 7/6 29/2

**should [5]** 6/24 12/7 25/5 28/5 31/22

**show [1]** 27/23

**side [1]** 18/12

**significant [3]** 10/8 10/12 27/15

**simply [1]** 8/18

**simultaneous [1]** 15/1

**simultaneously [2]** 13/13 31/6

**since [1]** 31/1

**single [1]** 19/19

**sitting [1]** 25/18

**sketched [2]** 16/12 16/16

**skip [1]** 28/15

**sleep [1]** 3/23

**slew [1]** 15/12

**slightly [2]** 11/16 23/1

**small [2]** 5/18 5/22

**smaller [1]** 14/13

**so [50]**

**so I think [2]** 25/13 25/20

**So it's [1]** 14/17

**some [21]** 5/1 5/5 6/3 6/16 6/20 6/20 8/7 9/6 9/10 9/11 12/2 12/15 12/16 25/2 25/11 28/10 28/25 29/3 31/15 31/25 32/15

**somebody [1]** 12/15

**something [13]** 5/3 6/14 12/19 13/20 14/19

**sometimes [1]** 12/14

**somewhere [1]** 27/17

**soon [1]** 4/18

**sorry [5]** 19/10 22/21 22/24 24/4 30/14

**sort [7]** 5/23 7/19 7/20 11/15 29/6 30/23 31/25

**sounds [1]** 29/5

**standpoint [1]** 5/2

**stands [2]** 18/4 33/11

**start [1]** 8/10

**starting [1]** 3/7

**state [2]** 2/2 3/6

**stated [1]** 20/16

**statements [1]** 22/5

**STATES [7]** 1/1 1/3 1/10 3/4 3/20 8/12 22/15

**status [2]** 1/9 32/24

**stenography [1]** 2/23

**still [4]** 12/5 12/5 14/14 20/20

**Street [1]** 1/13

**strikes [1]** 5/2

**stuff [2]** 7/6 25/20

**submission [2]** 25/25 29/6

**submissions [4]** 7/3 9/4 10/24 25/11

**submit [3]** 19/6 24/2 24/20

**submitted [4]** 5/19 6/10 6/12 6/14

**subset [1]** 5/18

**substantial [1]** 29/22

**substantively [1]** 15/2

**sudden [1]** 25/19

**suggestions [1]** 4/11

**Suite [2]** 2/6 2/10

**summary [4]** 6/12 13/4 13/8 22/11

**supplement [1]** 27/11

**supplemented [1]** 20/17

**supporting [1]** 10/21 23/3

**supports [1]** 22/4

**sure [8]** 9/25 10/5 17/21 18/2 21/12 26/14 26/16 26/25

**surprised [1]** 10/22

**suspect [1]** 3/24

**SW [1]** 2/15

**swaths [1]** 26/20

**swoop [1]** 13/16

**T**

**take [8]** 11/16 17/18 17/23 26/2 30/24 32/7 32/21 32/24

**taken [1]** 11/21

**talk [7]** 4/1 4/2 11/2 13/20 17/24 33/5 33/7

**talked [1]** 11/24

**talking [5]** 7/25 11/19 15/17 21/18 31/24

**team [1]** 21/7

**tell [3]** 5/16 26/4 29/23

**ten [2]** 15/25 20/7

**terms [12]** 5/25 6/11 6/15 12/4 14/4 14/22 16/13 17/12 21/13 28/20 28/22 33/6

**testified [1]** 27/20

**testimony [5]** 5/12 5/21 9/19 12/15 12/17

**than [6]** 6/11 10/13 14/14 25/8 26/16 27/17 31/2 31/14

**thank [11]** 3/21 4/7 10/6 11/5 15/22 18/8 22/25 31/11 31/18 33/8 33/9

**thank you [9]** 3/21 4/7 10/6 11/5 15/22 22/25 31/11 31/18 33/9

**that [202]**

**that'll [1]** 32/9

**that's [22]** 6/13 6/18 9/15 9/21 12/11 13/17 13/21 13/24 13/25 14/1 16/23 19/22 20/19 21/21 22/20 28/5 29/6 29/22 30/5 30/5 30/12 31/13

**their [8]** 10/4 10/18 13/11 23/8 25/8 25/12 29/12 31/10

**theirs [1]** 14/14

**them [32]** 16/22 17/1 25/13 25/21 27/1 30/25 32/10

**then [32]** 4/4 5/8 5/25 6/19 6/24 7/3 7/11 8/19 8/20 11/25 12/16 15/10 16/23 17/2 17/8 17/16 19/3 19/21 21/16 21/23 24/11 25/23 27/21 29/18 30/17 31/20 31/22 31/24 32/9 32/13 33/5 33/6

