# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

## PLAINTIFF STATES' PROPOSED FINDINGS OF FACT

██████████████

**TABLE OF CONTENTS**

I.    **General Search Advertising is a Relevant Product Market**...................................... 1

    A.  General search advertising is unique and essential because it allows advertisers to reach users who are considering an unmatched breadth of choices and destinations... 2

        1.  Advertisers recognize the unique value of reaching users viewing a GSE results page ........................................................................................................... 4

        2.  General search ads reach a distinct consumer mindset due to the broader range of choices and destinations available on the GSE results page than on SVP websites 7

    B.  The difference in advertiser demand for general search ads and SVP search ads is reflected by differences in customers, functionality, and prices................................. 18

        1.  Advertisers across all verticals purchase general search ads but SVP search ads are only usable for advertisers from certain verticals ........................................... 18

        2.  Many large advertisers purchase general search advertising but choose not to purchase SVP search ads because they compete with SVPs ................................ 19

        3.  SVPs' requirement that advertisers sell on their platform creates functional and economic differences between SVP search ads and general search ads ............... 21

        4.  General search ads and SVP search ads have different prices ............................. 26

II.   **Google Has Monopoly Power in the Relevant Markets** .................................... **28**

    A.  Google limits SVPs' ability to appear in prominent positions on Google's SERP .... 29

    B.  SVPs' resulting loss of organic traffic from blue links has forced them to purchase more Google ads to maintain visibility, resulting in increased customer acquisition costs........................................................................................................................ 31

    C.  Despite these increased costs, SVPs continue to buy Google ads because they have no meaningful alternatives ................................................................................................ 34

III.  **Google's SA360 Conduct Harms Competition**................................................ **40**

    A.  Advertisers use SEM tools to manage ad campaigns across multiple GSEs.............. 41

    B.  Advertisers using SEM tools like consistent cross-engine feature support ............... 45

    C.  Unlike independent SEM tools, Google has a strong incentive to operate SA360 to favor its own search engine......................................................................................... 46

D. Google's monopoly power and SA360's stickiness allow Google to prioritize SA360 support for Google Ads features ................................................................... 49

E. Advertisers rarely switch SEM tools or use multiple tools concurrently ................... 54

F. Google denies advertisers cross-engine support for auction-time bidding, SA360's "most critical" feature ................................................................................. 55

    1. Three components of autobidding features: bid strategies, conversion data, and auction-time bidding ............................................................................. 55

    2. Independent SEM tools develop cross-engine support for auction-time bidding. 62

    3. SA360 releases auction-time bidding support for Google Ads in 2019 .............. 63

    4. Google knows that Microsoft Ads auction-time bidding on SA360 would be popular and effective for advertisers .................................................... 67

    5. Google's SA360 product team initially is receptive to testing Microsoft Ads auction-time bidding ........................................................................... 69

    6. Senior Google employees delay and then refuse to develop SA360 auction-time bidding support for Microsoft Ads .................................................... 73

G. Google also delayed cross-engine support for other key features ............................. 81

H. Google's SA360 conduct has anticompetitive effects in search advertising markets  84

    1. The SA360 feature disparity harms advertisers in search advertising markets .... 84

    2. The SA360 feature disparity harms Microsoft, other GSE rivals, and competition in search advertising markets ............................................................ 86

I. Google's purported procompetitive justifications and other excuses are pretextual and unsupported by the record .......................................................................... 90

**IV. Google's Distribution Contracts Cause Further Harm to Competition ....................... 94**

A. Google's distribution contracts depress demand for advertising on rival GSEs ........ 94

B. Google's distribution contracts hinder rivals' ability to enter into partnerships with SVPs ............................................................................................... 95

## I.   GENERAL SEARCH ADVERTISING IS A RELEVANT PRODUCT MARKET

1.      Plaintiff States incorporate by reference the proposed findings of fact supporting general search services, general search text advertising, and search advertising as relevant product markets.  JFOF ¶¶ 323-521.[1]  Plaintiff States allege that general search ads constitute an additional advertising product market.  General search ads differ from other non-search digital ads, such as social and display ads, for the same reasons that search ads differ from non-search digital ads.  JFOF ¶¶ 398-454.  Moreover, advertisers value general search ads and do not substitute to other types of search ads—*i.e.*, search ads on websites of specialized vertical providers ("SVPs").

2.      Advertisers do not view SVP search ads as sufficiently close substitutes to constrain Google's dominant position in general search ads because (1) general search ads are unique and essential because they reach consumers considering a wider depth of information and choice of destinations than on SVPs and (2) this difference in demand translates into material differences in buying patterns, functionality and prices between general search ads and SVP search ads.  *Infra* ¶¶ 4-65; *e.g.*, Tr. 3862:25-3863:3 (Lowcock) (advertisers do not "view Amazon ads as substitutes for shopping ads on general search engines").

3.      The United States is the relevant geographic market for general search advertising.  Tr. 7047:22-7048:15 (Baker); PSXD-11 (Baker slides) at 4, 41, 128; Tr. 4654:3-24 (Whinston) (opining that the U.S. is the relevant geographic market for general search services, search ads and text ads markets).  Google does not challenge the Plaintiffs' relevant geographic market or put forth any alternative.

---

[1] "JFOF" refers to Plaintiffs' Proposed Findings of Fact jointly submitted by DOJ Plaintiffs and Plaintiff States.  "Tr." refers to the trial transcript.

**A.**  **General search advertising is unique and essential because it allows advertisers to reach users who are considering an unmatched breadth of choices and destinations**

4.      General search ads are the ads that appear on a GSE results page ("SERP") in response to a user query. Tr. 7038:16-7039:6 (Baker); Tr. 6861:10-20 (Amaldoss). The firms that provide general search services—general search engines or "GSEs"—also sell general search ads. Tr. 7037:6-12 (Baker).

5.      

6.

PSXD-11 (Baker slides) at 33 (citing PSX00866.007).

7.      Product listing ads ("PLAs") are the other major type of ad that appears on a GSE results page.[3] PLAs, which advertise specific products, relate to the shopping vertical and make up roughly ▮ of total search ad spend on Google. Tr. 4132:24-4133:18 (Juda)

---

[2] General search text ads also constitute a relevant product market. JFOF ¶¶ 456-500.

[3] The other types of general search ads include hotel ads and local services ads. Tr. 7038:16-7039:6 (Baker); PSXD-11 (Baker slides) at 29.

(acknowledging internal estimate that PLAs constitute ███ of ad spend in 2019 and referring to UPX0467 at -331).[4] ███████████████████████████████



8.      General search ads are essential to advertisers because they occupy the valuable real estate on a GSE results page where users consider a broader range of choices and destinations than they do on any other website, including on an SVP results page.  Advertisers consider search advertising to serve a unique purpose because ads are only shown to a consumer after the consumer initiates a query that reveals the "intent or demand" of the consumer.  Tr. 4852:12-4854:13 (Lim) ("We're responding to that query, which is unique to paid search"); Tr. 6587:18-6588:15 (Vallez) ("We think about search as pull in the sense that the consumer is specifically going out and asking for information. They're looking for a very specific topic. They're searching it.  They're actually pulling information.  It's more intentional."); Tr. 5220:9-19 (Booth) (head of paid search at Home Depot explaining that "search is unique in the sense

───────────────

[4] ██████████████████████████████████████████
████████████████████████████████████

that somebody is going and initiating the action, going to Google, going to Bing, asking for solutions"); Tr. 5236:19-5237:23 (Dijk) (general search ads, and specifically Google ads, are "the exclusive, dominant, you know, pool of high-intent, new customers for [Booking] to find"); Tr. 6506:22-6507:4, 6515:21-6516:1 (Hurst) (It is "essential" for Expedia to advertise on Google because "it's where all the intent is.  There's [] not an opportunity to go buy that many high-intent consumers to introduce them to your product anywhere else.").

9.      Thus, GSEs provide a valuable and distinct market to advertisers—a market that consists of potential customers who are actively considering the unparalleled breadth of choices and destinations on a GSE results page.  Tr. 483:19-484:4 (Varian) (advertisers buy general search ads because "they hope to" appear prominently on the SERP); Tr. 3825:12-3825:24 (Lowcock) (advertisers would continue buying general search text ads even if there was a 5% increase in price because they "would want to continue to capture that intent"); Tr. 7037:13-19 (Baker).

### 1.      Advertisers recognize the unique value of reaching users viewing a GSE results page

10.     Advertisers purchase general search ads to reach GSE users, which is why they are interested in purchasing whichever type of general search ad benefits their business █████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████

███████████████ Tr. 5137:12-5138:14 (Booth) (Home Depot purchases text ads and PLAs on the same SERP because "the SERP has got limited real estate, and so the more that we can take up that real estate, the higher consideration we would have for somebody to select one of our ads" and having two ads on a single SERP "doubles" the chances of Home Depot "appearing prominently" on the results page and, consequently, "winning that customer.");

████████████████████████████████████████████

███████████████████████████████

11.     Google markets its general search ads collectively by touting their unique ability to capture demand on its SERP. ██████████████████████████

████████████████████████████████████████████

███████████████ PSX00272 at 409 ("We are moving from a previous narrative of 'Text + PLAs = Better together' to 'Gaining Holistic Search Share by owning the SERP.'"). ███

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████ Google's economist, Dr. Israel, agreed that general search text ads and PLAs are not "exactly identical, but they're filling this overlapping need for the same person" and "that they're

close substitutes." Tr. 8544:5-8545:2 (Israel).[5]

12.      Digital advertisers employ separate teams to purchase general search ads in
recognition of the ads' unique role. █████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

13.      Paul Vallez of SEM tool Skai described different advertising channels managed
by separate teams.  For example, Skai has a search team that handles advertising on GSEs like
Google, Bing, and Yahoo! Japan; a social team for advertising on platforms like Meta, TikTok,
Snapchat, Pinterest; and a retail team for advertising on retail websites like Amazon, Walmart,
and Target.  Tr. 6583:13-6584:19; PSX01200 at 3 (website showing separate "retail media,"
"paid social" and "paid search" categories for different ad channels).  Mr. Vallez testified that
advertisers "set a specific budget per channel." Tr. 6591:2-6591:5.  Home Depot's paid search
team's spending on Google and Bing, and between PLA and text ads, are adjusted "daily" and



are "interchangeable" but Home Depot does not as frequently or easily reallocate spending from GSEs to social or display ads because those ad products are "distinct and separate" and managed by a different team.  Tr. 5112:23-5113:16, 5118:12-19; Tr. 5142:14-5143:4; 5181:22-5181:25 (Booth); Tr. 4016:22-4017:4 (Juda) (Google also has employees on separate teams; Dr. Juda supervises Google PLAs and text ads but not Google display ads).

14.     The industry distinguishes between general search ads and other ad types so readily that a separate market has developed for third-party tools for the specific purpose of buying general search ads and managing GSE ad campaigns.  *Infra* ¶¶ 121-22.  The biggest such tool is SA360.  *Infra* ¶ 151.  Other tool providers, like Skai, offer separate tools to purchase social and ecommerce ads, but those are "different components" of Skai's SEM tool.  Tr. 3984:4-3984:17 (Lowcock).  Despite Skai's additional features, SA360's share among SEM tools continues to rise while Skai's share dropped.  *Infra* ¶ 151.

> **2.     General search ads reach a distinct consumer mindset due to the broader range of choices and destinations available on the GSE results page than on SVP websites**

> **a.    GSEs and SVPs have complementary search capabilities**

15.     GSEs are "online services that respond to user queries on a wide range of topics, and they give users choices that come from a broad range of online information."  Tr. 7026:4-22 (Baker); JFOF ¶¶ 325-27.  The distribution of general search queries across different industry segments, or "verticals," for a two-day period in 2021 demonstrates that queries spanned "a diverse range of information" with only ■ of queries in shopping and ■ in travel (compared to ■ in arts and entertainment and ■ of queries outside the top 15 categorized verticals).  Tr. 7026:4-7026:22 (Baker) (discussing PSXD-11 (Baker slides) at 10 (citing PSX00867.006)).

16.     The product users receive from an online search are the results to their query.  Tr. 8917:18-8918:1 (Israel).  Query results offered by GSEs are materially different than query

results offered by SVPs.  For example, on GSEs, more than half of the results pages in that study contained information from industry segments outside of the segment in which the query itself was classified.  Tr. 7028:17-7029:16; 7030:20-7031:11 (Baker); PSXD-11 (Baker slides) at 17. This ability to get a "satisfactory responses to multiple queries from multiple sources, all without switching sites" provides users with "one-stop search convenience."  Tr. 7026:23-7027:25 (Baker).  In fact, nearly ███ of user sessions involved searches in more than one vertical segment.  PSX00869.004; PSXD-11 (Baker slides) at 19.

17.     By contrast, responses to queries on SVPs "are typically from the limited information available" on the SVP itself (or its limited partners) and only regarding the SVP's particular vertical. Tr. 7026:23-7027:25 (Baker); Tr. 3857:18-3858:10 (Lowcock); Tr. 1492:11-24 (Dischler); ███████████████████████████████████████████ ███████████████████████████████████████████ ████████████████████████████████ Tr. 658:8-23 (Hurst) (Expedia "return[s] results from its inventory of supply partners.  Whereas, Google's returning results from anything it has scraped on the internet."); Tr. 4616:5-4616:25 (Whinston).

18.     Google's Chief Economist Hal Varian agrees that Google provides users with "information from a broad set of information needs [sic]" while SVPs like Amazon produce "narrower" and "somewhat different results" because they use "different algorithms, different datasets, different history" and, importantly, "different understanding of the users."  Tr. 184:24-185:1; 484:20-485:4 (Varian); Tr. 8096:23-8097:7 (Gomes) (Google "covers more categories of information than does Amazon"); Tr. 1337:20-1338:13 (Dischler) ("[p]eople should be able to turn to Google for anything"); Tr. 7790:1-7790:18 (Pichai) (Google's CEO acknowledging that Google "can give more coverage" than ecommerce websites like Amazon).

19.     Simply running the same basic query on a GSE and an SVP demonstrates the vast difference in the results they provide.  For example, in response to the query "UFO," Google produced 2 billion results that "came from all sorts of places," whereas Amazon produced less than 10,000 results "and they were all things you could purchase" on Amazon, and Expedia and HomeAdvisor produced no results.  Tr. 7031:14-7032:6 (Baker); PSXD-11 (Baker slides) at 21; PSX00867.007.[6]

20.     The "one-stop shop" convenience of GSEs complements the narrower search services on SVPs.  Users tend to use a GSE to review a broad range of information, then choose an SVP or other destination, and then look for specific products and services available on those destination websites.  ████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████████

Tr. 7033:1-10 (Baker);  ██████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

---

[6] PSX00867.007 is a table from Prof. Baker's report and is not admitted into evidence. However, Plaintiff States and Google agreed and explained to the Court during trial that Plaintiff States would rely on this exhibit in post-trial briefing, and Google may objection to the document's admission.  Tr. 9632:7-16.  Plaintiff States submit as Exhibit A to this filing a redacted version of PSX00867.007 and request that the Court only consider the unredacted portions of this document.  Counsel for Google has stated that they do not object to Plaintiff States' submission of this document for the Court's consideration.

████████████████████████████████   The largest SVPs get 33-88% of their user traffic from GSEs, including local services websites (Thumbtack, HomeAdvisor and Yelp), shopping websites (Amazon, eBay and Walmart), and travel websites (Expedia, Booking and Airbnb).  Tr. 7033:1-21 (Baker); PSX00866.020; PSX00866.021; PSX00866.022; PSX00866.023; PSXD-11 (Baker slides) at 25.

21.     In 2019, Google found that its users that were also Amazon Prime members were *more* likely to use Google search.  Tr. 8730:23-8731:23 (Israel); UPX0344 at -058 (Project Charlotte Exec Update); JFOF ¶¶ 385-86.  Similarly, use of the Amazon app is positively correlated with use of Google Search.  PSX00562 at -976, -977 (Google Internal Analysis); Tr. 8733:16-8734:13; 8738:7-19 (Israel).  Google's economist, Dr. Israel, conducted an analysis of queries that were entered on both Amazon and Google.  DXD29 at 20. But he conceded that his analysis would characterize a query as an "overlap" even if a user used the query on Google as a gateway to a later query on Amazon (*i.e.*, the user typed "blue sneakers" in Google, clicked on a PLA purchased by Amazon to navigates to Amazon's website, and then entered another search on Amazon for "blue sneakers").  Tr. 8918:25-8920:16 (Israel); DXD29 at 20; Tr. 7035:6-7035:14 (Baker) (opining that the queries overlap because Amazon and Google "work together").

> **b.     Because the search capabilities of GSEs and SVPs are complementary, advertisers view ads on GSEs as reaching users that typically have a different mindset than users on SVPs**

22.     In contrast to display and social ads, search ads are unique because they are shown in response to a query that reveals a user's real-time intent. Tr. 4852:12-4854:13 (Lim); Tr. 6587:18-6588:10 (Vallez); Tr. 5220:11-22 (Booth).  General search ads are further differentiated from search ads on SVPs because, given the limited scope of SVP search results

and the fact that the consumer can actually transact on an SVP site, SVP users are more likely to be closer to the decision to purchase a product.  Tr. 3860:16-3861:5; 3852:1-3853:2 (Lowcock). General search ads and SVP search ads therefore reach consumers who are typically at "different stage[s] of their purchase journey."  Tr. 7038:16-7039:2017 (Baker).  For this reason, general search ads and SVP search ads are not considered by advertisers to be reasonably interchangeable.  Tr. 7038:16-7039:2017 (Baker).

23.  Marketers use the "marketing funnel" to conceptualize different consumer mindsets.  Tr. 6860:1-2; 6875:5-6877:1 (Amaldoss); JFOF ¶¶ 447-54. The marketing funnel captures the basic axiom that consumers must be aware of a type of product before they can consider purchasing it, and they must consider a subset of products of which they have become aware before they can make a purchase. Tr. 6875:5-6877:1 (Amaldoss).  This understanding of basic consumer psychology has not changed over time and applies universally, with very limited exceptions.  Tr. 6875:5-6878:23 (Amaldoss).  Marketers routinely use the marketing funnel to make advertising decisions.  PSX00970 at -707; Tr. 5240:9-16 (Dijk); Tr. 6880:4-19 (Amaldoss). The marketing funnel's continued utility is in no way diminished by the increased availability of data today.  Tr. 5240:13-16 (Dijk).

24.  Advertisers balance their ad investments "over time across the purchase funnel so that [they have a] continuous flow of consumers, from awareness to consideration to purchase." Tr. 6871:12-6873:2 (Amaldoss); PSX00970 at -703 (ad agency Tinuiti recommending that a client increase "share of investment to the upper and mid-funnel to help recruit new users and nurture existing ones").  Different categories of digital ads complement each other to guide a customer down the marketing funnel towards a purchase or transaction.  Tr. 5122:1-17 (Booth) ("what most advertisers try to do is try to nurture that consumer journey by showing them a

bunch of options, presenting that in display or social, and then ultimately leading them down that transaction path").

