IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                     Plaintiffs,<br>v.<br>Google LLC,<br><br>                     Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                     Plaintiffs,<br>v.<br>Google LLC,<br><br>                     Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED ORDER]**

Upon consideration of Plaintiffs' Motion to Take Judicial Notice of Certain Publicly Available Exhibits, IT IS HEREBY **ORDERED**:

1. The Motion is **GRANTED**;

2. The Court takes judicial notice of the following contents of Exhibit 6487 and Exhibit 6488 from the Northern District of California case *Epic Games, Inc. v. Google, LLC*, No. 3:20-cv-5671, as consolidated, *In re: Google Play Store Antitrust Litigation*, No. 3:21-md-2981 ("*Epic*"):

    a. Google in-house counsel authored two documents—*Epic* Exhibit 6487 and *Epic* Exhibit 6488—in the form of "history on" chats that included the term "fake privilege."

    b. Google in-house counsel used the term "fake privilege" in *Epic* Exhibit 6487 and *Epic* Exhibit 6488 on several occasions, including in reference to an email on which she was copied and that discussed Google business matters.

    c.  *Epic* Exhibit 6487 and *Epic* Exhibit 6488 were not produced in this case but instead only became publicly available in December 2023, after the conclusion of trial.

Dated: February __, 2024

                                  _____
                                      Amit P. Mehta
                                United States District Court Judge