## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  1:20-cv-03010-APM |
| | ) | |
| Google LLC, | ) | HON. AMIT P. MEHTA |
| | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT Amy W. Ray and Allen Davis, counsel of record for

Non-Party Microsoft Corporation, have changed their address, effective February 26, 2024, to:

> Orrick, Herrington & Sutcliffe LLP
> 2100 Pennsylvania Ave., NW
> Washington, DC 20037

Counsels' email, telephone number and facsimile number remain the same.

Dated:  February 29, 2024                    Respectfully submitted,

/s/ Amy W. Ray_____
Amy W. Ray (DC Bar Number 489086)
Allen Davis (DC Bar Number 1045657)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
Phone:  (202) 339-8400
Fax:      (202) 339-8500
amyray@orrick.com
allen.davis@orrick.com

*Counsel for Non-party Microsoft Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of February, 2024, I caused a true and correct copy of the foregoing Notice of Change of Firm Address, to be filed with the Clerk of Court using the CM/ECF filing system.

/s/ Amy W. Ray
Amy W. Ray