IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                               )
        Plaintiffs,     )
                               )   CV No. 20-3010
     vs.                 )   Washington, D.C.
                               )   March 11, 2024
GOOGLE LLC,                )   11:00 a.m.
                               )
        Defendant.      )
_____)


TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:          Kenneth M. Dintzer
                        Karl Edward Herrmann
                        U.S. DEPARTMENT OF JUSTICE
                        1100 L Street, NW
                        Washington, D.C.
                        (202) 307-0340
                        Email:
                        kenneth.dintzer2@usdoj.gov

                        Sara Trent Gray
                        DOJ-ATR
                        Liberty Square Building
                        450 Fifth Street, NW
                        Suite 7106
                        Washington, D.C. 20530
                        (907) 230-1734
                        Email: sara.gray2@usdoj.gov

APPEARANCES CONTINUED:

For Plaintiff
State of Colorado:                    Jonathan Bruce Sallet
                                      COLORADO DEPARTMENT OF LAW
                                      Consumer Protection Section,
                                      Antitrust Unit
                                      Ralph L. Carr
                                      Colorado Judicial Center
                                      1300 Broadway
                                      Suite 7th Floor
                                      Denver, CO 80203
                                      (720) 508-6000
                                      Email: jon.sallet@coag.gov


For Defendant Google:                 John E. Schmidtlein
                                      WILLIAMS & CONNOLLY LLP
                                      725 12th St., NW
                                      Washington, D.C. 20005
                                      (202) 434-5000
                                      Email: jschmidtlein@wc.com


For Movant
New York Times Company:               Al-Amyn Sumar
                                      Maya Gandhi
                                      THE NEW YORK TIMES COMPANY
                                      1627 I Street NW
                                      Suite 700
                                      Washington, D.C. 20006
                                      (646) 306-4201
                                      Email:
                                      al-amyn.sumar@nytimes.com


For Non-Party Petitioner
Microsoft Corporation:                Julia Chapman
                                      DECHERT LLP
                                      Cira Centre
                                      2929 Arch Street
                                      Philadelphia, PA 19104
                                      (215) 994-2060
                                      Email:
                                      julia.chapman@dechert.com

```
APPEARANCES CONTINUED:

For Non-Party Petitioner
Apple Inc.:                   Julia K. York
                              SKADDEN, ARPS, SLATE,
                              MEAGHER & FLOM LLP
                              1440 New York Avenue, NW
                              Washington, D.C. 20005
                              (202) 371-7146
                              Email: julia.york@skadden.com

For Non-Party Petitioner
Samsung Next LLC:             Juan Arteaga
                              CROWELL & MORING LLP
                              Two Manhattan West
                              375 Ninth Avenue
                              New York, NY 10001
                              (212) 803-4053
                              Email: jarteaga@crowell.com

For Non-Party Petitioner
AT&T Inc.:                    Kristen Ceara Limarzi
                              GIBSON DUNN & CRUTCHER LLP
                              1050 Connecticut Ave. NW
                              Washington, D.C. 20036
                              (202) 887-3518
                              Email: klimarzi@gibsondunn.com

Court Reporter:               William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

P R O C E E D I N G S

1

2      COURTROOM DEPUTY:  Good morning, Your Honor.

3  This is Civil Action 20-3010, United States of America,

4  et al., versus Google LLC.

5          Kenneth Dintzer for the DOJ.

6          Jonathan Sallet for Plaintiff States.

7          And John Schmidtlein on behalf of Google.

8      THE COURT:  All right.  Good morning, everyone.

9  It's good to be with you all.

10          All right.  So the primary purpose of today is

11  twofold; one is to sort of chart a path forward now that the

12  parties have submitted their initial proposed findings of

13  fact and conclusions of law that have been submitted as

14  redacted; and then, secondarily, we have *The New York Times*'

15  motion and the parties' responses, and I understand there's

16  some third parties who'd like to be heard on that motion as

17  well.

18          So why don't we begin with the first issue, and

19  that is sort of where we go from here with respect to the

20  sealed proposed -- or the partially redacted proposed

21  findings.

22          I will confess at the outset that I have not read

23  them; I plan to do that when everything is done.  And so

24  I don't have a great sense of -- I have a sense of the

25  quantity, but perhaps not the areas of dispute.  And so that

 1    might be helpful to shed some light on.

 2          And then to the extent you all have thoughts about

 3    next steps, I'd welcome those as well.  And obviously if

 4    you've had discussions about it, I'd like to hear that too.

 5          Mr. Dintzer.

 6          MR. DINTZER:  Mr. Herrmann will be addressing the

 7    Court on these issues, Your Honor.

 8          THE COURT:  Okay.

 9          MR. HERRMANN:  Good morning, Your Honor.  May it

10    please the Court.

11          THE COURT:  Good morning.

12          MR. HERRMANN:  Karl Herrmann representing the

13    United States.

14          Your Honor, consistent with the Court's order,

15    we've worked diligently to minimize redactions to post-trial

16    submissions so that only the most confidential information

17    that meets the very high burden under *Hubbard* is redacted.

18          We're especially appreciative of the efforts by

19    non-parties who've worked with us in this process.  We

20    started with notifications to over 30 non-parties, and we've

21    winnowed disputes pretty significantly.

22          From the list we sent the Court on Saturday, we've

23    now resolved disputes with Amazon and Irrational Labs.  So

24    we have disputes remaining with only six parties.

25          To the extent we discuss specifics today regarding

1    disputes of non-parties, Your Honor, my colleague Sara Trent

2    is prepared to address those.

3           Turning to the disputes with Google, Your Honor,

4    we have disputes with Google on roughly -- citations in

5    roughly 100 paragraphs total across all briefs.  We've

6    narrowed them substantially.

7           In the plaintiffs' post-trial briefs, we have

8    disputes with Google on roughly ten citations only.

9           In the plaintiffs' proposed findings of fact, we

10   have disputes with Google in roughly 65 paragraphs.

11          And in Google's proposed findings of facts, we

12   have disputes with Google on roughly 22 paragraphs of

13   citations -- or citations within 22 paragraphs, Your Honor.

14          I'll note that of these -- I use paragraphs as a

15   helpful measuring stick, but even within -- these are not

16   redactions to entire paragraphs, just to pieces within the

17   paragraphs, Your Honor.

18          THE COURT:  Right.

19          MR. HERRMANN:  With respect to the type of

20   disputes, Your Honor, the largest type of dispute deals with

21   Google's various -- or descriptions in quotations from

22   Google's various agreements, agreements within -- among --

23   on the Android side of things, agreements with Apple, and

24   agreements with respect to browsers.

25          We also have disagreements over redactions to

 1    higher level financial information.

 2            And the third largest category of disputes would

 3    be disputes regarding how -- a high level description of how

 4    Google's products, both Search and Search Ads, function that

 5    are necessary for public understanding.

 6            With respect to the path forward, Your Honor,

 7    Google provided us with a proposal last night making a

 8    number of concessions that, frankly, we are still

 9    evaluating.

10            We do believe it would be helpful to have

11    additional time to meet and confer with Google and

12    non-parties, especially when we could take into account any

13    guidance the Court may provide with respect to *The New York*

14    *Times* motion.

15            And, Your Honor, to that end, we have a proposed

16    schedule and I have a one-page handout.  If may I approach?

17            THE COURT:  Okay.  Sure.  Thanks.

18            You may want to also, just given -- go ahead, if

19    you want to also put it up on the ELMO so folks can see it

20    on the screen.

21            MR. HERRMANN:  So, Your Honor, just to guide you

22    to this little calendar or guide the Court to this calendar,

23    we show in blue the court-ordered dates.

24            Let me start with the first one, which is our

25    responsive briefing filing deadline of March 22nd.

1                    How many lawyers does it take --

2                    MR. SCHMIDTLEIN:  Only old lawyers know how to use

3      the ELMO.

4                    MR. HERRMANN:  Your Honor, I'm older than I look.

5                    In proposing this schedule, we have three goals.

6                    First, we provide for prompt filing of redacted

7      versions of our responsive briefing.  Your Honor, we seek to

8      file that on March 29, so within one week of the filing of

9      the responsive brief -- the responsive submissions.

10                   Second, we propose only one round of submissions

11     regarding all confidentiality disputes.  Your Honor,

12     we believe that is an efficient way to resolve all these

13     disputes, and this has the added benefit of providing

14     additional time in the coming weeks to meet and confer on

15     other issues.  And some of the same issues might arise in

16     the rounds of responsive briefing.

17                   And, third, Your Honor, we aim to resolve all

18     confidentiality disputes prior to closing arguments.  We

19     propose a submission date of April 10, which is three weeks

20     in advance of closing arguments on May 10.

21                   And, Your Honor, I have one tweak to this

22     calendar.  Counsel for Google requested that we move the

23     deadline of -- for Google to propose redactions to

24     responsive briefing from March 28th to April 2nd, and we

25     have no objection to that.  So that would be the same

 1    deadline for both Google and non-parties to provide proposed

 2    redactions.

 3              THE COURT:  Okay.

 4              And so I take it -- well, let me ask:  Has Google

 5    agreed to the schedule except for the one tweak?

 6              MR. SCHMIDTLEIN:  I have one additional tweak

 7    I'm going to ask for, but, otherwise, we're in agreement on

 8    this.

 9              THE COURT:  Great.

10              And so then the way the parties have contemplated

11    this, we'd have -- or I'd have, I guess, about three weeks

12    just to resolve all these issues, and then really probably a

13    little bit less, given it seems like the goal is to have

14    final unredacted proposed findings of fact and conclusions

15    of law docketed by May 1?

16              MR. HERRMANN:  Yes, Your Honor.

17              Two goals there.  One is to have a filed

18    unredacted version -- or a minimally redacted version prior

19    to May 1.

20              And the second is so we know what we can and

21    cannot say publicly and can prepare materials accordingly.

22              THE COURT:  Right.

23              Okay.  Okay.  That's very helpful.

24              MR. HERRMANN:  Thank you, Your Honor.

25              THE COURT:  Thank you.

1              All right, Mr. Schmidtlein.

2              MR. SALLET:  Yes, Your Honor.

3              THE COURT:  Oh, that's right, Mr. Dintzer.

4              MR. SALLET:  I'm sorry, Your Honor, I may have

5       misheard.

6              THE COURT:  Oh, Mr. Sallet, I'm sorry.

7              MR. SALLET:  Sorry, I may have misunderstood,

8       Your Honor, but let me just briefly say, we support the

9       schedule that Mr. Herrmann has provided.

10             Mr. Herrmann went through a series of disputes

11      that are outstanding.  They are all on the joint filings we

12      made with the Department of Justice, right.  Our briefs,

13      findings of facts, conclusions of law that DOJ has done were

14      all joint with the Plaintiff States.  So we agreed with the

15      positions Mr. Herrmann stated but we do not intend to speak

16      to them specifically.

17             As to the States-specific filings, on the findings

18      of fact, we're in very good shape.  We did have very helpful

19      cooperation from third parties.  Over the weekend, we

20      resolved the only outstanding third-party issue, and that

21      was Amazon.  And over the weekend, we resolved any remaining

22      issues with Google.  So as of this morning, we have no

23      disputes regarding the States-specific filings from

24      February.

25             THE COURT:  Okay.  Terrific.  I appreciate that,

1   Mr. Sallet.

2          All right.  With that, why don't we hear from

3   Mr. Schmidtlein.

4          MR. SCHMIDTLEIN:  Good morning, Your Honor.

5   Thank you.

6          THE COURT:  Good morning.

7          MR. SCHMIDTLEIN:  I guess the only issue that we

8   would have is on the date for the parties to make their

9   submission, right now it's the 10th.  If everybody --

10  basically, the roadmap or the playing field is going to be

11  finalized as of April the 2nd for everybody, and that will

12  include, obviously, this next round of filings.

13         THE COURT:  Right.

14         MR. SCHMIDTLEIN:  Which may raise additional

15  issues, it may revisit issues that we've already been

16  meeting and conferring over and trying to deal with.

17         I guess if Your Honor is -- it wasn't clear to us

18  if Your Honor was of the mind of trying to get all of this

19  resolved before May the 1st.

20         I know Your Honor is also reviewing these very

21  lengthy submissions for other, dare I say, merits purposes

22  in advance of May.  We'd like a little bit more time.

23         But if Your Honor is -- really wants to focus on

24  this and get these rulings all out before May 1st, I guess

25  I'd ask for -- till April the 12th so that we can make our

1   submissions to you.

2          I was going to ask for April 15th.  But if you are

3   looking at or you're really sort of trying to tee this up so

4   you have enough time to get through everything in advance,

5   I would ask for May 12th.  But if you're thinking this may

6   push back past the closings, I'd ask for the 15th, again, so

7   that all the third parties and Google can get everything

8   coordinated.

9          THE COURT:  Okay.

10         All right.  Thank you, Mr. Schmidtlein.

11         All right.  Let me just sort of -- let's put a

12   pause on finalizing this.  I think our next discussion may

13   help in terms of just thinking about the schedule.

14         Let me do what I've done, I think, through the

15   duration of these -- this case and that's just share my

16   thoughts with you about The New York Times' motion and the

17   parties -- and third parties' various responses.

18         The first is that, you know, we have, and I say

19   "we" broadly to include the parties, I think taken fairly

20   robust measures to ensure that these proceedings have been

21   as open as they can be, consistent both with confidentiality

22   interests but also the demands that are being put on the

23   parties.  I don't want that to be forgotten in this

24   discussion.

25         And so as a result of that, you know, we are where

1    we are in terms of a trial transcript that I think is fairly

2    robust, particularly since we went back and unsealed all of

3    which had been sealed previously; not all of, but, you know,

4    we went back and took a look at that and made sure all of it

5    was available to the public.  So a very substantial

6    percentage of the trial transcript is public.

7            What's then obviously left, and is the core of

8    what *The New York Times* is concerned about and various other

9    members of the media, is the exhibits and to what extent

10   they become public and when they become public.

11           A couple of observations just on a few of these

12   specific categories.  And this is not meant to be a ruling,

13   just my current thoughts, and I'll hear more from everybody

14   if you have disagreements with some of these observations.

15           The first is with respect to exhibits that have

16   been disclosed in other proceedings, specifically *Epic Games*

17   litigation, it seems to me that, to the extent that exhibits

18   have been entered into evidence in other trials, they ought

19   to probably be disclosed in full here as well.  It's not

20   clear to me what additional basis there would be to not

21   release in full an exhibit that's already in the public

22   record elsewhere.  So that's one.

23           Two, with respect to deposition designations,

24   obviously, it's -- I believe what I understand those that

25   were actually played in court have now been docketed so

1    those are publicly available.  *New York Times* has focused on

2    a couple of transcripts that were supposed to be played in

3    court that were submitted to me directly.  I certainly am

4    prepared to release those if the parties believe that's

5    appropriate without an additional review.  I assume that

6    they were already formatted in a way for public disclosure

7    since they were intended to be reviewed.  And if that's not

8    the case, you'll let me know.

9            Another category that *The Times* has identified is

10   expert reports, and I think the case law is pretty -- well,

11   my view on this, I think they -- I view expert reports to be

12   in a slightly different category than exhibits that were

13   introduced at trial, and that's really for three reasons.

14           One, case law is pretty clear that discovery

15   documents that are discovery related are not public records

16   under the -- in the case law.  Two is, to the extent expert

17   reports were submitted to me for consideration, they were

18   largely done, if not exclusively, in connection with motions

19   in limine.  And the truth of the matter is, I didn't really

20   rule on many of them.

21           And, three, *The Times* has also flagged summaries.

22   And the summaries are a little unique in the following

23   sense.  I asked the parties to present those.  And it wasn't

24   a request I made in the sense of a -- one would, you know,

25   analogize it to a brief, but, rather, as just simply an

1    educational tool of what was coming.

2         I wanted to be in a position to make meaningful

3    queries of the witnesses when they took the stand.  And as I

4    had done in a previous antitrust trial, I found it very

5    useful to at least have read a little bit of what was coming

6    in order to be effective, or hopefully be effective, in

7    questioning the experts.  So I think expert reports are in a

8    slightly different category for those reasons.

9         As to the rest of it, which is really the various

10   categories of trial exhibits other than those that have been

11   previously disclosed, you know, I went back and looked at

12   our prior discussions on this, and I really think there is a

13   threshold issue here that I think remains unresolved in a

14   sense, and that is, you know, the question of what

15   constitutes a judicial record for purposes of a trial

16   exhibit.

17        I know *The New York Times* has taken the position

18   and cited some cases that they believe stand for the

19   proposition that a document in its entirety that's submitted

20   to a trier of fact is a judicial record regardless of the

21   fact that there may be portions or large portions of the

22   record that are not submitted for the Court's consideration,

23   but, rather, had been submitted just through the process of

24   having evidence admitted.

25        And I'll reiterate what I said weeks ago and

 1   months ago, which is that, the parties here proceeded with

 2   my -- you know, my imprimatur from the presumption that

 3   admitting evidence was going to be -- the premium art in

 4   admitting evidence was going to involve efficiency, and

 5   that, you know, pushing in large number of documents, or

 6   putting in, say, a 150-page slide deck was a better way to

 7   go about presenting a case than spending a great deal of

 8   time trying to narrow down any particular exhibit.

 9          I did not, and still do not, believe that the

10   parties proceeded on the belief that the presentation of an

11   exhibit necessarily made all of it subject to public

12   disclosure.  Had, I think, the parties viewed it

13   differently, and the third parties viewed it differently,

14   the exhibits themselves would look very different than what

15   they look like today.

16          And, you know, I've -- I can't say I've come to a

17   firm conclusion, but I'm not fully convinced with *The Times*'

18   position that just because a record is presented, that

19   entirety of the record is subject to public disclosure.

20   And, again, I think the best example are these very large

21   slide decks that were received into evidence.  I'm trying to

22   think about a principal way to sort of apply a consistent

23   application of that theory; that is, what matters is what's

24   presented to me across the various different types of

25   records, from agreements, slide decks, to emails, and that's

1    something, I think, that is going to need to be resolved,

2    given what's being requested of me by *The New York Times*.

3           A couple more things.  Insofar as -- I guess three

4    things:

5           The *Times* has made the point that at least a

6    couple of third parties have not submitted any sort of

7    declarations to justify their business interests in

8    confidentiality.  I think that's fair.  I do think there

9    does need to be some additional record made that, if you

10    want me to hang my hat on something, to say this is really

11    important and that this ought to be sealed and left out of

12    the public record, I'm likely to need -- I am going to need

13    more than just the representations of counsel.

14           As a corollary to that, for Google, you know, we

15    did receive evidence from Google or affidavits from Google

16    some months ago.  They were, in some sense, necessarily at a

17    very high level, because it was pre-trial and we were still

18    at a posture -- in a posture where we were trying to sort

19    out exactly how things were going to come in and the way

20    they would come in.

21           And as I've said all along, as we sort of move

22    toward what I have described as sort of the apex, and what

23    the Circuit has said is the apex of public disclosure, which

24    is the decision itself, I think the corresponding

25    justification to keep something out of the public record

1   based upon business reasons, confidentiality, you know,

2   trade secrets, financial information becomes correspondingly

3   higher.  And so there may be, and I think there likely is to

4   be, a need for some further refinement of Google's positions

5   as to the records it seeks to -- or portions of records it

6   seeks to have redacted, particularly given the phase of the

7   case that we're in.

8           Finally, the timing of all of this is obviously of

9   paramount concern and consideration.  I understand the

10  public's interest in wanting as much that can be publicly

11  disclosed by May the 1st when we have this hearing.  And

12  that is why, when we were last together, I asked the

13  parties, and they have gone through the process -- and third

14  parties for whom I'm grateful for putting in the time and

15  effort -- to make sure that we have a publicly available,

16  albeit redacted version, of the findings of fact,

17  conclusions of law and the other findings -- excuse me,

18  other filings that have been put before me for

19  consideration.

20          And so, you know, I want to be sensitive to what

21  is obviously also a very other important consideration here,

22  and that is both the parties' preparation and my preparation

23  for the final argument.

24          And so that's a lot to balance, it seems to me,

25  and I want to try and be sensitive to the various interests

