Case 1:20-cv-03010-APM   Document 847   Filed 03/12/24   Page 1 of 2

U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

2024 MAR 12 PM 4:28
2024 MAR 12 PM 4:28

FILING DEPOSITORY
FILING DEPOSITORY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN |

Plaintiff

vs. Civil Action No. **1:20-cv-03010**

| GOOGLE LLC, |
| Defendant |
| STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, |

Defendant

## *NOTICE OF APPEAL OF DENIAL MOTION JOINDER*



RECEIVED
Mail Room

MAR 13 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

## NOTICE OF APPEAL OF DENIAL MOTION JOINDER

  Notice is hereby given this day of March 12, 2024 that Brad Greenspan hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the day of January 23, 2024 against said Litigant attached as the denial of Appellant's Motion Joinder.

(attached Order Exhibit #1) and the evidence of the counterfeit stamp being challenged on Motion Joinder appeal. (Exhibit #2)

/s/ *Brad Greenspan*

Attorney or Pro Se Litigant