IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

**STIPULATED CONFIDENTIALITY MANAGEMENT ORDER REGARDING RESPONSIVE POST-TRIAL SUBMISSIONS AND INTERVENOR THE NEW YORK TIMES COMPANY'S MOTION FOR JUDICIAL ACCESS**

In order to maximize public access to the parties' Responsive Proposed Findings of Fact and Responsive Proposed Conclusions of Law ("Responsive Post-Trial Submissions") and address certain requests made by Intervenor The New York Times Company ("The Times") while providing for the protection of confidential information as allowed under the Federal Rules of Civil Procedure and Local Rule 5.1(h), it is hereby ORDERED that all parties and non-parties shall comply with each of the directives set forth below governing the disclosure of information designated as "Confidential Information" or "Highly Confidential Information" pursuant to the

Stipulated Protective Order entered in this matter, ECF No. 98 or the Stipulated Order on the Use of Confidential Information at Trial, ECF No. 647:

1. To facilitate expedient public access to the Responsive Post-Trial Submissions, the Court orders that, by March 29, 2024, the parties shall file public, redacted versions of the parties' Responsive Post-Trial Submissions that are consistent with the confidentiality rulings, redactions, and disclosures to the cited documents and testimony made at trial. The parties shall not disclose any information that was not publicly disclosed at trial that has been previously identified as Confidential or Highly Confidential by a party or non-party, unless all parties and non-parties with a confidentiality interest in such information have confirmed that it may be publicly disclosed.

2. To facilitate the subsequent filing of versions of the Responsive Post-Trial Submissions with redactions consistent with the Court's guidance and *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980), the Court orders:

    a. If a party quoted or described in its Responsive Post-Trial Submissions any information not previously disclosed publicly at trial that a non-party maintained as Confidential or Highly Confidential, then by March 27, 2024, the party shall provide the applicable non-party with notice of the information quoted or described so that the non-party may identify any redactions it contends are warranted.

    b. By April 2, 2024, Google and non-parties shall provide proposed redactions to their Confidential or Highly Confidential Information in the parties' Responsive Post-Trial Submissions.

    c. By April 5, 2024, the parties and non-parties shall complete any necessary meet-and-confers regarding proposed redactions by Google or non-parties to the parties' Responsive Post-Trial Submissions.

    d. By April 10, 2024 the parties and non-parties shall file brief position statements regarding any remaining disputes over proposed redactions to the Post-Trial Submissions or Responsive Post-Trial Submissions, including any disputes proposed using the processes set forth in ECF No. 831.

3. To facilitate access to certain exhibits and deposition designations sought by The Times in ECF No. 800, the Court orders:

    a. By April 2, 2024, Google and non-parties shall provide to the Times the following materials with any redactions that Google or the non-parties contend are warranted:

        i. JX0024, JX0033, JX0037, JX0071, JX0091, and JX0099;

        ii. The exhibits listed in Exhibit A to the Declaration of Al-Amyn Sumar, ECF No. 800-4 and Exhibit B to the Declaration of Al-Amyn Sumar, ECF No. 800-5;

        iii. JX0062, UPX0129, UPX0161, UPX0617, and UPX6024; and

        iv. The designations entered into evidence from the depositions of Shirley Heath (Microsoft) and Mike James (Amazon).

    b. By April 5, 2024, Google and non-parties shall complete any necessary meet-and-confers with The Times regarding any redactions to the materials listed in paragraph 3(a).

    c. By April 10, 2024, the parties, non-parties, and The Times shall file brief position statements regarding any disputes relating to redactions to the materials listed in paragraph 3(a).

SO ORDERED.

Dated: March ___, 2024

_____
Amit P. Mehta
Unites States District Court Judge