UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

2024 MAR 25  PH 11: 33

FILING DEPOSITORY

2024 MAR 25  PH 11: 33

FILING DEPOSITORY

### AFTER-HOURS DEPOSITORY

*Please complete the following information, date/time stamp this form and affix to each package.*

Case Number  New Case No. on appeal from 1:20-cv-03010

Contents:  ☐ Briefs
☐ Appendices/Record Material
☒ Motions
☒ Other *(Please Identify)*   Notice of Appeal
¡Denial Motion For Recusal
Docket #801 and Denial
Motion For Recusal #802

Note:  **Emergency matters and/or sealed materials may not be placed in the filings depository.**

# Notice of Appeal
# Denial Motion For Recusal
# Docket #801 and Denial
# Motion For Recusal #802

USCA Form 1
AUGUST 2009 (REVISED)

## UNITED STATES COURT OF APPEALS
### DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

*Please time stamp below.*

### AFTER-HOURS DEPOSITORY

*Please complete the following information, date/time stamp this form and affix to each package.*

Case Number   New Case No. on appeal from 1:20-cv-03010

Contents:  ☐ Briefs
☐ Appendices/Record Material
☒ Motions
☒ Other *(Please Identify)*   Notice of Appeal
Denial Motion For Recusal
Docket #801 and Denial
Motion For Recusal #802

Note:  **Emergency matters and/or sealed materials may not be placed in the filings depository.**

# Notice of Appeal
# Denial Motion For Recusal
# Docket #801 and Denial
# Motion For Recusal #802

USCA Form 1
AUGUST 2009 (REVISED)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, STATE OF
ARKANSAS, STATE OF CALIFORNIA,
STATE OF FLORIDA, STATE OF GEORGIA,
STATE OF INDIANA, COMMONWEALTH
OF KENTUCKY, STATE OF LOUISIANA,
STATE OF MICHIGAN, STATE OF
MISSISSIPPI, STATE OF MISSOURI, STATE
OF MONTANA, STATE OF SOUTH
CAROLINA, STATE OF TEXAS, AND
STATE OF WISCONSIN

Plaintiff

vs. Civil Action No.____1:20-cv-03010_____

GOOGLE LLC,

Defendant.

STATE OF COLORADO, STATE OF
NEBRASKA, STATE OF ARIZONA, STATE
OF IOWA, STATE OF NEW YORK, STATE
OF NORTH CAROLINA, STATE OF
TENNESSEE, STATE OF UTAH, STATE OF
ALASKA, STATE OF CONNECTICUT,
STATE OF DELAWARE, DISTRICT OF
COLUMBIA, TERRITORY OF GUAM,
STATE OF HAWAII, STATE OF ILLINOIS,
STATE OF KANSAS, STATE OF MAINE,
STATE OF MARYLAND,
COMMONWEALTH OF MASSACHUSETTS,
STATE OF MINNESOTA, STATE OF
NEVADA, STATE OF NEW HAMPSHIRE,
STATE OF NEW JERSEY, STATE OF NEW
MEXICO, STATE OF NORTH DAKOTA,
STATE OF OHIO, STATE OF OKLAHOMA,
STATE OF OREGON, COMMONWEALTH
OF PENNSYLVANIA, COMMONWEALTH
OF PUERTO RICO, STATE OF RHODE
ISLAND, STATE OF SOUTH DAKOTA,
STATE OF VERMONT, COMMONWEALTH
OF VIRGINIA, STATE OF WASHINGTON,

Defendant

*NOTICE OF APPEAL OF DENIAL MOTIONS RECUSAL DOCKETS #801
AND #802*

1

*NOTICE OF APPEAL OF DENIAL MOTIONS RECUSAL DOCKETS #801 AND #802*

OPENING D.C. CIRCUIT COURT OF APPEALS SEPARATE DOCKETED

NEW CASE NO. FOR *NOTICE OF APPEAL OF DENIAL MOTIONS RECUSAL DOCKETS #801 AND #802*

Notice is hereby given this day of March 25, 2024 that FRCP Rule 23 Class lead plaintiff Brad Greenspan hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from Orders of this Court entered on the day of January 24, 2024 denying Motion For Recusal #801 and Motion For Recusal #802 (Exhibit #1).

Dated March 25, 2024

Respectfully submitted

By:    */s/ Brad Greenspan*

Brad Greenspan

Pro Se Appellant

2