Exhibit #1

respect to the motions to recuse. 28 U.S.C. § 455 sets forth the circumstances under which a judge must be disqualified from presiding over a case. Mr. Greenspan as a nonparty does not have standing to move to recuse under this statute. See United States v. Sciarra, 851 F.2d 621, 634 (3d Cir. 1988) (Section 455 does not confer standing upon non-party witnesses to challenge the impartiality of the judge); United States v. 8 Gilcrease Lane, No. 08-cv-1345 (RMC), 2009 WL 2408414, at *1 (D.D.C. Aug. 4, 2009) (denying motion to recuse by a nonparty whom the court had already

4

*NOTICE OF APPEAL OF PRE-FILING VEXTIOUS LITIGANT ORDER*

OPENING D.C. CIRCUIT COURT OF APPEALS SEPARATE DOCKETED

NEW CASE NO. FOR *NOTICE OF APPEAL OF PRE-FILING VEXTIOUS LITIGANT ORDER*

Notice is hereby given this day of March 25, 2024 that FRCP Rule 23 Class lead plaintiff Brad Greenspan hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from Order of this Court entered on the day of January 26, 2024 or alternatively January 25, 2024 imposing *a PRE-FILING VEXTIOUS LITIGANT ORDER* (Exhibit #1).

Respectfully submitted

By: *\_/s/ Brad Greenspan\_*

Brad Greenspan

Pro Se Appellant

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, STATE OF
ARKANSAS, STATE OF CALIFORNIA,
STATE OF FLORIDA, STATE OF GEORGIA,
STATE OF INDIANA, COMMONWEALTH
OF KENTUCKY, STATE OF LOUISIANA,
STATE OF MICHIGAN, STATE OF
MISSISSIPPI, STATE OF MISSOURI, STATE
OF MONTANA, STATE OF SOUTH
CAROLINA, STATE OF TEXAS, AND
STATE OF WISCONSIN

Plaintiff

vs. Civil Action No. __1:20-cv-03010__

GOOGLE LLC,

                                    Defendant.

STATE OF COLORADO, STATE OF
NEBRASKA, STATE OF ARIZONA, STATE
OF IOWA, STATE OF NEW YORK, STATE
OF NORTH CAROLINA, STATE OF
TENNESSEE, STATE OF UTAH, STATE OF
ALASKA, STATE OF CONNECTICUT,
STATE OF DELAWARE, DISTRICT OF
COLUMBIA, TERRITORY OF GUAM,
STATE OF HAWAII, STATE OF ILLINOIS,
STATE OF KANSAS, STATE OF MAINE,
STATE OF MARYLAND,
COMMONWEALTH OF MASSACHUSETTS,
STATE OF MINNESOTA, STATE OF
NEVADA, STATE OF NEW HAMPSHIRE,
STATE OF NEW JERSEY, STATE OF NEW
MEXICO, STATE OF NORTH DAKOTA,
STATE OF OHIO, STATE OF OKLAHOMA,
STATE OF OREGON, COMMONWEALTH
OF PENNSYLVANIA, COMMONWEALTH
OF PUERTO RICO, STATE OF RHODE
ISLAND, STATE OF SOUTH DAKOTA,
STATE OF VERMONT, COMMONWEALTH
OF VIRGINIA, STATE OF WASHINGTON,

Defendant

*NOTICE OF APPEAL OF PRE-FILING VEXTIOUS LITIGANT ORDER*

1

Exhibit #1

| 01/25/2024 | | MINUTE ORDER. In light of the court's denials of intervention by Brad Greenspan and his history of frivolous, repetitive filings, the Clerk of Court is hereby directed to accept no further filings from Mr. Greenspan in this matter, absent leave of court. Signed by Judge Amit P. Mehta on 1/25/24. (lcapm2) (Entered: 01/25/2024) |

4

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Case Caption: USA

**Notice of Appeal Denial Motion 59E Docket #806**

NOTICE OF APPEAL OF DENIAL
MOTION 59E Docket #806

Google

v.

