IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Matthew C. Hammond hereby withdraws as attorney of record for Plaintiff United States of America in the above-captioned matter. Plaintiff United States will continue to be represented by Kenneth Dintzer, Adam Severt, Meagan Bellshaw, and others, who all have filed appearances in this matter.

Dated: March 29, 2024

Respectfully submitted,

*/s/ Matthew C. Hammond*
Matthew C. Hammond

U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Telephone: (202) 305-8541
matthew.hammond@usdoj.gov

*Counsel for Plaintiff United States of America*