IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>  Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>  Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Intervenor The New York Times Company.

Dated: April 2, 2024

*/s/ Maya Gandhi*
Maya Gandhi (#NY0584)
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
Phone: (212) 556-1244
Email: maya.gandhi@nytimes.com

*Counsel for The New York Times Company*