# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE THAT the undersigned, of the law firm of McDermott Will &

Emery LLP, is admitted to practice in this court and is hereby entering an appearance as counsel

of record for non-party Motorola Mobility LLC in the above-captioned matter.

Dated:  April 10, 2024

By:    */s/ Anthony Ferrara*

Anthony Ferrara (D.C. Bar No. 1657588)

**MCDERMOTT WILL & EMERY LLP**

500 North Capitol Street NW
Washington, D.C. 20001
Tel: 202 756 8435
Email:  aferrara@mwe.com

*Attorney for non-party Motorola Mobility LLC*