# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DECLARATION OF MIKE JAMES IN SUPPORT OF AMAZON.COM, INC.'S POSITION STATEMENT REGARDING DEPOSITION DESIGNATIONS**

I, Mike James, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.　　I am Director of Automated Marketing & Events, formerly known as the Traffic & Marketing Tech team, at Amazon. The team builds and manages a large segment of Amazon's marketing programs, determining how and where to most efficiently invest. We manage a wide range of different channels that customers use to get to Amazon, including Google paid search advertising. I submit this declaration in support of Amazon's Position Statement.

2.　　I sat for a third-party deposition in this matter on February 10, 2022. I understand that Amazon's Position Statement asks the Court to keep limited portions of that testimony under

seal. I have re-reviewed the deposition testimony at issue, and am familiar with it.

3. The contents of this declaration are based on my personal knowledge of Amazon's business practices and the information and documents relevant to competitive decision-making in Amazon's marketing business. If called as a witness in this action, I could and would testify competently as to the contents of this declaration.

4. The limited portions of my deposition testimony that should be sealed fall into three categories: (1) internal assessments of Amazon's use of Google Ads; (2) certain financial information, including Amazon's spending on Google advertising; and (3) Amazon's confidential plans for future product offerings and features and marketing strategies. Each of these are confidential and competitively sensitive, and their disclosure would harm Amazon's business as we seek to purchase advertising from Google and engage in other marketing activities with Google and other competing advertising publishers.

5. Our internal assessments of Amazon's purchases of Google advertising products are extremely sensitive. If disclosed, this information would cause severe competitive harm to Amazon and to the marketplace by impacting our negotiations with Google and Google's competitors. Google and competitor ad publishers could leverage this information to extract higher prices or more favorable terms from Amazon. This would not only harm Amazon—it would also harm selling partners in our store, whose products our ads on Google link to. These assessments are shared only with a limited group within Amazon, including a core team within my group, Amazon's leadership, and supporting teams like Amazon's Legal department. They include descriptions and analysis of Amazon's highly confidential marketing strategy. Such assessments are described in the following portions of my deposition testimony:

- **Tr. 25:2–5, 7–8, 9–10**. Discussing Amazon's assessment of its return on investment based on the location an advertisement is placed on a search results

page, as well as Amazon's highly confidential analysis of an ongoing business relationship. Disclosure would enable Amazon's competitors to unfairly leverage non-public information in negotiations with Amazon, resulting in severe harm to Amazon and to the competitive landscape. Specifically, disclosure of the weight that Amazon places on the location of a search page could be used by Google and other advertisement publishers to extract concessions from Amazon during future negotiations.

- **Tr. 46:15–16**. Discussing Amazon's highly confidential analysis of an ongoing business relationship. Disclosure would enable Amazon's competitors to unfairly leverage non-public information in negotiations with Amazon, resulting in severe harm to Amazon and to the competitive landscape.

- **Tr. 48:24**. Discussing Amazon's competitive assessment of Google's non-public terms regarding the Merchant Carousel, a Google Shopping Ads format. Disclosure would enable Amazon's competitors to unfairly leverage non-public information in negotiations with Amazon resulting in severe harm to Amazon and to the competitive landscape.

- **Tr. 52:20–25; 53:8–12, 22–24; 54:5–8, 11–12, 15–17**. Discussing internal Amazon conversations assessing Google's strategy in releasing advertising products and Amazon's potential responses. Disclosure would enable Google to adjust its own strategy to neutralize Amazon's responses. Public disclosure also would enable competitors to anticipate and undercut Amazon's positions by strategically bidding against Amazon in competitive bidding situations. This would result in unfair competitive harm to Amazon and to the competitive landscape.

- **Tr. 65:13, 25; 66:1, 10–15**; **67:11–15, 20–21, 68:5–15, 18–21; 69:8–16; 74:10, 11, 12–17**. Discussing Amazon's highly confidential analysis of an ongoing business relationship and internal strategies concerning different approaches to that relationship, including nonpublic, future business plans for the relationship. Disclosure would enable Google, other ad publishers, and Amazon's competitors unfairly to leverage non-public information in negotiations with Amazon in relation to both Amazon's present and proposed future strategy, resulting in severe harm to Amazon and to the competitive landscape.

- **Tr. 82:2, 8–12, 20–22**. Discussing incrementality on mobile applications and Amazon's highly confidential internal assessment regarding the causes of this development, including discussion of related customer behavior. Disclosure would enable Amazon's competitors to determine Amazon's marketing strategy, especially with respect to mobile versus desktop applications, and use that information to raise prices to Amazon or extract other concessions, interfering with Amazon's planned products and business strategy.

