# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al., | |
| Plaintiff, | Case No. 1:20-CV-03010-APM |
| v. | |
| Google LLC, | Judge:    HON. AMIT P. MEHTA |
| Defendant. | |

| | |
|---|---|
| State of Colorado, et al., | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | |
| Google LLC, | Judge:    HON. AMIT P. MEHTA |
| Defendant. | |

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

PLEASE enter the appearance of Christian Dibblee (D.C. Bar No. 90002557) as counsel in the above-captioned matter on behalf of non-party AT&T, Inc. I certify that I am admitted or otherwise authorized to practice in this court.

Dated:  April 10, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By:   */s/ Christian Dibblee*
      Christian Dibblee

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:   202.777.9568
Facsimile:   202.530.9672
Email:  CDibblee@gibsondunn.com

*Attorneys for Non-Party AT&T*