# Exhibit A

**GOOGLE AND THIRD-PARTY REDACTIONS TO
GOOGLE'S POST-TRIAL SUBMISSIONS**

**I.      Google's Post-Trial Brief (ECF 826 and 833)**

| Page and Line | Party or Parties Requesting Redaction | Google Declarant |
|---|---|---|
| 32:10 | DuckDuckGo | |
| 32:14 | DuckDuckGo | |
| 38:11 | Apple | |
| 58:12-17 | Apple | |
| 60:4-6 | Mozilla | |
| 62:24-63:3 | Mozilla | |
| 77:22-23 | T-Mobile | |
| 107:5 | Google and Microsoft | N/A[1] |

**II.     Google's Proposed Conclusions of Law (ECF 826 and 834)**

| Paragraph | Party Requesting Redaction | Google Declarant |
|---|---|---|
| 65 | Apple | |

**III.    Google's Proposed Findings of Fact (ECF 828 and 835)**

| Paragraph | Party or Parties Requesting Redaction | Google Declarant |
|---|---|---|
| 135 | Google | Price |
| 222 | Google | Bondar |
| 240 | Google | Price |
| 314 | Google | Price |
| 315 | Google | Price |
| 316 | Google | Price |
| 318 | Google | Price |
| 319 | Google | Price |
| 320 | Google | Price |
| 429 | Microsoft | |
| 460 | Microsoft | |
| 465 (fig.) | Microsoft | |
| 473 | Microsoft | |
| 491 | Microsoft | |

---

[1] The redacted number combines data that Google considers commercially sensitive with data produced by non-party Microsoft that is designated Highly Confidential under the Stipulated Protective Order.  Because the Google and Microsoft information is intertwined in this manner, the number cannot be reviewed by a potential declarant at either company without disclosing the other company's confidential information.

| | | |
|---|---|---|
| 509 | Microsoft | |
| 510 | Microsoft | |
| 514 | Yahoo | |
| 519 | Mozilla | |
| 520 | Mozilla | |
| 521 | Mozilla | |
| 528 | Microsoft | |
| 529 | Microsoft | |
| 530 | Microsoft | |
| 531 | Microsoft | |
| 532 | Microsoft | |
| 534 | Microsoft | |
| 542 | DuckDuckGo | |
| 549 | DuckDuckGo | |
| 550 | DuckDuckGo | |
| 551 | DuckDuckGo | |
| 552 | DuckDuckGo | |
| 561 | DuckDuckGo | |
| 570 | Google | Lee |
| 575 | Apple | |
| 580 | DuckDuckGo | |
| 581 | Apple | |
| 596 | Yahoo | |
| 597 | Yahoo | |
| 598 | Yahoo | |
| 672 | Booking | |
| 787 | Mozilla | |
| 858 | Microsoft | |
| 955 | Amazon | |
| 966 | Thumbtack | |
| 1045 | The third party identified at line two of this paragraph and Kohl's | |
| 1059 | The third party identified at line two of this paragraph and Kohl's | |
| 1062 | The third party identified in this paragraph | |
| 1126 | Kohl's | |
| 1129 | JP Morgan Chase | |
| 1135 (fig. y axis) | Google | Zwibelman |
| 1216 | Google | Zwibelman |
| 1257 | Apple | |
| 1258 | Apple | |
| 1259 | Apple | |
| 1264 | Apple | |
| 1265 | Google and Apple | Daly |

| 1272 | Google and Apple | Daly |
|------|------------------|------|
| 1273 | Google and Apple | Daly |
| 1282 | Apple | |
| 1289 | Apple | |
| 1298 | Apple | |
| 1299 | Apple | |
| 1302 | Apple | |
| 1311 | Microsoft | |
| 1313 | Microsoft | |
| 1315 | Apple | |
| 1316 | Apple | |
| 1321 | Apple | |
| 1322 | Apple | |
| 1324 | Apple | |
| 1326 | Apple | |
| 1327 | Apple | |
| 1328 | Apple | |
| 1329 | Apple | |
| 1330 | Apple | |
| 1331 | Apple | |
| 1336 | Apple | |
| 1342 | Apple | |
| 1343 | Apple | |
| 1363 | Mozilla | |
| 1372 | Mozilla | |
| 1374 | Mozilla | |
| 1379 | Mozilla | |
| 1383 | Mozilla | |
| 1399 | Mozilla | |
| 1406 | Apple | |
| 1413 | Apple | |
| 1427 | Google | Lee |
| 1428 | Google | Lee |
| 1429 | Google | Lee |
| 1430 | Google | Lee |
| 1458 | Mozilla | |
| 1459 | Mozilla | |
| 1463 | Mozilla | |
| 1480 | Google | Lee |
| 1485 | Google and Samsung | Lee |
| 1488 | Google and Samsung | Lee |
| 1489 | Google and Samsung | Lee |
| 1490 | Google and Samsung | Lee |
| 1493 | Google and Verizon | Lee |
| 1494 | Google and Verizon | Lee |

