# Exhibit B

# GOOGLE'S REDACTIONS TO
# PLAINTIFFS' POST-TRIAL SUBMISSIONS

**I.     Plaintiffs' Post-Trial Brief (ECF 820 and 837)**

| Page and Line | Google Declarant |
|---|---|
| 1:10 | Bondar |
| 15:4 | Bondar |
| 16 n.3 | Bondar |
| 27:16 | Bondar |
| 27 n.5 | Bondar |
| 38:18 | Daly |
| 41:16 | Lee |
| 44:6 | Daly |
| 45:10 | Daly |
| 45:21 | Lee |
| 47 n.13 | Daly |
| 50:2 | Daly |
| 52:1-2 | Bondar |
| 66:14-15 | Daly |
| 70:21-22 | Daly |
| 71:22 | Lee |

**II.    Plaintiff States' Post-Trial Brief (ECF 823 and 840)**

| Page and Line | Google Declarant |
|---|---|
| 1:17 | Zwibelman |
| 2:11 | Zwibelman |
| 8:5-7 | Zwibelman |
| 12:2 | Zwibelman |
| 21:20 | Zwibelman |
| 22:3, 15 | Zwibelman |
| 25:1, 10 | Zwibelman |

**III.   Plaintiffs' Proposed Findings of Fact (ECF 822 and 839)**

| Paragraph | Google Declarant |
|---|---|
| 4 | Zwibelman |
| 12 | Daly |
| 85 | Bondar |
| 176 | Price |
| 186 | Price |
| 189 | Price |
| 217 | Daly |
| 218 | Daly |

| | |
|---|---|
| 220 | Daly |
| 225 | Daly |
| 226 | Daly |
| 239 | Lee |
| 255 | Lee |
| 262 n.10 | Lee |
| 263 | Lee |
| 266 | Lee |
| 268 | Lee |
| 273 | Lee |
| 274 | Lee |
| 276 | Lee |
| 277 | Lee |
| 278 | Lee |
| 281 | Lee |
| 283 | Lee |
| 285 | Lee |
| 286 | Lee |
| 294 | Lee |
| 296 | Lee |
| 298 | Lee |
| 300 | Lee |
| 311 | Daly |
| 317 | Daly |
| 318 | Daly |
| 348 | Daly |
| 357 | Lee |
| 358 | Daly |
| 359 | Lee |
| 372 | Price |
| 385 | Zwibelman |
| 445 | Zwibelman |
| 487 | Zwibelman |
| 495 | Zwibelman |
| 561 | Bondar |
| 582 | Bondar |
| 590 | Bondar |
| 593 | Bondar |
| 595 | Bondar |
| 597 | Bondar |
| 598 | Bondar |
| 599 | Bondar |
| 600 | Bondar |
| 635 fig. 8 y axis | Zwibelman |
| 655 | Zwibelman |

| | |
|---|---|
| 674 | Zwibelman |
| 675 | Zwibelman |
| 697 | Zwibelman |
| 733 | Daly |
| 784 | Lee |
| 793 | Lee |
| 794 | Lee |
| 795 | Lee |
| 802 | Lee |
| 803 | Lee |
| 823 | Lee |
| 824 | Lee |
| 827 | Lee |
| 828 | Lee |
| 861 | Lee |
| 917 | Daly |
| 918 | Daly |
| 919 | Daly |
| 924 | Daly |
| 926 | Daly |
| 927 | Daly |
| 928 | Daly |
| 935 | Daly |
| 941 | Daly |
| 991 | Price |
| 1003 | Price |
| 1008 | Price |
| 1034 | Zwibelman |
| 1041 | Zwibelman |
| 1068 | Price |
| 1099 | Daly |
| 1149 | Zwibelman |
| 1173 | Zwibelman |
| 1191 | Zwibelman |
| 1266 | Daly |
| 1286 | Lee |
| 1313 | Lee |
| 1315 | Lee |

IV.   **Plaintiff States' Proposed Findings of Fact (ECF 825 and 842)**

| Paragraph | Google Declarant |
|---|---|
| 5 | Zwibelman |
| 6 | Zwibelman |
| 7 & n.4 | Zwibelman |

| | |
|---|---|
| 15 | Price |
| 40 | Zwibelman |
| 41 | Zwibelman |
| 42 | Zwibelman |
| 43 | Zwibelman |
| 127 n.8 | Zwibelman |
| 128 | Zwibelman |
| 132 | Zwibelman |
| 141 | Zwibelman |
| 143 | Zwibelman |
| 151 | Zwibelman |
| 174 | Zwibelman |
| 194 | Zwibelman |
| 198 | Zwibelman |
| 202 | Zwibelman |
| 203 & n.11 | Zwibelman |
| 204 | Zwibelman |
| 205 | Zwibelman |
| 216 | Zwibelman |
| 226 | Zwibelman |
| 238 | Zwibelman |
| 241 | Zwibelman |
| 266 | Zwibelman |

**V.     Plaintiffs' Responsive Proposed Findings of Fact (ECF 855 and 864)**

| Paragraph | Google Declarant |
|---|---|
| 2025 | Price |
| 2082 | Price |
| 2171 | Daly |
| 2225 | Bondar |
| 2279 | Zwibelman |
| 2297 | Zwibelman |
| 2328 | Daly |
| 2351 | Daly |
| 2372 | Daly |
| 2373 | Daly |
| 2374 | Daly |
| 2396 | Daly |
| 2440 | Lee |
| 2458 | Lee |

5

**VI.     Plaintiff States' Responsive Proposed Findings of Fact (ECF 856 and 865)**

| Paragraph | Google Declarant |
|---|---|
| 32 | Zwibelman |
| 33 | Zwibelman |
| 42 | Zwibelman |
| 50 | Zwibelman |