IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 1:20-cv-3010<br><br>HON AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 1:20-cv-3010<br><br>HON AMIT P. MEHTA |

### DECLARATION OF MAYA GANDHI

I, Maya Gandhi, hereby declare under penalty of perjury as follows:

1. I am the First Amendment Fellow at The New York Times Company ("The Times"). I submit this declaration in conjunction with The Times's Memorandum in Response to the Court's March 15, 2024, Order.

2. Attached as **Exhibit A** are true and correct copies of the five contracts produced by Google to The Times, the redactions to which The Times opposes: JX24, JX33, JX71, JX91, and JX99.

3. Attached as **Exhibit B** are true and correct copies of the thirteen exhibits produced by Microsoft to The Times (of 27 in total), for which The Times opposes the redactions to the entire exhibit: DX434, DX454, DX457, DX472, DX500, DX524, DX538, DX680, DX688, DX963, PSX761, UPX301, UPX736.

4. Attached as **Exhibit C** are true and correct copies of the five exhibits produced by Microsoft to The Times (of 27 in total), for which The Times opposes the redactions to the email, but not the attachment: DX452, DX455, DX679, UPX246, and UPX797.

5. Attached as **Exhibit D** are true and correct copies of the six exhibits produced by Apple to The Times (of seven in total), for which The Times opposes the redactions to the entire exhibit: UPX626, UPX625, UPX618, UPX1123, UPX494, and UPX659.

6. Attached as **Exhibit E** is a true and correct copy of the Samsung 2020 Mobile Incentive Agreement(s) Executive Summary, as docketed in *Epic Games, Inc. v. Google LLC*, 3:20-cv-05671-JD (N.D. Cal.), Ex. 1065, ECF No. 622-73.

7. Attached as **Exhibit F** is a true and correct copy of excerpts of the November 7, 2023, transcript in *Epic Games, Inc. v. Google LLC*, 3:20-cv-05671-JD (N.D. Cal.).

8. Attached as **Exhibit G** is a true and correct copy of the 2018 Google-Motorola Mobile Application Distribution Agreement (MADA), as docketed in *Epic Games, Inc. v. Google LLC*, 3:20-cv-05671-JD (N.D. Cal.), Ex. 5399, ECF No. 623-40.

Dated: April 10, 2024          Respectfully submitted,

<u>/s/ *Maya Gandhi*</u>
Maya Gandhi (#NY0584)
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
(212) 556-1244
maya.gandhi@nytimes.com

*Counsel for The New York Times Company*