# EXHIBIT B

| From: | Jon Tinter </O=MICROSOFT/OU=NORTHAMERICA/CN=RECIPIENTS/CN=JTINTER> |
|---|---|
| To: | Yusuf Mehdi; Satya Nadella; Neal Bernstein; Harry Shum; Brian MacDonald; Erik Jorgensen; Rik van der Kooi |
| CC: | Stephen Lawler; Andrew Shuman; Mike Nichols; Jon Tinter |
| Sent: | 11/5/2009 4:43:26 AM |
| Subject: | RE: Apple Update |

I think that we all agree that the goal with Apple is to become the default search on iPhone. This is the position that has the most value. The challenge is how to achieve that goal.

Apple has made it very clear to us that they are not interested in replacing G as the default search provider. This position is in spite of all of the challenges in the relationship between Apple and G. I think that this is a function of three things:

1. Apple generates significant revenue from G today
2. Concern that replacing G with Bing (which is still low share and generally unproven in the market despite our early momentum) represents a significant customer experience risk
3. Apathy/antipathy at Apple towards MS

They have made this position very clear to us both in the discussion with Phil Schiller and in the subsequent conversation with their team.



Thanks.

-Jon

**DX0434.001**



HIGHLY CONFIDENTIAL

**DX0434.002**

MSFT-LIT2_0004778236



HIGHLY CONFIDENTIAL

**DX0434.003**

MSFT-LIT2_0004778237

**DX0434.004**

MSFT-LIT2_0004778238



REDACTED

[redacted]

REDACTED

HIGHLY CONFIDENTIAL

**DX0454.001**

MSFT-LIT2_0009866624



**From:** Jon Tinter
**Sent:** Wednesday, May 15, 2013 1:54 PM
**To:** Amy Hood; Tami Reller; Lisa Tanzi (LCA)
**Cc:** Qi Lu; Jon Tinter
**Subject:** RE: Project Bocca Update

ACP

Here is some more background on the deal.

We have been talking to Apple on and off for several years about replacing Google as the default search option on iOS. We had offered them a Yahoo like deal where they could built their own search service on top of our APIs. We never got traction for two reasons: (1) Apple concerns about our monetization relative to Google and (2) Apple concerned about the brand risk of switching from Bing to Google (similar to backlash they had on maps). (2) has always been their bigger concern.



**DX0454.002** MSFT-LIT2_0009866625

Thanks.

-Jon





HIGHLY CONFIDENTIAL

**DX0454.004**

MSFT-LIT2_0009866627

HIGHLY CONFIDENTIAL

**DX0454.005**

MSFT-LIT2_0009866628

| | |
|---|---|
| **From:** | Jon Tinter </O=MICROSOFT/OU=NORTHAMERICA/CN=RECIPIENTS/CN=JTINTER> |
| **To:** | Bill Spencer; Ali Dalloul (ASG HQ); Brian Utter |
| **CC:** | Jon Palmer (LCA) |
| **Sent:** | 7/24/2013 7:14:47 PM |
| **Subject:** | RE: Review of CB presentations |

ACP

Comments inline

**From:** Bill Spencer
**Sent:** Wednesday, July 24, 2013 11:54 AM
**To:** Jon Tinter; Ali Dalloul (ASG HQ); Brian Utter
**Cc:** Jon Palmer (LCA)
**Subject:** RE: Review of CB presentations

**Legally Privileged – Attorney Work Product.  Prepared at the Request of Counsel. Please respond with LCA copied and do not forward.**

Thank you for your comment Jon's.  We have follow up questions on a few of your points:

On slide 20:

- Microsoft has expressed interest in a Bing distribution deal with Apple, but we **continue to be** blocked by Google's agreement

JT> only partially true. apple has been very clear with us that even if their deal with google expired they were not prepared to move to us

?> Was this due to Bing's quality in certain geographies?  Monetization? Mostly product quality



