# EXHIBIT C

| | |
|---|---|
| **From:** | Chris Nelson (OSD) </O=MICROSOFT/OU=NORTHAMERICA/CN=RECIPIENTS/CN=CNELSON> |
| **To:** | Jon Tinter; Lorna Heffernan |
| **CC:** | Sarah Richmond (DAVIDSON); Alexandra Mickel (JEFFERSON) |
| **Sent:** | 1/11/2013 10:07:06 PM |
| **Subject:** | FW: Thoughts for Samsung escalation |
| **Attachments:** | RE: Thoughts for Samsung escalation; Samsung Tizen Term Sheet 12 06.docx |



**From:** Alexandra Mickel (JEFFERSON)
**Sent:** Friday, January 11, 2013 1:20 PM
**To:** Chris Nelson (OSD)
**Cc:** Sarah Richmond (DAVIDSON)
**Subject:** Thoughts for Samsung escalation



**DX0452**

**DX0452.001** MSFT-LIT2_0010073733



Hi Chris & Sarah,

I spent an hour today with my contact at Samsung and his boss, Joon Oh, a Director who apparently runs partnerships for Samsung. Below is a quick summary of our conversation, which we can discuss in more

**DX0452.002**

detail when I am back in the office on Monday.

**Tizen:**

· Samsung management has decided to move forward with a search partner for Tizen that is not Bing

REDACTED

· I do think that our existing Bing experience in Korea hurt us in this deal since the Samsung team at headquarters isn't able to experience Bing for themselves and sees a very sub-par experience if they ever were to go to Bing in Korea. In addition, it seems that they really shy away from any partnerships that wouldn't be global in nature. We offered global coverage, but I think the fact that localized Bing experiences and monetization are still limited to a relatively small set of markets hurt us as well.

REDACTED

**DX0452.003**

MSFT-LIT2_0010073735

Thanks,
AJ

HIGHLY CONFIDENTIAL

**DX0452.004**

MSFT-LIT2_0010073736



HIGHLY CONFIDENTIAL   **DX0452.005**   MSFT-LIT2_0010073737



HIGHLY CONFIDENTIAL **DX0452.006** MSFT-LIT2_0010073738

REDACTED

HIGHLY CONFIDENTIAL

**DX0452.007**

MSFT-LIT2_0010073739



HIGHLY CONFIDENTIAL

**DX0452.008**

MSFT-LIT2_0010073740



HIGHLY CONFIDENTIAL **DX0452.009** MSFT-LIT2_0010073741

REDACTED

**DX0452.010**



HIGHLY CONFIDENTIAL **DX0452.011** MSFT-LIT2_0010073743



**DX0452.012**

MSFT-LIT2_0010073744



HIGHLY CONFIDENTIAL

**DX0452.013**

MSFT-LIT2_0010073745

File Provided Natively

REDACTED

HIGHLY CONFIDENTIAL

**DX0452.014**

MSFT-LIT2_0010073746

| From: | Jon Tinter [/O=MICROSOFT/OU=NORTHAMERICA/CN=RECIPIENTS/CN=JTINTER] |
|---|---|
| Sent: | 6/12/2013 10:02:00 PM |
| To: | Qi Lu REDACTED @microsoft.com]; Harry Shum REDACTED @microsoft.com]; Derrick Connell REDACTED @microsoft.com]; Mike Nichols REDACTED @bing.com]; David Pann REDACTED @microsoft.com]; Rik van der Kooi REDACTED @microsoft.com] |
| CC: | Jon Tinter REDACTED @bing.com] |
| Subject: | RE: COVG: May comScore figures- Bing Continues Gains, Yahoo "Stabilized," Google Flat |
| Attachments: | Mobile Scale Strategy Final Exec.pptx; Yahoo Mobile Insights - 130508.pptx; Samsung v4.pptx |

Adding Rik and David since we are were also discussion and I want to pull everything together into a single thread.

3 documents worth reading on this topic.

1. The Yahoo mobile insights work provides a good overview answering Qi's question of what Y is doing.  This work was done by Mike's team and is informing our thinking.
2. Some initial thinking the strategy team did on how to drive mobile scale.  Qi, we reviewed this with you when we kicked off the discussion around 4square.
3. Analysis the team did around Samsung.  Finding a way to split Samsung from Google is a major potential opportunity to build search scale.  We had paused thinking here while we pursued the Siri partnership but it is now worth turning attention to again.

I know David has also been thinking about how we drive scale in mobile.  We will work with him to create and updated/consolidated POV.

