# EXHIBIT D

From: Bill Stasior
Subject: Re: ET offsite - Seatch
Date: July 10, 2014 at 4:48 PM-0700
To: Eddy Cue

R.e. Parsec

We support 8 domains: Maps, iTunes, Wikipedia, Top 50K Websites, News, Movie Showtimes, Bing, Twitter.
iTunes includes: Music, Books, AudioBooks, Apps, Podcasts, Movies, iTunes U and *planned* ▮ support for Artists & TV Shows.

> latest numbers on parsec (iOS, mac, spotlight and Safari)?

We are seeing ▮ request daily. iOS vs Mac: ▮

On iOS, Spotlight vs Safari split is ▮ vs ▮ On Mac, Spotlight vs Safari split is ▮ to ▮

> future plans for search for the next year?

So far, the high level themes are:

    Answer more queries (today we answer ▮ of queries)
    Search data from third-party apps (~15 apps + strategy/api for others)
    Comprehensive coverage for media-related queries (given iOS' media centricity)
    New locales

The features emerging as top candidates:

    Top Websites ▮
    Internet Video (Youtube, Vimeo, DailyMotion, Vine, and others)
    Third Party Apps & API (~15 apps in domains including Events, Shopping & Health)
    Streaming Music (Beats & others)
    How To domain (4% of queries are "how to X" or "how do i Y")
    Apple Help Domain (KB articles, discussions.apple.com and all help documentation for Apple products)
    Sport Scores
    Spelling correction & query understanding
    More results in Spotlight, better blending of local & Parsec
    Universal accessibility of iOS Spotlight
    8 new locales, bringing total to ~25
    China Investigation

- Bill

On Jul 10, 2014, at 10:12 AM, Eddy Cue ▮ wrote:

> I need to give an update on search at the ET offsite. Can I get the domains we currently support in parsec n Siri? What are the latest numbers on parsec (iOS, mac, spotlight and Safari)? What are the future plans for search for the next year? What are Siri usage numbers and broken out by type?

> Sent from my iPhone

Ex. No.
UPX0626
1:20-cv-03010-APM

CONFIDENTIAL
APLGOOGDOJ-00474729

CONFIDENTIAL

APLGOOGDOJ-00474730

**Subject:** ▇
**From:** "Eddy Cue" ▇
**Received(Date):** Sun, 13 Jul 2014 23:40:27 +0000
**To:** "Bill Stasior" ▇
**Date:** Sun, 13 Jul 2014 23:40:27 +0000

---

Here are my ▇ updates I will give -

**\* Goal**

- support 8 domains: Maps, iTunes, Wikipedia, Top 50K Websites, News, Movie Showtimes, Bing, Twitter

\* early results

- On iOS, Spotlight vs Safari split is ▇  On Mac, Spotlight vs Safari split is ▇

- answering ▇ of queries

**\* next domain candidates**

- Top Websites ▇

- Third Party Apps & API (~15 apps in domains including Events, Shopping & Health)

- Internet Video (Youtube, Vimeo, DailyMotion, Vine, and others)

- Streaming Music (Beats & others)

- How To domain (4% of queries are "how to X" or "how do i Y")

Ex. No.
UPX0625
1:20-cv-03010-APM

- Apple Help Domain (KB articles, discussions.apple.com and all help documentation for Apple products)

- Sport Scores

- ■■■■■■■■■■■■■■■■■■■■■■■■■■■■

* Improvements

- ■■■■■■■■■■■■■■■■■■■■■■

- Easily accessible from anywhere (lock screen, in apps, …), "lookup" in app

- ■■■■■■■■■■■■■■■■■■■■■■

- Search answers in other contexts (e.g. someone messages you name of restaurant, provide easy access to search info, and associated actions)

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■

- Comprehensive coverage for media-related queries ■■■■■■■■■■

- 8 new locales, bringing total to ~25

- China

- Spelling correction & query understanding

Any additional thoughts?

CONFIDENTIAL

APLGOOGDOJ-00418272

**Subject:** Re: Update on Google search changes
**From:** "John Giannandrea"
**Received(Date):** Thu, 17 Jan 2019 04:48:07 +0000
**To:** "Tim Cook"
**Cc:** "Eddy Cue"
**Date:** Thu, 17 Jan 2019 04:48:07 +0000

We have two threads going on, one is to make sure we are getting attribution for all the queries that we send to Google. I spoke to Peter Stern tonight and he met with Don at Google recently and informed them of the changes we are making this week server side. There are other changes that we are making in ▇▇▇ We don't know yet if we are already getting paid for these queries but this will resolve itself.

Then there is the second issue of 'displaced' queries (that Siri is trying to answer). Peter and Steven ▇▇▇ and I met on this Monday. We are doing three things here with some urgency. ▇▇▇

A wrinkle with this is we can't just ▇▇▇ because that would a/ ▇▇▇ and b/ ▇▇▇ Craig and I have been discussing the privacy history here on when we started doing this.

Im treating these two threads with some urgency. At the same time its a one-time opportunity so we want to make the best set of changes we can.

-jg

> On Jan 16, 2019, at 12:25 PM, Tim Cook ▇▇▇ wrote:
>
> JG,
>
> Any update on when we can make the improvements to Siri suggestions, etc? These changes would seem to increase customer sat and revenue.

