# EXHIBIT F

**Volume 3**

**Pages 323 - 578**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

```
IN RE GOOGLE PLAY STORE          )
ANTITRUST LITIGATION,            )
                                 )  NO. 21-md-02981-JD
_____)
THIS DOCUMENT RELATES TO:        )
                                 )
EPIC GAMES, INC.,                )
                                 )
          Plaintiff,             )
                                 )
  VS.                            )  NO. 3:20-cv-05671-JD
                                 )
GOOGLE, LLC., et al.,            )
                                 )
          Defendants.            )
_____)
```

San Francisco, California
Tuesday, November 7, 2023

**TRANSCRIPT OF PROCEEDINGS**

STENOGRAPHICALLY REPORTED BY:

Kelly Shainline, CSR 13476, RPR, CRR
Official United States Reporter

1      Here is the guideline:  For those of you who are third
2  parties, you need to read the order I entered a long time ago
3  in this case about the standards for sealing.
4      The public has a right of access.  That is particularly
5  true in antitrust cases which affect our economy and the daily
6  lives of people and their pocketbooks.
7      We are not going to have a shroud of secrecy in this case.
8  So you read that order.  You negotiate with whoever on -- I
9  guess the plaintiff's; right?  You're the -- Defendants, you're
10 agnostic on the sealing requests?
11          **MR. KRAVIS:**  Correct, Your Honor.
12          **THE COURT:**  All right.  So you talk with the
13 plaintiffs and get that worked out.
14      Now, how is this going to work for scheduling, Plaintiffs?
15 When do you need to do all this?
16          **MR. OTTAUNICK:**  Well, Your Honor, some of this
17 information is for witnesses who we intend to call as soon as
18 today.
19          **THE COURT:**  All right.  Then you better get on it
20 because the jury is -- you know, we're waiting for one person.
21 All right?
22          **MR. OTTAUNICK:**  Understood, Your Honor.
23          **THE COURT:**  So you're going to go out in the hallway
24 and get this worked out.  Now, in the meantime, before you do
25 that, though, you take 10 minutes and download that order from

1        I don't believe they're really seriously thinking that
2   this is the one that they want to focus on, and we're just
3   trying to protect the confidentiality of an existing deal so
4   that it doesn't affect future competition for that company's
5   business.
6            **THE COURT:**  Here's the problem:  I'm sympathetic to
7   the ongoing negotiations now.  I get that and that makes some
8   sense to me.  You know, you've got a million contracts with
9   developers, and I can't -- if each one has its own unique terms
10  and that's the hook for sealing, you know, I can't -- I can't
11  do that.  It's just going to be too much sealing.
12       So I'll take a look at it, but I'm inclined to let you do
13  the ones that are currently actively being negotiated but not
14  the ones that are already on the page and signed.
15       Now what about 8011?
16           **MR. POMERANTZ:**  I think it's same issue, Your Honor.
17           **THE COURT:**  Same issue?
18           **MR. POMERANTZ:**  I think your ruling on that would be
19  it guides 8012, I believe, unless counsel thinks otherwise.
20           **THE COURT:**  Okay. All right.  Let me take a look at
21  that.
22       I think we're still waiting for one juror.  That person
23  might be here now.
24       But are you planning to do this this morning, these two
25  exhibits?