# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

### DECLARATION OF JULIA E. CHAPMAN IN SUPPORT OF NONPARTY MICROSOFT CORPORATION'S POSITION STATEMETN CONCERNING THE CONFIDENTIALITY OF ITS DOCUMENTS AND TESTIMONY

I, Julia E. Chapman, hereby declare as follows:

1.   I am an attorney duly licensed to practice law in Pennsylvania and admitted to the United States District Court for the District of Columbia for this matter *pro hac vice*. I am a Partner of the law firm Dechert LLP, counsel for non-party Microsoft Corporation ("Microsoft") in connection with the above-captioned actions. I submit this declaration in support of Microsoft's Position Statement Concerning the Confidentiality of Its Documents and Testimony. Unless otherwise stated, the matters set forth below are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. **Exhibit 1** is a true and correct copy of trial exhibit **DX0434**, with Microsoft's proposed redactions applied.

3. **Exhibit 2** is a true and correct copy of trial exhibit **DX0452**, with Microsoft's proposed redactions applied.

4. **Exhibit 3** is a true and correct copy of trial exhibit **DX0454**, with Microsoft's proposed redactions applied.

5. **Exhibit 4** is a true and correct copy of trial exhibit **DX0455**, with Microsoft's proposed redactions applied.

6. **Exhibit 5** is a true and correct copy of trial exhibit **DX0457**, with Microsoft's proposed redactions applied.

7. **Exhibit 6** is a true and correct copy of trial exhibit **DX0472**, with Microsoft's proposed redactions applied.

8. **Exhibit 7** is a true and correct copy of trial exhibit **DX0500**, with Microsoft's proposed redactions applied.

9. **Exhibit 8** is a true and correct copy of trial exhibit **DX0524**, with Microsoft's proposed redactions applied.

10. **Exhibit 9** is a true and correct copy of trial exhibit **DX0538**, with Microsoft's proposed redactions applied.

11. **Exhibit 10** is a true and correct copy of trial exhibit **DX0679**, with Microsoft's proposed redactions applied.

12. **Exhibit 11** is a true and correct copy of trial exhibit **DX0680**, with Microsoft's proposed redactions applied.

13. **Exhibit 12** is a true and correct copy of trial exhibit **DX0688**, with Microsoft's proposed redactions applied.

14. **Exhibit 13** is a true and correct copy of trial exhibit **DX0963**, with Microsoft's proposed redactions applied.

15. **Exhibit 14** is a true and correct copy of trial exhibit **PSX00761**, with Microsoft's proposed redactions applied.

16. **Exhibit 15** is a true and correct copy of trial exhibit **UPX0246**, with Microsoft's proposed redactions applied.

17. **Exhibit 16** is a true and correct copy of trial exhibit **UPX0301**, with Microsoft's proposed redactions applied.

18. **Exhibit 17** is a true and correct copy of trial exhibit **UPX0736**, with Microsoft's proposed redactions applied.

19. **Exhibit 18** is a true and correct copy of trial exhibit **UPX0797**, with Microsoft's proposed redactions applied.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 10th day of April 2024 in Paramus, New Jersey.

<u>/s/ Julia Chapman</u>
Julia E. Chapman (*pro hac vice*)
Dechert LLP
2929 Arch Street
Philadelphia, A 19104
julia.chapman@dechert.com