# EXHIBIT 1
# (Public-Redacted)

| | |
|---|---|
| From: | Jon Tinter </O=MICROSOFT/OU=NORTHAMERICA/CN=RECIPIENTS/CN=JTINTER> |
| To: | Yusuf Mehdi; Satya Nadella; Neal Bernstein; Harry Shum; Brian MacDonald; Erik Jorgensen; Rik van der Kooi |
| CC: | Stephen Lawler; Andrew Shuman; Mike Nichols; Jon Tinter |
| Sent: | 11/5/2009 4:43:26 AM |
| Subject: | RE: Apple Update |

I think that we all agree that the goal with Apple is to become the default search on iPhone. This is the position that has the most value. The challenge is how to achieve that goal.

Apple has made it very clear to us that they are not interested in replacing G as the default search provider. This position is in spite of all of the challenges in the relationship between Apple and G. I think that this is a function of three things:

1. Apple generates significant revenue from G today
2. Concern that replacing G with Bing (which is still low share and generally unproven in the market despite our early momentum) represents a significant customer experience risk
3. Apathy/antipathy at Apple towards MS

They have made this position very clear to us both in the discussion with Phil Schiller and in the subsequent conversation with their team.

REDACTED

Thanks.

-Jon

REDACTED



HIGHLY CONFIDENTIAL              DX0434.001              MSFT-LIT2_0004778235

HIGHLY CONFIDENTIAL

**DX0434.002**

MSFT-LIT2_0004778236

REDACTED

HIGHLY CONFIDENTIAL

DX0434.003

MSFT-LIT2_0004778237

REDACTED

HIGHLY CONFIDENTIAL **DX0434.004** MSFT-LIT2_0004778238

HIGHLY CONFIDENTIAL

**DX0434.005**

MSFT-LIT2_0004778239