# EXHIBIT 2
# (Public-Redacted)

| | |
|---|---|
| From: | Chris Nelson (OSD) </O=MICROSOFT/OU=NORTHAMERICA/CN=RECIPIENTS/CN=CNELSON> |
| To: | Jon Tinter; Lorna Heffernan |
| CC: | Sarah Richmond (DAVIDSON); Alexandra Mickel (JEFFERSON) |
| Sent: | 1/11/2013 10:07:06 PM |
| Subject: | FW: Thoughts for Samsung escalation |
| Attachments: | RE: Thoughts for Samsung escalation; Samsung Tizen Term Sheet 12 06.docx |

**REDACTED**

---

**From:** Alexandra Mickel (JEFFERSON)
**Sent:** Friday, January 11, 2013 1:20 PM
**To:** Chris Nelson (OSD)
**Cc:** Sarah Richmond (DAVIDSON)
**Subject:** Thoughts for Samsung escalation

**REDACTED**



DX0452

REDACTED

Hi Chris & Sarah,

I spent an hour today with my contact at Samsung and his boss, Joon Oh, a Director who apparently runs partnerships for Samsung. Below is a quick summary of our conversation, which we can discuss in more

detail when I am back in the office on Monday.

**Tizen:**
- Samsung management has decided to move forward with a search partner for Tizen that is not Bing

REDACTED

- I do think that our existing Bing experience in Korea hurt us in this deal since the Samsung team at headquarters isn't able to experience Bing for themselves and sees a very sub-par experience if they ever were to go to Bing in Korea. In addition, it seems that they really shy away from any partnerships that wouldn't be global in nature. We offered global coverage, but I think the fact that localized Bing experiences and monetization are still limited to a relatively small set of markets hurt us as well.

REDACTED

HIGHLY CONFIDENTIAL
MSFT-LIT2_0010073735

Thanks,
AJ

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

DX0452.005

MSFT-LIT2_0010073737



HIGHLY CONFIDENTIAL

DX0452.006

MSFT-LIT2_0010073738

REDACTED

HIGHLY CONFIDENTIAL

**DX0452.007**

MSFT-LIT2_0010073739



REDACTED

HIGHLY CONFIDENTIAL

**DX0452.009**

MSFT-LIT2_0010073741



HIGHLY CONFIDENTIAL

**DX0452.011**

MSFT-LIT2_0010073743

REDACTED

HIGHLY CONFIDENTIAL

DX0452.012

MSFT-LIT2_0010073744



REDACTED

HIGHLY CONFIDENTIAL

DX0452.013

MSFT-LIT2_0010073745

File Provided Natively

REDACTED

HIGHLY CONFIDENTIAL

DX0452.014

MSFT-LIT2_0010073746