# EXHIBIT 3
# (Public-Redacted)

REDACTED

HIGHLY CONFIDENTIAL

DX0454.001

MSFT-LIT2_0009866624

REDACTED

**From:** Jon Tinter
**Sent:** Wednesday, May 15, 2013 1:54 PM
**To:** Amy Hood; Tami Reller; Lisa Tanzi (LCA)
**Cc:** Qi Lu; Jon Tinter
**Subject:** RE: Project Bocca Update

ACP

Here is some more background on the deal.

We have been talking to Apple on and off for several years about replacing Google as the default search option on iOS. We had offered them a Yahoo like deal where they could built their own search service on top of our APIs. We never got traction for two reasons: (1) Apple concerns about our monetization relative to Google and (2) Apple concerned about the brand risk of switching from Bing to Google (similar to backlash they had on maps). (2) has always been their bigger concern.

REDACTED

Thanks.

-Jon

REDACTED

REDACTED

HIGHLY CONFIDENTIAL
MSFT-LIT2_0009866626

REDACTED



HIGHLY CONFIDENTIAL                    **DX0454.005**                    MSFT-LIT2_0009866628