# EXHIBIT 4
# (Public-Redacted)

| From: | Jon Tinter [/O=MICROSOFT/OU=NORTHAMERICA/CN=RECIPIENTS/CN=JTINTER] |
|---|---|
| Sent: | 6/12/2013 10:02:00 PM |
| To: | Qi Lu [REDACTED@microsoft.com]; Harry Shum [REDACTED@microsoft.com]; Derrick Connell [REDACTED@microsoft.com]; Mike Nichols [REDACTED@bing.com]; David Pann REDACTED@microsoft.com]; Rik van der Kooi REDACTED@microsoft.com] |
| CC: | Jon Tinter REDACTED@bing.com] |
| Subject: | RE: COVG: May comScore figures- Bing Continues Gains, Yahoo "Stabilized," Google Flat |
| Attachments: | Mobile Scale Strategy Final Exec.pptx; Yahoo Mobile Insights - 130508.pptx; Samsung v4.pptx |

Adding Rik and David since we are were also discussion and I want to pull everything together into a single thread.

3 documents worth reading on this topic.

1. The Yahoo mobile insights work provides a good overview answering Qi's question of what Y is doing. This work was done by Mike's team and is informing our thinking.
2. Some initial thinking the strategy team did on how to drive mobile scale. Qi, we reviewed this with you when we kicked off the discussion around 4square.
3. Analysis the team did around Samsung. Finding a way to split Samsung from Google is a major potential opportunity to build search scale. We had paused thinking here while we pursued the Siri partnership but it is now worth turning attention to again.

I know David has also been thinking about how we drive scale in mobile. We will work with him to create and updated/consolidated POV.

-Jon


**From:** Jon Tinter
**Sent:** Wednesday, June 12, 2013 5:47 AM
**To:** Qi Lu
**Cc:** Jon Tinter; Harry Shum; Derrick Connell; Mike Nichols
**Subject:** Re: COVG: May comScore figures- Bing Continues Gains, Yahoo "Stabilized," Google Flat

I will send a full analysis the team did of y when I get to office.

Their growth is all on iOS and comes from an aggressive app strategy (providing content for pre installed iOS apps plus publishing their own apps); using apps to drive browser traffic; and prompting for default changes.

On Jun 12, 2013, at 5:44 AM, "Qi Lu" <REDACTED@microsoft.com> wrote:



**DX0455**

**DX0455.001**

What has Yahoo done?

Sent from my Windows Phone

---

**From:** Jon Tinter
**Sent:** 6/12/2013 5:22
**To:** Qi Lu
**Cc:** Harry Shum; Derrick Connell; Mike Nichols; Jon Tinter
**Subject:** Re: COVG: May comScore figures- Bing Continues Gains, Yahoo "Stabilized," Google Flat

Here is the update on Android:

1. On g variants of android we have been running pilots of various products (home screen widgets, etc) that arent controlled by g. To date we have had limited success. Our low mobile rps makes us non competitive bidding for volume and our focus on green volume means we haven't bid past breakeven

2. On REDACTED they have recently provided us with API to prompt browser default change. This is similar to what we have on iOS. Now that we have default we are working on plan for how to drive traffic and trigger.

3. On kindle, if they launch phone we have default

4. On other class 3 android vol is mostly in markets where we either don't have ads or monetization is very low.

Bottom line, unless we are willing to invest unprofitably for scale (similar to initial pc approach) we are stuck at low share.

Best bet is execute well on iOS and win phone.

Sent from my iPad

On Jun 11, 2013, at 11:00 PM, "Qi Lu" <REDACTED@microsoft.com> wrote:

> Yes, and this has a very long history.
> Note that we used to bet big on iOS and Android, e.g., the REDACTED Verizon deal that's all focused on Android. We got pretty much nothing, because the way Google controls the Android eco-system.
> iOS is a different story, and we now have a new beginning.
> You and Derrick weren't involved much back then, and we have done lots of work on those fronts (e.g., the two rounds of big projects with RIM).
> For now and for the time being, we are still entirely windows and windows phone focused, that's our all-in bet. We are not doing any development (other than browser targeted) for non-windows platforms.
> At the same time, I also tasked Tinter a few months back to re-fresh our strategic options (for chassis-3 Android devices, those who forked android, e.g., Kindle, and not controlled by Google).
> We can also try to gain more Bing usage on Android via browser. Adding Tinter here, as I wanted to know the latest.

