# EXHIBIT 5
# (Public-Redacted)

**From:** Jon Tinter </O=MICROSOFT/OU=NORTHAMERICA/CN=RECIPIENTS/CN=JTINTER>
**To:** Bill Spencer; Ali Dalloul (ASG HQ); Brian Utter
**CC:** Jon Palmer (LCA)
**Sent:** 7/24/2013 7:14:47 PM
**Subject:** RE: Review of CB presentations

ACP

Comments inline

**From:** Bill Spencer
**Sent:** Wednesday, July 24, 2013 11:54 AM
**To:** Jon Tinter; Ali Dalloul (ASG HQ); Brian Utter
**Cc:** Jon Palmer (LCA)
**Subject:** RE: Review of CB presentations

**Legally Privileged – Attorney Work Product.  Prepared at the Request of Counsel. Please respond with LCA copied and do not forward.**

Thank you for your comment Jon's.  We have follow up questions on a few of your points:

On slide 20:
- Microsoft has expressed interest in a Bing distribution deal with Apple, but we <u>continue to be</u> blocked by Google's agreement
JT> only partially true. apple has been very clear with us that even if their deal with google expired they were not prepared to move to us

?> Was this due to Bing's quality in certain geographies?  Monetization? Mostly product quality





DX0457

<mark>REDACTED</mark>

<mark>Case 1:20-cv-03010-APM   Document 881-6   Filed 04/10/24   Page 3 of 3</mark>



<mark>HIGHLY CONFIDENTIAL</mark>                              **DX0457.002**                              <mark>MSFT-LIT2_0009877341</mark>