# EXHIBIT 6
# (Public-Redacted)

**From:** Satya Nadella </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-SATYA NADELLA>
**To:** Jon Tinter; Amy Hood; Qi Lu; Rik van der Kooi
**Cc:** Dave O'Hara; Peggy Johnson
**Sent:** 10/10/2014 2:00:32 AM
**Subject:** RE: Yahoo is bidding for Mozilla


DX0472

We are meeting tomorrow to talk about REDACTED prep. Will be good to talk this through. Thanks

Satya

**From:** Jon Tinter
**Sent:** Thursday, October 9, 2014 6:42 PM
**To:** Amy Hood; Satya Nadella; Qi Lu; Rik van der Kooi
**Cc:** Dave O'Hara; Peggy Johnson; Jon Tinter
**Subject:** Re: Yahoo is bidding for Mozilla

If she believes that she is going to win arbitration than there are at least 2 ways this level of bid could make sense:

- She believes that she will win and that the combo of her own platform investments (gemini+) combined with a Google backfill deal will monetize better than Bing. The Mozilla $375m ask is based on the Google monetization platform so if she has access to it, this becomes much less risky
- If she thought she was going to win arbitration and renegotiate with us, she has more leverage if she brings more volume to the table

If she is trying to build her own platform independent from ours, she could also be investing for scale. When we first launched Bing, we made several similar types of investments (early distribution deals with Dell and HP, our original toolbar distribution deal with Sun, the Verizon search deal) in order to build scale.

I don't think the issue is that she is irrational. I think the issue is that she is making different assumptions about the future and given those assumptions her behavior is likely very rational.

-Jon

---

**From:** Amy Hood
**Sent:** Thursday, October 9, 2014 5:26 PM
**To:** Jon Tinter; Satya Nadella; Qi Lu; Rik van der Kooi
**Cc:** Dave O'Hara; Peggy Johnson
**Subject:** RE: Yahoo is bidding for Mozilla

Jon,

Because I am bit new still to this space, I was wondering why Marissa would believe that she can monetize at a higher rate than we do? While I know we could argue that she is being irrational, I suspect that doesn't explain all of her behavior here. Is there something she would do that we wouldn't from a religious/CPE viewpoint? She doesn't seem like someone who would sacrifice CPE in that way.

**From:** Jon Tinter
**Sent:** Thursday, October 9, 2014 4:10 PM
**To:** Satya Nadella; Qi Lu; Rik van der Kooi
**Cc:** Dave O'Hara; Amy Hood; Peggy Johnson; Jon Tinter
**Subject:** RE: Yahoo is bidding for Mozilla

REDACTED 1.2B queries per year in the US. All tablet. Revenue forecast for the year is REDACTED Based on the bid we just won with we will lose REDACTED er year. The way the deal is structured our annual loss is capped at this amount. REDACTED is 3 year deal.

Mozilla does about 4b queries per year in the US. All on PC. Estimate from the team is about $200m in revenue. They were looking for a 6 year deal. Their core user based is flat to down so there is risk in outyear volume. We hopefully offset this risk with RPS improvement but there is real risk the cost goes up in the outyears.

This is a deal that really worries me. Based on every conversation we had with Mozilla they are putting 100% of the risk of the deal on us. They have no incentives to help us protect search defautls or protect volume. We tried a bunch of different approaches to mitigate risk and/or reduce the loss and they rejected all of them.

I understand the motivation to prevent Yahoo from winning but at the end of the day I would not recommend investing here.

-Jon


**From:** Satya Nadella
**Sent:** Thursday, October 9, 2014 11:29 AM
**To:** Qi Lu; Rik van der Kooi; Jon Tinter
**Cc:** Dave O'Hara; Amy Hood; Peggy Johnson
**Subject:** Yahoo is bidding for Mozilla

Yahoo is bidding for Mozilla. 375MM guarantee and little above what google is offering. They went to the members and basically generated 90 product ideas on top of this that the foundation can do with Yahoo properties and Mozilla.

I really wonder given we don't have a cross platform browser aligning with them around Office, EMS payload and also bidding for this distribution will help.

Its painful. But I think if we don't do this we have to deal with Yahoo getting in there.

What is the volume here vs say the REDACTED thing we just bid on? I know one is Mobile vs PC. And maybe we really don't need more PC traffic.

Thoughts?

HIGHLY CONFIDENTIAL