# EXHIBIT 7
# (Public-Redacted)

**From:** Thao Huynh </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-THAO HUYNH>
**To:** Derrick Connell; Philippe Ockenden; Jon Tinter
**CC:** Raajeev Ramaraju
**Sent:** 12/6/2018 6:57:45 PM
**Subject:** RE: Profit over time
**Attachments:** SAN Profitability from 2002 - 2019.xlsx

Excel attached. FY18 and FY19 are in the latest definition we have for SAN

**REDACTED**

**From:** Derrick Connell
**Sent:** Thursday, December 6, 2018 10:34 AM
**To:** Philippe Ockenden <         @microsoft.com>; Jon Tinter <          @microsoft.com>
**Cc:** Raajeev Ramaraju <              @microsoft.com>; Thao Huynh <         @microsoft.com>
**Subject:** RE: Profit over time

tx

**From:** Philippe Ockenden <          @microsoft.com>
**Sent:** Thursday, December 6, 2018 10:34 AM
**To:** Derrick Connell <          @microsoft.com>; Jon Tinter <          @microsoft.com>
**Cc:** Raajeev Ramaraju <              @microsoft.com>; Thao Huynh <         @microsoft.com>
**Subject:** RE: Profit over time

We will find it (Or approximate) and send a xls back.

**From:** Derrick Connell <         @microsoft.com>
**Sent:** Thursday, December 6, 2018 10:32 AM
**To:** Jon Tinter <          @microsoft.com>; Philippe Ockenden <          @microsoft.com>
**Cc:** Raajeev Ramaraju <              @microsoft.com>; Thao Huynh <         @microsoft.com>
**Subject:** RE: Profit over time

I mean the picture of Amy and Dave


DX0500

**From:** Jon Tinter <​@microsoft.com>
**Sent:** Thursday, December 6, 2018 10:31 AM
**To:** Derrick Connell <​@microsoft.com>; Philippe Ockenden <​@microsoft.com>
**Cc:** Raajeev Ramaraju <​@microsoft.com>; Thao Huynh <​@microsoft.com>
**Subject:** RE: Profit over time

I like the picture for the story I was trying to tell

**From:** Derrick Connell <​@microsoft.com>
**Sent:** Thursday, December 6, 2018 10:29 AM
**To:** Philippe Ockenden <​@microsoft.com>; Jon Tinter <​@microsoft.com>
**Cc:** Raajeev Ramaraju <​@microsoft.com>; Thao Huynh <​@microsoft.com>
**Subject:** RE: Profit over time

This can work – do we have the raw file without

- the pictures
- words at the top
- ?? areas

And perhaps a label for the 2018 number

**From:** Philippe Ockenden <​@microsoft.com>
**Sent:** Thursday, December 6, 2018 10:26 AM
**To:** Derrick Connell <​@microsoft.com>; Jon Tinter <​@microsoft.com>
**Cc:** Raajeev Ramaraju <​@microsoft.com>; Thao Huynh <​@microsoft.com>
**Subject:** RE: Profit over time

Depending on our error rate tolerance I have this which was based on the old online business and then search and display. Assuming we aren't trying to be super precise I would use this and add in FY18 and FY19's latest SAN numbers

REDACTED

**From:** Derrick Connell <​@microsoft.com>
**Sent:** Thursday, December 6, 2018 10:18 AM
**To:** Philippe Ockenden <​@microsoft.com>; Jon Tinter <​@microsoft.com>
**Subject:** Profit over time

Phil

Do we have a view of SAN profit over time?
D

HIGHLY CONFIDENTIAL **DX0500.003** MSFT-LIT2_0000727154

# File Provided Natively

SAN Profitability from 2002 - 2019.xlsx

Connell, Derrick-\Connell, Derrick\Exchange\          microsoft.com-21.pst\Top of Personal Folders\derrickc@microsoft.com (Primary)\Top of Information Store\Inbox\Search Strategy 2020\RE: Profit over time

HIGHLY CONFIDENTIAL

MSFT-LIT2_0000727155