# EXHIBIT 8
# (Public-Redacted)

**From:** Jordi Ribas </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-JORDI RIBAS>
**To:** Richard Qian; Mayu Yanagisawa; Magdalena Hermawan
**Sent:** 1/7/2020 9:43:16 PM
**Subject:** Fwd: Size of Bing vs. G engineering

Get Outlook for iOS

---

**From:** Jordi Ribas <REDACTED@microsoft.com>
**Sent:** Friday, August 17, 2018 5:05 PM
**To:** Manish Mittal
**Cc:** Milan Lathia
**Subject:** RE: Size of Bing vs. G engineering

Interesting … Thanks for sharing.

I did some quick math looking at the pure Bing relevance and UX engineering teams and removing all platform components and I'm getting REDACTED er the table below.

This means that G search engineering in G is about REDACTED bigger than ours which is what I've been quoting based on rough numbers we had heard from the past.

It's probably even higher since I bet a significant portion of their 10K is for G search.

Milan, we should include the sentence "Investment insufficient for Bing quality to be competitive in both US and int'l markets e.g. 1 REDACTED Bing vs. REDACTED G relevance and UX engineers" in the int'l deck.

Thanks,
Jordi

REDACTED





REDACTED

HIGHLY CONFIDENTIAL

DX0524.002

MSFT-LIT2_0001963763