# EXHIBIT 9
# (Public-Redacted)

HIGHLY CONFIDENTIAL

**DX0538.001**

MSFT-LIT2_0001481132

REDACTED

**From:** Knut Magne Risvik REDACTED microsoft.com>
**Sent:** Friday, June 25, 2021 3:08 PM
**To:** Project 2x4 Partners · REDACTED 2microsoft.com>; WebXT Platform Group FTE WW
REDACTED 2microsoft.com>; Relevance and AI Announcements REDACTED 2microsoft.com>; Mikhail
Parakhins Directs REDACTED 2microsoft.com>
**Cc:** Project 2x4 Core LT · REDACTED 2microsoft.com>; Project 2x4 · REDACTED

**Subject:** 2z4 Phase 2 released to production

We are delighted to announce the release of the **second stage of Project 2x4** to production.

Project 2x4 is a highly ambitious re-architecture of Bing platform to dramatically increase index scale and traffic throughput. When we started in March 2020, the goal was REDACT index size, REDACTED pacity increase; and at phase 2, we have achived that. Our index is now REDACTED documents and capacity is estimated to be [REDACT] across our platform – with no increase in hardware or serving latency budgets. In addition to that, we are seeing that the bigger index gives noticeable REDACTED ins. 2x4 rolled out to CH datacenter on 6/21 and will roll-out to globally over the next weeks.

From the first phase of 2x4, we have already provided capacity to enable customer-centric product initiatives across WebXT such as REDACTED New relevance techniques like REDACTED now starting to use the increase in capacity to provide even better search quality.

This is a large effort that required changes throughout the Bing platform stack – almost every component was scaled materially, or fundamentally re-designed. REDACTED
REDACTED

As a significant investment, this release touched many parts of the platform and beyond. **Thank you** to everyone involved in the project. The dedication, commitment and strong desire to do the best work of our careers have made this complex project possible in an impressive timeline.

Thank you
Project 2x4 Team

\* Please note that the index size is sensitive internal information and strictly **Microsoft Confidential**.

REDACTED



HIGHLY CONFIDENTIAL

**DX0538.004**

HIGHLY CONFIDENTIAL

**DX0538.005**

MSFT-LIT2_0001481136

HIGHLY CONFIDENTIAL

**DX0538.006**

MSFT-LIT2_0001481137

HIGHLY CONFIDENTIAL

**DX0538.007**

MSFT-LIT2_0001481138

HIGHLY CONFIDENTIAL

**DX0538.008**

MSFT-LIT2_0001481139

HIGHLY CONFIDENTIAL

**DX0538.009**

MSFT-LIT2_0001481140

HIGHLY CONFIDENTIAL

**DX0538.010**

MSFT-LIT2_0001481141