# EXHIBIT 10
# (Public-Redacted)

| | |
|---|---|
| From: | Raajeev Ramaraju </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-RAAJEEV RAMARAJU> |
| To: | Peter MacDonald (MSA BD); Kya Sainsbury-Carter; David Ku; Rik van der Kooi; Jon Tinter; Jordi Ribas; Philippe Ockenden; Abhisht Arora |
| CC: | Bob Wyler; Ganesh Rao; Gurpreet Singh Pall; David Ku; JC Mao |
| Sent: | 11/6/2017 6:10:00 PM |
| Subject: | RE: update from Mozilla |
| Attachments: | Mozilla deal 2017_11_05.pptx |

# REDACTED

HIGHLY CONFIDENTIAL

**DX0679.002**

MSFT-LIT2_0001537939

REDACTED

HIGHLY CONFIDENTIAL

**DX0679.003**

MSFT-LIT2_0001537940

REDACTED

HIGHLY CONFIDENTIAL

**DX0679.004**

MSFT-LIT2_0001537941



From: Rik van der Kooi
Sent: Saturday, November 4, 2017 12:24:22 PM
To: Peter MacDonald (MSA BD); Jon Tinter; Jordi Ribas; Philippe Ockenden; Abhisht Arora; David Ku
Cc: Bob Wyler; Raajeev Ramaraju; Ganesh Rao; Gurpreet Singh Pall; Kya Sainsbury-Carter
Subject: RE: update from Mozilla

Thanks Peter. I think we feel more confident about the retention numbers that their tests imply, especially with the right EUPP in place. Ideally we jointly fnd an opportunity to run a real test and delay their decision to enable that, which we should explore on Monday.

Fundamentally I don't disagree that our retention would be better if we had done more to market the product in recent years. I **REDACTED**

Rik

From: Peter MacDonald (MSA BD)
Sent: Friday, November 3, 2017 5:52 PM
To: Rik van der Kooi <REDACTED@microsoft.com>; Jon Tinter <REDACTED@microsoft.com>; Jordi Ribas <REDACTED@microsoft.com>; Philippe Ockenden <REDACTED@microsoft.com>; Abhisht Arora <REDACTED@microsoft.com>; David Ku <REDACTED@microsoft.com>
Cc: Bob Wyler <REDACTED@microsoft.com>; Raajeev Ramaraju <REDACTED@microsoft.com>; Ganesh Rao <REDACTED@microsoft.com>; Gurpreet Singh Pall <REDACTED@microsoft.com>; Kya Sainsbury-Carter <REDACTED@microsoft.com>
Subject: update from Mozilla
Importance: High

I just got off the phone with Susan from Mozilla. Based on their current test and a prior test, they don't think they

can make the revenue numbers work given anticipated low search volume retention. For Mozilla, it is about search volume retention, not user DSE retention.
- With their current test, which flips the DSE on both new and existing users to Bing, there is REDACTED etention of search volume after 14 days. The key question is how far that falls in the future.
- They ran a funnel test with Bing in May/June of last year. They didn't collect data for the first 10-12 days due to a bug, but at day 12, Bing kept REDACTED of the volume. Today search volume from those users dropped to the low to mid REDACTED you bump up those volumes by REDACTED to adjust for how the current test shows REDACTED higher retention at day 12), you get to low to mid REDACTED They can't meet their revenue targets with that search volume retention

REDACTED

Peter



Peter MacDonald
Sr. Director, Business Development
Advertising and Search Distribution

Office: 415-869-3884
REDACTED @microsoft.com

HIGHLY CONFIDENTIAL	DX0679.006	MSFT-LIT2_0001537943



REDACTED

**DX0679.008**

REDACTED

REDACTED

**DX0679.010**