# EXHIBIT 11
# (Public-Redacted)

| | |
|---|---|
| **From:** | Satya Nadella </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-SATYA NADELLA> |
| **To:** | Kevin Scott |
| **CC:** | Amy Hood |
| **Sent:** | 6/12/2019 6:02:47 PM |
| **Subject:** | RE: Thoughts on OpenAI |



Very good email that explains, why I want us to do this... and also why we will then ensure our infra folks execute.

Amy - fyi

Sent from Mail for Windows 10

---

**From:** Kevin Scott
**Sent:** Wednesday, June 12, 2019 7:16:11 AM
**To:** Satya Nadella; Bill Gates
**Subject:** Re: Thoughts on OpenAI

Bill, this is just for you and Satya,

# REDACTED

HIGHLY CONFIDENTIAL

MSFT-LIT2_0007333037

HIGHLY CONFIDENTIAL

**DX0680.002**

MSFT-LIT2_0007333038

HIGHLY CONFIDENTIAL

**DX0680.003**

MSFT-LIT2_0007333039



HIGHLY CONFIDENTIAL                    **DX0680.004**                    MSFT-LIT2_0007333040