# EXHIBIT 12
# (Public-Redacted)

REDACTED

From: Mikhail Parakhin < REDACTED @microsoft.com>
Sent: Tuesday, May 25, 2021 11:22 PM
To: Rajesh Jha < REDACTED @microsoft.com>
Subject: FW: Jordi

REDACTED

- Step-wise change in impact. REDACTED Recent deliverables he's driven in FY21 include the largest ever improvement of search quality worldwide betting on large scale models, crowdsourcing and other methods, with a team that's a small fraction of G's.

REDACTED

REDACTED

Thanks,
Mikhail



REDACTED