# EXHIBIT 13
# (Public-Redacted)



HIGHLY CONFIDENTIAL INFORMATION

MSFT-0000027402

REDACTED

HIGHLY CONFIDENTIAL INFORMATION

**DX0963.002**

MSFT-0000027403

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION

MSFT-0000027404

REDACTED

HIGHLY CONFIDENTIAL INFORMATION

**DX0963.004**



REDACTED

HIGHLY CONFIDENTIAL INFORMATION   **DX0963.006**   MSFT-0000027407

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION          DX0963.007                    MSFT-0000027408

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION

MSFT-0000027409

# REDACTED



**DX0963.010** MSFT-0000027411



REDACTED

# REDACTED

**DX0963.013**



HIGHLY CONFIDENTIAL INFORMATION
**DX0963.014**
MSFT-0000027415

REDACTED

HIGHLY CONFIDENTIAL INFORMATION

DX0963.015

MSFT-0000027416



**DX0963.016**

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION **DX0963.017** MSFT-0000027418

REDACTED

HIGHLY CONFIDENTIAL INFORMATION **DX0963.018** MSFT-0000027419

REDACTED

REDACTED

HIGHLY CONFIDENTIAL INFORMATION   **DX0963.020**   MSFT-0000027421

# REDACTED

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION          **DX0963.022**          MSFT-0000027423

REDACTED

REDACTED

HIGHLY CONFIDENTIAL INFORMATION

**DX0963.024**

MSFT-0000027425

REDACTED

**DX0963.025**

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION

MSFT-0000027427

REDACTED

HIGHLY CONFIDENTIAL INFORMATION

DX0963.027

MSFT-0000027428

REDACTED

HIGHLY CONFIDENTIAL INFORMATION          **DX0963.028**          MSFT-0000027429

REDACTED

HIGHLY CONFIDENTIAL INFORMATION   **DX0963.029**   MSFT-0000027430

# REDACTED

HIGHLY CONFIDENTIAL INFORMATION

DX0963.030

MSFT-0000027431