# EXHIBIT 14
# (Public-Redacted)

**Settlement Agreement**

REDACTED



1

HIGHLY CONFIDENTIAL

REDACTED



2

HIGHLY CONFIDENTIAL

REDACTED



HIGHLY CONFIDENTIAL



CONFIDENTIAL

MSFT-LIT-0000026080

REDACTED



HIGHLY CONFIDENTIAL

REDACTED



5

HIGHLY CONFIDENTIAL



MSFT-LIT-0000026082

REDACTED



6

HIGHLY CONFIDENTIAL

CONFIDENTIAL

MSFT-LIT-0000026083

REDACTED



HIGHLY CONFIDENTIAL

CONFIDENTIAL

MSFT-LIT-0000026084

REDACTED



HIGHLY CONFIDENTIAL



CONFIDENTIAL

MSFT-LIT-0000026085

REDACTED



HIGHLY CONFIDENTIAL

CONFIDENTIAL

MSFT-LIT-0000026086

REDACTED



10

HIGHLY CONFIDENTIAL

MSFT-LIT-0000026087

REDACTED

REDACTED



12

HIGHLY CONFIDENTIAL

CONFIDENTIAL

REDACTED



13

HIGHLY CONFIDENTIAL

CONFIDENTIAL

MSFT-LIT-0000026090

REDACTED



14

HIGHLY CONFIDENTIAL

REDACTED



CONFIDENTIAL
MSFT-LIT-0000026092

REDACTED



CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL



CONFIDENTIAL



17

HIGHLY CONFIDENTIAL