# EXHIBIT 15
# (Public-Redacted)

| From: | Jon Tinter </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-JON TINTER> |
|---|---|
| To: | Phil Schiller; Craig Federighi (REDACTED apple.com) |
| CC: | Peggy Johnson; Qi Lu; Jon Tinter |
| Sent: | 3/24/2016 10:40:56 PM |
| Subject: | follow-up from our meeting |
| Attachments: | Historical Bing iPhone Search Performance Trends.pptx; Search Advertising Empirical Data.docx |

Thanks again for the meeting 2 weeks ago. We appreciated the discussion and continued forward progress.

Attached are 2 items we committed to follow-up on:

REDACTED

Please let us know if you have any questions or need more information.

-Jon

Ex. No.
UPX0246
1:20-cv-03010-APM

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

MSFT-LIT2_0001713256



MSFT-LIT2_0001713256.001



REDACTED

MSFT-LIT2_0001713256.002



REDACTED

MSFT-LIT2_0001713256.003

# Search Economic Model

This document explains the economic model built by the Microsoft team to model the impact of increased scale in the Bing Ads marketplace from a search partnership with Apple.

REDACTED

The RPM momentum will continue according to our long range plan, and the Apple deal will accelerate the momentum.

REDACTED

## Scale Model

Search advertising is an ecosystem of end users, publishers (search sites / apps), and advertisers. Scale is crucial for delivering superior end user experience, publisher revenue, and advertiser ROI. Scale creates positive feedback loops on each side of marketplace which reinforce each other. More scale leads to

greater investments, and enables innovations at a faster pace. Scale enables search engine to offer a competitive product in all sides of the marketplace:

- **Advertiser side**: attracting more demand and better matching of ads to query intents

- **Publisher side:** better yield and more attractive to syndication partners

- **User side:** superior relevance by learning through massive query data that captures user responses to ads

REDACTED

MSFT-LIT2_0001713260



REDACTED

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

REDACTED

MSFT-LIT2_0001713263

REDACTED



HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL