# EXHIBIT 16
# (Public-Redacted)

| | |
|---|---|
| From: | Jon Tinter <​@microsoft.com> |
| To: | Satya Nadella <​@microsoft.com>;Harry Shum <​@microsoft.com> |
| CC: | Niraj Patel (BD) <​@microsoft.com>;Peggy Johnson <​@microsoft.com> |
| Sent: | 11/6/2019 9:40:35 PM |
| Subject: | Samsung Browser and Search |

Satya,

Following up on your conversation with DJ about search and browser, I had a discussion with Samsung team.

**REDACTED**

On browser, they are required to include Chrome on device. This is consistent with our MADA obligations and the standard MADA that G has OEMs sign so reasonable to assume Samsung customer MADA has the obligation. Therefore to take Edge they would either need to ship 3 browsers on the device (Samsung browser, Edge, and Chrome) or drop the Samsung Browser. 3 browsers is DOA. They don't want that high of an app load (they are still trying to reduce total number of pre-installs) and actually told me they are getting pressure from carriers to drop the number of browsers to 1. The only other option therefore would be to swap their browser for Edge which I don't think is a path they are prepared to go down in the short term (it took us 3+ years to get them there on Outlook).

On search, their MADA requires them to make G the default in all browsers on the device. This is independent of the browsers they choose to install. While our MADA establishes a precedent for G agreeing to allowing other search engines in non-Chrome browsers, Samsung would have to go negotiate this with Google.

**REDACTED**

**REDACTED**

-Jon

Ex. No. UPX0301
1:20-cv-03010-APM

HIGHLY CONFIDENTIAL INFORMATION

MSFT-0000035646