# EXHIBIT 17
# (Public-Redacted)

REDACTED

**From:** Satya Nadella
**Sent:** Wednesday, December 12, 2018 4:05 PM
**To:** Kevin Scott; Jon Tinter
**Cc:** Peggy Johnson
**Subject:** RE: Debrief on my discussion with Adrian

REDACTED

Also on the transition one way for them to think about is the state of Bing on windows. There is no reason why we should have any share on windows. G controls the majority browser. Windows is absolutely open. Our OEMs are all free to sell themselves to GOOG. And yet we have [REDACTED] O&O share. So I think Apple will at-least have worst case [REDACTED] share (given the OS is closed; Browser is locked). And with [REDACTED] TAC they will be better off long term vs current [REDACTED] TAC (that will go to [REDACTED] over time like any Android OEM). Seems like a no-brainer to me.

REDACTED

Satya

Sent from Mail for Windows 10

REDACTED

Ex. No. UPX0736
1:20-cv-03010-APM

HIGHLY CONFIDENTIAL INFORMATION                                   MSFT-0000072414

REDACTED

HIGHLY CONFIDENTIAL INFORMATION
MSFT-0000072415

REDACTED

HIGHLY CONFIDENTIAL INFORMATION

MSFT-0000072416



HIGHLY CONFIDENTIAL INFORMATION

MSFT-0000072417