# EXHIBIT 18
# (Public-Redacted)

| | |
|---|---|
| From: | Jon Tinter <REDACTED> |
| To: | John Giannandrea <REDACTED>; Adrian Perica <REDACTED>; Steve Smith <REDACTED> |
| CC: | Kevin Scott <REDACTED>; Jordi Ribas <REDACTED>; Philippe Ockenden <REDACTED>; Andreas Homer <REDACTED>; Jon Tinter <REDACTED> |
| Sent: | 11/9/2018 9:44:07 PM |
| Subject: | International Search Quality Investment Plan |
| Attachments: | International Search Quality Investment Plan.pdf |

John, Adrian, and Steve,

Thanks again for the time next week going through the current status of the search product quality.

As follow-up to the meeting, attached is a plan for how we would think about the investments required to address search quality issues. It should be pretty self-explanatory but happy to get on the phone and walk you through this.

REDACTED

Let us know if you have any questions.

-Jon

Ex. No.
UPX0797
1:20-cv-03010-APM

HIGHLY CONFIDENTIAL INFORMATION

MSFT-0000031022



HIGHLY CONFIDENTIAL INFORMATION

MSFT-0000031023



HIGHLY CONFIDENTIAL INFORMATION

MSFT-0000031024

REDACTED

HIGHLY CONFIDENTIAL INFORMATION

MSFT-0000031025

REDACTED

HIGHLY CONFIDENTIAL INFORMATION

MSFT-0000031026



REDACTED

HIGHLY CONFIDENTIAL INFORMATION

MSFT-0000031027

REDACTED



HIGHLY CONFIDENTIAL INFORMATION

MSFT-0000031028

REDACTED



HIGHLY CONFIDENTIAL INFORMATION

MSFT-0000031029