## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

### DECLARATION OF ALLEN ROBERT DAVIS IN SUPPORT OF NONPARTY MICROSOFT CORPORATION'S POSITION STATEMETN CONCERNING THE CONFIDENTIALITY OF ITS DOCUMENTS AND TESTIMONY

I, Allen Robert Davis, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the District of Columbia.  I am a Senior Associate in the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for non-party Microsoft Corporation ("Microsoft") in connection with the above-captioned actions.  I submit this declaration in support of Microsoft's Position Statement Concerning the Confidentiality of Its Documents and Testimony.  Unless otherwise stated, the matters set forth below are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.      I attended trial days held before the Court September 12, 2023—November, 16,

2023, and all live testimony by Microsoft witnesses, including: Mikhail Parakhin (September 26 & 27), Jonathan Tinter (September 28 & 29), Satya Nadella (October 2), and Neil Barrett-Bowen (October 17).

3.      I have also reviewed the September 26, 2023 testimony of Eduardo "Eddy" Cue, Senior Vice President of Services at Apple, Inc.

4.      Below, I summarize, to the best of my knowledge, the portions of the exhibits used with witnesses during trial.

5.      **DX0434**: Mr. Tinter was questioned on this exhibit during his testimony on September 28, 2023, with questioning limited to the portion of page DX0434.001 in which Mr. Tinter describes three reasons why he believed Apple had not replaced Google as the default search provider on iPhones. *See* Tr. 3285:7-3287:9.

6.      **DX0452**: Mr. Tinter was questioned on this exhibit during his testimony on September 28, 2023 and September 29, 2023, with questioning limited to a small portion of page DX0452.003 in which another Microsoft employee summarizes their assessment of how the Bing experience in Korea impacted Samsung's willingness to enter a distribution deal with Microsoft. *See* Tr. 3358:20-3360:25; Tr. 3420:9-3421:13.

7.      **DX0454**: Mr. Tinter was questioned on this exhibit during his testimony on September 28, 2023. While testimony on DX0454 occurred under seal, all such testimony has been unsealed. *See* Tr. 3287:10-3289:8. With the exception of three questions contextualizing the document, Mr. Tinter was asked only about a short paragraph on page DX0454.002 in which he notes two reasons why he believed Microsoft had not gotten traction with Apple on a default search distribution deal. *See id*.

8.      **DX0455**: Mr. Tinter was questioned on this exhibit during his testimony on

September 28, 2023.  Mr. Tinter was questioned on pages DX0455.002-.003, a discussion between himself and others at Microsoft on the reasons for Bing's low mobile share.  *See* Tr. 3323:15-3333:20.  With the exception of redactions to the name of a specific Microsoft partner and the value of a deal with a mobile carrier, Microsoft has not proposed substantive redactions to the email portion of DX0455.

9.      **DX0457**:  Mr. Tinter was questioned on this exhibit during his testimony on September 28, 2023.  While testimony on DX0454 occurred under seal, all such testimony has been unsealed.  *See* Tr. 3289:9-3291:21.  Mr. Tinter was questioned on a limited portion of page DX0457.001 in which he provides comments on Apple's willingness to use Bing as the default search provider and whether that was influenced more by product quality or monetization.  *See id*.

10.     **DX0472**:  Mr. Tinter was questioned on this exhibit during his testimony on September 28, 2023 with questioning limited to assessments made by Mr. Tinter and others of Yahoo's bid to be the default search provider in Mozilla's browser.  *See* Tr. 3334:2-3341:3.

11.     **DX0500**:  Mr. Nadella was questioned on this exhibit during his testimony on October 2, 2023.  Mr. Nadella was not questioned on DX0500, rather he was questioned one page of an Excel file attached to DX0500 and entered into evidence in PDF form as DX0500A.  *See* Tr. 3562:3-3564:14.

