IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br><br> Judge:   HON. AMIT P. MEHTA |
| State of Colorado, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br><br> Judge:   HON. AMIT P. MEHTA |

**DECLARATION OF JONATHAN TINTER IN SUPPORT OF NONPARTY MICROSOFT CORPORATION'S POSITION STATEMENT CONCERNING THE CONFIDENTIALITY OF ITS DOCUMENTS AND TESTIMONY**

I, Jonathan Tinter, declare under penalty of perjury as follows:

1.  My full name is Jonathan Noah Tinter. I am the Corporate Vice President of Business Development at Microsoft Corporation, responsible for leading Microsoft's Business Development Team. Microsoft's Business Development team is responsible for identifying, developing, and executing opportunities to accelerate Microsoft's growth through inorganic investments, including partnerships, strategic investments, and acquisitions.

2.  I have worked at Microsoft since March 2007 and am familiar with Microsoft's confidentiality practices, including the types of information that Microsoft views as competitively or commercially sensitive and therefore does not publicly disclose.

3.      I have reviewed all the exhibits discussed below in both their redacted and unredacted form and am familiar with the extent to which the information contained therein is competitively or commercially sensitive as well as the extent to which such information is shared outside Microsoft.

4.      I have personal knowledge of the facts set forth in this declaration except where otherwise stated, and in those instances the facts set forth herein are based on my investigation. If called as a witness, I could and would testify competently to the matters set forth herein.

**Exhibit DX0434**

5.      Exhibit DX0434 is an internal e-mail exchange between myself and senior executives at Microsoft from November 2009. The e-mail exchange reflects details regarding Microsoft's negotiations with Apple.

6.      The redacted portions of DX0434 contain internal discussions regarding Microsoft's approach to negotiating with Apple. These discussions are detailed and address the nature of the technical work that would be necessary for Microsoft to pursue certain options, the necessary financial investment for those options, and the ability and willingness of Microsoft to make such investments with a negotiation partner.

7.      The information reflected in the redacted portions of DX0434 has not been shared outside Microsoft. It contains sensitive, non-public negotiation strategies and considerations. Apple continues to be a potential negotiation partner of Microsoft and the aforementioned details may impact Microsoft's ability to effectively negotiate in the future, both with Apple and other third parties. Public disclosure of such information has the risk of significantly weakening Microsoft's competitive position in future negotiations. The fact that time has elapsed since the e-mail thread was generated does not limit the competitive harm that Microsoft would suffer from

DX0434's public disclosure because disclosure would allow insight into negotiation strategies and considerations which are still pertinent to Microsoft's current and future negotiations with Apple and others.

**Exhibit DX0452**

8. Exhibit DX0452 is an internal e-mail exchange from January 2013, plus attachments. DX0452 contains confidential discussions of a proposal made to Samsung to be the default search engine on Tizen devices. The attachments—the non-disclosure of which I understand is no longer in dispute—include the term sheet and the approval to negotiate, including a spreadsheet with the financial model associated with the proposed deal.

9. The redacted portions of the DX0452 e-mail exchange contain internal strategy discussions relating to negotiations with Samsung, including discussions relating to approaches Microsoft could consider in the course of negotiations, potential deal structures, strengths and weaknesses of Microsoft's negotiating position, and insights into Microsoft's considerations (including Microsoft's balancing of costs and benefits).

10. Microsoft treats the information contained in the redacted portions of DX0452 as confidential and commercially sensitive and does not release such information publicly. Public disclosure of this information would give competitors (like Google) and potential negotiation partners insight into Microsoft's negotiation strategies and internal cost-benefit analyses, putting Microsoft at a disadvantage in future negotiations regarding distribution deals. The fact that time has elapsed since the e-mail thread was generated does not limit the competitive harm that Microsoft would suffer from DX0452's public disclosure because disclosure would allow insight into negotiation strategies and considerations, including contemplated deal structures, that are still pertinent to Microsoft's current and future negotiations with potential distribution partners.

**Exhibit DX0454**

11.     Exhibit DX0454 is an internal e-mail exchange from May 2013. DX0454 was prepared for the purpose of updating senior executives at Microsoft on negotiations with Apple with respect to Bing distribution.

