# Exhibit A

| III.A. Disputes with Google and AT&T, T-Mobile, and Verizon Regarding Its Android Agreements |||
|---|---|---|
| **Dispute Category** | **Citations** | **Additional Information** |
| (1) Term lengths of Google's Android agreements | PPFOF* ¶¶ 239, 255, 274, 281, 286, and 300 | AT&T, Samsung, and Verizon do not oppose disclosure of their RSA term lengths. |
| (2) The definition of "Alternative Search Service" in Google's Android agreements | PPFOF ¶¶ 262 n.10, 357, 359, 861<br>GPFOF ¶¶ 1638, 1640, 1643, 1648, 1656, 1658, 1659<br>GRPFOF ¶¶ 279 | Non-parties do not oppose disclosure of the definitions of "Alternative Search Service." |
| (3) Clauses guiding the interpretation of "Alternative Search Service" and/or "Search Access Point" in Google's Android agreements | PPFOF ¶ 262 n.10, 263 | Samsung and T-Mobile do not oppose disclosure. |
| (4) Limitations to S-Finder's functionality | GPFOF ¶ 1644<br>PRPFOF ¶ 2458 | Non-parties do not oppose disclosure |
| (5) Default browser and placement requirements in Google's Android agreements | PPFOF ¶¶ 277, 784<br>GPFOF ¶¶ 1493, 1494, 1499, 1505 | Non-parties do not oppose disclosure |
| (6) Which devices qualify for revenue share | GPFOF ¶ 1691<br>GRPFOF ¶ 217 | |
| (7) The requirement in the AT&T RSA that [REDACTED] | GRPFOF ¶ 230 | |
| (8) The [REDACTED] | PPFOF ¶ 266 | [REDACTED] does not oppose disclosure. |

| |
|---|
| *PPTB = Plaintiffs' Post-Trial Brief, ECF No. 820<br>PPFOF = Plaintiffs' Proposed Findings of Fact, ECF No. 822<br>GPFOF = Google's Proposed Findings of Fact, ECF No. 828<br>PRPFOF = Plaintiffs' Responsive Proposed Findings of Fact, ECF No. 855<br>GRPFOF = Google's Responsive Proposed Findings of Fact, ECF No. 856 |

| III.B. Dispute with Google Regarding Its Browser Agreements |||
|---|---|---|
| **Dispute Category** | **Citation** | **Additional Information** |
| Where Google allows Mozilla to send search queries entered into Mozilla's navigation bar | PPFOF ¶ 348 | Mozilla does not oppose disclosure. |

| III.C. Dispute with Google and Apple Regarding Their Agreements |||
|---|---|---|
| **Dispute Category** | **Citations** | **Additional Information** |
| (1) The ISA ▮▮▮▮▮▮▮▮ | PPFOF ¶ 220 | In addition to this information being public, Apple does not oppose disclosure. |
| (2) Term-length and issues relating to termination and revision of the ISA | PPTB at p. 38<br>PPFOF ¶¶ 187, 216, 217, 219, 220, 221, 222<br>GPFOF ¶¶ 1265, 1272, 1273<br>PRPFOF ¶ 2328 | Google does not oppose disclosing information regarding termination in ¶¶ 187 and 221. |
| (3) Google ▮▮▮▮▮▮▮▮ | PPTB at p.47 n.13<br>PPFOF ¶¶ 225, 226<br>PRPFOF ¶¶ 2171, 2396, 2477 | |
| (4) Google ▮▮▮▮▮▮▮▮ | PRPFOF ¶ 2373 | |
| (5) Google ▮▮▮▮▮▮▮▮ | GPFOF ¶ 1596 | |

| IV.A. Disputes with Google Regarding the Proposed Redaction of High-Level Financial Information |||
|---|---|---|
| **Dispute Category** | **Citations** | **Additional Information** |
| (1) Costs, Revenues, Margins, and Revenue Composition for Search and Search Ads | PPTB at pp. 15, 16 n.3, 27, 27 n.5<br>PPFOF ¶¶ 85, 561, 582, 590, 593, 595, 598, 599, 600<br>PRPFOF ¶ 2225 | Google publicly discloses Google Search and Search Ads revenues. Ex. B at 35 and 63. |
| (2) R&D Spending for Search and Search Ads | PPTB at pp. 1, 51-52<br>PPFOF ¶ 597<br>GPFOF ¶ 222 | Google publicly discloses Alphabet-level R&D spending. Ex. B at 38. |
| (3) Google's revenue share payments to Apple | PPFOF ¶¶ 12, 935<br>PRPFOF ¶ 2372 | |

