# Exhibit B

## ECF No. 820 – Plaintiffs' Post-Trial Brief

**Exhibit Key:**

| | |
|---|---|
| **Unopposed Redactions:** | Green |
| **Google:** | Red Box |
| **Apple:** | Yellow |
| **AT&T:** | Blue |
| **T-Mobile:** | Pink |
| **The North Face** | Gray |
| **Verizon:** | Orange |

FILED UNDER SEAL