# Exhibit C

## ECF No. 822 – Plaintiffs' Proposed Findings of Fact

**Exhibit Key:**

| | |
|---|---|
| Unopposed Redactions: | Green |
| Google: | Red Box |
| Apple: | Yellow |
| AT&T: | Blue |
| T-Mobile: | Pink |
| The North Face | Gray |
| Verizon: | Orange |

FILED UNDER SEAL