# Exhibit D

ECF No. 855 – Plaintiffs' Response to Defendant's Proposed Findings of Fact

**Exhibit Key:**

| | |
|---|---|
| **Unopposed Redactions:** | Green |
| **Google:** | Red Box |
| **Apple:** | Yellow |
| **AT&T:** | Blue |
| **T-Mobile:** | Pink |
| **The North Face** | Gray |
| **Verizon:** | Orange |

FILED UNDER SEAL