# Exhibit G



# 2021 Annual Plan - Finance Fact Pack
# Platforms & Ecosystems

Hiroshi | Ruth Review

November 6 2020

PRIVILEGED AND CONFIDENTIAL

Please reach out to Devin Bryne with any questions or requests for additional data



EXHIBIT 433.R

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    GOOG-PLAY-001141570.R

EXHIBIT 433.R-001

PLATFORMS AND ECOSYSTEMS > Planning P&L

## Android

| Figures in $M, except headcount | Actuals / Forecast / Plan ||||  | Y/Y growth |||
|---|---|---|---|---|---|---|---|---|
|  | 2018 | 2019 | 2020 | 2021 Guidance |  | 2019 | 2020 | 2021 Guidance |
| Revenue | -$1 | $1 | $4 | $0 |  | 216% | 208% | UNFAV |
| Gross profit (unalloc) | -$28 | -$46 | -$41 | -$960 |  | -63% | 10% | UNFAV |
| Opex (unalloc) | $7,231 | $2,460 | $2,898 | $3,872 |  | -66% | 18% | 34% |
| Direct payroll | $673 | $893 | $1,046 | $1,368 |  | 33% | 17% | 31% |
| Direct non-payroll | $137 | $225 | $433 | $1,166 |  | 64% | 92% | 169% |
| Machines | $125 | $158 | $192 | $212 |  | 27% | 21% | 10% |
| Marketing A&P | $177 | $138 | $81 | $61 |  | -22% | -41% | -25% |
| Allocated opex | $6,118 | $1,045 | $1,146 | $1,066 |  | -83% | 10% | -7% |
| Op income (loss) | -$7,237 | -$2,495 | -$2,900 | -$4,832 |  | 66% | -16% | -67% |
|  |  |  |  |  |  |  |  |  |
| Headcount | 3,097 | 3,288 | 3,544 | 4,236 |  | 6% | 8% | 20% |
|  |  |  |  |  |  |  |  |  |
| xChowa Budget Transfer |  |  |  |  |  |  |  |  |
| Gross profit (unalloc) | -$28 | -$46 | -$41 | $0 |  | -63% | 10% | 100% |
| Op Income of $1.6B Chowa budget is direct cost of sales transfer from Ads P&L | -$7,237 | -$2,495 | -$2,900 | -$3,872 |  | 66% | -16% | -34% |

$961M of $1.6B Chowa budget is direct cost of sales transfer from Ads P&L

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    GOOG-PLAY-001141575.R

EXHIBIT 433.R-006

PLATFORMS AND ECOSYSTEMS > Planning P&L

# Play (w/Ads)

| Figures in $M, except headcount | Actuals / Forecast / Plan* | | | | | | Y/Y growth | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 Guidance | 2021 Ask | | 2019 | 2020 | 2021 Guidance | 2021 Ask |
| Revenue | $8,878 | $11,259 | $14,662 | $16,949 | $16,931 | | 27% | 30% | 16% | 15% |
| Gross profit (unalloc) | $6,678 | $8,645 | $11,444 | $13,298 | $13,203 | | 29% | 32% | 16% | 15% |
| Opex (unalloc) | $1,489 | $1,594 | $1,827 | $1,830 | $2,062 | | 7% | 15% | 0% | 13% |
| Direct payroll | $464 | $467 | $474 | $532 | $593 | | 1% | 2% | 12% | 25% |
| Direct non-payroll | $121 | $110 | $111 | $145 | $185 | | -9% | 0% | 31% | 67% |
| Machines | $136 | $147 | $166 | $172 | $172 | | 8% | 12% | 4% | 4% |
| Marketing A&P | $189 | $210 | $219 | $219 | $324 | | 11% | 4% | 0% | 48% |
| Allocated opex | $579 | $659 | $858 | $762 | $788 | | 14% | 30% | -11% | -8% |
| Op income (loss) | $5,189 | $7,051 | $9,617 | $11,468 | $11,141 | | 36% | 36% | 19% | 16% |
| Headcount | 1,346 | 1,243 | 1,256 | 1,278 | 1,757 | | -8% | 1% | 2% | 40% |

PRIVILEGED AND CONFIDENTIAL          11

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY          GOOG-PLAY-001141580.R

EXHIBIT 433.R-011

PLATFORMS AND ECOSYSTEMS > Planning P&L

# Play (w/o Ads)

| Figures in $M, except headcount | Actuals / Forecast / Plan ||||| | Y/Y growth ||||
|---|---|---|---|---|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 Guidance | 2021 Ask | | 2019 | 2020 | 2021 Guidance | 2021 Ask |
| Revenue | $7,269 | $8,742 | $11,204 | $12,464 | $12,447 | | 20% | 28% | 11% | 11% |
| Gross profit (unalloc) | $5,069 | $6,128 | $7,986 | $8,815 | $8,722 | | 21% | 30% | 10% | 9% |
| Opex (unalloc) | $1,356 | $1,440 | $1,569 | $1,716 | $1,920 | | 6% | 9% | 9% | 22% |
| Direct payroll | $461 | $463 | $434 | $532 | $593 | | 0% | -6% | 23% | 37% |
| Direct non-payroll | $121 | $110 | $111 | $145 | $185 | | -9% | 0% | 31% | 67% |
| Machines | $136 | $147 | $166 | $172 | $172 | | 8% | 12% | 4% | 4% |
| Marketing A&P | $189 | $210 | $219 | $219 | $321 | | 11% | 4% | 0% | 47% |
| Allocated opex | $450 | $508 | $640 | $648 | $648 | | 13% | 26% | 1% | 1% |
| Op income (loss) | $3,712 | $4,688 | $6,417 | $7,099 | $6,803 | | 26% | 37% | 11% | 6% |
| | | | | | | | | | | |
| Headcount | 1,346 | 1,243 | 1,256 | 1,278 | 1,762 | | -8% | 1% | 2% | 40% |

PRIVILEGED AND CONFIDENTIAL    12

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    GOOG-PLAY-001141581.R

EXHIBIT 433.R-012