# Exhibit K

   

android

Confidential and proprietary

*Attorney-client privileged*

MADA & RSA

## Android Commercial Agreements

Aug 2019

EXHIBIT 617.R

EXHIBIT 617.R-001

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261142

*Attorney-client privileged*

# Android's Core Commercial Agreements

**MADA**
[Mobile App Distribution Agreement]

- Secures baseline distribution of our apps on Android
- Gives us a vehicle to drive consistency of experience
- Ensures regular security updates

**RSA**
[Search Revenue Share Agreement]

- Reinforces MADA's distribution with additional protections for our revenue generating services
- Provides a mechanism to help fund the ecosystem

Google

Confidential + Proprietary

EXHIBIT 617.R-002

Attorney-client privileged

# MADA: Overview

MADA
[Mobile App
Distribution Agreement]

- Secures baseline distribution of our apps on Android
- Gives us a vehicle to drive consistency of experience
- Allows us to define a baseline security level

| Coverage | We give | We get |
|---|---|---|
| 2.3B actives<br>~1B activations / year | • Play Store + 10 Google apps<br>• App ecosystem<br>• Security / malware scanning | • Play + 10 apps preloaded<br>• Search widget + Assistant gestures & hotword<br>• Security updates |

Google

Confidential + Proprietary

EXHIBIT 617.R-003



Attorney-client privileged
MADA v.2019: Update rolling out now (2-year contract)
Preloaded apps with icons
Non-deletable apps
Deletable apps
Removed
Added
Placement, services and integrations
Added
Added
Added
Policies
Added
Preload Policy
Added
Build Expiration
Google
Confidential + Proprietary

EXHIBIT 617.R-004

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261145

Attorney-client privileged

# RSA: Overview

**RSA**
[Search Revenue Share Agreement]

- Reinforces MADA's distribution with additional protections for our revenue generating services
- Provides a mechanism to help fund the ecosystem

| Coverage | We give | We get |
|---|---|---|
| 1.3B actives<br><br>0.7B activations / year | Search revenue share on Android | • Out-of-the-box search defaults and exclusivity<br>• Out-of-box Assistant gesture, hotword and homescreen exclusivity |

Google

Confidential + Proprietary

EXHIBIT 617.R-005

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

*Attorney-client privileged*

# RSA evolution into RSA 3.0: Two key goals governed our update

## RSA 2.0 [Search Revenue Share Agreement, 2016 version]

### Where we are today

**Search and Assistant** protections secured on **53%** of Android devices

Additional **placement for key apps** secured on **5%** of Android devices

**No protections for Play**

## RSA 3.0 [2019 version]

### Key goals

1. **Platform-wide protections** for key access points not covered by MADA (browsers and assistant)
2. Stronger alignment with OEMs on **key apps and ecosystem services (Play, apps, UI)**

Google

Confidential + Proprietary

EXHIBIT 617.R-006

*Attorney-client privileged*

# RSA 3.0: 3 Tier structure

| **NEW Core Experience (all devices outside EEA)** | **Optimized Experience (device by device)** | **Google Forward (device by device)** |
|---|---|---|
| **Browser defaults and assistant** coverage on **100%** of Android devices | **Full Search** (outside Europe) & **Assistant exclusivity** | **Support OEMs** via services revenue & **align OEMs with Google's vision of Mobile** |
| 8% search rev-share [browser & assistant only] | 8-16% search rev-share [browser and search app] | 12-20% search rev-share [browser and search app] + Play rev-share in some cases |

| **2.2B** actives expected in 2023 | **0.4B** actives expected in 2023 |
|---|---|

Google

Confidential + Proprietary

EXHIBIT 617.R-007

*Attorney-client privileged*

# RSA 3.0: Google Forward tier secures advanced placement for strategic apps

NEW Core Experience (all devices) | Optimized Experience (device by device) | **Google Forward (device by device)**

Core gets

**[P0] Optimized for Search & Play monetization**

$$

Core Search & Play provisions

**Best Assistant experience on Android**

31

SW integrations and core
app defaults

**Cohesive phone experience**

G Pay

Evolving list of UI & app requirements & defaults

Google

Confidential + Proprietary

EXHIBIT 617.R-008

Attorney-client privileged

# Backup

Google

Confidential + Proprietary

EXHIBIT 617.R-009

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261150

*Attorney-client privileged*

# MADA v.2019: Policies

| MADA v2017 | Additions in MADA v2019 |
| --- | --- |
| 1. **Preloads:** must be scanned for malware | 1. **Preloads:** must follow Play policies; Launchers must follow MADA placement |
| 2. **OS freshness:** new models must be on <18 month old versions of Android | 2. **OS freshness:** no manufacturing of devices on 2+ year old OS versions |
| 3. **Security updates:** mandatory quarterly updates for popular (100K+) models for 2 years since launch | 3. **Security updates:** no changes |

Google

Confidential + Proprietary

EXHIBIT 617.R-010

*Attorney-client privileged*

# MADA v.2019: Placement, services & integrations

## MADA v2017

**Services:**

Google Play Services, Google Settings, Widevine DRM etc.

**Placement & Integrations:**

Home-screen widget

Home-screen icon

Home-screen folder

Hotword, home-button & gesture integration

Screens in setup wizard

## Additions in MADA v2019

Android Auto

Digital Wellbeing

Family Link

All distributed as headless apps (no visible user icon) + integration with Google Settings

Google

Confidential + Proprietary

EXHIBIT 617.R-011

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Attorney-client privileged

# Besides MADA & RSA, Google uses multiple other strategies to drive distribution

## Bounty deals

*Multiple deals with individual OEMs covering single or groups of apps, including:*

- *gSuite*
- *Messages*
- *News*
- *gBoard*
- *Pay*

## App cross-promotion

*Many 1P apps include cross-promotion links, including:*

- *Play promoting Movies, Books & Music apps*
- *GMail promoting Contacts & Calendar*
- *Photos promoting PhotoScan*
- *Maps promoting Google Earth*
- *YouTube promoting YT Kids & Music*

## Google guide

*[Under development] Post-OOB flow guiding users through the Google ecosystem, including:*

- *Home & work locations on maps*
- *Adding FOP to Google Pay*
- *Setting up Duo*
- *App discovery*

Google

Confidential + Proprietary

EXHIBIT 617.R-012