## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 10, 2024, the foregoing Plaintiffs' Confidentiality Position Statement and exhibits in support were filed electronically under seal using the CM/ECF system and sent electronically to the counsel of record identified in the Amended Case Management Order entered in this case on February 3, 2021 (ECF Nos. 108-1 and 141).


Dated: April 10, 2024           By:   */s/ Karl E. Herrmann*
                                                Karl E. Herrmann
                                                U.S. Department of Justice, Antitrust Division
                                                Technology and Digital Platforms Section
                                                450 Fifth Street, NW
                                                Washington, DC 20001
                                                Telephone: (202) 476-0316
                                                Karl.herrmann@usdoj.gov

                                                *Counsel for Plaintiff United States of America*