# EXHIBIT 7
# (Public-Redacted)

**From:** Thao Huynh </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-THAO HUYNH>
**To:** Derrick Connell; Philippe Ockenden; Jon Tinter
**CC:** Raajeev Ramaraju
**Sent:** 12/6/2018 6:57:45 PM
**Subject:** RE: Profit over time
**Attachments:** SAN Profitability from 2002 - 2019.xlsx

Excel attached. FY18 and FY19 are in the latest definition we have for SAN

**REDACTED**

From: Derrick Connell
Sent: Thursday, December 6, 2018 10:34 AM
To: Philippe Ockenden <[redacted]@microsoft.com>; Jon Tinter <[redacted]@microsoft.com>
Cc: Raajeev Ramaraju <[redacted]@microsoft.com>; Thao Huynh <[redacted]@microsoft.com>
Subject: RE: Profit over time

tx

From: Philippe Ockenden <[redacted]@microsoft.com>
Sent: Thursday, December 6, 2018 10:34 AM
To: Derrick Connell <[redacted]@microsoft.com>; Jon Tinter <[redacted]@microsoft.com>
Cc: Raajeev Ramaraju <[redacted]@microsoft.com>; Thao Huynh <[redacted]@microsoft.com>
Subject: RE: Profit over time

We will find it (Or approximate) and send a xls back.

From: Derrick Connell <[redacted]@microsoft.com>
Sent: Thursday, December 6, 2018 10:32 AM
To: Jon Tinter <[redacted]@microsoft.com>; Philippe Ockenden <[redacted]@microsoft.com>
Cc: Raajeev Ramaraju <[redacted]@microsoft.com>; Thao Huynh <[redacted]@microsoft.com>
Subject: RE: Profit over time

I mean the picture of Amy and Dave



HIGHLY CONFIDENTIAL      DX0500.001      MSFT-LIT2_0000727152

**From:** Jon Tinter <​>microsoft.com>
**Sent:** Thursday, December 6, 2018 10:31 AM
**To:** Derrick Connell <​>microsoft.com>; Philippe Ockenden <​>microsoft.com>
**Cc:** Raajeev Ramaraju <​@microsoft.com>; Thao Huynh <​>microsoft.com>
**Subject:** RE: Profit over time

I like the picture for the story I was trying to tell

**From:** Derrick Connell <​>microsoft.com>
**Sent:** Thursday, December 6, 2018 10:29 AM
**To:** Philippe Ockenden <​>microsoft.com>; Jon Tinter <​>microsoft.com>
**Cc:** Raajeev Ramaraju <​@microsoft.com>; Thao Huynh <​>microsoft.com>
**Subject:** RE: Profit over time

This can work – do we have the raw file without

- the pictures
- words at the top
- ?? areas

And perhaps a label for the 2018 number

**From:** Philippe Ockenden <​>microsoft.com>
**Sent:** Thursday, December 6, 2018 10:26 AM
**To:** Derrick Connell <​>microsoft.com>; Jon Tinter <​>microsoft.com>
**Cc:** Raajeev Ramaraju <​>microsoft.com>; Thao Huynh <​>microsoft.com>
**Subject:** RE: Profit over time

Depending on our error rate tolerance I have this which was based on the old online business and then search and display. Assuming we aren't trying to be super precise I would use this and add in FY18 and FY19's latest SAN numbers

**REDACTED**

**From:** Derrick Connell <​>microsoft.com>
**Sent:** Thursday, December 6, 2018 10:18 AM
**To:** Philippe Ockenden <​>microsoft.com>; Jon Tinter <​>microsoft.com>
**Subject:** Profit over time

Phil

Do we have a view of SAN profit over time?
D

HIGHLY CONFIDENTIAL **DX0500.003** MSFT-LIT2_0000727154

# File Provided Natively

SAN Profitability from 2002 - 2019.xlsx

Connell, Derrick-\Connell, Derrick\Exchange\REDACTED nicrosoft.com-21.pst\Top of Personal Folders\REDACTED microsoft.com (Primary)\Top of Information Store\Inbox\Search Strategy 2020\RE: Profit over time

HIGHLY CONFIDENTIAL
MSFT-LIT2_0000727155