**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, et al., | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

| | |
|---|---|
| State of Colorado, et al., | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**MOTION TO SEAL**

Nonparty Microsoft Corporation respectfully requests that Exhibit 7 to Julia Chapman's Declaration in support of Nonparty Microsoft Corporation's Position Statement Concerning the Confidentiality of its Documents and Testimony ("Exhibit 7"), ECF No. 881-8, remain under seal pursuant to Local Rule 5.1(h).  Exhibit 7 was filed in error and contains personally identifiable information of a former Microsoft employee in unredacted form.  Access to this exhibit has since been restricted.

The personally identifiable information contained within Exhibit 7 information is not publicly available and is not relevant to the litigation at hand.  None of the parties, nor the New

1

York Times, have previously objected to the redaction of personally identifiable information.  A corrected exhibit has since been filed with the personally identifiable information redacted.

   For the foregoing reasons, Microsoft respectfully requests that the Court grant Nonparty Microsoft Corporation's motion to keep Exhibit 7 under seal.

 Dated: April 11, 2024        Respectfully Submitted,

           */s/ Julia Chapman*
           Julia E. Chapman (*pro hac vice*)
           Martin J. Black (*pro hac vice*)
           Dechert LLP
           2929 Arch Street
           Philadelphia, A 19104
           martin.black@dechert.com
           julia.chapman@dechert.com

           Vincent Cohen (DC Bar No. 471489)
           John A. Jurata, Jr. (DC Bar No. 478602)
           Amisha R. Patel (DC Bar No. 1005420)
           Dechert LLP
           1900 K Street, NW
           Washington, DC 20006
           vincent.cohen@dechert.com
           jay.jurata@dechert.com
           amisha.patel@dechert.com

           Matthew L. Larrabee (*pro hac vice*)
           Dechert LLP
           3 Bryant Park
           1095 Ave. of the Americas
           New York, NY 10036
           matthew.larrabee@dechert.com

           Russell P. Cohen (*pro hac vice*)
           Dechert LLP
           One Bush Street, Suite 1600
           San Francisco, CA 94104
           russ.cohen@dechert.com

Amy W. Ray (DC Bar No. 489086)
Allen Davis (DC Bar No. 1045657)
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
amyray@orrick.com
allen.davis@orrick.com

Mark Parris (*pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA 98101
mparris@orrick.com

*Attorneys for Nonparty Microsoft Corporation*

Dated: April 11, 2024          Respectfully submitted,

By: _/s/ Julia E. Chapman_

Julia E. Chapman (pro hac vice)
Dechert LLP
2929 Arch Street
Philadelphia, A 19104
julia.chapman@dechert.com

*Counsel for Microsoft Corporation*