IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA<br><br>▉▉▉▉▉▉▉▉▉▉ |
| STATE OF COLORADO, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA<br><br>▉▉▉▉▉▉▉▉▉▉ |

**PLAINTIFF STATES' POSITION STATEMENT REGARDING CONFIDENTIALITY DISPUTES RELATED TO POST-TRIAL SUBMISSIONS AND RESPONSIVE POST-TRIAL SUBMISSIONS**

Pursuant to the Stipulated Confidentiality Management Order Regarding Responsive Post-Trial Submissions, ECF No. 850, Plaintiff States report that they have no outstanding disputes with Google or any third party regarding proposed redactions to Plaintiff States' Post-Trial Submissions or Plaintiff States' Responsive Post-Trial Submissions. Further, no disputes exist between Plaintiff States and Google as to Google's proposed redactions to information related only to Plaintiff States' broader claims contained in Google's Post-Trial and Responsive Post-Trial Submissions.[1]

---

[1] Disputes remain between U.S. Plaintiffs and Google and U.S. Plaintiffs and certain third parties as to redactions to Plaintiffs Post-Trial and Responsive Post-Trial Submissions and Plaintiff States support the positions articulated by U.S. Plaintiffs in its separate filing.

For the Court's convenience, Plaintiff States are filing the following documents under seal with proposed redactions consistent with the Court's guidance and *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980). The proposed redactions are indicated by red box.

1. Plaintiff States' Post-Trial Brief (Attachment A)
2. Plaintiff States' Proposed Findings of Fact (Attachment B)
3. Plaintiff States' Proposed Conclusions of Law (Attachment C)
4. Plaintiff States' Responsive Proposed Findings of Fact (Attachment D)
5. Plaintiff States' Responsive Conclusions of Law (Attachment E)

Plaintiff States are prepared to file redacted versions of these documents on the public docket at the Court's direction.

Dated: April 10, 2024                    Respectfully submitted,

FOR PLAINTIFF STATE OF COLORADO

PHILIP WEISER
Attorney General

Jonathan B. Sallet
Special Assistant Attorney General

*/s/ Jonathan B. Sallet*
Jonathan B. Sallet, DC Bar No. 336198
Steven M. Kaufmann, DC Bar No. 1022365 (inactive)
Elizabeth W. Hereford
Conor J. May
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mails: Jon.Sallet@coag.gov
         Steve.Kaufmann@coag.gov
         Elizabeth.Hereford@coag.gov
         Conor.May@coag.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF NEBRASKA

MIKE HILGERS
Attorney General

Colin P. Snider
Assistant Attorney General
Matthew K. McKinley
Special Assistant Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3840
E-Mails: Colin.Snider@nebraska.gov
          Matt.Mckinley@nebraska.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Nebraska*

FOR PLAINTIFF STATE OF ARIZONA

KRISTIN K. MAYES
Attorney General

Robert A. Bernheim, Unit Chief Counsel
Arizona Office of the Attorney General
400 West Congress, Ste. S-315
Tucson, Arizona 85701
Telephone: (520) 628-6507
E-Mail: Robert.bernheim@azag.gov

*Counsel for Plaintiff State of Arizona*

FOR PLAINTIFF STATE OF IOWA

BRENNA BIRD
Attorney General

Noah Goerlitz, Assistant Attorney General
Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Telephone: (515) 725-1018
E-Mail: Noah.goerlitz@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

