HIGHLY CONFIDENTIAL – SEALED FILING

# Attachment C

Filed under Seal and Subject to Stipulated Protective Order in
*United States, et al. v. Google LLC*, No. 20-cv-3010-APM
*State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM