UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## ORDER

**AND NOW**, this ___ day of April, 2024, it is hereby **ORDERED** that the Notice of Withdrawal of Appearance of Ryan Frasher as counsel for the State of Indiana is Granted and the appearance is **WITHDRAWN**. Counsel are reminded that as long as other counsel remain of record for a party, withdrawal may be effected by filing a notice and leave of court is not required.

It is so **ORDERED**.

BY THE COURT:

_____
HON. AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

DATED: