|  | Original Exhibit Numbers on Party Exhibit Lists | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Joint ExNo. | DOJ ExNo. | Google ExNo. | CONE ExNo. | Begin Bates | End Bates | Ex. Description | Ex. Date | ID Date | Admission Date | Witness |
| JX0001 | UPX5308 | DX0800 |  | GOOG-DOJ-02696678 | GOOG-DOJ-02696687 | Apple: Information Services Agreement | 2002.12.20 |  | 9/12/2023 |  |
| JX0002 | UPX5309 | DX0802 | PSX00148 | GOOG-DOJ-02696817 | GOOG-DOJ-02696821 | Apple: Amendment One to Information Services Agreement between Google, Inc. and Apple Computer, Inc. ("Amendment 1") | 2005.01.14 |  | 9/12/2023 |  |
| JX0003 | UPX5431 | DX0803 |  | GOOG-DOJ-01771149 | GOOG-DOJ-01771167 | Motorola: Motorola-Google Directed Traffic Distribution Agreement | 2005.12.28 |  | 9/12/2023 |  |
| JX0004 | UPX5310 | DX0805 |  | GOOG-DOJ-02696647 | GOOG-DOJ-02696650 | Apple: Amendment Two to Information Services Agreement between Google, Inc. and Apple Inc. ("Amendment 2") | 2007.09.12 |  | 9/12/2023 |  |
| JX0005 | UPX5311 | DX0808 |  | GOOG-DOJ-02696813 | GOOG-DOJ-02696813 | Apple: Amendment Three to Information Services Agreement between Google, Inc. and Apple Inc. ("Amendment 3") | 2008.07.14 |  | 9/12/2023 |  |
| JX0006 | UPX5312 | DX0810 |  | GOOG-DOJ-02696529 | GOOG-DOJ-02696529 | Apple: Amendment Four to Information Services Agreement between Google, Inc. and Apple Inc. ("Amendment 4") | 2009.01.14 |  | 9/12/2023 |  |
| JX0007 | UPX5450 | DX0811 |  | GOOG-DOJ-02245539 | GOOG-DOJ-02245552 | Samsung: Mobile Application Distribution Agreement (Android) | 2009.04.01 |  | 9/12/2023 |  |
| JX0008 | UPX5403 | DX0812 |  | GOOG-DOJ-01703914 | GOOG-DOJ-01703929 | Motorola: Mobile Application Distribution Agreement (Android) | 2009.05.01 |  | 9/12/2023 |  |
| JX0009 | UPX5313 | DX0813 |  | GOOG-DOJ-02696527 | GOOG-DOJ-02696528 | Apple: Amendment Five to Information Services Agreement between Google, Inc. and Apple Inc. ("Amendment 5") | 2009.08.01 |  | 9/12/2023 |  |
| JX0010 | UPX5600 | DX0814 | PSX00150 | GOOG-DOJ-02696994 | GOOG-DOJ-02697047 | Verizon: Verizon-Google Co-Developed Device Strategic Marketing Agreement | 2009.10.01 |  | 9/12/2023 |  |
| JX0011 | UPX5566 | DX0815 | PSX00154 | GOOG-DOJ-02697177 | GOOG-DOJ-02697210 | T-Mobile: Mobile Agreement | 2009.12.01 | 9/13/2023 | 9/12/2023 | Chris Barton |
| JX0012 | UPX5318 | DX0816 |  | GOOG-DOJ-02696688 | GOOG-DOJ-02696689 | Apple: Letter Agreement between Google and Apple dated 09/07/2010 | 2010.09.07 |  | 9/12/2023 |  |
| JX0013 | UPX5484 | DX0818 |  | GOOG-DOJ-00049117 | GOOG-DOJ-00049130 | Samsung: Mobile Application Distribution Agreement (Android) | 2011.01.01 |  | 9/12/2023 |  |
