UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-3715 (APM) |

**ORDER**

The court hereby orders the following with respect to the schedule of closing arguments in the above-captioned matters. Closing arguments shall occur over two days, **May 2–3, 2024**, in Courtroom 10. Arguments on each day will begin at **9:00 a.m**. A public access line will be connected for the duration of the proceedings, and audience overflow and media access rooms will be designated in the courthouse.

The closing arguments shall be structured as described below. Noted durations for arguments are estimates.

1. **May 2, 2024: Violation of Section 2 of the Sherman Act in the Alleged Market for General Search**

    a. *Market Definition and Market Power* (9:00 a.m.–10:30 a.m.)

        i. Plaintiffs: 40 minutes.[1]

        ii. Google: 40 minutes.

        iii. Plaintiffs' rebuttal: 10 minutes.

        iv. Break: 15 minutes.

    b. *Prima Facie Case (Anticompetitive Effects)* (10:45 a.m.–1:00 p.m.)

        i. Plaintiffs: 60 minutes.

        ii. Break: 5 minutes.

        iii. Google: 60 minutes.

        iv. Plaintiffs' rebuttal: 10 minutes.

    c. *Lunch* (1:00 p.m.–2:00 p.m.)

    d. *Procompetitive Benefits & Balancing* (2:00 p.m.–4:05 p.m.)

        i. Plaintiffs: 50 minutes.

        ii. Google: 50 minutes.

        iii. Break: 15 minutes.

        iv. Plaintiffs' rebuttal: 10 minutes.

    e. *Open Summation* (4:05 p.m.–4:50 p.m.)[2]

        i. Plaintiffs: 20 minutes.

        ii. Google: 20 minutes.

        iii. Plaintiffs' rebuttal: 5 minutes.

---

[1] The United States and State Plaintiffs may split their argument as to the overlapping claims as they see fit, within the time frames allotted.

[2] The open summation is intended to allow the parties to synthesize their presentations or discuss matters not addressed in earlier argument.

2. **May 3, 2024: Violation of Section 2 of the Sherman Act in the Alleged Markets for Search Advertising**

    a. *Market Definition and Monopoly Power* (9:00 a.m.–10:40 a.m.)

        i. Plaintiffs: 45 minutes.

        ii. Google: 45 minutes.

        iii. Plaintiffs' rebuttal: 10 minutes.

        iv. Break: 10 minutes.

    b. *Prima Facie Case (Anticompetitive Effects)* (10:50 a.m.–12:30 p.m.)

        i. Plaintiffs: 45 minutes.

        ii. Google: 45 minutes.

        iii. Plaintiffs' rebuttal: 10 minutes.

    c. *Lunch* (12:30 p.m.–1:30 p.m.)

    d. *Procompetitive Benefits & Balancing* (1:30 p.m.–2:50 p.m.)

        i. Plaintiffs: 35 minutes.

        ii. Google: 35 minutes.

        iii. Plaintiffs' rebuttal: 10 minutes.

        iv. Break: 15 minutes.

    e. *SA360 and "Duty to Deal"* (3:05 p.m.–4:15 p.m.)

        i. Plaintiff States: 30 minutes.

        ii. Google: 30 minutes.

        iii. Plaintiff States' rebuttal: 10 minutes.

    f. *Sanctions* (4:15 p.m.–4:40 p.m.)

        i. Plaintiffs: 10 minutes.

        ii. Google: 10 minutes.

        iii. Plaintiffs' rebuttal: 5 minutes.

        iv. Break: 10 minutes.

    g.    *Open Summation* (4:50 p.m.–5:25 p.m.)

        i.    Plaintiffs: 15 minutes.

        ii.    Google: 15 minutes.

        iii.    Plaintiffs' rebuttal: 5 minutes.

**3.**    **Additional Rules and Considerations**

    a.    The parties may designate different attorneys to present argument for each of the aforementioned sections. The parties shall send a final list of counsel who will speak at the closing arguments, as well as their party affiliation, to chambers via email no later than **April 29, 2024**.

    b.    The court presumes the parties' familiarity with the courtroom's electronic presentation system, but if any party wishes to conduct a walk through before the hearing, please contact chambers at (202) 354-3250 or via email to schedule a time.

    c.    The court requests two hard copies of any electronic presentation.

    d.    The bench inside the well of the court and the first row in the gallery will be designated as reserved seating for each side.

Date: April 19, 2024

Amit P. Mehta  
United States District Judge