IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Joseph M. Conrad hereby withdraws as attorney of record for Plaintiff State of Nebraska in the above-captioned matter. Plaintiff State of Nebraska will continue to be represented by Colin P. Snider and Matthew Keith McKinley, who have filed appearances in this matter.

Date: April 24, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Joseph M. Conrad*
　　　　　　　　　　　　　　　　　　　　Joseph M. Conrad
　　　　　　　　　　　　　　　　　　　　Nebraska Attorney General's Office
　　　　　　　　　　　　　　　　　　　　2115 State Capitol Building
　　　　　　　　　　　　　　　　　　　　Lincoln, NE 68509

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff State of Nebraska*