IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Tara Pincock hereby withdraws as attorney of record for Plaintiff Utah Office of the Attorney General in the above-captioned matter. Plaintiff State of Utah will continue to be represented by Marie W.L. Martin and Scott R. Ryther, who have both filed appearances in this matter.

Dated: May 2, 2024

Respectfully submitted,

*/s/ Marie W.L. Martin*
Marie W.L. Martin

Utah Office of the Attorney
General
350 N. State Street
Salt Lake City, UT  84114
Telephone: (385) 270-2164
mwmartin@agutah.gov

*Counsel for Plaintiff Utah Office of the Attorney General*