1             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA, ET AL.,   )
                                         )
4              Plaintiffs,               )
                                         )    CV No. 20-3010
5          vs.                           )    Washington, D.C.
                                         )    September 12, 2023
6    GOOGLE LLC,                         )    9:30 a.m.
                                         )
7              Defendant.                )    Day 1
     _____)    Morning Session
8

9            TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
               BEFORE THE HONORABLE AMIT P. MEHTA
10                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    APPEARANCES:

 2    For DOJ Plaintiffs:          Kenneth M. Dintzer
                                   U.S. DEPARTMENT OF JUSTICE
 3                                 1100 L Street, NW
                                   Washington, D.C.
 4                                 (202) 307-0340
                                   Email:
 5                                 kenneth.dintzer2@usdoj.gov

 6    For Plaintiff
      State of Colorado:           Jonathan Bruce Sallet
 7                                 COLORADO DEPARTMENT OF LAW
                                   Consumer Protection Section,
 8                                 Antitrust Unit
                                   Ralph L. Carr
 9                                 Colorado Judicial Center
                                   1300 Broadway
10                                 Suite 7th Floor
                                   Denver, CO 80203
11                                 (720) 508-6000
                                   Email: jon.sallet@coag.gov
12
                                   William F. Cavanaugh, Jr.
13                                 PATTERSON BELKNAP
                                   WEBB & TYLER LLP
14                                 1133 Avenue of the Americas
                                   Suite 2200
15                                 New York, NY 10036-6710
                                   (212) 335-2793
16                                 Email: wfcavanaugh@pbwt.com

17    For Defendant Google:        John E. Schmidtlein
                                   Graham Safty
18                                 WILLIAMS & CONNOLLY LLP
                                   725 12th St., NW
19                                 Washington, D.C. 20005
                                   (202) 434-5000
20                                 Email: jschmidtlein@wc.com

21

22

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2   Court Reporter:              William P. Zaremba
                                  Registered Merit Reporter
 3                                Certified Realtime Reporter
                                  Official Court Reporter
 4                                E. Barrett Prettyman CH
                                  333 Constitution Avenue, NW
 5                                Washington, D.C. 20001
                                  (202) 354-3249
 6   Proceedings recorded by mechanical stenography; transcript
     produced by computer-aided transcription
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

PROCEEDINGS

1

2          COURTROOM DEPUTY:  All rise.  This Court is in

3    session.  The Honorable Amit P. Mehta presiding.

4          THE COURT:  Good morning, everyone.

5          COURTROOM DEPUTY:  Please be seated, everyone, and

6    come to order.

7          Good morning, Your Honor.  This is Civil Action

8    20-3010, United States of America, et al., versus

9    Google LLC.

10         Kenneth Dintzer for the DOJ plaintiffs.

11         Jonathan Sallet and William Cavanaugh for

12   Plaintiff States.

13         John Schmidtlein for Google.

14         THE COURT:  All right.  Good morning, everyone.

15         Even for D.C., I think we have the highest

16   concentration of blue suits in any one location here today.

17         All right.  So we're here to begin trial this

18   morning.  Before we start, is there anything we need to

19   discuss?

20         MR. DINTZER:  Not from the DOJ plaintiffs,

21   Your Honor.

22         MR. CAVANAUGH:  Not for the State Plaintiffs.

23         MR. SCHMIDTLEIN:  Not for Google, Your Honor.

24         THE COURT:  All right.

25         With that, we'll begin with the U.S. Plaintiff's

1    opening statement.

2            Mr. Dintzer.

3            MR. DINTZER:  Thank you, Your Honor.  May it

4    please the Court.

5            My name is Kenneth Dintzer, and, as you know, I

6    represent the Department of Justice.

7            With me at counsel table are Adam Severt, Meagan

8    Bellshaw, David Dahlquist, Cameron Gower, Elizabeth Jensen,

9    Veronica Onyema, Lillian Okamura, and Lara Trager.

10           In this lawsuit, my team and I represent the U.S.

11   and 14 co-plaintiff states listed on our slide.

12           Your Honor, this case is about the future of the

13   Internet and whether Google's search engine will ever face

14   meaningful competition.  To protect that future, we need to

15   look to the past.  For the last 12 years, Google has abused

16   a monopoly in general search.

17           Now, most people use general search as their

18   onramp to the Internet, and by every calculation, Google's

19   market share in search is above 89 percent.  Google

20   monetizes its search monopoly by also monopolizing online ad

21   markets, which are the general search text ads and the

22   broader search ads market.

23           Google profits every time someone Googles a term

24   and then clicks on an ad.

25           Google's market share in those markets exceeds

1  74 percent, and Google protects this money machine with a

2  wall built from defaults in scale.

3       Google's monopoly maintenance starts with

4  defaults.  The settings and preloaded apps that we find when

5  we open new devices or download new browsers.  With these

6  defaults, Google controls search distribution and gets more

7  searches than its rivals.  It is uncontested that Google

8  gets 16 times the fresh data that Bing, its nearest rival in

9  the U.S., gets.

10       Blocking rivals' access to distribution is bad in

11  any industry, but it's especially destructive in search.

12  User data is the oxygen for a search engine, they need it to

13  survive and to improve.

14       With this data, Google's search and ad products

15  are better than its rivals can hope to be.

16       This provides Google more money to pay for more

17  defaults, rather than investing in products.

18       Google pays more than $10 billion per year for

19  these privileged positions.  And Google's contracts ensure

20  that rivals cannot match in search quality ad monetization,

21  especially on phones.

22       So this feedback loop, this wheel has been turning

23  for more than 12 years and it always turns to Google's

24  advantage.

25       Google's monopolies come at an enormous cost to

1    the public.

2          On the search side, the lack of competition means

3    Google walks when it should run.  Google invests less in

4    search, which reduces innovation, and the lack of investment

5    directly affects the quality of the results that we all see

6    on the search engine result page.  We will provide

7    direct evidence that when Google is facing competition,

8    Google increases its spend on things like sports scores and

9    other features on its website.

10          Privacy is enormously important to some people.

11    They care deeply about how their personal information is

12    used.  Without competition, Google refuses to offer credible

13    protection for user data.

14          We will provide direct evidence that Google

15    refuses to offer this and has ignored privacy concerns

16    because they're not facing credible competition.

17          On the advertising side, Google's dominance

18    ensures that advertisers pay higher prices for vital clicks.

19    These are real effects that reach all consumers even those

20    who prefer Google.

21          More broadly, Google's contracts have denied

22    distribution to potential rivals.  These rivals could

23    provide new services to users and create competition in

24    search.

25          We will show that Google expressly targeted a

1    potential entrant called Branch Metrics.

2          Google's contracts have also limited Apple's

3    ability to innovate and bleed off queries from Google.  The

4    harm from Google's exclusive contracts affects every phone

5    and computer in the country, and we will turn to the

6    question that will define this case.

7          What did Google do?

8          During this opening, and throughout this trial,

9    we will track what Google did to maintain its monopolies.

10   That's the focus of the Sherman Act.  What did the

11   monopolists do?

12         The case is not about what they could have done or

13   should have done or not how the world might have been

14   different or any of the but-for worlds Google wants to spin.

15   It's about what they did.  Our case is built on documents

16   that capture exactly what they did.

17         The evidence will show they demanded default

18   exclusivity from distributors to block rivals.  The evidence

19   will show they misled the public about the importance of

20   data, even as they were using that data to improve the

21   quality of their search engine to strategic advantage.

22         The evidence will show that they hid and destroyed

23   documents because they knew they were violating the

24   antitrust laws.  That's what Google did.

25         Today, Your Honor, I'd like to do three things:

1          First I'd like to discuss the search and ad

2     industries that are the center of our complaint.  Second,

3     discuss briefly the Sherman Act and how it applies here.

4     And, finally, preview the evidence that will establish

5     Google's Section 2 violation.  Throughout, I'll explain that

6     the contracts create more harm than any possible good.

7          THE COURT:  Mr. Dintzer, can I interrupt you for a

8     moment just quickly?

9          MR. DINTZER:  Sure.

10         THE COURT:  Are plaintiffs going to take a

11    position as to when you all believe Google became a

12    monopoly?  And so at what point it began maintaining its

13    monopoly in the illegal ways that you contend?

14         MR. DINTZER:  Your Honor, our complaint says for

15    ten years from 2020, so that goes back to 2010.

16         The evidence will show that they had significant

17    market share, above 70 percent, well before that.

18         We have not alleged and we will not seek to prove

19    that the maintenance goes before that.  And a monopoly

20    maintenance case doesn't attack or address how they rose to

21    monopoly prominence so we won't -- there will be evidence

22    about that because of their conduct, but we will not be

23    establishing -- seeking to establish that.

24         THE COURT:  Okay.  So just to be clear, 2010 is

25    the date that you -- doesn't obviously have to be with

1  obvious scientific precision, but on or about that year, you

2  would contend Google became a monopolist.

3          MR. DINTZER:  No, Your Honor.  We would contend

4  that in 2010, they began illegally maintaining a monopoly

5  that they had.

6          THE COURT:  I see.  Okay.

7          MR. DINTZER:  The monopoly power presumably came

8  before that, did -- I mean, but that, when we find them in

9  2010, we find them as a monopolist illegally maintaining its

10 monopoly.

11         THE COURT:  Okay.

12         MR. DINTZER:  As the Court recognized in its

13 summary judgment opinion, the general alert search engine is

14 one-stop shopping.  Consumers demand a search engine that

15 answers all queries in one place.  And when we start

16 searching in the general search engine, we don't have to

17 know the best website available for the answer.

18         The search begins with a query, the general search

19 engine interprets what the user is looking for, it pulls

20 relevant pages from the index, and it ranks them so that the

21 best results appear on the SERP and the best results are at

22 the top of the SERP, the search engine result pages, and

23 those are the blue links.

24         Data is necessary to accomplish every part of this

25 process, and, this is really important, for the experiences

1    to make this process better.  Data is vital there as well.

2            Now, moving from the technical to the business

3    side, distribution is vital, having a great product is

4    worthless if no one can use it.

5            Users access general search through computers,

6    laptops, phones, and tablets.  And on each device, there are

7    a number of ways to connect with a general search engine.

8            Collectively, we call these search access points,

9    and defaults are the initial settings on those access

10   points.

11           The Court will hear from various sources that

12   defaults are the most efficient way to distribute search.

13           The Court will hear from Google's chief economist

14   that, who years ago coined the phrase "power of defaults" to

15   reflect their reportings.

16           Capturing a default locks in search traffic.

17           Are there other distribution channels, other ways

18   of distributing search?  Yes.

19           The users can download a different search app or

20   pilot their browser to a different search home page.  Are

21   they as powerful as defaults?  No.

22           And the best testimony for that, for the

23   importance of defaults, Your Honor, is Google's check book.

24   The company pays billions every year for defaults because

25   they are uniquely powerful at distributing search services.

1          THE COURT:  So will the plaintiffs have a number,

2     a percentage of the number of -- percentage of overall

3     search that's conducted through the defaults relative to

4     other means of search?

5          MR. DINTZER:  Yes, Your Honor, that number will be

6     50 percent.

7          THE COURT:  Okay.

8          MR. DINTZER:  So 50 percent of every search

9     conducted in the United States is conducted through a

10    purchase default by Google.

11         In 2016 when preparing to renegotiate their Apple

12    agreement, Google considered the impact if it lost the

13    default to Bing.  Google calculated the loss rate if the

14    default switched; that is, the number of queries that

15    wouldn't find their way back to Google if the default

16    switched to Bing.

17         Now, screen size affects loss rate.  So they

18    calculated a separate loss rate for phones and for

19    computers.  And the loss rate that they calculated is

20    redacted, Your Honor, so that the audience can't see it, but

21    it's there in the boxes in your screen and you can see that

22    it's significant.

23         THE COURT:  It's actually not on my screen, but

24    that's okay.

25         MR. DINTZER:  Okay, Your Honor, if I could take a

```
 1    moment to hand up the binders that have the redacted
 2    information.
 3              THE COURT:  Okay.
 4              MR. DINTZER:  May I approach?
 5              And we're on Slide 12, Your Honor.
 6              THE COURT:  Just, I think this is clear to
 7    everyone, but we're not able to provide a feed just to my
 8    terminal.
 9              MR. DINTZER:  That is my understanding.
10              THE COURT:  Okay.
11              MR. DINTZER:  So, but if the Court will go to
12    Slide 12, you'll see the two numbers for the Google expected
13    losses there.
14              THE COURT:  Okay.
15              MR. DINTZER:  And you'll see that they're
16    significant.
17              Google once called the loss of the Apple defaults
18    a code red situation.  And the cold hard numbers show why.
19    This is Google concluding that defaults matter.
20              Now, the Court will hear from Professor Antonio
21    Rangel, a behavioral economist, and that's, Your Honor, the
22    economics of human decision-making.  Defaults are a
23    significant area of study in that discipline, and
24    Professor Rangel will explain that defaults affect user
25    choices regardless of how easy they are to change.
```

1          He will also describe how people tend to accept

2    defaults in a variety of settings even if the stakes are

3    much higher than the selection of a search engine.

4          Now, when we discuss data and the advantages it

5    provides, we use the term "scale."  In their pretrial brief,

6    Google finally admits that data can improve search quality.

7    But, Your Honor, scale can do much more than that.  When

8    search engines understand and seem to predict what we're

9    asking, that's scale.  When a search engine receives our

10   typos and misspellings and still provides the right results,

11   that's scale.  And when a search engine shows ads that

12   relate to exactly what we are looking for, that's scale as

13   well.

14          Google's scale hermetically seals it from

15   competition, and the Court will hear from Google's rivals

16   that data is necessary to compete.

17          But, again, the most persuasive testimony is

18   Google's own actions.  They pay for servers to hold vast

19   amounts of data, more than the rivals could hope to gather,

20   and then they use this data to build and train their search

21   engine, and that's scale.

22          Turning next, Your Honor, to the Sherman Act.  The

23   Court's summary judgment opinion laid out the legal standard

24   of burden shifting, and I'm not going to go into that here.

25   But I'd like to take a second to talk about the

1    Sherman Act's objectives.

2         The antitrust laws assume competition is the best

3    method of allocating resources in a free market.  The

4    Sherman Act guarantees competition in all of the benefits.

5    Thus, competition itself is a public good.  No monopolist

6    can replace competition with their own judgments.  Google's

7    partners are enormous corporations with duties to their

8    shareholders, not to the public.  These corporations won't

9    put competition above immediate profits.  These corporations

10   won't share revenue from Google with customers if they can

11   help it.  Revenue share payments to distributors are simply

12   no substitute for direct competition for end users.

13   Competition for distribution contracts cannot solve the harm

14   we describe.

15        And with that, I'll turn to the evidence that

16   we will use to establish our Section 2 case, and we'll start

17   on the search side.

18        Your Honor, the documents and testimony we'll

19   generate -- will demonstrate that Google unlawfully

20   maintained a monopoly in general search.  Google, its

21   partners, and third parties treat general search as a unique

22   product.  Google routinely measures market share only

23   compared to other general search engines.  Quite simply

24   Your Honor, there are no substitutes for general search.

25        In the United States, general search services are

1    offered by Google, Bing, DuckDuckGo, Brave, and Yahoo!.

2    When we showed this slide last year, it included Neeva,

3    but -- and Neeva is a company that was started by a former

4    Google executive, Sridhar Ramaswamy.  It was well funded;

5    and they had a novel idea, they would have no ads, they

6    would charge a subscription.  This was a true alternative to

7    Google's approach.

8            Since we showed this slide, Neeva has stopped

9    acting as a general search engine and Mr. Ramaswamy is

10   expected to testify why Neeva exited search.

11           Turn to monopoly power, it can be established by

12   showing that a company has high market share and that there

13   are barriers to entry.  There's two parts.  Now, for years,

14   Google has calculated that its own market share in search

15   that it routinely exceeded 70 percent by its own

16   calculations.

17           For example, in 2019, Google calculated both its

18   mobile and desktop shares in general search.  And they're in

19   the binder that we gave you, and that's on page 21.  These

20   are numbers that are redacted.

21           But as the Court can see, they are significant,

22   especially in mobile query where they're almost absolute.

23           The testimony will show that Google executives

24   viewed these calculations as reliable and authoritative.

25           Further, we will call Michael Winston, a professor

1  of economics at MIT, and he will provide expert assistance

2  to the Court.  Consistent with Google's documents, he'll

3  testify that Google search is a proper product market, and

4  he'll calculate Google's share of the market.  He concludes

5  that Google's market share is 89 percent, based on data

6  gathered in discovery.

7          Now, Google's market share is locked in by

8  enormous barriers to entry in the general search engine

9  market.  To compete, an entrant needs armies of engineers

10  and massive financial resources.  John Giannandrea, Google's

11  former head of search, is expected to testify that building

12  a general search engine requires multiple billions of

13  dollars per year, and that's before building the ad

14  structure to pay for it.  And, of course, that doesn't

15  address the distribution challenges that are at the center

16  of this case.

17          THE COURT:  Mr. Dintzer, can I ask you a question

18  real quick?

19          In Google's trial brief, it laid out the position

20  that it believes that the market is broader than you've

21  defined it, and it includes newer -- it includes companies

22  like Facebook, it includes newer technologies like TikTok.

23  Why is that wrong?  And even ChatGPT, I suppose.  Why is

24  that wrong?

25          MR. DINTZER:  So the basic reason is, is that none

1    of those alternatives that they describe do what general

2    search does.  They don't crawl the web, they don't index the

3    web, and they don't provide links to information on the web.

4    So the information available on TikTok is limited to the

5    information available on TikTok.  The information -- and so

6    they -- each of -- it's not that those other services can't

7    answer some queries, but they can't answer all queries with

8    information from the Internet.

9            So if you want to know what's out there, these

10   other services will not be able to answer what's out there.

11           In fact, if we go to the next slide, to address

12   relevant markets in this case, Google has hired Mark Israel,

13   an economist from the firm Compass Lexecon.  And the Court

14   should reject his approach in part because he does not offer

15   a search market at all.  So Google does not propose this

16   is -- you know, this is the market.  They are, in fact --

17   Dr. Israel is here only as a critic.  He will address the

18   market, but he does not propose his own.

19           And what he proposes is, as the quote says, "a

20   query-by-query analysis."  What he wants the Court to do is

21   this, for every single query that Google gets, try to figure

22   out who could answer the query.  So is it a query about

23   Coca-Cola?  Well, maybe the Coke website could answer it.

24   Is it a query about your health?  Well, maybe NIH or CDC

25   could answer it.

1          And the thing is that we don't search that way.

2     We don't say, oh, I'd like some information and I'll go out

3     and examine all the different possible places that might

4     have it.  We rely on a general search engine to do that

5     searching for us.  It's one-stop shopping.  It's the idea

6     that when you go to a supermarket, they've gathered a bunch

7     of different products to make the job easier for you to pick

8     them out, and that's -- that is what makes a general search

9     engine unique.

10         Second, Dr. Israel argues -- I'm sorry --

11    Dr. Israel's approach shows no support anywhere outside of

12    his expert report, not in Google's documents.  And if you

13    look at Google's documents -- and we will show them, of

14    course -- they show that Google doesn't consider these other

15    elements to be competition.  For example, the slide that

16    I just showed with the market share, it did not include all

17    of these other entities that Google wants to now drag into

18    the market.  So -- and that's a 2019 document.

19         So the evidence will show that both within Google

20    and outside Google, no one considers all these other

21    entities to be in the product market that -- of general

22    search.

23         Finally, Your Honor, we must show that Google's

24    default exclusivity protects the search monopoly and harms

25    competition.  And that brings us back to the feedback loop,

1    which starts with the defaults.

2              Google's anti-competitive conduct is rooted in

3    contracts for default exclusivity across mobile and desktop

4    devices.

5              Google began weaponizing defaults in 2007 when a

6    software engineer established the value of defaults.  His

7    presentation observed, under the heading, "Implications."

8              Default home page can be a powerful strategic

9    weapon in the search battle, could be an easy way to grow

10   and defend market share for Google, could be the Achilles'

11   heel for Yahoo! and MSN.  Default can be a strategic

12   powerful weapon, and that is how Google has used them.

13             He sent this to Google's chief economist,

14   Hal Varian.  Dr. Varian will be our first witness.

15   Dr. Varian found the presentation compelling and ensured was

16   presented to Google's top executives, who then acted upon

17   it.

18             An abstract from that presentation explained

19   several factors are believed to effect the choice of search

20   engine, including quality of search results, brand strength,

21   search features, quality of user experience, presence of

22   local competitors, et cetera.

23             In this talk, we present some evidence that seems

24   to suggest one factor surprisingly trumps them all:  The

25   default home page setting.

1          Google recognized early on that many users don't

2   change defaults; therefore, defaults affected search engine

3   used more than quality or features or other factors.  Google

4   put marketing push behind this conclusion.  It sought to

5   capture not only these defaults but all the new search

6   access points as they developed.

7          Over the next 16 years, most of the growth and

8   search was on phones.  Google weaponized the power of

9   defaults to block rivals from distributing on mobile

10  devices.

11          THE COURT:  And, at this point in time, what was

12  the -- sort of the construct of browsers and browsers

13  designed to only have default search engines at that point?

14          MR. DINTZER:  At that point in time, there was

15  not -- and you called it a lot of different things, that box

16  at the top where we just type things in, that was just a URL

17  box so that was not a search box at that time, at least on

18  most browsers.

19          THE COURT:  Right.

20          MR. DINTZER:  There was a tool bar that could have

21  a browsing component and then the Google home page with the

22  bright letters was -- or -- and the competitor's equivalent

23  were the primary ways to search.

24          THE COURT:  Okay.

25          MR. DINTZER:  So they did -- they occupied these

1  defaults with three types of search distribution agreements,

2  all contained exclusive default terms.  And we'll discuss

3  these in turn.

4          First, Google's contract with Apple, which is

5  called the ISA.  In 2020, Google paid 4 to 7 billion dollars

6  under the ISA.

7          The evidence will show that in exchange, Apple

8  sets Google's default search engine to Safari.  Google only

9  preinstalled the search engine -- I'm sorry.  Google is the

10  only preinstalled search engine on Apple devices, and that's

11  default exclusivity.

12          Under the ISA, Apple cannot offer choice screens.

13  They can't offer privacy modes with rival search engines.

14  They can't develop versions of Safari that default to

15  rivals, and they can't sell individual devices with rival

16  set as the defaults.  It's like a Bing Mac or a

17  DuckDuckGo Mac.

18          These contract restrictions limit Apple's ability

19  to design products that compete with Google, and that's

20  default exclusivity.

21          Moreover, Apple and Google's interactions over the

22  year upends Google's efforts to portray the ISA as

23  pro-competitive.

24          The relationship started in 2002 when Apple

25  licensed the right to use Google search on Safari browser so

1   there was no money, no exclusively, just the right to use

2   it.  In 2005, Google offered revenue sharing for the default

3   status.

4          In the 30(b)(6) of Apple's representative, he

5   explained that Apple asked for an ad revenue share from

6   Google when it negotiated the 2002 ISA.

7          "Answer:  We did not.

8          "When did it cross Apple's mind that they should

9   raise a revenue share term with Google?

10         "Answer:  When Google came to us and suggested

11  it."

12         So the evidence will show that, in 2005, paying

13  rev share for defaults, that was Google's idea.  And since

14  that time, Google has repeatedly used the ISA to limit

15  Apple's efforts to create competition.

16         Now, Google -- one of Google's economists,

17  Professor Kevin Murphy, concluded that the ISA was not

18  exclusive, and he based it on the fact that Apple never

19  wanted to be on -- never wanted to have a choice screen.

20  But he was wrong, they did want it, Google just said no.

21         In 2007, Apple was working on the Safari browser

22  for Windows, and decided to include a choice screen so that

23  users could pick the default when they first started up.

24  This would be Apple's first choice screen, and it would

25  involve an amendment to the ISA so it's the same agreement.

1    Apple's negotiators sent Google an email

2  June 2007.  Here is our proposed amendment to the contract

3  which allows end users the option to choose their search

4  default in Safari.

5    Now, this wasn't hypothetical, Your Honor.  The

6  Court will see evidence that Apple discussed the choice

7  screen with Yahoo! and had even started drafting agreements

8  for that.

9    Google's response was quick and unequivocal.

10 Three days later, they were told, no default placement, no

11 revenue share.  Google wasn't going to pay to be on a choice

12 screen.  The exclusive default was not Apple's choice.

13    This is not a negotiation, Your Honor.  This is

14 Google's saying, take it or leave it.  Apple told Yahoo! the

15 deal was off and the company hasn't suggested a choice

16 screen since.  This undermines Professor Murphy's challenge

17 regarding exclusivity.

18    In their brief, Google argues that it "wins

19 competitions that browser suppliers create for choosing

20 their default search service."  Google's being too modest.

21 They set the rules for how the search engines will be

22 chosen.  They demand winner take all approach.  This

23 undermines Google's competition on the merits argument.  If

24 Google sets the rules, they will always be to their

25 advantage.

1          In 2013, Apple started a new service called

2   Suggestions.  Apple redirected some Safari queries away from

3   Google and offered direct links that Apple thought useful so

4   you didn't have to go to Google's page.

5          Apple adopted Suggestions because they were

6   faster, easier, and better for consumers, and Google was not

7   happy about losing them.

8          In an e-mail from Joan Braddi, a Google executive,

9   she explained Google's response.  Referring to Suggestions,

10  she wrote, "Two plus years ago we saw them increasingly

11  offer the user other suggested redirections.  This concerned

12  us, which is why we added into the agreement that they could

13  not expand farther than what they were doing in September

14  2016, as we did not wish for them to bleed off traffic.

15  Also they can only offer a series suggestion exclusively for

16  quality and not because they want to drive traffic to Siri.

17  Those are really what the agreement states."

18          Your Honor, this is a monopolist flexing.  "We

19  added to the agreement."  They froze suggestions so Apple

20  can't expand the service, and Apple can't drive traffic to

21  its own exclusions, and that's exclusivity, paying to keep

22  competitors out.

23          What did Google do?  They blocked a department

24  from pursuing options that were better than Google.  And

25  more broadly they kept Apple from evolving into a search

```
1    competitor, a role that Apple has the resources and ability
2    pursue, and that's exclusionary.
3           Next, Your Honor, we'll turn to Google's Android
4    related contracts.
5           THE COURT:  Mr. Dintzer, if I could interrupt.
6           MR. DINTZER:  Please.
7           THE COURT:  The plaintiffs' theory is that Apple
8    is unable to negotiate away from Google because there are no
9    adequate substitutes to Google's search engine?
10          MR. DINTZER:  Apple is -- Apple is contractually
11   required to provide its queries to Google, all of them.  And
12   so if it -- I mean, if it wanted to free itself from Google,
13   it could do whatever it wants.  The problem is that the most
14   natural way for it to do it would be to do it slowly, to
15   bleed off some queries to people who could handle them or
16   handle them itself and to start building the ability to do
17   that.
18          Google has made sure that that can't happen, and
19   Google has -- and as for competitors, Google has, by not
20   only hoarding defaults in scale, Google has made it
21   impossible for a rival to compete with Google for Apple
22   defaults effectively.  The monopolist has an advantage, and
23   we will discuss why, but the monopolist has an advantage in
24   these negotiations that the rivals can't meet.
25          Just for example, on monetization, that Google,
```

```
1    with its scale monetizes it at a -- in a way that its rivals

2    can't match.

3            Google providers -- for the Android, Google

4    provides multiple layers of restrictions that Google calls

5    belts and suspenders.

6            Google's control of Android starts with the Play

7    Store which Google owns.  The Play Store is the largest app

8    store on Android, and the Court will hear that the Play

9    Store is a must have app to sell Android phones.  But the

10   only way that OEMs can get that app is by signing the MADA.

11           THE COURT:  Go ahead.  Sorry, Mr. Dintzer.

12           MR. DINTZER:  No, no.

13           THE COURT:  Go ahead.

14           MR. DINTZER:  Every Android phone sold in the U.S.

15   is sold by an OEM that has signed the MADA.  The MADA is the

16   mobile application distribution agreement.  Has the word

17   distribution right in it.  It's used to distribute search.

18   OEMs sign the MADAs to get the Play Store and apps and in

19   exchange they agree to distribute Google's search.

20           The MADA requires OEMs to put the Google search

21   widget on the home screen and to put a browser that defaults

22   to Google on the device.  Together, those cover most of

23   Android's search traffic.  The widget and browser are

24   Google's beachhead.  The evidence will show that once Google

25   occupies the default search widget, rivals cannot hope to
```

1   gain space on Android's home screen.

2          In 2020, Google was deciding how much rev share to

3   give carriers.  Anna Kartasheva, a Google employee, did the

4   math.  She concluded they could offer lower RSA payments

5   because the MADA already covered so many queries.  After

6   adding a lawyer and marking it "privileged," even though it

7   didn't seek legal advice, she wrote, "I looked at all the

8   sources of traffic on the device and what protections we

9   have.  MADA protects the widget on the device."

10          She then notes the revenue impact on the slide

11   which the Court can find at Slide 45.

12          MADA doesn't just distribute the widget, MADA

13   protects the search access point, and that's exclusivity.

14          And the MADA goes further, even further.  It

15   insures that the beachhead elements are not changed.

16          So this slide, Slide 46, this is from an amendment

17   to a 2020 MADA.  It prohibits the OEM from including

18   promotion that would undermine Google's beachhead position.

19   Under this restriction, Google couldn't, for example, offer

20   a promotion on an Android encouraging users to change the

21   widget default.  This deliberately deprives users of

22   information that could help them choose a default search

23   engine, and that's exclusionary.

24          Now, the revenue share agreements are the second

25   half of Google's lock on Android defaults.  Through the RSA,

1    Google pays OEMs and carriers more than a billion dollars

2    for default exclusivity on Android.  Through the RSA Google

3    has loaded on all phone defaults and no rival apps are

4    preloaded.

5          Google says it will call Sundar Pichai, their CEO,

6    and if he testifies at trial the way he did in deposition,

7    he will acknowledge that the RSA payments are for

8    exclusivity on Android.

9          So what did Google do?  They constructed the MADA

10   and RSA's interlocking agreements to obtain exclusivity on

11   every Android phone.

12         The evidence will show that OEMs and carriers did

13   not want many of the restricted terms, but MADA -- under the

14   MADA and the RSA, that they believed them harmful or

15   anti-competitive, but they accepted the money and they

16   provided exclusivity because that was the only option.

17         Google used exclusivity to block potential future

18   rivals.

19         Now, the evidence will show that -- and this is

20   important, Your Honor, because we all know that the

21   Sherman Act under Microsoft is not only about current rivals

22   but potential future ones.

23         The evidence will show that and demonstrate that

24   in 2020, Samsung and AT&T were interested in partnering with

25   Branch Metrics.  Branch had an innovative search product

1  that answers users' questions, not by searching the web,

2  which is what general search does, but by searching apps on

3  a phone.  Android OEMs and carriers recognize that Branch's

4  tools would benefit customers and create new revenue

5  opportunities.

6          Branch worked for years to get a full tool set

7  preinstalled on mobile phones.

8          But Google took notice of the potential rival.

9          In 2020, Ms. Kartasheva raised concerns about

10  Branch to co-workers.  With Branch partnership, Samsung

11  Finder has grown into search experience across multiple apps

12  through deep linking.  So, for example, when you look for

13  pizza, it will show you Yelp recommendations for search

14  restaurants.  Thus, although not general search, this was a

15  threat to the search experience that Google didn't control.

16  So Google flexed.

17          Ms. Kartasheva wrote, "We believe this goes beyond

18  the scope of what we originally allowed Samsung and U.S.

19  carriers and have started pushing back on them."

20          Again, the monopolist's arrogance, what Google

21  allowed.

22          First Google told AT&T, no; so AT&T told Branch,

23  no.

24          Then Google amended Samsung's RSA, prohibiting

25  them from the alternative search services.  This explicitly

1    precluded Samsung from integrating Branch's full set of

2    search tools.

3            Now, Samsung is by far the largest Android OEM in

4    the world and they couldn't say no to Google.  This is what

5    Google did.  They used exclusive contracts to exclude both

6    actual and potential rivals.

7            Finally, we'll turn to the third-party browsers,

8    Mozilla, Opera, Puffin.  These are not preinstalled on any

9    device but may be downloaded.  Each browser has a default

10   search engine and Google pays for exclusivity on all of

11   them.

12           The largest one, Firefox, is owned by Mozilla, and

13   Google's contract with Mozilla requires that Firefox provide

14   Google as the default.

15           But in 2014, Google sought an alternative.  Google

16   was oppressed by the Google -- I mean, Mozilla was oppressed

17   by the Google contract.  Mozilla contracted with Yahoo!; it

18   changed the Firefox default.

19           This change showed two really important things.

20   First it showed that defaults matter.  When Mozilla switched

21   the Firefox default, Google lost significant search share,

22   shown on Slide 53.

23           This percentage shows that this is direct evidence

24   that defaults drive search and defaults matter.

25           The Firefox change also showed that there's no

1    level playing field when challenging a monopolist.  To win

2    the Firefox default, Google paid dramatically more than

3    Google -- I mean, Yahoo! paid dramatically more than

4    Google's offer.  So Yahoo! had to exceed Google's offer by a

5    significant amount listed on the slide.

6            This -- to make these payments, Yahoo! had to load

7    their pages with ads and the quality dropped.  Eventually

8    Mozilla accepted that no one could compete with Google's

9    search monopoly and Mozilla returned to Google.

10           Because the playing field was not level,

11   competition for the contract is a hollow concept in a

12   monopolized market.  It must be noted, Your Honor, that 2014

13   was the last time anyone won a mobile default from Google.

14           As to foreclosure, Your Honor, the Court asked

15   about it, Professor Winston will describe the options and

16   discuss the foreclosure numbers in the case.

17           We noted earlier how hoarding defaults allows

18   Google to block rivals from improving quality.  That's the

19   feedback loop.  For Google's rivals, the feedback loop is a

20   warning.

21           The Court will hear that with half the market

22   foreclosed, rivals' investments in search can pay limited

23   return.  Google argues that their rivals should just invest

24   more, but that's false.  As Microsoft's executives Jon

25   Tinter and CEO Satya Nadella will testify, their willingness

1   to invest -- they have a willingness to invest in search,

2   but Google's exclusive agreements cap the economically

3   rational investments that rivals can make.  This locks in

4   the status quo.  Hurting rivals' ability to win users

5   directly, but also reducing rivals' ability to compete for

6   distribution contracts.

7          Finally, the feedback loop works in reverse,

8   denying rivals' scale means Google has less of a need to

9   innovate in search.  Google saves money on data centers and

10  engineering necessary to become faster and better, denying

11  rivals' scale means that each Google query costs less for

12  Google than in a competitive world.  The result means lower

13  quality for consumers and more profits for Google.

14         Now, Your Honor, in the interest of time, I am

15  going to jump past our advertising market slides with the

16  exception of Slide 66.

17         One of the most important things that the Court

18  can take away, the Court understands that we've alleged

19  these two markets.  One of the most important things that

20  the Court can take away is that Google has the ability to

21  raise prices on ads.  And in Google's 30(b)(6), this is

22  page 66, they were asked, "To your experience, has Google

23  ever raised its price," and a range was given, "in one

24  swoop," and the answer was, "Yes, for the lower end of the

25  range and possibly for the higher end of the range for some

```
1    queries."

2              THE COURT:  Mr. Dintzer, can I just -- a point of

3    clarification.  For the search ads market, is that, by your

4    definition, that's a broader market than the general search

5    market?

6              MR. DINTZER:  Okay.  So on the search side, it's

7    general search.  On the ad side, we allege two markets.

8    There's the general search text ads market, which is just

9    text ads on general search engines.

10             THE COURT:  Right.  So that would be a

11   co-extensive market essentially with general search?

12             MR. DINTZER:  I mean, it would -- I wouldn't lump

13   them together because the users of general search are all of

14   us, we put our questions in.  The customers for advertising

15   are advertisers.  So these are separate markets.  And

16   general search -- so advertisers purchase general search

17   text ads.  The Court will hear from, I believe, three or

18   four advertisers who will come in and talk about why these

19   ads are unique.

20             The search ad market is broader than general

21   search.  It includes search ads -- anytime you type in a

22   question and you see an ad, those -- that's the search ads'

23   market so it includes Yelp, it includes Amazon, search ads

24   provided by all those institutions.  So it's much broader.

25   It completely encompasses the text ad market -- the general
```

1    search text ads market, but it is indeed broader.

2              THE COURT:  Right, but the search ads market --

3    and maybe I wasn't precise with my language -- that includes

4    ads that are generated from searches on non-search engines?

5              MR. DINTZER:  Absolutely.

6              THE COURT:  Amazon, Yelp, Facebook, et cetera.

7              MR. DINTZER:  It does.

8              THE COURT:  Okay.

9              MR. DINTZER:  And the evidence will show,

10   Your Honor, that Google is able to raise prices.  Even

11   though it has an auction for search ads, it's able to raise

12   prices by manipulating the auction and forcing the prices

13   up.  It's as if you go to an auction house and even though

14   nobody bids against you -- you are bidding on a piece of

15   art, even though nobody bids against you, the auctioneer

16   keeps raising the price.  Google does that to raise ad

17   prices, and they call this -- they call those mechanisms

18   pricing knobs.

19             If we go to slide 70, Professor Winston will

20   testify that Google's ad prices have doubled over the last

21   eight years, and these are based on Google's numbers.

22             Google's anti-competitive conduct in advertising

23   plays a role in the feedback loop.  Google's scale provides

24   information which means that their ads are more responsive

25   to each query than a competitor can be.  They monetize

```
 1   better.  The money provides the money that is necessary to
 2   win the default distribution and then the loop keeps
 3   turning.
 4           Now, after we show anti-competitive effects in all
 5   markets, Google will have the burden to prove
 6   pro-competitive justification.  They cannot and will not
 7   quantify such benefits or demonstrate that they effect
 8   search users or advertisers.
 9           For example, in its brief, Google writes,
10   "Google's MADA's help Android compete against IOS."
11           But Google forgets that it gives Apple many times
12   more money than it gives Android OEMs and carriers.  And
13   so it's playing both sides of the street, and all Google
14   cares about is not increasing service on any of those areas
15   but controlling the search and ad market.
16           And if there's any doubt about the impact with
17   Google's efforts about this impact, Google's efforts to hide
18   their conduct shows they knew this all along.  In discovery,
19   we established the existence of a program called
20   "Communicate with Care".
21           Google's employees are taught to hide documents
22   from discovery with the assistance of corporate counsel.
23   The evidence will show that "Communicate with Care" was
24   focused on the conduct we are challenging here.
25           This is from an ad training in -- this is from a
```

1    training deck for revenue share agreements in 2016.  The red

2    warning slide ordered employees, "Any written

3    communications" -- underlined in bold -- "regarding

4    rev share and MADA should include legal and request

5    guidance, marked content as confidential-attorney-client

6    privilege."

