```
 1                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
       United States of America,
 3     et al.,                          )
                                        )
 4                       Plaintiffs, )
                                        ) CV No. 20-3010
 5                          vs. ) Washington, D.C.
                                        ) September 12, 2023
 6     Google LLC,                      ) 1:35 p.m.
                                        )
 7                        Defendant. )
       _____)
 8

 9                     TRANSCRIPT OF BENCH TRIAL
                  BEFORE THE HONORABLE AMIT P. MEHTA
10                  UNITED STATES DISTRICT JUDGE

11     APPEARANCES:
       For DOJ Plaintiffs:      Kenneth M. Dintzer
12                              U.S. DEPARTMENT OF JUSTICE
                                1100 L Street, NW
13                              Washington, D.C.
                                (202) 307-0340
14                              Email: Kenneth.dintzer2@usdoj.gov
       For Plaintiff
15     State of Colorado:       Jonathan Bruce Sallet
                                COLORADO DEPARTMENT OF LAW
16                              Consumer Protection Section,
                                Antitrust Unit
17                              Ralph L. Carr
                                Colorado Judicial Center
18                              1300 Broadway
                                Seventh Floor
19                              Denver, CO 80203
                                (720) 508-6000
20                              Email: Jon.sallet@coag.gov

21     For Defendant Google:    John E. Schmidtlein
                                Kenneth Smurzynski
22                              WILLIAMS & CONNOLLY LLP
                                725 12th St., NW
23                              Washington, D.C. 20005
                                (202) 434-5000
24                              Email: Jschmidtlein@wc.com
                                Email: Ksmurzynski@wc.com
25
```

Court Reporter:                    Janice E. Dickman, RMR, CRR, CRC
                                   Official Court Reporter
                                   United States Courthouse, Room 6523
                                   333 Constitution Avenue, NW
                                   Washington, DC  20001
                                   202-354-3267
                                       *   *   *

```
 1    * * * * * * *P R O C E E D I N G S* * * * * * *
 2           THE COURT:  All right.  Hope everybody had a nice
 3    lunch hour.
 4           Mr. Dintzer, starting with your first witness.
 5           MR. DINTZER:  The plaintiffs are ready to open our
 6    case, Your Honor.  And before we do that, we had talked about
 7    the push, and we're ready to push in a couple of documents --
 8    or a list of documents.  And I will just invite up Michael
 9    McLellen from our team to do that.
10           THE COURT:  So, JC, do we have exhibit list?
11           Do we have an exhibit list from plaintiffs?
12           MR. McLELLEN:  If you don't, we'll certainly get you
13    one.  I think we have one prepared for you.  I do not know if
14    you have received it yet.  I was going to hand up a list of the
15    exhibits that were being pushed in, but we can give you a full
16    list, I'm sure, today.
17           THE COURT:  Just want to make sure we're keeping
18    track of what is admitted.
19           MR. McLELLEN:  No.  Absolutely.  Understood.
20           But, yeah, we have, as we had discussed at the last
21    hearing, about 1100 documents for which Google has lodged no
22    objection, and about 99 documents that are contracts and
23    agreements that we have included on a joint exhibit list.  And
24    we would just like to go ahead and move those into evidence at
25    this time.  I have lists of both.  I can either hand them up or
```

```
 1    submit them electronically.
 2              THE COURT:  So these are unobjected to; is that
 3    right?
 4              MR. McLELLEN:  These are unobjected to, and a subpart
 5    of them are included on a joint exhibit list.  They're just
 6    different numbers.
 7              THE COURT:  Does Mr. Schmidtlein have a copy of what
 8    you are about to hand up?
 9              MR. McLELLEN:  His colleague does, but I can give him
10    one too.
11              MR. SCHMIDTLEIN:  Assuming this matches with what
12    we've been provided previously, that's correct.  These are not
13    objected to.
14              THE COURT:  Okay.  Perfect.
15              MR. SCHMIDTLEIN:  Confidentiality issues, that's a
16    separate issue --
17              THE COURT:  Understood.
18              MR. McLELLEN:  -- but in terms of admission.
19              THE COURT:  All right.  Understood.
20              MR. McLELLEN:  Do you want me to hand these up?
21              THE COURT:  Sure.  I'll take a look at whatever you
22    have got.
23              MR. McLELLEN:  Thank you very much.
24              THE COURT:  Okay.  Terrific.
25              MR. McLELLEN:  Thank you, Judge.
```

 1            THE COURT:  Thank you.  So let me just make sure I

 2      have -- I see.  Okay.  So there are two separate documents.

 3      One is United States plaintiffs exhibits offered without

 4      objection, so that will be admitted.  And then there's the

 5      joint exhibits offered without objection.  Those will be

 6      admitted as well.

 7            And instead of listing all of these exhibit numbers,

 8      we can just simply post it on the docket.

 9            MR. DINTZER:  That will be terrific, Your Honor.

10      Thank you.

11            And with that, the plaintiffs are ready to call their

12      first witness.  And we call Dr. Hal Varian to the stand.

13                              HAL VARIAN,

14      was called as a witness and, having been first duly sworn, was

15      examined and testified as follows:

16            THE COURT:  All right.  Dr. -- pronounce your last

17      name for me, please.

18            THE WITNESS:  Varian.

19            THE COURT:  Varian.  Dr. Varian, welcome.

20            Whenever you're ready, Mr. Dintzer.

21            MR. DINTZER:  Thank you, Your Honor.

22                          DIRECT EXAMINATION

23      BY MR. DINTZER:

24      Q.  Sir, we already got your name.  Could you tell the Court

25      who you work for?

1    A.   I work for Google.

2    Q.   And how long have you worked for Google?

3    A.   Twenty years -- over 20 years.

4    Q.   Okay.  And what position do you hold at Google?

5    A.   I'm chief economist.

6    Q.   And what -- just generally, what are your responsibilities

7    as chief economist?

8    A.   It's usually to provide, advise, provide analysis to senior

9    management, particularly of an economic nature.

10   Q.   And you have a Ph.D. in economics and master's in math from

11   Berkeley; is that right?

12   A.   That is correct.

13   Q.   And you've taught economics at MIT and at Berkeley; is that

14   right?

15   A.   And University of Michigan as well.

16   Q.   Go Blue.  That's terrific.

17        And at Berkeley, you were a Dean, as well as a

18   professor; is that right?

19   A.   That is correct.

20   Q.   And now you're a professor emeritus; is that right?

21   A.   Yes.

22   Q.   And you've published more than 100 peer-review economic

23   articles?

24   A.   Sounds right, yes.

25   Q.   Now, you arrived at Google as a consultant in May of 2002.

1    A.   That's correct.

2    Q.   And when you started as a consultant, you reported to Eric

3    Schmidt, the CEO?

4    A.   Not directly to Eric Schmidt, but one level down.  Jonathan

5    Rosenberg was my boss.

6    Q.   Okay.  And he reported to Eric?

7    A.   He reported to Eric, yeah.

8    Q.   And at that time, you were still a professor at Berkeley,

9    right?

10   A.   Correct.

11   Q.   And when you were hired by Google, you were familiar with

12   antitrust issues?

13   A.   With what?

14   Q.   Antitrust issues.

15   A.   "Familiar" might be too strong a word.  I was aware of

16   antitrust issues and knew a little bit about the subject.

17   Q.   And so from 2002 to 2010, you were a Google consultant?

18   A.   Yes.

19   Q.   And then in 2010, you joined Google as a full-time

20   employee?

21   A.   Yes.

22   Q.   Currently, you have a team of economists who deal with

23   economic issues?

24   A.   That's right.

25   Q.   And your economics team has a competition group focused on

1   antitrust concerns?

2   A.  Right.

3   Q.  Your competition group helps defend Google from antitrust

4   challenges?

5   A.  Okay.

6   Q.  Is that correct?

7   A.  "Okay" was I understood you.  They play a role as

8   economists in dealing with these issues, primarily in Europe.

9           MR. DINTZER:  And at this point, Your Honor, we would

10   like to hand out binders with exhibits that will be used with

11   the witness.

12           THE COURT:  Okay.

13           MR. DINTZER:  May I approach, Your Honor?

14           THE COURT:  Sure.

15           THE WITNESS:  Thank you.

16   BY MR. DINTZER:

17   Q.  Sir, we're going to be showing you the documents on the

18   screen, and things will move a lot quicker.  But I wanted to

19   make sure you had a copy, if there's any question you want to

20   look at.  But we're going to try to bring this into the 21st

21   century.

22           MR. DINTZER:  So we're going to pull up UPX151.  And

23   this is in evidence, Your Honor.

24   BY MR. DINTZER:

25   Q.  And do you see that, sir?  You have an email here and a

1    memo?

2    A.  Yes, I see that.

3    Q.  And we're going to focus on the memo first.  Do you see

4    that?  So there's an email at the top, but we're going to focus

5    on the memo.  Do you see that?

6    A.  No.

7    Q.  Okay.  So at the top you've emailed --

8    A.  Right.  Yes.

9    Q.  And then the bottom it says:  Thoughts on Google v.

10   Microsoft.

11           Do you see that?

12   A.  Yes.

13   Q.  So this is a memo that you wrote and then, sometime later,

14   you emailed.

15   A.  Right.

16   Q.  So let's start with the memo, the thoughts on Microsoft.

17   Now, you wrote this when you were reporting to the person who

18   was reporting to the CEO; is that right?

19   A.  Yes.

20   Q.  And you write:  Microsoft's indications that it will

21   provide web search as part of Windows poses a serious threat to

22   Google.

23           Do you see that?

24   A.  Yes.

25   Q.  And this was in July of 2003.

```
 1    A.  Right.

 2    Q.  And so Google -- Microsoft was considering entering Search

 3    at that time.

 4    A.  That's what it says, yes.

 5    Q.  Well, that's what you wrote, sir, right?

 6    A.  Yes.

 7    Q.  Okay.  And, I mean, when you wrote this memo, you believed

 8    what you wrote, right?

 9    A.  Yes.

10    Q.  I'm just going to --

11             MR. SMURZYASKI:  Your Honor, can I ask, if Counsel is

12    going to write on the board, to move it so I can see it over

13    here at defense table?

14             I'm sorry.

15             Could I ask Mr. Dintzer to direct that in a way so

16    that defense counsel can see it, as well as the witness?

17    BY MR. DINTZER:

18    Q.  Dr. Varian, can you see what I'm writing here?

19    A.  The red line is not part of your writing.

20             THE COURT:  I think the issue is less about

21    Dr. Varian's ability to see it than Counsel's ability to see

22    what you're writing.  So I think the question is whether we

23    could infringe on Mr. Sallet's territory and just, perhaps, put

24    it next to him, and then turn it in a way that will allow both

25    the witness --
```

```
 1              MR. DINTZER:  Counsel, we don't have any problem if
 2     the Court prefers that counsel gets up so he can see.
 3              THE COURT:  Is that any better?
 4              MR. SMURZYASKI:  Yes.  Thank you.
 5     BY MR. DINTZER:
 6     Q.  Can you see this, Dr. Varian?
 7     A.  Yes.
 8     Q.  Okay.
 9              THE COURT:  You can't hear him?
10              Sorry to pause.  Mr. Dintzer, we've been asked -- ask
11     you to put on a lapel mic because, for whatever reason, your
12     voice is not carrying into the overflow room, which is also
13     broadcasting -- or, I shouldn't use the word "broadcasting,"
14     but --
15              MR. DINTZER:  Of course.  I'm almost never told I'm
16     not loud enough, but I'm happy to accommodate you.
17              THE COURT:  Thank you.
18              MR. DINTZER:  Does that work?
19              THE COURT:  I can hear you fine.  We'll find out
20     whether there's a problem in the overflow room or not.
21              MR. DINTZER:  Okay.  Thank you, Your Honor.
22     BY MR. DINTZER:
23     Q.  So, in 2003, you wrote that Microsoft was a serious threat,
24     right?
25     A.  Correct.
```

1    Q.  And then you wrote:  "This memo describes some strategies

2    to help" --

3          I'm getting an echo now between the two.

4          THE COURT:  It's probably because of the microphone

5    in front of you.  Why don't you push that back.  And now try.

6    BY MR. DINTZER:

7    Q.  This memo --

8          THE COURT:  All right.  Let's just ditch the lapel

9    mic for now and speak into that microphone for now and we'll

10   figure out the sound issues next door.  Sorry about that.

11   BY MR. DINTZER:

12   Q.  So let's try this again.

13          This memo describes some strategies to help deal with

14   this threat.

15          Do you see that?

16   A.  Yes.

17   Q.  Okay.  So you wrote this memo to address the possibility

18   that Microsoft was going to enter Search.

19   A.  Yes.

20   Q.  Okay.  And then if we go to the heading, the first heading

21   is User Switching Costs.  Do you see that?

22   A.  Yes.

23   Q.  And "switching costs" are the costs of changing from one

24   device to another device?

25   A.  Yes.

1    Q.  Okay.  Or switching costs can be the cost from changing

2    from one software interface to another software interface.

3    A.  It could be.

4    Q.  You write here, on UPX151:  The first set of defensive

5    strategies involve increasing costs and reducing benefits of

6    users switching from Google to Microsoft Search.

7    A.  We want to make it easy --

8    Q.  I'm sorry.  What, sir?

9    A.  I was responding to your statement.  We're trying to make

10   it easy for the users to switch to Google, as opposed to

11   Microsoft.

12   Q.  You say -- so to be clear, you say:  The first set of

13   defensive strategies involve increasing costs and reducing

14   benefits of user switching from Google to Microsoft Search.

15        That's what you meant, right?

16   A.  Yes.

17   Q.  Okay.  So you wanted to create switching costs if people

18   decided to use Microsoft?

19   A.  They would be typically automatically generated, not

20   another definite choice to do so.  But as part of switching,

21   you have to consider the costs of switching.

22   Q.  Right.  And you did it as a defensive strategy, right?

23   Those are the words you use.

24   A.  That's -- those are the words I use.

25   Q.  And you want to do switching costs; is that right?

1   A.  Well, we want to defend ourselves against Microsoft

2   adopting this search engine capability.

3   Q.  We're going to go to page 5 of this memo.  And you write:

4   However, we also --

5        And just let me know.  It should be brought up on the

6   screen.  It's about halfway down.  It says:  However, we also

7   have to be sensitive about antitrust considerations.

8   A.  Yes.  Um-hum.

9   Q.  Do you see that?

10  A.  Yes.

11  Q.  And you use the term "we."  "We" being you and other people

12  at Google?

13  A.  Yes.

14  Q.  And you told me in deposition, this was the first time you

15  raised antitrust concerns with Google's leadership; is that

16  right?

17            MR. SMURZYASKI:  Objection.  Your Honor --

18  BY MR. DINTZER:

19  Q.  Is this the first time, sir, that you raised antitrust

20  concerns with Google's leadership?

21  A.  So this is 20 years ago that we're looking at, and I don't

22  remember if this is the first or the second or the third time I

23  mentioned this.  It could have been any of those or not at all.

24  Q.  And you write:  Look -- look at it this way.  We are

25  currently a dominant player in an industry and we are trying to

 1     discourage entry by a potential competitor.

 2          Is that right?

 3     A.   That's what it says, yes.

 4     Q.   That's what you wrote.

 5     A.   Yes.

 6     Q.   And so in 2003, Google was a dominant player in Search?

 7     A.   A dominant player among other players.  It doesn't say we

 8     were the sole dominant player.

 9     Q.   Right.  And Google was considering ways to discourage a

10     potential competitor.  That would be Microsoft.

11     A.   Yes.

12     Q.   Okay.  Then you write:  We should be careful about what we

13     say in both public and private; is that correct?

14     A.   Yes.

15     Q.   Now, at the time, you were aware that Microsoft was sued

16     for monopolization in the 1990s?

17     A.   I was aware of that.

18     Q.   And Microsoft and their executives had used overly

19     aggressive statements about dealing with competitors.

20     A.   Yes.

21     Q.   And those statements had come back to haunt the company in

22     court.

23     A.   Yes.

24     Q.   And Google did not want to be in that position.

25     A.   Yes.

1    Q.  So you advised Google's leaders to be careful with their

2    language and their behavior.

3    A.  Yes.

4    Q.  And you advised to do that even in private --

5    A.  Yeah.

6    Q.  -- because you knew about civil discovery and the ability

7    to get documents and the like.

8    A.  Would you repeat that question?

9    Q.  Of course.  So in this memo you write:  We should be

10   careful about what we say in both public and private.

11        Do you see that?

12   A.  Yes.

13   Q.  You included the "private" part because you understood that

14   even if things were done in private, they might be found out in

15   discovery by the government.

16   A.  I would say we definitely want those public and private

17   statements to be consistent with each other.

18   Q.  But you're not just saying "consistent."  You say

19   "careful," right?

20   A.  Yeah.

21   Q.  Okay.  And you write:  Cutting off their air supply and

22   similar phrases should be avoided.

23        Right?

24   A.  Yes.

25   Q.  That sentence, "Cutting off their air supply," where did

1    that come from?

2    A.   That came from something said by Steve Ballmer.

3    Q.   And you said that about their competitors back in the

4    1990s; is that right?

5    A.   Yes.

6    Q.   And that came up to haunt them in court?

7    A.   Yes.

8    Q.   So you warned people at Google to communicate carefully?

9    A.   Yes.

10   Q.   Then, at the bottom of page 5 you write:  We have a rich

11   set of ideas for future development.

12        Do you see that?

13   A.   Yes.

14   Q.   At the very bottom you add:  However, we should also

15   consider entry barriers, switching costs, and intellectual

16   property when prioritizing products.

17        Right?

18   A.   You're talking about the yellow bar at the bottom of the

19   screen?

20   Q.   Yes.

21   A.   Yes.  And as I say:  The best entry barrier is a superior

22   product.

23   Q.   Well, actually, you're getting a little ahead of me.  So

24   it's the yellow bar in the middle.

25   A.   Yeah.

```
1    Q.  We should -- I'm sorry.  We have a rich set of ideas for
2    future development --
3          Yes.  No.  Farther down.
4          -- however, we should also -- the very last sentence --
5    we should also consider entry barriers, switching costs, and
6    intellectual property when prioritizing products.
7          Right?
8    A.  Yes.  We have to consider that both offensively and
9    defensively.
10   Q.  Right.  And you're familiar with the term "entry barriers";
11   right?
12   A.  Yes.
13   Q.  It comes up in antitrust.
14   A.  I'm aware of that.
15   Q.  In this memo, you're encouraging the people who were going
16   to receive it to consider entry barriers when they are choosing
17   which products to pursue?
18   A.  And as I say, "The best entry barrier is a superior
19   product."
20   Q.  Right.  But that's not the only one.
21   A.  That's not the only one.
22   Q.  You're telling them to consider other ones.
23   A.  I'm saying that we consider them both an offensive and
24   defensive manner.  Microsoft would likely play this card on us,
25   and we have to be aware of what happens when they do so.
```

1    Q.  Right.  But you were encouraging the people getting this

2    memo to think about Google creating entry barriers, weren't

3    you, sir?

4    A.  I wouldn't say that.  I would not say that, no.

5    Q.  Okay.  We should also consider entry barriers, switching

6    costs, and intellectual property when prioritizing products.

7         You wanted Google to consider those when prioritizing

8    products?

9    A.  Yes.

10   Q.  Okay.  So now we go to the first part of the memo.  And we

11   see that you've sent it to someone named Nitin Sharma.  Do you

12   see that?

13   A.  Yes, although it's very small.

14         Ah, here we go.  Now I see it.

15   Q.  Okay.  So three years (sic) after you wrote this memo,

16   you're sending it Mr. Sharma.

17   A.  Yes.

18   Q.  And who is Mr. Sharma?

19   A.  He was a person at Google that dealt in engineering and

20   business intersection.  I didn't know him very well.

21   Q.  And he wasn't an economist?

22   A.  No.

23   Q.  And he didn't work for you?

24   A.  No.

25   Q.  And so -- but you sent it to him so that he could see your

1    ideas about switching costs and barriers to entry?

2    A.  Well, the entire memo, not just that paragraph.

3    Q.  Fair enough.  And did you talk to him before you sent him

4    the memo?

5    A.  I don't remember that far back.  Sorry.

6    Q.  Okay.  But you asked him to meet.  That was the subject,

7    right?

8    A.  It's not clear to me whether he wrote "meet" or I wrote

9    "meet," it could be either, I believe.

10   Q.  Okay.  Fair enough.  Although, this top email is from you

11   to him, correct?

12   A.  Yes.  But when you respond to an email chain, there will be

13   additional -- it can appear by the recipient, the subject

14   matter, as well as by the author.  I believe that's the case.

15   Q.  Fair enough.  Do you recall if you met with him to talk

16   about the switching-costs-barrier-to-entry memo?

17   A.  I don't remember that specific conversation.

18           MR. DINTZER:  Now let's go to UPX1001.  And this is

19   already entered, Your Honor.

20   A.  I don't see the highlighted part yet.

21   BY MR. DINTZER:

22   Q.  We'll get that for you, sir.

23           And so, this is an email chain from in 2007.

24   A.  There we go.

25   Q.  Okay?  It's about 11 months after you sent Mr. Sharma your

```
1    memo about switching costs, right?

2    A.  I don't recall this memo.

3    Q.  Do you recall this email?

4    A.  Excuse me.  I should have said "email."

5    Q.  We're going to go to the bottom, because this is how we

6    read emails, and we're going to work our way up.  The bottom

7    email is from him to you, and it's dated March 17th, 2007.  Do

8    you see that?

9    A.  Yes.

10   Q.  And the subject of the email is The Power of Defaults.  Do

11   you see that?

12   A.  I'm looking.

13   Q.  Let's pull that up again, the top.

14   A.  This is way down at the bottom?

15   Q.  Right.  So --

16   A.  The power of defaults, yes, I see that now.

17   Q.  Now we're going to go to what Mr. Sharma sent you in March

18   2007.  And he writes:  Hi, Hal, attached is the summary of the

19   default home page analysis so far.

20          Do you see that?

21   A.  Yes.

22   Q.  Do you recall if you'd had any discussions with him about

23   this analysis before this?

24   A.  As I said, I don't recall a specific discussion from him on

25   this topic.  That could happen.  Maybe not.
```

1    Q.  And he says "default home page analysis."

2    A.  Yep.

3    Q.  So, what's a default?

4    A.  What is a default?

5    Q.  Yes, sir.

6    A.  Default would be capability that's available before the

7    user takes any action.

8    Q.  So for software, the default is the setup when you purchase

9    or acquire the software, the configuration?

10   A.  Yes.

11   Q.  And I can change a default, if they're changeable?

12   A.  Yes, that's right.

13   Q.  But I have to make the decision to change the default?

14   A.  That's correct.

15   Q.  And some people will not change defaults, right?

16   A.  I imagine there must be such people somewhere.

17   Q.  Well, are you aware, sir, that some people don't change

18   defaults?

19   A.  People don't change, yes.

20   Q.  And there are advantages to being the default?

21   A.  There's some advantages.

22   Q.  You coined the phrase "The power of defaults" to express

23   how important they are?

24   A.  I don't know that I created that statement.  That may have

25   been a statement that was floating around somewhere else in the

1    economic literature.

2    Q.  But you popularized it at Google?

3    A.  Well, again, "popularize" is kind of strong.  I used the

4    term when discussing with some Googlers about some aspects of

5    business strategy in this context.

6    Q.  And power of defaults means setting the defaults so they're

7    advantageous to Google.  That's how you used them.  That's not

8    in the document.

9    A.  I'm just reading this.

10   Q.  Oh, please.  But my question, just so you know, is not

11   about the document.  It's about your use of the power of

12   defaults.

13   A.  Okay.

14   Q.  So my question, sir, is:  The power of defaults means

15   setting the defaults so they're advantageous to Google, right?

16   A.  We might set some home page that made it attractive to use

17   Google or they may set pages that make it attractive to use

18   Microsoft Search or Yahoo! Search, whatever.  It's a general

19   problem, not just a Google-related problem.

20   Q.  Right.  But when you use -- separate from the document,

21   when you use the phrase "power of default," it was to set

22   defaults in a way that helped Google, right?

23   A.  We think it might be -- depending on the default, depending

24   on the choice of how useful it is to the user, it may play a

25   role in that decision of whether the user would adopt or not

1    adopt the capability, the software.  And I think it's important

2    to note that there's a distinction between personalized and

3    non-personalized pages.

4    Q.  So back to Exhibit UPX1001.  He writes:  This is a rough

5    draft -- first draft and I may need a lot of revision, but I

6    wanted to seek out your feedback on the content and flow.

7         Do you see that?

8    A.  I see that.

9    Q.  And then he writes:  Since this is really an extension and

10   possibly corroboration of your power of defaults idea, I was

11   wondering if you would agree to be a co-author?

12        Do you see that?

13   A.  I see that.

14   Q.  So at least he believed the power of defaults was your

15   idea?

16             MR. SCHMIDTLEIN:  Objection.

17             THE COURT:  Sustained.

18   BY MR. DINTZER:

19   Q.  He writes that he thinks that the power of defaults is your

20   idea.

21   A.  Well, he says:  This really is an extension and possibly

22   corroboration of your power of defaults idea.

23             But he doesn't say that I -- well, he may have

24   thought I originated this, but that would be his opinion.

25   Q.  Right.  But we'll see what you write him in response.  I

1    don't think you refute that.

2         In response, the email up -- oh, he attached a

3    PowerPoint to this, correct?

4    A.  I'm sorry.  Can you repeat that?

5    Q.  Sure.  If you see the attachments on this document, he

6    attached a PowerPoint slide deck to this -- to his email.

7    A.  Okay.  I don't -- that's this last line under Attachments?

8    Is that what you're referring to?

9    Q.  Yes.

10   A.  Looks like there's -- okay.  Yes.

11   Q.  And so you wrote an email in response about five days after

12   he sent you the original, and you wrote:  This is great stuff.

13        Do you see that?

14   A.  Yes.

15   Q.  And then at the bottom you wrote:  I've got more to say on

16   this, but I have to run right now.

17   A.  Yes.

18   Q.  So you looked over his deck, and you said that you're going

19   to look at it more deeply.

20   A.  Right.  But one of the important things I said, we should

21   talk to the Personalized Home Page Initiative to get their

22   viewpoints as well.

23   Q.  Right.  And then we'll go to the top email, the one that

24   you sent on March 27th, 2007.  And you wrote:  Okay.  I went

25   over this in detail.

```
 1           Do you see that?
 2    A.  Yes.
 3    Q.  And you wouldn't have written that if that wasn't true,
 4    right?
 5    A.  I'm sorry.  What?
 6    Q.  You would not have written that if it wasn't true?
 7    A.  Say what?
 8    Q.  You wrote:  Okay.  I went over this in detail.
 9    A.  Okay.  Yes.
10    Q.  You wrote that because it was true?
11    A.  Yeah, that I went over it in detail, that was true.
12    Q.  Thank you.
13           And then you wrote:  I made a few minor comments in the
14    Notes section of the slides which you should be able to find by
15    searching for HRV.
16    A.  Yes.
17    Q.  Those are your initials?
18    A.  Um-hum.
19    Q.  So if you had comments or concerns, you would have put them
20    in the slides with your initials?
21    A.  That's what I said:  I made a few minor comments in the
22    Notes section of the slides.
23    Q.  And then you write:  I think this is a very convincing
24    case?
25    A.  Yes.
```

1    Q.  Okay.  You said that because it was true, you thought so?

2    A.  I'm sorry.  Was that a question?

3    Q.  It was, sir.  You said, "I think this is a very convincing

4    case" because you thought the case in the PowerPoint was very

5    convincing?

6    A.  Yes.  Well, I go on to qualify that.

7    Q.  However, we probably want to add two slides on Toolbar so

8    we can compare the boost from HP setting to the boost from

9    Toolbar installation.

10              MR. DINTZER:  Okay.  So now let's go to UPX123.

11              And, Your Honor, this is in.

12   BY MR. DINTZER:

13   Q.  And, sir, this is the deck that Mr. Sharma sent you; is

14   that right?

15   A.  I don't know.

16   Q.  Okay.  So let's look at page 5 of this, in the notes.  And

17   if you'll see the note, it says "HRV," and then you have a note

18   there.

19   A.  On the left-hand side?

20   Q.  Yes.

21   A.  Yes.

22   Q.  Okay.  So that's you leaving comments on the deck.

23        We can bring that up.

24   A.  Could you make that larger?

25   Q.  Of course, sir.  I'm having trouble myself.

```
1              Okay.  So that would be you --

2    A.  Yeah, the trivial point.

3    Q.  But that's you leaving notes on this deck?

4    A.  Leaving this note on that deck, yes.

5    Q.  Okay.  So let's go ahead, back to the first page of the

6    deck.  And the title of this is:  On Strategic Value of Default

7    Home Page to Google.

8              Do you see that?

9    A.  Yes, I see that.

10   Q.  It says:  By the PMetrics Team.

11   A.  Yes, I see that.

12   Q.  And who is the PMetrics Team?

13   A.  I don't know.

14   Q.  So let's go to the third page.  It says "Default Home Page"

15   at the top.  Do you see that?

16   A.  This is page 3 you're talking about?

17   Q.  Yes, sir.  And it says:  The first web page to load when a

18   browsers starts up; correct?

19   A.  That's what it says.

20   Q.  Okay.  And you have that understanding, right, that that's

21   what a default home page is?

22   A.  In this context.

23   Q.  So you turn on the browser, this is the very first page you

24   see, right?

25   A.  In this case, yes.
```

1    Q.  And it says:  Configureable by user, but very few know or

2    care to change it.

3    A.  It depends on the date, because you could say, early on,

4    when they aren't very familiar with the browser, they may not

5    realize that they can change this page.  But at another date,

6    people become more sophisticated and understand that they can

7    compose a home page of their own.  It's up to them.

8    Q.  Right.  But all this says is "very few know or care to

9    change it," right?

10   A.  That's what I said when this document was created.  I'm

11   saying as the web matures, people understand more and more the

12   capabilities and possibilities.  So I wouldn't say it's true

13   forever.

14   Q.  Fair enough.  But you didn't leave any notes on this page

15   at the time?

16   A.  I did not, no -- well, I -- yeah, I did not leave any

17   notes, yeah.

18   Q.  Then, Mr. Sharma writes:  Key strategy question.  Does

19   default home page affect the choice of a search engine and, if

20   so, by how much?

21        Do you see that?

22   A.  Yes, I do.

23   Q.  And so that's what he researched, how much the default

24   affects the choice of a search engine?

25   A.  That's the question in blue.

```
 1    Q.  Okay.  That's what the deck is about, correct?

 2    A.  That seems to be what the deck is about so far.

 3    Q.  Okay.  And let's go to the second page, the Executive

 4    Summary.  So the first conclusion that he writes is:  25 percent

 5    users have Google as the default home page.

 6    A.  Um-hum.

 7    Q.  And then under the second bullet, he writes:  Users with

 8    Google as home page do 50 percent more searches on Google.

 9          Do you see that?

10    A.  Um-hum.  Yes.

11    Q.  And then the final point he makes on the Executive Summary

12    is:  HP sets -- I assume that's home page.  In fact that's what

13    he says at the top -- could be the easiest way to grow and

14    defend search market share.

15          Do you see that?

16    A.  Yes.

17    Q.  And there's no notes from you, no concerns or comments

18    about those conclusions?

19    A.  No.

20    Q.  Mr. Sharma concluded that gaining home page defaults for

21    Google could protect Google's market share.

22    A.  Where does he say that?

23    Q.  He uses the term "easiest way to grow and defend search

24    market share."

25    A.  Okay.
```

1    Q.  So he reached that conclusion, right?

2    A.  That's what he said, yes.

3    Q.  Right.  But I'm asking you, sir -- I mean, I can show you,

4    in your deposition we talked about this, but I'm asking you,

5    that's what he wrote to you, correct?

6              MR. SMURZYASKI:  Your Honor, I object to questions

7    that are along the lines of "you said in your deposition X."

8              It's an improper question.

9              THE COURT:  I understand.  He didn't ask that

10   question ultimately that way.

11             But I think, Mr. Dintzer --

12             MR. DINTZER:  Just trying to move it along.

13             THE COURT:  Okay.

14   BY MR. DINTZER:

15   Q.  Mr. Sharma felt Google could defend their market share with

16   defaults, correct?

17   A.  It is strange to ask for what somebody believed, wouldn't

18   you say?

19   Q.  Sir, after reading this deck, you understood that

20   Mr. Sharma was recommending that Google could defend its

21   defaults?

22   A.  Yes.  That's different than "believed."

23   Q.  Page 11 of the deck.  Again, still on UPX123.  And

24   Mr. Sharma writes:  Is home page the cause or effect?

25             And he writes:  Compare the number of searches before

```
1    and after the home page set.
2           Do you see that?
3    A.  Yes.
4    Q.  And he found a 15 percent increase in visits in searches
5    after the default was set.  That's the next line under.
6    A.  15 percent increase, yes.
7    Q.  Okay.  Then, in the blue box at the bottom, he writes:
8    Very few product changes have moved searches and users by more
9    than 2 percent.
10          Do you see that?
11   A.  Yes.
12   Q.  So he came to the conclusion that defaults could move users
13   more than most product changes?
14   A.  Well, defaults and altering the home page set are not
15   completely equivalent here.  For example, somebody might post a
16   picture of their family on their home page and then a little
17   search for Google.  They like that picture, they want to have
18   it in front of them, so that's their setting.  There were many
19   people who did that at Google.
20   Q.  Right.  But that's not my question, sir.
21   A.  Okay.
22   Q.  My question is:  Mr. Sharma reached the conclusion that
23   default settings could have more of an impact on users than
24   product changes.  That's what you took away from this when you
25   saw this deck?
```

1    A.  That appears to be what Mr. Sharma says in this diagram.

2    Q.  And in the footnote you write:  This is pretty

3    convincing -- I mean, not in the footnote, but in your comment

4    you write:  This is pretty convincing.

5    A.  Yep.

6    Q.  Because you found it convincing?

7    A.  Well, and I asked him questions to clarify the experiment

8    that he ran.  How long before and after are you using?  One

9    week?  Two weeks?  Is this a persistent effect or is this a

10   transitory effect?

11   Q.  Absolutely.  And then on page 18, he goes deeper and he

12   writes:  How vulnerable are search engines to home page

13   settings?

14       Do you see that?

15   A.  Yes.

16   Q.  He writes:  Google least vulnerable, but it could still

17   lose a big share.

18       Right?

19   A.  It's a little strange, that sentence, because he said:  It

20   could be devastating for Yahoo! and Microsoft to lose HP

21   spending, but it could be just great for them as well.  If it's

22   good for Google, why wouldn't it be good for them?

23   Q.  I think -- sir, let's do this one sentence at a time.  He

24   writes:  Google least vulnerable, but it could still lose a big

25   share.

```
1              Google, if they lost the defaults, could be affected by
2    and lose a lot of market share, right?
3    A.  Well, it's his home page settings that he's referring to.
4    I don't know that there's necessarily referral to a default
5    here.
6    Q.  Sir, the title of the document is Home Page --
7    A.  No, I understand.
8    Q.  Okay.  So I need you to focus on my question, sir.
9              He concludes, in the next sentence:  Could be
10   devastating for Yahoo! and MSN to lose the default setting,
11   right?
12             MR. SMURZYASKI:  Objection.
13   A.  He doesn't say --
14             MR. SMURZYASKI:  He misread the document.
15             MR. DINTZER:  I wasn't reading the document.
16             THE COURT:  Oh, why don't we just re-ask the
17   question.
18             MR. DINTZER:  Sure.
19   BY MR. DINTZER:
20   Q.  Sir, when you read this deck, you understood that
21   Mr. Sharma was concluding that it could be devastating for
22   Yahoo! and MSN to lose their home page default settings,
23   correct?
24   A.  I don't know what it means by that.
25   Q.  And I asked you what you concluded when you read the deck.
```

1    A.  Well, I read it, and I still don't know exactly what he

2    meant.  In what sense would you lose to home page setting?

3    Q.  You didn't write any notes in this one, did you?

4    A.  I did not.  No, I did not.

5    Q.  So at the time, since you didn't write any notes, you must

6    have understood it, right?

7    A.  Not always.  No, it wouldn't necessarily be true.

8    Q.  Okay.  When he writes "Google least vulnerable, but could

9    lose a big share," you understood that to be share of the

10   general search market, right?

11   A.  I think he's referring about share of the search market but

12   not -- sorry.  Excuse me -- a big share of user activity in

13   this area, but I don't understand this statement about Google

14   being least vulnerable and Yahoo! and Microsoft could be

15   devastating.

16   Q.  Part of Nitin Sharma's analysis was the impact of losing

17   the default settings would have on Google's search rivals,

18   right?

19   A.  Does that mean turning off this home page setting so that

20   they don't see Google anymore?  What does it mean?

21   Q.  It means that the impact of losing the default on Google's

22   rivals would have a significant impact, correct?

23   A.  I guess I don't understand the question of in what sense is

24   Google the least vulnerable here?

25   Q.  So I need you to answer my question.

1    A.  Yeah, well --

2    Q.  So part of his analysis was the impact losing the home page

3    setting would have on Google's search rivals, right?

4    A.  So it appears that he's considering a situation where

5    Yahoo! and/or Microsoft -- let's say Yahoo! has a home page

6    setting on a user, and then somehow they turn that off and go

7    to another alternative of Google with another home page.

8    You're saying is that losing a big share because of losing that

9    default?  I don't know.

10   Q.  I'm saying that that's one of the things that he looked at,

11   is the impact of that, right, sir?

12   A.  Say again?

13   Q.  One of the things he looked at was the impact of that,

14   correct?

15   A.  This previous slide -- the slide that's shown here now,

16   where it is showing that it has a 71 percent reduction, is that

17   the thing you're talking about?  So I'm not -- it seems to me

18   the question has to be how did they lose that share?  Did

19   somebody force them not to use that share -- share that in some

20   way, or they choose to do it?  Or it could be something that's

21   particularly attractive to the user, like pictures of the

22   family.  So I don't know.  I'm a little lost on this slide.

23   Q.  Maybe the next slide will help you, sir.

24   A.  Okay.

25   Q.  Let's go to it because it has the implications.  And he

1   writes:  Data suggests that users do not always make an active,

2   deliberate choice of a search engine.

3          Do you see that?  Do you see that?

4   A.  I'm reading it now, yes.

5   Q.  And "SE" means search engine, like Google?

6   A.  I presume.

7   Q.  And you didn't write anything on this slide.  You don't

8   disagree that users don't always deliberately choose a search

9   engine, do you?

