IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )       CV No. 20-3010
      vs.                          )       Washington, D.C.
                                   )       September 13, 2023
GOOGLE LLC,                        )       9:30 a.m.
                                   )
          Defendant.               )       Day 2
_____)       Morning Session


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

```
APPEARANCES:

For DOJ Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov

                             Catharine Sydnie Wright
                             DOJ-ATR
                             333 Constitution Avenue NW
                             Washington, D.C. 20001
                             (202) 216-7334
                             Email:
                             catharine.wright@usdoj.gov

For Plaintiff
State of Colorado:           Jonathan Bruce Sallet
                             COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
                             Antitrust Unit
                             Ralph L. Carr
                             Colorado Judicial Center
                             1300 Broadway
                             Suite 7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: jon.sallet@coag.gov

                             William F. Cavanaugh, Jr.
                             PATTERSON BELKNAP
                             WEBB & TYLER LLP
                             1133 Avenue of the Americas
                             Suite 2200
                             New York, NY 10036-6710
                             (212) 335-2793
                             Email: wfcavanaugh@pbwt.com

For Defendant Google:        John E. Schmidtlein
                             Graham Safty
                             Kenneth Charles Smurzynski
                             WILLIAMS & CONNOLLY LLP
                             725 12th St., NW
                             Washington, D.C. 20005
                             (202) 434-5000
                             Email: jschmidtlein@wc.com
```

```
APPEARANCES CONTINUED:

Court Reporter:              William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

– – –

WITNESS INDEX

– – –

WITNESSES           DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

CHRIS BARTON        312   349      369
HAL VARIAN          373
– – –

INDEX OF EXHIBITS

– – –

PLAINTIFF'S                              ADMITTED

544                                      331

134                                      334

– – –

INDEX OF EXHIBITS

– – –

DEFENDANT'S                              ADMITTED

15                                       373

1                    P R O C E E D I N G S

2          COURTROOM DEPUTY:  All rise.  The Honorable

3  Amit P. Mehta presiding.

4          THE COURT:  Good morning.  Please be seated,

5  everyone, thank you.

6          COURTROOM DEPUTY:  Good morning, Your Honor.

7  This is Civil Action 20-3010, United States of America, et

8  al., versus Google LLC.

9              Kenneth Dintzer for the DOJ Plaintiffs.

10             Jonathan Sallet and William Cavanaugh for

11  Plaintiff States.

12             John Schmidtlein on behalf of Google.

13         THE COURT:  All right.  Good morning, everyone.

14  I hope everybody had a nice evening.

15             So I understand that before we get started,

16  Counsel for Apple wishes to raise an issue, Mr. Travers, or

17  Tavers.

18             MR. TRAVERS:  Travers.

19         THE COURT:  Mr. Travers.  Come on up.

20         MR. TRAVERS:  Good morning, Your Honor.

21  Ryan Travers on behalf of Apple.

22             We just wanted to clarify, yesterday during the

23  plaintiffs' presentation, there was information disclosed

24  that gives the misimpression that it comes from Apple's

25  confidential information.  That information had not been

1  disclosed to us in advance of the presentation.  So we just

2  wanted to -- and we've conferred with them, we understand it

3  didn't come from Apple's confidential information, but the

4  way it was presented does give a misperception, we actually

5  don't know the accuracy of the information.

6          So we would just like to clarify and let the

7  Department of Justice clarify that the information that they

8  presented did not come from Apple's confidential

9  information, and we would like just an instruction from the

10 Court, a reminder to the parties, to abide by their

11 obligations under the Court's confidentiality order.

12 I think the presentation yesterday, given the public nature

13 of it, I think we have concerns about how that was, you

14 know, presented to the public.

15         THE COURT:  Okay.

16         MR. TRAVERS:  We may seek further relief from the

17 Court, whether it's a redaction or whatnot, but we're

18 evaluating.

19         THE COURT:  You'll have to forgive me.  I'm not

20 sure specifically what you're referring to.

21         MR. TRAVERS:  I prefer not to give it light in

22 open court, Your Honor, but...

23         THE COURT:  This was something during the opening,

24 you mean?

25         MR. TRAVERS:  Yes, correct.

```
1              THE COURT:  All right.  I mean, I'm not -- again
2    without knowing specifically what you're referring to --
3              MR. TRAVERS:  Yes.
4              THE COURT:  -- it's hard for me --
5              MR. TRAVERS:  There were facts and figures
6    presented by the Department of Justice that we believe gave
7    a misimpression as to whether it was coming from Apple's
8    confidential information and about the accuracy of that
9    information.
10             THE COURT:  Okay.  All right.  Okay.
11             Mr. Dintzer, do you have any thoughts?
12   Do you know what he's specifically referring to?
13             MR. DINTZER:  I do.
14             We've conversed with them.
15             And I don't want to say the number either.  We
16   never said that it came from their numbers, so we won't say
17   that it came from their numbers.
18             THE COURT:  Okay.  All right.  Given that I don't
19   remember what the number is.
20             MR. SCHMIDTLEIN:  No.  Your Honor,
21   John Schmidtlein just briefly.
22             I know everybody is juggling a lot of numbers and
23   a lot of confidential stuff here, and we're all trying to do
24   it in good faith.  But I think it is a helpful reminder, the
25   representation that was made yesterday, I didn't want to
```

1    jump up and interrupt my counsel's presentation yesterday,

2    but the remark that was made would leave the public with the

3    impression that that number either came from them or from

4    us.  And if that was so, that would be, I think, a violation

5    of the rules of engagement here.  And I think it is

6    appropriate for everybody to -- just a friendly reminder

7    that if you're going to reveal things like that, whether you

8    think they came from us or somewhere else, if you're -- if

9    it's from somewhere else, you better attribute it to

10   somewhere else, otherwise, there's going to be a

11   misimpression left with the public.  That's all.

12             THE COURT:  Okay.

13             MR. DINTZER:  Your Honor, all I can say is that

14   we -- to the extent we said this -- I mean, we said the -- I

15   said the number.  So I said the number or two numbers,

16   actually.  I didn't attribute it to either of these

17   companies.  It's obviously based on some information so

18   I'm not going to go into what it is.

19             In a perfect world, I would have cloaked it a

20   little bit better, and for that, I mean, we genuinely are

21   working really hard with -- fairly with third parties and

22   with Google to make sure that we're tucking everything away

23   and this one slipped out.  And so...

24             THE COURT:  All right.  Well, you know, again,

25   I think -- I will say from where I'm sitting, everybody has

1   been quite diligent and trying to be as careful as they can

2   be.  And there's a large volume of material here and, you

3   know, and the clarification on the record, I suppose is

4   helpful, and why don't we just leave it at that for now.

5           MR. DINTZER:  We appreciate that, Your Honor.

6           MR. TRAVERS:  Thank you.

7           THE COURT:  Thank you, Counsel.

8           Before we get started, I wanted to just raise one

9   issue, and we don't necessarily even need to have a long

10  discussion about it.

11          I think it was yesterday or maybe the day before,

12  we did issue an order with respect to the redaction requests

13  that had been made in the summary judgment opinion.  Among

14  the redactions that I had denied were, at least, I think two

15  market share amounts.  I think they related to the SEM tool,

16  if memory serves.  And then I noticed yesterday during the

17  presentations, market share, in a number of instances, was

18  redacted.  So I wanted to just give Google the opportunity

19  to be heard on whether there is a reason that the

20  market shares that were in the opinion that I planned to

21  disclose, and have not yet, are something that I ought to

22  reconsider.

23          And you don't need to -- you may not know exactly

24  what I'm talking about, but I just wanted to raise that and

25  we can talk about it later.

1          MR. SCHMIDTLEIN:  I think I do, and I would like

2    the opportunity to confer with my client before I give you a

3    final answer if that's okay.

4          THE COURT:  Sure.  Yeah.  Okay.  Of course.

5          All right.  Do we have Dr. Varian in the vicinity?

6          MR. DINTZER:  We do not, Your Honor.  As per our

7    discussion yesterday, Dr. Varian will be taking off the

8    stand for this morning and Chris Barton will be called to

9    the stand.

10          THE COURT:  Okay.  Great.

11          Why don't we -- is Mr. Barton here?

12          MR. DINTZER:  We will send somebody out to get

13    him.

14          MS. WRIGHT:  Good morning, Your Honor.

15          THE COURT:  Good morning.

16          MS. WRIGHT:  Catherine Wright with the

17    Department of Justice appearing for the United States.

18          THE COURT:  Hi, Ms. Wright.

19          Mr. Barton, welcome.

20          COURTROOM DEPUTY:  Please raise your right hand

21    plaintiff.

22          (Witness is placed under oath.)

23          COURTROOM DEPUTY:  Thank you.

24          THE COURT:  Good morning.

25          Whenever you're ready, counsel.

1           MS. WRIGHT:  Your Honor, I have binders for both

2    on the Court and Mr. Barton that contains some documents

3    that will appear with some redactions.  May I approach?

4           THE COURT:  Sure.

5           MS. WRIGHT:  Your Honor, I'd also like to

6    introduce Mr. Barton's counsel, William Farmer, from Farmer,

7    Brownstein, Jaeger, Goldstein and Siegel.

8           MR. FARMER:  Good morning, Your Honor.

9           THE COURT:  Good morning.

10                          - - -

11   CHRIS BARTON, WITNESS FOR THE U.S PLAINTIFFS, SWORN

12                     DIRECT EXAMINATION

13                          - - -

14   BY MS. WRIGHT:

15       Q    Good morning, Mr. Barton.

16       A    Good morning.

17       Q    As a housekeeping matter, I just gave you a binder

18   that contains some documents.  I'll let you know when we'll

19   be turning to those documents.

20           Could you please state and spell your name for the

21   record.

22       A    Chris burton, C-h-r-i-s, and then B-a-r-t-o-n.

23       Q    Mr. Barton, were you ever employed by Google?

24       A    Yes.

25       Q    When were you employed by Google?

1      A    I started in March 2004 until around September,

2   October of 2011.

3      Q    So you were employed by Google for a little over

4   seven years?

5      A    Uh-huh.

6      Q    Did you negotiate contracts on behalf of Google

7   while you worked there?

8      A    I did.

9      Q    Did any of those contracts relate to the

10  distribution of Google search on mobile phones in the

11  United States?

12     A    Yes.

13     Q    Is it okay if I call those contracts search

14  distribution contracts?

15     A    Yes.

16     Q    Before we talk more about your time at Google, I'd

17  like to briefly touch on what you were doing before and

18  after your time at Google.

19          Before you worked at Google, where did you work?

20     A    Before Google, I was the founder of a company

21  called Shazam.  So I left Shazam and joined Google.

22     Q    What is Shazam?

23     A    Shazam is a mobile application that identifies

24  music, and then you do various things with the music after

25  you identify it.

1       Q    What did you do after leaving Google in 2011?

2       A    After Google, I immediately went to Dropbox, where

3  I led their mobile partnerships with carriers.

4       Q    And what is Dropbox?

5       A    Dropbox is a cloud service for keeping your

6  documents and files.

7       Q    And, Mr. Barton, what are you doing for a living

8  today?

9       A    I'm now both -- I'm an independent keynote

10  speaker, and also an entrepreneur that's bootstrapping an

11  early stage startup.

12       Q    And what does your startup do?

13       A    My startup is using artificial intelligence and

14  computer vision to combine it with hardware to prevent

15  drowning in swimming pools.

16       Q    It's a very important problem to solve.  Thank you

17  for working on that.

18            Now, let's turn back to your time at Google and

19  the rest of my questions today will be about that period.

20            What was your title when you started at Google?

21       A    Strategic partner and development manager.

22       Q    And was that your title the entire time you were

23  at Google?

24       A    Yes, it was.

25       Q    What kinds of search partnerships did you work on

1    when you first joined Google?

2         A    So the very first partnerships I worked on when I

3    joined Google were actually AdSense content partnerships,

4    which is putting ads on to content websites that was just

5    for a very short period of time; followed by some tool bar

6    distribution deals, Google tool bar and powering other tool

7    bars, and then very quickly moving on to mobile

8    distribution, mobile search distribution.

9         Q    I heard you mention a tool bar.  Where do tool

10   bars appear, or when did they appear when you worked at

11   Google?

12        A    Gosh, I actually can't remember clearly, but

13   I think I feel like the Google tool bar already existed when

14   I joined Google in March 2004, but I actually can't remember

15   clearly if that was the case or not, but -- was that the

16   question?

17        Q    I'll rephrase to be a little more clear.

18             When did tool bars appear, on what kind of

19   devices?

20        A    Oh, back then, this is a tool bar that you would

21   install in a browser on computers or PCs or Macs.

22        Q    And I think I heard you mention that not long

23   after you started working at Google, you worked on mobile

24   search distribution contracts.  Did I hear you right?

25        A    Yes.

1     Q    What did the mobile landscape look like at that

2   time?

3     A    Yeah, this was -- again, kind of the latter part

4   of 2004.  So most people were carrying around what were

5   called feature phones, very basic phones made by companies

6   like Nokia and Motorola and so on.  There were some early

7   versions of smartphones like Nokia, Symbian, and Palm

8   devices.  And so you could do very limited things with -- on

9   those phones.

10    Q    And at that time, were you aware of other people

11  at Google working on mobile distribution?

12    A    No, I was the first person.

13    Q    So how did the mobile landscape change while you

14  were at Google?

15    A    So as we recognized the opportunity for searches

16  on mobile phones, we started to build a product team and

17  build products to allow people to search the Internet on

18  mobile phones.  This started off as browsable experiences on

19  a browser with very early technologies, WML and HTML, and

20  then also some very early versions of applications, software

21  applications, on phones for phones such as Symbian phones,

22  Palm devices, BlackBerry devices, and BREW -- Qualcomm BREW

23  devices.  So early applications.  So we started off with

24  that because this is, again, years before the iPhone and

25  Android.

1       Q     And were iPhones released during your time at

2   Google?

3       A     Yes.

4       Q     What about Android phones?

5       A     Yes.

6       Q     Was mobile a significant channel for search

7   distribution when you first joined Google?

8       A     It was very, very small.  Yeah, very small portion

9   of Google search.

10      Q     Did that change during your time at Google?

11      A     Well, let's see.  The iPhone launched in 2007, and

12  The App Store launched -- was available in 2008.  I left in

13  2011.  So we were in a kind of -- by the time I left, there

14  were both many iPhones on the market but also -- multiple

15  generations of the iPhone and also multiple models of

16  Android.

17            But I would say, I'd say some of the biggest

18  growth years were in the years right after I left, so, you

19  know, 2011, 2012, 2013 is when you saw mobile search become

20  a very significant portion of all search.

21      Q     Did you have a role in developing the framework

22  for search distribution on mobile at Google?

23      A     Yes.

24      Q     What was your role?

25      A     It was really to help define how we would partner

1  with carriers and mobile device manufacturers known as OEMs
2  to find a path for a distribution and incentivize them to
3  distribute Google search on their devices.
4      Q    Did you receive any guidance from senior
5  executives at Google about search partnerships?
6      A    Yeah.  I mean, basically, as a partnership
7  framework -- when I would create a partnership framework, I
8  would have to basically create a summary of that and take
9  that to executive approval, which, in the early years, was
10  very senior executives, EMG, including Eric Schmidt and
11  Larry and Sergey and later years was led by Joan Braddi.
12  And then if we hit really, really sticky issues, we'd go to
13  Larry and Sergey.
14      Q    And who's Larry?
15      A    Oh, sorry.  Larry Page, the founder of Google,
16  cofounder.
17      Q    And who is Sergey?
18      A    And Sergey Brin, the other cofounder of Google.
19      Q    I believe I also heard you mention Joan Braddi; is
20  that right?
21      A    Yeah, she, at the time, was the vice president of
22  partnerships.
23      Q    I believe I heard you mention that you negotiated
24  search distribution contracts with carriers; is that right?
25      A    Yes.

1      Q     Which U.S. carriers did you negotiate contracts

2   with?

3      A     Pretty much all the major ones, which is basically

4   this four major U.S. carriers.  That's AT&T, Verizon,

5   Sprint, and T-Mobile.  That's at some point during those

6   seven and a half years at Google, yep.

7      Q     I believe you also mentioned OEMs or mobile

8   manufacturers.  Which mobile manufacturers did you negotiate

9   search distribution contracts with?

10      A     The way -- I led the Motorola deal, a global deal

11   with Motorola.  And I was deeply involved in the

12   BlackBerry RIM deal as well.

13      Q     Did you negotiate search distribution contracts

14   with Apple?

15      A     No.

16      Q     And did any of the contracts you negotiated

17   or -- strike that.

18           Did any of the search distribution contracts that

19   you negotiated relate to Android phones?

20      A     Yes.

21      Q     What was your role during negotiations for search

22   partnerships?

23      A     I mean, as basically, my responsibility is to

24   initiate the relationship with the partner, so meeting the

25   executives at AT&T or Motorola, to sort of identify a

1   structure for partnering with them and to kind of convince

2   them to move forward with us, which was not easy in many

3   cases with carriers.

4           And then to negotiate a set of terms in a form of

5   a term sheet.  And then once the term sheet was agreed, to

6   take the summary of that deal for executive approval.  And

7   when I mentioned it to executive committees.  And then once

8   a deal was approved, to take the deal all the way through

9   the contract negotiations, working with a Google attorney.

10  Q    What were your objectives when negotiating search

11  distribution contracts with partners?

12  A    My objectives were to look out for the interest of

13  Google, which basically meant you drive more -- and there's

14  two types of deals, I should clarify.  There's Google search

15  distribution and then, in some cases, Google syndication

16  which is when you're powering someone else's search.  It

17  turned of that in mobile we ended primarily doing Google

18  search distribution so that's more people using the Google

19  branded Google search service.

20          So -- but you have to rephrase the question now.

21  Q    Thank you for that clarification.

22          And just to be clear, today my questions relate to

23  the search distribution contracts --

24  A    Okay.

25  Q    -- not syndication contracts.  But if it's ever

1    unclear, let me know.

2        A    Okay.

3        Q    So my question was, what were your objectives when

4    negotiating search distribution contracts?

5        A    Yeah, I think -- I mean, I think ultimately my

6    objectives were to find a -- establish a partnership where

7    we would be -- maximize the opportunity for users to

8    discover and use -- discover and use Google search, which

9    would then, therefore, lead to more Google searches on

10   mobile phones.

11       Q    Did search distribution contracts have financial

12   terms?

13       A    Yes.

14       Q    What kinds of financial terms?

15       A    The key financial terms were simply revenue share.

16   So sharing on the advertising revenue that resulted from the

17   distribution of Google search.

18       Q    Why did you negotiate search distribution

19   contracts with both carriers and mobile manufacturers?

20       A    Because, basically, the -- it's a very complicated

21   space, the mobile ecosystem.  And the -- it varies widely

22   and almost unpredictably as to who decides whether Google

23   search goes onto a mobile device.  In some cases, it's the

24   mobile OEM, the device manufacturer.  In some cases, it's

25   the mobile carrier.  And in some cases, the two of those

1    can't even agree who it is.

2        Q    So how did negotiating with both carriers and

3    manufacturers help you achieve your objective when

4    negotiating search partnerships?

5        A    How did they -- could you repeat that?

6        Q    Absolutely.

7            How did negotiating with both carriers and OEMs

8    help you achieve your objectives for search distribution?

9        A    Yeah.  So given the objective is to make Google

10   discoverable and easily usable by consumers.  And if you

11   don't know who is going to actually put Google on the phone,

12   the easiest way to solve for that is to just partner with

13   both groups, and that's what we did.  And we created -- that

14   was actually one of the things that kind of -- I created my

15   original framework was as a way to make sure that you can

16   have contractual relationships with both, but only one of

17   the two parties would receive the revenue share based on

18   whoever actually distributed Google search.

19       Q    Are you familiar with the term "default" in the

20   context of mobile phones?

21       A    Yes.

22       Q    What does default mean in that context?

23       A    So as you may have -- in any software experience,

24   sometimes you can change the settings.  And so in the case

25   of search, you can sometimes find in a browser on a PC or on

1    a mobile phone that you can change who your search provider

2    is.  And so the default is simply the search provider that

3    is the one that comes out of the box, as we used to say.

4    So it's the first one when you first turn on your device.

5         Q    And who would set the default search on a device?

6         A    That would be set by either the carrier or OEM,

7    depending on who has control of the device.

8         Q    Are you familiar with the term "search access

9    point" in the context of mobile phones?

10        A    Yes.

11        Q    What is a search access point?

12        A    A search access point is anyplace that you would

13   actually arrive at the Google search bar, Google search,

14   because there's multiple places, such as it could be a piece

15   of software that launches the Google search app, it could be

16   the browser, it could be the web page that the browser

17   defaults to, it could be the box where you type in your URL

18   in the browser, it could be a hard key on the actual device.

19   There's multiple places where you could initiate a search.

20        Q    When you were negotiating with partners, did you

21   ask them to make commitments relating to search defaults?

22        A    Yes.

23        Q    What kinds of commitments?

24        A    The commitment that we'd seek would be to make

25   Google the default search on the devices that they're

1    distributing to their customers.

2        Q    Are you familiar with the term "exclusivity" in

3    the context of search distribution contracts?

4        A    Yes.

5        Q    What did exclusivity mean in that context?

6        A    Exclusivity means that you're reaching an

7    agreement whereby part -- their part of the agreement is to

8    make Google, only Google, the exclusive search default on

9    the devices.  So you have confidence that it will always be

10   Google on that particular partner's devices.

11       Q    And was exclusivity a commitment you asked

12   partners for during your search distribution negotiations?

13       A    Yes.

14       Q    Why did you ask partners for default search

15   exclusivity?

16       A    Because partners, these partners, whether they're

17   mobile OEMs or carriers, this is kind of their capability is

18   to make a commitment to a partner.  And so we wanted to be

19   the partner that they would select as opposed to our key

20   search competitors with regards to being the default search

21   exclusive partner.

22       Q    So if a partner agreed to exclusivity, could that

23   partner put other search engines on the phone out of the

24   box?

25       A    I mean, they could put other search engines, but

1    they would not be the default search engines.

2        Q    So if they were not the default, how would they

3    appear on the device?

4        A    You might go into settings, like, for example, if

5    you opened up your iPhone and went into search settings, you

6    might see a list of search providers, and the other ones you

7    see on the list are some alternative search providers.  And

8    those would be the examples.

9        Q    Was asking for exclusivity a standard part of your

10   search distribution negotiations?

11       A    Yes.

12       Q    Did you ever propose a search distribution deal in

13   which the partner would receive revenue share without

14   agreeing to exclusivity?

15       A    No.  I would always seek exclusivity -- or in most

16   cases, certain partners where, just due to the nature of

17   their distribution, it seemed like we had to work around

18   what was called kind of distributed devices or device

19   commitments, shipment commitments, but that was pretty rare.

20   Typically, we'd seek exclusivity, yeah.

21       Q    In those rare circumstances, would you still ask

22   that Google be the exclusive default on those shipped

23   devices?

24       A    Yes, that would always be the objective, yeah.

25       Q    Now, earlier, I believe you mentioned something

1   called a "term sheet"; is that right?

2       A     Uh-huh.

3       Q     What is a term sheet?

4       A     A term sheet is a summary of the headline business

5   terms.  It's not contractually binding, but it acts as an

6   instrument to make sure you're on the same page as to what

7   the core commitments in the contracts are going to be.  And

8   then from there we can draft the contract.

9       Q     And I believe I also heard you say that you would

10  have to have the term sheet reviewed by the executive group

11  at Google.  Do I have that right?

12      A     Not the term sheet itself, but we would create

13  like a PowerPoint summary quite often of the headline terms

14  and highlighting anything that might be nonstandard in

15  particular.

16      Q     And I heard you say headline terms.  What kind of

17  terms would be headline terms?

18      A     Exclusivity, you know, clearly.  Revenue share.

19            Markets, the markets for which -- geographic

20  markets.

21            Maybe even which device categories in some rare

22  cases.

23            And then quite often there were these unique

24  aspects to the partnership where carriers or OEMs had

25  special projects that they were implementing in mobile and

327

1    we had to work with those to establish a partnership.  So

2    different software configurations that they plan to

3    implement and specific search -- specific experiences that

4    they're trying to achieve.

5         Q    I'd like to take a brief look at just one search

6    distribution contract with you.

7              Do you recall negotiating a search distribution

8    contract with Sprint?

9         A    Yes.

10        Q    So please turn to UPX5533 in your exhibit binders.

11             Mr. Penado, you may please pull up UPX5533.

12             And, Your Honor, this exhibit was entered

13   yesterday.

14             It does have redactions, but everything we intend

15   to review with Mr. Barton Google has agreed may be shown

16   publicly.

17             Mr. Barton, is UPX5533 titled "Google products and

18   services agreement"?

19        A    Yes, it is.

20        Q    At the top of page 1, just under the title of the

21   contract, are you listed as the Google SPD rep?

22        A    Yes, I am.

23        Q    What does SPD stand for?

24        A    Strategic partner in development.

25        Q    There's a table on page 1, and in the last row of

1     that table, there is an effective date.  What is the

2     effective date for this contract?

3          A     May 6th, 2008.

4          Q     Is this a contract you negotiated with Sprint in

5     2008?

6          A     Yes, it is.

7          Q     Who would have drafted this contract?

8          A     It looks like Andrew Hyman from the legal team.

9          Q     Would you have reviewed the contract?

10         A     Yes, extensively.

11         Q     And why would you review it?

12         A     That was my, one of my -- part of my role at

13    Google is to -- I'm not the lawyer, but I'm the guy that

14    sort of specifying the terms, have to make sure the contract

15    reflects what we're agreeing.

16         Q     Is this a search distribution contract?

17         A     Yes, it is.

18         Q     Please turn to page 7 of UPX5533, which has the

19    Bates 124 in the bottom right-hand corner.

20              On page 7 near the bottom is Section 5, "Default

21    Exclusivity."  Do you see that?

22         A     I do, yep.

23         Q     Is this an example of the default exclusivity

24    terms you negotiated for search distribution?

25         A     Could you repeat the question?

1      Q    Absolutely.

2           Is this an example of the default search -- strike

3      that, let me start over.

4           Is this an example of the default exclusivity

5      terms that you would negotiate for search distribution

6      contracts?

7      A    Yeah, it is an example, and I'd like to point out

8      there's lots of unique things in certain partnerships, so

9      things like the default carousel and Sprint web tile and EFP

10     device and local search services are all examples of things

11     that were specific to Sprint and not most other carrier

12     partners.

13          But, yeah, this is an example of exclusivity in

14     the sense that they're implementing Google and not other

15     search providers as the default.

16     Q    Thank you.

17          You may set aside UPX5533.

18          I just want to circle back to search defaults.

19          Did you view search defaults as valuable?

20     A    Yes.

21     Q    How were they valuable?

22     A    The user experience on a mobile device is very

23     different than on a PC.  A PC, people were very accustomed

24     to just typing in a URL and that's how they browsed the

25     Internet, and a mobile device didn't -- was not primarily

1    just a big browser window.

2           So helping people get to search in this mobile

3    experience, particularly in those pre-iPhone and Android

4    days, was very important to help guide them to a place where

5    they could discover and then keep using Google search.

6    Q    So we just looked at, in UPX5533, a 2008 search

7    distribution contract with Sprint containing a default

8    exclusivity term.  I'd like to talk a little more about how

9    you got there.

10           Please turn to UPX544 in your exhibit binder.

11           Mr. Penado, please pull up UPX544.

12           Your Honor, this exhibit was not entered

13    yesterday, and as I understand it, Google has lodged a

14    relevancy objection.

15           MR. SCHMIDTLEIN:  Your Honor, I can hopefully

16    short-circuit, I think, a number of the documents that

17    counsel is going to raise.

18           Given the time period of these agreements and

19    given the time period of these documents and what we have

20    always understood is the purview of this case, we have

21    lodged relevancy objections to negotiated agreements going

22    back into the 2000s.  And we had that objection to a whole

23    series of exhibits, I expect my colleague is going to offer

24    today.  And we understand if you want to resolve those in

25    one fell swoop --

```
 1              THE COURT:  Okay.

 2              MR. SCHMIDTLEIN:  -- we can deal with those,

 3   because I don't want to interrupt the examination.

 4              THE COURT:  Sure.

 5              MR. SCHMIDTLEIN:  But that is our position for the

 6   record.

 7              THE COURT:  Okay.

 8              Look, so I'll overrule the objection.  I mean,

 9   there is relevancy to even, I guess, pre2010 terms and

10   negotiations, as I suppose what we will learn, or I will

11   learn, is that these were sort of foundational to what comes

12   after.

13              MS. WRIGHT:  Thank you, Your Honor.

14   BY MS. WRIGHT:

15       Q    Mr. Barton, is UPX544 an email chain from March

16   2008?

17       A    Yes, it is.

18       Q    Is the subject of this email chain "Sprint turn of

19   Google drafted term sheet"?

20       A    Yes, it is.

21       Q    Are you a participant in this email chain?

22       A    Yes, I am.

23              MS. WRIGHT:  Your Honor, I move to admit UPX544.

24              THE COURT:  Okay.  544 will be admitted.

25                            (U.S. Plaintiff's Exhibit 544
                               received into evidence.)
```

1   BY MS. WRIGHT:

2       Q     Mr. Barton, what are you discussing with your

3   colleagues in UPX544?

4       A     So I'm discussing during term sheet negotiations

5   with Sprint, and sometimes there's a lot of back and forth

6   in these term sheet negotiations.  But basically what I'm

7   doing is I'm identifying the latest redline response from

8   Sprint on my term -- the original term sheet or a version of

9   the term sheet that I sent to them and summarizing the key

10  issues that I have identified in the redline response from

11  Sprint.

12      Q     In the middle of page 1 is an email dated March

13  21st, 2008, at 3:20 p.m.

14            Do you see that email?

15      A     Uh-huh, yes, I do.

16      Q     Is that an email you sent?

17      A     Yes, it is.

18      Q     And I see a bolded and underlined heading, "The

19  key issues that I found are."

20            Do you see that?

21      A     Yes, I do.

22      Q     Below that, what are you listing there?

23      A     I'm listing a summary of the key issues that I saw

24  in the term sheet response, redline response from Sprint.

25      Q     And so I'd like to discuss one of those bullets.

1    And specifically the fifth bullet, which begins "Sprint

2    appears to have removed."

3            Do you see that?

4    A    I do.

5    Q    It says, "Sprint appears to have removed

6    commitments that Google will be the only default search

7    wherever it is placed.  In other words, they could put

8    Yahoo! and MSN at the same level of prominence despite the

9    fact we are paying out rev share."

10           Did you write that?

11   A    I did.

12   Q    What is MSN?

13   A    MSN was Microsoft's portal and search at the time.

14   Q    Did you view MSN as a competitor for search

15   distribution in 2008?

16   A    Yes, I did.

17   Q    Did you view Yahoo! as a competitor for search

18   distribution in 2008?

19   A    Yes, I did.

20   Q    Why did you view Sprint's removal of commitments

21   that Google would be the only default search wherever it is

22   placed as a key issue?

23   A    Because that is -- that's the -- that's the key

24   thing that we're paying revenue share in return for, is to

25   become the default search, the exclusive default search so

334

```
 1    that's the kind of primary goal of the partnership.

 2         Q    You may set aside UPX544.

 3              Now, I'd like to fast-forward in time a little to

 4    2011.  Were you still negotiating search deals in 2011 when

 5    you were at Google?

 6         A    Yes.

 7         Q    Please turn to UPX134 in your exhibit binder.

 8              And, Mr. Penado, please pull up UPX134.

 9              Your Honor, this exhibit is another that is not

10    yet been entered.

11              THE COURT:  Same objection?

12              MR. SCHMIDTLEIN:  Same.

13              THE COURT:  UPX134 will be admitted.

14                                  (U.S. Plaintiffs' Exhibit 134
                                       received into evidence.)
15

16    BY MS. WRIGHT:

17         Q    Is UPX134 an email chain from 2011?

18         A    Yes, it is.

19         Q    Are you a participant in this email chain?

20         A    Yes, I am.

21         Q    I'd like to start by asking you about a few people

22    who are on this email chain with you.