**there [28]** 4/4 4/11 5/8 5/20 7/11 10/14 11/10 11/17 15/4 15/8 16/9 19/11 19/17 19/19 19/24 20/1 23/2 25/9 25/16 26/9 26/14 26/20 26/24 28/23 28/25 29/3 31/16 33/4

**there's [11]** 5/6 6/19 8/21 12/2 12/5 12/5 15/7 17/4 17/16 26/14 32/15

**therefore [1]** 10/9

**these [11]** 4/19 7/2 9/3 12/4 20/1 23/5 25/11 27/1 27/2 31/15 32/23

**they [15]** 10/3 10/17 10/18 11/22 12/24 13/10 16/6 22/8 25/12 25/17 29/22 29/23 26/17 31/9 32/24

**T**

**they'll [1]** 12/16
**they're [4]** 21/9 25/19 31/1 32/24
**they've [4]** 7/15 9/25 21/9 31/9
**thing [2]** 4/3 22/14
**things [1]** 22/7
**think [39]**
**thinking [8]** 5/25 6/1 6/2 6/8 6/21 8/5 16/13 17/11
**third [23]** 6/20 6/22 7/12 12/2 12/24 14/15 15/11 15/12 16/19 16/25 17/5 17/7 19/21 25/3 25/8 25/10 25/16 29/12 30/8 30/22 30/25 31/4 32/20
**third-party [4]** 6/20 14/15 30/22 31/4
**this [45]**
**those [21]** 4/15 6/25 7/3 9/8 9/10 12/1 12/3 12/6 15/9 16/6 16/7 17/9 22/13 26/13 27/4 27/6 27/6 27/22 28/3 28/4 28/10
**thought [3]** 3/25 16/18 30/13
**thoughts [2]** 4/4 8/13
**thousand [1]** 5/18
**three [6]** 16/1 18/13 26/14 30/18 30/23 31/7
**threshold [1]** 4/21
**through [15]** 4/3 4/13 4/24 5/24 6/6 7/24 9/13 19/21 21/10 21/22 26/21 28/4 28/11 29/18 32/18
**thrown [1]** 15/4
**tight [1]** 31/7
**time [18]** 5/1 7/23 7/24 8/2 13/3 13/3 15/19 18/24 21/23 23/11 27/3 27/5 27/6 28/14 29/21 29/23 31/14 32/8
**Times [2]** 7/14 32/21
**timetable [1]** 15/16
**timing [1]** 11/1
**titled [1]** 34/4
**today [1]** 17/11
**together [4]** 4/6 26/8 31/22 32/4
**told [2]** 21/7 27/1
**too [1]** 28/9
**touched [1]** 9/1
**transcript [3]** 1/9 2/23 34/3
**transcription [1]** 2/23
**treated [1]** 22/18
**trial [30]** 5/7 5/9 5/21 8/18 9/3 9/6 9/19 11/23 14/8 15/13 15/24 16/5 16/16 18/17 19/9 19/12 19/23 20/14 20/15 20/24 20/25 22/11 23/4 23/15 25/17 26/5 26/5

**tried [1]** 25/1
**trivial [1]** 14/20
**true [2]** 27/25 28/2
**trust [1]** 28/20
**try [5]** 5/11 11/9 11/15 25/21 30/2
**trying [1]** 13/13
**tweak [1]** 29/12
**two [8]** 4/8 7/5 12/3 16/1 17/14 17/18 26/16 31/16
**TYLER [1]** 2/9

**U**

**U.S [3]** 1/12 3/10 8/10
**ultimate [1]** 10/23
**under [6]** 5/7 6/10 6/24 9/3 14/6 22/6
**underneath [1]** 9/4
**understand [3]** 14/24 20/4 26/23
**understandable [1]** 18/25
**understandably [1]** 28/23
**understanding [1]** 29/1
**unfortunately [1]** 22/12
**Unit [1]** 2/4
**UNITED [5]** 1/1 1/3 1/10 3/4 8/12
**United States [1]** 8/12
**United States of [1]** 3/4
**unless [1]** 32/15
**unredacted [2]** 7/15 27/20
**until [5]** 21/17 22/12 22/19 22/19 25/13
**unwinding [1]** 12/22
**up [3]** 21/12 25/15 26/2
**upcoming [1]** 4/9
**upon [4]** 6/4 9/1 11/19 16/14
**us [5]** 13/9 13/10 13/22 15/18 31/11
**usdoj.gov [1]** 1/15
**use [1]** 18/24
**used [1]** 20/25
**useful [2]** 3/25 20/3