25.     Advertisers describe display ads and social media ads as "upper funnel" because they "push" an ad to consumers who are expected to have a lower probability of purchase.  Tr. 6588:16-20 (Vallez).  Consumers shown display ads and social media ads tend to have a lower probability of purchase because they are typically engaged in another activity, like reading the newspaper or watching videos on TikTok. Tr. 6588:16-6589:2 (Vallez).  As Mr. Vallez of Skai explained, "push is where – you may be in what we call lean-back experience.  You're consuming content.  You're being entertained.  And as a result, you're being pushed ads to you that may or may not be relevant to your experience."  Tr. 6587:18-6588:7 (Vallez); Tr. 6512:23-6513:14 (Hurst) ("[on a social media platform] we basically pick a set of characteristics, and then we run video ads in front of them, usually with the goal of getting them to download our app[] and engage with our product.  On the flip side, when we think about Google, we're more buying a query.  So someone has expressed intent, and we're trying to buy them at that moment of intent to get them interested in our product."); Tr. 5123:1-23 (Booth); 5241:17-5242:8 (Dijk); Tr. 6884:14-6885:13, 6888:18-6890:3 (Amaldoss) (social media ads and display ads, unlike general search ads, are served based on the advertiser's inference of what the consumer may be interested in but it is not the focus of the consumer's attention; consequently, display ads are eight times less effective at causing a consumer to act compared to general search ads).

26.     By contrast, general search ads are lower funnel and reach users who, in aggregate, tend have a higher probability to purchase compared to users viewing display ads.  Tr. 3824:20-3825:3 (Lowcock) ("Search advertising is lower funnel, primarily intended to capture intent" and is "not ... substitutable" with display advertising); Tr. 5122:1-20 (Booth) (The Home

Depot's paid search advertising team focuses on "lower funnel"); Tr. 6585:20-6586:3, 6586:14-6587:3 (Vallez) (discussing PSX01200, a screenshot of Skai's website) (SEM tool provider Skai believes that general search advertising best captures the intent of users, because "search is more often than not the last step, one of the last steps" in a consumer's purchase journey).

27.     Advertisers consider general search advertising to serve a unique purpose because they are only shown after a user initiates a query that reveals her "intent or demand."  Tr. 4852:12-4854:13 (Lim); Tr. 6587:18-6588:7 (Vallez).  Mr. Booth of Home Depot explained that "search ads are unique in the sense that somebody is going and initiating the action, going to Google, going to Bing, asking for solutions."  Tr. 5220:11-22 (Booth).  Similarly, Ms. Lim JPMorgan testified that it and other financial-services advertisers view paid search as the only "always-on" acquisition channel where the budgets are not "fungible" with other digital ad products.  Tr. 4853:1-4853:4; 4857:7-4858:3; 4858:18-4859:9 (Lim).

28.     GSE users are more likely to be in a research and consideration mindset compared to SVP users because of the different search capabilities of GSEs and SVPs.  Tr. 6863:13-6863:19 (Amaldoss); Tr. 8525:6-8530:12 (Israel) (admitting that users utilize GSEs and SVPs "for different purposes").  This difference in consumer mindsets explains in part why Mr. Lowcock would not "recommend that clients" use SVP "in place of general search ads."  Tr. 3860:16-3861:9; 3852:10-3853:5 (Lowcock) (users on retail or ecommerce SVPs have "a high probability and intent to buy" and "typically [] type in the brand and product they're specifically looking for" and indicating that the lowest part of funnel is where "you want to send a user to a place where they can purchase," which does not include Google, but does include an ecommerce website or retailer); Tr. 5138:7-14 (Booth) (Home Depot has a "higher likelihood to actually get [the customer] to convert" once on its website as compared to while on a general search engine);

13

PSX00006 at -037 (Skai document: the conversion rate for general search shopping ads is 2.1% compared to 21.2% for Amazon ads and describing the "opportunity for the brands to buy traffic in Search and land it in Amazon").

29.     In a presentation by the ad agency Tinuiti discussed at trial, CVS, Target, Walmart, and Amazon appear in the "purchase" stage of the funnel because "[t]hese are all places where the consumer could actually buy the product."  PSX00970 at -707; Tr. 687:12-6873:2 (Amaldoss).  By contrast, Google and Bing are in the "consideration" phase.  PSX00970 at -707; Tr. 687:12-6873:2 (Amaldoss). Tinuiti explains that an advertiser can "leverage brand searches via Google/Bing as a way to circulate purchase intent back to our e-commerce partnerships."  PSX00970 at -701; Tr. 6877:2-6877:13 (Amaldoss) ("Google and Bing are a little higher" in the funnel than SVP search ads in this example and "are playing [a] slightly different role"); PSXD-10 at 14.  This document illustrates that advertisers use general search ads to reach consumers who may intend to transact but are not yet at a place where they can complete a purchase, in order to attract them to an SVP or other place of purchase.  PSX00970 at -701; Tr. 3808:2-3808:16; 3852:10-3853:5 (Lowcock) (advertisers purchase general search ads to "drive [users] to the advertiser's own website or a destination that the advertiser has determined" including a physical location or "ecommerce" websites like Amazon).

30.     Google witnesses and documents also demonstrate that SVP users tend to have a mindset closer to making a purchase than Google users. ██████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ Tr. 1249:12-21 (Dischler) (Amazon users can complete transactions on Amazon, whereas users who search for a product on Google must navigate to a seller's website to complete a transaction); Tr.

485:7-485:23 (Varian) (same); ███████████████████████████

███████████████████████████████████████████████

███████████████████████████████

31.     Dr. Raghavan similarly was not surprised that "[Amazon] Prime members who in any way intend to shop at Amazon might come to Google and a do a lot of research on Google before they do it" because "[r]esearch is one of the things users in the commercial mode do a lot of on Google." Tr. 7434:22-7435:14 (Raghavan); *see also* Tr. 7434:7-9 (Raghavan); PSX00302 at -848 ("Google is where people research – 69% of people start with Google when going to retail sites and apps on mobile"). ███████████████████████████████

███████████████████████████████████████████████████

█████████████████     Tr. 7789:19-7791:16 (Pichai) (consumers looking to research have a mindset higher in the "marketing funnel" than consumers "trying to buy" a product); Tr. 1283:7-1284:22 (Dischler) (discussing PSX00267); Tr. 458:18-458:25 (Varian) (Dr. Varian is not aware of Google conducting any regular-course empirical analysis of "advertisers switching their spend between Google search ads and Amazon").

32.     Google offers its own specialized vertical products on pages that can be reached from its SERP, such as hotel ads.  These Google verticals are sometimes referred to as Google's "meta" product.  Advertisers view Google's meta products as similar to SVPs.[7]  According to

---

[7] There are other metasearch providers like Kayak (which is owned by Booking) and TripAdvisor.  Both Booking and Expedia categorize theses metasearch providers as "price comparison engine[s]" in a traffic acquisition channel distinct from general search ads.  Tr. 6505:12-6506:2, 6507:12-19 (Hurst); Tr. 5311:21-5312:6 (Dijk) (explaining PSX00094 at -698).  Mr. Dijk of Booking explained that metasearch providers like Kayak compete with Google's metasearch travel product, but Booking.com does not compete with Google search ads.  Tr. 5348:13-5349:24 (Google search ads "are not directly [in] competition [with] Booking"); *see also* Tr. 6565:13-19 (Hurst) ("Meta search would be the closest comparable [channel] for

Expedia's COO, Google's "meta product" has "more intent" and when a consumer is using the meta product to make a booking, "it's typically a signal someone's closer to a booking occasion." Tr. 6512:1-11 (Hurst); Tr. 9229:13-9230:8 (Holden) (testifying with regards to users on Google's travel SVP that "[o]n average, [users on the immersive are] probably closer to booking ... [and] the advertiser ... buying a hotel ad [on the immersive] often is bidding more on that hotel ad than maybe a text ad because the likelihood of conversion may be higher").

**c.**  **Ads on navigational queries are essential for many advertisers and only available on GSEs**

33.     A navigational query is a query that "contain[s] the name [or URL] of the page where a user wants to go." Tr. 185:11-185:19 (Varian). Users typically enter navigational queries on a GSE "because they haven't added a website to their favorite or they're uncertain of what the actual brand's website is" or they "don't want to type in the brand name in the address bar of their browser." Tr. 3863:25-3864:8 (Lowcock). Navigational queries are 12% of all Google's queries, and many of the most common queries on Google are navigational, such as "Amazon" or "eBay." Tr. 8748:22-8749:1, 8922:21-8923:1 (Israel); UPX0342 at -859 ("Top US Queries").

34.     Google often sells general search ads on navigational queries for both the queried website and that website's competitors. Tr. 8923:10-8924:3 (Israel). Many of Google's highest grossing queries by revenue in the U.S. are navigational—*e.g.*, "hulu," "aarp," and "comcast." UPX0342 at -859).

35.     Advertisers routinely engage in this practice of buying general search ads for their

---

Google's meta product," but "[t]he only real comparable for the text ads would be Bing"). Like SVPs, metasearch providers purchase both text ads and hotel ads on Google. Tr. 9196:18-22 (Holden).

brand name and the names of their competitors.  Ms. Lim of JPMorgan testified that buying paid general search ads on Chase's own brand name is "very important," because it provides a "better guarantee that we will show up early on the screen" for customers that search Chase's brand name.  Tr. 4847:13-16 (Lim); Tr. 5277:10-18 (Dijk) (Mr. Dijk of Booking describing how competitors would bid up other travel companies brand name terms forcing "every company in the travel industry and outside of the travel industry ... pay[s] money to Google to show up with their own brand name").  ██████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████

36.     A firm that does not buy ads against its own brand term risks losing business to a competitor.  This practice of buying ads on queries for a competitor is called "conquesting."  Tr. 3864:19-3865:4 (Lowcock).  Advertisers engage in conquesting "in the hope that the user would click on that [ad]" and go to the competitor instead. Tr. 3864:19-3865:4 (Lowcock); ██████████

████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████

37.     Conquesting can be effective because a GSE user is considering and researching a variety of options, allowing competitors to capitalize on a GSE user's potential indecision and redirect user traffic to the competitor's website.  ████████████████████████  Tr. 5279:10-20 (Dijk).  Indeed, 20% of Google users shown a competitor's ad after entering a navigational query click on the competitor's ad, which, Dr. Israel admits, indicates a willingness to go to another site despite entering a navigational query.  Tr. 8924:9-22 (Israel) (accepting

Prof. Baker's analysis).

38.     By contrast, navigational queries cannot be run on SVPs because SVPs either do not display results that allow users to navigate to an external website or, for some smaller metasearch SVPs, only allow users to navigate to a purchase website.  Tr. 8749:2-3 (Dr. Israel admitting that Amazon does not compete for navigational queries); Tr. 7032:7-7032:25 (Baker). According to Mr. Lowcock, conquesting occurs more frequently on GSEs than on SVPs—not only because of the unique presence of navigational queries on GSEs—but also, for broader branded search queries users on an SVP "know what they are looking for, they intend to buy that product" on the SVP website itself.  Tr. 3865:5-24; 3866:9-20 (Lowcock).

**B.      The difference in advertiser demand for general search ads and SVP search ads is reflected by differences in customers, functionality, and prices**

**1.      Advertisers across all verticals purchase general search ads but SVP search ads are only usable for advertisers from certain verticals**

39.     General search text ads "can be used to broadly advertise any product or service." Tr. 3810:9-3811:1 (Lowcock).  Any advertiser who meets the general policy requirements of the GSE platform can purchase a general search text ad.  Tr. 3811:2-5 (Lowcock).  Mr. Lowcock testified that he recommends general search ads for all his clients, regardless of size.  Tr. 3841:14-24 (Lowcock).

40.     Yet ad agency executives also testified that not every one of their clients purchase SVP search ads. Tr. 3854:9-3855:22; 3861:7-3862:17 (Lowcock); ███████████████████ ████████████  This is because SVP search ads are only usable for advertisers that sell products or services in the SVP's particular vertical category.  Many product categories lack an applicable SVP, and advertisers of those product do not buy SVP search ads.  Tr. 6864:13-19; 6864:24-6865:9 (Amaldoss).  Instead, they can only reach consumers with a high probability of purchase by buying GSE ads.  Tr. 6864:13-19 (Amaldoss). ███████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████

██████████

41.   ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████   Tr. 4848:9-11 (Lim) (search text ads are the only search-related ads that

JPMorgan buys); PSX00866.014.

> **2.**   **Many large advertisers purchase general search advertising but**
> **choose not to purchase SVP search ads because they compete with**
> **SVPs**

42.   ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████

43.   ████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████   *see also* Tr.

4614:9-4615:16 (Whinston); ████████████████████████   Tr. 1249:7-11 (Dischler);

████████████████████████████████████████████████████

██████████████████████   Tr. 7795:19-7795:21 (Pichai); Tr. 9209:1-10; 9210:5-10 (Holden); Tr.

5231:8-14; 5243:22-25 (Dijk) (Booking buys ads on Google in significant amount but not on

Amazon); *see also* Tr. 3649:10-16 (Nadella) ("In many cases, the most active advertisers on

Bing or in Google will be vertical search engines"); Tr. 7441:1-3; 7582:13-7584:8 (Raghavan)

(discussing DXD-21.005-006) (Overstock, Wayfair, Walmart, Booking and Expedia are some of

Google's "top advertisers" in purchasing text ads and PLAs); Tr. 7044:15-7045:2 (Baker).

44.     SVPs advertise on GSEs because general search ads are "click-out," *i.e.*, they bring users out of the GSE to the advertiser's website, where the user can make a purchase.   Dr. Varian, Google's Chief Economist, testified that ads on GSEs allow SVPs like Amazon and Expedia to attract new customers to their website or expose potential customers to a new use for the SVP's services.  Tr. 479:1-479:20; 483:9-483:18 (Varian). ████████████

████████████████████████████████

████████████████████████████████

██████████████████████████████████

████████████████████████████ PSX00012 at -624.

45.     Mr. Dijk of Booking testified that his company cannot rely solely on users navigating directly to its website or its app for customer acquisition and growth because Booking's offerings are "low frequen[cy] purchase[s]" and it is difficult to stay "top of mind all the time."  Tr. 5238:22-5239:6, 5275:16-23, 5278:23-5279:9 (Dijk).  As a result, Booking relies on Google for the majority of its new customer acquisition it needs "that kind of high-intent traffic to come to us to drive the growth of our company."  Tr. 5278:23-5279:9 (Dijk); ████

████████████████████████████

██████████████████████████████████

██████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████

████████████████████████Tr. 9177:4-17 (Holden)

(customers' purchase decisions in travel are unique in part because "they don't do it often").

46.     SVPs and other retailers also do not typically advertise on other SVPs because they do not want to promote their products on a competitor's website. ██████████████



███████████████ Mr. Dischler agreed that companies that sell products, such as Walmart or Target, "advertise on Google, but they don't advertise on Amazon because they compete against Amazon for the sale of many of those products."  Tr. 1250:4-11; ███████

█████████████████████████████████████████████

███████  Tr. 5224:10-23 (Booth); Tr. 3855:20-3856:5-9 (Lowcock); Tr. 7045:3-7045:8 (Baker); Tr. 4651:12-4653:3 (Whinston).

47.     By contrast, this concern does not apply to SVPs and retailers buying general search ads on Google because they "do not see themselves as competitors with Google." Tr. 3857:13-16 (Lowcock); ████████████████████████████████ Tr. 4651:12-4653:3 (Whinston). ███████████████████████████████████████

██████████████████████████████████████████

48.     As discussed below, retail SVPs are also disincentivized from purchasing SVP search ads by functional differences in SVP search ads (compared to general search ads), including the requirement to sell on the hosting SVP's platforms, that the ads must link to an internal SVP page, and that a cut of the sale is taken by the SVP hosting the ad.

### 3.     SVPs' requirement that advertisers sell on their platform creates functional and economic differences between SVP search ads and general search ads

49.     An advertiser generally "needs to have their product or services available for purchase on" SVPs before buying an ad on that SVP.  Tr. 3854:9-15 (Lowcock); ███████

███████████████████████████████████████████████████████████

███████████████████████████████████ Tr. 6511:8-23, 6574:15-6575:12 (Hurst)

(Expedia ads are only available to inventory partners operating under Expedia's commission

model); ████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████ Tr. 3851:10-14 (Lowcock); Tr. 6865:10-6866:6 (Amaldoss).

50.     This requirement that SVP search ads can only be purchased by sellers of

products on the SVP's website results in several functional differences between SVP search ads

and general search ads: (1) SVP search ads deprive advertisers of important customer

relationships because SVPs direct users to internal transaction pages, not the advertiser's website

or physical store; (2) the SVP takes a cut of all resulting sales; and (3) the resulting "vendor"

relationship between the advertiser and SVP is different than an advertiser's relationship with a

GSE.  As a result of these functional distinctions of SVP search ads, some large retailers like

Home Depot do not advertise on major SVPs like Amazon because selling on Amazon does not

make economic sense.  *See supra* ¶ 46.

51.     **Customer Relationship**: General search ads and SVP search ads differ in where

they direct a user once clicked.  General search ads send users "to the [advertiser]'s website,"

either to make a purchase on that website or to encourage the user to go the advertiser's physical

store.  Tr. 3852:10-18 (Lowcock); ████████████████████████████████

███████████████████████████████████████████████████ Tr.

9233:15-25 (Holden) (ads for hotels on Google "ultimately link to a partner for that actual

booking"); ████████████████████████████████████████

████████████████████████████████

52.     By contrast, SVP search ads on the biggest platforms like ██████ Expedia and

██████ direct users to a website internal to the SVP where the user can complete a

transaction. ████████████████████████████████████

██████ Tr. 6575:5-12 (Hurst) (same for Expedia); ████████████████████

████████████████ Tr. 1398:3-12 (Dischler) (with Amazon ads, "anytime a conversion

happens, when a purchase event happens, it happens on Amazon," but with Google ads, "the

purchase event typically happens on the advertisers' website").

53.     This functional difference is important to advertisers.  Because general search ads

direct users to an advertiser's website, those advertisers are able to collect user data that they

cannot collect when users remain on the website of a hosting SVP.  As Mr. Lowcock testified,

advertisers prefer to drive a sale on their own website (rather than on an SVP's website) because

when a user completes a purchase on an SVP, the advertiser "lose[s] access to the data and []

lose[s] access to [its] own customer."  Tr. 3857:18-3859.  It is important to advertisers to "have

access to first-party [customer] data because they want to earn that customer relationship."  *Id*.;

Tr. 4651:12-4653:2 (Whinston) (a difference between general search ads and SVP search ads is

that "many advertisers really care about the consumer coming to their website"); ██████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████

54.     Even manufacturers who do not sell directly to consumers benefit from using

23

general search ads to direct consumers to the manufacturer's website.  Manufacturers often use their websites to provide a list of retailers where consumers can buy the manufacturer's product. This user traffic to the manufacturer's website—even though it does not result in immediate purchases—"can give the manufacturer more insights about what retailer relationships are more important, as well as data about that user and what's driving performance."  Tr. 3861:17-3862:17 (Lowcock); Tr. 1169:12-15 (Dischler) (a benefit of Google ads is "the prospect of receiving additional traffic to an advertiser's website or business").  For these reasons, Amazon's advertising customers skew towards small and medium sized businesses that do not have their own website (and thus do not seek to steer users to an external website).  DX0231 at -002, -006; Tr. 1436:4-21; 1501:4-16; 1502:4-1503:4 (Dischler); █████████████████████

███████████████████████████████████████

████████████████████████████████████████

██████████████████████████████

55.      Advertisers are particularly keen to use general search ads to encourage users to visit the advertiser's physical store (something they cannot do with SVP search ads) because customers tend to purchase more at physical stores than at online stores.  ████████████

████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████

█████████████████████████████████

████████████████████████████████████████

████

56.     **Cut of Sale**: Advertisers realize less revenue from a sale resulting from an SVP search ad (which is completed at the *SVP's* website) than a sale resulting from a general search ad (which is completed at the *advertiser's* website or physical store).  As Mr. Lowcock testified, SVPs "always take a [] margin" when purchases are made on their websites.  Tr. 3859:10-3860:4 (Lowcock).  It is therefore more profitable for advertisers to sell directly to users through either their own website or their physical location (both in revenue and because the advertiser can capture valuable customer data).  *Id.*  By contrast, advertisers pay Google when (and only when) users click on their ads; there are no additional fees due to Google if the user then purchases the advertiser's product.  Tr. 1176:24-1177:4, 1241:24-1242:4 (Dischler); Tr. 9173:18-9174:19 (Holden).