```
 1    that are at play here and do it in a way that is fair, but
 2    yet, you know, doesn't overwhelm the parties in particular,
 3    and me, in terms of what is, you know, our end goal, which
 4    is to get to a merits argument and have meaningful
 5    conversations about the merits of the case.
 6            One last thing for everybody's consideration, and,
 7    frankly, may be -- well, I just would like your reactions to
 8    it, and that is whether there would be some benefit of
 9    having a Special Master assigned here to handle some of this
10    as we move forward.  I recognize the benefits of it, but
11    I also recognize the challenges, given the late hour at
12    which this is being suggested.  But I'd welcome your
13    thoughts on whether that's something you think might be a
14    helpful step in the right direction.
15            So with that, why don't we start with the
16    DOJ Plaintiffs and get your thoughts and responses on any
17    and all of this.
18            MR. DINTZER:  Your Honor, especially with the
19    Special Master, which quite honestly is something we'd be
20    happy to discuss, if we could have just a minute to discuss,
21    we could give you sharper answers.
22            THE COURT:  Sure.
23            (Plaintiffs' counsel conferred off the record.)
24            THE COURT:  All right.  Thoughts?  Reflections?
25    Answers?
```

1          MR. HERRMANN:  Thank you, Your Honor, for the many

2  helpful points.

3          A few issues.

4          To the extent the deposition designations are to

5  be made public, we would request additional time to meet and

6  confer with Google and/or non-parties.

7          THE COURT:  I think we're just talking about the

8  two, not all of them.

9          MR. HERRMANN:  Yes, Your Honor, just the two.

10          On expert reports, Your Honor, we agree with your

11  analysis.

12          And on the issue of a Special Master, we do not

13  have the budgetary authority to sign off right now,

14  Your Honor, but we could take that question back and get

15  back to Your Honor promptly.

16          THE COURT:  Okay.  All right.  Thank you.

17          Mr. Sallet?  Mr. Sallet's got budgetary authority.

18          MR. SALLET:  Yes.

19          Can I say, Your Honor, with Mr. Cavanaugh absent,

20  it's absolute authority for me to speak.

21          Your Honor, we generally are in agreement with the

22  approach.

23          I'll come to the Special Masters separately, but,

24  Your Honor, can I just take a moment on the deposition

25  designations?  Just two points.

1              First, I just want to -- just to set the table.

2              In our proposal for confidentiality that was filed

3    on January 26th, we and the DOJ proposed that all deposition

4    designations that were admitted into evidence or cited by

5    the parties be deemed public, those portions be deemed

6    public subject to the application of *Hubbard*.  So that's not

7    limited to two.  It includes excerpts or citations to any of

8    them that are going to be presented or have been presented

9    to the Court for consideration in the case.  Google took a

10   different position, but I understand it not to be opposing

11   everything that we've said about that.  So I just want that,

12   Your Honor, as a baseline, to be noted.

13             As to the two that Your Honor specifically

14   addressed, those two weren't, as it happened, never actually

15   edited for confidentiality purposes.

16             And, Your Honor, I understand the point you made,

17   that one might have expected that, but because of the

18   specifics and what was going on during trial, they have not

19   been subject to our review.  So it does seem to us that

20   it would be most appropriate, indeed necessary, to have a

21   *Hubbard* review of those transcripts.

22             THE COURT:  And I take it those are third parties'

23   witnesses.

24             MR. SALLET:  They are.  They are both third-party

25   witnesses, yes, Your Honor.

1          THE COURT:  Okay.

2          MR. SALLET:  And that *Hubbard* review would

3    obviously involve not just discussions between the parties

4    but representations by the relevant third parties.

5          THE COURT:  Okay.

6          All right.  Thank you, Mr. Sallet.

7          MR. SALLET:  Your Honor, could I just speak

8    briefly to the Special Master point?

9          THE COURT:  Yeah.

10         MR. SALLET:  I think, Your Honor, that if your

11   time were limitless, that you would be able to deal with the

12   issues that would go to a Special Master more quickly,

13   because, as we narrow the scope of discussion, the issues

14   tend to revolve around the merits of the case.

15         For example, there's been a Microsoft document *the*

16   *New York Times* has sought we put into evidence.  Microsoft

17   says, doesn't have anything to do with the case.  We cite it

18   in our brief and findings of fact.  Dealing with that might

19   be informed by having heard the trial.

20         However, I think it's fair to say that your time

21   is not infinite and, indeed, is the most valuable and

22   scarcest resource in the trial.  And so, Your Honor, if you

23   believe that just administration of justice or due

24   administration of justice is better served by using a

25   Special Master for these limited set of issues, we would not

1    object to that.

2              THE COURT:  Okay.  Thank you, Mr. Sallet.

3              MR. SALLET:  Thank you.

4              THE COURT:  All right.  I'll hear from Google and

5    then we'll turn to *The Times* and then any third parties that

6    wish to be heard.

7              MR. SCHMIDTLEIN:  Thank you, Your Honor.

8    John Schmidtlein for Google.

9              As I understand it, Your Honor is asking about our

10   two particular depositions that are referenced by *The Times*.

11             THE COURT:  Correct.

12             MR. SCHMIDTLEIN:  I don't believe -- my colleagues

13   and I have conferred.  I don't believe *The Times* has

14   actually told us what two depositions they're seeking.

15             But I am in absolute agreement with both my

16   colleagues at DOJ and the States that nobody conducted a

17   confidentiality review prior to the submission of those.  So

18   that if the Court is of the mind that we should be unsealing

19   some portion of those, we are going to need time to be able

20   to review those, because we -- actually, we don't even know

21   what they are.

22             THE COURT:  Yeah, I think -- let me back up.

23             And Mr. Sumar will correct me if I am wrong, which

24   is, I think there are at least one if not two witnesses who

25   you all were prepared to call but perhaps because of health

```
 1    considerations --

 2              MR. SCHMIDTLEIN:  If that's what they're --

 3              THE COURT:  I think that's what they may be

 4    referring to.

 5              MR. SALLET:  I think I was the one who made the

 6    representation on which The Times refers.

 7              At the end of the trial, I stated there were two;

 8    one was for some personal reasons, the other was -- I don't

 9    think I gave a particular reason, but I can certainly

10    communicate through Mr. Schmidtlein and offline, if that

11    would be the best way to do it.  We know exactly which two

12    they are.

13              MR. SCHMIDTLEIN:  Okay.

14              All right.  Well, we can obviously deal with

15    those.

16              And as I said, those may well be confined to third

17    parties or it may be some combination of third parties and

18    Google.  Either way, we're going to need time to be able to

19    review those.

20              THE COURT:  Okay.

21              MR. SCHMIDTLEIN:  On the question -- you made

22    reference to declarations, both for third parties who

23    haven't submitted them, but then you also made reference to

24    Google declarations.

25              And I think as Your Honor observed, the Google
```

1    declarations we're sort of dealing with, as you will recall,

2    large swaths or sort of categories of documents.

3           THE COURT:  Right.

4           MR. SCHMIDTLEIN:  The declarations would have gone

5    on for God knows how many pages if we had to do document by

6    document.

7           If you are suggesting that now that we have while

8    still significant but a much more defined set of things that

9    we're talking about for this next round of briefing, we hear

10    you and we'll try to have Google declarations that sort of

11    narrow in, if that's, you know, what Your Honor is

12    requesting, and we understand that.

13           On the question of a Special Master, obviously

14    Your Honor is in a -- is in by far the best position, having

15    heard and seen and observed everything.

16           THE COURT:  And that's the disadvantage, is that

17    you're asking somebody to come in cold, and that's tough.

18           MR. SCHMIDTLEIN:  I think that's -- I absolutely

19    agree with that.

20           And I think that would be very, very tricky to do,

21    regardless of whether my colleagues here can come up with

22    the money.  Maybe *The Times* would actually like to foot the

23    bill for this one.

24           THE COURT:  I can tell you the judiciary doesn't

25    have it.

1           MR. SCHMIDTLEIN:  But I guess I would suggest

2     again that I think there's a couple different stages here.

3     There are the briefs and the findings of fact and the

4     documents that we've all been talking about and we have all

5     been working very hard to try to deal with and minimize

6     redactions for the briefs that are obviously going to go in

7     in advance.

8           And then I think Your Honor separately, I think,

9     has categorized this large, large collection of exhibits

10    that are sort of in their entirety, you correctly observed.

11    None of us went through and did a confidentiality review of

12    those in advance of trial, you are absolutely correct,

13    certainly on the Google side.

14          And I think I can speak for the third parties on

15    this.  None of us assumed that agreeing to the admissibility

16    of a document meant that we thought the entire document was

17    going to end up being disclosed at some sort of later date,

18    and those documents would have been redacted and looked a

19    lot different if we'd had to go through that, and it would

20    have been sort of a harrowing process.  There is absolutely

21    no way that process gets done before May the 1st.

22          THE COURT:  Right.

23          And to be clear, in terms of beyond the parties'

24    submissions, written submissions, I'm just focusing on what

25    *The Times* has requested, those specific agreements, those

1    categories of materials that *The Times* has requested be made

2    available before closings.

3              MR. SCHMIDTLEIN:  And, again, I think -- I guess,

4    at least from our perspective, we are working very, very

5    diligently on this next round of filings that are going to

6    take place in roughly two weeks, a week from Friday, and

7    then that leaves us roughly a month or so before the

8    closings.

9              And, you know, speaking on behalf of Google, our

10   time and focus is going to be on getting ready for the

11   closings, because I think that is -- that's where our time

12   is best spent and will help you with the big decisions you

13   have to make in the case.

14             So we would ask for, to the extent that there's

15   stuff that can get pushed until after the 1st, we think some

16   of that should be pushed till after the 1st.  And if we're

17   going to try to do more of it, we're going to need more time

18   for briefing.

19             But we will certainly continue to work tirelessly

20   to address these issues, while at the same time dealing with

21   the merits issues.  Thank you.

22             THE COURT:  Okay.  Thank you, Mr. Schmidtlein.

23             All right.  Mr. Sumar, why don't we start with you

24   and then I'll open the floor to any third parties who wish

25   to be heard.

1          MR. SUMAR:  Good morning, Your Honor.  May it

2     please the Court.

3          THE COURT:  Good morning.

4          MR. SUMAR:  Actually, I'd like your permission for

5     someone else to speak on behalf of *The Times* today.

6          My colleague, Maya Gandhi.  Her application to the

7     D.D.C. is pending, I have no doubt it will be granted, but I

8     would appreciate if she could speak on our behalf today.

9          THE COURT:  Ms. Gandhi, why don't you come on up.

10         MS. GANDHI:  Good morning, Your Honor.

11         Maya Gandhi for *The New York Times*.  For the

12    record, that's M-a-y-a, G-a-n-d-h-i.

13         First I just want to thank you for allowing us to

14    be here today and to be heard and for your initial reaction

15    to *The Times*' motion, which I think is very, very helpful in

16    setting the framework.

17         If you'll permit me, I would like to start by

18    overviewing some of the priorities in *The Times*' motion,

19    many of which you've already identified, as well as a

20    timeline that we would propose, and obviously happy to hear

21    your reactions to that as well.

22         The two categories that we think are most

23    important and most urgent in unsealing are the key

24    contracts, the six key contracts that are identified in the

25    first section of the brief.  That includes the 2014 JCA, the

1  2016 ISA, which, as you referred to, was released in part in

2  the *Epic Games* trial.

3          And then the second category that we believe are

4  particularly urgent are the third-party exhibits that you've

5  identified.  So that's the 25 exhibits that were introduced

6  at trial where Microsoft has objected, as well as the seven

7  exhibits where -- that really reflect the relationship

8  between Google and Apple that we think are particularly

9  important because of their centrality in the case.

10          So as you've said, burden, timing are salient

11  concerns for this Court, for the parties, and so we are

12  attuned to those concerns.

13          The timeline that we would propose is giving the

14  parties and the relevant non-parties something like two

15  weeks to review this relatively closed universe of

16  documents, the contracts, and these identified exhibits,

17  propose their redactions with specific factual

18  justifications as you've said, and then *The Times* would ask

19  for two weeks to respond to those proposals.  And obviously

20  the government is, you know, we're happy for them to weigh

21  in as well as if that is helpful.  I'll pause if you have

22  questions or reactions to that.

23          THE COURT:  Not yet.

24          MS. GANDHI:  Okay.

25          I want to address the point you made about this

1   discourse that we've been having about whether a document

2   that's submitted is a judicial record in full.

3        Obviously *The Times'* position and the Court's

4   position have a little bit of distance between them.  And we

5   very much understand Your Honor's concerns about the

6   99 pages of the slide deck where it is not seen as relevant

7   but was nonetheless submitted to the Court.

8        I think it would be helpful, as we try to

9   formulate an approach toward this, to distinguish between,

10  for example, slide decks and contracts and emails and things

11  where it is much more likely that the entirety of the

12  document is helpful in influencing the Court's

13  decision-making.

14       THE COURT:  So I'm glad you raise that because

15  I don't think I articulated this very well when I was

16  sharing my thoughts, which is, if you agree with me on the

17  slide deck, I guess I wonder how that same principle is

18  applicable to something like a contract.

19       Certainly seems to me *The Times'* position is, you

20  all want all of the contract.  But, you know, each contract

21  has some number of terms that really have nothing to do with

22  the case.

23       Is it going to be your position that even those

24  terms need to be disclosed?

25       MS. GANDHI:  I would say two things to that.

1          I think *The Times* stands by the principle that

2     everything that's submitted is a judicial record.

3     We believe that Circuit precedent supports that.

4          And of course what that means is that it should be

5     subject to the *Hubbard* test.  And so if this Court applies

6     *Hubbard* and determines that the need for access is

7     relatively low, then terms that are deemed, or slide decks,

8     slides that are deemed less relevant might not be disclosed.

9          But I think our position is that all of it should

10    be subject to *Hubbard*.

11          THE COURT:  Okay.

12          MS. GANDHI:  The next thing I would say, just to

13    talk a little bit about the third-party exhibits that --

14          THE COURT:  Can I just -- I'm sorry to interrupt.

15          So how does that then wash out in your view?

16          So say there is a provision that has no real

17    relevance to the issues in the case, to the defenses.  Where

18    does that fall in your view once the *Hubbard* factors are

19    applied?

20          MS. GANDHI:  Our position is that the presumption

21    of access is particularly strong, and of course we would

22    love access to the entire contract.

23          I think that there is a degree to which everything

24    that's submitted to the Court is influential in

25    decision-making.  So I think it -- drawing the line between

 1   relevant, irrelevant to the issues, the contract is an

 2   agreement in whole that is fairly core to Google's conduct

 3   here.

 4            THE COURT:  Yeah, but I mean -- but you know as

 5   well as I do that judges don't operate that way, right?

 6            I mean, I'm not going to sit down and read an

 7   entire agreement.  What I'm going to read and focus on is

 8   the portions that are relevant to the case and the ones that

 9   the parties have pointed me to.

10            So if we're talking just about a very practical

11   application of this notion of what's being put in front of a

12   judge and what a judge considers as being a public record,

13   it really does hone in on those portions that we have been

14   talking about.

15            And I understand they're still subject to dispute,

16   but if *The Times* were to take the position that some of

17   these more ancillary terms really aren't of public interest,

18   and even application of *Hubbard* would result in their not

19   favoring public disclosure, I think that could get us a lot

20   quicker to where we want to end up or where you want to end

21   up, it seems to me, than a position that requires me to

22   evaluate all of it.

23            MS. GANDHI:  Of course, Your Honor.

24            I would say two things very quickly.

25            I think we should keep in mind that administrative

1    burden should be considered as to how and when records are

2    unsealed, not as to whether records are unsealed, and so *The*

3    *Times* is happy to take steps toward an agreement that would

4    facilitate unsealing.

5           For example, we're happy to prioritize the

6    portions of the contracts, these six key contracts that have

7    been reviewed for confidentiality, and leave the portions

8    that have not been reviewed for confidentiality until after

9    closing arguments and come back to this discussion.  We are

10   willing to take those steps to make sure that the timing and

11   the burden is, you know, possible and plausible for the

12   Court and the parties.

13          THE COURT:  Okay.

14          I mean, I appreciate that, although, you know,

15   there is some benefit to kicking the can down the road.  But

16   there are other cans that are going to be down the road that

17   are going to need to be dealt with.  So, you know, doing

18   this piecemeal has its disadvantages.

19          MS. GANDHI:  Absolutely, Your Honor.

20          And I think that's why we're willing to say, you

21   know, as we've talked about, we take the position that

22   everything is judicial record, everything should be subject

23   to *Hubbard*.  But we absolutely recognize that there are

24   documents that are bigger priorities, that are more

25   important to public interest, like these contracts, like the

1    emails at issue, than, for example, the kind of hypothetical

2    or not hypothetical 100-page slide deck.

3            THE COURT:  Let me ask you this:  You now have at

4    least one, if not more, contracts that were disclosed

5    publicly in *the Epic Games* litigation, correct?

6            MS. GANDHI:  Yes, that's correct.

7            THE COURT:  I mean, do you think that could be

8    used as a framework for identifying the kinds of provisions

9    that you think either sort of fall within the -- you know,

10   sort of the application of *Hubbard*:  These would be

11   absolutely must disclose, these less so?

12           And if you did it that way, theoretically, that

13   could be a principle or paradigm that could be applied

14   across different contracts that often will deal with the

15   same subject matter.

16           MS. GANDHI:  I think it's certainly a good

17   starting point.  There are several key provisions that were

18   disclosed in the *Epic* trial.  The revenue share obviously,

19   but also the contract price, the year of termination.

20   So I think that's a great starting point.

21           I would just say that the issues are always a

22   little bit different; the Circuit precedent is always a

23   little bit different.

24           So I think it would be a little bit difficult to

25   translate, for example, the Ninth Circuit access precedent

as identical to what should be unsealed under *Hubbard*.  But

I absolutely agree that that is an excellent starting point

for the terms that have the greatest need for public access.

THE COURT:  Maybe the Ninth Circuit has fewer

factors.

Okay.  I'm sorry.  Go ahead.

MS. GANDHI:  Just to talk about the third-party

exhibits, which you've identified, very -- like exactly how

*The Times* would prefer, we absolutely agree with the

proposition that the third parties have not submitted any

factual declarations in support of these very broad and

generic assertions of commercial harm, and so we absolutely

feel, as you've identified, that that is a necessity to

overcome the very strong presumption of *Hubbard*.

That's especially the case with the 25 exhibits to

which Microsoft has objected, all of which were used at

trial with witnesses, really one of the apexes of public

need and reason -- you know, the first and the sixth *Hubbard*

factors.  So I think it's worth underscoring why that

factual context is really needed.

I'll address your point about the expert reports,

which may be another place where *The Times* disagrees with

the Court's.

I think it's helpful to think of the two

categories of expert reports.  We feel that the presumption

1   of access indisputably applies to the portions that have

2   been docketed, that have been submitted not only in support

3   of motions in limine but also in support of summary

4   judgment.

5          We think that is very clearly a judicial record

6   submitted to influence the Court, and regardless of whether

7   the Court resolved the motion in limine, we think that that

8   presumption of access should absolutely apply.

9          THE COURT:  I mean, you know, you probably

10  appreciate this already, but the expert reports in some ways

11  are not dissimilar to the slide decks.  And, in fact,

12  they're much more substantial.  They are literally thousands

13  and thousands and thousands of pages across at least a

14  dozen, if not more, experts.

15         MS. GANDHI:  Absolutely, Your Honor.

16         And we think that's an excellent reason to start

17  with the portions of the expert reports that have been

18  docketed in support of those motions.

19         We maintain that expert reports or the summaries

20  that were given directly to you also influence your

21  decision-making by providing that educational context.  But,

22  again, we are willing to defer that decision because we

23  recognize that it's not as much of an urgent priority prior

24  to closing arguments.

25         On the depo designations, Mr. Sallet is exactly

1    correct:  We are looking for the two depositions that were

2    intended to be played in court but for various personal

3    reasons were not.  We do not have the names of the

4    witnesses, which is why they're not included, but the Court

5    has correctly identified the two depositions that we are

6    seeking.

7          And then finally on the Special Master, *The Times*

8    has no objection.  We favor any sort of addition that would,

9    you know, facilitate access, ease the burden and the timing

10   on the Court and the parties.  We can't pay for it, but

11   otherwise we support it.

12          THE COURT:  Okay.

13          Okay.  All right.

14          Okay.  That's helpful.  I appreciate that.  And

15   I think you've given us some things to think about in terms

16   of how we can prioritize things as we move forward with the

17   goal of trying to maximize disclosure by May the 1st.

18          MS. GANDHI:  If I may make one more point separate

19   from our motion, Your Honor.

20          We are just wondering if you're planning to make

21   the closing arguments available via phone line as the

22   opening arguments were.

23          THE COURT:  Yes.

24          MS. GANDHI:  Great.  Thank you so much,

25   Your Honor.

1          THE COURT:  And I want to be -- I keep reiterating

2     this because I want to make sure everybody understands what

3     the judicial policy is.

4          You know, I cannot attach a public line to a civil

5     proceeding when there is testimony, which is why there was

6     not one during the trial.

7          But there was no testimony during openings, there

8     will be no testimony during closings, and so I absolutely

9     will be having a public line available for the closings.

10          And obviously there will be a media room and all

11     those other things, but, yes, there will be a public line.

12          MS. GANDHI:  Thank you, Your Honor.  That's it.

13          THE COURT:  All right.  Thank you.

14          All right.  Let me open this up real quick,

15     Mr. Schmidtlein, before I hear from you, any third parties

16     that wish to be heard.

17          Why don't we start with Microsoft.  I see counsel

18     for Microsoft, Apple, we'll start with them.

19          MS. CHAPMAN:  Good morning, Your Honor.

20     Julia Chapman for Microsoft.

21          THE COURT:  Good morning.

22          MS. CHAPMAN:  And I think I can be fairly brief to

23     start with the question of what is a judicial record in this

24     context?

25          I think Your Honor hit it on the head when you

1   said the evidence and the exhibits in this case would have

2   looked very different, at least from Microsoft's

3   perspective, had we not been relying on the Court's

4   instruction that it was only the material actually used in

5   court and used in examination that would be entered into

6   evidence.

7          And I mean, as Your Honor knows unfortunately, the

8   100-page slide decks, or, in our case oftentimes, 100-page

9   memos are not hypothetical.  There were numerous instances

10  where, when Mr. Nadella, for example, was testifying, he was

11  examined on perhaps one line in an 80-page memo, much of

12  which dealt with ancillary issues to the case or one or two

13  slides in an otherwise lengthy and, frankly, very detailed

14  presentation, much of which would deal with financial

15  strategy, engineering strategy, et cetera.  And so

16  Microsoft, in particular, have relied on that structure in

17  making its confidentiality concerns.  And so that is a real

18  concern and very much something that Microsoft relied on.

19         Second, you know, I hear Your Honor with respect

20  to the need for kind of a declaration, and we are certainly

21  kind of willing to make that.  I would ask for perhaps

22  longer than 14 days in order to make the type of submission

23  that would be useful to the Court and provide the type of

24  detail that the Court would be kind of able to rely on.  And

25  so one thing we did not hear from *The Times* was kind of why

1  precisely the 25 Microsoft exhibits were of particular

2  urgency.

3            And then finally, Your Honor, just a note on the

4  *Hubbard* factors as applied to third parties.  Counsel for

5  *The Times* emphasized that the fact that the Microsoft

6  exhibits were used at trial, counsel was in favor of

7  disclosure.  *Hubbard* is a balancing test and one of the most

8  weighty factors in *Hubbard*, and *Hubbard* itself emphasized

9  this, is confidentiality concerns of third parties, and

10  I think it's important that we not lose sight of the fact

11  that Microsoft is a third party in this case and produced

12  documents subject to subpoenas.

13            THE COURT:  I think I know the answer without

14  asking, but I take it Microsoft has not had discussions with

15  counsel for *The New York Times* about trying to bridge any

16  agreements?

17            MS. CHAPMAN:  Not with respect to these exhibits,

18  no, Your Honor.

19            THE COURT:  Okay.  Okay.

20            Okay.  I don't think I have any other questions.

21            MS. CHAPMAN:  I don't have anything else.

22  Thank you, Your Honor.

23            THE COURT:  Thank you.

24            MS. YORK:  Good morning.  Julia York for Apple.

25            THE COURT:  Ms. York, good morning.

1          MS. YORK:  I think a lot of what I'm going to say

2     will sound familiar to the Court and similar to what

3     Microsoft has just said:  We're fine with public documents

4     that were disclosed in the *Epic* trial obviously being made

5     public.  We have agreed already to have one email that was

6     fully disclosed in the *Epic* trial be made public here.

7          With respect to the ISA, I would just note that

8     only excerpts were made public in the *Epic* trial, and the

9     redactions to those excerpts were similar to what had been

10    ordered redacted here.

11         So to the extent *The Times* is suggesting that

12    there was a wholesale disclosure of the ISA in the *Epic*

13    trial, that is incorrect.

14         THE COURT:  Can I ask, because I don't know the

15    answer to this:  How were these issues handled in *Epic*?  And

16    do you have the additional complexity, maybe they weren't,

17    of the fact that there was a jury impaneled?

18         MS. YORK:  Your Honor, I can't, unfortunately,

19    answer that question.  I was not involved in that.  All

20    I can say is that what's public is a redacted version of two

21    pages of the document.

22         THE COURT:  Do I have -- I have what was admitted,

23    correct.  That's an exhibit to *The Times*' memo?

24         MS. YORK:  I believe so.

25         I have a copy of it if Your Honor would like to