Case No: 1:20-cv-03010

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Appointed (CJA/FPD)  ○ Pro Bono  ○ Govt counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

## Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Brad Greenspan FRCP Rule 23f Lead Plaintiff

Notice of Appeal Denial Motion 59E Docket #806

_____

_____

_____

## Counsel Information

Lead Counsel:  Alfred Constants III

Direct Phone: ( 516 ) 200-9660   Fax: ( ___ ) ___ - ___   Email: ConstantsLaw@protonmail.com

2nd Counsel:

Direct Phone: ( ___ ) ___   Fax: ( ___ ) ___ - ___   Email:

3rd Counsel:

Direct Phone: ( ___ ) ___   Fax: ( ___ ) ___ - ___   Email:

Firm Name:  Constants Law LLC

Firm Address: 115 Forest Ave., #331, Locust Valley, NY 11560, United States

Firm Phone: ( 516 ) 200-9660   Fax: ( ___ ) ___ - ___   Email: ConstantsLaw@protonmail.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
Names of non-member attorneys listed above will not be entered on the court's docket. Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, STATE OF
ARKANSAS, STATE OF CALIFORNIA,
STATE OF FLORIDA, STATE OF GEORGIA,
STATE OF INDIANA, COMMONWEALTH
OF KENTUCKY, STATE OF LOUISIANA,
STATE OF MICHIGAN, STATE OF
MISSISSIPPI, STATE OF MISSOURI, STATE
OF MONTANA, STATE OF SOUTH
CAROLINA, STATE OF TEXAS, AND
STATE OF WISCONSIN

Plaintiff

vs. Civil Action No.____1:20-cv-03010_____

GOOGLE LLC,

Defendant.

STATE OF COLORADO, STATE OF
NEBRASKA, STATE OF ARIZONA, STATE
OF IOWA, STATE OF NEW YORK, STATE
OF NORTH CAROLINA, STATE OF
TENNESSEE, STATE OF UTAH, STATE OF
ALASKA, STATE OF CONNECTICUT,
STATE OF DELAWARE, DISTRICT OF
COLUMBIA, TERRITORY OF GUAM,
STATE OF HAWAII, STATE OF ILLINOIS,
STATE OF KANSAS, STATE OF MAINE,
STATE OF MARYLAND,
COMMONWEALTH OF MASSACHUSETTS,
STATE OF MINNESOTA, STATE OF
NEVADA, STATE OF NEW HAMPSHIRE,
STATE OF NEW JERSEY, STATE OF NEW
MEXICO, STATE OF NORTH DAKOTA,
STATE OF OHIO, STATE OF OKLAHOMA,
STATE OF OREGON, COMMONWEALTH
OF PENNSYLVANIA, COMMONWEALTH
OF PUERTO RICO, STATE OF RHODE
ISLAND, STATE OF SOUTH DAKOTA,
STATE OF VERMONT, COMMONWEALTH
OF VIRGINIA, STATE OF WASHINGTON,

Defendant

*NOTICE OF APPEAL OF DENIAL MOTION 59E*

1

NOTICE OF APPEAL OF DENIAL MOTIONS 59E

ORAL HEARING REQUESTED

OPENING D.C. CIRCUIT COURT OF APPEALS SEPARATE DOCKETED

NEW CASE NO. FOR ORDER ON MOTION 59E DENIED

Notice is hereby given this day of March 25, 2024 that FRCP Rule 23 Class lead plaintiff Brad Greenspan hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from Order of this Court entered on the day of January 25, 2024 denying Appellant's Motion 59E (Exhibit #1).

Respectfully submitted

Constants Law Offices, LLC.

By: _____

Alfred Constants III, Esq.

115 Forest Ave., #331
Locust Valley
New York 11560
Telephone: (516) 200-9660
Email: ConstantsLaw@protonmail.com

2

Exhibit #1

| | | |
|---|---|---|
| *Filed & Entered:* | 01/25/2024 | Order on Motion to Vacate |
| *Docket Text:* MINUTE ORDER. Brad Greenspan's motions at ECF Nos. 804, 805, and 806 are hereby denied. Signed by Judge Amit P. Mehta on 1/25/24. (lcapm2) | | |

**UNITED STATES COURT OF APPEALS**

**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

NOTICE OF APPEAL OF
DENIAL MOTION **60D**

Case Caption: USA

**Docket
#805**

v.