- **Tr. 84:5–8, 14–19, 23–25; 85:1–4**. Discussing Amazon's highly confidential analysis of incrementality by customer groups and Amazon's anticipated bidding strategy. Disclosure would enable Amazon's competitors to determine Amazon's

3

marketing strategy for advertising to certain customer groups and use that information to raise prices to Amazon or extract other concessions, interfering with Amazon's planned products and business strategy.

- **Tr. 85:23–25; 86:5–9, 11–15**. Discussing highly confidential analysis of an ongoing business relationship and related tests to evaluate future plans for using the products and services of that counterparty. Disclosure would enable Google, other ad publishers, and other competitors to unfairly leverage non-public information in negotiations with or competition against Amazon, such as by pushing commercial terms and obligations on Amazon, resulting in severe harm to Amazon and to the competitive landscape.

- **Tr. 87:23–24; 88:2–5, 8, 11–14**. Discussing Amazon's highly confidential assessment regarding investing in paid versus free search and resulting implications for Amazon's advertisement expenditure strategy. Disclosure would enable Google, other ad publishers, and other competitors to determine Amazon's marketing strategy and use that information to raise prices to Amazon or extract other concessions from Amazon, interfering with Amazon's planned products and business strategy.

- **Tr. 100:4, 10**. Discussing Amazon's highly confidential analysis of an ongoing business relationship. Disclosure would enable Amazon's competitors to unfairly leverage non-public information in negotiations with Amazon, resulting in severe harm to Amazon and to the competitive landscape.

- **Tr. 123:3–22; 124:2–11, 16–25; 125:1; 126:2–5, 14–15; 127:3–13**. Discussing Amazon's highly confidential analysis of an ongoing business relationship, including implications concerning customer acquisition and impact on Amazon's revenue. Specifically, this passage concerns the types of customers that Amazon is interested in reaching with its advertising and its strategy regarding the means for doing so. Disclosure would enable Google, other ad publishers, and other competitors to unfairly leverage non-public information in negotiations with Amazon, resulting in severe harm to Amazon and to the competitive landscape.

- **Tr. 133:3**. Discussing Amazon's highly confidential analysis of an ongoing business relationship. Disclosure would enable Amazon's competitors to unfairly leverage non-public information in negotiations with Amazon, resulting in severe harm to Amazon and to the competitive landscape

- **Tr. 138:4, 5, 15–16, 25; 139:1–3, 6–25; 140:1–7**. Discussing Amazon's highly confidential analysis of an ongoing business relationship, particularly regarding the relationship between shopping ads versus free search and text ads. Disclosure would enable Google, and other ad publishers to tailor their offerings to Amazon accordingly and unfairly push Amazon into unfavorable terms. Amazon's competitors would be able to use this information to unfairly and strategically bid against Amazon. Both of these outcomes would result in severe harm to Amazon and the competitive landscape.

4

- **Tr. 156:18–19; 158:25; 159:1–6, 8–12;** Discussing Amazon's highly confidential assessment of the impact from Google's change to its search query reports on Amazon's marketing strategy, including the impact on Amazon's advertisement expenditure efficiency. Disclosure would enable Amazon's competitors to increase prices charged to Amazon or extract other concessions from Amazon.

- **Tr. 162:21–25; 163:1–25; 164:1–25; 165:1–2, 10–12**. Discussing Amazon's highly confidential assessment of the implications to Amazon and its competitive strategies for responding to reporting data provided by Google and Google's efforts to require use of its automated bidding tools. Disclosure would enable Amazon's competitors to impose more stringent terms on Amazon and limit the products that Amazon is able to offer, interfering with Amazon's planned products and business strategy.

6. Certain Amazon financial information is also highly confidential. Permitting Google and its competitor publishers to understand not only how much Amazon spends on marketing, but how Amazon intends to distribute its marketing expenditures among different publishers and advertising formats, would provide competitors and counterparties with tremendous leverage in future negotiations and competition against Amazon. It would enable them to increases prices or to push commercial opportunities that the competitive process otherwise would not allow. Disclosure of this information would also provide an asymmetrical advantage to Amazon's competitors, who would be able to plan their own marketing expenditures in response to Amazon's expenditures and strategy. Discussions regarding Amazon's financial information occur at the following portions of my deposition:

- **Tr. 27:10**. Discussing confidential financial data and investment in Google Ads. Disclosure would enable Amazon's competitors to determine spend levels and use that information to raise prices to Amazon or impose new terms, interfering with Amazon's planned products and business strategy.