| 1495 | Google and Verizon | Lee |
|------|--------------------|-----|
| 1499 | Google and AT&T | Lee |
| 1500 | Google and AT&T | Lee |
| 1505 | Google and T-Mobile | Lee |
| 1506 | Google and T-Mobile | Lee |
| 1567 | Google | Lee |
| 1573 | Google | Lee |
| 1578 | Google and Verizon | Lee |
| 1580 | Google and Samsung | Lee |
| 1582 | T-Mobile | |
| 1592 | Google | Lee |
| 1596 | Google | Lee |
| 1635 | Google | Lee |
| 1638 | Google, Verizon, and Samsung | Lee |
| 1640 | Google and Verizon | Lee |
| 1643 | Google | Lee |
| 1644 | Google and AT&T | Lee |
| 1647 | AT&T | |
| 1648 | Google | Lee |
| 1654 | Google | Lee |
| 1656 | Google and Samsung | Lee |
| 1658 | Google and Samsung | Lee |
| 1659 | Google and Samsung | Lee |
| 1691 | Google and Samsung | Lee |
| 1741 | Microsoft | |
| 1754 | Amazon | |
| 1762 | Microsoft | |
| 1866 | Adobe | |
| 1896 | Microsoft | |
| 1897 | Microsoft | |
| 1899 | Microsoft | |
| 1900 | Microsoft | |
| 1901 | Microsoft | |
| 1902 | Microsoft | |
| 1904 | Microsoft | |
| 1905 | Microsoft | |
| 1906 | Microsoft | |
| 1909 | Microsoft | |
| 1915 | Microsoft | |
| 1920 | Microsoft | |

## IV.  Google's Responsive Proposed Conclusions of Law (ECF 857 and 866)

| Paragraph | Party Requesting Redaction | Google Declarant |
|-----------|----------------------------|------------------|
| 56 | Apple | |

## V.     Google's Responsive Proposed Findings of Fact (ECF 856 and 865)

| Paragraph | Party or Parties Requesting Redaction | Google Declarant |
|---|---|---|
| 25 | DuckDuckGo | |
| 40 | Google and a third party | N/A[2] |
| 41 | Amazon, Expedia, and Meta | |
| 58 | Booking | |
| 65 | Apple | |
| 87 | Google | Lee |
| 90 | Apple | |
| 98 | Apple | |
| 104 | Mozilla | |
| 109 | Microsoft | |
| 117 | Google | Lee |
| 131 | Apple | |
| 132 | Google | Daly |
| 134 | Mozilla | |
| 156 | Microsoft | |
| 158 | Microsoft | |
| 164 | Microsoft | |
| 169 | Apple | |
| 171 | Apple | |
| 173 | Apple | |
| 174 | Apple | |
| 212 | Mozilla | |
| 217 | Google | Lee |
| 228 | The three third parties identified in this paragraph | |
| 230 | Google | Lee |
| 248 | Google | Lee |
| 279 | Google | Lee |
| 288 | Google | Lee |
| 300 | Google | Lee |
| 301 | Google | Lee |
| 307 | The three third parties identified in this paragraph | |
| 317 | Google | Zwibelman |

---

[2] The redacted passage combines data that Google considers commercially sensitive with data produced by a third party that is designated Highly Confidential under the Stipulated Protective Order.  Because the Google and third-party information is intertwined in this manner, the passage cannot be reviewed by a potential declarant at either company without disclosing the other company's confidential information.

| 322 | Google and Microsoft | Zwibelman |
| 327 | Google | Zwibelman |
| 340 | Microsoft | |
| 347 | Microsoft and TripAdvisor | |
| 348 | Microsoft | |