HIGHLY CONFIDENTIAL

**DX0457.001**

MSFT-LIT2_0009877340

**DX0457**



HIGHLY CONFIDENTIAL

**DX0457.002**

MSFT-LIT2_0009877341

**From:**    Satya Nadella </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-
55760-SATYA NADELLA>
**To:**    Jon Tinter; Amy Hood; Qi Lu; Rik van der Kooi
**CC:**    Dave O'Hara; Peggy Johnson
**Sent:**    10/10/2014 2:00:32 AM
**Subject:**    RE: Yahoo is bidding for Mozilla



We are meeting tomorrow to talk about **REDACTED** prep. Will be good to talk this through. Thanks

Satya

**From:** Jon Tinter
**Sent:** Thursday, October 9, 2014 6:42 PM
**To:** Amy Hood; Satya Nadella; Qi Lu; Rik van der Kooi
**Cc:** Dave O'Hara; Peggy Johnson; Jon Tinter
**Subject:** Re: Yahoo is bidding for Mozilla

If she believes that she is going to win arbitration than there are at least 2 ways this level of bid could make sense:

- She believes that she will win and that the combo of her own platform investments (gemini+) combined with a Google backfill deal will monetize better than Bing. The Mozilla $375m ask is based on the Google monetization platform so if she has access to it, this becomes much less risky
- If she thought she was going to win arbitration and renegotiate with us, she has more leverage if she brings more volume to the table

If she is trying to build her own platform independent from ours, she could also be investing for scale. When we first launched Bing, we made several similar types of investments (early distribution deals with Dell and HP, our original toolbar distribution deal with Sun, the Verizon search deal) in order to build scale.

I don't think the issue is that she is irrational. I think the issue is that she is making different assumptions about the future and given those assumptions her behavior is likely very rational.

-Jon

**From:** Amy Hood
**Sent:** Thursday, October 9, 2014 5:26 PM
**To:** Jon Tinter; Satya Nadella; Qi Lu; Rik van der Kooi
**Cc:** Dave O'Hara; Peggy Johnson
**Subject:** RE: Yahoo is bidding for Mozilla

Jon,

Because I am bit new still to this space, I was wondering why Marissa would believe that she can monetize at a higher rate than we do? While I know we could argue that she is being irrational, I suspect that doesn't explain all of her behavior here. Is there something she would do that we wouldn't from a religious/CPE viewpoint? She doesn't seem like someone who would sacrifice CPE in that way.

**From:** Jon Tinter
**Sent:** Thursday, October 9, 2014 4:10 PM
**To:** Satya Nadella; Qi Lu; Rik van der Kooi
**Cc:** Dave O'Hara; Amy Hood; Peggy Johnson; Jon Tinter
**Subject:** RE: Yahoo is bidding for Mozilla

REDACTED s 1.2B queries per year in the US. All tablet. Revenue forecast for the year is REDACTED Based on the bid we just won with we will lose REDACTED per year. The way the deal is structured our annual loss is capped at this amount. REDACTED is 3 year deal.

Mozilla does about 4b queries per year in the US. All on PC. Estimate from the team is about $200m in revenue. They were looking for a 6 year deal. Their core user based is flat to down so there is risk in outyear volume. We hopefully offset this risk with RPS improvement but there is real risk the cost goes up in the outyears.

This is a deal that really worries me. Based on every conversation we had with Mozilla they are putting 100% of the risk of the deal on us. They have no incentives to help us protect search defautls or protect volume. We tried a bunch of different approaches to mitigate risk and/or reduce the loss and they rejected all of them.

I understand the motivation to prevent Yahoo from winning but at the end of the day I would not recommend investing here.

-Jon


**From:** Satya Nadella
**Sent:** Thursday, October 9, 2014 11:29 AM
**To:** Qi Lu; Rik van der Kooi; Jon Tinter
**Cc:** Dave O'Hara; Amy Hood; Peggy Johnson
**Subject:** Yahoo is bidding for Mozilla

Yahoo is bidding for Mozilla. 375MM guarantee and little above what google is offering. They went to the members and basically generated 90 product ideas on top of this that the foundation can do with Yahoo properties and Mozilla.