-Jon


**From:** Jon Tinter
**Sent:** Wednesday, June 12, 2013 5:47 AM
**To:** Qi Lu
**Cc:** Jon Tinter; Harry Shum; Derrick Connell; Mike Nichols
**Subject:** Re: COVG: May comScore figures- Bing Continues Gains, Yahoo "Stabilized," Google Flat

I will send a full analysis the team did of y when I get to office.

Their growth is all on iOS and comes from an aggressive app strategy (providing content for pre installed iOS apps plus publishing their own apps); using apps to drive browser traffic; and prompting for default changes.

On Jun 12, 2013, at 5:44 AM, "Qi Lu" < REDACTED @microsoft.com> wrote:



**DX0455.001**

What has Yahoo done?

Sent from my Windows Phone

---

**From:** Jon Tinter
**Sent:** 6/12/2013 5:22
**To:** Qi Lu
**Cc:** Harry Shum; Derrick Connell; Mike Nichols; Jon Tinter
**Subject:** Re: COVG: May comScore figures- Bing Continues Gains, Yahoo "Stabilized," Google Flat

Here is the update on Android:

1. On g variants of android we have been running pilots of various products (home screen widgets, etc) that arent controlled by g. To date we have had limited success. Our low mobile rps makes us non competitive bidding for volume and our focus on green volume means we haven't bid past breakeven
2. On **REDACTED** they have recently provided us with API to prompt browser default change. This is similar to what we have on iOS. Now that we have default we are working on plan for how to drive traffic and trigger.
3. On kindle, if they launch phone we have default
4. On other class 3 android vol is mostly in markets where we either don't have ads or monetization is very low.

Bottom line, unless we are willing to invest unprofitably for scale (similar to initial pc approach) we are stuck at low share.

Best bet is execute well on iOS and win phone.

Sent from my iPad

On Jun 11, 2013, at 11:00 PM, "Qi Lu" < **REDACTED** ⏤microsoft.com> wrote:

> Yes, and this has a very long history.
> Note that we used to bet big on iOS and Android, e.g., the **REDACTED** Verizon deal that's all focused on Android. We got pretty much nothing, because the way Google controls the Android eco-system.
> iOS is a different story, and we now have a new beginning.
> You and Derrick weren't involved much back then, and we have done lots of work on those fronts (e.g., the two rounds of big projects with RIM).
> For now and for the time being, we are still entirely windows and windows phone focused, that's our all-in bet. We are not doing any development (other than browser targeted) for non-windows platforms.
> At the same time, I also tasked Tinter a few months back to re-fresh our strategic options (for chassis-3 Android devices, those who forked android, e.g., Kindle, and not controlled by Google).
> We can also try to gain more Bing usage on Android via browser. Adding Tinter here, as I wanted to know the latest.

Happy to talk more, maybe at our PLT meeting, if needed.

Thanks

**From:** Harry Shum
**Sent:** Tuesday, June 11, 2013 10:50 PM
**To:** Qi Lu; Derrick Connell; Mike Nichols
**Subject:** FW: COVG: May comScore figures- Bing Continues Gains, Yahoo "Stabilized," Google Flat

A significant part of the reason that Bing mobile share is low (5%) is that we don't play in Android ecosystem. By design.

**From:** Adam Sohn
**Sent:** Tuesday, June 11, 2013 5:53 PM
**To:** Online Services Division Leadership Team; Bing Business Group Leadership Team
**Subject:** FW: COVG: May comScore figures- Bing Continues Gains, Yahoo "Stabilized," Google Flat

FYI share numbers coming out.

**From:** Lezli Goheen [mailto: REDACTED @waggeneredstrom.com]
**Sent:** Tuesday, June 11, 2013 5:48 PM
**To:** Adam Sohn; Stefan Weitz; Bill Hankes; Craig Beilinson; Ted Roduner; Andrew Bahena; Melissa Powell; Karin Muskopf; Kari Dilloo; Betsy Aoki; Duane Forrester (BING ECOSYSTEM); Matt Wallaert
**Cc:** MSABG PR Team; Catherine Collins (CORPORATE COMMUNICATIONS); WE OSB TEAM; SS-BingPR
**Subject:** COVG: May comScore figures- Bing Continues Gains, Yahoo "Stabilized," Google Flat

All-

Based on early reports to analysts, Search Engine Land is reporting May comScore numbers that indicate Google is up .2, Bing is up .1 and Yahoo! is down .1 compared to April's numbers.  All up, Google is flat year over year while Bing is up 2% in the same period.