HIGHLY CONFIDENTIAL

Ex. No.
UPX0618
1:20-cv-03010-APM

APLGOOGDOJ-00293265

|  |  |
|---|---|
| Subject: | Stats for Search V2 Goals |
| From: | "Jamie de Guerre" ▮ |
| Received(Date): | Sun, 20 Oct 2019 17:49:35 +0000 |
| To: | "Srinivasan (Cheenu) Venkatachary" ▮ ,"Steven Duplinsky" ▮ ,"Benoit Dupin" ▮ |
| Cc: | "Vivek Bhardwaj" ▮ |
| Attachment: | PastedGraphic-6.png |
| Date: | Sun, 20 Oct 2019 17:49:35 +0000 |

Team,

We currently have the following slide in the ▮. JG would prefer to present the stats of where we plan to get to, or the improvements that ▮ will achieve, instead of presenting an architecture diagram.

Could you help provide what you think are the key stats that show the value of ▮? The current ones in the speaker notes are a bit unclear what the value is (eg: ▮ offline doc storage — what is the benefit of this? what was the prior number? etc?)

Thanks,

-Jamie

Ex. No. UPX1123
1:20-cv-03010-APM

APLGOOGDOJ-00536510




**Subject:** Re: Siri assistant fallback web search
**From:** "John Giannandrea"
**Received(Date):** Tue, 21 Jul 2020 18:30:57 +0000
**To:** "Srinivasan Venkatachary"
**Cc:** "Benoit Dupin"
**Date:** Tue, 21 Jul 2020 18:30:57 +0000

Im not sure I understand Vivek's point here.  We can discuss in our next 1:1.
-jg

> On Jul 21, 2020, at 12:36 AM, Srinivasan Venkatachary wrote:
>
> I talked to Vivek, and he is good with us We can decide when we can do this, given all the other things we are doing.
>
> Thanks,
> Cheenu
>
>> On Jul 10, 2020, at 9:28 PM, Srinivasan Venkatachary wrote:
>>
>> Ok, thanks, will follow up with Vivek.
>>
>>> On Jul 10, 2020, at 9:10 PM, John Giannandrea wrote:
>>>
>>> I agree this would be better if we power it ourself.  We should get a copy of the contract and see what constraints we have.
>>>
>>> -jg
>>>
>>>> On Jul 10, 2020, at 8:11 PM, Srinivasan Venkatachary wrote:
>>>>
>>>> Though don't know if the Google contract requires us to send these over, can ask Vivek.
>>>>
>>>>> On Jul 10, 2020, at 6:48 PM, Srinivasan (Cheenu) Venkatachary wrote:
>>>>>
>>>>> Hi JG, the fall back web search from Siri is using a XML API from google, which they still support.
>>>>>

Ex. No.
UPX0494
1:20-cv-03010-APM

HIGHLY CONFIDENTIAL

APLGOOGDOJ-00004544

```
>>>>> Benoit and I were chatting that going forward we could just power this with
>>>>> ▮▮▮▮ web search results, with an explicit way to search Google if the user wants.
>>>>>
>>>>> This would be a better privacy angle and helps us collect better signal.
>>>>>
>>>>> Please let us know what you think.
>>>>>
>>>>> Thanks,
>>>>> Cheenu
>>>>>
>>>>
>>
>
```

HIGHLY CONFIDENTIAL
APLGOOGDOJ-00004545

**Subject:** Re: Follow up questions to the SPG and AI/ML All Hands
**From:** "John Giannandrea"
**Received(Date):** Tue, 17 Nov 2020 01:32:01 +0000
**To:** "Jenna Thibodeau"
**Date:** Tue, 17 Nov 2020 01:32:01 +0000

Thanks!

-jg

On Nov 16, 2020, at 5:10 PM, Jenna Thibodeau wrote:

Thanks JG!

The AI/ML questions have been answered in Slack and I've sent Doug a note with the SPG questions re: how he would like to handle.

-Jenna

On Nov 16, 2020, at 9:01 AM, John Giannandrea wrote:

Here are my answers. We should check with Doug is he wants me answering these kinds of sensitive questions without him in whatever focum you are going to use.
-jg

Ex. No.
UPX0659
1:20-cv-03010-APM

HIGHLY CONFIDENTIAL

APLGOOGDOJ-01149212



2. As COVID continues impacting economy world-wide, probably the real effect is not manifested yet. Is there any sharable information on Apple and AI/ML plan to maintain and continue growth in 2021? How will these uncertainties impact AI/ML in next few quarters? *(From Shahriar Pezeshgi)*

▮ We dont know yet how FY21 will play out.

3. In terms of ▮ search, and web search particularly, are we trying to seriously compete with Google? *(From Shawn Li)* Jenna note —> can send to Benoit/Cheenu as well but thought you may want to throw some thoughts on this one

We front all informtation queries, including all those that eventually go to a search partner. ▮
▮ "World knowledge" is critically important to us as a company which is why we are investing in our own search technology across a number of verticals including question answering and Siri.

HIGHLY CONFIDENTIAL
APLGOOGDOJ-01149213



-jg

HIGHLY CONFIDENTIAL

APLGOOGDOJ-01149214