**DX0455.002**

Happy to talk more, maybe at our PLT meeting, if needed.

Thanks

**From:** Harry Shum
**Sent:** Tuesday, June 11, 2013 10:50 PM
**To:** Qi Lu; Derrick Connell; Mike Nichols
**Subject:** FW: COVG: May comScore figures- Bing Continues Gains, Yahoo "Stabilized," Google Flat

A significant part of the reason that Bing mobile share is low (5%) is that we don't play in Android ecosystem. By design.

**From:** Adam Sohn
**Sent:** Tuesday, June 11, 2013 5:53 PM
**To:** Online Services Division Leadership Team; Bing Business Group Leadership Team
**Subject:** FW: COVG: May comScore figures- Bing Continues Gains, Yahoo "Stabilized," Google Flat

FYI share numbers coming out.

**From:** Lezli Goheen [mailto: REDACTED @waggeneredstrom.com]
**Sent:** Tuesday, June 11, 2013 5:48 PM
**To:** Adam Sohn; Stefan Weitz; Bill Hankes; Craig Beilinson; Ted Roduner; Andrew Bahena; Melissa Powell; Karin Muskopf; Kari Dilloo; Betsy Aoki; Duane Forrester (BING ECOSYSTEM); Matt Wallaert
**Cc:** MSABG PR Team; Catherine Collins (CORPORATE COMMUNICATIONS); WE OSB TEAM; SS-BingPR
**Subject:** COVG: May comScore figures- Bing Continues Gains, Yahoo "Stabilized," Google Flat

All-

Based on early reports to analysts, Search Engine Land is reporting May comScore numbers that indicate Google is up .2, Bing is up .1 and Yahoo! is down .1 compared to April's numbers. All up, Google is flat year over year while Bing is up 2% in the same period.

The SEL post also includes figures on mobile search, indicating that Google has declined YOY while Yahoo! is up. May mobile search volume has Google at 84%, Yahoo at 11% and Bing at under 5%.

Full text of the SEL post is below. We'll follow up tomorrow with additional coverage and our updated reactive statement related to share.

Lezli

**DX0455.003**

**Market Share: Bing Continues Gains, Yahoo "Stabilized," Google Flat**

Jun 11, 2013 at 8:06pm ET by Greg Sterling

Financial analysts are releasing May comScore search market share data to their clients, which means we're getting an early look at what the metrics firm will be generally exposing in the next 24 hours.

Here are the numbers — comparing April and May of 2013 as well as May 2012:

- **Google:** 66.7 percent (May) vs. 66.5 percent (April) vs. 66.7 percent (May 2012)
- **Bing:** 17.4 percent (May) vs. 17.3 percent (April) vs. 15.4 percent (May 2012)
- **Yahoo:** 11.9 percent (May) vs. 12 percent (April) vs. 13.4 percent (May 2012)
- **Ask:** Google: 2.7 percent (May) vs. 2.7 percent (April) vs. 3 percent (May 2012)
- **AOL:** 1.3 percent (May) vs. 1.4 percent (April) vs. 1.5 percent (May 2012)

Google is flat year over year. Yahoo appears to have stabilized and Bing continues to make incremental gains, partly at Yahoo's expense. Ask and AOL also continue to lose share as part of a long term trend. However, Ask's search share is more than double AOL's at this point.

None of this includes mobile search queries. In many categories mobile is 20 percent to 40 percent (or more) of the overall search query volume.

Below are StatCounter data about mobile search market share in the US:

<image001.png>

Interestingly Google's mobile search share has slowly declined from a high of about 95 percent — and Yahoo's has been growing. Google now captures 84 percent of mobile search query volume on the mobile web. Yahoo has 11 percent and Bing has just under 5 percent.

While Yahoo may not be able to regain lost query volume on the PC it does appear to have an opportunity to develop further search momentum in mobile.