12.     **DX0524**:  Mr. Nadella was questioned on this exhibit during his testimony on October 2, 2023.  Mr. Nadella was questioned on the substance of the email reflected on page DX0524.001.  *See* Tr. 3556:16-3559:18.  With the exception of redactions to specific headcount figures and an estimate of Microsoft's and Google's relative search engineering headcount difference, Microsoft has not proposed redactions to portion of DX0524 used with Mr. Nadella.

13.     **DX0538**:  Mr. Parakhin was questioned on this exhibit during his testimony on

September 27, 2023.  Mr. Parakhin was questioned on the top half of page DX0538.003, which summarizes the purpose and impact of a Microsoft project aimed at increasing index size.  *See* 2755:15-2757:1.

14.     **DX0679**:  Mr. Tinter was questioned on this exhibit during his testimony on September 28, 2023.  Mr. Tinter was questioned on the November 3, 2017 and November 4, 2017 emails that begin on page DX0679.005 and end on page DX0679.006.  These emails discuss the results and implications of a Mozilla test of using Bing as the default search provider.  *See* Tr. 3294:15-3298:10.  While testimony on DX0454 occurred under seal, all such testimony has been unsealed, with limited redactions to specific search default retention figures.  *See*, *e.g.*, Tr. 3295:23-3296:17.

15.     **DX0680**:  Mr. Nadella was questioned on this exhibit during his testimony on October 2, 2023.  Mr. Nadella was questioned on the June 12, 2019 email, which extends over pages DX0680.001-.002 and discusses factors impacting Microsoft's decision on whether to invest in OpenAI.  *See* Tr. 3636:18-3641:1.  While Mr. Nadella was directed to review certain portions of the exhibit, its substance was not otherwise disclosed. *See id*.

16.     **DX0688**:  Mr. Parakhin was questioned on this exhibit during his testimony on September 27, 2023.  Mr. Parakhin was questioned on a sentence in the second bullet point of Mr. Parakhin's May 25, 2021 email, reflected on page DX0688.001, which characterizes the size of a Microsoft team relative to Google. *See* Tr. 2752:15-2755:13.

17.     **DX0963**:  Mr. Cue was questioned on this exhibit during his testimony on September 26, 2023.  Mr. Cue was questioned on a single provision of the exhibit, reflected on page DX0963.003 and the practical impact of that provision on users' ability to switch search defaults.  *See*, *e.g.*, Tr. 2628:2-2630:16.

18. **PSX00761**: No Microsoft witness was questioned on this exhibit during trial.  Its existence was noted during Mr. Tinter's testimony on September 28, 2023.  *See* Tr. 3142:14-22.

19. **UPX0246**:  Mr. Tinter was questioned on this exhibit during his testimony on September 28, 2023.  Mr. Tinter was questioned on the cover email (MSFT-LIT2_0001713255) and two pages of an exhibit to the email (MSFT-LIT2_0001713259, -3260) that discuss a potential Microsoft-Apple agreement in the context of Microsoft's scale model.  *See* Tr. 3127:10-3139:6.

20. **UPX0301**:  Mr. Tinter was questioned on this exhibit during his testimony on September 28, 2023.  Mr. Tinter was questioned on portions of UPX0301 which summarize a discussion with counterparts at Samsung.  *See* Tr. 3247:12-3252:6; Tr. 3355:13-3358:19.

21. **UPX0736**:  Mr. Nadella was questioned on this exhibit during his testimony on October 2, 2023.  Mr. Nadella was questioned on the fourth paragraph of his December 12, 2018 email, reflected on page MSFT-0000072414.  *See* Tr. 3524:12-3526:9.

22. **UPX0797**: Mr. Tinter was questioned on this exhibit during his testimony on September 28, 2023.  Mr. Tinter was questioned the purpose of the materials reflected in the exhibit and his view on the feasibility of the investments contemplated.  He was not asked about any specific portions.  *See* Tr. 3255:4-3258:13.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.


Executed this 10th day of April 2024 in Washington, D.C.

*/s/ Allen Robert Davis*
Allen Robert Davis (DC Bar No. 1045657)
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
Phone: (202) 339-8612
E-mail: allen.davis@orrick.com