12.     The redacted portions of DX0454 contain Microsoft's internal negotiation strategy discussions, including cost-benefit considerations, potential deal economics (e.g., considerations of how to optimize Microsoft's and partners' P&Ls), and approaches that Microsoft could consider during the course of the negotiations.

13.     The information reflected in the redacted portions of DX0454 has not been shared outside Microsoft as it contains sensitive non-public negotiation strategies and considerations. Microsoft and Apple remain potential negotiation partners and these details remain pertinent to Microsoft's ability to conduct those negotiations as well as negotiations with other parties. Public disclosure of such information would significantly weaken Microsoft's competitive position in future negotiations. The fact that time has elapsed since the e-mail thread was generated does not limit the competitive harm that Microsoft would suffer from DX0454's public disclosure because disclosure would allow insight into Microsoft's negotiation strategies and considerations, including the mechanics of how Microsoft structures deals—including potential deals with Apple—how it finances those deals, and how it considers deal incentives.

**Exhibit DX0455**

14.     Exhibit DX0455 is an internal e-mail exchange from June 2013. The e-mail exchange took place between myself and others at Microsoft. Attached to the e-mail exchange is a confidential strategy deck, the non-disclosure of which I understand is no longer in dispute.

15. The redactions to the DX0455 e-mail exchange are limited to personally identifiable information, the name of a partner that provided Microsoft with an API to prompt browser default changes, and the deal size in dollars of Microsoft's previous Verizon deal.

16. The information reflected in the redacted portions of DX0455 has not previously been disclosed. The terms and economic value of specific partner relationships are competitively sensitive and are not disclosed outside of those relationships. Revealing such details provides insight into Microsoft's confidential negotiations and agreements with distribution partners. Competitors could use this information to gain unfair advantages in competing against Microsoft for such partnerships in the future—e.g., leveraging the details of Microsoft's agreements with particular partners to enhance their offers to the same partners in the future. Additionally, potential partners could use such information in future negotiations with Microsoft to gain negotiating leverage—e.g., pushing for deals of similar size. The fact that time has elapsed since the e-mail thread was generated was created does not limit the competitive harm that Microsoft would suffer from public disclosure because disclosure of DX0455 would allow insight into Microsoft's confidential partnerships.

**Exhibit DX0457**

17. Exhibit DX0457 is an internal e-mail exchange from July 2013. The e-mail exchange discusses a presentation Microsoft intended to present to antitrust authorities in Canada.

18. I understand that the redacted portions of DX0457 reflect Microsoft's internal strategies with respect to working with regulators.

19. The e-mail reflected in DX0457 is discussing a presentation that Microsoft intended to present to a Canadian regulatory agency but the internal strategy motivating the presentation is

not public. Public disclosure of this information could provide unfair insight to Microsoft's approach to antitrust enforcers, with whom Microsoft will need to continue to interact in the future.

**Exhibit DX0472**

20.     Exhibit DX0472 is an internal e-mail exchange from October 2014. The e-mail exchange relates to Microsoft's consideration of the Mozilla Firefox browser changing its search default and Yahoo's bid for that default.

21.     The redacted portion of DX0472 includes internal Microsoft profit and loss forecasts as well as discussions of the performance and terms of another distribution deal.

22.     The information reflected in the redacted portions of DX0472 has not been shared outside Microsoft and its deal partner as it contains sensitive non-public information, including internal financial forecasts and confidential deal terms. Microsoft continues to partner with Yahoo! and negotiate with other third-party browsers for distribution. Consequently, public disclosure of this information would provide unfair insights into Microsoft's economics and distribution strategy, putting Microsoft at a competitive disadvantage. The fact that time has elapsed since the e-mail thread was generated does not limit the competitive harm that Microsoft would suffer from public disclosure because disclosure of DX0472 would allow insight into Microsoft's distribution strategy and related economic analyses.

**Exhibits DX0500**

23.     Exhibit DX0500 is an internal e-mail exchange from December 2018. The e-mail exchange discusses Microsoft's long-term profitability and attaches a document (Exhibit 500A) that discusses, among other things, Google's estimated capital expenditures compared to Microsoft's. I understand the non-disclosure of the attachment is no longer at issue.