| IV.B. Disputes with Apple Regarding the Proposed Redaction of High-Level Financial Information |||
|---|---|---|
| **Dispute Category** | **Citations** | **Additional Information** |
| Google's revenue share payments to Apple | PPTB at pp. 4, 47<br>PPFOF ¶ 935<br>PRPFOF ¶¶ 2317, 2372 | |

| V.A. Disputes with Google Regarding Its Proposed Redactions to Generic or Public Information |||
|---|---|---|
| **Dispute Category** | **Citations** | **Additional Information** |
| (1) Google's Pixel OEM shipment share | PPFOF ¶ 1315<br>GRPFOF ¶ 301 | |
| (2) User data Google tracks and how Google generally uses it | PPFOF ¶¶ 991, 1003, 1034 | |
| (3) Generic launch experiment information | PPFOF ¶¶ 655, 675, 697 | |
| (4) General query composition | PRPFOF ¶ 2374<br>GRPFOF ¶ 288 | |
| (5) General revenue composition | GPFOF ¶¶ 1480, 1567<br>GRPFOF ¶ 248 | |
| (6) General price comparison | GRPFOF ¶ 40 | |
| (7) The relative value of the mobile and desktop defaults | PPTB at p. 44<br>PPFOF ¶ 919 | |
| (8) Public or publicly accessible information | PPTB at p. 70<br>GPFOF ¶ 1573<br>PRPFOF ¶ 2082<br>GRPFOF ¶ 248 | |

| V.B. Disputes with Apple Regarding the Proposed Redaction of Generic or Public Information |||
|---|---|---|
| **Dispute Category** | **Citations** | **Additional Information** |
| (1) General industry information | PPTB at pp. 24-25<br>PPFOF ¶ 538 | In addition, this information is a broad estimate or estimated range. |
| (2) Apple's ability build its own GSE and/or ▇▇▇▇ed▇▇▇▇ | PPTB at p. 33<br>PPFOF ¶¶ 763, 1095, 1096, 1097, 1114<br>PRPFOF ¶ 2336 | |
| (3) High-level and non-specific information regarding the number of Safari queries and default traffic rates | PPTB pp. 36, 70<br>PPFOF ¶ 730 | |
| (4) Apple's estimate of Google's market share | PPFOF ¶ 588 | Plaintiffs do not oppose redaction of specific Apple figures, but the remainder is not Apple's confidential information, as it is an estimated guess as to Google's market share. |
| (5) Limitations on Apple due to Google's contracts | PPFOF ¶¶ 774, 769, 1116<br>PRPFOF ¶ 2349 | |
| (6) Factors not considered by Apple when pricing its smartphones | PPTB p. 68 | |
| (7) Rejected requests or suggestions from Google | PPFOF ¶¶ 874, 1105 | |
| (8) Possible scenarios absent Google's contracts | PPFOF ¶ 1102 | Microsoft does not request redaction. |
| (9) Generic and high-level mentions of varying term lengths and revenue share payment requirements | PPFOF ¶¶ 397, 1100 | |

| VI.A. Disputes with Google Regarding Its Proposed Redactions to Stale Information |||
|---|---|---|
| **Dispute Category** | **Citations** | **Additional Information** |
| Stale information from prior negotiations | PPTB at p. 45, 66<br>PPFOF ¶¶ 733, 941, 1266<br>GPFOF ¶ 132 | |

| VI.B. Disputes with Apple Regarding the Proposed Redaction of Stale Information |||
|---|---|---|
| **Dispute Category** | **Citations** | **Additional Information** |
| Dated and non-specific information regarding Apple's decision to stay with Google in 2016 | PPFOF ¶¶ 1265, 1267, 1268, 1272 | Microsoft does not request redaction of the figures at ¶ 1268. |