| | |
|---|---|
| FOR PLAINTIFF STATE OF NEW YORK | FOR PLAINTIFF STATE OF NORTH CAROLINA |
| LETITIA JAMES<br>Attorney General | JOSH STEIN<br>Attorney General |
| Elinor R. Hoffmann<br>Morgan J. Feder<br>Michael Schwartz<br>Office of the Attorney General of New York<br>28 Liberty Street, 21st Floor<br>New York, NY 10005<br>Telephone: (212) 416-8513<br>E-Mails: Elinor.hoffmann@ag.ny.gov<br>　　　　Morgan.feder@ag.ny.gov<br>　　　　Michael.schwartz@ag.ny.gov | Kunal Janak Choksi<br>Joshua Daniel Abram<br>Jonathan R. Marx<br>Jessica Vance Sutton<br>North Carolina Department of Justice<br>114 W. Edenton St.<br>Raleigh, NC 27603<br>Telephone: (919) 716-6000<br>E-Mails:kchoksi@ncdoj.gov<br>　　　　jabram@ncdoj.gov<br>　　　　jmarx@ncdoj.gov<br>　　　　jsutton2@ncdoj.gov |
| *Counsel for Plaintiff State of New York* | *Counsel for Plaintiff State of North Carolina* |
| FOR PLAINTIFF STATE OF TENNESSEE | FOR PLAINTIFF STATE OF UTAH |
| JONATHAN SKRMETTI<br>Attorney General | SEAN REYES<br>Attorney General |
| J. David McDowell<br>Chris Dunbar<br>Austin Ostiguy<br>Tyler Corcoran<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville.TN 37202<br>Telephone: (615) 741-8722<br>E-Mails: David.McDowell@ag.tn.gov<br>　　　　Chris.Dunbar@ag.tn.gov<br>　　　　austin.ostiguy@ag.tn.gov<br>　　　　Tyler.Corcoran@ag.tn.gov | Scott R. Ryther<br>Tara Pincock<br>Utah Office of Attorney General<br>160 E 300 S, 5th Floor<br>P.O. Box 142320<br>Salt Lake City, Utah 84114<br>Telephone: (385) 881-3742<br>E-Mail: sryther@agutah.gov<br>　　　　tpincock@agutah.gov |
| *Counsel for Plaintiff State of Tennessee* | *Counsel for Plaintiff State of Utah* |

| | |
|---|---|
| FOR PLAINTIFF STATE OF ALASKA | FOR PLAINTIFF STATE OF CONNECTICUT |
| TREG TAYLOR<br>Attorney General | WILLIAM TONG<br>Attorney General |
| Jeff Pickett<br>State of Alaska, Department of Law<br>Office of the Attorney General<br>1031 W. Fourth Avenue, Suite 200<br>Anchorage, Alaska 99501<br>Telephone: (907) 269-5100<br>E-Mail: Jeff.pickett@alaska.gov | Nicole Demers<br>Office of the Attorney General of Connecticut<br>165 Capitol Avenue, Suite 5000<br>Hartford, CT 06106<br>Telephone: (860) 808-5202<br>E-Mail: Nicole.demers@ct.gov |
| *Counsel for Plaintiff State of Alaska* | *Counsel for Plaintiff State of Connecticut* |
| FOR PLAINTIFF STATE OF DELAWARE | FOR PLAINTIFF DISTRICT OF COLUMBIA |
| KATHY JENNINGS<br>Attorney General | BRIAN SCHWALB<br>Attorney General |
| Michael Andrew Undorf<br>Delaware Department of Justice<br>Fraud and Consumer Protection Division<br>820 N. French St., 5th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 577-8924<br>E-Mail: Michael.undorf@delaware.gov | Elizabeth Gentry Arthur<br>Office of the Attorney General for the District of Columbia<br>400 6th Street NW<br>Washington, DC 20001<br>Telephone: (202) 724-6514<br>E-Mail: Elizabeth.arthur@dc.gov |
| *Counsel for Plaintiff State of Delaware* | *Counsel for Plaintiff District of Columbia* |
| FOR PLAINTIFF TERRITORY OF GUAM | FOR PLAINTIFF STATE OF HAWAI'I |
| DOUGLAS MOYLAN<br>Attorney General | ANNE E. LOPEZ<br>Attorney General |
| Fred Nishihira, Chief, Consumer Protection Division<br>Office of the Attorney General of Guam<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913<br>Telephone: (671) 475-3324 | Rodney I. Kimura<br>Department of the Attorney General, State of Hawai'i<br>Commerce & Economic Development<br>425 Queen Street<br>Honolulu, HI 96813<br>Telephone (808) 586-1180<br>E-Mail: Rodney.i.kimura@hawaii.gov |
| *Counsel for Plaintiff Territory Guam* | *Counsel for Plaintiff State of Hawai'i* |