| JX0014 | UPX5454 | DX0819 |  | GOOG-DOJ-02366922 | GOOG-DOJ-02366957 | Samsung: Mobile Services Distribution Agreement | 2011.01.01 |  | 9/12/2023 |  |
| JX0015 | UPX5320 | DX0820 | PSX00149 | GOOG-DOJ-02696980 | GOOG-DOJ-02696993 | AT&T: Mobile Agreement | 2011.02.01 |  | 9/12/2023 |  |
| JX0016 | UPX5601 | DX0821 |  | GOOG-DOJ-00164676 | GOOG-DOJ-00164688 | Verizon: Amendment One to the Verizon-Google Co-Developed Device Strategic Marketing Agreement | 2011.03.28 | 9/18/2023 | 9/12/2023 | Brian Higgins |
| JX0017 | UPX5603 | DX0823 |  | GOOG-DOJ-21682627 | GOOG-DOJ-21682629 | Verizon: Amendment Three to the Verizon-Google Co-Developed Device Strategic Marketing Agreement | 2011.09.21 |  | 9/12/2023 |  |
| JX0018 | UPX5439 | DX0824 |  | GOOG-DOJ-06288067 | GOOG-DOJ-06288102 | Mozilla: Amendment Number Five to Sponsorship Agreement | 2011.12.01 |  | 9/12/2023 |  |
| JX0019 | UPX5604 | DX0825 |  | GOOG-DOJ-21682666 | GOOG-DOJ-21682669 | Verizon: Amendment Four to the Verizon-Google Co-Developed Device Strategic Marketing Agreement (Google Over the Air Update Process) | 2012.02.02 |  | 9/12/2023 |  |
| JX0020 | UPX5602 | DX0826 |  | GOOG-DOJ-17310651 | GOOG-DOJ-17310654 | Verizon: Amendment Two to the Verizon-Google Co-Developed Device Strategic Marketing Agreement | 2012.07.01 |  | 9/12/2023 |  |
| JX0021 | UPX5321 | DX0828 | PSX00155 | GOOG-DOJ-02697255 | GOOG-DOJ-02697269 | AT&T: Mobile Agreement | 2013.02.01 |  | 9/12/2023 |  |
| JX0022 | UPX5581 | DX0829 | PSX00152 | GOOG-DOJ-02697107 | GOOG-DOJ-02697127 | T-Mobile: Android Search Revenue Share Agreement for Mobile Operators | 2013.02.01 |  | 9/12/2023 |  |
| JX0023 | UPX5405 | DX0831 |  | GOOG-DOJ-13776349 | GOOG-DOJ-13776364 | Motorola: Mobile Application Distribution Agreement (MADA) | 2014.01.01 |  | 9/12/2023 |  |
| JX0024 | UPX5319 | DX0832 |  | GOOG-DOJ-02696822 | GOOG-DOJ-02696825 | Apple: Joint Cooperation Agreement (JCA) | 2014.05.15 | 10/10/2023 | 9/12/2023 | Joan Braddi |
| JX0025 | UPX5486 | DX0833 |  | GOOG-DOJ-22325867 | GOOG-DOJ-22325881 | Samsung: Mobile Application Distribution Agreement (Android) | 2014.06.01 |  | 9/12/2023 |  |
| JX0026 | UPX5607 | DX0834 |  | GOOG-DOJ-02697270 | GOOG-DOJ-02697284 | Verizon: Amendment Five to the Verizon-Google Co-Developed Device Strategic Marketing Agreement | 2014.10.01 | 9/18/2023 | 9/12/2023 | Brian Higgins |
| JX0027 | UPX5322 | DX0836 |  | GOOG-DOJ-02696977 | GOOG-DOJ-02696979 | AT&T: Amendment to Mobile Agreement | 2015.02.01 |  | 9/12/2023 |  |

| | Original Exhibit Numbers on Party Exhibit Lists | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Joint ExNo. | DOJ ExNo. | Google ExNo. | CONE ExNo. | Begin Bates | End Bates | Ex. Description | Ex. Date | ID Date | Admission Date | Witness |