7           They were working to hide this from discovery, and

8    it worked.  They -- Google withheld thousands and thousands

9    of documents from discovery till we challenged them on this.

10   They knew these agreements crossed antitrust lines.  What

11   did Google do?  Their solution wasn't to modify the

12   agreements, the solution was to hide the agreements from

13   production.

14          After discovery, we learned that Google's system

15   automatically destroyed chats after 24 hours.  The evidence

16   will show that this was used throughout the organization.

17          Here is Google's CEO in 2021, a year after the

18   case was filed.  He writes, "Need the link for my leaders

19   circle tomorrow."  That's his C-suite team.

20          Then it shows that he knows how the chat system

21   works.  He writes, "Also can we change the setting of this

22   group to be history off?"

23          Nine seconds later this very smart man realizes

24   he's left an electronic trail and deletes his request.  So

25   what did Google do?  They destroyed documents for years

1    because they knew their conduct violated the antitrust laws.

2    They turned history off, Your Honor, so that they could

3    rewrite it here in this courtroom.

4              We will certainly hear from Google, Google's

5    counsel, and witnesses that people are happy with Google.

6              THE COURT:  Can I interrupt for a moment?  Because

7    we didn't discuss this at summary judgment.

8              Second stage of Microsoft says, "If a plaintiff

9    successfully establishes a prima facie case, monopolist may

10   proffer a pro-competitive justification."

11             Next stage, "If the monopolist pro-competitive

12   justification stands unrebutted, then the plaintiff must

13   demonstrate that the anti-competitive harm outweighs the

14   pro-competitive benefit."

15             What do you understand the "unrebutted" to mean?

16   In other words, what does the -- what do the plaintiffs need

17   to bring forward -- or I should say, not bring forward

18   before we move to the -- essentially the -- I guess what is

19   essentially a rule of reason balancing?  It's not clear to

20   me what the Circuit meant by unrebutted.

21             MR. DINTZER:  Well, I would start with,

22   Your Honor, with the word "pretextual," which the Court

23   didn't mention.

24             Google has to come forward with pro-competitive

25   justifications that are not pretextual.  We do not believe

1     that they will be able to reach that burden.

2          At that point, we do have the option of coming

3     forward with evidence of our own. And if we come forward,

4     we believe, with any, then that throws us into the role of

5     rule of reason analysis.

6          THE COURT: So, I'm sorry, you think if -- if when

7     the Circuit says, "If the monopolist pro-competitive

8     justification stands unrebutted," which I suppose I take to

9     mean that if there's no contrary proof as to the

10     anti-competitive -- excuse me -- the pro-competitive

11     justification. So is it your position that we would not get

12     to the balancing if plaintiffs could demonstrate that the

13     pro-competitive justification is just a pretext?

14          MR. DINTZER: Yes.

15          THE COURT: All right.

16          And you intend to try and prove that the

17     pro-competitive justification is a pretext?

18          MR. DINTZER: Yes, Your Honor. We believe that --

19     I mean, if they can't show documents that show, you know,

20     "this will help Android, this is why we're doing this," if

21     they can't show that, if they're coming in now with

22     explanations of how this all was pro-competitive without

23     showing contemporaneous documents that this is what the goal

24     was, that's the definition of pretext, then the Court should

25     encompass those alleged justifications.

1          THE COURT:  Okay.

2          MR. DINTZER:  So they will bring in people and

3    they will say people are happy with Google, people prefer

4    Google, people like Google.  And they're all variations,

5    Your Honor, on the idea that Google is good enough and

6    people should be satisfied, not that it can't be better, not

7    that they wouldn't have been better if they faced

8    competition, but simply that Google is good enough.

9          And, of course, when you've hobbled your rivals,

10   your product will always seem good enough.  Every monopolist

11   that has ever faced the Section 2 case has argued that their

12   product is good enough.  And in 1950s, United Shoe made the

13   identical argument, and Judge Wyzanski's landmark opinion

14   addressed this defense.  What appears to the outsider to be

15   a sensible, prudent, nay, even a progressive policy of a

16   monopolist, may, in fact, reflect a lower scale of

17   adventureness and less intelligent risk taking than would be

18   the case if the enterprise were forced to respond to a

19   stronger industrial challenge.

20         In all areas of innovation, including AI, Google

21   walks when contempt competition would have made it run.  It

22   hoards information, ignoring users' privacy preference, and

23   it charges advertisers whatever it wants.

24         Your Honor, Google claims that their search engine

25   can answer any question.  This trial will highlight the

1    questions that Google can't answer.

2         If defaults don't matter, why pay billions for

3    them?  If scale is invaluable, why store so much data, and

4    why use it to improve your search engine?  If the ads market

5    is competitive, how come Google can raise prices at will.

6         And if its actions are pro-competitive, why do its

7    employees systematically hide and destroy significant

8    documents?  Why are they not allowed to say words like

9    "market" and "scale"?

10        What Google did, Your Honor, it locked up

11   distribution with exclusive contracts for defaults.

12   Defaults Google claims it doesn't need.

13        When competition tried to squeak by, Google

14   modified those contracts to block it.  By blocking rivals

15   and denying scale, it has established a wall around its

16   search and ad monopolies.  That's what Google did.  That's

17   what the documents will show.  Consumers would be better off

18   with more search competition full stop.

19        Dressing up Google's purchasing of exclusive

20   defaults is competition for the contract insults the idea of

21   genuine competition.

22        Now, Your Honor, most of our witnesses are current

23   and former Google employees or others with financial

24   interest in Google's challenged conduct.  We ask the Court

25   to focus on what they did for the past 12 years.  The North

1    Star, the guiding star, throughout this trial should be the

2    documents which show what Google did.

3            At the end of the trial, the Court should conclude

4    that defaults are uniquely powerful, scale matters, and

5    Google illegally maintained monopolies for more than a

6    decade.

7            Thank you, Your Honor.

8            THE COURT:  All right.  Thank you, Mr. Dintzer.

9            All right.  Mr. Cavanaugh.

10           MR. CAVANAUGH:  Thank you, Your Honor.

11           Your Honor, a few of the slides will be redacted,

12   so I'll hand up a hard copy.

13           THE COURT:  Thank you.

14           MR. CAVANAUGH:  May it please the Court.  Bill

15   Cavanaugh from Patterson Belknap, counsel for the States of

16   Colorado and Nebraska.

17           I'd also like to speak this morning on behalf of

18   the 36 other states and jurisdictions that have joined

19   together in asking this Court to address and remedy Google's

20   efforts to unlawfully maintain its monopoly in multiple

21   markets in violation of Section 2 of the Sherman Act.

22           In an era in which Democratic and Republican

23   Attorney Generals often find themselves on different sides

24   of the courtroom on issues, today they speak with one voice

25   to object to the Google practices at issue in this case.

1        Your Honor, ten years ago, Federal Trade

2   Commission declined to take action against Google.  Google

3   assured the FTC that all was well.  Microsoft and Yahoo!

4   were supposedly formidable competitors with a material share

5   of general search users even though Google had roughly

6   80 percent market share in terms of queries.

7        But the use of mobile devices rather than desktop

8   devices to do general searches -- general Internet searches,

9   would continue to grow, would change things, Google would

10  face new forms of competition.  But as the evidence will

11  show, quite the reverse has turned out to be true.

12       Ten years later, as we stand here today, and now

13  with a roughly 90 percent market share in general search and

14  with virtually complete control in mobile within general

15  search, Google asked this Court for another pass with the

16  same assurances that all is well in the market in which it

17  operates and new forms of competition will once again

18  address any concerns.

19       But the evidence will show not all is well.  The

20  evidence will show that rather than being chastened by a

21  close call at the FTC, Google learned not how to compete

22  while preserving competition but how to undermine it.

23       As you heard from the United States and as we

24  allege in our complaint, Google's doubled-down on its

25  efforts to use defaults in its distribution agreements, to

1   preserve its dominance.  And when Google diminished the

2   visibility of some of its largest advertisers, such as

3   special vertical providers like Expedia and others, those

4   advertisers, while deeply unhappy with Google's actions,

5   were nonetheless forced to place more ads on Google.  They

6   had to do so because Google's search default agreements had

7   made Google the only real avenue for special vertical

8   providers like other advertisers to seek out new customers.

9           Google's ability to give its back of the hand to

10  some of its largest customers, yet maintain their business

11  and actually increase it, is direct evidence of monopoly

12  power.  And by raising SVP and other advertisers's costs,

13  Google bolstered its enormous monopoly profits.

14          The evidence will also show Google has shown no

15  reluctance to utilize what it held out as its neutral search

16  engine marketing tool, known as SA360, to undermine

17  advertisers' ability to evaluate whether to place ads on

18  Bing and how to do so most efficiently.

19          Those actions further interfered with Microsoft's

20  ability to compete.  Quite simply, even with a truly

21  dominant market shares across multiple markets, Google has

22  shown no hesitancy to rig the game.

23          Now, Google did learn some lessons from the FTC

24  investigation.  They just weren't the right ones.

25          Google learned how to avoid referencing and

 1    discussing its dominant market shares and obvious market

 2    power in its internal documents.

 3            It also learned how to mark sensitive business

 4    documents as privileged when they obviously were not.  And

 5    as the evidence will show, sensitive business discussions

 6    moved from email to chat with a clear recognition that the

 7    latter were more likely to disappear, and as the trial

 8    record would show, they did truly disappear.

 9            In short, the evidence will show that there is no

10    evidence to give Google another pass from enforcement of the

11    antitrust laws.

12            Let me turn, Your Honor, to the issue of market

13    definition.

14            Your Honor has seen this chart before.  Let me

15    start with general search.

16            As Mr. Dintzer indicated, general search, it's a

17    one-stop shop.  You're not restricted to a particular

18    product, a service.  You secure content from extraordinary

19    broad range of sources.

20            If you look, Your Honor, at Slide 3, that just

21    demonstrates the breadth of the types of queries that users

22    put on Google and how many different they are and not one is

23    in any way dominant.  There's only one that's over 6

24    percent.  That shows the breadth of general search.

25            THE COURT:  And does this come from Google's own

1    coding of the searches?

2              MR. CAVANAUGH:  Yes, it does, Your Honor.

3              Slide 4, Professor Baker, our economist, did a

4    search to just demonstrate the uniqueness of general search.

5    He searched for UFOs.  Google, 1.94 billion search results.

6    News, alternative destinations.

7              Amazon, less than 10,000 with a focus on books,

8    electronics, toys, and lighting.

9              Expedia, none.

10             Yelp, 16.

11             HomeAdvisor, none.

12             Facebook, 7.

13             This further illustrates, Your Honor, the

14   uniqueness of general search.

15             And as the evidence will show, it's why

16   advertisers are seeking to reach people who are looking for

17   broad choices.  That's why they advertise on general search

18   engines.

19             Further point, Your Honor, if you look at your

20   search engine setting on your mobile device, what

21   do you see?  You see Google, Microsoft, DuckDuckGo.  You

22   used to do Neeva, but they're gone.  You don't see a range

23   of SVPs on that.  Why?  Because the general search engine is

24   a unique product market.

25             Turn to general search text advertising.  That's

1    the text ad that appears typically at the top of the search

2    engine results page.  The evidence will show text and

3    shopping ads, which are now on page 7, are quite different

4    and they're sufficiently distinct that text ads is -- within

5    search, Your Honor, it is a nested distinct product market.

6            You just can see from 7 what the basic difference

7    is between these ads.  And advertisers prefer text ads

8    because it gives them greater control over the content, they

9    can more directly respond to anticipated queries.

10           And there are many advertisers who can't utilize

11   the shopping ads.  Financial service companies, for example.

12   They're not selling sneakers or products.  So they tend to

13   go with text ads.

14           THE COURT:  And will there be evidence about

15   consumer preferences with respect to these different types

16   of ads?

17           MR. CAVANAUGH:  I don't know to what extent there

18   will be.

19           I know advertisers, and indirectly, Your Honor,

20   they're addressing what they anticipate consumers would do,

21   so I would say, yes, there will be.  But it will come in

22   through advertising -- advertisers' testimony.

23           And as Your Honor can see on Slide 8, Google

24   derives the vast percentage of its ad revenue from text ads.

25           Now, the States have alleged a general search

1    advertising market.  That is, again, a nested market within

2    the broader search advertising market which the Department

3    of Justice has identified as their backup market.

4            The evidence will again show we don't disagree

5    with their broader market, but there is a distinct general

6    search advertising market.  That would consist of text ads

7    and shopping ads within general search, but it would exclude

8    ads on Amazon and other SVPs.

9            There'll be testimony from our expert, Professor

10   Amaldoss from Duke, and fact witnesses explaining why SVPs

11   spent billions of dollars and advertisers spent billions of

12   dollars focusing on general search.

13           Now, the distinction between placing ads on

14   general search and placing ads on something like Amazon

15   focuses on something known as the funnel.

16           Now, the funnel, Your Honor, it's a conceptual

17   approach that classifies the mindset.  And as our

18   advertisers will testify, what they're interested in is

19   what's the mindset of my -- of users doing these queries,

20   what state -- what's their current state of mind.  The

21   evidence will show that within general search, they -- the

22   users are still at the research and investigative stage.

23           On SVPs, quite differently, typically the user,

24   the consumer, is much closer to making a purchasing

25   decision.

1        This is also a significant functional difference.

2   When I go to an SVP, I can complete the transaction.

3   I don't need to leave that website.  In general search,

4   I have to leave the website to complete the transaction.

5        And this all matters to advertisers in where they

6   focus and where they put their advertising dollars.

7        And I would also note, Your Honor, that the SVPs

8   themselves see this distinction.  They put billions and

9   billions of dollars, as reflected on Slide 13, into

10  advertising on general search engines.  Why?  They're trying

11  to attract people to their website.  If these were all the

12  same, they'd have no reason to do that.

13       Let me turn to the issue of Google's monopoly

14  power.

15       The evidence will show that it is unquestionable

16  that Google has enormous monopoly power.

17       If we look at their share of U.S. general search

18  queries, which we've drawn from the parties' actual data,

19  they are close to 90 percent.

20       If we look at what the supposed formidable

21  competitors that Google had when they were dealing with the

22  FTC, Your Honor will see what's happened to their shares,

23  how much they have dramatically gone down.

24       Now, the monopoly power they possess in general

25  search has translated into monopoly power in the two

1   advertising markets.

2          Your Honor, on Slide 17, it shows, based on

3   revenue, Google's enormous share comparing revenue generated

4   from advertising.  That's in ads on -- that's on text ads,

5   17.  On Slide 18, it shows in the general search ad revenue

6   comparable, extraordinarily high percentages relative to

7   their competitors.

8          Now, Your Honor, as we indicated in our pretrial

9   brief, the issue of the lack of visibility of SVPs remains a

10  relevant issue in this case.  Now, the harm to SVPs'

11  experience as a result of the loss of visibility that made

12  them less attractive to general search engines is no longer

13  in the case.  But that lack of visibility through the

14  introduction of universals by Google with limitations is

15  still relevant to the issue of monopoly power.

16         As we know, SVPs rely heavily for Google on

17  clicks.  What Slide 19 demonstrates, Your Honor, is from --

18  the bar shows the visit that comes as a result of a search

19  on Google, not by going to the SVP's app or typing in the

20  correct URL address.  And you can see to what extent all of

21  these special vertical providers rely on Google and in

22  response to search queries.

23         The -- now, what happened when the introduced --

24  when Google introduced the universals, with the accompanying

25  limitations, as we've discussed in other contexts, the blue

1   links go down.  It results in fewer first clicks.

2            Without the universal, you see the percentage,

3   Your Honor.  When there's a universal and when there's these

4   limitations, the number of clicks they get go down

5   dramatically.

6            So what did special vertical providers, wearing

7   their advertising hat, what did they have to do?  They had

8   to purchase more ads even though they were deeply unhappy

9   with Google's moves, they had no other option.

10            So essentially there were customers rewarding

11   conduct they were against, that was against their own

12   self-interest, and they had an incentive to go somewhere

13   else, but there's no where else to go.  That's powerful

14   evidence of monopoly power.

15            And as we know when we look at Expedia's marketing

16   spending and their cost per visitor, it's gone up and up and

17   up.

18            Now, Google asked the Court to ignore all of this

19   because queries and ad market dollars have increased, but

20   the evidence will show that's Google riding the wave, not

21   creating it, and it doesn't excuse the harm they've caused

22   to the competitive process.

23            Now, Mr. Dintzer covered Google's --

24            THE COURT:  Mr. Cavanaugh, I'm sorry to interrupt

25   you.

1          I think I want just to be clear, and I think

2    I know the answer, but with respect to the ad markets, it is

3    your contention that it is the advertisers, they are

4    effectively the consumers, and if I'm to be looking at

5    consumer harm, that's the focus of your -- what your proof

6    will be at trial, the impact -- the anti-competitive effects

7    it's had on advertisers?

8          MR. CAVANAUGH:  Yes, Your Honor, that's correct.

9          THE COURT:  Okay.

10          MR. CAVANAUGH:  On the issue, Mr. Dintzer covered

11    the evidence showing harm as a result of the exclusive

12    default agreements in the markets at issue in this case.

13          I just would like to add an additional point on

14    the Google/Apple relationship.

15          Apple is best positioned to compete in search

16    against Google.  They have experienced crawling and indexing

17    the web.  They have search function.  They derive content

18    from SVPs.  And goodness knows, they have the financial

19    resources and marketing advantage.

20          But instead, Google has shared their monopoly

21    profits to avoid the risk of a formidable competitive

22    threat.

23          I mentioned at the outset, Your Honor, the impact

24    that has happened within mobile.  This is our expert looking

25    at, if you look at mobile queries on Google and Bing, Bing

1    is down to 2 percent.  That is a function of the default

2    agreements.

3              But I show this, Your Honor, also to illustrate

4    how SA360 works in -- and plays into this case.

5              Now, they are squeezed out of mobile.  They are --

6    even on desktops, they face the default agreements.  So

7    there's a narrow channel, a desktop where Microsoft browser

8    is installed and Bing is the default search engine.  Even

9    that, I've shown, Your Honor, what a small market share that

10   produced.

11             But that at least provides a narrow channel for

12   users and queries.

13             But in order to monetize that, you need

14   advertisers.  And this is where using SA360, Google has just

15   put another thumb on the scale.

16             Through SA360, a neutral search engine marketing

17   tool, supposedly, Google has deliberately placed advertisers

18   in Bing at a disadvantage.  And they've done that by denying

19   features that can be utilized through SA360 for Google ads

20   but not for Microsoft ads.  But in particular, the most

21   important feature, auction-time bidding, also referred to as

22   realtime bidding.  You'll see references, Google tends to

23   use the phrase auction-time bidding, Microsoft referred to

24   it as realtime.

25             Now, the way search engine marketing tools work,

1    Your Honor, and using Google's SA360, for example, the SEM

2    tool allows an advertiser to work across multiple native

3    tools.  And it's efficient.  You can -- you save time and

4    money by using an SEM tool, you don't have to participate in

5    each individual tool, you do it through the SEM.

6            And by 2020, roughly a third of ad revenue was

7    moving through the three major SEM tool providers.  But,

8    once again, as we show on Slide 26, Google has dominated and

9    has substantially grown its share in SEM -- among SEM tool

10   providers.

11           Now, Google has long portrayed SA360 as a neutral

12   SEM tool because the basic selling feature is you can access

13   through this SEM tool multiple native tools.  You can get to

14   Microsoft ads.  No problem.

15           And so that's the very purpose of it.  If an

16   advertiser just wanted to bid for ads on Google ads, they

17   wouldn't need to use SA360 and pay the fee associated with

18   it.  So, obviously, any advertiser using SA360 wants to

19   consider using other search engines to put ads on.

20           And as a result, particularly for smaller search

21   engines with small market shares, with the increased use of

22   SA -- of SEM tools and SA360, for example, for Bing, it now

23   constitutes a fairly hefty part of their ad revenue, it's

24   coming through SA360.

25           Not surprising because Google has an enormous

1    share of the advertising market.  Advertisers are using

2    SA360 and that is supposed to provide an opportunity for

3    competitors because that's the very purpose of the tool.

4              THE COURT:  Mr. Cavanaugh, could I just --

5    I'm sorry, just a point of clarification.

6              SA360, are -- advertisers are they able to select

7    whether the ad is placed on a mobile search result or

8    desktop?  Does it provide that facility or not?

9              MR. CAVANAUGH:  I believe so, Your Honor.

10             THE COURT:  Okay.  But in any event, the bottom

11   line is, you can -- the SA360 tool is not just limited to

12   desktop search --

13             MR. CAVANAUGH:  No.

14             THE COURT:  -- advertising.  It also includes

15   mobile ads.

16             MR. CAVANAUGH:  Absolutely, Your Honor.

17   Absolutely.

18             THE COURT:  Fine.

19             MR. CAVANAUGH:  Now as I mentioned a moment ago,

20   there are dozens of features that SA360 offers that allows

21   you to work through it to go to an individual search

22   engine's native tool.

23             But the one of greatest importance is what's

24   called auction-time bidding.  What that does, Your Honor, it

25   allows an advertiser to analyze in realtime information as

56

1   to what users, consumers are doing.  Are they clicking on?

2   What are they buying?  And that auction-time bidding allows

3   them the auction process, the bidding process by the

4   advertiser to adjust immediately.  You can adjust in

5   realtime to what's happening.

6         Now, the alternative of auction-time bidding isn't

7   available to you, is what's known as intraday where you get

8   that information every six hours, obviously not as valuable.

9         Now, that's not Bill Cavanaugh saying that, that's

10  Google saying that.  Google went to their -- to their

11  advertisers and said, you know, with auction-time bidding,

12  we're seeing 15 to 30 percent greater percentage of

13  conversions of ads.  That means people are clicking on the

14  ad, and they're taking the action we want them to take,

15  making a purchase, making a follow-up.  That's Google

16  telling the world the advantages of auction-time bidding.

17        THE COURT:  And conversion -- I'm sorry.  The term

18  "conversion," that simply means a click on the ad?

19        MR. CAVANAUGH:  Yes.

20        THE COURT:  It doesn't necessarily mean a

21  purchase?

22        MR. CAVANAUGH:  No, I think it -- I do believe

23  they took the action requested so they made -- that's the

24  point of conversion.

25        THE COURT:  Okay.

1          MR. CAVANAUGH:  And conversion data is critical to

2    auction-time bidding working.  And as I'll show you in a

3    moment, Google's approach to Microsoft -- well, after

4    lengthy, lengthy negotiation, "Well, maybe we'll to a form

5    of it, but you want conversion data?"  Which is much like I

6    buy a car and as I'm walking out of the sales room, the

7    salesman says, "Did you want an engine in that car?"

8          But that's been Google's approach.

9          Now, let me walk Your Honor through a timeline of

10   the events and what the evidence will show regarding SA360,

11   starting with slide 29.

12         In 2016, Google introduced auction-time bidding on

13   its native tool.  Microsoft introduced its form of

14   auction-time bidding from Microsoft ads the same year.

15         Now, in order to utilize those ATB feature for

16   either Google ads or Microsoft ads, in an SEM tool, the SEM

17   tool has to integrate the two.

18         Well, in September of 2019, Google added

19   auction-time bidding -- integrated auction-time bidding into

20   SA360 for Google ads.  If you went through SA360, you could

21   utilize the feature of auction-time bidding in Google ads.

22   And, at that time, Google touted to advertisers the

23   improvement in conversion that I mentioned a moment ago.

24         Now, Microsoft, at the same time, said, "Well, can

25   you support the equivalent from Microsoft ads so that

1    someone using SA360 can utilize our auction-time bidding

2    feature within Microsoft ads?"

3              Google -- in November, Google planned to test

4    auction-time bidding for Microsoft ads.  The product people

5    at Google who are responsible for SA360 were pleased to do

6    that, to improve the feature of SA360.

7              There wasn't a problem with integration.  Skai,

8    another SEM tool manufacturer, had integrated auction-time

9    bidding into their SEM tool.  They're one of the four SEM

10   tool providers that I mentioned, Your Honor.

11             In January, Microsoft tells Google, look, we're

12   ready to recruit advertisers for this test.  Microsoft

13   ultimately went so far as to say, "Look, we'll pay for it."

14             Google says, "No, we need to stop -- stop any

15   advertiser outreach.  You need to await our roadmap.  We've

16   got a roadmap."

17             So three months go by, Microsoft asked Google for

18   an update.  Well, they got the update.  They reject

19   auction-time bidding.  Their roadmap drove Microsoft into

20   the ditch.

21             Now, you might say, "Well, why would they do

22   this?"  Well, the reason they would do it, Your Honor, is

23   simply Google makes significantly more money on an ad than

24   simply a Microsoft ad being purchased through SA360.

25   Your Honor can see how extraordinarily different those

1    profits are.  It's less than a dollar on SA360 for a Bing ad

2    and enormously more on a Google ad.

3              Now, Google's response to all of this was, "Well,

4    you know, look, customers just aren't demanding this -- all

5    of these features for Microsoft ads."  Well, that's an

6    awfully ironic argument, given that Microsoft's small

7    market share is a function of Google's conduct.

8              And, frankly, if you wanted to assess advertiser

9    interest, run the test.  Microsoft was agreeing to pay for

10   it.  But Google wanted to stop the test so you couldn't show

11   that there was demand.

12             And the other aspect of this is, Google was

13   saying, "Well, wait, we're waiting for the Google

14   salespeople to tell us that there's a lot of demand out

15   there for this feature, for Microsoft ads."

16             Well, the Google salespeople make their money off

17   of, on slide 36, on the left-hand side, selling Google ads.

18   And so waiting for those sales people, Your Honor, is like

19   waiting for a Yankee fan to invite you to a Met game, not

20   going to happen.

21             So if I go back to the timeline, Your Honor, in

22   May of 2020, Microsoft had earlier said, "Look, you know,

23   there are 27 different features that are not present that

24   you have for Google ads on SA360 that you don't have for

25   Microsoft ads, including ATB."  And, at one point, they

said, "Here are our top ten priority ones."

Well, in May, Google says, "Well, okay.  Maybe we'll do seven of your 27, but only if you don't make any further demands for the next year or two.  And also, we're not going to do ATB."

Now, at the same time, internally, Google is boasting as to the percentage of its customers, of its advertisers, that were now using auction-time bidding. Your Honor can see that significant percentage.

Now, six months go by of negotiations and Microsoft declares impasse because it's clear what Google's game is.

Now, was Google aware that advertise -- that this was costing advertisers money?  Absolutely.  There were third-party experiments done by two advertisers that they provided the information to Google that said, you know, when we can use auction-time bidding, when we have to go directly to Microsoft ads, we save a lot of money.

Your Honor can see there was a significant savings by one of those third parties when they did that experiment.

In October, there was another third-party experiment.  Same result, savings to higher conversion rates and a real savings to the advertisers.

And then the states filed their complaint, which included the SA360 allegations, in December.  As of that

1    point in time, no auction-time bidding feature, none of the

2    top ten priority features had been implemented.  Today,

3    years later, still, no auction-time bidding feature.

4           And of the ten priority features Microsoft had

5    identified three have been implemented, only two of them

6    partially.

7           THE COURT:  Can I ask you a question about SA360?

8           MR. CAVANAUGH:  Sure.

9           THE COURT:  Does it offer auction-time bidding for

10   other search engines like Firefox?  Or is it only limited to

11   Google and Bing?

12          MR. CAVANAUGH:  No, there are some foreign search

13   engines, Your Honor, that have their own native tools that

14   SA360 can also be utilized to run ads through them.

15          THE COURT:  But if an advertiser wants to put an

16   ad on Firefox -- do a search ad on Firefox, you've got to

17   use whatever Firefox's native advertising tool is?

18          MR. CAVANAUGH:  Yes.

19          THE COURT:  Okay.

20          MR. CAVANAUGH:  Yes.

21          And so for -- and Yahoo! goes through Microsoft

22   ads.

23          THE COURT:  Okay.

24          MR. CAVANAUGH:  Your Honor, let me just clarify.

25   Firefox is not an ad seller.

1           THE COURT:  No, I mean in terms of it uses -- when

2   it -- general search ads -- it has general search ads,

3   correct?

4           MR. CAVANAUGH:  Yes, through the search engine but

5   not through Firefox, because Firefox is not a search engine.

6           THE COURT:  I'm sorry.

7           MR. CAVANAUGH:  It's a browser.

8           THE COURT:  I meant to say Mozilla, the search

9   engine.

10          So in order to place an ad off of that search

11  engine, it has to be done through its native tool.  It's not

12  available on SA360.

13          MR. CAVANAUGH:  I don't believe it's available

14  through SA360, Your Honor.  It would have to go through the

15  search engine.

16          THE COURT:  Okay.  And do the other SEM tools

17  offer -- like Skai, do they offer ad placement on search

18  engines other than Google and Bing?

19          MR. CAVANAUGH:  I believe so, Your Honor, but

20  I would need to confirm that.

21          I know they have Bing.  I know they have Bing, and

22  I know they have Google.

23          THE COURT:  Okay.  I'm just curious.

24          MR. CAVANAUGH:  So where we are today, Your Honor,

25  is now when we move -- when Google moved for summary

1    judgment, they put in a declaration that said, "Oh,

2    you know, we're working on auction-time bidding."  And

3    I have no doubt that during this trial, we'll get an October

4    surprise, and they'll tell us that, "Oh, yeah, we're working

5    real hard on it now."

6         I'd ask Your Honor to take the record as it

7    presently is and the harm that's been suffered.  This is --

8    this has been long-term, it's been deliberate, and it has

9    had a meaningful impact.  It has harmed advertisers.  As

10   these experiments have shown, they've just imposed higher

11   costs on advertisers.

12        We know there is evidence from Skai that, again,

13   there's a cost savings to advertisers when auction-time

14   bidding through Microsoft ads is available through an SEM

15   tool.

16        And it's expensive to switch away from SA360 or to

17   try to manage multiple native tools or, let alone, multiple

18   SEM tools.

19        And there's certainly been harm to rivals.  Bing

20   has been made less efficient and less competitive.

21        Now, Google, in its pretrial brief, raised the

22   issue of, well, we can dispense with this because we have a

23   right to refuse to deal.

24        Well, that has no application here.  They have

25   chosen to deal.  They purchased an SEM tool for the express

```
 1    purpose of allowing it to manage through multiple native
 2    tools.
 3            Refusal to deal is, I'll have nothing to do with
 4    you.  They have chosen to deal.  And with that comes the
 5    obligation as a monopolist not to harm the competitive
 6    process by virtue of playing games with features.
 7            Your Honor, let me just say in closing, in ruling
 8    on summary judgment, you did notice -- you did note our
 9    ability to demonstrate that, to the extent Bing has been
10    burdened by default agreements, less scale, SA360, we can
11    demonstrate, as we will through the testimony of multiple
12    fact witnesses, that Bing has been weakened in the eyes of
13    SVPs, and that has diminished any interest in pursuing
14    opportunities with Bing.  That is part of the overall
15    competitive harm here.
16            Your Honor, we thank the Court for the opportunity
17    to speak today and look forward to presenting our case.
18            On behalf of my clients, I want to thank the Court
19    for providing a public access.
20            And on a personal note, Your Honor, after
21    46 years, this represents the first time Mrs. Cavanaugh has
22    had to listen to me for an extended period without the
23    ability to tell me to stop talking.
24            THE COURT:  If I had known she was listening, I
25    would have given her that authority.
```

1          MR. CAVANAUGH:  Thank you, Your Honor.

2          THE COURT:  All right.  Thank you, Mr. Cavanaugh.

3          All right.  It's 11:00, a little after 11:00.

4     Let's take a break.  We will take 15 minutes and we will

5     resume a little bit after 11:20.  Thank you, all, very much.

6          COURTROOM DEPUTY:  All rise.  This Court stands in

7     recess.

8          (Recess from 11:02 a.m. to 11:22 a.m.)

9          COURTROOM DEPUTY:  All rise.

10         This Honorable Court is again in session.

11         THE COURT:  Please be seated.  Thank you,

12    everyone.

13         All right.  Mr. Cavanaugh, I apologize for asking

14    you a confusing question.  I was reminded at the break that

15    Mozilla and Firefox are browsers and not search engines,

16    that Google is the default search engine.  So sorry about

17    that.

18         MR. CAVANAUGH:  I did freeze for a moment.

19         THE COURT:  It's my fault.

20         All right.  Mr. Schmidtlein, we are ready for you

21    when you are ready to go.

22         MR. SCHMIDTLEIN:  Thank you, Your Honor.

23         If I may, Your Honor, I'd like to hand up slides

24    as we did before.

25         And as we did at some of our prior arguments and

 1   presentations for you, and I think as my colleagues have

 2   done, there are some slides within our presentation that are

 3   redacted for confidentiality reasons.

 4         My colleagues have put tabs on those slides that

 5   are redacted so that if Your Honor, you can follow the

 6   public ones on the screen, and then when we get to those,

 7   you should be able to kind of flip and get to those quickly.

 8         Before I start, Your Honor, I would like to

 9   introduce to you today Kent Walker, who is Google's chief

10   legal officer; Lee-Anne Mulholland, who's vice president of

11   Alphabet's regulatory response team; and Lara Kollios, who

12   is a director with that team, who are here today for Google.

13         THE COURT:  Welcome, everyone.

14         MR. SCHMIDTLEIN:  Your Honor, when the plaintiffs

15   filed these lawsuits nearly three years ago, they did so

16   with great public fanfare.

17         The DOJ plaintiffs claimed that Google was the

18   gatekeeper of the Internet.  But it turns out there are lots

19   of ways users access the web other than through default

20   search engines, and people use them all the time.

21         To take the most dramatic example, the evidence

22   will demonstrate that Microsoft's contracts with PC

23   manufacturers ensure that Bing is the only search engine

24   preloaded on nearly all Microsoft windows PCs.  These

25   computers to this day are by far the number one desktop

1    computer used in the United States.  Google is surely no

2    gatekeeper to the Internet on Microsoft windows PCs.

3            But the truth is, neither is Microsoft, because

4    the evidence will show that the large majority of windows PC

5    users search on Google and not Bing.  Why?  Because Google

6    has, for decades, innovated and improved its world famous

7    search engine.  Consumers use Google on Microsoft because it

8    helps them find what they're looking for.  Plaintiffs'

9    lawsuits ignore these inescapable truths, truths that

10   explain why browsers, Android device makers, and carriers

11   choose Google for their devices.

12           Consumers use Google when it's preloaded or the

13   default search engine on popular Apple and Android devices

14   because it delivers value to them, not because they have to.

15   And for those consumers who prefer to search using another

16   search engine or a specialized search provider or the

17   countless other services that people increasingly use,

18   including social media sites, they can easily do so at zero

19   cost.

20           Users today have more search options and more ways

21   to access information online than ever before.

22           Now, the DOJ Plaintiffs also said this case was

23   just like *U.S. versus Microsoft*, which is both inapt and

24   ironic.

25           Microsoft violated U.S. antitrust law by using its

1    Windows monopoly to coerce PC manufacturers to exclusively

2    preload Microsoft's Internet Explorer browser instead of

3    Netscape's Navigator, the leading browser that was preferred

4    by consumers.

5            By contrast, the evidence in this case will show

6    Google competed on the merits to win preinstallation and

7    default status, and that its browser and Android partners

8    judge Google to be the best search engine for its users.

9    Those facts could not be more opposite and different than

10   *U.S. versus Microsoft*.

11           And who do the plaintiffs today say is the

12   competitor that was blocked from the market?  It's not some

13   small innovative tech company, like Netscape, who didn't

14   have the means to compete against a significant competitor

15   even with a superior product.  The plaintiffs' supposed

16   victim?  Microsoft.

17           The evidence will show that Microsoft's Bing

18   search engine has failed to win customers because Microsoft

19   did not invest, did not innovate, and did not prioritize the

20   development of search, and particularly mobile search, like

21   Google did.  At every critical juncture, the evidence will

22   show they were beaten in the market, preferring instead to

23   focus on their Windows desktop monopoly.

24           The evidence will further show that Microsoft

25   provides search results for Yahoo! and DuckDuckGo, the only

1    other supposed competitors in their relevant market.  It's

2    hardly surprising that these other search engines can't win

3    default status on Apple and Android devices when they rely

4    on Bing for search results.

5           The Colorado Plaintiffs filed suit a couple months

6    after the U.S. Plaintiffs did, making additional claims

7    about voice assistance, smart speakers, and other Internet

8    connected devices, as well as broad claims about how

9    Google's search designs harmed SVPs.

10          The Court's already concluded that the evidence

11   does not support those claims.

12          So the only unique claim left in the Colorado

13   Plaintiffs' case is about SA360.  Google's tool to help

14   advertisers buy ads on Google ads, Bing ads, and other ad

15   platforms.

16          The Colorado Plaintiffs' press release claimed

17   that SA360 denied interoperability with Bing ad features.

18   The evidence will show that that claim fails as well.

19          First, it's built on a faulty legal premise that

20   Google is legally required to redesign SA360 in a manner

21   that not only helps Microsoft but to do so on the timetable

22   that Microsoft demands.

23          But even without a legal duty to do so, the

24   evidence will show Google has introduced four of the five

25   demanded Bing ads' features, and the fifth feature, the

1    auction-time bidding that Mr. Cavanaugh talked about, which

2    Google took years, years and years for Google to build into

3    its -- for its own product, that product is being tested

4    with advertisers today.

5            Moreover, the evidence will show that advertisers

6    have always been able to access Bing ads features directly

7    from Microsoft if they thought those features were really

8    important to them.