10  A.  They sometimes do not actively choose a search engine.

11  Other times, they do a lot of effort to figure out which search

12  engine is good for them.

13  Q.  The next question is:  Choice seems influenced by handy

14  access to search box, often determined by the default home

15  page.

16         Do you see that?

17  A.  Yes, I do see that.

18  Q.  And you agreed with that, too?

19  A.  Yes, I would say I agree with that.

20  Q.  Then he writes:  Most users stay with pre-configured home

21  page settings.

22         Do you see that?

23  A.  I haven't seen any evidence supporting that.  He's

24  asserting that this follows from his studies -- from his

25  investigation.

1    Q.  You didn't write any notes on this page, though?

2    A.  No, I did not.

3    Q.  And then he writes:  Yahoo!, MSN strongly dependent on HP

4    setting for search share.

5         Do you see that?

6    A.  Yes, I do.

7    Q.  And you understood this to mean that Yahoo! and Microsoft

8    were -- needed the default setting for their search share?

9    A.  At this time, I think that Yahoo! and Microsoft had strong

10   brand recognition for search page.  Google was the new kid on

11   the block that didn't have the same sort of brand recognition.

12   So, may or may not have the same choice.

13   Q.  Google was the dominant player, right?

14   A.  Yes.

15   Q.  So the next line is:  Default home page can be a powerful,

16   strategic weapon in the search battle.

17        Do you see that?

18   A.  Yes.

19   Q.  And you didn't disagree with that, right?  You didn't write

20   anything underneath that said that you disagreed with it?

21   A.  I did not.

22   Q.  In fact, you liked the idea that the default home page

23   could be a powerful, strategic weapon in the search battle.

24   A.  Yes.

25   Q.  And the next line is -- the next line is that the default

1    home page -- I'm sorry.  The next line is, is that:  It could

2    be the Achilles' heal for Yahoo! and MSN.

3           Do you see that?

4    A.  Yes.  Remember, this is what he is saying.

5    Q.  Right.  But you didn't disagree with that, right?

6    A.  Just because you don't disagree doesn't mean that you

7    support.

8    Q.  That's true, except for the part, sir, where you wrote an

9    email saying that you found this compelling, right?

10   A.  I agree that I wrote that email.  I found this compelling.

11   Q.  Okay.  And here's my point, sir:  11 months after you sent

12   Mr. Sharma a memo about switching costs and entry barrier, even

13   though the guy didn't work for you, you didn't know him very

14   well, 11 months later he sent you this slide deck, suggesting

15   that the default home page could be a powerful, strategic

16   weapon in the search battle, right?

17   A.  Yes.  But in this document, you all see that product

18   quality and brand temper the effect of the default HP, which is

19   what we started out with 15 or 20 minutes ago.

20   Q.  Right.  But that wasn't the actual -- the point of his

21   report.

22   A.  Well, he says it right here:  Product quality and brand

23   reduce the effect of default home page.

24   Q.  Absolutely.  Now let's go to UPX960.

25          So this is -- this deck is dated, I think, a week later.

1    You see in the bottom corner, April 2nd, 2007?

2    A.  Yes, I see that.

3    Q.  This one is called On the Strategic Value of Browser Home

4    Page to Google.

5         Do you see that?

6    A.  Yes.

7    Q.  And you've joined the team now.  You are actually one of

8    the people on this document.

9    A.  Yes.

10   Q.  And that means you agreed with the contents of the

11   document?

12   A.  Well, I haven't seen the document yet, so I can't make that

13   judgement.  But it could be that it's a -- there are minor

14   points that I disagree with in this document.  I would have to

15   look at it.

16   Q.  Okay.  But just your practice is, is you don't let people

17   put your name on memos and slide decks unless you agree with

18   the contents?

19   A.  Well, again, I think it's a question I might agree with

20   95 percent of the comment.  Do I agree with that last 5 percent?

21   Maybe, maybe not.

22   Q.  Okay.

23          THE COURT:  Mr. Dintzer, could you just repeat the

24   exhibit number again, please.

25          MR. DINTZER:  Yes, Your Honor.  It's 960 -- UPX960.

```
1              THE COURT:  Thank you.
2    BY MR. DINTZER:
3    Q.  And so the Executive Summary for this document -- and I
4    believe this is in evidence.
5         The Executive Summary for this document says:  Users do
6    not always make a deliberate choice of search engine.
7         Do you see that?
8    A.  Um-hum.
9    Q.  Okay.  So this one your name is on, and it makes that
10   point, right?
11   A.  Okay.  Yes.
12   Q.  Okay.  And did you disagree with that one?
13   A.  That point?
14   Q.  Yeah.
15   A.  That specific one?  No, I don't disagree with that.
16   Q.  And then it says:  The effect -- I'm sorry -- choice seems
17   strongly influenced by browser home page.  The effect appears
18   to overwhelm product quality and brand.
19        Do you see that?
20   A.  Yes.
21   Q.  Did you disagree with that?
22   A.  Well, earlier I argued that product quality and brand and
23   home page all contribute to the user's choice.  I'm not quite
24   sure how to interpret strongly influenced -- well, sorry.  I'm
25   not quite sure how to interpret "the effect appears to
```

1    overwhelm product quality and brand."

2           That is -- I would like to see a little more evidence

3    for that, let's put it that way.

4    Q.  Okay.  But the deck has your name on it, right?

5    A.  Yeah.

6    Q.  And do you remember saying:  I disagree with the contents

7    of the Executive Summary, so I'm not going to sign this?

8    A.  No.  I did not see that.  As far as I know, there was no

9    such conversation of that sort.

10   Q.  Okay.  And then it -- farther down it says, under Executive

11   Summary -- and we're still on 960 -- it says:  Pursue home page

12   set as a strategy to gain market share?  On neutral turf,

13   Google dominates.  With a Yahoo! home page, Google is a distant

14   second.

15          Do you see that?

16   A.  Yes, I see that.

17   Q.  Okay.  And did you disagree with that?

18   A.  Well, again, this is just the Executive Summary.  I would

19   like to see the actual calculations.

20   Q.  Okay.  So let's go to page 27.

21   A.  Okay.

22   Q.  And do you see it's the key takeaways from UPX960?  Do you

23   see that, sir?

24   A.  Yes, I do.

25   Q.  And the top one is, again:  Users do not always make a

1    deliberate choice of search engine.

2         I think we've gone over that.  And you don't disagree

3    with that?

4    A.  Sorry.  I don't disagree with what?

5    Q.  That users don't always make a deliberate choice --

6    A.  I do not disagree with that, no.

7    Q.  The second one is:  Setting the home page to Google

8    crucial.

9         Do you see that?

10   A.  Yes.

11   Q.  Do you disagree with that one?

12   A.  One also might say it's also crucial to Microsoft and

13   Yahoo!.

14   Q.  Exactly.  And, in fact, the last sentence here -- more than

15   crucial, because the last sentence here says:  Could be used to

16   target a vulnerability for Yahoo! and Microsoft.

17        And you agree with that, don't you?

18   A.  I think, in general, having a default is helpful to

19   decisions of this sort, but in the vast number of different

20   cases.  It's not just us.  But it's valuable to Yahoo!  It's

21   valuable to Microsoft.  It's valuable to Google.  They're going

22   to contest that choice of home page.

23   Q.  The key takeaway, one of them from the memo, the slide deck

24   that your name is on, was that it could be used to target a

25   vulnerability for Yahoo! and Microsoft, right?

1    A.  And they could use it to target a vulnerability of Google.

2    Q.  Now -- no further questions on that document, sir.

3            MR. DINTZER:  We're going to go to UPX930.

4            And, Your Honor, this is in.

5    A.  I can't see the print.

6    BY MR. DINTZER:

7    Q.  We're going to bring it up for you, sir.  I can't read it

8    this size either.

9    A.  Okay.

10   Q.  So this is -- let's go to the top, Ian.

11          Okay.  So this is an e-mail that was sent to a whole

12   bunch of different people, including yourself, in April 17th,

13   2007, right?  It's about ten days after that slide deck we just

14   looked at.

15   A.  Okay.

16   Q.  Okay.  And do you see your email there on the lower line,

17   Hal Varian?

18   A.  Yes.

19   Q.  And when you got this email, you reviewed it -- you would

20   have reviewed it, as your practice?

21   A.  I don't read all of my email, but I would have probably

22   read this one.

23   Q.  Okay.  And the subject line is GPS Notes, Strategic Value

24   Browsers Home Page, April 17th.  Do you see that?

25   A.  Yes.

1    Q.  What's "GPS"?

2    A.  I can't call out the expansion of that acronym right now.

3    I'm not 100 percent sure.

4    Q.  Let's go farther down, the first line.  And it says:  GPS

5    title -- let's get there.  GPS title:  On the strategic value

6    of browser home page to Google.

7         And then it's dated that date.  Do you see that?

8    A.  Yes.

9    Q.  And little farther down it shows the attendees of this

10   gathering.

11   A.  I'm not seeing -- there we go.  Okay.

12   Q.  And it says Attendees, and it listed Mr. Sharma, it listed

13   you, and then it also listed Mr. Pichai and Marissa Mayer.  Do

14   you see that?

15        And who is Mr. Pichai?

16   A.  At that time, he was working on -- well, I'm not sure what

17   he was working on at that time.  Marissa was handling user

18   interface issues for Google products.

19   Q.  Okay.  And let's go to the Summary of Discussion, the very

20   last sentence.

21   A.  Yep.

22   Q.  And it says:  Nitin argues that focusing on home page

23   market share is one of the most effective things we can do to

24   make gains in search market share.

25        Do you see that?

1    A.  Yes, I see that.

2    Q.  Do you remember that being part of the presentation that

3    Sharma gave to these executives at Google?

4    A.  I would have to look back.  I don't know that he said this

5    was the "most effective thing."  It's one of the most effective

6    things.

7    Q.  All right.  But it says here, "one of the most effective."

8        Do you recall that Mr. Sharma made a presentation where

9    he said that the home page defaults is one of the most

10   effective things that Google could do to gain market share?

11   A.  This is the document we just saw a few minutes ago that

12   you're referring to?

13   Q.  That slide deck.

14   A.  Where you say he says one of the most effective things we

15   can do is make gains in search market share --

16   Q.  Right.

17   A.  -- to do to make gains in search market share?

18   Q.  Let me clarify my question, sir.

19   A.  I would want to flip back and see.

20   Q.  You're welcome to flip to any of it.  Let me at least make

21   sure you got my question.

22   A.  All right.

23   Q.  The heading of this little piece is Summary of Discussion.

24   Do you see that?

25   A.  Yep.

1   Q.  Do you remember there being a discussion of Mr. Sharma's

2   ideas?

3   A.  If there was a meeting, I'm sure there would be a

4   discussion, yes.

5   Q.  Do you remember that?

6   A.  Do I remember that?  No.

7   Q.  Okay.  The last sentence in the Summary of Discussion is:

8   Nitin argues that focusing on home page market share is one of

9   the most effective things we can do to make gains in search

10   market share.

11       Do you remember Mr. Sharma making that presentation at a

12   meeting of Google executives?

13   A.  So I don't remember him making that at a meeting of Google

14   executives.  Remember, this is a long, long time ago.  And I'm

15   just asking, did he use the words "most effective things we can

16   do"?

17       I don't know.

18   Q.  Okay.  The next sentence says:  EMG representatives agreed

19   this is important.

20       Do you see that?

21   A.  I don't remember what "EMG" means.

22   Q.  And what is --

23   A.  Executive management group.

24   Q.  Those were the people in the C-suite, right?

25   A.  Yeah, yeah.

1    Q.   Okay.  So people is the C-suite agreed that this was

2    important.  Do you see that?

3    A.   Yes.  Yes.

4    Q.   And then there's action items.  Do you see that?

5    A.   At the top, yes.

6    Q.   "Marissa, Sundar, and Jessica to return in a week with a

7    complete proposal.

8         And then it goes on.  Do you see -- on gaining home page

9    market share.  Do you see that?

10   A.   Yes, I see that.

11   Q.   Do you remember that Google acted on this idea from

12   Mr. Sharma, to go out and get home page defaults?

13   A.   That's what this set of slides seems to indicate.

14   Q.   Do you remember that actually happening?

15   A.   No.

16   Q.   You don't remember Google seeking defaults?

17   A.   In what context in particular?

18   Q.   In response to Mr. Sharma's ideas.

19   A.   For search, you're talking about?

20   Q.   Yes, sir.

21   A.   Defaults for search.  Well, I think you would have to be

22   more explicit about how they are furthering this goal.  Are

23   there specific things that they did that you're thinking of?

24   Q.   Well, actually, I am asking you, sir.

25   A.   Yeah.  Well, I'm trying to understand the question.

```
1    Q.  I totally understand.  Maybe I'm not asking a good

2    question, so let me try.

3         So Mr. Sharma, according to this document, according to

4    the slide decks, is proposing these ideas to Google's top

5    leadership.  And my question is, is:  Do you remember Google's

6    leadership taking actions on Mr. Sharma's proposal to pursue

7    the defaults?

8    A.  I believe that in future considerations, they considered

9    the default along with other issues, like price and decisions

10   that reflect on both parties.  It's a deal.  You set me as a

11   default, I'll do this for you.

12   Q.  Today, Google is the default on Apple; is that right?

13   A.  On Apple what?

14   Q.  Safari.

15   A.  As of what date?

16   Q.  Today.

17   A.  Okay.

18   Q.  It's a question, sir.

19   A.  So they have Google Search as a default on their devices.

20   Q.  And Google pays for the defaults on Apple's device; is that

21   right?

22   A.  Yes.

23   Q.  Okay.

24   A.  Whoops --

25   Q.  And --
```

1     A.  -- my screen just disappeared.  Did yours?

2     Q.  But we don't have a document up, sir.

3     A.  Oh, sorry.

4     Q.  So we've used the term "general search engine."

5         What is a general search engine?

6     A.  General search engine handles a wide variety of queries in

7     different areas and provides search results that are relevant

8     to those queries.

9     Q.  A general search engine searches the web; is that right?

10    A.  That would be a web search engine, yes.

11    Q.  And one of the things a general search engine does is

12    search the web; correct?

13    A.  Right.  But it does other things as well.

14    Q.  And general search engine requires -- general search

15    requires crawling the web?

16    A.  I think that's one kind of general-purpose search engine,

17    but there could be search engines for searching books or

18    searching travel destinations or other things of that sort.

19    Q.  Sure.  And those wouldn't be general search engines.  Those

20    would be book search engines?

21    A.  Those would be specialized search engine, right.

22    Q.  General search requires creating an index of web pages.

23    A.  Well, I would say general web search requires an input of

24    web pages.

25    Q.  General search engines index the web plus other things,

1    such as videos on YouTube?

2    A.  Could you ask that again?

3    Q.  Sure.  One of the things that general search engines index

4    is things such as videos on YouTube?

5    A.  They can do that.  I mean, that's a possibility, sure.

6    Q.  One element of a general search engine is the algorithm

7    that finds the relevant web pages from the index.

8    A.  Yes.

9    Q.  One element of a general search engine is the ability to

10   display a search engine result page?

11   A.  Yes, if it's doing the search, it would display --

12   typically display the results.

13   Q.  Amazon, Apple, and Facebook don't provide general-purpose

14   search engines?

15   A.  Say that again.

16   Q.  Amazon, Apple, and Facebook don't provide general-purpose

17   search engines.

18   A.  Yes.

19   Q.  General search is funded by the sale of ads.

20   A.  In the cases we're considering, that's not the only funding

21   mechanism that could be used.

22   Q.  There may be other funding mechanisms, but general search

23   is funded, among others, if you want to say that, by the sale

24   of ads?

25   A.  It could be, yes.  That's --

1   Q.  Do you know of any general-purpose search engine in

2   existence right now that's not funded by the search ads?

3   A.  Well, if you would look at things like LexisNexis, you are

4   searching through legal cases.  And it's sold by subscription,

5   not by ads.

6   Q.  And are LexisNexis general purpose searching?

7   A.  Well, within that domain of law, yes.  But -- okay.

8   Q.  Okay.  So let's use the term you said about searching the

9   web.

10  A.  Yep.

11  Q.  General purpose search is funded by ads.

12  A.  Yes.  It could be -- yes, that's correct.

13  Q.  And it is very costly to build a general-purpose search

14  engine?

15  A.  Yes.

16  Q.  Organic results are those search results without ads.

17  A.  Say again?

18  Q.  Sure.  Organic results are those results that don't have

19  ads.

20  A.  Yes.

21  Q.  And organic results are not paid results, like an ad,

22  right?  Nobody is paying for the organic --

23  A.  Nobody is paying for the organic search.

24  Q.  Google's users can find information from a broad set of

25  information needs?

```
 1    A.   That's true.

 2    Q.   And that ability to seek a broad range of information from

 3    Google or Bing offers convenience to users?

 4    A.   That's why they're using search engines, because it offers

 5    convenience to them, both Google and Bing.

 6    Q.   And Google also offers navigation, right?

 7    A.   Navigation of cars?  Maps?  What do you mean by

 8    "navigation"?

 9    Q.   Are you familiar with navigational queries?

10    A.   Yes.

11    Q.   What is a navigational query?

12    A.   A navigational query would contain the name of the page

13    where the user wanted to go.

14    Q.   So if I put in -- I'm sorry.  Please.

15    A.   The name or the URL.

16    Q.   So if I put in Expedia into a general search engine like

17    Bing or Google, I would get a search engine result page that

18    would allow me to click on Expedia?

19    A.   That's correct.

20              MR. DINTZER:  Now let's go to UPX334.

21              This is admitted, Your Honor.

22    BY MR. DINTZER:

23    Q.   This is a slide deck presentation you've made many times;

24    is that right?

25    A.   How many is "many"?
```

```
1    Q.  Why don't you tell me, sir?

2    A.  I've probably given this Seven Deadly Sins of Tech for, I

3    don't know, 10, 12 times, something in that order of magnitude.

4    Q.  That seems like a lot.

5    A.  Okay.

6    Q.  This is part of your antitrust presentation, right?

7    A.  Part of my what?

8    Q.  When you're talking about antitrust issues?

9    A.  Well, that certainly comes up in the discussion, yes.

10   Q.  Okay.  And let's go to UPX2083.

11       And you write:  General purpose is a tough business.

12       Is that right?

13   A.  Yes.

14   Q.  And then you list some of the failed general search engines

15   that have existed.

16   A.  Yes.

17   Q.  And then you write:  You build the system to answer

18   100 percent of clicks, but you only get paid for 6 percent of

19   clicks.

20   A.  Yes.

21   Q.  That means that only 6 percent of the -- well, why don't

22   you tell me what it means.

23   A.  Only 6 percent of the clicks are commercial.

24   Q.  Right.  The 94 percent are not commercial.

25   A.  Yes.
```

```
1    Q.  And the general-purpose search engines are built to handle
2    100 percent of clicks, right?
3    A.  Yes.
4    Q.  The general-purpose search engine model is if we provide
5    great answers, range, and history, people will, we hope, use
6    Google to get great answers to buying frying pan, which is why
7    we strive to provide good answers for all queries; is that
8    right?
9    A.  I'm not talking about general purpose here.  I'm talking
10   about search.  So some of the searches down here are for
11   Travelocity, Expedia, Orbitz, et cetera.  Those aren't
12   necessarily web purchase.  They're searching for content
13   relevant to the question the user asked.
14   Q.  Okay.  So let's go to the next page.  And -- well, let's go
15   back.  I'm sorry.  Sorry, Ian.  Let's go back.
16        Just so we're clear, at the top you were saying general
17   purpose search is a tough business, right?  So you were talking
18   about --
19   A.  Can you go back to that?
20   Q.  You were talking about general purpose search.  Do you see
21   that?
22   A.  General purpose search is a tough business.
23        And then there's a list of general-purpose search
24   engines.
25   Q.  Okay.  Let's go to the next line now.
```

1    A.   Okay.

2    Q.   And the last bullet there -- the last black bullet there

3    is:  The general purpose search engine's model.  We provide

4    great answers, range, and history.  People will, we hope, use

5    Google to get great answers to buy frying pans.

6         Is that right?

7    A.   That's my opinion.

8    Q.   And it's an opinion that you've given a bunch of times.

9    A.   Yeah.

10   Q.   Okay.  And you write:  Which is why we strive to provide

11   good answer for all queries.

12        Correct?

13   A.   Yes.

14   Q.   Google answers noncommercial queries because it hopes, at

15   some point, the user will also type in a commercial query and

16   Google can make money off of it?

17   A.   Something of that sort, yes.

18   Q.   Well, exactly, right?

19   A.   Yeah.  Okay.

20   Q.   On then on 2085, the next page, you provide this chart.

21   A.   Yes.

22   Q.   And this is a chart I've seen in a lot of your documents.

23   You've done this chart a number of times, right?

24   A.   Yes.  The exact format of the table has changed as time

25   goes on because there have been new entries and exits and so

1    on.  But roughly speaking, yes.

2    Q.  And it's got the title Competition?

3    A.  Yes.

4    Q.  And then you list different products along the left-hand

5    margin?

6    A.  Yes.

7    Q.  And then you show which major tech company is in each one

8    of these product markets?

9    A.  Yes.

10   Q.  Okay.  And you have a line for general-purpose search

11   engines, right?

12   A.  Yes.

13   Q.  That has its own line, and you give checks to only two

14   companies, Google and Microsoft?

15   A.  In this case, yes.

16   Q.  And lower down you have another line, special-purpose

17   search engines.  Do you see that?

18   A.  Um-hum, yes.

19   Q.  And if I use the term "SVP," you'll understand that those

20   are about the same thing?

21   A.  SV -- sorry.  S...

22   Q.  Let me do this --

23   A.  Yeah.

24   Q.  -- what is a special-purpose search engine?

25   A.  Okay.

```
1    Q.  What is a --
2    A.  That would be searching over a particular domain.  For
3    example, videos or legal documents or products that consumers
4    might be interested in buying and so on.  So special purpose
5    focused on those domains.
6    Q.  On a vertical?
7    A.  Hum?
8    Q.  On a vertical.
9    A.  On a vertical.  That's another term.
10   Q.  And for special-purpose search engines, you put checks in
11   all five of the major corporations' boxes.
12   A.  Yes.
13   Q.  And Google's special-purpose search engine would be
14   Google's shopping website; is that correct?
15   A.  That would be one special-purpose search engine.
16   Q.  Now, most --
17             THE COURT:  Sorry to interrupt.
18             Could you just clarify what the second header is?
19   Amazon is one.  What's the next one?
20             THE WITNESS:  I'm sorry.  What?
21             THE COURT:  The headers of the companies, Amazon is
22   the first column.  What's the second column?
23             THE WITNESS:  Apple.
24             THE COURT:  That's Apple.
25             THE WITNESS:  Amazon, Apple, Google, Facebook, and
```

1    Microsoft.

2             THE COURT:  Okay.  Thank you.

3    BY MR. DINTZER:

4    Q.  Now, most vertical searches are commercial -- or at least

5    they focus on commercial?

6    A.  Okay.  I mean, but, general-purpose search engines and

7    special-purpose engines, they both could be commercial.  I

8    mean, that's not really a distinction, is it?

9    Q.  Well, I -- so let's focus on the question I'm asking.

10   A.  Okay.  Sorry.

11   Q.  Special-purpose search engines, they focus on commercial

12   queries; is that right?

13   A.  I don't think you could say that for all special-purpose

14   search engines.

15   Q.  I think I used the word "most."

16           Most special-purposes search engine focus on commercial;

17   is that right?

18   A.  Well, I -- yeah, I don't think you can really say that,

19   necessarily.  I mean, LexisNexis, you pay for that service, as

20   an example, but it's not necessarily commercial searches.  Or

21   you look at hotel searches -- I guess they are commercial

22   because you're trying to get a hotel room.  But it isn't a

23   defining feature, I would say, special-purpose search engines.

24   It could be.  Maybe, maybe not.

25   Q.  Special-purpose search engines get traffic through organic

1    results on Google's search engine result page?

2    A.   What is that?  That's a quote, it sounds like.

3    Q.   No.  It's just a question.

4    A.   Okay.  Please repeat it.

5    Q.   Sure.  Of course.

6         One of the places that -- if I use the term "SVP," do

7    you know that term?  "SVP"?

8    A.   I can't recall the definition.  Can you tell me what it is,

9    "SVP"?

10   Q.   Let's stick with special-purpose search engine.

11   A.   Okay.

12   Q.   So one place that a special-purpose search engine can get

13   traffic is from organic results on Google or Bing --

14   A.   Yep.

15   Q.   -- right?

16        And so people click on -- maybe somebody puts in travel,

17   and they get an Expedia organic link?

18   A.   I see.

19   Q.   And it will take them to Expedia, right?

20   A.   Okay.  Now I understand what you mean.

21   Q.   Okay.  And you agree with me, that that is one of the

22   places that special-purpose search engines get their traffic?

23   A.   One of the things, that a general purpose search may refer

24   the user to a special-purpose search capability that is

25   relevant to their query.

```
1     Q.  Another place that special-purpose search engines can get

2     traffic is by advertising on a general-purpose search engine?

3     A.  Okay.

4     Q.  That's a question.

5     A.  That's one of the places, yes.

6     Q.  And, in fact, for Google, special vertical -- or,

7     special-purpose search engines are some of Google's top

8     advertising clients, right?

9     A.  Yes.

10    Q.  Okay.  So the special purpose search, they actually pay to

11    be on Google so it will take people to their special-purpose

12    search engine, right?

13    A.  Yes.

14    Q.  Okay.  And as far as you know, Google doesn't pay to be on

15    any special-purpose search engine, right?

16    A.  Google Search.

17    Q.  Right.  Is it advertised on any special --

18    A.  Not that I know of, no.

19              MR. DINTZER:  So let's go to UPX340.

20              This is in evidence, Your Honor.

21    BY MR. DINTZER:

22    Q.  And a good part of this is redacted on a claim of

23    confidentiality, but not the part that we're interested in.

24    A.  Nope.

25    Q.  And who is Guy Ben-Ishai?
```

1    A.  He's an economist in the economic policy team, not my team.

2    Q.  So he didn't report to you?

3    A.  He did not report to me.

4    Q.  Okay.  And so, if you can -- and if you can show just a

5    little bit above Mr. Ben-Ishai's comment.

6    A.  A little bit above?

7    Q.  Actually, let's show the whole -- on page 059.

8          So what we have here is Mr. Ishai sent you an email, and

9    then you see your email link is on top.  You sent him responses

10   in line; is that right?

11   A.  I don't see that page.  Where is it?

12   Q.  Sure.

13   A.  I see this page that says:  On Friday, February 19th...

14   Q.  Right.

15   A.  Okay.

16   Q.  So he writes:  Hal, thanks so much.

17         And then he goes on.  Do you see that?

18   A.  I see that.

19   Q.  And then above that it just shows your email.  So you have

20   a practice, sir, of writing, when you're responding to people,

21   you respond with in-line responses; correct?

22   A.  Right, right.

23   Q.  So he writes to you:  Hal, thanks so much.  I'm sorry I

24   neglected to link the draft report above.

25         Okay?  And farther down you write to him:  With respect

1    to the value of our product.

2         Do you see that?

3    A.  Yes.

4    Q.  Specifically Search.  If Google were to disappear, people

5    would just switch to Bing.

6         Do you see that?

7    A.  Umm-hum.

8    Q.  And "WRT" means with respect to, right?

9    A.  I just read the next sentence after that.  What --

10   Q.  We're going to get there, but right now the question is:

11   "WRT" means with respect to?

12   A.  With respect to the value of our product, right.

13   Q.  And in this sentence, "the value of our product,

14   specifically Search, if Google were to disappear, people would

15   switch to Bing," you're referring to search engines that crawl

16   the web, right?

17   A.  In this document, yes.

18   Q.  And Bing was the closest alternative to Google that you

19   mentioned in this sentence?

20   A.  Well, I also mentioned DuckDuckGo, presumably, you could

21   also use.

22   Q.  Right.  You're going down.  So let's just do one of these

23   at a time.

24        You write:  Value of our product, specifically Search.

25   If Google were to disappear, people would just switch to Bing.

1          Right?

2     A.  Yep.

3     Q.  You describe that as the alternative to Google; correct?

4     A.  In this experiment of eliminating Google, then what would

5     people do.

6     Q.  Okay.  Fair enough.

7          And then you write -- we're going to have to decode this

8     a little bit:  If all search engines were to disappear, we look

9     like Borges' Universal Library but with no card catalog.

10         Do you see that?

11    A.  Yeah.  I think it's Borges.

12    Q.  Okay.  And I think you corrected me in the deposition, too.

13         Who was this author?

14    A.  South American author who wrote a lot of short pieces of a

15    speculative nature.  And it's quite enjoyable to read.

16    Q.  This author considered a universal library that had all

17    knowledge but no card catalog --

18    A.  Yes.

19    Q.  -- so there was no way to find anything?

20    A.  Right.

21    Q.  And so the comparison you're making here is if all

22    general-purpose search engines were to disappear, the world

23    would look like Borges' Universal Library, but with no card

24    catalog, right?

25    A.  Right.

```
 1    Q.  No further questions on that document.

 2              MR. DINTZER:  UPX902.  And this is in evidence.

 3    BY MR. DINTZER:

 4    Q.  So this is an email chain from -- and if you look at --

 5    let's not do the top, Ian.  Let's go farther down, to about the

 6    middle.

 7              Okay.  And so this would be another time where we

 8    have -- we have a May 22nd, 2010 email from Jonathan Rosenberg.

 9    Do you see that?

10    A.  I see that.

11    Q.  Okay.  And he was your boss; is that right?

12    A.  He was at one time, yeah.

13    Q.  Do you remember if, in 2010, he was your boss?

14    A.  I would have to check that.  I'm not sure.

15    Q.  Okay.  And then you -- this is another time when you reply

16    with in-line answers, correct?

17    A.  Um --

18    Q.  Do you see right above, you have your email?

19    A.  I think so.

20    Q.  So he writes:  Threat to core search posed by vertical

21    search and/or social networks.  Investors are worried that

22    users are increasingly finding information through means other

23    than traditional search, e.g., on Facebook or Amazon.com.

24              Do you see that?

25    A.  I see that, yes.
```

1    Q.   Okay.  So, Mr. Rosenberg was expressing a concern to you

2    about losing searches to Facebook and Amazon?

3    A.   Yes.

4    Q.   And then you wrote in response:  We also studied -- I'll

5    get it highlighted -- we also studied whether users who

6    increase their use of Facebook use Google more or less.  The

7    answer is that they use Google more.  Basically, anything that

8    makes people use the web more is good for Google.

9         Right?

10   A.   That's what this sentence says, yes.

11   Q.   Well, I mean, that's what you wrote to --

12   A.   Yes.

13   Q.   And John Rosenberg, even if he wasn't your boss, he was

14   above you at Google, right?

15   A.   Yes.

16   Q.   And you were trying to answer his concerns, right?

17   A.   Yes.

18   Q.   And, in fact, you were trying to answer his concerns about

19   what investors were saying, right?

20   A.   Yes.

21   Q.   And you don't know of any more-recent research on

22   Facebook's direct impact on Google Search; is that right?

23   A.   I don't know anything more recent than this?  Is that what

24   you're saying?

25   Q.   Right.

1      A.  Not to my knowledge.

2      Q.  Okay.  No furthers questions on that document.  Oh, I'm

3      sorry.  I take it back.  Sorry, Ian.

4           And then he writes -- at the Number 7, he writes:

5      Search market share/Bing.

6           Do you see that?

7      A.  No.  Here we go.  Just got it.

8      Q.  Okay.

9      A.  So, now, what do I read?

10     Q.  Right there.

11     A.  7?

12     Q.  ComScore's latest report showing us losing share to Bing

13     came up in most meetings.

14          Do you see that?

15     A.  No.

16     Q.  It's highlighted, sir.

17     A.  Oh, I see.  Yes.  Okay.

18     Q.  ComScore offers search share data; is that right?

19     A.  Yes.

20     Q.  It's a company that sells market share data about search

21     engines?

22     A.  Yes.

23     Q.  So he's writing with his concern that Google might be

24     losing market share?

25     A.  Okay.  I read that paragraph 7, yeah.

1   Q.  Okay.  And so you write in response --

2   A.  Okay.

3   Q.  -- due to Jonathan's urging, we have come up with four

4   different ways to measure share.

5       Right?

6   A.  Yes.

7   Q.  So he's asking, in Number 7, about search market share, and

8   you're responding about four different ways to measure share.

9   Do you see that?

10  A.  Yeah.  There are different -- shares of what?  There are

11  different choices.

12  Q.  We're going to get into that, sir.

13  A.  Okay.

14  Q.  But the four that you list, just so we can get a

15  explanation for the Court, the first one is CUP, right?

16  A.  Right.

17  Q.  Just briefly, what is CUP?

18  A.  Consumer user panel.  It's a panel of consumers who agreed

19  to have their web activity tracked in exchange for

20  compensation.

21  Q.  So Google installed something on their devices and Google

22  knows where they've been?

23  A.  Say that again.

24  Q.  Google installs something on their devices and can track

25  what websites they've been to?

1   A.  Yes.

2   Q.  The second one you write there is:  Toolbar.

3   A.  Yes.

4   Q.  What is Toolbar?

5   A.  Toolbar is a plug-in for different browsers.  There's

6   different toolbars for different browser creators.

7   Q.  Those are kind of gone away by now; is that right?

8   A.  Yes.  They're no longer popular.

9   Q.  The third one is Analytics.  What's "Analytics"?

10  A.  Google Analytics.  It's a division of the company that does

11  a lot of measurement of consumer behavior.

12  Q.  Finally, there's AdSense.  What's AdSense?

13  A.  AdSense is a system for showing contextual ads.  That is,

14  placing the ads inside content, and it turns out that you can

15  get useful information from that source -- useful information

16  along these lines of share.

17  Q.  And all four of these were different methods that Google

18  used at that time to try to figure out search share -- or

19  versions of search share, right?

20  A.  Well, initially, as I recall, it started with Toolbars.

21  The question is, was Toolbar an important area to us invest in

22  or was it not?

23          So it goes to your statement that they aren't popular

24  anymore.

25  Q.  Okay.  But that's not really my question.  My question is:

1    You're listing these four in this email because these are four

2    methods that Google used to try to evaluate search share at

3    that time?

4    A.  Search share -- well, the question is what you mean by

5    "search share"?  Do you mean users that are utilizing the

6    service, the number of searches that are issued divided by

7    total number of --

8    Q.  You're going so far past my question.

9    A.  Okay.

10   Q.  Mr. Rosenberg asked you, in this email, about search market

11   share and Bing.

12   A.  Oh, yeah.

13   Q.  You responded:  Due to Jonathan's urging, we have come up

14   with four different ways to measure share.

15        These are those four ways, right?

16   A.  Right.  But share of what?

17   Q.  We'll get to that.

18        These are those four ways, right?

19   A.  Let me read them carefully.

20   Q.  Okay.

21        (Pause.)

22   A.  Okay.

23   Q.  So these are the four ways you mentioned to Mr. Rosenberg

24   in Exhibit 902 about measuring share?

25   A.  Yes.

1    Q.  And one of them, AdSense, you came up with yourself, right?

2    A.  Yes.

3    Q.  Okay.  And who is Penny Chu?

4    A.  Penny worked in the marketing team.  She did a number of

5    things in this context.  Most important thing was looking at

6    CUP data.

7    Q.  And she was in the marketing team.  Was she on quantitative

8    marketing, QM?

9    A.  She was a member of quantitative marketing, QM, yes.

10   Q.  Ms. Chu had Ph.D. statisticians on the QM team?

11   A.  Yes, there were.

12   Q.  And you worked a lot with that department?

13   A.  Yes.

14   Q.  And Ms. Chu and her department routinely measured Google's

15   search share?

16   A.  I still don't know what you mean by "search share."  Search

17   of what?  We'll get to that.

18   Q.  We're going to see that term in a lot of documents that you

19   signed off on.

20   A.  I will try to be patient.

21   Q.  So, Ms. Chu and her team reported search share monthly; is

22   that correct?

23   A.  Yes.

24   Q.  Okay.  And she did that every month for years; is that

25   correct?

1    A.  She did that every month for several years -- I mean,

2    several -- maybe it was four.

3    Q.  And you helped Ms. Chu in the quantitative marketing team

4    measure those search shares?

5    A.  Yes.

6              MR. DINTZER:  And so we'll start with UPX472.

7              This is entered, Your Honor.

8              THE COURT:  I want to interrupt you.  Why don't we

9    take our afternoon break.  It's a little bit before 3:05.

10   We'll resume at a little after 3:20.

11             Dr. Varian, I'll just ask you not to discuss your

12   testimony with anyone during the break.  Thank you.

13             (Recess.)

14             THE COURT:  Before we continue, I just wanted to add

15   something quickly to the record.  There was a request to

16   connect a public line to these proceedings, and it's one that I

17   declined.  And I sort of previewed that I understood that there

18   was going to be a policy change, that they would exclude trial

19   proceedings.

20             So we just got a notice today that judicial

21   conference has adopted a new policy with respect to civil

22   proceedings and making a public access line available.  The

23   revised policy will permit judges presiding over civil

24   bankruptcy cases to provide the public live access to nontrial

25   proceedings that do not involve witness testimony.  So that's

1    where we find ourselves.

2             Go ahead, Mr. Dintzer.

3             MR. DINTZER:  Thank you, Your Honor.  And we have

4    passed out copies of the exhibit list as requested, Your Honor.

5             THE COURT:  Okay.

6    BY MR. DINTZER:

7    Q.  Sir, we're going to go to Exhibit 72.

8             MR. DINTZER:  This is entered, Your Honor.

9             And I will pull it up.

10            There it is.  And we'll go to the bottom email.

11   BY MR. DINTZER:

12   Q.  This is from someone named Johanna Wright.  Do you know who

13   that person is?

14   A.  Yes.

15   Q.  Who is that?

16   A.  I think at this time, in 2010, she was Marissa Mayer's --

17   what should I say -- go-to person.

18   Q.  And this is sent in November 18th of 2010.  The subject is

19   October 2010 Search Shares Numbers.

20   A.  Um-hum.

21   Q.  Do you see that?

22   A.  Yes.

23   Q.  And the first group that it goes to is the OC.  Do you know

24   who the "OC" is?