23              So at the very top in the "from" field is Tim

24    Carter.  Who is Mr. Carter?

25         A    Tim is a member of the -- a member of the Android
```

```
 1    business development team that had come over from the legal
 2    team, so he's also an attorney.
 3         Q    And was Mr. Carter's work produced in the U.S.?
 4         A    Oh, he's based in London, yeah.
 5         Q    Then moving down to the CC field, the first person
 6    listed is Anne Laurenson.  Who is Ms. Laurenson?
 7         A    Anne, I barely remember her, but I think she was
 8    based in France, and I believe that she was on the general
 9    partnerships team, so not the Android business development
10    team but general partnerships focused on Europe.
11         Q    And also listed in the CC field is John Lagerling.
12    Who is Mr. Lagerling?
13         A    John was, at some point -- yeah, at this point in
14    time, he was my boss and led the business development team
15    for Android.
16         Q    And just to be sure I heard you correctly, did you
17    say that he was your boss at the time of this email?
18         A    Yes.
19              I believe so, somewhere around 2011 he became my
20    boss, I think.
21         Q    What were you and your colleagues discussing in
22    this email chain?
23         A    What's happening is that we're discussing -- we're
24    discussing what types of terms, including exclusivity, are
25    the ones that we should seek to achieve in partnerships
```

1    because we started to distribute the responsibilities of

2    partnerships around the world.  And I think, at the time,

3    probably Anne was newer to the concept of mobile

4    partnerships.

5         Q    Did the mobile partnerships or -- strike that.

6              Did the number of people working on mobile

7    partnerships grow while you were at Google?

8         A    Dramatically.

9         Q    So I'd like to draw your attention to an email

10   near the bottom of page 1 from Mr. Carter.  That email is

11   dated April 26th, 2011, and was sent at 3:38 a.m.

12   Do you see that?

13        A    Yes, I do.

14        Q    In his email he writes, "Chris, Steve, do we

15   really need exclusivity terms?"

16              Directly above Mr. Carter's email is an email you

17   wrote.  Is that your response to him?

18        A    Yes, it is.

19        Q    The first paragraph of your email starts, "América

20   Móvil, Verizon, and AT&T were all examples of large carriers

21   that wanted to ship without Google and did.  AT&T shipped

22   Yahoo! on Android phones.  Verizon shipped Bing.  América

23   Móvil shipped Yahoo!."

24              Did you write that?

25        A    Yes, I did.

1      Q     Did you consider Yahoo! a competitor for search

2  distribution in 2011?

3      A     Yes.

4      Q     What about Bing?

5      A     Yes.

6      Q     That paragraph then continues.  "We need to

7  incentivize carriers to ship Google by using the same

8  approach we at Google have used for many years.  We will pay

9  you revenue share in return for exclusive default placement.

10  This contract is an exchange."

11            Did you write that?

12      A     Yes, I did.

13      Q     What contracts are you referring to where you say

14  "this contract"?

15      A     The very last sentence, "This contract is an

16  exchange"?

17      Q     Yes.

18      A     I'm referring to the contract that I anticipate we

19  would enter with the partner that we're discussing here,

20  which is Telefónica.  TEF stands for Telefónica.

21      Q     Thank you.

22            What type of contract was the Telefónica contract?

23      A     I didn't lead the Telefónica contract so I'm

24  acting as the wiser, more experienced person at Google.

25            But it would have been -- this would have been,

1    again, focused on search distribution, including Android

2    phones.

3        Q    Now, moving down in your email, the third

4    paragraph starts "without the exclusivity."  Do you see

5    that?

6        A    Yes.  Yes, I do.

7        Q    There it reads, "Without the exclusivity, we are

8    not 'getting' anything.  Without an exclusive search deal, a

9    large carrier can and will ship alternatives to Google, as

10   seen with Verizon, AT&T, and América Móvil."

11            Did you write that?

12       A    Yes, I did.

13       Q    What was Google getting with exclusivity?

14       A    We were getting an opportunity to be discovered

15   and used on a repeating basis, hopefully, by users, as well

16   as an opportunity to avoid the situation where another

17   company is the exclusive, such as Yahoo! or MSN.

18       Q    Why was it valuable to avoid this situation where

19   another search engine would be the default?

20       A    Because if the defaults, for example, Bing being

21   preloaded on -- as the default search on a Verizon Android

22   phone, we'd direct -- it would make it so that the users

23   would open their phone and find Bing and have a difficult

24   time finding or changing to Google.

25       Q    Now I'd like to go down to the next paragraph, the

 1   fourth paragraph.  And it begins, "Android is by far."

 2           Do you see that paragraph?

 3   A    Yes, I do.

 4   Q    So you write in the first sentence, "Android is by

 5   far the greatest opportunity for search monetization in

 6   mobile over the next years and is very strategic to Google."

 7           Did you write that?

 8   A    Yes.

 9   Q    How was Android by far the greatest opportunity

10   for search monetization in mobile in 2011?

11   A    Android was -- as we see today, that Android was

12   an opportunity for a mobile device to be much like a PC,

13   essentially a small computer that you carry around with you.

14   And it would have very fast data, beautiful browsing

15   experiences that show you web pages that are just as good as

16   web pages on your computer, and, therefore, lots of benefit

17   to search.

18           So those things, combined with many of the great

19   products that Google would build with excellent search and

20   advertising, would create an opportunity that would be

21   orders of magnitude, lead some orders of magnitude, more

22   searches, and more search ad monetization per device, more

23   than predecessor devices.

24   Q    You also say that "Android is very strategic to

25   Google."

1          In your opinion, how was Android very strategic to

2  Google?

3     A     Without Android, the mobile ecosystem was

4  basically created by -- or controlled by companies that had

5  control of the device, such as the Apple iPhones, and, at

6  the time, it could have been Microsoft Windows was a

7  potential -- could have been a potential winner in that

8  space.  And so on.

9          And in a world where mobile devices are controlled

10  by these companies, they would -- they could decide to

11  change the way people search.

12          So I always like to think of Android as a way of

13  leveling the playing field.  So making mobile devices more

14  like PCs where you can -- a user can go in and install any

15  piece of software they want, change their software to search

16  using any search provider, and I knew that -- we knew at

17  Google that we could keep it open, keep it level.  And in a

18  world with a level playing field, Google could then win on

19  the merits of an excellent product of great search.

20     Q     And when you were at Google, did you negotiate

21  search distribution agreements for Android phones that

22  included exclusivity terms?

23     A     Yes.

24     Q     In your next sentence in UPX134, fourth paragraph

25  of your email on page 1, you write, "You can bet that

```
1    Microsoft and Yahoo! will enter contracts for search on
2    Android through carrier deals if we do not."
3            Did you write that?
4    A    Yes, I did.
5    Q    What were you trying to convey to your colleagues?
6    A    I'm trying to convey that, you know, we had
7    created Android, but we -- and we had made it available for
8    free as an operating system and an alternative to the very
9    successful iPhone platform, but we didn't require a Google
10   search as part of that.  So we had to go win that as well.
11   Otherwise, we would essentially create Android, and then if
12   we didn't put in place these search deals, then we would
13   have created an ecosystem that basically would just lead to
14   a bunch of searches on competing services.
15           So -- and I had shown the two examples of Yahoo!
16   on AT&T and Verizon on Bing, establishing their search
17   engines as the default -- exclusive default search on
18   Android phones.  So I'm pointing out that basically if we
19   don't win these deals, they will; and then we'll be -- we'll
20   essentially lose the monetization opportunity of Android on
21   search -- as Android on mobile phones.
22   Q    Was -- strike that.
23           Was exclusivity part of -- or sorry, strike that.
24           I'd like to look at one other email that you wrote
25   in this chain.  Please turn to page 4 of UPX134.  It has the
```

```
 1    Bates ending 868 in the bottom right-hand corner.
 2              At the very bottom --
 3    A     You said -- sorry.  Could you repeat which UPX?
 4    Q     Sorry, Mr. Barton.
 5              UPX, it's the same exhibit.
 6    A     I've already --
 7    Q     It's 134.
 8    A     134.  Okay.
 9    Q     And we're on page 4 which has the Bates stamp
10    ending in 868 in the bottom right-hand corner.
11    A     Okay.
12    Q     And down at the very bottom of page 4 is an email
13    that you sent to Ms. Laurenson.  Do you see that?
14    A     Yes, I do.
15    Q     And your email continues on to the next page.  So
16    let's turn there, page 5 of UPX134, which has the Bates
17    ending 869.  And at the top of the payment, it will say
18    "non-duplication of services."
19              Are you on that page?
20    A     Yes, I am.
21    Q     So I'd like to go down to the fourth paragraph in
22    your email which starts, "I think this approach."
23              Do you see that --
24    A     Yes, I do.
25    Q     "I think this approach is really important;
```

1    otherwise, Bing or Yahoo! can come and steal away our

2    Android search distribution at any time, thus removing the

3    value of entering into contracts with them."

4            Is that what you wrote?

5    A    Yes, it is.

6    Q    And who is "them" at the end of that paragraph?

7    A    It's the mobile carriers, I believe.

8    Q    When you wrote "this approach," what approach were

9    you referring to?

10   A    Yeah.  So I'm explaining to Anne the importance of

11   exclusivity, otherwise known as non-duplication of services.

12   And so -- because she's asking about whether -- you know,

13   whether it makes sense to pursue a deal which is not

14   exclusive.  And that's always an easier deal to do.  So

15   I was really -- I think I just felt that it's really

16   important that my colleagues understand that the importance

17   of exclusivity, because without exclusivity -- without

18   exclusivity, you could sign a deal.  That's the value of

19   entering into a contract with them.

20           You could sign a deal with Telefónica, and then

21   the next day if that deal was not exclusive, it might be

22   just an option for Telefónica to make Google search the

23   default search on some number of devices they have.  Then

24   the next day Microsoft or Yahoo! could go sign a deal with

25   Telefónica that has the exclusive -- where they're the

1    exclusive search provider, and then suddenly we've just lost

2    all Telefónica devices and thus there's no value in the

3    contract that we had entered into with Telefónica.

4        Q    And I think I heard you say it was an easier deal

5    to do.  What were you referring to when you said that?

6        A    When you're working to convince a partner,

7    obviously, I guess I think the -- a partner would find it

8    very easy to agree to a deal where there's no real

9    commitment, because then they can do whatever they want.  So

10   if it's -- if they're not making any real commitment, then

11   they have nothing to lose by agreeing the deal.  It's just

12   simply an option for them.  So that's what I mean by "it's

13   easier to do."

14        Like the SPD, in this case, Anne Laurenson,

15   because you can imagine when you're working in a corporation

16   and your job is to do deals, one way you get measured is the

17   deals that you've closed.  So it's a big win to say, "Hey,

18   I just closed a deal with one of the largest carriers in the

19   world, it's called Telefónica."

20        If you just simply give Telefónica the terms they

21   want, which is, there's no commitment to you, Telefónica.

22   Just do whatever you want, put Google on whichever number of

23   phones you wanted, they're happy to agree to that, you sign

24   the deal, you look like a winner.

25        But really it's not great for Google because, as I

1  said, the next day they could just -- Telefónica could just

2  sign a deal with Microsoft or Yahoo!, make that exclusive,

3  and suddenly Google has just lost search on all the phones,

4  including the Android phones, the free operating system that

5  we created on Telefónica.

6       Q    In the deal you were just describing, would the

7  partner commit to exclusivity on the -- would commit to

8  exclusivity on the -- a device basis?

9       A    Can you repeat that one more time, please.

10      Q    In the deal you were just describing --

11      A    Yeah.

12      Q    -- that you were discussing with Ms. Laurenson --

13      A    Yeah.

14      Q    -- were there revenue share payments in those

15  deals?

16      A    Well, I think there's no deal.  I mean, she's

17  exploring deal terms.  But what I see here is --

18           Again, I see here tiered revenue share as an

19  incentive to ship as many devices as possible with Google

20  search.  So there would be -- has to be -- she was thinking

21  of offering revenue share that would be tiered, so

22  it would be higher and higher based on the number of devices

23  they shipped so it might be if they ship one device, they

24  get 10 percent.  If they ship 10 million devices, they get

25  20 percent.  I'm making these numbers up.

1           But, again, they would have no obligation under

2   what she's proposing to do that as an option for them.  So

3   they still could go to the next day, sign an exclusive deal

4   with Microsoft or Yahoo!, and then ship zero devices to

5   Google.

6       Q    And the partner would only receive revenue share

7   if Google was the exclusive default search on a device;

8   is that correct?

9       A    That's the approach that I took and to my

10  knowledge, you know, that's -- to my knowledge, every deal

11  that we did took that approach, yeah.

12      Q    Now I'd like to go down to the last line of your

13  email that begins "Our philosophy."

14          Do you see that?

15      A    Yes, I do.

16      Q    And would you read that sentence for us,

17  Mr. Barton.

18      A    "Our philosophy is that we are paying revenue

19  share in return for exclusivity."

20      Q    And you wrote that, correct?

21      A    Yes.

22      Q    When you say "our philosophy," who did you mean by

23  "our"?

24      A    I mean, I meant Google, Google's philosophy.

25      Q    You may set aside UPX134.

1          MS. WRIGHT:  Your Honor, may I have a minute to

2     consult with my colleague?

3          THE COURT:  Sure.

4          MS. WRIGHT:  Thank you, Your Honor.

5          Thank you, Mr. Barton.

6          Your Honor, I have no more questions at this time.

7     I pass the witness.

8          THE COURT:  Could I just ask, make an inquiry of

9     Mr. Barton?

10         MS. WRIGHT:  Yes, please.

11         THE COURT:  As I understand it, you'll forgive me

12    for my amateur understanding of this, I understand that

13    there's a deal, a contract called a MADA, and then also what

14    we've called revenue share agreement, an RSA.

15         As a practical matter, when you were negotiating

16    these deals with partners, were these contracts that you

17    negotiated simultaneously, did it happen at different

18    periods of time?  Can you just give me to a sense of how the

19    two contracts were negotiated with your partners in terms of

20    timing and relationship?

21         THE WITNESS:  Yeah.

22         So it would be, this is, again referring to -- the

23    time period I'm referring to are the early days of Android.

24    So it's the first couple years of Android.

25         So the MADA is something that applies to Android,

 1    and it's a license of the Google software applications to an

 2    OEM, a mobile device manufacturer.

 3         And at the time that I was doing those deals,

 4    there was no revenue share or commercial economics around

 5    the MADA, so we're just simply saying to the OEM, here, you

 6    have a license, because Android, the operating system, is

 7    open source so they don't need a license for that.  But for

 8    the Google applications that run on Android, they need a

 9    license for that.  So the MADA was the license so they could

10    preload it onto the phones and distribute it.

11         But there was -- there was no sort of guaranteed

12    obligation so, for example, Samsung could sign a MADA but it

13    doesn't mean they're going to put Google applications or

14    Google search on all Android phones, it's an option for

15    them.

16         Then the search distribution would be the kind of

17    commitment that a partner would make to distribute and even

18    commit to certain placement of Google search on many types

19    of phones, including Android phones.  So in the cases where

20    they're committing to put, say, a Google search widget on

21    the home screen of an Android phone, that Google search

22    widget is a piece of software that's licensed to them in the

23    MADA.

24         THE COURT:  Okay.  Thank you.

25         THE WITNESS:  Sure.

1          MS. WRIGHT:  Thank you, Your Honor.

2          THE COURT:  All right.  Plaintiff States wish to

3    examine Mr. Barton.

4          MR. SALLET:  No, Your Honor.

5          THE COURT:  Mr. Schmidtlein.

6                        -  -  -

7                   CROSS-EXAMINATION

8    BY MR. SCHMIDTLEIN:

9      Q    Good morning, Mr. Barton.

10     A    Good morning.

11     Q    I believe you testified previously that your job

12   title during your time at Google was strategic

13   partner/development manager; is that right?

14     A    Yes, that's right.

15     Q    Okay.

16          Did there come a time with that title when you

17   joined an Android team?

18     A    Yes, there was a specific time.

19     Q    Okay.

20          And do you remember roughly when that time was?

21     A    I'm going to guess -- it was around the time of

22   the G1 launch, the first device in T-Mobile, so the first

23   Android device of pretty early days for Android.

24          But I can't remember the year.  I'm going to guess

25   2009 is -- that's a guess.

1      Q     Okay.

2            And so prior to 2009, can you describe the types

3      of phones that were covered by the deals you were doing?

4      A     Prior to 2009?

5      Q     Correct.

6      A     The phones that were covered in mobile search

7      partnerships were everything except for iPhone and Android,

8      which was, as I said, sort of the two many categories would

9      be browsable experiences.  So, you know, for example, a

10     carrier might have a search portal they hosted, and then a

11     software experiences, such as an application that we had

12     built at Google that could be put on to a device such as a

13     BlackBerry device so that would be -- because they had

14     proprietary software systems, but BlackBerry devices, Palm

15     devices, Symbian devices, Java applications for feature

16     phones, and so on.

17     Q     And can you describe some of the competing

18     non-Android platforms that were in existence during the time

19     period you were at Google?

20     A     Describe --

21     Q     Mobile platforms.

22     A     Just when you say describe, what would you like to

23     know?

24     Q     First give us a list of them.

25     A     Okay.

1          Well, let's see, there would be BlackBerry was a

2    platform, they had their own software platform.  Palm sort

3    of had its own sort of smartphone platform.

4          Symbian, which is built by Nokia, proprietary

5    platform for Nokia devices.

6          Those were the three primary kind of -- they were

7    actually called smartphones at the time, but now, you know,

8    Android and iPhone, they're true smartphones that we know

9    today.

10          But those would be the three primary.

11          And then there was also Java applications for

12    feature phones.

13          And there was -- it was a technology called BREW

14    that was built by Qualcomm for, I believe, for Verizon and

15    certain other carriers around the world.

16          And then, of course, there was just browsers on

17    pretty much all phones, and within browsers, you had

18    technology, ancient technology was WML, but I think by that

19    time it was all HXTML.  So HXTML was like the predecessor to

20    sort of standard browsing HTML browsing that you see on the

21    computer and also on iPhone and Android today.

22      Q    And did Android compete with all of those

23    platforms?

24      A    Yes.

25      Q    And describe the competition that was taking place

```
 1    while you were at Google amongst all of those mobile

 2    platforms?

 3        A    So each -- because, as I mentioned, all these

 4    platforms were proprietary, they were -- as you heard, they

 5    were basically each controlled -- each platform was

 6    controlled by the manufacturer of the mobile devices.  And

 7    so their goal was -- similar to an iPhone, controlled by

 8    Apple, their goal was to sell a lot of devices and then

 9    control all the Internet experiences and application

10    experiences on that device, as well as The App Store.

11            So, for example, Qualcomm BREW had its own app

12    store on Verizon, and I think BlackBerry had an early

13    version of an app store.  Many people don't remember these

14    app stores.

15            Palm, I believe, had an app store.  So there were

16    very early versions of app stores.

17            And also you could preload apps on these devices.

18    So they were all kind of competing to basically sort of

19    become what we see today with Apple IOS, you know, basically

20    become a big ecosystem of mobile devices and the

21    distribution of all the software and services associated

22    with those mobile devices.

23        Q    And was Microsoft Windows or mobile, was that

24    another mobile platform that was competing with Android

25    during this time?
```

1    A    Literally I had forgotten about it.

2         But, yeah, it was, because it fell by the wayside;

3    but it was a very significant potential, you know, at the

4    time it was viewed as one of the ones that was likely to

5    become very successful.

6    Q    And would you describe the Microsoft Windows

7    Mobile platform as being proprietary?

8    A    Yes, because it was owned and controlled by

9    Microsoft.

10   Q    And did Microsoft try to license that platform to

11   various OEMs?

12   A    Yeah, it was -- their model was to, similar to the

13   PC, to monetize their operating system.  So it's different

14   than Android which was open source.

15   Q    When you say -- just so we're clear, when you say

16   their model was to monetize the operating system, can you be

17   a little bit more explicit?

18   A    That means that they were charging money per

19   device -- for a per device for devices that were Windows

20   Mobile devices, so devices where the Windows Mobile was the

21   operating system, because they would partner with OEMs so

22   they might partner with HTC and say, let's launch a suite of

23   HTC devices that are based on the Windows Mobile platform.

24   Q    And those Windows Mobile devices, do you know

25   whether or not the OEMs could alter or reconfigure those

1    devices?

2        A    They would have -- I don't remember the details

3    but they would definitely have far less capabilities to kind

4    of make alterations and control what they want compared to

5    Android.

6        Q    When Android was originally launched in 2008, was

7    there an expectation one way or the other at Google as to

8    whether Android was actually going to succeed?

9        A    It was a -- Android was a -- I mean, it was

10   very -- a young and very small part of Google.  I mean,

11   I think it was like 100 employees or less when I joined.

12   And those are almost all engineers.

13            And so it was -- you could -- it was an important

14   project to establish this ecosystem and operating system and

15   then the suite of things that would be built around it, like

16   an app store, applications, and essentially an entire

17   ecosystem that would enable smartphones to be provided by

18   mobile carriers and mobile device manufacturers around the

19   world, but it was very, very, very small.  So I don't know

20   if that answers the question.

21       Q    And I think you made reference to the fact that

22   Android was open source.  Can you explain for the Court,

23   what does open source mean in the context of Android?

24       A    Yeah, open source means that it's a piece of

25   software that people can -- that any person or company can

1    download and use without having to enter into commercial

2    negotiations with any particular corporate entity, including

3    Google.  So they could use it as they see fit and they could

4    even alter it as they see -- if they want.  For example,

5    Amazon altered Android for its own use in ways that took it

6    in a different direction.  So it was -- yeah, so it's a free

7    software so that people can create smartphones.

8         Q    At the time you were doing some of these

9    agreements or negotiations with mobile carriers, did the

10   mobile carriers actually have an interest in developing

11   their own app stores?

12             MS. WRIGHT:  Objection.

13             THE COURT:  Sorry, basis?

14             MS. WRIGHT:  Hearsay -- or foundation, excuse me.

15             THE COURT:  Well, I mean, I think he will either

16   know or he won't know so based on his experience.  So it's

17   overruled.

18             Go ahead.

19             THE WITNESS:  Go ahead and answer the question?

20             THE COURT:  You can answer.

21             THE WITNESS:  Could you repeat the question?

22   BY MR. SCHMIDTLEIN:

23        Q    Sure.

24             At the time you were doing these sort of -- or

25   involved in early negotiations with carriers, do you know

1    whether or not the carriers actually had their own app

2    stores?

3         A     Yes, they did.   There were -- most large carriers

4    had built-in -- were building and launching their own app

5    stores, including on Android.

6         Q     Now, you described some of the negotiations

7    I think you had with Sprint.  Did you negotiate with or try

8    to negotiate with all of the major carriers?

9         A     Yes.  But by the time I was on the Android team,

10   my focus had gone from being globally focused and the

11   team -- because the teams had grown around the world, I was

12   focused more on North America.

13        Q     And were you always successful in being able to

14   negotiate Android deals with carriers?

15        A     No, some of these deals would take years to put in

16   place.  In some cases, even years just to agree to the

17   contract terms.

18        Q     You were shown some documents earlier today

19   about -- that made reference to deals that Verizon did with

20   Bing and AT&T did with Yahoo!.  Do you recall that?

21        A     Yes.

22        Q     Had you tried to get deals with Verizon and AT&T

23   at the time those deals actually were entered into with

24   rival search engines?

25        A     Yes, definitely, yeah.

1      Q    And did you seek exclusivity with Verizon and AT&T

2   during those failed negotiations?

3      A    Yes.

4      Q    And as a result of those failed negotiations, did

5   Verizon wind up entering into an exclusive deal with Bing?

6      A    Yes, they did.

7      Q    And did AT&T end up entering into an exclusive

8   deal with Yahoo!?

9      A    Yes.

10     Q    You were shown some documents and -- around the

11   Sprint negotiations that you did get a deal with; is that

12   right?

13     A    Yes.

14     Q    Okay.

15          If you had not been successful in negotiating with

16   Sprint, do you have an understanding or belief as to whether

17   Sprint would have entered into a deal with another search

18   engine?

19          MS. WRIGHT:  Objection; speculation.

20          THE COURT:  It's overruled.  He can answer based

21   on his experience and understanding.

22          Let's go ahead.

23          You can answer, sir.

24          THE WITNESS:  Yes, sir.

25          Sprint indicated that they planned to select a

```
 1   specific search partner, an exclusive deal with one search

 2   provider.

 3   BY MR. SCHMIDTLEIN:

 4       Q    Okay.

 5            Did there come a time when you were able to

 6   successfully enter into an agreement with T-Mobile?

 7       A    Yes.

 8       Q    And do you remember roughly what time period that

 9   was?

10       A    This is always really difficult because there's so

11   many years.  Seven and a half years.

12            But it was -- I feel like it was getting near the

13   beginning of Android so I'm going to say around 2008 to 2009

14   is my guess.

15            MR. SCHMIDTLEIN:  Your Honor, I would like to show

16   the witness, I think, what has already been admitted into

17   evidence as Joint Exhibit 11.

18   BY MR. SCHMIDTLEIN:

19       Q    Just take a moment and take a look at Joint

20   Exhibit 11, if you will, Mr. Barton.

21            Do you recognize this exhibit?

22       A    Yes, I do.

23       Q    And what is Joint Exhibit 11?

24       A    I'm sorry.  Actually, I realized I was recognizing

25   other things when you asked me that question.
```

1          So which --

2     Q    Can you identify and describe what Joint

3   Exhibit 11 is.

4     A    This what I'm seeing here on the screen;

5   is that right?

6     Q    Or the document.  Just what the document is?

7     A    Okay.

8          Yeah.  So this is a partnership with T-Mobile, and

9   that top part of the document is the summary of information

10  for the partnership.

11    Q    And are you listed as the SPD rep at the top?

12    A    Yes, I am.

13    Q    Okay.

14         And would you have been the person at Google who

15  negotiated this agreement?

16    A    Yes, I was.

17    Q    And what's the effective date of this agreement?

18    A    It's December 1, 2009.

19    Q    And what was the term of this agreement?

20    A    Looks like -- well, the term runs through

21  January 31, 2013.

22    Q    Okay.

23         Now, prior to the time you entered into this

24  agreement with T-Mobile, did Google already have sort of a

25  pre-existing agreement with T-Mobile or did T-Mobile have an

1    agreement with somebody else?

2         A    My memory is that T-Mobile had an existing

3    partnership with Yahoo! for search.

4         Q    And had you tried to get an agreement with

5    T-Mobile prior to this time?

6         A    Yes, I had.

7         Q    And during that prior time period, do you have an

8    understanding as to why you weren't successful in getting

9    the deal?

10        A    You know, I can't remember.  It would have been

11   just competing on terms with Yahoo!, but I can't remember

12   specifically why we were not selected as the partner.

13        Q    When you would go to a carrier to start a

14   negotiation, can you explain some of the important points or

15   values that you would try to sell the partner on?

16        A    Yeah.

17             So my -- although the, you know, primary financial

18   incentive was relatively simple, the revenue share, my

19   objectives for what revenue share I would agree were -- you

20   know, I was pretty set on what I wanted to achieve from a

21   revenue share perspective so that it was not much room

22   there.  So I would tend to focus on the strengths that

23   Google could bring to the partner, and that was a superior

24   product and superior monetization from Google's search and

25   Google ads.

1          So I would spend a lot of time -- I faced a

2    challenge because mobile carriers became quite fixated on

3    just revenue share percentage, and so, actually, I think

4    many of the deals that I would lose to Yahoo! would be

5    because the carrier would be excited about getting a higher

6    percentage with the partner.

7          And so I would actually spend a lot of time trying

8    to educate the executives at carriers around the world,

9    mostly North America and Latin America this time, on how

10   there's other important things other than the percentage,

11   like a percentage of what exactly.  And I would point out

12   how -- I would try to demonstrate using, in some cases,

13   third party data, how Google would drive more searches per

14   user per month and -- because they liked the product, also

15   how Google would monetize per search at a higher rate than

16   other companies so their percentage of what mattered.

17         And then also the affinity of the Google brand was

18   something that was valued by users and, therefore,

19   it would be providing something that their customers would

20   be happy to find on their phones.

21   Q    When you describe monetization there, can you be

22   very, very specific for the Court, describe how monetization

23   worked in these deals.

24   A    Yeah, that was a -- probably the most complicated

25   part to explain even to carriers at the time.

1          But, you know, obviously the SEM pool [sic]

2    monetization was, you know, you could think of as the amount

3    of advertising revenue that was generated per a set number

4    of queries.  The tradition at the time was 1,000 queries, so

5    per thousand queries, per thousand searches, how much ad

6    revenue would you drive.

7          And then what I'd have to do is sort of dive

8    deeper and explain the key components of that, there were

9    three key components.  And those were the average cost per

10   click, so it's the average -- because we're charging for

11   advertisers per click, each time someone clicks on an ad.

12   So the average cost per click on the ads.

13         And then the clickthrough rate.  So because

14   obviously we don't make any money from ads unless someone

15   clicks on an ad.  And so the clickthrough rate is driven by

16   the relevancy of the advertisement, if the advertisement is

17   not relevant to what the person is searching for, they're

18   not likely to click on it.  So that's -- that would

19   demonstrate that we had both really strong cost per clicks

20   and really strong clickthrough rates and try to describe the

21   reasons why that was, because we had developed highly

22   accurate sort of user-centric relevant search queries but

23   also user-centric and relevant advertisements.

24         And then the third component was coverage, and

25   coverage is what portion of queries had an advertisement

```
 1   available.  And so, for example, if you search something
 2   very obscure, that maybe there would be no advertisement for
 3   that query at all.  But with Google because we'd built this
 4   sort of mature and growing advertising ecosystem with many
 5   advertisers, we could demonstrate that we had great
 6   coverage, so a lot of ads available.
 7            So when you multiply these through, the
 8   clickthrough rate and the cost per click and the coverage,
 9   you end up with a sort of net advertising sort of
10   opportunity.
11            And I try to educate -- you can imagine this is
12   very far from what a mobile carrier is familiar with.  So I
13   would try to educate them on all the things that we had done
14   that would create this sophisticated sort of advertising
15   opportunity that they were going to share in through
16   distributing Google search.
17       Q    Okay.
18            MR. SCHMIDTLEIN:  Your Honor, I'd like to offer
19   into evidence Defendant's Exhibit 15, which is an email
20   chain discussion that involves Mr. Barton that I understand
21   the plaintiffs have a hearsay objection to.
22            MS. WRIGHT:  Yes, Your Honor.  We object on
23   hearsay and would also note that there's embedded hearsay in
24   the document.
25            MR. SCHMIDTLEIN:  I'm going -- for what it's
```

1    worth, I'm going to ask him about the portions of the email

2    that he actually authored and ask him about the subject of

3    those conversations.

4                THE COURT:  Okay.

5                Any objection to just those portions of the email?

6                MS. WRIGHT:  No, Your Honor.

7                THE COURT:  Okay.

8                Can I ask you, how long do you intend to question

9    him about this email?

10               MR. SCHMIDTLEIN:  I'm intending to wrap up with

11   him very shortly, five minutes.

12               THE COURT:  Okay.  Great.  In terms of our morning

13   break.

14               Go ahead.

15   BY MR. SCHMIDTLEIN:

16      Q    Okay.  Mr. Barton, can you describe, just at a

17   high level, what this email chain is about.

18      A    I need a couple minutes here.

19      Q    And if it helps you, the email I'm going to focus

20   on begins on the second page about halfway down.  It's an

21   email that you write where the first line begins, "Meeting

22   with T-Mobile at T-Mobile offices."

23      A    Okay.

24               MS. WRIGHT:  Your Honor, I would note that this is

25   the portion of the exhibit that we believe contains embedded

```
1    hearsay.
2              MR. SCHMIDTLEIN:  I'm just using this to establish
3    the subject matter of what a subsequent email that I don't
4    believe is embedded hearsay.  We can just put up who the
5    people at the meeting were for right now.
6              THE COURT:  Okay.  All right.
7              Let's play this out, and then I'll see what
8    portion of the email he wants to ask him about, because
9    right now all I'm seeing is a list of names, which is not an
10   issue.
11             MS. WRIGHT:  Thank you, Your Honor.
12             THE WITNESS:  Yeah.  So it's discussions about the
13   T-Mobile potential partnership, including search on their
14   different phones, including Android.
15   BY MR. SCHMIDTLEIN:
16   Q    Is the meeting here and the negotiations that are
17   referenced here -- and, again, the date -- the date here is
18   June of 2009.  Are these the precursor to the agreement that
19   was signed in December 2009 that we just looked at as Joint
20   Exhibit 11?
21   A    Yeah, I would believe so, yeah.
22   Q    If you go further up, scroll up that email, to
23   the -- it's the bottom of the first page -- and, actually,
24   let me do this.
25             Let me go just above -- let me go to the second
```

1    page and go just above to set this up.

2              There's an email from Hugo Barra.  Who is Hugo

3    Barra?

4        A    Hugo Barra was a member of the product team for

5    Android.

6        Q    Okay.

7              And Mr. Barra writes, "I'm intrigued.  Chris,

8    Sumit, what's leading TMo to reconsider Google versus Yahoo!

9    in your opinions?"

10             What did you understand he was saying there?

11       A    He was interested because we had lost a deal to

12   Yahoo!.  And we're now -- got their interest to consider --

13   reconsider Google.  And he's interested to know how did we

14   get them to reengage.

15       Q    Okay.

16             And if we then go up to the email before that,

17   which is your response.  And just take a moment to read

18   that.

19             What are you trying to communicate to Mr. Barra in

20   this email?

21       A    I'm communicating sort of a history of how we had

22   lost the deal to Yahoo! and sort of how some of the recent

23   changes or trends at T-Mobile that are -- they haven't --

24   allowing them to get a -- reassess Google as a potential

25   partner.

1        Q    And were you able to successfully persuade

2   T-Mobile about these points?

3        A    Yes, yes, we were, yep.

4        Q    Mr. Barton, you were asked a question or two at

5   the very, very beginning about your -- the work you did with

6   Shazam.  How is Shazam distributed?

7        A    Shazam is primarily downloaded as an application

8   from The App Store.

9        Q    And did you work on Shazam while you were also

10  working at Google?

11       A    Yeah, I held a board seat at Shazam during those

12  years, yeah.

13       Q    And, again, I want -- I don't want you to be too

14  modest here, but was Shazam a successful application?

15       A    Yes, it was, 2 billion downloads and acquired by

16  Apple.

17       Q    And in the smartphone phase of Shazam's existence,

18  can you describe how the vast majority of users got access

19  to Shazam?

20       A    They would simply download the application from,

21  you know, either the iPhone App Store or the Google Play App

22  Store.

23       Q    And do you recall how many Shazam downloads

24  occurred in a month at sort of at the height of Shazam's

25  popularity?

1      A     Yeah, I mean, it may still be true today, I don't

2   know, since Apple now owns the company.  But for a long

3   period of time, for years, it was about 8 million downloads

4   per month.

5             MS. WRIGHT:  Your Honor, we would object on

6   relevance.  This is a music recognition software not related

7   to search.

8             THE COURT:  I'll give it a little leeway.

9             Go ahead.

10             MR. SCHMIDTLEIN:  I've got a couple more

11   questions.

12             THE COURT:  Go ahead.

13             MS. WRIGHT:  Thank you, Your Honor.

14   BY MR. SCHMIDTLEIN:

15      Q     Did Shazam ever get any preload deals?

16      A     We got a handful of preload deals, yeah.

17      Q     Okay.

18             What percentage of usage came from downloads

19   versus preloads of the Shazam application?

20      A     I don't know the exact number, but it would be,

21   you know, I would estimate less than one percent or two

22   percent preloads.

23      Q     And are you still affiliated with Shazam today?

24      A     No, I'm not.

25      Q     And what happened to Shazam?

1        A    Shazam was acquired by Apple in -- around

2   September of 2018.

3        Q    And is Shazam available on Android?

4        A    Yes, it is.

5             MR. SCHMIDTLEIN:  No further questions,

6   Your Honor.

7             THE COURT:  All right.  How long do you think your

8   redirect will be?

9             MS. WRIGHT:  It should be very short, Your Honor.

10            THE COURT:  Why don't we complete that and then

11  we'll let Mr. Barton go.

12            MS. WRIGHT:  Thank you.

13                        - - -

14                  REDIRECT EXAMINATION

15  BY MS. WRIGHT:

16       Q    Mr. Schmidtlein just asked a number of questions

17  on Shazam.  Did Shazam involve search distribution on mobile

18  phones?

19       A    There were some partnerships with OEMs and

20  carriers for -- oh, sorry, did you say search distribution?

21  I was thinking app distribution.

22            No, no search distribution.

23       Q    And when you worked at Google, were there default

24  music recognition apps on mobile phones?

25       A    When I worked at Google, there was -- I'm trying

```
 1    to remember the exact timing on this now.  I'm pretty sure

 2    that before I left, but definitely within a short time after

 3    I left in 2011, Google made its own music recognition, the

 4    default music recognition on the Google search bar on

 5    Android phones.

 6         Q    What is YouTube?

 7         A    YouTube is Google's video platform for uploading

 8    and viewing user-generated videos.

 9         Q    Does Google make money on YouTube?

10         A    Yes.

11         Q    How?

12         A    Advertising, primarily.

13         Q    And was YouTube required as an app under the

14    mobile application distribution agreements?

15         A    You mean the MADA?

16         Q    That's correct, yes.

17         A    I actually can't -- I actually cannot remember

18    which applications were required under the MADA at that

19    time.  So there would definitely have been a license to

20    YouTube, but I can't recall whether it was required.

21         Q    Do you recall if Android Market was a required

22    app?

23         A    You know, the MADA requirement -- the MADAs are --

24    I'm very fuzzy, so -- I primarily remember them being a

25    license, they were incredibly simple agreements.  But I
```

```
 1   can't recall what the actual obligations were.

 2       Q    Do you know if Google made money from Android

 3   Market, its app store?

 4       A    Yeah, it did.

 5       Q    How did it make money from Android Market?

 6       A    Well, by the way, it mostly lost money while I was

 7   there.

 8            But it -- you know, much like Apple, we would have

 9   a share of the revenue that came from charging for premium

10   apps, at around 30 percent, I believe, and that would be the

11   revenue stream for Google.

12       Q    Now, you also discussed with Mr. Schmidtlein some

13   mobile phone platform such at Windows phones.  Do you recall

14   that?

15       A    Yes.

16       Q    Do Windows phones exist today that you know of?

17       A    I don't -- I actually don't know, yeah.

18            I've never seen anyone use one in the last year or

19   two.

20       Q    Do you know if Symbian phones still exist?

21       A    I don't know about that either.  I haven't seen

22   any Symbian phones recently.

23       Q    And what about BlackBerry phones?

24       A    I don't know.

25            MS. WRIGHT:  Your Honor, no more questions.
```

1           THE COURT:  Okay.

2           Mr. Barton, thank you very much for your time and

3   testimony.  Safe travels home.

4           THE WITNESS:  Thank you.

5           THE COURT:  All right.  Let's take our morning

6   break.  It's 10 after 11:00 now.  We will resume at 11:25.

7           Thanks, everyone.

8           COURTROOM DEPUTY:  All rise.

9           This Court stands in recess.

10          (Recess from 11:08 a.m. to 11:27 a.m.)

11          COURTROOM DEPUTY:  All rise.  The Honorable

12  Amit P. Mehta presiding.  This Honorable Court is again in

13  session.

14          THE COURT:  Please be seated, everyone.

15  Thank you.

16          MR. SCHMIDTLEIN:  Your Honor, if I may, just one

17  housekeeping matter.

18          My esteemed colleagues have reminded me that after

19  our back and forth there, I did not actually ask you to

20  admit DX15, and I would ask to do so now.

21          THE COURT:  Okay.  That will be admitted just with

22  respect -- limited to the portion that you covered with him

23  to avoid any of the hearsay objections.

24          MR. DINTZER:  Thank you, Your Honor.

25          MR. SCHMIDTLEIN:  Thank you, Your Honor.

```
 1                            (Defendant's Exhibit 15
                              received into evidence.)
 2

 3          THE COURT:  Are we ready to continue with

 4   Dr. Varian?

 5          MR. DINTZER:  The plaintiffs recall Dr. Varian.

 6          THE COURT:  Dr. Varian, why don't you come on back

 7   up and have a seat.

 8          Welcome back.  I hope you had a good evening.

 9          THE WITNESS:  Thank you.

10                        -  -  -

11   HAL VARIAN, WITNESS FOR THE U.S. PLAINTIFFS, HAVING BEEN

12   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

13   FOLLOWS:

14                  DIRECT EXAMINATION (CONTINUED)

15                        -  -  -

16   BY MR. DINTZER:

17     Q    Thank you, Your Honor.

18          Dr. Varian, have you spoken with anybody since the

19   time that you were released yesterday evening till now about

20   the contents of your testimony?

21     A    No.  I have not.

22     Q    Has anybody given you any advice about how to

23   testify or anything along those lines?