**V**

**variety [1]** 25/16
**vast [3]** 5/20 7/9 16/14
**version [11]** 7/16 8/2 11/16 18/24 26/9 26/12 26/14 26/24 28/7 28/17 28/19
**versions [1]** 30/18
**versus [4]** 3/4 13/3 14/6 29/7
**very [9]** 8/19 9/2 12/25 12/25 14/14 14/14 15/20 15/20 16/5
**view [3]** 10/3 11/7 32/25

**volumes [1]** 11/18
**vs [1]** 1/5

**W**

**wait [1]** 7/16
**waiting [1]** 25/18
**want [7]** 4/17 8/4 8/9 13/2 13/17 17/23 26/8 26/12 26/13 26/19 26/24 28/19 29/25 30/2 31/25 32/8 32/21
**wanted [1]** 27/11
**wants [1]** 32/20
**was [17]** 4/14 5/6 5/7 5/8 5/9 6/12 10/6 11/10 12/16 16/13 17/11 19/10 19/12 19/18 23/4 26/7 28/2
**Washington [4]** 1/5 1/13 2/15 2/21
**wasn't [2]** 12/17 20/24
**way [6]** 14/20 22/9 24/21 25/13 30/3 30/6
**wc.com [3]** 2/16 2/17 2/17
**we [105]**
**we believe [6]** 10/8 15/23 18/20 18/23 27/15 28/5
**we will [1]** 26/25
**we'd [2]** 7/17 7/20
**we'll [5]** 10/3 25/3 26/18 27/5 33/7
**we're [16]** 3/3 6/13 8/21 9/7 11/19 13/8 21/12 24/6 24/21 25/24 26/13 26/16 28/7 28/8 28/17 31/24
**we've [10]** 6/6 15/4 16/4 17/15 22/17 25/1 26/25 27/22 27/22 28/3
**WEBB [1]** 2/9
**weeds [1]** 20/1
**week [5]** 15/25 16/19 25/4 25/8 31/13
**weekend [1]** 3/24
**weeks [5]** 4/9 16/1 17/14 20/8 33/1
**weigh [1]** 6/11
**weighs [1]** 6/14
**welcome [1]** 4/18
**well [14]** 4/13 7/16 8/9 9/15 9/15 10/4 14/16 17/12 26/3 26/19 27/4 28/1 28/13 29/11
**were [7]** 12/18 12/18 16/7 20/14 25/17 26/7 32/17
**weren't [3]** 15/13 20/1 20/22
**wfcavanaugh [1]** 2/12
**what [41]**
**what's [16]** 4/23 5/18 5/20 5/25 6/3 6/5 6/16 6/19 9/5 10/23 14/7 16/15 21/24 21/24 22/4 22/13

**when [48]** Page 40
17/25 19/16 22/2 23/11 26/17 29/12
**where [6]** 6/9 6/13 8/21 12/11 18/22 19/25
**whether [2]** 5/16 7/14
**which [12]** 6/9 7/7 11/19 13/4 15/19 16/13 17/4 17/10 19/5 20/23 24/5 29/17
**while [4]** 13/12 15/2 26/21 31/6
**who [3]** 15/12 28/1 31/15
**whoever [1]** 7/15
**whole [1]** 15/12
**whose [2]** 15/11 25/16
**why [9]** 8/10 9/15 21/16 22/4 26/23 27/14 27/19 28/1 28/5
**will [1]** 5/16 10/5 12/15 15/17 18/20 24/13 26/4 26/25 28/6 30/7 30/8
**William [4]** 2/8 2/18 34/2 34/8
**WILLIAMS [1]** 2/14
**wish [2]** 7/15 16/21
**within [3]** 15/2 15/25 23/5
**without [2]** 6/17 23/6
**witness [2]** 27/19 28/1
**won't [1]** 19/24
**words [3]** 4/24 14/7 21/19
**work [6]** 12/5 15/7 16/9 25/1 26/21 26/25
**works [1]** 31/11
**world [1]** 13/8
**would [56]**
**writing [1]** 25/25
**wrong [2]** 5/19 6/18

**Y**

**Yeah [3]** 15/1 18/2 19/22
**yes [5]** 18/11 22/1 22/14 23/14 29/9
**York [2]** 2/11 32/21
**you [81]**
**you'll [2]** 7/24 20/14
**you're [4]** 15/16 17/25 19/17 21/18
**you've [4]** 5/19 11/24 18/9 20/8
**your [63]**
**Your Honor [43]**
**Your Honor's [2]** 9/4 9/11
**yourselves [2]** 18/10 19/21

**Z**

**Zaremba [3]** 2/18 34/2 34/8