57.     SVPs make most of their money from the cut of sales that occur on their websites.

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████ Tr. 6503:9-6503:19 (Hurst) (Expedia makes most of its money based on a cut of a booking and only a "small [single-digit] portion" from advertising).  By contrast, sales do not occur on Google's website at all; rather, Google derives its search revenue through advertising.  Tr. 184:11–12 (Varian) (General search engines are funded by the sale of ads); Tr. 1249:12-21 (Dischler) (cannot complete a retail transaction on Google); Tr. 9233:7-25 (Holden) (cannot complete a travel booking on Google).

58.     **Vendor Relationship**: Finally, advertisers consider their vendor relationships when deciding whether to buy SVP search ads.  As Mr. Lowcock explained, some advertisers that sell through multiple retailer websites "don't want to favor one retailer over another" by

purchasing search ads on a SVP's platform "because that can hurt [their] overall relationship" for distribution of products and services. Tr. 3861:17-3862:2 (Lowcock). The relationship between a manufacturer and an SVP "is complicated" and obtaining "quality [digital] shelf space" can require an advertiser to "buy advertisements on the [SVP/]retailer's website." Tr. 3854:22-3855:9 (Lowcock); ████████████████████████████████████████

████████████████████████ Advertisers do not have to consider these factors when deciding whether to purchase general search ads. Tr. 3854:22-3855:9 (Lowcock).

### 4.    General search ads and SVP search ads have different prices

59.    Platforms price general search ads and SVP search ads on a cost-per-click basis, meaning that an advertiser pays each time a user *clicks* on the ad. Tr. 1176:6-9 (Dischler). In contrast, platforms typically price display and social ads on a cost-per-mille (CPM) basis, meaning advertisers pay a set price for every thousand people who *view* the ad (regardless of whether they click on it). Tr. 1194:25-1195:16, 1196:5-14 (Dischler); 5119:13-5120:2 (Booth).

60.    The cost-per-click prices of general search ads and retail SVP search ads differ dramatically. For example, Skai calculated that the cost per click of Amazon ads was five times greater than general search ads in the shopping vertical. PSX00006 at -037. Dr. Israel conceded that when the prices of general search text ads, Amazon ads, and Instagram ads were converted to the CPM metric, "[t]here are very large CPM differences between these types of ads." Tr. at 8461:23-8462:13; DXD29.062.

61.    Dr. Israel argues that, for digital advertising, measurements of an advertiser's return on investment (ROI), return on ad spend (ROAS), or clicks per action (CPA) (ROI, ROAS or CPA) can serve as a measure of the price of an ad drives advertiser substitution (and thus market definition). Tr. 8466:20-8467:24 (Israel). These metrics cannot supplant price as the basis of the antitrust analysis because they are calculated differently by different advertisers and

they cannot compare different ad types accurately.  ██████████████████████

██████████████████████████████████████████  And Dr. Israel (who

uses the terms ROI and ROAS interchangeably) admitted that it is very difficult to measure ROI

because advertisers have limited data.  Tr. 8466:20-8467:22 (Israel).

62.     This difficulty in measuring ROI is particularly true across different advertising

channels.  Tr. 3849:3-14 (Lowcock).  In some cases it simply cannot be done.  ████████████

████████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████

63.     Due to these difficulties, Dr. Israel conceded he never calculated the ROI or

ROAS for any ad types.  Tr. 8925:8-25.  He also conceded that measures of ROAS or ROI were

not dispositive in antitrust market analysis, and that two products can have the same ROI and not

be in the same antitrust market.  Tr. 8868:15-21.

64.     Advertisers' ordinary course documents show that general search ads and SVP

search ads can have drastically different ROIs and yet advertisers continue to buy both,

indicating that advertisers do not fully substitute between the two products.  Indeed, evidence

shows that some advertisers buy more of the ad type with the *lower* ROI, which shows that ROI

does not dictate their ad purchasing decisions.  ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████



65.      <span style="display:inline-block;width:3in"> </span> A customer survey conducted by Skai
and Amazon determined that customers purchase both Amazon Sponsored Product Ads and
general search shopping ads even though they have drastically different costs per acquisition
($7.05 for Amazon Sponsored Product Ads vs. $12.82 for general search shopping ads).
PSX00006 at -037.


## II.      GOOGLE HAS MONOPOLY POWER IN THE RELEVANT MARKETS

66.      Plaintiffs' joint proposed findings of fact explains why Google has monopoly
power in the general search services, general search text advertising, and search advertising
markets.  JFOF ¶¶ 522-727.

67.      Google also has monopoly power in the general search advertising market, based
on both indirect and direct evidence.

68.      Since 2012, Google has had over ▇ market share by spend in the general
search advertising market, and its share has been increasing.  In 2021, Google had ▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

69.      Google's high market share is protected by insurmountable barriers to entry,
namely, the ability to create a GSE with sufficient distribution to gain the scale to compete and
be attractive to general search advertisers.  JFOF ¶¶ 531-58, 580-85, 608; Tr. 7087:7-22 (Baker).

Because of these barriers, especially those related to distribution, new entrants into the GSE marketplace have not had any impact on Google's market share in the general search advertising market (all past GSE entrants, except the now-defunct Neeva, were participants in the general search advertising market).  JFOF ¶¶ 526, 576, 603; Tr. 7047:22-7049:1 (Baker).

70.     Google's conduct towards SVPs, described below, is direct evidence of Google's monopoly power in search advertising markets.  Specifically, Google's monopoly power allows it to engage in conduct that increases customer acquisition costs for SVPs that advertise on Google while reducing their ability to advertise with rival GSEs.

**A.     Google limits SVPs' ability to appear in prominent positions on Google's SERP**

71.     SVPs that advertise on Google want to appear prominently on Google's SERP in order to capture more user traffic. ███████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████         Tr. 483:19-484:4 (Varian).

72.     However, in certain commercial verticals, Google limits the ability of SVPs to appear in prominent positions on its SERP.  Tr. 9210:13-25 (Holden) (travel is "one of our largest verticals" gaining Google "billions of revenue"); ████████████████████████████

████████████████████████████████████████████████████████████

████████████████

73.     For example, as Google acknowledges, SVPs cannot appear in the hotel, flights, or local units on its SERP.  Tr. 9244:19-21 (Holden) (SVPs cannot appear in the hotel unit on

Google's SERP); Tr. 8340:4-10, 8344:10-11 (Reid) (SVPs cannot appear in the local unit on

Google's SERP); ████████████████████████████████████████████

████████████████████████████████████████████ Tr.

6903:25-6904:5 (Amaldoss); PSX00933 (Holden Decl.) ¶¶ 12, 25; PSX00845 at 9-10;

PSX00848 at 4-6, 8.

74.    SVPs also cannot purchase local services ads in their own name; rather, an SVP

must purchase the ad in the name of one of its providers.  Tr. 6902:25-6903:24 (Amaldoss);

PSXD-10 (Amaldoss slides) at 39; PSX00838 at 10-11; PSX00840 at 8-10; PSX00848 at 6-7.

75.    In commercial segments in which Google shows local information on its SERP,

SVPs without a physical presence cannot buy a Local Search Ad showing their own brand names

in Google's local unit.  PSX00932 at 6; PSX00848 at 6.

76.    Through the introduction of more top-of-SERP text ads and the vertical units that

exclude SVPs, Google has moved the unpaid blue links lower down on its SERP.  PSXD-11

(Baker slides) at 48 (comparing 2013 Google SERP and 2022 Google SERP for query

"plumber"); Tr. 7055:21-7056:16 (Baker) ("over time, Google introduced more features to the

SERP that had the effect of pushing down the blue links in general on the page"); Tr. 6902:6-24

(Amaldoss); PSXD-08.

77.    SVPs have observed the reduction in unpaid real estate on Google's SERP.  *See,*

*e.g.*, Tr. 5278:12-16, 5287:19-23 (Dijk) (Google has increased the number of ads on its results

page, demoting "natural search results" such that they have become "irrelevant"; "the amount of

keywords and search queries that are being monetized has gone up significantly" while audience

quality "has gone down"); Tr. 6523:16-6524:11 (Hurst) ("And so more and more inventory and

real estate are going to those text ads at the top"); ████████████████████████████████

██████████████████████████████████████████

PSX00021 at -208 ("Local Services Ads compete directly with HomeAdvisor and push organic listings down the page").

**B.**   **SVPs' resulting loss of organic traffic from blue links has forced them to purchase more Google ads to maintain visibility, resulting in increased customer acquisition costs**

78.   SVPs have experienced a decline in user traffic from the organic blue links, which they attribute to Google's demotion of those links to less prominent positions on its SERP.  Tr. 5278:21-22, 5286:21-5287:4, 5293:18-5294:7 (Dijk) ("And then you see that the paid placements have become far more prominent, and it means that if consumers go to a desktop or a mobile phone, the only thing they will see on the screen is an ad.  You have to scroll down then to go to the natural search results."); ████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████   Tr. 6902:10-24 (Amaldoss); PSX00039 at -640 (discussing the potential impact of Google making changes to its desktop SERP and how Google's earlier changes to its mobile SERP caused a "[b]ig decrease in SEO traffic" to HomeAdvisor).

79.   Prof. Baker's analyses corroborate the accounts of these industry witnesses by demonstrating that results that appear lower on the SERP receive less user attention.

80.   Prof. Baker conducted an analysis of users clicking on blue links with and without the various SERP features that demote those links.  Tr. 7057:15-25 (Baker); PSXD-11 (Baker slides) at 51.  This showed that users click on blue links less often when SERP features such as top text ads, PLAs, and/or vertical units are present.  Tr. 7058:20-7060:5 (Baker); PSXD-11 (Baker slides) at 52-53; PSX00867.025.  Similarly, Prof. Baker analyzed the rate at which users click on text ads appearing in different positions on the SERP.  His analysis showed that when

text ads appear lower on the SERP, "they get fewer clicks."  Tr. 7057:15-25 (Baker); PSXD-11 (Baker slides) at 51.

81.    SVPs appear more frequently than suppliers do in the blue links on Google's SERP.  Tr. 7057:1-14, 7061:5-7063:4 (Baker); PSXD-11 (Baker slides) at 54-56; PSX00864.002; PSX00864.003; PSX00864.004.  Therefore, when the blue links are pushed further down the SERP, they are clicked on less often, which "means that less traffic from blue links goes to the SVPs."  Tr. 7057:1-14 (Baker); PSXD-11 (Baker slides) at 49-56.

82.    SVPs' loss of organic user traffic due to the demotion of blue links has forced them to purchase more ads from Google to maintain SERP visibility, raising their customer acquisition costs.  Tr. 5288:1-11 (Dijk); Tr. 6523:16-6524:11 (Hurst); Tr. 6861:3-6, 6901:9-16, 6904:6-11 (Amaldoss) (concluding that Google's reduction of SVPs' visibility on its SERP has caused SVPs to increase their advertising spend); Tr. 7055:4-20, 7058:3-10 (Baker) (concluding that customer acquisition costs have increased for SVPs due to Google's demotion of the blue links on its SERP); PSXD-11 (Baker slides) at 43; ███████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

83.    SVPs have described the rising cost of acquiring customers when advertising on Google.  Tr. 5288:1-11, 5293:11-14, 5300:16-21 (Dijk) (Google "has made us pay far more for the same traffic"; "the reality that we have to pay more, more, and more to get more or less to the same results or be able to grow our business"); PSX00097 at -193; Tr. 6523:16-6524:25 (Hurst) ("we had spent a heck of a lot of money on Google for no incremental business value"); █████

████████████████████████████████████



Tr. 7050:19-7051:3 (Baker); PSXD-11 (Baker slides) at 43.

84. [REDACTED]

Tr. 7051:8-7052:6 (Baker); PSXD-11 (Baker slides) at 44.

85.     During roughly the same time period, Vrbo increased its spending on Google advertising nearly tenfold and received fewer visits from Google.  Tr. 6521:21-6523:14 (Hurst) ("$21 million for 500 million visits [in 2015] versus $290 million for less than 500 million visits [in 2019]"); PSX00113 at -412, -413; Tr. 7054:12-7055:3 (Baker); PSXD-11 (Baker slides) at 46 (Vrbo's marketing costs per visitor in 2019 were seven times the cost per visitor in 2016); PSX00866.028.

86. [REDACTED]

87. [REDACTED]

88.     Google has ignored SVP concerns regarding their rising customer acquisition

33

costs and makes little effort to work with SVPs.

89.     When Mr. Hurst shared data regarding Vrbo's increased costs during a partnership meeting with Google, his concerns were not addressed or even acknowledged in the summary meeting notes.  Tr. 6525:1-6526:9, 6530:3-6533:5 (Hurst); PSX00112 at -407, -408.

90.     According to Mr. Dijk, Booking is "in a benevolent dictatorship [with Google], which means that we just have to accept any changes that Google makes.  There is no discussion. There's no kind of real like, oh, do you think this is a good idea or no.  We get this imposed on us.  And it's a fascinating thing when you spend billions, but that's how it is."  Tr. 5288:12-5289:3 (Dijk) (Booking's relationship with Google is "completely one-sided"); Tr. 6529:12-6530:2 (Hurst) ("collaboration is rare with a kind of one-sided partnership as I experienced with Google, where you're more frequently listening to what they say you need to do as opposed to having an open audience around what you could do together").

**C.     Despite these increased costs, SVPs continue to buy Google ads because they have no meaningful alternatives**

91.     SVPs are some of Google's biggest advertisers, generating billions in revenue for Google.  Tr. 9209:1-10 (Holden) ("Booking and Expedia are some of our largest advertisers"); Tr. 5288:18-19 (Dijk) ("And we're a big company.  We spend billions in the past years with Google."); Tr. 7044:15-25 (Baker). ████████████████████████████████ ████████████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ █████████████████████

92.     SVPs spend a significant amount on advertising with Google.  Expedia spends 10 times more on Google general search advertising compared to Bing, and Google text ads were

Expedia's "largest source of spend."  Tr. 6506:3-21 (Hurst); *see also* Tr. 5231:8-14 (Dijk) (Booking buys a "very significant part" of its advertising on Google).

93.     SVPs rely on general search ads to acquire new customers.  Tr. 5367:22-5368:2 (Dijk) ("To get to direct growth, we have to invest a lot in new customer acquisition, and the moment we stop that, you know, it will be very difficult to, you know, build our loyal customer base"); *id.* 5275:9-15 (a "very significant amount" of Booking's new customers come through Google); Tr. 9226:17-21 (Holden) ("[T]raffic from Google is important to them for attracting new customers which they hope to invest in or retain over time").  ██████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████

94.     ██████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████

95.     Much of SVPs' user traffic comes through paid advertising on Google's SERP. PSX524 at -241 ("Most clicks to Expedia, Hotels.com and Booking during this period were paid"); Tr. 9222:21-9223:11 (Holden) ("I guess you could describe it as a significant amount of traffic is coming via paid outbound links").

96.     ███████ and Home Depot conducted tests that showed that stopping their paid general search marketing would have negative consequences to its business.  ████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████ and Home Depot's tests showed they would lose

████ of their total traffic. ████████████████████████ Tr. 5150:25-5151:24 (Booth)

(discussing PSX00676 at -244).

97.    █████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████

98.    By contrast, the percentage of user traffic that reaches SVPs via Google's unpaid

blue links is in decline.  Tr. 5286:21-5287:4, 5278:21-22 (Dijk) ("So natural search used to be a

very significant part of our business.  It's now kind of anemic.");  ████████████████████

███████████████████████████████████████████████

████████████████████

99.    Many advertisers have described advertising on Google as essential or nearly so.

JFOF ¶ 586.  Booking could not stop purchasing text ads on Google's SERP and sustain its

business.  Tr. 5284: 6-8 (Dijk).  Similarly, it would not be "mathematically possible" for Expedia

to forgo advertising on Google.  Tr. 6533:6-12 (Hurst).  ████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████ Tr. 7049:24-

7050:9 (Baker).

100.     Google knows that it is an important source of user traffic for SVPs.  PSX00299

at -423 (Google internal document: "we expect them to continue to try to grow direct traffic over

time, but in the near term, they would be very challenged to make drastic cuts and find a

replacement source for the substantial lost revenue").

101.     Although SVPs' customer acquisition costs have risen, they continue to buy

Google general search ads because they have no other choice.  Tr. 5281:21-23, 5302:7-18 (Dijk)

("for our high-intent traffic, we do not have a choice but to work with Google"); Tr. 6527:8-14,

6579:23-25 (Hurst); ████████████████████████████████████

████████████████████████████████████████████

████████████████████ *see also* Tr. 6902:15-24, 6904:6-11 (Amaldoss);

████████████████████████████████████████████

█████████████████████████████████

102.     Advertisers cannot advertise effectively on Bing because of its smaller user scale.

Tr. 5281:21-5282:2 (Dijk) ("So even if Bing would be far cheaper, it would really not work for

us, because we really don't get the scale that we need"); Tr. 6527:8-14 (Hurst) (Vrbo continued

to buy text ads on Google because "there's not a replacement for the volume and intent of

consumers"); ████████████████████████████████████████

103.     The scale difference between Google and Bing is even more pronounced on

mobile.  Tr. 5237:24-5238:2, 5282:22-24 (Dijk) (describing Bing's mobile presence as "zero or

approaching zero"); Tr. 2676:12-21 (Parakhin) (Bing and Yahoo! have only a 3% share of

queries on mobile).

104.    The scale asymmetry between Google and its GSE rivals has a self-reinforcing component: "[O]nce your relative scale is larger, your quality is better so people are more likely to prefer your results, and advertisers are more willing to come to you so you have more revenue, and you have more money to invest."  Tr. 2681:25-2682:9 (Parakhin).

105.    As a result of this scale disparity, advertisers allocate a much smaller fraction of their advertising budgets to Google's rivals. ████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████ *See also* Tr. 5231:15-17 (Dijk) (Booking purchases advertising on Bing "in a far less significant way"); Tr. 6505:10-6506:14 (Hurst) (Expedia spends "something like 10 to 1 in favor of Google [compared to Bing]"); Tr. 3536:10-3537:7 (Nadella) ("they have a certain amount of friction in working with us because of our low share").