```
 1   see it.  I don't know that this is what was submitted by
 2   The Times.
 3             THE COURT:  Could I take a look at it?
 4             MS. YORK:  May I approach?
 5             THE COURT:  Sure, of course.
 6             Yeah, this looks -- yes.  Okay.
 7             Great.  So this is only even just pages, a handful
 8   of pages and then a handful of clauses.
 9             MS. YORK:  Correct.
10             The second point is simply that, on the judicial
11   record point, if there is a change in the process as to
12   whether -- what portions get reviewed for confidentiality,
13   we would need some time to go back and look at the exhibits
14   specifically that The New York Times identified to make sure
15   that we have an opportunity to propose further redactions if
16   more becomes a judicial record.
17             And then the third point is simply that, you know,
18   we are also happy to provide declarations in support of
19   maintaining under seal the portions that Your Honor has
20   already agreed should be under seal, and any additional
21   portions that might eventually become judicial records,
22   depending on how Your Honor decides that question.
23             THE COURT:  How long do you think you'd like to
24   submit declarations?
25             MS. YORK:  I think we could probably do it in
```

 1    about two weeks, Your Honor.

 2              THE COURT:  Okay.  Okay.

 3              MS. YORK:  And that's all I have.

 4              THE COURT:  All right.  Thank you.

 5              MS. YORK:  Thank you so much.

 6              THE COURT:  All right.  Any other third parties

 7    either in person or remote wish to be heard?

 8              Mr. Arteaga.

 9              MR. ARTEAGA:  Good morning, Your Honor.

10    John Arteaga on behalf of third-party Samsung entities.

11              As an initial matter, we agree with the initial

12    views that the Court expressed at the outset of the

13    proceedings regarding the issues and categories of documents

14    raised by *The New York Times*' motion.

15              And we also agree with many of the points made by

16    Google's counsel, as well as counsel for other third

17    parties.

18              We also agreed with the Court's initial reactions

19    to the process that *The New York Times*' counsel just

20    outlined.  You know, we think it would result in a waste of

21    scarce judicial resources, as well as unnecessarily impose

22    costs and burdens on third parties and the parties as well.

23              We think the better starting point for assessing

24    what provisions in the contracts at issue are relevant or

25    constitute judicial records is the parties' post-trial

1  submissions.

2  You know, in those post-trial submissions, they've

3  identified the portions of the contracts which they believe

4  are pertinent to the claims in this case, as well as the

5  defenses in this case and the provisions that they believe

6  will be important for the Court's decision-making process.

7  So we think that's the appropriate starting point, not sort

8  of *The New York Times*' outsider perspective on what's sort

9  of most pertinent and constitutes a judicial record.

10  And based on our engagement with both sides to

11  date on that redaction process, we believe that both the

12  text of the provisions in the Samsung agreements, as well as

13  the parties' detailed discussions of those provisions, will

14  be fully disclosed in the public versions of the post-trial

15  submissions, other than revenue share percentages.  And so

16  we think that that's a much better -- a better process, as

17  well as a more efficient process.

18  And *The New York Times* to date still has not

19  identified a reason why the categories of documents that

20  they say should be prioritized need to be resolved prior to

21  that redaction process being completed, because we think, at

22  the end of that process, a lot of the issues raised by their

23  motion will be moot.

24  THE COURT:  So help me understand what you just

25  said, which is, the provisions, at least of the Samsung

1    agreement that the parties have cited to, are they currently

2    in the -- are they currently not under seal in the parties'

3    proposed findings of fact or are you envisioning that just

4    to be the case eventually?

5              MR. ARTEAGA:  They've been redacted in the initial

6    versions that were filed.

7              But as part of the meet-and-confer process,

8    I believe we've reached agreement that the text regarding

9    the provisions that they've identified, as well as the

10   discussions related to those provisions, will be unsealed in

11   the public versions of the post-trial submissions,

12   Your Honor.

13             THE COURT:  Okay.  That's good to know.  I wasn't

14   aware of that.

15             All right.  Anything else?

16             MR. ARTEAGA:  That's it, Your Honor.

17             THE COURT:  Okay.

18             MS. LIMARZI:  Good morning, Your Honor.

19   Kristen Limarzi for AT&T.

20             THE COURT:  Good morning.

21             MS. LIMARZI:  Just very briefly, *The New York*

22   *Times*' motion seeks to unseal the AT&T's revenue sharing

23   agreement with Google in its entirety.  And regardless of

24   whether the agreement is considered a public record -- a

25   judicial record, we submit none of the *Hubbard* factors

1    support that sort of categorical action.

2            With respect to the first two factors, as the

3    Court mentioned, the need for public access, the

4    D.C. Circuit is clear, the question is not general interest

5    in the document but the public's need for access to the

6    portions that remain under seal.  And, of course, here, the

7    key terms of AT&T's revenue sharing agreement that were at

8    issue in this lawsuit have been discussed at length during

9    trial, including by an AT&T witness whose deposition

10   testimony was played in open court.

11           But the agreements are lengthy.  And as this Court

12   recognized in the August 11th hearing, the vast majority of

13   the agreements have nothing to do with the disputed evidence

14   in this case.  They're nevertheless highly confidential to

15   AT&T.  And there's no legitimate public interest in portions

16   of the agreement not related to the lawsuit.

17           In terms of the third, fourth, and fifth *Hubbard*

18   factors which concern prejudice, AT&T is not a party to this

19   lawsuit and its interest in maintaining the confidentiality

20   of the agreements is separate and apart from Google's.

21           We compete with other wireless carriers as our

22   customers expect and the antitrust laws require.  One way in

23   which we compete is through these revenue sharing

24   agreements.  And we maintain the confidentiality of those

25   agreements because disclosing them to our competitors would

1    disadvantage AT&T.  It would also put us at a significant

2    disadvantage in negotiations with other search providers if

3    they knew the terms on which we had agreed with Google.

4            And with respect to the last *Hubbard* factor, the

5    purpose for which the documents were introduced, the Court

6    has already stated the extent to which its decision will

7    ultimately rely on these key provisions.  Then the public

8    needs to have access to them.  And we understand that, but

9    that doesn't support the categorical unsealing of the

10   agreements, the vast majority of which will be irrelevant.

11           We've met and conferred with the parties about

12   highly surgical redactions to the provisions in the

13   agreement that are discussed, described, highlighted, in

14   some cases, quoted directly in the parties' post-trial

15   papers.

16           And we have one remaining dispute, but with

17   respect to the rest, we have reached agreement with the

18   Justice Department about the revenue, specific revenue

19   figures that must remain under seal.  The Court's already

20   concluded on the record that the *Hubbard* factors support

21   sealing those when it ruled on the redactions to the

22   deposition testimony that was played.

23           We have not had the same opportunity with respect

24   to the entirety of the agreement.  It hasn't been necessary

25   under this Court's procedures, and we've proceeded on

1    reliance on those procedures.  We'd submit it remains

2    unnecessary because the key provisions in these agreements

3    are already contained in the public record.

4         But if the Court is inclined to unseal the

5    agreements further, we'd respectfully request the

6    opportunity to propose redactions.  And we're happy to do

7    that and submit declarations in support of either the entire

8    agreement, the redactions we've agreed with DOJ, or the

9    redactions that are in dispute on whatever schedule the

10   Court would like.

11        THE COURT:  Can you -- do you have the exhibit

12   number for the AT&T agreement?  Because --

13        MS. LIMARZI:  I'm operating on memory, Your Honor,

14   but I think it's JX91.

15        THE COURT:  It is 91.  Okay.

16        That's --

17        MS. LIMARZI:  In *The New York Times*' motion, it's

18   referred to only "an agreement discussed in the expert

19   report."  So it's not identified as AT&T in the motion.

20        But that is -- and of course if Your Honor would

21   like additional declarations, we would like, just for

22   purposes of efficiency, to understand the scope of what

23   exhibits might be at issue.

24        There's only one AT&T exhibit at issue in *The*

25   *New York Times* motion.  There are obviously others that have

1   been used in this trial and not made publicly available.

2   And so, you know, if we could have a sense of what the

3   universe is that we should be looking at, as the Court sets

4   up this procedure, that would be helpful.

5               THE COURT:  Okay.

6               I mean, my understanding, at least currently, is

7   that this is the only AT&T document that *The New York Times*

8   has an immediate request for, but...

9               MS. LIMARZI:  That's my understanding as well, but

10  we've had no communication with *The New York Times*.

11              THE COURT:  Okay.

12              MS. LIMARZI:  Okay.  Thank you.

13              THE COURT:  All right.  Anyone else wish to be

14  heard, third parties either here or remotely?  Okay.

15              Do the plaintiffs wish to be heard further?

16              MR. HERRMANN:  Nothing further, Your Honor.

17              THE COURT:  Can I ask you a question?

18              I don't know that -- I don't know if I asked the

19  question and whether the plaintiffs have a position.  But

20  with respect to the agreements, what is your position in

21  terms of disclosure of the entirety of the agreement versus

22  those portions that are relevant to the issues in dispute?

23              MR. HERRMANN:  Yes, Your Honor.

24              We're supportive of *The New York Times*' motion --

25              THE COURT:  Okay.

1    MR. HERRMANN:  -- to disclose the entirety of the

2   agreements.  These form the very core of Google's

3   anti-competitive conduct.

4        That being said, Your Honor, we have heard you and

5   we understand you.

6        And to the extent the Court limits it to just the

7   portions used in court, we are happy to work with Google and

8   non-parties on that.

9        THE COURT:  Okay.

10       Mr. Schmidtlein.

11       MR. SCHMIDTLEIN:  Just two quick points.

12       One, we obviously oppose the notion that

13  agreements should be disclosed in full, and we're prepared

14  to sort of substantiate that as we have in the past with

15  declarations and arguments before the Court.

16       And to the extent that there are provisions -- we

17  still believe that there are provisions of the agreements

18  that may or may not be related to the proceedings that still

19  should nonetheless be -- continue to be redacted.  We

20  don't -- at this point, we're still, you know, conferring

21  and talking, but we don't believe these agreements all

22  should be obviously disclosed in their entirety.

23       The only other point I would -- in reaction to *The*

24  *New York Times*, they asked that there be a submission made

25  in two weeks, that we sort of get a response.  In two weeks,

1   we will be dumping, perhaps, our final large dump of paper

2   on you, and -- with the responses to findings of fact and

3   conclusions of law.

4           I would ask that whatever schedule, and we've

5   proposed -- I think we almost have an agreed-upon schedule

6   for presenting to Your Honor disputes over redactions and

7   issues.

8           I would respectfully ask that whatever schedule

9   you decide for purposes of that also should be applied to

10  resolving whatever outstanding disputes are with these

11  documents with *The Times* and that the parties should be

12  making simultaneous submissions there as well; that there's

13  no reason for us to have to do a brief in two weeks and then

14  they have a responsive brief in two weeks to that.

15  Thank you.

16          THE COURT:  Okay.  Thank you.

17          All right.  Ms. Gandhi, since this is your motion,

18  if there's anything you'd like to close with, I'm happy to

19  hear from you.

20          MS. GANDHI:  Nothing further from me.  Thank you.

21          THE COURT:  All right.

22          Just give me a few minutes, folks, and I'll be

23  back.  I just want to think about a few things, and I think

24  I can give you some answers in about ten minutes.  So why

25  don't we resume at 12:15.  Thank you.

 1                 COURTROOM DEPUTY:  All rise.  This Court stands in

 2       recess.

 3                 (Recess from 12:05 p.m. to 12:25 p.m.)

 4                 THE COURT:  Please be seated, everyone.

 5                 All right.  Thank you for your patience, everyone.

 6                 I think here's what I'd like to do, and I think

 7       there are a couple of advantages to -- essentially, I think

 8       what we're going to do is fold *The New York Times'* motions

 9       and the objections to any specific agreements and exhibits

10       that third parties or Google have with respect to those

11       documents into the parties' schedule that you all have

12       proposed, and I think there's a benefit to that for really

13       two reasons.

14                 One is, I think, as Mr. Arteaga pointed out and

15       I think it's a good insight, which is that having the

16       benefit of knowing actually what the parties ultimately are

17       citing to in the agreements is going to be helpful in terms

18       of potentially narrowing, both defining what *Hubbard* factors

19       and how I ought to apply them, and focusing in on what may

20       be of greater public interest than what is not going to be a

21       public interest or less public interest potentially in the

22       remaining parts of the agreement.  So I think that's one

23       benefit.

24                 And the second is, it will allow me to just think

25       about it all at once, which, I think, is going to be very

1   helpful just from our sort of planning purposes as we

2   approach May the 1st.

3            So I guess the bottom line is this:  That the

4   parties' current schedule, which contemplates a

5   meet-and-confer by the 5th with any third parties and among,

6   I guess, each other, also should extend to *The New York*

7   *Times*.  And obviously you can confer with them sooner if

8   you'd like, but I think *The Times* will also benefit by

9   having the publicly redacted version, or at least the

10  initial public redacted version on the 29th of April.  So

11  they'll now have an opportunity to see what the parties have

12  focused on, what is redacted, and, therefore, I think, will

13  have a more meaningful meet-and-confer with the third

14  parties and with Google.

15           And then on the 10th will be, and I just --

16  Mr. Schmidtlein, I think I'm going to need the time so doing

17  it on the 10th would be the deadline for parties, *The Times*,

18  and third parties to make your submissions, which would

19  include declarations that you'd like to include to

20  supplement your request for sealing.  And obviously if there

21  is legal -- there are legal issues you'd like to address,

22  feel free to include it in that submission as well.  I may

23  put a page limitation on it, is the one thing that may get

24  added to the schedule.  Okay?  Does that make sense?

25  Everybody on the same book here?  Okay.  Great.

1      MR. HERRMANN:  Your Honor -- I'm sorry to

2  interrupt Your Honor.

3      Which aspects of *The New York Times*' motion?

4  Would this be the priority exhibits and agreements

5  *The New York Times* identified or would it be all parts?

6      THE COURT:  Well, I think it's essentially those

7  two categories.

8      Maybe I misunderstood where we were, but I think

9  we're in agreement that -- or at least I said that exhibits

10  that were publicly disclosed were going to be disclosed.

11  You all have talked about doing a run-through of the

12  deposition transcripts; that was another category

13  *The New York Times* wanted.

14      And I would just propose we're going to put the

15  expert issue off and the dated records issue off, because,

16  frankly, those two things will be informed by -- will be

17  better informed by what ultimately is the decision by the

18  Court.

19      MR. HERRMANN:  Thank you, Your Honor.

20      THE COURT:  Okay?

21      All right.  All right.  So I'll just ask

22  plaintiffs' counsel to just submit -- or either side just

23  submit the schedule and we'll sign off on it and we will

24  take it from there, all right?  Thank you, everyone.

25      COURTROOM DEPUTY:  All rise.