Case No: 1:20-cv-03010

Google

### ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⊙ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ⊙ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Brad Greenspan FRCP Rule 23f Lead Plaintiff

# Notice of Appeal Denial

# Motion 60(d)(1),(2),(3)(4),(5)

# Docket #805

Lead Counsel: Alfred Constants III

Direct Phone: ( 516 ) 200-9660   Fax: (___) ___ -     Email: ConstantsLaw@protonmail.com

2nd Counsel:

Direct Phone: (___) ___ -   Fax: (___) ___     Email:

3rd Counsel:

Direct Phone: (___) ___ -   Fax: (___) ___     Email:

Firm Name:   Constants Law LLC

Firm Address: 115 Forest Ave., #331, Locust Valley, NY 11560, United States

Firm Phone: ( 516 ) 200-9660   Fax: (___) ___ -     Email: ConstantsLaw@protonmail.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, STATE OF
ARKANSAS, STATE OF CALIFORNIA,
STATE OF FLORIDA, STATE OF GEORGIA,
STATE OF INDIANA, COMMONWEALTH
OF KENTUCKY, STATE OF LOUISIANA,
STATE OF MICHIGAN, STATE OF
MISSISSIPPI, STATE OF MISSOURI, STATE
OF MONTANA, STATE OF SOUTH
CAROLINA, STATE OF TEXAS, AND
STATE OF WISCONSIN

Plaintiff

vs. Civil Action No.    1:20-cv-03010

GOOGLE LLC,

                    Defendant.

STATE OF COLORADO, STATE OF
NEBRASKA, STATE OF ARIZONA, STATE
OF IOWA, STATE OF NEW YORK, STATE
OF NORTH CAROLINA, STATE OF
TENNESSEE, STATE OF UTAH, STATE OF
ALASKA, STATE OF CONNECTICUT,
STATE OF DELAWARE, DISTRICT OF
COLUMBIA, TERRITORY OF GUAM,
STATE OF HAWAII, STATE OF ILLINOIS,
STATE OF KANSAS, STATE OF MAINE,
STATE OF MARYLAND,
COMMONWEALTH OF MASSACHUSETTS,
STATE OF MINNESOTA, STATE OF
NEVADA, STATE OF NEW HAMPSHIRE,
STATE OF NEW JERSEY, STATE OF NEW
MEXICO, STATE OF NORTH DAKOTA,
STATE OF OHIO, STATE OF OKLAHOMA,
STATE OF OREGON, COMMONWEALTH
OF PENNSYLVANIA, COMMONWEALTH
OF PUERTO RICO, STATE OF RHODE
ISLAND, STATE OF SOUTH DAKOTA,
STATE OF VERMONT, COMMONWEALTH
OF VIRGINIA, STATE OF WASHINGTON,

Defendant

*NOTICE OF APPEAL OF DENIAL MOTION 60D5*

1

NOTICE OF APPEAL OF DENIAL MOTIONS 60D5

ORAL HEARING REQUESTED

OPENING D.C. CIRCUIT COURT OF APPEALS SEPARATE DOCKETED

NEW CASE NO. FOR ORDER ON MOTION 60D5 DENIED

Notice is hereby given this day of March 25, 2024 that FRCP Rule 23 Class

lead plaintiff Brad Greenspan hereby appeals to the United States Court of Appeals

for the District of Columbia Circuit from Order of this Court entered on the

day of January 25, 2024 denying Appellant's Motion 60d5 (Exhibit #1).


Respectfully submitted

Constants Law Offices, LLC.

By: _Alfred C Constant Esq_

Alfred Constants III, Esq.


115 Forest Ave., #331
Locust Valley
New York 11560
Telephone: (516) 200-9660
Email: ConstantsLaw@protonmail.com

2

Exhibit #1

| *Filed & Entered:* | 01/25/2024 | Order on Motion to Vacate |

*Docket Text:* MINUTE ORDER. Brad Greenspan's motions at ECF Nos. 804, 805, and 806 are hereby denied. Signed by Judge Amit P. Mehta on 1/25/24. (lcapm2)

4

## UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

NOTICE OF APPEAL OF
DENIAL MOTION 60B3

Case Caption: USA

v.