- **Tr. 117:7–25; 118:1–6**. Discussing Amazon's investment in search ads versus social media ads, including the development of that relationship and the reasoning behind Amazon's decisions. Disclosure would enable Amazon's competitors to determine Amazon's marketing strategy and adjust their own strategies accordingly. It would also enable Google and other ad publishers to raise prices to Amazon or extract other concessions, and also to use their understanding of Amazon's priorities to manipulate future negotiations.

- **Tr. 119: 15–25; 120:1–7**. Discussing Amazon's investment in text ads versus shopping ads, including the reasoning behind Amazon's decisions. Disclosure would provide Google and other ad publishers with an undue competitive advantage regarding Amazon's intention to purchase text or shopping ads and permit them to extrapolate Amazon's strategy to other types of advertisements. Relatedly, Amazon's competitors could use this information to mimic Amazon's strategy or to alter their own strategies to compete unfairly against Amazon.

- **Tr. 198:15–16**. Discussing Amazon's timeframe used to assess projected profits from a given project. Disclosure would cause competitive harm to Amazon by impacting its negotiating position with Google and other ad publishers.

- **Tr. 219:13–16, 20–25; 220:1–9, 13–19**. Discussing the metrics that Amazon uses to assess its marketing programs and implications for Amazon's expenditure strategy for social media advertising. Disclosure would enable Amazon's competitors to determine Amazon's marketing strategy and use that information unfairly against Amazon. It would also give competitors insights into Amazon's broader strategies for developing marketing programs, enabling them to mimic Amazon's strategy or to compete against Amazon unfairly. If Google and other ad publishers learned this information, they may be able to raise prices, remove benefits or reporting information, and tighten terms based on their understanding of Amazon's strategy.

- **Tr. 236:8–10; 237:19–20, 23, 25**. Discussing Amazon's advertisement expenditures on Google versus Bing. Disclosure would enable Amazon's competitors to adjust their own strategies related to advertising on Google, Bing, and other ad publishers in order to compete unfairly against Amazon. Disclosure would also enable those ad publishers to use undue competitive leverage over Amazon, through pricing and terms, based on their knowledge of Amazon's desired spread of advertisement expenditures.

7. Finally, the programs that Amazon is developing and its proposed new product offerings are highly confidential and competitively sensitive. Disclosure would permit Amazon's competitors and vendors to exploit any perceived weaknesses or vulnerabilities in those products. Disclosure would also permit Amazon's competitors to copy those products or to develop their own products in response, to the irreparable harm of the competitive landscape. Discussions regarding Amazon's confidential programs and new product offerings occur at the following portions of my deposition testimony:

- **Tr. 114: 6–9**. Discussing details about Amazon's applied science organization and types of tools used by that organization. Disclosure would cause competitive harm

6

       to Amazon by enabling competitors to adjust their own investments in applied science technology and to unfairly compete against Amazon for the services of applied scientists.

- **Tr. 143:8, 10–19**; **144:20–25; 145:1–9, 14–25; 146:6–8; 147:13–14**.  Discussing Amazon's non-public proprietary bidding systems technology, including the tools used to implement that technology.  Disclosure would enable competitors to imitate Amazon's proprietary technology and vendors and partners to assess the technology, giving them an opportunity to exploit perceived weaknesses and vulnerabilities in the technology, ultimately interfering with Amazon's planned products and business strategy.  Disclosure would also provide competitors with an understanding of how long it took Amazon to develop its bidding systems technology, which could be used in planning a response to future projects and advertising campaigns.

- **Tr. 213:18; 214:6, 9, 10, 13, 14, 15, 17**. Discussing Amazon's proprietary bidding systems technology, including the tools used to implement that technology.  Disclosure would enable competitors to imitate Amazon's proprietary technology and vendors and partners to assess the technology, interfering with Amazon's planned products and business strategy.

8.      As discussed above, to the best of my knowledge, the information in the deposition testimony set out above has never been made available to the public.

9.      If the information from the portions of my testimony listed above is publicly disclosed, it could cause severe harm to the competitive landscape.  Amazon's competitors will be able to use this information to exploit Amazon's marketing strategies, disadvantage Amazon—with respect to price, terms, product features, and reporting metric availability—in future negotiations, and mimic or otherwise counteract Amazon's proposed product offerings.  The advertisement marketplace—in regard to Amazon, Google, and their respective competitors—would be irreparably damaged.

10.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed April 10, 2024 in Seattle, Washington.

*/s/ Mike James*
Mike James