I really wonder given we don't have a cross platform browser aligning with them around Office, EMS payload and also bidding for this distribution will help.

Its painful. But I think if we don't do this we have to deal with Yahoo getting in there.

What is the volume here vs say the REDACTED hing we just bid on? I know one is Mobile vs PC. And maybe we really don't need more PC traffic.

Thoughts?

| From: | Thao Huynh </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-THAO HUYNH> |
|---|---|
| To: | Derrick Connell; Philippe Ockenden; Jon Tinter |
| CC: | Raajeev Ramaraju |
| Sent: | 12/6/2018 6:57:45 PM |
| Subject: | RE: Profit over time |
| Attachments: | SAN Profitability from 2002 - 2019.xlsx |

Excel attached. FY18 and FY19 are in the latest definition we have for SAN.



**From:** Derrick Connell
**Sent:** Thursday, December 6, 2018 10:34 AM
**To:** Philippe Ockenden <████@microsoft.com>; Jon Tinter ████@microsoft.com>
**Cc:** Raajeev Ramaraju <REDACTED ████@microsoft.com>; Thao Huynh <████@microsoft.com>
**Subject:** RE: Profit over time

tx

**From:** Philippe Ockenden <████@microsoft.com>
**Sent:** Thursday, December 6, 2018 10:34 AM
**To:** Derrick Connell <████@microsoft.com>; Jon Tinter <████@microsoft.com>
**Cc:** Raajeev Ramaraju <REDACTED ████@microsoft.com>; Thao Huynh ████@microsoft.com>
**Subject:** RE: Profit over time

We will find it (Or approximate) and send a xls back.

**From:** Derrick Connell <████@microsoft.com>
**Sent:** Thursday, December 6, 2018 10:32 AM
**To:** Jon Tinter REDACTED████microsoft.com>; Philippe Ockenden <████@microsoft.com>
**Cc:** Raajeev Ramaraju <REDACTED ████@microsoft.com>; Thao Huynh <████@microsoft.com>
**Subject:** RE: Profit over time

I mean the picture of Amy and Dave


DX0500

HIGHLY CONFIDENTIAL            **DX0500.001**            MSFT-LIT2_0000727152

**From:** Jon Tinter ▮▮▮▮@microsoft.com>
**Sent:** Thursday, December 6, 2018 10:31 AM
**To:** Derrick Connell <▮▮▮▮@microsoft.com>; Philippe Ockenden <▮▮▮@microsoft.com>
**Cc:** Raajeev Ramaraju <REDACTED@microsoft.com>; Thao Huynh <▮▮▮@microsoft.com>
**Subject:** RE: Profit over time

I like the picture for the story I was trying to tell

**From:** Derrick Connell <▮▮▮@microsoft.com>
**Sent:** Thursday, December 6, 2018 10:29 AM
**To:** Philippe Ockenden <▮▮▮@microsoft.com>; Jon Tinter <▮▮▮@microsoft.com>
**Cc:** Raajeev Ramaraju <REDACTED@microsoft.com>; Thao Huynh <▮▮▮@microsoft.com>
**Subject:** RE: Profit over time

This can work – do we have the raw file without

 the pictures
 words at the top
 ?? areas

And perhaps a label for the 2018 number

**From:** Philippe Ockenden <REDACTED@microsoft.com>
**Sent:** Thursday, December 6, 2018 10:26 AM
**To:** Derrick Connell <REDACTED@microsoft.com>; Jon Tinter <▮▮▮@microsoft.com>
**Cc:** Raajeev Ramaraju <REDACTED@microsoft.com>; Thao Huynh <▮▮▮@microsoft.com>
**Subject:** RE: Profit over time

Depending on our error rate tolerance I have this which was based on the old online business and then search and display.   Assuming we aren't trying to be super precise I would use this and add in FY18 and FY19's latest SAN numbers.