The SEL post also includes figures on mobile search, indicating that Google has declined YOY while Yahoo! is up.  May mobile search volume has Google at 84%, Yahoo at 11% and Bing at under 5%.

Full text of the SEL post is below. We'll follow up tomorrow with additional coverage and our updated reactive statement related to share.

Lezli

**DX0455.003**

**Market Share: Bing Continues Gains, Yahoo "Stabilized," Google Flat**

Jun 11, 2013 at 8:06pm ET by Greg Sterling

Financial analysts are releasing May comScore search market share data to their clients, which means we're getting an early look at what the metrics firm will be generally exposing in the next 24 hours.

Here are the numbers — comparing April and May of 2013 as well as May 2012:

- **Google:** 66.7 percent (May) vs. 66.5 percent (April) vs. 66.7 percent (May 2012)
- **Bing:** 17.4 percent (May) vs. 17.3 percent (April) vs. 15.4 percent (May 2012)
- **Yahoo:** 11.9 percent (May) vs. 12 percent (April) vs. 13.4 percent (May 2012)
- **Ask:** Google: 2.7 percent (May) vs. 2.7 percent (April) vs. 3 percent (May 2012)
- **AOL:** 1.3 percent (May) vs. 1.4 percent (April) vs. 1.5 percent (May 2012)

Google is flat year over year. Yahoo appears to have stabilized and Bing continues to make incremental gains, partly at Yahoo's expense. Ask and AOL also continue to lose share as part of a long term trend. However, Ask's search share is more than double AOL's at this point.

None of this includes mobile search queries. In many categories mobile is 20 percent to 40 percent (or more) of the overall search query volume.

Below are StatCounter data about mobile search market share in the US:

<image001.png>

Interestingly Google's mobile search share has slowly declined from a high of about 95 percent — and Yahoo's has been growing. Google now captures 84 percent of mobile search query volume on the mobile web. Yahoo has 11 percent and Bing has just under 5 percent.

While Yahoo may not be able to regain lost query volume on the PC it does appear to have an opportunity to develop further search momentum in mobile.