**DX0455.004**

REDACTED



1

HIGHLY CONFIDENTIAL  **DX0455.005**  MSFT-LIT2_0006004309

REDACTED



2

HIGHLY CONFIDENTIAL

**DX0455.006**

MSFT-LIT2_0006004310

REDACTED



3

HIGHLY CONFIDENTIAL

**DX0455.007**

MSFT-LIT2_0006004311

REDACTED



4

HIGHLY CONFIDENTIAL

**DX0455.008**

MSFT-LIT2_0006004312



REDACTED

5

**DX0455.009**

MSFT-LIT2_0006004313

REDACTED



HIGHLY CONFIDENTIAL

**DX0455.010**

MSFT-LIT2_0006004314

REDACTED



HIGHLY CONFIDENTIAL

**DX0455.011**

MSFT-LIT2_0006004315



REDACTED

8

HIGHLY CONFIDENTIAL

**DX0455.012**

MSFT-LIT2_0006004316



REDACTED

9

**DX0455.013** MSFT-LIT2_0006004317



HIGHLY CONFIDENTIAL

**DX0455.014**

MSFT-LIT2_0006004320

REDACTED



HIGHLY CONFIDENTIAL

**DX0455.015**

MSFT-LIT2_0006004321



HIGHLY CONFIDENTIAL

**DX0455.016**

MSFT-LIT2_0006004322



HIGHLY CONFIDENTIAL **DX0455.017** MSFT-LIT2_0006004323



**DX0455.018**



**DX0455.019** MSFT-LIT2_0006004325



HIGHLY CONFIDENTIAL **DX0455.020** MSFT-LIT2_0006004326

REDACTED



**DX0455.021**



**DX0455.022**

REDACTED



1

HIGHLY CONFIDENTIAL

**DX0455.023**



REDACTED

2



REDACTED

3

HIGHLY CONFIDENTIAL

**DX0455.025**

MSFT-LIT2_0006004338

REDACTED



HIGHLY CONFIDENTIAL

**DX0455.026**

MSFT-LIT2_0006004339

REDACTED



5

**DX0455.027** MSFT-LIT2_0006004340

REDACTED



HIGHLY CONFIDENTIAL

**DX0455.028**

MSFT-LIT2_0006004341



HIGHLY CONFIDENTIAL

**DX0455.029**

MSFT-LIT2_0006004342

REDACTED



8

HIGHLY CONFIDENTIAL   **DX0455.030**   MSFT-LIT2_0006004343

REDACTED



HIGHLY CONFIDENTIAL **DX0455.031** MSFT-LIT2_0006004344

REDACTED



10

**DX0455.032** MSFT-LIT2_0006004345

REDACTED



11

REDACTED



12

HIGHLY CONFIDENTIAL

**DX0455.034**

MSFT-LIT2_0006004347



REDACTED

13

**DX0455.035**

MSFT-LIT2_0006004348

REDACTED



14

HIGHLY CONFIDENTIAL

**DX0455.036**

MSFT-LIT2_0006004349

REDACTED



15

HIGHLY CONFIDENTIAL **DX0455.037** MSFT-LIT2_0006004350

REDACTED



16

HIGHLY CONFIDENTIAL

**DX0455.038**

REDACTED



17

HIGHLY CONFIDENTIAL

**DX0455.039**

MSFT-LIT2_0006004352



REDACTED

18

**DX0455.040**

MSFT-LIT2_0006004353

REDACTED



19

**DX0455.041**

MSFT-LIT2_0006004354

REDACTED



20

**DX0455.042**

MSFT-LIT2_0006004355



REDACTED

21

REDACTED



HIGHLY CONFIDENTIAL

**DX0455.044**

MSFT-LIT2_0006004357

REDACTED



HIGHLY CONFIDENTIAL

**DX0455.045**

MSFT-LIT2_0006004358

REDACTED



24

HIGHLY CONFIDENTIAL

**DX0455.046**

MSFT-LIT2_0006004359



REDACTED

25

**DX0455.047** MSFT-LIT2_0006004360

REDACTED



26

**DX0455.048**

REDACTED



27

**DX0455.049**



REDACTED

28

**DX0455.050** MSFT-LIT2_0006004363



29

HIGHLY CONFIDENTIAL

**DX0455.051**

MSFT-LIT2_0006004364