24. The redacted portions of the DX0500 outline in graph format Microsoft's commercially sensitive, non-public, and unreported estimated profits and losses for its Search, Ads, and News business unit. This is material, non-public financial information that has not been disclosed to investors.

25. The information in the redacted portions of DX0500 is particularly sensitive to Microsoft's business. Public disclosure of either the estimated profitability of Microsoft's search business or its level of investment could allow competitors and other industry players unfair insight, putting Microsoft at a competitive disadvantage in future competitive bids for distribution deals and weakening Microsoft's negotiating position in future partner negotiations. Microsoft consistently treats this information as confidential and commercially sensitive and does not release it to the public.

**Exhibit DX0524**

26. Exhibit DX0524 includes an August 2018 internal e-mail exchange among Microsoft employees discussing, among other things, the size of Microsoft's search engineering team as compared to Google's.

27. The redacted portions of DX0524 include numerical estimates of Microsoft's engineering head count versus Googles.

28. Engineering headcount is commercially sensitive and is not information that Microsoft releases to the public. If this information was publicly disclosed, it would provide competitors insight into Microsoft's investments relative to potential opportunities, granting competitors and potential competitors an unearned and unfair competitive advantage.

**Exhibit DX0538**

29. Exhibit DX0538 is an internal e-mail exchange from June 2021 discussing a Microsoft project to increase the size of its search index.

30.     The redacted portions of DX0538 discuss in detail Microsoft's effort to increase its index size as well as the outcomes of that effort, including the ease of implementation, Microsoft's index size after implementation, the associated performance gains, and the specifics of the initiative itself.

31.     Microsoft views index size as highly sensitive information that it keeps strictly confidential.  Moreover, the details of the project are competitively sensitive as public disclosure would provide Microsoft's competitors unfair insight into how Microsoft improves its search products.

**Exhibit DX0679**

32.     Exhibit DX0679 is an internal e-mail exchange from November 2017 and attached slides.  The e-mail exchange and attachments relate to Microsoft's negotiations with Mozilla, including an analysis of the potential impact of switching Mozilla's search default to Bing.  I understand that non-disclosure of the attached slides is no longer in dispute.

33.     The redacted portions of DX0679 include Microsoft's commercially sensitive analysis of potential churn rates if Mozilla switched to Bing, financial analyses based on those estimates (including revenue estimates), as well as Microsoft's internal strategy with respect to its negotiations with Mozilla.

34.     Microsoft considers the information contained in the redacted portions of DX0679 commercially sensitive and does not make it available to the public, including requesting that my testimony with respect to estimated retention rates remains sealed.  Microsoft still partners with Mozilla and engages in periodic negotiations.  Public disclosure of Microsoft's negotiation strategy and internal financial analyses and estimates would unfairly damage Microsoft's negotiating position with respect to Mozilla and similar partners.  The fact that time has elapsed since the e-mail thread was generated does not limit the competitive harm that Microsoft would suffer from

its public disclosure because disclosure of DX0679 would allow insight into Microsoft negotiation strategies and considerations that are still relevant in current and future negotiations with deal partners, including how Microsoft thinks about risk and Microsoft's willingness to invest in partnerships.

**Exhibit DX0680**

35. Exhibit DX0680 is an e-mail exchange from November 2019 between Mr. Nadella, Kevin Scott (Chief Technology Officer), and Bill Gates about Microsoft's investment in OpenAI.

36. I understand the redacted portions of DX0680 include a highly sensitive and detailed discussion between high-level executives regarding the risks, benefits, and other considerations for entering into the OpenAI deal as well as the competitive dynamics between Google and Microsoft, including Microsoft's weaknesses.

37. The information reflected in the redacted portions of DX0680 is highly sensitive and has not been previously disclosed to the public. Microsoft's partnership with OpenAI is one of Microsoft's most important partnerships today and parts of the deal discussed in DX0680 remain live. Disclosure of DX0680 would provide competitors insight into how the partnership works, Microsoft's technology investments (including those still under consideration today), and Microsoft's considerations of when to build versus buy. Disclosure of this information could negatively impact Microsoft's competitive position. Additionally, Microsoft's internal analysis of its competitive position as compared to Google, if publicly disclosed, will provide industry participants unfair insights into Microsoft's weaknesses, and will give competitors an advantage and potential partners negotiating leverage.