| | |
|---|---|
| FOR PLAINTIFF STATE OF IDAHO | FOR PLAINTIFF STATE OF ILLINOIS |
| RAÚL LABRADOR<br>Attorney General | KWAME RAOUL<br>Attorney General |
| John K. Olson<br>Office of the Idaho Attorney General<br>Consumer Protection Division<br>954 W. State St., 2nd Floor<br>P.O. Box 83720<br>Boise, ID 83720<br>Telephone: (208) 334-4114<br>E-Mails: Brett.delange@ag.idaho.gov<br>John.olson@ag.idaho.gov | Elizabeth Maxeiner<br>Brian Yost<br>Office of the Attorney General of Illinois<br>100 W. Randolph St.<br>Chicago, IL 60601<br>Telephone: (773) 590-7935<br>E-Mails: Elizabeth.maxeiner@ilag.gov<br>Brian.yost@ilag.gov |
| *Counsel for Plaintiff State of Idaho* | *Counsel for Plaintiff State of Illinois* |
| FOR PLAINTIFF STATE OF KANSAS | FOR PLAINTIFF STATE OF MAINE |
| KRIS W. KOBACH<br>Attorney General | AARON M. FREY<br>Attorney General |
| Lynette R. Bakker<br>Kansas Office of the Attorney General<br>120 S.W. 10th Avenue., 2nd Floor<br>Topeka, KS 66612<br>Telephone: (785) 296-3751<br>E-Mail: Lynette.bakker@ag.ks.gov | Christina M. Moylan<br>Office of the Attorney General of Maine<br>6 State House Station<br>August, ME 04333<br>Telephone: (207) 626-8800<br>E-Mail: Christina.moylan@maine.gov |
| *Counsel for Plaintiff State of Kansas* | *Counsel for Plaintiff State of Maine* |
| FOR PLAINTIFF STATE OF MARYLAND | FOR PLAINTIFF COMMONWEALTH MASSACHUSETTS |
| ANTHONY G. BROWN<br>Attorney General | ANDREA CAMPBELL<br>Attorney General |
| Schonette J. Walker<br>Gary Honick<br>Office of the Attorney General of Maryland<br>200 St. Paul Place, 19th Floor<br>Baltimore, MD 21202<br>Telephone: (410) 576-6480<br>E-Mails: swalker@oag.state.md.us<br>ghonick@oag.state.md.us | William T. Matlack<br>Michael B. MacKenzie<br>Office of the Attorney General of Massachusetts<br>One Ashburton Place, 18th Fl.<br>Boston, MA 02108<br>Telephone: (617) 727-2200<br>E-Mails: William.matlack@mass.gov<br>Michael.Mackenzie@mass.gov |
| *Counsel for Plaintiff State of Maryland* | *Counsel for Plaintiff State of Massachusetts* |

| | |
|---|---|
| FOR PLAINTIFF STATE MINNESOTA<br><br>KEITH ELLISON<br>Attorney General<br><br>Zachary William Biesanz<br>Office of the Minnesota Attorney General<br>Consumer, Wage, and Antitrust Division<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101<br>Telephone: (651) 757-1257<br>E-Mail: Zach.biesanz@ag.state.mn.us<br><br>*Counsel for Plaintiff State of Minnesota* | FOR PLAINTIFF STATE OF NEVADA<br><br>AARON D. FORD<br>Attorney General<br><br>Michelle Christine Newman<br>Lucas J. Tucker<br>Nevada Office of the Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br>Telephone: (775) 684-1164<br>E-Mails: mnewman@ag.nv.gov<br>         ltucker@ag.nv.gov<br><br>*Counsel for Plaintiff State of Nevada* |
| FOR PLAINTIFF STATE OF NEW HAMPSHIRE<br><br>JOHN FORMELLA<br>Attorney General<br><br>Brandon Garod<br>Office of Attorney General of New Hampshire<br>33 Capitol Street<br>Concord, NH 03301<br>Telephone: (603) 271-1217<br>E-Mail: Brandon.h.garod@doj.nh.gov<br><br>*Counsel for Plaintiff State of New Hampshire* | FOR PLAINTIFF STATE OF NEW JERSEY<br><br>MATT PLATKIN<br>Attorney General<br><br>Isabella R. Pitt<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07102<br>Telephone: (973) 648-7819<br>E-Mail: Isabella.Pitt@law.njoag.gov<br><br>*Counsel for Plaintiff State of New Jersey* |
| FOR PLAINTIFF STATE OF NEW MEXICO<br><br>RAÚL TORRES<br>Attorney General<br><br>Cholla Khoury<br>Assistant Attorney General<br>New Mexico Office of the Attorney General<br>408 Galisteo St.<br>Santa Fe, NM 87504 Telephone: (505) 490-4885 E-Mails: ckhoury@nmag.gov<br><br>*Counsel for Plaintiff State of New Mexico* | FOR PLAINTIFF STATE NORTH DAKOTA<br><br>DREW WRIGLEY<br>Attorney General<br><br>Elin S. Alm<br>Assistant Attorney General<br>Consumer Protection and Antitrust Division<br>Office of the Attorney General of North Dakota<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504<br>Telephone: (701) 328-5570<br>E-Mail: ealm@nd.gov<br><br>*Counsel for Plaintiff State of North Dakota* |