| JX0028 | UPX5608 | DX0838 | | GOOG-DOJ-21682621 | GOOG-DOJ-21682624 | Verizon: Amendment Six to the Verizon-Google Co-Developed Device Strategic Marketing Agreement | 2015.10.26 | | 9/12/2023 | |
| JX0029 | UPX5583 | DX0839 | | GOOG-DOJ-21682550 | GOOG-DOJ-21682550 | T-Mobile: Amendment No. 1 to Android Search Revenue Share Agreement Between Google and T-Mobile | 2015.12.17 | | 9/12/2023 | |
| JX0030 | UPX5584 | DX0840 | | GOOG-DOJ-17162697 | GOOG-DOJ-17162698 | T-Mobile: Amendment No. 2 to Android Search Revenue Share Agreement Between Google and T-Mobile | 2016.03.31 | | 9/12/2023 | |
| JX0031 | UPX5441 | DX0841 | PSX00146 | GOOG-DOJ-02696612 | GOOG-DOJ-02696644 | Mozilla: Sponsorship Agreement | 2016.04.01 | | 9/12/2023 | |
| JX0032 | UPX5585 | DX0842 | | GOOG-DOJ-17164480 | GOOG-DOJ-17164481 | T-Mobile: Amendment No. 3 to Android Search Revenue Share Agreement Between Google and T-Mobile | 2016.07.01 | | 9/12/2023 | |
| JX0033 | UPX5314 | DX0843 | PSX00147 | GOOG-DOJ-02696793 | GOOG-DOJ-02696812 | Apple: Amendment to the Information Services Agreement | 2016.09.30 | 9/26/2023 | 9/12/2023 | Eddy Cue |
| JX0034 | UPX5586 | DX0844 | | GOOG-DOJ-17166486 | GOOG-DOJ-17166487 | T-Mobile: Amendment No. 4 to Android Search Revenue Share Agreement Between Google and T-Mobile | 2016.09.30 | | 9/12/2023 | |
| JX0035 | UPX5587 | DX0845 | | GOOG-DOJ-17167349 | GOOG-DOJ-17167350 | T-Mobile: Amendment No. 5 to Android Search Revenue Share Agreement Between Google and T-Mobile | 2017.01.09 | | 9/12/2023 | |
| JX0036 | UPX5588 | DX0846 | | GOOG-DOJ-21682566 | GOOG-DOJ-21682567 | T-Mobile: Amendment No. 6 to Android Search Revenue Share Agreement Between Google and T-Mobile | 2017.02.01 | | 9/12/2023 | |
| JX0037 | UPX5494 | DX0847 | PSX00160 | GOOG-DOJ-02698052 | GOOG-DOJ-02698069 | Samsung: Mobile Application Distribution Agreement (Android) | 2017.03.01 | 9/14/2023 | 9/12/2023 | Dr. Antonio Rangel |
| JX0038 | UPX5589 | DX0848 | | GOOG-DOJ-21682564 | GOOG-DOJ-21682565 | T-Mobile: Amendment No. 7 to Android Search Revenue Share Agreement Between Google and T-Mobile | 2017.04.01 | | 9/12/2023 | |
| JX0039 | UPX5421 | DX0849 | | GOOG-DOJ-02697794 | GOOG-DOJ-02697815 | Motorola: Google Mobile Revenue Share Agreement | 2017.06.01 | | 9/12/2023 | |
| JX0040 | UPX5590 | DX0850 | | GOOG-DOJ-18410937 | GOOG-DOJ-18410938 | T-Mobile: Amendment No. 8 to Android Search Revenue Share Agreement Between Google and T-Mobile | 2017.06.01 | | 9/12/2023 | |
| JX0041 | UPX5516 | DX0851 | | GOOG-DOJ-02697966 | GOOG-DOJ-02697997 | Samsung: Google Mobile Revenue Share Agreement | 2017.07.01 | | 9/12/2023 | |