9            These facts did not constitute monopolization of

10   even plaintiffs' unreasonably narrow markets.

11           Now, the Court's summary judgment decision

12   thoughtfully considered the legal standard for the claims in

13   this case.  I'd like to highlight some of the key issues the

14   Court will consider with the evidence that's presented.

15           A Section 2 claim has two elements; possession of

16   monopoly power in a relevant market, and exclusionary

17   conduct that has anti-competitive effects in that market.

18           The second element involves several subsidiary

19   questions that are familiar to the Court.  Has the conduct

20   harmed the competitive process in consumers?  Is the conduct

21   competition on the merits?  And does it provide

22   pro-competitive benefits?  And has the conduct resulted in a

23   significant degree of foreclosure?

24           So there are three categories of conduct that

25   remain:  Browser default search engine agreements, Android

1    mobile device agreements, and SA3 integration of Bing ads'

2    functionality.

3              Each category must be individually assessed to

4    determine whether that conduct standing alone is

5    anti-competitive and whether it has substantially harmed

6    competition.

7              Try as they might, plaintiffs cannot aggregate

8    these distinct categories of conduct as a shortcut to

9    proving their claims.

10             So as to this first category, browser default

11   search agreements, the evidence will show that competition

12   for being selected as the default search engine on a popular

13   browser is valuable for many reasons.  That competition

14   causes search engines to innovate and compete on search

15   quality and search ad monetization.  That search engine

16   competition is good for browsers and for consumers.

17             The evidence will show that browsers have set

18   default search engines for years.  Microsoft, DuckDuckGo,

19   and Brave are just a few search engine competitors who also

20   have browsers.  They each set their own search engine as the

21   default, just like Google does with its Chrome browser.

22             But Apple, Safari, and Mozilla's Firefox are

23   examples of browsers that have held open competitions for 20

24   years to select the preferred default search engine.

25             Browser defaults give search engines valuable

1   promotional opportunities and easy access to consumers.

2   They also enhance the reputation of the search engine in the

3   eyes of consumers, particularly when a search engine is

4   selected by well respected and innovative companies like

5   Apple and Mozilla.  If a user enjoys the default search

6   experience, that consumer is likely to search more with that

7   search engine, increasing output of search and search ads.

8          The Court will also hear evidence that choosing

9   the best search engine is vitally important to browsers.

10          First, searching is one of the primary reasons

11   people use browsers.  So offering the best search engine as

12   the default improves a browser's experience and increases

13   revenue share for the browser; revenue that funds ongoing

14   browser innovations because browsers are -- otherwise are

15   free to consumers.

16          If a browser chooses an inferior search engine,

17   users will search less, and that will lower search revenues

18   and cause consumers to switch browsers altogether.

19          The Court will hear testimony and receive evidence

20   of how Apple and Mozilla conducted these competitions.  The

21   Court will hear from Eddy Cue, a longtime senior executive

22   at Apple who had responsibility for negotiating agreements

23   with Google.

24          The Court will also hear from John Giannandrea,

25   another senior Apple executive.  And, last, the Court will

1    review videotaped deposition testimony from Mitchell Baker,

2    Mozilla's CEO.

3            They will confirm that Google won these

4    competitions on the merits, and that intense competition for

5    browser defaults have improved browser performance and

6    quality, resulting in higher search engine usage and

7    revenues.

8            The evidence will also establish the following

9    critical facts as to Google's search default agreement with

10   Apple for the Safari browser.  Apple ultimately controls the

11   Safari browser product design and decides what is best for

12   its users.

13           Apple has designed Safari with one default search

14   provider and numerous secondary search providers that it

15   also promotes within Safari.

16           Apple designed Safari so that switching the

17   default search provider is easy for users.  In fact, this

18   was required by the agreements they entered into with the

19   secondary search providers.

20           Apple has made a conscious design decision to make

21   its app store the place for users to easily find and

22   download apps on IOS devices if users want something other

23   than what Apple has preloaded on their devices.

24           The Apple App Store has proven wildly popular with

25   Apple users who know how to easily download applications

1   they prefer.

2          You will hear evidence that when Apple first

3   introduced the Safari browser in 2003, it touted that it had

4   built Google search into the browser interface to allow for

5   convenient and quick searching and unquestionably

6   pro-competitive benefit to consumers.  At that time, Safari

7   was only available on Macintosh computers.  This was years

8   before the launch of the iPhone and the iPad.  And by 2005,

9   when Google amended their agreement, Safari's browser was 1

10  percent of browser usage, and Mac computers accounted for

11  less than 5 percent of all computers in the United States.

12         The evidence will show that when Apple unveiled a

13  new version of Safari for the launch of the iPhone four

14  years later, in 2007, Apple again touted its agreement --

15  it's integration of Google's search as an important product

16  design feature.

17         But Apple also touted the fact that Yahoo! search

18  was built into Safari.

19         Apple chose Google as the default because it was

20  the best search engine, but it gave users an easy way to

21  switch to Yahoo! if they preferred it.  That same product

22  design exists today, and Apple has integrated several

23  additional search engines into Safari.

24         The evidence will show that over the years, Apple

25  carefully considered which search engine to select as the

 1    Safari default.  And this decision was evaluated and

 2    considered at the highest levels of the company.

 3             The evidence will further demonstrate that Apple

 4    repeatedly chose Google as the default because Apple

 5    believed it was the best experience for its users.

 6             THE COURT:  So what's Google's, I mean,

 7    bottom-line position for what is sort of the core theory of

 8    the plaintiffs' cases which is that the combination of scale

 9    plus the defaults essentially make what you say are

10    competitions for defaults not really competition at all?

11    That really it is only Google that can be selected as the

12    default, that the browsers don't have any real choice in the

13    matter?

14             MR. SCHMIDTLEIN:  U.S. antitrust law does not,

15    cannot, as a matter of legal principle, change market

16    outcomes.

17             U.S. antitrust law, if -- we dispute the notion

18    that the scale issues that they present in this case

19    pre-determine and essentially confirm whatever the outcomes'

20    going to be.

21             But even if they did, as a matter of law, this

22    Court cannot intervene in the market and say, "Google,

23    you're not allowed to compete.  You have the best product,

24    the best quality, the best monetization that flows from the

25    fact that you have the best quality, but I'm sorry you can't

1    compete to be the default."

2            U.S. antitrust law -- that is an anathema to U.S.

3    antitrust law.

4            U.S. antitrust law is designed to promote people

5    to compete on the merits.  If there's some structural

6    reason -- and we dispute and we say it doesn't exist because

7    when Google first came to market, it was far behind

8    everybody else and it found ways to innovate to get ahead

9    without any scale.  But if they have a problem or an issue

10   with how Google competes and wins in the market, that's for

11   some other -- that's for somebody else to decide and to try

12   to fix.  But U.S. antitrust law says competition on the

13   merits, we're not going to interfere with the best company

14   winning those competitions.

15           You will also hear evidence about how simple it is

16   to change the default search engine on Safari.  It is

17   literally four taps on the phone.  Go to settings, tap

18   Safari, then search engine, then make a selection.  It takes

19   a matter of seconds.

20           And contrary to plaintiffs' and experts' claims,

21   iPhone users can figure out how to change the default.  And

22   if you can't figure it out, just search on Google, they'll

23   take you to an Apple page that explains these four easy

24   steps.  And if that doesn't help you, you'll see a bunch of

25   YouTube videos.  YouTube, owned by Google, will show you

```
 1   YouTube videos of how you can change the default search
 2   engine on Safari.
 3           Your Honor, this is not 20-plus years ago in the
 4   days of U.S. versus Microsoft when accessing new software
 5   required users to load a floppy disk or a CD or slowly
 6   download an application over those dial-up Internet
 7   connections that we all suffered through decades ago.
 8           Indeed, Microsoft's and Yahoo!'s agreements -- and
 9   this is a slide, Your Honor, that we've redacted -- they
10   specifically provide that Apple will make their search
11   services readily available and easily discoverable for the
12   user to change the Safari default.
13           You will hear evidence that these rival search
14   engines have for many years paid Apple to be included on
15   drop-down menus, bookmarks, and promotions on IOS devices.
16   Why would they do that if Google being set as the default is
17   an exclusive agreement?
18           In fact, Google's expert economist, Professor
19   Kevin Murphy, from the University of Chicago, will describe
20   analyses he did showing that actually a significant
21   percentage of search queries on IOS devices come through
22   search access points other than Safari.
23           But when users choose to search on Apple devices
24   other than by using the Safari browser, Dr. Murphy will
25   explain how they overwhelmingly still search with Google.
```

```
 1    Under those circumstances, why would Apple -- why would we
 2    second-guess Apple's decision?  They were making their
 3    product in a fashion that consumers want and prefer.
 4            You will also hear evidence that Mozilla also
 5    designed the Firefox browser to have a single default search
 6    engine.  Mozilla touted this design and its integration of
 7    Google and other general and specialized search engines
 8    nearly 20 years ago.  This press release from 2004 calls out
 9    not only Google, the chosen default, but also Yahoo!, eBay,
10    Amazon, and others.
11            In addition to evidence confirming that Mozilla,
12    not Google, controls the design of Firefox, you will also
13    hear evidence that Mozilla has regularly evaluated which
14    search engine to make as the default.  From 2004 to 2015, it
15    chose Google.  But in 2014, it decided to switch to Yahoo!,
16    it had choices.
17            You will learn how Mozilla's decision to switch
18    the default on the Firefox browser to Yahoo! ended up
19    significantly harming Mozilla, with droves of users changing
20    the default back to Google and others switching from Firefox
21    to other browsers that did use Google.
22            You will also hear testimony about how Mozilla has
23    designed Firefox with prominent links to rival search
24    engines to make them easy for users to use if that's what
25    they prefer.  Not surprisingly, rival search engines also
```

1   pay for these promotions and placements on the Firefox

2   browser just like they do with Apple.

3           And Mozilla's CEO, Mitchell Baker, will testify by

4   video deposition that having a single default but with other

5   options also built in has been Mozilla's product design from

6   the very beginning.

7           She will make clear that users have many choices

8   for search on Mozilla's Firefox browser and that providing

9   choice is a key principle of Mozilla's search philosophy.

10          The evidence will also show that the Firefox

11  browser comes with a variety of other links and promotions

12  to use rival search engines.  Here, depicted on this slide

13  on the left, is a desktop interface version of Firefox and

14  on the right is the mobile version.

15          You can see that even the Google is the default

16  for the OmniSearch box, which is higher-up on the left and

17  sort of more in the middle above the keyboard on the right.

18          In both instances, there are links to Bing,

19  DuckDuckGo, Amazon, and others.  A user can simply type a

20  query into the search box, and if they hit enter, they can

21  get Google results.  But if they want to search with

22  something else, they just click on those icons.

23          And if users want to change the default of these

24  search omniboxes, they can do that in a few easy clicks as

25  well.

1          The evidence will show that Mozilla has

2     promotional agreements with competitor search engines for

3     these and other promotions in the Firefox browser.

4          Finally, the Court will hear evidence of the

5     serious harm to competition among browsers that would occur

6     if Google is not allowed to compete to be the default search

7     engine, essentially mandating them to redesign their

8     products to benefit inferior search engines.

9          THE COURT:  Mr. Schmidtlein, can I ask you a

10    question?  Will I see evidence about how much switching

11    actually occurs?

12         MR. SCHMIDTLEIN:  Typically, the data -- we don't

13    have good data on actual user switching, and, in fact,

14    oftentimes users switch -- we users can switch multiple

15    times.

16         THE COURT:  Right.  But do Apple or Mozilla, the

17    browsers, do they not maintain evidence about how much

18    actual switching gets done from the default?

19         MR. SCHMIDTLEIN:  I don't believe that we actually

20    have data of that nature.  And it's certainly not accurate

21    in the sense of we're able to track sort of where people

22    sort of -- because sometimes people switch and then they

23    switch back.  And I'm not aware of accurate data that goes

24    to that that's been presented to our experts in the case.

25         THE COURT:  Okay.  I'm just curious because, you

1    know, the plaintiffs' expert will say, as I understand it,

2    that the way people behave, the default essentially stays

3    the default, both because of the difficulty of switching but

4    also because of the association the default has with the

5    product makes it unlikely that someone will switch.  And I'm

6    curious what the evidence actually shows about switching,

7    not notwithstanding the options that browsers offer to make

8    the switch.

9         MR. SCHMIDTLEIN:  We will present evidence, and

10   I will preview some of the evidence here shortly for you, of

11   instances where we do know that on particular -- what we can

12   measure on particular devices is who actually is getting the

13   searches.  In other words, it may -- and whether it's

14   because they've changed the default or maybe they're using

15   another product or they're getting -- they're searching

16   somewhere else, they're typing in Google.com or they're

17   getting to another search engine a variety of different

18   ways.

19        But my -- I think to your question, Your Honor,

20   I don't think we can necessarily pinpoint in a point in time

21   how many people are going and making that default switch,

22   but we have lots of evidence -- particularly when Bing or

23   Yahoo! has been set as the default, we have lots of evidence

24   of what people do when that occurs.

25        Now, I'd like to turn to the Android agreements.

1          The evidence will show that they promote

2    competition between Android and Apple mobile devices,

3    competition that leads to better devices that increase

4    competition in search and search ads markets by increasing

5    output.

6          Google's Android agreements have been important

7    components of a business model that has sustained the most

8    important competitor to Apple for mobile devices in the

9    United States.

10         The evidence also will show that even under

11   imaginary but-for worlds that plaintiffs' experts do not

12   subscribe to, and I -- obviously, we very much disagree with

13   Mr. Dintzer's remarks this morning that they don't have to

14   show a but-for world.  In whatever but-for world, even the

15   quasi-imagined ones that they don't really subscribe to, the

16   Android agreements do not substantially foreclose rivals

17   from plaintiffs' alleged relevant general search engine

18   market.

19         Plaintiffs' attacks on these agreements will not

20   enhance search competition.  Indeed, they threaten to

21   undermine the critical competitive restraints that Android

22   places on Apple.

23         I'll first discuss Google's mobile application

24   distribution agreement, also that's been referred to as the

25   MADA.  The MADA has existed since the early days of Android

1    as an important component of the Android business model.

2              The evidence will establish the following:  First,

3    a MADA is not required to license the Android operating

4    system.  Any OEM can license Android without licensing any

5    Google apps at all.

6              Second, the MADA gives OEMs the right to preload

7    popular applications, Gmail, YouTube, Google Maps, Chrome,

8    the Play Store, Google search.  These apps are licensed for

9    preload together royalty free.  The evidence will

10   demonstrate that these MADA applications make Android

11   devices more competitive with Apple devices.

12             Third, OEMs can decide on a device-by-device basis

13   whether to preload this suite of apps -- to preload the

14   suite of apps on any device.

15             Fourth, the license is not exclusive.  OEMs are

16   free to preload any other apps that compete with MADA apps.

17             And, in return, Google asks OEMs to place the MADA

18   apps on the default home screen, most of them in a folder so

19   that Android devices present a consistent and compelling

20   user experience to compete with Apple.  That so many OEMs

21   have signed MADAs doesn't mean they're forced to take them.

22   The evidence will show just the opposite.  These free

23   applications, many of them, activated by over a billion --

24   having over a billion daily active users, are valuable and

25   make the devices more competitive out of the box.

1          THE COURT:  And so how much of Google's defense do

2     I expect will rely on pro-competitive benefits in other

3     markets?  We talked about this the other day and whether

4     it's even relevant for my consideration, and we've mentioned

5     this morning at least pro-competitive benefits in two

6     different markets, mobile devices and browsers, and there

7     may be more.

8          MR. SCHMIDTLEIN:  We believe that all of these

9     agreements have pro-competitive effects in multiple markets.

10          First of all, you're going to hear evidence in

11     this case about how search engines, the fact that there is

12     competition for these defaults, that creates incentives for

13     search engines to compete, to innovate more, to build better

14     products.  There's no bigger competition than trying to get

15     your product on one of these devices.  It's important.

16     There is absolutely no escaping that.  All of these

17     companies want to be the default because there is tremendous

18     value with that, value that's not just some -- the

19     incremental usage you may get from people who they claim

20     don't know what search engine they're using.

21          If I'm the default, users will enjoy my product

22     more, and the more they're exposed and the more they enjoy

23     it, the more they will search.

24          So we have pro-competition among search engines,

25     these competitions are good for search innovation.  And if

1  Google is prevented from competing, that's not going to make

2  Microsoft or DuckDuckGo or Yahoo! or anybody else run faster

3  or any of the other analogies that my colleagues offered

4  this morning.

5       Second, enhancing competition in browsers or

6  enhancing competition on mobile devices, so pro-competition

7  between Android and Apple, that also has effects,

8  pro-competitive effects in search.  I'll just give you some

9  examples.

10      Browsers, and you'll hear testimony about this

11 from certain -- certainly certain of the companies.  Default

12 search revenue is a -- is the primary revenue that they make

13 on their browser, because browsers are free.  Microsoft

14 ended any notion by preloading it with Windows.  You can't

15 charge for a browser.  Browsers are free.  So how do I make

16 and generate revenue so I can continue to invest and

17 innovate?

18      Better, faster browsers improve search.  That's

19 why Google, you will hear, that's why Google invested and

20 developed Chrome.  Chrome is a fantastically fast, effective

21 browser for searching the Internet.  A better browser makes

22 for better searching.  Better searching is more competition.

23      Stepping back and talking about Android, Android

24 and Apple, fierce competition developing devices.  The RSA

25 payments that I'll talk about in a while, that helps

1    incentivize the Samsungs, the Motorolas, even the carriers

2    who have a part to play in competition for these defaults.

3              Enhancing competition between Apple and Android,

4    causing those two mobile platforms to invest, to develop

5    better devices, to innovate around, you know, sizes of form

6    factors, screens, right now, Your Honor, flip phones,

7    Android manufacturers are the first to bring flip phones to

8    market, a huge innovation.

9              All of that innovation makes for better searching.

10   A faster, better-connected, the carriers building out their

11   networks, all of these things that we now take for granted

12   that we have these pocket computers that we carry around

13   with us all day every day, and we're able to have these

14   incredible Internet connected experiences, all of that

15   increases search usage, search output, search advertising

16   output, all of that enhances and promotes pro-competition in

17   a search and a search ads market.

18             So it's a long way of answering your question,

19   Your Honor, but I think what we're going to demonstrate in

20   this case is, it advances competition in search directly but

21   we also get substantial, if not incidental or indirect,

22   benefits, by enhancing competition amongst browsers and

23   amongst mobile devices.

24             I hope that answers your question.

25             THE COURT:  It does.  Thank you.

1          MR. SCHMIDTLEIN:   Now, depicted here is an example

2     of a Samsung Android device that shows the MADA preload and

3     placement requirements.   The Google search widget, which is,

4     I want to make very clear, the Google search widget isn't a

5     bar with a bunch of defaults set in it.   The Google search

6     widget is Google.   It's Google's -- it's another

7     manifestation of Google's search application.

8          We also have the Google Play Store.   You can see

9     that's a single icon.

10          And then the rest of the Google applications that

11     come as part of the MADA license, those are located in a

12     folder on this device.

13          Google search on Android devices generates the

14     revenues that are used for the research and development and

15     the ongoing investment needed to make open source, free

16     Android a competitive mobile platform to Apple.

17          You will hear evidence, and you will see a

18     comparison of the out-of-box functionality Apple provides on

19     an iPhone.   Now, Apple controls all of that functionality

20     out of the box, while Android OEMs have the ability to

21     preload apps even if they agree to a MADA with Google.

22          The evidence will show that the MADA suite

23     provides competitive apps for those core functionalities

24     that users expect from a modern smartphone, and they help

25     Android compete with Apple.   This competition has resulted

1    in many groundbreaking innovations in smartphones and

2    better, faster mobile devices result in greater web

3    searching.  That is why Google has invested so heavily in

4    Android over the years.

5           The other agreements at issue are Google's revenue

6    share agreements, or RSAs.  RSAs historically have been

7    negotiated with OEMs and mobile carriers that want to share

8    in revenue from Google search on their devices.

9           The evidence will establish that Google's RSAs

10   have always been optional.  They're not required to license

11   the Android operating system or to preload MADA apps.  The

12   RSAs provide Google with promotional value and enhanced

13   placement of search access points that makes Android devices

14   more competitive with Apple and result in greater usage of

15   Google's apps.

16          It also compensates partners for the costs and

17   expenses associated with ensuring timely security updates,

18   timely operating system upgrades, actions that enhance the

19   quality and competitiveness of Android devices.

20          Search revenue sharing with OEM partners also

21   helps them continue to invest to develop and build the very

22   best Android devices and to sell them on competitive terms.

23          RSA payments made to mobile carriers provide them

24   with profit incentives to market and sell Android devices in

25   competition.

1          Remember, and everybody's everyday experience, if

2   you've walked into a Verizon or an AT&T or a T-Mobile store,

3   these carriers sell iPhones as well.  So Google's RSAs are

4   designed to provide them with incentives to market and price

5   Android devices to compete more effectively with Apple.

6          Indeed, you will hear evidence that Android

7   devices are offered at a wider array of different price

8   points than Apple devices, giving consumers many options to

9   address their needs.

10          The more consumers who can afford smartphones, the

11  more they're able to search, increasing output in both

12  search and search advertising.

13          Google's expert economist, Dr. Kevin Murphy, will

14  explain how this competition among smartphones creates

15  pro-competitive benefits in search and search advertising.

16          The evidence will also show that users can easily

17  access other search engines.  Google designed Android to

18  make it easy for users to switch search engines.

19          Here you can see, in just a few clicks, a user can

20  download a rival search engine from the Google Play Store.

21  Tap on the Play Store to open it, search and find an

22  alternative app within the store, tap to install it.  You

23  can place that icon for a rival search engine anywhere on

24  your phone.

25          And if you want to remove the Google search widget

1    and replace it with something else, well, that's easy too.

2    You long tap on the widget, you get a message asking if you

3    want to remove it, you tap on that, and it's gone.  It takes

4    a matter of seconds.

5            And the Court will hear evidence that users know

6    how to download apps.  Over 12 billion apps were downloaded

7    on devices in the United States in 2021.  And the ten most

8    popular apps were downloaded over 45 million times each.

9    Among the most popular apps are some that we have listed

10   here that consumers can use instead of preloaded apps on IOS

11   and Android devices.  You will hear evidence that an average

12   smartphone user downloads dozens of apps every year.

13           In addition to this economic evidence, we also

14   deposed witnesses from the leading OEMs and carriers who

15   sell Android devices in the U.S. and who entered into

16   Android agreements with Google.  None of these witnesses are

17   going to testify that they thought Bing or Yahoo! or

18   DuckDuckGo offered a superior search product to Google.

19   None will testify that they wanted to preinstall a rival

20   search engine but they were blocked from doing so.

21           The evidence will not show any harm to competition

22   whatsoever by the Android agreements.  Google search has

23   been preloaded on Android mobile devices because partners

24   believe it's the best search experience, and that makes the

25   devices more competitive to compete with Apple.

1          But as the Court will recall, even if plaintiffs

2     could somehow prove exclusionary conduct as to the Android

3     agreements, they also must prove that they foreclosed a

4     substantial share of their alleged search engine market.

5          The evidence will show they did not.  Here's the

6     evidence that'll be introduced on this key issue.  The DOJ

7     Plaintiffs' expert economist, Michael Winston, will admit

8     that the competitive effects of these agreements must be

9     examined relative to a but-for world.  In other words, a

10    world without Android agreements with default exclusivity.

11         In the three years we've litigated this case,

12    plaintiffs and their experts have failed to offer us

13    evidence of whether other search providers would be

14    preloaded on any Android devices in the supposed but-for

15    world.

16         Instead, the DOJ Plaintiffs' expert did an

17    analysis of two imaginary worlds that even he refused to say

18    that, absent the agreements, this is what actually would

19    have happened.

20         First you'll be presented with analysis that if

21    all Android devices came with a mandatory choice screen,

22    something that there's no evidence that any manufacturer has

23    ever done, rather than Google as the default search engine,

24    1 percent of U.S. query shares would have shifted to a rival

25    search engine.  That's according to plaintiffs' own data

1    analysis.

2            The second imaginary world will show you that if

3    you assume every single Android device in the U.S. was

4    preloaded with a rival search engine instead of Google,

5    again, a completely made-up world that the evidence in this

6    case will never support, 11 to 13 percent of queries would

7    have shifted to a rival search engine.

8            Those shares are not substantial foreclosure under

9    any legal precedent.

10            I'd like to just take a brief moment to pause and

11    talk about Branch Metrics since Mr. Dintzer raised it.

12            They're rolling out Branch Metrics in this case

13    because they don't like the reality that this case is really

14    all about Microsoft.  There will not be any evidence in this

15    case, contrary to the snippets and out-of-context emails,

16    there will be no evidence in this case that Google ever told

17    Samsung, AT&T, or anyone else they couldn't use Branch

18    Metrics.

19            In fact, you will see evidence, and I believe you

20    saw some of the evidence in connection with the motion to

21    quash the subpoena of the Samsung Next witness, you will see

22    evidence that will show that branch technologies, Branch

23    Metrics technologies actually failed, in some instances for

24    other reasons, and you'll hear some evidence that, in fact,

25    it has been implemented on a number of different devices.

1          In sum, Google has done nothing.  There will be no

2    evidence that Google has blocked Branch Metrics.

3          But we'll also hear from Branch Metrics' CEO and

4    what he will testify is, they don't compete with Google,

5    they're not a general search engine, they don't view their

6    technology as a substitute for Google's technology.  So how

7    that helps the plaintiffs establish monopolization of a

8    general search engine market is still a bit of a mystery to

9    me.

10          In addition, the evidence will show that defaults

11    do not foreclose consumers from accessing rivals' products.

12    Plaintiffs' browser and Android agreements claims are

13    defective because these agreements are not exclusive, or

14    de facto exclusive, because defaults can't stop consumers

15    from finding the applications they prefer.

16          Now, how do we know this?  I think this goes to

17    one of the questions you asked before about the change in

18    the defaults.  The Court will hear evidence about instances

19    where Google has not been the default search engine, yet

20    users flock to Google anyway.

21          First, the Court will hear evidence of Google's

22    share of search queries on Windows devices, where Google has

23    historically had little or no default status or even

24    preload.

25          Google still gets the overwhelming majority of

1   queries on Windows PCs.

2           Conversely, Bing gets a small fraction of search

3   queries on Windows PCs, even though Bing and Microsoft Edge

4   are preloaded on the large majority of these devices.

5           This data will show that while default status or

6   preinstallation, it matters, but it's not determinative.

7   And these defaults and preloads don't foreclose consumers

8   from accessing search engines they prefer.

9           Google's expert economist Kevin Murphy analyzed

10  several different historical circumstances where Google was

11  not the default or preloaded on various platforms.  Based

12  on -- and this is based on various sort of confidential

13  Google but also third-party confidential data produced in

14  the case, no one party knows -- has all of this data.

15          Set forth in this slide, this is what he found.

16  Google was the preferred search engine by users on a variety

17  of platforms, mobile and desktop.

18          Defaults can drive increased usage so they surely

19  are valuable, but they can't guarantee success if you have

20  an inferior product.

21          I next want to briefly address the issue of scale

22  that plaintiffs have highlighted.

23          Plaintiffs suggest that the reason Bing has not

24  succeeded in the market is a lack of query scale.  That's

25  not correct.  Bing has not been more successful for many

1   reasons you'll hear about that have little or anything to do

2   with scale.

3           In 2009, Microsoft did a deal with Yahoo!.  They

4   agreed that Yahoo! search would provide all of its search

5   queries to Bing and Microsoft would return search results

6   for Yahoo! to provide on its search engine results page.

7           In order to persuade the Antitrust Division to

8   allow the agreement, Microsoft said the deal was

9   pro-competitive because it would provide Microsoft with the

10  scale necessary to more effectively compete, and it would

11  give Microsoft the scale and resources to create the future

12  of search.

13          But the evidence will show that this increase in

14  scale -- more than doubling Microsoft's scale, Yahoo! is

15  bigger than Bing in 2009 -- it didn't not result in any

16  quality improvements, and it did not result in Microsoft

17  competing more effectively for consumers with Google.

18  Indeed, the evidence will show that over the years,

19  Microsoft has failed to invest, failed to innovate in a

20  manner comparable to Google in many areas that have nothing

21  to do with scale.

22          Moreover, the evidence will show that Microsoft

23  publicly proclaimed earlier this year that it had achieved

24  the largest jump in search quality in two decades through

25  innovations unrelated to any increase in scale.  And how did

1    they do this?  Purportedly through AI technologies that are

2    trained on public data sources.

3         In fact, Microsoft has publicly proclaimed that

4    its AI innovations have led to "a new day in search," and

5    that Microsoft is winning new Bing customers every day with

6    mobile app downloads increased by fourfold.  These are

7    hardly the statements of a company that claims it can't

8    compete based on scale.

9         But you'll also hear from Professor Edward Fox, a

10   distinguished computer science professor from Virginia Tech.

11   He conducted a data experiment -- a data reduction

12   experiment that retrained Google's primary search algorithms

13   that relied on click-and-query data with scale approximating

14   Microsoft scale.  Then with these retrained algorithms, he

15   conducted search quality analyses to compare the search

16   quality with the larger and the reduced scale.

17        He concluded that the vast majority of the quality

18   gap between Google and Microsoft was explained by factors

19   other than scale.

20        Plaintiffs' experts in this case have done no

21   affirmative empirical or other scientific analyses to

22   support a claim that some unquantified increase in scale

23   would cause Bing to equal or surpass Google's search in

24   search quality.

25        You also will hear from senior Google executives

who have been involved in search for decades.  They will

testify about the extraordinary innovations that Google has

brought to search that are unrelated to scale and how those

innovations have kept Google search quality higher than its

rivals.  They will also provide evidence of the remarkable

investments that Google has made to advance search and

search advertising technologies.

         The evidence will show that Google's hard work,

ingenuity, and investment have resulted in extraordinary

advancements in search.  Google search is constantly

changing and improving to respond to consumers' needs.  That

Google has continually innovated and improved Google's

search reflects the reality that Google knows it cannot rest

on its laurels.  It faces fierce competition from

well-resourced and sophisticated rivals who also answer a

range of user queries and a variety of dynamic ad platforms

and networks where advertisers can reach consumers.

         Google's commitment to constantly improving search

and search ad quality is why browsers, OEMs, and carriers

prefer its services.

         Now, I'd like to briefly address plaintiffs'

alleged relevant markets.

         Here are just some of the places users can search

for information online, depending on what type of

information you're looking for.  Although Google tries to

1    answer all search queries, it monetizes on a very, very

2    small percentage of those queries.  But if Google does not

3    answer these commercial queries well, users will go

4    elsewhere and Google will lose search advertising revenues.

5           And if Google doesn't provide good search results

6    for non-commercial queries, the queries that we make that

7    don't necessarily show an ad, users will surely stop relying

8    on Google for commercial queries.

9           The competitive pressures that Google faces today

10   have never been more varied and significant.

11          Now, plaintiffs say that only general search

12   engines provide effective competition for Google.  That's

13   just not correct.  Google faces competition from many

14   different search providers, again, depending on the nature

15   of the users' query.

16          Take as one example shopping queries.  These are

17   amongst the most valuable commercial queries.  Here are just

18   some of the many places where consumers can search for home

19   office chairs -- something we all probably looked into

20   during the pandemic -- Wayfair, Amazon, Walmart,

21   Overstock.com.  I could list many more.  But according to

22   the plaintiffs, the Court should ignore these companies and

23   their impact on search competition.  That makes no sense.

24          Here are some examples of places consumers can go

25   when they're planning a vacation and want to book a hotel.

1    Tripadvisor, booking.com, hotels.com, Expedia.  Again,

2    plaintiffs say that these well-known, specialized vertical

3    search providers should not be considered in an antitrust

4    relevant market just because they don't try to answer all

5    queries.

6              And if you're looking for food delivery, again,

7    users have lots of places to search aside from Google:

8    DoorDash, Grubhub, Uber Eats, Yelp.  According to

9    plaintiffs, you should ignore competition from these

10   companies because they're not general search engines.

11             The evidence will establish that Google faces more

12   competition for food delivery related queries from a

13   specialized provider like DoorDash than it does from Bing.

14             Plaintiffs' general search engine market does not

15   comport with the economic realities of who are the most

16   prominent search competitors from many commercially valuable

17   queries.  And that just does not make economic sense.

18             THE COURT:  Mr. Schmidtlein, can I ask you a

19   question?  What is your view on how I should go about

20   thinking about how to define the market?  In my very

21   rudimentary understanding of how economists think about this

22   is, the ability of a company to raise price, how much can a

23   company raise price before somebody will move to a different

24   product.

25             For a product for which there is no price, how do

1   I think about this?

2         MR. SCHMIDTLEIN:  It's an excellent question,

3   Your Honor.

4         In this instance, I think what you look to --

5   I think you're asking two different questions.  One is, how

6   do I define the market?  And then the second one is, is

7   somebody exercising monopoly power?  And that goes a little

8   bit to the pricing, although sometimes we look to -- we can

9   look to a hypothetical price increase and sort of where

10  people substitute away from.

11        THE COURT:  Right.

12        MR. SCHMIDTLEIN:  Here, you don't necessarily need

13  a pricing mechanism to examine the data of the options that

14  people actually have, even if it's a zero cost transaction.

15        And our position, again, is, particularly with

16  respect to the most valuable queries in terms of ad

17  monetization -- and I'm not assigning intrinsic value to any

18  particular query versus another one.  But as to the most

19  monetized queries, Google faces an enormous array of

20  competition.

21        And you're going to hear evidence about how Google

22  over the years has made enormous investments and enormous

23  technological changes to modify and make its search engine

24  results page more responsive to these types of queries so

25  that they're able to provide you a map or links to products

```
 1   or to make those experiences richer and more competitive,
 2   not just with Bing or Yahoo!, but with all of these other
 3   types of search providers, specialized and otherwise, that
 4   we know -- that we know people will use instead of Google if
 5   Google doesn't have a good experience.
 6            Amazon is a great example of it.  There's lots of
 7   data out there around what percentage of people are shopping
 8   on Amazon.  We all know from our own personal experience,
 9   there's nothing that prevents us from using the Amazon app
10   directly or navigating to Amazon directly and searching
11   there instead of Google.
12            THE COURT:  And so what's Google's response to
13   Mr. Cavanaugh's assertion that people who go to Google are
14   at a different point in the -- sort of the purchasing cycle?
15   In other words, if I'm thinking about buying a flight -- if
16   I'm buying a ticket to Europe, odds are I'm going to go
17   directly to Expedia, booking, what have you.  If I'm looking
18   for a hotel, I'm going to go directly to the hotel.  But if
19   I'm looking for a nice dress shirt, maybe I don't go
20   straight to those types of SVPs.
21            MR. SCHMIDTLEIN:  No, but you'll go to -- you'll
22   go to a -- for a dress shirt, you'll go to Nordstrom.com, or
23   you'll go --
24            THE COURT:  That's a bad example, I think.
25            MR. SCHMIDTLEIN:  -- or you'll go to Amazon.  You
```

1  can go to lots of other places.

2         But that's -- in some ways, that's the point,

3  Your Honor.  Depending on the nature of the commercial

4  query, there will be a different array of competitors above

5  and beyond general search engine competitors who are trying

6  to answer that query.

7         The vertical search providers figured out early

8  on, I don't need to -- I don't need to compete as a general

9  search engine to try to take search ads and other revenue

10 away from Google.  I don't need to be a general search

11 engine.  I don't want to bother answering all of the queries

12 in the world.  Google was founded on the principle and the

13 premise -- and you'll hear it still holds true today -- "we

14 want to organize the world's information."  That's all --

15 that was the mission.  And it still drives tens and tens of

16 thousands of employees every single day to innovate and try

17 to do that.  It was never to, I'm going to only take a slice

18 that's really, really valuable.

19        Other people have come along and decided that's

20 what they're going to do and that's fine, that's great.

21 They push Google to innovate better for those types of

22 queries.

23        And the point is if Google does a lousy job,

24 people will not start on Google.  And we all know that.

25 People start on Amazon for some queries because Amazon

1    offers a fantastic product.

2           So if Google doesn't offer a great product for all

3    of these other types of valuable queries, people will search

4    there.  And in a world where more and more people are

5    searching on phones, where they can just tab on an app and

6    access them directly, that competition has never been more

7    real.

8           And you'll also hear evidence in this case from

9    our executives that particularly from young users -- and

10   young users are oftentimes a prediction of where the market

11   is going.  Young users today are spending an awful lot of

12   time searching for things inside TikTok and other social

13   media sites.  And Google is thinking about and having to

14   compete on those bases as well.

15          So the fact that every one of these other

16   specialized sites doesn't answer everything doesn't mean

17   that they're not a competitive threat.

18          Coming back to your point about price, I think

19   what you need to look for, the guidepost should be, do I see

20   Google taking competitive actions to respond to and address

21   these various vertical, you know, these various verticals.

22   Because if they're right, then Google can just -- Google

23   should just be ignoring them and not worried about what's

24   going on in individual SVPs, and I submit to Your Honor that

25   will not be the case that's put before you.

1          Now, I briefly want to address digital

2   advertising.

3          You know, Your Honor has recognized that depending

4   on which of the plaintiffs, there's a couple of different

5   flavors of search advertising.

6          I think at the end of the day in some form or

7   another, the basic claim is that Google search ads don't

8   face effective competition from lots of other forms of

9   digital advertising, whether it's, you know, digital

10  advertising or actually other advertising media like

11  television, radio, newspapers.

12         But just as with the search market, plaintiffs'

13  market ignores significant competition Google faces from a

14  host of other competitors.

15         Here's just an example of some of the significant

16  companies that offer advertisers the opportunity to place

17  digital ads to reach consumers based on information and data

18  suggesting that they have some interest in the advertisers'

19  product.

20         The digital ads that appear on these ad platforms

21  can come in many different forms; some text, some visual,

22  some video.  But they're all competing to do the same thing.

23  They all provide an opportunity to connect a customer who

24  has taken some action indicating a potential interest in a

25  particular type of product.

1              Advertisers look for places where there are lots

2    of consumers that could be interested in their products.

3    That's where they will get the best return on their

4    advertising campaigns.