25   A.  I think -- I don't know what the acronym actually expands

```
 1    to.  I know what it is.  It's a group of executives.
 2    Q.  And was it a group of executives with decision-making
 3    authority?
 4    A.  Yes.
 5    Q.  And she writes:  The October search share numbers are in.
 6         Do you see that?
 7    A.  Yes.
 8    Q.  And this is a monthly report from Ms. Chu and her team,
 9    right?
10    A.  Yes.
11    Q.  And they measure search share based on CUP, Analytics, and
12    AdSense; is that right?
13    A.  And comScore, too.
14    Q.  And ComScore.  And it shows comScore here?
15    A.  I see.  Okay.
16    Q.  But to be clear, comScore isn't something that Google is
17    measured by?
18    A.  No.  You're right.
19    Q.  ComScore is something that Google is buying, right?
20    A.  Right.
21    Q.  But the others are the ones Google is measuring in-house?
22    A.  Yes.
23    Q.  And in the report, the only firms reported on are Google,
24    Bing, and Yahoo!.  Do you see that?
25    A.  Yes.
```

1    Q.  It roughly equals 100 percent for those three companies; is

2    that right?

3    A.  I haven't done that calculation, but I expect that's right.

4    Q.  And if Google wanted to, Google could have asked whoever

5    was providing the CUP data panel to include Facebook or Amazon

6    in the search share numbers, right?

7    A.  There's a limited number of people in the CUP panel, and

8    as -- if you choose one or more search engines, you're going to

9    get more inaccurate estimates --

10   Q.  Okay.

11   A.  -- because you're cutting it in smaller pieces.

12   Q.  And my only question is, sir:  We talked about how CUP is

13   done.  Put little things on people's computers and devices to

14   track them, right?

15   A.  Yes.

16   Q.  And if Google had wanted to and asked the CUP people to do

17   it, they could have added Amazon and Facebook and whoever else?

18   A.  Right.

19   Q.  And they never did.  None of the Penny Chu reports have

20   search shares for Facebook or Amazon, right?

21   A.  In this survey, they never -- yes, they never did that for

22   this survey.

23   Q.  And then the AdSense one was the one that you and your team

24   came up with, right?

25   A.  Yes.

1   Q.  And using the AdSense technique, you could have reported

2   click shares on other firms, like Facebook and Amazon, right?

3   A.  Subject to the same -- okay.  Yes.

4   Q.  And you never did?

5   A.  Yeah, I never did.

6   Q.  You and your team never did, right?

7   A.  We never did that.

8   Q.  Okay.  The monthly search share reports only reported

9   shares of general search engines?

10  A.  Yes.

11  Q.  Now, according to this report, using the CUP approach,

12  Google's share is at 71 percent.  Do you see that?

13  A.  Yes.

14  Q.  And according to this report using the Analytics approach,

15  Google's share is 82.6 percent.  Do you see that?  It's at the

16  top of the page.

17  A.  I see that, yes.

18  Q.  The third one is the AdSense one, right?

19  A.  Right.

20  Q.  And that's the one your team was responsible for?

21  A.  Yes.

22  Q.  And you and your team calculated the AdSense numbers at

23  80 percent plus, right?

24  A.  Yes.

25  Q.  And according to the AdSense approach, Bing was under

1    8 percent and Yahoo! was just under 9 percent, right?

2    A.  Looks like it.

3    Q.  And then if you go to the email above, Ms. Wright -- and

4    we're going to track this a little carefully here -- what

5    happens is it looks like Mr. Rosenberg sends you the search

6    share information without any text.  Do you see that?  He just

7    forwards it to you?

8    A.  No, I don't see exactly where you're directing me.

9    Q.  So right above Ms. Wright, there's an email line from

10   Jonathan Rosenberg of November 18, 2010.  It's on UPX472.  And

11   he doesn't write anything.  He just sends it to you.

12   A.  It's a blank email, is what you're saying, but with an

13   attachment from Johanna Wright.

14   Q.  With the below part.

15   A.  Yeah.

16   Q.  And then you write to Mr. Rosenberg:  Thanks, Jonathan.  I

17   go over these numbers with Penny before she sends them out.

18        Do you see that?

19   A.  Yep.

20   Q.  That was right.  You go over all of the search numbers that

21   Ms. Chu reported before they went out?

22   A.  Yes.

23   Q.  Okay.  And then you wrote:  The AdSense share comes from

24   IT.

25        Which we already talked about, right?

```
 1    A.  Yep.

 2    Q.  And when you worked on these and went over them with

 3    Ms. Chu, you tried to make them as reliable as you could.

 4    A.  Yes.

 5              MR. DINTZER:  So let's go to UPX499.

 6              This one, Your Honor, is not in.  As I understand it,

 7    we're facing a relevance objection, which is kind of surprising

 8    given this material.  But, we would move to admit UPX499.

 9              THE WITNESS:  UPX --

10              THE COURT:  Is there an objection to 499?

11              MR. SMURZYASKI:  Your Honor, we withdraw the

12    objection.

13              THE COURT:  Okay.  All right.  So 499 will be

14    admitted.

15              THE WITNESS:  Okay.  This is in very small print.

16    BY MR. DINTZER:

17    Q.  I promise we'll bring it up so you can see it better.

18    A.  Okay.  Okay.

19    Q.  And at any time you can't see something, sir, let me know

20    and I'll make sure you can see it.

21              We're going to go to the bottom email, and that's from

22    Marissa Mayer, who we talked about either.  It's October 9th,

23    2009.  Do you see that?

24    A.  I see two emails with that date, yes.

25    Q.  One is from you, so we're going to get to that.  But let's
```

1    focus on Marissa's first -- or, Ms. Mayer's first.  Do you see

2    that?

3    A.  Um-hum.

4    Q.  And she writes:  In advance of the earnings call and board

5    meeting, I wanted to get the latest market share analysis from

6    Bing and CUP out.  Here are the high points.

7            Do you see that?

8    A.  Okay.  Yep.

9    Q.  Then she writes -- a little farther down she writes:  Our

10   numbers paint the following picture of the landscape.  Google

11   71 percent; Yahoo! 17 percent; Bing 7 percent.

12   A.  Um-hum.

13   Q.  Do you see that?

14   A.  Yes, I do.

15   Q.  And the thing I want to point out is in her first sentence,

16   Ms. Mayer uses the term "market share" to describe these

17   numbers, doesn't she?

18            "I wanted to get the latest market share analysis out."

19   A.  Right.

20   Q.  And so your email, which you said "Hey, Penny" -- so that's

21   to Ms. Chu, right?

22   A.  Right.

23   Q.  And you write:  Let's make sure we are consistent in

24   calling this query share rather than market share.

25            Do you see that?

1  A.  Yes.

2  Q.  And you asked people to use "query share" because of

3  antitrust concerns.

4  A.  Well, query share is also what we were measuring, query

5  share, not market share.

6  Q.  Okay.  Well, Ms. Mayer said market share.

7  A.  She may have interpreted it that way, but that would be an

8  error.  It really was queries by this search engine over a

9  total number of queries for our dataset.

10  Q.  You asked people not to use market share because of

11  antitrust concerns?

12  A.  Right.  That was one of the concerns.

13  Q.  Ms. Chu writes back:  Hey, Hal.  Yes, absolutely.  I'm

14  aware of using the word "market" and always use the words "PV"

15  or "search share" in all the biweekly updates I sent to

16  Marissa.  The one thing I remember from all that legal

17  training.

18          Do you see that?

19  A.  Yes.

20  Q.  And just so the record is clear, "PV" means page views; is

21  that right?

22  A.  I believe so, yes.

23  Q.  So people were taught -- I'm sorry -- Google taught

24  employees not to use the term market share?

25          MR. SMURZYASKI:  Objection.

1    A.  If they were measuring --

2              THE COURT:  Sorry.  Dr. Varian, just when there's an

3    objection, I need to rule on it.

4              He can answer the question to the extent he knows.

5    So it's overruled.

6    BY MR. DINTZER:

7    Q.  Do you need the question again, sir?

8    A.  Well, I think the general point is, if you are measuring

9    query share you should call it query share, and if you're

10   measuring market share, you should call it market share,

11   et cetera.  So the point is, is that there's a different -- you

12   know, it's a question of what you're actually measuring.  And,

13   as you said, there's also the antitrust issue that market share

14   is used in a very technical sense in the law and in a different

15   sense in business and economics.

16   Q.  Okay.  And my only question, sir, is she writes:  The one

17   big thing I remember from all that legal training.

18              My only question to you is:  Google taught its employees

19   not to use the term market share, right?

20              MR. SMURZYASKI:  Objection.

21              THE COURT:  Basis?

22              MR. SMURZYASKI:  Foundation, once again.

23              THE COURT:  He's a recipient of this email and he can

24   answer whether -- if he knows the answer, he knows the answer.

25   You know, he's employed there.  Presumably, if he was in

1    that -- I mean, he can ask him whether he's ever received any

2    legal training.  I guess maybe that's a predicate question you

3    want to ask.

4    BY MR. DINTZER:

5    Q.  Sir, did you ever, ever receive training when you were at

6    Google that instructed you not to use the term market share?

7    A.  I don't recollect any email of that sort or any

8    notification of that sort.

9    Q.  I'm sorry.  I didn't hear the last word.

10   A.  I don't recall, the answer to your question.

11   Q.  Let's try it again.

12        Did you receive any training while at Google, ever,

13   about not using the term market share?

14   A.  I don't believe so.

15   Q.  Was it your understanding that anybody else received that

16   training?

17   A.  That could be.

18   Q.  And let's go up to your email.  So, you don't write:  I

19   don't know what training you're talking about or -- you don't

20   write anything like that.  You write:  I knew you were careful

21   about this.  Just wanted to note it as I sent Marissa a gentle

22   reminder.

23        Do you see that?

24        MR. SMURZYASKI:  Your Honor, objection to the

25   colloquy.

```
 1            THE COURT:  Okay.  I'm not sure I understand the
 2    objection.  He's just reading what the response was.
 3            MR. SMURZYASKI:  He got to it eventually, but there's
 4    a predicate which isn't a question, but it's a series of
 5    statements by the attorney, and then we get to a question.  I'm
 6    objecting to the series of statements before we get to the
 7    question.
 8            THE COURT:  Okay.  Bottom line is:  Just read the
 9    response.  Acknowledge the response.
10    BY MR. DINTZER:
11    Q.  Sir, you don't ask Ms. Chu about what training she's
12    talking about, do you?
13    A.  No.
14    Q.  What you wrote is:  I knew you were careful about this.
15    Just wanted to note it as I sent Marissa a gentle reminder.
16            Do you see that?
17    A.  Yes.
18    Q.  You encouraged people not to call the Chu reports market
19    share, right?
20    A.  So you're counting as "people" Penny Chu, or other people
21    as well?
22    Q.  You say:  As I sent Marissa a gentle reminder.
23            So I'm actually counting her.
24    A.  Right.  But as -- in what way?  As a person who used the
25    term market share?
```

```
1     Q.  Yes.

2     A.  Yeah, I sent Marissa a gentle reminder.

3     Q.  Did you generally encourage people not to use the term

4     market share?

5     A.  Well, if it was relevant, if the topic came up, then I

6     would say it's a good idea.  But, it wasn't as if I was out

7     proselytizing this particular use of words.

8     Q.  The search share number in Ms. Chu's report were used to

9     evaluate strategic decisions at Google?

10    A.  I don't know.

11    Q.  Google's executives relied on the search share numbers in

12    the Chu report?

13    A.  They read the report, in many cases.

14    Q.  You yourself relied on the numbers in the Chu reports for

15    analysis for top executives?

16    A.  I can't think of any specific examples of that sort.  I

17    imagine it's correct, that when I computed the numbers and when

18    we looked at the figures, we would mention that to the

19    executives.  For example, Jonathan, we mentioned earlier.

20              MR. DINTZER:  So let's go to UPX927.

21              This is entered, Your Honor.

22    BY MR. DINTZER:

23    Q.  This is an email chain with you on it.

24    A.  Okay.

25    Q.  And if you look, the bottom part is Ms. Chu's monthly
```

1    report.  And she sends it to somebody named Udi Manber.

2         Do you see that?

3    A.  Yes.

4    Q.  Who is he?

5    A.  He was probably the director of Search at that time.

6    Q.  And she sends it to Sundar Pichai.  We've already talked

7    about him.  Do you see that?

8    A.  I think -- yeah.

9    Q.  Please.

10   A.  No.  I -- looking through these names.  Okay.

11   Q.  The subject is Finalized February 2011 US Search

12   Geometrics.  Do you see that?

13   A.  Yep.

14   Q.  She writes -- Ms. Chu writes:  I'm now going to include a

15   slide about this in the Jonathan deck.

16        Do you see that?

17   A.  Yes.

18   Q.  What's the "Jonathan deck"?

19   A.  Jonathan was a person we referred to later who is my boss.

20   I reported to Jonathan.

21   Q.  And what is his deck, Jonathan deck?

22   A.  What is a deck?

23   Q.  No, what -- she refers to this as "in the Jonathan deck."

24   What is that?

25   A.  (No response.)

1    Q.   Sir?

2    A.   Yeah, I'm reading it.   Penny reported to me she's going to

3    include a slide about this, and this may be referring to

4    distribution deals based on click share data.

5    Q.   Okay.   And then at the top, you write:   I added a page on

6    impact of distribution deals based on click share data.

7         Do you see that?

8    A.   Yes.

9    Q.   So you used the data in the bottom -- in the Chu report to

10   now analyze the impact of distribution deals?

11   A.   Yes.

12   Q.   And you did that for your boss, Mr. Rosenberg?

13   A.   And my own curiosity.

14   Q.   Okay.   No further questions on that document.

15        MR. DINTZER:   Your Honor, at this time we have an

16   Exhibit 7001, which is a summary exhibit, a 1006 exhibit, of

17   all the Chu reports gathering in one place, and we move to

18   admit that into evidence.

19        MR. SMURZYASKI:   Your Honor, we have two objections

20   to this document.   The first is, there are a number of errors

21   in it that we have relayed to the Department of Justice and

22   identified what they were that haven't been corrected.

23        The second thing, it also contains, in one place, the

24   comScore data, which is hearsay.   In this format it is being

25   presented -- I don't know exactly what the purpose of it

 1    actually being presented as, but it is clearly hearsay as it

 2    comes from comScore.

 3              THE COURT:  Well, can we provisionally admit it,

 4    assuming that the corrections are going to be made, if there

 5    are corrections to be made?

 6              MR. DINTZER:  We've tried to address their concerns.

 7    We believe that it is -- it is reliable.  If the Court wants,

 8    following this witness and the one that -- the next one, we

 9    would put on the person who created it to lay the foundation

10    about why it's reliable.  So if the Court would like to see

11    that, then we put that on afterwards.

12              THE COURT:  Why don't we go ahead and provisionally

13    admit it.  And if there's a need to lay the foundation for it,

14    I'll ask them to call a witness to do that.  You can

15    cross-examine that witness, and then I can make a determination

16    about whether to admit it or not.

17              MR. SMURZYASKI:  Understood, Your Honor.

18              MR. DINTZER:  Thank you, Your Honor.

19              We'll just publish it briefly on the screen.

20              Let's go to the next page, please.

21              THE WITNESS:  There we go.

22              MR. DINTZER:  As the Court can see, we do each

23    different type of measurement month by month, and what Google

24    calculates each of the share numbers to be.

25              THE COURT:  Okay.

```
 1    BY MR. DINTZER:

 2    Q.  Now, measuring --

 3              MR. DINTZER:  I'm not going to examine the witness on

 4    it.  We just wanted to get that into evidence, Your Honor.

 5    BY MR. DINTZER:

 6    Q.  Sir, measuring search-share involved costs; is that right?

 7    A.  Involved cost?

 8    Q.  Yeah.  There was a cost to Google to measuring search

 9    share.

10    A.  Yes.

11    Q.  And marketing funded the search share product?

12    A.  I didn't catch the second word.

13    Q.  Marketing funded the search share project?

14    A.  Penny's salary, yes.

15    Q.  And the director of marketing decided, at some point, to

16    stop paying to have these reports done?

17    A.  Yes.

18    Q.  And even when that happened though, you could have

19    continued to create search share measurements based on AdSense,

20    right?

21    A.  Yes.

22    Q.  And that wouldn't have been -- at very little additional

23    cost?

24    A.  Very low additional cost, probably.  I say this because I

25    lost our chief engineer who handled this actual analytics on
```

 1    this question.  So I would have had to find a replacement for

 2    him.

 3    Q.  So in 2014, Google stopped creating the Chu reports?

 4    A.  They stopped --

 5    Q.  Creating the Chu reports.

 6    A.  Yes.

 7    Q.  And they lost interest in tracking search share in this

 8    manner?

 9    A.  Yes.

10    Q.  Now, Google uses the data it has gathered to help it answer

11    queries, correct?

12    A.  It gathers data on that, yes.

13    Q.  Data is relevant to making a better search engine?

14    A.  It would play a role, for sure.

15    Q.  And data is relevant for search accuracy?

16    A.  That would also be true.

17    Q.  More data can make the search engine provide better organic

18    results?

19    A.  This is a statement I'm making?  I can't see the text.

20    Q.  There's no document --

21    A.  Oh, there's no document.

22    Q.  These are just flat-out questions I'm asking.

23    A.  So the question is?

24    Q.  More data can make the search engine provide better organic

25    results; is that right?

1    A.  Yes, it could be.

2    Q.  If a general-purpose search engine didn't have enough scale

3    or enough data, it would affect the organic search results?

4    A.  Well, when you say that, it's a question of how do you

5    define "enough"?  Would enough be enough to really slow things

6    down with the given set of RAM that we have available, or is it

7    something that could -- I mean, it seems like a circular

8    definition, is it big enough to matter?

9    Q.  Scale and data are advantages for Google.

10   A.  Scale and data are advantages to Google?  That's what

11   you're saying?

12   Q.  That's what I'm asking.

13   A.  I guess you could say that, yeah.

14   Q.  And what's a local query?

15   A.  A local query would be a query of a local store or

16   merchant, geographically local.

17   Q.  So, like, for a restaurant or tourist site?

18   A.  Yeah.

19   Q.  So if you search for, say, electricians in Denver, that

20   will produce results for -- local results about Denver?

21   A.  Yes.

22   Q.  Local queries are more prevalent on mobile devices than

23   desktop devices?

24   A.  There are more queries related to location or more

25   activity-related location on mobile than there is on desktop,

1   yes.

2   Q.  Like, coffee near me would be one?

3   A.  Yes.

4   Q.  Data about places east of the Mississippi won't help a

5   general search engine answer local questions about places west

6   of the Mississippi?

7   A.  Well, there are a lot of chains out there.  But, it's a

8   question of would data from the East Coast be better -- say

9   again?

10  Q.  My question is:  Data from one part of the country won't

11  help you, Google, or any general search engine, answer

12  questions about the other part of the country, local questions?

13  A.  Okay.

14  Q.  Is that correct?

15  A.  There are patterns in the data for the West Coast that may

16  also be displayed by the East Coast data.  So I wouldn't say

17  there's no value in that.  I think there's some value in it.

18  Q.  If I'm sitting in the East and I want to know about the

19  West and my general-purpose search engine doesn't have any data

20  about the West, it doesn't really matter -- it won't be able to

21  answer my questions about the West because it doesn't have the

22  data, right?

23  A.  Okay.

24  Q.  Is that correct?

25  A.  Who said that?

1    Q.  Well, you did.

2    A.  I did.  Well, then it must be correct.

3    Q.  Well, actually, I asked you that question.  To be fair, I

4    asked you that question and you said, "Okay.  That's fair."

5            So --

6    A.  Okay.  Say it again.

7    Q.  All data is not created equal.

8    A.  Okay.

9    Q.  Many of the queries that are typed into Google have

10   spelling errors.

11   A.  That is true.

12   Q.  Google and Microsoft compete on who has the best

13   spellchecker on their general search engine.

14   A.  That's correct.

15   Q.  Google and Microsoft compete on who has the best

16   spellchecker because that will help them find the most relevant

17   answers to the user's queries.

18   A.  Yes.

19   Q.  The availability of data helps in creating a spellcheck?

20   A.  That is true.

21   Q.  So let's go to UPX862.  And we're going to make it bigger,

22   I promise.

23   A.  Okay.  Good.

24   Q.  This is a blog post by you?

25   A.  Yep.

```
 1   Q.  It's titled Why Data Matters?

 2   A.  Yep.

 3   Q.  And it's -- you did this in March 4th, 2008; is that

 4   correct?

 5   A.  Where is that?

 6   Q.  You know, it's not on this document.  Let me pull up --

 7            MR. DINTZER:  May I approach, Your Honor?

 8            THE COURT:  Sure.

 9   BY MR. DINTZER:

10   Q.  Sir, this is just a different version of that same blog

11   post.

12   A.  Yep.

13   Q.  And this is from Google's official blog.  Do you see that?

14   A.  I see that.

15   Q.  And if you look at page 2 -- and this is nice and big for

16   both of us -- it says:  Why Data Matters, March 4th, 2008.

17        Do you see that?

18   A.  Yes.

19   Q.  Okay.  And you're welcome to use the one I just handed you.

20   It's the same -- it's different pagination than the one on the

21   screen, but it's Exhibit UPX862.

22        So you wrote this blog post in March of 2008 about --

23            MR. SMURZYASKI:  Your Honor, I would like to be clear

24   whether he's addressing him to the document that is in the

25   trial exhibit list or the one he just handed out, because they
```

```
 1    differ.
 2              THE COURT:  Okay.
 3              MR. SMURZYASKI:  He can ask him about whichever one
 4    he wants, but they're not the same document.  And the
 5    suggestion that they're the same document is incorrect.
 6              THE COURT:  Fair enough.
 7              MR. DINTZER:  That's fine.  No, no.  That's fair.
 8    I'm going to ask him about the one on the screen.  The only
 9    reason I handed him this was for the date.  So let's move to
10    the one on the screen.
11    BY MR. DINTZER:
12    Q.  And you write -- its title is Why Data Matters.
13    A.  Yep.
14    Q.  And you write:  Better data makes for better science.  The
15    history of information retrieval illustrates this principle
16    well.
17         Do you see that?
18    A.  Yes.
19    Q.  What is "information retrieval"?
20    A.  Information retrieval is about searching, usually, words --
21    well, let me start over again.
22              That's what webs -- it's now called web search --
23    grew out of information retrieval work in academia.
24    Q.  So information retrieval is an area of study --
25    A.  Of computer science, yes.
```

1  Q.  And I just put up the date of this blog.  And you write:

2  Today's web search algorithms -- this is the bottom paragraph

3  there -- are trained to a large degree by the wisdom of the

4  crowds drawn from the logs of billions of previous search

5  queries.  This brief overview of the history of search

6  illustrates why using data is integral to making Google web

7  search valuable to our users.

8       Do you see that?

9  A.  Yes.

10 Q.  And so in March 2008, data was integral.  That's what you

11 said; is that right?

12 A.  Integral to making web search valuable to our users, yes.

13 Q.  And then, on the second page, you write:  To choose a

14 simple example, the Google spellchecker is based on our

15 analysis of user searches compiled from our logs, not a

16 dictionary.

17      Do you see that?

18 A.  Yes.

19 Q.  What's a "log"?

20 A.  Log are the logs of the activities going on in user

21 searches and other related activity.  It's just a recording of

22 the operation of the software program that you're running.

23 Q.  The data logs are where Google keeps the data that it

24 gathers from its users, right?

25 A.  And other places, yes.

```
 1    Q.  Okay.  So Google used its query data in its logs to improve
 2    its spellchecker.
 3    A.  The sentence here is referring to local data and -- oh,
 4    yes.  Okay.
 5    Q.  Is that a "yes," sir?
 6    A.  Well, I'm looking for where it's specifically saying this
 7    about spellchecker.  Where is that?
 8    Q.  The top sentence that's boxed, sir.  It says:  The Google
 9    spellchecker is based on our analysis of user searches compiled
10    from our logs, not a dictionary.
11    A.  That is correct.
12    Q.  Okay.  And you write:  Similarly, we've had a lot of
13    success in using query data to improve our information about
14    geographic locations, enabling us to provide better local
15    service.
16    A.  Yes.
17    Q.  So query data is important for local searches, like we were
18    discussing?
19    A.  Yes.
20    Q.  And you wrote:  Storing and analyzing logs of user searches
21    is how Google's algorithm learns to give you more useful results.
22    A.  Yes.
23    Q.  Just as data availability has driven progress of search in
24    the past, the data in our search logs will certainly be a
25    critical component of future breakthroughs.
```

1           Right?

2    A.  Yes.

3    Q.  When you wrote this in March 2008, you believed data was

4    critical for future breakthroughs?

5    A.  A component of future breakthroughs, right.  A critical

6    component of future breakthroughs.

7    Q.  You believed that?

8    A.  I believe that, yes.

9           MR. DINTZER:  We go to UPX8092.  There's a hearsay

10   objection on this one, Your Honor, so we offer it.

11          MR. SMURZYASKI:  Your Honor, it's a printout from Dow

12   Jones of a newspaper article.  It's about as classic hearsay as

13   one could get.

14          MR. DINTZER:  And, Your Honor, we'll offer it not for

15   the truth of the matter.

16          THE COURT:  This is something he would have seen?

17          MR. DINTZER:  Yeah.  If he hadn't seen it, he

18   definitely knows about the underlying subject.  That's what I'm

19   going to be asking him about.

20          THE COURT:  Why don't you present it to him first?

21   Of he has seen it, then we can talk about whether there's a

22   non-hearsay basis for it.  If he hasn't, then I'm not sure

23   you've got a basis to get it in.

24   BY MR. DINTZER:

25   Q.  Sir, I'm going to direct you to the -- well, let's start

1    with the title.  Microsoft/Yahoo! Research Deal.  This is

2    July 30th, 2009.  You were aware of that deal; is that right?

3    A.  I was aware of that deal.

4    Q.  And would you likely have read this article in *The Wall*

5    *Street Journal* about the deal?

6    A.  I can't really see that fine of print.

7    Q.  Let's bring it up, the first two paragraphs.

8    A.  This is dated --

9    Q.  July 2009.

10   A.  -- July 2009.  Okay.

11   Q.  It says:  Yahoo! Inc., and Microsoft Corp on Wednesday

12   struck a deal for a ten-year internet search partnership --

13   A.  Yep.

14   Q.  -- ending a protracted dance uniting the rivals against

15   Google, Inc.

16   A.  Right.

17   Q.  Okay.  You were aware of that deal, right, back --

18   A.  I was aware of that deal.

19   Q.  Would you likely have read this Wall Street Journal article

20   back then?

21   A.  I may have read it.  I can't say whether it was likely or

22   not likely.

23   Q.  Did you have a subscription to *The Wall Street Journal*?

24   A.  At this time, I think I had a subscription to *The Wall*

25   *Street Journal*, yes.

1   Q.  And so an article about Google's two biggest search rivals,

2   you probably would have read it?

3   A.  I would say it's possible I read it, yes.

4   Q.  Okay.

5           MR. DINTZER:  Your Honor, we move to admit.

6           MR. SMURZYASKI:  Your Honor, I still object on

7   hearsay grounds.

8           THE COURT:  Well, I agree in the sense that this is

9   just the first step.  I mean, I'm not sure what the -- how it's

10  going to be used with respect to his state of mind.  I mean,

11  you can follow-up with some more questions.

12          MR. DINTZER:  We won't be asking about the truth of

13  the matter asserted.  We're going to be asking his response to

14  this information.

15          THE COURT:  Okay.  That's fine.  I mean, if that's

16  what the purpose of it is.  And why don't we just wait and see?

17  Assuming that's how it gets tied up, then I'll admit it; but if

18  it doesn't get tied up in that way, I won't.

19          MR. DINTZER:  Thank you, Your Honor.

20  BY MR. DINTZER:

21  Q.  You understood, sir -- I'm not going to ask the document.

22  I'll just ask:  You understood that under the deal, Yahoo! and

23  Microsoft would combine their search queries; is that right?

24  A.  Did I understand that?

25  Q.  Yes, sir.

1    A.  Well -- what could I say there?  I would say they were

2    probably going to use data from both Yahoo! and Microsoft as a

3    result of this acquisition.

4    Q.  Okay.  Farther down on this page that you see, the bottom

5    sentence on the part that you're looking at, it says:  We face

6    a formidable competitor in Search.

7         That's a quote from Yahoo! chief executive Carol Bartz

8    on a conference call.  Then she said:  What this deal is really

9    about is scale.

10        Do you see that?

11   A.  I see that.

12   Q.  You were aware, back in 2009, that Yahoo! and Microsoft

13   were saying that the reason that they were getting together was

14   about scale.

15        MR. SMURZYASKI:  Your Honor, I object to the way this

16   document is being used in questioning.

17        THE COURT:  I'll sustain the objection.  I mean, you

18   know, he's read this and it's being used to establish what he

19   did next or what his understanding was.  That's fine.  But to

20   simply read from this and quote what somebody has said out of

21   court, I think, is not proper.

22        MR. DINTZER:  That's fine, Your Honor.  We'll

23   withdraw our motion to admit.

24   BY MR. DINTZER:

25   Q.  Sir, you were aware -- separate from the document, you were

1    aware when Microsoft and Yahoo! were talking about a deal, that
2    they asserted that the reason they were doing the deal was
3    because of scale.
4    A.  They did assert that.
5    Q.  Okay.  And you were aware of that back then?
6    A.  I don't know when I was aware of it, whether it was the day
7    this occurred or subsequent follow-up stories.  But I will say
8    that I realized, at some point, that they both stated this deal
9    was all about scale.
10   Q.  Okay.  And then we'll go to UPX884.  And the bottom part is
11   from Diana Adair, an email.  Do you see that?
12   A.  No.
13   Q.  We'll pull it up.
14   A.  First of all, it's very tiny print.  Ah, here we go.
15   Q.  There is from Diana Adair, August 14, 2009.  Do you see
16   that?
17   A.  Yes.
18          MR. SMURZYASKI:  Your Honor, I apologize for standing
19   up late because Mr. Dintzer, to date, has indicated whether
20   there was an objection or not, so I was relying on that.  We
21   have an objection to portions of this document that are the
22   article.  Obviously, to the extent the questions are about
23   Mr. -- Dr. Varian's reaction to it, we recognize that would be
24   an exception to the hearsay rule.
25          MR. DINTZER:  Your Honor, the article is actually an

1    interview of Dr. Varian.  And, I mean, in fact, it says:

2    Google's Varian Search Scale is Bogus.  That's the title of it.

3    So we move to admit.

4         MR. SMURZYASKI:  Your Honor, it's still hearsay.

5    Whether it's about Google or it's about Yahoo! or it's about

6    Microsoft, it remains hearsay.

7         THE COURT:  Well, it depends on what we're talking

8    about.  If it's an article that's an interview of him, as

9    Mr. Dintzer has suggested, then that doesn't present a hearsay

10   problem.  But if it's statements from a reporter that are being

11   offered for the truth, then that's a different issue.  So I'm

12   not quite sure which of the two categories it falls into.

13        MR. DINTZER:  Your Honor, we'll offer everything

14   above -- we'll offer the email and everything above for the

15   truth.  But the portion below we'll offer to show that

16   Mr. Varian was interviewed and said these things, and that it's

17   necessary for it to be in the record to show Google's reaction.

18        THE COURT:  Okay.  If he said them, then I don't --

19   there's not a hearsay objection to his statements, is there?

20        MR. SMURZYASKI:  There's a hearsay objection to an

21   article that purports to quote him, yes.

22        MR. DINTZER:  It's still an admission.

23        THE COURT:  When you say "purports to quote him," I

24   mean, either it does or it doesn't.  I mean, it looks like a

25   Q&A with him.  And unless there's some dispute as to these, in

```
 1    fact, are his responses -- I mean, are you disputing that?

 2               MR. SMURZYASKI:  Your Honor, we don't know, and

 3    that's why it's hearsay.

 4               THE COURT:  You can ask him.  But, I mean, is he

 5    going to deny these are not his statements -- or, he's going to

 6    deny these are his statements?

 7               MR. SMURZYASKI:  He has not testified yet.  I do not

 8    know.

 9               THE COURT:  Okay.  Well, I mean, look --

10               MR. SMURZYASKI:  I think we're all aware of articles

11    like this being, quote, "lightly edited," and, I think, edited

12    for content and clarity, et cetera.  So this is not a

13    transcript -- you know, a verbatim transcript.

14               THE COURT:  Okay.  But it is certainly an article

15    that attributes statements to him.  He can be asked whether he

16    agrees with the statement or not.  Whether it's verbatim or

17    not, I think that's less important.  You'll have the

18    opportunity to cross-examine him, if you have some concerns

19    that he's being misquoted or something was left out.

20               I mean, but the bottom line is, you know, unless you

21    have some doubts that he was interviewed by a reporter by the

22    name of Tom -- I can't tell -- Krazit?

23               MR. DINTZER:  Yes, Your Honor.

24               THE COURT:  Krazit.  Then I don't think there's a

25    hearsay issue then.
```

1              MR. DINTZER:  In fact, Your Honor, the first sentence

2    after this was mailed to him, Dr. Varian writes:  Well, I don't

3    think it's terrible, but it would have been nice if it had been

4    edited a little.

5              So I think Counsel's concern is placed in the wrong

6    direction because it's actually confirmed by the email itself.

7              MR. SMURZYASKI:  Your Honor, I understand your

8    ruling.  But we have a 2009 document that may have been edited,

9    may not have been edited, we don't know.  But I understand your

10   Honor's ruling.

11             THE COURT:  Okay.  So the objection is overruled, at

12   least to the extent it relates to the article that's titled

13   Google's Varian Search Scale is Bogus.

14             Go ahead.

15             MR. DINTZER:  Thank you, Your Honor.

16   BY MR. DINTZER:

17   Q.  And so -- so who is Diana Adair?

18   A.  Diana Adair was the director of external communications,

19   working with the press and so on.

20   Q.  And she emails you an article of an interview with you --

21   A.  Okay.

22   Q.  -- with CNET; is that right?

23   A.  I see that.  Let me read it.

24   Q.  Sure.

25             (Pause.)

```
1    A.  Okay.  I read it.

2    Q.  And what is CNET?

3    A.  CNET?

4    Q.  Yes, sir.

5    A.  It's a news organization.

6    Q.  And let's go to page 2.

7    A.  Okay.

8    Q.  This is part of the article.  And when you -- and you were

9    interviewed by Mr. Krazit, right?

10   A.  I believe so, yes.

11   Q.  And you were -- you talked about the Microsoft/Yahoo! deal;

12   is that right?

13   A.  Let me see.

14            (Pause.)

15            Yeah.  I'm reading that.  "One thing we've been

16   talking about over the last two weeks."

17   Q.  And, in fact, he -- that says:  One thing we've been

18   talking about over the last two weeks is scale in search and

19   search advertising.  Is there a point at which it doesn't

20   matter whether you have more market share in looking to make

21   your product better?

22        Do you see that?

23   A.  Yes.

24   Q.  And then you say:  Absolutely.  We're very skeptical about

25   the scale argument, as you might expect.
```

```
 1    A.  Yes.

 2    Q.  And you're saying that with respect to the Microsoft/Yahoo!

 3    deal?

 4    A.  Yeah.

 5    Q.  And the "we," when you say "we are," you're speaking for

 6    yourself and Google.

 7    A.  Yes.

 8    Q.  Okay.

 9    A.  I'm primarily speaking for myself, but --

10    Q.  But you used "we."

11    A.  But I used "we."

12    Q.  And farther down you write -- I mean, you say:  So in all

13    this -- all of this stuff, the scale arguments are pretty

14    bogus, in our view, because it's not the quantity or quality of

15    the ingredients that make a difference, it's the recipes.

16          Do you see that?

17    A.  Yes.

18    Q.  So you called the scale argument "bogus."

19    A.  Well, I said the important thing is the recipes, the

20    know-how, the knowledge, the experience.  That's what matters

21    most, in my opinion, although data is certainly important as

22    well.

23    Q.  But you said scale was bogus, right?

24    A.  Yes.  I said the argument is bogus.

25    Q.  I'm sorry.  What?
```

1    A.  I said the argument is bogus.  The scale arguments are

2    pretty bogus, in our opinion.

3    Q.  And then -- so, in one year you went from saying data is

4    integral to scale is bogus; is that right?

5    A.  Yes.  I think that's true, in fact.

6    Q.  And so, then farther down -- or -- actually, the next

7    sentence, you say:  We think we're where we are today because

8    we've got better recipes -- and that's your recipes analogy --

9    and we have better recipes because we spent ten years working

10   on Search improving the performance of the algorithm.

11          Okay?  And you said that to the reporter; is that right?

12   A.  That's correct.

13   Q.  And you've actually said that to a lot of people since,

14   right?

15   A.  Yes.  I mean, the view is simply this:  Data is valuable.

16   It's not the be-all and end-all.  Human skills are valuable.

17   They are extremely important, no matter what you're doing.  It

18   seems to me this is basic economic wisdom.

19   Q.  And then in the CNET article you say -- in the CNET article

20   you say:  There's a kind of natural diminishing returns to

21   scale just because of statistics.

22          Is that right?

23   A.  Could you tell me where that is?

24   Q.  Yeah.  We'll pull that up.

25   A.  It's highlighted there:  There is kind of a natural

1    diminishing returns of scale just because of statistics.  You

2    have to have four times as big a sample to get as good an

3    estimate --

4              I'm sorry.  I'm mumbling.

5    Q.  And I know that this Court has some economics background.

6    We're going to make this real quick.

7              But diminishing returns means that the next unit that

8    you get may not produce as much as the prior unit you got.

9    That's diminishing returns.

10   A.  Okay.  I'll accept that definition.  There's more precise

11   definitions, but I'll go with that one.

12   Q.  And in general, diminishing returns means instead of a

13   lineal relationship with more data and more return, it's more

14   of a curve; is that correct?

15   A.  That would be one way to describe it, yes.

16             THE COURT:  I'm now having PTSD from my undergraduate

17   studies..

18             MR. DINTZER:  If you remember as much as I do, Your

19   Honor -- I wanted to make sure we had a little bit of a

20   refresher.

21   BY MR. DINTZER:

22   Q.  But -- so, I think that's the whole point of diminishing

23   returns, is that the next one -- the next one up produces less,

24   but it's still produces some.

25   A.  Okay.

241

1    Q.  Well, you're the former economics professor.

2    A.  Yeah, I would say that incremental value of an additional

3    unit diminishes as production increases.

4    Q.  And diminishing returns, though, does not mean no returns,

5    it --

6    A.  That's right.

7    Q.  And so it's just not linear.  If it were linear, it would

8    be -- if every single unit produced the same amount of return,

9    it would be a straight line?

10   A.  Yes.

11   Q.  Okay.  So let's go back to 884.  And Ms. Adair writes to

12   you -- we'll get that up.  She writes to you:  It's clear from

13   this story and Tom's reaction to the competition roundtable,

14   that he's not sold on our arguments.