24     A    No.

25     Q    Okay.
```

1          We're going to return to a document that's in

2    evidence, UPX180.  And I'm going to go to the second page.

3          Do you have it, sir?

4    A    Yes.  Well, I see it's still in small print.

5    Q    Okay.

6          And we'll go to the second page.

7          And the second paragraph, we can just highlight

8    that.

9          And we'd already talked about the first sentence,

10   but I neglected to ask about the second so we're just going

11   to check that off.

12         What you wrote there, and this an email you sent,

13   you're talking about the Yahoo!, just to bring us back to

14   where we were, you're talking about the Yahoo!-Microsoft

15   deal, right?

16   A    That's what they're talking about, yes.

17   Q    That's what you're talking about, right?  It's Hal

18   Varian, that's the email you're sending?

19   A    Yeah, I haven't read the entire passage yet.

20   Q    Feel free.

21         But I'm going to ask you about that paragraph.

22   A    Okay.

23   Q    Are you ready, sir?

24   A    Not quite.

25         Okay.

1    Q    Okay.

2         So we'd already talked about the first sentence,

3    about DOJ looking into the Microsoft-Yahoo! deal; is that

4    right?

5    A    That is right.

6    Q    And the second sentence that you write is, "There

7    is a loss of competition from going from three player --

8    three to two players, so there have to be considerable

9    efficiency gains from going from Yahoo! to Yahoo! plus

10   Microsoft to warrant the reduction in competition."

11        Do you see that?

12   A    I see that.

13   Q    And you wrote that?

14   A    Yes.

15   Q    And that's an antitrust analysis, right?

16   A    Well, an amateur antitrust analysis.

17   Q    Fair enough.

18        But the point I'd like to make, sir, is that when

19   you say "from going from three to two players," you mean in

20   the general search market?

21   A    Okay.  Yes.

22   Q    Okay.

23        And the three players would be Yahoo!, Microsoft,

24   Google, and if it went to two, it would be Yahoo! plus

25   Microsoft and Google, right?

```
 1        A     Yes.

 2        Q     So no other questions on that document.

 3              We'll go to UPX905.

 4        A     Now we're going to have to go to this.

 5        Q     If you're more comfortable with the paper, sir,

 6   you can use the paper.

 7        A     I'm more comfortable with this, but it's a size

 8   issue is the problem.

 9        Q     We can always blow up the thing we're going to ask

10   you to talk about.

11        A     Okay.

12        Q     We're going to go to the top -- I'm sorry, the

13   bottom email, and it's an email chain.

14              And it's an email from you to someone named

15   Steve Lohr.

16              And do you know who Mr. Lohr is?

17        A     Yes, I do.

18        Q     Who?

19        A     He's a reporter.  I'm not quite sure who he's

20   working for now.

21        Q     He was working for the Times when you sent him

22   this email; is that right?

23        A     I don't see that anywhere --

24        Q     Okay.

25        A     -- on this document.
```

1        Q    So let's go up to Mr. Lohr's email address, a

2   little further.

3        A    There it is, okay.

4        Q    Do you see it?

5        A    Well, where does it say he's working for the

6   Times?

7        Q    It's in his email address.

8        A    Oh, okay.

9        Q    Okay.

10            So you wrote to Mr. Lohr, and this is in August 1,

11   2011; is that right?

12        A    Could you go back to the -- oh, I see where you're

13   at that piece.  Okay.

14            One second.

15        Q    You wrote to him in August of 2011; is that right?

16        A    Yes.

17        Q    And you're asking him about -- you're referring to

18   an article that he has written; is that right?

19        A    Yes.

20        Q    And in the first sentence you go, "Hi Steve, I

21   liked your piece on Bing, but I have one quibble."

22            Is that right?

23        A    Yes.

24        Q    Did you know Mr. Lohr before you sent this email?

25        A    Yes.

1      Q     You've communicated with him a number of times?

2      A     Yes.

3      Q     And the last sentence -- the quibble is

4   throughout, but the last sentence is the thing I want to

5   focus on.  You write, "It's certainly true that data is

6   important for search engines, but it's not the entire story:

7   Knowing what to do with that data is far more important."

8            Do you see that?

9      A     I see that.

10     Q     Okay.

11           So in 2011, you are saying that the algorithm is

12  more important than the data still, right?

13     A     I don't know that I said that, no.

14     Q     Okay.

15           You wrote "knowing what to do with it."  When you

16  say "knowing what to do it with it," sir, what do you mean?

17     A     Well, there are algorithms but there are also

18  individuals, people who are making decisions about that

19  service and data issue.

20     Q     Okay.

21           You sent this email to downplay the import of

22  data; is that right?  I mean, you're actually reaching out

23  to a newspaper journalist to downplay the import of data?

24     A     Well, I think it's more nuanced than that.  I also

25  say that "this phenomenon can occur in any industry."

1           That the first sentence in the second photograph.

2     Q    So I just want to be clear, sir.

3           You're saying in the last sentence, and you're

4    trying to get across to him that there are other things that

5    are more important than data in search, correct?

6     A    It's not the entire story, knowing what to do with

7    that data is far more important, that's what I said.

8     Q    And I'm not asking you what you said now, I'm

9    asking what your intent was.

10          Your intent in sending this was to get him to

11   write and say that other things are more important than data

12   than search, right?

13    A    I didn't expect him to write about that narrow

14   topic.  I thought that he would continue to write about the

15   industry, and it would be helpful for him to know my views

16   on this question.

17    Q    It's actually one of your jobs to reach out and

18   send emails like this and to make public comments about data

19   and search; is that right?

20    A    I'm sometime requested to do that, yes.

21    Q    Okay.

22          And then he --

23          MR. SMURZYNSKI:  I just have to read what you're

24   saying --

25          MR. DINTZER:  No, of course.

1          MR. SMURZYNSKI:  When you're writing --

2          MR. DINTZER:  Feel free.

3          MR. SMURZYNSKI:  -- you can either turn it or

4   I can continue to wander over here.

5          MR. DINTZER:  I think a simple request by counsel

6   would have been a little better but...

7          THE COURT:  If we could just move it so counsel

8   can see it from where he's sitting.

9   BY MR. DINTZER:

10     Q    So then Mr. Lohr writes you back, right?

11          And at the top of that same page, page 2 --

12     A    I don't see that yet.  There we go.

13     Q    He writes, "When I spoke to Amit Singhal, he said

14   10 to 20 percent of the traffic gives you 80 to 90 percent

15   of the search quality.  The network effect is way overblown,

16   Amit said."

17          Do you see that?

18     A    Yes.  That's consistent with what I said in the

19   previous slide.

20     Q    It is.  It is.  And who is Amit Singhal?

21     A    I think he was head of search at that time.

22     Q    And then what Mr. Lohr writes is, "So I asked,

23   Google is spending the equivalent of the GDP of small

24   nations on data centers and whole rivers are giving up their

25   hydropower for nothing."

1           So he was skeptical about that position; is that

2   right?

3       A    "Traffic does give you incremental improvements in

4   relevance," so we all agree in that, I think.

5       Q    Okay.

6           And so Mr. Singhal then -- you got ahead of me,

7   but it says, "Amit was suitably amused and replied 'Traffic

8   does give you incremental improvements in relevance',"

9   right?

10      A    Yes.

11      Q    And you agree with that?

12      A    Yes, I've always said that's an issue.

13      Q    Search data -- data for search gives incremental

14  improvements in relevance?

15      A    It says, "Amit replied" -- that's what Amit said.

16  "Traffic does give you incremental improvements in

17  relevance."

18      Q    Right.  And now I'm asking you, sir.  Traffic --

19  separate from the document, traffic for search, more data,

20  gives you incremental improvement in relevance, right?

21      A    Yes.

22          Now, who wrote this next paragraph that starts,

23  "Yes, in any business"?

24      Q    I mean, I'm not going to go on.  Your counsel is

25  welcome to ask you about any other part of document.

```
 1    I believe that -- I believe that the journalist wrote that,

 2    Mr. Lohr.

 3         A    I don't think so.

 4         Q    Oh, you think you wrote it?

 5         A    I believe that I wrote that paragraph because of

 6    the language used, "the decreasing returns to scale.  We

 7    talked about your linear returns to scale and so on."

 8         Q    Oh.

 9         A    Very much that side of issues.

10         Q    I didn't realize that.

11              So you're making the argument, again, about

12    diminishing returns from scale?

13         A    That's what mentioned in that paragraph.

14         Q    The one that Mr. Manber said was misleading?

15         A    Let me read the next paragraph.

16              Okay.  Well, we left in saying, "Let's discuss

17    this further later," so not a direct conclusion was reached.

18         Q    Okay.

19              And no further questions on that document, sir.

20              You do presentations to universities and

21    regulatory bodies, right?

22         A    Yes.

23         Q    And in these presentations, you discuss scale?

24         A    In some of them, yes.

25         Q    And one of your responsibilities was to help
```

```
 1   Google come up with how to respond to the EU's questions of

 2   scale?

 3        A    Could you repeat that.

 4        Q    Sure.

 5             The EU -- you know what the EU is, European Union?

 6        A    Yes, I know the EU.

 7        Q    I want to be fair.

 8             They were looking into issues of scale, right?

 9        A    Yes.

10        Q    And one of your jobs was to help Google come up to

11   a response -- with a response to the EU's questions about

12   scale?

13        A    Yes.

14        Q    And you tell universities and regulatory bodies

15   that scale is not important for a successful search engine?

16        A    I don't believe I've ever used those words.

17        Q    Okay.

18             But you don't have to use word for word, sir.  I'm

19   asking, do you convey the information to universities and

20   regulatory bodies that scale is not necessary for a

21   successful search engine?

22        A    No, I did not convey that.

23             I said what's here in print, that scale is

24   important but it's not the only thing and there are lots of

25   other issues that are important.
```

1      Q     Daniel Russell, he's an engineer at Google?

2      A     Yes, I think.  I'm not sure of his exact job

3  title.

4      Q     Well, he works at Google?

5      A     He works at Google.

6      Q     And he's an engineer?

7      A     Yes.

8      Q     Okay.

9            So -- and he knows a lot about search engines, can

10 we agree on that?

11     A     Well, his primary area of interest, as

12 I understand it, is user interface.

13     Q     And user interface and artificial intelligence; is

14 that right?

15     A     In search and other issues that face Google.

16     Q     In 2023, I see he wrote or co-wrote an article

17 called "Human-Computer Interaction and AI:  What

18 practitioners need to know to design and build effective AI

19 system from a human perspective."

20            So can we agree that --

21     A     Is that the title or is that the article?

22            MR. SMURZYNSKI:  Your Honor, objection.

23 Mr. Dintzer is now testifying.  If there was a question, I

24 withdraw my objection.  But he just -- he's simply

25 testifying as to what Daniel Russell apparently may or may

 1    not have said in 2023.

 2              THE COURT:  I thought he was asking about a title

 3    of an article.

 4              MR. SMURZYNSKI:  I didn't hear the question yet.

 5              THE COURT:  I think he was asking whether he wrote

 6    an article with the title that he just asked about.  And I

 7    don't know whether Dr. Varian knows the answer to that or

 8    not.

 9    BY MR. DINTZER:

10        Q    Do you know whether he wrote an article along

11    those lines, sir?

12        A    With that title?

13        Q    Yes.

14        A    No, I don't know.

15        Q    Okay.

16             Can we agree that he's a bright guy?

17        A    He's a bright guy?

18        Q    Yes.

19        A    Yes, we could agree he's a bright guy.

20        Q    Let's go to UPX243.

21        A    Was that UPX or UPS?

22        Q    UPX.

23        A    Okay.

24             Read me the number again.

25        Q    243, sir.

1    A    243.

2         And could you highlight it on the screen.

3    Q    Of course.

4         Sir, you don't have any water up there.  Would you

5    like a water?

6    A    I have water.

7    Q    Oh, you got it.  Good.

8         So we're going to start, as we do with all of

9    these, with the bottom email, and that's an email from you,

10   right?

11   A    Okay.

12   Q    Sent on May 29th, 2020.

13        Do you see that?

14   A    I -- well, which part are you referring to?

15   Q    Right now the only question, sir, is whether,

16   do you see the email that I'm referring you to?

17   A    Oh, yes, I do see that.

18   Q    Okay.

19        And, so, in May 2020, you set an email to

20   Mr. Russell, correct?

21   A    On Friday, May 29th, is that what you're saying, I

22   sent a message?

23   Q    That's exactly what I'm saying.

24   A    Yeah.  Okay, yes.

25   Q    Okay.

1        And you start off, "Sent you some follow-ups which

2   you can peruse at your leisure."  Do you see that that's the

3   first sentence?

4        A    I don't see the part that says "peruse."  Where is

5   that?

6        Q    It's at the very top of the pullout box that we've

7   got for you.

8        A    I see.  Yes, the first line.

9        Q    Okay.

10       And then further down you write, "One of the

11  topics that comes up constantly is the data network effect,

12  which argues high quality, then arrow, more users, arrow,

13  more data, arrow, more analysis, arrow, more -- high

14  quality."  Do you see that?

15       A    I see that.

16       Q    You sent that to Mr. Russell?

17       A    Yes.

18       Q    And that effectively was talking about the thing

19  we've been talking about, the importance of scale for a

20  general search engine?

21       A    Well, on the previous slide, I said this is a

22  supply side phenomenon, not a network effect.  It's a case

23  where learning by doing, for example, is -- fits in this

24  model.

25       Q    Right.

1            All I'm asking, sir, is this, what you sent to

2    him, the quality, data, more analysis, high quality, that's

3    related to the scale and search quality issue that we've

4    been discussing, correct?

5        A    I have indeed encountered people talking about

6    something they referred to as the data network effect and

7    that's the visual summary of what they're describing.

8        Q    Okay.

9            And, sir, I need you to answer my questions.

10       A    Okay.  Tell me what it is.

11       Q    My question is, when you wrote that, you're

12   talking about the effect of data of quality in a general

13   search engine, right?

14       A    I'm talking about questions that come to me from

15   the EU audience about this issue that they referred to as a

16   data network effect.

17       Q    Which is related to scale that we've been talking

18   about?

19       A    Well, it's hard to say that directly because what

20   happens when you start out with no data, the cold start

21   phenomenon as computer scientists call it.

22       Q    So then you go farther down and you say, "Much of

23   Google's improvement over the years has been due to

24   thousands of people such as yourself identifying tweaks that

25   have added up to Google as it is today."

```
 1        A     Yes, that is what I sent to Dan.

 2        Q     Okay.

 3              And then the next sentence is, "This is a little

 4   too sophisticated for journalists and regulators to

 5   recognize.  They believe that if we just handed Bing a

 6   billion long-tailed queries, it would magically become a lot

 7   better."

 8              Do you see that?

 9        A     I -- yes.

10        Q     And in that sentence, you specifically tie data to

11   the quality of general search engines, right?

12        A     That's a topic that comes up constantly.

13              As I say, this is not a network effect in an

14   economic sense.  So it's true that I say they raise this

15   issue, but I'm not saying I agree with it.

16        Q     Fair enough.

17              Other people raise the issue about whether data

18   has a beneficial effect on search, right?

19        A     Yes.

20        Q     Okay.

21              And then you write, "We've been doing a number of

22   presentations to regulators on this topic."  And you say,

23   "See my presentation here," right?

24        A     Okay.

25        Q     Okay.
```

1          And then you write, "I wonder if you would be

2   willing to do a meeting with them on how improving quality

3   depends more on algorithmic improvements, tweaks, than on

4   the big data per se," right?

5          A    That's what I wrote, yes.

6          Q    Okay.

7               So you're inviting Mr. Russell to talk to

8   regulators?

9          A    Yes.

10         Q    And you're inviting Mr. Russell to talk to

11  regulators to specifically say that the tweaks, the

12  algorithmic improvements are more important than big data

13  per se?

14         A    I don't think I say more important.  I say that

15  tweaks, due to thousands of people such as yourself, have

16  added up to Google as it is today.

17         Q    Okay.

18              I'm talking about the last sentence, how improving

19  quality depends more on -- and then you say the tweaks --

20  than on big data.  That's what you're asking him to talk

21  about?

22         A    Than on big data per se.  It's not big data alone.

23         Q    Right.  That's what you're asking him to talk

24  about?

25         A    Yeah, I'm asking him that.

1      Q      Okay.

2             And his response was, "Hi, Hal, I'll take a look

3      at your slides tomorrow, quick scan, very interesting."

4             Do you see he said that?

5      A      Okay.

6      Q      Okay.

7             And he gives you an exclamation point.  He's very

8      interested.  Do you see that?

9             And then the next sentence he writes, "The data

10     quality effect is real."

11            Do you see that?

12     A      Yes.

13     Q      And he uses capital I-S to make sure you get it.

14            Do you see that?

15     A      Yes.

16     Q      "Data quality is real."

17     A      But the very next sentence says, "The data tweaks,

18     the algorithmic tweaks, they're also a big part of the

19     story."

20     Q      Absolutely, absolutely.

21            And so he responded to you with exactly what we

22     just read there.

23            And then you wrote back, "I think everyone would

24     have to agree that both data and analysis are important."

25            Do you see that?

1      A     That's the first sentence, correct.

2      Q     Okay.

3            And he -- oh, I'm sorry, you know what, I skipped

4   something.

5            The last sentence before his salutation is,

6   "I admit I'm not too keen on talking to regulators but will

7   do it if you think it's useful for the greater good and if

8   you think I can do it effectively."

9            Do you see that?

10     A     I see that.

11     Q     Then you write the sentence at the top, "I think

12  everyone would have to agree that both data and analysis are

13  important."

14           Do you see that?

15     A     Yep.

16     Q     Okay.

17           Mr. Russell never met with the regulators did he?

18     A     Repeat that.

19     Q     Sure.  Mr. Russell never met with the regulators?

20     A     As far as I know he never met the regulators.

21     Q     You ask him to, and then he said that the data

22  quality effect is real, and then he never did?

23     A     Well, look at the next paragraph, "I'll do it if

24  you think it's going to be effective."

25     Q     I guess you didn't think --

1        A    It was a big part of the story.

2        Q    Absolutely.  I guess somebody didn't think it was

3   going to be effective, right, sir?

4        A    Well, I think he says the algorithmic tweaks and

5   data tweaks, as you point out, are a big part of the

6   stories.  There are many effects at work.

7        Q    We talked about the diminishing returns curve,

8   right?

9        A    We did.

10        Q    Okay.

11             And so this is data, right?

12        A    Yes.

13             Well, I think it says data, yeah.

14        Q    So my only question is this:  Google is farther

15   along the diminishing return curve than Bing, right?

16        A    I don't know that anybody's ever tried to measure

17   that particular number.  I mean, that could be said by

18   somebody, but I would have to see evidence.

19        Q    Okay.  So you don't know sitting here whether

20   Google is farther along the diminishing return curve than

21   Bing?

22        A    Remember there are many different products at

23   Google.  And are you saying that all of them are beyond this

24   point, or what is the question?

25        Q    Sir, I'm sorry, I didn't use the words so let me

1   do that.

2        A    Okay.

3        Q    With respect to general search, Google is farther

4   along the diminishing returns curve than Bing, wherever that

5   is?

6        A    I don't know you could say that.  Bing has been

7   around before Google.  Well, Microsoft search engine wasn't

8   called Bing at that point.

9        Q    Do you understand that Bing gets less data than

10  Google?

11       A    That Bing --

12       Q    Gets less data than Google for search?

13       A    I think the number of searches that accrue to

14  workers -- sorry, forget that.

15            I think that Bing has less traffic than Google.

16       Q    Okay.

17            MR. DINTZER:  1066, we'll offer, Your Honor.  We

18  face a relevance objection from Google.

19            THE COURT:  Is this along the same timing

20  objection as before?

21            MR. SMURZYNSKI:  Your Honor, I think actually the

22  objection with this witness is it's not clear it's been used

23  with him.  He's ever seen it before, I guess we could

24  establish that and then move on.

25            But that's our first and foremost objection on

```
 1   this.

 2            And then I think the antitrust basics for search

 3   team from 2011, we also would have a relevance objection to.

 4            MR. DINTZER:  So with this witness -- I mean,

 5   Your Honor, we heard the relevance objection before we knew

 6   which witness we were going to assert with.

 7            So the relevance objection apparently is that

 8   they -- I mean, this has some "Communicate with Care"

 9   elements that I'm about to get to, and it's clearly relevant

10   and it should be admitted.

11            THE COURT:  Well, I guess the issue is, I mean if

12   there is an objection to it, then let's do it this way.

13            I don't think there's a relevance objection in the

14   sense of the timing of it that we talked about previously.

15   I think we just need to know whether this is something he's

16   seen before and can actually testify about it.  If it's not,

17   then it can come in through a different witness.

18            MR. SMURZYNSKI:  Thank you, Your Honor.

19   BY MR. DINTZER:

20       Q   Sir, this is titled "Antitrust Basics for Search

21   Team."  Do you see this?

22       A   I see that.

23       Q   And it's UPX1066.

24            And have you had antitrust training at Google?

25       A   I don't know.  I don't remember whether I have or
```

```
 1    have not.

 2         Q     Okay.  So let's go to page 880.

 3         A     8 --

 4         Q     We'll pull it up on the screen for you, sir.

 5         A     Oh, okay.

 6         Q     And it says, "Practical tips:  Document writing."

 7         A     Right.

 8         Q     "Avoid references to markets or market shares or

 9    dominance."

10               And we've talked about this before.

11               Have you had any training at all, anybody teaching

12    you or telling you that people should avoid markets or

13    market shares?

14         A     I may have had informal communications with

15    lawyers about matters of law of this nature, but I don't

16    specifically recall having a class in this subject.

17         Q     Fair enough.

18               The next line says, "Avoid discussions of scale

19    and network effects."

20               Do you see that?

21         A     I see that.

22         Q     Okay.

23               Have you had any conversations with anybody at

24    Google about the fact that they should avoid discussions of

25    scale or network effects?
```

 1        A    I have not had specific discussions that I recall

 2   on those two topics.

 3        Q    How about general discussions, sir?

 4        A    General discussions, okay.

 5        Q    You've never had those either?

 6        A    I've never had general discussions --

 7        Q    With anyone at Google --

 8        A    -- with a lawyer -- or with anybody at Google.

 9        Q    -- about avoiding the terms scale or network

10   effects?

11        A    I can't remember any specific incidents of that

12   happening.

13        Q    Okay.

14        A    I can recall having discussions of one sort or

15   another, but I didn't have a formal class, yes.

16        Q    Okay.

17             And so that's why I'm not asking about a formal

18   class.

19        A    Okay.

20        Q    Okay?

21             Have you had, not in a class, anywhere in your

22   entire time at Google had any discussions with anybody where

23   the subject of avoiding saying the terms scale or network

24   effect was broached?

25        A    I can't remember any specific instance of that.

```
 1    It's possible or perhaps none.
 2              MR. DINTZER:  We'll bring it in with a different
 3    witness, Your Honor.
 4    BY MR. DINTZER:
 5         Q    Now, I'm going to turn to advertising, sir.
 6              Users type queries into general search engines,
 7    and sometimes those are commercial queries, right?
 8         A    I'm sorry, what?
 9         Q    Do you know what a "commercial query" is?
10         A    Once more.
11         Q    A commercial query.
12         A    Commercial, yes.
13         Q    What's a commercial query, sir?
14         A    A commercial query is one that's related to
15    business or commercial matters.
16         Q    And some queries are definitely commercial, right?
17         A    Right.
18         Q    Like I put in blue blender or cheap blue blender,
19    that's definitely a commercial query?
20         A    Yes.
21         Q    And some are definitely not, right?  I put in
22    Colin Powell.  I put in any -- George Washington, some are
23    clearly not?
24         A    Well, sometimes you might be seeking a book about
25    Powell or about Washington.  So even something that's
```

1    non-commercial in its nature could be seeking more

2    information on that topic.

3        Q    Okay.

4            And so -- and, in fact, there's a big gray area

5    about some things that could be commercial or not

6    commercial?

7        A    That's correct.

8        Q    And one of the jobs of a general search engine is

9    to figure out whether this query is a commercial query or a

10   non-commercial query?

11       A    Well, as a matter of fact, that's -- the search is

12   a different system than ads.  So when you said you're using

13   the search engine to provide advertisements, that's not

14   quite right as I understand it.

15       Q    When you type in the box --

16       A    Yep.

17       Q    -- a query --

18       A    Yep.

19       Q    -- Google, big Google, has to figure out whether

20   that has a commercial intent associated so it can decide

21   whether to show you an ad, right?

22       A    It has to decide whether to show you an ad or more

23   than one ad.

24       Q    Right.

25           And it does that by trying to figure out whether

1   what you're looking for is something that would be of

2   interest to an advertiser?

3       A    Well, remember, it's the advertiser that provides

4   the keywords.  Google is seeing if those keywords match the

5   query, and then it's determining that.  So it's really the

6   advertisers' choice of keywords that are determining whether

7   it serves an ad.

8       Q    And so when the person who's typing in the query

9   may not make the distinction between this is commercial or

10  this is not commercial, right?  That's not necessarily

11  something that they're thinking in their head?

12      A    Well, they would -- they might be thinking I want

13  to buy a book about Colin Powell, is that commercial or is

14  that not commercial?  It doesn't matter.  There would

15  probably be an ad shown based on that query.

16      Q    Fair enough.

17      A    And, by the way, you might reformulate the query

18  to make it more accurately reflect what you're really

19  looking for, what you're searching for.  And by "you,"

20  I mean you the user.

21      Q    Right.

22           Google's revenue comes from ads that are clicked

23  on by users, right?  Google search?

24      A    The advertisers -- well, first of all, when are

25  you talking?  Because the system has changed markedly over

1    the years.

2         Q    Sir, it's a simple question.

3         A    Okay.

4         Q    Google makes money on search from people who click

5    on advertisements, correct?

6         A    Okay.  Yes.  Among other ways.

7         Q    Okay.

8              And if -- sometimes Google only shows organic

9    results and there are no ads to click?

10        A    Sometimes.

11        Q    Most of the queries Google answers are

12   non-commercial queries?

13        A    Yes.

14        Q    And the rate is, what, 6 percent for commercial

15   queries?

16        A    I've seen that number, yes.

17        Q    You've used that number?

18        A    I've used that number.

19        Q    Google answers non-commercial queries to get more

20   commercial queries?

21        A    Yes.

22        Q    Okay.

23             And when answering the non-commercial queries in

24   its search bar, it does that so that it hopes that at some

25   point I type in something that it can show me ads, right?

1        A    Well, it's a little bit picturesque where you're

2    sitting there hoping to see a non-commercial ad.

3             But it is true that people -- that Google tries to

4    answer the non-commercial ads as best it can, as well as it

5    can, in order -- because it hopes that in the future it will

6    get some advertising revenue as well.

7        Q    By me typing in a commercial query?

8        A    Right.  But this is just exactly what -- this is

9    exactly what other magazines and newspapers and content

10   sources do as well.  They show ads, they have non-ad

11   content, and they're hoping that the quality of the non-ad

12   content improves, shows up as ad revenue.

13       Q    Sir, I didn't ask you about any of that.  So I'm

14   going to ask you to focus on my question.

15            Google's business model is using ads to support

16   the development of responses to non-commercial queries,

17   right?

18       A    Okay.  Yes.

19       Q    Now, advertisers on Google care how many users

20   there are on that platform, that's relevant to them?

21       A    Yes, I would say that.

22       Q    And, in the other direction, when users issue

23   non-commercial queries, they don't care how many advertisers

24   there are, right?  If I'm genuinely looking just for

25   information about Colin Powell, then I don't care if there's

1     how many people are advertising blue blenders, right?

2         A     Okay.  Yes.

3         Q     When users -- I'm sorry.  If a user is doing a

4     search that is non-commercial, then they will not make their

5     choice based on advertisers?

6         A     There can be circumstances where the ads are

7     thought to be intrusive by the user; but, generally

8     speaking, I would say the quality of ads matters to user

9     behavior.

10        Q     You're saying that the quality of ads matters even

11    if all I've got is a non-commercial query?

12        A     No.  I think I misunderstood your question.  Could

13    you try again?

14        Q     If the user is doing a search that is

15    non-commercial, then they will not make their choice based

16    on advertiser?

17        A     If it's non-commercial, no ad is shown, then how

18    could consumers take that into effect?  I mean, there's --

19    it seems if there's no ad shown, they can't change their

20    behavior based on the ad.

21        Q     If a user is doing a search that is

22    non-commercial, they will not make the choice based on the

23    number of advertisers there are on the platform, correct?

24        A     Yes.

25        Q     From an advertisers' perspective, the best time to

1    show an ad is when a person is thinking about buying a

2    product?

3         A    Yes.

4         Q    An important aspect of an ad is whether it's

5    served up when the consumer is searching for something to

6    buy?

7         A    Okay.  Could you repeat that sentence?

8         Q    Sure.

9              An important aspect of an ad is whether it's

10   served up when the consumer is searching for something to

11   buy?

12        A    That is -- yes.

13        Q    A consumer's more likely to click on an ad if it

14   is shown when the consumer is actively searching for

15   something to buy?

16        A    Yes.

17        Q    The search query is a very strong predictor of

18   what sort of ad content would be most relevant to the

19   consumer?

20        A    Yes.

21        Q    If I type in "sushi near me," a good response for

22   the search provider is to show me sushi bars that are near

23   where I am?

24        A    Yes.

25        Q    When we use the term "signal" in relation to a

1    search ad, what does that mean?

2        A    Could you repeat the word.

3        Q    Sure.  And I'm going to write it --

4        A    Write it.  Okay.

5        Q    -- so we're all on the page.

6             So sometimes we use the term "signal" related to

7    ads, correct?

8        A    Yes.

9        Q    And what does that mean, "signal," when it's

10   related to ads?

11       A    It's an indicator that the query is related to an

12   ad, yes.

13            THE COURT:  Sorry.  Can you repeat that?

14   Indicator of what?

15            THE WITNESS:  It's an indicator of the relevance

16   of the ad to the query.

17   BY MR. DINTZER:

18       Q    The signal provided by a query, that means my

19   question, tells Google at that second I'm interested in that

20   thing, right?

21       A    You're interested in that thing.

22       Q    That thing, whatever it is?

23       A    Whatever it is.

24            Hmm.  Yes.

25       Q    Okay.

1           So if I type in cheap blue blender, that's a

2    signal for Google that I'm interested in cheap blue

3    blenders, right?

4       A    That is correct.

5       Q    Queries are a strong signal of user interest and

6    intent, right?

7       A    Yes.

8       Q    The ads that appear on Google.com are search ads?

9       A    Not necessarily all the ads are search ads.  They

10   could be targeted using different techniques.

11      Q    If I type in "cheap blue blender" --

12      A    Yeah.

13      Q    -- I will see ads, correct?

14      A    You will see ads.

15           MR. DINTZER:  I'm going to try to use the ELMO

16   here for just a second, Your Honor.  See if I can.

17   BY MR. DINTZER:

18      Q    If you can look at the screen, sir.

19           Thank you.

20           I've exceeded my competence, Your Honor.

21      A    Yeah, that's good.

22      Q    That's cool.  This will do.

23           Sir, do you see what I've got up here on the

24   screen?

25      A    I see, yes.

```
 1       Q    Okay.
 2            And, Your Honor, this was one of the slides in the
 3  opening statement, and we're just going to use it as a
 4  demonstrative, we're not going to move it in.
 5            You understand that the top set of ads, those are
 6  shopping ads; is that right?
 7       A    Shopping ads, is that a --
 8       Q    PLAs?
 9       A    PLAs, product listing ads.
10       Q    Is that right?
11       A    That would be the term that we use, yes.
12       Q    You use PLAs?
13       A    Yeah, product listing ads.
14       Q    Right.
15            So they have certain elements in a product listing
16  ad.  They have a picture of the item, right?
17       A    Yes.
18       Q    And they have the whoever is offering the item; is
19  that right?
20       A    Yes.
21       Q    Okay.
22            And then they have a price for the item; is that
23  right?
24       A    Yes.
25       Q    And if I click on that, that'll take me to
```

```
1    whoever's page where I might be able to buy that product,
2    right?
3         A    Right.
4         Q    Okay.
5              And then we also have text ads; is that right?
6         A    Text ads here, yes.
7         Q    And text ads, sometimes they have pictures,
8    sometimes they don't, right?
9         A    Yes.
10        Q    And text ads are available for a wide range of
11   different possible things as opposed to just products,
12   right?
13        A    Yes.
14        Q    And sometimes a company will have a shopping ad
15   and a text ad on the same page?
16        A    That could happen.
17        Q    And it does happen?
18        A    Yes.
19        Q    And together, these shopping ads and the text ads,
20   those are the types of ads that Google can post in response
21   to a commercial query, correct?
22        A    Just repeat that, please.
23        Q    Of course.
24             I typed in commercial query, a blue blender, cheap
25   blue blender, and I can get shopping ads and text ads,
```

1  right?

2      A    Right.

3      Q    Those are both types of search ads because they

4  come up when I'm searching, right?

5      A    Again, I would say product listing ads would be

6  the term that would distinguish them from this other term

7  that you're using.

8      Q    Okay.  I'm sorry.

9          So I will stick with product listing ads.

10     A    Okay.

11     Q    Product listing ads and text ads, those are the

12 two types of ads that will come up on Google, may come up on

13 Google if I put in a commercial query?

14     A    May come up, correct.

15     Q    Okay.

16         And together, they are the two types of search ads

17 that Google provides or Bing if I put in a query?

18     A    And there could be -- well, I'd have to look at

19 the current data.  I'm not -- we're not saying those are the

20 only kinds of ads that Google returns, are we?

21     Q    Fair enough.

22     A    Okay.

23     Q    Now, search ads can facilitate a purchase, right?

24     A    A search ad can facilitate.  I'm not sure

25 I understand the facilitate claim.

1    Q    Sure.

2         I get a search ad, maybe a PLA here, and I click

3    on it and it can allow me to make a purchase through the

4    search ad, right?

5    A    It might lead to a purchase.

6    Q    They can help out a purchase?

7    A    Yeah, they're telling a merchant that sells this

8    product, for example, if that's what "help out" means,

9    that's correct.

10   Q    Search ads can help out a purchase by helping the

11   individual find product information, right?

12   A    Yes.

13   Q    Okay.

14        When I Googled bicycle parts, Google shows ads

15   relevant to my query, right?

16   A    Yes.

17   Q    And so let's go to UPX452.

18        And, Your Honor, this is in.

19   A    UPX -- oh.

20        452.  Okay.

21        MR. DINTZER:  I can't remember if I said it,

22   Your Honor, this is in evidence.

23        THE COURT:  Yep.

24   BY MR. DINTZER:

25   Q    So this is a 2020 email chain that you're on; is