106.    Advertisers, including SVPs, have described their inability to shift spending from Google to Bing.  Mr. Dijk explained that Booking "would gladly spend far more with Bing, but I'm constrained because the demand is clearly not there."  Tr. 5282:7-12 (Dijk).  He added that even if advertising on Bing were far cheaper, Booking would be unlikely to shift spend to Bing because the scale is "too small."  *Id.* 5281:21-5282:2.

107.    Likewise, Mr. Hurst stated that it is impossible for Expedia to shift advertising spend from Google to Bing: "I'm actually very confident there is not a way to spend that much money in Bing and find all the travelers you had in Google by using one instead of the other."  Tr. 6533:13-20 (Hurst); *see also id.* 6565:13-19 ("The only real comparable for [Google] text ads would be Bing, and you wouldn't be able to redeploy all that money in a similar intent

environment").

108.    ███████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████

109.    Given the insignificant role of Google's rivals in general search advertising, SVP executives pay them little attention.  Tr. 6565:20-6566:6 (Hurst) ("The amount of time I spent talking to Bing in my career was zero.  Whereas, with Google, it would have been every month and every quarter."); ████████████████████████████████████

████████████████████████████████████████████

███████████████

110.    Other alternatives fare no better.  Booking, for example, tried to reduce reliance on Google by turning to TikTok and Facebook, but those platforms were not adequate substitutes because they were "all in the low-intent and medium-intent space."  Tr. 5279:21-5280:9 (Dijk). The dynamics that created Booking's dependence on Google apply generally to the online travel industry.  *Id.* 5284:1-5.

111.    Google knows that its advertisers have few to no alternatives, which is reflected in its treatment of advertisers.  As Mr. Dijk explained, Google does not have to consider the impact of its decisions on its biggest advertisers.  Tr. 5288:12-5289:3 (Dijk) ("But reality is that we're in a benevolent dictatorship, which means that we just have to accept any changes that Google makes."); Tr. 6525:1-6526:9 (Hurst); ████████████████████████████████

████████████████████████████████████████████

112.    Google's treatment of advertisers, particularly SVPs, constitutes direct evidence of its monopoly power in search advertising markets.  As Prof. Baker explained, "these SVPs experienced higher customer acquisition costs because of the way the blue links were demoted on the SERPs.  And they still found that they—it necessary to buy Google's general search ads and general search text ads ... And therefore, that's [] direct evidence of Google's market power in the two advertising markets."  Tr. 7064:5-19 (Baker).

## III.    GOOGLE'S SA360 CONDUCT HARMS COMPETITION

113.    Google operates its SEM tool, SA360, to further entrench its search advertising monopolies, which are already insulated from competition by Google's exclusionary distribution contracts.

114.    SEM tools allow advertisers to manage general search ad campaigns across multiple GSEs, and are an important channel by which Google's GSE rivals attract customers. *Infra* ¶¶ 119-30.  Although SEM tool users benefit from and demand consistent cross-engine feature support, Google does not provide that benefit to its SA360 customers.  *Infra* ¶¶ 131-43. Instead, Google relies on its advertising monopolies to insulate its operation of SA360—whether prioritizing its own features or delaying comparable features for GSE rivals—from competitive responses, such as advertisers spending less on Google Ads.  *Infra* ¶¶ 144-53.

115.    SA360 has supported auction-time bidding for Google Ads since 2019 and decided not to support Microsoft Ads auction-time bidding.  *Infra* ¶¶ 185-86, 240.  It has done so despite abundant contemporaneous evidence that auction-time bidding is demanded by customers and highly efficient, and without plausible evidence of technical or resource constraints.  *Infra* ¶¶ 195-206, 273-80.  Google also delayed other key Microsoft Ads features and will continue to operate SA360 to favor its own search engine in the future.  *Infra* ¶¶ 244-55.

116.     Google's ability to operate SA360 to further harm competition flows directly

from the exclusionary effects of its distribution contracts.  The defaults obtained through the

distribution contracts give Google massive user scale advantages over its rivals.  JFOF ¶¶ 978-

84.  This in turn depresses advertiser demand for those rivals because GSEs need a large user

base to improve the quality and return on investment of their ads and attract advertiser

customers.  *Id.* ¶¶ 159-207, 985-1060.  The exclusionary effects of the distribution contracts also

make advertising on Google indispensable, which allows Google to incur fewer costs when it

degrades SA360's support for advertising on rival GSEs despite the harm to Google's own

customers.  *Infra* ¶¶ 144-53.

117.     Google can engage in this conduct because its existing monopoly power makes

use of SA360 "sticky": advertisers reliant on Google general search ads are reluctant to switch to

SEM tools that provide inferior support for advertising on Google, even though other tools

provide far better support for advertising on rival GSEs.  *Infra* ¶¶ 150, 260.  It is also costly and

inefficient for advertisers to switch SEM tools or use multiple tools concurrently.  *Infra* ¶¶ 154-

56.

118.     Google is thus able to use SA360 to artificially protect and grow its already

dominant share in search advertising markets.  *Infra* ¶¶ 144-53.  In so doing, it harms both its

own customers whose cross-engine ad campaigns perform worse, and its GSE rivals by

hindering their ability to attract customers and effectively compete.  *Infra* ¶¶ 256-70.

**A.     Advertisers use SEM tools to manage ad campaigns across multiple GSEs**

119.     Advertisers use two primary methods to bid in ad auctions and place search ads

on GSEs: native tools and search engine management tools, also called "SEM tools."  Tr.

6907:21-6908:20 (Amaldoss); PSXD-10 (Amaldoss slides) at 47.

120.     Native tools allow advertisers to place ads with one particular GSE.  For example,

Google's native tool, Google Ads, can only place ads on the Google search engine and Microsoft's native tool, Microsoft Ads, can only place ads on the Bing search engine.  Tr. 1229:16-19 (Dischler); Tr. 6592:23-6594:5 (Vallez).

121.    By contrast, SEM tools allow advertisers to plan, manage and optimize their search advertising campaigns across multiple GSEs.  Tr. 1232:16-18 (Dischler) ("An SEM tool is a centralized tool used for management of search ad campaigns across multiple platforms"); Tr. 3867:8-3868:4 (Lowcock); Tr. 5153:7-5154:21 (Booth); Tr. 6593:3-6594:13 (Vallez) ("[U]sing as SEM tool like Skai, an advertiser could use one interface to manage their ad campaigns on multiple search engines"); Tr. 6747:7-10 (J. Krueger) ("Search Ads 360 is a search engine management platform that allows advertisers to manage and view and optimize across any of the search engines that they care to utilize"); Tr. 8912:8-11 (Israel); ██████████████

███████████████████████████████████████████████████████

122.    For example, the SEM tool Search Ads 360 (commonly called SA360), can be used to create and manage ad campaigns on the Google, Bing, Baidu, DuckDuckGo, Yahoo! and Yahoo! Japan search engines.  PSX00460 at -904 ███████████████████████

██████████████████████████████████████████████████████

██████████████████

123.    Ads on DuckDuckGo and Yahoo! are placed through the Microsoft Ads native tool.  Tr. 1939:13-23, 1942:17-25 (Weinberg); Ramalingam (Yahoo!) Dep. Tr. 305:3-24.

124.    Besides SA360, the other major SEM tools in the United States are Skai (formerly called Kenshoo), Marin, and Adobe.  SA360 is owned by Google, and was acquired from a company called DoubleClick over ten years ago.  Tr. 1235:10-12.  None of the other major SEM tools is owned by the operator of a GSE.  Tr. 6591:6-24 (Vallez); Tr. 8598:14-18 (Israel);

█████████████████████████

125.    The primary value proposition of an SEM tool is the ability to use a single platform to manage ad campaigns across multiple GSEs.  For this reason, an advertiser that only wants to advertise on a single GSE would have little use for an SEM tool.  Tr. 1237:15-22 (Dischler) (most advertisers using SA360 "benefit from cross-engine support"); Tr. 3728:4-16 (Ramaswamy) (an SEM tool is a "one-stop shop by which an advertiser could buy advertising across Google search, Bing search, and then over time things like Yandex"); Tr. 4425:23-4426:3 (R. Krueger) ("SA360's [cross-]engine biding strategy is one of the value props [customers] pay for; and if we cannot show stronger performance, the investment with SA360 will come under scrutiny"); Tr. 6593:3-6594:13 (Vallez) (SEM tools help advertisers "drive their performance by adding optimization on top of what the native applications do," including "efficiencies across … search engines"); ███████████████████████████████████████

████████████████████████████████████████████████████████

████████ Tr. 6908:9-6909:14 (Amaldoss).

126.    Google's public statements and marketing materials promote SA360 as a way to manage all of an advertiser's general search ad campaigns on a single platform, and ████ of all spend on SA360 is from customers with both Google Ads and Microsoft Ads campaigns. PSX01254 at -853; PSX00460 at -898 ("With SA360, you can create and manage your search advertising accounts in one place at the same time.  Additional tools allow you to plan, forecast, activate and automate across all of your search engine marketing to achieve the optimal results for your business objectives"); PSX00631 at -451 ("Search Ads 360 is Google's search management platform that delivers improved performance and time savings via customizable enterprise features focused on [cross]-engine campaign management").

127.    SEM tools are particularly useful for large advertisers and ad agencies, which often run "hundreds of campaigns" with "thousands of keywords" and "hundreds of ads" simultaneously across multiple GSEs.  Tr. 4733:1-5 (Varia); Tr. 5141:7-8 (Booth) (Home Depot has "thousands of different campaigns, some on Google, some on Bing, some elsewhere")[8]; Tr. 6592:20-22 (Vallez) (SA360 is used by 90% or more of advertising agencies); PSX00789 at -632

████████████████████████████████████████████████████████

██████████████████████████████████████    ████████████████

█████████████████████████████████████████████████████████ [9]

128.    For this reason, much of SA360's business is from large ad agencies and large corporations.  █████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████    ██████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████    ███████████████████

████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████    Tr. 8898:12-16 (Israel).

129.    SEM tools, and particularly SA360, are competitively important for Google's smaller GSE rivals because advertisers that use SEM tools are more likely to advertise on both

---

[8] ███████████████████████████████████████████████████████

[9] Companies that offer SEM tools are referred to in this document and others as "TPs" or "tool providers."

Google and on smaller, rival GSEs.  Tr. 3179:12-15 (Tinter) ("Instead of having to support a campaign in Bing and a campaign in Google, [an advertiser] can support it in a [SEM] tool provider, and then it extracts for [the advertiser], it lowers the sort of fixed costs"); Tr. 6596:3-7 (Vallez); ███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████ Tr. 7098:4-15, 7108:1-13, 7121:2-22 (Baker) ("An advertiser that uses an SEM tool has chosen to use a tool that facilitates advertising on multiple general search firms. … And so they are the advertisers that are the best targets for a firm like Bing that wants to encourage advertisers to switch from Google to them.").

130.     █████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████

### B.     Advertisers using SEM tools like consistent cross-engine feature support

131.     Advertisers that use SEM tools generally want the tool to provide consistent features and support for advertising on different GSEs.  Any differences introduce friction and cause cross-engine campaign management to be more difficult and less efficient.  Tr. 6634:22-6635:12 (Vallez) (Skai's customers "generally want comparable feature support on Skai when it comes to advertising on Google versus advertising on Bing"); █████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████ Tr.

3494:10-23, 3538:7-25 (Nadella); ███████████████████████████

PSX00732 at -375 ███████████████████████████████

████████████████████████

132.    Google employees recognize that customers want SA360 to have consistent

feature support across GSEs.  For example, one SA360 employee expressed a "long term

concern" of "a negative perception about SA360 as an Enterprise SEM platform if we are unable

to demonstrate parity with engine features and stronger performance." ████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████

133.    Thus, SEM tools serving the interests of their customers seek to provide

consistent cross-engine support for the most popular features that optimize ad campaign

performance. ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████ Tr. 6634:22-6635:12, 6662:17-6663:1 (Vallez).

**C.    Unlike independent SEM tools, Google has a strong incentive to operate
SA360 to favor its own search engine**

134.    SEM tools, including SA360, charge a fee to place general search ads, whereas

native tools do not charge a separate fee.  Tr. 1237:8-10 (Dischler) ("Google charges a fee to

advertisers for utilizing SA360"); ████████████████████████████████

████████████████████████████████████████████████████

████ Tr. 4410:25-4411:3 (R. Krueger); Tr. 7102:15-7103:24 (Baker); PSXD-11 (Baker slides) at 87.

135.    An SEM tool is independent if it neither owns nor is owned by any of the GSEs on which it helps customers place ads.  Skai is one example of an independent SEM tool.  Skai is the second largest SEM tool after SA360, but it is a significantly smaller company than Google and has a much smaller share of SEM tool revenue.  Tr. 1285:13-18 (Dischler); Tr. 6592:8-14 (Vallez) ("Search Ads 360 is probably ten times the size of Skai in terms of search footprint").

136.    Customers value Skai's independence because it is "a neutral third party who is giving [advertisers] advice that is not again biased towards one [search engine] versus the other." Tr. 6601:3-15 (Vallez).

137.    Skai prioritizes feature development based on customer feedback and seeks to provide consistent feature support for advertising on multiple GSEs, which reduces friction and makes it easier for customers to manage spend between Google and Bing.  Skai actively collaborates with both Google and Microsoft (along with other search engines) to support native tool features provided by those search engines.  Tr. 6590:14-22, 6633:20-6635:12, 6666:7-14 (Vallez) (Skai "create[s] workflows that allow [advertisers] to do a task [in Google] and bring parity to how that task is done in Microsoft").

138.    ████████████████████████████████████████

████████████████████████████████████████████████ Notably, independent SEM tools like Skai and Marin are incentivized to and in fact seek to support advertising on non-Google GSEs despite the depressed demand for those ads caused by Google's distribution contracts.  *Supra* ¶ 116; *infra* ¶¶ 282-84.

139.    By contrast, SA360 is in a highly conflicted position of being owned by Google, which operates the dominant GSE on which SA360 is used to place and manage general search ads.  ██████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████

140.    When an advertiser uses SA360 to buy a general search ad on the Google search engine, Google receives both the SA360 fee and revenue from the search ad.  By contrast, Google receives only the SA360 fee when an advertiser uses SA360 to buy a general search ad on a GSE other than Google.  Tr. 7102:15-7103:24 (Baker); PSXD-11 (Baker slides) at 87.

141.    Google's average profits from the placement of general search ads on Google are substantially higher than SA360's average fees.  Google's average profit on a $100 ad placed on Google search with SA360 is around ███████  for the ad itself and about ████████  for the SA360 fee.  PSXD-11 (Baker slides) at 87 (citing PSX00864.006); Tr. 7102:15-7103:24 (Baker).  By this measure, Google makes over ████████  more profit from selling general search ads than from SA360 fees.  *Id.*

142.    Because Google receives vastly more profit when SA360 is used to place ads on the Google search engine compared to other GSEs, Google is highly incentivized to use SA360 to steer advertisers to place ads on Google search.  Tr. 3728:24-3729:5 (Ramaswamy) ("Because Google was both a big platform for search, but then now was creating a product meant to represent advertiser interests across a set of search platforms, there definitely was concern on the part of lots of people"); Tr. 4354:13-21 (R. Krueger) (Google presentation acknowledging the "perceived bias that SA360's vested interest in increasing Google spend compromises its recommendations and bids"); ███████████████████████████████████████

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Tr. 7105:4-8 (Baker)

("Google also has an incentive to protect its ad profits from decreasing and protect its market power from erosion, and that incentive dominates here.  Again, that would mean – and that's why Google wouldn't want to enable all of the Microsoft Ad features necessarily.").

143.    Google recognizes that it can use SA360 to drive increased revenues and profits for its general search ads business. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

### D.    Google's monopoly power and SA360's stickiness allow Google to prioritize SA360 support for Google Ads features

144.    As described above and in Plaintiffs' joint proposed findings of fact, for years Google has had monopoly power in search advertising markets, including high market share and insurmountable barriers to entry.  *Supra* ¶¶ 66-112; JFOF ¶¶ 522-727.

145.    Google's dominant monopoly power means that advertising on Google is essential for digital marketers, who rely heavily on Google to acquire new customers and lack meaningful alternatives.  *Supra* ¶¶ 44-45, 78-112; JFOF ¶¶ 586-88; Tr. 5141:19-5143:24 (Booth) (Home Depot places 90% of its search ads budget on Google—an amount that is "industry standard"—and has never "considered stopping its purchase of text ads on Google"); Tr. 6594:17-6595:25, 6636:1-14 (Vallez) ("Because Google has the majority of the search volume,

[advertisers] start and spend most of their time with Google"); Tr. 4715:11-15 (Varia) (in 2021, 85-90% of the spend on SA360 went to Google Ads); ██████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████ Tr. 6917-18 (Amaldoss); Tr. 7108:1-7109:3, 7049-50 (Baker) ("SA360 advertisers, like all advertisers or like many advertisers … find it attractive to advertise on the general search firm that has the high share").

146.    Google's market dominance depresses advertiser demand for rival GSEs and also depresses SEM tool interest in supporting non-Google GSEs. PSX01117 at -006 ██████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████

147.    Advertisers' reliance on Google means that they will tend to use the SEM tool that offers superior support for Google Ads features, even if that tool offers inferior support for other smaller GSEs. Google is thus able to obtain and keep SA360 users by prioritizing Google Ads features, even while failing or delaying integration of features for competing GSEs, including Bing (as described *infra* ¶¶ 217-55). ██████████████████████████████

██████████████████████████████████████████████████



Tr. 3869:10-12 (Lowcock); ███████████████████

148.     Google operates SA360 to have the greatest support for Google Ads features compared to other SEM tools, including releasing a new version of SA360 in 2022 (with internal codename "Project Amalgam") for the primary purpose of providing day one support for new Google Ads features on SA360. ████████████████████████ Tr. 1248:15-17 (Dischler) (the "primary customer benefit" of Project Amalgam is "better support for features within Google Ads"); ████████████████ Tr. 6636:8-14 (Vallez).

149.     While Google in fact prioritizes SA360 support for Google Ads features, it publicly—and incorrectly—claims that SA360 is a "neutral" platform for advertising on Google and on other GSEs.  Tr. 1236:14-18, 1245:22-1246:3 (Dischler) ("Google was representing that no matter where an ad was going to appear, no matter what GSE it was, that if you used Google's SEM tool, it would be a, quote, neutral third party"); Tr. 3729:23-3730:3 (Ramaswamy) (Google represents that SA360 "operates in [advertisers'] best interest," including "things like distribution of spend across platforms"); PSX01109 at -093 (SA360 memo: "We believe in analytics-based marketing – on Google, Bing, Yahoo, and any other network or platform that delivers accountable results online.  We want online advertising to continue its

████████████████████████████

150.    Other SEM tools cannot offer day one support for Google Ads features or the same level of support for Google Ads features as SA360.  This makes use of SA360 "sticky" and makes it more difficult for other SEM tools to attract customers that principally advertise on Google.  Tr. 6636:8-14 (Vallez) ("[G]reater support for Google features on SA360" makes it "more difficult to persuade advertisers to switch to Skai from SA360. … Oftentimes advertisers will – even if the advertiser is not planning to use a full set of features, they oftentimes look at the depth of feature support to understand how committed you are to a given publisher....");

████████████████████████████████████

██████████████████████████████████

████████████████████████████████

████████████████████  Tr. 6917:23-6918:12 (Amaldoss).