```
 1              MR. SCHMIDTLEIN:  Your Honor, just --
 2              THE COURT:  Yes.
 3              MR. SCHMIDTLEIN:  I apologize.
 4              Can I raise one quick point?
 5              THE COURT:  Yeah, of course.
 6              MR. SCHMIDTLEIN:  The closings.
 7              THE COURT:  Right.
 8              MR. SCHMIDTLEIN:  You had asked us to block
 9   May 1st, 2nd, and 3rd for the closings.
10              THE COURT:  Right.
11              MR. SCHMIDTLEIN:  Do you have any further thoughts
12   on that?
13              THE COURT:  I do not.
14              MR. SCHMIDTLEIN:  Okay.
15              THE COURT:  I think what I will -- my thoughts
16   will not, I think, become more crystallized until I've had
17   an opportunity to review everything.
18              And what I can commit to you today is that you
19   will have plenty of time in advance of the closings to know
20   how I'd like it structured.
21              MR. SCHMIDTLEIN:  Okay.  Yeah, that's all I was
22   asking.
23              THE COURT:  You know, I could -- obviously there
24   are some things that are obvious, but I'd like to have an
25   opportunity to read everything before giving you something
```

1    concrete.

2              MR. SCHMIDTLEIN:  Thank you.

3              MR. DINTZER:  Along those lines, Your Honor, would

4    it benefit the Court at all if we met with Google and if we

5    had a schedule where we could give you some -- whatever the

6    parties' thoughts are on it?  Or, obviously, this is at your

7    convenience to edify the Court so however we could do that.

8              THE COURT:  I am also happy to hear your thoughts.

9              And if you want to submit something with a

10   proposal -- look, I don't know that we need three days,

11   I just wanted you all to block off three days.  If you think

12   you can get it done in, I doubt a day is going to be enough

13   but if you think it's two, then I'm happy to get it done in

14   that amount of time.

15             MR. DINTZER:  For us, Your Honor, the time --

16   I mean, we've set the time aside so we would be --

17   we believe that just keeping that time aside would probably

18   be for everybody's benefit.

19             For us, it's just more how the Court wants to

20   slice it up so that we know.  But if the Court would prefer

21   just to let us know, that would be fine or we'd be happy to

22   give it --

23             THE COURT:  Let me get through it, your last

24   submissions on the 22nd.

25             I have structured my schedule to start focusing on

1    it after the last submission is made.  And so you'll have an

2    answer in terms of how I'd like to do the closings and how

3    long it will be not long after that.

4            MR. DINTZER:  We appreciate that.  Thank you,

5    Your Honor.

6            THE COURT:  I think that this is clear, but I want

7    to make sure this issue is not lost, and that is:  The

8    courtroom will not be sealed for the closings.  I think that

9    was requested but that will certainly be how we'll be

10   proceeding.  We can talk later on in terms of how to deal

11   with any confidential material that you'd like for me to

12   look at or mention in your closings, but we can save that

13   for another date.

14           But certainly those proceedings will be open,

15   we'll have a public line, and we'll take it from there.

16   All right?  Thank you, everyone.

17           COURTROOM DEPUTY:  All rise.

18           This Court stands in recess.

19           (Proceedings concluded at 12:33 p.m.)

20

21

22

23

24

25

# C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__March 11, 2024_____    

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [4]**  4/2 52/1 54/25 57/17
**MR. ARTEAGA: [3]**  43/9 45/5 45/16
**MR. DINTZER: [5]**  5/6 19/18 56/3 56/15 57/4
**MR. HERRMANN: [14]**  5/9 5/12 6/19 7/21 8/4 9/16 9/24 20/1 20/9 49/16 49/23 50/1 54/1 54/19
**MR. SALLET: [10]**  10/2 10/4 10/7 20/18 21/24 22/2 22/7 22/10 23/3 24/5
**MR. SCHMIDTLEIN: [23]**  8/2 9/6 11/4 11/7 11/14 23/7 23/12 24/2 24/13 24/21 25/4 25/18 26/1 27/3 50/11 55/1 55/3 55/6 55/8 55/11 55/14 55/21 56/2
**MR. SUMAR: [2]**  28/1 28/4
**MS. CHAPMAN: [4]**  38/19 38/22 40/17 40/21
**MS. GANDHI: [15]**  28/10 29/24 30/25 31/12 31/20 32/23 33/19 34/6 34/16 35/7 36/15 37/18 37/24 38/12 51/20
**MS. LIMARZI: [6]**  45/18 45/21 48/13 48/17 49/9 49/12
**MS. YORK: [9]**  40/24 41/1 41/18 41/24 42/4 42/9 42/25 43/3 43/5
**THE COURT: [90]**

**0**
**0340 [1]**  1/14

**1**
**10 [2]**  8/19 8/20
**100 [1]**  6/5
**100-page [3]**  34/2 39/8 39/8
**10001 [1]**  3/9
**1050 [1]**  3/12
**10th [3]**  11/9 53/15 53/17
**11 [2]**  1/5 58/7
**1100 [1]**  1/13
**11:00 [1]**  1/6
**11th [1]**  46/12
**12:05 [1]**  52/3
**12:15 [1]**  51/25
**12:25 [1]**  52/3
**12:33 [1]**  57/19
**12th [3]**  2/9 11/25 12/5
**1300 [1]**  2/5
**14 [1]**  39/22
**1440 [1]**  3/4
**150-page [1]**  16/6

**1627 [1]**  2/14
**1734 [1]**  1/19
**19104 [1]**  2/20
**1st [9]**  11/19 11/24 18/11 26/21 27/15 27/16 37/17 53/2 55/9

**2**
**20-3010 [2]**  1/4 4/3
**20001 [1]**  3/18
**20005 [2]**  2/10 3/4
**20006 [1]**  2/15
**20036 [1]**  3/13
**2014 [1]**  28/25
**2016 [1]**  2/9
**202 [5]**  1/14 2/10 3/5 3/13 3/18
**2024 [1]**  1/5 58/7
**20530 [1]**  1/19
**2060 [1]**  2/20
**212 [1]**  3/9
**215 [1]**  2/20
**22 [2]**  6/12 6/13
**22nd [2]**  7/25 56/24
**230-1734 [1]**  1/19
**25 [3]**  29/5 35/15 40/1
**26th [1]**  21/3
**28th [1]**  8/24
**29 [1]**  8/8
**2929 [1]**  2/19
**29th [1]**  53/10
**2nd [3]**  8/24 11/11 55/9

**3**
**30 [1]**  5/20
**3010 [2]**  1/4 4/3
**306-4201 [1]**  2/15
**307-0340 [1]**  1/14
**3249 [1]**  3/18
**333 [1]**  3/17
**3518 [1]**  3/13
**354-3249 [1]**  3/18
**371-7146 [1]**  3/5
**375 [1]**  3/8
**3rd [1]**  55/9

**4**
**4053 [1]**  3/9
**4201 [1]**  2/15
**434-5000 [1]**  2/10
**450 [1]**  1/18

**5**
**5000 [1]**  2/10
**508-6000 [1]**  2/7
**5th [1]**  53/5

**6**
**6000 [1]**  2/7
**646 [1]**  2/15
**65 [1]**  6/10

**7**
**700 [1]**  2/14
**7106 [1]**  1/18
**7146 [1]**  3/5
**720 [1]**  2/7
**725 [1]**  2/9

**8**
**80-page [1]**  39/11
**80203 [1]**  2/6
**803-4053 [1]**  3/9
**887-3518 [1]**  3/13

**9**
**907 [1]**  1/19
**91 [1]**  48/15
**99 pages [1]**  30/6
**994-2060 [1]**  2/20

**A**
**a.m [1]**  1/6
**able [4]**  22/11 23/19 24/18 39/24
**about [32]**  5/2 5/4 9/11 12/13 12/16 13/8 16/7 16/22 19/5 20/7 21/11 23/9 25/9 26/4 29/25 30/1 30/5 31/13 32/10 32/14 33/21 35/7 35/21 37/15 40/15 43/1 47/11 47/18 51/23 51/24 52/25 54/11
**above [1]**  58/4
**above-titled [1]**  58/4
**absent [1]**  20/19
**absolute [2]**  20/20 23/15
**absolutely [12]**  25/18 26/12 26/20 33/19 33/23 34/11 35/2 35/9 35/12 36/8 36/15 38/8
**access [11]**  31/6 31/21 31/22 34/25 35/3 36/1 36/8 37/9 46/3 46/5 47/8
**accordingly [1]**  9/21
**account [1]**  7/12
**across [4]**  6/5 16/24 34/14 36/13
**action [2]**  4/3 46/1
**actually [8]**  13/25 21/14 23/14 23/20 25/22 28/4 39/4 52/16
**added [2]**  8/13 53/24
**addition [1]**  37/8
**additional [7]**  7/11 8/14 9/6 11/14 13/20 14/5 17/9 20/5 41/16 42/20 48/21
**address [5]**  6/2 27/20 29/25 35/21 53/21
**addressed [1]**  21/14
**addressing [1]**  5/6
**administration [2]**  22/23 22/24
**administrative [1]**  32/25
**admissibility [1]**  26/15
**admitted [3]**  15/24 21/4 41/22
**admitting [2]**  16/3 16/4
**Ads [1]**  7/4
**advance [6]**  8/20 11/22

**advantages [1]**  52/7
**affidavits [1]**  17/15
**after [5]**  27/15 27/16 33/8 57/1 57/3
**again [5]**  12/6 16/20 26/2 27/3 36/22
**ago [3]**  15/25 16/1 17/16
**agree [7]**  20/10 25/19 30/16 35/2 35/9 43/11 43/15
**agreed [8]**  9/5 10/14 41/5 42/20 43/18 47/3 48/8 51/5
**agreed-upon [1]**  51/5
**agreeing [1]**  26/15
**agreement [21]**  9/7 20/21 23/15 32/2 32/7 33/3 45/1 45/8 45/23 45/24 46/7 46/16 47/13 47/17 47/24 48/8 48/12 48/18 49/21 52/22 54/9
**agreements [24]**  6/22 6/22 6/23 6/24 16/25 26/25 40/16 44/12 46/11 46/13 46/20 46/24 46/25 47/10 48/2 48/5 49/20 50/2 50/13 50/17 50/21 52/9 52/17 54/4
**ahead [2]**  7/18 35/6
**aided [1]**  3/20
**aim [1]**  8/17
**al [4]**  1/3 2/12 2/16 4/4
**Al-Amyn [1]**  2/12
**al-amyn.sumar [1]**  2/16
**albeit [1]**  18/16
**all [69]**
**all right [4]**  10/1 11/2 54/24 57/16
**allow [1]**  52/24
**allowing [1]**  28/13
**almost [1]**  51/5
**along [2]**  17/21 56/3
**already [10]**  11/15 13/21 14/6 28/19 36/10 41/5 42/20 47/6 47/19 48/3
**also [20]**  6/25 7/18 7/19 11/20 12/22 14/21 18/21 19/11 24/23 34/19 36/3 36/20 42/18 43/15 43/18 47/1 51/9 53/6 53/8 56/8
**although [1]**  33/14
**always [2]**  34/21 34/22
**am [5]**  14/3 17/12 23/15 23/23 56/8
**Amazon [2]**  5/23 10/21
**AMERICA [2]**  1/3 4/3
**AMIT [1]**  1/9
**among [2]**  6/22 53/5
**amount [1]**  56/14
**Amyn [1]**  2/12
**amyn.sumar [1]**  2/16
**analogize [1]**  14/25

**analysis [1]**  20/11
**ancillary [2]**  32/17 39/12
**Android [1]**  6/23
**another [4]**  14/9 35/22 54/12 57/13
**answer [4]**  40/13 41/15 41/19 57/2
**answers [3]**  19/21 19/25 51/24
**anti [1]**  50/3
**anti-competitive [1]**  50/3
**antitrust [3]**  2/4 15/4 46/22
**any [19]**  7/12 10/21 16/8 17/6 19/16 21/7 23/5 27/24 35/10 37/8 38/15 40/15 40/20 42/20 43/6 52/9 53/5 55/11 57/11
**Anyone [1]**  49/13
**anything [4]**  22/17 40/21 45/15 51/18
**apart [1]**  46/20
**apex [2]**  17/22 17/23
**apexes [1]**  35/17
**apologize [1]**  55/3
**APPEARANCES [3]**  1/11 1/20 2/22
**Apple [5]**  3/2 6/23 29/8 38/18 40/24
**applicable [1]**  30/18
**application [6]**  16/23 21/6 28/6 32/11 32/18 34/10
**applied [4]**  31/19 34/13 40/4 51/9
**applies [2]**  31/5 36/1
**apply [3]**  16/22 36/8 52/19
**appreciate [6]**  10/25 28/8 33/14 36/10 37/14 57/4
**appreciative [1]**  5/18
**approach [5]**  7/16 20/22 30/9 42/4 53/2
**appropriate [3]**  14/5 21/20 44/7
**April [6]**  8/19 8/24 11/11 11/25 12/2 53/10
**Arch [1]**  2/19
**are [88]**
**areas [1]**  4/25
**aren't [1]**  32/17
**argument [2]**  18/23 19/4
**arguments [7]**  8/18 8/20 33/9 36/24 37/21 37/22 50/15
**arise [1]**  8/15
**around [2]**  22/14
**ARPS [1]**  3/3
**art [1]**  16/3
**Arteaga [4]**  3/7 43/8 43/10 52/24
**articulated [1]**  30/15
**as [83]**

**A**
aside [2] 56/16 56/17
ask [15] 9/4 9/7 11/25 12/2 12/5 12/6 27/14 29/18 34/3 39/21 41/14 49/17 51/4 51/8 54/21
asked [5] 14/23 18/12 49/18 50/24 55/8
asking [4] 23/9 25/17 40/14 55/22
aspects [1] 54/3
assertions [1] 35/12
assessing [1] 43/23
assigned [1] 19/9
assume [1] 14/5
assumed [2] 26/15
ATR [1] 1/17
attach [1] 38/4
attuned [1] 29/12
August [1] 46/12
authority [3] 20/13 20/17 20/20
available [7] 13/5 14/1 18/15 27/2 37/21 38/9 49/1
Ave [1] 3/12
Avenue [3] 3/4 3/8 3/17
aware [1] 45/14

**B**
back [10] 12/6 13/2 13/4 15/11 20/14 20/15 23/22 33/9 42/13 51/23
balance [1] 18/24
balancing [1] 40/7
Barrett [1] 3/17
based [2] 18/1 44/10
baseline [1] 21/12
basically [1] 11/10
basis [1] 13/20
be [135]
because [17] 16/18 17/17 21/17 22/13 23/20 23/25 27/11 29/9 30/14 36/22 38/2 41/14 44/21 46/25 48/2 48/12 54/15
become [4] 13/10 13/10 42/21 55/16
becomes [2] 18/2 42/16
been [30] 4/13 11/15 12/20 13/3 13/16 13/18 13/25 15/10 15/23 18/18 21/8 21/19 22/15 26/4 26/5 26/18 26/20 30/1 32/13 33/7 33/8 36/2 36/2 36/17 39/3 41/9 45/5 46/8 47/24 49/1
before [10] 1/9 11/19 11/24 18/18 26/21 27/2 27/7 38/15 50/15 55/25
begin [1] 4/18
behalf [5] 4/7 27/9 28/5 28/8 43/10
being [9] 12/22 17/2 19/12 26/17 32/11

belief [1] 16/10
believe [19] 7/10 8/12 13/24 14/4 15/18 16/9 22/23 23/12 23/13 29/3 31/3 41/24 44/3 44/5 44/11 45/8 50/17 50/21 56/17
benefit [9] 8/13 19/8 33/15 52/12 52/16 52/23 53/8 56/4 56/18
benefits [1] 19/10
best [4] 16/20 24/11 25/14 27/12
better [6] 16/6 22/24 43/23 44/16 44/16 54/17
between [5] 22/3 29/8 30/4 30/9 31/25
beyond [1] 26/23
big [1] 27/12
bigger [1] 33/24
bill [1] 25/23
bit [8] 9/13 11/22 15/5 30/4 31/13 34/22 34/23 34/24
block [2] 55/8 56/11
blue [1] 7/23
book [1] 53/25
both [10] 7/4 9/1 12/21 18/22 21/24 23/15 24/22 44/10 44/11 52/18
bottom [1] 53/3
bridge [1] 40/15
brief [7] 8/9 14/25 22/18 28/25 38/22 51/13 51/14
briefing [6] 7/25 8/7 8/16 8/24 25/9 27/18
briefly [3] 10/8 22/8 45/21
briefs [5] 6/5 6/7 10/12 26/3 26/6
broad [1] 35/11
broadly [1] 12/19
Broadway [1] 2/5
browsers [1] 6/24
Bruce [1] 2/2
budgetary [2] 20/13 20/17
Building [1] 1/17
burden [5] 5/17 29/10 33/1 33/11 37/9
burdens [1] 43/22
business [2] 17/7 18/1