Google

Case No: 1:20-cv-03010

### ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Brad Greenspan FRCP Rule 23f Lead Plaintiff

## Notice of Appeal Denial
## Docket #804
## Motion FRCP Rule 60B3

### Counsel Information

Lead Counsel: Alfred Constants III

Direct Phone: (516) 200-9660   Fax: (___) _____-___   Email: ConstantsLaw@protonmail.com

2nd Counsel:

Direct Phone: (___) _____-___   Fax: (___) _____-___   Email:

3rd Counsel:

Direct Phone: (___) _____-___   Fax: (___) _____-___   Email:

Firm Name: Constants Law LLC

Firm Address: 115 Forest Ave., #331, Locust Valley, NY 11560, United States

Firm Phone: (516) 200-9660   Fax: (___) _____-___   Email: ConstantsLaw@protonmail.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, STATE OF
ARKANSAS, STATE OF CALIFORNIA,
STATE OF FLORIDA, STATE OF GEORGIA,
STATE OF INDIANA, COMMONWEALTH
OF KENTUCKY, STATE OF LOUISIANA,
STATE OF MICHIGAN, STATE OF
MISSISSIPPI, STATE OF MISSOURI, STATE
OF MONTANA, STATE OF SOUTH
CAROLINA, STATE OF TEXAS, AND
STATE OF WISCONSIN

Plaintiff

vs. Civil Action No.   1:20-cv-03010

GOOGLE LLC.

                              Defendant.

STATE OF COLORADO, STATE OF
NEBRASKA, STATE OF ARIZONA, STATE
OF IOWA, STATE OF NEW YORK, STATE
OF NORTH CAROLINA, STATE OF
TENNESSEE, STATE OF UTAH, STATE OF
ALASKA, STATE OF CONNECTICUT,
STATE OF DELAWARE, DISTRICT OF
COLUMBIA, TERRITORY OF GUAM,
STATE OF HAWAII, STATE OF ILLINOIS,
STATE OF KANSAS, STATE OF MAINE,
STATE OF MARYLAND,
COMMONWEALTH OF MASSACHUSETTS,
STATE OF MINNESOTA, STATE OF
NEVADA, STATE OF NEW HAMPSHIRE,
STATE OF NEW JERSEY, STATE OF NEW
MEXICO, STATE OF NORTH DAKOTA,
STATE OF OHIO, STATE OF OKLAHOMA,
STATE OF OREGON, COMMONWEALTH
OF PENNSYLVANIA, COMMONWEALTH
OF PUERTO RICO, STATE OF RHODE
ISLAND, STATE OF SOUTH DAKOTA,
STATE OF VERMONT, COMMONWEALTH
OF VIRGINIA, STATE OF WASHINGTON,

Defendant

*NOTICE OF APPEAL OF DENIAL MOTION 60B3*

1

NOTICE OF APPEAL OF DENIAL MOTIONS 60B3

ORAL HEARING REQUESTED

OPENING D.C. CIRCUIT COURT OF APPEALS SEPARATE DOCKETED

NEW CASE NO. FOR ORDER ON MOTION 60B3 DENIED

Notice is hereby given this day of March 25, 2024 that FRCP Rule 23 Class

lead plaintiff Brad Greenspan hereby appeals to the United States Court of Appeals

for the District of Columbia Circuit from Order of this Court entered on the

day of January 25, 2024 denying Appellant's Motion 60b3 (Exhibit #1).


Respectfully submitted

Constants Law Offices, LLC.

By: _____

Alfred Constants III, Esq.


115 Forest Ave., #331
Locust Valley
New York 11560
Telephone: (516) 200-9660
Email: ConstantsLaw@protonmail.com


2

Exhibit #1

3

| Filed & Entered: | 01/25/2024 | Order on Motion to Vacate |

*Docket Text:* MINUTE ORDER. Brad Greenspan's motions at ECF Nos. 804, 805, and 806 are hereby denied. Signed by Judge Amit P. Mehta on 1/25/24. (lcapm2)

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAR 26 2024

RECEIVED