**From:** Derrick Connell <REDACTED@microsoft.com>
**Sent:** Thursday, December 6, 2018 10:18 AM
**To:** Philippe Ockenden <▮▮▮@microsoft.com>; Jon Tinter <▮▮▮@microsoft.com>
**Subject:** Profit over time

Phil

HIGHLY CONFIDENTIAL    DX0500.002    MSFT-LIT2_0000727153

Do we have a view of SAN profit over time?
D

MSFT-LIT2_0000727154

# File Provided Natively

SAN Profitability from 2002 - 2019.xlsx

Connell, Derrick-\Connell, Derrick\Exchange████@microsoft.com-21.pst\Top of Personal Folders████@microsoft.com (Primary)\Top of Information Store\Inbox\Search Strategy 2020\RE: Profit over time

HIGHLY CONFIDENTIAL                    **DX0500.004**                    MSFT-LIT2_0000727155

**From:**   Jordi Ribas </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-
55760-JORDI RIBAS>
**To:**   Richard Qian; Mayu Yanagisawa; Magdalena Hermawan
**Sent:**   1/7/2020 9:43:16 PM
**Subject:**   Fwd: Size of Bing vs. G engineering

Get Outlook for iOS

**From:** Jordi Ribas REDACTED@microsoft.com>
**Sent:** Friday, August 17, 2018 5:05 PM
**To:** Manish Mittal
**Cc:** Milan Lathia
**Subject:** RE: Size of Bing vs. G engineering

Interesting ...  Thanks for sharing.

I did some quick math looking at the pure Bing relevance and UX engineering teams and removing all platform components and I'm getting REDACTED per the table below.

This means that G search engineering in G is about REDACTED bigger than ours which is what I've been quoting based on rough numbers we had heard from the past.

It's probably even higher since I bet a significant portion of their 10K is for G search.

Milan, we should include the sentence "Investment insufficient for Bing quality to be competitive in both US and int'l markets e.g. REDACTED Bing vs. REDACTED G relevance and UX engineers" in the int'l deck.

Thanks,
Jordi





**DX0524.001**



**DX0524.002**

REDACTED

**DX0538.001**



**From:** Knut Magne Risvik <REDACTED@microsoft.com>
**Sent:** Friday, June 25, 2021 3:08 PM
**To:** Project 2x4 Partners <REDACTED@microsoft.com>; WebXT Platform Group FTE WW <REDACTED@microsoft.com>; Relevance and AI Announcements <REDACTED@microsoft.com>; Mikhail Parakhin's Directs <REDACTED@microsoft.com>
**Cc:** Project 2x4 Core LT <REDACTED@microsoft.com>; Project 2x4 <REDACTED>;

Andrey Proskurin REDACTED @microsoft.com>
**Subject:** 2z4 Phase 2 released to production

We are delighted to announce the release of the **second stage of Project 2x4** to production.

Project 2x4 is a highly ambitious re-architecture of Bing platform to dramatically increase index scale and traffic throughput. When we started in March 2020, the goal was REDACTED index size, REDACTED capacity increase; and at phase 2, we have achived that. Our index is now REDACTED documents and capacity is estimated to be REDACTED across our platform – with no increase in hardware or serving latency budgets. In addition to that, we are seeing that the bigger index gives noticeable REDACTED gains. 2x4 rolled out to CH datacenter on 6/21 and will roll-out to globally over the next weeks.

From the first phase of 2x4, we have already provided capacity to enable customer-centric product initiatives across WebXT such as REDACTED New relevance techniques like REDACTED s now starting to use the increase in capacity to provide even better search quality.

This is a large effort that required changes throughout the Bing platform stack – almost every component was scaled materially, or fundamentally re-designed. REDACTED



As a significant investment, this release touched many parts of the platform and beyond. **Thank you** to everyone involved in the project. The dedication, commitment and strong desire to do the best work of our careers have made this complex project possible in an impressive timeline.

Thank you
Project 2x4 Team

\* Please note that the index size is sensitive internal information and strictly **Microsoft Confidential**.