**DX0455.004**                                   MSFT-LIT2_0006004308



1

HIGHLY CONFIDENTIAL

**DX0455.005**

MSFT-LIT2_0006004309



HIGHLY CONFIDENTIAL **DX0455.006** MSFT-LIT2_0006004310



3

HIGHLY CONFIDENTIAL

**DX0455.007**

MSFT-LIT2_0006004311



4

HIGHLY CONFIDENTIAL

MSFT-LIT2_0006004312



HIGHLY CONFIDENTIAL

**DX0455.009**

MSFT-LIT2_0006004313



6

**DX0455.010**



7



8

HIGHLY CONFIDENTIAL

**DX0455.012**

MSFT-LIT2_0006004316



HIGHLY CONFIDENTIAL

**DX0455.013**

MSFT-LIT2_0006004317



HIGHLY CONFIDENTIAL

**DX0455.014**

MSFT-LIT2_0006004320



HIGHLY CONFIDENTIAL

**DX0455.015**

MSFT-LIT2_0006004321



**DX0455.016**



**DX0455.017**



HIGHLY CONFIDENTIAL

**DX0455.018**

MSFT-LIT2_0006004324



HIGHLY CONFIDENTIAL

**DX0455.019**

MSFT-LIT2_0006004325

REDACTED



HIGHLY CONFIDENTIAL

**DX0455.020**

MSFT-LIT2_0006004326



HIGHLY CONFIDENTIAL

**DX0455.021**

MSFT-LIT2_0006004327



**DX0455.022**

MSFT-LIT2_0006004328



1

HIGHLY CONFIDENTIAL

MSFT-LIT2_0006004336



2

HIGHLY CONFIDENTIAL

**DX0455.024**



HIGHLY CONFIDENTIAL

**DX0455.025**

MSFT-LIT2_0006004338



4

HIGHLY CONFIDENTIAL
MSFT-LIT2_0006004339



HIGHLY CONFIDENTIAL

**DX0455.027**

MSFT-LIT2_0006004340



6

HIGHLY CONFIDENTIAL

**DX0455.028**



HIGHLY CONFIDENTIAL

**DX0455.029**

MSFT-LIT2_0006004342



8

HIGHLY CONFIDENTIAL

**DX0455.030**

MSFT-LIT2_0006004343



HIGHLY CONFIDENTIAL

**DX0455.031**

MSFT-LIT2_0006004344



HIGHLY CONFIDENTIAL

**DX0455.032**

MSFT-LIT2_0006004345



HIGHLY CONFIDENTIAL **DX0455.033** MSFT-LIT2_0006004346



12

DX0455.034

MSFT-LIT2_0006004347



HIGHLY CONFIDENTIAL

**DX0455.035**

MSFT-LIT2_0006004348



HIGHLY CONFIDENTIAL

**DX0455.036**

MSFT-LIT2_0006004349



15



HIGHLY CONFIDENTIAL

**DX0455.038**

MSFT-LIT2_0006004351



17

**DX0455.039**

MSFT-LIT2_0006004352



18

HIGHLY CONFIDENTIAL

**DX0455.040**

MSFT-LIT2_0006004353



HIGHLY CONFIDENTIAL

**DX0455.041**

MSFT-LIT2_0006004354



20

HIGHLY CONFIDENTIAL

**DX0455.042**

MSFT-LIT2_0006004355



HIGHLY CONFIDENTIAL

**DX0455.043**

MSFT-LIT2_0006004356



HIGHLY CONFIDENTIAL

**DX0455.044**

MSFT-LIT2_0006004357



HIGHLY CONFIDENTIAL

**DX0455.045**

MSFT-LIT2_0006004358



24

**DX0455.046**

MSFT-LIT2_0006004359



HIGHLY CONFIDENTIAL

**DX0455.047**

MSFT-LIT2_0006004360



26

HIGHLY CONFIDENTIAL

**DX0455.048**

MSFT-LIT2_0006004361



27

HIGHLY CONFIDENTIAL

**DX0455.049**

MSFT-LIT2_0006004362



28

HIGHLY CONFIDENTIAL

**DX0455.050**



29

HIGHLY CONFIDENTIAL

MSFT-LIT2_0006004364

| | |
|---|---|
| **From:** | Raajeev Ramaraju </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760- RAAJEEV RAMARAJU> |
| **To:** | Peter MacDonald (MSA BD); Kya Sainsbury-Carter; David Ku; Rik van der Kooi; Jon Tinter; Jordi Ribas; Philippe Ockenden; Abhisht Arora |
| **CC:** | Bob Wyler; Ganesh Rao; Gurpreet Singh Pall; David Ku; JC Mao |
| **Sent:** | 11/6/2017 6:10:00 PM |
| **Subject:** | RE: update from Mozilla |
| **Attachments:** | Mozilla deal 2017_11_05.pptx |

REDACTED

**DX0679.001**

HIGHLY CONFIDENTIAL

**DX0679.002**

MSFT-LIT2_0001537939



HIGHLY CONFIDENTIAL

**DX0679.003**

MSFT-LIT2_0001537940

HIGHLY CONFIDENTIAL   **DX0679.004**   MSFT-LIT2_0001537941



**From:** Rik van der Kooi
**Sent:** Saturday, November 4, 2017 12:24:22 PM
**To:** Peter MacDonald (MSA BD); Jon Tinter; Jordi Ribas; Philippe Ockenden; Abhisht Arora; David Ku
**Cc:** Bob Wyler; Raajeev Ramaraju; Ganesh Rao; Gurpreet Singh Pall; Kya Sainsbury-Carter
**Subject:** RE: update from Mozilla

Thanks Peter. I think we feel more confident about the retention numbers that their tests imply, especially with the right EUPP in place. Ideally we jointly fnd an opportunity to run a real test and delay their decision to enable that, which we should explore on Monday.

Fundamentally I don't disagree that our retention would be better if we had done more to market the product in recent years. REDACTED

REDACTED

Rik


**From:** Peter MacDonald (MSA BD)
**Sent:** Friday, November 3, 2017 5:52 PM
**To:** Rik van der Kooi REDACTED @microsoft.com>; Jon Tinter REDACTED @microsoft.com>; Jordi Ribas REDACTED @microsoft.com>; Philippe Ockenden <REDACTED @microsoft.com>; Abhisht Arora <REDACTED @microsoft.com>; David Ku <REDACTED @microsoft.com>
**Cc:** Bob Wyler <REDACTED @microsoft.com>; Raajeev Ramaraju <REDACTED @microsoft.com>; Ganesh Rao <REDACTED @microsoft.com>; Gurpreet Singh Pall <REDACTED @microsoft.com>; Kya Sainsbury-Carter <REDACTED @microsoft.com>
**Subject:** update from Mozilla
**Importance:** High

I just got off the phone with Susan from Mozilla. Based on their current test and a prior test, they don't think they

can make the revenue numbers work given anticipated low search volume retention. For Mozilla, it is about search volume retention, not user DSE retention.