**Exhibit DX0688**

38. Exhibit DX0688 is e-mail exchange from May 2021 evaluating a Microsoft employee's performance.

39. The redacted portions of DX0688 reflect assessments of a specific employee's performance as well as other commercially sensitive information about Microsoft's business and strategy as it relates to that employee's performance.

40. Microsoft views such information as sensitive and does not release it to the public, in part to protect the privacy of its employees.

**Exhibit PSX00761**

41. Exhibit PSX00761 is a confidential agreement entered into by Microsoft and Google in April 2016.

42. I understand the terms of Microsoft's agreement with Google are confidential, reflect a confidential settlement, and have not been disclosed to the public.

**Exhibit UPX0246**

43. Exhibit UPX0246 is a March 2016 e-mail exchange between me and executives at Apple regarding our search distribution negotiations as well as two attached documents showing search performance trends and Microsoft's search economic model. I understand the non-disclosure of the attached documents is no longer in dispute.

44. The redacted portions of the UPX0246 e-mail exchange include competitively sensitive information about Bing's performance and anticipated performance on Safari.

45. Microsoft does not share the information contained in the redacted portions of UPX0246 with the public. As previously mentioned, Microsoft has historically pursued, and may continue to pursue, search distribution with Apple and other companies. As such, the details of Microsoft's negotiations and its performance in distribution deals continue to be commercially sensitive, and the public disclosure of these confidential materials would prejudice Microsoft's negotiating position in the future. Such a disclosure would invite both the parties with whom Microsoft negotiates as well as competitors into Microsoft's strategic negotiations. More

specifically, disclosure would provide counterparties unfair insight into Microsoft's negotiating posture towards, and the feedback Microsoft received from, Apple, prejudicing Microsoft's ability to effectively compete for future distribution opportunities.  The fact that time has elapsed since the e-mail thread was generated does not limit the competitive harm that Microsoft would suffer from its public disclosure because disclosure of UPX0246 would allow insight into Microsoft's negotiation strategy and considerations.

**Exhibit UPX0301**

46.     Exhibit UPX0301 is an internal e-mail exchange from November 2019 discussing Microsoft's negotiations with Samsung about search and browser distribution.

47.     The redacted portions of UPX0301 include internal Microsoft strategy discussions regarding its negotiations with Samsung.

48.     Microsoft does not disclose the information reflected in the redacted portions of UPX0301 to the public.  Microsoft has historically pursued, and may continue to pursue, search distribution with Samsung and other companies.  As such, the details of those negotiations continue to be commercially sensitive, and the public disclosure of this confidential discussion would prejudice Microsoft's negotiating position in the future.  Such a disclosure would invite both the parties with whom Microsoft negotiates as well as competitors into Microsoft's strategic negotiations.  More specifically, disclosure would provide counterparties unfair insight into Microsoft's negotiating posture towards, and the feedback Microsoft received from, Samsung, prejudicing Microsoft's ability to effectively compete for future distribution opportunities.  The fact that time has elapsed since the e-mail thread was generated does not limit the competitive harm that Microsoft would suffer from its public disclosure because disclosure of UPX0301 would allow insight into Microsoft's negotiation strategy and considerations.

**Exhibit UPX0797**

49.     Exhibit UPX0797 is a November 2018 e-mail exchange between me and Apple as well as an attached deck entitled "International Search Quality Investment Plan." I understand that the non-disclosure of the attached deck is no longer in dispute.

50.     The redacted portions of the UPX0797 e-mail exchange include commercially sensitive information regarding investment plans and potential opportunities related to Microsoft's search distribution negotiations with Apple. In particular, the redacted portions reveal the existence of potential product investments and collaborations that have never been disclosed to the public but that Microsoft and Apple may again consider in the future.