FOR PLAINTIFF STATE OHIO

DAVE YOST
Attorney General

Jennifer Pratt
Beth Ann Finnerty
Mark Kittel
Office of the Attorney General of Ohio
30 E Broad Street, 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
E-Mails:
Jennifer.pratt@ohioattorneygeneral.gov
Beth.finnerty@ohioattorneygeneral.gov
Mark.kittel@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

FOR THE PLAINTIFF STATE OKLAHOMA

GENTNER DRUMMOND
Attorney General

Caleb J. Smith
Office of the Oklahoma Attorney General
313 NE 21st St
Oklahoma City, OK 73105
Telephone: (405) 522-1014
E-Mail: Caleb.Smith@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

FOR PLAINTIFF STATE OREGON

ELLEN ROSENBLUM
Attorney General

Cheryl Hiemstra
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
Telephone: (503) 934-4400
E-Mail: Cheryl.hiemstra@doj.state.or.us

*Counsel for Plaintiff State of Oregon*

FOR PLAINTIFF COMMONWEALTH PENNSYLVANIA

MICHELLE HENRY
Attorney General

Tracy W. Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
Telephone: (717) 787-4530
E-Mails: jbetsko@attorneygeneral.gov
twertz@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of Pennsylvania*

FOR PLAINTIFF TERRITORY PUERTO RICO

DOMINGO HERNANDEZ
Attorney General

Guarionex Diaz Martinez
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902
Telephone: (787) 721-2900, Ext. 1201
E-Mail: gdiaz@justicia.pr.gov

*Counsel for Plaintiff Territory Puerto Rico*

FOR PLAINTIFF STATE RHODE ISLAND

PETER NERONHA
Attorney General

Stephen Provazza
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
E-Mail: SProvazza@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*

FOR PLAINTIFF STATE SOUTH DAKOTA

MARTY J. JACKLEY
Attorney General

Yvette K. Lafrentz
Office of the Attorney General of South Dakota
1302 E. Hwy 14, Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
E-Mail: Yvette.lafrentz@state.sd.us

*Counsel for Plaintiff State of South Dakota*

FOR PLAINTIFF COMMONWEALTH VIRGINIA

JASON S. MIYARES
Attorney General

Tyler T. Henry
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, VA 23219
Telephone: (804) 692-0485
E-Mail: thenry@oag.state.va.us

*Counsel for Plaintiff State of Virginia*

FOR PLAINTIFF STATE WEST VIRGINIA

PATRICK MORRISEY
Attorney General

Douglas Lee Davis
Office of the Attorney General, State of West Virginia
1900 Kanawha Boulevard, East
Building 6, Suite 402
P.O. Box 1789
Charleston, WV 25305
Telephone: (304) 558-8986
E-Mail: Douglas.l.davis@wvago.gov

*Counsel for Plaintiff State of West Virginia*

FOR PLAINTIFF STATE VERMONT

CHARITY R. CLARK
Attorney General

Christopher J. Curtis
Assistant Attorney General
Office of the Attorney General of Vermont
109 State St.
Montpelier, VT 05609
Telephone: (802) 828-3170
E-Mail: Ryan.kriger@vermont.gov

*Counsel for Plaintiff State of Vermont*

FOR PLAINTIFF STATE WASHINGTON

BOB FERGUSON
Attorney General

Amy Hanson
Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419
E-Mail: Amy.hanson@atg.wa.gov

*Counsel for Plaintiff State of Washington*

FOR PLAINTIFF STATE WYOMING

BRIDGET HILL
Attorney General

Benjamin Peterson
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002
Telephone: (307) 777-6397
E-Mail: Benjamin.peterson2@wyo.gov

*Counsel for Plaintiff State of Wyoming*