| JX0042 | UPX5592 | DX0852 | | GOOG-DOJ-19132868 | GOOG-DOJ-19132869 | T-Mobile: Amendment No. 9 to Android Search Revenue Share Agreement Between Google and T-Mobile | 2017.07.15 | | 9/12/2023 | |
| JX0043 | UPX5591 | DX0853 | | GOOG-DOJ-19132888 | GOOG-DOJ-19132889 | T-Mobile: Amendment No. 10 to Android Search Revenue Share Agreement Between Google and T-Mobile | 2017.07.01 | | 9/12/2023 | |
| JX0044 | UPX5518 | DX0854 | | GOOG-DOJ-06429358 | GOOG-DOJ-06429372 | Samsung: Google Services Agreement | 2017.07.19 | | 9/12/2023 | |
| JX0045 | UPX5593 | DX0855 | | GOOG-DOJ-19132901 | GOOG-DOJ-19132902 | T-Mobile: Amendment No. 11 to Android Search Revenue Share Agreement Between Google and T-Mobile | 2017.08.01 | | 9/12/2023 | |
| JX0046 | UPX5594 | DX0857 | | GOOG-DOJ-17170232 | GOOG-DOJ-17170233 | T-Mobile: Amendment No. 12 to Android Search Revenue Share Agreement Between Google and T-Mobile | 2017.08.19 | | 9/12/2023 | |
| JX0047 | UPX5567 | DX0858 | PSX00156 | GOOG-DOJ-02697289 | GOOG-DOJ-02697322 | T-Mobile: Google Mobile Revenue Share Agreement | 2017.09.01 | | 9/12/2023 | |
| JX0048 | UPX5447 | DX0859 | | GOOG-DOJ-02696775 | GOOG-DOJ-02696777 | Mozilla: Amendment Six to the Sponsorship Agreement | 2017.11.10 | | 9/12/2023 | |
| JX0049 | UPX5416 | DX0860 | PSX00158 | GOOG-DOJ-02697863 | GOOG-DOJ-02697886 | Motorola: Mobile Application Distribution Agreement (MADA) | 2018.01.01 | 9/14/2023 | 9/12/2023 | Jim Kolotouros |
| JX0050 | UPX5323 | DX0862 | PSX00151 | GOOG-DOJ-02697052 | GOOG-DOJ-02697052.051 | AT&T: Google Search Revenue Share Agreement | 2018.02.01 | | 9/12/2023 | |

| | Original Exhibit Numbers on Party Exhibit Lists | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Joint ExNo. | DOJ ExNo. | Google ExNo. | CONE ExNo. | Begin Bates | End Bates | Ex. Description | Ex. Date | ID Date | Admission Date | Witness |
| JX0051 | UPX5323 | DX0862 | PSX00045 PSX00151 | ATT-GCID-00013525 | ATT-GCID-00013575 | AT&T: Google Search Revenue Share Agreement | 2018.02.01 | | 9/12/2023 | |
| JX0052 | UPX5568 | DX0863 | | GOOG-DOJ-02697287 | GOOG-DOJ-02697287 | T-Mobile: Amendment No. 1 to Google Mobile Revenue Share Agreement | 2018.04.25 | | 9/12/2023 | |
| JX0053 | UPX5324 | DX0864 | | GOOG-DOJ-02697105 | GOOG-DOJ-02697105 | AT&T: Amendment No. 1 to Google Search Revenue Share Agreement | 2018.05.09 | | 9/12/2023 | |
| JX0054 | UPX5569 | DX0865 | | GOOG-DOJ-02697230 | GOOG-DOJ-02697230 | T-Mobile: Amendment No. 2 to Google Mobile Revenue Share Agreement | 2018.08.22 | | 9/12/2023 | |
| JX0055 | UPX5325 | DX0867 | | GOOG-DOJ-02697285 | GOOG-DOJ-02697286 | AT&T: Amendment No. 2 to Google Search Revenue Share Agreement | 2018.10.12 | | 9/12/2023 | |