5              Now, plaintiffs suggest that a user's search query

6    provides unique information to an advertiser.  Indeed, it's

7    so unique, it's not comparable to other information that

8    other ad platforms have about visitors to their websites,

9    that an advertiser can't essentially substitute an ad on

10   Google with some other platform.

11             But the evidence in this case will show that

12   advertisers are focused on ROI, not the ad platform, and

13   they'll move their advertising dollars and campaigns across

14   many different advertising platforms to achieve their goals.

15             Now, the plaintiffs will try to offer evidence

16   suggesting that the only competitors for search advertising

17   really are other general search engines, but the marketplace

18   evidence won't support that.  Google competes with lots of

19   things other than general search engines for search

20   advertising.

21             You'll hear evidence about how search advertising

22   in particular, and digital advertising more generally that

23   includes both search and non-search ads, have grown

24   substantially over the years.  This growth is not consistent

25   with a market categorized as being a monopoly or one in

1   which a single player like Google has exercised monopoly

2   power.  Output expansion like this is a hallmark of a

3   competitive market.

4          And the evidence will further demonstrate that

5   Google has never had a share greater than 50 percent of all

6   digital ads.  And over time, its share has decreased as

7   other significant ad competitors, like Amazon and Meta, have

8   grown.  And it continues to decrease as even more

9   significant digital ads competitors like TikTok emerge.

10          The evidence will also show that advertisers have

11   lots of digital options to reach consumers.  Here are just

12   some examples of places where advertisers place ads for

13   running shoes.  Search ads on Google are not their only

14   option.

15          Search ads executives from Google will explain why

16   plaintiffs' narrow search ads market definitions do not

17   comport with commercial realities and why Google views many

18   other ad rivals as greater competitive threats than Bing

19   ads.

20          Dr. Mark Israel, Google's expert economist, and

21   Professor Randolph Bucklin, Google's marketing expert, will

22   explain why plaintiffs' expert's approach to market

23   definition ignores the realities of market advertising

24   markets and is premised on an outdated notion of a static

25   advertising funnel that does not apply to today's dynamic

1    advertising marketplace.

2            Finally, I would just like to address the Colorado

3    Plaintiffs' only unique claim that remains regarding

4    Google's SA360 search engine management or SEM tool.

5            As Your Honor has heard, SEM tools are used by

6    advertisers to manage their advertising spend across

7    multiple platforms.  This can include search engines and it

8    can include other advertising platforms like social media

9    sites.

10           You will hear testimony that advertisers have

11   multiple different options for purchasing Microsoft Bing

12   search ads.  If Google's SA360 does not offer all Bing ads'

13   functionality, advertisers can buy Bing ads directly from

14   Microsoft using Microsoft's own native tool.

15           This native tool includes all the functionality

16   that plaintiffs claim SA3 should have adopted sooner.

17           An advertiser can develop its own tools to buy ads

18   directly from Microsoft, and many advertisers do this,

19   particularly large advertisers.

20           And advertisers also can buy ads from other SEM

21   tool providers that compete with SA360.  And you've heard

22   that there are other, at least one other SEM tool provider

23   offers the demanded Bing ads' functionality.

24           Mr. Cavanaugh made reference to a refusal by

25   Google to providing conversion data.  I think this was the

1   walking out of the car lot without the engine in the car.

2   That conversion data is the advertisers' data.  Google is

3   not free to just willy-nilly hand that data over to any

4   other partner.  So you'll hear a dispute about that during

5   this trial.

6           Under the circumstances presented in this claim,

7   Google has no legal duty to build its products based upon

8   Microsoft's demands.  But even if it did, the evidence will

9   not demonstrate harm to competition in any advertising

10  market.

11          The evidence will confirm that SEM tools are a

12  small channel for ads purchases.  I believe Mr. Cavanaugh

13  made reference to the fact that it's one-third or less of

14  ads are purchased with SEM tools, and, of course, SA360 is

15  only one of those SEM tools that are used for that one-third

16  of all ads spend.

17          Advertisers have other options to purchase Bing

18  ads if these disputed features and functionality are

19  critically important to them.

20          You'll hear from Google witnesses that Google has

21  already built most of these disputed features and the fifth

22  one, the auction-time bidding that you heard about, a

23  feature that Google will explain took three years for it to

24  incorporate into its own Google ads product, that's actually

25  being tested with advertisers right now.

1      The evidence will also show that Microsoft could

2   have purchased or developed its own SEM tool to compete

3   against SA360, but it chose not to.  That was their

4   decision.  If having these disputed features built on SA360

5   on a timeline that Microsoft demanded was so important and

6   so critical for Bing ads, they should have developed their

7   own SEM tool.  This is quite remarkable.

8      Google operates a SEM tool that actually

9   facilitates and helps Microsoft ads be purchased by

10  advertisers.  Imagine that.  A SEM tool that actually allows

11  and provides benefits to them, and their legal claim --

12  there's no contract between Google and Microsoft around

13  SA360, we have no legal obligation to provide the parity and

14  functionality and do anything else.

15      An antitrust claim saying, you have an obligation

16  not only to carry all of our functionality to help a rival,

17  but you have to do it when we demand it and on the timetable

18  we insist on.

19      Antitrust law doesn't mandate that.

20      And, finally, as part of the summary judgment

21  proceedings, Your Honor has some familiarity with the

22  supposed evidence of the total lost sales, and we filed a

23  motion in limine on that as well.

24      I submit with a full trial record, the plaintiffs

25  will not be able to establish that any competent evidence of

1   actual loss of Bing ads sales.

2         Finally, you'll hear evidence that the Colorado

3   Plaintiffs' expert economist, Professor Jonathan Baker,

4   admits to having failed to analyze a host of economic issues

5   that would be necessary to offer a competent economic

6   opinion that Google's SA360 conduct actually harmed

7   competition.

8         Your Honor, I'm sure, has now read more cases than

9   you would like about harm to a competitor does not

10  necessarily equal harm to competition.

11        Harm to competition is something broader, it's

12  marketwide.

13        Well, here is just some of the holes in

14  Professor Baker's opinion.

15        He's offered no opinion that SA360 has market

16  power in any market.  That's an admission that SA360 is not

17  essential, it's not a must-have.

18        Second, he's done no analysis of what percentage

19  of advertisers only use SA360 to buy search ads.  So we have

20  no idea what number of these advertisers supposedly are

21  going to face some sort of switching cost if they have to

22  try to get this functionality through another means.

23        He's done no independent analysis of the cost of

24  switching from SA360 to Bing ads' native tools.

25        He did no independent analysis of whether Bing ads

1   loss spend due to delayed feature implementation.  He relies

2   solely on, I think as I referred to it, as the back of the

3   napkin.

4          And he's offered no opinion that Google's SA360

5   conduct has impacted ad auction pricing or overall search

6   advertising output, two of the hallmark -- the benchmarks

7   for evaluating harm to competition.

8          In conclusion, Your Honor, the evidence will show

9   that Google has competed successfully on the merits based on

10  the quality of its search and search advertising

11  technologies.  That competition has generated enormous

12  benefits and value for consumers who enjoy using Google

13  every day.

14         Google's success has generated enormous benefits

15  that have helped sustain competition from browsers like

16  Firefox and Safari, and Google's success in search on

17  Android devices has provided critical support for the

18  Android ecosystem, an ecosystem of OEMs and carriers, and it

19  has enhanced competition between Android and Apple.

20         Plaintiffs' claims seek to distort search

21  competition by hindering Google and its ability to compete,

22  all in the hopes that forcing people to use inferior

23  products in the short run will somehow be good for

24  competition in the long run.  U.S. antitrust law does not

25  countenance such radical market intervention; and for good

1    and sound economic principles.

2            We thank the Court for its careful attention and

3    Google looks forward to presenting its defense in this case.

4    Thank you, Your Honor.

5            THE COURT:  Thank you, Mr. Schmidtlein.

6            Okay, everyone.  It's a little bit after 12:35.

7    We will resume at about 1:35.  See everybody after lunch.

8            COURTROOM DEPUTY:  All rise.  This Court stands in

9    recess.

10           (Recess from 12:35 p.m. to 1:35 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:___September 12, 2023___     

William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [5] 4/2 4/5
65/6 65/9 112/8
MR. CAVANAUGH:
[26] 4/22 42/10 42/14
46/2 47/17 52/8 52/10
55/9 55/13 55/16 55/19
56/19 56/22 57/1 61/8
61/12 61/18 61/20
61/24 62/4 62/7 62/13
62/19 62/24 65/1 65/18
MR. DINTZER: [31]
4/20 5/3 9/9 9/14 10/3
10/7 10/12 12/5 12/8
12/25 13/4 13/9 13/11
13/15 17/25 21/14
21/20 21/25 26/6 26/10
27/12 27/14 34/6 34/12
35/5 35/7 35/9 38/21
39/14 39/18 40/2
MR. SCHMIDTLEIN:
[13] 4/23 65/22 66/14
75/14 80/12 80/19 81/9
84/8 87/1 100/2 100/12
101/21 101/25
THE COURT: [71] 4/4
4/14 4/24 9/7 9/10 9/24
10/6 10/11 12/1 12/7
12/23 13/3 13/6 13/10
13/14 17/17 21/11
21/19 21/24 26/5 26/7
27/11 27/13 34/2 34/10
35/2 35/6 35/8 38/6
39/6 39/15 40/1 42/8
42/13 45/25 47/14
51/24 52/9 55/4 55/10
55/14 55/18 56/17
56/20 56/25 61/7 61/9
61/15 61/19 61/23 62/1
62/6 62/8 62/16 62/23
64/24 65/2 65/11 65/19
66/13 75/6 80/9 80/16
80/25 84/1 86/25 99/18
100/11 101/12 101/24
112/5

**$**
$10 [1] 6/18

**'**
's [1] 77/8

**0**
0340 [1] 2/4

**1**
1 percent [1] 91/24
1.94 billion [1] 46/5
10,000 [1] 46/7
10036-6710 [1] 2/15
11 [1] 92/6
1100 [1] 2/3
1133 [1] 2/14
11:00 [2] 65/3 65/3
11:02 [1] 65/8
11:20 [1] 65/5
11:22 [1] 65/8

13/5 13/12 90/6 113/7
12 years [1] 41/25
12:35 [2] 112/6 112/10
12th [1] 2/18
13 [2] 49/9 92/6
1300 [1] 2/9
14 [1] 5/11
15 [2] 56/12 65/4
16 [2] 6/8 46/10
16 years [1] 21/7
17 [2] 50/2 50/5
18 [1] 50/5
19 [1] 50/17
1950s [1] 40/12
1:35 [2] 112/7 112/10

**2**
20 [2] 71/23 78/8
20-3010 [2] 1/4 4/8
20-plus [1] 77/3
20001 [1] 3/5
20005 [1] 2/19
2002 [1] 22/24
2002 ISA [1] 23/6
2003 [1] 74/3
2004 [2] 78/8 78/14
2005 [3] 23/2 23/12
74/8
2007 [4] 20/5 23/21
24/2 74/14
2009 [2] 95/3 95/15
2010 [4] 9/15 9/24 10/4
10/9
2013 [1] 25/1
2014 [3] 31/15 32/12
78/15
2015 [1] 78/14
2016 [4] 12/11 25/14
37/1 57/18
2019 [3] 16/17 19/18
57/18
202 [3] 2/4 2/19 3/5
2020 [8] 9/15 22/25 28/2
28/17 29/24 30/9 54/6
59/22
2021 [2] 37/17 90/7
2023 [2] 1/5 113/7
21 [1] 16/19
212 [1] 2/15
2200 [1] 2/14
24 [1] 37/15
26 [1] 54/8
27 [2] 59/23 60/3
2793 [1] 2/15
29 [1] 57/11

**3**
30 [2] 23/4 33/21
30 percent [1] 56/12
3010 [2] 1/4 4/8
307-0340 [1] 2/4
3249 [1] 3/5
333 [1] 3/4
335-2793 [1] 2/15
354-3249 [1] 3/5
36 [1] 59/17
36 other [1] 42/18

434-5000 [1] 2/19
45 [2] 28/11 90/8
46 [1] 28/16
46 years [1] 64/21

**5**
5 percent [1] 74/11
50 [3] 12/6 12/8 106/5
5000 [1] 2/19
508-6000 [1] 2/11
53 [1] 31/22

**6**
6000 [1] 2/11
66 [2] 33/16 33/22
6710 [1] 2/15

**7**
7 billion [1] 22/5
70 [2] 9/17 35/19
70 percent [1] 16/15
720 [1] 2/11
725 [1] 2/18
74 percent [1] 6/1
7th [1] 2/10

**8**
80 percent [1] 43/6
80203 [1] 2/10
89 [1] 5/19
89 percent [1] 17/5

**9**
90 [1] 49/19
90 percent [1] 43/13
9:30 [1] 1/6

**A**
a.m [3] 1/6 65/8 65/8
ability [15] 8/3 22/18
26/1 26/16 33/4 33/5
33/20 44/9 44/17 44/20
64/9 64/23 87/20 99/22
111/21
able [13] 13/7 18/10
35/10 35/11 39/1 55/6
66/7 70/6 80/21 86/13
89/11 100/25 109/25
about [56] 5/12 7/11
8/12 8/15 8/19 9/22
10/1 14/25 18/22 18/24
25/7 29/21 30/9 32/15
34/18 36/14 36/16
36/17 47/14 61/7 65/16
69/7 69/8 69/13 70/1
76/15 78/22 80/10
80/17 81/6 84/3 84/11
85/10 85/23 85/25
92/11 92/14 93/17
93/18 95/1 97/2 99/19
99/20 99/21 100/1
100/21 101/15 103/13
103/18 103/23 105/8
105/21 108/4 108/22
110/9 112/7
above [6] 5/19 9/17
15/9 79/17 102/4 113/4

above-titled [1] 113/4
absent [1] 91/18
absolute [1] 16/22
absolutely [5] 35/5
55/16 55/17 60/14
84/16
abstract [1] 20/18
abused [1] 5/15
accept [1] 14/1
accepted [2] 29/15
32/8
access [16] 6/10 11/5
11/8 11/9 21/6 28/13
54/12 64/19 66/19
67/21 70/6 72/1 77/22
88/13 89/17 103/6
accessing [3] 77/4
93/11 94/8
accompanying [1]
50/24
accomplish [1] 10/24
according [3] 91/25
98/21 99/8
accounted [1] 74/10
accurate [2] 80/20
80/23
achieve [1] 105/14
achieved [1] 95/23
Achilles' [1] 20/10
acknowledge [1] 29/7
across [6] 20/3 30/11
44/21 54/2 105/13
107/6
Act [6] 8/10 9/3 14/22
15/4 29/21 42/21
Act's [1] 15/1
acted [1] 20/16
acting [1] 16/9
action [5] 4/7 43/2
56/14 56/23 104/24
actions [6] 14/18 41/6
44/4 44/19 88/18
103/20
activated [1] 83/23
active [1] 83/24
actual [5] 31/6 49/18
80/13 80/18 110/1
actually [15] 12/23
44/11 77/20 80/11
80/19 81/6 81/12 91/18
92/23 100/14 104/10
108/24 109/8 109/10
110/6
ad [49] 5/20 5/24 6/14
6/20 9/1 17/13 23/5
34/7 34/20 34/22 34/25
35/16 35/20 36/15
36/25 41/16 47/1 47/24
50/5 51/19 52/2 54/6
54/23 55/7 56/14 56/18
58/23 58/24 59/1 59/2
61/6 61/16 61/25
62/10 62/17 69/14
69/17 71/15 97/16
97/19 98/7 100/16
104/20 105/8 105/9
105/12 106/7 106/18
111/5

Adam [1] 5/7
add [1] 52/13
added [3] 25/12 25/19
57/18
adding [1] 28/6
addition [3] 78/11
90/13 93/10
additional [3] 52/13
69/6 74/23
address [13] 9/20
17/15 18/11 18/17
42/19 43/18 50/20 89/9
94/21 97/21 103/20
104/1 107/2
addressed [1] 40/14
addressing [1] 47/20
adequate [1] 26/9
adjust [2] 56/4 56/4
admission [1] 110/16
admit [1] 91/7
admits [2] 14/6 110/4
adopted [2] 25/5
107/16
ads [97] 5/21 5/22
14/11 16/5 32/7 33/21
34/3 34/8 34/9 34/17
34/19 34/21 34/23 35/1
35/2 35/4 35/11 35/24
41/4 44/5 44/17 47/3
47/4 47/7 47/7 47/11
47/13 47/16 47/24 48/6
48/7 48/8 48/13 48/14
50/4 50/4 51/8 53/19
53/20 54/14 54/16
54/16 54/19 55/15
56/13 57/14 57/16
57/16 57/20 57/21
57/25 58/2 58/4 59/5
59/15 59/17 59/24
59/25 60/18 61/14
61/22 62/2 62/2 63/14
69/14 69/14 69/14 70/6
72/7 82/4 86/17 102/9
104/7 104/17 104/20
105/23 106/6 106/9
106/12 106/13 106/15
106/16 106/19 107/12
107/13 107/17 107/20
108/12 108/14 108/16
108/18 108/24 109/6
109/9 110/1 110/19
110/25
ads' [6] 34/22 69/25
71/1 107/12 107/23
110/24
advance [1] 97/6
advancements [1]
97/10
advances [1] 86/20
advantage [6] 6/4
8/21 24/25 26/22 26/23
52/19
advantages [2] 14/4
56/16
adventureness [1]
40/17
advertise [2] 46/17
60/13

**A**

**advertiser [11]** 54/2
54/16 54/18 55/25 56/4
58/15 59/8 61/15 105/6
105/9 107/17
**advertisers [52]** 7/18
34/15 34/16 34/18 36/8
40/23 44/2 44/4 44/8
46/16 47/7 47/10 47/19
48/11 48/18 49/5 52/3
52/7 53/14 53/17 55/1
55/6 56/11 57/22 58/12
60/8 60/14 60/15 60/23
63/9 63/11 63/13 69/14
70/4 70/5 97/17 104/16
105/1 105/12 106/10
106/12 107/6 107/10
107/13 107/18 107/19
107/20 108/17 108/25
109/10 110/19 110/20
**advertisers' [4]** 44/17
47/22 104/18 108/2
**advertisers's [1]** 44/12
**advertising [42]** 7/17
33/15 34/14 35/22
46/25 47/22 48/1 48/2
48/6 49/6 49/10 50/1
50/4 51/7 55/1 55/14
61/17 86/15 89/12
89/15 97/7 98/4 104/2
104/5 104/9 104/10
104/10 105/4 105/13
105/14 105/16 105/20
105/21 105/22 106/23
106/25 107/1 107/6
107/8 108/9 111/6
111/10
**advice [1]** 28/7
**affect [1]** 13/24
**affected [1]** 21/2
**affects [3]** 7/5 8/4
12/17
**affirmative [1]** 96/21
**afford [1]** 89/10
**after [12]** 28/5 36/4
37/14 37/15 37/17 57/3
64/20 65/3 65/5 69/6
112/6 112/7
**again [14]** 14/17 30/20
43/17 48/1 48/4 54/8
63/12 65/10 74/14 92/5
98/14 99/1 99/6 100/15
**against [9]** 35/14 35/15
36/10 43/2 51/11 51/11
52/16 68/14 109/3
**aggregate [1]** 71/7
**ago [9]** 11/14 25/10
43/1 55/19 57/23 66/15
77/3 77/7 78/8
**agree [2]** 27/19 87/21
**agreed [1]** 95/4
**agreeing [1]** 59/9
**agreement [12]** 12/12
23/25 25/12 25/17
25/19 27/16 73/9 74/9
74/14 77/17 82/24 95/8
**agreements [37]** 22/1
24/7 28/24 29/10 33/2

43/25 44/6 52/12 53/2
53/6 64/10 70/25 71/1
71/11 72/22 73/18 77/8
80/2 81/25 82/6 82/16
82/19 84/9 88/5 88/6
90/16 90/22 91/3 91/8
91/10 91/18 93/12
93/13
**ahead [3]** 27/11 27/13
76/8
**AI [3]** 40/20 96/1 96/4
**aided [1]** 3/6
**al [2]** 1/3 4/8
**alert [1]** 10/13
**algorithms [2]** 96/12
96/14
**all [87]** 4/2 4/14 4/17
4/24 7/5 7/19 9/11
10/15 15/4 18/7 18/15
19/3 19/16 19/20 20/24
21/5 22/2 24/22 26/11
28/7 29/3 29/20 31/10
34/13 34/24 36/4 36/13
36/18 39/15 39/22 40/4
40/20 42/8 42/9 43/3
43/16 43/19 49/5 49/11
50/20 51/18 59/3 59/4
65/2 65/3 65/5 65/6
65/9 65/13 65/20 66/20
66/24 74/11 75/10 77/7
83/5 84/8 84/10 84/16
86/9 86/11 86/13 86/14
86/16 87/19 91/21
92/14 94/14 95/4 98/1
98/19 99/4 101/2 101/8
102/11 102/14 102/24
103/2 104/22 104/23
106/5 107/12 107/15
108/16 109/16 111/22
112/8
**All right [1]** 39/15
**allegations [1]** 60/25
**allege [2]** 34/7 43/24
**alleged [7]** 9/18 33/18
39/25 47/25 82/17 91/4
97/22
**allocating [1]** 15/3
**allow [2]** 74/4 95/8
**allowed [5]** 30/18
30/21 41/8 75/23 80/6
**allowing [1]** 64/1
**allows [7]** 24/3 32/17
54/2 55/20 55/25 56/2
109/10
**almost [1]** 16/22
**alone [2]** 63/17 71/4
**along [2]** 36/18 102/19
**Alphabet's [1]** 66/11
**already [3]** 28/5 69/10
108/21
**also [55]** 5/20 8/2 14/1
25/15 31/25 33/5 37/21
42/17 44/14 45/3 49/1
49/7 53/3 53/21 55/14
60/4 61/14 67/22 71/19
72/2 72/8 72/24 73/8
73/15 74/17 76/15 78/4

78/25 79/5 79/10 81/4
82/10 82/24 85/7 86/21
87/8 88/16 88/20 89/16
90/13 91/3 93/3 94/13
96/9 96/25 97/5 97/15
103/8 106/10 107/20
109/1
**alternative [6]** 16/6
30/25 31/15 46/6 56/6
89/22
**alternatives [1]** 18/1
**although [3]** 30/14
97/25 100/8
**altogether [1]** 72/18
**always [5]** 6/23 24/24
40/10 70/6 88/10
**am [1]** 33/14
**Amaldoss [1]** 48/10
**Amazon [16]** 34/23
35/6 46/7 48/8 48/14
78/10 79/19 98/20
101/6 101/8 101/9
101/10 101/25 102/25
102/25 106/7
**amended [2]** 30/24
74/9
**amendment [3]** 23/25
24/2 28/16
**AMERICA [2]** 1/3 4/8
**Americas [1]** 2/14
**AMIT [2]** 1/9 4/3
**Amit P [1]** 4/3
**among [5]** 54/9 80/5
84/24 89/14 90/9
**amongst [3]** 86/22
86/23 98/17
**amount [1]** 32/5
**amounts [1]** 14/19
**analogies [1]** 85/3
**analyses [3]** 77/20
96/15 96/21
**analysis [8]** 18/20 39/5
91/17 91/20 92/1
110/18 110/23 110/25
**analyze [2]** 55/25
110/4
**analyzed [1]** 94/9
**anathema [1]** 76/2
**Android [65]** 26/3 27/3
27/6 27/8 27/9 27/14
28/20 28/25 29/2 29/8
29/11 30/3 31/3 36/10
36/12 39/20 67/10
67/13 68/7 69/3 70/25
81/25 82/2 82/6 82/16
82/21 82/25 83/1 83/3
83/4 83/10 83/19 85/7
85/23 85/23 86/3 86/7
87/2 87/13 87/16 87/20
87/25 88/4 88/11 88/13
88/19 88/22 88/24 89/5
89/6 89/17 90/11 90/15
90/16 90/22 90/24 92/3
93/12 111/17 111/18
111/19
**Android's [2]** 27/23

**Anna [1]** 28/3
**Anne [1]** 66/10
**another [13]** 43/15
45/10 53/15 58/8 60/21
67/15 72/25 81/15
81/17 87/6 100/18
104/7 110/22
**answer [19]** 10/17 18/7
18/7 18/10 18/22 18/23
18/25 23/7 23/10 33/24
40/25 41/1 52/2 97/15
98/1 98/3 99/4 102/6
103/16
**answering [2]** 86/18
102/11
**answers [3]** 10/15 30/1
86/24
**anti [9]** 20/2 29/15
35/22 36/4 38/13 39/10
52/6 70/17 71/5
**anti-competitive [9]**
20/2 29/15 35/22 36/4
38/13 39/10 52/6 70/17
71/5
**anticipate [1]** 47/20
**anticipated [1]** 47/9
**antitrust [18]** 2/8 8/24
15/2 37/10 38/1 45/11
67/25 75/14 75/17 76/2
76/3 76/4 76/12 95/7
99/3 109/15 109/19
111/21
**Antitrust Division [1]**
95/7
**Antonio [1]** 13/20
**any [37]** 4/16 6/11 8/14
9/6 31/8 36/14 36/16
37/2 39/4 40/25 43/18
45/23 54/18 55/10
58/14 60/3 64/13 75/12
76/9 83/4 83/4 83/14
83/16 85/3 85/14 90/21
91/14 91/22 92/9 92/14
95/15 95/25 100/17
108/3 108/9 109/25
110/16
**anybody [1]** 85/2
**anyone [2]** 32/13 92/17
**anything [3]** 4/18 95/1
109/14
**anytime [1]** 34/21
**anyway [1]** 93/20
**anywhere [2]** 19/11
89/23
**apologize [1]** 65/13
**app [11]** 11/19 27/7
27/9 27/10 50/19 73/21
73/24 89/22 96/6 101/9
103/5
**appear [2]** 10/21
104/20
**APPEARANCES [2]**
1/11 2/21
**appears [2]** 40/14 47/1
**Apple [76]** 12/11 13/17
22/4 22/7 22/10 22/12
22/21 22/24 23/5 23/18

24/6 24/14 25/1
25/2 25/3 25/5 25/9
25/20 25/25 26/1 26/7
26/10 26/10 26/21
36/11 52/14 52/15
67/13 69/3 71/22 72/5
72/20 72/22 72/25
73/10 73/10 73/13
73/16 73/20 73/23
73/24 73/25 74/2 74/12
74/14 74/17 74/19
74/22 74/24 75/3 75/4
76/23 77/10 77/14
77/23 78/1 79/2 80/16
82/2 82/8 82/22 83/11
83/20 85/7 85/24 86/3
87/16 87/18 87/19
87/25 88/14 89/5 89/8
90/25 111/19
**Apple's [9]** 8/2 22/18
23/4 23/8 23/15 23/24
24/1 24/12 78/2
**application [5]** 27/16
63/24 77/6 82/23 87/7
**applications [6]** 73/25
83/7 83/10 83/23 87/10
93/15
**applies [1]** 9/3
**apply [1]** 106/25
**approach [9]** 13/4 16/7
18/14 19/11 24/22
48/17 57/3 57/8 106/22
**approximating [1]**
96/13
**apps [23]** 6/4 27/18
29/3 30/2 30/11 73/22
83/5 83/8 83/13 83/14
83/16 83/16 83/18
87/21 87/23 88/11
88/15 90/6 90/6 90/8
90/9 90/10 90/12
**are [144]**
**area [1]** 13/23
**areas [3]** 36/14 40/20
95/20
**aren't [1]** 59/4
**argued [1]** 40/11
**argues [3]** 19/10 24/18
32/23
**argument [3]** 24/23
40/13 59/6
**arguments [1]** 65/25
**armies [1]** 17/9
**around [5]** 41/15 86/5
86/12 101/7 109/12
**array [3]** 89/7 100/19
102/4
**arrogance [1]** 30/20
**art [1]** 35/15
**as [116]**
**aside [1]** 99/7
**ask [6]** 17/17 41/24
61/7 63/6 80/9 99/18
**asked [2]** 23/5 32/14
33/22 43/15 51/18
58/17 93/17
**asking [5]** 14/9 42/19
65/13 90/2 100/5

**A**

asks [1] 83/17
aspect [1] 59/12
assertion [1] 101/13
assess [1] 59/8
assessed [1] 71/3
assigning [1] 100/17
assistance [3] 17/1
36/22 69/7
associated [1] 54/17
88/17
association [1] 81/4
assume [2] 15/2 92/3
assurances [1] 43/16
assured [1] 43/3
ATB [3] 57/15 59/25
60/5
attack [1] 9/20
attacks [1] 82/19
attention [1] 112/2
attorney [2] 37/5 42/23
attract [1] 49/11
attractive [1] 50/12
auction [31] 35/11
35/12 35/13 53/21
53/23 55/24 56/2 56/3
56/6 56/11 56/16 57/2
57/12 57/14 57/19
57/19 57/21 58/1 58/4
58/8 58/19 60/8 60/17
61/1 61/3 61/9 63/2
63/13 70/1 108/22
111/5
auction-time [26]
53/21 53/23 55/24 56/2
56/6 56/11 56/16 57/2
57/12 57/14 57/19
57/19 57/21 58/1 58/4
58/8 58/19 60/8 60/17
61/1 61/3 61/9 63/2
63/13 70/1 108/22
auctioneer [1] 35/15
audience [1] 12/20
authoritative [1] 16/24
authority [1] 64/25
automatically [1]
37/15
available [9] 10/17
18/4 18/5 56/7 62/12
62/13 63/14 74/7 77/11
avenue [3] 2/14 3/4
44/7
average [1] 90/11
avoid [2] 44/25 52/21
await [1] 58/15
aware [2] 60/13 80/23
away [7] 25/2 26/8
33/18 33/20 63/16
100/10 102/10
awful [1] 103/11
awfully [1] 59/6

**B**

back [11] 9/15 12/15
19/25 30/19 44/9 59/21
78/20 80/23 85/23
103/18 111/2
backup [1] 48/3

Baker [4] 46/3 73/1
79/3 110/3
Baker's [1] 110/14
balancing [2] 38/19
39/12
bar [3] 21/20 50/18
87/5
Barrett [1] 3/4
barriers [2] 16/13 17/8
based [10] 17/5 23/18
35/21 50/2 94/11 94/12
96/8 104/17 108/7
111/9
bases [1] 103/14
basic [4] 17/25 47/6
54/12 104/7
basis [1] 83/12
battle [1] 20/9
be [76] 4/5 6/15 9/21
9/22 9/24 9/25 12/5
12/16 16/11 18/10 19/15
19/21 20/8 20/9 20/10
20/11 20/14 23/19
23/24 24/11 24/21
24/24 26/14 31/9 32/12
34/10 35/25 37/22 39/1
40/6 40/6 40/14 40/17
41/17 42/1 42/11 43/11
47/14 47/18 47/21 48/9
52/1 52/4 52/6 53/19
61/14 62/11 65/11 66/7
68/8 68/9 71/3 75/11
75/20 76/1 77/14 80/6
84/7 84/17 91/6 91/8
91/13 91/20 92/14
92/16 93/1 99/3 102/4
102/10 103/19 103/23
103/25 105/2 109/9
109/25 110/5 111/23
beachhead [3] 27/24
28/15 28/18
beaten [1] 68/22
became [2] 9/11 10/2
because [51] 7/16 8/23
9/22 11/24 14/18 25/5
25/16 26/8 28/5 29/16
29/20 32/10 34/13 38/1
38/6 44/6 46/23 47/8
51/19 54/12 54/25 55/3
60/11 62/5 63/22 67/3
67/5 67/7 67/14 67/14
68/18 72/14 74/19 75/4
76/6 80/22 80/25 81/3
81/4 81/14 84/17 85/13
90/23 92/13 93/13
93/14 95/9 99/4 99/10
102/25 103/22
become [1] 33/10
been [28] 6/22 8/13
40/7 57/8 61/2 61/5
63/7 63/8 63/8 63/19
63/20 64/9 64/12 70/6
79/5 80/24 81/23 82/6
82/24 88/6 88/10 90/23
92/25 93/19 94/25 97/1
98/10 103/6
before [15] 1/9 4/18

38/18 45/14 65/24 66/8
67/21 74/8 93/17 99/23
103/25
began [3] 9/12 10/4
20/5
begin [4] 4/17 4/25
beginning [1] 79/6
begins [1] 10/18
behalf [2] 42/17 64/18
behave [1] 81/2
behavioral [1] 13/21
behind [2] 21/4 76/7
being [8] 24/20 43/20
58/24 70/3 71/12 77/16
105/25 108/25
believe [15] 9/11 30/17
34/17 38/25 39/4 39/18
55/9 56/22 62/13 62/19
80/19 84/8 90/24 92/19
108/12
believed [3] 20/19
29/14 75/5
believes [1] 17/20
BELKNAP [2] 2/13
42/15
Bellshaw [1] 5/8
belts [1] 27/5
BENCH [1] 1/9
benchmarks [1] 111/6
benefit [4] 30/4 38/14
74/6 80/8
benefits [10] 15/4 36/7
70/22 84/2 84/5 86/22
89/15 109/11 111/12
111/14
best [20] 10/17 10/21
10/21 11/22 15/2 52/15
68/8 72/9 72/11 73/11
74/20 75/5 75/23 75/24
75/24 75/25 76/13
88/22 90/24 105/3
better [20] 6/15 11/1
25/6 25/24 33/10 36/1
40/6 40/7 41/17 82/3
84/13 85/18 85/21
85/22 85/22 86/5 86/9
86/10 88/2 102/21
better-connected [1]
86/10
between [8] 47/7 48/13
82/2 85/7 86/3 96/18
109/12 111/19
beyond [2] 30/17 102/5
bid [1] 54/16
bidding [29] 35/14
53/21 53/22 53/23
55/24 56/2 56/3 56/6
56/11 56/16 57/2 57/12
57/14 57/19 57/19
57/21 58/1 58/4 58/9
58/19 60/8 60/17 61/1
61/3 61/9 63/2 63/14
70/1 108/22
bids [2] 35/14 35/15
bigger [2] 84/14 95/15
Bill [2] 42/14 56/9
billion [7] 6/18 22/5

billions [2] 11/24 17/12
41/2 48/11 48/11 49/8
49/9
binder [1] 16/19
binders [1] 13/1
Bing [52] 6/8 12/13
12/16 16/1 22/16 44/18
52/25 52/25 53/8 53/18
54/22 59/1 61/11 62/18
62/21 62/21 63/19 64/9
64/12 64/14 66/23 67/5
68/17 69/4 69/14 69/17
69/25 70/6 71/1 79/18
81/22 90/17 94/2 94/3
94/23 94/25 95/5 95/15
96/5 96/23 99/13 101/2
106/18 107/11 107/12
107/13 107/23 108/17
109/6 110/1 110/24
110/25
bit [4] 65/5 93/8 100/8
112/6
bleed [3] 8/3 25/14
26/15
block [5] 8/18 21/9
29/17 32/18 41/14
blocked [4] 25/23
68/12 90/20 93/2
blocking [2] 6/10
41/14
blue [3] 4/16 10/23
50/25
boasting [1] 60/7
bold [1] 37/3
bolstered [1] 44/13
book [2] 11/23 98/25
booking [1] 101/17
booking.com [1] 99/1
bookmarks [1] 77/15
books [1] 46/7
both [9] 16/17 19/19
31/5 36/13 67/23 79/18
81/3 89/11 105/23
bother [1] 102/11
bottom [2] 55/10 75/7
bottom-line [1] 75/7
box [8] 21/15 21/17
21/17 79/16 79/20
83/25 87/18 87/20
boxes [1] 12/21
Braddi [1] 25/8
branch [14] 8/1 29/25
29/25 30/6 30/10 30/10
30/22 92/11 92/12
92/17 92/22 92/22 93/2
93/3
Branch's [2] 30/3 31/1
brand [1] 20/20
Brave [2] 16/1 71/19
breadth [2] 45/21
45/24
break [2] 65/4 65/14
brief [7] 14/5 17/19
24/18 36/9 50/9 63/21
92/10
briefly [4] 9/3 94/21

90/6
bright [1] 21/22
bring [4] 38/17 38/17
40/2 86/7
brings [1] 19/25
broad [3] 45/19 46/17
69/8
broader [9] 5/22 17/20
34/4 34/20 34/24 35/1
48/2 48/5 110/11
broadly [2] 7/21 25/25
Broadway [1] 2/9
brought [1] 97/3
browser [40] 11/20
22/25 23/21 24/19
27/21 27/23 31/9 53/7
62/7 68/2 68/3 68/7
70/25 71/10 71/13
71/21 71/25 72/13
72/14 72/16 73/5 73/5
73/10 73/11 74/3 74/4
74/9 74/10 77/24 78/5
78/18 79/2 79/8 79/11
80/3 85/13 85/15 85/21
85/21 93/12
browser's [1] 72/12
browsers [29] 6/5
21/12 21/12 21/18 31/7
65/15 67/10 71/16
71/17 71/20 71/23 72/9
72/11 72/14 72/18
75/12 78/21 80/5 80/17
81/7 84/6 85/5 85/10
85/13 85/15 85/18
86/22 97/19 111/15
browsing [1] 21/21
Bruce [1] 2/6
Bucklin [1] 106/21
build [5] 14/20 70/2
84/13 88/21 108/7
building [4] 17/11
17/13 26/16 86/10
built [8] 6/2 8/15 69/19
74/4 74/18 79/5 108/21
109/4
bunch [3] 19/6 76/24
87/5
burden [3] 14/24 36/5
39/1
burdened [1] 64/10
business [2] 11/2
44/10 45/3 45/5 82/7
83/1
buy [6] 57/6 69/14
107/13 107/17 107/20
110/19
buying [3] 56/2 101/15
101/16

**C**

C-suite [1] 37/19
calculate [1] 17/4
calculated [5] 12/13
12/18 12/19 16/14
16/17
calculation [1] 5/18
calculations [2] 16/16
16/24