15        Do you see that?

16   A.  Yes.

17   Q.  When she says "our arguments," those are the point about

18   scale not being important?

19   A.  Yes.

20   Q.  And then you write back -- a little farther up, you write

21   back:  Actually, the basic message seemed to get through

22   despite the lack of editing.

23        Do you see that?

24   A.  Yes.

25   Q.  Okay.  And so -- and then you included a link that says:

```
 1      Google calls Yahoo!/Microsoft's explanation of search scale
 2      bogus.
 3              Do you see that?
 4      A.  Yes.
 5      Q.  So that was the message, that the search scale argument is
 6      bogus, right?
 7      A.  There was a debate on this point, yes.
 8      Q.  You write "the basic message."  That's the basic message
 9      you were sent to deliver.
10      A.  "The basic message seemed to get through despite lack of
11      editing."
12              Okay.  I don't know what the -- that's referring to
13      the article that link goes to?  Where does that link go?
14      Q.  So let me ask my question again.
15              The basic message that you're referring to here is that
16      the argument about scale being important was bogus.  That was
17      the basic message?
18      A.  Okay.  Yes, that was the point I was making.
19      Q.  And then at the top, you write a further email:  Here are
20      some more reactions.  The basic arguments seem to resonate
21      pretty well, at least so far.
22              Do you see that?
23      A.  Yep.  Yes.
24              MR. DINTZER:  And just to clarify, Your Honor, is 884
25      in?
```

```
1                  THE COURT:  I believe so.

2                  MR. DINTZER:  Thank you, Your Honor.

3       BY MR. DINTZER:

4       Q.  Now, sir, you're not an expert in engineering or computer

5       programming, right?

6       A.  That's correct.

7       Q.  And you're not an expert in artificial intelligence or

8       Google search algorithms?

9       A.  That's right.

10      Q.  In fact, you're not an expert on the organic search side of

11      things at Google?

12      A.  That's right -- well, not familiar with?  What do you mean

13      by "not familiar with"?

14      Q.  I didn't say "not familiar."

15          Are you an expert in the organic search side of Google?

16      A.  No, I'm not.

17      Q.  So, your discussion of data and scale is from an

18      economist's point of view?

19      A.  Yes, indeed.

20      Q.  You've been talking about scale for years because you

21      believe that scale is the proper issue for economists?

22      A.  That what?

23      Q.  You've been talking about scale for years because you

24      believe scale is a proper subject for economists?

25      A.  I would rarely use the term "scale."  I would use the word
```

1    "data," that economic data is important for economic analysis,

2    for example.

3    Q.  And that's a proper subject for economists to discuss?

4    A.  Yes.

5    Q.  Now, we talked about Udi Manber.  At one point, he became

6    the head of Google Search?

7    A.  That's correct.

8    Q.  And Mr. Manber, he is an expert in search, right?

9    A.  He's an expert in search, yes.

10   Q.  And he was authoritative about search, right?

11   A.  Authoritative?

12   Q.  Right.  He knew how Google searching was run.  I mean, he

13   was --

14   A.  He was knowledgeable about search.  Okay.  All right.

15   Q.  And Mr. Manber believed scale was very important for

16   search?

17   A.  That's true.

18   Q.  Mr. Manber said that scale gave Google a significant

19   advantage?

20   A.  Well, this is -- again, it's sort of a hearsay issue --

21   that we did have communication on this issue and he had one

22   side of that question and I had the other side, and so we had

23   exchange of email to try to reach some common round.

24   Q.  Right.  And we're going to look at those emails.  But my

25   question is:  As you understand it, is that Mr. Manber said the

 1    scale gave Google a significant advantage, right?

 2    A.  He said something of that sort, yes.  I don't have the

 3    article in front of me.

 4    Q.  I'm going to put it in front of you.  We're just about that

 5    there.

 6    A.  Yep.

 7    Q.  Let's go to UPX184.  So this is an email chain with some of

 8    it redacted, which we're not going to get to.  We'll go down to

 9    the bottom part, and we'll go to the first email from somebody

10    named Gabriel Stricker.  Do you know who that is?

11    A.  Okay.  No, I don't see that.

12    Q.  Gabriel Stricker, you don't know that person?

13    A.  It's all --

14    Q.  We'll make it big for you, sir.  At the bottom here --

15    A.  Yeah.

16    Q.  -- Gabriel Striker wrote to Udi and Marissa.  Do you see

17    that?

18    A.  I don't know who Gabriel Stricker is.

19    Q.  All right.  That's fine.  But you can see that Gabriel

20    Stricker wrote -- on August 20th, 2009, he writes Udi and

21    Marissa.  Do you see that?

22    A.  Yes.

23    Q.  At then the next page up he writes:  *Time* just published

24    its piece on Microsoft's Bing efforts, and I hope you'll be as

25    satisfied as I am about how balanced it turned out.

1    A.   Could you tell me who wrote this and whom it went to, that

2    particular article?

3    Q.   So the person it's going to is Gabriel Stricker -- it's

4    from Gabriel Stricker and it's to Udi and Marissa.

5    A.   Okay.

6              MR. DINTZER:   And, Your Honor, this is in.

7    BY MR. DINTZER:

8    Q.   And the top of the entire email chain is sent from you, so

9    you have access to this chain.   Do you see that?

10             MR. SMURZYASKI:   Your Honor, the email chain will

11   show that it eventually gets to Dr. Varian, but he makes

12   absolutely no comments on this email.   All we are having here

13   is reading a document that may have, at some point, gone to

14   Dr. Varian.   But we have yet to have a question that's directed

15   to Dr. Varian's knowledge or anything of that sort.   So, I

16   object.

17             THE COURT:   Well, objection is overruled.   I mean,

18   it's an admission of a Google employee, and he can either

19   remember having seen it or not.   But, the document itself is in

20   evidence, and if there's a portion he wants to show to him, he

21   can do that.

22             MR. SMURZYASKI:   I understand, Your Honor.   I think

23   at some point, we're wasting time by listening to Mr. Dintzer

24   narrate documents, as opposed to hearing from the witness about

25   them.   But I understand Your Honor's ruling.

```
 1                  THE COURT:  Well, look, you know, he's got the
 2       opportunity to highlight whatever he wants to in documents and
 3       have the witness comment about it, or not.  You'll have the
 4       opportunity on cross, you know, your own examination, to have
 5       him amplify portions of the document that you want.
 6                  MR. SMURZYASKI:  Thank you, Your Honor.
 7                  THE COURT:  All right.
 8       BY MR. DINTZER:
 9       Q.  So let's go back to what was sent -- and, sir, just so
10       that -- because Counsel said something, you understand that,
11       eventually, you and Mr. Manber go back and forth about your
12       comments here, right?
13       A.  Yes, absolutely.
14       Q.  Okay.  And so -- so, Mr. Stricker sends -- writes further
15       to Mr. Manber and Ms. Mayer:  At different points in the piece,
16       Farhad questions Bing's decision engine positioning and
17       advances our search quality arguments which we raised for him.
18            Do you see that?
19       A.  Okay.  Yes.
20       Q.  And then farther down -- this is from the article -- it
21       says:  How Varian, the company's chief economist, has pointed
22       out that most search engines look at only a small sample of
23       their data in order to improve their results.  In other words,
24       Microsoft already has enough data to learn from its users.
25            Do you see that?
```

248

1    A.  Yes.

2    Q.  Then we go up to Mr. Manber.  So, Mr. Manber and Ms. Mayer

3    received this, and Mr. Manber responds.  And he writes:

4    Congratulations.  Very nice article.  I wish we find a way to

5    downplay Hal's comments as he was just plain wrong.  I know it

6    reads well, but, unfortunately, it's factually wrong.

7         Do you see that?

8    A.  There is a comment from Udi.

9    Q.  Yes.  About your comments.

10   A.  Yes.

11   Q.  About your public comments.

12   A.  Yeah.

13   Q.  And then Ms. Mayer responds to him.  And she is an expert

14   in search as well; is that right?

15   A.  I would say in user interface, would be her primary specialty.

16   Q.  But she knows her way around a computer?

17   A.  She knows her way, right.

18   Q.  And she writes:  The key issue here, as I see it, is that

19   you get better as you have more users.  That's why we have the

20   best spellcheck, the best personalized search, the best

21   refinements, et cetera.  Most people who understand AI or

22   machine learning, as well as the size, scale of data, would

23   question his assertion, know that it's unlikely.

24        You see that?

25   A.  But, if we look at your diagram, you can see that, yes, it

1    gets better as the quantity goes up, but then it also levels

2    out.  That's the diminishing returns.

3    Q.  It does, sir.  You've never plotted the diminishing return

4    curve for data and scale for a search engine, have you?

5    A.  There are engineers at Google who have done that kind of

6    thing, yes.  And I've done things that are related to that.

7    Q.  Sir, I need you to answer my question.  I've got the

8    answer, and I -- you've never created this curve to show where

9    Google or Bing are on the diminishing returns curve; is that

10   correct?

11   A.  I would say probably.  I've not created that in the search

12   engine context, but I have created similar diagrams in other

13   production models.

14   Q.  So we see what Ms. Mayer wrote.  And then if you look, all

15   of this gets up to you at the top of the front email, and you

16   forward it and you send it to Ms. Wagner.  And there's portions

17   of this that are redacted, so we don't get to see what

18   everybody is talking about or how concerned they might be.  But

19   it does get to you, right?

20          MR. SMURZYASKI:  Your Honor, objection.  Move to

21   strike.  Comments about what's been redacted are completely

22   inappropriate.

23          MR. DINTZER:  I'll withdraw.

24   BY MR. DINTZER:

25   Q.  So let's go to -- so you reached out to Mr. Manber after

1    you saw his concerns about your scale comments; is that right?

2    A.  Yes.

3    Q.  Let's go to UPX178.

4    A.  Okay.  I'm not seeing any of this -- there we go.

5    Q.  No, no.  We have a new one for you, sir.

6    A.  Got a new one.

7          MR. DINTZER:  And this is entered, Your Honor.

8    BY MR. DINTZER:

9    Q.  August 5th, 2009, and so we're going to go to the bottom

10   email.  And you write:  Hey, Udi, I hear you have some concerns

11   about a statement attributed to me by *Time Magazine*.  And then

12   you quote some of it.  Do you see that?

13   A.  Yes, I do.

14   Q.  And then you kind of -- you explained your position, right?

15   You go into:  This is a garbled version.

16         You go on to that; is that right?

17   A.  Can you scroll this down a little bit?

18   Q.  Of course.

19   A.  I don't -- there we go.

20   Q.  Sure.  So, we're not going to go into the rest, but you

21   write:  This is a garbled version, and you talk about your

22   position?

23   A.  Right.  And I talk about experiments, for example.

24   Q.  Right.  Okay.  And then let's go up to Mr. Manber's

25   response.

1    A.  Right.  But it's --

2    Q.  He writes -- at the very top, on August 26, 2009, he

3    writes:  I was concerned with the original interview for CNET.

4         Do you see that?  And he gives a link.

5    A.  Yep.

6    Q.  Okay.  That's the one we talked about, where you talked

7    about search scale being bogus, right?

8    A.  But I did not state that scale is not important.

9    Q.  Okay.  But that the scale argument is bogus.  That he

10   quotes it --

11   A.  Yeah.

12   Q.  -- he quotes that portion.  And he said that's what he was

13   concerned with, right?

14   A.  Okay.  I've lost my position on this page here.

15   Q.  So, Mr. Manber says:  I was concerned with the original

16   interview for CNET, where, among other things, you said --

17        I don't need to read it again.

18   A.  Yep.

19   Q.  But, the first line says:  The scale arguments are pretty

20   bogus.

21   A.  Yep.

22   Q.  That's what he was concerned with.

23   A.  Well, it's not true that scale is not important.  That's

24   what he says.  But one could say, yes, scale is important.  But

25   it's not all there is.  There's also the knowledge of your

1    workers, the capabilities that they've developed over the

2    years.  That's why we have --

3    Q.  Sir, I haven't asked a question yet.

4    A.  Okay.

5    Q.  So, you have to wait for me to ask a question.

6    A.  Okay.

7    Q.  He writes:  You specifically mentioned search improvements,

8    and it's absolutely not true that scale is not important.  We

9    make very good use of everything we get.

10        Do you see that?

11   A.  Yes.

12   Q.  So in August 2009, Mr. Manber said scale is important,

13   right?

14   A.  Yes.  But, I would not deny that scale is important.  It's

15   just not the whole story.

16   Q.  Okay.  And you try to convince Mr. Manber of that, don't

17   you?

18   A.  Not an easy task.

19   Q.  You failed because he never bought that, right?

20   A.  I've had several disagreements with Udi.  Although, I've

21   learned a lot from each of those encounters.  So, he's been a

22   good debating partner.

23   Q.  He never agreed with you about scale argument is bogus, did

24   he?

25   A.  I can go through this document and find places where he

 1    came very, very close to saying that.

 2    Q.  I appreciate that, sir, because that's what we're going to

 3    do.

 4    A.  Okay.

 5    Q.  So this is UPX178.  Your email exchange continued, didn't

 6    it?

 7    A.  Yes.

 8    Q.  Okay.  We're going to go to -- what he says is:  UI

 9    experiments are done on a small percent, but ranking is using a

10    lot more.

11         Do you see that?

12    A.  Yes.

13    Q.  And "UI" is user interface, right?

14    A.  Yes.

15    Q.  And when he says "ranking," he means the ranking of search

16    results with respect to relevance, right?

17    A.  Yes.

18    Q.  And ranking addresses which links are shown to the user and

19    in what order, right?

20    A.  Yes.

21    Q.  Okay.  Ranking is a very important function of the search

22    engine?

23    A.  Are you quoting --

24    Q.  No.  This time I'm just asking.

25    A.  Oh, you're just asking.  The ranking is important to search

254

```
 1    quality.
 2    Q.  You agree with that?
 3    A.  Hum?
 4    Q.  Ranking --
 5    A.  Ranking is important to search quality.
 6    Q.  Very important?
 7    A.  I would say important.
 8    Q.  Ranking search results uses a lot of data.  You agree with
 9    that?
10    A.  And -- okay.  It uses a lot of data, and it uses a lot of
11    expertise that people have acquired over the years to be able
12    to build the search engine.
13              MR. DINTZER:  So, let's go to UPX180.
14              And this is just an artifice of the production, Your
15    Honor.  This is also in evidence.
16    BY MR. DINTZER:
17    Q.  This picks up the email chain that was in two pieces.
18    A.  Right.
19    Q.  So, if you go down to the bottom, you'll see what we were
20    just looking at.  And then -- and what we see is --
21    A.  Okay.
22    Q.  So, what we see on page 3 of this is Mr. Manber wrote to
23    you.  And, again, you used your practice of writing in-line
24    responses to Mr. Manber.  Do you see that?
25    A.  Yes.
```

1    Q.  And he wrote to you:  The bottom line is this, if Microsoft

2    had the same traffic we have, their quality will improve

3    significantly -- with an emphasis -- and if we had the same

4    traffic they have, ours will drop significantly.  That's a

5    fact.

6    A.  Right.

7    Q.  Okay.  And then, in-line, you wrote:  No one is disputing

8    that point.

9         Right?

10   A.  Okay.

11   Q.  So you didn't dispute the fact that if the data was

12   switched, that the quality would be switched?

13   A.  My claim is:  It won't be ten times better, just as your

14   diagram showed.

15   Q.  Okay.  We just want to do this one piece at a time.

16   A.  Okay.

17   Q.  When you said "No one is disputing that point," you agreed

18   with Mr. Manber's conclusion that if the data was switched

19   between Microsoft and Google, the search quality would be

20   switched?

21   A.  What I say here is:  After all, we're talking about ten

22   times more data.  So of course their quality will improve

23   significantly.  My claim is it won't be ten times better.

24   Q.  Okay.  And so you acknowledge that with Google's scale,

25   Microsoft's search engine would improve significantly, not just

1    ten times better?

2    A.  Well, this is -- yes.  Okay.  It will improve

3    significantly, if you have ten times more data.  That is what

4    that says.

5    Q.  My question is:  You agreed with the point that with

6    Google's data, Microsoft would improve significantly, if not by

7    ten times as much?

8    A.  It would improve.  I believe it would return -- do that in

9    a diminishing returns environment, so it wouldn't be ten times

10   better, yes.

11   Q.  So then we go up to --

12   A.  By the way, the next paragraph is worth highlighting as

13   well.

14   Q.  I'm going to go to the next bar graph.

15   A.  All right.

16   Q.  Mr. Manber writes -- in the portion above it, he writes:

17   Yandex, Naver, and Baidu all have better scale than we do in

18   their languages.

19        Do you see that?

20   A.  I see that.

21   Q.  What are those entities?

22   A.  Naver and Baidu, I believe they're foreign language

23   searching engines.

24   Q.  And he writes:  And Yahoo! Search now is better than Google

25   Search was in January 2007.  And although it's true that Google

1    seemed to do a pretty good job when we had half as many queries

2    per day as we do now, we are doing much better now that we have

3    more queries.

4         You see that?

5    A.   Okay.  "Yahoo's! Search now is better than Google was in

6    2007."  So what am I supposed to --

7    Q.   So the question is, is:  You don't doubt Mr. Manber's

8    conclusion regarding Yahoo! and Google Search in the past, in

9    2007?

10   A.   I'm not disputing that.  When they say, "Microsoft's claim

11   they need more scale in search to improve their algorithm is

12   bogus" -- I see.  This is Udi saying this.

13   Q.   Okay.  Let's get back to sort of the question-and-answer

14   format.

15   A.   Okay.  Sorry.

16   Q.   No problem.  It is just this is the fastest way to do this.

17        He then writes:  Saying that an effect is bogus because

18   it is not linear --

19        That's the diminishing returns, right?

20   A.   Yeah.

21   Q.   Okay.  So, I think this is important.  Saying that an

22   effect is bogus because it is not linear or because it is not

23   the only existing factor is misleading, right?

24   A.   Is it -- the question is:  Is it misleading?

25            And I would say it depends on what you're thinking

1   about the other factors.  So, my argument, as mentioned earlier

2   in this document is, it's really the expertise that's the most

3   important thing that Google has.  You have skilled engineers

4   who know a lot about Search.

5   Q.  Google's head of Search said that it was misleading to

6   suggest that just because it was not linear or not the only

7   factor, that scale didn't matter, didn't he?

8   A.  Well, that's what he's saying, but I'm saying something

9   different.  I'm saying that if you have a -- it's very

10  important to have a lot of highly skilled engineers to build a

11  good search engine.  And I don't think Udi would disagree with

12  that.

13  Q.  And then he writes:  Which is why *Time* didn't understand

14  it, and I inspect others will not either.  What they got out of

15  it is Microsoft's claim that they need more scale in Search to

16  improve their algorithm is bogus, and this is wrong.

17       Do you see that?

18  A.  So the question is how much --

19  Q.  I haven't asked you the question, except for:  Do you see

20  that?

21  A.  Do I see that?  Yes, I do.

22  Q.  Okay.  Mr. Manber told you that he thought Google's

23  position regarding scale was misleading and wrong; is that

24  correct?

25             MR. SMURZYASKI:  Your Honor, this is, I think, about

1    the third time we've had Mr. Dintzer read a piece of --

2                THE COURT:  Counsel --

3                MR. SMURZYASKI:  -- on the page and ask the witness

4    whether he said it.  He's answered it --

5                THE COURT:  He didn't answer it.  I think that's the

6    problem, he didn't answer it.  So if he would just answer

7    what's on the page, acknowledge it, then the next question

8    could come and we would move through this more quickly.  So,

9    you know -- okay?

10               MR. SMURZYASKI:  Understood.

11   BY MR. DINTZER:

12   Q.  Mr. Manber told you that he thought Google's position

13   regarding scale was misleading and wrong, true?

14   A.  He said that in the course of this discussion?  Yes, I

15   think he did.

16   Q.  And he agreed that Microsoft needed more scale in search to

17   improve their algorithm, right?

18   A.  Where is that?

19   Q.  Lower down he -- I'll withdraw that one, just to move this

20   along.

21               Let's go up to the next comment.  This is on page 2.

22   A.  Okay.

23   Q.  And August 25, 2009, at 8:18 p.m., he writes:  I do think,

24   however, that search data has a lot to do with this deal.  They

25   know its value.

1          So, Mr. Manber believed that, Microsoft and Yahoo!, when

2     they said that scale was the reason they were working together,

3     right?

4               MR. SMURZYASKI:  Objection, Your Honor.  He's now

5     asking him to interpret these words on the page 14 years later.

6               THE COURT:  Hang on, hang on.  That is fair.  Why

7     don't you just ask him what it says?

8               MR. DINTZER:  Okay.

9     BY MR. DINTZER:

10    Q.  Then he writes:  This is the reason we are so protective of

11    anything that reveals anything about it and why we usually do

12    not discuss it.

13         Do you see that?  I really want to focus on this.

14    A.  Yeah.  So --

15    Q.  Just, do you see it?  I'm going to ask you some questions.

16    A.  Okay.

17    Q.  He says:  This is the reason we are so protective of

18    anything that reveals anything about it and why we usually do

19    not discuss it.

20         Do you see that?

21    A.  Yeah.  I think you just said you did not do that.  I think

22    it's Udi that wrote this.

23    Q.  Yes, Mr. Manber wrote this.

24    A.  Okay.

25    Q.  And my only question is:  You understand he's referring to

1    search data, right, when he says "it"?

2    A.  Okay.  Yes.

3    Q.  And is it correct that Google was protective about anything

4    that reveals anything about search data, as Mr. Manber says?

5    A.  That's a kind of extreme statement, but -- "because that's

6    why we say so little about it."  Well -- okay.  So he is saying

7    search data has a lot to do with this deal.  I would say search

8    engine has significant contribution to this deal, but it was

9    not the be-all and end-all.

10   Q.  Okay.  And my question --

11   A.  So we are awfully close in terms of what we are saying, I

12   would say.

13   Q.  My question is:  Was Mr. Manber right in saying that Google

14   was protective about anything concerning data?  Was he correct?

15   A.  I don't know.

16   Q.  Okay.  And he said -- says that -- he says:  Why we usually

17   do not discuss it.

18        Was he right that people in Google did not discuss

19   scale?

20   A.  "People in Google."  That's a lot of people.

21   Q.  Okay.  People usually -- sir, was Mr. Manber right in

22   saying that people at Google usually did not discuss scale

23   because of its importance?

24   A.  I can't really answer that.  I don't know what they did,

25   how they discussed it.

1    Q.  And then you write, farther up:  The question facing the

2    DOJ is whether Microsoft can compete without Yahoo -- is not --

3    is not whether Microsoft can compete without Yahoo!, but

4    whether Yahoo! can compete without Microsoft.

5         Do you see that?

6    A.  I see that, yes.

7    Q.  That's something you wrote.  Were you aware that DOJ was

8    reviewing the Microsoft/Yahoo! deal?

9    A.  Yes, I was.

10   Q.  Did you go in to talk to the DOJ about the

11   Microsoft/Yahoo! --

12   A.  No, I did not.

13   Q.  Were you aware that Google went in to talk about the

14   Microsoft/Yahoo! deal?

15   A.  I don't know if I was aware of that or not.

16   Q.  Let's go to the very top of this email, the very last

17   exchange.

18   A.  No, no.  Wait.  Before we go, it says:  As we both said at

19   the beginning, scale is not everything.

20   Q.  Okay.

21   A.  Okay.  So that was a point of agreement that we reached, I

22   think, in this discussion.

23   Q.  You think?  So let's go to the top and see if you reached a

24   point of agreement.

25         So at the top, you write:  So we agree -- so you're

 1    trying to bring him along.  You're trying to convince him.  You

 2    write:  So we agree that the incremental value of data is less

 3    the more data you have.  Microsoft can buy data relatively

 4    easily.  Yahoo! Could have competed without Microsoft.  There

 5    are lots of factors in a success of a search engine.

 6         You wrote that to Mr. Manber, right?

 7    A.  That's what I wrote back.

 8    Q.  And you wrote it because you were trying to bring him along

 9    to your position?

10    A.  Not necessarily.  I think I learned something by being

11    involved in this debate.  So, it was useful.

12    Q.  And then he wrote back:  No, I do not agree with this.

13              MR. SMURZYASKI:  Your Honor, I object.  He's misread

14    the document.  The document continues.  He read a snippet to

15    Dr. Varian and then read the response.  He didn't read the

16    complete --

17              THE COURT:  It's okay.  I can read the whole thing.

18    I can read the whole thing.  It's not misleading to me.  I can

19    read it.

20    BY MR. DINTZER:

21    Q.  Mr. Manber says:  I do not agree with this.

22         Do you see that?

23    A.  I see that.

24    Q.  Okay.  And -- no further questions on that document, sir.

25         Let's go to UPX856.

```
 1              So this is an email from you --

 2              MR. SMURZYASKI:  Your Honor, we have a hearsay

 3     objection on this document.

 4              MR. DINTZER:  I have it as being entered.  856?

 5              MR. SMURZYASKI:  I have it as a hearsay objection.

 6              MR. DINTZER:  We move to enter this document, Your

 7     Honor.

 8              THE COURT:  The hearsay objection is?

 9              MR. SMURZYASKI:  The hearsay objection is embedded

10     hearsay.  There are statements that appear to be from

11     atlantainternetmarketing.net.blog that have been --

12              THE COURT:  Again, this is not -- what's embedded

13     here is not being offered for the truth.  I take it it's being

14     offered for his state of mind because the subject of the email

15     is "Groan," which is reference to what is embedded.

16              MR. SMURZYASKI:  Your Honor, I have no objection to

17     why did he write "Groan" in response to this.  But, he's

18     offering the document in toto, without any limitation, and

19     that's the objection.

20              MR. DINTZER:  Your Honor, I'm told by my team that

21     they have not lodged any objection and that this is in

22     evidence.  So, we request counsel check and make sure that they

23     actually have asserted -- we think it's right, but we believe

24     it's in.

25              THE COURT:  I understand the point of the email, so
```

 1    why don't we just get to it?  I understand what the limitations

 2    are and I understand the purpose for which you're going to

 3    present this to him, and take it from there.  Okay?

 4              MR. DINTZER:  Thank you, Your Honor.

 5    BY MR. DINTZER:

 6    Q.  So, Mr. -- Dr. Varian, you're sending something to a

 7    group -- and this is March 23rd, 2010 -- to a group called

 8    Invisible Hands.  Who is that group?

 9    A.  It was a group at Google -- I mean, this is just a mail

10    group at Google, and I don't know why I said it.

11    Q.  When --

12              THE COURT:  Let him finish the answer.

13    BY MR. DINTZER:

14    Q.  When you say "mail," just so we're clear, you main M-A-I-L,

15    right?

16    A.  Yes, M-A-I-L.

17    Q.  Just to clear that.

18         You sent that group a -- an article, right?  A link and

19    then a portion of an article?

20    A.  That's the article behind this URL that we're -- that's

21    sitting there at the middle; is that right?

22    Q.  That's right.

23    A.  Okay.

24    Q.  Well, I mean, I'm asking you, sir.  You're the one who sent

25    it.

1    A.  Well, how can I tell?  I mean, I --

2    atlantainternetmarketing -- okay.

3    Q.  So you sent this email to this group Invisible Hands in

4    2010; is that correct?

5    A.  Okay.  Yes.

6    Q.  And it says:  A few years ago Google's chief economist, Hal

7    Varian, explained that scale is overrated.

8         And then it quotes you, right?

9    A.  Yes.  That's a quote from the previous documents.

10   Q.  And then it says:  Wednesday, chief -- Google's chief

11   scientist, Peter Norvig, shared his view.

12        Who is Peter Norvig?

13   A.  Peter Norvig is a Google employee.  He worked on the search

14   algorithms early on.

15   Q.  And it says, "Google's chief scientist."

16   A.  Yes.

17   Q.  What does that mean?

18   A.  Chief scientist.  I mean, he has a title of chief scientist

19   because he's done a lot of important scientific work.

20   Q.  And in 2010 it was reported that he said:  We don't have

21   bitter algorithms than anyone else, we just have more data.

22        Do you see that?

23   A.  I see what he says.

24   Q.  And you understood that Mr. Norvig believed that data was

25   the reason Google was better than rivals, right?

1    A.  That's what he says here.

2    Q.  But separate from what he says here, you understood that

3    was his position?

4    A.  Well, his position, I've discussed his position with him.

5    And if you go back to your diagram of the S-curve on the

6    diminishing returns of scale, he is a believer in that general

7    pattern.  There's diminishing returns, which is one of the

8    points that I wanted to make in my debate with Udi.

9         MR. DINTZER:  I'm going to have to correct myself,

10   Your Honor.  There was a hearsay objection to the document, and

11   we will need to move it into evidence.  I apologize for being

12   inaccurate there.  But we will move that into evidence.

13        THE COURT:  So outside of -- now that I've actually

14   looked at this, but what is the hearsay issue?  It's got two --

15   purports to have two quotes from Google employees, including

16   Dr. Varian.

17        MR. SMURZYASKI:  I don't know whether they're quotes,

18   Your Honor.  There's a colon.  There's some information here.

19   This is why it's classical hearsay.  There are no quotation

20   marks around the items.  There's words floating on a page that

21   are ascribed to atlanticinternetmarketing.net.  And I

22   understand that it purports to be saying something about

23   something that was said.

24        THE COURT:  Do we have the original article?

25        MR. DINTZER:  I don't have it on the exhibit list,

 1    Your Honor.  But this is an admission -- this is a statement by

 2    a Google employee being sent from one Google employee to

 3    another.  And -- and if Mr. Norvik didn't say this, then

 4    presumably there's an email that they can put in front of the

 5    witness saying Mr. Norvik denied having anything to do with

 6    this.

 7             MR. SMURZYASKI:  Your Honor, this is hearsay.  I

 8    don't have to bring a witness to deny a hearsay --

 9             THE COURT:  I don't know why you keep saying it's

10    hearsay.  There are two statements that are embedded here.  One

11    is from Dr. Varian, Google's chief economist; the other is a

12    statement from Google's chief scientist, Mr. Norvik.  Those are

13    presumably statements that were made in the course of and in

14    furtherance of their employment.  They are admissions of a

15    party opponent.

16             Now, if you're going to tell me you're disputing that

17    Mr. Norvik ever said this, then I'll hear you out.  But that's

18    not what you have told me.

19             MR. SMURZYASKI:  Your Honor, what I'm saying is there

20    are no quotation marks there, for example.

21             THE COURT:  That doesn't exclude it from evidence.

22    As I said, if you've got something to tell me that this is an

23    inaccurate statement of Mr. Norvik -- I mean, Mr. Varian, for

24    example, has just confirmed this was his statement, right?  So

25    we're good on that one.

```
1              And do you have anything to tell me that this is

2     inaccurate?

3              MR. SMURZYASKI:  Your Honor, not sitting here at the

4     moment.

5              THE COURT:  Great.  So it will be admitted.

6              MR. DINTZER:  Thank you, Your Honor.

7     BY MR. DINTZER:

8     Q.  Sir, you understood that Mr. Norvik had the same position

9     about scale that Mr. Manber did; is that right?

10    A.  Well, I would have to go back and look at the Udi document

11    to really answer that question because I don't know that he

12    addresses this point of whether Google had better algorithms

13    than Yahoo!, for example.  Maybe he said that somewhere in

14    there, I don't know.

15    Q.  Sir, you're expanding the scope of my question.

16    A.  Okay.

17    Q.  You understood that Mr. Norvik had the same basic position

18    about scale that Mr. Manber did, correct?

19    A.  "We don't have better algorithms than anyone else," he

20    says.  "We just have more data."

21             I don't think that's exactly the same as Udi's

22    argument, but it's in line with it.  I mean, it's not

23    inconsistent with it.

24    Q.  Okay.

25             THE COURT:  Mr. Dintzer, it's about five of five, so
```

1    just ask you to --

2              MR. DINTZER:  I'll wrap up these documents, Your

3    Honor.  Thank you.

4    BY MR. DINTZER:

5    Q.  And your response to your team, the Invisible Hands, was:

6    Groan; is that right?

7    A.  Was "Groan," yes.

8    Q.  Because Mr. Norvig said something that was inconsistent

9    with the public position you'd taken for Google?

10   A.  No, it was not that that made me say "Groan."  It was that

11   I had to discuss this algorithm, whether it be -- I mean, these

12   issues which we've kind of beat to death already, and here it's

13   popped up again.

14   Q.  Well, you had consistently gone out and made comments about

15   scale not mattering, even after the bogus comment.

16   A.  I never said that it's not -- sorry.

17              What was the term you used?

18   Q.  I will rephrase.

19              Even after your bogus -- the comment about it being

20   bogus --

21   A.  Not important, yep.

22   Q.  -- you continued to go out and make public statements

23   saying that data was not important.

24   A.  I don't believe I said data is not important in public

25   documents.  I said:  Data is important, but it's not the only

1    thing that's important.

2    Q.   Right.  And just so we're clear, Mr. Manber said it was

3    misleading to say data wasn't the only factor because people

4    would be confused, right?

5            THE COURT:  Mr. Dintzer, I think we've gone over

6    this.

7            MR. DINTZER:  That's fine.  And I'll wrap up the

8    document.  It's late in the day, too.

9            In fact, no further questions on that document.

10           THE COURT:  All right.  All right.

11           Dr. Varian, step down.  As you will remain on the

12   witness stand, I'm going to ask you to not discuss your

13   testimony with anyone overnight.  We plan to start tomorrow at

14   9:30, and so we'll see you in the morning.

15           MR. DINTZER:  Actually, Your Honor, we have an

16   agreement with Google that -- there's another witness that has

17   a very tight time, and so, if it pleases the Court, we would

18   ask the Court to put -- allow Mr. Barton to testify, get him on

19   and off the stand, and then we'll recall Dr. Varian.

20           MR. SCHMIDTLEIN:  Your Honor, we may or may not sort

21   of go along with that.  I would like to confer with them as to

22   how much more time we think we're going to take here and

23   whether it actually makes more sense to get done with

24   Mr. Varian, and then I think we'll get to Mr. Barton.

25           THE COURT:  Bottom line is if you all -- I'm fine

 1    with it either way, is the bottom line.

 2              MR. SCHMIDTLEIN:  Thank you.

 3              THE COURT:  They'll let you know what time you need

 4    to be back.  But, otherwise, I'll ask you not to discuss your

 5    testimony with anyone overnight.  Okay?

 6              THE WITNESS:  Okay.

 7              THE COURT:  Thank you, sir.

 8              Everybody else remain seated.  We're not done.  He's

 9    done.

10              All right.  So there was one loose end, and that

11    concerned the summary exhibit --

12              You can step on down and walk on out.

13              THE WITNESS:  All right.

14              THE COURT:  The summary exhibit that I provisionally

15    admitted subject to any objections that might want to be made,

16    is it the case that Google is going to want to cross-examine

17    the person who prepared the chart?

18              MR. SMURZYASKI:  Your Honor, I'm hoping that meeting

19    and conferring we can correct the errors that exist in the DOJ

20    chart, and we can have a document that can be admitted and we

21    can go from there.

22              THE COURT:  Okay.  Yeah, great.

23              MR. SMURZYASKI:  Failing that, sure.  But I don't --

24    I'm hopeful that we don't ever get there.

25              THE COURT:  Okay.  Well, so do I.  But we left it

1    open.  I just wanted to close the loop on that.  You all are

2    going to work on it.  As I said, it's provisionally admitted.

3    And assuming you can reach agreement, we'll admit it.  If

4    you've got still issues with it, then perhaps we'll need a

5    short cross-examination of whoever prepared the document.

6              MR. SMURZYASKI:  Understood.  Thank you, Your Honor.

7              THE COURT:  Okay.  All right.  So tomorrow we'll get

8    started at 9:30.  I take it -- well, let me just ask:  In terms

9    of schedule for tomorrow, what is everybody anticipating?

10             MR. DINTZER:  So, if Mr. Barton goes first, it would

11   be Mr. Barton, then we would finish up with Mr. Varian.  And

12   Google has told us that they could have as much as three hours

13   with him, so we don't know how much --

14             THE COURT:  When you say "him," you mean Dr. Varian?

15             MR. DINTZER:  Dr. Varian.  Obviously, I can't speak

16   for them at all.

17             And then the -- oh, and -- I'm sorry.  And, of

18   course, our friends the States have an examination that they

19   want to do as well.

20             THE COURT:  Okay.  Is Google intending to do a direct

21   examination of Dr. Varian in its case in chief?

22             MR. SMURZYASKI:  No, Your Honor.  Whatever we did

23   would be now.

24             THE COURT:  In other words, your questioning him

25   tomorrow will be within the scope of whatever has been

 1    presented today.

 2                    MR. SMURZYASKI:  Yes.

 3                    THE COURT:  That's all I needed to know.

 4                    MR. SMURZYASKI:  Within the scope.

 5                    THE COURT:  All right.  Terrific.  Okay.

 6                    MR. SMURZYASKI:  Your Honor, I think -- it's not

 7    clear to me whether Mr. Dintzer ended with a document and

 8    intends to go tomorrow.  If he's curious about timing, it would

 9    be helpful to know how much longer he has, and then how much

10    longer the States have with Dr. Varian.

11                    THE COURT:  That's fair.

12                    MR. DINTZER:  I need to look.  I just need to take a

13    look at the rest of the outline.  But probably another hour,

14    maybe a little bit more.

15                    THE COURT:  Okay.  And Mr. Sallet?

16                    MR. SALLET:  Well, Your Honor, we have fewer

17    questions than before Mr. Dintzer began.

18                    THE COURT:  Let's hope so.

19                    MR. SALLET:  We would have, I would estimate, a half

20    an hour or less.

21                    THE COURT:  Okay.  All right.  Okay.  That's fine.

22    We'll just -- let counsel know this evening, after you've had a

23    chance to take a look, so we can make sure that everybody is on

24    the same page in terms of who needs to be available tomorrow.