```
 1    that right.
 2              Do you see that, sir, September 9th, 2020?
 3         A    Uh-huh, I see it.
 4         Q    Okay.
 5              And this is an email chain that you're on?
 6         A    Yes.
 7         Q    And the subject is "Passing along ad prices."
 8    Do you see that?
 9         A    Yes.
10         Q    And David Stallibrass is one of the people that
11    you're communicating with; is that right?
12         A    That's right.
13         Q    And he's an advisor for Google?
14         A    I think -- I don't know if he's an advisor to
15    Google.
16         Q    Is he at a firm that advises Google?
17         A    No, there's -- well, so John Fingleton is the
18    primary contact, and whether he's contracted to Google,
19    I'm not sure.
20         Q    Mr. Stallibrass is -- lectures on antitrust
21    issues; is that right?
22         A    I think he's a colleague of Professor Fingleton.
23         Q    I see.
24              So Mr. -- Professor Fingleton advises Google and
25    Mr. Stallibrass is a colleague of his?
```

1      A    I'm not certain of his relationship with Google at

2  this point on September 9th, 2020.

3      Q    Okay.

4           But you're writing him, right?  I mean you're

5  communicating with him?

6      A    Yes, I'm writing it to him, to Stallibrass and

7  Fingleton, yes.

8      Q    Okay.

9           And we're going to go to page 899 of this, it's

10  about the fourth page in, although -- and we're going to go

11  to the email that David Stallibrass writes.

12          And you understand that Mr. Stallibrass is the

13  former Director of Enforcement at the U.K. Office of Fair

14  Trading; is that right?

15     A    So I knew Fingleton, I did not know Stallibrass.

16          But can you repeat his title or your --

17     Q    I'm asking you, did you know or do you know that

18  he is the former Director of Enforcement at the United

19  Kingdom Office of Fair Trading?

20     A    I did not know that at the time I was writing this

21  email.

22     Q    Do you know that now?

23     A    Because you just said so.  But I don't have any

24  independent -- I don't -- I didn't know that before I heard

25  it from you.

1      Q    Okay.

2      He has published articles on antitrust and

3  regulation, do you know that?

4      A    I learned that as I interacted with him, yes.

5      Q    Okay.

6      And he writes, on August 17th, 2020, that's about

7  two months before the complaint in this case was filed, he

8  writes, "Hal Fabien," right?

9      A    Yes.

10     Q    So he knows enough -- you well enough to call you

11  by your first name?

12     A    We're pretty informal at Google.

13     Q    How long have you known him, sir?

14     A    I think I first came across his name in the

15  context of this discussion that we were having about the

16  email.

17     Q    So he writes, "So three thoughts below on some

18  ways to respond to the Google market power in search, arrow,

19  higher prices for goods and services argument, building on

20  your comments."

21     Do you see that?

22     A    Yes, I see that.

23     Q    He's addressing Google's market power in the

24  search market?

25     A    He's -- can you repeat that sentence?

1        Q     Sure.

2              He is addressing Google's market power in the

3     search market?

4        A     He's not actually doing that.  He's looking at

5     thoughts of how to respond to people who are asserting

6     Google has market power in search.  So he's not asserting

7     that, he's thinking about the appropriate response --

8        Q     Responding?

9        A     -- to that issue.

10       Q     Fair enough.

11             And you write, you can see at the top, you write

12    in your usual style, you're going to put your comments in

13    line with his; is that right?

14       A     Yes.

15       Q     Okay.

16             So the first thing he writes is, "It's hard to

17    defend high profits, and I think it's an elephant trap to

18    try."

19             Do you see that?

20       A     I see that.

21       Q     And he writes, "The base that most concerns with

22    Google is that you have a strong prima facie market power in

23    search, and that you make a very large amount of profits,

24    and that these are linked."

25             Do you see that?

1       A       That is his view, yes.

2       Q       And he's focused on Google making a very large

3    amount of profit, right?

4       A       Okay.  Once more.

5       Q       He's focused on Google making a very large amount

6    of profit?

7       A       That's one of the concerns he mentions.

8       Q       And large profit is one indicator of monopoly; is

9    that right?

10      A       In some cases, yes.

11      Q       Okay.

12              And he writes, "You can argue that you don't have

13   market power in search, but it's going to be extremely

14   difficult to win that argument till you stop making large

15   amounts of money."

16              Do you see that?

17      A       Yes.

18      Q       Okay.

19              And you write in response, "I agree with the point

20   that defending Google's profits is difficult, but I'm going

21   to try anyway."

22              Right?

23      A       Okay.  Where is that sentence?

24      Q       It's the highlighted one, sir.

25      A       And who wrote that?

1      Q    This is your comment to him, "in line, sir"; is

2  that right?

3      A    Okay.  Yes.

4      Q    Okay.

5           And so you don't deny that Google makes a very

6  large profit, do you?

7      A    I don't deny that Google makes a profit.

8      Q    Well, he said "a very large amount of profit."

9  You don't deny that either?

10     A    I don't deny that he says that, no.

11     Q    Right.

12          And you don't deny that it's true in your

13  response, do you?

14     A    Well, I go on to address some of the issues

15  surrounding that point.

16     Q    "But I'm going to try."

17          Sir, Google is profitable selling search ads,

18  isn't it?

19     A    Yeah, I'm going to try to spell out a response to

20  those people who hold the view that profits are a strong

21  signal of monopoly.

22     Q    Okay.

23          And then we're going to move up to another email

24  that he sends, and this is on the second page.

25     A    Okay.

1            But it would be nice to follow-up some of those.

2      Q    I'm sure your counsel will take you through

3  whatever he feels is necessary.

4      A    Yes.

5      Q    And what Mr. Stallibrass writes is, he writes,

6  "What I think" -- and he underlines that -- "I have sympathy

7  for not wanting to define a market.  It's drawing a bright

8  binary line which doesn't really exist.  Having said that,

9  there are a number of places where general search is a clear

10  product such as default search bars."

11            Do you see that?

12      A    I see that.

13      Q    Can so he believed, or was asserting in this, that

14  general search was a market?

15      A    He is using it in that sense, yes.

16      Q    Okay.

17            And then he writes, "The user may have a range of

18  intents when they interact with the product, but I think it

19  is reasonable to consider general search as a well-defined

20  focal product in these instances."

21            He's making that assertion as well, right?

22      A    Yeah, that -- and -- who is it that uses the term

23  "define focal point" -- or "defined focal product" in this?

24      Q    I believe it's Mr. Stallibrass in his email,

25  right?

1      A     Yeah, so what I don't know what he...

2      Q     Well, actually, I may have gotten that -- I take

3   it back.  I take it back.  When I'm wrong, I need to admit

4   it.

5            I believe it's Mr. Fingleton, the person that you

6   have as a consultant.

7            So if we go to the previous -- to the first page,

8   if you look with me -- and you tell me if I'm wrong, it

9   looks like Mr. Fingleton is the one who's making these

10  comments, David Fingleton.

11           Oh, I take it back.

12           David at Fingleton.  Fingleton.com is the name of

13  the consulting group; is that right?

14     A     Say it again, sorry.

15     Q     Fingleton.com, that is the email address?

16     A     Yes.

17     Q     For the consulting group.

18           So David is Stallibrass@Fingleton.  Okay.

19     A     Yeah.

20     Q     So if Mr. Stallibrass is the one who is saying

21  that "general search is a well defined focal product in

22  these instances," correct?

23     A     Right.  He does not use market.

24     Q     Okay.

25           And then the next sentence he writes is, "Once