151.    By Google's own calculation, SA360 had an ████ share among SEM tool provides in 2020, up from less than ████ a decade earlier.  PSX00450 at -888; *see also* id. ("SA360 has served to disintermediate 3P SEM Tools, which at the beginning of the previous decade were on track to become the primary interface by which customers would buy Google Search Ads"); Tr. 6592:10-14 (Vallez) ("We would expect that Search Ads 360 is probably ten times the size of Skai in terms of our search footprint. … Adobe is maybe a third of where we're at in terms of our search spend, and Marin is probably maybe … 10 to 20 percent the size of Skai.");  ████████████████████████████

████████████████████████████████████

████████████████████  PSX00631 at -453 ("SA360 is the #1 SEM tool and larger than all other tools combined. … SA360 is Google's largest 3P (API) buying door for

search."); ███████████████████████████████████

███████████████ PSX00436 at -247 ("Search Ads 360, our enterprise Search Ads buying

product, is the primary interface used by customers representing ███ in Google Ads annual

revenue.  It's clearly #1 in the product space."); Tr. 7095:1-24 (Baker).

152.    Microsoft's general search ad business has become increasingly dependent on

SA360 as SA360 has grown—even though Google limits SA360's support for advertising on

Bing, as described below. ██████████████████████████



153.    In 2021, ███ of Bing's general search ad revenue was placed through an SEM

tool (up from ███ in 2016) and about ███ of its revenue was placed through SA360 (up from

about ███ in 2016).  PSXD-11 (Baker slides) at 74-75; Tr. 8596:9-12 (Israel) ("SA360 makes

up a … reasonably large share of total spending on Bing ads").

**E.  Advertisers rarely switch SEM tools or use multiple tools concurrently**

154.    Advertisers rarely switch SEM tools because it requires significant time, effort and expense.  Tr. 3873:21-3875:25 (Lowcock) (Interpublic's clients rarely switch SEM tools because there are "cost barriers" and "switching to a new platform means you effectively need to retrain the machine which comes at some risk"); Tr. 5163:11-5164:18, 5211:15-5212:21 (Booth) ("[I]t can be painful to move from a [SEM tool] to another," requiring "a big investment" into "retraining," "retooling," and a "cumbersome and painful process" that can cause loss of "historical conversion data"); Tr. 6603:1-6604:17 (Vallez) ("The more complex your advertising program is, the more difficult it is to switch.  And so there's some barriers out there for switching based on the size, complexity, and scale of your program."; switching SEM tools requires "additional employee training" and "redo[ing] the conversion tracking and integration"); ███

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████

155.    It is also costly and inefficient for an advertiser to use multiple SEM tools or an SEM tool and native tools concurrently.  Tr. 3875:6-12 (Lowcock) (Mr. Lowcock has never recommended "that a single advertiser use multiple SEM tools at the same time" because it would be "inefficient," "would have additional costs," and "wouldn't drive performance or efficiency"); 5162:15-5163:1 (Booth) (it is not "common for entities to use two SEM tools at the same time" because "[t]here's costs associated with it" including a "sizeable" "monthly license fee"); ███████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

█████████████████████████████████████████████████████



Tr. 6908-09 (Amaldoss) ("The fundamental premise of SA360 is you do not have to deal with native tools; deal with one"); Tr. 7118:16-22 (Baker) ("[T]he sophisticated advertisers … want to use SEM tools to manage campaigns across multiple search firms, … an advantage they would give up if they were to try to run campaigns on multiple search firms using the native tool on Microsoft, say, while using an SEM tool, like SA360, to place other ads on Google").

156. ███████████████████████████████████████

██████████████████████████████████████████████

PSX00460 at -905.

**F.   Google denies advertisers cross-engine support for auction-time bidding, SA360's "most critical" feature**

**1.   Three components of autobidding features: bid strategies, conversion data, and auction-time bidding**

157.   A core function of SEM tools, including SA360, are automated features that use machine learning to set and update bids in ad auctions across multiple GSEs.  PSX00631 at -454

██████████████████████████████████████████████

███████████████████████████████   ██████████████

███████████████████████████████████████   As discussed below, automated bidding features include both "auction-time bidding" and "intraday bidding."  Both are automated (as opposed to manual), but for one the automated actions occur at

the moment of each ad auction and for the other they occur a few times each day.

158.    Automated bidding features automatically allocate and shift an advertiser's budget between campaigns on different GSEs to optimize the spend and achieve the advertiser's objectives.  Tr. 8912:13-17 (Israel) ("[W]hen an advertiser uses SA360's target return on ad spending bid strategy, it lets SA360 decide how to allocate funds for bidding between and among multiple search engines"); PSX00647 at -514 ███████████████████████████

███████████████████████████████████████████████████

███████████ ██████████████████████████████████████

███████████████████████████████████

159.    Advertisers using these automated features rely on the SEM tool to allocate their advertising budget to place bids in ad auctions on multiple GSEs.  As SA360 employee Jason Krueger explained: "The bidding features specifically do serve as an agent on behalf of the advertiser to adjust bids against their business goals."  Tr. 6747:16-18 (J. Krueger); see also Tr. 6809:19-21 (J. Krueger) ("Our product, Search Ads 360 automated bidding, we have a responsibility to advertisers to ensure that we can achieve their goals ideally as optimally as possible within reason").

160.    There are three critical components of SEM tool autobidding features.

161.    **Bid Strategies**: *First*, an advertiser selects a bid strategy, which is the overall objective the advertiser wants to achieve.  For example, bid strategies can aim to minimize the cost per user click, maximize the total number of user clicks, maximize the total number of user conversions, or target a particular return on ad spend.  Tr. 6758:14-6759:8, 6761:1-5 (J. Krueger); Tr. 4736:13-4738:1 (Varia).

162.    Distinct bid strategies are available on the native tools and on the SEM tools,

although they offer similar objectives.  The key difference is that native tool bid strategies are limited to a particular GSE, whereas SEM tool bid strategies aim to achieve a common objective across multiple supported GSEs.  ███████████████████████████████████

████████████████████████████ Tr. 4405:11-13 (R. Krueger) (SA360 bid strategies "can be used across different search engines"); Tr. 4412:22-4413:5 (R. Krueger) (a "downside" of a Google Ads bid strategy is an advertiser "can't use that bidding strategy across other search engines"); Tr. 6759:9-6760:1 (J. Krueger) (bid strategies in native tools "can't be used across multiple search engines"); DX0219 at -032 ████████████████████████████

████████████████████████████████████████████

163.  **Conversion Data**: *Second*, the advertiser selects a data source that informs the automated systems in the setting of ad auction bids.  This is often called "conversion data," which is data that connects information about user conduct on a GSE (such as clicking on a text ad) with a subsequent desired action on the advertiser's website (such as making a purchase or signing up for a mailing list).  To collect this data, the advertiser places a pixel or tag on its website, which gathers information about user clicks, purchases, and other actions.  Tr. 4315:12-20 (R. Krueger); Tr. 4737:3-11 (Varia); Tr. 5165:11-5166:25 (Booth); Tr. 6775:7-6776:20 (J. Krueger); Tr. 6911:8-22 (Amaldoss); DX3103 ████████████████████████████

████████████████████████████████████████████

████████████

164.  Conversion data is owned by advertisers, and advertisers routinely consent to their data being shared with SEM tools to optimize ad auction bidding.  Many popular bid strategies require a conversion data source.  Tr. 5190:7-25 (Booth); Tr. 6765:14-25, 6815:20-22 (J. Krueger).

165.    Different conversion trackers are available in the native tools and the different SEM tools.  As Google employee Jason Krueger explained, one of the main benefits "of using [conversion tracking in] Search Ads 360 or a SEM tool" is the ability to "track clicks and subsequent conversions across different search channels, like Google and Microsoft," whereas "Microsoft or Google's system natively, those conversion trackers would tend only be utilized within that [search engine] specifically."  Tr. 6777:8-20 (J. Krueger).

166.    The conversion data collected by SA360 is called "Floodlight" conversion data.  Tr. 6764:2-13, 6774:14-6775:11 (J. Krueger); Tr. 4313:1-4314:11 (R. Krueger) ("[F]loodlight is the way to connect the actual click to the advertiser's website activity, and the advertiser defines what that activity is … So that is the data that is the machine learning of bidding").

167.    Floodlight conversion data is highly valuable for optimizing ad spend across multiple GSEs and is often referred to within Google as the advertising "source of truth."  Tr. 6777:8-20, 6806:14-21 (J. Krueger); ███████████████████████████████████████

███████████████ ████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████  Tr. 5163:20-5166:25 (Booth) (describing the importance of conversion data).

168.    **Auction-time bidding**: *Third*, the advertiser selects the frequency with which conversion data and other input signals are automatically refreshed and ad auction bids are updated.  The two commonly used frequencies are called "intraday bidding" or "auction time bidding."  Tr. 6910:2-16 (Amaldoss).

169.    With intraday bidding, both the inputs for setting for ad auction bids—conversion

data and user signals—and the output bid amounts are updated a few times per day.  Tr. 6751:10-14 (J. Krueger) ("[I]ntraday bidding may adjust bids up to a few times per day"); Tr. 6910:2-16 (Amaldoss).

170.    With auction-time bidding, the input conversion data and user signals and the output bid amounts are updated in real-time or near real-time at the moment of each individual user query triggering an ad auction for each of the "billions of auctions per day."[10]  Tr. 1230:7-13 (Dischler) (auction-time bidding "automatically adjusts the bid up or down in real-time at the time of the auction … for those billions of auctions per day … in a very short period of time"); Tr. 6637:3-6638:7 (Vallez) (with auction-time bidding, "different signals and other conversion inputs are updated in realtime with each ad auction"); ████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████  ██████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████

██████  █████████████████████████████████████

████████████████████████████████████████

DX0338 at 1 ███████████████████████████████████████

██████████████████████████████████

171.    Examples of signals that are updated in real-time with auction-time bidding include the user's location, the user's device type, and the time of the user's query.  Tr. 3870:12-

---

[10] Auction-time bidding is also referred to in the industry as "real-time autobidding" or "smart bidding."  Tr. 6637:3-11, 6659:5-12 (Vallez).

24 (Lowcock); PSX00909 at 2 ("Google Ads auction-time bidding automatically sets bids based

on" signals including "device, browser, language, location, time of day, and other factors").

Other signals are listed in the blue and green circles in the below graphic from an SA360

presentation:



PSX00655 at -406; *see also* Tr. 6910-11 (Amaldoss) (describing this graphic).

172.    Auction-time bidding is vastly superior to intraday bidding in achieving an

advertiser's bid campaign objective.  Tr. 1230:14-1231:9 (Dischler) (auction-time bidding is

"beneficial to advertisers, because it's better than the other alternatives" and "lets them act on the

most up-to-date information. … It's one of the features that [advertisers] can use to get a better

return on investment."); Tr. 5161:22-5162:14 (Booth) (auction-time bidding doubled Home

Depot's return on advertising spend); Tr. 6638:2-21, 6641:6-22 (Vallez) (auction-time is

"foundational for most campaigns that we work with" and "leads to better outcomes than the

intraday bidding," making this one of the "most impactful features" for advertisers); Tr. 6757:7-

24 (J. Krueger);

[REDACTED]

Tr. 6912:4-13 (Amaldoss).

173.    Amit Varia, who was formerly Senior Product Manager for SA360, responsible for managing the SA360 product, described auction-time bidding as SA360's "most critical" feature.  PSX00436 at -270; Tr. 4684:19-4685:3, 4694:6-14 (Varia).

174.    For these reasons, auction-time bidding is popular with advertisers and there is high adoption on platforms where it is available.  Tr. 8602:1-2 (Israel) ("[I]s auction-time bidding attractive to advertisers?  I think advertisers have said yes."); Tr. 1231:15-17, 1239:5-16 (Dischler) (auction-time bidding has a "high adoption rate"); Tr. 3871:15-24 (Lowcock); Tr. 4694:6-14 (Varia); Tr. 5158:5-8 (Booth) (Home Depot "found that auction-time bidding is a very productive strategy and something that I would say is probably our standard or default across most of our campaigns"); Tr. 6639:3-8 (Vallez) (auction-time bidding is "commonly requested by advertisers"); Tr. 6755:5-15 (J. Krueger); [REDACTED]

[REDACTED]

175.    Auction-time bidding has been available on the Google Ads and Microsoft Ads

native tools since 2016.  PSX01192; PSX00782; Tr. 4308:1-5 (R. Krueger).

176.    However, despite auction-time bidding's significant benefits and popularity, it is not consistently supported on SEM tools.  As explained below, Skai supported auction-time bidding for both Google Ads and Microsoft Ads since at least 2020.  Adobe and Marin partially supported auction-time bidding for both since at least 2022.  *Infra* ¶¶ 179-84.

177.    As described below, since 2019, SA360 has supported auction-time bidding for Google Ads and not for Microsoft Ads.  It has done so despite clear evidence of auction-time bidding's benefits for SA360's customers and strong demand for cross-engine support for auction-time bidding.  *Infra* ¶¶ 195-206.

178.    Indeed, as described below, for over four years, Google has chosen not to support auction-time bidding for Microsoft Ads on SA360 for the express purpose of steering ad spend to Google and away from Bing, thereby protecting Google's advertising market monopolies and harming its chief rival.  *Infra* ¶ 240.

## 2.      Independent SEM tools develop cross-engine support for auction-time bidding

179.    Skai considers auction-time bidding an "impactful feature" that was commonly requested by Skai's customers because it led to better outcomes than intraday bidding.  For these reasons, Skai prioritized development of auction-time bidding support for Google Ads and Microsoft Ads.  Tr. 6638:19-6639:14, 6641:2-22, 6661:16-6662:2 (Vallez) ("over 90 percent of [Skai's] advertisers use Google and Bing, and … it's close to 80 percent of all of our clients using Smart Bidding, so they already know what to expect.  They expect, I'm using Smart Bidding on Google, and so they want parity.  And, so, a lot of the demand could have come from them saying, hey, we have it for Google Smart Bidding, we need it for Bing as well.").

180.    Skai integrated support for Google Ads auction-time bidding in 2019, a process

that took "a couple years."  Tr. 6639:15-6640:7 (Vallez).

181.    It then took Skai another year to integrate Microsoft Ads auction-time bidding, which it released by early 2020.  Tr. 6643:7-12 (Vallez).  Mr. Vallez of Skai explained that having "already integrated the Google [auction-time bidding], that simplified the process of integrating the Microsoft [auction-time bidding]."  Tr. 6640:11-6641:5 (Vallez); PSX00954; *see also* DX3225 ████████████████████████████████████████████████
████████████████████████

182.    ████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████

183.    Home Depot's use of Skai's auction-time bidding for Microsoft Ads "dramatically improved performance" and doubled return on ad spend.  Tr. 5161:22-5162:14 (Booth).

184.    ██████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████Adobe and Marin also support Google Ads auction-time bidding.  See DXD29 (Israel slides) at 148 ██████████████████████████

### 3.    SA360 releases auction-time bidding support for Google Ads in 2019

185.    Google used the codename Project Myx for its project to integrate Google Ads auction-time bidding into SA360.  Tr. 4691:12-15 (Varia).

186.    Google completed integration of Google Ads auction-time bidding into SA360 in September 2019 after a period of "open beta" testing in which "any customer who was interested in testing could request to join."  PSX00909 at 1; Tr. 4692:2-23 (Varia).  During open beta

testing, "hundreds of advertisers had shared feedback that they had utilized Google Ads auction-time bidding."  The "overwhelming feedback that [Google] heard was that the Google Ads [auction-time bidding] outperformed [] intraday bidding, and many of these advertisers had … stopped using intraday bidding in favor of Google Ads auction-time bidding."  Tr. 6808:18-6809:6 (J. Krueger).

187.    The integration of Google Ads auction-time bidding into SA360 includes the three key components described above: (1) an advertiser can select an SA360 bid strategy, (2) the advertiser's Floodlight data is sent from SA360 to Google Ads, and (3) Google Ads uses auction-time bidding to optimize bids for Google general search ads in real-time based on the bid strategy objective.  Tr. 6758:14-19, 6763:2-6764:13, 6771:15-21, 6778:23-6779:7 (J. Krueger); PSX00655 at -403, -410, -411.

188.    These components are depicted in the below diagram from a Google presentation. PSX00655 at -410; *see also* Tr. 6768:14-23 (J. Krueger).  The blue circle in the bottom left represents SA360, in which the user selects an SA360 bid strategy (*i.e.*, the "Targets" for the advertiser's "Portfolio").  *See* Tr. 6758:14-19 (J. Krueger).  The circle with green and gray arrows indicates that SA360 bid strategies—such as targets for CPA (cost per action) or ROAS (return on ad spend)—are integrated with the Google Ads native tool depicted by the green circle.  The real-time "Auction Bids" are then set within Google Ads.  To optimize those bids, the advertiser provides access to "Customized Conversion Data" (*i.e.*, Floodlight conversion data) listed under the red word "Data," along with the user signals listed along the right side of the slide.  These data and signals are then passed to Google Ads in real-time.



b

189.    Advertiser consent to share Floodlight conversion data with Google Ads is required for use of Google Ads auction-time bidding in SA360.  Tr. 4316:4-14, 4345:14-4346:6, 4449:17-23 (R. Krueger); PSX00571 at -172 ("Search Ads 360 will require sharing of all Floodlight and other conversions to Google Ads for advertisers that are using Search Ads 360 Auction-time bidding").

190.    Critically, while SA360 allows advertisers to use auction-time bidding to set bids and place ads on Google's search engine, it only allows advertisers to use the inferior intraday bidding to set bids and place ads on all non-Google GSEs.  ███████████████████████

███████████████████████████████████████████████

███████████████████████████████████   Tr. 4408:13-25 (R. Krueger); DXD29 (Israel slides) at 148; Tr. 6913:4-7 (Amaldoss).

191.    When Google released SA360 support for Google Ads auction-time bidding in September 2019, its beta testing had already shown that use of "SA360 auction-time bidding" by a "typical advertiser" resulted in a 15-30% uplift in conversions on Google Ads campaigns:



PSX00655 at -415.

192.    Google touted the benefits of auction-time bidding in a September 2019 public blog posted written by Jason Krueger titled "Google Ads auction-time bidding comes to Search Ads 360."  PSX00909 at 1.  Mr. Krueger wrote that advertisers could use auction-time bidding to "enhance performance when bidding on Google Search, while still maintaining your cross-channel bidding strategy powered by Search Ads 360."  *Id.*  He continued: "During beta testing hundreds of Search Ads 360 advertisers enabled Google Ads auction-time bidding and saw an average lift in conversions of fifteen to thirty percent at the same or better ROI."  *Id.*

193.    Mr. Krueger then quoted two customers describing their experience using auction-time bidding.  One customer "lower[ed] our cost-per-conversion by 15%" and the other "saw conversion volume increase nineteen percent at the same cost per acquisition."  *Id.* at 2.  Mr. Krueger also explained that SA360's "unique approach" to auction-time bidding entailed "analyzing [an advertiser's] account history, Floodlight conversions, and exclusive signal combinations."  *Id.* at 2.