**C**
calendar [3] 7/22 7/22 8/22
call [1] 23/25
can [30] 7/19 9/20 9/21 11/25 12/7 12/21 18/10 20/19 20/24 24/9 24/14 25/21 25/24 26/14 25/15 31/14 33/15 37/16 38/22 41/14 41/20 48/11 49/17

56/12 57/10 57/12
can't [3] 16/16 37/10 41/18
cannot [2] 9/21 38/4
cans [1] 33/16
Carr [1] 2/4
carriers [1] 46/21
case [25] 12/15 14/8 14/10 14/14 14/16 16/7 18/7 19/5 21/9 22/14 22/17 27/13 29/9 30/22 31/17 32/8 35/15 39/1 39/8 39/12 40/11 44/4 44/5 45/4 46/14
cases [2] 15/18 47/14
categorical [2] 46/1 47/9
categories [9] 13/12 15/10 25/2 27/1 28/22 35/25 43/13 44/19 54/7
categorized [1] 26/9
category [6] 7/2 14/9 14/12 15/8 29/3 54/12
Cavanaugh [1] 20/19
Ceara [1] 3/11
Center [1] 2/5
centrality [1] 29/9
Centre [1] 2/19
certainly [4] 14/3 24/9 26/13 27/19 30/19 34/16 39/20 57/9 57/14
Certified [1] 3/16
certify [1] 58/2
cetera [1] 39/15
CH [1] 3/17
challenges [1] 19/11
change [1] 42/11
Chapman [2] 2/18 38/20
chart [1] 4/11
Cira [1] 2/19
Circuit [6] 17/23 31/3 34/22 34/25 35/4 46/4
citations [5] 6/4 6/8 6/13 6/13 21/7
cite [1] 22/17
cited [3] 15/18 21/4 45/1
citing [1] 52/17
civil [1] 4/3 38/4
claims [1] 44/4
clauses [1] 42/8
clear [6] 11/17 13/20 14/14 26/23 46/4 57/6
clearly [1] 36/5
close [1] 51/18
closed [1] 29/15
closing [5] 8/18 8/20 33/9 36/24 37/21
closings [12] 12/6 27/2 27/8 27/11 38/8 38/9 55/6 55/9 55/19 57/2 57/8 57/12
CO [1] 2/6
coag.gov [1] 2/7
cold [1] 25/17
colleague [2] 6/1 28/6

23/16 25/21
collection [1] 26/9
Colorado [3] 2/2 2/3 2/5
COLUMBIA [1] 1/1
combination [1] 24/17
come [8] 16/16 17/19 17/20 20/23 25/17 25/21 28/9 33/9
coming [3] 8/14 15/1 15/5
commercial [1] 35/12
commit [1] 55/18
communicate [1] 24/10
communication [1] 49/10
Company [2] 2/12 2/13
compete [2] 46/21 46/23
competitive [1] 50/3
competitors [1] 46/25
completed [1] 44/21
complexity [1] 41/16
computer [1] 3/20
computer-aided [1] 3/20
concern [3] 18/9 39/18 46/18
concerned [1] 13/8
concerns [5] 29/11 29/12 30/5 39/17 40/9
concessions [1] 7/8
concluded [2] 47/20 57/19
conclusion [1] 16/17
conclusions [5] 4/13 9/14 10/13 18/17 51/3
concrete [1] 56/1
conduct [2] 32/2 50/3
conducted [1] 23/16
confer [7] 7/11 8/14 20/6 45/7 53/5 53/7 53/13
CONFERENCE [1] 1/9
conferred [3] 19/23 23/13 47/11
conferring [2] 11/16 50/20
confess [1] 4/22
confidential [5] 5/16 46/14 57/11
confidentiality [16] 8/11 8/18 12/21 17/8 18/1 21/2 21/15 23/17 26/11 33/7 33/8 39/17 40/9 42/12 46/19 46/24
confined [1] 24/16
Connecticut [1] 3/12
connection [1] 14/18
CONNOLLY [1] 2/9
consideration [7] 14/17 15/22 18/9 18/19 18/21 19/6 21/9
considerations [1] 24/1
considered [2] 33/1

considers [1] 32/12
consistent [3] 5/14 12/21 16/22
constitute [1] 43/25
constitutes [2] 15/15 44/9
Constitution [1] 3/17
Consumer [1] 2/3
contained [1] 48/3
contemplated [1] 9/10
contemplates [1] 53/4
context [3] 35/20 36/21 38/24
continue [2] 27/19 50/19
CONTINUED [2] 2/1 3/1
contract [6] 30/18 30/20 30/20 31/22 32/1 34/19
contracts [11] 28/24 28/24 29/16 30/10 33/6 33/6 33/25 34/4 34/14 43/24 44/3
convenience [1] 56/7
conversations [1] 19/5
convinced [1] 16/17
cooperation [1] 10/19
coordinated [1] 12/8
copy [1] 41/25
core [3] 13/7 32/2 50/2
corollary [1] 17/14
Corporation [1] 2/18
correct [9] 23/11 23/23 26/12 34/5 34/6 37/1 41/23 42/9 58/3
correctly [2] 26/10 37/5
corresponding [1] 17/24
correspondingly [1] 18/2
costs [1] 43/22
could [16] 7/12 19/20 19/21 20/14 22/7 28/8 32/19 34/7 34/13 34/13 42/3 42/25 49/2 55/23 56/5 56/7
counsel [11] 8/22 17/13 19/23 38/17 40/4 40/6 40/15 43/16 43/16 43/19 54/22
couple [6] 13/11 14/2 17/3 17/6 26/2 52/7
course [1] 31/4 31/21 32/23 42/5 46/6 52/25 55/5
court [46] 1/3 3/15 3/16 5/7 5/10 5/22 7/13 7/22 7/23 13/25 14/3 21/9 23/18 28/2 29/17 30/7 31/5 31/24 33/12 36/6 36/7 37/2 37/4 37/10 39/5 39/23 39/24 41/2 43/12 46/3 46/10 46/11 47/5 48/4 48/10 49/3 50/6 50/7 50/15

**C**

court... [7]  52/1 54/18
56/4 56/7 56/19 56/20
57/18
Court's [10]  5/14 15/22
30/3 30/12 35/23 39/3
43/13 44/6 47/19 47/25
court-ordered [1]  7/23
courtroom [1]  57/8
CROWELL [1]  3/7
crowell.com [1]  3/10
CRR [2]  58/2 58/8
CRUTCHER [1]  3/12
crystallized [1]  55/16
current [2]  13/13 53/4
currently [3]  45/1 45/2
49/6
customers [1]  46/22
CV [1]  1/4

**D**

D.C [8]  1/5 1/14 1/19
2/10 2/15 3/4 3/13 3/18
D.C. [1]  46/4
D.C. Circuit [1]  46/4
D.D.C [1]  28/7
dare [1]  11/21
date [7]  8/19 11/8
26/17 44/11 44/18
57/13 58/7
dated [1]  54/15
dates [1]  7/23
day [1]  56/12
days [3]  39/22 56/10
56/11
deadline [4]  7/25 8/23
9/1 53/17
deal [8]  11/16 16/7
22/11 24/14 26/5 34/14
39/14 57/10
dealing [3]  22/18 25/1
27/20
deals [1]  6/20
dealt [2]  33/17 39/12
DECHERT [1]  2/18
dechert.com [1]  2/21
decide [1]  51/9
decides [1]  42/22
decision [8]  17/24
30/13 31/25 36/21
36/22 44/6 47/6 54/17
decision-making [4]
30/13 31/25 36/21 44/6
decisions [1]  27/12
deck [4]  16/6 30/6
30/17 34/2
decks [6]  16/21 16/25
30/10 31/7 36/11 39/8
declaration [1]  39/20
declarations [13]  17/7
24/22 24/24 25/1 25/4
25/10 35/11 42/18
42/24 48/7 48/21 50/15
53/19
deemed [4]  21/5 21/5
31/7 31/8
Defendant [1]  1/7 2/8
defenses [2]  31/17

defer [1]  36/22
defined [1]  25/8
defining [1]  52/18
degree [1]  31/23
demands [1]  12/22
Denver [1]  2/6
DEPARTMENT [4]  1/13
2/3 10/12 47/18
depending [1]  42/22
depo [1]  36/25
deposition [7]  13/23
20/4 20/24 21/3 46/9
47/22 54/12
depositions [4]  23/10
23/14 37/1 37/5
described [2]  17/22
47/13
description [1]  7/3
descriptions [5]  6/21
designations [5]  13/23
20/4 20/25 21/4 36/25
detail [1]  39/24
detailed [2]  39/13
44/13
determines [1]  31/6
did [6]  10/18 16/9
17/15 26/11 34/12
39/25
didn't [1]  14/19
different [11]  14/12
15/8 16/14 16/24 21/10
26/2 26/19 34/14 34/22
34/23 39/2
differently [2]  16/13
16/13
difficult [1]  34/24
diligently [2]  5/15 27/5
Dintzer [4]  1/12 4/5 5/5
10/3
direction [1]  19/14
directly [3]  14/3 36/20
47/14
disadvantage [3]
25/16 47/1 47/2
disadvantages [1]
33/18
disagreements [2]
6/25 13/14
disagrees [1]  35/22
disclose [2]  34/11 50/1
disclosed [16]  13/16
13/19 15/11 18/11
26/17 30/24 31/8 34/4
34/18 41/4 41/6 44/14
50/13 50/22 54/10
54/10
disclosing [1]  46/25
disclosure [9]  14/6
16/12 16/19 17/23
32/19 37/17 40/7 41/12
49/21
discourse [1]  30/1
discovery [2]  14/14
14/15
discuss [3]  5/25 19/20
19/20
discussed [3]  46/8

discussion [2]  12/12
12/24 22/13 33/9
discussions [6]  5/4
15/12 22/3 40/14 44/13
45/10
dispute [7]  4/25 6/20
32/15 47/16 48/9 49/22
disputed [1]  46/13
disputes [19]  5/21 5/23
5/24 6/1 6/3 6/4 6/8
6/10 6/12 6/20 7/2 7/3
8/11 8/13 8/18 10/10
10/23 51/6 51/10
dissimilar [1]  36/11
distance [1]  30/4
distinguish [1]  30/9
DISTRICT [3]  1/1 1/1
1/10
do [32]  4/23 7/10 10/15
12/14 16/9 17/8 19/1
20/12 22/17 24/11 25/5
25/20 27/17 30/21 32/5
34/7 37/3 41/16 41/22
42/23 42/25 46/13 48/6
48/11 49/15 51/13 52/6
52/8 55/11 55/13 56/7
57/2
do you have [3]  41/16
48/11 55/11
docketed [4]  9/15
13/25 36/2 36/18
document [11]  15/19
22/15 25/5 25/6 26/16
26/16 30/1 30/12 41/21
46/5 49/7
documents [14]  14/15
16/5 25/2 26/4 26/18
29/16 33/24 40/12 41/3
43/13 44/19 47/5 51/11
52/11
does [7]  8/1 17/9 21/19
31/15 31/18 32/13
53/24
doesn't [4]  19/2 22/17
25/24 47/9
doing [3]  33/17 53/16
54/11
DOJ [8]  1/12 1/17 4/5
10/13 19/16 21/3 23/16
48/8
DOJ Plaintiffs [1]
19/16
DOJ-ATR [1]  1/17
don't [24]  4/18 4/24
11/2 12/23 19/15 23/12
23/13 23/20 24/8 27/23
28/9 30/15 32/5 38/17
40/20 40/21 41/14 42/1
49/18 49/18 50/20
50/21 51/25 56/10
done [8]  4/23 10/13
12/14 14/18 15/4 26/21
56/12 56/13
doubt [2]  28/7 56/12
down [4]  16/8 32/6
33/15 33/16
dozen [1]  36/14

drawing [1]  25/15
due [1]  22/23
dump [1]  51/1
dumping [1]  51/1
DUNN [1]  3/12
duration [1]  12/15
during [5]  21/18 38/6
38/7 38/8 46/8

**E**

each [2]  30/20 53/6
ease [1]  37/9
edify [1]  56/7
edited [1]  21/15
educational [2]  15/1
36/21
Edward [1]  1/12
effective [2]  15/6 15/6
efficiency [1]  16/4
48/22
efficient [2]  8/12 44/17
effort [1]  18/15
efforts [1]  5/18
either [6]  24/18 34/9
43/7 48/7 49/14 54/22
ELMO [2]  7/19 8/3
else [4]  28/5 40/21
45/15 49/13
elsewhere [1]  13/22
email [10]  1/15 1/20
2/7 2/11 2/16 2/21 3/5
3/10 3/14 41/5
emails [3]  16/25 30/10
34/1
emphasized [2]  40/5
40/8
end [7]  7/15 19/3 24/7
26/17 32/20 32/20
44/22
engagement [1]  44/10
engineering [1]  39/15
enough [2]  12/4 56/12
ensure [1]  12/20
entered [2]  13/18 39/5
entire [5]  6/16 26/16
31/22 32/7 48/7
entirety [9]  15/19
16/19 26/10 30/11
45/23 47/24 49/21 50/1
50/22
entities [1]  43/10
envisioning [1]  45/3
Epic [9]  13/16 29/2
34/5 34/18 41/4 41/6
41/8 41/12 41/15
especially [4]  5/18
7/12 19/18 35/15
essentially [2]  52/7
54/6
et [3]  1/3 4/4 39/15
et al [1]  4/4
evaluate [1]  32/22
evaluating [1]  7/9
even [5]  6/15 23/20
30/23 32/18 42/7
eventually [2]  42/21
45/4
everybody [5]  11/9

everybody's [2]  19/6
56/18
everyone [5]  4/8 52/4
52/5 54/24 57/16
everything [4]  4/23
12/4 12/7 21/11 25/15
31/2 31/23 33/22 33/22
55/17 55/25
evidence [11]  13/18
15/24 16/3 16/4 16/21
17/15 21/4 22/16 39/1
39/6 46/13
exactly [4]  17/19 24/11
35/8 36/25
examination [1]  39/5
examined [1]  39/11
example [1]  16/20
22/15 30/10 33/5 34/1
34/25 39/10
excellent [2]  35/2
36/16
except [1]  9/5
excerpts [3]  21/7 41/8
41/9
exclusively [1]  14/18
excuse [1]  18/17
exhibit [7]  13/21 15/16
16/8 16/11 41/23 48/11
48/24
exhibits [23]  13/9
13/15 13/17 14/12
15/10 16/14 26/9 29/4
29/5 29/7 29/16 31/13
35/8 35/15 39/1 40/1
40/6 40/17 42/13 48/23
52/9 54/4 54/9
expect [1]  46/22
expected [1]  21/17
expert [12]  14/10 14/11
14/16 15/7 20/10 35/21
35/25 36/10 36/17
36/19 48/18 54/15
experts [2]  15/7 36/14
expressed [1]  43/12
extend [1]  53/6
extent [11]  5/2 5/25
13/9 13/17 14/16 20/4
27/14 41/11 47/6 50/6
50/16

**F**

facilitate [2]  33/4 37/9
fact [15]  4/13 6/9 9/14
10/18 15/20 15/21
18/16 22/18 26/3 36/11
40/5 40/10 41/17 45/3
51/2
factor [1]  47/4
factors [10]  31/18 35/5
35/19 40/4 40/8 45/25
46/2 46/18 47/20 52/18
facts [2]  6/11 10/13
factual [3]  29/17 35/11
35/20
fair [3]  17/8 19/1 22/20
fairly [4]  12/19 13/1
32/2 38/22

**F**

fall [2]  31/18 34/9
familiar [1]  41/2
far [1]  25/14
favor [2]  37/8 40/6
favoring [1]  32/19
February [1]  10/24
feel [3]  35/13 35/25
53/22
few [4]  13/11 20/3
51/22 51/23
fewer [1]  35/4
field [1]  11/10
fifth [2]  1/18 46/17
figures [1]  47/19
file [1]  8/8
filed [3]  9/17 21/2 45/6
filing [3]  7/25 8/6 8/8
filings [6]  10/11 10/17
10/23 11/12 18/18 27/5
final [3]  9/14 18/23
51/1
finalized [1]  11/11
finalizing [1]  12/12
finally [3]  18/8 37/7
40/3
financial [3]  7/1 18/2
39/14
findings [13]  4/12 4/21
6/9 6/11 9/14 10/13
10/17 18/16 18/17
22/18 26/3 45/3 51/2
fine [2]  41/3 56/21
firm [1]  16/17
first [10]  4/18 7/24 8/6
12/18 13/15 21/1 28/13
28/25 35/18 46/2
flagged [1]  14/21
FLOM [1]  3/3
floor [2]  2/6 27/24
focus [3]  11/23 27/10
32/7
focused [2]  14/1 53/12
focusing [3]  26/24
52/19 56/25
fold [1]  52/8
folks [2]  7/19 51/22
following [1]  14/22
foot [1]  25/22
foregoing [1]  58/3
forgotten [1]  12/23
form [1]  50/2
formatted [1]  14/6
formulate [1]  30/9
forward [4]  4/11 7/6
19/10 37/16
found [1]  15/4
fourth [1]  46/17
framework [2]  28/16
34/8
frankly [4]  7/8 19/7
39/13 54/16
free [1]  53/22
Friday [1]  27/6
front [1]  32/11
full [4]  13/19 13/21
30/2 50/13
fully [3]  16/17 41/6

function [1]  7/4
further [7]  18/4 42/15
48/5 49/15 49/16 51/20
55/11

**G**

G-a-n-d-h-i [1]  28/12
Games [3]  13/16 29/2
34/5
Gandhi [5]  2/13 28/6
28/9 28/11 51/17
gave [1]  24/9
general [1]  46/4
generally [1]  20/21
generic [1]  35/12
get [15]  11/18 11/24
12/4 12/7 19/4 19/16
20/14 27/15 32/19
42/12 50/25 53/23
56/12 56/13 56/23
gets [1]  26/21
getting [1]  27/10
GIBSON [1]  3/12
gibsondunn.com [1]
3/14
give [5]  19/21 51/22
51/24 56/5 56/22
given [7]  7/18 9/13
17/2 18/6 19/11 36/20
37/15
giving [2]  29/13 55/25
glad [1]  30/14
go [8]  4/19 7/18 16/7
22/12 26/6 26/19 35/6
42/13
go ahead [2]  7/18 35/6
goal [3]  9/13 19/3
37/17
goals [2]  8/5 9/17
God [1]  25/5
going [32]  9/7 11/10
12/2 16/3 16/4 17/1
17/12 17/19 21/8 21/18
23/19 24/18 26/6 26/17
27/5 27/10 27/17 27/17
30/23 32/6 32/7 33/16
33/17 41/1 52/8 52/17
52/20 52/25 53/16
54/10 54/14 56/12
gone [2]  18/13 25/4
good [21]  4/2 4/8 4/9
5/9 5/11 10/18 11/4
11/6 28/1 28/3 28/10
34/16 38/19 38/21
40/24 40/25 43/9 45/13
45/18 45/20 52/15
good morning [14]  4/8
5/9 5/11 11/4 11/6 28/1
28/3 28/10 38/19 38/21
40/24 40/25 43/9 45/13
GOOGLE [37]  1/6 2/8
4/4 4/7 6/3 6/4 6/8 6/10
6/12 7/7 7/11 8/22 8/23
9/1 9/4 10/22 12/7
17/14 17/15 17/15 20/6