HIGHLY CONFIDENTIAL **DX0538.004** MSFT-LIT2_0001481135



HIGHLY CONFIDENTIAL

**DX0538.005**

MSFT-LIT2_0001481136



HIGHLY CONFIDENTIAL

**DX0538.007**

MSFT-LIT2_0001481138



HIGHLY CONFIDENTIAL

**DX0538.008**

MSFT-LIT2_0001481139



**DX0538.009** MSFT-LIT2_0001481140

**DX0538.010**

MSFT-LIT2_0001481141

| | |
|---|---|
| **From:** | Satya Nadella </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-SATYA NADELLA> |
| **To:** | Kevin Scott |
| **CC:** | Amy Hood |
| **Sent:** | 6/12/2019 6:02:47 PM |
| **Subject:** | RE: Thoughts on OpenAI |



Very good email that explains, why I want us to do this… and also why we will then ensure our infra folks execute.

Amy  - fyi

Sent from Mail for Windows 10

---

**From:** Kevin Scott
**Sent:** Wednesday, June 12, 2019 7:16:11 AM
**To:** Satya Nadella; Bill Gates
**Subject:** Re: Thoughts on OpenAI

Bill, this is just for you and Satya,



HIGHLY CONFIDENTIAL

MSFT-LIT2_0007333037



HIGHLY CONFIDENTIAL

**DX0680.002**

MSFT-LIT2_0007333038



HIGHLY CONFIDENTIAL

**DX0680.003**

MSFT-LIT2_0007333039



HIGHLY CONFIDENTIAL

**DX0680.004**

MSFT-LIT2_0007333040

REDACTED

**From:** Mikhail Parakhin REDACTED @microsoft.com>
**Sent:** Tuesday, May 25, 2021 11:22 PM
**To:** Rajesh Jha <REDACTED @microsoft.com>
**Subject:** FW: Jordi

REDACTED

- *Step-wise change in impact.* REDACTED
  REDACTED Recent deliverables he's driven in FY21 include the largest ever improvement of search quality worldwide betting on large scale models, crowdsourcing and other methods, with a team that's a small fraction of G's. REDACTED

REDACTED

REDACTED

REDACTED

Thanks,
Mikhail



**DX0688.002**



HIGHLY CONFIDENTIAL INFORMATION

**DX0963.001**

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION **DX0963.002** MSFT-0000027403

# REDACTED

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION

**DX0963.004**

MSFT-0000027405



HIGHLY CONFIDENTIAL INFORMATION       **DX0963.005**       MSFT-0000027406



HIGHLY CONFIDENTIAL INFORMATION

**DX0963.006**

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION

**DX0963.007**

MSFT-0000027408

# REDACTED

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION       **DX0963.009**       MSFT-0000027410

# REDACTED

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION

**DX0963.011**

# REDACTED

REDACTED



HIGHLY CONFIDENTIAL INFORMATION
**DX0963.014**
MSFT-0000027415

REDACTED

DX0963.015
MSFT-0000027416

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION

**DX0963.016**

MSFT-0000027417

REDACTED

HIGHLY CONFIDENTIAL INFORMATION

**DX0963.017**

MSFT-0000027418

REDACTED

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION

**DX0963.019**

MSFT-0000027420

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION

DX0963.020

MSFT-0000027421

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION   **DX0963.021**   MSFT-0000027422

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION                    **DX0963.022**                    MSFT-0000027423

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION

**DX0963.023**

MSFT-0000027424

REDACTED

**DX0963.024** MSFT-0000027425

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION          **DX0963.025**          MSFT-0000027426

REDACTED

**DX0963.026**

REDACTED

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION   **DX0963.028**   MSFT-0000027429