- With their current test, which flips the DSE on both new and existing users to Bing, there is [REDACTED] retention of search volume after 14 days. The key question is how far that falls in the future.
- They ran a funnel test with Bing in May/June of last year. They didn't collect data for the first 10-12 days due to a bug, but at day 12, Bing kept [REDACTED] of the volume. Today search volume from those users dropped to the low to mid [REDACTED] f you bump up those volumes by [REDACTED] to adjust for how the current test shows [REDACTED] higher retention at day 12), you get to low to mid [REDACTED] They can't meet their revenue targets with that search volume retention.



Peter

Peter MacDonald

Sr. Director, Business Development
Advertising and Search Distribution

Office:  415-869-3884
REDACTED@microsoft.com

Microsoft



REDACTED

DX0679.008

REDACTED

DX0679.009



DX0679.010

| From: | Jon Tinter </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-JON TINTER> |
|---|---|
| To: | Phil Schiller; Craig Federighi REDACTED@apple.com) |
| CC: | Peggy Johnson; Qi Lu; Jon Tinter |
| Sent: | 3/24/2016 10:40:56 PM |
| Subject: | follow-up from our meeting |
| Attachments: | Historical Bing iPhone Search Performance Trends.pptx; Search Advertising Empirical Data.docx |

Thanks again for the meeting 2 weeks ago.  We appreciated the discussion and continued forward progress.

Attached are 2 items we committed to follow-up on:



Please let us know if you have any questions or need more information.

-Jon

Ex. No.
UPX0246
1:20-cv-03010-APM



HIGHLY CONFIDENTIAL



MSFT-LIT2_0001713256.001



MSFT-LIT2_0001713256.002



MSFT-LIT2_0001713256.003

# Search Economic Model

This document explains the economic model built by the Microsoft team to model the impact of increased scale in the Bing Ads marketplace from a search partnership with Apple. REDACTED

REDACTED

REDACTED The RPM momentum will continue according to our long range plan, and the Apple deal will accelerate the momentum.



## Scale Model

Search advertising is an ecosystem of end users, publishers (search sites / apps), and advertisers. Scale is crucial for delivering superior end user experience, publisher revenue, and advertiser ROI. Scale creates positive feedback loops on each side of marketplace which reinforce each other. More scale leads to

greater investments, and enables innovations at a faster pace. Scale enables search engine to offer a competitive product in all sides of the marketplace:

- **Advertiser side**: attracting more demand and better matching of ads to query intents

- **Publisher side:** better yield and more attractive to syndication partners

- **User side:** superior relevance by learning through massive query data that captures user responses to ads



MSFT-LIT2_0001713260



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

| From: | Jon Tinter <REDACTED> |
| To: | John Giannandrea <REDACTED> ;Adrian Perica <REDACTED> ;Steve Smith <REDACTED> |
| CC: | Kevin Scott <REDACTED> ;Jordi Ribas <REDACTED> Philippe Ockenden <REDACTED> ;Andreas Homer <REDACTED> ;Jon Tinter <REDACTED> |
| Sent: | 11/9/2018 9:44:07 PM |
| Subject: | International Search Quality Investment Plan |
| Attachments: | International Search Quality Investment Plan.pdf |

John, Adrian, and Steve,

Thanks again for the time next week going through the current status of the search product quality.

As follow-up to the meeting, attached is a plan for how we would think about the investments required to address search quality issues.  It should be pretty self-explanatory but happy to get on the phone and walk you through this.

REDACTED

Let us know if you have any questions.

-Jon

Ex. No.
UPX0797
1:20-cv-03010-APM



Microsoft Confidential

Bing International Investment

MSFT-0000031023

HIGHLY CONFIDENTIAL INFORMATION

REDACTED

MSFT-0000031024

HIGHLY CONFIDENTIAL INFORMATION

REDACTED

MSFT-0000031025

HIGHLY CONFIDENTIAL INFORMATION

REDACTED

MSFT-0000031026

HIGHLY CONFIDENTIAL INFORMATION



MSFT-0000031027

HIGHLY CONFIDENTIAL INFORMATION



MSFT-0000031028

HIGHLY CONFIDENTIAL INFORMATION

REDACTED

MSFT-0000031029

HIGHLY CONFIDENTIAL INFORMATION