51.     Microsoft does not make the information reflected in the redacted portions of UPX0797 publicly available. Microsoft has historically pursued, and may continue to pursue, search distribution with Apple and other companies. As such, the details of those negotiations, including anticipated investment or opportunities, continue to be commercially sensitive, and the public disclosure of this confidential discussion would prejudice Microsoft's negotiating position in the future. Such a disclosure would invite both the parties with whom Microsoft negotiates as well as competitors into Microsoft's strategic negotiations and investment decision-making. The fact that time has elapsed since the e-mail thread was generated does not limit the competitive harm that Microsoft would suffer from its public disclosure because disclosure of UPX0797 would allow insight into Microsoft's negotiation strategy and considerations.

**Exhibit UPX0736**

52.     Exhibit UPX0736 is an internal e-mail exchange from December 2018 discussing Microsoft's negotiations with Apple.

53. The redacted portions of UPX0736 include internal strategy discussions regarding Microsoft's negotiations with Apple, including internal assessments of Apple's positions and potential approaches Microsoft consider as part of the negotiations.

54. Microsoft does not disclose the information contained in the redacted portions of UPX0736 to the public.  Microsoft has historically pursued, and may continue to pursue, search distribution with Apple and other companies.  As such, the details of those negotiations continue to be commercially sensitive, and the public disclosure of this confidential discussion would prejudice Microsoft's negotiating position in the future.  Such a disclosure would invite both the parties with whom Microsoft negotiates as well as competitors into Microsoft's strategic negotiations.  More specifically, disclosure would provide counterparties unfair insight into Microsoft's negotiating posture towards, and the feedback Microsoft received from, Apple, prejudicing Microsoft's ability to effectively compete for future distribution opportunities. Finally, public disclosure of the information in UPX0736, including Microsoft's detailed synopses of Apple's positions, could negatively impact the candor with which Microsoft and Apple representatives speak during future negotiations if there is a risk of public disclosure during unrelated litigation.  The fact that time has elapsed since the e-mail thread was generated does not limit the competitive harm that Microsoft would suffer from its public disclosure because disclosure of UPX0736 would allow insight into Microsoft negotiation strategies and considerations.

**Exhibit DX0963**

55. Exhibit DX0963 is a confidential distribution agreement between Microsoft and Apple, effective May 11, 2010.

56. I understand the terms of Microsoft's agreement with Apple are confidential and have not been disclosed to the public.

57. Microsoft does not disclose the terms of its distribution agreements to the public. Microsoft continues to pursue distribution agreements with various partners and will continue to do so in the future. As such, the details of Microsoft's previous agreements remain commercially sensitive, and the public disclosure of this confidential agreement would prejudice Microsoft's negotiating position in the future. Such a disclosure would provide unfair insight to both the parties with whom Microsoft negotiates as well as competitors. More specifically, disclosure would provide counterparties unfair insight into the terms Microsoft has agreed to in the past, enhancing those parties' leverage in current and future negotiations. Additionally, disclosure would provide competitors a better view of how best to compete with Microsoft for similar deals. The fact that time has elapsed since this agreement was executed does not limit the competitive harm that Microsoft would suffer from its public disclosure as Microsoft continues to negotiate and enter into similar distribution agreements. Moreover, despite the age of the document, the collaboration covered by this agreement is ongoing and continues to evolve.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of April 2024 in Seoul, South Korea.

_____
Jon Tinter (Apr 9, 2024 14:52 PDT)

Jonathan Tinter

# 2024.04.10_Tinter Declaration ISO Sealing

Final Audit Report                                                                         2024-04-09

| | |
|---|---|
| Created: | 2024-04-09 |
| By: | Jon Tinter (jtinter@microsoft.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAkmXoUBQf8g6seT0tUre-_C8WkLdQxSCK |

## "2024.04.10_Tinter Declaration ISO Sealing" History

- Document created by Jon Tinter (jtinter@microsoft.com)
  2024-04-09 - 9:51:46 PM GMT

- Document emailed to Jon Tinter (jtinter@microsoft.com) for signature
  2024-04-09 - 9:52:14 PM GMT

- Email viewed by Jon Tinter (jtinter@microsoft.com)
  2024-04-09 - 9:52:22 PM GMT

- Document e-signed by Jon Tinter (jtinter@microsoft.com)
  Signature Date: 2024-04-09 - 9:52:24 PM GMT - Time Source: server

- Agreement completed.
  2024-04-09 - 9:52:24 PM GMT

Microsoft   Powered by Adobe Acrobat Sign