| JX0056 | UPX5570 | DX0868 | | GOOG-DOJ-02697323 | GOOG-DOJ-02697324 | T-Mobile: Amendment No. 3 to Google Mobile Revenue Share Agreement | 2019.01.16 | | 9/12/2023 | |
| JX0057 | UPX5523 | DX0869 | | GOOG-DOJ-20953603 | GOOG-DOJ-20953617 | Samsung: Google Services Agreement | 2019.02.28 | | 9/12/2023 | |
| JX0058 | UPX5571 | DX0872 | | GOOG-DOJ-02697231 | GOOG-DOJ-02697231 | T-Mobile: Amendment No. 4 to the Google Mobile Revenue Share Agreement | 2019.04.16 | | 9/12/2023 | |
| JX0059 | UPX5396 | DX0874 | | GOOG-DOJ-02699263 | GOOG-DOJ-02699292 | Microsoft: Mobile Application Distribution Agreement | 2019.10.11 | | 9/12/2023 | |
| JX0060 | UPX5572 | DX0875 | | GOOG-DOJ-26546865 | GOOG-DOJ-26546865 | T-Mobile: Amendment No. 5 to the Google Mobile Revenue Share Agreement | 2019.11.15 | | 9/12/2023 | |
| JX0061 | UPX5326 | DX0876 | | GOOG-DOJ-21682099 | GOOG-DOJ-21682099 | AT&T: Amendment No. 3 to Google Search Revenue Share Agreement | 2020.01.31 | | 9/12/2023 | |
| JX0062 | UPX5397 | DX0877 | PSX00336 | GOOG-DOJ-17499175 | GOOG-DOJ-17499205 | Motorola: Google Mobile Incentive Agreement | 2020.02.01 | | 9/12/2023 | |
| JX0063 | UPX5609 | DX0880 | | GOOG-DOJ-27823054 | GOOG-DOJ-27823054 | Verizon: Amendment Seven to the Verizon-Google Co-Developed Device Strategic Marketing Agreement | 2020.06.29 | | 9/12/2023 | |
| JX0064 | UPX5573 | DX0881 | | GOOG-DOJ-21682553 | GOOG-DOJ-21682553 | T-Mobile: Amendment No. 6 to the Google Mobile Revenue Share Agreement | 2020.06.30 | | 9/12/2023 | |
| JX0065 | UPX5448 | DX0882 | | GOOG-DOJ-30271099 | GOOG-DOJ-30271119 | Mozilla: Amendment No. 7 to Sponsorship Agreement | 2020.07.20 | | 9/12/2023 | |
| JX0066 | UPX5574 | DX0884 | | GOOG-DOJ-21682556 | GOOG-DOJ-21682556 | T-Mobile: Amendment No. 7 to the Google Mobile Revenue Share Agreement | 2020.10.27 | | 9/12/2023 | |
| JX0067 | UPX5328 | DX0885 | | GOOG-DOJ-17915891 | GOOG-DOJ-17915891 | AT&T: Amendment No. 5 to Google Search Revenue Share Agreement | 2020.09.15 | | 9/12/2023 | |
| JX0068 | UPX5610 | DX0886 | | GOOG-DOJ-21682570 | GOOG-DOJ-21682570 | Verizon: Amendment Eight to the Verizon-Google Co-Developed Device Strategic Marketing Agreement | 2020.09.28 | | 9/12/2023 | |
| JX0069 | UPX5611 | DX0887 | | GOOG-DOJ-21682586 | GOOG-DOJ-21682586 | Verizon: Amendment Nine to the Verizon-Google Co-Developed Device Strategic Marketing Agreement | 2020.10.23 | | 9/12/2023 | |
| JX0070 | UPX5620 | DX0888 | | GOOG-DOJ-28186992 | GOOG-DOJ-28186992 | T-Mobile: Ammendment No. 8 to Google Mobile Revenue Sharing Agreement | 2020.10.27 | | 9/12/2023 | |