**C**

**call [6]** 11/8 16/25 29/5 35/17 35/17 43/21
**called [7]** 8/1 13/17 21/15 22/5 25/1 36/19 55/24
**calls [2]** 27/4 78/8
**came [4]** 10/7 23/10 76/7 91/21
**Cameron [1]** 5/8
**campaigns [2]** 105/4 105/13
**can [88]** 6/15 9/7 11/4 11/19 12/21 14/6 14/7 15/6 15/10 16/11 16/21 17/17 20/8 20/11 25/15 27/10 28/11 32/22 33/3 33/18 33/20 34/2 35/25 37/21 38/6 40/25 41/5 47/6 47/9 47/23 49/2 50/20 53/19 54/3 54/12 54/13 55/11 56/4 57/24 58/1 58/25 60/9 60/17 60/19 61/7 61/14 63/22 64/10 66/5 67/18 75/11 76/21 77/1 79/15 79/19 79/20 79/24 80/9 80/14 81/11 81/20 83/4 83/12 85/16 87/8 89/10 89/16 89/19 89/18 89/23 90/10 94/18 97/17 97/23 98/18 98/24 99/18 99/22 100/8 102/1 103/5 103/22 104/21 107/7 107/8 107/13 107/17 107/20
**can't [24]** 12/20 18/6 18/7 22/13 22/14 22/15 25/20 25/20 26/18 26/24 27/2 39/19 39/21 40/6 41/1 47/10 69/2 75/25 76/22 85/14 93/14 94/19 96/7 105/9
**cannot [6]** 6/20 15/13 22/12 27/25 36/6 71/7 75/15 75/22 97/13
**cap [1]** 33/2
**capture [2]** 8/16 21/5
**Capturing [1]** 11/16
**car [4]** 57/6 57/7 108/1 108/1
**care [3]** 7/11 36/20 36/23
**careful [1]** 112/2
**carefully [1]** 74/25
**cares [1]** 36/14
**Carr [1]** 2/8
**carriers [15]** 28/3 29/1 29/12 30/3 30/19 36/12 67/10 86/1 86/10 88/7 88/23 89/3 90/14 97/19 111/18
**carry [1]** 86/12 109/16
**case [39]** 5/12 8/6 8/12 8/15 9/20 15/16 17/16 18/12 32/16 37/18 38/9 40/11 40/18 42/25 50/10 50/13 52/12 53/4 70/13 75/18 80/24 84/11 86/20 91/11 92/6 92/12 92/13 92/15 92/16 94/14 96/20 103/8 103/25 105/11 112/3
**cases [2]** 75/8 110/8
**categories [2]** 70/24 71/8
**categorized [1]** 105/25
**category [2]** 71/3 71/10
**cause [2]** 72/18 96/23
**caused [1]** 51/21
**causes [1]** 71/14
**causing [1]** 86/4
**Cavanaugh [13]** 2/12 4/11 42/9 42/15 51/24 55/4 56/9 64/21 65/2 65/13 70/1 107/24 108/12
**Cavanaugh's [1]** 101/13
**CD [1]** 77/5
**CDC [1]** 18/24
**center [3]** 2/9 9/2 17/15
**centers [1]** 33/9
**CEO [6]** 29/5 32/25 37/17 73/2 79/3 93/3
**certain [2]** 85/11 85/11
**certainly [4]** 38/4 63/19 80/20 85/11
**Certified [1]** 3/3
**certify [1]** 113/2
**cetera [2]** 20/22 35/6
**CH [1]** 3/4
**chairs [1]** 98/19
**challenge [2]** 24/16 40/19
**challenged [2]** 37/9 41/24
**challenges [1]** 17/15
**challenging [2]** 32/1 36/24
**change [14]** 13/25 21/2 28/20 31/19 31/25 37/21 43/9 75/15 76/16 76/21 77/1 77/12 79/23 93/17
**changed [3]** 28/15 31/18 81/14
**changes [1]** 100/23
**changing [2]** 78/19 97/11
**channel [3]** 53/7 53/11 108/12
**channels [1]** 11/17
**charge [2]** 16/6 85/15
**charges [1]** 40/23
**chart [1]** 45/14
**chastened [1]** 43/20
**chat [2]** 37/20 45/6
**ChatGPT [1]** 17/23
**chats [1]** 37/15
**check [1]** 11/23
**Chicago [1]** 77/19
**chief [3]** 11/13 20/13

**choice [12]** 20/19 22/12 23/19 23/22 23/24 24/6 24/11 24/12 24/15 75/12 79/9 91/21
**choices [1]** 13/25 46/17 78/16 79/7
**choose [4]** 24/3 28/22 67/11 77/23
**chooses [1]** 72/16
**choosing [2]** 24/19 72/8
**chose [4]** 74/19 75/4 78/15 109/3
**chosen [4]** 24/22 63/25 64/4 78/9
**Chrome [4]** 71/21 83/7 85/20 85/20
**circle [1]** 37/19
**Circuit [2]** 38/20 39/7
**circumstances [3]** 78/1 94/10 108/6
**Civil [1]** 4/7
**claim [11]** 69/12 69/18 70/15 84/19 96/22 104/7 107/3 107/16 108/6 109/11 109/15
**claimed [2]** 66/17 69/16
**claims [11]** 40/24 41/12 69/6 69/8 69/11 70/12 71/9 76/20 93/12 96/7 111/20
**clarification [2]** 34/3 55/5
**clarify [1]** 61/24
**classifies [1]** 48/17
**clear [8]** 9/24 13/6 38/19 45/6 52/1 60/11 79/7 87/4
**click [3]** 56/18 79/22 96/13
**clicking [1]** 56/1 56/13
**clicks [7]** 5/24 7/18 50/17 51/1 51/4 79/24 89/19
**client [1]** 37/5
**clients [1]** 64/18
**close [2]** 43/21 49/19
**closer [1]** 48/24
**closing [1]** 64/7
**co [4]** 2/10 5/11 30/10 34/11
**co-extensive [1]** 34/11
**co-plaintiff [1]** 5/11
**co-workers [1]** 30/10
**coag.gov [1]** 2/11
**Coca [1]** 18/23
**Coca-Cola [1]** 18/23
**code [1]** 13/18
**coding [1]** 46/1
**coerce [1]** 68/1
**coined [1]** 11/14
**Coke [1]** 18/23
**Cola [1]** 18/23
**cold [1]** 13/18
**colleagues [3]** 66/1 64/8 85/3

**Colorado [9]** 2/6 2/7 2/9 42/16 69/5 69/12 69/16 107/2 110/2
**COLUMBIA [1]** 1/1
**combination [1]** 75/8
**come [12]** 4/6 6/25 34/18 38/24 39/3 41/5 45/25 47/21 77/21 87/11 102/19 104/21
**comes [3]** 50/18 64/4 79/11
**coming [4]** 39/2 39/21 54/24 103/18
**commercial [6]** 98/3 98/6 98/8 98/17 102/3 106/17
**commercially [1]** 99/16
**Commission [1]** 43/2
**commitment [1]** 97/18
**Communicate [2]** 36/20 36/23
**communications [1]** 37/3
**companies [8]** 17/21 47/11 72/4 84/17 85/11 98/22 99/10 104/16
**company [10]** 11/24 16/3 16/12 24/15 68/13 75/2 76/13 96/7 99/22 99/23
**comparable [3]** 50/6 95/20 105/7
**compare [1]** 96/15
**compared [1]** 15/23
**comparing [1]** 50/3
**comparison [1]** 87/18
**Compass [1]** 18/13
**Compass Lexecon [1]** 18/13
**compelling [2]** 20/15 83/19
**compensates [1]** 88/16
**compete [30]** 14/16 17/9 22/19 26/21 32/8 33/5 36/10 43/21 44/20 52/15 68/14 71/14 75/23 76/1 76/5 80/6 83/16 83/20 84/13 87/25 89/5 90/25 93/4 95/10 96/8 102/8 103/14 107/21 109/2 111/21
**competed [2]** 68/6 111/9
**competent [2]** 109/25 110/5
**competes [2]** 76/10 105/18
**competing [3]** 85/1 95/17 104/22
**competition [78]** 5/14 7/2 7/7 7/12 7/16 7/23 14/15 15/2 15/4 15/5 15/6 15/9 15/12 15/13 19/15 19/25 23/15

**Collectively [1]** 1/1
**competitions [7]** 24/19 71/23 72/20 73/4 75/10 76/14 84/25
**competitive [52]** 20/2 22/23 29/15 33/12 35/22 36/4 36/6 38/10 38/11 38/13 38/14 38/24 39/7 39/10 39/10 39/13 39/17 39/22 41/5 41/6 51/22 52/6 52/21 63/20 64/5 64/15 70/17 70/20 70/22 71/5 74/6 82/21 83/11 83/25 84/2 84/5 84/9 85/8 87/16 87/23 88/14 88/22 89/15 90/25 91/8 95/9 98/9 101/1 103/17 103/20 106/3 106/18
**competitiveness [1]** 88/19
**competitor [7]** 26/1 35/25 68/12 68/14 80/2 82/8 110/9
**competitor's [1]** 21/22
**competitors [16]** 20/22 25/22 26/19 43/4 49/21 50/7 53/3 69/1 71/19 99/16 102/4 102/5 104/14 105/16 106/7 106/9
**complaint [4]** 9/2 9/14 43/24 60/24
**complete [3]** 43/14 49/2 49/4
**completely [2]** 34/25 92/5
**component [2]** 21/21 83/1
**components [1]** 82/7
**comport [2]** 99/15 106/17
**computer [4]** 3/6 8/5 67/1 96/10
**computer-aided [1]** 3/6
**computers [7]** 11/5 12/19 66/25 74/7 74/10 74/11 86/12
**concentration [1]** 4/16
**concept [1]** 32/11

**C**

conceptual [1] 48/16
concerned [1] 25/11
concerns [3] 7/15 30/9 43/18
conclude [1] 42/3
concluded [4] 23/17 28/4 69/10 96/17
concludes [1] 17/4
concluding [1] 13/19
conclusion [2] 21/4 111/8
conduct [19] 9/22 20/2 35/22 36/18 36/24 38/1 41/24 51/11 59/7 70/17 70/19 70/20 70/22 70/24 71/4 71/8 91/2 110/6 111/5
conducted [6] 12/3 12/9 12/9 72/20 96/11 96/15
confidential [3] 37/5 94/12 94/13
confidential-attorney-client [1] 37/5
confidentiality [1] 66/3
confirm [4] 62/20 73/3 75/19 108/11
confirming [1] 78/11
confusing [1] 65/14
connect [2] 11/7 104/23
connected [3] 69/8 86/10 86/14
connection [1] 92/20
connections [1] 77/7
CONNOLLY [1] 2/18
conscious [1] 73/20
consider [3] 19/14 54/19 70/14
consideration [1] 84/4
considered [5] 12/12 70/12 74/25 75/2 99/3
considers [1] 19/20
consist [1] 48/6
consistent [3] 17/2 83/19 105/24
constantly [2] 97/10 97/18
constitute [1] 70/9
constitutes [1] 54/23
Constitution [1] 3/4
construct [1] 21/12
constructed [1] 29/9
consumer [5] 2/7 47/15 48/24 52/5 72/6
consumers [34] 7/19 10/14 25/6 33/13 41/17 47/20 52/4 56/1 67/7 67/12 67/15 68/4 70/20 71/16 72/1 72/3 72/15 72/18 74/6 78/3 89/8 89/10 90/10 93/11 93/14 94/7 95/17 97/17 98/18 98/24 104/17 105/2 106/11 111/12
consumers' [1] 97/11
contained [1] 22/2

contemporaneous [1] 39/23
contempt [1] 40/21
contend [3] 9/13 10/2 10/3
content [4] 37/5 45/18 47/8 52/17
contention [1] 52/3
context [1] 92/15
contexts [1] 50/25
continually [1] 97/12
continue [3] 43/9 85/16 88/21
CONTINUED [1] 3/1
continues [1] 106/8
contract [8] 22/4 22/18 24/2 31/13 31/17 32/11 41/20 109/12
contracted [1] 31/17
contracts [13] 6/19 7/21 8/2 8/4 9/6 15/13 20/3 26/4 31/5 33/6 41/11 41/14 66/22
contractually [1] 26/10
contrary [3] 39/9 76/20 92/15
contrast [1] 68/5
control [4] 27/6 30/15 43/14 47/8
controlling [1] 36/15
controls [4] 6/6 73/10 78/12 87/19
convenient [1] 74/5
Conversely [1] 94/2
conversion [9] 56/17 56/18 56/24 57/1 57/5 57/23 60/22 107/25 108/2
conversions [1] 56/13
copy [1] 42/12
core [2] 75/7 87/23
corporate [1] 36/22
corporations [3] 15/7 15/8 15/9
correct [6] 50/20 52/8 62/3 94/25 98/13 113/3
cost [7] 6/25 51/16 63/13 67/19 100/14 110/21 110/23
costing [1] 60/14
costs [4] 33/11 44/12 63/11 88/16
could [27] 7/22 8/12 12/25 14/19 18/22 18/23 18/25 20/9 20/10 21/20 23/23 25/12 26/5 26/13 26/15 28/4 28/22 32/8 38/2 39/12 55/4 57/20 68/9 91/2 98/21 105/2 109/1
couldn't [4] 28/19 31/4 59/10 92/17
counsel [4] 5/7 36/22 38/5 42/15
countenance [1] 111/25
countless [1] 67/17
country [1] 8/5

course [4] 17/14 19/14 40/9 108/14
COURT [52] 1/1 3/2 3/3 4/2 5/4 10/12 11/11 11/13 13/11 13/20 14/15 16/21 17/2 18/13 18/20 24/6 27/8 28/11 32/14 32/21 33/17 33/18 33/20 34/17 38/22 39/24 41/24 42/3 42/14 42/19 43/15 51/18 64/16 64/18 65/6 65/10 70/14 70/19 72/8 72/19 72/21 72/24 72/25 75/22 80/4 90/5 91/1 93/18 93/21 98/22 112/2 112/8
Court's [3] 14/23 69/10 70/11
courtroom [2] 38/3 42/24
cover [1] 27/22
covered [3] 28/5 51/23 52/10
crawl [1] 18/2
crawling [1] 52/16
create [6] 7/23 9/6 23/15 24/19 30/4 95/11
creates [2] 84/12 89/14
creating [1] 51/21
credible [2] 7/12 7/16
critic [1] 18/17
critical [6] 57/1 68/21 73/9 82/21 109/6 111/17
critically [1] 108/19
cross [1] 23/8
crossed [1] 37/10
CRR [2] 113/2 113/8
Cue [1] 72/21
curious [1] 62/23
current [1] 29/21 41/22 48/20
customer [1] 104/23
customers [10] 15/10 30/4 34/14 44/8 44/10 51/10 59/4 60/7 68/18 96/5
CV [1] 1/4
cycle [1] 101/14

**D**

D.C [5] 1/5 2/3 2/19 3/5 4/15
Dahlquist [1] 5/8
daily [1] 83/24
data [38] 6/8 6/12 6/14 7/13 8/20 8/20 10/24 11/1 14/4 14/6 14/16 14/19 14/20 17/5 33/9 41/3 49/18 57/1 57/5 80/12 80/13 80/20 80/23 91/25 94/5 94/13 94/14 96/2 96/11 96/11 96/13 100/13 101/7 104/17 107/25 108/2

date [2] 9/25 113/7
David [1] 5/8
day [10] 1/7 66/25 84/3 86/13 86/13 96/4 96/5 102/16 104/6 111/13
days [3] 24/10 77/4 82/25
de [1] 93/14
de facto [1] 93/14
deal [7] 24/15 63/23 63/25 64/3 64/4 95/3 95/8
dealing [1] 49/21
decade [1] 42/6
decades [4] 67/6 77/7 95/24 97/1
December [1] 60/25
decide [2] 76/11 83/12
decided [3] 23/22 78/15 102/19
decides [1] 73/11
deciding [1] 28/2
decision [8] 13/22 48/25 70/11 73/20 75/1 78/2 78/17 109/4
decision-making [1] 13/22
deck [1] 37/1
declaration [1] 63/1
declares [1] 60/11
declined [1] 43/2
decrease [1] 106/8
decreased [1] 106/6
deep [1] 30/12
deeply [3] 7/11 44/4 51/8
default [92] 8/17 11/16 12/10 12/13 12/14 12/15 19/24 20/3 20/8 20/11 20/25 21/13 22/2 22/8 22/11 22/14 22/20 23/2 23/23 24/4 24/10 24/12 24/20 27/25 28/21 28/22 29/2 31/9 31/14 31/18 31/21 32/2 32/13 36/2 44/6 52/12 53/1 53/6 53/8 64/10 65/16 66/19 67/13 68/7 69/3 70/25 71/10 71/12 71/18 71/21 71/24 72/5 72/12 73/9 73/13 73/17 74/19 75/1 75/4 75/12 76/1 76/16 76/21 77/1 77/12 77/16 78/5 78/9 78/14 78/18 78/20 79/4 79/15 79/23 80/6 80/18 81/2 81/3 81/4 81/14 81/21 81/23 83/18 84/17 84/21 85/11 91/10 91/23 93/19 93/23 94/5 94/11
defaults [53] 6/2 6/4 6/6 6/17 11/9 11/12 11/14 11/21 11/23 11/24 12/3 13/17 13/19 13/22 13/24 14/2 20/1 20/5 20/6 21/2 21/2

23/11 21/9 22/1 22/16 23/13 26/20 26/22 27/21 28/25 29/3 31/20 31/24 31/24 32/17 41/2 41/11 41/12 41/20 42/4 43/25 71/25 73/5 75/9 75/10 84/12 86/2 87/5 90/10 93/14 93/18 94/7 94/18
defective [1] 93/13
defend [1] 20/10
Defendant [1] 1/7 2/17 112/3
defense [4] 40/14 84/1 112/3
define [3] 8/6 99/20 100/6
defined [1] 17/21
definition [4] 34/4 39/24 45/13 106/23
definitions [1] 106/16
degree [1] 70/23
delayed [1] 111/1
deletes [1] 37/24
deliberate [1] 63/8
deliberately [2] 28/21 53/17
delivers [1] 67/14
delivery [2] 99/6 99/12
demand [6] 10/14 24/22 59/11 59/14 109/17
demanded [4] 8/17 69/25 107/23 109/5
demanding [1] 59/4
demands [6] 60/4 69/22 108/8
Democratic [1] 42/22
demonstrate [14] 15/19 29/23 36/7 38/13 39/12 46/4 64/9 64/11 66/22 75/3 83/10 86/19 106/4 108/9
demonstrates [2] 45/21 50/17
denied [1] 7/21 69/17
Denver [1] 2/10
denying [4] 33/8 33/10 41/15 53/18
department [5] 2/2 2/7 5/6 25/23 48/2
depending [4] 97/24 98/14 102/3 104/3
depicted [2] 79/12 87/1
deposed [1] 90/14
deposition [1] 29/6 73/1 79/4
deprives [1] 28/21
derive [1] 52/17
derives [1] 47/24
describe [5] 14/1 15/14 18/1 32/15 77/19
design [8] 22/19 73/11 73/20 74/16 74/22 78/6 78/12 79/5
designed [8] 21/13 73/13 73/16 76/4 78/5 78/23 89/4 89/17
designs [1] 69/9

**D**

desktop [10] 16/18 20/3 43/7 53/7 55/8 55/12 66/25 68/23 79/13 94/17

desktops [1] 53/6

destinations [1] 46/6

destroy [1] 41/7

destroyed [3] 8/22 37/15 37/25

destructive [1] 6/11

determinative [1] 94/6

determine [2] 71/4 75/19

develop [4] 22/14 86/4 88/21 107/17

developed [4] 21/6 85/20 109/2 109/6

developing [1] 85/24

development [2] 68/20 87/14

device [14] 11/6 27/22 28/8 28/9 31/9 46/20 67/10 71/1 83/12 83/12 83/14 87/2 87/12 92/3

devices [51] 6/5 20/4 21/10 22/10 22/15 43/7 43/8 67/11 67/13 69/3 69/8 73/22 73/23 77/15 77/21 77/23 81/12 82/2 83/19 83/25 84/6 84/15 85/6 85/24 86/5 86/23 87/13 88/2 88/8 88/13 88/19 88/22 88/24 89/5 89/7 89/8 90/7 90/11 90/15 90/23 90/25 91/14 91/21 92/25 93/22 94/4 111/17

dial [1] 77/6

dial-up [1] 77/6

did [54] 8/7 8/9 8/10 8/15 8/16 8/24 10/8 19/16 21/25 23/7 23/8 23/20 25/14 25/23 28/3 29/6 29/9 29/12 31/5 37/11 37/25 41/10 41/16 41/25 42/2 44/23 45/8 46/3 51/6 51/7 57/7 60/20 64/8 64/8 65/18 65/24 65/25 66/15 68/19 68/19 68/19 68/21 69/6 70/9 75/21 77/20 78/21 91/5 91/16 95/3 95/16 95/25 108/8 110/25

didn't [7] 25/4 28/7 30/15 38/7 38/23 68/13 95/15

difference [2] 47/6 49/1

different [27] 8/14 11/19 11/20 19/3 19/7 21/15 42/23 45/22 47/3 47/15 58/25 59/23 68/9 81/17 84/6 89/7 92/25 94/10 98/14 99/23 100/5 101/14 102/4

differently [1] 48/23

difficulty [1] 81/3

digital [9] 104/1 104/9 104/9 104/17 104/20 105/22 106/6 106/9 106/11

diminished [2] 44/1 64/13

Dintzer [14] 2/2 4/10 5/2 5/5 9/7 17/17 26/5 27/11 34/2 42/8 45/16 51/23 52/10 92/11

Dintzer's [1] 82/13

direct [6] 7/7 7/14 15/12 25/3 31/23 44/11

direct evidence [3] 7/7 7/14 31/23

directly [13] 7/5 33/5 47/9 60/17 70/6 86/20 101/10 101/10 101/17 101/18 103/6 107/13 107/18

director [1] 66/12

disadvantage [1] 53/18

disagree [2] 48/4 82/12

disappear [2] 45/7 45/8

discipline [1] 13/23

discoverable [1] 77/11

discovery [6] 17/6 36/18 36/22 37/7 37/9 37/14

discuss [9] 4/19 9/1 9/3 14/4 22/2 26/23 32/16 38/7 82/23

discussed [2] 24/6 50/25

discussing [1] 45/1

discussions [1] 45/5

disk [1] 77/5

dispense [1] 63/22

dispute [3] 75/17 76/6 108/4

disputed [3] 108/18 108/21 109/4

distinct [4] 47/4 47/5 48/5 71/8

distinction [2] 48/13 49/8

distinguished [1] 96/10

distort [1] 111/20

distribute [4] 11/12 27/17 27/19 28/12

distributing [3] 11/18 11/25 21/9

distribution [15] 6/6 6/10 7/22 11/3 11/17 15/13 17/15 22/1 27/16 27/17 33/6 36/2 41/11 43/25 82/24

distributors [2] 8/18 15/11

DISTRICT [3] 1/1 1/1 1/10

Division [1] 95/7

do [69] 8/7 8/11 8/25 14/7 18/1 18/20 19/4 25/23 26/13 26/14 26/14 26/16 29/9 37/11 37/25 38/15 38/16 38/25 39/2 41/6 43/8 44/6 44/18 46/21 46/22 47/20 49/12 51/7 54/5 56/22 58/5 58/21 58/22 60/3 60/5 61/16 62/16 62/17 64/3 67/18 68/11 69/21 69/23 77/16 79/2 79/24 80/16 80/17 81/11 81/24 82/11 82/16 84/1 85/15 93/11 93/16 95/1 95/21 96/1 99/25 100/6 102/17 102/20 103/19 104/22 106/16 107/18 109/14 109/17

do you see [1] 46/21

do you understand [1] 38/15

document [1] 19/18

documents [16] 8/15 8/23 15/18 17/2 19/12 19/13 36/21 37/9 37/25 39/19 39/23 41/8 41/17 42/2 45/2 45/4

does [27] 18/2 18/14 18/15 18/18 30/2 35/7 35/16 38/16 45/25 46/2 55/8 55/24 61/9 69/11 70/21 71/21 75/14 86/25 98/2 99/13 99/14 99/17 102/23 106/25 107/12 110/9 111/24

doesn't [17] 9/20 9/25 17/14 19/14 28/12 41/12 51/21 56/20 76/6 76/24 83/21 98/5 101/5 103/2 103/16 103/16 109/19

doing [5] 25/13 39/20 48/19 56/1 90/20

DOJ [7] 2/2 4/10 4/20 66/17 67/22 91/6 91/16

dollar [1] 59/1

dollars [9] 17/13 22/5 29/1 48/11 48/12 49/6 49/9 51/19 105/13

dominance [2] 7/17 44/1

dominant [3] 44/21 45/1 45/23

dominated [1] 54/8

don't [36] 10/16 18/2 18/2 18/3 19/1 19/2 21/1 41/2 46/22 47/17 48/4 49/3 54/4 59/24 60/3 62/13 75/12 80/12 80/19 81/20 82/13 82/15 84/20 92/13 93/4 93/5 94/7 98/7 99/4 100/12 101/19 102/8 102/8 102/10 102/11

done [12] 8/12 8/13 53/18 60/15 62/11 66/2 80/18 91/23 93/1 96/20 110/18 110/23

DoorDash [2] 99/8 99/13

doubled [2] 35/20 43/24

doubled-down [1] 43/24

doubling [1] 95/14

doubt [2] 36/16 63/3

down [6] 43/24 49/23 51/1 51/4 53/1 77/15

download [7] 6/5 11/19 73/22 73/25 77/6 89/20 90/6

downloaded [3] 31/9 90/6 90/8

downloads [2] 90/12 96/6

dozens [2] 55/20 90/12

Dr. [8] 18/17 19/10 19/11 20/14 20/15 77/24 89/13 106/20

Dr. Israel [2] 18/17 19/10

Dr. Israel's [1] 19/11

Dr. Kevin [1] 89/13

Dr. Mark [1] 106/20

Dr. Murphy [1] 77/24

Dr. Varian [2] 20/14 20/15

drafting [1] 24/7

drag [1] 19/17

dramatic [1] 66/21

dramatically [4] 32/2 32/3 49/23 51/5

drawn [1] 49/18

dress [2] 101/19 101/22

Dressing [1] 41/19

drive [4] 25/16 25/20 31/24 94/18

drives [1] 102/15

drop [1] 77/15

drop-down [1] 77/15

dropped [1] 32/7

drove [1] 58/19

droves [1] 73/19

DuckDuckGo [8] 16/1 22/17 46/21 68/25 71/18 79/19 85/2 90/18

DuckDuckGo Mac [1] 22/17

due [1] 111/1

Duke [1] 48/10

during [4] 8/8 63/3 98/20 108/4

duties [1] 15/7

duty [2] 69/23 108/7

dynamic [2] 97/16 106/25

**E**

e-mail [1] 25/8

each [9] 11/6 18/6 31/9

107/11

1/35/25 54/5 71/3 71/20 90/8

earlier [3] 32/17 59/22 95/23

early [3] 21/1 82/25 102/7

easier [2] 19/7 25/6

easily [5] 67/18 73/21 73/25 77/11 89/16

easy [10] 13/25 20/9 72/1 73/17 74/20 76/23 78/24 79/24 89/18 90/1

Eats [1] 99/8

eBay [1] 78/9

economic [6] 90/13 99/15 99/17 110/4 110/5 112/1

economically [1] 33/2

economics [2] 13/22 17/1

economist [11] 11/13 13/21 18/13 20/13 46/3 77/18 89/13 91/7 94/9 106/20 110/3

economists [2] 23/16 99/21

ecosystem [2] 111/18 111/18

Eddy [1] 72/21

Edge [1] 94/3

Edward [1] 96/9

effect [2] 20/19 36/7

effective [3] 85/20 98/12 104/8

effectively [5] 26/22 52/4 89/5 95/10 95/17

effects [8] 7/19 36/4 52/6 70/17 84/9 85/7 85/8 91/8

efficient [3] 11/12 54/3 63/20

efficiently [1] 44/18

efforts [6] 22/22 23/15 36/17 36/17 42/20 43/25

eight [1] 35/21

either [1] 57/16

electronic [1] 37/24

electronics [1] 46/8

element [1] 70/18

elements [3] 19/15 28/15 70/15

Elizabeth [1] 5/8

else [10] 51/13 51/13 76/8 76/11 79/22 81/16 85/2 90/1 92/17 109/14

elsewhere [1] 98/4

email [6] 2/4 2/11 2/16 2/20 24/1 45/6

emails [1] 92/15

emerge [1] 106/9

empirical [1] 96/21

employee [1] 28/3

employees [5] 36/21 37/2 41/7 41/23 102/16

encompass [1] 39/25

encompasses [1] 34/25

**E**

encouraging [1] 28/20
end [6] 15/12 24/3 33/24 33/25 42/3 104/6
ended [2] 78/18 85/14
enforcement [1] 45/10
engine [93] 5/13 6/12 7/6 8/21 10/13 10/14 10/16 10/19 10/22 11/7 14/3 14/9 14/11 14/21 16/9 17/8 17/12 19/4 19/9 20/20 21/2 22/8 22/9 22/10 26/9 28/23 31/10 40/24 41/4 44/16 46/20 46/23 47/2 53/8 53/16 53/25 57/7 62/4 62/5 62/9 62/11 62/15 65/16 66/23 67/7 67/13 67/16 68/8 68/18 70/25 71/12 71/15 71/19 71/20 71/24 72/2 72/3 72/7 72/9 72/11 72/16 73/6 74/20 74/25 76/16 76/18 77/2 78/6 78/14 80/7 81/17 82/17 84/20 89/20 89/23 90/20 91/4 91/23 91/25 92/4 92/7 93/5 93/8 93/19 94/16 95/6 99/14 100/23 102/5 102/9 102/11 107/4 108/1
engine's [1] 55/22
engineer [1] 20/6
engineering [1] 33/10
engineers [1] 17/9
engines [40] 14/8 15/23 21/13 22/13 24/21 34/9 35/4 46/18 49/10 50/12 54/19 54/21 61/10 61/13 62/18 65/15 66/20 69/2 71/14 71/18 71/25 74/23 77/14 78/7 78/24 78/25 79/12 80/2 80/8 84/11 84/13 84/24 89/17 89/18 94/8 98/12 99/10 105/17 105/19 107/7
enhance [3] 72/2 82/20 88/18
enhanced [2] 88/12 111/19
enhances [1] 86/16
enhancing [4] 85/5 85/6 86/3 86/22
enjoy [3] 84/21 84/22 111/12
enjoys [1] 72/5
enormous [12] 6/25 15/7 17/8 44/13 49/16 50/3 54/25 100/19 100/22 100/22 111/11 111/14
enormously [2] 7/10 59/2
enough [4] 40/5 40/8 40/10 40/12
ensure [2] 6/19 66/23

ensures [1] 7/18
ensuring [1] 88/17
enter [1] 79/20
entered [2] 73/18 90/15
enterprise [1] 40/18
entities [2] 19/17 19/21
entrant [2] 8/1 17/9
entry [2] 16/13 17/8
equal [2] 96/23 110/10
equivalent [1] 21/22 57/25
era [1] 42/22
escaping [1] 84/16
especially [3] 6/11 6/21 16/22
essential [1] 110/17
essentially [9] 34/11 38/18 38/19 51/10 75/9 75/19 80/7 81/2 105/9
establish [9] 9/4 9/23 15/16 73/8 83/2 88/9 93/7 99/11 109/25
established [4] 16/11 20/6 36/19 41/15
establishes [1] 38/9
establishing [1] 9/23
et [4] 1/3 4/8 20/22 35/6
et al [1] 4/8
et cetera [2] 20/22 35/6
Europe [1] 101/16
evaluate [1] 44/17
evaluated [2] 75/1 78/13
evaluating [1] 111/7
even [34] 4/15 7/19 8/20 14/2 17/23 24/7 28/6 28/14 35/10 35/13 35/15 40/15 43/5 44/20 51/8 53/6 53/8 68/15 69/23 70/10 75/21 79/15 82/10 82/14 84/4 86/1 87/21 91/1 91/17 93/23 94/3 100/14 106/8 108/8
event [1] 55/10
events [1] 57/10
Eventually [1] 32/7
ever [6] 5/13 33/23 40/11 67/21 91/23 92/16
every [19] 5/18 5/23 8/4 10/24 11/24 12/8 18/21 27/14 29/11 40/10 56/8 68/21 86/13 90/12 92/3 96/5 102/16 103/15 111/13
everybody [2] 76/8 112/7
everybody's [1] 89/1
everyday [1] 89/1
everyone [7] 4/4 4/5 4/14 13/7 65/12 66/13 112/6
everything [1] 103/16
evidence [128]

exactly [2] 8/16 14/12
examine [2] 19/3 100/13
examined [1] 91/9
example [15] 16/17 19/15 26/25 28/19 30/12 36/9 47/11 54/1 54/22 66/21 87/1 98/16 101/6 101/24 104/15
examples [4] 71/23 85/9 98/24 106/12
exceed [1] 32/4
exceeded [1] 16/15
exceeds [1] 5/25
excellent [1] 100/2
exception [1] 33/16
exchange [2] 22/7 27/19
exclude [2] 31/5 48/7
exclusionary [1] 26/2 28/23 70/16 91/2
exclusions [1] 25/21
exclusive [13] 8/4 22/2 23/18 24/12 31/5 33/2 41/11 41/19 52/11 77/17 83/15 93/13 93/14
exclusively [3] 23/1 25/15 68/1
exclusivity [15] 8/18 19/24 20/3 22/11 22/20 24/17 25/21 28/13 29/2 29/8 29/10 29/16 29/17 31/10 91/10
excuse [2] 39/10 51/21
executive [4] 16/4 25/8 72/21 72/25
executives [6] 16/23 20/16 32/24 96/25 103/9 106/15
exercised [1] 106/1
exercising [1] 100/7
exist [1] 76/6
existed [1] 82/25
existence [1] 36/19
exists [1] 74/22
exited [1] 16/10
expand [2] 25/13 25/20
expansion [1] 106/2
expect [2] 84/2 87/24
expected [3] 13/12 16/10 17/11
Expedia [4] 44/3 46/9 99/1 101/17
Expedia's [1] 51/15
expenses [1] 88/17
expensive [1] 63/16
experience [13] 20/21 30/11 30/15 33/22 50/11 72/6 72/12 75/5 83/20 89/1 90/24 101/5 101/8
experienced [1] 52/16
experiences [3] 10/25 86/14 101/1
experiment [4] 60/20 60/22 96/11 96/12

experimenting [1] 63/10
expert [13] 17/1 19/12 48/9 52/24 77/18 81/1 89/13 91/7 91/16 94/9 106/20 106/21 110/3
expert's [1] 106/22
experts [4] 80/24 82/11 91/12 96/20
experts' [1] 76/20
explain [8] 9/5 13/24 67/10 77/25 89/14 106/15 106/22 108/23
explained [4] 20/18 23/5 25/9 96/18
explaining [1] 48/10
explains [1] 76/23
explanations [1] 39/22
explicitly [1] 30/25
Explorer [1] 68/2
exposed [1] 84/22
express [1] 63/25
expressly [1] 7/25
extended [1] 64/22
extensive [1] 34/11
extent [3] 47/17 50/20 64/9
extraordinarily [2] 50/6 58/25
extraordinary [3] 45/18 97/2 97/9
eyes [1] 64/12 72/3

**F**

face [5] 5/13 43/10 53/6 104/8 110/21
Facebook [3] 17/22 35/6 46/12
faced [2] 40/7 40/11
faces [6] 97/14 98/9 98/13 99/11 100/19 104/13
facie [1] 38/9
facilitates [1] 109/9
facility [1] 55/8
facing [2] 7/7 7/16
fact [17] 18/11 18/16 23/18 40/16 48/10 64/12 73/17 74/17 75/25 77/18 80/13 84/11 92/19 92/24 96/3 103/15 108/13
facto [1] 93/14
factor [1] 20/24
factors [4] 20/19 21/3 86/6 96/18
facts [3] 68/9 70/9 73/9
failed [6] 68/18 91/12 92/23 95/19 95/19 110/4
fails [1] 69/18
fairly [1] 54/23
false [1] 32/24
familiar [1] 70/19
familiarity [1] 109/21
famous [1] 67/6
fan [1] 59/19
fanfare [1] 66/16

fantastic [1] 103/1
fantastically [1] 85/20
far [4] 31/3 58/13 66/25 76/7
farther [1] 25/13
fashion [1] 78/3
fast [1] 85/20
faster [6] 25/6 33/10 85/2 85/18 86/10 88/2
fault [1] 65/19
faulty [1] 69/19
feature [13] 53/21 54/12 57/15 57/21 58/2 58/6 59/15 61/1 61/3 69/25 74/16 108/23 111/1
features [17] 7/9 20/21 21/3 53/19 55/20 59/5 59/23 61/2 61/4 64/6 69/17 69/25 70/6 70/7 108/18 108/21 109/4
Federal [1] 43/1
fee [1] 54/17
feed [1] 13/7
feedback [6] 6/22 19/25 32/19 32/19 33/7 35/23
few [4] 42/11 71/19 79/24 89/19
fewer [1] 51/1
field [2] 32/1 32/10
fierce [1] 85/24 97/14
fifth [2] 69/25 108/21
figure [3] 18/21 76/21 76/22
figured [1] 102/7
filed [5] 37/18 60/24 66/15 69/5 109/22
finally [9] 9/4 14/6 19/23 31/7 33/7 80/4 107/2 109/20 110/2
financial [4] 17/10 41/23 47/11 52/18
find [9] 6/4 10/8 10/9 12/15 28/11 42/23 67/8 73/21 89/21
Finder [1] 30/11
finding [1] 93/15
fine [2] 55/18 102/20
Firefox [25] 31/12 31/13 31/18 31/21 31/25 32/2 61/10 61/16 61/16 61/25 62/5 62/5 65/15 71/22 78/5 78/12 78/18 78/20 78/23 79/1 79/8 79/10 79/13 80/3 111/16
Firefox's [1] 61/17
firm [1] 18/13
first [20] 9/1 20/14 22/4 23/23 23/24 30/22 31/20 51/1 64/21 69/19 71/10 72/10 74/2 76/7 82/23 83/2 84/10 86/7 91/20 93/21
five [1] 69/24
fix [1] 76/12
flavors [1] 104/5