25                    Let's see.  What do we have?  We've got tomorrow at

```
1        8:30.  And then what else?

2                  THE COURTROOM DEPUTY:  And a plea at 5.

3                  (Off-the-record discussion between Courtroom Deputy

4        and the Court.)

5                  THE COURT:  So I don't know if we've talked about

6        this.  Feel free to leave your materials on the table.  We do

7        have a case coming in in the morning before you, but I don't

8        think it's going to raise any issues with your having your

9        items here overnight.  That's fine.

10                  I guess we'll just have to deal with this.  If we

11       have detained defendants, we may need to move it to other

12       courtrooms.  Okay.

13                  MR. DINTZER:  And just to flesh out, the next witness

14       would be Dr. Rangel, our first expert, if we get there.

15                  THE COURT:  And Dr. Rangel is not subject to a

16       Daubert motion, correct?

17                  MR. SCHMIDTLEIN:  That's correct.

18                  THE COURT:  That is what I thought.  All right.  I

19       have -- I'm getting there.

20                  MR. DINTZER:  We appreciate that, Your Honor.

21                  THE COURT:  All right.  Is there anything else we

22       need to take up?

23                  MR. DINTZER:  Not from the DoJ plaintiffs, Your

24       Honor.

25                  MR. SALLET:  No, Your Honor.
```

```
 1            MR. SCHMIDTLEIN:  Not for Google, no.

 2            THE COURT:  As I said, the courtroom will be locked

 3    this evening.  Feel free to leave your materials here.  The

 4    courtroom will be opened back up for another matter tomorrow at

 5    8:30, but that matter shouldn't take more than 30 to 45

 6    minutes, I think.  All right.  See everybody in the morning.

 7                           *   *   *

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    CERTIFICATE OF OFFICIAL COURT REPORTER

2

3          I, JANICE DICKMAN, do hereby certify that the above and

4     foregoing constitutes a true and accurate transcript of my

5     stenographic notes and is a full, true and complete transcript

6     of the proceedings to the best of my ability.

7                              Dated this 12th day of September, 2023

8

9

10                              _____

11                              Janice E. Dickman, CRR, CMR, CCR
                                Official Court Reporter
12                              Room 6523
                                333 Constitution Avenue, N.W.
13                              Washington, D.C.  20001

14

15

16

17

18

19

20

21

22

23

24

25

1                              INDEX

2       Witness:

3           Hal Varian

4               Direct Examination By Mr. Dintzer................ 137

5

6       Exhibits:

7           UPX499 Admitted..................................... 210
            UPX856 Admitted..................................... 263
8           UPX7001 Admitted.................................... 218
                                 *   *   *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 0

**059** [1] - 194:7

## 1

**10** [1] - 186:3
**100** [5] - 138:22, 177:3, 186:18, 187:2, 207:1
**1006** [1] - 218:16
**11** [4] - 152:25, 163:23, 171:11, 171:14
**1100** [2] - 133:12, 135:21
**12** [2] - 133:5, 186:3
**12th** [2] - 133:22, 277:7
**1300** [1] - 133:18
**137** [1] - 278:4
**14** [2] - 233:15, 260:5
**15** [3] - 164:4, 164:6, 171:19
**17** [1] - 211:11
**17th** [3] - 153:7, 176:12, 176:24
**18** [2] - 165:11, 209:10
**18th** [1] - 205:18
**1990s** [2] - 147:16, 149:4
**19th..** [1] - 194:13
**1:35** [1] - 133:6

## 2

**2** [4] - 164:9, 225:15, 237:6, 259:21
**20** [3] - 138:3, 146:21, 171:19
**20-3010** [1] - 133:4
**20001** [2] - 134:3, 277:13
**20005** [1] - 133:23
**2002** [2] - 138:25, 139:17
**2003** [3] - 141:25, 143:23, 147:6
**2007** [9] - 152:23, 153:7, 153:18, 157:24, 172:1, 176:13, 256:25, 257:6, 257:9
**2008** [5] - 225:3, 225:16, 225:22, 227:10, 229:3
**2009** [12] - 210:23, 230:2, 230:9, 230:10, 232:12, 233:15, 236:8, 245:20, 250:9, 251:2, 252:12, 259:23
**2010** [11] - 139:17,

139:19, 197:8, 197:13, 205:16, 205:18, 205:19, 209:10, 265:7, 266:4, 266:20
**2011** [1] - 217:11
**2014** [1] - 221:3
**202** [2] - 133:13, 133:23
**202-354-3267** [1] - 134:3
**2023** [2] - 133:5, 277:7
**2085** [1] - 188:20
**20th** [1] - 245:20
**210** [1] - 278:6
**218** [1] - 278:7
**21st** [1] - 140:20
**22nd** [1] - 197:8
**23rd** [1] - 265:7
**25** [2] - 162:4, 259:23
**26** [1] - 251:2
**263** [1] - 278:7
**27** [1] - 174:20
**27th** [1] - 157:24
**2nd** [1] - 172:1

## 3

**3** [2] - 160:16, 254:22
**30** [1] - 276:5
**307-0340** [1] - 133:13
**30th** [1] - 230:2
**333** [2] - 134:2, 277:12
**3:05** [1] - 204:9
**3:20** [1] - 204:10

## 4

**434-5000** [1] - 133:23
**45** [1] - 276:5
**499** [2] - 210:10, 210:13
**4th** [2] - 225:3, 225:16

## 5

**5** [5] - 146:3, 149:10, 159:16, 172:20, 275:2
**50** [1] - 162:8
**508-6000** [1] - 133:19
**5th** [1] - 250:9

## 6

**6** [3] - 186:18, 186:21, 186:23
**6523** [2] - 134:2, 277:12

## 7

**7** [5] - 199:4, 199:11, 199:25, 200:7, 211:11
**7001** [1] - 218:16
**71** [3] - 168:16, 208:12, 211:11
**72** [1] - 205:7
**720** [1] - 133:19
**725** [1] - 133:22

## 8

**8** [1] - 209:1
**80** [1] - 208:23
**80203** [1] - 133:19
**82.6** [1] - 208:15
**856** [1] - 264:4
**884** [2] - 241:11, 242:24
**8:18** [1] - 259:23
**8:30** [2] - 275:1, 276:5

## 9

**9** [1] - 209:1
**902** [1] - 202:24
**94** [1] - 186:24
**95** [1] - 172:20
**960** [2] - 172:25, 174:11
**99** [1] - 135:22
**9:30** [2] - 271:14, 273:8
**9th** [1] - 210:22

## A

**ability** [6] - 142:21, 148:6, 183:9, 185:2, 277:6
**able** [3] - 158:14, 223:20, 254:11
**absolutely** [8] - 135:19, 165:11, 171:24, 212:13, 237:24, 246:12, 247:13, 252:8
**academia** [1] - 226:23
**accept** [1] - 240:10
**access** [4] - 169:14, 204:22, 204:24, 246:9
**accommodate** [1] - 143:16
**according** [5] - 181:3, 208:11, 208:14, 208:25
**accuracy** [1] - 221:15
**accurate** [1] - 277:4
**Achilles'** [1] - 171:2
**acknowledge** [3] -

215:9, 255:24, 259:7
**acquire** [1] - 154:9
**acquired** [1] - 254:11
**acquisition** [1] - 232:3
**acronym** [2] - 177:2, 205:25
**acted** [1] - 180:11
**action** [2] - 154:7, 180:4
**actions** [1] - 181:6
**active** [1] - 169:1
**actively** [1] - 169:10
**activities** [1] - 227:20
**activity** [4] - 167:12, 200:19, 222:25, 227:21
**activity-related** [1] - 222:25
**actual** [3] - 171:20, 174:19, 220:25
**ad** [1] - 184:21
**Adair** [5] - 233:11, 233:15, 236:17, 236:18, 241:11
**add** [3] - 149:14, 159:7, 204:14
**added** [2] - 207:17, 218:5
**additional** [4] - 152:13, 220:22, 220:24, 241:2
**address** [2] - 144:17, 219:6
**addresses** [2] - 253:18, 269:12
**addressing** [1] - 225:24
**admission** [4] - 136:18, 234:22, 246:18, 268:1
**admissions** [1] - 268:14
**admit** [10] - 210:8, 218:18, 219:3, 219:13, 219:16, 231:5, 231:17, 232:23, 234:3, 273:3
**admitted** [9] - 135:18, 137:4, 137:6, 185:21, 210:14, 269:5, 272:15, 272:20, 273:2
**Admitted..................
..................** [1] - 278:7
**Admitted..................
..................** [2] - 278:6, 278:7
**adopt** [2] - 155:25, 156:1
**adopted** [1] - 204:21
**adopting** [1] - 146:2
**ads** [9] - 183:19, 183:24, 184:2, 184:5,

184:11, 184:16,
184:19, 201:13, 201:14
**AdSense** [12] -
201:12, 201:13, 203:1,
206:12, 207:23, 208:1,
208:18, 208:22,
208:25, 209:23, 220:19
**advance** [1] - 211:4
**advances** [1] - 247:17
**advantage** [2] -
244:19, 245:1
**advantageous** [2] -
155:7, 155:15
**advantages** [4] -
154:20, 154:21, 222:9,
222:10
**advertised** [1] -
193:17
**advertising** [3] -
193:2, 193:8, 237:19
**advise** [1] - 138:8
**advised** [2] - 148:1,
148:4
**affect** [2] - 161:19,
222:3
**affected** [1] - 166:1
**affects** [1] - 161:24
**afternoon** [1] - 204:9
**afterwards** [1] -
219:11
**aggressive** [1] -
147:19
**ago** [5] - 146:21,
171:19, 178:11,
179:14, 266:6
**agree** [15] - 156:11,
169:19, 171:10,
172:17, 172:19,
172:20, 175:17,
192:21, 231:8, 254:2,
254:8, 262:25, 263:2,
263:12, 263:21
**agreed** [9] - 169:18,
172:10, 179:18, 180:1,
200:18, 252:23,
255:17, 256:5, 259:16
**agreement** [4] -
262:21, 262:24,
271:16, 273:3
**agreements** [1] -
135:23
**agrees** [1] - 235:16
**ahead** [6] - 135:24,
149:23, 160:5, 205:2,
219:12, 236:14
**AI** [1] - 248:21
**air** [2] - 148:21, 148:25
**al** [1] - 133:3
**algorithm** [7] - 183:6,
228:21, 239:10,

257:11, 258:16,
259:17, 270:11
**algorithms** [6] - 227:2,
243:8, 266:14, 266:21,
269:12, 269:19
**allow** [3] - 142:24,
185:18, 271:18
**almost** [1] - 143:15
**altering** [1] - 164:14
**alternative** [3] - 168:7,
195:18, 196:3
**Amazon** [10] - 183:13,
183:16, 190:19,
190:21, 190:25, 198:2,
207:5, 207:17, 207:20,
208:2
**Amazon.com** [1] -
197:23
**America** [1] - 133:2
**American** [1] - 196:14
**AMIT** [1] - 133:9
**amount** [1] - 241:8
**amplify** [1] - 247:5
**analogy** [1] - 239:8
**analysis** [12] - 138:8,
153:19, 153:23, 154:1,
167:16, 168:2, 211:5,
211:18, 216:15,
227:15, 228:9, 244:1
**analytics** [1] - 220:25
**Analytics** [5] - 201:9,
201:10, 206:11, 208:14
**analyze** [1] - 218:10
**analyzing** [1] - 228:20
**answer** [24] - 167:25,
186:17, 188:11, 198:7,
198:16, 198:18, 213:4,
213:24, 214:10,
221:10, 223:5, 223:11,
223:21, 249:7, 249:8,
257:13, 259:5, 259:6,
261:24, 265:12, 269:11
**answered** [1] - 259:4
**answers** [8] - 187:5,
187:6, 187:7, 188:4,
188:5, 188:14, 197:16,
224:17
**anticipating** [1] -
273:9
**antitrust** [14] - 139:12,
139:14, 139:16, 140:1,
140:3, 146:7, 146:15,
146:19, 150:13, 186:6,
186:8, 212:3, 212:11,
213:13
**Antitrust** [1] - 133:16
**apologize** [2] - 233:18,
267:11
**appear** [1] - 152:13,
264:10

**APPEARANCES** [1] -
133:11
**Apple** [7] - 181:12,
181:13, 183:13,
183:16, 190:23,
190:24, 190:25
**Apple's** [1] - 181:20
**appreciate** [2] - 253:2,
275:20
**approach** [5] - 140:13,
208:11, 208:14,
208:25, 225:7
**April** [3] - 172:1,
176:12, 176:24
**area** [3] - 167:13,
201:21, 226:24
**areas** [1] - 182:7
**argued** [1] - 173:22
**argues** [2] - 177:22,
179:8
**argument** [10] -
237:25, 238:18,
238:24, 239:1, 242:5,
242:16, 251:9, 252:23,
258:1, 269:22
**arguments** [7] -
238:13, 239:1, 241:14,
241:17, 242:20,
247:17, 251:19
**arrived** [1] - 138:25
**article** [23] - 229:12,
230:4, 230:19, 231:1,
233:22, 233:25, 234:8,
234:21, 235:14,
236:12, 236:20, 237:8,
239:19, 242:13, 245:3,
246:2, 247:20, 248:4,
265:18, 265:19,
265:20, 267:24
**articles** [2] - 138:23,
235:10
**artifice** [1] - 254:14
**artificial** [1] - 243:7
**ascribed** [1] - 267:21
**aspects** [1] - 155:4
**assert** [1] - 233:4
**asserted** [3] - 231:13,
233:2, 264:23
**asserting** [1] - 169:24
**assertion** [1] - 248:23
**assume** [1] - 162:12
**assuming** [4] -
136:11, 219:4, 231:17,
273:3
**atlantainternetmarke
ting** [1] - 266:2
**atlantainternetmarke
ting.net.blog** [1] -
264:11
**atlanticinternetmark**

**eting.net** [1] - 267:21
**attached** [3] - 153:18,
157:2, 157:6
**attachment** [1] -
209:13
**attachments** [1] -
157:5
**Attachments** [1] -
157:7
**attendees** [1] - 177:9
**Attendees** [1] - 177:12
**attorney** [1] - 215:5
**attractive** [3] - 155:16,
155:17, 168:21
**attributed** [1] - 250:11
**attributes** [1] - 235:15
**August** [6] - 233:15,
245:20, 250:9, 251:2,
252:12, 259:23
**author** [5] - 152:14,
156:11, 196:13,
196:14, 196:16
**authoritative** [2] -
244:10, 244:11
**authority** [1] - 206:3
**automatically** [1] -
145:19
**availability** [2] -
224:19, 228:23
**available** [4] - 154:6,
204:22, 222:6, 274:24
**Avenue** [2] - 134:2,
277:12
**avoided** [1] - 148:22
**aware** [20] - 139:15,
147:15, 147:17,
150:14, 150:25,
154:17, 212:14, 230:2,
230:3, 230:17, 230:18,
232:12, 232:25, 233:1,
233:5, 233:6, 235:10,
262:7, 262:13, 262:15
**awfully** [1] - 261:11

**B**

**background** [1] -
240:5
**Baidu** [2] - 256:17,
256:22
**balanced** [1] - 245:25
**Ballmer** [1] - 149:2
**bankruptcy** [1] -
204:24
**bar** [3] - 149:18,
149:24, 256:14
**barrier** [4] - 149:21,
150:18, 152:16, 171:12
**barriers** [7] - 149:15,
150:5, 150:10, 150:16,

151:2, 151:5, 152:1
**Barton** [1] - 271:18
**barton** [3] - 271:24, 273:10, 273:11
**Bartz** [1] - 232:7
**based** [6] - 206:11, 218:4, 218:6, 220:19, 227:14, 228:9
**basic** [9] - 239:18, 241:21, 242:8, 242:10, 242:15, 242:17, 242:20, 269:17
**basis** [3] - 213:21, 229:22, 229:23
**battle** [3] - 170:16, 170:23, 171:16
**be-all** [2] - 239:16, 261:9
**beat** [1] - 270:12
**became** [1] - 244:5
**become** [1] - 161:6
**BEFORE** [1] - 133:9
**began** [1] - 274:17
**beginning** [1] - 262:19
**behavior** [2] - 148:2, 201:11
**behind** [1] - 265:20
**believer** [1] - 267:6
**below** [2] - 209:14, 234:15
**Ben** [2] - 193:25, 194:5
**Ben-Ishai** [1] - 193:25
**Ben-Ishai's** [1] - 194:5
**BENCH** [1] - 133:9
**benefits** [2] - 145:5, 145:14
**Berkeley** [4] - 138:11, 138:13, 138:17, 139:8
**best** [8] - 149:21, 150:18, 224:12, 224:15, 248:20, 277:6
**better** [25] - 143:3, 210:17, 221:13, 221:17, 221:24, 223:8, 226:14, 228:14, 237:21, 239:8, 239:9, 248:19, 249:1, 255:13, 255:23, 256:1, 256:10, 256:17, 256:24, 257:2, 257:5, 266:25, 269:12, 269:19
**between** [4] - 144:3, 156:2, 255:19, 275:3
**big** [10] - 165:17, 165:24, 167:9, 167:12, 168:8, 213:17, 222:8, 225:15, 240:2, 245:14
**bigger** [1] - 224:21
**biggest** [1] - 231:1

**billions** [1] - 227:4
**binders** [1] - 140:10
**Bing** [16] - 185:3, 185:5, 185:17, 192:13, 195:5, 195:15, 195:18, 195:25, 199:12, 202:11, 206:24, 208:25, 211:6, 211:11, 245:24, 249:9
**Bing's** [1] - 247:16
**bit** [8] - 139:16, 194:5, 194:6, 196:8, 204:9, 240:19, 250:17, 274:14
**bitter** [1] - 266:21
**biweekly** [1] - 212:15
**black** [1] - 188:2
**blank** [1] - 209:12
**block** [1] - 170:11
**blog** [5] - 224:24, 225:10, 225:13, 225:22, 227:1
**blue** [2] - 161:25, 164:7
**Blue** [1] - 138:16
**board** [2] - 142:12, 211:4
**Bogus** [2] - 234:2, 236:13
**bogus** [21] - 238:14, 238:18, 238:23, 238:24, 239:1, 239:2, 239:4, 242:2, 242:6, 242:16, 251:7, 251:9, 251:20, 252:23, 257:12, 257:17, 257:22, 258:16, 270:15, 270:19, 270:20
**book** [1] - 182:20
**books** [1] - 182:17
**boost** [2] - 159:8
**Borges** [1] - 196:11
**Borges'** [2] - 196:9, 196:23
**boss** [6] - 139:5, 197:11, 197:13, 198:13, 217:19, 218:12
**bottom** [26] - 141:9, 149:10, 149:14, 149:18, 153:5, 153:6, 153:14, 157:15, 164:7, 172:1, 205:10, 210:21, 215:8, 216:25, 218:9, 227:2, 232:4, 233:10, 235:20, 245:9, 245:14, 250:9, 254:19, 255:1, 271:25, 272:1
**bought** [1] - 252:19
**box** [2] - 164:7, 169:14
**boxed** [1] - 228:8
**boxes** [1] - 190:11

**brand** [7] - 170:10, 170:11, 171:18, 171:22, 173:18, 173:22, 174:1
**break** [2] - 204:9, 204:12
**breakthroughs** [4] - 228:25, 229:4, 229:5, 229:6
**brief** [1] - 227:5
**briefly** [2] - 200:17, 219:19
**bring** [8] - 140:20, 159:23, 176:7, 210:17, 230:7, 263:1, 263:8, 268:8
**broad** [2] - 184:24, 185:2
**broadcasting** [2] - 143:13
**Broadway** [1] - 133:18
**brought** [1] - 146:5
**Browser** [1] - 172:3
**browser** [5] - 160:23, 161:4, 173:17, 177:6, 201:6
**Browsers** [1] - 176:24
**browsers** [2] - 160:18, 201:5
**Bruce** [1] - 133:15
**build** [4] - 184:13, 186:17, 254:12, 258:10
**built** [1] - 187:1
**bullet** [3] - 162:7, 188:2
**bunch** [2] - 176:12, 188:8
**business** [6] - 151:20, 155:5, 186:11, 187:17, 187:22, 213:15
**buy** [2] - 188:5, 263:3
**buying** [3] - 187:6, 190:4, 206:19
**BY** [49] - 137:23, 140:16, 140:24, 142:17, 143:5, 143:22, 144:6, 144:11, 146:18, 152:21, 156:18, 159:12, 163:14, 166:19, 173:2, 176:6, 185:22, 191:3, 193:21, 197:3, 205:6, 205:11, 210:16, 213:6, 214:4, 215:10, 216:22, 220:1, 220:5, 225:9, 226:11, 229:24, 231:20, 232:24, 236:16, 240:21, 243:3, 246:7, 247:8, 249:24, 250:8, 254:16, 259:11, 260:9,

263:20, 265:5, 265:13, 269:7, 270:4

## C

**C-suite** [2] - 179:24, 180:1
**calculated** [1] - 208:22
**calculates** [1] - 219:24
**calculation** [1] - 207:3
**calculations** [1] - 174:19
**capabilities** [2] - 161:12, 252:1
**capability** [4] - 146:2, 154:6, 156:1, 192:24
**card** [4] - 150:24, 196:9, 196:17, 196:23
**care** [2] - 161:2, 161:8
**careful** [6] - 147:12, 148:1, 148:10, 148:19, 214:20, 215:14
**carefully** [3] - 149:8, 202:19, 209:4
**Carol** [1] - 232:7
**Carr** [1] - 133:17
**carrying** [1] - 143:12
**cars** [1] - 185:7
**case** [10] - 135:6, 152:14, 158:24, 159:4, 160:25, 189:15, 272:16, 273:21, 275:7
**cases** [5] - 175:20, 183:20, 184:4, 204:24, 216:13
**catalog** [3] - 196:9, 196:17, 196:24
**catch** [1] - 220:12
**categories** [1] - 234:12
**CCR** [1] - 277:11
**Center** [1] - 133:17
**century** [1] - 140:21
**CEO** [2] - 139:3, 141:18
**certainly** [5] - 135:12, 186:9, 228:24, 235:14, 238:21
**CERTIFICATE** [1] - 277:1
**certify** [1] - 277:3
**cetera** [4] - 187:11, 213:11, 235:12, 248:21
**chain** [9] - 152:12, 152:23, 197:4, 216:23, 245:7, 246:8, 246:9, 246:10, 254:17
**chains** [1] - 223:7
**challenges** [1] - 140:4
**chance** [1] - 274:23

change [9] - 154:11, 154:13, 154:15, 154:17, 154:19, 161:2, 161:5, 161:9, 204:18
changeable [1] - 154:11
changed [1] - 188:24
changes [3] - 164:8, 164:13, 164:24
changing [2] - 144:23, 145:1
chart [5] - 188:20, 188:22, 188:23, 272:17, 272:20
check [2] - 197:14, 264:22
checks [2] - 189:13, 190:10
chief [14] - 138:5, 138:7, 220:25, 232:7, 247:21, 266:6, 266:10, 266:15, 266:18, 268:11, 268:12, 273:21
choice [13] - 145:20, 155:24, 161:19, 161:24, 169:2, 169:13, 170:12, 173:6, 173:16, 173:23, 175:1, 175:5, 175:22
choices [1] - 200:11
choose [5] - 168:20, 169:8, 169:10, 207:8, 227:13
choosing [1] - 150:16
Chu [18] - 203:3, 203:21, 204:3, 206:8, 207:19, 209:21, 210:3, 211:21, 215:11, 215:18, 215:20, 216:12, 216:14, 217:14, 218:9, 218:17, 221:3, 221:5
chu [3] - 203:10, 203:14, 212:13
Chu's [1] - 216:8
chu's [1] - 216:25
circular [1] - 222:7
civil [3] - 148:6, 204:21, 204:23
claim [5] - 193:22, 255:13, 255:23, 257:10, 258:15
clarify [4] - 165:7, 178:18, 190:18, 242:24
clarity [1] - 235:12
classic [1] - 229:12
classical [1] - 267:19
clear [11] - 145:12, 152:8, 187:16, 206:14, 212:20, 225:23,

241:12, 265:14, 265:17, 271:2, 274:7
clearly [1] - 219:1
click [5] - 185:18, 192:16, 208:2, 218:4, 218:6
clicks [4] - 186:18, 186:19, 186:23, 187:2
clients [1] - 193:8
close [3] - 253:1, 261:11, 273:1
closest [1] - 195:18
CMR [1] - 277:11
CNET [7] - 236:22, 237:2, 237:3, 239:19, 251:3, 251:16
co [1] - 156:11
CO [1] - 133:19
co-author [1] - 156:11
Coast [3] - 223:8, 223:15, 223:16
coffee [1] - 223:2
coined [1] - 154:22
colleague [1] - 136:9
colloquy [1] - 214:25
colon [1] - 267:18
Colorado [2] - 133:15, 133:17
COLORADO [1] - 133:15
COLUMBIA [1] - 133:1
column [2] - 190:22
combine [1] - 231:23
coming [1] - 275:7
comment [8] - 165:3, 172:20, 194:5, 247:3, 248:8, 259:21, 270:15, 270:19
comments [13] - 158:13, 158:19, 158:21, 159:22, 162:17, 246:12, 247:12, 248:5, 248:9, 248:11, 249:21, 250:1, 270:14
commercial [10] - 186:23, 186:24, 188:15, 191:4, 191:5, 191:7, 191:11, 191:16, 191:20, 191:21
common [1] - 244:23
communicate [1] - 149:8
communication [1] - 244:21
communications [1] - 236:18
companies [3] - 189:14, 190:21, 207:1
company [4] - 147:21,

189:7, 199:20, 201:10
company's [1] - 247:21
compare [2] - 159:8, 163:25
comparison [1] - 196:21
compelling [2] - 171:9, 171:10
compensation [1] - 200:20
compete [5] - 224:12, 224:15, 262:2, 262:3, 262:4
competed [1] - 263:4
Competition [1] - 189:2
competition [3] - 139:25, 140:3, 241:13
competitor [3] - 147:1, 147:10, 232:6
competitors [2] - 147:19, 149:3
compiled [2] - 227:15, 228:9
complete [3] - 180:7, 263:16, 277:5
completely [2] - 164:15, 249:21
component [3] - 228:25, 229:5, 229:6
compose [1] - 161:7
computed [1] - 216:17
computer [3] - 226:25, 243:4, 248:16
computers [1] - 207:13
comScore [6] - 199:18, 206:13, 206:14, 206:16, 218:24, 219:2
ComScore [2] - 206:14, 206:19
comScore's [1] - 199:12
concern [3] - 198:1, 199:23, 236:5
concerned [6] - 249:18, 251:3, 251:13, 251:15, 251:22, 272:11
concerning [1] - 261:14
concerns [14] - 140:1, 146:15, 146:20, 158:19, 162:17, 198:16, 198:18, 212:3, 212:11, 212:12, 219:6, 235:18, 250:1, 250:10
concluded [2] - 162:20, 166:25

concludes [1] - 166:9
concluding [1] - 166:21
conclusion [6] - 162:4, 163:1, 164:12, 164:22, 255:18, 257:8
conclusions [1] - 162:18
confer [1] - 271:21
conference [2] - 204:21, 232:8
conferring [1] - 272:19
confidentiality [2] - 136:15, 193:23
configuration [1] - 154:9
configureable [1] - 161:1
configured [1] - 169:20
confirmed [2] - 236:6, 268:24
confused [1] - 271:4
congratulations [1] - 248:4
connect [1] - 204:16
CONNOLLY [1] - 133:22
consider [9] - 145:21, 149:15, 150:5, 150:8, 150:16, 150:22, 150:23, 151:5, 151:7
considerations [2] - 146:7, 181:8
considered [2] - 181:8, 196:16
considering [4] - 142:2, 147:9, 168:4, 183:20
consistent [3] - 148:17, 148:18, 211:23
consistently [1] - 270:14
constitutes [1] - 277:4
Constitution [2] - 134:2, 277:12
consultant [3] - 138:25, 139:2, 139:17
Consumer [1] - 133:16
consumer [2] - 200:18, 201:11
consumers [2] - 190:3, 200:18
contain [1] - 185:12
contains [1] - 218:23
content [6] - 156:6, 187:12, 201:14, 235:12
contents [3] - 172:10,

172:18, 174:6
**contest** [1] - 175:22
**context** [5] - 155:5,
160:22, 180:17, 203:5,
249:12
**contextual** [1] -
201:13
**continue** [1] - 204:14
**continued** [3] -
220:19, 253:5, 270:22
**continues** [1] - 263:14
**contracts** [1] - 135:22
**contribute** [1] - 173:23
**contribution** [1] -
261:8
**convenience** [2] -
185:3, 185:5
**conversation** [2] -
152:17, 174:9
**convince** [2] - 252:16,
263:1
**convincing** [6] -
158:23, 159:3, 159:5,
165:3, 165:4, 165:6
**copies** [1] - 205:4
**copy** [2] - 136:7,
140:19
**core** [1] - 197:20
**corner** [1] - 172:1
**Corp** [1] - 230:11
**corporations'** [1] -
190:11
**correct** [50] - 136:12,
138:12, 138:19, 139:1,
139:10, 140:6, 143:25,
147:13, 152:11,
154:14, 157:3, 160:18,
162:1, 163:5, 163:16,
166:23, 167:22,
168:14, 182:12,
184:12, 185:19,
188:12, 190:14,
194:21, 196:3, 197:16,
203:22, 203:25,
216:17, 221:11,
223:14, 223:24, 224:2,
224:14, 225:4, 228:11,
239:12, 240:14, 243:6,
244:7, 249:10, 258:24,
261:3, 261:14, 266:4,
267:9, 269:18, 272:19,
275:16, 275:17
**corrected** [2] - 196:12,
218:22
**corrections** [2] -
219:4, 219:5
**corroboration** [2] -
156:10, 156:22
**cost** [5] - 145:1, 220:7,
220:8, 220:23, 220:24

**costly** [1] - 184:13
**Costs** [1] - 144:21
**costs** [16] - 144:23,
145:1, 145:5, 145:13,
145:17, 145:21,
145:25, 149:15, 150:5,
151:6, 152:1, 152:16,
153:1, 171:12, 220:6
**Counsel** [2] - 142:11,
247:10
**counsel** [6] - 142:16,
143:1, 143:2, 259:2,
264:22, 274:22
**Counsel's** [2] -
142:21, 236:5
**counting** [2] - 215:20,
215:23
**country** [2] - 223:10,
223:12
**couple** [1] - 135:7
**course** [9] - 143:15,
148:9, 159:25, 192:5,
250:18, 255:22,
259:14, 268:13, 273:18
**Court** [13] - 134:1,
134:1, 137:24, 143:2,
200:15, 219:7, 219:10,
219:22, 240:5, 271:17,
271:18, 274:4, 277:11
**COURT** [105] - 133:1,
135:2, 135:10, 135:17,
136:2, 136:7, 136:14,
136:17, 136:19,
136:21, 136:24, 137:1,
137:16, 137:19,
140:12, 140:14,
142:20, 143:3, 143:9,
143:17, 143:19, 144:4,
144:8, 156:17, 163:9,
163:13, 166:16,
172:23, 173:1, 190:17,
190:21, 190:24, 191:2,
204:8, 204:14, 205:5,
210:10, 210:13, 213:2,
213:21, 213:23, 215:1,
215:8, 219:3, 219:12,
219:25, 225:8, 226:2,
226:6, 229:16, 229:20,
231:8, 231:15, 232:17,
234:7, 234:18, 234:23,
235:4, 235:9, 235:14,
235:24, 236:11,
240:16, 243:1, 246:17,
247:1, 247:7, 259:2,
259:5, 260:6, 263:17,
264:8, 264:12, 264:25,
265:12, 267:13,
267:24, 268:9, 268:21,
269:5, 269:25, 271:5,
271:10, 271:25, 272:3,

272:7, 272:14, 272:22,
272:25, 273:7, 273:14,
273:20, 273:24, 274:3,
274:5, 274:11, 274:15,
274:18, 274:21, 275:5,
275:15, 275:18,
275:21, 276:2, 277:1
**court** [3] - 147:22,
149:6, 232:21
**Courthouse** [1] -
134:2
**COURTROOM** [1] -
275:2
**Courtroom** [1] - 275:3
**courtroom** [2] - 276:2,
276:4
**courtrooms** [1] -
275:12
**crawl** [1] - 195:15
**crawling** [1] - 182:15
**CRC** [1] - 134:1
**create** [2] - 145:17,
220:19
**created** [7] - 154:24,
161:10, 219:9, 224:7,
249:8, 249:11, 249:12
**creating** [5] - 151:2,
182:22, 221:3, 221:5,
224:19
**creators** [1] - 201:6
**critical** [3] - 228:25,
229:4, 229:5
**cross** [5] - 219:15,
235:18, 247:4, 272:16,
273:5
**cross-examination** [1]
- 273:5
**cross-examine** [3] -
219:15, 235:18, 272:16
**crowds** [1] - 227:4
**CRR** [2] - 134:1,
277:11
**crucial** [3] - 175:8,
175:12, 175:15
**CUP** [10] - 200:15,
200:17, 203:6, 206:11,
207:5, 207:7, 207:12,
207:16, 208:11, 211:6
**curiosity** [1] - 218:13
**curious** [1] - 274:8
**curve** [5] - 240:14,
249:4, 249:8, 249:9,
267:5
**cutting** [1] - 207:11
**Cutting** [2] - 148:21,
148:25
**CV** [1] - 133:4

**D**

**D.C** [4] - 133:5,
133:13, 133:23, 277:13
**dance** [1] - 230:14
**Data** [3] - 225:1,
225:16, 226:12
**data** [73] - 169:1,
199:18, 199:20, 203:6,
207:5, 218:4, 218:6,
218:9, 218:24, 221:10,
221:12, 221:13,
221:15, 221:17,
221:24, 222:3, 222:9,
222:10, 223:4, 223:8,
223:10, 223:15,
223:16, 223:19,
223:22, 224:7, 224:19,
226:14, 227:6, 227:10,
227:23, 228:1, 228:3,
228:13, 228:17,
228:23, 228:24, 229:3,
232:2, 238:21, 239:3,
239:15, 240:13,
243:17, 244:1, 247:23,
247:24, 248:22, 249:4,
254:8, 254:10, 255:11,
255:18, 255:22, 256:3,
256:6, 259:24, 261:1,
261:4, 261:7, 261:14,
263:2, 263:3, 266:21,
266:24, 269:20,
270:23, 270:24,
270:25, 271:3
**dataset** [1] - 212:9
**date** [8] - 161:3, 161:5,
177:7, 181:15, 210:24,
226:9, 227:1, 233:19
**Dated** [1] - 277:7
**dated** [4] - 153:7,
171:25, 177:7, 230:8
**Daubert** [1] - 275:16
**days** [2] - 157:11,
176:13
**DC** [1] - 134:3
**Deadly** [1] - 186:2
**Deal** [1] - 230:1
**deal** [22] - 139:22,
144:13, 181:10, 230:2,
230:3, 230:5, 230:12,
230:17, 230:18,
231:22, 232:8, 233:1,
233:2, 233:8, 237:11,
238:3, 259:24, 261:7,
261:8, 262:8, 262:14,
275:10
**dealing** [2] - 140:8,
147:19
**deals** [3] - 218:4,
218:6, 218:10

**dealt** [1] - 151:19
**Dean** [1] - 138:17
**death** [1] - 270:12
**debate** [3] - 242:7,
263:11, 267:8
**debating** [1] - 252:22
**decided** [2] - 145:18,
220:15
**decision** [4] - 154:13,
155:25, 206:2, 247:16
**decision-making** [1] -
206:2
**decisions** [3] - 175:19,
181:9, 216:9
**deck** [27] - 157:6,
157:18, 159:13,
159:22, 160:3, 160:4,
160:6, 162:1, 162:2,
163:19, 163:23,
164:25, 166:20,
166:25, 171:14,
171:25, 174:4, 175:23,
176:13, 178:13,
185:23, 217:15,
217:18, 217:21,
217:22, 217:23
**decks** [2] - 172:17,
181:4
**declined** [1] - 204:17
**decode** [1] - 196:7
**deeper** [1] - 165:11
**deeply** [1] - 157:19
**Default** [2] - 160:6,
160:14
**default** [36] - 153:19,
154:1, 154:3, 154:4,
154:6, 154:8, 154:11,
154:13, 154:20,
155:21, 155:23,
160:21, 161:19,
161:23, 162:5, 164:5,
164:23, 166:4, 166:10,
166:22, 167:17,
167:21, 168:9, 169:14,
170:8, 170:15, 170:22,
170:25, 171:15,
171:18, 171:23,
175:18, 181:9, 181:11,
181:12, 181:19
**Defaults** [1] - 153:10
**defaults** [26] - 153:16,
154:15, 154:18,