```
 1    you've defined general search as a focal product, it's
 2    relatively easy to conclude that Google has market power in
 3    it," correct?
 4          A    That's what he says.
 5          Q    Okay.
 6               And then we're going to go to your response, which
 7    is at the very top of the email.
 8          A    The very -- okay.  Here we go.
 9          Q    Okay.
10               And you write -- and this is September 9th, 2020,
11    just about a month before we file the complaint in this
12    case.
13               "My concern is with market" -- and you put quotes
14    around the "market -- "which I usually think involves
15    financial transactions of some sort," right?
16          A    Yes.
17          Q    You wrote that?
18          A    Yes.
19          Q    Okay.
20               And then you write, "There's no such market --
21    again, quotes -- "for search, though there is a market for
22    search advertising of course"?
23          A    Yes.
24          Q    Okay.
25               And you wrote that because you believed that there
```

1    is a market for search advertising, right?

2         A    It is a form of advertising, yes.

3         Q    Sir, I need to you to answer my question.

4              You wrote this because you believed that "there is

5    a market for search advertising of course"?

6         A    Well, the question here is, are we using market in

7    the technical antitrust set or are we using it as the way

8    ordinary people use it.

9         Q    Like the supermarket?

10        A    Hmm?

11        Q    Like a supermarket?

12        A    Yeah, supermarket.

13        Q    Well, you know what, fortunately, you answer that

14   question in the next sentence.

15        A    Oh, great.

16        Q    You write, "If you look at radio station mergers

17   in the U.S., all of them defined the market as the

18   advertising market, not the content market."

19             So when you're saying there is a market for search

20   and advertising, you're doing it in the context of an

21   antitrust analysis, right?

22        A    That sentence refers to radio station mergers.

23        Q    Sir, I need you to answer my question.

24        A    Okay.

25        Q    When you write "there is of course a market for

1    search advertising," you're doing it in the context of

2    discussing antitrust markets, correct?

3        A    Well, I'm not sure that I was that specific during

4    this email conversation, so it's not obvious to me at this

5    point whether the market is referring to the ordinary sense

6    or the antitrust sense.  You'd have to have a much deeper

7    analysis to really see if it was the --

8        Q    I'll move on.

9             Sir, I'm going to point out --

10       A    Okay.

11       Q    -- that when you write this sentence, the first

12   time you use "market," you put quotes around it.  And the

13   second time when you say "there's no such market," you again

14   put quotes around it because you sound like you're skeptical

15   for search.  Then you write, "Though there is a market" --

16   no quotes -- "for search advertising of course," correct?

17       A    I'm not sure that my response was that thoughtful,

18   was talking about the market, what does the market mean, and

19   I used the quotes liberally.

20            THE COURT:  Okay.  Mr. Dintzer, why don't we move

21   forward from this --

22            MR. DINTZER:  Of course.

23            THE COURT:  -- line of questioning?

24   BY MR. DINTZER:

25       Q    If a company, sir, can't get enough organic

1    clicks, they must pay for a search ad; is that right?

2        A    That disappeared.

3        Q    We're going to move on from that document, sir.

4        A    Oh.

5        Q    If a company doesn't feel like it's getting enough

6    organic clicks, it will pay for a search ad;

7    is that correct?

8        A    A company, you mean a seller?

9        Q    A seller.

10       A    A seller.  So now repeat the sentence using the --

11       Q    If they can't get enough organic checks, they will

12   pay for search ads?

13       A    Well, even if they do get a lot of organic clicks,

14   they may want to pay for ads.  It's not that it's either or.

15       Q    Chevy once pulled their ads from Google search?

16       A    Yes.

17       Q    And when Chevy pulled their ads from Google

18   search, they lost a great deal of search traffic?

19       A    Yes.

20       Q    30 percent?

21       A    Yes.

22       Q    EBay and car rental places have turned off search

23   ads and found that they lose traffic; is that right?

24       A    Yes.

25            THE COURT:  Sorry.  EBay and who?

1           MR. DINTZER:  I'm sorry?

2           THE COURT:  Your question was eBay and who?

3           MR. DINTZER:  And car rental places.

4  BY MR. DINTZER:

5      Q    Shopping ads are a different species than text

6  ads; is that correct?

7      A    I can't see this in writing.  Can I see it?

8      Q    No, I'm asking you just a straight-up question,

9  sir.

10     A    All right.

11          So then please repeat the question.

12     Q    Shopping ads, or PLAs -- I'm sorry, you like PLAs.

13  PLAs are a different species than text ads; is that right?

14     A    Yes.

15     Q    With text ads, the advertiser gets to choose the

16  creative element in the ad?

17     A    Yes.

18     Q    With text ads, the advertiser can identify the

19  distinctions in their product versus other companies?

20     A    Yes.

21     Q    With shopping or -- shopping ads, or PLAs,

22  advertisers do not get to choose the creative in the ad?

23     A    Okay.

24     Q    True?

25     A    I believe so.

1       Q    Shopping ads show only one product per ad in a

2   large panel of ads, correct?

3       A    In a -- yes.

4       Q    Let's go to UPX910.

5            MR. DINTZER:  This is entered, Your Honor.

6            THE WITNESS:  So this is -- oh, here it is.  Okay.

7   Good.

8   BY MR. DINTZER:

9       Q    Yes.  It's titled "7 Deadly Sins of Tech?"

10  Do you see that?

11      A    Yes.

12      Q    This is part of a series of speeches that you give

13  titled "7 Deadly Sins"; is that right?

14      A    That's right.

15      Q    This one was done in May 2019, according to the

16  top?

17      A    It's not clear that's when the paper was delivered

18  or when it was written.

19      Q    So but either way, these are ideas that you had in

20  May 2019, right?

21      A    That's correct.

22      Q    And so it says -- we're going to go to the second

23  page at the bottom, under "Use of Data."  And we're going to

24  go right above that -- although I guess we already have

25  that.  "Use of Data."

1          You write here, "The vast majority of our profits
2    come from search ads because the signal from a query is so
3    strong."
4          So we talked about that, right?
5    A     Yes.
6    Q     Okay.
7          And then you write, "Example of tennis racquet" --
8    in brackets -- "strong indicator of interest in buying a
9    tennis racquet."
10         Is that right?
11   A     Yes.
12   Q     And that means the signal, "tennis racquet," when
13   somebody writes that, it tells the search engine I'm really
14   interested in that product; is that right?
15   A     Well, I would have to say it would be a much
16   better indicator if it said, "buy tennis racquet" or "shop
17   for tennis racquet" or "compare tennis racquets."
18         This way may get some history of the tennis
19   racquets just by typing that word in.
20   Q     Fair enough.
21         But by putting in a search query into a search
22   box, I'm at least showing that I am interested in tennis
23   racquets which is a pretty strong signal.
24   A     It's an issue of your interest in tennis racquets,
25   yes.

1      Q     The next sentence is "Much stronger than what you

2   searched on three days ago," right?

3      A     Right.

4      Q     Okay.  So if I searched on a tennis racquet three

5   days ago, that signal is dated and it's not as useful?

6      A     Yes.

7      Q     And, in fact, the farther you get away from a

8   search or an indication of interest in a product, the less

9   value that signal has, right?

10      A     Do you mean distant in time?

11      Q     Yes.

12      A     Yeah, I'd say that maybe they already bought a

13   tennis racquet.

14      Q     So -- and then continuing the sentence, you say,

15   "Example of tennis racquet, brackets, strong indicator

16   interest in buying a tennis racquet," skipping a sentence,

17   "or what article you read yesterday."

18          So an article that I read yesterday has some

19   information about what I might be interested in, right?

20      A     Could you repeat?

21      Q     Sure.  If I read an article yesterday, it may or

22   may not give some information of my interest, it may have a

23   signal, it may not have a signal?

24      A     Well, I think what this is referring to is a

25   situation where you have content that's about tennis

1    racquets and the argument is that's a good place to put an

2    ad because people have shown an interest in tennis racquets.

3        Q    Right.

4             So if, let's say, you have an article about tennis

5    racquets here, you could put a display ad here next to an

6    article about tennis racquets?

7        A    Yes.

8        Q    And a display ad is like a box, which we've all

9    seen a million times, and it has some information about some

10   product or some movie or something that they want us to

11   click on?

12       A    Yeah.

13       Q    Okay.

14            And what you're saying here is that the indicator

15   of typing in tennis racquet is a strong indicator of

16   interest in buying a tennis racquet, much stronger than what

17   you searched on three days ago or what article you read

18   yesterday.  So if I read an article yesterday about tennis

19   racquets then that's not as strong a signal either, right?

20       A    Yes, that's not as strong as a current question.

21       Q    And then you write, "In fact, it's publishers who

22   lack strong signals who need to target based on context or

23   demographics"; is that right?

24       A    Yes.

25       Q    Okay.

1          And publishers are the people who put these

2    articles in here, right?

3        A    That's a publisher.

4        Q    Right.

5          And so they -- you're talking about display ads

6    here, right?  When they don't have the search signal, they

7    have to target these in a different way?

8        A    Right, but that might be called AdSense for

9    content.  You haven't gotten to the point where we

10   distinguish between search ads and content ads at this

11   point.

12       Q    Why not?  I'm just asking, this is a display ad

13   and publishers, since they don't have a query, they have to

14   target this display ad based on other information, right?

15       A    Yeah, some sort of display ad, yes.

16       Q    Okay.

17          And the two types that you give here are context

18   or demographics, those are two ways that a publisher can

19   target their ads?

20       A    That does not exhaust the ways at all.

21       Q    No, but it's the only two that you wrote here in

22   your article?

23       A    It's an example.

24       Q    Okay.

25          Now, Google has sold display ads since 2006; is

1    that right?

2            THE COURT:  All right, Mr. Dintzer, if I could

3    interrupt you, maybe it sounds like you're moving away from

4    this exhibit.

5            MR. DINTZER:  Sure.

6            THE COURT:  This would be a good time to break for

7    lunch.  It's a little after 12:30 now.  So we'll resume at

8    1:35.  We'll see everybody after lunch.

9            MR. DINTZER:  Thank you, Your Honor.

10           COURTROOM DEPUTY:  All rise.

11           THE COURT:  Dr. Varian, just the same reminder not

12    to discuss your testimony during the break.  Thank you.

13           THE WITNESS:  Thank you.

14           THE COURT:  Thank you, sir.

15           (Recess from 12:32 p.m. to 1:35 p.m.)

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__September 13, 2023___ 

        William P. Zaremba, RMR, CRR

431

**BY MR. DINTZER: [11]**
373/16 380/9 385/9
395/19 398/4 405/17
406/17 410/24 421/24
423/4 424/8

**BY MR.
SCHMIDTLEIN: [7]**
349/8 355/22 358/3
358/18 364/15 365/15
368/14

**BY MS. WRIGHT: [5]**
312/14 331/14 332/1
334/16 369/15

**COURTROOM
DEPUTY: [7]** 306/2
306/6 311/20 311/23
372/8 372/11 429/10

**MR. DINTZER: [21]**
308/13 309/13 310/5
311/6 311/12 372/24
373/5 379/25 380/2
380/5 394/17 395/4
398/2 406/15 410/21
421/22 423/1 423/3
424/5 429/5 429/9

**MR. FARMER: [1]**
312/8

**MR. SALLET: [1]**
349/4

**MR. SCHMIDTLEIN:**
**[15]** 308/20 311/1
330/15 331/2 331/5
334/12 358/15 363/18
363/25 364/10 365/2
368/10 369/5 372/16
372/25

**MR. SMURZYNSKI: [7]**
379/23 380/1 380/3
384/22 385/4 394/21
395/18

**MR. TRAVERS: [8]**
306/18 306/20 307/16
307/21 307/25 308/3
308/5 310/6

**MS. WRIGHT: [22]**
311/14 311/16 312/1
312/5 331/13 331/23
347/1 347/4 347/10
349/1 355/12 355/14
357/19 363/22 364/6
364/24 365/11 368/5
368/13 369/9 369/12
371/25

**THE COURT: [65]**
306/4 306/13 306/19
307/15 307/19 307/23
308/1 308/4 308/10
308/18 309/12 309/24
310/7 311/4 311/10
311/15 311/18 311/24
312/4 312/9 331/1
331/4 331/7 331/24
334/11 334/13 347/3
347/8 347/11 348/24
349/2 349/5 355/13
355/15 355/20 357/20
364/4 364/7 364/12

369/7 369/10 372/1
372/5 372/14 372/21
373/3 373/6 380/7
385/2 385/5 394/19
395/11 405/13 410/23
421/20 421/23 422/25
423/2 429/2 429/6
429/11 429/14

**THE WITNESS: [11]**
347/21 348/25 355/19
355/21 357/24 365/12
372/4 373/9 405/15
424/6 429/13

**'**

**'getting' [1]** 338/8
**'Traffic [1]** 381/7

**-**

**-Microsoft [1]** 374/14

**0**

**0340 [1]** 303/4

**1**

**1,000 [1]** 362/4
**10 [3]** 345/24 372/6
380/14
**10 percent [1]** 345/24
**100 [1]** 354/11
**10036-6710 [1]** 303/19
**1066 [1]** 394/17
**11 [5]** 358/17 358/20
358/23 359/3 365/20
**1100 [1]** 303/3
**1133 [1]** 303/18
**11:00 [1]** 372/6
**11:08 [1]** 372/10
**11:25 [1]** 372/6
**11:27 [1]** 372/10
**124 [1]** 328/19
**12:30 [1]** 429/7
**12:32 [1]** 429/15
**12th [1]** 303/23
**13 [2]** 302/5 430/7
**1300 [1]** 303/13
**134 [3]** 334/14 342/7
342/8
**15 [2]** 363/19 373/1
**17th [1]** 413/6
**1:35 [2]** 429/8 429/15

**2**

**20 percent [2]** 345/25
380/14
**20-3010 [2]** 302/4
306/7
**20001 [2]** 303/7 304/5
**20005 [1]** 303/23
**2000s [1]** 330/22
**2004 [3]** 313/1 315/14
316/4
**2006 [1]** 428/25
**2007 [1]** 317/11
**2008 [10]** 317/12 328/3
328/5 330/6 331/16
332/13 333/15 333/18
354/6 358/13

**2009 [9]** 317/13 349/18
350/4 358/13 359/18
365/18 365/19
**2011 [16]** 313/2 314/1
317/13 317/19 334/4
334/4 334/17 335/19
336/11 337/2 339/10
370/3 377/11 377/15
378/11 395/3
**2012 [1]** 317/19
**2013 [2]** 317/19 359/21
**2018 [1]** 369/2
**2019 [2]** 424/15 424/20
**202 [4]** 303/4 303/8
303/24 304/5
**2020 [7]** 386/12 386/19
410/25 411/2 412/2
413/6 419/10
**2023 [4]** 302/5 384/16
385/1 430/7
**212 [1]** 303/19
**216-7334 [1]** 303/8
**21st [1]** 332/13
**2200 [1]** 303/18
**243 [2]** 385/25 386/1
**26th [1]** 336/11
**2793 [1]** 303/19
**29th [2]** 386/12 386/21

**3**

**30 percent [2]** 371/10
422/20
**3010 [2]** 302/4 306/7
**307-0340 [1]** 303/4
**31 [1]** 359/21
**3249 [1]** 304/5
**333 [2]** 303/7 304/4
**335-2793 [1]** 303/19
**354-3249 [1]** 304/5
**3:20 [1]** 332/13
**3:38 [1]** 336/11

**4**

**434-5000 [1]** 303/24
**452 [1]** 410/20

**5**

**5000 [1]** 303/24
**508-6000 [1]** 303/15
**544 [2]** 331/24 331/25

**6**

**6 percent [1]** 401/14
**6000 [1]** 303/15
**6710 [1]** 303/19
**6th [1]** 328/3

**7**

**720 [1]** 303/15
**725 [1]** 303/23
**7334 [1]** 303/8
**7th [1]** 303/14

**8**

**80 [1]** 380/14
**80203 [1]** 304/4
**868 [2]** 342/1 342/10
**869 [1]** 342/17
**880 [1]** 396/2

**9**

**90 percent [1]** 380/14
**9:30 [1]** 302/6
**9th [3]** 411/2 412/2
419/10

**A**

**a.m [4]** 302/6 336/11
372/10 372/10
**abide [1]** 307/10
**able [4]** 356/13 358/5
367/1 408/1
**about [95]** 307/13
308/8 310/10 310/24
310/25 313/16 314/19
317/4 318/5 330/8
334/21 337/4 343/12
353/1 356/19 361/5
364/1 364/2 364/9
364/17 364/20 365/8
365/12 367/2 367/5
368/3 371/21 371/23
373/19 373/22 374/9
374/10 374/13 374/14
374/16 374/17 374/21
375/2 375/3 376/10
377/17 378/18 379/13
379/14 379/18 381/1
381/25 382/7 382/11
383/1 384/9 385/2
385/6 387/18 387/19
388/5 388/12 388/14
388/15 388/18 389/17
390/18 390/21 390/24
393/7 395/9 395/14
395/16 396/10 396/15
396/24 397/3 397/9
397/17 398/24 398/25
399/5 400/13 402/13
402/25 404/1 412/10
413/6 413/15 414/7
419/11 421/18 425/4
426/19 426/25 427/4
427/6 427/9 427/18
428/5
**above [5]** 336/16
365/25 366/1 424/24
430/4
**above-titled [1]** 430/4
**absolutely [5]** 322/6
329/1 391/20 391/20
393/2
**access [4]** 323/8
323/11 323/12 367/18
**according [1]** 424/15
**accrue [1]** 394/13
**accuracy [2]** 307/5
308/8
**accurate [1]** 362/22
**accurately [1]** 400/18
**accustomed [1]**
329/23
**achieve [5]** 322/3
322/8 327/4 335/25
360/20
**acquired [2]** 367/15

**across [2]** 379/4
413/14
**acting [1]** 337/24
**Action [1]** 306/7
**actively [1]** 404/14
**acts [1]** 326/5
**actual [2]** 323/18 371/1
**actually [29]** 307/4
309/16 315/3 315/12
315/14 322/11 322/14
322/18 323/13 351/7
354/8 355/10 356/1
356/23 358/24 361/3
361/7 364/2 365/23
370/17 370/17 371/17
372/19 378/22 379/17
394/21 395/16 414/4
418/2
**ad [42]** 339/22 362/5
362/11 362/15 399/21
399/22 399/23 400/7
400/15 402/2 402/10
402/11 402/12 403/17
403/19 403/20 404/1
404/4 404/9 404/13
404/18 405/1 405/12
405/16 407/16 408/14
408/15 409/24 410/2
410/4 411/7 422/1
422/6 423/16 423/22
424/1 427/2 427/5
427/8 428/12 428/14
428/15
**added [2]** 388/25
390/16
**address [4]** 377/1
377/7 416/14 418/15
**addressing [2]** 413/23
414/2
**admit [4]** 331/23
372/20 392/6 418/3
**admitted [7]** 305/10
305/16 331/24 334/13
358/16 372/21 395/10
**ads [62]** 315/4 360/25
362/12 362/14 363/6
399/12 400/22 401/9
401/25 402/4 402/10
402/15 403/6 403/8
403/10 405/7 405/10
406/8 406/8 406/9
406/9 406/13 406/14
407/5 407/6 407/7
407/9 407/13 408/5
408/6 408/7 408/18
408/19 408/19 408/20
408/25 408/25 409/3
409/9 409/9 409/11
409/11 409/12 409/16
409/20 409/23 410/10
410/14 416/17 422/12
422/14 422/15 422/17
422/23 423/5 423/6
423/12 423/13 423/15
423/18 423/21 424/1
424/2 425/2 428/5
428/10 428/10 428/25

**A**

ads... [1] 428/25
AdSense [2] 315/3
428/8
advance [1] 307/1
advertisement [4]
362/16 362/16 362/25
363/2
advertisements [3]
362/23 399/13 401/5
advertiser [5] 400/2
400/3 403/16 423/15
423/18
advertisers [8] 362/11
363/5 400/24 402/19
402/23 403/5 403/23
423/22
advertisers' [2] 400/6
403/25
advertising [18]
321/16 339/20 362/3
363/4 363/9 363/14
370/12 398/5 402/6
403/1 419/22 420/1
420/2 420/5 420/18
420/20 421/1 421/16
advice [1] 373/22
advises [2] 411/16
411/24
advisor [2] 411/13
411/14
affiliated [1] 368/23
affinity [1] 361/17
after [12] 313/18
313/24 314/1 314/2
315/23 317/18 331/12
370/2 372/6 372/18
429/7 429/8
again [18] 308/1
309/24 316/3 316/24
338/1 345/18 346/1
347/22 365/17 367/13
372/12 382/11 385/24
403/13 409/5 418/14
419/21 421/13
ago [3] 426/2 426/5
427/17
agree [15] 322/1 344/8
344/23 356/16 360/19
381/4 381/11 384/10
384/20 385/16 385/19
389/15 391/24 392/12
415/19
agreed [3] 320/5
324/22 327/15
agreeing [3] 325/14
328/15 344/11
agreement [13] 324/7
324/7 327/18 347/14
358/6 359/15 359/17
359/19 359/24 359/25
360/1 360/4 365/18
agreements [6] 330/18
330/21 340/21 355/9
370/14 370/25
ahead [7] 355/18
355/19 357/22 364/14
368/9 368/12 381/6

aided [1] 304/7
al [2] 302/3 306/8
algorithm [1] 378/11
algorithmic [4] 390/3
390/12 391/18 393/4
algorithms [1] 378/17
all [52] 306/2 306/13
308/1 308/10 308/18
308/23 309/11 309/13
309/24 311/5 317/20
319/3 320/8 329/10
336/20 344/2 345/3
348/14 349/2 351/17
351/19 351/22 352/1
352/3 352/9 352/18
352/21 354/12 356/8
363/3 363/13 365/6
365/9 369/7 372/5
372/8 372/11 381/4
386/8 388/1 393/23
396/11 400/24 403/11
405/5 406/9 420/17
423/10 427/8 428/20
429/2 429/10
All right [1] 365/6
allow [2] 316/17 410/3
allowing [1] 366/24
almost [2] 321/22
354/12
alone [1] 390/22
along [7] 373/23
385/10 393/15 393/20
394/4 394/19 411/7
already [8] 315/13
342/6 358/16 359/24
374/9 375/2 424/24
426/12
also [26] 312/5 314/10
316/20 317/14 317/15
318/19 319/17 326/9
335/2 335/11 339/24
347/13 351/11 351/21
352/17 361/14 361/17
362/23 363/23 367/9
371/12 378/17 378/24
391/18 395/3 408/5
alter [2] 353/25 355/4
alterations [1] 354/4
altered [1] 355/5
alternative [2] 325/7
341/8
alternatives [1] 338/9
although [3] 360/17
412/10 424/24
always [10] 324/9
325/15 325/24 330/20
340/12 343/14 356/13
358/10 376/9 381/12
am [7] 327/22 331/22
334/20 342/20 359/12
404/23 425/22
amateur [1] 347/12
amusing [1]
Amazon [1] 355/5
AMERICA [5] 302/3
306/7 356/12 361/9
361/9

AMIT [9] 302/9 306/3
372/12 380/13 380/16
380/20 381/7 381/15
381/15
Amit P [2] 306/3
372/12
Among [2] 310/13
401/6
amongst [1] 352/1
amount [5] 362/2
414/23 415/3 415/5
416/8
amounts [2] 310/15
415/15
amused [1] 381/7
América [3] 336/19
336/22 338/10
analysis [4] 375/15
375/16 387/13 388/2
391/24 392/12 420/21
421/7
ancient [1] 351/18
Andrew [1] 328/8
Android [65] 316/25
317/4 317/16 319/19
330/3 334/25 335/9
335/15 336/22 338/1
338/21 339/1 339/4
339/9 339/11 339/11
339/24 340/1 340/3
340/12 340/21 341/2
341/7 341/11 341/18
341/20 341/21 343/2
345/4 347/23 347/24
347/25 348/6 348/8
348/14 348/19 348/21
349/17 349/23 349/23
350/7 350/18 351/8
351/21 351/22 352/24
353/14 354/5 354/6
354/8 354/9 354/22
354/23 355/5 356/5
356/9 356/14 358/13
365/14 366/5 369/3
370/5 370/21 371/2
371/5
Anne [5] 335/6 335/7
336/3 343/10 344/14
Anne Laurenson [1]
335/6
another [7] 334/9
338/16 338/19 352/24
357/17 397/15 416/23
answer [11] 311/3
355/19 355/20 357/20
357/23 385/7 388/9
402/4 420/3 420/13
420/23
answering [1] 401/23
answers [3] 354/20
401/11 401/19
anticipate [1] 337/18
antitrust [12] 303/12
375/15 375/16 395/2
395/20 395/24 411/20
413/2 420/7 420/21
421/2 421/6

amount [2] 318/4
318/4 319/16 319/18
322/23 340/14 340/16
343/2 344/10 354/25
355/2 362/14 364/5
368/15 371/22 372/23
373/22 378/25 381/23
381/25 386/4 396/11
396/23 397/11 397/22
397/25 398/22 402/13
412/23
anybody [6] 373/18
373/22 396/11 396/23
397/8 397/22
anybody's [1] 393/16
anyone [2] 371/18
397/7
anyplace [1] 323/12
anything [3] 326/14
338/8 373/23
anyway [1] 415/21
anywhere [2] 376/23
397/21
app [19] 317/12 323/15
352/10 352/11 352/13
352/14 352/15 352/16
354/16 355/11 356/1
356/4 367/8 367/21
367/21 369/21 370/13
370/22 371/3
apparently [2] 384/25
395/7
appear [6] 312/3
315/10 315/10 315/18
325/3 406/8
APPEARANCES [2]
302/11 303/25
appearing [1] 311/17
appears [2] 333/2
333/5
Apple [10] 306/16
306/21 319/14 340/5
352/8 352/19 367/16
368/2 369/1 371/8
Apple's [4] 306/24
307/3 307/8 308/7
application [8] 313/23
350/11 352/9 367/7
367/14 367/20 368/19
370/14
applications [10]
316/20 316/21 316/22
348/1 348/8 348/13
350/15 351/11 354/16
370/18
applies [1] 347/25
appreciate [1] 310/5
approach [8] 312/3
337/8 342/22 342/25
343/8 343/8 346/9
346/11
appropriate [2] 309/6
414/7
approval [2] 318/9
320/6
approved [1] 320/8
apps [3] 352/17 369/24
371/10

April [1] 336/11
April 26th [1] 336/11
are [93] 309/20 310/21
314/7 322/19 323/8
324/2 325/7 326/7
327/21 329/10 331/21
332/2 332/19 332/22
333/9 334/19 334/22
335/24 337/13 338/7
339/15 340/9 342/19
346/18 347/23 353/23
354/12 359/11 365/16
365/18 366/19 366/23
368/23 370/23 373/3
374/23 378/11 378/17
378/17 378/18 379/4
379/5 379/11 380/24
383/24 383/25 386/14
390/12 391/24 392/12
393/23 393/23 398/7
398/16 398/21 398/22
400/6 400/22 400/24
401/9 401/11 402/20
402/24 403/1 403/6
403/23 404/22 406/5
406/8 406/9 407/5
408/10 408/20 409/3
409/11 409/16 409/19
409/20 414/5 414/24
416/20 417/9 420/6
420/7 423/5 423/13
424/19 428/1 428/17
428/18
area [2] 384/11 399/4
argue [1] 415/12
argues [1] 387/12
argument [4] 382/11
413/19 415/14 427/1
around [21] 313/1
316/4 325/17 335/19
336/2 339/13 348/4
349/21 351/15 354/15
354/18 356/11 357/10
358/13 361/8 369/1
371/10 394/7 419/14
421/12 421/14
arrive [1] 323/13
arrow [5] 387/12
387/12 387/13 387/13
413/18
article [14] 377/18
384/16 384/21 385/3
385/6 385/10 426/17
426/18 426/21 427/4
427/6 427/17 427/18
428/22
articles [2] 413/2 428/2
artificial [2] 314/13
384/13
as [113] 308/7 310/1
310/1 311/6 312/17
316/15 316/18 316/21
318/1 318/6 319/12
319/23 321/22 322/15
322/23 323/3 323/14
324/19 326/5 326/6
327/21 329/15 329/17

**A**

as... **[90]** 330/13
331/10 333/14 333/17
333/22 337/24 338/9
338/15 338/16 338/17
338/21 339/11 339/15
339/15 340/5 340/12
341/8 341/10 341/10
341/17 341/21 343/11
344/25 345/18 345/19
345/19 346/2 347/11
347/15 350/8 350/11
350/12 352/3 352/4
352/10 352/10 353/4
353/7 354/7 355/3
355/4 357/4 357/16
358/17 359/11 360/8
360/12 362/2 365/19
366/24 367/7 370/13
373/12 384/11 384/25
386/8 388/6 388/15
388/21 388/24 388/25
389/13 390/15 390/16
392/20 392/20 393/5
394/20 399/11 399/14
402/4 402/4 402/4
402/6 402/10 402/12
407/3 408/11 413/4
417/10 417/19 417/21
418/6 419/1 420/7
420/17 426/5 427/19
427/20 427/20
**aside [3]** 329/17 334/2
346/25
**ask [17]** 323/21 324/14
325/21 347/8 364/1
364/2 364/8 365/8
372/19 372/20 374/10
374/21 376/9 381/25
392/21 402/13 402/14
**asked [6]** 324/11
358/25 367/4 369/16
380/22 385/6
**asking [18]** 325/9
334/21 343/12 377/17
379/8 379/9 381/18
383/19 385/2 385/5
388/1 390/20 390/23
390/25 397/17 412/17
423/8 428/12
**aspect [2]** 404/4 404/9
**aspects [1]** 326/24
**assert [1]** 395/6
**asserting [3]** 414/5
414/6 417/13
**assertion [1]** 417/21
**associated [2]** 352/21
399/20
**ATR [1]** 303/6
**attention [1]** 336/9
**attorney [2]** 320/9
335/2
**attribute [2]** 309/9
309/16
**audience [1]** 388/15
**August [3]** 377/10
377/15 413/6
**August 1 [1]** 377/10

**B**

**B-a-r-t-o-n [1]** 312/22
**back [15]** 314/18
315/20 329/18 330/22
332/5 372/19 373/6
373/8 374/13 377/12
380/10 391/23 418/3
418/3 418/11
**bar [8]** 315/5 315/6
315/9 315/13 315/20
323/13 370/4 401/24
**barely [1]** 335/7
**Barra [5]** 366/2 366/3
366/4 366/7 366/19
**Barrett [1]** 304/4
**bars [5]** 315/7 315/10
315/18 404/22 417/10
**Barton [24]** 311/8
311/11 311/19 312/2
312/11 312/15 312/23
314/7 327/15 327/17
331/15 332/2 342/4
346/17 347/5 347/9
349/3 349/9 358/20
363/20 364/16 367/4
369/11 372/2
**Barton's [1]** 312/6
**base [1]** 414/21
**based [15]** 309/17
322/17 335/4 335/8
345/22 353/23 355/16
357/20 400/15 403/5
403/15 403/20 403/22
427/22 428/14
**basic [1]** 316/5
**basically [13]** 318/6
318/8 319/3 319/23
320/13 321/20 332/6
340/4 341/13 341/18
352/5 352/18 352/19
**basics [2]** 395/2
395/20
**basis [3]** 338/15 345/8
355/13
**Bates [4]** 328/19 342/1
342/9 342/16
**be [101]** 306/4 309/4
309/10 310/1 310/2
310/19 311/7 311/8
312/19 314/19 315/17
320/22 321/7 323/6

323/17 323/18 323/24
324/9 324/18 325/1
325/8 325/22 325/24
326/7 326/14 326/17
327/15 331/24 333/6
333/21 334/13 335/16
338/14 338/19 339/12
339/20 341/19 343/21
345/20 345/20 345/21
345/22 345/23 347/22
348/16 350/9 350/12
350/13 351/1 351/10
353/16 354/15 354/17
361/4 361/5 361/19
361/20 361/21 363/2
367/13 368/1 368/20
369/8 369/9 371/10
372/14 372/21 375/8
375/23 375/24 379/2
379/15 383/7 390/1
392/24 393/3 393/17
395/10 398/24 399/1
399/5 400/1 400/12
400/15 403/6 403/7
404/18 406/10 407/11
408/1 409/5 409/18
415/13 417/1 425/15
426/19 428/8 429/6
**beautiful [1]** 339/14
**became [2]** 335/19
361/2
**because [41]** 316/24
321/20 323/14 324/16
331/3 333/23 336/1
338/20 343/12 343/17
344/9 344/15 344/25
348/6 350/13 352/3
353/2 353/8 353/21
356/11 358/10 361/2
361/5 361/14 362/10
362/13 362/21 363/3
365/8 366/11 382/5
388/19 400/25 402/5
409/3 412/23 419/25
420/4 421/14 425/2
427/2
**become [6]** 317/19
333/25 352/19 352/20
353/5 389/6
**been [22]** 306/25 310/1
310/13 334/10 337/25
337/25 340/6 340/7
357/15 358/16 359/14
360/10 370/19 373/11
380/6 387/19 388/4
388/17 388/23 389/21
394/6 394/22
**before [23]** 302/9
306/15 310/8 310/11
311/2 313/16 313/17
313/19 313/20 316/24
366/16 370/2 377/24
392/5 394/7 394/20
394/23 395/5 395/16
396/10 412/24 413/7
419/11
**beginning [2]** 358/13

**begins [5]** 333/1 339/1
346/13 364/20 364/21
**behalf [3]** 306/12
306/21 313/6
**behavior [2]** 403/9
403/20
**being [6]** 324/20
338/20 353/7 356/10
356/13 370/24
**belief [1]** 357/16
**believe [24]** 308/6
318/19 318/23 319/7
325/25 326/9 335/8
335/19 343/7 349/11
351/14 352/15 364/25
365/4 365/21 371/10
382/1 382/1 382/5
383/16 389/5 417/24
418/5 423/25
**believed [3]** 417/13
419/25 420/4
**BELKNAP [1]** 303/17
**below [2]** 332/22
413/17
**BENCH [1]** 302/9
**beneficial [1]** 389/18
**benefit [1]** 339/16
**best [2]** 402/4 403/25
**bet [1]** 340/25
**better [5]** 309/9 309/20
380/6 389/7 425/16
**between [2]** 400/9
428/10
**beyond [1]** 393/23
**bicycle [1]** 410/14
**big [13]** 330/1 344/17
352/20 390/4 390/12
390/20 390/22 390/22
391/18 393/1 393/5
399/4 399/19
**biggest [1]** 317/17
**billion [2]** 367/15 389/6
**binary [1]** 417/8
**binder [3]** 312/17
330/10 334/7
**binders [2]** 312/1
327/10
**binding [1]** 326/5
**Bing [19]** 336/22 337/4
338/20 338/23 341/16
343/1 356/20 357/5
377/21 389/5 393/15
393/21 394/4 394/6
394/8 394/9 394/11
394/15 409/17
**bit [3]** 309/20 353/17
402/1
**BlackBerry [7]** 316/22
319/12 350/13 350/14
351/1 352/12 371/23
**BlackBerry RIM [1]**
319/12
**blender [6]** 398/18
398/18 406/1 406/11
408/24 408/25
**blenders [2]** 403/1
406/3

**brew [1]** 376/9
**blue [8]** 398/18 398/18
403/1 406/1 406/2
406/11 408/24 408/25
**board [1]** 367/11
**bodies [3]** 382/21
383/14 383/20
**bolded [1]** 332/18
**book [2]** 398/24 400/13
**bootstrapping [1]**
314/10
**boss [3]** 335/14 335/17
335/20
**both [12]** 312/1 314/9
317/14 321/19 322/2
322/7 322/13 322/16
362/19 391/24 392/12
409/3
**bottom [11]** 328/19
328/20 336/10 342/1
342/2 342/10 342/12
365/23 376/13 386/9
424/23
**bought [1]** 426/12
**box [7]** 323/3 323/17
324/24 387/6 399/15
425/22 427/8
**brackets [1]** 425/8
426/15
**Braddi [2]** 318/11
318/19
**brand [1]** 361/17
**branded [1]** 320/19
**break [4]** 364/13 372/6
429/6 429/12
**BREW [4]** 316/22
316/22 351/13 352/11
**brief [1]** 327/5
**briefly [2]** 308/21
313/17
**bright [4]** 385/16
385/17 385/19 417/7
**Brin [1]** 318/18
**bring [3]** 360/23
374/13 398/2
**broached [1]** 397/24
**Broadway [1]** 303/13
**Brownstein [1]** 312/7
**browsable [2]** 316/18
350/9
**browsed [1]** 329/24
**browser [7]** 315/21
316/19 322/25 323/16
323/16 323/18 330/1
**browsers [2]** 351/16
351/17
**browsing [3]** 339/14
351/20 351/20
**Bruce [1]** 303/10
**build [4]** 316/16 316/17
339/19 384/18
**building [2]** 356/4
413/19
**built [6]** 350/12 351/4
351/14 354/15 356/4
363/3
**built-in [1]** 356/4
**bullet [1]** 333/1

**B**

bullets [1] 332/25
bunch [1] 341/14
burton [1] 312/22
business [7] 326/4
335/1 335/9 335/14
381/23 398/15 402/15
buy [6] 400/13 404/6
404/11 404/15 408/1
425/16
buying [4] 404/1 425/8
426/16 427/16

**C**

C-h-r-i-s [1] 312/22
call [3] 313/13 388/21
413/10
called [13] 311/8
313/21 316/5 325/18
326/1 344/19 347/13
347/14 351/7 351/13
384/17 394/8 428/8
came [7] 308/16
308/17 309/3 309/8
368/18 371/9 413/14
can [75] 309/13 310/1
310/25 322/15 322/24
322/25 323/1 326/8
330/15 331/2 338/9
340/14 340/14 340/25
343/1 344/9 344/15
345/9 347/18 350/2
350/17 353/16 354/22
354/25 354/25 355/7
355/20 357/20 357/23
359/2 360/14 361/21
363/11 364/8 364/16
365/4 367/18 374/7
376/6 376/9 378/25
380/3 380/4 380/8
384/9 384/20 385/16
387/2 392/8 395/16
395/17 397/14 399/20
401/25 402/4 402/5
403/6 405/13 406/16
406/18 408/20 408/25
409/23 409/24 410/3
410/6 410/10 412/16
413/25 414/11 415/12
417/13 423/7 423/18
428/18
can't [16] 315/12
315/14 322/1 349/24
360/10 360/11 370/17
370/20 371/1 397/11
397/25 403/19 410/21
421/25 422/11 423/7
cannot [1] 370/17
capabilities [1] 354/3
capability [1] 324/17
capital [1] 391/13
car [2] 422/22 423/3
care [4] 395/8 402/19
402/23 402/25
careful [1] 310/1
carousel [1] 329/9
Carr [1] 303/12
carrier [9] 321/25

choice [4] 400/6 403/5
403/15 403/22
choose [2] 423/15
423/22
Chris [5] 311/8 312/11
312/22 336/14 366/7
circle [1] 329/18
circuit [1] 330/16
circumstances [2]
325/21 403/6
Civil [1] 306/7
claim [1] 409/25
clarification [2] 310/3
320/21
clarify [4] 306/22 307/6
307/7 320/14
class [4] 396/16
397/15 397/18 397/21
clear [7] 315/17 320/22
353/15 379/2 394/22
417/9 424/17
clearly [5] 315/12
315/15 326/18 395/9
398/23
click [11] 362/10
362/11 362/12 362/18
363/8 401/4 401/9
404/13 407/25 410/2
427/11
clicked [1] 400/22
clicks [6] 362/11
362/15 362/19 422/1
422/6 422/13
clickthrough [4]
362/13 362/15 362/20
363/8
client [1] 311/2
cloaked [1] 309/19
closed [2] 344/17
344/18