194.    Google's testing also found a ▉▉▉▉▉▉ increase on SA360 by advertisers using Google Ads auction-time bidding.  PSX00419 at -238.  As a result, Google expected that

66

Google Ads auction-time bidding on SA360 would "drive ███ billion (USD) for Google within 2 years of launch."  *Id.*  Google would later set a goal of ██████████████████████

██████  on SA360 by its Google Ads customers.  PSX01253 at -724.

### 4.    Google knows that Microsoft Ads auction-time bidding on SA360 would be popular and effective for advertisers

195.    Throughout 2019 and 2020, Google received mounting evidence of demand for Microsoft Ads auction-time bidding and of auction-time bidding's significant user benefits and popularity.

196.    As described above, by September 2019, Google knew that auction-time bidding caused a 15-30% uplift in conversions and revenue, and hundreds of SA360 customers had requested the feature for use in SA360.  *Supra* ¶ 186 (citing PSX00909).  By this time, Google also knew—and has never disputed—that auction-time bidding provides superior results for advertisers than intraday bidding.  *Id.*

197.    

198.

199.    In May 2020, an SA360 sales presentation summarizing results from a customer survey listed "Auction-time bidding … [f]or MSFT advertising" as a top requested feature along with customer demand for "More Bing parity."  PSX00457 at -740, -748.

200.    

Tr. 4427:1-5 (R. Krueger) (testifying that he

saw advertiser demand for Microsoft Ads auction-time bidding by late 2020).

201.    In September 2020, Jason Krueger reported internally that over ▮▮▮ of SA360 customers had "fully adopted" auction-time bidding and were "no longer using Intraday bidding on Google Ads campaigns." ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



202.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

203.    In December 2020, several Google employees discussed test results they had received from two customers, ▮▮▮▮ and ▮▮▮ comparing performance of Bing ad campaigns on SA360 without auction-time bidding versus on the Microsoft Ads native tool with auction-time bidding.  PSX00441; Tr. 4416:23-4428:15 (R. Krueger).  One Google employee reported that "▮▮▮ and ▮▮▮ are both seeing strong results using Bing ATB."  PSX00441 at -907.  ▮▮▮▮ test showed that SA360 had a ▮▮▮ higher cost per acquisition.  Tr. 4419:15-24.  ▮▮▮ also received positive test results on the Microsoft Ads native tool and moved ad campaigns off SA360 and onto Microsoft Ads.[11]  Tr. 4422:4-18.  Both customers saw "better performance" and "more conversions" when they were able to use Microsoft Ads auction-time bidding.  Tr. 4423:1-20.

204.    The test results from GoDaddy and Uline were not a surprise for Google because

---

11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

they already had ample evidence since at least 2019 that auction-time bidding significantly increases performance and conversions.  In the same email thread, Ryan Krueger wrote: "As much as it's difficult to say, I'm not terribly surprised microsoft ATB [auction-time bidding] is performing better than intraday (for same reason google ATB does)."  PSX00441 at -904.

205.



*Id.*

206.    In addition, major SA360 customers and Microsoft repeatedly stressed to Google the importance of broad Microsoft Ads feature parity.  Tr. 5158:14-5159:12 (Booth) (Home Depot requested SA360 support for Microsoft Ads features in meetings with Google);

### 5.    Google's SA360 product team initially is receptive to testing Microsoft Ads auction-time bidding

207.    Since at least the time of SA360's announcement of Google Ads auction-time bidding in September 2019, Microsoft has been asking SA360 to collaborate on a comparable auction-time bidding integration with Microsoft Ads, *i.e.*, an integration in which (1) a user can select an SA360 bid strategy; (2) the user's SA360 Floodlight conversion data is shared with the Microsoft Ads native tool; and (3) Microsoft Ads auction-time bidding is used to set bids for

Bing general search ads in real-time.  *See* PSX00732.



210.    In October 2019, Microsoft sent the SA360 product team a proposed protocol to test allowing advertisers "to share their conversions tracked by Search Ads 360/Floodlight tag with Microsoft Advertising."  PSX00646 at -539; *see also* PSX00645 (cover email sending this document).  The proposal explained that sharing Floodlight conversion data with Microsoft Ads was a "prerequisite for future integrations such as auction-time bidding, which is especially

important for Microsoft Ads, where advertisers can leverage best of both (SA360 and Microsoft) worlds, and brings parity with Google Ads so that advertisers can evaluate performance under similar conditions." PSX00646 at -539. ███████████████████████████

███████████████████████████████

███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████

█████████████████████████████████████████████

████████████████  *Id.*

211.    After reviewing Microsoft's proposal, Ryan Krueger of Google wrote that "the Search Ads 360 team is generally aligned with the approach outlined to validate MSFT auction time bidding performance versus Search Ads 360 intraday bidding" and was "looking forward to getting this test off the ground!" PSX00765 at -216. At trial, Mr. Krueger confirmed that he agreed with Microsoft's two test objectives; that "the main goal was to get the [Floodlight conversion] data into Microsoft to understand where the limitations may be or not be … we just overall wanted to see how Microsoft bidding behaved with this data"; and that the SA360 "team understood the proposal and … didn't have any issues with the approach." Tr. 4322:23-4325:1 (R. Krueger). Likewise, Google employee Jason Krueger testified that the proposed testing was the "best way to identify the bugs and issues" and "assess performance." Tr. 6855:9-21 (J. Krueger).

212.    In November 2019, Microsoft responded that it was "in the process of recruiting customers and we are looking forward to get this going soon as well!" PSX00765 at -215.

213.    Also in November 2019, following a meeting to discuss SA360's product

71

roadmap for the first half of 2020, Microsoft employee Jim La Force emailed Google a list with 54 features that were available in both Google Ads and Microsoft Ads.  PSX00300 at -275 to -277.  The list indicated that SA360 supported all 54 features for Google Ads, but only 27 for Microsoft Ads.  *Id.*  Microsoft highlighted ten "prioritized" features that SA360 only supported for Google Ads: "Auction-Time Bidding" and "Conversion Sharing"; bid strategies "Enhanced CPC," "Max Clicks," "Max Conversions," "Target CPA," and "Target ROAS"; and  the automated ad formats "dynamic search ads," "responsive search ads," and "local inventory ads" (discussed in detail *infra* ¶¶ 250-53).  *Id.*

214.    Thus, in November 2019, Microsoft identified as priority items for future development the three key components of SA360's integration of auction-time bidding (bid strategies, conversion sharing, and auction-time bidding itself) along with three automated ad formats (dynamic search ads, responsive search ads, and local inventory ads).  PSX00300 at -275 to -277.

215.    Microsoft also included in this November 2019 email several "action items," including that Microsoft and SA360 would continue working together to "kick off test pilot for Floodlight conversion + MSFT auction-time bid test."  PSX00300 at -275.

216.    From October to December 2019, the SA360 team finalized its product development roadmap for the first half of 2020.  The roadmap underwent two cost cutting sessions, approval by sales leadership, and executive review.  PSX01206; PSX01110 at -157; Tr. 6783:2-6, 6786:12-6789:1 (J. Krueger).  After these several layers of review and approval, Google employees circulated the "completed" roadmap internally in December 2019.  That final roadmap for the first half of 2020 included the testing for Project Byx, which was Google's codename for SA360 support for Microsoft Ads auction-time bidding (*i.e.* "Myx for Bing").

PSX00285 at -609, -610; Tr. 6789:7-6790:16 (J. Krueger); *see also* Tr. 1426:3-14 (Dischler). The same document also stated that SA360 already had "█████ auction time adoption" for Google Ads auction-time bidding.  PSX00285 at -610.

### 6. Senior Google employees delay and then refuse to develop SA360 auction-time bidding support for Microsoft Ads

217.    At the same time that the SA360 product team was seeking and obtaining approval to begin testing for Project Byx, senior Google management was working to delay and suspend any efforts to develop SA360 support for Microsoft Ads features, including auction-time bidding.

218.    In December 2019, Don Harrison (Google President for Global Partnerships and Corporate Development) tasked Joan Braddi (Google Vice President of Partnerships) with responding to Microsoft's request for development of Microsoft Ads features on SA360. Tr. 5022:13-5023:3 (Braddi).

219.    Ms. Braddi became Google's exclusive negotiator on this issue in 2020 even though she admitted at trial that she "didn't know what SA360 was" or the "purpose of the SA360 tool," was "not familiar [with] how auction-time bidding actually works," and she did not review SA360 product development roadmaps.  Tr. 5024:2-6, 5029:2-5031:23, 5033:16-5034:18, 5036:9-24, 5041:14-5042:7; ████████████████████████████████████████████ ███████████████████████████████████████████████████████ *see also* PSX00756.

220.    In December 2019, Mr. Harrison met with Peggy Johnson, Microsoft's Executive Vice President for Business Development, to discuss Microsoft's "request regarding SA360 support for Bing Ads," among other things.  PSX01111 at -456.

221.    Prior to the meeting, Ms. Braddi discussed Google's strategy with Mr. Harrison

and helped prepare a briefing memo.  PSX01111; PSX00481; Tr. 5026:1-8 (Braddi).

222.    Despite Ms. Braddi's admitted lack of knowledge about SA360 or auction-time bidding, Ms. Braddi decided that Google should "push back" on Microsoft's request for feature development and convey the supposed "unreasonableness of their request."  PSX00481 at -211, -212.  Ms. Braddi explained in another internal email that she viewed SA360's primary purpose as driving increased ad spend on Google's search engine: "Google builds our tools to assist advertisers with their advertising campaigns, measurement, optimization *primarily on Google's platform*; and in some cases these tools can work cross platform but may not be optimized across all platforms."  PSX00482 (emphasis added).

223.    Consistent with Ms. Braddi's objective, the briefing memo for Mr. Harrison states that Google "plan[ned] to decline [] the SA360 … requests for parity / feature development" because it was "not aligned with [Google's] product or business goals."[12]  PSX01111 at -457, 458.  In other words, Google believed it only needed to operate SA360 to support customers that advertised on *Google's* search engine, not those advertising on Microsoft's rival search engine or the other rival GSEs supported by Microsoft Ads.

224.    The memo also identifies Google's expectation that Microsoft would "raise some concerns when we announce Amalgam next year."  Amalgam was Google's code name for its new version of SA360, which ultimately was not released until 2022.  The memo continues: "Amalgam will ensure that Google Ads features appear in SA360 immediately, which may *further increase the feature disparity between Google Ads and Bing Ads*.  This may trigger allegations that we are using SA360 to *increase / maintain spend on Google Search vs 3P*

---

[12] ███████████████████████████████████████████████████████████████████

*engines*." *Id.* at -458 (emphasis added).

225. The memo included a copy of the November 2019 email exchange between Microsoft and the SA360 product team identifying priority features and the action item to "kick off test pilot for Floodlight conversion + MS auction-time bid test." *Id.* at -460 to -464. Ms. Braddi claimed that she did not review that part of the memo. Tr. 5029 (Braddi).

226. By this time (the end of 2019), Google already knew that auction-time bidding caused a 15-30% uplift in conversions and revenue, hundreds of SA360 customers had requested the feature for use in SA360, ███████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████

227. ███████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████   ██████████████████████████████████████

████████████████████████████████████

228. The next day, Mr. La Force wrote to Ryan Krueger that Microsoft was "ready to start in the recruitment of customers for the floodlight/auction-time bid testing between Search Ads 360 and Microsoft Ads" and had prepared "a list of approximately ~50 customers that would qualify." PSX00462 at -323. Despite Mr. Krueger's prior eagerness to begin the testing, he responded less than two hours later and asked that "no advertisers outreach is performed by

MSFT until the roadmap is communicated and discussed." *Id.* at -324.

229.    Two months later, in March 2020, Mr. Tinter of Microsoft asked Mr. Harrison about the status of Microsoft Ads feature development because Microsoft's "team has not heard anything back" and "[t]emperatures inside Microsoft on this topic are rising rapidly."  PSX00378 at -460.  This prompted an internal discussion between Mr. Harrison and Ms. Braddi in which Ms. Braddi wrote that Google would "not agree[] to any 'customer' work for [Microsoft] on SA360" and Mr. Harrison responded that Google should "pick up some small number of MSFT asks (vs. none)." *Id.* at -459.

230.    A few days later, Ryan Krueger wrote to Microsoft that Google had "elected to defer running an MSFT Auction-time Autobidding test but remain open to revisiting this feature based on customer demand in future planning cycles."  PSX00433.  Mr. Krueger's claim that testing could not proceed due to lack of demand was ironic because the testing was intended in part to gauge customer demand.  *Supra* ¶¶ 209-11; Tr. 6855:3-21 (J. Krueger).  And, in any event, by this time in March 2020 Google had received numerous pieces of evidence showing customer demand for Microsoft Ads auction-time bidding.  *Supra* ¶¶ 196-98.

231.    Instead, Mr. Krueger wrote that Google would agree to develop three other Microsoft Ads features: parallel tracking, prominence metrics, and expanded support for dynamic search ads.  PSX00433.  These three features were of limited value because, at that time, SA360 already supported Microsoft Ads parallel tracking, it already partially supported Microsoft Ads dynamic search ads, and prominence metrics was not on Mr. La Force's November 2019 list of 54 relevant features.  Tr. 4342:22-4345:2 (R. Krueger).

232.    Mr. Tinter wrote to other Microsoft employees that Google's proposal "was very narrow and doesn't address any of the issues/feedback," and the "[l]ack of progress here is

having an accelerating negative impact on Bing business." PSX00715. He wrote that he was raising the issue with Satya Nadella (Microsoft's CEO) and Brad Smith (Microsoft's General Counsel). *Id.*; *see also* Tr. 3494:10-23 (Mr. Nadella describing Microsoft's "structural issues" with SA360 "in terms of making it such that an advertiser can have the same campaign across multiple search engines").

233.    That same day in March 2020, Ms. Johnson of Microsoft wrote to Mr. Harrison "to follow up on our discussion in December about SA360's failure to provide timely and adequate support for Microsoft search advertising features." PSX00360. Ms. Johnson invoked the dispute resolution provision of a prior settlement agreement between Google and Microsoft, which triggered contractually agreed upon negotiations between senior management of the two companies. *Id.*; *see also* PSX00761 at § 6.2. Ms. Johnson also directly responded to Google's assertion that there was insufficient demand for Microsoft Ads features:

> "While we understand your point of view that there is less demand for Bing than for Google Search and thus less need to support Bing Microsoft search advertising features to the level Google does for its own services, Google's dominant position in search and search advertising tools places a unique obligation on Google not to disadvantage its competitors. *The fact that Google's dominant search advertising position means that there will inherently be less advertiser demand for Bing features does not excuse using SA360 to provide preferential treatment to Google Search.*"

PSX00360 (emphasis added).

234.    Microsoft and Google then engaged in several months of negotiations pursuant to their settlement agreement. During these negotiations, Mr. Tinter told Mr. Harrison that Microsoft would pay Google for the feature development and testing work. Tr. 3187:15-3188:19 (Tinter). Google did not take Mr. Tinter up on his offer, and the negotiations ultimately reached an impasse in October 2020 due to false claims and unreasonable demands from Ms. Braddi.

235.    *First*, in May 2020, Ms. Braddi sent a proposal to Microsoft's representative,

Chris Weinstein, in which Google would only agree to use "commercially reasonable efforts" to develop some of Microsoft's priority features by August 2022—over two years later—on the condition that Microsoft would "not seek support for additional Microsoft Advertising features from Google prior to [August 2022]." PSX00466; PSX00467 at -918; Tr. 5043:3-5044:6 (Braddi). This was an unreasonably long time frame intended to avoid developing support for critical Microsoft Ads features on SA360, consistent with the internal Google memo stating that Microsoft's requests for feature development were "not aligned with [Google's] product or business goals." PSX01111 at -457, -458.[13]

236.    *Second*, Ms. Braddi told Mr. Weinstein in July 2020 that Google "isn't willing to provide the Floodlight conversion data" with the integration of Microsoft Ads auction-time bidding. PSX00743. As described above, Floodlight conversion data is essential to optimize any kind of autobidding, including auction-time bidding. *Supra* ¶¶ 166-67. Ms. Braddi's explanation for this refusal was to claim that "Floodlight data is out of scope for the standalone Microsoft bidder we've discussed SA360 supporting" and Floodlight "data is not shared to any standalone bidder [*i.e.*, to any native tool]." PSX00743 at -150; Tr. 5049:8-22 (Braddi). At trial, Ms. Braddi claimed there was a "disconnect" once Microsoft referenced Floodlight data in the proposal. Tr. 5048:1-24 (Braddi).

237.    Ms. Braddi's objections to sharing Floodlight data were false and another pretextual excuse to avoid providing full SA360 support for Microsoft Ads auction-time bidding, which is particularly notable since by this time Google customer surveys listed "Auction-time

---

[13] ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████ PSX00521; PSX00522 at -249.

bidding … [f]or MSFT advertising" as a top requested feature.  *Supra* ¶ 199.  Google already

shared Floodlight data with its own Google Ads native tool (*supra* ¶¶ 187-89) and Google and

Microsoft had extensively discussed a comparable sharing of Floodlight data with Microsoft

Ads— ███████████████████████████████████████ (*supra* ¶¶ 220-25).

Mr. Weinstein informed Ms. Braddi that she was wrong because SA360's auction-time bidding

for Google Ads required sharing Floodlight data with the Google native tool and this conversion

sharing had been "part of the detailed conversations with the product team as a technical level, so

this should not be surprising."  PSX00516 at -137; *id.* ("Autobidding has always been part of the

discussion.  Google's approach with Auction-Time Bidding is a SA360 capability that delegates

Auto-Bidding to a separate platform (e.g. Google Ads, and what we are asking for Bing), and

SA360 provides conversions and goals to it.").  But Ms. Braddi was unmoved, and later struck

proposed language stating that SA360 would "enable advertisers to share Floodlight conversions

for every campaign with Microsoft Advertising."  PSX00518 at -153; Tr. 5053:20-5054:11

(Braddi).

238.    *Third*, Ms. Braddi claimed during the negotiations that she was "confused" and

surprised by Ms. Weinstein's request for the integration of Microsoft Ads auction-time bidding

to include support for SA360 bid strategies, as opposed to only native tool bid strategies.  *See*

PSX00516 at -137.  This objection is again belied by the record.  Amit Varia, the SA360 product

lead, testified that he had always understood Microsoft's request to include support for SA360

bid strategies.  Tr. 4738:3-4739:4.  Microsoft's request was logical because, as described above,

SA360 bid strategies are a critical component of SA360's integration of Google Ads auction-

time bidding, and from the beginning the parties discussed developing a comparable integration

for Microsoft Ads.  *Supra* ¶¶ 187-88, 201-02, 207-08; *see also* PSX00743 at -148 ████████



████████████████████████████████████████████████████████

████████████████████████████████████████████  It was vital to

include SA360 bid strategies rather than just Microsoft Ads bid strategies because only SA360

bid strategies automatically manage and shift ad spend across multiple GSEs. *Supra* ¶ 162. ██

█████████████████████████████████████████████████████████

██████████████████████████████████

239.    Due to Google's unreasonable demands and refusal to support fundamental

components of the auction-time bidding integration, Microsoft informed Google in October 2020

that it was ending the negotiations.[14]  PSX00379 at -514 █████████████████████████

█████████████████████████████████████████████████████████

████████

240.    Thereafter, Ms. Braddi stopped working on SA360 entirely, and Google made no

meaningful effort to reengage with Microsoft.  Tr. 5059:1-20 (Braddi).  To this day, SA360 does

not support Microsoft Ads auction-time bidding, over four years after it released the same feature

for Google Ads.  Tr. 4407:9-4409:1, 4414:15-24 (R. Krueger).