21/9 23/4 23/8 24/18
24/24 24/25 25/10

help [3]  12/13 27/12
44/24
helpful [16]  5/1 6/15
7/10 9/23 10/18 19/14
20/2 28/15 29/21 30/8
30/12 35/24 37/14 49/4
52/17 53/1
Her [1]  28/6
here [16]  4/19 13/19
15/13 16/11 18/21 19/1
19/9 25/21 26/2 28/14
32/3 41/6 41/10 46/6
49/14 53/25
here's [1]  52/6
Herrmann [6]  1/12 5/6
5/12 10/9 10/10 10/15
high [3]  5/17 7/3 17/17
higher [2]  7/1 18/3
highlighted [1]  47/13
highly [2]  46/14 47/12
hit [1]  38/25
hone [1]  32/13
honestly [1]  19/19
Honor [86]
Honor's [1]  30/5
HONORABLE [1]  1/9
hopefully [1]  15/6
hour [1]  19/11
how [21]  7/3 7/3 8/1
8/2 17/19 25/5 30/17
31/15 33/1 35/8 37/16
41/15 42/22 42/23
52/19 55/20 56/19 57/2
57/2 57/9 57/10
however [2]  22/20 56/7
Hubbard [23]  5/17 21/6
21/21 22/2 31/5 31/6
31/10 31/18 32/18
33/23 34/10 35/1 35/14
35/18 40/4 40/7 40/8
40/8 45/25 46/17 47/4
47/20 52/18
hypothetical [3]  34/1
34/2 39/9

**I**

I also [1]  19/11
I am [3]  17/12 23/15
56/8
I apologize [1]  55/3
I assume [1]  14/5
I believe [2]  13/24 45/8
I can [7]  24/9 25/24
26/14 38/22 41/20
51/24 55/18
I can't [1]  41/18
I cannot [1]  38/4
I did [1]  16/9
I didn't [1]  14/19
I don't [9]  23/12 24/8
30/15 40/20 41/14 42/1
49/18 49/18 56/10
I don't have [2]  4/24
40/21
I gave [1]  24/9
I guess [10]  9/11 11/7
11/17 11/24 17/3 26/1

I have [13]  4/22 4/24
7/16 8/21 9/6 17/22
23/13 40/20 41/22
41/22 41/25 43/3 56/25
I just [5]  19/7 21/1
21/11 28/13 56/11
I know [2]  15/17 40/13
I mean [8]  32/4 32/6
33/14 34/7 36/9 39/7
49/6 56/16
I say [2]  11/21 12/18
I think [65]
I understand [7]  4/15
13/24 18/9 21/10 21/16
23/9 32/15
I want [6]  18/20 18/25
29/25 38/1 38/2 57/6
I wanted [1]  15/2
I was [4]  12/2 24/5
41/19 55/21
I went [1]  15/11
I will [2]  4/22 55/15
I would [1]  12/5
I'd [11]  5/3 5/4 9/11
11/25 12/6 19/12 28/4
52/6 55/20 55/24 57/2
I'll [10]  6/14 13/13
15/25 20/23 23/4 27/24
29/21 35/21 51/22
54/21
I'm [20]  8/4 9/7 10/4
10/6 16/17 16/21 17/12
18/14 26/24 30/14
31/14 32/6 32/7 35/6
41/1 48/13 51/18 53/16
54/1 56/13
I'm going [4]  9/7 32/7
41/1 53/16
I'm just [1]  26/24
I'm not [2]  16/17 32/6
I'm sorry [1]  10/4 10/6
35/6
I've [5]  12/14 16/16
16/16 17/21 55/16
identical [1]  35/1
identified [14]  14/9
28/19 28/24 29/5 29/16
35/8 35/13 37/5 42/14
44/3 44/19 45/9 48/19
54/5
identifying [1]  34/8
immediate [1]  49/8
impaneled [1]  41/17
important [7]  17/11
18/21 28/23 29/9 33/25
40/10 44/6
impose [1]  43/21
imprimatur [1]  16/2
Inc [2]  3/2 3/11
inclined [1]  48/4
include [5]  11/12 12/19
53/19 53/19 53/22
included [1]  37/4
includes [2]  21/7 28/25
including [1]  46/9
incorrect [1]  41/13
indeed [2]  21/20 22/21

**I**

indisputably [1]  36/1
infinite [1]  22/21
influence [2]  36/6
 36/20
influencing [1]  30/12
influential [1]  31/24
information [3]  5/16
 7/1  18/2
informed [3]  22/19
 54/16 54/17
initial [7]  4/12 28/14
 43/11 43/11 43/18 45/5
 53/10
insight [1]  52/15
Insofar [1]  17/3
instances [1]  39/9
instruction [1]  39/4
intend [1]  10/15
intended [2]  14/7 37/2
interest [9]  18/10
 32/17 33/25 46/4 46/15
 46/19 52/20 52/21
 52/21
interests [3]  12/22
 17/7 18/25
interrupt [2]  31/14 54/2
introduced [3]  14/13
 29/5 47/5
involve [1]  16/4 22/3
involved [1]  41/19
Irrational [1]  5/23
irrelevant [2]  32/1
 47/10
is [158]
ISA [3]  29/1 41/7 41/12
issue [13]  4/18 10/20
 11/7 15/13 20/12 34/1
 43/24 46/8 48/23 48/24
 54/15 54/15 57/7
issues [23]  5/7 8/15
 8/15 9/12 10/22 11/5
 11/15 20/3 22/12 22/13
 22/25 27/20 27/21
 31/17 32/1 34/21 39/12
 41/15 43/13 44/22
 49/22 51/7 53/21
it [90]
it happened [1]  21/14
it would be [4]  7/10
 21/20 30/8 34/24
it's [18]  4/9 11/9 13/19
 13/24 22/20 22/20
 34/16 35/19 35/24
 36/23 40/10 48/14
 48/17 48/19 52/15 54/6
 56/13 56/19
its [6]  15/19 33/18
 39/17 45/23 46/19 47/6
itself [2]  17/24 40/8

**J**

January [1]  21/3
jarteaga [1]  3/10
JCA [1]  28/25
John [4]  2/8 4/7 23/8
 43/10
John Arteaga [1]

John Schmidtlein [2]
 4/7 23/8
joint [2]  10/11 10/14
jon.sallet [1]  2/7
Jonathan [2]  2/2 4/6
Jonathan Sallet [1]  4/6
jschmidtlein [1]  2/11
Juan [1]  3/7
judge [3]  1/10 32/12
 32/12
judges [1]  32/5
judgment [1]  36/4
judicial [16]  2/5 15/15
 15/20 30/2 31/2 33/22
 36/5 38/3 38/23 42/10
 42/16 42/21 43/21
 43/25 44/9 45/25
judiciary [1]  25/24
Julia [4]  2/18 3/2 38/20
 40/24
Julia Chapman [1]
 38/20
julia.chapman [1]  2/21
julia.york [1]  3/5
jury [1]  41/17
just [59]
justice [5]  1/13 10/12
 22/23 22/24 47/18
justification [1]  17/25
justifications [1]  29/18
justify [1]  17/7
JX91 [1]  48/14

**K**

Karl [2]  1/12 5/12
keep [3]  17/25 32/25
 38/1
keeping [1]  56/17
Kenneth [2]  1/12 4/5
kenneth.dintzer2 [1]
 1/15
key [7]  28/23 28/24
 33/6 34/17 46/7 47/7
 48/2
kicking [1]  33/15
kind [5]  34/1 39/20
 39/21 39/24 39/25
kinds [1]  34/8
klimarzi [1]  3/14
knew [1]  47/3
know [52]  8/2 9/20
 11/20 12/18 12/25 13/3
 14/8 14/24 15/11 15/14
 15/17 16/2 16/5 16/16
 17/14 18/1 18/20 19/2
 19/3 23/20 24/11 25/11
 27/9 29/20 30/20 32/4
 33/11 33/14 33/17
 33/21 34/9 35/18 36/9
 37/9 38/4 39/19 40/13
 41/14 42/1 42/17 43/20
 44/2 45/13 49/2 49/18
 49/18 50/20 55/19
 55/23 56/10 56/20
 56/21
knowing [1]  52/16
knows [2]  25/5 39/7

Kristen [3]  3/13 23/13
Kristen Limarzi [1]
 45/19

**L**

Labs [1]  5/23
large [7]  15/21 16/5
 16/20 25/2 26/9 26/9
 51/1
largely [1]  14/18
largest [2]  6/20 7/2
last [6]  7/7 18/12 19/6
 47/4 56/23 57/1
late [1]  19/11
later [2]  26/17 57/10
law [9]  2/3 4/13 9/5
 10/13 14/10 14/14
 14/16 18/17 51/3
laws [1]  46/22
lawsuit [3]  46/8 46/16
 46/19
lawyers [1]  8/1 8/2
least [5]  11/5 17/5
 23/24 27/4 34/4 36/13
 39/2 44/25 49/6 53/9
 54/9
leave [1]  33/7
leaves [1]  27/7
left [2]  13/7 17/11
legal [2]  53/21 53/21
legitimate [1]  46/15
length [1]  46/8
lengthy [3]  11/21 39/13
 46/11
less [4]  9/13 31/8
 34/11 52/21
let [11]  7/24 9/4 10/8
 12/11 12/14 14/8 23/22
 34/3 38/14 56/21 56/23
let's [1]  12/11
level [3]  7/1 7/3 17/17
Liberty [1]  1/17
light [1]  5/1
like [28]  4/16 5/4 9/13
 11/22 16/15 19/7 25/22
 28/4 28/17 29/14 30/18
 33/25 33/25 35/8 41/25
 42/23 48/10 48/21
 48/21 51/18 52/6 53/8
 53/19 53/21 55/20
 55/24 57/2 57/11
likely [1]  17/12 18/3
 30/11
Limarzi [2]  3/11 45/19
limine [3]  14/19 36/3
 36/7
limitation [1]  53/23
limited [2]  21/7 22/25
limitless [1]  22/11
limits [1]  50/6
line [8]  31/25 37/21
 38/4 38/9 38/11 39/11
 53/3 57/15
lines [1]  56/3
list [1]  5/22
literally [1]  36/12
litigation [2]  13/17
 34/5

little [40]
 11/22 14/22 15/5 30/4
 31/13 34/22 34/23
 34/24
LLC [3]  1/6 3/7 4/4
LLP [5]  2/9 2/18 3/3
 3/7 3/12
long [2]  42/23 57/3
 57/3
longer [1]  39/22
look [8]  8/4 13/4 16/14
 16/15 42/3 42/13 56/10
 57/12
looked [3]  15/11 26/18
 39/2
looking [3]  12/3 37/1
 49/3
looks [1]  42/6
lose [1]  40/10
lost [1]  57/7
lot [5]  18/24 26/19
 32/19 41/1 44/22
love [1]  31/22
low [1]  31/7

**M**

M-a-y-a [1]  28/12
made [20]  10/12 13/4
 14/24 16/11 17/5 17/9
 20/5 21/16 24/5 24/21
 24/23 27/1 29/25 41/4
 41/6 41/8 43/15 49/1
 50/24 57/1
maintain [2]  36/19
 46/24
maintaining [2]  42/19
 46/19
majority [2]  46/12
 47/10
make [15]  11/8 11/25
 15/2 18/15 27/13 33/10
 37/18 37/20 38/2 39/21
 39/22 42/14 53/18
 53/24 57/7
making [2]  7/7 30/13
 31/25 36/21 39/17 44/6
 51/12
Manhattan [1]  3/8
many [6]  8/1 14/20
 20/1 25/5 28/19 43/15
March [5]  1/5 7/25 8/8
 8/24 58/7
Master [8]  19/9 19/19
 20/12 22/8 22/12 22/25
 25/13 37/7
Masters [1]  20/23
material [2]  39/4 57/11
materials [2]  9/21 27/1
matter [4]  14/19 34/15
 43/11 58/4
matters [1]  16/23
maximize [1]  37/17
may [37]  5/9 7/13 7/16
 7/18 8/20 9/15 9/19
 10/4 10/7 11/14 11/15
 11/19 11/22 11/24 12/5
 12/5 12/12 15/21 18/3
 18/11 19/7 24/3 24/16

34/17 26/21 28/1 35/22
 37/17 37/18 42/4 50/18
 50/18 52/19 53/2 53/22
 53/23 55/9
May 1st [1]  55/9
Maya [2]  2/13 28/6
 28/11
maybe [4]  25/22 35/4
 41/16 54/8
me [34]  7/24 9/4 10/8
 12/11 12/14 13/7
 13/20 14/3 14/8 14/17
 16/24 17/2 17/10 18/17
 18/18 18/24 19/3 20/20
 23/22 23/23 28/17
 30/16 30/19 32/9 32/21
 32/21 34/3 38/14 44/24
 51/20 51/22 52/24
 56/23 57/11
MEAGHER [1]  3/3
mean [8]  32/4 32/6
 33/14 34/7 36/9 39/7
 49/6 56/16
meaningful [3]  15/2
 19/4 53/13
means [1]  31/4
meant [2]  13/12 26/16
measures [1]  12/20
measuring [1]  6/15
mechanical [1]  3/19
media [2]  13/9 38/10
meet [6]  7/11 8/14 20/5
 45/7 53/5 53/13
meeting [1]  11/16
meets [1]  5/17
MEHTA [1]  1/9
members [1]  13/9
memo [2]  39/11 41/23
memory [1]  48/13
memos [1]  39/9
mention [1]  57/12
mentioned [1]  46/3
Merit [1]  3/15
merits [5]  11/21 19/14
 19/5 22/14 27/21
met [2]  47/11 56/4
Microsoft [15]  2/18
 22/15 22/16 29/6 35/16
 38/17 38/18 38/20
 39/16 39/18 40/1 40/5
 40/11 40/14 41/3
Microsoft's [1]  39/2
might [8]  5/1 8/15
 19/13 21/17 22/18 31/8
 42/21 48/23
mind [3]  11/18 23/18
 32/25
minimally [1]  9/18
minimize [2]  5/15 26/5
minute [1]  19/20
minutes [2]  51/22
 51/24
misheard [1]  10/5
misunderstood [2]
 10/7 54/8
moment [1]  20/24
money [1]  25/22
month [1]  27/7

## M

**months [2]**  16/1 17/16
**moot [1]**  44/23
**more [20]**  11/22 13/13
17/3 17/13 22/12 25/8
27/17 27/17 30/11
32/17 33/24 34/4 36/12
36/14 37/18 42/16
44/17 53/13 55/16
56/19
**MORING [1]**  3/7
**morning [17]**  4/2 4/8
5/9 5/11 10/22 11/4
11/6 28/1 28/3 28/10
38/19 38/21 40/24
40/25 43/9 45/18 45/20
**most [7]**  5/16 21/20
22/21 28/22 28/23 40/7
44/9
**motion [17]**  4/15 4/16
7/14 12/16 28/15 28/18
36/7 37/19 43/14 44/23
45/22 48/17 48/19
48/25 49/24 51/17 54/3
**motions [4]**  14/18 36/3
36/18 52/8
**Movant [1]**  2/12
**move [4]**  8/22 17/21
19/10 37/16
**Mr. [27]**  5/5 5/6 10/1
10/3 10/6 10/9 10/10
10/15 11/1 11/3 12/10
20/17 20/17 20/19 22/6
23/2 23/23 24/10 27/22
27/23 36/25 38/15
39/10 43/8 50/10 52/14
53/16
**Mr. Arteaga [2]**  43/8
52/14
**Mr. Cavanaugh [1]**
20/19
**Mr. Dintzer [2]**  5/5 10/3
**Mr. Herrmann [4]**  5/6
10/9 10/10 10/15
**Mr. Nadella [1]**  39/10
**Mr. Sallet [6]**  10/6 11/1
20/17 22/6 23/2 36/25
**Mr. Sallet's [1]**  20/17
**Mr. Schmidtlein [8]**
10/1 11/3 12/10 24/10
27/22 38/15 50/10
53/16
**Mr. Sumar [2]**  23/23
27/23
**Ms. [3]**  28/9 40/25
51/17
**Ms. Gandhi [2]**  28/9
51/17
**Ms. York [1]**  40/25
**much [12]**  18/10 25/8
30/5 30/11 36/12 36/23
37/24 39/11 39/14
39/18 43/5 44/16
**must [2]**  34/11 47/19
**my [17]**  6/1 12/15
13/13 14/11 16/2 16/2
17/10 18/22 23/12
23/15 25/21 28/6 30/16

## N

**Nadella [1]**  39/10
**names [1]**  37/3
**narrow [3]**  16/8 22/13
25/11
**narrowed [1]**  6/6
**narrowing [1]**  52/18
**necessarily [2]**  16/11
17/16
**necessary [3]**  7/5
21/20 47/24
**necessity [1]**  35/13
**need [20]**  17/1 17/9
17/12 17/12 18/4 23/19
24/18 27/17 30/24 31/6
33/17 35/3 35/18 39/20
42/13 44/20 46/3 46/5
53/16 56/10
**needed [1]**  35/20
**needs [1]**  47/8
**negotiations [1]**  47/2
**never [1]**  21/14
**nevertheless [1]**  46/14
**New [31]**  2/12 2/13 3/4
3/9 4/14 7/13 12/16
13/8 14/1 15/17 17/2
22/16 28/11 40/15
42/14 43/14 43/19 44/8
44/18 45/21 48/17
48/25 49/7 49/10 49/24
49/24 52/8 53/6 54/3
54/5 54/13
**New York [22]**  4/14
7/13 12/16 13/8 15/17
17/2 22/16 28/11 40/15
42/14 43/14 43/19 44/8
48/17 48/25 49/7 49/10
49/24 50/24 52/8 53/6
54/3
**next [7]**  3/7 5/3 11/12
12/12 25/9 27/5 31/12
**night [1]**  7/7
**Ninth [3]**  3/8 34/25
35/4
**no [13]**  1/4 8/25 10/22
26/21 28/7 31/16 37/8
38/7 38/8 40/18 46/15
49/10 51/13
**nobody [1]**  23/16
**non [12]**  2/17 3/2 3/6
3/11 5/19 5/20 6/1 7/12
9/1 20/6 29/14 50/8
**non-parties [8]**  5/19
5/20 6/1 7/12 9/1 20/6
29/14 50/8
**Non-Party [4]**  2/17 3/2
3/6 3/11
**none [3]**  26/11 26/15
45/25
**nonetheless [2]**  30/7
50/19
**not [66]**
**note [3]**  6/14 40/3 41/7
**noted [1]**  21/12
**nothing [4]**  30/21
46/13 49/16 51/20

## N

**notion [2]**  32/11 50/12
**now [8]**  4/11 5/23 11/9
13/25 20/13 25/7 34/3
53/11
**number [4]**  7/8 16/5
30/21 48/12
**numerous [1]**  39/9
**NW [7]**  1/13 1/18 2/9
2/14 3/4 3/12 3/17
**NY [1]**  3/9
**nytimes.com [1]**  2/16

## O

**object [1]**  23/1
**objected [2]**  29/6 35/16
**objection [2]**  8/25 37/8
**objections [1]**  52/9
**observations [2]**  13/11
13/14
**observed [3]**  24/25
25/15 26/10
**obvious [1]**  55/24
**obviously [23]**  5/3
11/12 13/7 13/24 18/8
18/21 22/3 24/14 25/13
26/6 28/20 29/19 30/3
34/18 38/10 41/4 48/25
50/12 50/22 53/7 53/20
55/23 56/6
**off [6]**  19/23 20/13
54/15 54/15 54/23
56/11
**Official [1]**  3/16
**offline [1]**  24/10
**often [1]**  34/14
**oftentimes [1]**  39/8
**Oh [2]**  10/3 10/6
**Okay [42]**  5/8 7/17 9/3
9/23 9/23 10/25 12/9