# REDACTED

**DX0963.029**     MSFT-0000027430

REDACTED

HIGHLY CONFIDENTIAL INFORMATION   **DX0963.030**   MSFT-0000027431

**Settlement Agreement**



REDACTED

1

HIGHLY CONFIDENTIAL



CONFIDENTIAL



HIGHLY CONFIDENTIAL

CONFIDENTIAL

MSFT-LIT-0000026079



REDACTED

3

HIGHLY CONFIDENTIAL





REDACTED

4

HIGHLY CONFIDENTIAL





HIGHLY CONFIDENTIAL

CONFIDENTIAL

MSFT-LIT-0000026082



HIGHLY CONFIDENTIAL

CONFIDENTIAL



MSFT-LIT-0000026083



7

HIGHLY CONFIDENTIAL

MSFT-LIT-0000026084



8

HIGHLY CONFIDENTIAL

CONFIDENTIAL

MSFT-LIT-0000026085



REDACTED

9

HIGHLY CONFIDENTIAL



REDACTED

10

HIGHLY CONFIDENTIAL

MSFT-LIT-0000026087



11

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

CONFIDENTIAL

MSFT-LIT-0000026089



13

HIGHLY CONFIDENTIAL

MSFT-LIT-0000026090



REDACTED



HIGHLY CONFIDENTIAL





CONFIDENTIAL

REDACTED



KENT  LKER

EVP

4/19/16

MSFT-LIT-0000026093

...



HIGHLY CONFIDENTIAL





17

HIGHLY CONFIDENTIAL



CONFIDENTIAL

MSFT-LIT-0000026095

---

| | |
|---|---|
| **From:** | Jon Tinter <REDACTED @microsoft.com> |
| **To:** | Satya Nadella <REDACTED @microsoft.com>;Harry Shum <REDACTED @microsoft.com> |
| **CC:** | Niraj Patel (BD) <REDACTED @microsoft.com>;Peggy Johnson <REDACTED @microsoft.com> |
| **Sent:** | 11/6/2019 9:40:35 PM |
| **Subject:** | Samsung Browser and Search |

Satya,

Following up on your conversation with DJ about search and browser, I had a discussion with Samsung team.

REDACTED

On browser, they are required to include Chrome on device.  This is consistent with our MADA obligations and the standard MADA that G has OEMs sign so reasonable to assume Samsung customer MADA has the obligation.  Therefore to take Edge they would either need to ship 3 browsers on the device (Samsung browser, Edge, and Chrome) or drop the Samsung Browser.  3 browsers is DOA.  They don't want that high of an app load (they are still trying to reduce total number of pre-installs) and actually told me they are getting pressure from carriers to drop the number of browsers to 1.  The only other option therefore would be to swap their browser for Edge which I don't think is a path they are prepared to go down in the short term (it took us 3+ years to get them there on Outlook).

On search, their MADA requires them to make G the default in all browsers on the device.  This is independent of the browsers they choose to install.  While our MADA establishes a precedent for G agreeing to allowing other search engines in non-Chrome browsers, Samsung would have to go negotiate this with Google. REDACTED

REDACTED

REDACTED

-Jon

**Ex. No.**
**UPX0301**
1:20-cv-03010-APM

HIGHLY CONFIDENTIAL INFORMATION                                    MSFT-0000035646

# REDACTED

**From:** Satya Nadella
**Sent:** Wednesday, December 12, 2018 4:05 PM
**To:** Kevin Scott; Jon Tinter
**Cc:** Peggy Johnson
**Subject:** RE: Debrief on my discussion with Adrian

# REDACTED

Also on the transition one way for them to think about is the state of Bing on windows. There is no reason why we should have any share on windows. G controls the majority browser. Windows is absolutely open. Our OEMs are all free to sell themselves to GOOG. And yet we have REDACTED O&O share. So I think Apple will at-least have worst case REDACTED share (given the OS is closed; Browser is locked). And with REDACTED TAC they will be better off long term vs current REDACTED TAC (that will go to REDACTED over time like any Android OEM). Seems like a no-brainer to me.

# REDACTED

Satya

Sent from Mail for Windows 10

Ex. No.
UPX0736
1:20-cv-03010-APM

REDACTED

HIGHLY CONFIDENTIAL INFORMATION                                    MSFT-0000072414

REDACTED

HIGHLY CONFIDENTIAL INFORMATION

REDACTED

REDACTED

HIGHLY CONFIDENTIAL INFORMATION