| JX0071 | UPX5530 | DX0890 | PSX00373 | GOOG-DOJ-21682392 | GOOG-DOJ-21682430 | Samsung: Google Mobile Revenue Share Agreement | 2020.07.01 | 9/15/2023 | 9/12/2023 | Jim Kolotouros |
| JX0072 | UPX5531 | DX0891 | | GOOG1-00002238 | GOOG1-00002267 | Samsung: Google Mobile Services Incentive Agreement | 2020.07.01 | | 9/12/2023 | |
| JX0073 | UPX5330 | DX0892 | | GOOG-DOJ-21682094 | GOOG-DOJ-21682094 | AT&T: Amendment No. 7 to Google Search Revenue Share Agreement | 2020.11.12 | | 9/12/2023 | |
| JX0074 | UPX5612 | DX0893 | | GOOG-DOJ-20164261 | GOOG-DOJ-20164261 | Verizon: Amendment Ten to the Verizon-Google Co-Developed Device Strategic Marketing Agreement | 2020.11.24 | | 9/12/2023 | |
| JX0075 | UPX5532 | DX0894 | | GOOG-DOJ-21682364 | GOOG-DOJ-21682391 | Samsung: Go-To-Market (GTM) Incentive Payments Pool Agreement | 2020.11.01 | 11/8/2023 | 9/12/2023 | Jamie Rosenberg |
| JX0076 | UPX5575 | DX0895 | | GOOG-DOJ-21682555 | GOOG-DOJ-21682555 | T-Mobile: Amendment No. 9 to the Google Mobile Revenue Share Agreement | 2020.11.30 | | 9/12/2023 | |
| JX0077 | UPX5331 | DX0896 | | GOOG-DOJ-21682095 | GOOG-DOJ-21682095 | AT&T: Amendment No. 8 to Google Search Revenue Share Agreement | 2020.12.14 | | 9/12/2023 | |
| JX0078 | UPX5613 | DX0897 | | GOOG-DOJ-21682575 | GOOG-DOJ-21682575 | Verizon: Amendment Eleven to the Verizon-Google Co-Developed Device Strategic Marketing Agreement | 2020.12.22 | | 9/12/2023 | |

| | Original Exhibit Numbers on Party Exhibit Lists | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Joint ExNo. | DOJ ExNo. | Google ExNo. | CONE ExNo. | Begin Bates | End Bates | Ex. Description | Ex. Date | ID Date | Admission Date | Witness |
| JX0079 | UPX5576 | DX0898 | | GOOG-DOJ-21682554 | GOOG-DOJ-21682554 | T-Mobile: Amendment No. 10 to the Google Mobile Revenue Share Agreement | 2020.12.22 | | 9/12/2023 | |
| JX0080 | UPX5614 | DX0899 | | GOOG-DOJ-21682583 | GOOG-DOJ-21682583 | Verizon: Amendment Twelve to the Verizon-Google Co-Developed Device Strategic Marketing Agreement | 2021.01.26 | | 9/12/2023 | |
| JX0081 | UPX5332 | DX0900 | | GOOG-DOJ-21682096 | GOOG-DOJ-21682096 | AT&T: Amendment No. 9 to Google Search Revenue Share Agreement | 2021.01.28 | | 9/12/2023 | |
| JX0082 | UPX5577 | DX0901 | | GOOG-DOJ-29995356 | GOOG-DOJ-29995356 | T-Mobile: Amendment Eleven to Google Mobile Revenue Share Agreement | 2021.01.29 | | 9/12/2023 | |
| JX0083 | UPX5333 | DX0902 | | GOOG-DOJ-30868478 | GOOG-DOJ-30868478 | AT&T: Amendment No. 10 to the Google Search Revenue Share Agreement | 2021.02.25 | | 9/12/2023 | |
| JX0084 | UPX5615 | DX0903 | | GOOG-DOJ-21682605 | GOOG-DOJ-21682605 | Verizon: Amendment Thirteen to the Verizon-Google Co-Developed Device Strategic Marketing Agreement | 2021.02.26 | | 9/12/2023 | |