**F**

flexed [1] 30/16
flexing [1] 25/18
flight [1] 101/15
flip [3] 66/7 86/6 86/7
flock [1] 93/20
Floor [1] 2/10
floppy [1] 77/5
flows [1] 75/24
focus [6] 8/10 41/25
46/7 49/6 52/5 68/23
focused [2] 36/24
105/12
focuses [1] 48/15
focusing [1] 48/12
folder [2] 83/18 87/12
follow [2] 56/15 66/5
follow-up [1] 56/15
following [3] 73/8 83/2
food [2] 99/6 99/12
forced [3] 40/18 44/5
83/21
forcing [2] 35/12
111/22
foreclose [3] 82/16
93/11 94/7
foreclosed [2] 32/22
91/3
foreclosure [4] 32/14
32/16 70/23 92/8
foregoing [1] 113/3
foreign [1] 61/12
forgets [1] 36/11
form [4] 57/4 57/13
86/5 104/6
former [3] 16/3 17/11
41/23
formidable [3] 43/4
49/20 52/21
forms [4] 43/10 43/17
104/8 104/21
forth [1] 94/15
forward [7] 38/17
38/17 38/24 39/3 39/3
64/17 112/3
found [3] 20/15 76/8
94/15
founded [1] 102/12
four [6] 34/18 58/9
69/24 74/13 76/17
76/23
fourfold [1] 96/6
Fourth [1] 83/15
Fox [1] 96/9
fraction [1] 94/2
frankly [1] 59/8
free [10] 15/3 26/12
72/15 83/9 83/16 83/22
85/13 85/15 87/15
108/3
freeze [1] 65/14
fresh [1] 6/8
froze [1] 25/19
FTC [4] 43/3 43/21
44/23 49/22
full [4] 30/6 31/1 41/18
109/24
function [3] 52/17 53/1

**G**

functional [1] 49/1
functionalities [1]
87/23
functionality [10] 71/2
87/18 87/19 107/13
107/15 107/23 108/18
109/14 109/16 110/22
funded [1] 16/4
funds [1] 72/13
funnel [2] 48/15 48/16
106/25
further [10] 16/25
28/14 28/14 44/19
46/13 46/19 60/4 68/24
75/3 106/4
future [5] 5/12 5/14
29/17 29/22 95/11

**G**

gain [1] 28/1
game [3] 44/22 59/19
60/12
games [1] 64/6
gap [1] 96/18
gatekeeper [2] 66/18
67/2
gather [1] 14/19
gathered [2] 17/6 19/6
gave [2] 16/19 74/20
general [72] 5/16 5/17
5/21 10/13 10/16 10/18
11/5 11/7 15/20 15/21
15/23 15/24 15/25 16/9
16/18 17/8 17/12 18/1
19/4 19/8 19/21 30/2
30/14 34/4 34/7 34/8
34/9 34/11 34/13 34/16
34/16 34/20 34/25 43/5
43/8 43/8 43/13 43/14
45/15 45/16 45/24 46/4
46/14 46/17 46/23
48/12 48/14 48/21 49/3
49/10 49/17 49/24 50/5
50/12 62/2 62/2 78/7
82/17 93/5 93/8 98/11
99/10 99/14 102/5
102/8 102/10 105/17
105/19
generally [1] 105/22
Generals [1] 42/23
generate [2] 15/19
85/16
generated [4] 35/4
50/3 111/11 111/14
generates [1] 87/13
genuine [1] 41/21
get [18] 27/10 27/18
30/6 39/11 51/4 54/13
56/7 63/3 66/6 66/7
76/8 79/21 84/14 84/19
86/21 90/2 105/3
110/22
gets [7] 6/6 6/8 6/9
18/21 80/18 93/25 94/2
getting [3] 81/12 81/15
81/17

give [6] 28/3 44/9
45/10 71/25 85/8 95/11
given [3] 33/23 59/6
64/25
gives [4] 36/11 36/12
47/8 83/6
giving [1] 89/8
Gmail [1] 83/7
go [37] 13/11 14/24
18/11 19/2 19/6 25/4
27/11 27/13 35/13
35/19 47/13 49/2 51/1
51/4 51/12 51/13 55/21
58/17 59/21 60/10
60/17 62/14 65/21
76/17 98/3 98/24 99/19
101/13 101/16 101/18
101/19 101/21 101/22
101/22 101/23 101/25
102/1
Go ahead [2] 27/11
27/13
goal [1] 39/23
goals [1] 105/14
goes [8] 9/15 9/19
28/14 30/17 61/21
80/23 93/16 100/7
going [22] 9/10 14/24
24/11 33/15 50/19
59/20 60/5 75/20 76/13
81/21 84/10 85/1 86/19
90/17 100/21 101/16
101/18 102/17 102/20
103/11 103/24 110/21
gone [4] 46/22 49/23
51/16 90/3
good [16] 4/4 4/7 4/14
9/6 15/5 40/5 40/8
40/10 40/12 71/16
80/13 84/25 98/5 101/5
111/23 111/25
Good morning [1]
4/14
goodness [1] 52/18
GOOGLE [370]
Google LLC [1] 4/9
Google's [121]
Google.com [1] 81/16
Google/Apple [1]
52/14
Googles [1] 5/23
got [3] 58/16 58/18
61/16
Gower [1] 5/8
Graham [1] 2/17
granted [1] 86/11
great [5] 11/3 66/16
101/6 102/20 103/2
greater [6] 47/8 56/12
88/2 88/14 106/5
106/18
greatest [1] 55/23
groundbreaking [1]
88/1
group [1] 37/22
grow [2] 20/9 43/9

grown [4] 20/7
105/23 106/8
growth [2] 21/7 105/24
Grubhub [1] 99/8
guarantee [1] 94/19
guarantees [1] 15/4
guess [2] 38/18 78/2
guidance [1] 37/5
guidepost [1] 103/19
guiding [1] 42/1

**H**

had [28] 9/16 10/5 16/5
24/7 29/25 32/4 32/6
43/5 44/6 44/6 49/21
51/7 51/9 51/12 52/7
58/8 59/22 61/2 61/4
63/9 64/22 64/24 72/22
74/3 78/16 93/23 95/23
106/5
Hal [1] 20/14
Hal Varian [1] 20/14
half [2] 28/25 32/21
hallmark [2] 106/2
111/6
hand [6] 13/1 42/12
44/9 59/17 65/23 108/3
handle [2] 26/15 26/16
happen [2] 26/18 59/20
happened [4] 49/22
50/23 52/24 91/19
happening [1] 56/5
happy [3] 25/7 38/5
40/3
hard [4] 13/18 42/12
63/5 97/8
hardly [2] 69/2 96/7
harm [19] 8/4 9/6 15/13
38/13 50/10 51/21 52/5
52/11 63/7 63/19 64/5
64/15 80/5 90/21 108/9
110/9 110/10 110/11
111/7
harmed [5] 63/9 69/9
70/20 71/5 110/6
harmful [1] 29/14
harming [1] 78/19
harms [1] 19/24
has [114]
hasn't [1] 24/15
hat [1] 51/7
have [123]
having [6] 11/3 79/4
83/24 103/13 109/4
110/4
he [28] 14/1 17/1 17/4
18/14 18/17 18/18
18/19 18/20 20/13 23/4
23/18 23/20 29/6 29/6
29/7 37/18 37/20 37/21
46/5 77/20 91/17 93/4
94/15 96/11 96/14
96/17 110/25 111/1
he'll [2] 17/12 18/5
he's [5] 37/24 110/15
110/18 110/23 111/4
head [1] 17/11
heading [1] 20/7

health [1] 18/24
hear [41] 11/11 11/13
13/20 14/15 27/8 32/21
34/17 38/4 72/8 72/19
72/21 72/24 74/2 76/15
77/13 78/4 78/13 78/22
80/4 84/10 85/10 85/19
87/17 89/6 90/5 90/11
92/24 93/3 93/18 93/21
95/1 96/9 96/25 100/21
102/13 103/8 105/21
107/10 108/4 108/20
110/2
heard [4] 43/23 107/5
107/21 108/22
heavily [2] 50/16 88/3
heel [1] 20/11
hefty [1] 54/23
held [2] 44/15 71/23
36/10 39/20 69/13
76/24 87/24 109/16
helped [1] 111/15
helps [6] 67/8 69/21
85/25 88/21 93/7 109/9
her [1] 64/25
here [25] 4/16 4/17 9/3
14/24 18/17 24/2 36/24
37/17 38/3 43/12 60/1
63/24 64/15 66/12
79/12 81/10 87/1 89/19
90/10 97/23 98/17
98/24 100/12 106/11
110/13
Here's [2] 91/5 104/15
hermetically [1] 14/14
hesitancy [1] 44/22
hid [1] 8/22
hide [5] 36/17 36/21
37/7 37/12 41/7
high [2] 16/12 50/6
higher [8] 7/18 14/3
33/25 60/22 63/10 73/6
79/16 97/4
higher-up [1] 79/16
highest [2] 4/15 75/2
highlight [2] 40/25
70/13
highlighted [1] 94/22
hindering [1] 111/21
hired [1] 18/12
his [6] 18/14 18/16
19/12 20/6 37/19 37/24
historical [1] 94/10
historically [2] 88/6
93/23
history [2] 37/22 38/2
hit [1] 79/20
hoarding [2] 26/20
32/17
hoards [1] 40/22
hobbled [1] 40/9
hold [1] 14/18
holds [1] 102/13
holes [1] 110/13
hollow [1] 32/11
home [1] 11/20 20/8
20/25 21/21 27/21 28/1

**H**

home... [2] 83/18 98/18
HomeAdvisor [1] 46/11
Honor [100] 4/7 4/21 4/23 5/3 5/12 8/25 9/14 10/3 11/23 12/5 12/20 12/25 13/5 13/21 14/7 14/22 15/18 15/24 19/23 24/5 24/13 25/18 26/3 29/20 32/12 32/14 33/14 35/10 38/2 38/22 39/18 40/5 40/24 41/10 41/22 42/7 42/10 42/11 43/1 45/12 45/14 45/20 46/2 46/13 46/19 47/5 47/19 47/23 48/16 49/7 49/22 50/2 50/8 50/17 51/3 52/8 52/23 53/3 53/9 54/1 55/9 55/16 55/24 57/9 58/10 58/22 58/25 59/18 59/21 60/9 60/19 61/13 61/24 62/14 62/19 62/24 63/6 64/7 64/16 64/20 65/1 65/22 65/23 66/5 66/8 66/14 77/3 77/9 81/19 86/6 86/19 100/3 102/3 103/24 104/3 107/5 109/21 110/8 111/8 112/4
HONORABLE [3] 1/9 4/3 65/10
hope [4] 6/15 14/19 27/25 86/24
hopes [1] 111/22
host [2] 104/14 110/4
hotel [3] 98/25 101/18 101/18
hotels.com [1] 99/1
hours [2] 37/15 56/8
house [1] 35/13
how [52] 7/11 8/13 9/3 9/20 13/25 14/1 20/12 24/21 28/2 32/17 37/20 39/22 41/5 43/21 43/22 44/18 44/25 45/3 45/22 49/23 53/4 58/25 69/8 72/20 73/25 76/10 76/15 76/21 77/1 77/25 78/17 78/22 80/10 80/17 81/21 84/1 84/11 85/15 89/14 90/6 93/6 93/16 95/25 97/3 99/19 99/20 99/21 99/22 99/25 100/5 100/21 105/21
huge [1] 86/8
human [1] 13/22
Hurting [1] 33/4
hypothetical [2] 24/5 100/9

**I**

I am [1] 33/14
I apologize [1] 65/13
I believe [3] 34/17 92/19 108/12
I did [1] 65/18
I don't [6] 49/3 62/13 80/19 81/20 102/8 102/10
I guess [1] 38/18
I have [2] 49/4 63/3
I hope [1] 86/24
I just [3] 19/16 52/13 55/4
I know [4] 47/19 52/2 62/21 62/22
I mean [8] 10/8 26/12 31/16 32/3 34/12 39/19 62/1 75/6
I should [2] 38/17 99/19
I think [16] 4/15 13/6 52/1 52/1 56/22 66/1 81/19 86/19 93/16 100/1 100/4 100/5 101/24 103/18 104/6 111/2
I understand [1] 81/1
I want [3] 52/1 64/18 87/4
I was [1] 65/14
I will [1] 81/10
I would [1] 62/20
I wouldn't [1] 34/12
I'd [11] 8/25 9/1 14/25 19/2 42/17 63/6 65/23 70/13 81/25 92/10 97/21
I'll [9] 9/5 15/15 19/2 42/12 57/2 64/3 82/23 85/8 85/25
I'm [25] 14/24 19/10 22/9 39/6 51/24 52/4 55/5 56/17 57/6 62/6 62/23 75/25 80/23 80/25 81/5 84/21 100/17 101/15 101/16 101/16 101/17 101/18 101/19 102/17 110/8
I'm going [3] 101/16 101/18 102/17
I'm just [2] 62/23 80/25
I'm not [3] 14/24 80/23 100/17
I'm sorry [6] 19/10 39/6 55/5 56/17 62/6 75/25
I'm thinking [1] 101/15
I've [1] 53/9
icon [2] 87/9 89/23
icons [1] 79/22
idea [6] 16/5 19/5 23/13 40/5 41/20 110/20
identical [1] 40/13
identified [2] 48/3 61/5 98/22 99/9
ignore [4] 51/18 67/9 98/22 99/9
ignored [1] 7/15
ignores [2] 104/13 106/23
ignoring [2] 40/22

illegal [1] 9/13
illegally [3] 10/4 10/9 42/5
illustrate [1] 53/3
illustrates [1] 46/13
imaginary [3] 82/11 91/17 92/2
Imagine [1] 109/10
imagined [1] 82/15
immediate [1] 15/9
immediately [1] 56/4
impact [8] 12/12 28/10 36/16 36/17 52/6 52/23 63/9 98/23
impacted [1] 111/5
impasse [1] 60/11
implementation [1] 111/1
implemented [3] 61/2 61/5 92/25
Implications [1] 20/7
importance [2] 8/19 11/23 55/23
important [16] 7/10 10/25 29/20 31/19 33/17 33/19 53/21 70/8 72/9 74/15 82/6 82/8 83/1 84/15 108/19 109/5
imposed [1] 63/10
impossible [1] 26/21
improve [6] 6/13 8/20 14/6 41/4 58/6 85/18
improved [1] 67/6 73/5 97/12
improvement [1] 57/23
improvements [1] 95/16
improves [1] 72/12
improving [3] 32/18 97/11 97/18
inapt [1] 67/23
incentive [1] 51/12
incentives [3] 84/12 88/24 89/4
incentivize [1] 86/1
incidental [1] 86/21
include [5] 19/16 23/22 37/4 107/7 107/8
included [3] 16/2 60/25 77/14
includes [10] 17/21 17/21 17/22 34/21 34/23 34/23 35/3 35/4 105/23 107/15
including [5] 20/20 28/17 40/20 59/25 67/18
incorporate [1] 108/24
increase [6] 44/11 82/3 95/13 95/25 96/22 100/9
increased [4] 51/19 54/21 94/18 96/6
increases [3] 7/8 72/12 86/15
increasing [4] 36/14

increasingly [2] 25/10 67/17
incredible [1] 86/14
incremental [1] 84/19
indeed [6] 35/1 77/8 82/20 89/6 95/18 105/6
independent [2] 110/23 110/25
index [2] 10/20 18/2
indexing [1] 52/16
indicated [2] 45/16 50/8
indicating [1] 104/24
indirect [1] 86/21
indirectly [1] 47/19
individual [4] 22/15 54/5 55/21 103/24
individually [1] 71/3
industrial [1] 40/19
industries [1] 9/2
industry [1] 6/11
inescapable [1] 8/19
inferior [4] 72/16 80/8 94/20 111/22
information [21] 7/11 13/2 18/3 18/4 18/5 18/5 18/8 19/2 28/22 35/24 40/22 55/25 56/8 60/16 67/21 97/24 97/25 102/14 104/17 105/6 105/7
ingenuity [1] 97/9
initial [1] 11/9
innovate [1] 8/3 33/9 68/19 71/14 76/8 84/13 85/17 86/5 95/19 102/16 102/21
innovated [2] 67/6 97/12
innovation [5] 7/4 40/20 84/25 86/8 86/9
innovations [6] 72/14 88/1 95/25 96/4 97/2 97/4
innovative [3] 29/25 68/13 72/4
inside [1] 103/12
insist [1] 109/18
install [1] 89/22
installed [1] 53/8
instance [1] 100/4
instances [4] 79/18 81/11 92/23 93/18
instead [8] 52/20 68/2 68/22 90/10 91/16 92/4 101/4 101/11
institutions [1] 34/24
insults [1] 41/20
insures [1] 28/15
integrate [1] 57/17
integrated [3] 57/19 58/8 74/22
integrating [1] 31/1
integration [4] 58/7 71/1 74/15 78/6
intelligent [1] 40/17
intend [1] 39/16

intense [1] 73/4
interactions [1] 22/21
interest [7] 33/14 41/24 51/12 59/9 64/13 104/18 104/24
interested [3] 29/24 48/18 105/2
interface [2] 74/4 79/13
interfere [1] 76/13
interfered [1] 44/19
interlocking [1] 29/10
internal [1] 45/2
internally [1] 60/6
Internet [11] 5/13 5/18 18/8 43/8 66/18 67/2 68/2 69/7 77/6 85/21 86/14
interoperability [1] 69/17
interprets [1] 10/19
interrupt [4] 9/7 26/5 38/6 51/24
intervene [1] 75/22
intervention [1] 111/25
intraday [1] 56/7
intrinsic [1] 100/17
introduce [1] 66/9
introduced [7] 50/23 50/24 57/12 57/13 69/24 74/3 91/6
introduction [1] 50/14
invaluable [1] 41/3
invest [2] 32/23 33/1 33/1 68/19 85/16 86/4 88/21 95/19
invested [2] 85/19 88/3
investigation [1] 44/24
investigative [1] 48/22
investing [1] 6/17
investment [3] 7/4 87/15 97/9
investments [4] 32/22 33/3 97/6 100/22
invests [1] 7/3
invite [1] 59/19
involve [1] 23/25
involved [1] 97/1
involves [1] 70/18
IOS [5] 36/10 73/22 77/15 77/21 90/10
iPad [1] 74/8
iPhone [4] 74/8 74/13 76/21 87/19
iPhones [1] 89/3
ironic [2] 59/6 67/24
is [250]
is there [1] 4/18
ISA [8] 22/5 22/6 22/12 22/22 23/6 23/14 23/17 23/25
isn't [2] 56/6 87/4
Israel [4] 18/12 18/17 19/10 106/20
Israel's [1] 19/11
issue [13] 42/25 45/12 49/13 50/9 50/10 50/15 52/10 52/12 63/22 76/9

**I**

issue... **[3]** 88/5 91/6 94/21
issues **[4]** 42/24 70/13 75/18 110/4
it **[199]**
it would be **[1]** 26/14
it's **[57]** 6/11 8/15 12/21 12/22 12/23 18/6 19/5 19/5 22/16 23/25 27/17 34/6 34/24 35/11 35/13 36/13 38/19 45/16 46/15 48/16 51/16 52/7 54/3 54/23 59/1 60/11 62/7 62/11 62/13 63/8 63/16 65/3 65/19 67/12 68/12 69/1 69/19 74/15 80/20 81/13 84/4 84/15 86/18 87/6 87/6 90/3 90/24 94/6 100/2 100/14 104/9 105/6 105/7 108/13 110/11 110/17 112/6
It's like **[1]** 22/16
its **[70]** 5/20 6/7 6/8 6/15 7/8 7/9 8/9 9/12 10/9 10/12 15/20 16/14 16/15 16/17 25/21 26/11 27/1 27/1 33/23 36/9 41/6 41/6 41/15 42/20 43/24 43/25 44/1 44/2 44/9 44/10 44/13 44/15 45/1 45/2 47/24 54/9 57/13 57/13 60/7 60/7 62/11 63/21 67/6 67/25 68/7 68/8 70/3 70/3 71/21 73/12 73/21 74/14 75/5 78/6 95/4 95/6 96/4 97/4 97/14 97/20 100/23 106/6 107/17 108/7 108/24 109/2 111/10 111/21 112/2 112/3
itself **[3]** 15/5 26/12 26/16

**J**

January **[1]** 58/11
Jensen **[1]** 5/8
Joan **[1]** 25/8
Joan Braddi **[1]** 25/8
job **[2]** 19/7 102/23
John **[4]** 2/17 4/13 17/10 72/24
John Schmidtlein **[1]** 4/13
joined **[1]** 42/18
Jon **[1]** 32/24
jon.sallet **[1]** 2/11
Jonathan **[3]** 2/6 4/11 110/3
Jr **[1]** 2/12
jschmidtlein **[1]** 2/20
judge **[1]** 1/10 40/13 68/8
Judge Wyzanski's **[1]** 40/13

**judgment [1]** 10/22
14/23 38/7 63/1 64/8 70/11 109/20
judgments **[1]** 15/6
Judicial **[1]** 2/9
jump **[2]** 33/15 95/24
juncture **[1]** 68/21
June **[1]** 24/2
June 2007 **[1]** 24/2
jurisdictions **[1]** 42/18
just **[58]** 9/8 9/24 13/6 13/7 19/16 21/16 21/16 23/1 23/20 26/25 28/12 32/23 34/2 34/8 39/13 44/24 45/20 46/4 47/6 52/1 52/13 53/14 54/16 55/4 55/5 55/11 59/4 61/24 62/23 63/10 64/7 67/23 71/19 71/21 76/22 79/2 79/22 80/25 83/22 84/18 85/8 89/19 92/10 97/23 98/13 98/17 99/4 99/17 101/2 103/5 103/22 103/23 104/12 104/15 106/11 107/2 108/3 110/13
JUSTICE **[3]** 2/2 5/6 48/3
justification **[7]** 36/6 38/10 38/12 39/8 39/11 39/13 39/17
justifications **[2]** 38/25 39/25

**K**

Kartasheva **[3]** 28/3 30/9 30/17
keep **[1]** 25/21
keeps **[2]** 35/16 36/2
Kenneth **[3]** 2/2 4/10 5/5
kenneth.dintzer2 **[1]** 2/5
Kent **[1]** 66/9
kept **[2]** 25/25 97/4
Kevin **[4]** 23/17 77/19 89/13 94/9
Kevin Murphy **[1]** 23/17
key **[3]** 70/13 79/9 91/6
keyboard **[1]** 79/17
kind **[1]** 66/7
knew **[4]** 8/23 36/18 37/10 38/1
knobs **[1]** 35/18
know **[34]** 5/5 10/17 18/9 18/16 29/20 39/19 47/17 47/19 50/16 51/15 52/2 56/11 59/4 59/22 60/16 62/21 62/21 62/22 63/2 63/12 73/25 81/1 81/11 84/20 86/5 90/5 93/16 101/4 101/4 101/8 102/24 103/21 104/3 104/9
known **[5]** 44/16 48/15 56/7 64/24 99/2
knows **[4]** 37/20 52/18

Kollios **[1]** 66/11

**L**

lack **[5]** 7/2 7/4 50/9 50/13 94/24
laid **[2]** 14/23 17/19
landmark **[1]** 40/13
language **[1]** 35/3
laptops **[1]** 11/6
Lara **[2]** 5/9 66/11
large **[3]** 67/4 94/4 107/19
larger **[1]** 96/14
largest **[6]** 27/7 31/3 31/12 44/2 44/10 95/24
last **[5]** 5/15 16/2 32/13 35/20 72/25
later **[5]** 24/10 37/23 43/12 61/3 74/14
latter **[1]** 45/7
launch **[2]** 74/8 74/13
laurels **[1]** 97/14
law **[11]** 2/7 67/25 75/14 75/17 75/21 76/2 76/3 76/4 76/12 109/19 111/24
laws **[4]** 8/24 15/2 38/1 45/11
lawsuit **[1]** 5/10
lawsuits **[2]** 66/15 67/9
lawyer **[1]** 28/6
layers **[1]** 27/4
leaders **[1]** 37/18
leading **[2]** 68/3 90/14
leads **[1]** 82/3
learn **[2]** 44/23 78/17
learned **[4]** 37/14 43/21 44/25 45/3
least **[4]** 21/17 53/11 84/5 107/22
leave **[3]** 24/14 49/3 49/4
led **[1]** 96/4
Lee **[1]** 66/10
Lee-Anne **[1]** 66/10
left **[5]** 37/24 59/17 69/12 79/13 79/16
left-hand **[1]** 59/17
legal **[12]** 14/23 28/7 37/4 66/10 69/19 69/23 70/12 75/15 92/9 108/7 109/11 109/13
legally **[1]** 69/20
lengthy **[2]** 57/4 57/4
less **[13]** 7/3 33/8 33/11 40/17 46/7 50/12 59/1 63/20 63/20 64/10 72/17 74/11 108/13
lessons **[1]** 44/23
let **[7]** 45/12 45/14 49/13 57/9 61/24 63/17 64/7
Let's **[1]** 65/4
letters **[1]** 21/22
level **[2]** 32/1 32/10
levels **[1]** 75/2
Lexecon **[1]** 18/13

license **[3]** 82/12
83/15 87/11 88/10
licensed **[2]** 22/25 83/8
licensing **[1]** 83/4
lighting **[1]** 46/8
like **[42]** 7/8 8/25 9/1 14/25 17/22 17/22 19/2 22/16 40/4 41/8 42/17 44/3 44/8 48/14 52/13 57/5 59/18 61/10 62/17 65/23 66/8 67/23 68/13 68/20 70/13 71/21 72/4 79/2 81/25 92/10 92/13 97/21 99/13 104/10 106/1 106/2 106/7 106/9 107/2 107/8 110/9 111/15
likely **[5]** 45/7 72/6
Lillian **[1]** 5/9
limine **[1]** 109/23
limit **[2]** 22/18 23/14
limitations **[3]** 50/14 50/25 51/4
limited **[5]** 8/2 18/4 32/22 55/11 61/10
line **[2]** 51/11 75/7
lines **[1]** 37/10
link **[1]** 37/18
linking **[1]** 30/12
links **[8]** 10/23 18/3 25/3 51/1 78/23 79/11 79/18 100/25
list **[1]** 98/21
listed **[3]** 5/11 32/5 90/9
listen **[1]** 64/22
listening **[1]** 64/24
literally **[1]** 76/17
litigated **[1]** 91/11
little **[6]** 65/3 65/5 93/23 95/1 100/7 112/6
LLC **[2]** 1/6 4/9
LLP **[2]** 2/13 2/18
load **[2]** 32/6 77/5
loaded **[1]** 29/3
local **[1]** 10/22
located **[1]** 87/11
location **[1]** 4/16
lock **[1]** 28/25
locked **[2]** 17/7 41/10
locks **[2]** 11/16 33/3
long **[5]** 54/11 63/8 86/18 90/2 111/24
long-term **[1]** 63/8
longer **[1]** 50/12
longtime **[1]** 72/21
look **[19]** 5/15 19/13 30/12 45/20 46/19 49/17 49/20 51/15 52/25 58/11 58/13 59/4 59/22 64/17 100/4 100/8 100/9 103/19 105/1
looked **[2]** 28/7 98/19
looking **[10]** 10/19 14/12 46/16 52/4 52/24 67/8 97/25 99/6 101/17 101/19

looks **[1]** 112/3
loop **[7]** 6/22 19/25 32/19 32/19 33/7 35/23 36/2
lose **[1]** 98/4
losing **[1]** 25/7
loss **[8]** 12/13 12/17 12/18 12/19 13/17 50/11 110/1 111/1
losses **[1]** 13/13
lost **[3]** 12/12 31/21 109/22
lot **[5]** 21/15 59/14 60/18 103/11 108/1
lots **[10]** 66/18 81/22 81/23 99/7 101/6 102/1 104/8 105/1 105/18 106/11
lousy **[1]** 102/23
lower **[5]** 28/4 33/12 33/24 40/16 72/17
lump **[1]** 34/12
lunch **[1]** 112/7

**M**

Mac **[3]** 22/16 22/17 74/10
machine **[1]** 6/1
Macintosh **[1]** 74/7
MADA **[26]** 27/10 27/15 27/15 27/20 28/5 28/9 28/12 28/12 28/14 28/17 29/9 29/13 29/14 37/4 82/25 82/25 83/3 83/6 83/10 83/16 83/17 87/2 87/11 87/21 87/22 88/11
MADA's **[1]** 36/10
MADAs **[2]** 27/18 83/21
made **[15]** 26/18 26/20 40/12 40/21 44/7 50/11 56/23 63/20 73/20 88/23 92/5 97/6 100/22 107/24 108/13
made-up **[1]** 92/5
mail **[1]** 25/8
maintain **[4]** 8/9 42/20 44/10 80/17
maintained **[2]** 15/20 42/5
maintaining **[3]** 9/12 10/4 10/9
maintenance **[3]** 6/3 9/19 9/20
major **[1]** 54/7
majority **[4]** 67/4 93/25 94/4 96/17
make **[26]** 11/1 19/7 32/6 33/3 59/16 60/3 73/20 75/9 76/18 77/10 78/14 78/24 79/7 81/7 83/10 83/25 85/1 85/12 85/15 87/4 87/15 89/18 98/6 99/17 100/23 101/1
makers **[1]** 67/10
makes **[8]** 19/8 58/23 81/5 85/21 86/9 89/18

**M**

makes... [2] 90/24 98/23
making [7] 13/22 48/24 56/15 56/15 69/6 78/2 81/21
man [1] 37/23
manage [3] 63/17 64/1 107/6
management [1] 107/4
mandate [1] 109/19
mandating [1] 80/7
mandatory [1] 91/21
manifestation [1] 87/7
manipulating [1] 35/12
manner [2] 69/20 95/20
manufacturer [2] 58/8 91/22
manufacturers [3] 66/23 68/1 86/7
many [24] 21/1 28/5 29/13 36/11 45/22 47/10 71/13 77/14 79/7 81/21 83/20 83/23 88/1 89/8 94/25 95/20 98/13 98/18 98/21 99/16 104/21 105/14 106/17 107/18
map [1] 100/25
Maps [1] 83/7
mark [3] 18/12 45/3 106/20
Mark Israel [1] 18/12
marked [1] 37/5
market [90] 5/19 5/22 5/25 9/17 15/3 15/22 16/12 16/14 17/3 17/4 17/5 17/7 17/9 17/20 18/15 18/16 18/18 19/16 19/18 19/21 20/10 32/12 32/21 33/15 34/3 34/4 34/5 34/8 34/11 34/20 34/23 34/25 35/1 35/2 36/15 41/4 41/9 43/6 43/13 43/16 44/21 45/1 45/1 45/12 46/24 47/5 48/1 48/1 48/2 48/3 48/5 48/6 51/19 53/9 54/21 55/1 59/7 68/12 68/22 69/1 70/16 70/17 75/15 75/22 76/7 76/10 82/18 86/8 86/17 88/24 89/4 91/4 93/8 94/24 99/4 99/14 99/20 100/6 103/10 104/12 104/13 105/25 106/3 106/16 106/22 106/23 108/10 110/15 110/16 111/25
market share [10] 5/25 9/17 16/12 16/14 17/5 17/7 43/6 43/13 53/9 59/7
marketing [7] 21/4 44/16 51/15 52/19 53/16 53/25 106/21
marketplace [2]

markets [19] 5/21 5/25 18/12 33/19 34/7 34/15 36/5 42/21 44/21 50/1 52/2 52/12 70/10 82/4 84/3 84/6 84/9 97/22 106/24
marketwide [1] 110/12
marking [1] 28/6
massive [1] 17/10
match [2] 6/20 27/2
material [1] 43/4
math [1] 28/4
matter [10] 13/19 31/20 31/24 41/2 75/13 75/15 75/21 76/19 90/4 113/4
matters [3] 42/4 49/5 94/6
may [12] 5/3 13/4 31/9 38/9 40/16 42/14 59/22 60/2 65/23 81/13 84/7 84/19
Microsoft's [10] 32/24 44/19 59/6 66/22 68/2 68/17 77/8 95/14 107/14 108/8
middle [1] 79/17
might [4] 8/13 19/3 58/21 71/7
million [1] 90/8
mind [2] 23/8 48/20
mindset [2] 48/17 48/19
minutes [1] 65/4
misled [1] 8/19
mission [1] 102/15
misspellings [1] 14/10
MIT [1] 17/1
Mitchell [2] 73/1 79/3
Mitchell Baker [1] 79/3
mobile [33] 16/18 16/22 20/3 21/9 27/16 30/7 32/13 43/7 43/14 46/20 52/24 52/25 53/5 55/7 55/15 68/20 71/1 79/14 82/2 82/8 82/23 84/6 85/6 86/4 86/23 87/16 88/2 88/7 88/23 89/2 90/23 94/17 96/6
model [2] 82/7 83/1
modern [1] 87/24
modes [1] 22/13
modest [1] 24/20
modified [1] 41/14
modify [2] 37/11 100/23
moment [8] 9/8 13/1 38/6 55/19 57/3 57/23 65/18 92/10
monetization [5] 6/20 26/25 71/15 75/24 100/17
monetize [2] 35/25 53/13
monetized [1] 100/19
monetizes [3] 5/20 27/1 98/1
money [13] 6/1 6/16 23/1 29/15 33/9 36/1 36/1 36/12 54/4 58/23

38/8 43/3 46/21 53/7 53/20 53/23 54/14 57/3 57/13 57/14 57/16 57/24 57/25 58/2 58/4 58/11 58/12 58/17 58/19 58/24 59/5 59/9 59/15 59/22 59/25 60/11 60/18 61/4 61/21 63/14 66/24 67/2 67/3 67/7 67/23 67/25 68/10 68/16 68/18 68/24 69/21 69/22 70/7 71/18 77/4 85/2 85/13 92/14 94/3 95/3 95/5 95/8 95/9 95/11 95/16 95/19 95/22 96/3 96/5 96/14 96/18 107/11 107/14 107/18 109/1 109/5 109/9 109/12
middle [1] ...
monopolies [4] 6/25 8/9 41/16 42/5
monopolist [13] 10/2 10/9 15/5 25/18 26/22 26/23 32/1 38/9 38/11 39/7 40/10 40/16 64/5 65/19
monopolist's [1] 30/20
monopolists [1] 8/11
monopolization [2] 70/9 93/7
monopolized [1] 32/12
monopolizing [1] 5/20
monopoly [30] 5/16 5/20 6/3 9/12 9/13 9/19 9/21 10/4 10/7 10/10 15/20 16/11 19/24 32/9 42/20 44/11 44/13 44/13 49/16 49/24 49/25 50/15 51/14 52/20 68/1 68/23 70/16 100/7 105/25 106/1
months [3] 58/17 60/10 69/5
more [60] 6/6 6/16 6/16 6/18 6/23 7/21 9/6 14/7 14/19 21/3 25/25 29/1 32/2 32/3 32/24 33/13 35/24 36/12 41/18 42/5 44/5 45/7 47/9 51/8 58/23 59/2 67/20 67/20 68/9 72/6 79/17 83/11 83/25 84/7 84/13 84/22 84/22 84/22 84/23 85/22 88/14 89/5 89/10 89/11 90/25 94/25 95/10 95/14 95/17 98/10 98/21 99/11 100/24 101/1 103/4 103/4 103/6 105/22 106/8 110/8
Moreover [3] 22/21 70/5 95/22
morning [9] 1/7 4/4 4/7 4/14 4/18 42/17 82/13 84/5 85/4
most [22] 5/17 11/12 14/17 21/7 21/18 26/13 27/22 33/17 33/19 41/22 44/18 53/20 66/21 82/7 83/18 90/7 90/9 98/17 99/15 100/16 100/18 108/21
motion [2] 92/20 109/23
Motorolas [1] 86/1
move [4] 38/18 62/25 99/23 105/13
moved [2] 45/6 62/25
moves [1] 51/9
moving [2] 11/2 54/7
Mozilla [20] 31/8 31/12 31/13 31/16 31/17 31/20 32/8 32/9 62/8 65/15 72/5 72/20 78/4 78/6 78/11 78/13 78/19 78/22 80/1 80/16
Mozilla's [1] 71/22

78/17 79/3 79/5 79/8 79/9
Mr [1] 34/2
Mr. [25] 5/2 9/7 16/9 17/17 26/5 27/11 42/8 42/9 45/16 51/23 51/24 52/10 55/4 65/2 65/13 65/20 70/1 80/9 82/13 92/11 99/18 101/13 107/24 108/12 112/5
Mr. Cavanaugh [8] 42/9 51/24 55/4 65/2 65/13 70/1 107/24 108/12
Mr. Cavanaugh's [1] 101/13
Mr. Dintzer [10] 5/2 9/7 17/17 26/5 27/11 42/8 45/16 51/23 52/10 92/11
Mr. Dintzer's [1] 82/13
Mr. Ramaswamy [1] 16/9
Mr. Schmidtlein [4] 65/20 80/9 99/18 112/5
Mrs. [1] 64/21
Mrs. Cavanaugh [1] 64/21
Ms. [2] 30/9 30/17
Ms. Kartasheva [2] 30/9 30/17
MSN [1] 20/11
much [14] 14/3 14/7 28/2 34/24 41/3 48/24 49/23 57/5 65/5 80/10 80/17 82/12 84/1 99/22
Mulholland [1] 66/10
multiple [15] 17/12 27/4 30/11 42/20 44/21 54/2 54/13 63/17 63/17 64/1 64/11 80/14 84/9 107/7 107/11
Murphy [5] 23/17 77/19 77/24 84/9 94/9
Murphy's [1] 24/16
must [8] 19/23 27/9 32/12 38/12 71/3 91/3 91/8 110/17
must-have [1] 110/17
my [17] 5/5 5/10 12/23 13/7 13/9 35/3 37/18 48/19 64/18 65/19 66/1 66/4 81/19 84/4 84/21 85/3 99/20
mystery [1] 93/8

**N**

Nadella [1] 32/25
name [1] 5/5
napkin [1] 111/3
narrow [4] 53/7 53/11 70/10 106/16
native [12] 54/2 54/13 55/22 57/13 61/13 61/17 62/11 63/17 64/1 107/14 107/15 110/24
natural [1] 26/14
nature [3] 80/20 98/14