154:22, 155:6, 155:12,
155:14, 155:15,
155:22, 156:10,
156:14, 156:19,
156:22, 162:20,
163:16, 163:21,
164:12, 164:14, 166:1,
178:9, 180:12, 180:16,

180:21, 181:7, 181:20
**defend** [6] - 140:3,
146:1, 162:14, 162:23,
163:15, 163:20
**Defendant** [2] - 133:7,
133:21
**defendants** [1] -
275:11
**defense** [2] - 142:13,
142:16
**defensive** [4] - 145:4,
145:13, 145:22, 150:24
**defensively** [1] - 150:9
**define** [1] - 222:5
**defining** [1] - 191:23
**definite** [1] - 145:20
**definitely** [2] - 148:16,
229:18
**definition** [3] - 192:8,
222:8, 240:10
**definitions** [1] -
240:11
**degree** [1] - 227:3
**deliberate** [4] - 169:2,
173:6, 175:1, 175:5
**deliberately** [1] -
169:8
**deliver** [1] - 242:9
**denied** [1] - 268:5
**Denver** [3] - 133:19,
222:19, 222:20
**deny** [4] - 235:5,
235:6, 252:14, 268:8
**department** [2] -
203:12, 203:14
**Department** [1] -
218:21
**DEPARTMENT** [2] -
133:12, 133:15
**dependent** [1] - 170:3
**deposition** [4] -
146:14, 163:4, 163:7,
196:12
**DEPUTY** [1] - 275:2
**Deputy** [1] - 275:3
**describe** [3] - 196:3,
211:16, 240:15
**describes** [2] - 144:1,
144:13
**desktop** [2] - 222:23,
222:25
**despite** [2] - 241:22,
242:10
**destinations** [1] -
182:18
**detail** [3] - 157:25,
158:8, 158:11
**detained** [1] - 275:11
**determination** [1] -
219:15

**determined** [1] -
169:14
**devastating** [4] -
165:20, 166:10,
166:21, 167:15
**developed** [1] - 252:1
**development** [2] -
149:11, 150:2
**device** [3] - 144:24,
181:20
**devices** [6] - 181:19,
200:21, 200:24,
207:13, 222:22, 222:23
**diagram** [4] - 165:1,
248:25, 255:14, 267:5
**diagrams** [1] - 249:12
**Diana** [4] - 233:11,
233:15, 236:17, 236:18
**Dickman** [2] - 134:1,
277:11
**DICKMAN** [1] - 277:3
**dictionary** [2] -
227:16, 228:10
**differ** [1] - 226:1
**difference** [1] - 238:15
**different** [23] - 136:6,
163:22, 175:19,
176:12, 182:7, 189:4,
200:4, 200:8, 200:10,
200:11, 201:5, 201:6,
201:17, 202:14,
213:11, 213:14,
219:23, 225:10,
225:20, 234:11,
247:15, 258:9
**diminishes** [1] - 241:3
**diminishing** [14] -
239:20, 240:1, 240:7,
240:9, 240:12, 240:22,
241:4, 249:2, 249:3,
249:9, 256:9, 257:19,
267:6, 267:7
**Dintzer** [15] - 133:11,
135:4, 137:20, 142:15,
143:10, 172:23, 205:2,
233:19, 234:9, 246:23,
259:1, 269:25, 271:5,
274:7, 274:17
**dintzer** [1] - 163:11
**DINTZER** [118] - 135:5,
137:9, 137:21, 137:23,
140:9, 140:13, 140:16,
140:22, 140:24,
142:17, 143:1, 143:5,
143:15, 143:18,
143:21, 143:22, 144:6,
144:11, 146:18,
152:18, 152:21,
156:18, 159:10,
159:12, 163:12,

163:14, 166:15,
166:18, 166:19,
172:25, 173:2, 176:3,
176:6, 185:20, 185:22,
191:3, 193:19, 193:21,
197:2, 197:3, 204:6,
205:3, 205:6, 205:8,
205:11, 210:5, 210:16,
213:6, 214:4, 215:10,
216:20, 216:22,
218:15, 219:6, 219:18,
219:22, 220:1, 220:3,
220:5, 225:7, 225:9,
226:7, 226:11, 229:9,
229:14, 229:17,
229:24, 231:5, 231:12,
231:19, 231:20,
232:22, 232:24,
233:25, 234:13,
234:22, 235:23, 236:1,
236:15, 236:16,
240:18, 240:21,
242:24, 243:2, 243:3,
246:6, 246:7, 247:8,
249:23, 249:24, 250:7,
250:8, 254:13, 254:16,
259:11, 260:8, 260:9,
263:20, 264:4, 264:6,
264:20, 265:4, 265:5,
265:13, 267:9, 267:25,
269:6, 269:7, 270:2,
270:4, 271:7, 271:15,
273:10, 273:15,
274:12, 275:13,
275:20, 275:23
**Dintzer**................ [1] -
278:4
**DIRECT** [1] - 137:22
**Direct** [1] - 278:4
**direct** [4] - 142:15,
198:22, 229:25, 273:20
**directed** [1] - 246:14
**directing** [1] - 209:8
**direction** [1] - 236:6
**directly** [1] - 139:4
**director** [3] - 217:5,
220:15, 236:18
**disagree** [15] - 169:8,
170:19, 171:5, 171:6,
172:14, 173:12,
173:15, 173:21, 174:6,
174:17, 175:2, 175:4,
175:6, 175:11, 258:11
**disagreed** [1] - 170:20
**disagreements** [1] -
252:20
**disappear** [5] - 195:4,
195:14, 195:25, 196:8,
196:22
**disappeared** [1] -

285

182:1
**discourage** [2] - 147:1, 147:9
**discovery** [2] - 148:6, 148:15
**discuss** [10] - 204:11, 244:3, 260:12, 260:19, 261:17, 261:18, 261:22, 270:11, 271:12, 272:4
**discussed** [2] - 135:20, 261:25, 267:4
**discussing** [2] - 155:4, 228:18
**Discussion** [3] - 177:19, 178:23, 179:7
**discussion** [8] - 153:24, 179:1, 179:4, 186:9, 243:17, 259:14, 262:22, 275:3
**discussions** [1] - 153:22
**display** [3] - 183:10, 183:11, 183:12
**displayed** [1] - 223:16
**dispute** [2] - 234:25, 255:11
**disputing** [5] - 235:1, 255:7, 255:17, 257:10, 268:16
**distant** [1] - 174:13
**distinction** [2] - 156:2, 191:8
**distribution** [3] - 218:4, 218:6, 218:10
**DISTRICT** [3] - 133:1, 133:1, 133:10
**ditch** [1] - 144:8
**divided** [1] - 202:6
**division** [1] - 201:10
**docket** [1] - 137:8
**document** [53] - 155:8, 155:11, 155:20, 157:5, 161:10, 166:6, 166:14, 166:15, 171:17, 172:8, 172:11, 172:12, 172:14, 173:3, 173:5, 176:2, 178:11, 181:3, 182:2, 195:17, 197:1, 199:2, 218:14, 218:20, 221:20, 221:21, 225:6, 225:24, 226:4, 226:5, 231:21, 232:16, 232:25, 233:21, 236:8, 246:13, 246:19, 247:5, 252:25, 258:2, 263:14, 263:24, 264:3, 264:6, 264:18, 267:10, 269:10, 271:8, 271:9, 272:20, 273:5, 274:7

**documents** [15] - 135:7, 135:8, 135:21, 135:22, 137:2, 140:17, 148:7, 188:22, 190:3, 203:18, 246:24, 247:2, 266:9, 270:2, 270:25
**DOJ** [5] - 133:11, 262:2, 262:7, 262:10, 272:19
**DoJ** [1] - 275:23
**domain** [2] - 184:7, 190:2
**domains** [1] - 190:5
**dominant** [5] - 146:25, 147:6, 147:7, 147:8, 170:13
**dominates** [1] - 174:13
**done** [12] - 148:14, 188:23, 207:3, 207:13, 220:16, 249:5, 249:6, 253:9, 266:19, 271:23, 272:8, 272:9
**door** [1] - 144:10
**doubt** [1] - 257:7
**doubts** [1] - 235:21
**Dow** [1] - 229:11
**down** [24] - 139:4, 146:6, 150:3, 153:14, 174:10, 177:4, 177:9, 187:10, 189:16, 194:25, 195:22, 197:5, 211:9, 222:6, 232:4, 238:12, 239:6, 245:8, 247:20, 250:17, 254:19, 259:19, 271:11, 272:12
**downplay** [1] - 248:5
**Dr** [26] - 137:12, 137:16, 137:19, 142:18, 142:21, 143:6, 204:11, 213:2, 233:23, 234:1, 236:2, 246:11, 246:14, 246:15, 263:15, 265:6, 267:16, 268:11, 271:11, 271:19, 273:14, 273:15, 273:21, 274:10, 275:14, 275:15
**draft** [3] - 156:5, 194:24
**drawn** [1] - 227:4
**driven** [1] - 228:23
**drop** [1] - 255:4
**DuckDuckGo** [1] - 195:20
**due** [2] - 200:3, 202:13
**duly** [1] - 137:14
**during** [1] - 204:12

# E

**e-mail** [1] - 176:11
**e.g** [1] - 197:23
**early** [2] - 161:3, 266:14
**earnings** [1] - 211:4
**easiest** [2] - 162:13, 162:23
**easily** [1] - 263:4
**east** [1] - 223:4
**East** [3] - 223:8, 223:16, 223:18
**easy** [3] - 145:7, 145:10, 252:18
**echo** [1] - 144:3
**economic** [8] - 138:9, 138:22, 139:23, 155:1, 194:1, 239:18, 244:1
**economics** [6] - 138:10, 138:13, 139:25, 213:15, 240:5, 241:1
**economist** [7] - 138:5, 138:7, 151:21, 194:1, 247:21, 266:6, 268:11
**economist's** [1] - 243:18
**economists** [5] - 139:22, 140:8, 243:21, 243:24, 244:3
**edited** [5] - 235:11, 236:4, 236:8, 236:9
**editing** [2] - 241:22, 242:11
**effect** [10] - 163:24, 165:9, 165:10, 171:18, 171:23, 173:16, 173:17, 173:25, 257:17, 257:22
**effective** [8] - 177:23, 178:5, 178:7, 178:10, 178:14, 179:9, 179:15
**effort** [1] - 169:11
**efforts** [1] - 245:24
**either** [8] - 135:25, 152:9, 176:8, 210:22, 234:24, 246:18, 258:14, 272:1
**electricians** [1] - 222:19
**electronically** [1] - 136:1
**element** [2] - 183:6, 183:9
**eliminating** [1] - 196:4
**email** [60] - 133:14, 133:20, 133:24, 133:24, 140:25, 141:4, 152:10, 152:12,

152:23, 153:3, 153:4, 153:7, 153:10, 157:2, 157:6, 157:11, 157:23, 171:9, 171:10, 176:16, 176:19, 176:21, 194:8, 194:9, 194:19, 197:4, 197:8, 197:18, 202:1, 202:10, 205:10, 209:3, 209:9, 209:12, 210:21, 211:20, 213:23, 214:7, 214:18, 216:23, 233:11, 234:14, 236:6, 242:19, 244:23, 245:7, 245:9, 246:8, 246:10, 246:12, 249:15, 250:10, 253:5, 254:17, 262:16, 264:1, 264:14, 264:25, 266:3, 268:4
**emailed** [2] - 141:7, 141:14
**emails** [4] - 153:6, 210:24, 236:20, 244:24
**embedded** [4] - 264:9, 264:12, 264:15, 268:10
**emeritus** [1] - 138:20
**EMG** [2] - 179:18, 179:21
**emphasis** [1] - 255:3
**employed** [1] - 213:25
**employee** [5] - 139:20, 246:18, 266:13, 268:2
**employees** [3] - 212:24, 213:18, 267:15
**employment** [1] - 268:14
**enabling** [1] - 228:14
**encounters** [1] - 252:21
**encourage** [1] - 216:3
**encouraged** [1] - 215:18
**encouraging** [2] - 150:15, 151:1
**end** [3] - 239:16, 261:9, 272:10
**end-all** [2] - 239:16, 261:9
**ended** [1] - 274:7
**ending** [1] - 230:14
**engine** [55] - 146:2, 161:19, 161:24, 169:2, 169:5, 169:9, 169:10, 169:12, 173:6, 175:1, 182:4, 182:5, 182:6, 182:9, 182:10, 182:11, 182:14, 182:16, 182:21, 183:6, 183:9, 183:10, 184:1, 184:14, 185:16, 185:17, 187:4, 189:24, 190:13,

190:15, 191:16, 192:1, 192:10, 192:12, 193:2, 193:12, 193:15, 212:8, 221:13, 221:17, 221:24, 222:2, 223:5, 223:11, 223:19, 224:13, 247:16, 249:4, 249:12, 253:22, 254:12, 255:25, 258:11, 261:8, 263:5
**engine's** [1] - 188:3
**engineer** [1] - 220:25
**engineering** [2] - 151:19, 243:4
**engineers** [3] - 249:5, 258:3, 258:10
**engines** [32] - 165:12, 182:17, 182:19, 182:20, 182:25, 183:3, 183:14, 183:17, 185:4, 186:14, 187:1, 187:24, 189:11, 189:17, 190:10, 191:6, 191:7, 191:11, 191:14, 191:23, 191:25, 192:22, 193:1, 193:7, 195:15, 196:8, 196:22, 199:21, 207:8, 208:9, 247:22, 256:23
**enjoyable** [1] - 196:15
**enter** [2] - 144:18, 264:6
**entered** [6] - 152:19, 204:7, 205:8, 216:21, 250:7, 264:4
**entering** [1] - 142:2
**entire** [2] - 152:2, 246:8
**entities** [1] - 256:21
**entries** [1] - 188:25
**entry** [12] - 147:1, 149:15, 149:21, 150:5, 150:10, 150:16, 150:18, 151:2, 151:5, 152:1, 152:16, 171:12
**environment** [1] - 256:9
**equal** [1] - 224:7
**equals** [1] - 207:1
**equivalent** [1] - 164:15
**Eric** [4] - 139:2, 139:4, 139:6, 139:7
**error** [1] - 212:8
**errors** [3] - 218:20, 224:10, 272:19
**establish** [1] - 232:18
**estimate** [2] - 240:3, 274:19
**estimates** [1] - 207:9

**et** [5] - 133:3, 187:11, 213:11, 235:12, 248:21
**Europe** [1] - 140:8
**evaluate** [2] - 202:2, 216:9
**evening** [2] - 274:22, 276:3
**eventually** [3] - 215:3, 246:11, 247:11
**evidence** [15] - 135:24, 140:23, 169:23, 173:4, 174:2, 193:20, 197:2, 218:18, 220:4, 246:20, 254:15, 264:22, 267:11, 267:12, 268:21
**exact** [1] - 188:24
**exactly** [6] - 167:1, 175:14, 188:18, 209:8, 218:25, 269:21
**examination** [4] - 247:4, 273:5, 273:18, 273:21
**EXAMINATION** [1] - 137:22
**Examination** [1] - 278:4
**examine** [4] - 219:15, 220:3, 235:18, 272:16
**examined** [1] - 137:15
**example** [10] - 164:15, 190:3, 191:20, 216:19, 227:14, 244:2, 250:23, 268:20, 268:24, 269:13
**examples** [1] - 216:16
**except** [2] - 171:8, 258:19
**exception** [1] - 233:24
**exchange** [4] - 200:19, 244:23, 253:5, 262:17
**exclude** [2] - 204:18, 268:21
**excuse** [2] - 153:4, 167:12
**Executive** [7] - 162:3, 162:11, 173:3, 173:5, 174:7, 174:10, 174:18
**executive** [2] - 179:23, 232:7
**executives** [9] - 147:18, 178:3, 179:12, 179:14, 206:1, 206:2, 216:11, 216:15, 216:19
**Exhibit** [5] - 156:4, 202:24, 205:7, 218:16, 225:21
**exhibit** [13] - 135:10, 135:11, 135:23, 136:5, 137:7, 172:24, 205:4, 218:16, 225:25,

267:25, 272:11, 272:14
**exhibits** [5] - 135:15, 137:3, 137:5, 140:10, 278:5
**exist** [1] - 272:19
**existed** [1] - 186:15
**existence** [1] - 184:2
**existing** [1] - 257:23
**exits** [1] - 188:25
**expanding** [1] - 269:15
**expands** [1] - 205:25
**expansion** [1] - 177:2
**expect** [2] - 207:3, 237:25
**Expedia** [5] - 185:16, 185:18, 187:11, 192:17, 192:19
**experience** [1] - 238:20
**experiment** [2] - 165:7, 196:4
**experiments** [2] - 250:23, 253:9
**expert** [8] - 243:4, 243:7, 243:10, 243:15, 244:8, 244:9, 248:13, 275:14
**expertise** [2] - 254:11, 258:2
**explained** [2] - 250:14, 266:7
**explanation** [2] - 200:15, 242:1
**explicit** [1] - 180:22
**express** [1] - 154:22
**expressing** [1] - 198:1
**extension** [2] - 156:9, 156:21
**extent** [3] - 213:4, 233:22, 236:12
**external** [1] - 236:18
**extreme** [1] - 261:5
**extremely** [1] - 239:17

# F

**face** [1] - 232:5
**Facebook** [10] - 183:13, 183:16, 190:25, 197:23, 198:2, 198:6, 207:5, 207:17, 207:20, 208:2
**Facebook's** [1] - 198:22
**facing** [2] - 210:7, 262:1
**fact** [14] - 162:12, 170:22, 175:14, 193:6, 198:18, 234:1, 235:1,

236:1, 237:17, 239:5, 243:10, 255:5, 255:11, 271:9
**factor** [3] - 257:23, 258:7, 271:3
**factors** [2] - 258:1, 263:5
**factually** [1] - 248:6
**failed** [2] - 186:14, 252:19
**failing** [1] - 272:23
**fair** [11] - 152:3, 152:10, 152:15, 161:14, 196:6, 224:3, 224:4, 226:6, 226:7, 260:6, 274:11
**falls** [1] - 234:12
**familiar** [8] - 139:11, 139:15, 150:10, 161:4, 185:9, 243:12, 243:13, 243:14
**family** [2] - 164:16, 168:22
**far** [7] - 152:5, 153:19, 162:2, 174:8, 193:14, 202:8, 242:21
**Farhad** [1] - 247:16
**fastest** [1] - 257:16
**feature** [1] - 191:23
**February** [2] - 194:13, 217:11
**feedback** [1] - 156:6
**felt** [1] - 163:15
**few** [7] - 158:13, 158:21, 161:1, 161:8, 164:8, 178:11, 266:6
**fewer** [1] - 274:16
**figure** [3] - 144:10, 169:11, 201:18
**figures** [1] - 216:18
**final** [1] - 162:11
**Finalized** [1] - 217:11
**finally** [1] - 201:12
**fine** [11] - 143:19, 226:7, 230:6, 231:15, 232:19, 232:22, 245:19, 271:7, 271:25, 274:21, 275:9
**finish** [2] - 265:12, 273:11
**firms** [2] - 206:23, 208:2
**first** [33] - 135:4, 137:12, 137:14, 141:3, 144:20, 145:4, 145:12, 146:14, 146:19, 146:22, 151:10, 156:5, 160:5, 160:17, 160:23, 162:4, 177:4, 190:22, 200:15, 205:23, 211:1,

211:15, 218:20,
229:20, 230:7, 231:9,
233:14, 236:1, 245:9,
251:19, 273:10, 275:14
**five** [4] - 157:11,
190:11, 269:25
**flat** [1] - 221:22
**flat-out** [1] - 221:22
**flesh** [1] - 275:13
**flip** [2] - 178:19,
178:20
**floating** [2] - 154:25,
267:20
**Floor** [1] - 133:18
**flow** [1] - 156:6
**focus** [9] - 141:3,
141:4, 166:8, 191:5,
191:9, 191:11, 191:16,
211:1, 260:13
**focused** [2] - 139:25,
190:5
**focusing** [2] - 177:22,
179:8
**follow** [2] - 231:11,
233:7
**follow-up** [2] - 231:11,
233:7
**following** [2] - 211:10,
219:8
**follows** [2] - 137:15,
169:24
**footnote** [2] - 165:2,
165:3
**FOR** [1] - 133:1
**force** [1] - 168:19
**foregoing** [1] - 277:4
**foreign** [1] - 256:22
**forever** [1] - 161:13
**format** [3] - 188:24,
218:24, 257:14
**former** [1] - 241:1
**formidable** [1] - 232:6
**forth** [1] - 247:11
**forward** [1] - 249:16
**forwards** [1] - 209:7
**foundation** [3] -
213:22, 219:9, 219:13
**four** [12] - 200:3,
200:8, 200:14, 201:17,
202:1, 202:14, 202:15,
202:18, 202:23, 204:2,
240:2
**free** [2] - 275:6, 276:3
**Friday** [1] - 194:13
**friends** [1] - 273:18
**front** [6] - 144:5,
164:18, 245:3, 245:4,
249:15, 268:4
**frying** [2] - 187:6,
188:5

**full** [3] - 135:15,
139:19, 277:5
**full-time** [1] - 139:19
**function** [1] - 253:21
**funded** [6] - 183:19,
183:23, 184:2, 184:11,
220:11, 220:13
**funding** [2] - 183:20,
183:22
**furtherance** [1] -
268:14
**furthering** [1] - 180:22
**furthers** [1] - 199:2
**future** [7] - 149:11,
150:2, 181:8, 228:25,
229:4, 229:5, 229:6

# G

**Gabriel** [6] - 245:10,
245:16, 245:18,
245:19, 246:3, 246:4
**gabriel** [1] - 245:12
**gain** [2] - 174:12,
178:10
**gaining** [2] - 162:20,
180:8
**gains** [4] - 177:24,
178:15, 178:17, 179:9
**garbled** [2] - 250:15,
250:21
**gathered** [1] - 221:10
**gathering** [2] - 177:10,
218:17
**gathers** [2] - 221:12,
227:24
**general** [51] - 155:18,
167:10, 175:18, 182:4,
182:5, 182:6, 182:9,
182:11, 182:14,
182:16, 182:19,
182:22, 182:23,
182:25, 183:3, 183:6,
183:9, 183:13, 183:16,
183:19, 183:22, 184:1,
184:6, 184:11, 184:13,
185:16, 186:11,
186:14, 187:1, 187:4,
187:9, 187:16, 187:20,
187:22, 187:23, 188:3,
189:10, 191:6, 192:23,
193:2, 196:22, 208:9,
213:8, 222:2, 223:5,
223:11, 223:19,
224:13, 240:12, 267:6
**general-purpose** [14] -
182:16, 183:13,
183:16, 184:1, 184:13,
187:1, 187:4, 187:23,
189:10, 191:6, 193:2,

196:22, 222:2, 223:19
**generally** [2] - 138:6,
216:3
**generated** [1] - 145:19
**gentle** [4] - 214:21,
215:15, 215:22, 216:2
**geographic** [1] -
228:14
**geographically** [1] -
222:16
**Geometrics** [1] -
217:12
**given** [4] - 186:2,
188:8, 210:8, 222:6
**go-to** [1] - 205:17
**goal** [1] - 180:22
**Google** [170] - 133:6,
133:21, 135:21, 138:1,
138:2, 138:4, 138:25,
139:11, 139:17,
139:19, 140:3, 141:9,
141:22, 142:2, 145:6,
145:10, 145:14,
146:12, 147:6, 147:9,
147:24, 149:8, 151:2,
151:7, 151:19, 155:2,
155:7, 155:15, 155:17,
155:19, 155:22, 160:7,
162:5, 162:8, 162:21,
163:15, 163:20,
164:17, 164:19,
165:16, 165:22,
165:24, 166:1, 167:8,
167:13, 167:20,
167:24, 168:7, 169:5,
170:10, 170:13, 172:4,
174:13, 175:7, 175:21,
176:1, 177:6, 177:18,
178:3, 178:10, 179:12,
179:13, 180:11,
180:16, 181:12,
181:19, 181:20, 185:3,
185:5, 185:6, 185:17,
187:6, 188:5, 188:14,
188:16, 189:14,
190:25, 192:13, 193:6,
193:11, 193:14,
193:16, 195:4, 195:14,
195:18, 195:25, 196:3,
196:4, 198:6, 198:7,
198:8, 198:14, 198:22,
199:23, 200:21,
200:24, 201:10,
201:17, 202:2, 206:16,
206:19, 206:21,
206:23, 207:4, 207:16,
211:10, 212:23,
213:18, 214:6, 214:12,
216:9, 219:23, 220:8,
221:3, 221:10, 222:9,

222:10, 223:11, 224:9,
224:12, 224:15, 227:6,
227:14, 227:23, 228:1,
228:8, 230:15, 234:5,
238:6, 242:1, 243:8,
243:11, 243:15, 244:6,
244:12, 244:18, 245:1,
246:18, 249:5, 249:9,
255:19, 256:24,
256:25, 257:5, 257:8,
258:3, 261:3, 261:13,
261:18, 261:20,
261:22, 262:13, 265:9,
265:10, 266:13,
266:25, 267:15, 268:2,
269:12, 270:9, 271:16,
272:16, 273:12,
273:20, 276:1
**Google's** [34] -
146:15, 146:20, 148:1,
162:21, 167:17,
167:21, 168:3, 181:4,
181:5, 184:24, 190:13,
190:14, 192:1, 193:7,
203:14, 208:12,
208:15, 216:11,
225:13, 228:21, 231:1,
234:2, 234:17, 236:13,
255:24, 256:6, 258:5,
258:22, 259:12, 266:6,
266:10, 266:15,
268:11, 268:12
**Google-related** [1] -
155:19
**Googlers** [1] - 155:4
**government** [1] -
148:15
**GPS** [4] - 176:23,
177:1, 177:4, 177:5
**graph** [1] - 256:14
**great** [8] - 157:12,
165:21, 187:5, 187:6,
188:4, 188:5, 269:5,
272:22
**grew** [1] - 226:23
**Groan** [5] - 264:15,
264:17, 270:6, 270:7,
270:10
**grounds** [1] - 231:7
**group** [13] - 139:25,
140:3, 179:23, 205:23,
206:1, 206:2, 265:7,
265:8, 265:9, 265:10,
265:18, 266:3
**grow** [2] - 162:13,
162:23
**guess** [5] - 167:23,
191:21, 214:2, 222:13,
275:10
**Guy** [1] - 193:25

## H

**guy** [1] - 171:13

**Hal** [8] - 137:12, 153:18, 176:17, 194:16, 194:23, 212:13, 266:6, 278:3
**HAL** [1] - 137:13
**Hal's** [1] - 248:5
**half** [2] - 257:1, 274:19
**halfway** [1] - 146:6
**hand** [7] - 135:14, 135:25, 136:8, 136:20, 140:10, 159:19, 189:4
**handed** [3] - 225:19, 225:25, 226:9
**handle** [1] - 187:1
**handled** [1] - 220:25
**handles** [1] - 182:6
**handling** [1] - 177:17
**Hands** [3] - 265:8, 266:3, 270:5
**handy** [1] - 169:13
**hang** [2] - 260:6
**happy** [1] - 143:16
**haunt** [2] - 147:21, 149:6
**head** [2] - 244:6, 258:5
**header** [1] - 190:18
**headers** [1] - 190:21
**heading** [3] - 144:20, 178:23
**heal** [1] - 171:2
**hear** [5] - 143:9, 143:19, 214:9, 250:10, 268:17
**hearing** [2] - 135:21, 246:24
**hearsay** [26] - 218:24, 219:1, 229:9, 229:12, 229:22, 231:7, 233:24, 234:4, 234:6, 234:9, 234:19, 234:20, 235:3, 235:25, 244:20, 264:2, 264:5, 264:8, 264:9, 264:10, 267:10, 267:14, 267:19, 268:7, 268:8, 268:10
**help** [7] - 144:2, 144:13, 168:23, 221:10, 223:4, 223:11, 224:16
**helped** [2] - 155:22, 204:3
**helpful** [2] - 175:18, 274:9
**helps** [2] - 140:3, 224:19
**hereby** [1] - 277:3

**Hi** [1] - 153:18
**high** [1] - 211:6
**highlight** [1] - 247:2
**highlighted** [4] - 152:20, 198:5, 199:16, 239:25
**highlighting** [1] - 256:12
**highly** [1] - 258:10
**hired** [1] - 139:11
**history** [4] - 187:5, 188:4, 226:15, 227:5
**hold** [1] - 138:4
**home** [41] - 153:19, 154:1, 155:16, 160:21, 161:7, 161:19, 162:5, 162:8, 162:12, 162:20, 163:24, 164:1, 164:14, 164:16, 165:12, 166:3, 166:22, 167:2, 167:19, 168:2, 168:5, 168:7, 169:14, 169:20, 170:15, 170:22, 171:1, 171:15, 171:23, 173:17, 173:23, 174:11, 174:13, 175:7, 175:22, 177:6, 177:22, 178:9, 179:8, 180:8, 180:12
**Home** [6] - 157:21, 160:7, 160:14, 166:6, 172:3, 176:24
**Honor** [84] - 135:6, 137:9, 137:21, 140:9, 140:13, 140:23, 142:11, 143:21, 146:17, 152:19, 159:11, 163:6, 172:25, 176:4, 185:21, 193:20, 204:7, 205:3, 205:4, 205:8, 210:6, 210:11, 214:24, 216:21, 218:15, 218:19, 219:17, 219:18, 220:4, 225:7, 225:23, 229:10, 229:11, 229:14, 231:5, 231:6, 231:19, 232:15, 232:22, 233:18, 233:25, 234:4, 234:13, 235:2, 235:23, 236:1, 236:7, 236:15, 240:19, 242:24, 243:2, 246:6, 246:10, 246:22, 247:6, 249:20, 250:7, 254:15, 258:25, 260:4, 263:13, 264:2, 264:7, 264:16, 264:20, 265:4, 267:10, 267:18, 268:1, 268:7, 268:19, 269:3, 269:6, 270:3, 271:15, 271:20,

272:18, 273:6, 273:22, 274:6, 274:16, 275:20, 275:24, 275:25
**Honor's** [2] - 236:10, 246:25
**HONORABLE** [1] - 133:9
**hope** [5] - 135:2, 187:5, 188:4, 245:24, 274:18
**hopeful** [1] - 272:24
**hopes** [1] - 188:14
**hoping** [1] - 272:18
**hotel** [2] - 191:21, 191:22
**hour** [3] - 135:3, 274:13, 274:20
**hours** [1] - 273:12
**house** [1] - 206:21
**HP** [5] - 159:8, 162:12, 165:20, 170:3, 171:18
**HRV** [2] - 158:15, 159:17
**hum** [12] - 146:8, 158:18, 162:6, 162:10, 173:8, 189:18, 190:7, 195:7, 205:20, 211:3, 211:12, 254:3
**human** [1] - 239:16

## I

**Ian** [4] - 176:10, 187:15, 197:5, 199:3
**idea** [7] - 156:10, 156:15, 156:20, 156:22, 170:22, 180:11, 216:6
**ideas** [6] - 149:11, 150:1, 152:1, 179:2, 180:18, 181:4
**identified** [1] - 218:22
**illustrates** [2] - 226:15, 227:6
**imagine** [2] - 154:16, 216:17
**impact** [10] - 164:23, 167:16, 167:21, 167:22, 168:2, 168:11, 168:13, 198:22, 218:6, 218:10
**implications** [1] - 168:25
**importance** [1] - 261:23
**important** [36] - 154:23, 156:1, 157:20, 179:19, 180:2, 201:21, 203:5, 228:17, 235:17, 238:19, 238:21,

239:17, 241:18, 242:16, 244:1, 244:15, 251:8, 251:23, 251:24, 252:8, 252:12, 252:14, 253:21, 253:25, 254:5, 254:6, 254:7, 257:21, 258:3, 258:10, 266:19, 270:21, 270:23, 270:24, 270:25, 271:1
**improper** [1] - 163:8
**improve** [12] - 228:1, 228:13, 247:23, 255:2, 255:22, 255:25, 256:2, 256:6, 256:8, 257:11, 258:16, 259:17
**improvements** [1] - 252:7
**improving** [1] - 239:10
**IN** [1] - 133:1
**in-house** [1] - 206:21
**in-line** [4] - 194:21, 197:16, 254:23, 255:7
**inaccurate** [4] - 207:9, 267:12, 268:23, 269:2
**inappropriate** [1] - 249:22
**Inc** [2] - 230:11, 230:15
**include** [3] - 207:5, 217:14, 218:3
**included** [4] - 135:23, 136:5, 148:13, 241:25
**including** [2] - 176:12, 267:15
**inconsistent** [2] - 269:23, 270:8
**incorrect** [1] - 226:5
**increase** [3] - 164:4, 164:6, 198:6
**increases** [1] - 241:3
**increasing** [2] - 145:5, 145:13
**increasingly** [1] - 197:22
**incremental** [2] - 241:2, 263:2
**indeed** [1] - 243:19
**index** [4] - 182:22, 182:25, 183:3, 183:7
**INDEX** [1] - 278:1
**indicate** [1] - 180:13
**indicated** [1] - 233:19
**indications** [1] - 141:20
**industry** [1] - 146:25
**influenced** [3] - 169:13, 173:17, 173:24
**information** [15] - 184:24, 184:25, 185:2, 197:22, 201:15, 209:6,

226:15, 226:19,
226:20, 226:23,
226:24, 228:13,
231:14, 267:18
**infringe** [1] - 142:23
**ingredients** [1] -
238:15
**initials** [2] - 158:17,
158:20
**Initiative** [1] - 157:21
**input** [1] - 182:23
**inside** [1] - 201:14
**inspect** [1] - 258:14
**installation** [1] - 159:9
**installed** [1] - 200:21
**installs** [1] - 200:24
**instead** [2] - 137:7,
240:12
**instructed** [1] - 214:6
**integral** [4] - 227:6,
227:10, 227:12, 239:4
**intellectual** [3] -
149:15, 150:6, 151:6
**intelligence** [1] -
243:7
**intending** [1] - 273:20
**intends** [1] - 274:8
**interest** [1] - 221:7
**interested** [2] - 190:4,
193:23
**interface** [5] - 145:2,
177:18, 248:15, 253:13
**internet** [1] - 230:12
**interpret** [3] - 173:24,
173:25, 260:5
**interpreted** [1] - 212:7
**interrupt** [2] - 190:17,
204:8
**intersection** [1] -
151:20
**interview** [5] - 234:1,
234:8, 236:20, 251:3,
251:16
**interviewed** [3] -
234:16, 235:21, 237:9
**invest** [1] - 201:21
**investigation** [1] -
169:25
**investors** [2] - 197:21,
198:19
**Invisible** [3] - 265:8,
266:3, 270:5
**invite** [1] - 135:8
**involve** [3] - 145:5,
145:13, 204:25
**involved** [3] - 220:6,
220:7, 263:11
**Ishai** [2] - 193:25,
194:8
**Ishai's** [1] - 194:5

**issue** [10] - 136:16,
142:20, 213:13,
234:11, 235:25,
243:21, 244:20,
244:21, 248:18, 267:14
**issued** [1] - 202:6
**issues** [13] - 136:15,
139:12, 139:14,
139:16, 139:23, 140:8,
144:10, 177:18, 181:9,
186:8, 270:12, 273:4,
275:8
**IT** [1] - 209:24
**items** [3] - 180:4,
267:20, 275:9
**itself** [2] - 236:6,
246:19

## J

**Janice** [2] - 134:1,
277:11
**JANICE** [1] - 277:3
**January** [1] - 256:25
**JC** [1] - 135:10
**Jessica** [1] - 180:6
**job** [1] - 257:1
**Johanna** [2] - 205:12,
209:13
**John** [2] - 133:21,
198:13
**joined** [2] - 139:19,
172:7
**joint** [3] - 135:23,
136:5, 137:5
**jon.sallet@coag.gov**
[1] - 133:20
**Jonathan** [12] -
133:15, 139:4, 197:8,
209:10, 209:16,
216:19, 217:15,
217:18, 217:19,
217:20, 217:21, 217:23
**Jonathan's** [2] -
200:3, 202:13
**Jones** [1] - 229:12
**Journal** [4] - 230:5,
230:19, 230:23, 230:25
**jschmidtlein@wc.**
**com** [1] - 133:24
**Judge** [1] - 136:25
**JUDGE** [1] - 133:10
**judgement** [1] -
172:13
**judges** [1] - 204:23
**Judicial** [1] - 133:17
**judicial** [1] - 204:20
**July** [4] - 141:25,
230:2, 230:9, 230:10
**JUSTICE** [1] - 133:12

**Justice** [1] - 218:21

## K

**keep** [1] - 268:9
**keeping** [1] - 135:17
**keeps** [1] - 227:23
**Kenneth** [2] - 133:11,
133:21
**kenneth.dintzer2@**
**usdoj.gov** [1] - 133:14
**key** [4] - 161:18,
174:22, 175:23, 248:18
**kid** [1] - 170:10
**kind** [10] - 155:3,
182:16, 201:7, 210:7,
239:20, 239:25, 249:5,
250:14, 261:5, 270:12
**know-how** [1] - 238:20
**knowledge** [5] -
196:17, 199:1, 238:20,
246:15, 251:25
**knowledgeable** [1] -
244:14
**knows** [7] - 200:22,
213:4, 213:24, 229:18,
248:16, 248:17
**Krazit** [3] - 235:22,
235:24, 237:9
**Ksmurzynski@wc.**
**com** [1] - 133:24

## L

**lack** [2] - 241:22,
242:10
**landscape** [1] - 211:10
**language** [2] - 148:2,
256:22
**languages** [1] -
256:18
**lapel** [2] - 143:11,
144:8
**large** [1] - 227:3
**larger** [1] - 159:24
**last** [15] - 135:20,
137:16, 150:4, 157:7,
172:20, 175:14,
175:15, 177:20, 179:7,
188:2, 214:9, 237:16,
237:18, 262:16
**late** [2] - 233:19, 271:8
**latest** [3] - 199:12,
211:5, 211:18
**LAW** [1] - 133:15
**law** [2] - 184:7, 213:14
**lay** [2] - 219:9, 219:13
**leaders** [1] - 148:1
**leadership** [4] -
146:15, 146:20, 181:5,

181:6
**learn** [1] - 247:24
**learned** [2] - 252:21,
263:10
**learning** [1] - 248:22
**learns** [1] - 228:21
**least** [10] - 156:14,
165:16, 165:24, 167:8,
167:14, 167:24,
178:20, 191:4, 236:12,
242:21
**leave** [4] - 161:14,
161:16, 275:6, 276:3
**leaving** [3] - 159:22,
160:3, 160:4
**left** [4] - 159:19, 189:4,
235:19, 272:25
**left-hand** [2] - 159:19,
189:4
**legal** [5] - 184:4,
190:3, 212:16, 213:17,
214:2
**less** [6] - 142:20,
198:6, 235:17, 240:23,
263:2, 274:20
**level** [1] - 139:4
**levels** [1] - 249:1
**LexisNexis** [3] -
184:3, 184:6, 191:19
**Library** [2] - 196:9,
196:23