cloud [1] 314/5
co [2] 303/14 384/16
co-wrote [1] 384/16
coag.gov [1] 303/15
cofounder [2] 318/16
318/18
cold [1] 388/20
Colin [3] 398/22
400/13 402/25
colleague [4] 330/23
347/2 411/22 411/25
colleagues [5] 332/3
335/21 341/5 343/16
372/18
Colorado [3] 303/10
303/11 303/13
COLUMBIA [1] 302/1
combine [1] 314/14
combined [1] 339/18
come [17] 306/19
307/3 307/8 335/1
343/1 349/16 358/5
373/6 383/1 383/10
388/14 395/17 409/4
409/12 409/12 409/14
425/2
comes [6] 306/24

389/12 400/22
comfortable [2] 376/5
376/7
coming [1] 308/7
comment [1] 416/1
comments [4] 379/18
413/20 414/12 418/10
commercial [39] 348/4
355/1 398/7 398/9
398/11 398/12 398/13
398/14 398/15 398/16
398/19 399/1 399/5
399/6 399/9 399/10
399/20 400/9 400/10
400/13 400/14 401/12
401/14 401/19 401/20
401/23 402/2 402/4
402/7 402/16 402/23
403/4 403/11 403/15
403/17 403/22 408/21
408/24 409/13
commit [3] 345/7 345/7
348/18
commitment [7]
323/24 324/11 324/18
344/9 344/10 344/21
348/17
commitments [7]
323/21 323/23 325/19
325/19 326/7 333/6
333/20
committees [1] 320/7
committing [1] 348/20
communicate [2]
366/19 395/8
communicated [1]
378/1
communicating [3]
366/21 411/11 412/5
communications [1]
396/14
companies [6] 309/17
316/5 340/4 340/10
361/16 423/19
company [8] 313/20
338/17 354/25 368/2
408/14 421/25 422/5
422/8
compare [1] 425/17
compared [1] 354/4
compete [1] 351/22
competence [1]
406/20
competing [5] 341/14
350/17 352/18 352/24
360/11
competition [3] 351/25
375/7 375/10
competitor [3] 333/14
333/17 337/1
competitors [1] 324/20
complaint [2] 413/7
419/11
complete [1] 369/10
complicated [2]
321/20 361/24
component [1] 362/24

mponents [2] 362/8
362/9
computer [7] 304/7
314/14 339/13 339/16
351/21 384/17 388/21
computer-aided [1]
304/7
computers [1] 315/21
concept [1] 336/3
concern [1] 419/13
concerns [3] 307/13
414/21 415/7
conclude [1] 419/2
conclusion [1] 382/17
confer [1] 311/2
conferred [1] 307/2
confidence [1] 324/9
confidential [5] 306/25
307/3 307/8 308/8
308/23
confidentiality [1]
307/11
configurations [1]
327/2
CONNOLLY [1] 303/22
consider [3] 337/1
366/12 417/19
considerable [1] 375/8
consistent [1] 380/18
constantly [1] 387/11
Constitution [2] 303/7
304/4
consult [1] 347/2
consultant [1] 418/6
consulting [2] 418/13
418/17
consumer [5] 303/11
404/5 404/10 404/14
404/19
consumer's [1] 404/13
consumers [2] 322/10
403/18
contact [1] 411/18
containing [1] 330/7
contains [3] 312/2
312/18 364/25
content [10] 315/3
315/4 402/9 402/11
402/12 404/18 420/18
426/25 428/9 428/10
contents [1] 373/20
context [11] 322/20
322/22 323/9 324/3
324/5 354/23 413/15
420/20 421/1 427/22
428/17
continue [3] 373/3
379/14 380/4
CONTINUED [2] 304/1
373/14
continues [2] 337/6
342/15
continuing [1] 426/14
contract [23] 320/9
326/8 327/6 327/8
327/21 328/2 328/4
328/7 328/9 328/14

435

**C**

contract... **[13]** 328/16
330/7 337/10 337/14
337/15 337/18 337/22
337/22 337/23 343/19
344/3 347/13 356/17
contracted **[1]** 411/18
contracts **[25]** 313/6
313/9 313/13 313/14
315/24 318/24 319/1
319/9 319/13 319/16
319/18 320/11 320/23
320/25 321/4 321/11
321/19 324/3 326/7
329/6 337/13 341/1
343/3 347/16 347/19
contractual **[1]** 322/16
contractually **[1]** 326/5
control **[4]** 323/7 340/5
352/9 354/4
controlled **[6]** 340/4
340/9 352/5 352/6
352/7 353/8
conversation **[1]** 421/4
conversations **[2]**
364/3 396/23
conversed **[1]** 308/14
convey **[4]** 341/5 341/6
383/19 383/22
convince **[2]** 320/1
344/6
cool **[1]** 406/22
core **[1]** 326/7
corner **[3]** 328/19
342/1 342/10
corporate **[1]** 355/2
corporation **[1]** 344/15
correct **[27]** 307/25
346/8 346/20 350/5
370/16 379/5 386/20
388/4 392/1 399/7
401/5 403/23 405/7
406/4 406/13 408/21
409/14 410/9 418/22
419/3 421/2 421/16
422/7 423/6 424/2
424/21 430/3
correctly **[1]** 335/16
cost **[4]** 362/9 362/12
362/19 363/8
could **[59]** 312/20
316/8 322/5 323/14
323/15 323/16 323/17
323/18 323/19 324/22
324/25 328/25 330/5
333/7 340/6 340/7
340/10 340/17 340/18
342/3 343/18 343/20
343/24 345/1 345/1
346/3 347/8 348/9
348/12 350/12 352/17
353/25 354/13 355/3
355/3 355/21 360/23
362/2 363/5 377/12
380/7 383/3 385/19
386/2 393/17 394/6
394/23 399/1 399/5
403/12 403/18 404/7
409/18 426/20 427/5
429/2
counsel **[9]** 306/16
310/7 311/25 312/6
330/17 380/5 380/7
381/24 417/2
counsel's **[1]** 309/1
couple **[2]** 347/24
364/18 368/10
course **[10]** 311/4
351/16 379/25 386/3
408/23 419/22 420/5
420/25 421/16 421/22
court **[11]** 302/1 304/2
304/3 307/10 307/17
307/22 312/2 354/22
361/22 372/9 372/12
Court's **[1]** 307/11
coverage **[4]** 362/24
362/25 363/6 363/8
covered **[1]** 350/3
350/6 372/22
create **[7]** 318/7 318/8
326/12 339/20 341/11
355/7 363/14
created **[6]** 322/13
322/14 340/4 341/7
341/13 345/5
creative **[1]** 423/16
423/22
CROSS **[2]** 305/4 349/7
CROSS-EXAMINATION
**[1]** 349/7
CRR **[2]** 430/2 430/8
current **[2]** 409/19
427/20
curve **[4]** 393/7 393/15
393/20 394/4
customers **[2]** 324/1
361/19
CV **[1]** 302/4

**D**

D.C **[5]** 302/5 303/3
303/7 303/23 304/5
Dan **[1]** 389/1
Daniel **[2]** 384/1 384/25
data **[44]** 339/14
361/13 378/5 378/7
378/12 378/19 378/22
378/23 379/5 379/7
379/11 379/18 380/24
381/13 381/13 381/19
387/11 387/13 388/2
388/6 388/12 388/16
388/20 389/10 389/17
390/4 390/12 390/20
390/22 390/22 391/9
391/16 391/17 391/24
392/12 392/21 393/5
393/11 393/13 394/9
394/12 409/19 424/23
424/25
date **[6]** 328/1 328/2
359/17 365/17 365/17
430/7
dated **[3]** 332/12

David **[5]** 411/10
412/11 418/10 418/12
418/18
day **[6]** 302/7 310/11
343/21 343/24 345/1
346/3
days **[6]** 330/4 347/23
349/23 426/2 426/5
427/17
Deadly **[2]** 424/9
424/13
deal **[39]** 319/10
319/10 319/12 320/6
320/8 320/8 325/12
331/2 338/8 343/13
343/14 343/18 343/20
343/21 343/24 344/4
344/8 344/11 344/18
344/24 345/2 345/6
345/10 345/16 345/17
346/3 346/10 347/13
357/5 357/8 357/11
357/17 358/1 360/9
366/11 366/22 374/15
375/3 422/18
deals **[21]** 315/6
320/14 334/4 341/2
341/12 341/19 344/16
344/17 345/15 347/16
348/3 350/3 356/14
356/15 356/19 356/22
356/23 361/4 361/23
368/15 368/16
December **[2]** 359/18
365/19
decide **[3]** 340/10
399/20 399/22
decides **[1]** 321/22
decisions **[1]** 378/18
decreasing **[1]** 382/6
deeper **[2]** 362/8 421/6
deeply **[1]** 319/11
default **[32]** 322/19
322/22 323/2 323/5
323/25 324/8 324/14
324/20 325/1 325/2
325/22 328/20 328/23
329/2 329/4 329/9
329/15 330/7 333/6
333/21 333/25 333/25
337/9 338/19 338/21
341/17 341/17 343/23
346/7 369/23 370/4
417/10
defaults **[5]** 323/17
323/21 329/18 329/19
338/20
defend **[1]** 414/17
Defendant **[2]** 302/7
303/21
DEFENDANT'S **[3]**
305/16 363/19 373/1
Defendant's Exhibit 15
**[1]** 363/19
defending **[1]** 415/20
define **[3]** 317/25 417/7
417/23

defined **[3]** 417/23
417/23 418/21 419/1
420/17
definitely **[7]** 354/3
356/25 370/2 370/19
398/16 398/19 398/21
delivered **[1]** 424/17
demographics **[2]**
427/23 428/18
demonstrate **[3]**
361/12 362/19 363/5
demonstrative **[1]**
407/4
denied **[1]** 310/14
Denver **[1]** 303/14
deny **[5]** 416/5 416/7
416/9 416/10 416/12
DEPARTMENT **[5]**
303/2 303/11 307/7
308/6 311/17
depending **[1]** 323/7
depends **[2]** 390/3
390/19
describe **[12]** 350/2
350/17 350/20 350/22
351/25 353/6 359/2
361/21 361/22 362/20
364/16 367/18
described **[1]** 356/6
describing **[3]** 345/6
345/10 388/7
design **[1]** 384/18
despite **[1]** 333/8
details **[1]** 354/2
determining **[2]** 400/5
400/6
developed **[1]** 362/21
developing **[2]** 317/21
355/10
development **[7]**
314/21 327/24 335/1
335/9 335/14 349/13
402/16
device **[28]** 318/1
321/23 321/24 323/4
323/5 323/7 323/18
325/3 325/18 326/21
329/10 329/22 329/25
339/12 339/22 340/5
345/8 345/23 346/7
348/2 349/22 349/23
350/12 350/13 352/10
353/19 353/19 354/18
devices **[35]** 315/19
316/8 316/22 316/22
316/23 318/3 323/25
324/9 324/10 325/18
325/23 339/23 340/9
340/13 343/23 344/2
345/19 345/22 345/24
346/4 350/14 350/15
350/15 351/5 352/6
352/8 352/17 352/20
352/22 353/19 353/20
353/20 353/23 353/24
354/1
did **[91]** 307/8 310/12
313/6 313/8 313/9

different **[15]** 327/2
329/23 347/17 353/13
355/6 365/14 393/22
395/17 398/2 399/12
406/10 408/11 423/5
423/13 428/7
difficult **[4]** 338/23
358/10 415/14 415/20
diligent **[1]** 310/1
diminishing **[5]** 382/12
393/7 393/15 393/20
394/4
Dintzer **[6]** 303/2 306/9
308/11 384/23 421/20
429/2
direct **[5]** 305/4 312/12
338/22 373/14 382/17
direction **[2]** 355/6
402/22
directly **[2]** 336/16
388/19
Director **[2]** 412/13
412/18
disappeared **[1]** 422/2
disclose **[1]** 310/21
417/23 418/21 419/1
420/17

did you **[21]** 313/19
314/25 319/1 319/8
321/18 323/20 324/14
329/19 333/10 333/20
336/24 337/1 337/11
338/11 339/7 340/20
341/3 346/22 356/7
357/1 367/9
didn't **[16]** 307/3
308/25 309/16 329/25
337/23 341/9 341/12
379/13 382/10 385/4
392/25 393/2 393/25
397/15 402/13 412/24

**D**

**disclosed [2]** 306/23 307/1
**discover [3]** 321/8 321/8 330/5
**discoverable [1]** 322/10
**discovered [1]** 338/14
**discuss [4]** 332/25 382/16 382/23 429/12
**discussed [1]** 311/12
**discussing [9]** 332/2 332/4 335/21 335/23 335/24 337/19 345/12 388/4 421/2
**discussion [4]** 310/10 311/7 363/20 413/15
**discussions [9]** 365/12 396/18 396/24 397/1 397/3 397/4 397/6 397/14 397/22
**display [7]** 427/5 427/8 428/5 428/12 428/14 428/15 428/25
**distant [1]** 426/10
**distinction [1]** 400/9
**distinctions [1]** 423/19
**distinguish [2]** 409/6 428/10
**distribute [4]** 318/3 336/1 348/10 348/17
**distributed [3]** 322/18 325/18 367/6
**distributing [2]** 324/1 363/16
**distribution [47]** 313/10 313/14 315/6 315/8 315/8 315/24 316/11 317/7 317/22 318/2 318/24 319/9 319/13 319/18 320/11 320/15 320/18 320/23 321/4 321/11 321/17 321/18 322/8 324/3 324/12 325/10 325/12 325/17 327/6 327/7 328/16 328/24 329/5 330/7 333/15 333/18 337/2 338/1 340/21 343/2 348/16 352/21 369/17 369/20 369/21 369/22 370/14
**DISTRICT [3]** 302/1 302/1 302/10
**dive [1]** 362/7
**do [122]** 308/11 308/12 308/13 308/23 311/1 311/5 311/6 313/24 314/1 314/12 315/9 316/8 326/11 327/7 328/21 328/22 332/14 332/15 332/20 332/21 333/3 333/4 336/12 336/13 336/14 338/4 338/6 339/2 339/3 341/2 342/13 342/14 342/23 342/24 343/14 344/5 344/9 344/13

346/14 346/15 349/20 353/24 355/25 356/20 357/16 358/8 358/21 358/22 360/7 362/7 364/8 365/24 367/23 369/7 370/21 371/2 371/13 371/16 371/20 372/20 374/3 375/11 376/16 376/17 377/4 378/7 378/8 378/15 378/16 378/16 379/6 379/20 380/17 382/20 383/19 385/10 386/8 386/13 386/16 386/17 387/2 387/14 389/8 390/2 391/4 391/8 391/11 391/14 391/25 392/7 392/8 392/9 392/14 392/23 394/1 394/9 395/12 395/21 396/20 398/9 402/10 406/22 406/23 411/2 411/8 412/17 412/22 413/3 413/21 414/19 414/25 415/16 416/6 416/13 417/11 422/13 423/22 424/10 426/10
**do you [9]** 327/7 364/8 367/23 370/21 371/13 383/19 394/9 416/6 416/13
**do you have [4]** 308/11 357/16 360/7 374/3
**do you know [7]** 308/12 353/24 355/25 376/16 398/9 412/17 413/3
**Do you recognize [1]** 358/21
**do you remember [1]** 349/20 358/8
**do you see [37]** 328/21 332/14 332/20 333/3 336/12 338/4 339/2 342/13 342/23 346/14 375/11 377/4 378/8 380/17 386/13 386/16 387/2 387/14 389/8 391/4 391/8 391/11 391/14 391/25 392/9 392/14 395/21 396/20 406/23 411/2 411/8 413/21 414/19 414/25 415/16 417/11 424/10
**document [12]** 359/6 359/6 359/9 363/24 374/1 376/2 376/25 381/19 381/25 382/19 396/6 422/3
**documents [8]** 312/2 312/18 312/19 314/6 330/16 330/19 356/18 357/10
**does [19]** 307/4 314/12 322/22 327/14 327/23 354/23 379/9 377/5

399/25 401/24 405/1 405/9 408/17 418/23 421/18 428/20
**doesn't [4]** 348/13 400/14 417/8 422/5
**doing [16]** 313/17 314/7 320/17 332/7 348/3 350/3 355/8 355/24 387/23 389/21 403/3 403/14 403/21 414/4 420/20 421/1
**DOJ [4]** 303/2 303/6 306/9 375/3
**DOJ-ATR [1]** 303/6
**dominance [1]** 396/9
**don't [59]** 307/5 308/15 308/18 310/4 310/9 310/23 311/11 322/11 331/3 341/19 348/7 352/13 354/2 354/19 362/14 365/3 367/13 368/1 368/20 369/10 371/17 371/17 371/21 371/24 373/6 376/23 378/13 380/12 382/3 383/16 383/18 385/7 385/14 386/4 387/4 390/14 393/16 393/19 394/6 395/13 395/25 395/25 396/15 402/23 402/25 408/8 411/14 412/23 412/24 415/12 416/5 416/7 416/9 416/10 416/12 418/1 421/20 428/6 428/13
**done [2]** 363/13 424/15
**down [9]** 335/5 338/3 338/25 342/12 342/21 346/12 364/20 387/10 388/22
**download [2]** 355/1 367/20
**downloaded [1]** 367/7
**downloads [4]** 367/15 367/23 368/3 368/18
**downplay [2]** 378/21 378/23
**Dr [1]** 429/11
**Dr. [7]** 311/5 311/7 373/4 373/5 373/6 373/18 385/7
**Dr. Varian [7]** 311/5 311/7 373/4 373/5 373/6 373/18 385/7
**draft [1]** 326/8
**drafted [2]** 328/7 331/19
**Dramatically [1]** 336/8
**draw [1]** 336/9
**drawing [1]** 417/7
**drive [3]** 320/13 361/13 362/6
**driven [1]** 362/15
**Dropbox [3]** 314/2 314/4 314/5
**drowning [1]** 314/15
**due [3]** 325/16 388/23

**duplication [2]** 342/18 343/11
**during [17]** 306/22 307/23 310/16 317/1 317/10 319/5 319/21 324/12 332/4 349/12 350/18 352/25 357/2 360/7 367/11 421/3 429/12
**DX15 [1]** 372/20

**E**

**each [4]** 352/3 352/5 352/5 362/11
**earlier [2]** 325/25 356/18
**early [11]** 314/11 316/6 316/19 316/20 316/23 318/9 347/23 349/23 352/12 352/16 355/25
**easier [3]** 343/14 344/4 344/13
**easiest [1]** 322/12
**easily [1]** 322/10
**easy [3]** 320/2 344/8 419/2
**eBay [3]** 422/22 422/25 423/2
**economic [1]** 389/14
**economics [1]** 348/4
**ecosystem [7]** 321/21 340/3 341/13 352/20 354/14 354/17 363/4
**educate [3]** 361/8 363/11 363/13
**effect [12]** 380/15 387/11 387/22 388/6 388/12 388/16 389/13 389/18 391/10 392/22 397/24 403/18
**effective [6]** 328/1 328/2 359/17 384/18 392/24 393/3
**effectively [2]** 387/18 392/8
**effects [4]** 393/6 396/19 396/25 397/10
**efficiency [1]** 375/9
**EFP [1]** 329/9
**either [13]** 308/15 309/3 309/16 323/6 355/15 367/21 371/21 380/3 397/5 416/9 422/14 424/19 427/19
**element [1]** 423/16
**elements [2]** 395/9 407/15
**elephant [1]** 414/17
**ELMO [1]** 406/15
**else [4]** 309/8 309/9 309/10 360/1
**else's [1]** 320/16
**email [66]** 303/4 303/8 303/15 303/20 303/24 331/15 331/18 331/21 332/12 332/14 332/16 334/17 334/19 342/12

349/17 335/22 336/9 336/10 336/14 336/16 336/16 336/19 338/3 340/25 341/24 342/12 342/15 342/22 346/13 363/19 364/1 364/5 364/9 364/17 364/19 364/21 365/3 365/8 365/22 366/2 366/16 366/20 374/12 374/18 376/13 376/13 376/14 376/22 377/1 377/7 377/24 378/21 386/9 386/9 386/16 386/19 410/25 411/5 412/11 412/21 413/16 416/23 417/24 418/15 419/7 421/4
**emails [1]** 379/18
**embedded [3]** 363/23 364/25 365/4
**EMG [1]** 318/10
**employed [3]** 312/23 312/25 313/3
**employees [1]** 354/11
**enable [1]** 354/17
**encountered [1]** 388/5
**end [3]** 343/6 357/7 363/9
**ended [1]** 320/17
**ending [3]** 342/1 342/10 342/17
**Enforcement [2]** 412/13 412/18
**engagement [1]** 309/5
**engine [10]** 338/19 357/18 383/15 383/21 387/20 388/13 394/7 399/8 399/13 425/13
**engineer [2]** 384/1 384/6
**engineers [1]** 354/12
**engines [9]** 324/23 324/25 325/1 341/17 356/24 378/6 384/9 389/11 398/6
**enough [12]** 375/17 389/16 396/17 400/16 409/21 413/10 413/10 414/10 421/25 422/5 422/11 425/20
**enter [4]** 337/19 341/1 355/1 358/6
**entered [8]** 327/12 330/12 334/10 344/3 356/23 357/17 359/23 424/5
**entering [4]** 343/3 343/19 357/5 357/7
**entire [6]** 314/22 354/16 374/19 378/6 379/6 397/22
**entity [1]** 355/2
**entrepreneur [1]** 314/10
**equivalent [1]** 380/23
**Eric [1]** 318/10
**essentially [4]** 339/13

**E**

essentially... [3] 341/11 341/20 354/16
establish [5] 321/6 327/1 354/14 365/2 394/24
establishing [1] 341/16
esteemed [1] 372/18
estimate [1] 368/21
et [2] 302/3 306/7
EU [4] 383/5 383/5 383/6 388/15
EU's [2] 383/1 383/11
Europe [1] 335/10
European [1] 383/5
evaluating [1] 307/18
even [11] 310/9 322/1 326/21 331/9 348/17 355/4 356/16 361/25 398/25 403/10 422/13
evening [3] 306/14 373/8 373/19
ever [7] 312/23 320/25 325/12 368/15 383/16 393/16 394/23
every [1] 346/10
everybody [5] 306/14 308/22 309/6 309/25 429/8
everyone [6] 306/5 306/13 372/7 372/14 391/23 392/12
everything [3] 309/22 327/14 350/7
evidence [8] 331/25 334/14 358/17 363/19 373/1 374/2 393/18 410/22
exact [3] 368/20 370/1 384/2
exactly [6] 310/23 361/11 386/23 391/21 402/8 402/9
examination [5] 312/12 331/3 349/7 369/14 373/14
examine [1] 349/3
example [17] 325/4 328/23 329/2 329/4 329/7 329/13 338/20 348/12 350/9 352/11 355/4 363/1 387/23 410/8 425/7 426/15 428/23
examples [4] 325/8 329/10 336/20 341/15
exceeded [1] 406/20
excellent [2] 339/19 340/19
except [1] 350/7
exchange [2] 337/10 337/16
excited [1] 361/5
exclamation [1] 391/7
exclusive [18] 324/8 324/21 325/22 333/25 337/9 338/8 338/17

343/25 344/1 345/2 346/3 346/7 357/5 357/7 358/1
exclusivity [31] 324/2 324/5 324/6 324/11 324/15 324/22 325/9 325/14 325/15 325/20 326/18 328/21 328/23 329/4 329/13 330/8 335/24 336/15 338/4 338/7 338/13 340/22 341/23 343/11 343/17 343/17 343/18 345/7 345/8 346/19 357/1
excuse [1] 355/14
executive [4] 318/9 320/6 320/7 326/10
executives [4] 318/5 318/10 319/25 361/8
exhaust [1] 428/20
exhibit [19] 327/10 327/12 330/10 330/12 331/25 334/7 334/9 334/14 342/5 358/17 358/20 358/21 358/23 359/3 363/19 364/25 365/20 373/1 429/4
Exhibit 11 [5] 358/17 358/20 358/23 359/3 365/20
exhibits [3] 305/8 305/14 330/23
exist [3] 371/16 371/20 417/8
existed [1] 315/13
existence [2] 350/18 367/17
existing [2] 359/25 360/2
expect [2] 330/23 379/13
expectation [1] 354/7
experience [5] 322/23 329/22 330/3 355/16 357/21
experienced [1] 337/24
experiences [7] 316/18 327/3 339/15 350/9 350/11 352/9 352/10
explain [4] 354/22 360/14 361/25 362/8
explaining [1] 343/10
explicit [1] 353/17
exploring [1] 345/17
extensively [1] 328/10
extent [1] 309/14
extremely [1] 415/13

**F**

Fabien [1] 413/8
face [2] 384/15 394/18
faced [1] 361/1
facie [1] 414/22
facilitate [3] 409/23 409/24 409/25
fact [7] 333/9 354/21

426/7 427/21
facts [1] 308/5
failed [2] 357/2 357/4
fair [10] 375/17 383/7 389/16 396/17 400/16 409/21 412/13 412/19 414/10 425/20
fairly [1] 309/21
faith [1] 308/24
familiar [4] 322/19 323/8 324/2 363/12
far [8] 339/1 339/5 339/9 354/3 363/12 378/7 379/7 392/20
Farmer [2] 312/6 312/6
farther [5] 388/22 393/14 393/20 394/3 426/7
fast [2] 334/3 339/14
fast-forward [1] 334/3
feature [3] 316/5 350/15 351/12
feel [5] 315/13 358/12 374/20 380/2 422/5
feels [1] 417/3
fell [2] 330/25 353/2
felt [1] 343/15
few [1] 334/21
field [5] 334/23 335/5 335/11 340/13 340/18
fifth [1] 333/1
figure [3] 399/9 399/19 399/25
figures [1] 308/5
file [1] 419/11
filed [1] 413/7
files [1] 314/6
final [1] 311/3
financial [5] 321/11 321/14 321/15 360/17 419/15
find [7] 318/2 321/6 322/25 338/23 344/7 361/20 410/11
finding [1] 338/24
Fingleton [10] 411/17 411/22 411/24 412/7 412/15 418/5 418/9 418/10 418/12 418/18
Fingleton.com [2] 418/12 418/15
firm [1] 411/16
first [29] 315/1 315/2 316/12 317/7 323/4 323/4 335/5 336/19 339/4 347/24 349/22 349/22 350/24 364/21 365/23 374/9 375/2 377/20 379/1 387/3 387/8 392/1 394/25 400/24 413/11 413/14 414/16 418/7 421/11
fit [1] 355/3
fits [1] 387/23
five [1] 364/11
fixated [1] 361/2
Floor [1] 303/14

417/23 418/21 419/1
focus [5] 356/10 360/22 364/19 378/5 402/14
focused [6] 335/10 338/1 356/10 356/12 415/2 415/5
follow [2] 387/1 417/1
follow-up [1] 417/1
follow-ups [1] 387/1
followed [1] 315/5
FOLLOWS [1] 373/13
foregoing [1] 430/3
foremost [1] 394/25
forget [1] 394/14
forgive [2] 307/19 347/11
forgotten [1] 353/1
form [2] 320/4 420/2
formal [2] 397/15 397/17
former [2] 412/13 412/18
forth [2] 332/5 372/19
fortunately [1] 420/13
forward [2] 320/2 334/3 421/21
found [2] 332/19 422/23
foundation [1] 355/14
foundational [1] 331/11
founder [2] 313/20 318/15
four [1] 319/4
fourth [4] 339/1 340/24 342/21 412/10
framework [4] 317/21 318/7 318/7 322/15
France [1] 335/8
free [5] 341/8 345/4 355/6 374/20 380/2
Friday [1] 386/21
friendly [1] 309/6
further [8] 307/16 365/22 369/5 373/12 377/2 382/17 382/19 387/10
future [1] 402/5
fuzzy [1] 370/24

**G**

G1 [1] 349/22
gains [1] 375/9
gave [2] 308/6 312/17
GDP [1] 380/23
general [17] 335/8 335/10 375/20 387/20 388/12 389/11 394/3 397/3 397/4 397/6 398/6 399/8 417/9 417/14 417/19 418/21 419/1
generally [1] 403/7
generated [2] 362/3 370/8
generations [1] 317/15

genuinely [2] 309/20 402/24
geographic [1] 326/19
George [1] 398/22
get [27] 306/15 310/8 311/12 330/2 344/16 345/24 345/24 356/22 357/11 360/4 366/14 366/24 368/15 379/4 379/10 391/13 395/9 401/19 402/6 408/25 410/2 421/25 422/11 422/13 423/22 425/18 426/7
gets [3] 394/9 394/12 423/15
getting [6] 338/13 338/14 358/12 360/8 361/5 422/5
give [14] 307/4 307/21 310/18 311/2 344/20 347/18 350/24 368/8 381/3 381/8 381/16 424/12 426/22 428/17
given [6] 307/12 308/18 322/9 330/18 330/19 373/22
gives [5] 306/24 380/14 381/13 381/20 391/7
giving [1] 380/24
global [1] 319/10
globally [1] 356/10
go [46] 309/18 318/12 325/4 338/25 340/14 341/10 342/21 343/24 346/3 346/12 355/18 355/19 357/22 360/13 364/14 365/22 365/25 365/25 366/1 366/16 368/9 368/12 369/11 374/2 374/6 376/3 376/4 376/12 377/1 377/12 377/20 380/12 381/24 385/20 388/22 396/2 410/17 412/9 412/10 416/14 418/7 419/6 419/8 424/4 424/22 424/24
go ahead [1] 355/18 355/19 357/22 364/14 368/9
goal [3] 334/1 352/7 352/8
goes [1] 321/23
going [51] 309/7 309/10 309/18 322/11 326/7 330/17 330/21 330/23 348/13 349/21 349/24 354/8 358/13 363/15 363/25 364/1 364/19 374/1 374/2 374/10 374/21 375/7 375/9 375/19 376/4 376/9 376/12 381/24 386/8 392/24 393/3 395/6 398/5 402/14 405/3 406/15 407/3

**G**

going... [14] 407/4
412/9 412/10 414/12
415/13 415/20 416/16
416/19 416/23 419/6
421/9 422/3 424/22
424/23
Goldstein [1] 312/7
gone [1] 356/10
good [23] 306/4 306/6
306/13 306/20 308/24
311/14 311/15 311/24
312/8 312/9 312/15
312/16 339/15 349/9
349/10 373/8 386/7
392/7 404/21 406/21
424/7 427/1 429/6
Good morning [11]
306/4 306/13 306/20
311/14 311/15 311/24
312/9 312/15 312/16
349/9 349/10
goods [1] 413/19
GOOGLE [195]
Google LLC [1] 306/8
Google's [9] 346/24
360/24 370/7 388/23
400/22 402/15 413/23
414/2 415/20
Google.com [1] 406/8
Googled [1] 410/14
Gosh [1] 315/12
got [10] 330/9 366/12
367/18 368/10 368/16
381/6 386/7 387/7
403/11 406/23
gotten [2] 418/2 428/9
Graham [1] 303/21
gray [1] 399/4
great [8] 311/10 339/18
340/19 344/25 363/5
364/12 420/15 422/18
greater [1] 392/7
greatest [2] 339/5
339/9
group [3] 326/10
418/13 418/17
groups [1] 322/13
grow [1] 336/7
growing [1] 363/4
grown [1] 356/11
growth [1] 317/18
guaranteed [1] 348/11
guess [11] 331/9 344/7
349/21 349/24 349/25
358/14 392/25 393/2
394/23 395/11 424/24
guidance [1] 318/4
guide [1] 330/4
guy [4] 328/13 385/16
385/17 385/19

**H**

had [52] 306/14 306/25
310/13 310/14 325/17
326/24 327/1 330/22
335/1 340/4 341/6
341/7 341/10 341/15

351/2 351/3 351/17
352/11 352/12 352/15
353/1 356/1 356/4
356/7 356/10 356/11
356/22 357/15 360/2
360/4 360/6 362/19
362/21 362/25 363/5
363/13 366/11 366/21
373/8 395/24 396/11
396/14 396/23 397/1
397/5 397/6 397/21
397/22 424/19
HAL [4] 373/11 374/17
391/2 413/8
half [2] 319/6 358/11
halfway [1] 364/20
hand [4] 311/20 328/19
342/1 342/10
handed [1] 389/5
handful [1] 368/16
happen [3] 347/17
408/16 408/17
happened [1] 368/25
happening [2] 335/23
397/12
happens [1] 388/20
happy [2] 344/23
361/20
hard [5] 308/4 309/21
323/18 388/19 414/16
hardware [1] 314/14
has [30] 309/25 323/7
327/15 328/18 330/13
341/25 342/9 342/16
343/25 345/3 345/20
358/16 373/22 377/18
388/23 389/18 394/6
394/15 395/8 399/19
399/20 399/22 400/25
413/2 414/6 419/2
426/9 426/18 427/9
428/25
have [117] 307/13
307/19 308/11 309/19
310/9 310/21 311/5
312/1 317/21 318/8
320/20 321/11 322/16
322/23 324/9 326/10
326/10 326/11 327/14
328/7 328/9 328/14
330/19 330/20 332/10
333/2 333/5 337/8
337/25 337/25 338/23
339/14 340/6 340/7
341/13 343/23 344/11
346/1 347/1 347/6
348/6 350/10 354/2
354/3 355/10 357/16
357/17 359/14 359/24
359/25 360/7 360/10
362/7 363/21 370/19
371/8 372/18 373/7
373/18 373/21 374/3
375/8 376/4 377/21
379/23 380/6 383/18
385/1 386/4 386/6
388/5 388/25 390/15

395/3 395/24 395/25
396/1 396/11 396/14
396/23 397/1 397/15
397/21 402/10 407/15
407/16 407/18 407/22
408/5 408/7 408/14
409/18 412/23 413/13
414/22 415/12 417/6
417/17 418/2 418/6
421/6 421/6 422/22
424/24 425/15 426/22
426/23 426/25 427/2
427/4 428/6 428/7
428/13 428/13
haven't [4] 366/23
371/21 374/19 428/9
having [6] 355/1
373/11 396/16 397/14
413/15 417/8
he [65] 335/14 335/17
335/19 336/14 355/15
355/16 357/20 364/2
365/8 366/10 366/11
376/21 377/18 379/14
379/22 380/13 380/13
380/21 381/1 384/4
384/5 384/9 384/16
384/24 385/2 385/5
385/5 385/6 385/10
391/4 391/7 391/9
391/13 391/21 392/3
392/17 392/20 392/21
392/22 393/4 411/16
412/18 413/2 413/6
413/7 413/10 413/17
414/2 414/16 414/21
415/7 415/12 416/8
416/10 416/24 417/3
417/5 417/6 417/13
417/15 417/17 418/1
418/23 418/25 419/4
he said [3] 380/13
391/4 392/21
he's [30] 308/12 335/2
335/4 366/13 376/19
376/19 377/5 380/8
384/1 384/6 384/24
385/16 385/17 385/19
391/7 394/23 395/15
411/13 411/14 411/18
411/22 413/23 413/25
414/4 414/4 414/6
414/7 415/2 415/5
417/21
head [2] 380/21 400/11
heading [1] 332/18
headline [4] 326/4
326/13 326/16 326/17
hear [2] 315/24 385/4
heard [12] 310/19
315/9 315/22 318/19
318/23 326/9 326/16
335/16 344/4 352/4
395/5 412/24
hearsay [7] 355/14
363/21 363/23 363/23
365/1 365/4 372/23

held [1] 367/11
help [9] 317/25 322/3
322/8 330/4 382/25
383/10 410/6 410/8
410/10
helpful [3] 308/24
310/4 379/15
helping [2] 330/2
410/10
helps [1] 364/19
her [1] 335/7
here [33] 308/23 309/5
310/2 311/11 337/19
345/17 345/18 348/5
359/4 364/18 365/16
365/17 365/17 367/14
380/4 383/23 389/23
393/19 406/16 406/23
408/6 410/2 419/8
420/6 424/6 425/1
427/5 427/5 427/14
428/2 428/6 428/17
428/21
Hey [1] 344/17
Hi [3] 311/18 377/20
391/2
high [5] 364/17 387/12
387/13 388/2 414/17
higher [5] 345/22
345/22 361/5 361/15
413/19
highlight [2] 374/7
386/2
highlighted [1] 415/24
highlighting [1] 326/14
highly [1] 362/21
him [28] 311/13 336/17
364/1 364/2 364/9
364/11 365/8 372/22
376/21 377/15 377/17
378/1 379/4 379/10
379/13 379/15 388/2
390/20 390/23 390/25
392/21 394/23 412/4
412/5 412/6 413/4
413/13 416/1
his [15] 336/14 355/16
357/21 377/7 384/2
384/11 391/2 392/5
411/25 412/1 412/16
413/14 414/13 415/1
417/24
history [2] 366/21
425/18
hit [1] 318/12
Hmm [2] 405/24
420/10
hold [1] 416/20
home [2] 348/21 372/3
Honor [50] 306/6
306/20 307/22 308/20
309/13 310/5 311/6
311/14 312/1 312/5
312/8 327/12 330/12
330/15 331/13 331/23
334/9 347/1 347/4
347/6 349/1 349/4

349/15 363/18 363/22
364/6 364/24 365/11
368/5 368/13 369/6
369/9 371/25 372/16
372/24 372/25 373/17
384/22 394/17 394/21
395/5 395/18 398/3
406/16 406/20 407/2
410/18 410/22 424/5
429/9
HONORABLE [4]
302/9 306/2 372/11
372/12
hope [2] 306/14 373/8
hopefully [2] 330/15
338/15
hopes [2] 401/24 402/5
hoping [2] 402/2
402/11
hosted [1] 350/10
housekeeping [2]
312/17 372/17
how [40] 307/13
316/13 317/25 322/2
322/5 322/7 325/2
329/21 329/24 330/8
339/9 340/1 347/18
361/9 361/12 361/13
361/15 361/22 362/5
364/8 366/13 366/21
366/22 367/6 367/18
367/23 369/7 370/11
371/5 373/22 383/1
390/2 390/18 397/3
402/19 402/23 403/1
403/17 413/13 414/5
HTC [2] 353/22 353/23
HTML [2] 316/19
351/20
Hugo [3] 366/2 366/2
366/4
huh [4] 313/5 326/2
332/15 411/3
human [2] 384/17
384/19
Human-Computer [1]
384/17
HXTML [2] 351/19
351/19
hydropower [1] 380/25
Hyman [1] 328/8

**I**

I admit [1] 392/6
I also [3] 318/19 326/9
378/24
I am [1] 425/22
I believe [14] 318/19
319/7 325/25 326/9
335/8 343/7 349/11
351/14 352/15 382/1
382/1 382/5 417/24
418/5
I can [5] 309/13 330/15
380/4 392/8 408/25
I did [7] 313/8 333/11
333/16 341/4 372/19
412/15 412/20

**I**

**I didn't [7]** 309/16 337/23 379/13 382/10 385/4 393/25 402/13
**I didn't know [1]** 412/24
**I don't [12]** 308/18 365/3 371/17 383/16 390/14 395/13 395/25 396/15 402/25 412/24 416/7 416/10
**I don't have [1]** 412/23
**I guess [6]** 331/9 344/7 392/25 394/23 395/11 424/24
**I have [12]** 312/1 326/11 332/10 347/1 347/6 373/21 377/21 386/6 388/5 395/25 397/1 417/6
**I haven't [1]** 371/21
**I hope [2]** 306/14 373/8
**I just [7]** 310/24 312/17 329/18 343/15 344/18 347/8 379/2
**I know [3]** 308/22 383/6 392/20
**I mean [21]** 308/1 309/14 309/20 318/6 319/23 321/5 324/25 331/8 344/12 345/16 346/24 354/9 354/10 368/1 381/24 393/17 395/4 395/8 400/20 403/18 412/4
**I recall [1]** 397/1
**I say [4]** 389/13 389/14 390/14 390/14
**I should [1]** 320/14
**I think [54]** 307/12 307/13 308/24 309/4 309/5 309/25 310/11 310/14 310/15 311/1 315/13 315/22 321/5 321/5 330/16 335/7 335/20 336/2 342/22 342/25 343/15 344/4 344/7 345/16 351/18 352/12 354/11 354/21 355/15 356/7 358/16 361/3 378/24 380/5 380/21 381/4 384/2 385/5 391/23 392/11 394/15 394/21 395/2 395/15 403/12 411/22 413/14 414/17 417/6 417/18 426/24
**I thought [1]** 385/2
**I understand [8]** 306/15 330/13 347/11 347/12 363/20 384/12 399/14 409/25
**I want [4]** 367/13 378/4 383/7 400/12
**I wanted [2]** 310/18 360/20
**I was [12]** 313/20

356/9 356/11 358/24 360/20 369/21 371/6 412/20 421/3
**I will [4]** 309/25 331/10 406/13 409/9
**I would [1]** 365/21
**I'd [19]** 312/5 313/16 317/17 327/5 329/7 330/8 332/25 334/3 334/21 336/9 338/25 341/24 342/21 346/12 362/7 363/18 375/18 409/18 426/12
**I'll [8]** 312/18 315/17 331/8 365/7 368/8 391/2 392/23 421/8
**I'm [93]** 307/19 308/1 309/18 309/25 310/24 314/9 314/9 328/13 328/13 332/4 332/6 332/7 332/23 337/18 337/23 341/6 341/18 343/10 345/25 347/23 349/21 349/24 358/13 358/24 359/4 363/25 364/1 364/10 364/19 365/2 365/9 366/7 366/21 368/24 369/25 370/1 370/24 374/2 374/21 376/7 376/12 376/19 379/8 379/8 379/20 381/18 381/24 383/18 384/2 386/16 386/23 388/1 388/14 389/15 390/18 390/25 392/3 392/6 393/25 395/9 397/17 398/5 398/8 402/13 402/24 403/3 405/3 405/19 406/2 406/15 409/4 409/8 409/19 409/24 411/19 412/1 412/6 412/17 415/20 416/16 416/19 417/2 418/3 418/8 421/3 421/9 421/17 423/1 423/8 423/12 425/13 425/22 428/12
**I'm about [1]** 395/9
**I'm going [11]** 349/21 349/24 363/25 364/1 364/19 374/2 374/21 405/3 415/20 416/16 416/19
**I'm just [2]** 365/2 428/12
**I'm not [12]** 308/1 309/18 328/13 376/19 379/8 381/24 389/15 392/6 397/17 409/19 412/1 421/3
**I'm not sure [3]** 384/2 409/24 411/19
**I'm sorry [9]** 358/24 376/12 392/3 393/25 398/8 403/3 409/8 423/1 423/12

**I've [11]** 342/6 368/10 371/18 381/12 383/16 397/6 401/16 401/18 403/11 406/20 406/23
**I-S [1]** 391/13
**ideas [1]** 424/19
**identified [1]** 332/10
**identifies [1]** 313/23
**identify [4]** 313/25 319/25 359/2 423/18
**identifying [2]** 332/7 388/24
**imagine [2]** 344/15 363/11
**immediately [1]** 314/2
**implement [1]** 327/3
**implementing [2]** 326/25 329/14
**import [2]** 378/21 378/23
**importance [3]** 343/10 343/16 387/19
**important [22]** 314/16 330/4 342/25 343/16 354/13 360/14 361/10 378/6 378/7 378/12 379/5 379/7 379/11 383/15 383/24 383/25 390/12 390/14 391/24 392/13 404/4 404/9
**impression [1]** 309/3
**improvement [2]** 381/20 388/23
**improvements [6]** 381/3 381/8 381/14 381/16 390/3 390/12
**improves [1]** 402/12
**improving [2]** 390/2 390/18
**incentive [2]** 345/19 360/18
**incentivize [2]** 318/2 337/7
**incidents [1]** 397/11
**included [1]** 340/22
**including [9]** 318/10 335/24 338/1 345/4 348/19 355/2 356/5 365/13 365/14
**incredibly [1]** 370/25
**incremental [5]** 381/3 381/8 381/13 381/16 381/20
**indeed [1]** 388/5
**independent [2]** 314/9 412/24
**INDEX [3]** 305/2 305/8 305/14
**indicated [1]** 357/25
**indicater [1]** 405/15
**indication [1]** 426/8
**indicator [8]** 405/11 405/14 415/8 425/8 425/16 426/15 427/14 427/15
**individual [1]** 410/11
**individuals [1]** 378/18

**informal [2]** 396/14 413/12
**information [19]** 306/23 306/25 306/25 307/3 307/5 307/7 307/9 308/8 308/9 309/17 359/9 383/19 399/2 402/25 410/11 426/19 426/22 427/9 428/14
**initiate [2]** 319/24 323/19
**inquiry [1]** 347/8
**install [2]** 315/21 340/14
**instance [1]** 397/25
**instances [3]** 310/17 417/20 418/22
**instruction [1]** 307/9
**instrument [1]** 326/6
**intelligence [2]** 314/13 384/13
**intend [2]** 327/14 364/8
**intending [1]** 364/10
**intent [4]** 379/9 379/10 399/20 406/6
**intents [1]** 417/18
**interact [1]** 417/18
**interacted [1]** 413/4
**Interaction [1]** 384/17
**interest [13]** 320/12 355/10 366/12 384/11 400/2 406/5 425/8 425/24 426/8 426/16 426/22 427/2 427/16
**interested [9]** 366/11 366/13 391/8 405/19 405/21 406/2 425/14 425/22 426/19
**interesting [1]** 391/3
**interface [2]** 384/12 384/13
**Internet [3]** 316/17 329/25 352/9
**interrupt [2]** 309/1 331/3 429/3
**intrigued [1]** 366/7
**introduce [1]** 312/6
**intrusive [1]** 403/7
**inviting [2]** 390/7 390/10
**involve [1]** 369/17
**involved [2]** 319/11 355/25
**involves [2]** 363/20 419/14
**IOS [1]** 352/19
**iPhone [11]** 316/24 317/11 317/15 325/5 330/3 341/9 350/7 351/8 351/21 352/7 367/21
**iPhones [3]** 317/1 317/14 340/5
**is [356]**
**is that correct [3]**

**is that right [5]** 349/13 359/5 376/22 407/10 425/10
**isn't [1]** 416/18
**issue [6]** 306/16 310/9 310/12 333/22 365/10 376/8 378/19 381/12 388/3 388/15 389/15 389/17 395/11 402/22 414/9 425/24
**issues [10]** 318/12 332/10 332/19 332/23 382/9 383/8 383/25 384/15 411/21 416/14
**it [227]**
**it would be [7]** 345/22 361/19 368/20 375/24 379/15 417/1 425/15
**it's [94]** 307/17 308/4 309/9 309/17 314/16 320/25 321/20 321/23 321/24 323/4 324/5 342/5 342/7 343/7 343/15 344/10 344/11 344/12 344/17 344/19 344/25 347/24 348/1 348/14 353/13 354/24 355/6 355/16 357/20 359/18 362/10 363/25 364/20 365/12 365/23 372/6 374/4 374/17 376/7 376/13 376/14 377/7 378/5 378/6 378/24 379/6 379/17 383/24 387/6 387/22 388/19 389/14 390/22 392/7 392/24 394/22 394/22 395/9 395/16 395/23 398/1 400/3 400/5 400/5 401/2 402/1 403/17 404/4 404/9 405/9 405/11 405/15 412/9 414/16 414/17 415/13 415/24 416/12 417/7 417/24 418/5 419/1 421/4 422/5 422/14 422/14 426/5 427/21 428/21 428/23 429/7
**item [5]** 407/16 407/18 407/22
**its [7]** 351/3 352/11 355/5 370/3 371/3 399/1 401/24
**itself [1]** 326/12

**J**

**Jaeger [1]** 312/7
**January [1]** 359/21
**January 31 [1]** 359/21
**Java [2]** 350/15 351/11
**Joan [2]** 318/11 318/19
**Joan Braddi [2]** 318/11 318/19
**job [3]** 344/16 349/11 384/2

# J

**jobs [3]** 379/17 383/10 399/8

**John [6]** 303/21 306/12 308/21 335/11 335/13 411/17

**John Lagerling [1]** 335/11

**John Schmidtlein [2]** 306/12 308/21

**joined [7]** 313/21 315/1 315/3 315/14 317/7 349/17 354/11

**Joint [5]** 358/17 358/19 358/23 359/2 365/19

**jon.sallet [1]** 303/15

**Jonathan [2]** 303/10 306/10

**Jonathan Sallet [1]** 306/10

**journalist [2]** 378/23 382/1

**journalists [1]** 389/4

**Jr [1]** 303/16

**jschmidtlein [1]** 303/24

**JUDGE [1]** 302/10

**judgment [1]** 310/13

**Judicial [1]** 303/13

**juggling [1]** 308/22

**jump [1]** 309/1

**June [1]** 365/18

**just [81]** 306/22 307/1 307/6 307/9 308/21 309/6 310/4 310/8 310/18 310/24 312/17 315/4 320/22 322/12 325/16 327/5 327/20 329/18 329/24 330/1 330/6 335/16 339/15 341/13 343/15 343/22 344/1 344/11 344/18 344/20 344/22 345/1 345/1 345/3 345/6 345/10 347/8 347/18 348/5 350/22 351/16 353/15 356/16 358/19 359/6 360/11 361/3 364/5 364/16 365/2 365/4 365/19 365/25 366/1 366/17 369/16 372/16 372/21 374/7 374/10 374/13 379/2 379/23 380/7 384/24 385/6 389/5 391/22 395/15 402/8 402/24 406/16 407/3 408/11 408/22 412/23 419/11 423/8 425/19 428/12 429/11

**JUSTICE [4]** 303/2 307/7 308/6 311/17

# K

**keen [1]** 392/6

**keep [3]** 330/5 340/17 340/17

**keeping [1]** 314/5

303/22 306/9