241.    Google has refused to develop SA360 support for Microsoft Ads auction-time

bidding even though since the end of 2020 (over three years ago), █████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████  and concede that Google was "not terribly surprised

microsoft [auction-time bidding] is performing better than intraday (for same reason google

---

[14] Microsoft sent this email to Google on October 30, 2020, ten days after the U.S. Department of Justice filed its complaint in this case.  Dkt. 1.  Plaintiff States filed their complaint December 17, 2020.  *See* Case No. 20-cv-03715, Dkt. 1.

[auction-time bidding] does)." *Supra* ¶¶ 195-206.

242.    Google has claimed that Microsoft Ads auction-time bidding is in testing, but there is no evidence of the status of the testing from anyone with direct knowledge. *See* Tr. 4443:8-13, 4687:13-18 (R. Krueger) (testifying that he is not involved in the testing of Microsoft Ads auction-time bidding and it has "been a while since I've been on SA360"); Tr. 5059:16-20 (Braddi) (testifying that she has not had "any further involvement on SA360" since late 2020); Tr. 6755:10-12 (J. Krueger) (testifying that he stopped working on SA360 in April 2022). The limited secondhand testimony at trial about the status of any testing was conflicting, with Ryan Krueger testifying that testing was in a "limited alpha" phase (Tr. 4407:9-16) and Jerry Dischler testifying it was in the "beta" phase (Tr. 1246:8-10). Although Google wrote in March 2020 that it was merely "defer[ing]" the Microsoft Ads auction-time bidding test, there is no evidence that Google ever sought to re-engage with Microsoft to begin the testing. *See* █████████████ ███████████████████████████████████████████████████████████████████ ████████████████████

243.    The evidence thus shows that Google decided not to support Microsoft Ads auction-time bidding on SA360, while maintaining a veneer of progress with vague claims that the development is ongoing. ██████████████████████████████████████████████ ███████████████████████████████████████████████████████████

████    PSX00613 at -956.

**G.    Google also delayed cross-engine support for other key features**

244.    Google's decision to support auction-time bidding on SA360 only for Google Ads is part of a larger trend. Over the years, Google has repeatedly integrated support for Google Ads features on SA360 long before integrating the same feature for Microsoft Ads, if at all.

245.    ████████████████████████████████████████████████████



246.

*Id.* at -089.

247.

248.    As described above, in November 2019, Microsoft identified ▮ features that SA360 supported for Google Ads and not for Microsoft Ads.  *Supra* ¶ 213. 

At trial, Ryan Krueger agreed that the disparities identified in the list were "directionally accurate."  Tr. 4327:1-18.

249.

250.    Google also delayed SA360 support for responsive search ads, dynamic search

ads, and local inventory ads, the three Microsoft Ads automated ad types identified as priority features that SA360 already supported for Google Ads in November 2019.  Each is a popular ad type, available in both Microsoft Ads and Google Ads, that increase efficiency of ad spend. PSX00300 at -275 to -276; ████████████████████████

251.  **Responsive search ads** are ████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████

252.  **Dynamic search ads** ████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████

253.  **Local inventory ads** ████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████

254.  In December 2020, when Plaintiff States filed their complaint, SA360 did not provide any support for Microsoft Ads responsive search ads, it did not allow advertisers to create Microsoft Ads dynamic search ads, and it did not allow advertisers to turn on Microsoft

Ads local inventory ads. ████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████ Tr. 6916:3-11 (Amaldoss); PSXD-10 (Amaldoss slides) at 57.

255.    Google integrated the Microsoft Ads versions of these three features in the new

SA360 in 2022.  But that new SA360 is still not available for all SA360 customers.  DX0294;

DX0329.

**H.    Google's SA360 conduct has anticompetitive effects in search advertising markets**

256.    As described below, the consequence of Google's SA360 conduct is harm to

advertisers, harm to Google's actual and potential advertising rivals, and harm to competition in

advertising markets.  These harms are ongoing and likely to continue into the future.

**1.    The SA360 feature disparity harms advertisers in search advertising markets**

257.    Google's conduct harms advertisers by decreasing the efficiency of their ad spend

on SA360.  Use of auction-time bidding dramatically increases conversions and return on ad

spend.  This includes Google Ads auction-time bidding—which Google touts as providing

"consistently strong performance improvement" and increasing conversions by 15-30%—and

also Microsoft Ads auction-time bidding, which testing showed increased conversions by ████

on Skai and doubled Home Depot's return on ad spend.  PSX00909; PSX00386 at -607;

PSX00275 at -415; PSX00655 at -415; ████████████████████████ Tr.

5161:22-5162:14 (Booth); Tr. 6907:15-20 (Amaldoss); Tr. 7100:24-7101:8 (Baker); *see also*

PSX00441 at -904 (Google was "not terribly surprised" that testing of Microsoft auction-time

bidding also showed performance improvements for the "same the reason google [auction-time

bidding] does").

258.    Auction-time bidding's effectiveness is also demonstrated by its broad adoption. In September 2020, over ███ of SA360 customers had "fully adopted" auction-time bidding and were "no longer using Intraday bidding on Google Ads campaigns."  PSX00386 at -607; Tr. 7100:5-18 (Baker).  And since at least 2019, Google has known that Microsoft Ads auction-time bidding is a top requested feature by advertisers, in addition to a request for greater parity generally between supported Google Ads and Microsoft Ads features.  *Supra* ¶¶ 196-200; Tr. 7101:12-20 (Baker).

259.    By denying advertisers the ability to use Microsoft Ads auction-time bidding on SA360, Google has hindered advertisers' ability to optimize their cross-engine ad spend and made their Bing ad campaigns on SA360 less efficient at achieving advertisers' objectives. *Supra* ¶¶ 121-33; ███████████████████████████████████ ██████████████████████ Tr. 7102:2-11 (Baker) ("If SA360 supports all of the features of Microsoft auction-time bidding, that makes it easier for SA360 advertisers to shift some of their ad spending from spending on Google to spending on Bing or somewhere else, and that would be costly to Google as a whole"); Tr. 6861:7-9 (Amaldoss) ("Google's failure to support auction-time bidding and other Microsoft ad tools has decreased the efficiency of advertisers' spend").

260.    SA360 is "sticky" because it is able to provide greater support for Google Ads features than competing SEM tools and advertisers must advertise on Google due to its market dominance.  *Supra* ¶ 150; PSX01117 at -019 ████████████████████████ ██████████████████████████████████████████████ ████████ Tr. 6917:2-6918:12 (Amaldoss); Tr. 7108:1-7109:3 (Baker).

261.    While advertisers have the ability to switch to other SEM tools that offers Microsoft Ads auction-time bidding or use multiple SEM tools or native tools concurrently,

doing so only introduces further costs and inefficiencies.  It is costly for advertisers to switch

SEM tools or use multiple tools at the same time, which also undermines the principal value of

an SEM tool as a unified platform to manage all general search ad campaigns.  *Supra* ¶¶ 125,

154-56; Tr. 6917:2-6918:17 (Amaldoss); Tr. 7106:1-7107:14 (Baker).  And more fundamentally,

SA360 is "sticky" because it is able to provide greater support for Google Ads features than

competing SEM tools and advertisers must advertise on Google due to its market dominance.

*Supra* ¶¶ 148-50; Tr. 6917:2-6918:12 (Amaldoss); Tr. 7108:1-7109:3 (Baker).

262.    In addition, denying advertisers the ability to efficiently shift ad spend from

Google to Bing artificially increases Google search ad prices.  As Prof. Baker explained, "if

advertisers were to switch from Google to Bing, that would tend to reduce the amount of bidding

for Google Ads, and that would tend to decrease prices for Google Ads."  Tr. 7104:2-8 (Baker);

PSXD-11 (Baker slides) at 88; Tr. 2683:9-22 (Parakhin) ("The more advertisers you have, the

denser the auction is. … That means they're more willing to raise prices competing against each

other, and that has very beneficial impact on revenue.").

### 2.    The SA360 feature disparity harms Microsoft, other GSE rivals, and competition in search advertising markets

263.    Google's decision not to support key Microsoft Ads features makes it harder for

all GSE rivals that use Microsoft Ads to attract customers.  That includes Bing, DuckDuckGo

and Yahoo!, all of which use Microsoft Ads for the purchase and placement of general search

ads.  *Supra* ¶ 123.  It also includes potential entrants that, like DuckDuckGo and Yahoo!, enter

agreements with Microsoft to use Microsoft Ads to facilitate the purchase and placement of

general search ads.  Tr. 7097:22-7098:15, 7111:14-7112:15 (Baker).

264.    SEM tools are an important means for Google's general search rivals to attract

potential customers.  *Supra* ¶ 129.  When SEM tools provide broader support for a GSE,

advertiser spend on that search engine tends to increase.  For example, Skai provides broader support for Microsoft Ads features than does SA360.  This has resulted in Skai getting a higher percentage of Bing ad spend (12-14%) than the industry standard.  Tr. 6631:6-6632:11, 6636:1-23 (Vallez); *see also* ██████████████████████████████████████

██████████████████████████████████

265.     However, Google operates SA360 in a manner that artificially inhibits Bing from attracting customers, thereby protecting Google's search advertising monopolies.  By supporting auction-time bidding only for Google Ads—even though auction-time bidding has been available for Microsoft Ads since 2016—Google intentionally makes advertisers' Bing ad campaigns less efficient, resulting in less spending on Bing and more spending on Google.  Ample record evidence supports this anticompetitive effect of Google's conduct:

266.     Google's internal documents state that advertisers using Google Ads auction-time bidding on SA360 increased their ad spend on Google by ████  PSX00419 at -238; *see also*

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████  Google documents also reflect the expectation that introduction of Google Ads auction-time time bidding on SA360 will "drive ████ billion (USD) for Google within 2 years of launch."  PSX00419 at -238.  By contrast, Skai's greater investment in support for Microsoft Ads has resulted in a relatively higher percent of overall Skai search ad spend going to Bing.  *Supra* ¶ 264.

267.     Likewise, ████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████

268.    Data from Google's economic expert, Dr. Israel, confirms this spend shift from Bing to Google after SA360's release of Google Ads auction-time bidding.  Dr. Israel's data shows that Bing's share of total spend on SA360 decreased more rapidly after September 2019 than in the period before.  Specifically, Bing's share of total ad spend on SA360 decreased 0.4% (from 13.66% to 13.26%) in the eighteen months before September 2019 and 2.25% (from 13.26% to 11.01%) in the eighteen months after—meaning Bing's share of spend on SA360 decreased over five times more in the eighteen months after the full introduction of Google Ads auction-time bidding than in the same period before.  Dr. Israel admitted this his data reflected this accelerating share decrease for Bing after the introduction of Google Ads auction-time bidding.[15]  PSX01257; Tr. 8896:5-22, 8964:6-8965:13 (Israel); DXD29 (Israel slides) at 151.

269.    Finally, Microsoft's ordinary course business documents reflect the significant loss of revenue and profit due to SA360's refusal to support Microsoft Ads auction-time bidding and other key Microsoft Ads features.  Microsoft's former head of advertising, Rik van der Kooi, testified that ████████████████████████████

████████████████████████████████

████████████████████████████████

█████████████████████████████████

████████████████████████████████

██████████████████████████████

█████████████████████████████████

---

[15] Although Dr. Israel conceded this accelerating trend on cross examination, he then incorrectly asserted that there was "nothing statistically detectable as a change from trend" when re-directed by Google's counsel.  Tr. 8981:19-8982:8 (Israel).



270.    Mr. van der Kooi's testimony is supported by two lost revenue analyses conducted by Microsoft in the ordinary course.  The first analysis, conducted in 2020, found that lack of SA360 support for auction-time bidding, dynamic search ads, and responsive search ads would conservatively cost Microsoft ▮▮▮▮▮▮▮ in revenue per year initially and would increase to ▮▮▮▮▮▮ per year as SA360 adoption rose.  PSX00745 at -327 to -328; *see also* PSX00746; PSX00754 at -226[16];

---

[16] Trial exhibits PSX00745 (MSFT-LIT-0000015326), PSX00746 (MSFT-LIT-0000016225), and PSX00754 (MSFT-LIT-0000022255) are the three Microsoft documents that Google sought to exclude in a pre-trial motion *in limine*, which the Court denied.  *See* Dkt. 683 ¶ 2.  The Parties and the Court agreed during trial that Plaintiff States may rely on these exhibits on post-trial briefing and Google may raise further objections to their admission.  *See* Tr. 9632:7-22, 10230:21-10231:6.

Any objection by Google to the admission of these three exhibits should be denied.  They are internal Microsoft business records prepared in the ordinary course, as affirmed in a declaration from a Microsoft records custodian.  The exhibits contain highly relevant evidence of the harm that Google's conduct caused to its chief rival, and the basis for the projections in the documents is described in the documents themselves and in ▮▮▮▮▮▮▮▮▮▮▮ Dkt. 648 at 9-13. Google has also had a full opportunity to cross examine ▮▮▮▮▮▮▮▮ Indeed, much of the testimony that Google relied on in its *in limine* motion (and put in the trial record through designations) was from questioning by Google's own lawyers about the documents.

███████████████████████████ ██████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████

271.    The second analysis, conducted in 2021, found that lack of SA360 feature support

would cost Microsoft ███████████████ per year, with ████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████ PSX00744 at -236; *see also* PSX00764;

PSX00763.

272.    Google's conduct has thus made it harder for Microsoft and other rivals to

compete in search advertising markets, which protects Google's monopoly power from erosion.

Tr. 7119:3-10 (Baker).  Google's anticompetitive conduct and the harm to competition is

ongoing.  SA360 still does not support Microsoft Ads auction-time bidding, and the primary

purpose for Google's new SA360, released in 2022, is to offer immediate support for Google

Ads features, but no comparable support for Microsoft Ads features—meaning that SA360's

disparity in support for Google Ads and Microsoft Ads features will recur for future features.

*Supra* ¶¶ 148, 224. ████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

█████████ PSX01111 at -458.

**I.    Google's purported procompetitive justifications and other excuses are
pretextual and unsupported by the record**

273.    Google has not shown any procompetitive justifications or other valid reason for

its decision not to support Microsoft Ads auction-time bidding and other Microsoft Ads features

on SA360.

274.    *First*, Google's actions cannot be defended based on a supposed lack of customer demand.  Google has long known that its customers want support for Microsoft Ads features on SA360 generally and for Microsoft Ads auction-time bidding specifically.  The primary value that SA360 provides to customers is the ability to manage ad campaigns on multiple GSEs, and advertisers want SA360 to provide consistent features and support across their multiple general search ad campaigns.  *Supra* ¶¶ 125, 131-33.  Google also knows that auction-time bidding is highly effectively on both Google Ads and Microsoft Ads, and Microsoft Ads auction-time bidding for years has been a top customer feature request.[17]  *Supra* ¶¶ 195-206.  The evidence thus shows that Google's refusal to support Microsoft Ads features and specifically auction-time bidding is contrary to the interests and requests of Google's own customers.

275.    Moreover, that demand for Bing advertising is depressed compared to demand for Google advertising is further evidence of Google's multi-faceted anticompetitive conduct.  The foreclosure caused by Google's default distribution agreements depresses demand for advertising on rival GSEs and insulates Google's search advertising monopolies from erosion.  *Supra* ¶¶ 116, 146; *infra* ¶¶ 282-84.  Google then leverages its high share in advertising markets to operate SA360 to preference Google search, which in turn harms Bing and customers seeking efficient cross-engine campaign management.[18]  *See* PSX00360 ("The fact that Google's dominant search

---

[17] Google also directed Microsoft to stop its recruitment of customers for the conversion sharing testing that was intended, among other things, to obtain customer feedback and gauge customer demand.  *Supra* ¶ 209-11; Tr. 6855:3-21 (J. Krueger).

[18]



advertising position means that there will inherently be less advertiser demand for Bing features does not excuse using SA360 to provide preferential treatment to Google Search"); PSX01117 at -015 █████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████

276.    *Second*, SA360's refusal to develop Microsoft Ads auction-time bidding was not due to lack of funding or resources.  None of Google's contemporaneous communications with Microsoft indicates insufficient funds or resources. ████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████ *Supra* ¶ 216.

██████████████████████████████████████████████████████

█████████████████████████████████████████████ *Supra* ¶¶

210, 234.  The true reason for Google's refusal, as stated in an internal Google memo, was simply that Microsoft's "requests for parity / feature development" were "not aligned with [Google's] product or business goals."  PSX01111 at -457, -458.

277.    *Third*, there are no credible technical impediments to Google's development of Microsoft Ads auction-time bidding.  In several documents, Google employees claim that SA360 cannot support Microsoft Ads auction-time bidding unless Microsoft Ads also supports a feature called fractional conversions, which assigns partial or fractional value to clicks made by a user prior to the last click that resulted in a conversion.  Tr. 6641:23-6643:5 (Vallez).

278.    That claim is false. ██████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████ PSX00506 at -899; PSX00565 at -800.  The lack of support for fractional conversions did not impede Skai, Marin or Adobe's support for Microsoft Ads auction-time bidding, *supra* ¶¶ 179-84, and Mr. Vallez of Skai testified that customers benefited from using auction-time bidding even without the option of also using fractional conversions.  Tr. 6643:2-5.  Finally, the fractional conversions feature is not required even to use Google Ads auction-time bidding; indeed, the default on SA360 is last click attribution, the alternative to fractional conversions. PSX01255 at 1 ("By default, the new Search Ads 360 credits the last click immediately before a defined conversion action for that conversion"); PSX01256 at 1 ("The last-click attribution model is selected by default" when users turn on auction-time bidding with an SA360 bid strategy).

279.    *Fourth*,  the trial record refutes Google's argument that SA360 is developing support for Microsoft Ads auction-time bidding on a reasonable timetable.  Amongst major SEM tools, SA360 is alone in offering no support for Microsoft Ads auction-time bidding: Skai fully supported Microsoft Ads auction-time bidding since 2020 and Marin and Adobe developed partial support by 2022.  *Supra* ¶ 179-84.  Mr. Vallez of Skai testified that it took Skai—which has far fewer resources than Google—less than two years to integrate Microsoft Ads auction-time bidding, yet it is over seven years since Microsoft released auction-time bidding on its native tool and over four years since SA360 released support for Google Ads auction-time bidding.  *Supra* ¶¶ 180-81. ████████████████████████████████ ████████████████████████████████████████ at least for Skai, having already integrated Google Ads auction-time bidding simplified the process of integrating Microsoft Ads auction-time bidding. ████████████████████████████████████████████ ████████████████████████████████████ Tellingly, Google did not introduce

any evidence of when, if ever, SA360 will support Microsoft Ads auction-time bidding.  ██████

████████████████████████████████████████████████████████████████████

██████████████████████████████    PSX00613 at -956.

280.     While independent SEM tools like Skai seek to provide broad cross-engine feature support—consistent with the desires of their customers—SA360 at every turn prioritized development of Google Ads features and resisted development of comparable Microsoft Ads features.