20/16 22/1 22/5 23/2
24/13 24/20 27/22
29/24 31/11 33/13 35/6
37/12 37/13 37/14
40/19 40/19 40/20 42/6
43/2 43/2 45/13 45/17
48/15 49/5 49/11 49/12
49/14 49/25 50/9 51/16
53/24 53/25 54/20
55/14 55/21
**old [1]**  8/2
**older [1]**  8/4
**once [2]**  31/18 52/25
**one [35]**  4/11 7/16 7/24
8/8 8/10 8/21 9/5 9/6
9/17 13/22 14/14 14/24
19/6 21/17 23/24 24/5
24/8 25/23 34/4 35/17
37/18 38/6 39/11 39/12
39/25 40/7 41/5 46/22
47/16 48/24 50/12
52/14 52/22 53/23 55/4
**one-page [1]**  7/16
**ones [1]**  32/8
**only [15]**  5/16 5/24 6/8
8/2 8/10 10/20 11/7
36/2 39/4 41/8 42/7
48/18 48/24 49/7 50/23

## O

38/14 46/10 57/14
**opening [1]**  37/22
**openings [1]**  38/7
**operate [1]**  32/5
**operating [1]**  48/13
**opportunity [6]**  42/15
47/23 48/6 53/11 55/17
55/25
**oppose [1]**  50/12
**opposing [1]**  21/10
**order [3]**  5/14 15/6
39/22
**ordered [7]**  7/23 41/10
**other [20]**  8/15 11/21
13/8 13/16 13/18 15/10
18/17 18/18 18/21 24/8
33/16 38/11 40/20 43/6
43/16 44/15 46/21 47/2
50/23 53/6
**others [1]**  48/25
**otherwise [3]**  9/7
37/11 39/13
**ought [3]**  13/18 17/11
52/19
**our [24]**  7/24 8/7 10/12
11/25 12/12 15/12 19/3
21/2 21/19 22/18 23/9
27/4 27/9 27/11 28/8
31/9 31/20 37/19 39/8
44/10 46/21 46/25 51/1
53/1
**out [6]**  11/24 17/11
17/19 17/25 31/15
52/14
**outlined [1]**  43/20
**outset [2]**  4/22 43/12
**outsider [1]**  44/8
**outstanding [3]**  10/11
10/20 51/10
**over [6]**  5/20 6/25
10/19 10/21 11/16 51/6
**overcome [1]**  35/14
**overviewing [1]**  28/18
**overwhelm [1]**  19/2

## P

**p.m [52]**  52/3 52/3 57/19
**PA [1]**  2/20
**page [7]**  7/16 16/6 34/2
39/8 39/8 39/11 53/23
**pages [6]**  25/5 30/6
36/13 41/21 42/7 42/8
**paper [1]**  51/1
**papers [1]**  47/15
**paradigm [1]**  34/13
**paragraphs [7]**  6/5
6/10 6/12 6/13 6/14
6/16 6/17
**paramount [1]**  18/9
**part [2]**  29/1 45/7
**partially [1]**  4/20
**particular [6]**  16/8 19/2
23/10 24/9 39/16 40/1
**particularly [5]**  13/2
18/6 29/4 29/8 31/21
**parties [61]**
**parties' [2]**  4/15 12/17

## P

43/22 21/22 26/23
43/25 44/13 45/2 47/14
52/11 53/4 56/6
**parts [2]**  52/22 54/5
**party [12]**  2/17 3/2 3/6
3/11 10/20 21/24 29/4
31/13 35/7 40/11 43/10
46/18
**past [2]**  12/6 50/14
**path [2]**  4/11 7/6
**patience [1]**  52/5
**pause [2]**  12/12 29/21
**pay [1]**  37/10
**pending [1]**  28/7
**percentage [1]**  13/6
**percentages [1]**  44/15
**perhaps [5]**  4/25 23/25
39/11 39/21 51/1
**permission [1]**  28/4
**permit [1]**  28/17
**person [1]**  43/7
**personal [2]**  24/8 37/2
**perspective [3]**  27/4
39/3 44/8
**pertinent [1]**  44/4 44/9
**Petitioner [4]**  2/17 3/2
3/6 3/11
**phase [1]**  18/6
**Philadelphia [1]**  2/20
**phone [1]**  37/21
**piecemeal [1]**  33/18
**pieces [1]**  6/16
**place [2]**  27/6 35/22
**Plaintiff [3]**  2/2 4/6
10/14
**plaintiffs [5]**  1/4 1/12
19/16 49/15 49/19
**plaintiffs' [4]**  6/7 6/9
19/23 54/22
**plan [1]**  4/23
**planning [2]**  37/20
53/1
**plausible [1]**  33/11
**play [1]**  19/1
**played [5]**  13/25 14/2
37/2 46/10 47/22
**playing [1]**  11/10
**please [3]**  5/10 28/2
52/4
**plenty [1]**  55/19
**point [17]**  17/5 21/16
22/8 29/25 34/17 34/20
35/2 35/21 37/18 42/10
42/11 42/17 43/23 44/7
50/20 50/23 55/4
**pointed [2]**  32/9 52/14
**points [4]**  20/2 20/25
43/15 50/11
**policy [1]**  33/9
**portion [2]**  23/19
**portions [18]**  15/21
15/21 18/5 21/5 32/8
32/13 33/6 33/7 36/1
36/17 42/12 42/19
42/21 44/3 46/6 46/15
49/22 50/7
**position [16]**  15/2
15/17 16/18 21/10

**P**

position... [12] 25/14 30/3 30/4 30/19 30/23 31/9 31/20 32/16 32/21 33/21 49/19 49/20

positions [2] 10/15 18/4

possible [1] 33/11

post [7] 5/15 6/7 43/25 44/2 44/14 45/11 47/14

post-trial [7] 5/15 6/7 43/25 44/2 44/14 45/11 47/14

posture [2] 17/18 17/18

potentially [2] 52/18 52/21

practical [1] 32/10

pre [1] 17/17

pre-trial [1] 17/17

precedent [3] 31/3 34/22 34/25

precisely [1] 40/1

prefer [2] 35/9 56/20

prejudice [1] 46/18

premium [1] 16/3

preparation [2] 18/22 18/22

prepare [1] 9/21

prepared [4] 6/2 14/4 23/25 50/13

present [1] 14/23

presentation [2] 16/10 39/14

presented [4] 16/18 16/24 21/8 21/8

presenting [2] 16/7 51/6

presumption [5] 16/2 31/20 35/14 35/25 36/8

pretty [3] 5/21 14/10 14/14

Prettyman [1] 3/17

previous [1] 15/4

previously [2] 13/3 15/11

price [1] 34/19

primary [1] 4/10

principal [1] 16/22

principle [3] 30/17 31/1 34/13

prior [6] 8/18 9/18 15/12 23/17 36/23 44/20

priorities [2] 28/18 33/24

prioritize [2] 33/5 37/16

prioritized [1] 44/20

priority [2] 36/23 54/4

probably [5] 9/12 13/19 36/9 42/25 56/17

procedure [1] 49/4

procedures [2] 47/25 48/1

proceeded [3] 16/1 16/10 47/25

proceeding [1] 38/5

proceedings [9] 1/9 3/19 12/20 13/16 43/13 50/18 57/14 57/19 58/4

process [14] 5/19 15/23 18/13 26/20 26/21 42/11 43/19 44/6 44/11 44/16 44/17 44/21 44/22 45/7

produced [2] 3/20 40/11

products [1] 7/4

prompt [1] 8/6

promptly [1] 20/15

proposal [3] 7/7 21/2 56/10

proposals [1] 29/19

propose [9] 8/10 8/19 8/23 28/20 29/13 29/17 42/15 48/6 54/14

proposed [12] 4/12 4/20 4/20 6/9 6/11 7/15 9/1 9/14 21/3 45/3 51/5 52/12

proposing [1] 8/5

proposition [2] 15/19 35/10

Protection [1] 2/3

provide [5] 7/13 8/6 9/1 39/23 42/18

provided [2] 7/7 10/9

providers [1] 47/2

providing [2] 8/13 36/21

provision [1] 31/16

provisions [14] 34/8 34/17 43/24 44/5 44/12 44/13 44/25 45/9 45/10 47/7 47/12 48/2 50/16 50/17

public [42] 7/5 13/5 13/6 13/10 13/10 13/11 14/6 14/15 16/11 16/19 17/12 17/23 17/25 20/5 21/5 21/6 32/12 32/17 32/19 33/25 35/3 35/17 38/4 38/9 38/11 41/3 41/5 41/6 41/8 41/20 44/14 45/11 45/24 46/3 46/15 47/7 48/3 52/20 52/21 52/21 53/10 57/15

public's [2] 18/10 46/5

publicly [8] 9/21 14/1 18/10 18/15 34/5 49/1 53/9 54/10

purpose [2] 4/10 47/5

purposes [6] 11/21 15/15 21/15 48/22 51/9 53/1

push [1] 12/6

pushed [2] 27/15 27/16

pushing [1] 16/5

put [9] 7/19 12/11 12/22 18/18 22/16 32/11 47/1 53/23 54/14

putting [1] 16/6 18/14

**Q**

quantity [1] 4/25

queries [1] 15/3

question [10] 15/14 20/14 24/21 25/13 38/23 41/19 42/22 46/4 49/17 49/19

questioning [1] 15/7

questions [2] 29/22 40/20

quick [3] 38/14 50/11 55/4

quicker [1] 32/20

quickly [2] 22/12 32/24

quite [1] 19/19

quotations [1] 6/21

quoted [1] 47/14

**R**

raise [3] 11/14 30/14 55/4

raised [2] 43/14 44/22

Ralph [1] 2/4

rather [2] 14/25 15/23

reached [2] 45/8 47/17

reaction [2] 28/14 50/23

reactions [4] 19/7 28/21 29/22 43/18

read [5] 4/22 15/5 32/6 32/7 55/25

ready [1] 27/10

real [3] 31/16 38/14 39/17

really [15] 9/12 11/23 12/3 14/13 14/19 15/9 15/12 17/10 29/7 30/21 32/13 32/17 35/17 35/20 52/12

Realtime [1] 3/16

reason [5] 24/9 35/18 36/16 44/19 51/13

reasons [6] 14/13 15/8 18/1 24/8 37/3 52/13

recall [1] 25/1

receive [1] 17/15

received [1] 16/21

recess [3] 52/2 52/3 57/18

recognize [4] 19/10 19/11 33/23 36/23

recognized [1] 46/12

record [25] 13/22 15/15 15/20 15/22 16/18 16/19 17/9 17/12 17/25 19/23 28/12 30/2 31/2 32/12 33/22 36/5 38/23 42/11 42/16 44/9 45/24 45/25 47/20 48/3 58/3

recorded [1] 3/19

records [9] 14/15 16/25 18/5 18/5 33/1 33/2 42/21 43/25 54/15

redacted [15] 4/14 4/20 5/17 8/6 9/18 18/6 18/16 26/18 41/10 41/20 45/5 50/19 53/9

redaction [2] 44/11 44/21

redactions [15] 5/15 6/16 6/25 8/23 9/2 26/6 29/17 41/9 42/15 47/12 47/21 48/6 48/8 48/9 51/6

reference [2] 24/22 24/23

referenced [1] 23/10

referred [2] 29/1 48/18

referring [1] 24/4

refers [1] 24/6

refinement [1] 18/4

reflect [1] 29/7

Reflections [1] 19/24

regarding [6] 5/25 7/3 8/11 10/23 43/13 45/8

regardless [4] 15/20 25/21 36/6 45/23

Registered [1] 3/15

reiterate [1] 15/25

reiterating [1] 38/1

related [4] 14/15 45/10 46/16 50/18

relationship [1] 29/7

relatively [2] 29/15 31/7

release [2] 13/21 14/4

released [1] 29/1

relevance [1] 31/17

relevant [8] 22/4 29/14 30/6 31/8 32/1 32/8 43/24 49/22

reliance [1] 48/1

relied [2] 39/16 39/18

rely [2] 39/24 47/7

relying [1] 39/3

remain [2] 46/6 47/19

remaining [4] 5/24 10/21 47/16 52/22

remains [2] 15/13 48/1

remote [1] 43/7

remotely [1] 49/14

report [1] 48/19

Reporter [4] 3/15 3/15 3/16 3/16

reports [10] 14/10 14/11 14/17 15/7 20/10 35/21 35/25 36/10 36/17 36/19

representation [1] 24/6

representations [2] 17/13 22/4

representing [1] 5/12

request [5] 14/24 20/5 48/5 49/8 53/20

requested [5] 8/22 17/2 26/25 27/1 57/9

requesting [1] 25/12

require [1] 46/22

requires [1] 32/21

resolve [3] 8/12 8/17 9/12

resolved [7] 5/23 10/20 10/21 11/19 17/1 36/7

resolving [1] 51/10

resource [1] 22/22

resources [1] 43/21

respect [16] 4/19 6/19 6/24 7/6 7/13 13/15 13/23 39/19 40/17 41/7 46/2 47/4 47/17 47/23 49/20 52/10

respectfully [2] 48/5 51/8

respond [1] 29/19

response [1] 50/25

responses [4] 4/15 12/17 19/16 51/2

responsive [7] 7/25 8/7 8/9 8/9 8/16 8/24 51/14

rest [2] 15/9 47/17

result [3] 12/25 32/18 43/20

resume [1] 51/25

revenue [7] 34/18 44/15 45/22 46/7 46/23 47/18 47/18

review [10] 14/5 21/19 21/21 22/2 23/17 23/20 24/19 26/11 29/15 55/17

reviewed [4] 14/7 33/7 33/8 42/12

reviewing [1] 11/20

revisit [1] 11/15

revolve [1] 22/4

right [39] 4/8 4/10 6/18 9/22 10/11 10/3 10/12 11/2 11/9 11/13 12/10 12/11 19/14 19/24 20/13 20/16 22/6 23/4 24/14 25/3 26/22 27/23 32/5 37/13 38/13 38/14 43/4 43/6 45/15 49/13 51/17 51/21 52/5 54/21 54/21 54/24 55/7 55/10 57/16

rise [3] 52/1 54/25 57/17

RMR [2] 58/2 58/8

road [2] 33/15 33/16

roadmap [1] 11/10

robust [2] 12/20 13/2

room [1] 38/10

roughly [7] 6/4 6/5 6/8 6/10 6/12 27/6 27/7

round [4] 8/10 11/12 25/9 27/5

rounds [1] 8/16

rule [1] 14/20

ruled [1] 47/21

ruling [1] 13/12

rulings [1] 11/24

run [1] 54/11

run-through [1] 54/11

**S**

said [12] 15/25 17/21 17/23 21/11 24/16 29/10 29/18 39/1 41/3

**S**

said... [3] 44/25 50/4 54/9
salient [1] 29/10
Sallet [8] 2/2 4/6 10/6 11/1 20/17 22/6 23/2 36/25
Sallet's [1] 20/17
same [7] 8/15 8/25 27/20 30/17 34/15 47/23 53/25
Samsung [4] 3/7 43/10 44/12 44/25
Sara [2] 1/16 6/1
sara.gray2 [1] 1/20
Saturday [1] 5/22
save [1] 57/12
say [18] 9/21 10/8 11/21 12/18 16/6 16/16 17/10 20/19 22/20 30/25 31/12 31/16 32/24 33/20 34/21 41/1 41/20 44/20
says [1] 22/17
scarce [1] 43/21
scarcest [1] 22/22
schedule [15] 7/16 8/5 9/5 10/9 12/13 48/9 51/4 51/5 51/8 52/11 53/4 53/24 54/23 56/5 56/25
Schmidtlein [11] 2/8 4/7 10/1 11/3 12/10 23/8 24/10 27/22 38/15 50/10 53/16
scope [2] 22/13 48/22
screen [1] 7/20
seal [5] 42/19 42/20 45/2 46/6 47/19
sealed [4] 4/20 13/3 17/11 57/8
sealing [2] 47/21 53/20
search [3] 7/4 7/4 47/2
seated [1] 52/4
second [6] 8/10 9/20 29/3 39/19 42/10 52/24
secondarily [1] 4/14
secrets [1] 18/2
section [2] 2/3 28/25
see [4] 7/19 38/17 42/1 53/11
seek [1] 8/7
seeking [2] 23/14 37/6
seeks [3] 18/5 18/6 45/22
seem [1] 21/19
seems [5] 9/13 13/17 18/24 30/19 32/21
seen [2] 25/15 30/6
sense [8] 4/24 4/24 14/23 14/24 15/14 17/16 49/2 53/24
sensitive [2] 18/20 18/25
sent [1] 5/22
separate [2] 37/18 46/20
separately [2] 20/23

series [1] 10/10
served [1] 22/24
set [4] 21/1 22/25 25/8 56/16
sets [1] 49/3
setting [1] 28/16
seven [1] 29/6
several [1] 34/17
shape [1] 10/18
share [3] 12/15 34/18 44/15
sharing [3] 30/16 45/22 46/7 46/23
sharper [1] 19/21
she [1] 28/8
shed [1] 5/1
should [18] 23/18 27/16 31/4 31/9 32/25 33/1 33/22 35/1 36/8 42/20 44/20 49/3 50/13 50/19 50/22 51/9 51/11 53/6
show [1] 7/23
side [3] 6/23 26/13 54/22
sides [1] 44/10
sight [1] 40/10
sign [2] 20/13 54/23
significant [2] 25/8 47/1
significantly [1] 5/21
similar [2] 41/2 41/9
simply [1] 14/25 42/10 42/17
simultaneous [1] 51/12
since [3] 13/2 14/7 51/17
sit [1] 32/6
six [3] 5/24 28/24 33/6
sixth [1] 35/18
SKADDEN [1] 3/3
skadden.com [1] 3/5
SLATE [1] 3/3
slice [1] 56/20
slide [10] 16/6 16/21 16/25 30/6 30/10 30/17 31/7 34/2 36/11 39/8
slides [2] 31/8 39/13
slightly [2] 14/12 15/8
so [74]
So I think [6] 15/7 31/25 34/20 34/24 35/19 52/22
So this is [1] 42/7
some [27] 4/16 5/1 8/15 13/14 15/18 17/9 17/16 17/16 18/4 19/8 19/9 23/19 24/8 24/17 26/17 27/15 28/18 30/21 32/16 33/13 36/10 37/15 42/13 47/14 51/24 55/24 56/5
somebody [1] 25/17
someone [1] 28/5
something [10] 17/1 17/10 17/25 19/13

39/18 55/25 56/9
sooner [1] 53/7
sorry [6] 10/4 10/6 10/7 31/14 35/6 54/1
sort [24] 4/11 4/19 12/3 12/11 16/22 17/6 17/18 17/21 17/22 25/1 25/2 25/10 26/10 26/17 26/20 34/9 34/10 37/8 44/7 44/8 46/1 50/14 50/25 53/1
sought [1] 22/16
sound [1] 41/2
speak [6] 10/15 20/20 22/7 26/14 28/5 28/8
speaking [1] 27/9
Special [9] 19/9 19/19 20/12 20/23 22/8 22/12 22/25 25/13 37/7