| JX0085 | UPX5578 | DX0904 | | GOOG-DOJ-29995357 | GOOG-DOJ-29995357 | T-Mobile: Amendment Twelve to Google Mobile Revenue Share Agreement | 2021.03.01 | | 9/12/2023 | |
| JX0086 | UPX5334 | DX0905 | | GOOG-DOJ-29995163 | GOOG-DOJ-29995163 | AT&T: Amendment No. 11 to the Google Search Revenue Share Agreement | 2021.03.30 | | 9/12/2023 | |
| JX0087 | UPX5616 | DX0906 | | GOOG-DOJ-21682620 | GOOG-DOJ-21682620 | Verizon: Amendment Fourteen to the Verizon-Google Co-Developed Device Strategic Marketing Agreement | 2021.03.30 | | 9/12/2023 | |
| JX0088 | UPX5579 | DX0907 | | GOOG-DOJ-29995358 | GOOG-DOJ-29995358 | T-Mobile: Amendment Thirteen to Google Mobile Revenue Share Agreement | 2021.04.29 | | 9/12/2023 | |
| JX0089 | UPX5335 | DX0908 | | GOOG-DOJ-29995164 | GOOG-DOJ-29995164 | AT&T: Amendment Twelve to the Google Search Revenue Share Agreement | 2021.04.29 | | 9/12/2023 | |
| JX0090 | UPX5617 | DX0909 | | GOOG-DOJ-21682606 | GOOG-DOJ-21682606 | Verizon: Amendment Fifteen to the Verizon-Google Co-Developed Device Strategic Marketing Agreement | 2021.04.30 | | 9/12/2023 | |
| JX0091 | UPX5336 | DX0910 | PSX00499 | GOOG-DOJ-27553741 | GOOG-DOJ-27553776 | AT&T: Google Mobile Revenue Share Agreement | 2021.06.01 | | 9/12/2023 | |
| JX0092 | UPX5337 | DX0911 | PSX00500 | GOOG-DOJ-27553777 | GOOG-DOJ-27553804 | AT&T: Google Mobile Services Incentive Agreement | 2021.06.01 | | 9/12/2023 | |
| JX0093 | UPX5618 | DX0912 | PSX00492 | GOOG-DOJ-27553487 | GOOG-DOJ-27553528 | Verizon: Google Mobile Revenue Share Agreement | 2021.06.01 | 9/18/2023 | 9/12/2023 | Brian Higgins |
| JX0094 | UPX5619 | DX0913 | PSX00493 | GOOG-DOJ-27553529 | GOOG-DOJ-27553551 | Verizon: Google Mobile Services Incentive Agreement | 2021.06.01 | | 9/12/2023 | |
| JX0095 | UPX5595 | DX0914 | PSX00495 PSX00496 | GOOG-DOJ-27553687 | GOOG-DOJ-27553719 | T-Mobile: Google Android Activations Agreement | 2021.06.01 | | 9/12/2023 | |
| JX0096 | UPX5596 | DX0915 | PSX00497 | GOOG-DOJ-27553720 | GOOG-DOJ-27553737 | T-Mobile: Google Mobile Services Incentive Agreement | 2021.06.01 | | 9/12/2023 | |
| JX0097 | UPX5317 | DX0916 | PSX00550 | GOOG-DOJ-29946357 | GOOG-DOJ-29946361 | Apple: Ninth Amendment to the Information Services Agreement | 2021.07.31 | 9/26/2023 | 9/12/2023 | Eddy Cue |
| JX0098 | UPX0824 | DX0930 | | APLGOOGDOJ-00993050 | APLGOOGDOJ-00993069 | Apple document: Amendment to the Information Services Agreement | 2016.09.30 | | 9/12/2023 | |
| JX0099 | UPX5127 | DX0997 | | GOOG-DOJ-13137996 | GOOG-DOJ-13138000 | Lenovo: Amendment No. 1 | 2020.01.10 | 9/14/2023 | 9/12/2023 | Jim Kolotouros |