**N**

nature... [1] 102/3
navigating [1] 101/10
Navigator [1] 68/3
nay [1] 40/15
nearest [1] 6/8
nearly [3] 66/15 66/24 78/8
Nebraska [1] 42/16
necessarily [5] 56/20 81/20 98/7 100/12 110/10
necessary [6] 10/24 14/16 33/10 36/1 95/10 110/5
need [18] 4/18 5/14 6/12 33/8 37/18 38/16 41/12 49/3 53/13 54/17 58/14 58/15 62/20 100/12 102/8 102/8 102/10 103/19
needed [1] 87/15
needs [3] 17/9 89/9 97/11
Neeva [5] 16/2 16/3 16/8 16/10 46/22
negotiate [1] 26/8
negotiated [2] 23/6 88/7
negotiating [1] 72/22
negotiation [2] 24/13 57/4
negotiations [2] 26/24 60/10
negotiators [1] 24/1
neither [1] 67/3
nested [2] 47/5 48/1
Netscape [1] 68/13
Netscape's [1] 68/3
networks [2] 86/11 97/17
neutral [3] 44/15 53/16 54/11
never [7] 23/18 23/19 92/6 98/10 102/17 103/6 106/5
new [14] 2/15 6/5 6/5 7/23 21/5 25/1 30/4 43/10 43/17 44/8 74/13 77/4 96/4 96/5
newer [2] 17/21 17/22
News [1] 46/6
newspapers [1] 104/11
next [8] 14/22 18/11 21/7 26/3 38/11 60/4 92/21 94/21
nice [1] 101/19
NIH [1] 18/24
nilly [1] 108/3
Nine [1] 37/23
no [63] 1/4 10/3 11/4 11/21 15/5 15/12 15/24 16/5 19/11 19/20 23/1 23/1 23/20 24/10 24/10 26/8 27/12 27/12 29/3 30/22 30/23 31/4 31/25 32/8 39/9 44/14 44/22
51/13 54/14 55/13 56/22 58/14 61/1 61/3 61/12 62/1 63/3 63/24 67/1 84/14 84/16 91/22 92/16 93/1 93/23 94/14 96/20 98/23 99/25 101/21 108/7 109/12 109/13 110/15 110/18 110/20 110/23 110/25 111/4
nobody [2] 35/14 35/15
non [3] 35/4 98/6 105/23
non-commercial [1] 98/6
non-search [2] 35/4 105/23
none [6] 17/25 46/9 46/11 61/1 90/16 90/19
nonetheless [1] 44/5
Nordstrom.com [1] 101/22
North [1] 41/25
not [147]
note [3] 49/7 64/8 64/20
noted [2] 32/12 32/17
notes [1] 28/10
nothing [4] 64/3 93/1 95/20 101/9
notice [2] 30/8 64/8
notion [3] 75/17 85/14 106/24
notwithstanding [1] 81/7
novel [1] 16/5
November [1] 58/3
now [63] 5/17 11/2 12/17 13/20 14/4 16/13 17/7 19/17 23/16 24/5 28/24 29/19 31/3 33/14 36/4 39/21 41/22 43/12 44/23 47/3 47/25 48/13 48/16 49/24 50/8 50/10 50/23 51/18 51/23 53/5 53/25 54/11 54/22 55/19 56/6 56/9 57/9 57/15 57/24 58/21 59/3 60/6 60/8 60/10 60/13 62/25 63/5 63/21 67/22 70/11 81/25 86/6 86/11 87/1 87/19 93/16 97/21 98/11 104/1 105/5 105/15 108/25 110/8
number [9] 11/7 12/1 12/2 12/5 12/14 51/4 66/25 92/25 110/20
numbers [5] 13/12 13/18 16/20 32/16 35/21
numerous [1] 73/14
NW [3] 2/3 2/18 3/4
NY [1] 2/15

**O**

object [1] 42/25

objection... [1] 75/12
objections [1] 91/16
obligation [3] 64/5 109/13 109/15
observed [1] 20/7
obtain [1] 29/10
obvious [1] 10/1 45/1
obviously [5] 9/25 45/4 54/18 56/8 82/12
occupied [1] 21/25
occupies [1] 27/25
occur [1] 80/5
occurs [2] 80/11 81/24
October [2] 60/21 63/3
odds [1] 101/16
OEM [5] 27/15 28/17 31/3 83/4 88/20
OEMs [17] 27/10 27/18 27/20 29/1 29/12 30/3 36/12 83/6 83/12 83/15 83/17 83/20 87/20 88/7 90/14 97/1 111/18
off [9] 8/3 24/15 25/14 26/15 37/22 38/2 41/17 59/16 62/10
offer [21] 7/12 7/15 18/14 22/12 22/13 25/11 25/15 28/4 28/19 32/4 32/4 61/9 62/17 62/17 81/7 91/12 103/2 104/16 105/15 107/12 110/5
offered [8] 16/1 23/2 25/3 85/3 89/7 90/18 110/15 111/4
offering [1] 72/11
offers [3] 55/20 103/1 107/23
office [1] 98/19
officer [1] 66/10
Official [1] 3/3
often [1] 42/23
oftentimes [1] 80/14 103/10
oh [3] 19/2 63/1 63/4
Okamura [1] 5/9
okay [23] 9/24 10/6 10/11 12/7 12/24 12/25 13/3 13/10 13/14 21/24 34/6 35/8 40/1 52/9 55/10 56/25 60/2 61/19 61/23 62/16 62/23 80/25 112/6
omniboxes [1] 79/24
OmniSearch [1] 79/16
once [4] 13/17 27/24 43/17 54/8
one [38] 4/16 10/14 10/15 11/4 19/5 19/20 20/24 23/16 31/12 32/8 33/17 33/19 33/23 42/24 45/17 45/22 45/23 55/23 58/9 59/25 60/20 66/25 72/10 73/13 84/15 93/17 94/14 98/16 100/5 100/6 100/18 103/15 105/25 107/22 108/13 108/15 108/22
19/5 45/17
one-third [2] 108/13 108/15
ones [5] 29/22 44/24 60/1 66/6 82/15
ongoing [2] 72/13 87/15
online [3] 5/20 67/21 97/24
only [31] 15/22 18/17 21/5 21/13 22/8 22/10 25/15 26/20 27/10 29/16 29/21 44/7 45/23 60/3 61/5 61/10 66/23 68/25 69/12 69/21 74/7 75/11 78/9 98/11 102/17 105/16 106/13 107/3 108/15 109/16 110/19
onramp [1] 5/18
Onyema [1] 5/9
open [4] 6/5 71/23 87/15 89/21
opening [2] 5/1 8/8
Opera [1] 31/8
operates [2] 43/17 109/8
operating [3] 83/3 88/11 88/18
opinion [7] 10/13 14/23 40/13 110/6 110/14 110/15 111/4
opportunities [3] 30/5 64/14 72/1
opportunity [4] 55/2 64/16 104/16 104/23
opposite [2] 68/9 83/22
oppressed [2] 31/16 31/16
option [5] 24/3 29/16 39/2 51/9 106/14
optional [1] 88/10
options [10] 25/24 32/15 67/20 79/5 81/7 89/8 100/13 106/11 107/11 108/17
order [5] 4/6 53/13 57/15 62/10 95/7
ordered [1] 37/2
organization [1] 37/16
organize [1] 102/14
originally [1] 30/18
other [75] 7/9 11/17 11/17 12/4 15/23 18/6 18/10 19/14 19/17 19/20 21/3 25/11 38/16 42/18 44/8 44/12 48/8 50/25 51/9 54/19 59/12 61/10 62/16 62/18 66/19 67/17 69/1 69/2 69/7 69/14 73/22 76/11 77/22 77/24 78/7 78/21 79/4 79/11 80/3 81/13 83/16 84/2 84/3 85/3 88/5 89/17 91/9 91/13 92/24 96/19 96/21
19/5 45/17
others [5] 41/23 44/3 78/10 78/20 79/19
otherwise [2] 72/14 101/3
our [30] 5/11 8/15 9/2 9/14 14/9 15/16 20/14 24/2 33/15 34/14 39/3 41/22 43/24 46/3 48/9 48/17 50/8 52/24 58/1 58/15 60/1 64/8 64/17 65/25 66/2 80/24 100/15 101/8 103/9 109/16
out [27] 14/23 17/19 18/9 18/10 18/22 19/2 19/8 25/22 43/11 44/8 44/15 53/5 57/6 59/14 66/18 76/21 76/22 78/8 83/25 86/10 87/18 87/20 92/12 92/15 101/7 102/7 108/1
outcomes [1] 75/16
outcomes' [1] 75/19
outdated [1] 106/24
output [7] 72/7 82/5 86/15 86/16 89/11 106/2 111/6
outreach [1] 58/15
outset [1] 52/23
outside [2] 19/11 19/20
outsider [1] 40/14
outweighs [1] 38/13
over [19] 21/7 22/21 35/20 45/23 47/8 74/24 77/6 83/23 83/24 88/4 90/6 90/8 95/18 100/22 105/24 106/6 108/3
overall [3] 12/2 64/14 111/5
Overstock.com [1] 98/21
overwhelming [1] 93/25
overwhelmingly [1] 77/25
own [19] 14/18 15/6 16/14 16/15 18/18 25/21 39/3 45/25 51/11 61/13 70/3 71/20 91/25 101/8 107/14 107/17 108/24 109/2 109/7
owned [2] 31/12 76/25
owns [1] 27/7
oxygen [1] 6/12

**P**

p.m [2] 112/10 112/10
page [13] 7/6 11/20 16/19 20/8 20/25 21/21 25/4 33/22 47/2 47/3

**P**

page... [3] 76/23 95/6 100/24
page 21 [1] 16/19
page 66 [1] 33/22
page 7 [1] 47/3
pages [3] 10/20 10/22 32/7
paid [4] 22/5 32/2 32/3 77/14
pandemic [1] 98/20
parity [1] 109/13
part [7] 10/24 18/14 54/23 64/14 86/2 87/11 109/20
partially [1] 61/6
participate [1] 54/4
particular [7] 45/17 53/20 81/11 81/12 100/18 104/25 105/22
particularly [7] 54/20 68/20 72/3 81/22 100/15 103/9 107/19
parties [2] 15/21 60/20
parties' [1] 49/18
partner [1] 108/4
partnering [1] 29/24
partners [6] 15/7 15/21 68/7 88/16 88/20 90/23
partnership [1] 30/10
parts [1] 16/13
party [5] 31/7 60/15 60/21 94/13 94/14
pass [2] 43/15 45/10
past [3] 5/15 33/15 41/25
PATTERSON [2] 2/13 42/15
pause [1] 92/10
pay [11] 6/16 7/18 14/18 17/14 24/11 32/22 41/2 54/17 58/13 59/9 79/1
paying [2] 23/12 25/21
payments [6] 15/11 28/4 29/7 32/6 85/25 88/23
pays [4] 6/18 11/24 29/1 31/10
pbwt.com [1] 2/16
PC [3] 66/22 67/4 68/1
PCs [4] 66/24 67/2 94/1 94/3
people [36] 5/17 7/10 14/1 26/15 38/5 40/2 40/3 40/3 40/4 40/6 46/16 49/11 56/13 58/4 59/18 66/20 67/17 72/1 76/4 80/21 80/22 81/2 81/21 81/24 84/19 100/10 100/14 101/4 101/7 101/13 102/19 102/24 102/25 103/3 103/4 111/22
per [3] 6/18 17/13 51/16
percent [18] 5/19 6/1 9/17 12/6 12/8 16/15

49/19 53/1 56/12 74/10 74/11 91/24 92/6 106/5
percentage [12] 12/2 12/2 31/23 47/24 51/2 56/12 60/7 60/9 77/21 98/2 101/7 110/18
percentages [1] 50/6
performance [1] 73/5
period [1] 64/22
personal [3] 7/11 64/20 101/8
persuade [1] 95/7
persuasive [1] 14/17
philosophy [1] 79/9
phone [7] 8/4 27/14 29/3 29/11 30/3 76/17 89/24
phones [9] 6/21 11/6 12/18 21/8 27/9 30/7 86/6 86/7 103/5
phrase [2] 11/14 53/23
Pichai [1] 29/5
pick [2] 19/7 23/23
piece [1] 35/14
pilot [1] 11/20
pinpoint [1] 81/20
pizza [1] 30/13
place [9] 10/15 44/5 44/17 62/10 73/21 83/17 89/23 104/16 106/12
placed [2] 53/17 55/7
placement [4] 24/10 62/17 87/3 88/13
placements [1] 79/1
places [9] 19/3 82/22 97/23 98/18 98/24 99/7 102/1 105/1 106/12
placing [2] 48/13 48/14
plaintiff [5] 2/6 4/12 5/11 38/8 38/12
Plaintiff's [1] 4/25
plaintiffs [30] 1/4 2/2 4/10 4/20 4/22 9/10 12/1 38/16 39/12 66/14 66/17 67/22 68/11 69/5 69/6 71/7 91/1 91/12 93/7 94/22 94/23 98/11 98/22 99/2 99/9 104/4 105/5 105/15 107/16 109/24
plaintiffs' [25] 26/7 67/8 68/15 69/13 69/16 70/10 75/8 76/20 81/1 82/11 82/17 82/19 91/7 91/16 91/25 93/12 96/20 97/21 99/14 104/12 106/16 106/22 107/3 110/3 111/20
planned [1] 58/3
planning [1] 98/25
platform [3] 87/16 105/10 105/12
platforms [10] 69/15 86/4 94/11 94/17 97/16 104/20 105/8 105/14 107/7 107/8

27/18 83/8 86/2 87/8 89/20 89/21
player [1] 106/1
playing [4] 32/1 32/10 36/13 64/6
plays [2] 35/23 53/4
please [5] 4/5 5/4 26/6 42/14 65/11
pleased [1] 58/5
plus [3] 25/10 75/9 77/3
pocket [1] 86/12
point [18] 9/12 21/11 21/13 21/14 28/13 34/2 39/2 46/19 52/13 55/5 56/24 59/25 61/1 81/20 101/14 102/2 102/23 103/18
points [6] 11/8 11/10 21/6 77/22 88/13 89/8
policy [1] 40/15
popular [6] 67/13 71/12 73/24 83/7 90/8 90/9
portray [1] 22/22
portrayed [1] 54/11
position [6] 9/11 17/19 28/18 39/11 75/7 100/15
positioned [1] 52/15
positions [1] 6/19
possess [1] 49/24
possession [1] 70/15
possible [2] 9/6 19/3
possibly [1] 33/25
potential [7] 7/22 8/1 29/17 29/22 30/8 31/6 104/24
power [16] 10/7 11/14 16/11 21/8 44/12 45/2 49/14 49/16 49/24 49/25 50/15 51/14 70/16 100/7 106/2 110/16
powerful [6] 11/21 11/25 20/8 20/12 42/4 51/13
practices [1] 42/25
pre [1] 75/19
pre-determine [1] 75/19
precedent [1] 92/9
precise [1] 35/3
precision [1] 10/1
precluded [1] 31/1
predict [1] 14/8
prediction [1] 103/10
prefer [10] 7/20 40/3 47/7 67/15 74/1 78/3 78/25 93/15 94/8 97/20
preference [1] 40/22
preferences [1] 47/15
preferred [4] 68/3 71/24 74/21 94/16
preferring [1] 68/22
preinstall [1] 90/19
preinstallation [1] 68/6

preinstalled [4] 22/9 22/10 30/7 31/8
preload [10] 68/2 83/6 83/9 83/13 83/13 83/16 87/2 87/21 88/11 93/24
preloaded [11] 6/4 29/4 66/24 67/12 73/23 90/10 90/23 91/14 92/4 94/4 94/11
preloading [1] 85/14
preloads [1] 94/7
premise [2] 69/19 102/13
premised [1] 106/24
preparing [1] 12/11
presence [1] 20/21
present [5] 20/23 59/23 75/18 81/9 83/19
presentation [4] 20/7 20/15 20/18 66/2
presentations [1] 66/1
presented [5] 20/16 70/14 80/24 91/20 108/6
presenting [2] 64/17 112/3
presently [1] 63/7
preserve [1] 44/1
preserving [1] 43/22
president [1] 66/10
presiding [1] 4/3
press [2] 69/16 78/8
pressures [1] 98/9
presumably [1] 10/7
pretext [2] 39/13 39/17 39/24
pretextual [2] 38/22 38/25
pretrial [3] 14/5 50/8 63/21
Prettyman [1] 3/4
prevented [1] 85/1
prevents [1] 101/9
preview [2] 9/4 81/10
price [9] 33/23 35/16 89/4 89/7 99/22 99/23 99/25 100/9 103/18
prices [8] 7/18 33/21 33/10 35/12 35/12 35/17 35/20 41/5
pricing [4] 35/18 100/8 100/13 111/9
prima [1] 38/9
primary [4] 21/23 72/10 85/12 96/12
principle [3] 75/15 79/9 102/12
principles [1] 112/1
prior [1] 65/25
prioritize [1] 68/19
priority [3] 60/1 61/2 61/4
privacy [4] 7/10 7/15 22/13 40/22
privilege [1] 37/6
privileged [3] 6/19 28/6 45/4

38/10 38/11 38/14 38/24 39/7 39/10 39/13 39/17 39/22 41/6 70/22 74/6 84/2 84/5 84/9 84/24 85/6 85/8 86/16 89/15 95/9
pro-competition [3] 84/24 85/6 86/16
pro-competitive [20] 22/23 36/6 38/10 38/11 38/14 38/24 39/7 39/10 39/13 39/17 39/22 41/6 70/22 74/6 84/2 84/5 84/9 85/8 89/15 95/9
probably [1] 98/19
problem [4] 26/13 54/14 58/7 76/9
proceedings [4] 1/9 3/6 109/21 113/4
process [7] 10/25 11/1 51/22 56/3 56/3 64/6 70/20
proclaimed [2] 95/23 96/3
produced [3] 3/6 53/10 94/13
product [33] 11/3 15/22 17/3 19/21 29/25 40/10 40/12 45/18 46/24 47/5 58/4 68/15 70/3 70/3 73/11 74/15 74/21 75/23 78/3 79/5 81/5 81/15 84/15 84/21 90/18 94/20 99/24 99/25 103/1 103/2 104/19 104/25 108/24
production [1] 37/13
products [12] 6/14 6/17 19/7 22/19 47/12 80/8 84/14 93/11 100/25 105/2 108/7 111/23
professor [15] 13/20 13/24 16/25 23/17 24/16 32/15 35/19 46/3 48/9 77/18 96/9 96/10 106/21 110/3 110/14
Professor Baker's [1] 110/14
Professor Rangel [1] 13/24
proffer [1] 38/10
profit [1] 88/24
profits [6] 5/23 15/9 33/13 44/13 52/21 59/1
program [1] 36/19
progressive [1] 40/15
prohibiting [1] 30/24
prohibits [1] 28/17
prominence [1] 9/21
prominent [2] 78/23 99/16
promote [2] 76/4 82/1
promotes [2] 73/15 86/16
promotion [2] 28/18 28/20

**P**

promotional [3] 72/1 80/2 88/12
promotions [4] 77/15 79/1 79/11 80/3
proof [2] 39/9 52/5
proper [1] 17/3
propose [2] 18/15 18/18
proposed [1] 24/2
proposes [1] 18/19
protect [1] 5/14
protection [2] 2/7 7/13
protections [1] 28/8
protects [4] 6/1 19/24 28/9 28/13
prove [5] 9/18 36/5 39/16 91/2 91/3
proven [1] 73/24
provide [24] 7/6 7/14 7/23 13/7 17/1 18/3 26/11 31/13 55/2 55/8 70/21 77/10 88/12 88/23 89/4 95/4 95/6 95/9 97/5 98/5 98/12 100/25 104/23 109/13
provided [4] 29/16 34/24 60/16 111/17
provider [5] 67/16 73/14 73/17 99/13 107/22
providers [16] 27/3 44/3 44/8 50/21 51/6 54/7 54/10 58/10 73/14 73/19 91/13 98/14 99/3 101/3 102/7 107/21
provides [12] 6/16 14/5 14/10 27/4 35/23 36/1 53/11 68/25 87/18 87/23 105/6 109/11
providing [3] 64/19 79/8 107/25
proving [1] 71/9
prudent [1] 40/15
public [8] 7/1 8/19 15/5 15/8 64/19 66/6 66/16 96/2
publicly [2] 95/23 96/3
Puffin [1] 31/8
pulls [1] 10/19
purchase [6] 12/10 34/16 51/8 56/15 56/21 108/17
purchased [5] 58/24 63/25 108/14 109/2 109/9
purchases [1] 108/12
purchasing [4] 41/19 48/24 101/14 107/11
Purportedly [1] 96/1
purpose [3] 54/15 55/3 64/1
pursue [1] 26/2
pursuing [2] 25/24 64/13
push [2] 21/4 102/21
pushing [1] 30/19
put [14] 15/9 21/4

45/22 49/6 49/8 53/15 54/19 61/15 63/1 66/4 103/25

**Q**

quality [25] 6/20 7/5 8/21 14/6 20/20 20/21 21/3 25/16 32/7 32/18 33/13 71/15 73/6 75/24 75/25 88/19 95/16 95/24 96/15 96/16 96/17 96/24 97/4 97/19 111/10
quantify [1] 36/7
quash [1] 92/21
quasi [1] 82/15
quasi-imagined [1] 82/15
queries [44] 8/3 10/15 12/14 18/7 18/7 25/2 26/11 26/15 28/5 34/1 43/6 45/21 47/9 48/19 49/18 50/22 51/19 52/25 53/12 77/21 92/6 93/22 94/1 94/3 95/5 97/16 98/1 98/2 98/3 98/6 98/6 98/8 98/16 98/17 99/5 99/12 99/17 100/16 100/19 100/24 102/11 102/22 102/25 103/3
query [19] 10/18 16/22 18/20 18/20 18/21 18/22 18/22 18/24 33/11 35/25 79/20 91/24 94/24 96/13 98/15 100/18 102/4 102/6 105/5
question [12] 8/6 17/17 34/22 40/25 61/7 65/14 80/10 81/19 86/18 86/24 99/19 100/2
questions [6] 30/1 34/14 41/1 70/19 93/17 100/5
quick [3] 17/18 24/9 74/5
quickly [2] 9/8 66/7
quite [6] 15/23 43/11 44/20 47/3 48/23 109/7
quo [1] 33/4
quote [1] 18/19

**R**

radical [1] 111/25
radio [1] 104/11
raise [8] 23/9 33/21 35/10 35/11 35/16 41/5 99/22 99/23
raised [4] 30/9 33/23 63/21 92/11
raising [2] 35/16 44/12
Ralph [1] 2/8
Ramaswamy [2] 16/4 16/9
Randolph [1] 106/21

range [6] 4/33 29/13 33/25 45/19 46/22 97/16
Rangel [2] 13/21 13/24
ranks [1] 10/20
rate [4] 12/13 12/17 12/18 12/19
rates [1] 60/22
rather [4] 6/17 43/7 43/20 91/23
rational [1] 33/3
reach [6] 7/19 39/1 46/16 97/17 104/17 106/11
read [1] 110/8
readily [1] 77/11
ready [3] 58/12 65/20 65/21
real [7] 7/19 17/18 44/7 60/23 63/5 75/12 103/7
realities [3] 99/15 106/17 106/23
reality [2] 92/13 97/13
realizes [1] 37/23
really [11] 10/25 25/17 31/19 70/7 75/10 75/11 82/15 92/13 102/18 102/18 105/17
realtime [3] 3/3 53/22 53/24 55/25 56/5
reason [7] 17/25 38/19 39/5 49/12 58/22 76/6 94/23
reasons [5] 66/3 71/13 72/10 92/24 95/1
recall [1] 91/1
receive [1] 72/19
receives [1] 14/9
recess [4] 65/7 65/8 112/9 112/10
recognition [1] 45/6
recognize [1] 30/3
recognized [3] 10/12 21/1 104/3
recommendations [1] 30/13
record [4] 45/8 63/6 109/24 113/3
recorded [1] 3/6
recruit [1] 58/12
red [2] 13/18 37/1
redacted [7] 12/20 13/1 16/20 42/11 66/3 66/5 77/9
redesign [2] 69/20 80/7
redirected [1] 25/2
redirections [1] 25/11
reduced [1] 96/16
reduces [1] 7/4
reducing [1] 33/5
reduction [1] 96/11
reference [2] 107/24 108/13
references [1] 53/22
referencing [1] 44/25
referred [4] 53/21 53/23 82/24 111/2

reflect [2] 11/15 40/16
reflected [1] 49/9
reflects [1] 97/13
refusal [2] 64/3 107/24
refuse [1] 63/23
refused [1] 91/17
refuses [2] 7/12 7/15
regarding [4] 24/17 37/3 57/10 107/3
regardless [1] 13/25
Registered [1] 3/2
regularly [1] 78/13
regulatory [1] 66/11
reject [2] 18/14 58/18
relate [1] 14/12
related [2] 26/4 99/12
relationship [2] 22/24 52/14
relative [3] 12/3 50/6 91/9
release [2] 69/16 78/8
relevant [10] 10/20 18/12 50/10 50/15 69/1 70/16 82/17 84/4 97/22 99/4
reliable [1] 16/24
relied [1] 96/13
relies [1] 111/1
reluctance [1] 44/15
rely [5] 19/4 50/16 50/21 69/3 84/2
relying [1] 98/7
remain [1] 70/25
remains [2] 50/9 107/3
remarkable [2] 97/5 109/7
remarks [1] 82/13
remedy [1] 42/19
Remember [1] 89/1
reminded [1] 65/14
remove [2] 89/25 90/3
renegotiate [1] 12/11
repeatedly [2] 23/14 75/4
replace [2] 15/6 90/1
report [1] 19/12
Reporter [4] 3/2 3/2 3/3 3/3
reportings [1] 11/15
represent [2] 5/6 5/10
representative [1] 23/4
represents [1] 64/21
Republican [1] 42/22
reputation [1] 72/2
request [2] 37/4 37/24
requested [1] 56/23
required [6] 26/11 69/20 73/18 77/5 83/3 88/10
requirements [1] 87/3
requires [3] 17/12 27/20 31/13
research [2] 48/22 87/14
resourced [1] 97/15
resources [5] 15/3 17/10 26/1 52/19 95/11

respect [3] 47/15 52/2 100/16
respected [1] 72/4
respond [4] 40/18 47/9 97/11 103/20
response [6] 24/9 25/9 50/22 59/3 66/11 101/12
responsibility [1] 72/22
responsible [1] 58/5
responsive [2] 35/24 100/24
rest [2] 87/10 97/13
restaurants [1] 30/14
restraints [1] 82/21
restricted [2] 29/13 45/17
restriction [1] 28/19
restrictions [2] 22/18 27/4
result [13] 7/6 10/22 33/12 50/11 50/18 52/11 54/20 55/7 60/22 88/2 88/14 95/15 95/16
resulted [2] 70/22 87/25 97/9
resulting [1] 73/6
results [15] 7/5 10/21 10/21 14/10 20/20 46/5 47/2 51/1 68/25 69/4 79/21 95/5 95/6 98/5 100/24
resume [2] 65/5 112/7
retrained [2] 96/12 96/14
return [4] 32/23 83/17 95/5 105/3
returned [1] 32/9
rev [3] 23/13 28/2 37/4
rev share [3] 23/13 28/2 37/4
revenue [25] 15/10 15/11 23/2 23/5 23/9 24/11 28/10 28/24 30/4 37/1 47/24 50/3 50/3 50/5 54/6 54/23 72/13 72/13 85/12 85/12 85/16 88/5 88/8 88/20 102/9
revenues [4] 72/17 73/7 87/14 98/4
reverse [2] 33/7 43/11
review [1] 73/1
rewarding [1] 51/10
rewrite [1] 38/3
richer [1] 101/1
riding [1] 51/20
rig [1] 44/12
right [27] 4/14 4/17 4/24 14/10 21/19 22/25 23/1 27/17 34/10 35/2 39/15 42/8 42/9 44/24 63/23 65/2 65/3 65/13 65/20 79/14 79/17 80/16 83/6 86/6 100/11 103/22 108/25
rise [4] 4/2 65/6 65/9

**R**

rise... [1] 112/8
risk [2] 40/17 52/21
rival [17] 6/8 22/13
22/15 26/21 29/3 30/8
77/13 78/23 78/25
79/12 89/20 89/23
90/19 91/24 92/4 92/7
109/16
rivals [27] 6/7 6/15
6/20 7/22 7/22 8/18
14/15 14/19 21/9 22/15
26/24 27/1 27/25 29/18
29/21 31/6 32/18 32/19
32/23 33/3 40/9 41/14
63/19 82/16 97/5 97/15
106/18
rivals' [7] 6/10 32/22
33/4 33/5 33/8 33/11
93/11
RMR [2] 113/2 113/8
roadmap [3] 58/15
58/16 58/19
ROI [1] 105/12
role [3] 26/1 35/23 39/4
rolling [1] 92/12
room [1] 57/6
rooted [1] 20/2
rose [1] 9/20
roughly [3] 43/5 43/13
54/6
routinely [2] 15/22
16/15
royalty [1] 83/9
RSA [8] 28/4 28/25
29/2 29/7 29/14 30/24
85/24 88/23
RSA's [1] 29/10
RSAs [5] 88/6 88/6
88/9 88/12 89/3
rudimentary [1] 99/21
rule [2] 38/19 39/5
rules [2] 24/21 24/24
ruling [1] 64/7
run [7] 7/3 40/21 59/9
61/14 85/2 111/23
111/24
running [1] 106/13

**S**

SA [1] 54/22
SA3 [2] 71/1 107/16
SA360 [47] 44/16 53/4
53/14 53/16 53/19 54/1
54/11 54/17 54/18
54/22 54/24 55/2 55/6
55/11 55/20 57/10
57/20 57/20 58/1 58/5
58/6 58/24 59/1 59/24
60/25 61/7 61/14 62/12
62/14 63/16 64/10
69/13 69/17 69/20
107/4 107/12 107/21
108/14 109/3 109/4
109/13 110/6 110/15
110/16 110/19 110/24
111/4
Safari [25] 22/8 22/14

71/22 73/10 73/11
73/13 73/15 73/16 74/3
74/6 74/13 74/18 74/23
75/1 76/16 76/18 77/2
77/12 77/22 77/24
111/16
Safari's [1] 74/9
Safty [1] 2/17
said [9] 23/20 56/11
57/24 59/22 60/1 60/16
63/1 67/22 95/8
sales [4] 57/6 59/18
109/22 110/1
salesman [1] 57/7
salespeople [2] 59/14
59/16
Sallet [2] 2/6 4/11
same [9] 23/25 43/16
49/12 57/14 57/24 60/6
60/22 74/21 104/22
Samsung [8] 29/24
30/10 30/18 31/1 31/3
87/2 92/17 92/21
Samsung's [1] 30/24
Samsungs [1] 86/1
satisfied [1] 40/6
Satya [1] 32/25
Satya Nadella [1]
32/25
save [2] 54/3 60/18
saves [1] 33/9
savings [4] 60/19
60/22 60/23 63/13
saw [2] 25/10 92/20
say [18] 19/2 31/4
38/17 40/3 41/8 47/21
58/13 58/21 62/8 64/7
68/11 75/9 75/22 76/6
81/1 91/17 98/11 99/2
saying [5] 24/14 56/9
56/10 59/13 109/15
says [9] 9/14 18/19
29/5 38/8 39/7 57/7
58/14 60/2 76/12
scale [39] 6/2 14/5
14/7 14/9 14/11 14/12
14/14 14/21 26/20 27/1
33/8 33/11 35/23 40/16
41/3 41/9 41/15 42/4
53/15 64/10 75/8 75/18
76/9 94/21 94/24 95/2
95/10 95/11 95/14
95/14 95/21 95/25 96/8
96/13 96/14 96/16
96/19 96/22 97/3
Schmidtlein [6] 2/17
4/13 65/20 80/9 99/18
112/5
science [1] 96/10
scientific [2] 10/1
96/21
scope [1] 30/18
scores [1] 7/8
screen [14] 12/17
12/21 12/23 23/19
23/22 23/24 24/7 24/12
24/16 27/21 28/1 66/6

screens [2] 22/12 86/6
seals [1] 14/14
search [387]
searched [1] 46/5
searches [6] 6/7 35/4
43/8 43/8 46/1 81/13
searching [15] 10/16
19/5 30/1 30/2 72/10
74/5 81/15 85/21 85/22
85/22 86/9 88/3 101/10
103/5 103/12
seated [2] 4/5 65/11
second [12] 9/2 14/25
19/10 28/24 38/8 70/18
78/2 83/6 85/5 92/2
100/6 110/18
second-guess [1] 78/2
secondary [3] 73/14
73/19
seconds [3] 37/23
76/19 90/4
Section [6] 2/7 9/5
15/16 40/11 42/21
70/15
Section 2 [5] 9/5 15/16
40/11 42/21 70/15
secure [1] 45/18
security [1] 88/17
see [32] 7/5 10/6 12/20
12/21 13/12 13/15
16/21 24/6 34/22 46/21
46/21 46/22 47/6 47/23
49/8 49/22 50/20 51/2
53/22 58/25 60/9 60/19
76/24 79/15 80/10 87/8
87/17 89/19 92/19
92/21 103/19 112/7
seeing [1] 56/12
seek [4] 9/18 28/7 44/8
111/20
seeking [1] 9/23 46/16
seem [2] 14/8 40/10
seems [1] 20/23
seen [1] 45/14
select [3] 55/6 71/24
74/25
selected [3] 71/12 72/4
75/11
selection [2] 14/3
76/18
self [1] 51/12
self-interest [1] 51/12
sell [6] 22/15 27/9
88/22 88/24 89/3 90/15
seller [1] 61/25
selling [3] 47/12 54/12
59/17
SEM [29] 54/1 54/4
54/5 54/7 54/9 54/9
54/12 54/13 54/22
57/16 57/16 58/8 58/9
58/9 62/16 63/14 63/18
63/25 107/4 107/5
107/20 107/22 108/11
108/14 108/15 109/2
109/7 109/8 109/10
senior [3] 72/21 72/25

sense [3] 80/21 98/23
99/17
sensible [1] 40/15
sensitive [1] 45/3 45/5
sent [2] 20/13 24/1
separate [2] 12/18
34/15
September [4] 1/5
25/13 57/18 113/7
series [1] 25/15
serious [1] 80/5
SERP [2] 10/21 10/22
servers [1] 14/18
service [6] 24/20 25/1
25/20 36/14 45/18
47/11
services [9] 7/23 11/25
15/25 18/6 18/10 30/25
67/17 77/11 97/20
session [3] 1/7 4/3
65/10
set [10] 22/16 24/21
30/6 31/1 71/17 71/20
77/16 81/23 87/5 94/15
sets [2] 22/8 24/24
setting [3] 20/25 37/21
46/20
settings [4] 6/4 11/9
14/2 76/17
seven [1] 60/3
several [4] 20/19 70/18
74/22 94/10
Severt [1] 5/7
share [38] 5/19 5/25
9/17 15/10 15/11 15/22
16/12 16/14 17/4 17/5
17/7 19/16 20/10 23/5
23/9 23/13 24/11 28/2
28/24 31/21 37/1 37/4
43/4 43/6 43/13 49/17
50/3 53/9 54/9 55/1
59/7 72/13 88/6 88/7
91/4 93/22 106/5 106/6
shared [1] 52/20
shareholders [1] 15/8
shares [7] 16/18 44/21
45/1 49/22 54/21 91/24
92/8
sharing [2] 23/2 88/20
she [7] 25/9 25/10 28/4
28/7 28/10 64/24 79/7
Sherman [7] 8/10 9/3
14/22 15/1 15/4 29/21
42/21
Sherman Act [6] 8/10
9/3 14/22 15/4 29/21
42/21
Sherman Act's [1]
15/1
shifted [2] 91/24 92/7
shifting [1] 14/24
shirt [2] 101/19 101/22
Shoe [1] 40/12
shoes [1] 106/13
shop [1] 45/17
shopping [7] 10/14
19/5 47/3 47/11 48/7

short [2] 45/9 111/23
shortcut [1] 71/8
shortly [1] 81/10
should [20] 7/3 8/13
18/14 23/8 32/23 37/4
38/17 39/24 40/6 42/1
42/3 66/7 98/22 99/3
99/9 99/19 103/19
103/23 107/16 109/6
show [81] 7/25 8/17
8/19 8/22 9/16 13/18
16/23 19/13 19/14
19/19 19/23 22/7 23/12
27/24 29/12 29/19
29/23 30/13 35/9 36/4
36/23 37/16 39/19
39/19 39/21 41/17 42/2
43/11 43/19 43/20
44/14 45/5 45/8 45/9
46/15 47/2 48/4 48/21
49/15 51/20 53/3 54/8
57/2 57/10 59/10 67/4
68/5 68/17 68/22 68/24
69/18 69/24 70/5 71/11
71/17 74/12 74/24
76/25 79/10 80/1 82/1
82/10 82/14 83/22
87/22 89/16 90/21 91/5
92/2 92/22 93/10 94/5
95/13 95/18 95/22 97/8
98/7 105/11 106/10
109/1 111/8
showed [6] 16/2 16/8
19/16 31/19 31/20
31/25
showing [4] 16/12
39/23 52/11 77/20
shown [5] 31/22 44/14
44/22 53/9 63/10
shows [11] 14/11
19/11 31/23 36/18
37/20 45/24 50/2 50/5
50/18 81/6 87/2
side [7] 7/2 7/17 11/3
15/17 34/6 34/7 59/17
sides [2] 36/13 42/23
sign [1] 27/18
signed [2] 27/15 83/21
significant [19] 9/16
12/22 13/16 13/23
16/21 31/21 32/5 41/7
49/1 60/9 60/19 68/14
70/23 77/20 98/10
104/13 104/15 106/7
106/9
significantly [2] 58/23
78/19
signing [1] 27/10
simple [1] 76/15
simply [8] 15/11 15/23
40/8 44/20 56/18 58/23
58/24 79/19
since [5] 16/8 23/13
24/16 82/25 92/11
single [7] 18/21 78/5
79/4 87/9 92/3 102/16
106/1