**library** [1] - 196:16
**lightly** [1] - 235:11
**likely** [5] - 150:24,
230:4, 230:19, 230:21,
230:22
**limitation** [1] - 264:18
**limitations** [1] - 265:1
**limited** [1] - 207:7
**line** [30] - 142:19,
157:7, 164:5, 170:15,
170:25, 171:1, 176:16,
176:23, 177:4, 187:25,
189:10, 189:13,
189:16, 194:10,
194:21, 197:16,
204:16, 204:22, 209:9,
215:8, 235:20, 241:9,
251:19, 254:23, 255:1,
255:7, 269:22, 271:25,
272:1
**lineal** [1] - 240:13
**linear** [5] - 241:7,
257:18, 257:22, 258:6
**lines** [2] - 163:7,
201:16
**link** [8] - 192:17,
194:9, 194:24, 241:25,
242:13, 251:4, 265:18
**links** [1] - 253:18

**list** [14] - 135:8, 135:10, 135:11, 135:14, 135:16, 135:23, 136:5, 186:14, 187:23, 189:4, 200:14, 205:4, 225:25, 267:25
**listed** [3] - 177:12, 177:13
**listening** [1] - 246:23
**listing** [2] - 137:7, 202:1
**lists** [1] - 135:25
**literature** [1] - 155:1
**live** [1] - 204:24
**LLC** [1] - 133:6
**LLP** [1] - 133:22
**load** [1] - 160:17
**local** [11] - 222:14, 222:15, 222:16, 222:20, 222:22, 223:5, 223:12, 228:3, 228:14, 228:17
**location** [2] - 222:24, 222:25
**locations** [1] - 228:14
**locked** [1] - 276:2
**lodged** [2] - 135:21, 264:21
**log** [2] - 227:19, 227:20
**logs** [8] - 227:4, 227:15, 227:20, 227:23, 228:1, 228:10, 228:20, 228:24
**look** [24] - 136:21, 140:20, 146:24, 157:19, 159:16, 172:15, 178:4, 184:3, 191:21, 196:8, 196:23, 197:4, 216:25, 225:15, 235:9, 244:24, 247:1, 247:22, 248:25, 249:14, 269:10, 274:12, 274:13, 274:23
**Look** [1] - 146:24
**looked** [6] - 157:18, 168:10, 168:13, 176:14, 216:18, 267:14
**looking** [8] - 146:21, 153:12, 203:5, 217:10, 228:6, 232:5, 237:20, 254:20
**looks** [4] - 157:10, 209:2, 209:5, 234:24
**loop** [1] - 273:1
**loose** [1] - 272:10
**lose** [9] - 165:17, 165:20, 165:24, 166:2, 166:10, 166:22, 167:2, 167:9, 168:18

**losing** [8] - 167:16, 167:21, 168:2, 168:8, 198:2, 199:12, 199:24
**lost** [5] - 166:1, 168:22, 220:25, 221:7, 251:14
**loud** [1] - 143:16
**low** [1] - 220:24
**lower** [3] - 176:16, 189:16, 259:19
**lunch** [1] - 135:3

# M

**M-A-I-L** [1] - 265:16
**machine** [1] - 248:22
**Magazine** [1] - 250:11
**magnitude** [1] - 186:3
**MAIL** [1] - 265:14
**mail** [3] - 176:11, 265:9, 265:14
**mailed** [1] - 236:2
**main** [1] - 265:14
**major** [2] - 189:7, 190:11
**management** [2] - 138:9, 179:23
**Manber** [27] - 217:1, 244:5, 244:8, 244:15, 244:18, 247:11, 247:15, 248:2, 248:3, 249:25, 251:15, 252:12, 252:16, 254:22, 254:24, 256:16, 258:22, 260:1, 260:23, 261:4, 261:13, 261:21, 263:6, 263:21, 269:9, 269:18, 271:2
**manber** [3] - 244:25, 248:2, 259:12
**Manber's** [1] - 257:7
**manber's** [2] - 250:24, 255:18
**manner** [2] - 150:24, 221:8
**maps** [1] - 185:7
**March** [9] - 153:7, 153:17, 157:24, 225:3, 225:16, 225:22, 227:10, 229:3, 265:7
**margin** [1] - 189:5
**Marissa** [13] - 177:13, 177:17, 180:6, 205:16, 210:22, 212:16, 214:21, 215:15, 215:22, 216:2, 245:16, 245:21, 246:4
**Marissa's** [1] - 211:1
**market** [40] - 162:14, 162:21, 162:24,

163:15, 166:2, 167:10, 167:11, 174:12, 177:23, 177:24, 178:10, 178:15, 178:17, 179:8, 179:10, 180:9, 199:5, 199:20, 199:24, 200:7, 202:10, 211:5, 211:16, 211:18, 211:24, 212:5, 212:6, 212:10, 212:14, 212:24, 213:10, 213:13, 213:19, 214:6, 214:13, 215:18, 215:25, 216:4, 237:20
**marketing** [8] - 203:4, 203:7, 203:8, 203:9, 204:3, 220:11, 220:13, 220:15
**markets** [1] - 189:8
**marks** [2] - 267:20, 268:20
**master's** [1] - 138:10
**matches** [1] - 136:11
**material** [1] - 210:8
**materials** [2] - 275:6, 276:3
**math** [1] - 138:10
**matter** [10] - 152:14, 222:8, 223:20, 229:15, 231:13, 237:20, 239:17, 258:7, 276:4, 276:5
**mattering** [1] - 270:15
**Matters** [3] - 225:1, 225:16, 226:12
**matters** [1] - 238:20
**matures** [1] - 161:11
**Mayer** [8] - 177:13, 210:22, 211:16, 212:6, 247:15, 248:2, 248:13, 249:14
**Mayer's** [2] - 205:16, 211:1
**McLellen** [9] - 135:9, 135:12, 135:19, 136:4, 136:9, 136:18, 136:20, 136:23, 136:25
**mean** [46] - 142:7, 163:3, 165:3, 167:19, 167:20, 170:7, 171:6, 183:5, 185:7, 191:6, 191:8, 191:19, 192:20, 198:11, 202:4, 202:5, 203:16, 204:1, 214:1, 222:7, 231:9, 231:10, 231:15, 232:17, 234:1, 234:24, 235:1, 235:4, 235:9, 235:20, 238:12, 239:15, 241:4, 243:12, 244:12, 246:17, 265:9,

265:24, 266:1, 266:17, 266:18, 268:23, 269:22, 270:11, 273:14
**means** [16] - 155:6, 155:14, 166:24, 167:21, 169:5, 172:10, 179:21, 186:21, 186:22, 195:8, 195:11, 197:22, 212:20, 240:7, 240:12, 253:15
**meant** [2] - 145:15, 167:2
**measure** [5] - 200:4, 200:8, 202:14, 204:4, 206:11
**measured** [2] - 203:14, 206:17
**measurement** [2] - 201:11, 219:23
**measurements** [1] - 220:19
**measuring** [10] - 202:24, 206:21, 212:4, 213:1, 213:8, 213:10, 213:12, 220:2, 220:6, 220:8
**mechanism** [1] - 183:21
**mechanisms** [1] - 183:22
**meet** [3] - 152:6, 152:8, 152:9
**meeting** [5] - 179:3, 179:12, 179:13, 211:5, 272:18
**meetings** [1] - 199:13
**MEHTA** [1] - 133:9
**member** [1] - 203:9
**memo** [23] - 141:1, 141:3, 141:5, 141:13, 141:16, 142:7, 144:1, 144:7, 144:13, 144:17, 146:3, 148:9, 150:15, 151:2, 151:10, 151:15, 152:2, 152:4, 152:16, 153:1, 153:2, 171:12, 175:23
**memos** [1] - 172:17
**mention** [1] - 216:18
**mentioned** [7] - 146:23, 195:19, 195:20, 202:23, 216:19, 252:7, 258:1
**merchant** [1] - 222:16
**message** [7] - 241:21, 242:5, 242:8, 242:10, 242:15, 242:17
**met** [1] - 152:15
**methods** [2] - 201:17, 202:2

**mic** [2] - 143:11, 144:9
**Michael** [1] - 135:8
**Michigan** [1] - 138:15
**microphone** [2] - 144:4, 144:9
**Microsoft** [45] - 141:10, 141:16, 142:2, 143:23, 144:18, 145:6, 145:11, 145:14, 145:18, 146:1, 147:10, 147:15, 147:18, 150:24, 155:18, 165:20, 167:14, 168:5, 170:7, 170:9, 175:12, 175:16, 175:21, 175:25, 189:14, 191:1, 224:12, 224:15, 230:11, 231:23, 232:2, 232:12, 233:1, 234:6, 247:24, 255:1, 255:19, 256:6, 259:16, 260:1, 262:2, 262:3, 262:4, 263:3, 263:4
**Microsoft's** [5] - 141:20, 245:24, 255:25, 257:10, 258:15
**Microsoft/Yahoo** [6] - 230:1, 237:11, 238:2, 262:8, 262:11, 262:14
**middle** [3] - 149:24, 197:6, 265:21
**might** [12] - 139:15, 148:14, 155:16, 155:23, 164:15, 172:19, 175:12, 190:4, 199:23, 237:25, 249:18, 272:15
**mind** [2] - 231:10, 264:14
**minor** [3] - 158:13, 158:21, 172:13
**minutes** [3] - 171:19, 178:11, 276:6
**misleading** [7] - 257:23, 257:24, 258:5, 258:23, 259:13, 263:18, 271:3
**misquoted** [1] - 235:19
**misread** [2] - 166:14, 263:13
**Mississippi** [2] - 223:4, 223:6
**MIT** [1] - 138:13
**mobile** [2] - 222:22, 222:25
**model** [2] - 187:4, 188:3
**models** [1] - 249:13
**moment** [1] - 269:4

**money** [1] - 188:16
**monopolization** [1] - 147:16
**month** [4] - 203:24, 204:1, 219:23
**monthly** [4] - 203:21, 206:8, 208:8, 216:25
**months** [3] - 152:25, 171:11, 171:14
**more-recent** [1] - 198:21
**morning** [3] - 271:14, 275:7, 276:6
**most** [21] - 164:13, 169:20, 177:23, 178:5, 178:7, 178:9, 178:14, 179:9, 179:15, 190:16, 191:4, 191:15, 191:16, 199:13, 203:5, 224:16, 238:21, 247:22, 248:21, 258:2
**motion** [2] - 232:23, 275:16
**move** [17] - 135:24, 140:18, 142:12, 163:12, 164:12, 210:8, 218:17, 226:9, 231:5, 234:3, 249:20, 259:8, 259:19, 264:6, 267:11, 267:12, 275:11
**moved** [1] - 164:8
**MR** [186] - 135:5, 135:12, 135:19, 136:4, 136:9, 136:11, 136:15, 136:18, 136:20, 136:23, 136:25, 137:9, 137:21, 137:23, 140:9, 140:13, 140:16, 140:22, 140:24, 142:11, 142:17, 143:1, 143:4, 143:5, 143:15, 143:18, 143:21, 143:22, 144:6, 144:11, 146:17, 146:18, 152:18, 152:21, 156:16, 156:18, 159:10, 159:12, 163:6, 163:12, 163:14, 166:12, 166:14, 166:15, 166:18, 166:19, 172:25, 173:2, 176:3, 176:6, 185:20, 185:22, 191:3, 193:19, 193:21, 197:2, 197:3, 204:6, 205:3, 205:6, 205:8, 205:11, 210:5, 210:11, 210:16, 212:25, 213:6, 213:20, 213:22, 214:4, 214:24, 215:3, 215:10, 216:20,

216:22, 218:15, 218:19, 219:6, 219:17, 219:18, 219:22, 220:1, 220:3, 220:5, 225:7, 225:9, 225:23, 226:3, 226:7, 226:11, 229:9, 229:11, 229:14, 229:17, 229:24, 231:5, 231:6, 231:12, 231:19, 231:20, 232:15, 232:22, 232:24, 233:18, 233:25, 234:4, 234:13, 234:20, 234:22, 235:2, 235:7, 235:10, 235:23, 236:1, 236:7, 236:15, 236:16, 240:18, 240:21, 242:24, 243:2, 243:3, 246:6, 246:7, 246:10, 246:22, 247:6, 247:8, 249:20, 249:23, 249:24, 250:7, 250:8, 254:13, 254:16, 258:25, 259:3, 259:10, 259:11, 260:4, 260:8, 260:9, 263:13, 263:20, 264:2, 264:4, 264:5, 264:6, 264:9, 264:16, 264:20, 265:4, 265:5, 265:13, 267:9, 267:17, 267:25, 268:7, 268:19, 269:3, 269:6, 269:7, 270:2, 270:4, 271:7, 271:15, 271:20, 272:2, 272:18, 272:23, 273:6, 273:10, 273:15, 273:22, 274:2, 274:4, 274:6, 274:12, 274:16, 274:19, 275:13, 275:17, 275:20, 275:23, 275:25, 276:1
**MSN** [4] - 166:10, 166:22, 170:3, 171:2
**mumbling** [1] - 240:4
**must** [3] - 154:16, 167:5, 224:2

## N

**N.W** [1] - 277:12
**name** [9] - 137:17, 137:24, 172:17, 173:9, 174:4, 175:24, 185:12, 185:15, 235:22
**named** [4] - 151:11, 205:12, 217:1, 245:10
**names** [1] - 217:10
**narrate** [1] - 246:24
**natural** [2] - 239:20, 239:25

**nature** [2] - 138:9, 196:15
**Naver** [2] - 256:17, 256:22
**navigation** [3] - 185:6, 185:7, 185:8
**navigational** [3] - 185:9, 185:11, 185:12
**near** [1] - 223:2
**necessarily** [6] - 166:4, 167:7, 187:12, 191:19, 191:20, 263:10
**necessary** [1] - 234:17
**need** [17] - 156:5, 166:8, 167:25, 213:3, 213:7, 219:13, 249:7, 251:17, 257:11, 258:15, 267:11, 272:3, 273:4, 274:12, 275:11, 275:22
**needed** [3] - 170:8, 259:16, 274:3
**needs** [2] - 184:25, 274:24
**neglected** [1] - 194:24
**networks** [1] - 197:21
**neutral** [1] - 174:12
**never** [13] - 143:15, 207:19, 207:21, 208:4, 208:5, 208:6, 208:7, 249:3, 249:8, 252:19, 252:23, 270:16
**new** [5] - 170:10, 188:25, 204:21, 250:5, 250:6
**news** [1] - 237:5
**newspaper** [1] - 229:12
**next** [29] - 142:24, 144:10, 164:5, 166:9, 168:23, 169:13, 170:15, 170:25, 171:1, 179:18, 187:14, 187:25, 188:20, 190:19, 195:9, 219:8, 219:20, 232:19, 239:6, 240:7, 240:23, 245:23, 256:12, 256:14, 259:7, 259:21, 275:13
**nice** [4] - 135:2, 225:15, 236:3, 248:4
**Nitin** [4] - 151:11, 167:16, 177:22, 179:8
**nobody** [2] - 184:22, 184:23
**non** [2] - 156:3, 229:22
**non-hearsay** [1] - 229:22
**non-personalized** [1] - 156:3

**noncommercial** [1] - 188:14
**none** [1] - 207:19
**nontrial** [1] - 204:24
**norvig** [1] - 270:8
**Norvig** [4] - 266:11, 266:12, 266:13, 266:24
**norvik** [1] - 268:3
**Norvik** [6] - 268:5, 268:12, 268:17, 268:23, 269:8, 269:17
**note** [6] - 156:2, 159:17, 160:4, 214:21, 215:15
**Notes** [3] - 158:14, 158:22, 176:23
**notes** [9] - 159:16, 160:3, 161:14, 161:17, 162:17, 167:3, 167:5, 170:1, 277:5
**notice** [1] - 204:20
**notification** [1] - 214:8
**November** [2] - 205:18, 209:10
**Number** [2] - 199:4, 200:7
**number** [11] - 163:25, 172:24, 175:19, 188:23, 202:6, 202:7, 203:4, 207:7, 212:9, 216:8, 218:20
**Numbers** [1] - 205:19
**numbers** [13] - 136:6, 137:7, 206:5, 207:6, 208:22, 209:17, 209:20, 211:10, 211:17, 216:11, 216:14, 216:17, 219:24
**NW** [3] - 133:12, 133:22, 134:2

**O**

**object** [5] - 163:6, 231:6, 232:15, 246:16, 263:13
**objected** [1] - 136:13
**objecting** [1] - 215:6
**objection** [32] - 135:22, 137:4, 137:5, 146:17, 156:16, 166:12, 210:7, 210:10, 210:12, 212:25, 213:3, 213:20, 214:24, 215:2, 229:10, 232:17, 233:20, 233:21, 234:19, 234:20, 236:11, 246:17, 249:20, 260:4, 264:3, 264:5, 264:8, 264:9,

264:16, 264:19, 264:21, 267:10
**objections** [2] - 218:19, 272:15
**obviously** [2] - 233:22, 273:15
**OC** [2] - 205:23, 205:24
**occurred** [1] - 233:7
**October** [3] - 205:19, 206:5, 210:22
**OF** [5] - 133:1, 133:9, 133:12, 133:15, 277:1
**off-the-record** [1] - 275:3
**offensive** [1] - 150:23
**offensively** [1] - 150:8
**offer** [5] - 229:10, 229:14, 234:13, 234:14, 234:15
**offered** [5] - 137:3, 137:5, 234:11, 264:13, 264:14
**offering** [1] - 264:18
**offers** [4] - 185:3, 185:4, 185:6, 199:18
**OFFICIAL** [1] - 277:1
**official** [1] - 225:13
**Official** [2] - 134:1, 277:11
**often** [1] - 169:14
**once** [1] - 213:22
**one** [102] - 135:13, 136:10, 137:3, 139:4, 144:23, 145:2, 150:20, 150:21, 157:20, 157:23, 165:8, 165:23, 167:3, 168:10, 168:13, 172:3, 172:7, 173:9, 173:12, 173:15, 174:25, 175:7, 175:11, 175:12, 175:23, 176:22, 177:23, 178:5, 178:7, 178:9, 178:14, 179:8, 182:11, 182:16, 183:3, 183:6, 183:9, 189:7, 190:15, 190:19, 192:6, 192:12, 192:21, 192:23, 193:5, 195:22, 197:12, 200:15, 201:2, 201:9, 203:1, 204:16, 207:8, 207:23, 208:18, 208:20, 210:6, 210:25, 212:12, 212:16, 213:16, 218:17, 218:23, 219:8, 223:2, 223:10, 225:19, 225:20, 225:25, 226:3, 226:8, 226:10, 229:10, 229:13, 237:15,

237:17, 239:3, 240:11, 240:15, 240:23, 244:5, 244:21, 250:5, 250:6, 251:6, 251:24, 255:7, 255:15, 255:17, 259:19, 265:24, 267:7, 268:2, 268:10, 268:25, 272:10
**ones** [2] - 150:22, 206:21
**open** [2] - 135:5, 273:1
**opened** [1] - 276:4
**operation** [1] - 227:22
**opinion** [5] - 156:24, 188:7, 188:8, 238:21, 239:2
**opponent** [1] - 268:15
**opportunity** [3] - 235:18, 247:2, 247:4
**opposed** [2] - 145:10, 246:24
**Orbitz** [1] - 187:11
**order** [3] - 186:3, 247:23, 253:19
**organic** [13] - 184:16, 184:18, 184:21, 184:22, 184:23, 191:25, 192:13, 192:17, 221:17, 221:24, 222:3, 243:10, 243:15
**organization** [1] - 237:5
**original** [4] - 157:12, 251:3, 251:15, 267:24
**originated** [1] - 156:24
**otherwise** [1] - 272:4
**ourselves** [2] - 146:1, 205:1
**outline** [1] - 274:13
**outside** [1] - 267:13
**overflow** [2] - 143:12, 143:20
**overly** [1] - 147:18
**overnight** [3] - 271:13, 272:5, 275:9
**overrated** [1] - 266:7
**overruled** [3] - 213:5, 236:11, 246:17
**overview** [1] - 227:5
**overwhelm** [2] - 173:18, 174:1
**own** [4] - 161:7, 189:13, 218:13, 247:4

**P**

**p.m** [2] - 133:6, 259:23
**Page** [6] - 157:21, 160:7, 160:14, 166:6,

172:4, 176:24
**page** [83] - 146:3, 149:10, 153:19, 154:1, 155:16, 159:16, 160:5, 160:14, 160:16, 160:17, 160:21, 160:23, 161:5, 161:7, 161:14, 161:19, 162:3, 162:5, 162:8, 162:12, 162:20, 163:23, 163:24, 164:1, 164:14, 164:16, 165:11, 165:12, 166:3, 166:22, 167:2, 167:19, 168:2, 168:5, 168:7, 169:15, 169:21, 170:1, 170:10, 170:15, 170:22, 171:1, 171:15, 171:23, 173:17, 173:23, 174:11, 174:13, 174:20, 175:7, 175:22, 177:6, 177:22, 178:9, 179:8, 180:8, 180:12, 183:10, 185:12, 185:17, 187:14, 188:20, 192:1, 194:7, 194:11, 194:13, 208:16, 212:20, 218:5, 219:20, 225:15, 227:13, 232:4, 237:6, 245:23, 251:14, 254:22, 259:3, 259:7, 259:21, 260:5, 267:20, 274:24
**pages** [5] - 155:17, 156:3, 182:22, 182:24, 183:7
**pagination** [1] - 225:20
**paid** [2] - 184:21, 186:18
**paint** [1] - 211:10
**pan** [1] - 187:6
**panel** [4] - 200:18, 207:5, 207:7
**pans** [1] - 188:5
**paragraph** [4] - 152:2, 199:25, 227:2, 256:12
**paragraphs** [1] - 230:7
**part** [22] - 141:21, 142:19, 145:20, 148:13, 151:10, 152:20, 167:16, 168:2, 171:8, 178:2, 186:6, 186:7, 193:22, 193:23, 209:14, 216:25, 223:10, 223:12, 232:5, 233:10, 237:8, 245:9
**particular** [4] - 180:17, 190:2, 216:7, 246:2

**particularly** [2] - 138:9, 168:21
**parties** [1] - 181:10
**partner** [1] - 252:22
**partnership** [1] - 230:12
**party** [1] - 268:15
**passed** [1] - 205:4
**past** [3] - 202:8, 228:24, 257:8
**patient** [1] - 203:20
**pattern** [1] - 267:7
**patterns** [1] - 223:15
**pause** [4] - 143:10, 202:21, 236:25, 237:14
**pay** [3] - 191:19, 193:10, 193:14
**paying** [3] - 184:22, 184:23, 220:16
**pays** [1] - 181:20
**peer** [1] - 138:22
**peer-review** [1] - 138:22
**Penny** [6] - 203:3, 207:19, 209:17, 211:20, 215:20, 218:2
**penny** [1] - 203:4
**penny's** [1] - 220:14
**people** [45] - 145:17, 146:11, 149:8, 150:15, 151:1, 154:15, 154:16, 154:17, 154:19, 161:6, 161:11, 164:19, 172:8, 172:16, 176:12, 179:24, 180:1, 187:5, 188:4, 192:16, 193:11, 194:20, 195:4, 195:14, 195:25, 196:5, 198:8, 207:7, 207:16, 212:2, 212:10, 212:23, 215:18, 215:20, 216:3, 239:13, 248:21, 254:11, 261:18, 261:20, 261:21, 261:22, 271:3
**people's** [1] - 207:13
**per** [1] - 257:2
**percent** [25] - 162:4, 162:8, 164:4, 164:6, 164:9, 168:16, 172:20, 177:3, 186:18, 186:21, 186:23, 186:24, 187:2, 207:1, 208:12, 208:15, 208:23, 209:1, 211:11, 253:9
**perfect** [1] - 136:14
**performance** [1] - 239:10
**perhaps** [2] - 142:23, 273:4

**permit** [1] - 204:23
**persistent** [1] - 165:9
**person** [10] - 141:17, 151:19, 205:13, 205:17, 215:24, 217:19, 219:9, 245:12, 246:3, 272:17
**personalized** [3] - 156:2, 156:3, 248:20
**Personalized** [1] - 157:21
**Peter** [3] - 266:11, 266:12, 266:13
**Ph.D** [2] - 138:10, 203:10
**phrase** [2] - 154:22, 155:21
**phrases** [1] - 148:22
**Pichai** [3] - 177:13, 177:15, 217:6
**picks** [1] - 254:17
**picture** [3] - 164:16, 164:17, 211:10
**pictures** [1] - 168:21
**piece** [5] - 178:23, 245:24, 247:15, 255:15, 259:1
**pieces** [3] - 196:14, 207:11, 254:17
**place** [4] - 192:12, 193:1, 218:17, 218:23
**placed** [1] - 236:5
**places** [7] - 192:6, 192:22, 193:5, 223:4, 223:5, 227:25, 252:25
**placing** [1] - 201:14
**plain** [1] - 248:5
**Plaintiff** [1] - 133:14
**plaintiffs** [5] - 135:5, 135:11, 137:3, 137:11, 275:23
**Plaintiffs** [2] - 133:4, 133:11
**plan** [1] - 271:13
**play** [4] - 140:7, 150:24, 155:24, 221:14
**player** [5] - 146:25, 147:6, 147:7, 147:8, 170:13
**players** [1] - 147:7
**plea** [1] - 275:2
**pleases** [1] - 271:17
**plotted** [1] - 249:3
**plug** [1] - 201:5
**plug-in** [1] - 201:5
**plus** [2] - 182:25, 208:23
**PMetrics** [2] - 160:10, 160:12
**point** [29] - 140:9,

160:2, 162:11, 171:11, 171:20, 173:10, 173:13, 188:15, 211:15, 213:8, 213:11, 220:15, 233:8, 237:19, 240:22, 241:17, 242:7, 242:18, 243:18, 244:5, 246:13, 246:23, 255:8, 255:17, 256:5, 262:21, 262:24, 264:25, 269:12
**pointed** [1] - 247:21
**points** [4] - 172:14, 211:6, 247:15, 267:8
**policy** [4] - 194:1, 204:18, 204:21, 204:23
**popped** [1] - 270:13
**popular** [2] - 201:8, 201:23
**popularize** [1] - 155:3
**popularized** [1] - 155:2
**portion** [5] - 234:15, 246:20, 251:12, 256:16, 265:19
**portions** [3] - 233:21, 247:5, 249:16
**posed** [1] - 197:20
**poses** [1] - 141:21
**position** [14] - 138:4, 147:24, 250:14, 250:22, 251:14, 258:23, 259:12, 263:9, 267:3, 267:4, 269:8, 269:17, 270:9
**positioning** [1] - 247:16
**possibilities** [1] - 161:12
**possibility** [2] - 144:17, 183:5
**possible** [1] - 231:3
**possibly** [2] - 156:10, 156:21
**post** [5] - 137:8, 164:15, 224:24, 225:11, 225:22
**potential** [2] - 147:1, 147:10
**Power** [1] - 153:10
**power** [10] - 153:16, 154:22, 155:6, 155:11, 155:14, 155:21, 156:10, 156:14, 156:19, 156:22
**powerful** [3] - 170:15, 170:23, 171:15
**PowerPoint** [3] - 157:3, 157:6, 159:4
**practice** [4] - 172:16, 176:20, 194:20, 254:23

**pre** [1] - 169:20
**pre-configured** [1] - 169:20
**precise** [1] - 240:10
**predicate** [2] - 214:2, 215:4
**prefers** [1] - 143:2
**prepared** [3] - 135:13, 272:17, 273:5
**present** [3] - 229:20, 234:9, 265:3
**presentation** [5] - 178:2, 178:8, 179:11, 185:23, 186:6
**presented** [3] - 218:25, 219:1, 274:1
**presiding** [1] - 204:23
**press** [1] - 236:19
**presumably** [4] - 195:20, 213:25, 268:4, 268:13
**presume** [1] - 169:6
**pretty** [7] - 165:2, 165:4, 238:13, 239:2, 242:21, 251:19, 257:1
**prevalent** [1] - 222:22
**previewed** [1] - 204:17
**previous** [3] - 168:15, 227:4, 266:9
**previously** [1] - 136:12
**price** [1] - 181:9
**primarily** [2] - 140:8, 238:9
**primary** [1] - 248:15
**principle** [1] - 226:15
**print** [4] - 176:5, 210:15, 230:6, 233:14
**printout** [1] - 229:11
**prioritizing** [4] - 149:16, 150:6, 151:6, 151:7
**private** [6] - 147:13, 148:4, 148:10, 148:13, 148:14, 148:16
**problem** [7] - 143:1, 143:20, 155:19, 234:10, 257:16, 259:6
**proceedings** [5] - 204:16, 204:19, 204:22, 204:25, 277:6
**produce** [2] - 222:20, 240:8
**produced** [1] - 241:8
**produces** [2] - 240:23, 240:24
**product** [17] - 149:22, 150:19, 164:8, 164:13, 164:24, 171:17, 171:22, 173:18,

173:22, 174:1, 189:8, 195:1, 195:12, 195:13, 195:24, 220:11, 237:21
**production** [3] - 241:3, 249:13, 254:14
**products** [8] - 149:16, 150:6, 150:17, 151:6, 151:8, 177:18, 189:4, 190:3
**professor** [4] - 138:18, 138:20, 139:8, 241:1
**program** [1] - 227:22
**programming** [1] - 243:5
**progress** [1] - 228:23
**project** [1] - 220:13
**promise** [2] - 210:17, 224:22
**pronounce** [1] - 137:16
**proper** [4] - 232:21, 243:21, 243:24, 244:3
**property** [3] - 149:16, 150:6, 151:6
**proposal** [2] - 180:7, 181:6
**proposing** [1] - 181:4
**proselytizing** [1] - 216:7
**protect** [1] - 162:21
**Protection** [1] - 133:16
**protective** [4] - 260:10, 260:17, 261:3, 261:14
**protracted** [1] - 230:14
**provide** [14] - 138:8, 141:21, 183:13, 183:16, 187:4, 187:7, 188:3, 188:10, 188:20, 204:24, 221:17, 221:24, 228:14
**provided** [1] - 136:12
**provides** [1] - 182:7
**providing** [1] - 207:5
**provisionally** [4] - 219:3, 219:12, 272:14, 273:2
**PTSD** [1] - 240:16
**public** [10] - 147:13, 148:10, 148:16, 204:16, 204:22, 204:24, 248:11, 270:9, 270:22, 270:24
**publish** [1] - 219:19
**published** [2] - 138:22, 245:23
**pull** [6] - 140:22, 153:13, 205:9, 225:6, 233:13, 239:24

**purchase** [2] - 154:8, 187:12
**purports** [4] - 234:21, 234:23, 267:15, 267:22
**purpose** [46] - 182:16, 183:13, 183:16, 184:1, 184:6, 184:11, 184:13, 186:11, 187:1, 187:4, 187:9, 187:17, 187:20, 187:22, 187:23, 188:3, 189:10, 189:16, 189:24, 190:4, 190:10, 190:13, 190:15, 191:6, 191:7, 191:11, 191:13, 191:23, 191:25, 192:10, 192:12, 192:22, 192:23, 192:24, 193:1, 193:2, 193:7, 193:10, 193:11, 193:15, 196:22, 218:25, 222:2, 223:19, 231:16, 265:2
**purposes** [1] - 191:16
**pursue** [3] - 150:17, 174:11, 181:6
**push** [3] - 135:7, 144:5
**pushed** [1] - 135:15
**put** [15] - 142:23, 143:11, 158:19, 172:17, 174:3, 185:14, 185:16, 190:10, 207:13, 219:9, 219:11, 227:1, 245:4, 268:4, 271:18
**puts** [1] - 192:16
**PV** [2] - 212:14, 212:20

## Q

**Q&A** [1] - 234:25
**QM** [3] - 203:8, 203:9, 203:10
**qualify** [1] - 159:6
**quality** [13] - 171:18, 171:22, 173:18, 173:22, 174:1, 238:14, 247:17, 254:1, 254:5, 255:2, 255:12, 255:19, 255:22
**quantitative** [3] - 203:7, 203:9, 204:3
**quantity** [2] - 238:14, 249:1
**queries** [18] - 182:6, 182:8, 185:9, 187:7, 188:11, 188:14, 191:12, 212:8, 212:9, 221:11, 222:22, 222:24, 224:9, 224:17,

227:5, 231:23, 257:1, 257:3
**query** [16] - 185:11, 185:12, 188:15, 192:25, 211:24, 212:2, 212:4, 213:9, 222:14, 222:15, 228:1, 228:13, 228:17
**question-and-answer** [1] - 257:13
**questioning** [2] - 232:16, 273:24
**questions** [18] - 163:6, 165:7, 176:2, 197:1, 199:2, 218:14, 221:22, 223:5, 223:12, 223:21, 231:11, 233:22, 247:16, 260:15, 263:24, 271:9, 274:17
**quick** [1] - 240:6
**quicker** [1] - 140:18
**quickly** [2] - 204:15, 259:8
**quite** [4] - 173:23, 173:25, 196:15, 234:12
**quotation** [2] - 267:19, 268:20
**quote** [8] - 192:2, 232:7, 232:20, 234:21, 234:23, 235:11, 250:12, 266:9
**quotes** [5] - 251:10, 251:12, 266:8, 267:15, 267:17
**quoting** [1] - 253:23

## R

**raise** [1] - 275:8
**raised** [3] - 146:15, 146:19, 247:17
**Ralph** [1] - 133:17
**RAM** [1] - 222:6
**ran** [1] - 165:8
**range** [3] - 185:2, 187:5, 188:4
**Rangel** [1] - 275:14
**rangel** [1] - 275:15
**ranking** [9] - 253:9, 253:15, 253:18, 253:21, 253:25, 254:4, 254:5, 254:8
**rarely** [1] - 243:25
**rather** [1] - 211:24
**re** [1] - 166:16
**re-ask** [1] - 166:16
**reach** [2] - 244:23, 273:3
**reached** [5] - 163:1, 164:22, 249:25,

262:21, 262:23
**reaction** [3] - 233:23, 234:17, 241:13
**reactions** [1] - 242:20
**read** [31] - 153:6, 166:20, 166:25, 167:1, 176:7, 176:21, 176:22, 195:9, 196:15, 199:9, 199:25, 202:19, 215:8, 216:13, 230:4, 230:19, 230:21, 231:2, 231:3, 232:18, 232:20, 236:23, 237:1, 251:17, 259:1, 263:14, 263:15, 263:17, 263:18, 263:19
**reading** [8] - 155:9, 163:19, 166:15, 169:4, 215:2, 218:2, 237:15, 246:13
**reads** [1] - 248:6
**ready** [4] - 135:5, 135:7, 137:11, 137:20
**real** [1] - 240:6
**realize** [1] - 161:5
**realized** [1] - 233:8
**really** [14] - 156:9, 156:21, 191:8, 191:18, 201:25, 212:8, 222:5, 223:20, 230:6, 232:8, 258:2, 260:13, 261:24, 269:11
**reason** [8] - 143:11, 226:9, 232:13, 233:2, 260:2, 260:10, 260:17, 266:25
**receive** [3] - 150:16, 214:5, 214:12
**received** [4] - 135:14, 214:1, 214:15, 248:3
**recent** [2] - 198:21, 198:23
**recess** [1] - 204:13
**recipes** [5] - 238:15, 238:19, 239:8, 239:9
**recipient** [2] - 152:13, 213:23
**recognition** [2] - 170:10, 170:11
**recognize** [1] - 233:23
**recollect** [1] - 214:7
**recommending** [1] - 163:20
**record** [4] - 204:15, 212:20, 234:17, 275:3
**recording** [1] - 227:21
**red** [1] - 142:19
**redacted** [4] - 193:22, 245:8, 249:17, 249:21
**reduce** [1] - 171:23
**reducing** [2] - 145:5,

145:13
**reduction** [1] - 168:16
**refer** [1] - 192:23
**reference** [1] - 264:15
**referral** [1] - 166:4
**referred** [1] - 217:19
**referring** [10] - 157:8,
166:3, 167:11, 178:12,
195:15, 218:3, 228:3,
242:12, 242:15, 260:25
**refers** [1] - 217:23
**refinements** [1] -
248:21
**reflect** [1] - 181:10
**refresher** [1] - 240:20
**refute** [1] - 157:1
**regarding** [3] - 257:8,
258:23, 259:13
**related** [5] - 155:19,
222:24, 222:25,
227:21, 249:6
**relates** [1] - 236:12
**relationship** [1] -
240:13
**relatively** [1] - 263:3
**relayed** [1] - 218:21
**relevance** [2] - 210:7,
253:16
**relevant** [8] - 182:7,
183:7, 187:13, 192:25,
216:5, 221:13, 221:15,
224:16
**reliable** [3] - 210:3,
219:7, 219:10
**relied** [2] - 216:11,
216:14
**relying** [1] - 233:20
**remain** [2] - 271:11,
272:8
**remains** [1] - 234:6
**remember** [22] -
146:22, 152:5, 152:17,
171:4, 174:6, 178:2,
179:1, 179:5, 179:6,
179:11, 179:13,
179:14, 179:21,
180:11, 180:14,
180:16, 181:5, 197:13,
212:16, 213:17,
240:18, 246:19
**reminder** [4] - 214:22,
215:15, 215:22, 216:2
**repeat** [4] - 148:8,
157:4, 172:23, 192:4
**rephrase** [1] - 270:18
**replacement** [1] -
221:1
**reply** [1] - 197:15
**report** [14] - 171:21,
194:2, 194:3, 194:24,

199:12, 206:8, 206:23,
208:11, 208:14, 216:8,
216:12, 216:13, 217:1,
218:9
**reported** [11] - 139:2,
139:6, 139:7, 203:21,
206:23, 208:1, 208:8,
209:21, 217:20, 218:2,
266:20
**Reporter** [3] - 134:1,
134:1, 277:11
**reporter** [3] - 234:10,
235:21, 239:11
**REPORTER** [1] -
277:1
**reporting** [2] - 141:17,
141:18
**reports** [8] - 207:19,
208:8, 215:18, 216:14,
218:17, 220:16, 221:3,
221:5
**representatives** [1] -
179:18
**request** [2] - 204:15,
264:22
**requested** [1] - 205:4
**requires** [4] - 182:14,
182:15, 182:22, 182:23
**research** [1] - 198:21
**Research** [1] - 230:1
**researched** [1] -
161:23
**resonate** [1] - 242:20
**respect** [8] - 194:25,
195:8, 195:11, 195:12,
204:21, 231:10, 238:2,
253:16
**respond** [2] - 152:12,
194:21
**responded** [1] -
202:13
**responding** [3] -
145:9, 194:20, 200:8
**responds** [2] - 248:3,
248:13
**response** [15] -
156:25, 157:2, 157:11,
180:18, 198:4, 200:1,
215:2, 215:9, 217:25,
231:13, 250:25,
263:15, 264:17, 270:5
**responses** [4] - 194:9,
194:21, 235:1, 254:24
**responsibilities** [1] -
138:6
**responsible** [1] -
208:20
**rest** [2] - 250:20,
274:13
**restaurant** [1] - 222:17

**result** [4] - 183:10,
185:17, 192:1, 232:3