**kenneth.dintzer2 [1]** 303/5

**key [10]** 321/15 323/18 324/19 332/9 332/19 332/23 333/22 333/23 362/8 362/9

**keynote [1]** 314/9

**keywords [3]** 400/4 400/4 400/6

**kind [13]** 315/18 316/3 317/13 320/1 322/14 324/17 325/18 326/16 334/1 348/16 351/6 352/18 354/3

**kinds [4]** 314/25 321/14 323/23 409/20

**Kingdom [1]** 412/19

**knew [4]** 340/16 340/16 395/5 412/15

**know [72]** 307/5 307/14 308/12 308/22 309/24 310/3 310/23 312/18 317/19 321/1 322/11 326/18 341/6 343/12 346/10 350/9 350/23 351/7 351/8 352/19 353/3 353/24 354/19 355/16 355/16 355/25 360/10 360/17 360/20 362/1 362/2 366/13 367/21 368/2 368/20 368/21 370/23 371/2 371/8 371/16 371/17 371/20 371/21 371/24 376/16 377/24 378/13 379/15 383/5 383/6 384/18 385/7 385/10 385/14 392/3 392/20 393/16 393/19 394/6 395/15 395/25 398/9 411/14 412/15 412/17 412/17 412/20 412/22 412/24 413/3 418/1 420/13

**knowing [5]** 308/2 378/7 378/15 378/16 379/6

**knowledge [2]** 346/10 346/10

**known [3]** 318/1 343/11 413/13

**knows [3]** 384/9 385/7 413/10

# L

**lack [1]** 427/22

**Lagerling [2]** 335/11 335/12

**landscape [2]** 316/1 316/13

**language [1]** 382/6

**large [12]** 310/2 336/20 338/9 356/3 414/23 415/2 415/5 415/8 415/14 416/6 416/8 424/2

**Larry [4]** 318/11 318/13 318/14 318/15

**Larry Page [1]** 318/15

**last [9]** 327/25 337/15 346/12 371/18 378/3 378/4 379/3 390/18 392/5

**later [3]** 310/25 318/11 382/17

**latest [1]** 332/7

**Latin [1]** 361/9

**latter [1]** 316/3

**launch [2]** 349/22 353/22

**launched [3]** 317/11 317/12 354/6

**launches [1]** 323/15

**launching [1]** 356/4

**Laurenson [5]** 335/6 335/6 342/13 344/14 345/12

**law [2]** 303/11 396/15

**lawyer [2]** 328/13 397/8

**lawyers [1]** 396/15

**lead [5]** 321/9 337/23 339/21 341/13 410/5

**leading [1]** 366/8

**learn [2]** 331/10 331/11

**learned [1]** 413/4

**learning [1]** 387/23

**least [2]** 310/14 425/22

**leave [2]** 309/2 310/4

**leaving [1]** 314/1

**lectures [1]** 411/20

**led [4]** 314/3 318/11 319/10 335/14

**leeway [1]** 368/8

**left [8]** 309/11 313/21 317/12 317/13 317/18 370/2 370/3 382/16

**legal [2]** 328/8 335/1

**leisure [1]** 387/2

**less [7]** 354/3 354/11 368/21 394/9 394/12 394/15 426/8

**let [10]** 307/6 312/18 321/1 329/3 365/24 365/25 365/25 369/11 382/15 393/25

**let's [16]** 314/18 317/11 342/16 351/1 353/22 357/22 365/7 372/5 377/1 382/16 385/20 395/12 396/2 410/17 424/4 427/4

**let's see [1]** 351/1

**level [4]** 333/8 340/17 340/18 364/17

**leveling [1]** 340/13

**liberally [1]** 421/19

**license [8]** 348/1 348/6 348/7 348/9 348/9 353/10 370/19 370/25

**licensed [1]** 348/22

**light [1]** 307/21

**like [53]** 307/6 307/9

313/17 315/13 316/1 316/6 316/7 325/4 325/17 326/13 327/5 328/8 329/7 329/9 330/8 332/25 334/3 334/21 336/9 338/25 339/12 340/12 340/14 341/24 342/21 344/14 344/24 346/12 350/22 351/19 354/11 354/15 358/12 358/15 359/20 361/11 363/18 371/8 375/18 379/18 386/5 398/18 418/9 420/9 420/11 421/14 422/5 423/12 427/8 429/3

**liked [2]** 361/14 377/21

**likely [3]** 353/4 362/18 404/13

**limited [2]** 316/8 372/22

**line [8]** 346/12 364/21 387/8 396/18 414/13 416/1 417/8 421/23

**linear [1]** 382/7

**lines [2]** 373/23 385/11

**linked [1]** 414/24

**list [4]** 325/6 325/7 350/24 365/9

**listed [4]** 327/21 335/6 335/11 359/11

**listing [8]** 332/22 332/23 407/9 407/13 407/15 409/5 409/9 409/11

**Literally [1]** 353/1

**little [12]** 309/20 313/3 315/17 330/8 334/3 353/17 368/8 377/2 380/6 389/3 402/1 429/7

**living [1]** 314/7

**LLC [2]** 302/6 306/8

**LLP [2]** 303/17 303/22

**local [1]** 329/10

**lodged [2]** 330/13 330/21

**Lohr [7]** 376/15 376/16 377/10 377/24 380/10 380/22 382/2

**Lohr's [1]** 377/1

**London [1]** 335/4

**long [7]** 310/9 315/22 364/8 368/2 369/7 389/6 413/13

**long-tailed [1]** 389/6

**look [13]** 316/1 320/12 327/5 331/8 341/24 344/24 358/19 391/2 392/23 406/18 409/18 418/8 420/16

**looked [2]** 330/6 365/19

**looking [6]** 375/3 383/8 400/1 400/19 402/24 414/4

**looks [3]** 328/8 359/20

**lose [4]** 341/20 344/11 361/4 422/23

**loss [1]** 375/7

**lost [6]** 344/1 345/3 366/11 366/22 371/6 422/18

**lot [10]** 308/22 308/23 332/5 352/8 361/1 361/7 363/6 384/9 389/6 422/13

**lots [5]** 329/8 339/16 383/24

**lunch [2]** 429/7 429/8

# M

**Macs [1]** 315/21

**MADA [5]** 347/13 347/25 348/5 348/9 348/12 348/23 370/15 370/18 370/23

**MADAs [1]** 370/23

**made [9]** 308/25 309/2 310/13 316/5 341/7 354/21 356/19 370/3 371/2

**magazines [1]** 402/9

**magically [1]** 389/6

**magnitude [2]** 339/21 339/21

**major [3]** 319/3 319/4 356/8

**majority [2]** 367/18 425/1

**make [28]** 309/22 322/9 322/15 323/21 323/24 324/8 324/18 326/6 328/14 338/22 343/22 345/2 347/8 348/17 354/4 362/14 370/9 371/5 375/18 379/18 391/13 400/9 400/18 403/4 403/15 403/22 410/3 414/23

**makes [4]** 343/13 401/4 416/5 416/7

**making [5]** 340/13 344/10 345/25 378/18 382/11 415/2 415/5 415/14 417/21 418/9

**manager [3]** 314/21 349/13

**Manber [1]** 382/14

**manufacturer [3]** 321/24 348/2 352/6

**manufacturers [6]** 318/1 319/8 319/8 321/19 322/3 354/18

**many [15]** 317/14 320/2 337/8 339/18 345/19 348/18 350/8 352/13 358/11 361/4 363/4 367/23 393/6 393/22 402/19 402/23 403/1

**March [4]** 313/1 315/14 331/15 332/12

**markedly [1]** 400/25

**M**

**market [40]** 310/15
310/17 310/20 317/14
370/21 371/3 371/5
375/20 396/8 396/13
413/18 413/23 413/24
414/2 414/3 414/6
414/22 415/13 417/7
417/14 418/23 419/2
419/13 419/14 419/20
419/21 420/1 420/5
420/6 420/17 420/18
420/18 420/19 420/25
421/5 421/12 421/13
421/15 421/18 421/18
**market share [2]**
310/15 310/17
**market shares [1]**
310/20
**markets [6]** 326/19
326/19 326/20 396/8
396/12 421/2
**match [1]** 400/4
**material [1]** 310/2
**matter [7]** 312/17
347/15 365/3 372/17
399/11 400/14 430/4
**mattered [1]** 361/16
**matters [4]** 396/15
398/15 403/8 403/10
**mature [1]** 363/4
**maximize [1]** 321/7
**may [32]** 307/16
310/23 312/3 322/23
327/11 327/15 328/3
329/17 334/2 346/25
347/1 368/1 372/16
384/25 384/25 386/12
386/19 386/21 396/14
400/9 409/12 409/14
417/17 418/2 422/14
424/15 424/20 425/18
426/21 426/22 426/22
426/23
**maybe [6]** 310/11
326/21 363/2 410/2
426/12 429/3
**me [27]** 307/19 308/4
321/1 329/3 347/11
347/18 355/14 358/25
365/24 365/25 365/25
372/18 381/6 382/15
385/24 388/10 388/14
393/25 401/25 402/7
404/21 404/22 407/25
410/3 418/8 418/8
421/4
**mean [38]** 307/24
308/1 309/14 309/20
318/6 319/23 321/5
322/22 324/5 324/25
331/8 344/12 345/16
346/22 346/24 348/13
354/9 354/10 354/23
355/15 368/1 370/15
375/19 378/16 378/22
381/24 393/17 395/4
395/8 395/11 400/20

412/4 421/18 422/8
426/10
**means [6]** 324/6
353/18 354/24 405/18
410/8 425/12
**meant [2]** 320/13
346/24
**measure [1]** 393/16
**measured [1]** 344/16
**mechanical [1]** 304/6
**meeting [5]** 319/24
364/21 365/5 365/16
390/2
**MEHTA [3]** 302/9 306/3
372/12
**member [3]** 334/25
334/25 366/4
**memory [2]** 310/16
360/2
**mention [4]** 315/9
315/22 318/19 318/23
**mentioned [5]** 319/7
320/7 325/25 352/3
382/13
**mentions [1]** 415/7
**merchant [1]** 410/7
**mergers [2]** 420/16
420/22
**Merit [1]** 304/2
**merits [1]** 340/19
**message [1]** 386/22
**met [3]** 392/17 392/19
392/20
**Microsoft [15]** 340/6
341/1 343/24 345/2
346/4 352/23 353/6
353/9 353/10 374/14
375/3 375/10 375/23
375/25 394/7
**Microsoft's [1]** 333/13
**Microsoft-Yahoo [1]**
375/3
**middle [1]** 332/12
**might [14]** 325/4 325/6
326/14 343/21 345/23
350/10 353/22 398/24
400/12 400/17 408/1
410/5 426/19 428/8
**million [3]** 345/24
368/3 427/9
**minute [1]** 347/1
**minutes [2]** 364/11
364/18
**misimpression [3]**
306/24 308/7 309/11
**misleading [1]** 382/14
**misperception [1]**
307/4
**misunderstood [1]**
403/12
**mobile [81]** 313/10
313/23 314/3 315/7
315/8 315/23 316/1
316/11 316/13 316/16
316/18 317/6 317/19
317/22 318/1 319/5
319/7 319/8 320/17

321/3 321/24 321/25
322/20 323/1 323/9
324/17 326/25 329/22
329/25 330/2 336/3
336/5 336/6 339/6
339/10 339/12 340/3
340/9 340/13 341/21
343/7 348/2 349/22
350/6 350/21 352/1
352/6 352/20 352/22
352/23 352/24 353/7
353/20 353/20 353/23
353/24 354/18 354/18
355/9 355/10 358/6
359/8 359/24 359/25
359/25 360/2 360/5
361/2 363/12 364/22
364/22 365/13 366/23
367/2 369/17 369/24
370/14 371/13
**model [4]** 353/12
353/16 387/24 402/15
**models [1]** 317/15
**modest [1]** 367/14
**moment [2]** 358/19
366/17
**monetization [8]** 339/5
339/10 339/22 341/20
360/24 361/21 361/22
362/2
**monetize [3]** 353/13
353/16 361/15
**money [8]** 353/18
362/14 370/9 371/2
371/5 371/6 401/4
415/15
**monopoly [2]** 415/8
416/21
**month [4]** 361/14
367/24 368/4 419/11
**months [1]** 413/7
**more [43]** 313/16
315/17 320/13 320/18
321/9 330/8 337/24
339/21 339/22 339/22
340/13 345/9 347/6
353/17 356/12 361/13
368/10 371/25 376/5
376/7 378/7 378/12
378/24 379/5 379/7
379/11 381/19 387/12
387/13 387/13 387/13
388/2 390/3 390/12
390/14 390/19 398/10
399/1 399/22 400/18
401/19 404/13 415/4
**morning [17]** 302/7
306/4 306/6 306/13
306/20 311/8 311/14
311/15 311/24 312/8
312/9 312/15 312/16
349/9 349/10 364/12
372/5
**most [8]** 316/4 325/15
329/11 356/3 361/24
401/11 404/18 414/21
**mostly [2]** 361/9 371/6

**Motorola [1]** 336/1
319/10 319/11 319/25
**move [9]** 320/2 331/23
380/7 394/24 407/4
416/23 421/8 421/20
422/3
**movie [1]** 427/10
**moving [4]** 315/7 335/5
338/3 429/3
**Mr [3]** 306/19 347/9
411/24
**Mr. [63]** 306/16 308/11
311/11 311/19 312/2
312/6 312/15 312/23
314/7 327/11 327/15
327/17 330/11 331/15
332/2 334/8 334/24
335/3 335/12 336/10
336/16 342/4 346/17
347/5 349/3 349/5
349/9 358/20 363/20
364/16 366/7 366/19
367/4 369/11 369/16
371/12 372/2 376/19
377/1 377/10 377/24
380/10 380/22 381/6
382/2 382/14 384/23
386/20 387/16 390/7
390/10 392/17 392/19
411/20 411/25 412/12
417/5 417/24 418/5
418/9 418/20 421/20
429/2
**Mr. Barra [2]** 366/7
366/19
**Mr. Barton [21]** 311/11
311/19 312/2 312/15
312/23 314/7 327/15
327/17 331/15 332/2
342/4 346/17 347/5
349/3 349/9 358/20
363/20 364/16 367/4
369/11 372/2
**Mr. Barton's [1]** 312/6
**Mr. Carter [2]** 334/24
336/10
**Mr. Carter's [2]** 335/3
336/16
**Mr. Dintzer [4]** 308/11
384/23 421/20 429/2
**Mr. Fingleton [2]** 418/5
418/9
**Mr. Lagerling [1]**
335/12
**Mr. Lohr [6]** 376/16
377/10 377/24 380/10
380/22 382/2
**Mr. Lohr's [1]** 377/1
**Mr. Manber [1]** 382/14
**Mr. Penado [3]** 327/11
330/11 334/8
**Mr. Russell [6]** 386/20
387/16 390/7 390/10
392/17 392/19
**Mr. Schmidtlein [3]**
349/5 369/16 371/12
**Mr. Singhal [1]** 381/6
**Mr. Stallibrass [6]**

349/20 411/25 412/12
417/5 417/24 418/20
**Mr. Travers [1]** 306/16
**Ms [1]** 311/18
**Ms. [3]** 335/6 342/13
345/12
**Ms. Laurenson [3]**
335/6 342/13 345/12
**MSN [5]** 333/8 333/12
333/13 333/14 338/17
**much [13]** 319/3
339/12 351/17 360/21
362/5 371/8 372/2
382/9 388/22 421/6
425/15 426/1 427/16
**multiple [4]** 317/14
317/15 323/14 323/19
**multiply [1]** 363/7
**music [6]** 313/24
313/24 368/6 369/24
370/3 370/4
**must [1]** 422/1
**my [43]** 309/1 311/2
314/13 314/19 319/23
320/12 320/22 321/3
321/5 322/14 328/12
328/12 328/12 330/23
332/8 335/14 335/19
343/16 346/9 346/10
347/2 347/12 356/10
358/14 360/2 360/17
360/18 372/18 379/15
384/24 388/9 388/11
389/23 393/14 402/14
405/18 406/20 410/15
419/13 420/3 420/23
421/17 426/22
**Móvil [3]** 336/20
336/23 338/10

**N**

**name [4]** 312/20
413/11 413/14 418/12
**named [1]** 376/14
**names [1]** 365/9
**narrow [1]** 379/13
**nations [1]** 380/24
**nature [4]** 307/12
325/16 396/15 399/1
**near [5]** 328/20 336/10
358/12 404/21 404/22
**necessarily [2]** 310/9
400/10 406/9
**necessary [2]** 383/20
417/3
**need [14]** 310/9 310/23
336/15 337/6 348/7
348/8 364/18 384/18
388/9 395/15 418/3
420/3 420/23 427/22
**neglected [1]** 374/10
**negotiate [11]** 313/6
319/1 319/8 319/13
320/4 321/18 329/5
340/20 356/7 356/8
356/14
**negotiated [9]** 318/23
319/16 319/19 328/4

negotiated... [5]
328/24 330/21 347/17
347/19 359/15
negotiating [10]
320/10 321/4 322/2
322/4 322/7 323/20
327/7 334/4 347/15
357/15
negotiation [1] 360/14
negotiations [15]
319/21 320/9 324/12
325/10 331/10 332/4
332/6 355/2 355/9
355/25 356/6 357/2
357/4 357/11 365/16
net [1] 363/9
network [10] 380/15
387/11 387/22 388/6
388/16 389/13 396/19
396/25 397/9 397/23
never [8] 308/16
371/18 392/17 392/19
392/20 392/22 397/5
397/6
New [1] 303/19
newer [1] 336/3
newspaper [1] 378/23
newspapers [1] 402/9
next [19] 338/25 339/6
340/24 342/15 343/21
343/24 345/1 346/3
381/22 382/15 389/3
391/9 391/17 392/23
396/18 418/25 420/14
426/1 427/5
nice [2] 306/14 417/11
no [42] 302/4 308/20
316/12 319/15 325/15
344/2 344/8 344/21
345/16 346/1 347/6
348/4 348/11 349/4
356/15 363/2 364/6
368/24 369/5 369/22
369/22 371/25 373/21
373/24 376/2 378/13
379/25 382/19 383/22
385/14 388/20 401/9
403/12 403/17 403/19
411/17 416/10 419/20
421/13 421/16 423/8
428/21
Nokia [4] 316/6 316/7
351/4 351/5
non [19] 342/18 343/11
350/18 399/1 399/10
401/12 401/19 401/23
402/2 402/4 402/10
402/11 402/16 402/23
403/4 403/11 403/15
403/17 403/22
non-ad [2] 402/10
402/11
non-Android [1]
350/18
non-commercial [14]
399/1 399/10 401/12
401/19 401/23 402/2

403/4 403/11 403/15
403/17 403/22
non-duplication [2]
342/18 343/11
none [1] 398/1
nonstandard [1]
326/14
North [2] 356/12 361/9
not [106] 306/25 307/8
307/19 307/21 308/1
309/18 310/21 310/23
311/6 315/15 315/22
320/2 320/25 325/1
325/2 326/5 326/12
328/13 329/11 329/14
329/25 330/12 334/9
335/9 338/8 341/2
343/13 343/21 344/10
344/25 353/25 356/1
357/15 360/12 360/21
362/17 362/18 365/9
368/6 368/24 372/19
373/21 374/24 376/19
378/6 379/6 379/8
381/24 382/17 383/15
383/20 383/22 383/24
384/2 385/1 385/8
387/22 389/13 389/15
390/22 392/6 394/22
395/16 396/1 397/1
397/17 397/21 398/21
398/23 399/5 399/13
400/9 400/10 400/10
400/14 403/4 403/15
403/22 406/9 407/4
409/19 409/19 409/24
411/19 412/1 412/15
412/20 414/4 414/6
417/7 418/23 420/18
421/3 421/4 421/17
422/14 423/22 424/17
426/5 426/22 426/23
427/19 427/20 428/12
428/20 429/11
note [2] 363/23 364/24
nothing [2] 344/11
380/25
noticed [1] 310/16
now [35] 310/4 314/9
314/18 320/20 325/25
334/3 338/3 338/25
346/12 351/7 356/6
359/23 365/5 365/9
366/12 368/2 370/1
371/12 372/6 372/20
373/19 376/4 376/20
379/8 381/18 381/22
384/23 386/15 398/5
402/19 409/23 412/22
422/10 428/25 429/7
nuanced [1] 378/24
number [24] 308/15
308/19 309/3 309/15
309/15 310/17 330/16
336/6 343/23 344/22
345/22 362/3 368/20
369/16 378/1 385/24

401/16 401/17 401/18
403/23 417/9
numbers [5] 308/16
308/17 308/22 309/15
345/25
NW [4] 303/3 303/7
303/23 304/4
NY [1] 303/19

## O

oath [1] 311/22
object [2] 363/22 368/5
objection [19] 330/14
330/22 331/8 334/11
355/12 357/19 363/21
364/5 384/22 384/24
394/18 394/20 394/22
394/25 395/3 395/5
395/7 395/12 395/13
objections [2] 330/21
372/23
objective [3] 322/3
322/9 325/24
objectives [6] 320/10
320/12 321/3 321/6
322/8 360/19
obligation [2] 346/1
348/12
obligations [2] 307/11
371/1
obscure [1] 363/2
obvious [1] 421/4
obviously [4] 309/17
344/7 362/1 362/14
occur [1] 378/25
occurred [1] 367/24
October [1] 313/2
OEM [4] 321/24 323/6
348/2 348/5
OEMs [9] 318/1 319/7
322/7 324/17 326/24
353/11 353/21 353/25
369/19
off [6] 311/7 316/18
316/23 374/11 387/1
422/22
offer [3] 330/23 363/18
394/17
offering [2] 345/21
407/18
Office [2] 412/13
412/19
offices [1] 364/22
Official [1] 304/3
often [2] 326/13 326/23
oh [17] 315/20 318/15
335/4 369/20 377/8
377/12 382/4 382/8
386/7 386/17 392/3
396/5 410/19 418/11
420/15 422/4 424/6
okay [144]
once [6] 320/5 320/7
398/10 415/4 418/25
422/15
one [41] 309/23 310/8
322/14 322/16 323/3

330/25 332/25 341/24
344/16 344/18 345/9
345/23 353/4 354/7
358/1 368/21 371/18
372/16 377/14 377/21
379/17 382/14 382/25
383/10 387/10 392/13
398/14 399/8 399/23
407/2 411/10 415/7
415/8 415/24 418/9
418/20 424/1 424/15
ones [4] 319/3 325/6
335/25 353/4
only [12] 322/16 324/8
333/6 333/21 346/6
383/24 386/15 393/14
401/8 409/20 424/1
428/21
open [8] 307/22 338/23
340/17 348/7 353/14
354/22 354/23 354/24
opened [1] 325/5
opening [2] 307/23
407/3
operating [7] 341/8
345/4 348/6 353/13
353/16 353/21 354/14
opinion [3] 310/13
310/20 340/1
opinions [1] 366/9
opportunity [13]
310/18 311/2 316/15
321/7 338/14 338/16
339/5 339/9 339/12
339/20 341/20 363/10
363/15
opposed [2] 324/19
408/11
option [4] 343/22
344/12 346/2 348/14
order [3] 307/11
310/12 402/5
orders [2] 339/21
339/21
ordinary [2] 420/8
421/5
organic [5] 401/8
421/25 422/6 422/11
422/13
original [2] 322/15
332/8
originally [1] 354/6
other [29] 315/6
316/10 318/18 324/23
324/25 325/6 329/11
329/14 333/7 341/24
351/15 354/7 358/25
361/10 361/10 361/16
376/2 379/4 379/11
381/25 383/25 384/15
389/17 401/6 402/9
402/22 409/6 423/19
428/14
otherwise [4] 309/10
341/11 343/1 343/11
ought [1] 310/21
our [13] 311/6 324/19

330/5 343/1 346/11
346/18 346/22 346/23
364/12 372/5 372/19
394/25 425/1
out [22] 309/23 311/12
320/12 323/3 324/23
329/7 333/9 341/18
361/11 365/7 378/22
379/17 388/20 393/5
399/9 399/19 399/25
410/6 410/8 410/10
416/19 421/9
over [7] 313/3 329/3
335/1 339/6 380/4
388/23 400/25
overblown [1] 380/15
overrule [1] 331/8
overruled [2] 355/17
357/20
own [8] 351/2 351/3
352/11 355/5 355/11
356/1 356/4 370/3
owned [1] 353/8
owns [1] 368/2

## P

p.m [3] 332/13 429/15
429/15
page [32] 318/15
323/16 326/6 327/20
327/25 328/18 328/20
332/12 336/10 340/25
341/25 342/9 342/12
342/15 342/16 342/19
364/20 365/23 366/1
374/2 374/6 380/11
380/11 396/2 405/5
408/1 408/15 412/9
412/10 416/24 418/7
424/23
page 1 [5] 327/20
327/25 332/12 336/10
340/25
page 2 [1] 380/11
page 4 [2] 342/9
342/12
page 5 [1] 342/16
page 7 [2] 328/18
328/20
page 880 [1] 396/2
page 899 [1] 412/9
pages [2] 339/15
339/16
Palm [5] 316/7 316/22
350/14 351/2 352/15
panel [1] 424/2
paper [3] 376/5 376/6
424/17
paragraph [16] 336/19
337/6 338/4 338/25
339/1 339/2 340/24
342/21 343/6 374/7
374/21 381/22 382/5
382/13 382/15 392/23
part [17] 316/3 324/7
324/7 325/9 328/12
341/10 341/23 354/10
359/9 361/25 381/25

P

**part... [6]** 386/14 387/4
391/18 393/1 393/5
424/12
**participant [2]** 331/21
334/19
**particular [4]** 324/10
326/15 355/2 393/17
**particularly [1]** 330/3
**parties [3]** 307/10
309/21 322/17
**partner [26]** 314/21
317/25 319/24 322/12
324/18 324/19 324/21
324/22 324/23 325/13
327/24 337/19 344/6
344/7 345/7 346/6
348/17 349/13 353/21
353/22 358/1 360/12
360/15 360/23 361/6
366/25
**partner's [1]** 324/10
**partner/development
[1]** 349/13
**partnering [1]** 320/1
**partners [10]** 320/11
323/20 324/12 324/14
324/16 324/16 325/16
329/12 347/16 347/19
**partnership [10]** 318/6
318/7 321/6 326/24
327/1 334/1 359/8
359/10 360/3 365/13
**partnerships [18]**
314/3 314/25 315/2
315/3 318/5 318/22
319/22 322/4 329/8
335/9 335/10 335/25
336/2 336/4 336/5
336/7 350/7 369/19
**parts [1]** 410/14
**party [1]** 361/13
**pass [1]** 347/7
**passage [1]** 374/19
**Passing [1]** 411/7
**path [1]** 318/2
**PATTERSON [1]**
303/17
**pay [5]** 337/8 422/1
422/6 422/12 422/14
**paying [3]** 333/9
333/24 346/18
**payment [1]** 342/17
**payments [1]** 345/14
**pbwt.com [1]** 303/20
**PC [5]** 322/25 329/23
329/23 339/12 353/13
**PCs [2]** 315/21 340/14
**Penado [3]** 327/11
330/11 334/8
**people [28]** 316/4
316/10 316/17 320/18
329/23 330/2 334/21
336/6 340/11 352/13
354/25 355/7 365/5
378/18 388/5 388/24
389/17 390/15 396/12
401/4 402/3 403/1

420/8 427/2 428/1
**per [20]** 311/6 339/22
353/18 353/19 361/13
361/14 361/15 362/3
362/5 362/5 362/9
362/11 362/12 362/19
363/8 368/4 390/4
390/13 390/22 424/1
**percent [9]** 345/24
345/25 368/21 368/22
371/10 380/14 380/14
401/14 422/20
**percentage [6]** 361/3
361/6 361/10 361/11
361/16 368/18
**perfect [1]** 309/19
**perhaps [1]** 398/1
**period [9]** 314/19
315/5 330/18 330/19
347/23 350/19 358/8
360/7 368/3
**periods [1]** 347/18
**person [9]** 316/12
335/5 337/24 354/25
359/14 362/17 400/8
404/1 418/5
**perspective [3]** 360/21
384/19 403/25
**persuade [1]** 367/1
**peruse [2]** 387/2 387/4
**phase [1]** 367/17
**phenomenon [3]**
378/25 387/22 388/21
**philosophy [4]** 346/13
346/18 346/22 346/24
**phone [7]** 322/11 323/1
324/23 338/22 338/23
348/21 371/13
**phones [41]** 313/10
316/5 316/5 316/9
316/16 316/18 316/21
316/21 316/21 317/4
319/19 321/10 322/20
323/9 336/22 338/2
340/21 341/18 341/21
344/23 345/3 345/4
348/10 348/14 348/19
348/19 350/3 350/6
350/16 351/12 351/17
361/20 365/14 369/18
369/24 370/5 371/13
371/16 371/20 371/22
371/23
**photograph [1]** 379/1
**picture [1]** 407/16
**pictures [1]** 408/7
**picturesque [1]** 402/1
**piece [6]** 323/14
340/15 348/22 354/24
377/13 377/21
**PLA [1]** 410/2
**place [5]** 330/4 341/12
351/25 356/16 427/1
**placed [1]** 311/22
333/7 333/22
**placement [2]** 337/9
348/18

323/19 417/9 422/22
423/3
**plaintiff [4]** 303/10
306/11 311/21 349/2
**PLAINTIFF's [3]** 305/5
305/10 331/25
**plaintiffs [7]** 302/4
303/2 306/9 312/11
363/21 373/5 373/11
**plaintiffs' [2]** 306/23
334/14
**plan [2]** 327/2
**planned [2]** 310/20
357/25
**PLAs [7]** 407/8 407/9
407/12 423/12 423/12
423/13 423/21
**platform [14]** 341/9
351/2 351/2 351/3
351/5 352/5 352/24
353/7 353/10 353/23
370/7 371/13 402/20
403/23
**platforms [5]** 350/18
350/21 351/23 352/2
352/4
**play [2]** 365/7 367/21
**player [1]** 375/7
**players [3]** 375/8
375/19 375/23
**playing [2]** 340/13
340/18
**please [16]** 306/4
311/20 312/20 327/10
327/11 328/18 330/10
330/11 334/7 334/8
341/25 345/9 347/10
372/14 408/22 423/11
**plus [2]** 375/9 375/24
**point [22]** 319/5 323/9
323/11 323/12 329/7
335/13 335/13 361/11
375/18 391/7 393/5
393/24 394/8 401/25
412/2 415/19 416/15
417/23 421/5 421/9
428/9 428/11
**pointing [1]** 341/18
**points [2]** 360/14 367/2
**pool [1]** 362/1
**pools [1]** 314/15
**popularity [1]** 367/25
**portal [2]** 333/13
350/10
**portion [6]** 317/8
317/20 362/25 364/25
365/8 372/22
**portions [2]** 364/1
364/5
**position [2]** 331/5
381/1
**possible [3]** 345/19
398/1 408/11
**post [1]** 408/20
**potential [5]** 340/7
340/7 353/3 365/13
366/24

398/25 400/13 402/25
**power [7]** 413/18
413/23 414/2 414/6
414/22 415/13 419/2
**powering [2]** 315/6
320/16
**PowerPoint [1]** 326/13
**practical [2]** 347/15
396/6
**practitioners [1]**
384/18
**pre [2]** 330/3 359/25
**pre-existing [1]** 359/25
**pre-iPhone [1]** 330/3
**pre2010 [1]** 331/9
**precursor [1]** 365/18
**predecessor [2]**
339/23 351/19
**predictor [1]** 404/17
**prefer [1]** 307/21
**preload [4]** 348/10
352/17 368/15 368/16
**preloaded [1]** 338/21
**preloads [2]** 368/19
368/22
**premium [1]** 371/9
**presentation [5]**
306/23 307/1 307/12
309/1 389/23
**presentations [4]**
310/17 382/20 382/23
389/22
**presented [4]** 307/4
307/8 307/14 308/6
**president [1]** 318/21
**presiding [1]** 306/3
372/12
**pretty [8]** 319/3 325/19
349/23 351/17 360/20
370/1 413/12 425/23
**Prettyman [1]** 304/4
**prevent [1]** 314/14
**previous [3]** 380/19
387/21 418/7
**previously [3]** 349/11
373/12 395/14
**price [1]** 407/22
**prices [2]** 411/7 413/19
**prima [1]** 414/22
**primarily [5]** 320/17
329/25 367/7 370/12
370/24
**primary [6]** 334/1
351/6 351/10 360/17
384/11 411/18
**print [2]** 374/4 383/23
**prior [5]** 350/2 350/4
359/23 360/5 360/7
**probably [3]** 336/3
361/24 400/15
**problem [2]** 314/16
376/8
**proceedings [5]** 302/9
304/6 430/4
**produced [2]** 304/7
335/3
**product [26]** 316/16

340/19 360/24 361/14
366/4 404/2 407/9
407/13 407/15 408/1
409/5 409/9 409/11
410/8 410/11 417/10
417/18 417/20 417/23
418/21 419/1 423/19
424/1 425/14 426/8
427/10
**products [5]** 316/17
327/17 339/19 393/22
408/11
**Professor [2]** 411/22
411/24
**profit [6]** 415/3 415/6
415/8 416/6 416/7
416/8
**profitable [1]** 416/17
**profits [5]** 414/17
414/23 415/20 416/20
425/1
**project [1]** 354/14
**projects [1]** 326/25
**prominence [1]** 333/8
**propose [1]** 325/12
**proposing [1]** 346/2
**proprietary [4]** 350/14
351/4 352/4 353/7
**Protection [1]** 303/11
**provide [1]** 399/13
**provided [2]** 354/17
405/18
**provider [6]** 323/1
323/2 340/16 344/1
358/2 404/22
**providers [3]** 325/6
325/7 329/15
**provides [2]** 400/3
409/17
**providing [1]** 361/19
**public [5]** 307/12
307/14 309/2 309/11
379/18
**publicly [1]** 327/16
**published [1]** 413/2
**publisher [2]** 428/3
428/18
**publishers [3]** 427/21
428/1 428/13
**pull [4]** 327/11 330/11
334/8 396/4
**pulled [1]** 422/15
422/17
**pullout [1]** 387/6
**purchase [5]** 409/23
410/3 410/5 410/6
410/10
**pursue [1]** 343/13
**purview [1]** 330/20
**put [23]** 322/11 324/23
324/25 333/7 341/12
344/22 348/13 348/20
350/12 356/15 365/4
398/18 398/21 398/22
409/13 409/17 414/12
419/13 421/12 421/14
427/1 427/5 428/1
**putting [2]** 315/4

**P**

putting... [1] 425/21

**Q**

Qualcomm [3] 316/22
351/14 352/11
quality [16] 380/15
387/12 387/14 388/2
388/2 388/3 388/12
389/11 390/2 390/19
391/10 391/16 392/22
402/11 403/8 403/10
queries [18] 362/4
362/4 362/5 362/22
362/25 389/6 398/6
398/7 398/16 401/11
401/12 401/15 401/19
401/20 401/23 402/16
402/23 406/5
query [28] 363/3 398/9
398/11 398/13 398/14
398/19 399/9 399/9
399/10 399/17 400/5
400/8 400/15 400/17
402/7 403/11 404/17
405/11 405/16 405/18
408/21 408/24 409/13
409/17 410/15 425/2
425/21 428/13
question [29] 315/16
320/20 321/3 328/25
354/20 355/19 355/21
358/25 364/8 367/4
379/16 384/23 385/4
386/15 388/11 393/14
393/24 401/2 402/14
403/12 405/19 420/3
420/6 420/14 420/23
423/2 423/8 423/11
427/20
questioning [1] 421/23
questions [13] 314/19
320/22 347/6 368/11
369/5 369/16 371/25
376/2 382/19 383/1
383/11 388/9 388/14
quibble [2] 377/21
378/3
quick [1] 391/3
quickly [1] 315/7
quite [7] 310/1 326/13
326/23 361/2 374/24
376/19 399/14
quotes [6] 419/13
419/21 421/12 421/14
421/16 421/19

**R**

racquet [11] 425/7
425/9 425/12 425/16
425/17 426/4 426/13
426/15 426/16 427/15
427/16
racquets [9] 425/17
425/19 425/23 425/24
427/1 427/2 427/5
427/6 427/19
radio [2] 420/16 420/22
310/24 311/20 330/17
389/14 389/17
Ralph [1] 303/12
range [2] 408/10
417/17
rare [1] 325/19 325/21
326/21
rate [5] 361/15 362/13
362/15 363/8 401/14
rates [1] 362/20
reach [1] 379/17
reached [1] 382/19
reaching [2] 324/6
378/22
read [12] 346/16
366/17 374/19 379/23
382/15 385/24 391/22
426/17 426/18 426/21
427/17 427/18
reads [1] 338/7
ready [3] 311/25 373/3
374/23
real [5] 344/8 344/10
391/10 391/16 392/22
realize [1] 382/10
realized [1] 358/24
really [17] 309/21
317/25 318/12 318/12
336/15 342/25 343/15
343/15 344/25 358/10
362/19 362/20 400/5
400/18 417/8 421/7
425/13
Realtime [1] 304/3
reason [1] 310/19
reasonable [1] 417/19
reasons [1] 362/21
reassess [1] 366/24
recall [11] 327/7
356/20 367/23 370/20
370/21 371/1 371/13
373/5 396/16 397/1
397/14
receive [4] 318/4
322/17 325/13 346/6
received [3] 331/25
334/14 373/1
recent [1] 366/22
recently [1] 371/22
recess [3] 372/9
372/10 429/15
recognition [4] 368/6
369/24 370/3 370/4
recognize [2] 358/21
389/5
recognized [1] 316/15
recognizing [1] 358/24
reconfigure [1] 353/25
reconsider [3] 310/22
366/8 366/13
record [4] 310/3
312/21 331/6 430/3
recorded [1] 304/6
RECROSS [1] 305/4
redacted [1] 310/18
redaction [2] 307/17
310/12
312/3 327/14
redirect [3] 305/4
369/8 369/14
redline [3] 332/7
332/10 332/24
reduction [1] 375/10
reengage [1] 366/14
reference [2] 354/21
356/19
referenced [1] 365/17
references [1] 396/8
referred [2] 388/6
388/15
referring [14] 307/20
308/2 308/12 337/13
337/18 343/9 344/5
347/22 347/23 377/17
386/14 386/16 421/5
426/24
refers [1] 420/22
reflect [1] 400/18
reflects [1] 328/15
reformulate [1] 400/17
regards [1] 324/20
Registered [1] 304/2
regulation [1] 413/3
regulators [8] 389/4
389/22 390/8 390/11
392/6 392/17 392/19
392/20
regulatory [3] 382/21
383/14 383/20
relate [2] 313/9 319/19
320/22
related [8] 310/15
368/6 388/3 388/17
398/14 405/6 405/10
405/11
relating [1] 323/21
relation [1] 404/25
relationship [3] 319/24
347/20 412/1
relationships [1]
322/16
relatively [2] 360/18
419/2
released [2] 317/1
373/19
relevance [11] 368/6
381/4 381/14 381/17
381/20 394/18 395/3
395/5 395/7 395/13
405/15
relevance' [1] 381/8
relevancy [4] 330/14
330/21 331/9 362/16
relevant [7] 362/17
362/22 362/23 395/9
402/20 404/18 410/15
relief [1] 307/16
remark [1] 309/2
remember [20] 308/19
315/12 315/14 335/7
349/20 349/24 352/13
354/2 358/8 360/10
360/11 370/1 370/17
370/24 393/22 395/25
410/21
reminded [1] 372/18
reminder [4] 307/10
308/24 309/6 429/11
removal [1] 333/20
removed [2] 333/2
333/5
removing [1] 343/2
rental [2] 422/22 423/3
rep [2] 327/21 359/11
repeat [16] 322/5
328/25 342/3 345/9
355/21 383/3 392/18
404/7 405/2 405/13
408/22 412/16 413/25
422/10 423/11 426/20
repeating [1] 338/15
rephrase [2] 315/17
320/20
replied [2] 381/7
381/15
reporter [5] 304/2
304/2 304/3 304/3
376/19
representation [1]
308/25
request [1] 380/5
requested [1] 379/20
requests [1] 310/12
require [1] 341/9
required [4] 370/13
370/18 370/20 370/21
requirement [1] 370/23
resolve [1] 330/24
respect [3] 310/12
372/22 394/3
respond [3] 383/1
413/18 414/5
responded [1] 391/21
Responding [1] 414/8
response [17] 332/7
332/10 332/24 332/24
336/17 366/17 383/11
383/11 391/2 404/21
408/20 414/7 415/19
416/13 416/19 419/6
421/17
responses [1] 402/16
responsibilities [2]
336/1 382/25
responsibility [1]
319/23
rest [1] 314/19
result [1] 357/4
resulted [1] 321/16
results [1] 401/9
resume [2] 372/6 429/7
RESUMED [1] 373/12
return [6] 333/24 337/9
346/19 374/1 393/15
393/20
returns [6] 382/6 382/7
382/12 393/7 394/4
409/20
rev [1] 333/9
rev share [1] 333/9
reveal [1] 309/7
revenue [25] 321/15
321/16 322/17 325/13
326/18 333/24 337/9
345/14 345/18 345/21
346/6 346/18 347/14
348/4 360/18 360/19
360/21 361/3 362/3
362/6 371/9 371/11
400/22 402/6 402/12
review [2] 327/15
328/11
reviewed [2] 326/10
328/9
right [144]
right-hand [3] 328/19
342/1 342/10
RIM [1] 319/12
rise [4] 306/2 372/8
372/11 429/10
rival [1] 356/24
rivers [1] 380/24
RMR [2] 430/2 430/8
role [4] 317/21 317/24
319/21 328/12
room [1] 360/21
roughly [2] 349/20
358/8
row [1] 327/25
RSA [1] 347/14
rules [1] 309/5
run [1] 348/8
runs [1] 359/20
Russell [8] 384/1
384/25 386/20 387/16
390/7 390/10 392/17
392/19
Ryan [1] 306/21
Ryan Travers [1]
306/21

**S**

Safe [1] 372/3
Safty [1] 303/21
said [30] 308/16
309/14 309/14 309/15
309/15 342/3 344/5
345/1 350/8 378/13
379/7 379/8 380/13
380/16 380/18 381/12
381/15 382/14 383/23
385/1 387/21 391/4
392/21 393/17 399/12
410/21 412/23 416/8
417/8 425/16
Sallet [2] 303/10
306/10
salutation [1] 392/5
same [10] 326/6 333/8
334/11 334/12 337/7
342/5 380/11 394/19
408/15 429/11
Samsung [1] 348/12
saw [2] 317/19 332/23
say [47] 308/15 308/16
309/13 309/25 317/17
317/17 323/3 326/9
326/16 335/17 337/13
339/24 342/17 344/4

**say... [33]** 344/17
346/22 348/20 350/22
353/15 353/15 353/22
358/13 369/20 375/19
377/5 378/16 378/25
379/11 388/19 388/22
389/13 389/14 389/22
390/11 390/14 390/14