## IV.  GOOGLE'S DISTRIBUTION CONTRACTS CAUSE FURTHER HARM TO COMPETITION

281.     Plaintiffs' joint proposed findings of fact explains the extensive harm caused by Google's exclusionary distribution contracts.  JFOF ¶¶ 971-1192.  Two additional harms flow from Google's distribution contracts: (1) they depress demand for advertising on rival GSEs, and (2) they make rival GSEs less attractive partners for SVPs.

### A.     Google's distribution contracts depress demand for advertising on rival GSEs

282.     As described above and in Plaintiffs' joint proposed findings of fact, advertising on Google is essential for many advertisers.  *Supra* ¶¶ 99, 106-11, 145; JFOF ¶¶ 586-88.  For example, advertisers testified it would not be "mathematically possible" to stop advertising on Google and any steps to reduce Google advertising "would be incredibly bad … for the company."  *Supra* ¶ 99.

283.     Advertisers also testified that they cannot effectively advertise on Google's GSE rivals, including Bing, because all of Google's rivals have significantly smaller user scale.  *Supra* ¶¶ 102-03.  That reduced scale is a direct consequence of Google's exclusionary distribution contracts.  JFOF ¶¶ 978-1066.  The effect is self-reinforcing: less scale makes a GSE less

attractive for advertisers, which in turn decreases the GSE's financial incentive to improve its product, which leads to the GSE becoming even less attractive for advertisers.  *Supra* ¶¶ 104-05.

284.    The result of this negative feedback loop is that Google's distribution contracts depress demand for advertising on Google's rivals.  Google's distribution contracts lead to lower user shares for its rivals, making it harder for rivals to offer attractive advertising opportunities. JFOF ¶¶ 1030-60; Tr. 5281:21-5282:2 (Dijk) ("So even if Bing would be far cheaper, it would really not work for us, because we really don't get the scale we need"); Tr. 2676:22-2677:3 (Parakhin) ("The bigger you are, the more advertisers want to work with you…"); PSXD-11 (Baker slides) at 61.  Depressed advertiser demand for rival GSEs also depresses SEM tool interest in supporting non-Google GSEs, which further weakens the ability of non-Google GSEs to attract advertisers.  *Supra* ¶ 146.

### B.    Google's distribution contracts hinder rivals' ability to enter into partnerships with SVPs

285.    By keeping its GSE rivals at a small scale, Google has also made its rivals less attractive business partners to companies who would otherwise assist in improving those rivals' products.  Tr. 6205:13-21 (Barrett-Bowen) ("the more traffic you have, the more you have to offer the partner, and so the more the partner's interested in doing a deal with you"); ▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮ Tr. 7135:5-25 (Baker); PSXD-11 (Baker slides) at 61, 116.

286.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████

287.    Bing and other GSE rivals need SVP partners to improve their search result

quality, especially in the travel and local verticals. ███████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████ Tr. 3536:10-

3537:19 (Nadella) ("At the end of the day, if someone has better content, as I said, even if we're

ranking it, it's always helpful.  [¶] So, yes, we think about whether it's in commerce or in travel

or in local or any of these domains.  When people have good content sources to be able to partner

with them and improve search experience and quality is something that we will always look to

do"); Tr. 2677:10-2678:9 (Parakhin) (for local queries, it is critical for Microsoft to form strong

partnerships with SVPs like TripAdvisor to obtain important rich data, which impacts both the

quality and perception of the quality of Bing responses to queries); PSXD-11 (Baker slides) at

115.

288.    ███████████████████████████████████████████████

[BLACK REDACTION BAR]

[BLACK REDACTION BAR]

[BLACK REDACTION BAR]

[BLACK REDACTION BAR]

[BLACK REDACTION BAR]

289.    Mobile data is especially important to query responses in the travel and local verticals, which means that content partnerships are particularly valuable to Microsoft when it comes to mobile.  Tr. 6176:14-6177:2 (Barrett-Bowen) ("mobile data is pretty critical for the categories of local and also travel and mapping as well … by not having access to the mobile device and that platform, it makes it more challenging for us to source the data"); Tr. 7135:5-25 (Baker); PSXD-11 (Baker slides) at 115.

290.    When Microsoft makes proposals to potential content partners, it is very upfront that mobile is not an area of strength.  Tr. 6177:16-21 (Barrett-Bowen).

291.    Bing's relatively smaller scale—caused by Google's exclusionary distribution contracts—is an impediment to its ability to form partnerships.  [BLACK REDACTION BAR]

[BLACK REDACTION BAR]

[BLACK REDACTION BAR]

[BLACK REDACTION BAR]

292.    [BLACK REDACTION BAR]

[BLACK REDACTION BAR]

[BLACK REDACTION BAR]

[BLACK REDACTION BAR]

[BLACK REDACTION BAR] This is yet another increase in the cost of a rival doing business that results from Google's

distribution contracts.

293. ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

294. ███████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

█████████



295.    Bing would be able to enter into more favorable partnerships if it had more user traffic.  Tr. 6182:14-21, 6205:13-21 (Barrett-Bowen) ("the more traffic you have, the more you have to offer the partner, and so the more the partner's interested in doing a deal with you"); *id.* 6232:23-6234:7 (Microsoft does not "have a lot of local signal," which results in "an imbalance in terms of the negotiations ... given the limited amount of users that we have").

296. ███████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████   *see also* PSXD-11 (Baker slides) at 117.

297.    In more competitive markets, SVPs and GSEs would form more partnerships to

improve search quality.  Tr. 7134:25-7135:525 (Baker); PSXD-11 (Baker slides) at 100, 110-18.

298.    For example, in Japan's more competitive market, Google recognized that strategic partnerships and investments with large SVPs would allow general search markets to quickly build vertical depth.  Tr. 7133:16-7134:14 (Baker); PSXD-11 (Baker slides) at 114; UPX0789 at -676.  Google identified Yahoo! Japan's acceleration of its investments in various vertical segments (*e.g.*, local, shopping) as putting its own revenue at risk.  Tr. 7132:19-7133:7 (Baker); PSXD-11 (Baker slides) at 112; UPX0789 at -624.

299.    In a more competitive market, SVPs would be less focused on Google as they consider the paths of their own innovation and would have greater incentive to partner with Google's rivals.  *See*, *e.g.*, Tr. 6527:17-6528:10 (Hurst) (with more competition, Expedia "wouldn't spend all of our time in general search focused on what Google says we should focus on"; rather, Expedia "would have more opportunity to, say, partner with the alternative on a different way to approach text ads or a different treatment or [] more likely highlighting different parts of a value proposition").

300.    More partnership options would lead to more consumer differentiation and greater innovation.  For example, Expedia could "highlight a loyalty program" or its customer service, or generally "make more of the experience about the thing that you sell that is unique beyond having a low price."  Tr. 6528:16-20 (Hurst); *id.* 6528:21-6529:5 ("you could have seen that same type of evolution with other general search engines, where maybe one is more focused on reviews and trust, as Trip Advisor would have been, and one may be more focused on price, like a Google or a Trivago in that case."); *id.* 6529:6-9 ("you would have had more consumer differentiation and more innovation at the OTA and provider level to compete within those search results"); *id.* 6529:12-23 ("it gives you options in that there's a different type of

partnership that could exist with two, three, or four equal players in terms of them having an incentive to build something with you and you having an incentive to try something different").

301.    Google's market power would be easier to erode in more competitive markets.  Its GSE rivals would have greater incentive and ability to compete, leading to higher quality GSEs, more choices for advertisers and users, and lower prices.  Tr. 7142:23-7144:7 (Baker) ("SVPs and SEM tool providers and the SERP section providers that sell the exclusive defaults would have greater incentives to work with … Google's rivals, all of those potential partners.  [¶] And so that would all generate more competitive outcomes of the sort I've been talking about, greater quality, more choices for search users and advertisers, and lower quality-adjusted prices in the market as a whole, you know, for advertisers and potentially for search users, too."); PSXD-11 (Baker slides) at 126-27.

Dated: February 9, 2024       Respectfully submitted,

FOR PLAINTIFF STATE OF COLORADO

Jonathan B. Sallet
Special Assistant Attorney General

*/s/ Jonathan B. Sallet*
Jonathan B. Sallet, DC Bar No. 336198
Steven M. Kaufmann, DC Bar No. 1022365 (inactive)
Elizabeth W. Hereford
Conor J. May
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mail: Jon.Sallet@coag.gov
Steve.Kaufmann@coag.gov
Elizabeth.Hereford@coag.gov
Conor.May@coag.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas Suite 2200
New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF NEBRASKA

Joseph M. Conrad, Assistant Attorney General
Colin P. Snider, Assistant Attorney General
Matthew K. McKinley, Special Assistant Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3840
E-Mail: Joseph.Conrad@nebraska.gov
Colin.Snider@nebraska.gov
Matt.Mckinley@nebraska.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas Suite 2200
New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Nebraska*

FOR PLAINTIFF STATE OF ARIZONA

Robert A. Bernheim, Unit Chief Counsel
Jayme Weber, Senior Litigation Counsel
Arizona Office of the Attorney General
400 West Congress, Ste. S-215
Tucson, Arizona 85701
Telephone: (520) 628-6507
E-Mail: Robert.bernheim@azag.gov
        Jayme.Weber@azag.gov

*Counsel for Plaintiff State of Arizona*

102

FOR PLAINTIFF STATE OF IOWA

Noah Goerlitz, Assistant Attorney General
Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Telephone: (515) 725-1018
E-Mail: Noah.goerlitz@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*


FOR PLAINTIFF STATE OF NEW YORK

Elinor R. Hoffmann
Morgan J. Feder
Michael D. Schwartz
Office of the Attorney General of New York
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8513
E-Mail: Elinor.hoffmann@ag.ny.gov
Morgan.feder@ag.ny.gov
Michael.schwartz@ag.ny.gov

*Counsel for Plaintiff State of New York*


FOR PLAINTIFF STATE OF NORTH CAROLINA

Kunal Janak Choksi
Joshua Daniel Abram
Jonathan R. Marx
Jessica Vance Sutton
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6000
E-Mail: kchoksi@ncdoj.gov
jabram@ncdoj.gov
jmarx@ncdoj.gov
jsutton2@ncdoj.gov

*Counsel for Plaintiff State of North Carolina*

FOR PLAINTIFF STATE OF TENNESSEE

J. David McDowell
Chris Dunbar
Austin Ostiguy
Tyler Corcoran
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 741-8722
E-Mail: David.McDowell@ag.tn.gov
Chris.Dunbar@ag.tn.gov
austin.ostiguy@ag.tn.gov
Tyler.Corcoran@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*


FOR PLAINTIFF STATE OF UTAH

Scott R. Ryther
Tara Pincock
Utah Office of Attorney General
160 E 300 S, 5th Floor
P.O. Box 142320
Salt Lake City, Utah 84114
Telephone: (385) 881-3742
E-Mail: sryther@agutah.gov
tpincock@agutah.gov

*Counsel for Plaintiff State of Utah*


FOR PLAINTIFF STATE OF ALASKA

Jeff Pickett
State of Alaska, Department of Law
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5100
E-Mail: Jeff.pickett@alaska.gov

*Counsel for Plaintiff State of Alaska*

FOR PLAINTIFF STATE OF CONNECTICUT

Nicole Demers
Office of the Attorney General of Connecticut
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Telephone: (860) 808-5202
E-Mail: Nicole.demers@ct.gov

*Counsel for Plaintiff State of Connecticut*

FOR PLAINTIFF STATE OF DELAWARE

Michael Andrew Undorf
Delaware Department of Justice
Fraud and Consumer Protection Division
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 577-8924
E-Mail: Michael.undorf@delaware.gov

*Counsel for Plaintiff State of Delaware*

FOR PLAINTIFF DISTRICT OF COLUMBIA

Elizabeth Gentry Arthur
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, DC 20001
Telephone: (202) 724-6514
E-Mail: Elizabeth.arthur@dc.gov

*Counsel for Plaintiff District of Columbia*

FOR PLAINTIFF TERRITORY OF GUAM

Fred Nishihira, Chief, Consumer Protection Division
Office of the Attorney General of Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Telephone: (671) 475-3324

*Counsel for Plaintiff Territory Guam*

FOR PLAINTIFF STATE OF HAWAI'I

Rodney I. Kimura
Department of the Attorney General, State of Hawai'i
Commerce & Economic Development
425 Queen Street
Honolulu, HI 96813
Telephone (808) 586-1180
E-Mail: Rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff State of Hawai'i*


FOR PLAINTIFF STATE OF IDAHO

John K. Olson
Office of the Idaho Attorney General
Consumer Protection Division
954 W. State St., 2nd Floor
P.O. Box 83720 Boise, ID 83720
Telephone: (208) 334-4114
E-Mail: John.olson@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*


FOR PLAINTIFF STATE OF ILLINOIS

Elizabeth Maxeiner
Brian Yost
Jennifer Coronel
Office of the Attorney General of Illinois
100 W. Randolph St.
Chicago, IL 60601
Telephone: (773) 590-7935
E-Mail: Elizabeth.maxeiner@ilag.gov
        Brian.yost@ilag.gov
        Jennifer.coronel@ilag.gov

*Counsel for Plaintiff State of Illinois*

FOR PLAINTIFF STATE OF KANSAS

Lynette R. Bakker
Kansas Office of the Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: (785) 296-3751
E-Mail: Lynette.bakker@ag.ks.gov

*Counsel for Plaintiff State of Kansas*


FOR PLAINTIFF STATE OF MAINE

Christina M. Moylan
Office of the Attorney General of Maine
6 State House Station
August, ME 04333
Telephone: (207) 626-8800
E-Mail: Christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*


FOR PLAINTIFF STATE OF MARYLAND

Schonette J. Walker
Gary Honick
Office of the Attorney General of Maryland
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6480
E-Mail: swalker@oag.state.md.us
ghonick@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

FOR PLAINTIFF COMMONWEALTH OF
MASSACHUSETTS

William T. Matlack
Michael B. MacKenzie
Office of the Attorney General of Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
E-Mail: William.matlack@mass.gov
Michael.Mackenzie@mass.gov

*Counsel for Plaintiff State of Massachusetts*

FOR PLAINTIFF STATE OF MINNESOTA

Zachary William Biesanz
Office of the Minnesota Attorney General
Consumer, Wage, and Antitrust Division
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
Telephone: (651) 757-1257
E-Mail: Zach.biesanz@ag.state.mn.us

*Counsel for Plaintiff State of Minnesota*

FOR PLAINTIFF STATE OF NEVADA

Michelle C. Badorine
Lucas J. Tucker
Nevada Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
Telephone: (775) 684-1164
E-Mail: mnewman@ag.nv.gov
ltucker@ag.nv.gov

*Counsel for Plaintiff State of Nevada*

FOR PLAINTIFF STATE OF NEW HAMPSHIRE

Brandon Garod
Office of Attorney General of New Hampshire
33 Capitol Street
Concord, NH 03301
Telephone: (603) 271-1217
E-Mail: Brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*


FOR PLAINTIFF STATE OF NEW JERSEY

Isabella R. Pitt
Deputy Attorney General
New Jersey Attorney General's Office
124 Halsey Street, 5th Floor
Newark, NJ 07102
Telephone: (973) 648-7819
E-Mail: Isabella.Pitt@law.njoag.gov

*Counsel for Plaintiff State of New Jersey*


FOR PLAINTIFF STATE OF NEW MEXICO

Judith E. Paquin Cholla Khoury
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87504
Telephone: (505) 490-4885
E-Mail: jpaquin@nmag.gov
ckhoury@nmag.gov

*Counsel for Plaintiff State of New Mexico*

FOR PLAINTIFF STATE OF NORTH DAKOTA

Elin S. Alm
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of the Attorney General of North Dakota
1720 Burlington Drive, Suite C
Bismarck, ND 58504
Telephone: (701) 328-5570
E-Mail: ealm@nd.gov

*Counsel for Plaintiff State of North Dakota*


FOR PLAINTIFF STATE OF OHIO

Jennifer Pratt
Beth Ann Finnerty
Mark Kittel
Office of the Attorney General of Ohio
30 E Broad Street, 26th Floor Columbus, OH 43215
Telephone: (614) 466-4328
E-Mail: Jennifer.pratt@ohioattorneygeneral.gov
Beth.finnerty@ohioattorneygeneral.gov
Mark.kittel@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*


FOR THE PLAINTIFF STATE OF OKLAHOMA

Caleb J. Smith
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-1014
E-Mail: Caleb.Smith@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

FOR PLAINTIFF STATE OF OREGON

Cheryl Hiemstra
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
Telephone: (503) 934-4400
E-Mail: Cheryl.hiemstra@doj.state.or.us

*Counsel for Plaintiff State of Oregon*


FOR PLAINTIFF COMMONWEALTH OF
PENNSYLVANIA

Tracy W. Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
Telephone: (717) 787-4530
E-Mail: jbetsko@attorneygeneral.gov
twertz@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of Pennsylvania*


FOR PLAINTIFF TERRITORY OF PUERTO RICO

Guarionex Diaz Martinez
Assistant Attorney General Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902
Telephone: (787) 721-2900, Ext. 1201
E-Mail: gdiaz@justicia.pr.gov

*Counsel for Plaintiff Territory Puerto Rico*

FOR PLAINTIFF STATE OF RHODE ISLAND

Stephen Provazza
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
E-Mail: SProvazza@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*


FOR PLAINTIFF STATE OF SOUTH DAKOTA

Yvette K. Lafrentz
Office of the Attorney General of South Dakota
1302 E. Hwy 14, Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
E-Mail: Yvette.lafrentz@state.sd.us

*Counsel for Plaintiff State of South Dakota*


FOR PLAINTIFF STATE OF VERMONT

Christopher J. Curtis, Assistant Attorney General
Office of the Attorney General of Vermont
109 State St.
Montpelier, VT 05609
Telephone: (802) 828-3170
E-Mail: christopher.curtis@vermont.gov

*Counsel for Plaintiff State of Vermont*

FOR PLAINTIFF COMMONWEALTH OF VIRGINIA

Tyler T. Henry
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, VA 23219
Telephone: (804) 692-0485
E-Mail: thenry@oag.state.va.us

*Counsel for Plaintiff State of Virginia*

FOR PLAINTIFF STATE OF WASHINGTON

Amy Hanson
Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419
E-Mail: Amy.hanson@atg.wa.gov

*Counsel for Plaintiff State of Washington*


FOR PLAINTIFF STATE OF WEST VIRGINIA

Douglas Lee Davis
Office of the Attorney General, State of West Virginia
1900 Kanawha Boulevard
East Building 6, Suite 401
P.O. Box 1789
Charleston, WV 25305
Telephone: (304) 558-8986
E-Mail: Douglas.l.davis@wvago.gov

*Counsel for Plaintiff State of West Virginia*


FOR PLAINTIFF STATE OF WYOMING

Benjamin Peterson
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building Cheyenne, WY 82002
Telephone: (307) 777-6397
E-Mail: Benjamin.peterson2@wyo.gov

*Counsel for Plaintiff State of Wyoming*

## <u>CERTIFICATE ON SERVICE</u>

On February 9, 2024, I served this Plaintiff States' Proposed Findings of Fact by email on counsel for Google and counsel for DOJ Plaintiffs in the above-captioned matters.

February 9, 2024

*/s/ Matthew McKinley*

Matthew McKinley

*Counsel for Plaintiff States*