specific [7] 10/17 10/23 13/12 26/25 29/17 47/18 52/9
specifically [4] 10/16 13/16 21/13 42/14
specifics [2] 5/25 21/18
spending [1] 16/7
spent [1] 27/12
Square [1] 1/17
St [1] 2/9
stages [1] 26/2
stand [2] 15/3 15/18
stands [3] 31/1 52/1 57/18
start [9] 7/24 19/15 27/23 28/17 36/16 38/17 38/18 38/23 56/25
started [1] 5/20
starting [5] 34/17 34/20 35/2 43/23 44/7
State [1] 2/2
stated [5] 10/15 24/7 47/6
STATES [10] 1/1 1/3 1/10 4/3 4/6 5/13 10/14 10/17 10/23 23/16
States-specific [2] 10/17 10/23
STATUS [1] 1/9
stenography [1] 3/19
step [1] 19/14
steps [3] 5/3 33/3 33/10
stick [1] 6/15
still [9] 7/8 16/9 17/17 25/8 32/15 44/18 50/17 50/18 50/20
strategy [2] 39/15 39/15
Street [4] 1/13 1/18 2/14 2/19
strong [2] 31/21 35/14
structure [1] 39/16
structured [2] 55/20 56/25
stuff [1] 27/15

subject [12] 4/18 6/1 16/19 21/6 21/19 31/5 31/10 32/15 33/22 34/15 40/12
submission [7] 8/19 11/9 23/17 39/22 50/24 53/22 57/1
submissions [14] 5/16 8/9 8/10 11/21 12/1 26/24 26/24 44/1 44/2 44/15 45/11 51/12 53/18 56/24
submit [7] 42/24 45/25 48/1 48/7 54/22 54/23 56/9
submitted [17] 4/12 4/13 14/3 14/17 15/19 15/22 15/23 17/6 24/23 30/2 30/7 31/2 31/24 35/10 36/2 36/6 42/1
subpoenas [1] 40/12
substantial [2] 13/5 36/12
substantially [1] 6/6
substantiate [1] 50/14
suggest [1] 26/1
suggested [1] 19/12
suggesting [2] 25/7 41/11
Suite [3] 1/18 2/6 2/14
Sumar [3] 2/12 23/23 27/23
summaries [3] 14/21 14/22 36/19
summary [1] 36/3
supplement [1] 53/20
support [11] 10/8 35/11 36/2 36/3 36/18 37/11 42/18 46/1 47/9 47/20 48/7
supportive [1] 49/24
supports [1] 31/3
supposed [1] 14/2
sure [7] 7/17 13/4 18/15 19/22 33/10 38/2 42/5 42/14 57/7
surgical [1] 47/12
swaths [1] 25/2

**T**

T's [2] 45/22 46/7
table [1] 21/1
take [15] 7/12 8/1 9/4 20/14 20/24 21/22 27/6 32/16 33/3 33/10 33/21 40/14 42/3 54/24 57/5
taken [2] 12/19 15/17
talk [3] 31/13 35/7 57/10
talked [2] 33/21 54/11
talking [6] 20/7 25/9 26/4 32/10 34/12 54/20 50/21
tee [1] 12/3
tell [1] 25/24
ten [2] 6/8 51/24
tend [1] 22/14
termination [1] 34/19
terms [17] 12/13 13/1

26/3 26/23 30/21 30/24 31/7 32/17 35/3 37/15 46/7 46/17 47/3 49/21 52/17 57/2 57/10
Terrific [1] 10/25
test [2] 31/5 40/7
testifying [1] 39/10
testimony [5] 38/5 38/7 38/8 46/10 47/22
text [2] 44/12 45/8
than [11] 8/4 14/12 15/10 16/7 16/14 17/13 32/21 34/1 39/22 44/15 52/20
thank [31] 9/24 9/25 11/5 12/10 20/1 20/16 22/6 23/2 23/3 23/7 27/21 27/22 28/12 28/13 37/24 38/12 38/13 40/22 40/23 43/4 43/5 49/12 51/15 51/16 51/20 51/25 52/5 54/19 54/24 56/2 57/4 57/16
thank you [23] 9/24 9/25 11/5 12/10 20/16 22/6 23/3 23/7 27/21 27/22 28/13 38/12 38/13 40/22 40/23 43/4 49/12 51/15 51/16 51/20 54/19 57/4 57/16
Thank you so much [2] 37/24 43/5
Thanks [1] 7/17
that [329]
that's [43] 9/23 10/3 12/15 13/21 13/22 14/4 14/7 14/13 15/19 16/25 17/8 18/24 19/13 21/6 24/2 24/3 25/11 25/16 25/17 25/18 27/11 28/12 29/5 30/2 31/2 31/24 33/20 34/6 34/20 35/15 36/16 37/14 38/12 41/23 43/3 44/7 44/16 45/13 45/16 48/16 49/9 52/22 55/21
their [9] 4/12 11/8 17/7 26/10 29/9 29/17 32/18 44/22 50/22
them [14] 4/23 6/6 10/16 14/20 20/8 21/8 24/23 29/20 30/4 38/18 46/25 47/8 52/19 53/7
themselves [1] 16/14
then [23] 4/14 5/2 9/10 9/12 13/7 23/5 23/5 24/23 26/8 27/7 27/24 29/3 29/18 31/7 31/15 37/7 40/3 42/8 42/17 47/7 51/13 53/15 56/13
theoretically [1] 34/12
theory [1] 16/23
there [39] 9/17 13/20 15/12 15/21 17/8 18/3 18/3 19/8 23/24 24/7 26/3 26/20 31/16 31/23 33/15 33/16 33/23 34/17 38/5 38/5 38/7

**T**

there... [18] 38/7 38/10 38/11 39/9 41/12 41/17 42/11 48/25 50/16 50/17 50/24 51/12 52/7 53/20 53/21 54/24 55/23 57/15
there's [9] 4/15 22/15 26/2 27/14 46/15 48/24 51/12 51/18 52/12
therefore [1] 53/12
these [29] 5/7 6/14 6/15 8/12 9/12 11/20 11/24 12/15 12/20 13/11 13/14 16/20 22/25 27/20 29/16 32/17 33/6 33/25 34/10 34/11 35/11 40/17 41/15 46/23 47/7 48/2 50/2 50/21 51/10
they [31] 10/11 12/21 13/10 13/10 13/18 14/6 14/7 14/11 14/17 15/3 15/18 16/15 17/16 17/20 18/13 21/18 21/24 21/24 23/21 24/3 24/12 36/12 41/16 44/3 44/5 44/20 45/1 45/2 47/3 50/24 51/14
they'll [1] 53/11
they're [6] 23/14 24/2 32/15 36/12 37/4 46/14
they've [3] 44/2 45/5 45/9
thing [4] 19/6 31/12 39/25 53/23
things [14] 6/23 17/3 17/4 17/19 25/8 30/10 30/25 32/24 37/15 37/16 38/11 51/23 54/16 55/24
think [98]
thinking [2] 12/5 12/13
third [38] 4/16 7/2 8/17 10/19 10/20 12/17 12/21 16/13 17/6 18/13 21/22 21/24 22/4 23/5 24/16 24/17 24/22 26/14 27/24 29/4 31/13 35/7 35/10 38/15 40/4 40/9 40/11 42/17 43/6 43/10 43/16 43/22 46/17 49/14 52/10 53/5 53/13 53/18
third-party [6] 10/20 21/24 29/4 31/13 35/7 43/10
this [73]
This is Civil [1] 4/3
those [42] 5/3 6/2 13/24 14/1 14/4 14/23 15/8 15/10 21/5 21/14 21/21 21/22 23/17 23/19 23/20 24/15 24/16 24/19 26/12 26/18 26/25 26/25 29/23 29/19 30/23 32/13 33/10 36/18

Trent [2] 1/16 6/1
trial [31] 5/15 16/7 13/1 13/6 14/13 15/4 15/10 15/15 17/17 21/18 22/19 22/22 24/7 26/12 29/2 29/6 34/18 35/17 38/6 40/6 41/4 41/6 41/8 41/13 43/25 44/2 44/14 45/11 46/9 47/14 49/1
trials [1] 13/18
tricky [1] 25/20
trier [1] 15/20
truth [1] 14/19
try [5] 18/25 25/10 26/5 27/17 30/8
trying [8] 11/16 11/18 12/3 16/8 16/21 17/18 37/17 40/15
turn [1] 23/5
Turning [1] 6/3
tweak [3] 8/21 9/5 9/6
two [37] 3/8 9/17 13/23 14/16 20/8 20/9 20/25 21/7 21/13 21/14 23/10 23/14 23/24 24/7 24/11 27/6 28/22 29/14 29/19 30/25 32/24 35/24 37/1 37/5 39/12 41/20 43/1 46/2 50/11 50/25 50/25 51/13 51/14 52/13 54/7 54/16 56/13
twofold [1] 4/11
type [4] 6/19 6/20 39/22 39/23
types [1] 16/24

**U**

U.S [1] 1/13
ultimately [3] 47/7 52/16 54/17
under [9] 5/17 14/16 35/1 42/19 42/20 45/2 46/6 47/19 47/25
underscoring [1] 35/19
understand [13] 4/15 13/24 18/9 21/10 21/16 23/9 25/12 30/5 32/15 44/24 47/8 48/22 50/5
understanding [3] 7/5 49/6 49/9
understands [1] 38/2
unfortunately [2] 39/7 41/18
unique [1] 14/22
Unit [1] 2/4
UNITED [5] 1/1 1/3 1/10 4/3 5/13
universe [1] 29/15 49/3
unnecessarily [1] 43/21
unnecessary [1] 48/2
unredacted [2] 9/14 9/18
unresolved [1] 15/13
unseal [2] 45/22 48/4

unsealed [4] 23/22 33/2 35/1 45/10
unsealing [4] 23/18 28/23 33/4 47/9
until [3] 27/15 33/8 55/16
up [11] 7/19 12/3 23/22 25/21 26/17 28/9 32/20 32/21 38/14 49/4 56/20
upon [2] 18/1 51/5
urgency [1] 40/2
urgent [3] 28/23 29/4 36/23
us [17] 5/19 7/7 11/17 21/19 23/14 26/11 26/15 27/7 28/13 32/19 37/15 47/1 51/13 55/8 56/15 56/19 56/21
usdoj.gov [2] 1/15 1/20
use [2] 6/14 8/2
used [7] 34/8 35/16 39/4 39/5 40/6 49/1 50/7
useful [2] 15/5 39/23
using [1] 22/24

**V**

valuable [1] 22/21
various [8] 6/21 6/22 12/17 13/8 15/9 16/24 18/25 37/2
vast [2] 46/12 47/10
version [6] 9/18 9/18 18/16 41/20 53/9 53/10
versions [4] 8/7 44/14 45/6 45/11
versus [2] 4/4 49/21
very [32] 5/17 9/23 10/18 10/18 11/20 13/5 15/4 16/14 16/20 17/17 18/21 25/20 25/20 26/5 27/4 27/4 28/15 28/15 30/5 30/15 32/10 32/24 35/8 35/11 35/14 36/5 39/2 39/13 39/18 45/21 50/2 52/25
via [1] 37/21
view [4] 14/11 14/11 31/15 31/18
viewed [2] 16/12 16/13
views [2] 43/12
vs [1] 1/5

**W**

want [18] 7/18 7/19 12/23 17/10 18/20 18/25 21/1 21/11 28/13 29/25 30/20 32/20 32/20 38/1 38/2 51/23 56/9 57/6
wanted [2] 15/2 54/13 56/11
wanting [1] 18/10
wants [2] 11/23 56/19
was [37] 10/21 11/18 12/2 13/5 11/5 15/5 16/3 16/4 16/6 17/17

33/2 35/1 45/10

us [17] ...

**U**

U.S [1] 1/13

unsealed

68/2 21/18 24/5 24/8 26/16 29/1 30/7 36/18 55/8 38/7 39/4 39/10 39/10 39/25 40/6 41/5 41/12 41/17 41/19 41/22 42/1 46/10 47/22 54/12 55/21 57/9
wash [1] 31/15
Washington [8] 1/5 1/14 1/19 2/10 2/15 3/4 3/13 3/18
wasn't [3] 11/17 14/23 45/13
waste [1] 43/20
way [13] 8/12 9/10 14/6 16/6 16/22 17/19 19/1 24/11 24/18 26/21 32/5 34/12 46/22
ways [1] 36/10
wc.com [1] 2/11
we [174]
we believe [5] 8/12 29/3 31/3 44/11 56/17
we will [3] 27/19 51/1 54/23
we'd [7] 9/11 11/22 19/19 26/19 48/1 48/5 56/21
we'll [7] 23/5 25/10 38/18 54/23 57/9 57/15 57/15
we're [22] 5/18 9/7 10/18 18/7 20/7 24/18 25/1 25/9 27/16 27/17 29/20 32/10 33/5 33/20 41/3 48/6 49/24 50/13 50/20 52/8 54/9 54/14
we've [16] 5/15 5/20 5/22 6/5 11/15 21/11 26/4 30/1 33/21 45/8 47/11 47/25 48/8 49/10 51/4 56/16
week [8] 8/8 27/6
weekend [2] 10/19 10/21
weeks [12] 8/14 8/19 9/11 15/25 27/6 29/15 29/19 43/1 50/25 50/25 51/13 51/14
weigh [1] 29/20
weighty [1] 40/8
welcome [2] 5/3 19/12
well [25] 4/17 5/3 9/4 13/19 14/10 19/7 24/14 24/16 28/19 28/21 29/6 29/21 30/15 32/5 43/16 43/21 43/22 44/4 44/12 44/17 45/9 49/9 51/12 53/22 54/6
went [5] 10/10 13/2 13/4 15/11 26/11
were [41] 10/13 13/25 14/3 14/3 14/6 14/7 14/12 14/17 14/17 16/21 17/16 17/17 17/18 17/19 18/12 21/4 21/11 23/25 24/7 29/5 32/16 34/4 34/17 35/16

there... [18] ...

45/10 46/24 47/21 48/1 49/22 52/10 54/6 54/16 56/3 57/14
thought [1] 26/16
thoughts [11] 5/2 12/16 13/13 19/13 19/16 19/24 30/16 55/11 55/15 56/6 56/8
thousands [2] 36/12 36/13 36/13
three [8] 8/5 8/19 9/11 14/13 14/21 17/3 56/10 56/11
threshold [1] 15/13
through [11] 10/10 12/4 12/14 15/23 18/13 24/10 26/11 26/19 46/23 54/11 56/23
till [2] 11/25 27/16
time [22] 7/11 8/14 11/22 12/4 16/8 18/14 20/5 22/11 22/20 23/19 24/18 27/10 27/11 27/17 27/20 42/13 53/16 55/19 56/14 56/15 56/16 56/17
timeline [2] 28/20 29/13
Times [44] 2/12 2/13 7/14 13/8 14/1 14/9 14/21 15/17 17/2 17/5 22/16 23/5 23/10 23/13 24/6 25/22 26/25 27/1 28/5 28/11 29/18 31/1 32/16 33/3 35/9 35/22 37/7 39/25 40/5 40/15 41/11 42/2 42/14 44/18 48/25 49/7 49/10 50/24 51/11 53/7 53/8 53/17 54/5 54/13
Times' [16] 4/14 12/16 16/17 28/15 28/18 30/3 30/19 41/23 43/14 43/19 44/8 45/22 48/17 49/24 52/8 54/3
timing [4] 18/8 29/10 33/10 37/9
tirelessly [1] 27/19
titled [1] 58/4
today [7] 4/10 5/25 16/15 28/5 28/8 28/14 55/18
together [1] 18/12
told [1] 23/14
too [1] 5/4
took [3] 13/4 15/3 21/9
tool [1] 15/1
total [1] 6/5
tough [1] 25/17
toward [3] 17/22 30/9 33/3
trade [1] 18/2
transcript [5] 1/9 3/19 13/1 13/6 58/3
transcription [1] 3/20
transcripts [3] 14/2 21/21 54/12

**were... [17]** 36/20 37/1 37/3 37/22 39/9 40/1 40/6 41/4 41/8 41/9 41/15 45/6 46/7 47/5 54/8 54/10 54/10
**weren't [2]** 21/14 41/16
**West [1]** 3/8
**what [51]** 9/20 12/14 13/8 13/9 13/20 13/24 15/1 15/5 15/14 15/25 16/14 16/23 17/22 17/22 18/20 19/3 21/18 23/14 23/21 24/2 24/3 25/11 26/24 31/4 32/7 32/12 35/1 38/2 38/23 41/1 41/2 41/9 41/22 42/1 42/12 43/24 44/24 48/22 49/2 49/20 52/6 52/8 52/16 52/18 52/19 52/20 53/11 53/12 54/17 55/15 55/18
**what's [6]** 13/7 16/23 17/2 32/11 41/20 44/8
**whatever [5]** 48/9 51/4 51/8 51/10 56/5
**when [12]** 4/23 7/12 13/10 15/3 18/11 18/12 30/15 33/1 38/5 38/25 39/10 47/21
**where [15]** 4/19 12/25 17/18 27/11 29/6 29/7 30/6 30/11 31/17 32/20 32/20 35/22 39/10 54/8 56/5
**whether [9]** 19/8 19/13 25/21 30/1 33/2 36/6 42/12 45/24 49/19
**which [39]** 7/24 8/19 11/14 13/3 15/9 16/1 17/23 19/3 19/12 19/19 23/23 24/6 24/11 28/15 28/19 29/1 30/16 31/23 35/8 35/16 35/16 35/22 37/4 38/5 39/12 39/14 44/3 44/25 46/18 46/23 47/3 47/5 47/6 47/10 52/15 52/25 53/4 53/18 54/3
**while [2]** 25/7 27/20
**who [4]** 23/24 24/5 24/22 27/24
**who'd [1]** 4/16
**who've [1]** 5/19
**whole [1]** 32/2
**wholesale [1]** 41/12
**whom [1]** 18/14
**whose [1]** 46/9
**why [14]** 4/18 11/2 18/12 19/15 27/23 28/9 33/20 35/19 37/4 38/5 38/17 39/25 44/19 51/24
**will [35]** 4/22 5/6 11/11 23/23 25/1 27/12 27/19 28/7 34/14 38/8 38/9 38/10 38/11 41/2 44/6 44/13 44/23 45/10 47/6

53/12 53/15 54/16 54/16 54/23 55/15 55/16 55/19 57/3 57/8 57/9 57/14
**William [3]** 3/15 58/2 58/8
**WILLIAMS [1]** 2/9
**willing [4]** 33/10 33/20 36/22 39/21
**winnowed [1]** 5/21
**wireless [1]** 46/21
**wish [6]** 23/6 27/24 38/16 43/7 49/13 49/15
**within [6]** 6/13 6/15 6/16 6/22 8/8 34/9
**without [2]** 14/5 40/13
**witness [1]** 46/9
**witnesses [6]** 15/3 21/23 21/25 23/24 35/17 37/4
**wonder [1]** 30/17
**wondering [1]** 37/20
**work [2]** 27/19 50/7
**worked [2]** 5/15 5/19
**working [2]** 26/5 27/4
**worth [1]** 35/19
**would [71]**
**written [1]** 26/24
**wrong [1]** 23/23

**Y**

**Yeah [6]** 22/9 23/22 32/4 42/6 55/5 55/21
**year [1]** 34/19
**yes [11]** 9/16 10/2 20/9 20/18 21/25 34/6 37/23 38/11 42/6 49/23 55/2
**yet [2]** 19/2 29/23
**York [34]** 2/12 2/13 3/2 3/4 3/9 4/14 7/13 12/16 13/8 14/1 15/17 17/2 22/16 28/11 40/15 40/24 40/25 42/14 43/14 43/19 44/8 44/18 45/21 48/17 48/25 49/7 49/10 49/24 50/24 52/8 53/6 54/3 54/5 54/13
**you [138]**
**you'd [6]** 42/23 51/18 53/8 53/19 53/21 57/11
**you'll [3]** 14/8 28/17 57/1
**you're [4]** 12/3 12/5 25/17 37/20
**you've [8]** 5/4 28/19 29/4 29/10 29/18 35/8 35/13 37/15
**your [110]**
**Your Honor [85]**

**Z**

**Zaremba [3]** 3/15 58/2 58/8