**S**

**Siri** [1] 25/16
**sites** [4] 67/18 103/13 103/16 107/9
**situation** [1] 13/18
**six** [2] 56/8 60/10
**size** [1] 12/17
**sizes** [1] 86/5
**Skai** [3] 58/7 62/17 63/12
**slice** [1] 102/17
**slide** [29] 5/11 13/5 13/12 16/2 16/8 18/11 19/15 28/10 28/11 28/16 28/16 31/22 32/5 33/16 35/19 37/2 45/20 46/3 47/23 49/9 50/2 50/5 50/17 54/8 57/11 59/17 77/9 79/12 94/15
**slide 29** [1] 57/11
**slide 36** [1] 59/17
**slides** [5] 33/15 42/11 65/23 66/2 66/4
**slowly** [2] 26/14 77/5
**small** [7] 53/9 54/21 59/6 68/13 94/2 98/2 108/12
**smaller** [1] 54/20
**smart** [2] 37/23 69/7
**smartphone** [2] 87/24 90/12
**smartphones** [3] 88/1 89/10 89/14
**sneakers** [1] 47/12
**snippets** [1] 92/15
**so** [105] 4/17 6/22 9/12 9/15 9/21 9/24 10/20 12/1 12/8 12/17 12/20 13/11 17/25 18/4 18/5 18/9 18/15 18/22 19/18 19/19 21/17 21/25 22/25 23/12 23/22 23/25 25/3 25/19 26/12 28/5 28/16 29/9 30/12 30/16 30/22 32/4 34/6 34/10 34/15 34/16 34/23 34/24 36/13 37/24 38/2 39/6 39/11 40/2 41/3 42/12 44/6 44/18 47/12 47/21 51/6 51/10 53/6 54/15 54/18 55/9 56/23 57/25 58/13 58/17 59/10 59/18 59/21 61/21 62/10 62/19 62/24 65/16 66/5 66/15 67/18 69/12 69/21 69/23 70/24 71/10 72/11 73/16 75/6 83/18 83/20 84/1 84/24 85/6 85/15 85/16 86/18 88/3 89/3 90/20 93/6 94/18 100/24 101/12 103/2 103/15 105/7 108/4 109/5 109/6 110/19
**so it's** [1] 36/13
**So this feedback** [1] 6/22

**social** [3] 67/18 103/12 107/8
**software** [2] 20/6 77/4
**sold** [2] 27/14 27/15
**solely** [1] 111/2
**solution** [2] 37/11 37/12
**solve** [1] 15/13
**some** [42] 7/10 18/7 19/2 20/23 25/2 26/25 33/25 44/2 44/10 44/23 61/12 65/25 66/2 68/12 70/13 76/5 76/11 81/10 84/18 85/8 90/9 92/20 92/23 92/24 96/22 97/23 98/18 98/24 102/2 102/25 104/6 104/15 104/18 104/21 104/21 104/22 104/24 105/10 106/12 109/21 110/13 110/21
**somebody** [3] 76/11 99/23 100/7
**somehow** [2] 91/2 111/23
**someone** [3] 5/23 58/1 81/5
**something** [8] 48/14 48/15 73/22 79/22 90/1 91/22 98/19 110/11
**sometimes** [1] 80/22 100/8
**somewhere** [2] 51/12 81/16
**sooner** [1] 107/16
**sophisticated** [1] 97/15
**sorry** [10] 19/10 22/9 27/11 39/6 51/24 55/5 56/17 62/6 65/16 75/25
**sort** [9] 21/12 75/7 79/17 80/21 80/22 94/12 100/9 101/14 110/21
**sought** [2] 21/4 31/15
**sound** [1] 112/1
**source** [1] 87/15
**sources** [4] 11/11 28/8 45/19 96/2
**space** [1] 28/1
**speak** [3] 42/17 42/24 64/17
**speakers** [1] 69/7
**special** [4] 44/3 44/7 50/21 51/6
**specialized** [6] 67/16 78/7 99/2 99/13 101/3 103/16
**specifically** [1] 77/10
**spend** [4] 7/8 107/6 108/16 111/1
**spending** [2] 51/16 103/11
**spent** [2] 48/11 48/11
**spin** [1] 8/14
**sports** [1] 7/8
**squeak** [3] 41/13

**Sridhar** [1] 16/4
**Sridhar Ramaswamy** [1] 16/4
**St** [1] 2/18
**stage** [3] 38/8 38/11 48/22
**stakes** [1] 14/2
**stand** [1] 43/12
**standard** [2] 14/23 70/12
**standing** [1] 71/4
**stands** [4] 38/12 39/8 65/6 112/8
**star** [2] 42/1 42/1
**start** [9] 4/18 10/15 15/16 26/16 38/21 45/15 66/8 102/24 102/25
**started** [6] 16/3 22/24 23/23 24/7 25/1 30/19
**starting** [1] 57/11
**starts** [3] 6/3 20/1 27/6
**state** [4] 2/6 4/22 48/20 48/20
**statement** [1] 5/1
**statements** [1] 96/7
**states** [18] 1/1 1/3 1/10 4/8 4/12 5/11 12/9 15/25 25/17 42/15 42/18 43/23 47/25 60/24 67/1 74/11 82/9 90/7
**static** [1] 106/24
**status** [6] 23/3 33/4 68/7 69/3 93/23 94/5
**stays** [1] 81/2
**stenography** [1] 3/6
**Stepping** [1] 85/23
**steps** [1] 76/24
**still** [9] 14/10 48/22 50/15 61/3 77/25 93/8 93/25 102/13 102/15
**stop** [10] 10/14 19/5 41/18 45/17 58/14 58/14 59/10 64/23 93/14 98/7
**stopped** [1] 16/8
**store** [14] 27/7 27/7 27/8 27/9 27/18 41/3 73/21 73/24 83/8 87/8 89/2 89/20 89/21 89/22
**straight** [1] 101/20
**strategic** [3] 8/21 20/8 20/11
**street** [2] 2/3 36/13
**strength** [1] 20/20
**stronger** [1] 40/19
**structural** [1] 76/5
**structure** [1] 17/14
**study** [1] 13/23
**submit** [2] 103/24 109/24
**subpoena** [1] 92/21
**subscribe** [2] 82/12 82/15
**subscription** [1] 16/6
**subsidiary** [1] 70/18

**substantially** [4] 54/9 71/5 82/16 105/24
**substitute** [4] 15/12 93/6 100/10 105/9
**substitutes** [2] 15/24 26/9
**succeeded** [1] 94/24
**success** [3] 94/19 111/14 111/16
**successful** [1] 94/25
**successfully** [2] 38/9 111/9
**such** [3] 36/7 44/2 111/25
**suffered** [2] 63/7 77/7
**sufficiently** [1] 47/4
**suggest** [3] 20/24 94/23 105/5
**suggested** [3] 23/10 24/15 25/11
**suggesting** [2] 104/18 105/16
**suggestion** [1] 25/15
**suggestions** [4] 25/2 25/5 25/9 25/19
**suit** [1] 69/5
**suite** [6] 2/10 2/14 37/19 83/13 83/14 87/22
**suits** [1] 4/16
**sum** [1] 93/1
**summary** [7] 10/13 14/23 38/7 62/25 64/8 70/11 109/20
**Sundar** [1] 29/5
**Sundar Pichai** [1] 29/5
**superior** [2] 68/15 90/18
**supermarket** [1] 19/6
**suppliers** [1] 24/19
**support** [7] 19/11 57/25 69/11 92/6 96/22 105/18 111/17
**suppose** [2] 17/23 39/8
**supposed** [6] 49/20 55/2 68/15 69/1 91/14 109/22
**supposedly** [3] 43/4 53/17 110/20
**sure** [4] 9/9 26/18 61/8 110/8
**surely** [3] 67/1 94/18 98/7
**surpass** [1] 96/23
**surprise** [1] 63/4
**surprising** [2] 54/25 69/2
**surprisingly** [2] 20/24 78/25
**survive** [1] 6/13
**suspenders** [1] 27/5
**sustain** [1] 111/15
**sustained** [1] 82/7
**SVP** [2] 44/12 49/2
**SVP's** [1] 50/19
**SVPs** [12] 46/23 48/8

**SVPs'** [1] 50/10
**switch** [13] 63/16 72/18 74/21 78/15 78/17 80/14 80/14 80/22 80/23 81/5 81/8 81/21 89/18
**switched** [3] 12/14 12/16 31/20
**switching** [9] 73/16 78/20 80/10 80/13 80/18 81/3 81/6 110/21 110/24
**swoop** [1] 33/24
**system** [5] 37/14 37/20 83/4 88/11 88/18
**systematically** [1] 41/7

**T**

**T-Mobile** [1] 89/2
**tab** [1] 103/5
**table** [1] 5/7
**tablets** [1] 11/6
**take** [21] 9/10 12/25 14/25 24/14 24/22 33/18 33/20 39/8 43/2 56/14 63/6 65/4 65/4 66/21 76/23 83/21 86/11 92/10 98/16 102/9 102/17
**taken** [1] 104/24
**takes** [2] 76/18 90/3
**taking** [3] 40/17 56/14 103/20
**talk** [5] 14/25 20/23 34/18 85/25 92/11
**talked** [2] 70/1 84/3
**talking** [4] 64/23 85/23 86/14 89/22 90/2 90/3
**tap** [5] 76/17 89/21 89/22 90/2 90/3
**taps** [1] 76/17
**targeted** [1] 7/25
**taught** [1] 36/21
**team** [4] 5/10 37/19 66/11 66/12
**tech** [2] 68/13 96/10
**technical** [1] 11/2
**technological** [1] 100/23
**technologies** [6] 17/22 92/22 92/23 96/1 97/7 111/11
**technology** [2] 93/6 93/6
**television** [1] 104/11
**tell** [3] 59/14 63/4 64/23
**telling** [1] 56/16
**tells** [1] 58/11
**ten** [7] 9/15 43/1 43/12 60/1 61/2 61/4 90/7
**tend** [2] 14/1 47/12
**tends** [1] 53/22
**tens** [2] 102/15 102/15
**term** [5] 5/23 14/5 23/9

term... [2] 56/17 63/8
terminal [1] 13/8
terms [6] 22/2 29/13
43/6 62/1 88/22 100/16
test [4] 58/3 58/12 59/9
59/10
tested [2] 70/3 108/25
testifies [1] 29/6
testify [11] 16/10 17/3
17/11 32/25 35/20
48/18 79/3 90/17 90/19
93/4 97/2
testimony [12] 11/22
14/17 15/18 16/23
47/22 48/9 64/11 72/19
73/1 78/22 85/10
107/10
text [16] 5/21 34/8 34/9
34/17 34/25 35/1 46/25
47/1 47/2 47/4 47/7
47/13 47/24 48/6 50/4
104/21
than [48] 6/7 6/15 6/17
6/18 6/23 9/6 14/3 14/7
14/19 17/20 21/3 25/13
25/24 29/1 32/2 32/3
33/12 34/4 34/20 35/25
36/12 40/17 42/5 43/7
43/20 46/7 58/23 59/1
62/18 66/19 67/21 68/9
73/23 74/11 77/22
77/24 84/14 89/8 91/23
95/14 95/15 96/19 97/4
99/13 105/19 106/5
106/18 110/8
thank [16] 5/3 42/7
42/8 42/10 42/13 64/16
64/18 65/1 65/2 65/5
65/11 65/22 86/25
112/2 112/4 112/5
Thank you [10] 5/3
42/7 42/8 42/10 42/13
65/2 65/22 86/25 112/4
112/5
that [551]
that'll [1] 91/6
that's [72] 8/10 8/24
12/3 12/24 13/21 14/9
14/11 14/12 14/21
16/19 17/13 19/8 19/18
22/10 22/19 25/21 26/2
28/13 28/23 32/18
39/24 41/16 41/16
45/23 46/17 46/25 50/4
50/4 51/13 51/20 52/5
52/8 54/15 55/3 56/9
56/9 56/15 56/23 57/8
59/5 63/7 70/14 76/10
76/11 78/24 80/24
82/24 84/18 85/1 85/18
85/19 87/9 90/1 91/25
94/24 98/12 101/24
102/2 102/2 102/14
102/18 102/19 102/20
102/20 103/25 105/3
108/24 110/16

8/21 9/22 11/15 11/20
12/11 12/15 14/5 14/20
15/6 15/7 24/3 24/18
24/20 24/24 29/5 32/7
32/23 32/25 35/24
36/18 37/11 38/1 40/11
40/24 44/10 48/3 48/5
48/20 49/6 49/11 49/17
49/22 50/7 51/7 51/11
51/16 52/20 54/23
56/10 56/10 58/9 58/19
59/16 60/24 61/13
67/11 68/23 69/1 71/9
71/20 73/23 74/9 77/10
78/2 80/7 85/13 86/10
88/8 89/9 91/4 91/12
93/5 98/23 105/2 105/3
105/8 105/13 105/14
106/13 107/6 109/3
109/6 109/11
them [44] 10/8 10/9
10/20 19/8 19/13 20/12
20/24 25/7 25/10 25/14
26/11 26/15 26/16
28/22 29/14 30/19
30/25 31/11 34/13 37/9
41/3 47/8 50/12 56/3
56/14 61/5 61/14 66/20
67/8 67/14 70/8 78/24
80/7 83/18 83/21 83/23
88/21 88/22 88/23 89/4
103/6 103/23 108/19
109/11
themselves [2] 42/23
49/8
then [20] 5/24 14/20
20/16 21/21 28/10
30/24 36/2 37/20 38/12
39/4 39/24 60/24 66/6
76/18 76/18 80/22
87/10 96/14 100/6
103/22
theory [2] 26/7 75/7
there [50] 4/18 9/21
11/1 11/6 11/17 12/21
13/13 15/24 16/12 18/9
18/10 21/14 21/20 23/1
26/8 45/9 47/10 47/14
47/17 47/21 48/5 51/10
55/20 58/7 59/11 59/15
59/23 60/14 60/19
60/21 61/12 63/12 66/2
66/18 70/24 79/18 84/6
84/11 84/16 84/17
92/14 92/16 93/1 99/25
101/7 101/11 102/4
103/4 105/1 107/22
There'll [1] 48/9
there's [20] 16/13
31/25 34/8 36/16 39/9
45/23 51/3 51/3 51/13
53/7 59/14 63/13 63/19
76/5 84/14 91/22 101/6
101/9 104/4 109/12
therefore [1] 21/2
these [83] 6/5 6/19
7/19 7/22 11/8 15/8

19/14 19/17 19/20 21/5
21/25 22/3 22/18 26/24
31/8 32/6 33/19 34/15
34/18 35/21 37/10 47/7
47/15 48/19 49/11
50/21 51/3 59/5 63/10
66/15 66/24 67/9 69/2
70/9 71/8 72/20 73/3
80/3 82/19 83/8 83/10
83/22 84/8 84/12 84/15
84/16 84/25 86/2 86/11
86/12 86/13 89/3 90/16
91/8 93/13 94/4 94/7
96/6 96/14 98/3 98/16
98/22 99/2 99/9 100/24
101/2 103/3 103/15
103/21 103/21 104/20
108/18 108/21 109/4
110/20
they [207]
they'd [1] 49/12
they'll [3] 63/4 76/22
105/13
they're [34] 7/16 13/15
16/18 16/22 39/21 40/4
46/22 47/4 47/12 47/20
48/18 49/10 56/14 58/9
67/8 81/14 81/15 81/15
81/16 81/16 83/21
84/20 84/22 88/10
89/11 92/12 93/5 98/25
99/10 100/25 102/20
103/17 103/22 104/22
they've [5] 19/6 51/21
53/18 63/10 81/14
thing [2] 19/1 104/22
things [11] 7/8 8/25
21/15 21/16 31/19
33/17 33/19 43/9 86/11
103/12 105/19
think [20] 4/15 13/6
39/6 52/1 52/1 56/22
66/1 81/19 81/20 86/19
93/16 99/21 100/1
100/4 100/5 101/24
103/18 104/6 107/25
111/2
thinking [3] 99/20
101/15 103/13
third [10] 15/21 31/7
54/6 60/15 60/20 60/21
83/12 94/13 108/13
108/15
third-party [4] 31/7
60/15 60/21 94/13
this [170]
This is Civil [1] 4/7
those [42] 5/25 7/19
10/23 11/9 18/1 18/6
25/17 27/22 34/22
34/24 35/17 36/14
39/25 41/14 44/3 44/19
57/15 58/25 59/18
60/20 66/4 66/6 66/7
67/15 68/9 69/11 70/7
76/14 77/6 78/1 79/22

97/3 98/2 101/1 101/20
102/21 103/14 108/15
though [7] 28/6 35/11
35/13 35/15 43/5 51/8
94/3
thought [2] 25/3 70/7
90/17
thoughtfully [1] 70/12
thousands [3] 37/8
37/8 102/16
threat [3] 30/15 52/22
103/17
threaten [1] 82/20
threats [1] 106/18
three [11] 8/25 22/1
24/10 34/17 54/7 58/17
61/5 66/15 70/24 91/11
108/23
through [35] 11/5 12/3
12/9 28/25 29/2 30/12
47/22 50/13 53/16
53/19 54/5 54/7 54/13
54/24 55/21 57/9 57/20
58/24 61/14 61/21 62/4
62/5 62/11 62/14 62/14
63/14 63/14 64/1 64/11
66/19 77/7 77/21 95/24
96/1 110/22
throughout [4] 8/8 9/5
37/16 42/1
throws [1] 39/4
thumb [1] 53/15
Thus [2] 15/5 30/14
ticket [1] 101/16
TikTok [5] 17/22 18/4
18/5 103/12 106/9
till [1] 37/9
time [44] 5/23 21/11
21/14 21/17 23/14
32/13 33/14 53/21
53/23 54/3 55/24 56/2
56/6 56/11 56/16 57/2
57/12 57/14 57/19
57/19 57/21 57/22
57/24 58/1 58/4 58/8
58/19 60/6 60/8 60/17
61/1 61/1 61/3 61/9
63/2 63/13 64/21 66/20
70/1 74/6 81/20 103/12
106/6 108/22
timeline [3] 57/9 59/21
109/5
timely [2] 88/17 88/18
times [4] 6/8 36/11
80/15 90/8
timetable [2] 69/21
109/17
Tinter [1] 32/25
titled [1] 113/4
today [16] 4/16 8/25
42/24 43/12 61/2 62/24
64/17 66/9 66/12 67/20
68/11 70/4 74/22 98/9
102/13 103/11
today's [1] 106/25
together [4] 27/22
34/13 42/19 83/9

told [5] 24/10 24/14
30/22 30/22 92/16
tomorrow [1] 37/19
too [2] 24/20 90/1
took [4] 30/8 56/23
70/2 108/23
tool [34] 21/20 30/6
44/16 53/17 54/2 54/4
54/5 54/7 54/9 54/12
54/13 55/3 55/11 55/22
57/13 57/16 57/17 58/8
58/9 58/10 61/17 62/11
63/15 63/25 69/13
107/4 107/14 107/15
107/21 107/22 109/2
109/7 109/8 109/10
tools [17] 30/4 31/2
53/25 54/3 54/13 54/22
61/13 62/16 63/17
63/18 64/2 107/5
107/17 108/11 108/14
108/15 110/24
top [6] 10/22 20/16
21/16 47/1 60/1 61/2
total [1] 109/22
touted [5] 57/22 74/3
74/14 74/17 78/6
toys [1] 46/8
track [2] 8/9 80/21
Trade [1] 43/1
traffic [6] 11/16 25/14
25/16 25/20 27/23 28/8
Trager [1] 5/9
trail [1] 37/24
train [1] 14/20
trained [1] 96/2
training [2] 36/25 37/1
transaction [3] 49/2
49/4 100/14
transcript [3] 1/9 3/6
113/3
transcription [1] 3/6
translated [1] 49/25
treat [1] 15/21
tremendous [1] 84/17
trial [13] 1/9 4/17 8/8
17/19 29/6 40/25 42/1
42/3 45/7 52/6 63/3
108/5 109/24
tried [1] 41/13
tries [1] 97/25
Tripadvisor [1] 99/1
true [3] 16/6 43/11
102/13
truly [2] 44/20 45/8
trumps [1] 20/24
truth [1] 67/3
truths [2] 67/9 67/9
try [10] 18/21 39/16
63/17 71/7 76/11 99/4
102/9 102/16 105/15
110/22
trying [3] 49/10 84/14
102/5
turn [10] 8/5 15/15
16/11 22/3 26/3 31/7
45/12 46/25 49/13
81/25

**T**

turned [2] 38/2 43/11
turning [3] 6/22 14/22 36/3
turns [2] 6/23 66/18
two [18] 13/12 16/13 25/10 31/19 33/19 34/7 49/25 57/17 60/4 60/15 61/5 70/15 84/5 86/4 91/17 95/24 100/5 111/6
TYLER [1] 2/13
type [5] 21/16 34/21 79/19 97/24 104/25
types [8] 22/1 45/21 47/15 100/24 101/3 101/20 102/21 103/3
typically [3] 47/1 48/23 80/12
typing [2] 50/19 81/16
typos [1] 14/10

**U**

U.S [22] 2/2 4/25 5/10 6/9 27/14 30/18 49/17 67/23 67/25 68/10 69/6 75/14 75/17 76/2 76/2 76/4 76/12 77/4 90/15 91/24 92/3 111/24
Uber [1] 99/8
Uber Eats [1] 99/8
UFOs [1] 46/5
ultimately [2] 58/13 73/10
unable [1] 26/8
uncontested [1] 6/7
under [10] 20/7 22/6 22/12 28/19 29/13 29/21 78/1 82/10 92/8 108/6
underlined [1] 37/3
undermine [4] 28/18 43/22 44/16 82/21
undermines [2] 24/16 24/23
understand [3] 14/8 38/15 81/1
understanding [2] 13/9 99/21
understands [1] 33/18
unequivocal [1] 24/9
unhappy [2] 44/4 51/8
unique [8] 15/21 19/9 34/19 46/24 69/12 105/6 105/7 107/3
uniquely [2] 11/25 42/4
uniqueness [2] 46/4 46/14
Unit [1] 2/8
UNITED [12] 1/1 1/3 1/10 4/8 12/9 15/25 40/12 43/23 67/1 74/11 82/9 90/7
United Shoe [1] 40/12
United States [5] 15/25 43/23 74/11 82/9 90/7
universal [2] 51/2 51/3
Universals [2] 50/18 50/24
University [1] 77/19
unlawfully [2] 15/19 42/20
unlikely [1] 81/5
unquantified [1] 96/22
unquestionable [1] 49/15
unquestionably [1] 74/5
unreasonably [1] 70/10
unrebutted [4] 38/12 38/15 38/20 39/8
unrelated [2] 95/25 97/3
unveiled [1] 74/12
up [15] 13/1 23/23 35/13 41/10 41/19 42/12 51/16 51/16 51/17 56/15 65/23 77/6 78/18 79/16 92/5
update [2] 58/18 58/18
updates [1] 88/17
upends [1] 22/22
upgrades [1] 88/18
upon [2] 20/16 108/7
URL [2] 21/16 50/20
us [11] 19/5 19/25 23/10 25/12 34/14 39/4 59/14 63/4 86/13 91/12 101/9
usage [6] 73/6 74/10 84/19 86/15 88/14 94/18
usdoj.gov [1] 2/5
use [28] 5/17 11/4 14/5 14/20 15/16 22/25 23/1 41/4 43/7 43/25 53/23 54/17 54/21 60/17 61/17 66/20 67/7 67/12 67/17 72/11 78/21 78/24 79/12 90/10 92/17 101/4 110/19 111/22
used [13] 7/12 20/12 21/3 23/14 27/17 29/17 31/5 37/16 46/22 67/1 87/14 107/5 108/15
useful [1] 25/3
user [15] 6/12 7/13 10/19 13/24 20/21 25/11 48/23 72/5 77/12 79/19 80/13 83/20 89/19 90/12 97/16
user's [1] 105/5
users [54] 7/23 11/5 11/19 15/12 21/1 23/23 24/3 28/20 28/21 33/4 34/13 36/8 43/5 45/21 48/19 48/22 53/12 56/1 66/19 67/5 67/20 68/8 72/17 73/12 73/17 73/21 73/22 73/25 74/20 75/5 76/21 77/5 77/23 78/19 78/24 79/7 79/23 80/14 80/14

89/16 89/18 90/5 93/20 94/16 97/23 98/3 98/7 99/7 103/9 103/10 103/11
users' [3] 30/1 40/22 98/15
uses [1] 62/1
using [17] 8/20 53/14 54/1 54/4 54/18 54/19 55/1 58/1 60/8 67/15 67/25 77/24 81/14 84/20 101/9 107/14 111/12
utilize [5] 44/15 47/10 57/15 57/21 58/1
utilized [2] 53/19 61/14

**V**

vacation [1] 98/25
valuable [10] 56/8 71/13 71/25 83/24 94/19 98/17 99/16 100/16 102/18 103/3
value [7] 20/6 67/14 84/18 84/18 88/12 100/17 111/12
Varian [3] 20/14 20/14 20/15
variations [1] 40/4
varied [1] 98/10
variety [5] 14/2 79/11 81/17 94/16 97/16
various [5] 11/11 94/11 94/12 103/21 103/21
vast [3] 14/18 47/24 96/17
Verizon [1] 89/2
Veronica [1] 5/9
version [3] 74/13 79/13 79/14
versions [1] 22/14
versus [5] 4/8 67/23 68/10 77/4 100/18
vertical [7] 44/3 44/7 50/21 51/6 99/2 102/7 103/21
verticals [1] 103/21
very [11] 37/23 54/15 55/3 65/5 79/6 82/12 87/4 88/21 98/1 98/1 99/20
vice [1] 66/10
victim [1] 68/16
video [2] 79/4 104/22
videos [2] 76/25 77/1
videotaped [1] 73/1
view [2] 93/5 99/19
viewed [1] 16/24
views [1] 106/17
violated [2] 38/1 67/25
violating [1] 8/23
violation [2] 9/5 42/21
Virginia [1] 96/10
virtually [1] 43/14
virtue [1] 64/6
visibility [4] 44/2 50/9 50/11 50/13

visitor [1] 51/16
visitors [1] 105/8
visual [1] 104/21
vital [3] 7/18 11/1 11/3
vitally [1] 72/9
voice [2] 42/24 69/7
vs [1] 1/5

**W**

wait [1] 59/13
waiting [3] 59/13 59/18 59/19
walk [1] 57/9
walked [1] 89/2
Walker [1] 66/9
walking [2] 57/6 108/1
walks [2] 7/3 40/21
wall [2] 6/2 41/15
Walmart [1] 98/20
want [23] 18/9 23/20 25/16 29/13 52/1 56/14 57/5 57/7 64/18 73/22 78/3 79/21 79/23 84/17 87/4 88/7 89/25 90/3 94/21 98/25 102/11 102/14 104/1
wanted [7] 23/19 23/19 26/12 54/16 59/8 59/10 90/19
wants [7] 8/14 18/20 19/17 26/13 40/23 54/18 61/15
warning [2] 32/20 37/2
was [72] 16/3 16/4 16/6 20/15 21/8 21/11 21/14 21/16 21/17 21/20 21/22 23/1 23/13 23/17 23/20 23/21 24/9 24/12 24/15 25/6 28/2 29/16 30/14 31/16 31/16 32/10 32/13 33/23 33/24 36/23 37/12 37/16 37/18 39/22 39/24 43/3 51/11 54/6 59/3 59/9 59/11 59/12 60/13 60/14 60/19 60/21 64/24 65/14 66/17 67/22 68/3 68/12 73/18 74/7 74/7 74/9 74/18 74/19 75/1 75/5 76/7 92/3 94/10 94/16 95/8 96/18 102/12 102/15 102/17 107/25 109/3 109/5
Washington [4] 1/5 2/3 2/19 3/5
wasn't [5] 24/5 24/11 35/3 37/11 58/7
wave [1] 51/20
way [13] 11/12 12/15 19/1 20/9 26/14 27/1 27/10 29/6 45/23 53/25 74/20 81/2 86/18
Wayfair [1] 98/20
ways [9] 9/13 11/7 11/17 21/23 66/19 76/8 81/18 102/2

wac.com [1] 2/20
we [140]
we believe [4] 30/17 39/4 39/18 84/8
we will [17] 7/6 7/14 7/25 8/5 8/9 9/18 9/22 15/16 16/25 19/13 26/23 38/4 64/11 65/4 65/4 81/9 112/7
we'll [11] 4/25 15/16 15/18 22/2 26/3 31/7 57/4 58/13 60/3 63/3 93/3
we're [15] 4/17 13/5 13/7 14/8 39/20 56/12 58/11 59/13 60/4 63/2 63/4 76/13 80/21 86/13 86/19
we've [7] 33/18 49/18 50/25 58/15 77/9 84/4 91/11
weakened [1] 64/12
weapon [2] 20/9 20/12
weaponized [1] 21/8
weaponizing [1] 20/5
wearing [1] 51/6
web [7] 18/2 18/3 18/3 30/1 52/17 66/19 88/2
WEBB [1] 2/13
website [6] 7/9 10/17 18/23 49/3 49/4 49/11
websites [1] 105/8
Welcome [1] 66/13
well [37] 9/17 11/11 14/13 16/4 18/23 18/24 38/21 43/3 43/16 43/19 57/3 57/4 57/18 57/24 58/18 58/21 58/22 59/3 59/5 59/13 59/16 60/2 60/2 63/22 63/24 69/8 69/18 72/4 79/25 89/3 90/1 97/15 98/3 99/2 103/14 109/23 110/13
well-known [1] 99/2
well-resourced [1] 97/15
went [3] 56/10 57/20 58/13
were [29] 8/20 8/23 21/23 24/10 25/5 25/13 25/24 29/24 33/22 37/7 40/18 43/4 44/5 45/4 45/7 49/11 49/21 51/8 51/10 51/11 58/5 60/8 60/14 68/22 70/7 78/2 90/6 90/8 90/20
weren't [1] 44/24
wfcavanaugh [1] 2/16
what [82] 8/7 8/9 8/10 8/12 8/15 8/16 8/24 9/12 10/19 14/8 14/12 18/1 18/19 18/20 19/8 21/11 25/13 25/17 25/23 28/8 29/9 30/2 30/18 30/20 31/4 37/10 37/25 38/15 38/16 38/16 38/18 38/20 39/23 40/14 41/10

**W**

what... **[47]** 41/16
41/17 41/25 42/2 44/15
46/20 47/6 47/17 47/20
48/18 48/20 49/20
50/17 50/20 50/23 51/6
51/7 52/5 53/9 55/24
56/1 56/2 57/10 60/11
67/8 73/11 73/23 75/7
75/9 78/24 81/6 81/11
81/24 84/20 86/19
91/18 93/4 94/15 97/24
99/19 100/4 101/7
101/17 102/20 103/19
110/18 110/20

what's **[11]** 18/9 18/10
48/19 48/20 49/22
55/23 56/5 56/7 75/6
101/12 103/23

whatever **[5]** 26/13
40/23 61/17 75/19
82/14

whatsoever **[1]** 90/22

wheel **[1]** 6/22

when **[58]** 6/4 7/3 7/7
9/11 10/8 10/15 12/11
14/4 14/7 14/9 14/11
16/2 19/6 20/5 22/24
23/6 23/8 23/10 23/23
30/12 31/20 32/1 39/6
40/9 40/21 41/13 44/1
45/4 49/2 49/21 50/23
50/24 51/3 51/3 51/15
60/16 60/17 60/20 62/1
62/25 62/25 63/13
65/21 66/6 66/14 67/12
69/3 72/3 74/2 74/9
74/12 76/7 77/4 77/23
81/22 81/24 98/25
109/17

where **[23]** 16/22 21/16
49/5 49/6 51/13 53/7
53/14 56/7 62/24 80/21
81/11 93/19 93/22
94/10 97/17 98/18
100/9 103/4 103/5
103/10 105/1 105/3
106/12

whether **[5]** 5/13
44/17 55/7 71/4 71/5
81/13 83/13 84/3 91/13
104/9 110/25

which **[31]** 5/21 7/4
20/1 22/4 24/3 25/12
27/7 28/11 30/2 34/8
35/24 38/22 39/8 42/2
42/22 43/16 47/3 48/2
49/18 57/5 60/24 67/23
70/1 74/25 75/8 78/13
79/16 87/3 99/25 104/4
106/1

while **[5]** 43/22 44/4
85/25 87/20 94/5

who **[31]** 7/20 11/14
18/22 20/16 26/15
34/18 46/16 47/10 58/5
66/9 66/11 66/12 67/15
68/11 68/13 71/19

84/19 86/2 89/10 90/14
90/15 97/1 97/15 99/15
101/13 102/5 104/23
111/12

who's **[1]** 66/10

why **[31]** 13/18 16/10
17/23 17/23 25/12
26/23 34/18 39/20 41/2
41/3 41/4 41/6 41/8
46/15 46/17 46/23
48/10 49/10 58/21 67/5
67/10 77/16 78/1 78/1
85/19 85/19 88/3 97/19
106/15 106/17 106/22

wider **[1]** 89/7

widget **[11]** 27/21
27/23 27/25 28/9 28/12
28/21 87/3 87/4 87/6
89/25 90/2

wildly **[1]** 73/24

will **[208]**

William **[5]** 2/12 3/2
4/11 113/2 113/8

William Cavanaugh **[1]**
4/11

WILLIAMS **[1]** 2/18

willingness **[2]** 32/25
33/1

willy **[1]** 108/3

willy-nilly **[1]** 108/3

win **[6]** 32/1 33/4 36/2
68/6 68/18 69/2

windows **[10]** 23/22
66/24 67/2 67/4 68/1
68/23 85/14 93/22 94/1
94/3

winner **[1]** 24/22

winning **[2]** 76/14 96/5

wins **[2]** 24/18 76/10

Winston **[4]** 16/25
32/15 35/19 91/7

wish **[1]** 25/14

withheld **[1]** 37/8

within **[11]** 19/19 43/14
47/4 48/1 48/7 48/21
52/24 58/2 66/2 73/15
89/22

without **[9]** 7/12 39/22
51/2 64/22 69/23 76/9
83/4 91/10 108/1

witness **[2]** 20/14
92/21

witnesses **[7]** 38/5
41/22 48/10 64/12
90/14 90/16 108/20

won **[2]** 32/13 73/3

won't **[4]** 9/21 15/8
15/10 105/18

word **[2]** 27/16 38/22

words **[5]** 38/16 41/8
81/13 91/9 101/15

work **[4]** 53/25 54/2
55/21 97/8

worked **[2]** 30/6 37/8

workers **[1]** 30/10

working **[5]** 23/21 37/7
57/2 63/2 63/4

53/4

world **[14]** 8/13 31/4
33/12 56/16 67/6 82/14
82/14 91/9 91/10 91/15
92/2 92/5 102/12 103/4

world's **[1]** 102/14

worlds **[3]** 8/14 82/11
91/17

worried **[1]** 103/23

worthless **[1]** 11/4

would **[48]** 10/2 10/3
16/5 16/6 23/24 23/24
26/14 28/18 30/4 34/10
34/12 38/21 39/11
40/17 40/21 41/17 43/9
43/9 43/9 45/8 47/20
47/21 48/6 48/7 49/7
52/13 58/21 58/22
62/14 62/20 64/25 66/8
77/16 78/1 78/1 80/5
91/13 91/18 91/24 92/6
95/4 95/5 95/9 95/10
96/23 107/2 110/5
110/9

wouldn't **[4]** 12/15
34/12 40/7 54/17

writes **[3]** 36/9 37/18
37/21

written **[1]** 37/2

wrong **[3]** 17/23 17/24
23/20

wrote **[3]** 25/10 28/7
30/17

Wyzanski's **[1]** 40/13

**Y**

Yahoo **[25]** 16/1 20/11
24/7 24/14 31/17 32/3
32/4 32/6 43/3 61/21
68/25 74/17 74/21 77/8
78/9 78/15 78/18 81/23
85/2 90/17 95/3 95/4
95/6 95/14 101/2

Yankee **[1]** 59/19

yeah **[1]** 63/4

year **[11]** 6/18 10/1
11/24 16/2 17/13 22/22
37/17 57/14 60/4 90/12
95/23

years **[33]** 5/15 6/23
9/15 11/14 16/13 21/7
25/10 30/6 35/21 37/25
41/25 43/1 43/12 61/3
64/21 66/15 70/2 70/2
70/2 71/18 71/24 74/7
74/14 74/24 77/3 77/14
78/8 88/4 91/11 95/18
100/22 105/24 108/23

Yelp **[5]** 30/13 34/23
35/6 46/10 99/8

yes **[12]** 11/18 12/5
33/24 39/14 39/18 46/2
47/21 52/8 56/19 61/18
61/20 62/4

yet **[2]** 44/10 93/19

York **[1]** 2/15

you **[158]**

63/2

you'll **[20]** 13/12 13/15
53/22 76/24 85/10
91/20 92/24 95/1 96/9
101/21 101/21 101/22
101/23 101/25 102/13
103/8 105/21 108/4
108/20 110/2

you're **[7]** 45/17 75/23
84/10 97/25 99/6 100/5
100/21

you've **[5]** 17/20 40/9
61/16 89/2 107/21

young **[3]** 103/9 103/10
103/11

your **[121]**

Your Honor **[97]** 4/7
4/21 5/3 5/12 8/25 9/14
10/3 12/5 12/20 12/25
13/5 13/21 14/7 14/22
15/18 15/24 19/23 24/5
24/13 25/18 26/3 29/20
32/12 32/14 33/14
35/10 38/2 38/22 39/18
40/5 41/10 41/22 42/7
42/10 42/11 43/1 45/12
45/14 45/20 46/2 46/13
46/19 47/5 47/19 47/23
48/16 49/7 49/22 50/2
50/8 50/17 51/3 52/8
52/23 53/3 53/9 54/1
55/9 55/16 55/24 57/9
58/10 58/22 58/25
59/18 59/21 60/9 60/19
61/13 61/24 62/14
62/19 62/24 63/6 64/7
64/16 64/20 65/1 65/22
65/23 66/5 66/8 66/14
77/3 77/9 81/19 86/6
86/19 100/3 102/3
103/24 104/3 107/5
109/21 110/8 111/8
112/4

YouTube **[4]** 76/25
76/25 77/1 83/7

**Z**

Zaremba **[3]** 3/2 113/2
113/8

zero **[2]** 67/18 100/14