**results** [19] - 182:7,
183:12, 184:16,
184:18, 184:21, 192:1,
192:13, 221:18,
221:25, 222:3, 222:20,
228:21, 247:23,
253:16, 254:8
**resume** [1] - 204:10
**retrieval** [5] - 226:15,
226:19, 226:20,
226:23, 226:24
**return** [5] - 180:6,
240:13, 241:8, 249:3,
256:8
**returns** [14] - 239:20,
240:1, 240:7, 240:9,
240:12, 240:23, 241:4,
249:2, 249:9, 256:9,
257:19, 267:6, 267:7
**reveals** [2] - 260:11,
260:18, 261:4
**review** [1] - 138:22
**reviewed** [2] - 176:19,
176:20
**reviewing** [1] - 262:8
**revised** [1] - 204:23
**revision** [1] - 156:5
**rich** [2] - 149:10, 150:1
**rivals** [6] - 167:17,
167:22, 168:3, 230:14,
231:1, 266:25
**RMR** [1] - 134:1
**role** [3] - 140:7,
155:25, 221:14
**room** [3] - 143:12,
143:20, 191:22
**Room** [2] - 134:2,
277:12
**rosenberg** [1] - 198:1
**Rosenberg** [9] -
139:5, 197:8, 198:13,
202:10, 202:23, 209:5,
209:10, 209:16, 218:12
**rough** [1] - 156:4
**roughly** [2] - 189:1,
207:1
**round** [1] - 244:23
**roundtable** [1] -
241:13
**routinely** [1] - 203:14
**rule** [2] - 213:3, 233:24
**ruling** [3] - 236:8,
236:10, 246:25
**run** [2] - 157:16,
244:12
**running** [1] - 227:22

# S

**S-curve** [1] - 267:5
**S..** [1] - 189:21
**Safari** [1] - 181:14
**salary** [1] - 220:14
**sale** [2] - 183:19,
183:23
**SALLET** [3] - 274:16,
274:19, 275:25
**sallet** [1] - 274:15
**Sallet** [1] - 133:15
**Sallet's** [1] - 142:23
**sample** [2] - 240:2,
247:22
**satisfied** [1] - 245:25
**saw** [3] - 164:25,
178:11, 250:1
**Scale** [2] - 234:2,
236:13
**scale** [59] - 222:2,
222:9, 222:10, 232:9,
232:14, 233:3, 233:9,
237:18, 237:25,
238:13, 238:18,
238:23, 239:1, 239:4,
239:21, 240:1, 241:18,
242:1, 242:5, 242:16,
243:17, 243:20,
243:21, 243:23,
243:24, 243:25,
244:15, 244:18, 245:1,
248:22, 249:4, 250:1,
251:7, 251:8, 251:9,
251:19, 251:23,
251:24, 252:8, 252:12,
252:14, 252:23,
255:24, 256:17,
257:11, 258:7, 258:15,
258:23, 259:13,
259:16, 260:2, 261:19,
261:22, 262:19, 266:7,
267:6, 269:9, 269:18,
270:15
**schedule** [1] - 273:9
**Schmidt** [2] - 139:3,
139:4
**SCHMIDTLEIN** [7] -
136:11, 136:15,
156:16, 271:20, 272:2,
275:17, 276:1
**Schmidtlein** [2] -
133:21, 136:7
**science** [2] - 226:14,
226:25
**scientific** [1] - 266:19
**scientist** [5] - 266:11,
266:15, 266:18, 268:12
**scope** [3] - 269:15,
273:25, 274:4

**screen** [8] - 140:18,
146:6, 149:19, 182:1,
219:19, 225:21, 226:8,
226:10
  **scroll** [1] - 250:17
  **SE** [1] - 169:5
  **search** [202] - 141:21,
146:2, 155:18, 161:19,
161:24, 162:14,
162:23, 164:17,
165:12, 167:10,
167:11, 167:17, 168:3,
169:2, 169:5, 169:8,
169:10, 169:11,
169:14, 170:4, 170:8,
170:10, 170:16,
170:23, 171:16, 173:6,
175:1, 177:24, 178:15,
178:17, 179:9, 180:19,
180:21, 182:4, 182:5,
182:6, 182:7, 182:9,
182:10, 182:11,
182:12, 182:14,
182:16, 182:17,
182:19, 182:20,
182:21, 182:22,
182:23, 182:25, 183:3,
183:6, 183:9, 183:10,
183:11, 183:14,
183:17, 183:19,
183:22, 184:1, 184:2,
184:11, 184:13,
184:16, 184:23, 185:4,
185:16, 185:17,
186:14, 187:1, 187:4,
187:10, 187:17,
187:20, 187:22,
187:23, 188:3, 189:10,
189:17, 189:24,
190:10, 190:13,
190:15, 191:6, 191:11,
191:14, 191:16,
191:23, 191:25, 192:1,
192:10, 192:12,
192:22, 192:23,
192:24, 193:1, 193:2,
193:7, 193:10, 193:12,
193:15, 195:15, 196:8,
196:22, 197:20,
197:21, 197:23, 199:5,
199:18, 199:20, 200:7,
201:18, 201:19, 202:2,
202:4, 202:5, 202:10,
203:15, 203:16,
203:21, 204:4, 206:5,
206:11, 207:6, 207:8,
207:20, 208:8, 208:9,
209:5, 209:20, 212:8,
212:15, 216:8, 216:11,
220:6, 220:8, 220:11,
220:13, 220:19, 221:7,

221:13, 221:15,
221:17, 221:24, 222:2,
222:3, 222:19, 223:5,
223:11, 223:19,
224:13, 226:22, 227:2,
227:4, 227:5, 227:7,
227:12, 228:23,
228:24, 230:12, 231:1,
231:23, 237:18,
237:19, 242:1, 242:5,
243:8, 243:10, 243:15,
244:8, 244:9, 244:10,
244:14, 244:16,
247:17, 247:22,
248:14, 248:20, 249:4,
249:11, 251:7, 252:7,
253:15, 253:21,
253:25, 254:5, 254:8,
254:12, 255:19,
255:25, 257:11,
258:11, 259:16,
259:24, 261:1, 261:4,
261:7, 263:5, 266:13
  **Search** [27] - 142:2,
144:18, 145:6, 145:14,
147:6, 155:18, 181:19,
193:16, 195:4, 195:14,
195:24, 198:22,
205:19, 217:5, 217:11,
232:6, 234:2, 236:13,
239:10, 244:6, 256:24,
256:25, 257:5, 257:8,
258:4, 258:5, 258:15
  **search-share** [1] -
220:6
  **searches** [16] - 162:8,
163:25, 164:4, 164:8,
182:9, 187:10, 191:4,
191:20, 191:21, 198:2,
202:6, 227:15, 227:21,
228:9, 228:17, 228:20
  **searching** [11] -
158:15, 182:17,
182:18, 184:4, 184:6,
184:8, 187:12, 190:2,
226:20, 244:12, 256:23
  **seated** [1] - 272:8
  **second** [11] - 146:22,
162:3, 162:7, 174:14,
175:7, 190:18, 190:22,
201:2, 218:23, 220:12,
227:13
  **section** [2] - 158:14,
158:22
  **Section** [1] - 133:16
  **see** [199] - 137:2,
140:25, 141:2, 141:3,
141:5, 141:11, 141:23,
142:12, 142:16,
142:18, 142:21, 143:2,

143:6, 144:15, 144:21,
146:9, 148:11, 149:12,
151:11, 151:12,
151:14, 151:25,
152:20, 153:8, 153:11,
153:16, 153:20, 156:7,
156:8, 156:12, 156:13,
156:25, 157:5, 157:13,
158:1, 159:17, 160:8,
160:9, 160:11, 160:15,
160:24, 161:21, 162:9,
162:15, 164:2, 164:10,
165:14, 167:20, 169:3,
169:16, 169:17,
169:22, 170:5, 170:17,
171:3, 171:17, 172:1,
172:2, 172:5, 173:7,
173:19, 174:2, 174:8,
174:15, 174:16,
174:19, 174:22,
174:23, 175:9, 176:5,
176:16, 176:24, 177:7,
177:14, 177:25, 178:1,
178:19, 178:24,
179:20, 180:2, 180:4,
180:8, 180:9, 180:10,
187:20, 189:17,
192:18, 194:9, 194:11,
194:13, 194:17,
194:18, 195:2, 195:6,
196:10, 197:9, 197:10,
197:18, 197:24,
197:25, 199:6, 199:14,
199:17, 200:9, 203:18,
205:21, 206:6, 206:15,
206:24, 208:12,
208:15, 208:17, 209:6,
209:8, 209:18, 210:17,
210:19, 210:20,
210:23, 210:24, 211:1,
211:7, 211:13, 211:25,
212:18, 214:23,
215:16, 217:2, 217:7,
217:12, 217:16, 218:7,
219:10, 219:22,
221:19, 225:13,
225:14, 225:17,
226:17, 227:8, 227:17,
230:6, 231:16, 232:4,
232:10, 232:11,
233:11, 233:15,
236:23, 237:13,
237:22, 238:16,
241:15, 241:23, 242:3,
242:22, 245:11,
245:16, 245:19,
245:21, 246:9, 247:18,
247:25, 248:7, 248:18,
248:24, 248:25,
249:14, 249:17,
250:12, 251:4, 252:10,

253:11, 254:19,
254:20, 254:22,
254:24, 256:19,
256:20, 257:4, 257:12,
258:17, 258:19,
258:21, 260:13,
260:15, 260:20, 262:5,
262:6, 262:23, 263:22,
263:23, 266:22,
266:23, 271:14,
274:25, 276:6
  **seeing** [2] - 177:11,
250:4
  **seek** [2] - 156:6, 185:2
  **seeking** [1] - 180:16
  **seem** [1] - 242:20
  **sells** [1] - 199:20
  **send** [1] - 249:16
  **sending** [2] - 151:16,
265:6
  **sends** [6] - 209:5,
209:11, 209:17, 217:1,
217:6, 247:14
  **senior** [1] - 138:8
  **sense** [6] - 167:2,
167:23, 213:14,
213:15, 231:8, 271:23
  **sensitive** [1] - 146:7
  **sent** [26] - 151:11,
151:25, 152:3, 152:25,
153:17, 157:12,
157:24, 159:13,
171:11, 171:14,
176:11, 194:8, 194:9,
205:18, 212:15,
214:21, 215:15,
215:22, 216:2, 242:9,
246:8, 247:9, 265:18,
265:24, 266:3, 268:2
  **sentence** [20] -
148:25, 150:4, 165:19,
165:23, 166:9, 175:14,
175:15, 177:20, 179:7,
179:18, 195:9, 195:13,
195:19, 198:10,
211:15, 228:3, 228:8,
232:5, 236:1, 239:7
  **separate** [5] - 136:16,
137:2, 155:20, 232:25,
267:2
  **September** [2] - 133:5,
277:7
  **series** [2] - 215:4,
215:6
  **serious** [2] - 141:21,
143:23
  **service** [3] - 191:19,
202:6, 228:15
  **set** [15] - 145:4,
145:12, 149:11, 150:1,

155:16, 155:17,
155:21, 164:1, 164:5,
164:14, 174:12,
180:13, 181:10,
184:24, 222:6
**sets** [1] - 162:12
**setting** [12] - 155:6,
155:15, 159:8, 164:18,
166:10, 167:2, 167:19,
168:3, 168:6, 170:4,
170:8, 175:7
**settings** [6] - 164:23,
165:13, 166:3, 166:22,
167:17, 169:21
**setup** [1] - 154:8
**Seven** [1] - 186:2
**Seventh** [1] - 133:18
**several** [3] - 204:1,
204:2, 252:20
**share** [90] - 162:14,
162:21, 162:24,
163:15, 165:17,
165:25, 166:2, 167:9,
167:11, 167:12, 168:8,
168:18, 168:19, 170:4,
170:8, 174:12, 177:23,
177:24, 178:10,
178:15, 178:17, 179:8,
179:10, 180:9, 199:12,
199:18, 199:20,
199:24, 200:4, 200:7,
200:8, 201:16, 201:18,
201:19, 202:2, 202:4,
202:5, 202:11, 202:14,
202:16, 202:24,
203:15, 203:16,
203:21, 206:5, 206:11,
207:6, 208:8, 208:12,
208:15, 209:6, 209:23,
211:5, 211:16, 211:18,
211:24, 212:2, 212:4,
212:5, 212:6, 212:10,
212:15, 212:24, 213:9,
213:10, 213:13,
213:19, 214:6, 214:13,
215:19, 215:25, 216:4,
216:8, 216:11, 218:4,
218:6, 219:24, 220:6,
220:9, 220:11, 220:13,
220:19, 221:7, 237:20
**share/Bing** [1] - 199:5
**shared** [1] - 266:11
**Shares** [1] - 205:19
**shares** [5] - 200:10,
204:4, 207:20, 208:2,
208:9
**Sharma** [20] - 151:11,
151:16, 151:18,
152:25, 159:13,
161:18, 162:20,

163:15, 163:20,
163:24, 164:22, 165:1,
166:21, 171:12,
177:12, 178:3, 178:8,
179:11, 180:12, 181:3
**sharma** [1] - 153:17
**Sharma's** [4] - 167:16,
179:1, 180:18, 181:6
**shopping** [1] - 190:14
**short** [2] - 196:14,
273:5
**show** [9] - 163:3,
189:7, 194:4, 194:7,
234:15, 234:17,
246:11, 246:20, 249:8
**showed** [1] - 255:14
**showing** [4] - 140:17,
168:16, 199:12, 201:13
**shown** [2] - 168:15,
253:18
**shows** [3] - 177:9,
194:19, 206:14
**sic** [1] - 151:15
**side** [5] - 159:19,
243:10, 243:15, 244:22
**sign** [1] - 174:7
**signed** [1] - 203:19
**significant** [4] -
167:22, 244:18, 245:1,
261:8
**significantly** [6] -
255:3, 255:4, 255:23,
255:25, 256:3, 256:6
**similar** [2] - 148:22,
249:12
**similarly** [1] - 228:12
**simple** [1] - 227:14
**simply** [3] - 137:8,
232:20, 239:15
**single** [1] - 241:8
**Sins** [1] - 186:2
**site** [1] - 222:17
**sitting** [3] - 223:18,
265:21, 269:3
**situation** [1] - 168:4
**size** [2] - 176:8,
248:22
**skeptical** [1] - 237:24
**skilled** [2] - 258:3,
258:10
**skills** [1] - 239:16
**slide** [15] - 157:6,
168:15, 168:22,
168:23, 169:7, 171:14,
172:17, 175:23,
176:13, 178:13, 181:4,
185:23, 217:15, 218:3
**slides** [5] - 158:14,
158:20, 158:22, 159:7,
180:13

**slow** [1] - 222:5
**small** [4] - 151:13,
210:15, 247:22, 253:9
**smaller** [1] - 207:11
**SMURZYASKI** [50] -
142:11, 143:4, 146:17,
163:6, 166:12, 166:14,
210:11, 212:25,
213:20, 213:22,
214:24, 215:3, 218:19,
219:17, 225:23, 226:3,
229:11, 231:6, 232:15,
233:18, 234:4, 234:20,
235:2, 235:7, 235:10,
236:7, 246:10, 246:22,
247:6, 249:20, 258:25,
259:3, 259:10, 260:4,
263:13, 264:2, 264:5,
264:9, 264:16, 267:17,
268:7, 268:19, 269:3,
272:18, 272:23, 273:6,
273:22, 274:2, 274:4,
274:6
**Smurzynski** [1] -
133:21
**snippet** [1] - 263:14
**social** [1] - 197:21
**software** [6] - 145:2,
154:8, 154:9, 156:1,
227:22
**sold** [2] - 184:4,
241:14
**sole** [1] - 147:8
**someone** [2] - 151:11,
205:12
**sometime** [1] - 141:13
**sometimes** [1] -
169:10
**somewhere** [3] -
154:16, 154:25, 269:13
**sophisticated** [1] -
161:6
**sorry** [33] - 142:14,
143:10, 144:10, 145:8,
150:1, 152:5, 157:4,
158:5, 159:2, 167:12,
171:1, 173:16, 173:24,
175:4, 182:3, 185:14,
187:15, 189:21,
190:17, 190:20,
191:10, 194:23, 199:3,
212:23, 213:2, 214:9,
238:25, 240:4, 257:15,
270:16, 273:17
**sort** [14] - 170:11,
174:9, 175:19, 182:18,
188:17, 204:17, 214:7,
214:8, 216:16, 244:20,
245:2, 246:15, 257:13,
271:20

**sound** [1] - 144:10
**sounds** [2] - 138:24,
192:2
**source** [1] - 201:15
**south** [1] - 196:14
**speaking** [3] - 189:1,
238:5, 238:9
**special** [23] - 189:16,
189:24, 190:4, 190:10,
190:13, 190:15, 191:7,
191:11, 191:13,
191:16, 191:23,
191:25, 192:10,
192:12, 192:22,
192:24, 193:1, 193:6,
193:7, 193:10, 193:11,
193:15, 193:17
**special-purpose** [18] -
189:16, 189:24,
190:10, 190:13,
190:15, 191:7, 191:11,
191:13, 191:23,
191:25, 192:10,
192:12, 192:22,
192:24, 193:1, 193:7,
193:11, 193:15
**special-purposes** [1] -
191:16
**specialized** [1] -
182:21
**specialty** [1] - 248:15
**specific** [5] - 152:17,
153:24, 173:15,
180:23, 216:16
**specifically** [5] -
195:4, 195:14, 195:24,
228:6, 252:7
**speculative** [1] -
196:15
**spellcheck** [2] -
224:19, 248:20
**spellchecker** [6] -
224:13, 224:16,
227:14, 228:2, 228:7,
228:9
**spelling** [1] - 224:10
**spending** [1] - 165:21
**spent** [1] - 239:9
**St** [1] - 133:22
**stand** [3] - 137:12,
271:12, 271:19
**standing** [1] - 233:18
**start** [5] - 141:16,
204:6, 226:21, 229:25,
271:13
**started** [4] - 139:2,
171:19, 201:20, 273:8
**starting** [1] - 135:4
**starts** [1] - 160:18
**state** [3] - 231:10,

251:8, 264:14
**State** [1] - 133:15
**statement** [13] - 145:9,
154:24, 154:25,
167:13, 201:23,
221:19, 235:16,
250:11, 261:5, 268:1,
268:12, 268:23, 268:24
**statements** [14] -
147:19, 147:21,
148:17, 215:5, 215:6,
234:10, 234:19, 235:5,
235:6, 235:15, 264:10,
268:10, 268:13, 270:22
**STATES** [2] - 133:1,
133:10
**States** [5] - 133:2,
134:2, 137:3, 273:18,
274:10
**statisticians** [1] -
203:10
**statistics** [2] - 239:21,
240:1
**stay** [1] - 169:20
**stenographic** [1] -
277:5
**step** [3] - 231:9,
271:11, 272:12
**Steve** [1] - 149:2
**stick** [1] - 192:10
**still** [12] - 139:8,
163:23, 165:16,
165:24, 167:1, 174:11,
203:16, 231:6, 234:4,
234:22, 240:24, 273:4
**stop** [1] - 220:16
**stopped** [2] - 221:3,
221:4
**store** [1] - 222:15
**stories** [1] - 233:7
**storing** [1] - 228:20
**story** [2] - 241:13,
252:15
**straight** [1] - 241:9
**strange** [2] - 163:17,
165:19
**strategic** [5] - 170:16,
170:23, 171:15, 177:5,
216:9
**Strategic** [3] - 160:6,
172:3, 176:23
**strategies** [4] - 144:1,
144:13, 145:5, 145:13
**strategy** [4] - 145:22,
155:5, 161:18, 174:12
**Street** [5] - 133:12,
230:5, 230:19, 230:23,
230:25
**Stricker** [7] - 245:10,
245:12, 245:18,

245:20, 246:3, 246:4,
247:14
**strike** [1] - 249:21
**Striker** [1] - 245:16
**strive** [2] - 187:7,
188:10
**strong** [3] - 139:15,
155:3, 170:9
**strongly** [3] - 170:3,
173:17, 173:24
**struck** [1] - 230:12
**studied** [2] - 198:4,
198:5
**studies** [1] - 169:24
**studies.** [1] - 240:17
**study** [1] - 226:24
**stuff** [2] - 157:12,
238:13
**subject** [14] - 139:16,
152:6, 152:13, 153:10,
176:23, 205:18, 208:3,
217:11, 229:18,
243:24, 244:3, 264:14,
272:15, 275:15
**submit** [1] - 136:1
**subpart** [1] - 136:4
**subscription** [3] -
184:4, 230:23, 230:24
**subsequent** [1] -
233:7
**success** [2] - 228:13,
263:5
**sued** [1] - 147:15
**suggest** [1] - 258:6
**suggested** [1] - 234:9
**suggesting** [1] -
171:14
**suggestion** [1] - 226:5
**suggests** [1] - 169:1
**suite** [2] - 179:24,
180:1
**Summary** [10] - 162:4,
162:11, 173:3, 173:5,
174:7, 174:11, 174:18,
177:19, 178:23, 179:7
**summary** [4] - 153:18,
218:16, 272:11, 272:14
**Sundar** [2] - 180:6,
217:6
**superior** [2] - 149:21,
150:18
**supply** [2] - 148:21,
148:25
**support** [1] - 171:7
**supporting** [1] -
169:23
**supposed** [1] - 257:6
**surprising** [1] - 210:7
**survey** [2] - 207:21,
207:22

**sustain** [1] - 232:17
**sustained** [1] - 156:17
**SV** [1] - 189:21
**SVP** [4] - 189:19,
192:6, 192:7, 192:9
**switch** [4] - 145:10,
195:5, 195:15, 195:25
**switched** [4] - 255:12,
255:18, 255:20
**Switching** [1] - 144:21
**switching** [15] -
144:23, 145:1, 145:6,
145:14, 145:17,
145:20, 145:21,
145:25, 149:15, 150:5,
151:5, 152:1, 152:16,
153:1, 171:12
**switching-costs-
barrier-to-entry** [1] -
152:16
**sworn** [1] - 137:14
**system** [2] - 186:17,
201:13

## T

**table** [3] - 142:13,
188:24, 275:6
**takeaway** [1] - 175:23
**takeaways** [1] -
174:22
**target** [3] - 175:16,
175:24, 176:1
**task** [1] - 252:18
**taught** [4] - 138:13,
212:23, 213:18
**team** [18] - 135:9,
139:22, 139:25, 172:7,
194:1, 203:4, 203:7,
203:10, 203:21, 204:3,
206:8, 207:23, 208:6,
208:20, 208:22,
264:20, 270:5
**Team** [2] - 160:10,
160:12
**tech** [1] - 189:7
**Tech** [1] - 186:2
**technical** [1] - 213:14
**technique** [1] - 208:1
**temper** [1] - 171:18
**ten** [10] - 176:13,
230:12, 239:9, 255:13,
255:21, 255:23, 256:1,
256:3, 256:7, 256:9
**ten-year** [1] - 230:12
**term** [20] - 146:11,
150:10, 155:4, 162:23,
182:4, 184:8, 189:19,
190:9, 192:6, 192:7,
203:18, 211:16,

212:24, 213:19, 214:6,
214:13, 215:25, 216:3,
243:25, 270:17
**terms** [4] - 136:18,
261:11, 273:8, 274:24
**terrible** [1] - 236:3
**terrific** [4] - 136:24,
137:9, 138:16, 274:13
**territory** [1] - 142:23
**testified** [2] - 137:15,
235:7
**testify** [1] - 271:18
**testimony** [6] -
204:12, 204:25,
271:13, 272:5
**text** [2] - 209:6, 221:19
**THE** [117] - 133:1,
133:1, 133:9, 135:2,
135:10, 135:17, 136:2,
136:7, 136:14, 136:17,
136:19, 136:21,
136:24, 137:1, 137:16,
137:18, 137:19,
140:12, 140:14,
140:15, 142:20, 143:3,
143:9, 143:17, 143:19,
144:4, 144:8, 156:17,
163:9, 163:13, 166:16,
172:23, 173:1, 190:17,
190:20, 190:21,
190:23, 190:24,
190:25, 191:2, 204:8,
204:14, 205:5, 210:9,
210:10, 210:13,
210:15, 213:2, 213:21,
213:23, 215:1, 215:8,
219:3, 219:12, 219:21,
219:25, 225:8, 226:2,
226:6, 229:16, 229:20,
231:8, 231:15, 232:17,
234:7, 234:18, 234:23,
235:4, 235:9, 235:14,
235:24, 236:11,
240:16, 243:1, 246:17,
247:1, 247:7, 259:2,
259:5, 260:6, 263:17,
264:8, 264:12, 264:25,
265:12, 267:13,
267:24, 268:9, 268:21,
269:5, 269:25, 271:5,
271:10, 271:25, 272:3,
272:6, 272:7, 272:13,
272:14, 272:22,
272:25, 273:7, 273:14,
273:20, 273:24, 274:3,
274:5, 274:11, 274:15,
274:18, 274:21, 275:2,
275:5, 275:15, 275:18,
275:21, 276:2
**they've** [3] - 200:22,

200:25, 252:1
**thinking** [2] - 180:23, 257:25
**thinks** [1] - 156:19
**third** [5] - 146:22, 160:14, 201:9, 208:18, 259:1
**Thoughts** [1] - 141:9
**thoughts** [1] - 141:16
**threat** [4] - 141:21, 143:23, 144:14, 197:20
**three** [3] - 151:15, 207:1, 273:12
**tied** [2] - 231:17, 231:18
**tight** [1] - 271:17
**timing** [1] - 274:8
**tiny** [1] - 233:14
**title** [9] - 160:6, 166:6, 177:5, 189:2, 226:12, 230:1, 234:2, 266:18
**titled** [2] - 225:1, 236:12
**today** [6] - 135:16, 181:12, 181:16, 204:20, 239:7, 274:1
**today's** [1] - 227:2
**together** [2] - 232:13, 260:2
**Tom** [1] - 235:22
**Tom's** [1] - 241:13
**tomorrow** [8] - 271:13, 273:7, 273:9, 273:25, 274:8, 274:24, 274:25, 276:4
**took** [1] - 164:24
**toolbar** [1] - 201:5
**Toolbar** [5] - 159:7, 159:9, 201:2, 201:4, 201:21
**toolbars** [1] - 201:6
**Toolbars** [1] - 201:20
**top** [26] - 141:4, 141:7, 152:10, 153:13, 157:23, 160:15, 162:13, 174:25, 176:10, 180:5, 181:4, 187:16, 193:7, 194:9, 197:5, 208:16, 216:15, 218:5, 228:8, 242:19, 246:8, 249:15, 251:2, 262:16, 262:23, 262:25
**topic** [2] - 153:25, 216:5
**total** [2] - 202:7, 212:9
**totally** [1] - 181:1
**toto** [1] - 264:18
**tough** [3] - 186:11, 187:17, 187:22
**tourist** [1] - 222:17

**track** [4] - 135:18, 200:24, 207:14, 209:4
**tracked** [1] - 200:19
**tracking** [1] - 221:7
**traditional** [1] - 197:23
**traffic** [6] - 191:25, 192:13, 192:22, 193:2, 255:2, 255:4
**trained** [1] - 227:3
**training** [8] - 212:17, 213:17, 214:2, 214:5, 214:12, 214:16, 214:19, 215:11
**TRANSCRIPT** [1] - 133:9
**transcript** [4] - 235:13, 277:4, 277:5
**transitory** [1] - 165:10
**travel** [2] - 182:18, 192:16
**Travelocity** [1] - 187:11
**trial** [2] - 204:18, 225:25
**TRIAL** [1] - 133:9
**tried** [2] - 210:3, 219:6
**trivial** [1] - 160:2
**trouble** [1] - 159:25
**true** [20] - 158:3, 158:6, 158:10, 158:11, 159:1, 161:12, 167:7, 171:8, 185:1, 221:16, 224:11, 224:20, 235:5, 244:17, 251:23, 252:8, 256:25, 259:13, 277:4, 277:5
**truth** [5] - 229:15, 231:12, 234:11, 234:15, 264:13
**try** [10] - 140:20, 144:5, 144:12, 181:2, 201:18, 202:2, 203:20, 214:11, 244:23, 252:16
**trying** [10] - 145:9, 146:25, 163:12, 180:25, 191:22, 198:16, 198:18, 263:1, 263:8
**turf** [1] - 174:12
**turn** [3] - 142:24, 160:23, 168:6
**turned** [1] - 245:25
**turning** [1] - 167:19
**turns** [1] - 201:14
**twenty** [1] - 138:3
**two** [16] - 137:2, 144:3, 159:7, 165:9, 189:13, 210:24, 218:19, 230:7, 231:1, 234:12, 237:16,

237:18, 254:17, 267:14, 267:15, 268:10
**type** [2] - 188:15, 219:23
**typed** [1] - 224:9
**typically** [2] - 145:19, 183:12

## U

**U.S** [1] - 133:12
**Udi** [13] - 217:1, 244:5, 245:16, 245:20, 246:4, 248:8, 250:10, 252:20, 257:12, 258:11, 260:22, 267:8, 269:10
**Udi's** [1] - 269:21
**UI** [2] - 253:8, 253:13
**ultimately** [1] - 163:10
**um-hum** [9] - 146:8, 158:18, 162:6, 162:10, 173:8, 189:18, 205:20, 211:3, 211:12
**Umm** [1] - 195:7
**Umm-hum** [1] - 195:7
**under** [7] - 157:7, 162:7, 164:5, 174:10, 208:25, 209:1, 231:22
**undergraduate** [1] - 240:16
**underlying** [1] - 229:18
**underneath** [1] - 170:20
**understood** [20] - 135:19, 136:17, 136:19, 140:7, 148:13, 163:19, 166:20, 167:6, 167:9, 170:7, 204:17, 219:17, 231:21, 231:22, 259:10, 266:24, 267:2, 269:8, 269:17, 273:6
**unfortunately** [1] - 248:6
**Unit** [1] - 133:16
**unit** [4] - 240:7, 240:8, 241:3, 241:8
**UNITED** [2] - 133:1, 133:10
**United** [2] - 134:2, 137:3
**united** [1] - 133:2
**uniting** [1] - 230:14
**Universal** [2] - 196:9, 196:23
**universal** [1] - 196:16
**University** [1] - 138:15
**unless** [3] - 172:17, 234:25, 235:20

**unlikely** [1] - 248:23
**unobjected** [2] - 136:2, 136:4
**up** [56] - 135:8, 135:14, 135:25, 136:8, 136:20, 140:22, 143:2, 146:5, 149:6, 150:13, 153:6, 153:13, 157:2, 159:23, 160:18, 161:7, 176:7, 182:2, 186:9, 199:13, 200:3, 202:13, 203:1, 205:9, 207:24, 210:17, 214:18, 216:5, 225:6, 227:1, 230:7, 231:11, 231:17, 231:18, 233:7, 233:13, 233:19, 239:24, 240:23, 241:12, 241:20, 245:23, 248:2, 249:1, 249:15, 250:24, 254:17, 256:11, 259:21, 262:1, 270:2, 270:13, 271:7, 273:11, 275:22, 276:4
**updates** [1] - 212:15
**UPX** [1] - 210:9
**UPX1001** [2] - 152:18, 156:4
**UPX123** [2] - 159:10, 163:23
**UPX151** [2] - 140:22, 145:4
**UPX178** [2] - 250:3, 253:5
**UPX180** [1] - 254:13
**UPX184** [1] - 245:7
**UPX2083** [1] - 186:10
**UPX334** [1] - 185:20
**UPX340** [1] - 193:19
**UPX472** [2] - 204:6, 209:10
**UPX499** [3] - 210:5, 210:8, 278:6
**UPX7001** [1] - 278:7
**UPX8092** [1] - 229:9
**UPX856** [2] - 263:25, 278:7
**UPX862** [2] - 224:21, 225:21
**UPX884** [1] - 233:10
**UPX902** [1] - 197:2
**UPX927** [1] - 216:20
**UPX930** [1] - 176:3
**UPX960** [3] - 171:24, 172:25, 174:22
**urging** [2] - 200:3, 202:13
**URL** [2] - 185:15, 265:20
**US** [1] - 217:11

**useful** [5] - 155:24, 201:15, 228:21, 263:11
**User** [1] - 144:21
**user** [21] - 145:14, 154:7, 155:24, 155:25, 161:1, 167:12, 168:6, 168:21, 177:17, 185:13, 187:13, 188:15, 192:24, 200:18, 227:15, 227:20, 228:9, 228:20, 248:15, 253:13, 253:18
**user's** [2] - 173:23, 224:17
**users** [23] - 145:6, 145:10, 162:5, 162:7, 164:8, 164:12, 164:23, 169:1, 169:8, 169:20, 173:5, 174:25, 175:5, 184:24, 185:3, 197:22, 198:5, 202:5, 227:7, 227:12, 227:24, 247:24, 248:19
**uses** [6] - 162:23, 211:16, 221:10, 254:8, 254:10
**utilizing** [1] - 202:5

**V**

**valuable** [7] - 175:20, 175:21, 227:7, 227:12, 239:15, 239:16
**Value** [3] - 160:6, 172:3, 176:23
**value** [10] - 177:5, 195:1, 195:12, 195:13, 195:24, 223:17, 241:2, 259:25, 263:2
**Varian** [30] - 137:12, 137:18, 137:19, 142:18, 143:6, 176:17, 204:11, 213:2, 234:1, 234:2, 234:16, 236:2, 236:13, 246:11, 246:14, 247:21, 265:6, 266:7, 267:16, 268:11, 268:23, 271:11, 271:19, 271:24, 273:11, 273:14, 273:15, 273:21, 274:10, 278:3
**VARIAN** [1] - 137:13
**varian** [2] - 137:19, 263:15
**Varian's** [3] - 142:21, 233:23, 246:15
**variety** [1] - 182:6
**vast** [1] - 175:19
**verbatim** [2] - 235:13,

235:16
**version** [3] - 225:10, 250:15, 250:21
**versions** [1] - 201:19
**vertical** [6] - 190:6, 190:8, 190:9, 191:4, 193:6, 197:20
**videos** [3] - 183:1, 183:4, 190:3
**view** [4] - 238:14, 239:15, 243:18, 266:11
**viewpoints** [1] - 157:22
**views** [1] - 212:20
**visits** [1] - 164:4
**voice** [1] - 143:12
**vs** [1] - 133:5
**vulnerability** [3] - 175:16, 175:25, 176:1
**vulnerable** [6] - 165:12, 165:16, 165:24, 167:8, 167:14, 167:24

**W**

**Wagner** [1] - 249:16
**wait** [3] - 231:16, 252:5, 262:18
**walk** [1] - 272:12
**Wall** [4] - 230:4, 230:19, 230:23, 230:24
**wants** [4] - 219:7, 226:4, 246:20, 247:2
**warned** [1] - 149:8
**Washington** [5] - 133:5, 133:13, 133:23, 134:3, 277:13
**wasting** [1] - 246:23
**ways** [7] - 147:9, 200:4, 200:8, 202:14, 202:15, 202:18, 202:23
**weapon** [3] - 170:16, 170:23, 171:16
**web** [21] - 141:21, 160:17, 161:11, 182:9, 182:10, 182:12, 182:15, 182:22, 182:23, 182:24, 182:25, 183:7, 184:9, 187:12, 195:16, 198:8, 200:19, 226:22, 227:2, 227:6, 227:12
**webs** [1] - 226:22
**website** [1] - 190:14
**websites** [1] - 200:25
**Wednesday** [2] - 230:11, 266:10
**week** [3] - 165:9, 171:25, 180:6

**weeks** [3] - 165:9, 237:16, 237:18
**welcome** [3] - 137:19, 178:20, 225:19
**West** [4] - 223:15, 223:19, 223:20, 223:21
**west** [1] - 223:5
**whichever** [1] - 226:3
**whole** [6] - 176:11, 194:7, 240:22, 252:15, 263:17, 263:18
**whoops** [1] - 181:24
**wide** [1] - 182:6
**WILLIAMS** [1] - 133:22
**Windows** [1] - 141:21
**wisdom** [2] - 227:3, 239:18
**wish** [1] - 248:4
**withdraw** [4] - 210:11, 232:23, 249:23, 259:19
**WITNESS** [10] - 137:18, 140:15, 190:20, 190:23, 190:25, 210:9, 210:15, 219:21, 272:6, 272:13
**witness** [20] - 135:4, 137:12, 137:14, 140:11, 142:16, 142:25, 204:25, 219:8, 219:14, 219:15, 220:3, 246:24, 247:3, 259:3, 268:5, 268:8, 271:12, 271:16, 275:13, 278:2
**wondering** [1] - 156:11
**word** [7] - 139:15, 143:13, 191:15, 212:14, 214:9, 220:12, 243:25
**words** [10] - 145:23, 145:24, 179:15, 212:14, 216:7, 226:20, 247:23, 260:5, 267:20, 273:24
**workers** [1] - 252:1
**world** [1] - 196:22
**worried** [1] - 197:21
**worth** [1] - 256:12
**wrap** [2] - 270:2, 271:7
**Wright** [4] - 205:12, 209:3, 209:9, 209:13
**write** [49] - 141:20, 142:12, 145:4, 146:3, 146:24, 147:12, 148:9, 148:21, 149:10, 156:25, 158:23, 165:2, 165:4, 167:3, 167:5, 169:7, 170:1, 170:19, 186:11, 186:17, 188:10, 194:25,

195:24, 196:7, 200:1, 201:2, 209:11, 209:16, 211:23, 214:18, 214:20, 218:5, 226:12, 226:14, 227:1, 227:13, 228:12, 238:12, 241:20, 242:8, 242:19, 250:10, 250:21, 262:1, 262:25, 263:2, 264:17
**writes** [48] - 153:18, 156:4, 156:9, 156:19, 161:18, 162:4, 162:7, 163:24, 163:25, 164:7, 165:12, 165:16, 165:24, 167:8, 169:1, 169:20, 170:3, 194:16, 194:23, 197:20, 199:4, 206:5, 211:4, 211:9, 212:13, 213:16, 217:14, 236:2, 241:11, 241:12, 245:20, 245:23, 247:14, 248:3, 248:18, 251:2, 251:3, 252:7, 256:16, 256:24, 257:17, 258:13, 259:23, 260:10
**writing** [6] - 142:18, 142:19, 142:22, 194:20, 199:23, 254:23
**written** [2] - 158:3, 158:6
**wrote** [44] - 141:13, 141:17, 142:5, 142:7, 142:8, 143:23, 144:1, 144:17, 147:4, 151:15, 152:8, 157:11, 157:12, 157:15, 157:24, 158:8, 158:10, 158:13, 163:5, 171:8, 171:10, 196:14, 198:4, 198:11, 209:23, 215:14, 225:22, 228:20, 229:3, 245:16, 245:20, 246:1, 249:14, 254:22, 255:1, 255:7, 260:22, 260:23, 262:7, 263:6, 263:7, 263:8, 263:12
**WRT** [2] - 195:8, 195:11

**Y**

**Yahoo** [32] - 155:18, 165:20, 166:10, 166:22, 167:14, 168:5, 170:3, 170:7, 170:9, 171:2, 174:13, 175:16, 175:20, 175:25, 209:1, 211:11, 230:11, 231:22, 232:2, 232:7, 232:12, 233:1, 234:5,

256:24, 257:8, 260:1, 262:2, 262:3, 262:4, 263:4, 269:13

**Yahoo!** [2] - 175:13, 206:24

**Yahoo!/Microsoft's** [1] - 242:1

**Yahoo's** [1] - 257:5

**Yandex** [1] - 256:17

**year** [2] - 230:12, 239:3

**years** [13] - 138:3, 146:21, 151:15, 203:24, 204:1, 239:9, 243:20, 243:23, 252:2, 254:11, 260:5, 266:6

**yellow** [2] - 149:18, 149:24

**yourself** [4] - 176:12, 203:1, 216:14, 238:6

**YouTube** [2] - 183:1, 183:4