390/19 394/6 402/21
403/8 409/5 418/14
421/13 425/15 426/12
426/14 427/4

**saying [16]** 348/5
366/10 378/11 379/3
379/24 382/16 386/21
386/23 389/15 393/23
397/23 403/10 409/19
418/20 420/19 427/14

**says [12]** 333/5 381/7
381/15 387/4 391/17
393/4 393/13 396/6
396/18 416/10 419/4
424/22

**scale [17]** 382/6 382/7
382/12 382/23 383/2
383/8 383/12 383/15
383/20 383/23 387/19
388/3 388/17 396/18
396/25 397/9 397/23

**scan [1]** 391/3

**Schmidt [1]** 318/10

**Schmidtlein [6]** 303/21
306/12 308/21 349/5
369/16 371/12

**scientists [1]** 388/21

**screen [6]** 348/21
359/4 386/2 396/4
406/18 406/24

**scroll [1]** 365/22

**se [3]** 390/4 390/13
390/22

**search [214]**

**searched [3]** 426/2
426/4 427/17

**searches [7]** 316/15
321/9 339/22 341/14
361/13 362/5 394/13

**searching [6]** 362/17
400/19 404/5 404/10
404/14 409/4

**seat [2]** 367/11 373/7

**seated [2]** 306/4
372/14

**second [14]** 364/20
365/25 374/2 374/6
374/7 374/10 375/6
377/14 379/1 405/19
406/16 416/24 421/13
424/22

**Section [2]** 303/11
328/20

**see [82]** 317/11 325/6
325/7 328/21 332/14
332/18 332/20 333/3
336/12 338/4 339/2
339/11 342/13 342/23
345/17 345/18 346/14

355/3 355/4 365/7
374/4 375/11 375/12
376/23 377/4 377/12
378/8 378/9 380/8
380/12 380/17 384/16
386/13 386/16 386/17
387/2 387/4 387/8
387/14 387/15 389/8
389/23 391/4 391/8
391/11 391/14 391/25
392/9 392/10 392/14
393/18 395/21 395/22
396/20 396/21 402/2
406/13 406/14 406/16
406/23 406/25 411/2
411/3 411/8 411/23
413/21 413/22 414/11
414/19 414/20 414/25
415/16 417/11 417/12
421/7 423/7 423/7
424/10 429/8

**seeing [3]** 359/4 365/9
400/4

**seek [6]** 307/16 323/24
325/15 325/20 335/25
357/1

**seeking [2]** 398/24
399/1

**seemed [1]** 325/17

**seems [1]** 403/19

**seen [7]** 338/10 371/18
371/21 394/23 395/16
401/16 427/9

**select [2]** 324/19
357/25

**selected [1]** 360/12

**sell [2]** 352/8 360/15

**seller [3]** 422/8 422/9
422/10

**selling [1]** 416/17

**sells [1]** 410/7

**SEM [2]** 310/15 362/1

**send [2]** 311/12 379/18

**sending [2]** 374/18
379/10

**sends [1]** 416/24

**senior [2]** 318/4 318/10

**sense [8]** 329/14
343/13 347/18 389/14
395/14 417/15 421/5
421/6

**sent [14]** 332/9 332/16
336/11 342/13 374/12
376/21 377/24 378/21
386/12 386/22 387/1
387/16 388/1 389/1

**sentence [32]** 337/15
339/4 340/24 346/16
374/9 375/2 375/6
377/20 378/3 378/4
379/1 379/3 387/3
389/3 389/10 390/18
391/9 391/17 392/1
392/5 392/11 404/7
413/25 415/23 418/25
420/14 420/22 421/11
422/10 426/1 426/14

**separate [1]** 381/19

**September [7]** 302/5
313/1 369/2 411/2
412/2 419/10 430/7

**Sergey [4]** 318/11
318/13 318/17 318/18

**Sergey Brin [1]** 318/18

**series [2]** 330/23
424/12

**served [2]** 404/5
404/10

**serves [2]** 310/16
400/7

**service [3]** 314/5
320/19 378/19

**services [7]** 327/18
329/10 341/14 342/18
343/11 352/21 413/19

**session [2]** 302/7
372/13

**set [12]** 320/4 323/5
323/6 329/17 334/2
346/25 360/20 362/3
366/1 386/19 407/5
420/7

**settings [3]** 322/24
325/4 325/5

**seven [3]** 313/4 319/6
358/11

**share [22]** 310/15
310/17 321/15 322/17
325/13 326/18 333/9
333/24 337/9 345/14
345/18 345/21 346/6
346/19 347/14 348/4
360/18 360/19 360/21
361/3 363/15 371/9

**shares [3]** 310/20
396/8 396/13

**sharing [1]** 321/16

**Shazam [20]** 313/21
313/21 313/22 313/23
367/6 367/6 367/7
367/9 367/11 367/14
367/19 367/23 368/15
368/19 368/23 368/25
369/1 369/3 369/17
369/17

**Shazam's [2]** 367/17
367/24

**she [4]** 318/21 335/7
335/8 345/20

**she's [3]** 343/12
345/16 346/2

**sheet [13]** 320/5 320/5
326/1 326/3 326/4
326/10 326/12 331/19
332/4 332/6 332/8
332/9 332/24

**ship [7]** 336/21 337/7
338/9 345/19 345/23
345/24 346/4

**shipment [1]** 325/19

**shipped [5]** 325/22
336/21 336/22 336/23
345/23

**shop [1]** 425/16

**shopping [2]** 404/17
407/7 408/14 408/19
408/25 423/5 423/12
423/21 423/21 424/1

**short [4]** 315/5 330/16
369/9 370/2

**short-circuit [1]**
330/16

**shortly [1]** 364/11

**should [6]** 320/14
335/25 369/9 395/10
396/12 396/24

**show [9]** 339/15
358/15 399/21 399/22
401/25 402/10 404/1
404/22 424/1

**showing [1]** 425/22

**shown [9]** 327/15
341/15 356/18 357/10
400/15 403/17 403/19
404/14 427/2

**shows [3]** 401/8
402/12 410/14

**sic [1]** 362/1

**side [2]** 382/9 387/22

**Siegel [1]** 312/7

**sign [7]** 343/18 343/20
343/24 344/23 345/2
346/3 348/12

**signal [16]** 404/25
405/6 405/9 405/18
406/2 406/5 416/21
425/2 425/12 425/23
426/5 426/9 426/23
426/23 427/19 428/6

**signals [1]** 427/22

**signed [1]** 365/19

**significant [3]** 317/6
317/20 353/3

**similar [2]** 352/7
353/12

**simple [4]** 360/18
370/25 380/5 401/2

**simply [7]** 321/15
323/2 344/12 344/20
348/5 367/20 384/24

**simultaneously [1]**
347/17

**since [4]** 368/2 373/18
428/13 428/25

**Singhal [3]** 380/13
380/20 381/6

**Sins [2]** 424/9 424/13

**sir [40]** 357/23 357/24
374/3 374/23 375/18
376/5 378/16 379/2
381/18 382/19 383/18
385/11 385/25 386/4
386/15 388/1 388/9
393/3 393/25 395/20
396/4 397/3 398/5
398/13 401/2 402/13
406/18 406/23 411/2
413/13 415/24 416/1
416/17 420/3 420/23
421/9 421/25 422/3
423/9 429/14

**sitting [4]** 309/25 380/8

**situation [3]** 338/16
338/18 426/25

**size [1]** 376/7

**skeptical [2]** 381/1
421/14

**skipped [1]** 392/3

**skipping [1]** 426/16

**slide [2]** 380/19 387/21

**slides [2]** 391/3 407/2

**slipped [1]** 309/23

**small [7]** 317/8 317/8
339/13 354/10 354/19
374/4 380/23

**smartphone [2]** 351/3
367/17

**smartphones [5]** 316/7
351/7 351/8 354/17
355/7

**Smurzynski [1]** 303/22

**so [211]**

**so it's [10]** 323/4
344/17 347/24 353/13
355/6 355/16 362/10
365/12 389/14 400/5

**so this is [4]** 359/8
393/11 410/25 424/6

**software [15]** 316/20
322/23 323/15 327/2
340/15 340/15 348/1
348/22 350/11 350/14
351/2 352/21 354/25
355/7 368/6

**sold [1]** 428/25

**solve [2]** 314/16
322/12

**some [51]** 309/17
312/2 312/3 312/18
315/5 316/6 316/20
317/17 319/5 320/15
321/23 321/24 321/25
325/7 326/21 335/13
339/21 343/23 350/17
355/8 356/6 356/15
356/16 356/18 357/10
360/14 361/12 366/22
369/19 371/12 382/24
387/1 395/8 398/16
398/21 398/22 399/5
401/24 402/6 413/17
415/10 416/14 417/1
419/15 425/18 426/18
426/22 427/9 427/9
427/10 428/15

**somebody [5]** 311/12
360/1 393/2 393/18
425/13

**someone [4]** 320/16
362/11 362/14 376/14

**something [18]** 307/23
310/21 325/25 347/25
361/18 361/19 363/1
388/6 392/4 395/15
398/25 400/1 400/11
401/25 404/5 404/10
404/15 427/10

**sometime [1]** 379/20

**sometimes [11]** 322/24

**S**

sometimes... [10] 322/25 332/5 398/7 398/24 401/8 401/10 405/6 408/7 408/8 408/14

somewhere [4] 309/8 309/9 309/10 335/19

sophisticated [2] 363/14 389/4

sorry [19] 318/15 341/23 342/3 342/4 355/13 358/24 369/20 376/12 392/3 393/25 394/14 398/8 403/3 405/13 409/8 418/14 422/25 423/1 423/12

sort [24] 319/25 328/14 331/11 348/11 350/8 351/2 351/3 351/20 352/18 355/24 359/24 362/7 362/22 363/4 363/9 363/9 363/14 366/21 366/22 367/24 397/14 404/18 419/15 428/15

sound [1] 421/14

sounds [1] 429/3

source [5] 348/7 353/14 354/22 354/23 354/24

sources [1] 402/10

space [2] 321/21 340/8

SPD [4] 327/21 327/23 344/14 359/11

speaker [1] 314/10

speaking [1] 403/8

special [1] 326/25

species [2] 423/5 423/13

specific [10] 327/3 327/3 329/11 349/18 358/1 361/22 397/1 397/11 397/25 421/3

specifically [8] 307/20 308/2 308/12 333/1 360/12 389/10 390/11 396/16

specifying [1] 328/14

speculation [1] 357/19

speeches [1] 424/12

spell [2] 312/20 416/19

spend [2] 361/1 361/7

spending [1] 380/23

spoke [1] 380/13

spoken [1] 373/18

Sprint [18] 319/5 327/8 328/4 329/9 329/11 330/7 331/18 332/5 332/8 332/11 332/24 333/1 333/5 356/7 357/11 357/16 357/17 357/25

Sprint's [1] 333/20

St [1] 303/23

stage [1] 314/11

Stallibrass [11] 411/10 411/20 411/25 412/6

417/5 417/24 418/18 418/20

stamp [1] 342/9

stand [4] 311/8 311/9 327/23 373/12

standard [2] 325/9 351/20

stands [2] 337/20 372/9

start [7] 329/3 334/21 360/13 386/8 387/1 388/20 388/20

started [9] 306/15 310/8 313/1 314/20 315/23 316/16 316/18 316/23 336/1

starts [4] 336/19 338/4 342/22 381/22

startup [3] 314/11 314/12 314/13

state [2] 303/10 312/20

statement [1] 407/3

STATES [8] 302/1 302/3 302/10 306/7 306/11 311/17 313/11 349/2

station [2] 420/16 420/22

steal [1] 343/1

stenography [1] 304/6

Steve [3] 336/14 376/15 377/20

Steve Lohr [1] 376/15

stick [1] 409/9

sticky [1] 318/12

still [8] 325/21 334/4 346/3 368/1 368/23 371/20 374/4 378/12

stop [1] 415/14

store [10] 317/12 352/10 352/12 352/13 352/15 354/16 367/8 367/21 367/22 371/3

stores [5] 352/14 352/16 355/11 356/2 356/5

stories [1] 393/6

story [4] 378/6 379/6 391/19 393/1

straight [1] 423/8

straight-up [1] 423/8

strategic [6] 314/21 327/24 339/6 339/24 340/1 349/12

stream [1] 371/11

Street [1] 303/3

strengths [1] 360/22

strike [5] 319/17 329/2 336/5 341/22 341/23

strong [14] 362/19 362/20 404/17 406/5 414/22 416/20 425/3 425/8 425/23 426/15 427/15 427/19 427/20 427/22

stronger [2] 426/1 427/16

stuff [1] 308/23

style [1] 414/12

subject [6] 331/11 364/2 365/3 396/16 397/23 411/7

subsequent [1] 365/3

succeed [1] 354/8

successful [8] 341/9 353/5 356/13 357/15 360/8 367/14 383/15 383/21

successfully [2] 358/6 367/1

such [12] 316/21 323/14 338/17 340/5 350/11 350/12 371/13 388/24 390/15 417/10 419/20 421/13

suddenly [2] 344/1 345/3

suitably [1] 381/7

suite [4] 303/14 303/18 353/22 354/15

Sumit [1] 366/8

summarizing [1] 332/9

summary [8] 310/13 318/8 320/6 326/4 326/13 332/23 359/9 388/7

superior [2] 360/23 360/24

supermarket [3] 420/9 420/11 420/12

supply [1] 387/22

support [1] 402/15

suppose [2] 310/3 331/10

sure [29] 307/20 309/22 311/4 312/4 322/15 326/6 328/14 331/4 335/16 347/3 348/25 355/23 370/1 376/19 383/4 384/2 391/13 392/19 404/8 405/3 409/24 410/1 411/19 414/1 417/2 421/3 421/17 426/21 429/5

surrounding [1] 416/15

sushi [2] 404/21 404/22

swimming [1] 314/15

swoop [1] 330/25

SWORN [2] 312/11 373/12

Sydnie [1] 303/6

Symbian [6] 316/7 316/21 350/15 351/4 371/20 371/22

sympathy [1] 417/6

syndication [2] 320/15 320/25

system [10] 341/8 345/4 348/6 353/13 353/16 353/21 354/14 384/19 399/12 400/25

**T**

T-Mobile [14] 319/5 349/22 358/6 359/8 359/24 359/25 359/25 360/2 360/5 364/22 364/22 365/13 366/23 367/2

table [2] 327/25 328/1

tailed [1] 389/6

take [16] 318/8 320/6 320/8 327/5 356/15 358/19 358/19 366/17 372/5 391/2 403/18 407/25 417/2 418/2 418/3 418/11

taking [2] 311/7 351/25

talk [8] 310/25 313/16 330/8 376/10 390/7 390/10 390/20 390/23

talked [7] 374/9 375/2 382/7 393/7 395/14 396/10 425/4

talking [16] 310/24 374/13 374/14 374/16 374/17 387/18 387/19 388/5 388/12 388/14 388/17 390/18 392/6 400/25 421/18 428/5

target [4] 427/22 428/7 428/14 428/19

targeted [1] 406/10

Tavers [1] 306/17

teaching [1] 396/11

team [13] 316/16 328/8 335/1 335/2 335/9 335/10 335/14 349/17 356/9 356/11 366/4 395/3 395/21

teams [1] 356/11

Tech [1] 424/9

technical [1] 420/7

techniques [1] 406/10

technologies [1] 316/19

technology [3] 351/13 351/18 351/18

TEF [1] 337/20

Telefónica [14] 337/20 337/20 337/22 337/23 343/20 343/22 343/25 344/2 344/3 344/19 344/20 344/21 345/1 345/5

tell [3] 383/14 388/10 418/8

telling [2] 396/12 410/7

tells [2] 405/19 425/13

tend [1] 360/22

tennis [20] 425/7 425/9 425/12 425/16 425/17 425/17 425/18 425/22 425/24 426/4 426/13 426/15 426/16 426/25 427/2 427/4 427/6 427/15 427/16 427/18 428/19 399/12 400/25

term [26] 320/5 320/5

**Systems [1] ...** 325/19 323/8 324/2 326/1 326/3 326/4 326/10 326/12 330/8 331/19 332/4 332/6 332/8 332/8 332/9 332/24 359/19 359/20 404/25 405/6 407/11 409/6 409/6 417/22

terms [24] 320/4 321/12 321/14 321/15 326/5 326/13 326/16 326/17 326/17 328/14 328/24 329/5 331/9 335/24 336/15 340/22 344/20 345/17 347/19 356/17 360/11 364/12 397/9 397/23

testified [2] 349/11 373/12

testify [2] 373/23 395/16

testifying [2] 384/23 384/25

testimony [3] 372/3 373/20 429/12

text [27] 408/5 408/6 408/7 408/10 408/15 408/19 408/25 409/11 423/5 423/13 423/15 423/18

than [27] 329/23 339/23 353/14 361/10 361/15 368/21 378/12 378/24 379/5 379/11 379/12 390/3 390/12 390/20 390/22 393/15 393/20 394/4 394/9 394/12 394/15 399/12 399/23 423/5 423/13 426/1 427/16

thank [29] 306/5 310/6 310/7 311/23 314/16 320/21 329/16 331/13 337/21 347/4 347/5 348/24 349/1 365/11 368/13 369/12 372/2 372/4 372/15 372/24 372/25 373/9 373/17 395/18 406/19 429/9 429/12 429/13

thank you [24] 306/5 310/6 314/16 320/21 329/16 331/13 337/21 347/4 347/5 348/24 349/1 365/11 368/13 369/12 372/2 372/24 372/25 373/17 395/18 406/19 429/9 429/12 429/13

thank you very much [1] 372/2

Thanks [1] 372/7

that [611]

that'll [1] 407/25

that's [68] 309/11 311/3 314/10 319/4 319/5 320/18 322/13 329/24 333/23 333/23

**that's...** [58] 334/1
343/14 343/18 344/12
346/9 346/10 348/22
349/14 349/25 362/18
370/16 374/1 374/16
374/17 374/18 375/15
379/7 380/18 381/12
381/15 382/13 386/9
386/23 387/2 388/2
388/7 389/12 390/5
390/20 390/23 392/1
394/25 397/17 398/14
398/19 398/25 399/7
399/11 399/13 400/10
402/20 406/1 406/21
406/22 410/8 410/9
411/12 413/6 415/7
419/4 424/14 424/17
424/21 426/25 427/1
427/19 427/20 428/3
**their** [35] 307/10
308/16 308/17 314/3
318/3 324/1 324/7
324/17 325/17 338/23
340/15 341/16 351/2
352/7 352/8 353/12
353/13 353/16 355/11
356/1 356/4 361/16
361/19 361/20 365/13
366/12 380/24 400/11
403/4 403/15 403/19
422/15 422/17 423/19
428/19
**them** [27] 307/2 308/14
309/3 318/2 320/1
320/2 323/21 330/4
332/9 343/3 343/6
343/19 344/12 346/2
348/15 348/22 350/24
363/13 366/14 366/24
370/24 382/24 390/2
393/23 402/20 409/6
420/17
**then** [79] 310/16
312/22 313/24 315/7
315/20 316/20 318/12
320/4 320/5 320/7
320/15 321/9 326/8
326/23 330/5 335/5
337/6 340/18 341/11
341/12 341/19 343/20
343/23 344/1 344/9
344/10 346/4 347/13
348/16 350/10 351/11
351/16 352/8 354/15
361/17 362/7 362/13
362/24 365/7 366/16
369/10 379/22 380/10
380/22 381/6 387/10
387/12 388/22 389/3
389/21 390/1 390/19
391/9 391/23 392/11
392/21 392/22 394/24
395/2 395/12 395/17
400/5 402/25 403/4
403/15 403/17 407/22
408/5 416/23 417/17

421/15 423/11 425/7
426/14 427/19 427/21
**there** [70] 306/23 308/5
310/19 313/7 316/6
317/13 326/8 326/23
328/1 330/9 331/9
332/22 338/7 342/16
345/14 345/20 348/4
348/11 348/11 349/16
349/18 351/1 351/11
351/13 351/16 352/15
354/7 356/3 358/5
360/22 361/21 362/8
363/2 366/10 369/19
369/23 369/25 370/19
371/7 372/19 374/12
375/6 375/8 377/3
378/17 378/17 379/4
380/12 383/24 384/23
386/4 391/22 393/6
393/22 395/12 400/14
401/9 402/2 402/20
402/24 403/6 403/23
409/18 417/9 419/21
419/25 420/4 420/19
420/25 421/15
**there's** [26] 309/10
310/2 320/13 320/14
323/14 323/19 327/25
329/8 332/5 344/2
344/8 344/21 345/16
347/13 358/10 361/10
363/23 366/2 395/13
399/4 402/25 403/18
403/19 411/17 419/20
421/13
**therefore** [3] 321/9
339/16 361/18
**these** [33] 309/16
324/16 326/23 330/18
330/19 331/11 332/6
340/10 341/12 341/19
345/25 347/16 347/16
352/3 352/13 352/17
355/8 355/24 356/15
361/23 363/7 365/18
367/2 382/23 386/9
408/19 414/24 417/20
418/9 418/22 424/19
428/1 428/7
**they** [104] 307/7 309/8
310/1 310/15 315/10
322/5 324/19 324/25
325/1 325/2 325/2
326/25 327/2 329/21
329/24 330/5 333/7
340/10 340/10 340/15
341/19 343/23 344/9
344/9 344/11 344/20
345/1 345/23 345/23
345/23 345/24 345/24
346/1 346/3 348/7
348/8 348/9 350/10
350/13 351/2 351/6
352/4 352/4 352/18
353/18 353/21 353/22
354/2 354/3 354/4

355/4 355/4 356/3
357/6 357/25 361/14
363/15 366/23 367/20
370/25 383/8 388/6
388/15 389/5 389/14
395/8 396/24 400/12
400/12 402/10 402/10
402/23 403/4 403/15
403/19 403/22 406/9
407/15 407/16 407/18
407/22 408/7 408/8
409/3 409/16 410/6
417/18 422/1 422/11
422/11 422/13 422/14
422/18 422/23 426/12
427/10 428/5 428/6
428/6 428/13 428/13
**they're** [17] 323/25
324/16 327/4 329/14
343/25 344/10 344/23
348/13 348/20 351/8
362/17 374/16 388/7
391/18 400/11 402/11
410/7
**thing** [9] 333/24 376/9
378/4 383/24 387/18
405/20 405/21 405/22
414/16
**things** [16] 309/7
313/24 316/8 322/14
329/8 329/9 329/10
339/18 354/15 358/25
361/10 363/13 379/4
379/11 399/5 408/11
**think** [69] 307/12
307/13 308/24 309/4
309/5 309/8 309/25
310/11 310/14 310/15
311/1 315/13 315/22
325/5 321/5 330/16
335/7 335/20 336/2
340/12 342/22 342/25
343/15 344/4 344/7
345/16 351/18 352/12
354/11 354/21 355/15
356/7 358/16 361/3
362/2 369/7 378/24
380/5 380/21 381/4
382/3 382/4 384/2
385/5 390/14 391/23
392/7 392/8 392/11
392/24 392/25 393/2
393/4 393/13 394/13
394/15 394/21 395/2
395/13 395/15 403/12
411/14 411/22 413/14
414/17 417/6 417/18
419/14 426/24
**thinking** [6] 345/20
369/21 400/11 400/12
404/1 414/7
**third** [4] 309/21 338/3
361/13 362/24
**this** [149]
**This is** [1] 306/7
**those** [47] 312/19
313/9 313/13 316/9

325/21 325/22 327/1
330/3 330/24 331/2
332/25 339/18 345/14
348/3 351/6 351/10
351/22 352/1 352/22
353/24 353/25 354/12
356/23 357/2 357/4
362/9 364/3 364/5
367/11 373/23 383/16
385/11 397/2 397/5
398/7 400/4 407/5
408/20 409/3 409/11
409/19 416/20 417/1
428/18
**though** [2] 419/21
421/15
**thought** [3] 379/14
385/2 403/7
**thoughtful** [1] 421/17
**thoughts** [3] 308/11
413/17 414/5
**thousand** [2] 362/5
362/5
**thousands** [2] 388/24
390/15
**three** [11] 351/6 351/10
362/9 375/7 375/8
375/19 375/23 413/17
426/2 426/4 427/17
**through** [8] 320/8
341/2 359/20 363/7
363/15 395/17 410/3
417/2
**throughout** [1] 378/4
**thus** [2] 343/2 344/2
**tie** [1] 389/10
**tiered** [2] 345/18
345/21
**tile** [1] 329/9
**till** [2] 373/19 415/14
**Tim** [2] 334/23 334/25
**time** [64] 313/16
313/18 314/18 314/22
315/5 316/2 316/10
317/1 317/10 317/13
318/21 330/18 330/19
333/13 334/3 335/14
335/17 336/2 338/24
340/6 343/2 345/9
347/6 347/18 347/23
348/3 349/12 349/16
349/18 349/20 349/21
350/18 351/7 351/19
352/25 353/4 355/8
355/24 356/9 356/23
358/5 358/8 359/23
360/5 360/7 361/1
361/7 361/9 361/25
362/4 362/11 368/3
370/2 370/19 372/2
373/19 380/21 397/22
403/25 412/20 421/12
421/13 426/10 429/6
**times** [4] 376/21 377/6
378/1 427/9
**timing** [4] 347/20 370/1
394/19 395/14

**title** [11] 314/20 314/22
327/20 349/12 349/16
384/3 384/21 385/2
385/6 385/12 412/16
**titled** [5] 327/17 395/20
424/9 424/13 430/4
**TMo** [1] 366/8
**today** [14] 314/8
314/19 320/22 330/24
339/11 351/9 351/21
352/19 356/18 368/1
368/23 371/16 388/25
390/16
**together** [2] 408/19
409/16
**tomorrow** [1] 391/3
**too** [3] 367/13 389/4
392/6
**took** [3] 346/9 346/11
355/5
**tool** [9] 310/15 315/5
315/6 315/6 315/9
315/9 315/13 315/18
315/20
**top** [13] 327/20 334/23
342/17 359/9 359/11
376/12 380/11 387/6
392/11 407/5 414/11
419/7 424/16
**topic** [4] 379/14 389/12
389/22 399/2
**topics** [2] 387/11 397/2
**touch** [1] 313/17
**Trading** [2] 412/14
412/19
**tradition** [1] 362/4
**traffic** [8] 380/14 381/3
381/16 381/18 381/19
394/15 422/18 422/23
**training** [2] 395/24
396/11
**transactions** [1]
419/15
**transcript** [3] 302/9
304/6 430/3
**transcription** [1] 304/7
**trap** [1] 414/17
**travels** [1] 372/3
**Travers** [4] 306/16
306/18 306/19 306/21
**trends** [1] 366/23
**TRIAL** [1] 302/9
**tried** [3] 356/22 360/4
393/16
**tries** [1] 402/3
**true** [7] 351/8 368/1
378/5 389/14 402/3
416/12 423/24
**try** [13] 353/10 356/7
360/15 361/12 362/20
363/11 363/13 403/13
406/15 414/18 415/21
416/16 416/19
**trying** [10] 308/23
310/1 327/4 341/5
341/6 361/7 366/19
369/25 379/4 399/25

**T**

**tucking** [1] 309/22
**turn** [11] 314/18 323/4
327/10 328/18 330/10
331/18 334/7 341/25
342/16 380/3 398/5
**turned** [1] 320/17
422/22
**turning** [1] 312/19
**tweaks** [9] 388/24
390/3 390/11 390/15
390/19 391/17 391/18
393/4 393/5
**two** [21] 309/15 310/14
320/14 321/25 322/17
341/15 347/19 350/8
367/4 368/21 371/19
375/8 375/19 375/24
397/2 409/12 409/16
413/7 428/17 428/18
428/21
**TYLER** [1] 303/17
**type** [8] 323/17 337/22
398/6 399/15 401/25
404/21 406/11 406/11
**typed** [1] 408/24
**types** [9] 320/14
335/24 348/18 350/2
408/20 409/3 409/12
409/16 428/17
**Typically** [1] 325/20
**typing** [5] 329/24 400/8
402/7 425/19 427/15

**U**

**U.K** [1] 412/13
**U.S** [9] 303/2 312/11
319/1 319/4 331/25
334/14 335/3 373/11
420/17
**Uh** [4] 313/5 326/2
332/15 411/3
**Uh-huh** [4] 313/5 326/2
332/15 411/3
**ultimately** [1] 321/5
**unclear** [1] 321/1
**under** [7] 307/11
311/22 327/20 346/1
370/13 370/18 424/23
**underlined** [1] 332/18
**underlines** [1] 417/6
**understand** [15]
306/15 307/2 330/13
330/24 343/16 347/11
347/12 363/20 366/10
384/12 394/9 399/14
407/5 409/25 412/12
**understanding** [4]
347/12 357/16 357/21
360/8
**understood** [1] 330/20
**Union** [1] 383/5
**unique** [2] 326/23
329/8
**Unit** [1] 303/12
**UNITED** [7] 302/1
302/3 302/10 306/7
311/17 313/11 412/18

311/17 313/11
**United States** [1]
306/7
**universities** [3] 382/20
383/14 383/19
**unless** [1] 362/14
**unpredictably** [1]
321/22
**until** [1] 313/1
**up** [39] 306/19 309/1
325/5 327/11 330/11
334/8 345/25 357/5
357/7 363/9 364/10
365/4 365/22 365/22
366/1 366/16 373/7
376/9 377/1 380/24
383/1 383/10 386/4
387/11 388/25 389/12
390/16 396/4 402/12
404/5 404/10 406/23
409/4 409/12 409/12
409/14 416/23 417/1
423/8
**uploading** [1] 370/7
**ups** [2] 385/21 387/1
**UPX** [5] 342/3 342/5
385/21 385/22 410/19
**UPX1066** [1] 395/23
**UPX134** [8] 334/7
334/8 334/13 334/17
340/24 341/25 342/16
346/25
**UPX180** [1] 374/2
**UPX243** [1] 385/20
**UPX452** [1] 410/17
**UPX544** [6] 330/10
330/11 331/15 331/23
332/3 334/2
**UPX5533** [6] 327/10
327/11 327/17 328/18
329/17 330/6
**UPX905** [1] 376/3
**UPX910** [1] 424/4
**URL** [2] 323/17 329/24
**us** [8] 307/1 309/4
309/8 320/2 346/16
350/24 374/13 427/10
**usable** [1] 322/10
**usage** [1] 368/18
**usdoj.gov** [2] 303/5
303/9
**use** [20] 321/8 321/8
355/1 355/3 355/5
371/18 376/6 383/18
393/25 404/25 405/6
406/15 407/3 407/11
407/12 418/23 420/8
421/12 424/23 424/25
**used** [9] 323/3 337/8
338/15 382/6 383/16
394/22 401/17 401/18
421/19
**useful** [2] 392/7 426/5
**user** [16] 329/22
340/14 361/14 362/22
362/23 370/8 384/12
384/13 400/20 403/3

403/21 406/5 417/17
**user-centric** [2] 362/22
362/23
**user-generated** [1]
370/8
**users** [11] 321/7
338/15 338/22 361/18
367/18 387/12 398/6
400/23 402/19 402/22
403/3
**uses** [2] 391/13 417/22
**using** [15] 314/13
320/18 330/5 337/7
340/16 361/12 365/2
399/12 402/15 406/10
409/7 417/15 420/6
420/7 422/10
**usual** [1] 414/12
**usually** [1] 419/14

**V**

**valuable** [3] 329/19
329/21 338/18
**value** [4] 343/3 343/18
344/2 426/9
**valued** [1] 361/18
**values** [1] 360/15
**Varian** [10] 311/5
311/7 373/4 373/5
373/6 373/11 373/18
374/18 385/7 429/11
**varies** [1] 321/21
**various** [2] 313/24
353/11
**vast** [1] 367/18 425/1
**Verizon** [12] 319/4
336/20 336/22 338/10
338/21 341/16 351/14
352/12 356/19 356/22
357/1 357/5
**version** [2] 332/8
352/13
**versions** [3] 316/7
316/20 352/16
**versus** [4] 306/8 366/8
368/19 423/19
**very** [58] 314/16 315/2
315/5 315/7 316/5
316/8 316/19 316/20
317/8 317/8 317/8
317/20 318/10 321/20
329/22 329/23 330/4
334/23 337/15 339/6
339/14 339/24 340/1
341/8 342/2 342/12
344/8 352/16 353/3
353/5 354/10 354/10
354/19 354/19 354/19
361/22 361/22 363/2
363/12 364/11 367/5
367/5 369/9 370/24
372/2 382/9 387/6
391/3 391/7 391/17
404/17 414/23 415/2
415/5 416/5 416/8
419/7 419/8
**vice** [1] 318/21

**video** [1] 370/7
**videos** [1] 370/8
**view** [6] 329/19 333/14
333/17 333/20 415/1
416/20
**viewed** [1] 353/4
**viewing** [1] 370/8
**views** [1] 379/15
**violation** [1] 309/4
**vision** [1] 314/14
**visual** [1] 388/7
**volume** [1] 310/2
**vs** [1] 302/5

**W**

**wander** [1] 380/4
**want** [19] 308/15
308/25 329/18 330/24
331/3 340/15 344/9
344/21 344/22 354/4
355/4 367/13 367/13
378/4 379/2 383/7
400/12 422/14 427/10
**wanted** [9] 306/22
307/2 310/8 310/18
310/24 324/18 336/21
344/23 360/20
**wanting** [1] 417/7
**wants** [1] 365/8
**warrant** [1] 375/10
**was** [183]
**Was -- strike** [1]
341/22
**Washington** [7] 302/5
303/3 303/7 303/23
304/5 398/22 398/25
**wasn't** [1] 394/7
**water** [3] 386/4 386/5
386/6
**way** [17] 307/4 319/10
320/8 322/12 322/15
340/11 340/12 344/16
354/7 371/6 380/15
395/12 400/17 420/7
424/19 425/18 428/7
**ways** [5] 355/5 401/6
413/18 428/18 428/20
**wayside** [1] 353/2
**wc.com** [1] 303/24
**we** [143]
**we believe** [2] 308/6
364/25
**we will** [4] 311/12
331/10 337/8 372/6
**we'd** [7] 318/12 323/24
325/20 338/22 363/3
374/9 375/2
**we'll** [11] 312/18
341/19 341/19 369/11
374/6 376/3 394/17
396/4 398/2 429/7
429/8
**we're** [31] 307/17
308/23 309/22 328/15
333/24 335/23 335/23
337/19 342/9 348/5
353/15 362/10 366/12

341/9 374/10 376/4
376/9 376/12 386/8
405/5 407/3 407/4
409/19 412/9 412/10
413/12 416/23 419/6
422/3 424/22 424/23
**we've** [11] 307/2
308/14 344/1 347/14
387/6 387/19 388/3
388/17 389/21 396/10
427/8
**web** [4] 323/16 329/9
339/15 339/16
**WEBB** [1] 303/17
**websites** [1] 315/4
**welcome** [3] 311/19
373/8 381/25
**well** [51] 309/24
317/11 319/12 338/15
341/10 345/16 351/1
352/10 355/15 359/20
371/6 374/4 375/16
377/5 378/17 378/24
382/16 384/4 384/11
386/14 387/21 388/19
392/23 393/4 393/13
394/7 395/11 398/24
399/11 400/3 400/12
400/24 402/1 402/4
402/6 402/10 409/18
411/17 413/10 416/8
416/14 417/19 417/21
418/2 418/21 420/6
420/13 421/3 422/13
425/15 426/24
**well-defined** [1]
417/19
**went** [3] 314/2 325/5
375/24
**were** [93] 308/5 310/14
310/20 312/23 312/25
313/3 313/17 314/22
315/3 316/4 316/4
316/6 316/10 316/14
317/1 317/13 317/14
317/18 320/10 320/12
321/3 321/6 321/15
323/20 325/2 326/23
326/25 329/11 329/21
329/23 331/11 334/4
334/5 335/21 336/7
336/20 338/14 340/20
341/5 343/8 344/5
345/6 345/10 345/12
345/14 347/15 347/16
347/19 350/3 350/3
350/6 350/7 350/18
350/19 351/6 351/6
352/1 352/4 352/4
352/5 352/15 352/18
353/18 353/19 355/8
355/24 356/3 356/4
356/13 356/18 356/23
357/10 358/5 360/12
360/19 362/8 362/9
363/15 365/5 367/1
367/3 367/4 367/9
369/19 369/23 370/12

W

**were...** [7] 370/25
371/1 373/19 374/14
383/8 395/6 413/15
**weren't** [1] 360/8
**wfcavanaugh** [1]
303/20
**what** [146]
**what's** [5] 335/23
359/17 366/8 383/23
398/13
**whatever** [5] 344/9
344/22 405/22 405/23
417/3
**whatnot** [1] 307/17
**when** [74] 312/18
312/25 314/20 315/1
315/2 315/10 315/10
315/13 315/18 317/7
317/19 318/7 320/7
320/10 320/16 321/3
322/3 323/4 323/20
334/4 340/20 343/8
344/5 344/6 344/15
346/22 347/15 349/16
349/20 350/22 353/15
353/15 354/6 354/11
358/5 358/25 360/13
361/21 363/7 369/23
369/25 375/18 376/21
378/15 380/1 380/13
388/11 388/20 399/12
399/15 400/8 400/24
401/23 402/22 403/3
404/1 404/5 404/10
404/14 404/25 405/9
409/4 410/14 417/18
418/3 420/19 420/25
421/11 421/13 422/17
424/17 424/18 425/12
428/6
**Whenever** [1] 311/25
**where** [35] 309/25
313/19 314/2 315/9
321/6 323/17 323/19
325/16 326/24 330/4
337/13 338/16 338/18
340/9 340/14 343/25
344/8 348/19 353/20
364/21 374/14 377/5
377/12 380/8 387/4
387/23 397/22 402/1
403/6 404/23 408/1
415/23 417/9 426/25
428/9
**whereby** [1] 324/7
**wherever** [3] 333/7
333/21 394/4
**whether** [31] 307/17
308/7 309/7 310/19
321/22 324/16 343/12
343/13 353/25 354/8
356/1 357/16 370/20
385/5 385/7 385/10
386/15 389/17 393/19
395/15 395/25 399/9
399/19 399/21 399/22
399/25 400/6 404/4

**which** [39] 315/4 318/9
319/1 319/3 319/8
320/2 320/13 320/16
321/8 325/13 326/19
326/21 328/18 333/1
337/20 342/3 342/9
342/16 342/22 343/13
344/21 350/8 351/4
353/14 359/1 363/19
365/9 366/17 370/18
386/14 387/1 387/12
388/17 395/6 417/8
419/6 419/14 425/23
427/8
**whichever** [1] 344/22
**while** [6] 313/7 316/13
336/7 352/1 367/9
371/6
**who** [34] 318/17
321/22 322/1 322/11
323/1 323/5 323/7
328/7 334/22 334/24
335/6 335/12 343/6
346/22 359/14 365/4
366/2 376/16 376/18
376/19 378/18 380/20
381/22 401/4 414/5
415/25 416/20 417/22
418/20 422/25 423/2
427/21 427/22 428/1
**who's** [3] 318/14 400/8
418/9
**whoever** [2] 322/18
407/18
**whoever's** [1] 408/1
**whole** [2] 330/22
380/24
**why** [15] 310/4 311/11
321/18 324/14 328/11
333/20 338/18 360/8
360/12 362/21 369/10
373/6 397/17 421/20
428/12
**wide** [1] 408/10
**widely** [1] 321/21
**widget** [2] 348/20
348/22
**will** [36] 309/25 311/7
311/8 311/12 312/3
314/19 324/9 331/10
331/10 331/24 333/6
334/13 337/8 338/9
341/1 341/19 342/17
355/15 358/20 369/8
372/6 372/21 392/6
402/5 403/4 403/15
403/22 406/13 406/14
406/22 408/14 409/9
409/12 417/2 422/6
422/11
**William** [6] 303/16
304/2 306/10 312/6
430/2 430/8
**William Cavanaugh** [1]
306/10
**WILLIAMS** [1] 303/22
**willing** [1] 390/2

341/19 344/17 415/14
341/19 344/17 415/14
**wind** [1] 357/5
**window** [1] 330/1
**Windows** [9] 340/6
352/23 353/6 353/19
353/20 353/23 353/24
371/13 371/16
**winner** [2] 340/7
344/24
**wiser** [1] 337/24
**wish** [1] 349/2
**wishes** [1] 351/6
**withdraw** [1] 384/24
**within** [2] 351/17 370/2
**without** [10] 308/2
325/13 336/21 338/4
338/7 338/8 340/3
343/17 343/17 355/1
**witness** [11] 305/2
311/22 312/11 347/7
358/16 373/11 394/22
395/4 395/6 395/17
398/3
**WITNESSES** [1] 305/4
**WML** [2] 316/19 351/18
**won't** [2] 308/16
355/16
**wonder** [1] 390/1
**word** [4] 383/18 383/18
405/2 425/19
**words** [3] 333/7 383/16
393/25
**work** [8] 313/19 314/25
325/17 327/1 335/3
367/5 367/9 393/6
**worked** [8] 313/7
313/19 315/2 315/10
315/23 361/23 369/23
369/25
**workers** [1] 394/14
**working** [12] 309/21
314/17 315/23 316/11
320/9 336/6 344/6
344/15 367/10 376/20
376/21 377/5
**works** [2] 384/4 384/5
**world** [9] 309/19 336/2
340/9 340/18 344/19
351/15 354/19 356/11
361/8
**worth** [1] 364/1
**would** [133]
**wrap** [1] 364/10
**Wright** [3] 303/6
311/16 311/18
**write** [32] 333/10
336/24 337/11 338/11
339/4 339/7 340/25
341/3 364/21 375/6
378/5 379/11 379/13
379/14 387/10 389/21
390/1 392/11 405/3
405/4 414/11 414/11
415/19 419/10 419/20
420/16 420/25 421/11
421/15 425/1 425/7
427/21

366/7 380/10 380/13
380/22 391/9 412/11
413/6 413/8 413/17
414/16 414/21 415/12
417/5 417/5 417/17
418/25 425/13
**writing** [6] 380/1 396/6
412/4 412/6 412/20
423/7
**written** [2] 377/18
424/18
**wrong** [2] 418/3 418/8
**wrote** [26] 336/17
341/24 343/4 343/8
346/20 374/12 375/13
377/10 377/15 378/15
381/22 382/1 382/4
382/5 384/16 384/16
385/5 385/10 388/11
390/5 391/23 415/25
419/17 419/25 420/4
428/21

Y
**Yahoo** [27] 333/8
333/17 336/22 336/23
337/1 338/17 341/1
341/15 343/1 343/24
345/2 346/4 356/20
357/8 360/3 360/11
361/4 366/8 366/12
366/22 374/13 374/14
375/3 375/9 375/9
375/23 375/24
**yeah** [51] 311/4 316/3
317/8 318/6 318/21
321/5 322/9 325/20
325/24 329/7 329/13
335/4 335/13 343/10
345/11 345/13 346/11
347/21 353/2 353/12
354/24 355/6 356/25
359/8 360/16 361/24
365/12 365/21 365/21
367/11 367/12 368/1
368/16 371/4 371/17
374/19 386/24 390/25
393/13 406/12 406/21
407/13 410/7 416/19
417/22 418/1 418/19
420/12 426/12 427/12
428/15
**year** [2] 349/24 371/18
**years** [18] 313/4
316/24 317/18 317/18
318/9 318/11 319/6
337/8 339/6 347/24
356/15 356/16 358/11
358/11 367/12 368/3
388/23 401/1
**yep** [7] 319/6 328/22
367/3 392/15 399/16
399/18 410/23
**yes** [194]
**yesterday** [15] 306/22
307/12 308/25 309/1
310/11 310/16 311/7

**yet** [5] 310/21 334/10
374/19 380/12 385/4
**York** [1] 303/19
**you** [549]
**you know** [3] 352/19
362/1 383/5
**you understand** [1]
412/12
**You'd** [1] 421/6
**you'll** [2] 307/19
347/11
**you're** [51] 307/20
308/2 309/7 309/8
311/25 320/16 324/6
326/6 344/6 344/15
374/13 374/14 374/17
374/18 376/5 377/12
377/17 377/17 378/22
379/3 379/3 379/23
380/1 382/11 386/21
388/11 390/7 390/10
390/20 390/23 399/12
400/1 400/18 400/19
402/1 403/10 405/21
409/7 410/25 411/5
411/11 412/4 412/4
414/12 420/19 420/20
421/1 421/14 427/14
428/5 429/3
**you've** [5] 344/17
378/1 397/5 401/17
419/1
**young** [1] 354/10
**your** [126] 306/6
306/20 307/22 308/20
309/13 310/5 311/6
311/14 311/20 312/1
312/5 312/8 312/20
313/16 313/18 314/5
314/12 314/18 314/20
314/22 317/1 317/10
317/24 319/21 320/10
321/3 322/3 322/8
323/1 323/4 323/17
324/12 325/5 325/9
327/10 327/12 330/10
330/12 330/15 331/13
331/23 332/2 334/7
334/9 335/17 335/21
336/9 336/17 336/19
338/3 339/16 340/1
340/24 340/25 341/5
342/15 342/22 344/16
346/12 347/1 347/4
347/6 347/19 349/1
349/4 349/11 349/12
358/15 363/18 363/22
364/6 364/24 365/11
366/9 366/17 367/5
368/5 368/13 369/6
369/7 369/9 371/25
372/2 372/16 372/24
372/25 373/17 373/20
377/21 379/9 379/10
379/17 381/24 382/7

449

330/13 330/13 373/19
426/17 426/18 426/21
426/17 427/18

# Y

**your... [32]** 382/25
383/10 384/22 387/2
391/3 394/17 394/21
395/5 395/18 397/21
398/3 403/12 406/16
406/20 407/2 410/18
410/22 412/16 413/11
413/20 414/12 414/12
416/1 416/12 417/2
419/6 423/2 424/5
425/24 428/22 429/9
429/12
**Your Honor [49]**  306/6
306/20 307/22 308/20
309/13 310/5 311/6
311/14 312/1 312/5
312/8 327/12 330/12
330/15 331/13 331/23
334/9 347/1 347/4
347/6 349/1 349/4
358/15 363/18 363/22
364/6 364/24 365/11
368/5 368/13 369/6
371/25 372/16 372/24
372/25 373/17 384/22
394/17 394/21 395/5
395/18 398/3 406/16
406/20 407/2 410/18
410/22 424/5 429/9
**yourself [2]**  388/24
390/15
**YouTube [5]**  370/6
370/7 370/9 370/13
370/20

# Z

**Zaremba [3]**  304/2
430/2 430/8
**zero [1]**  346/4