IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )   CV No. 20-3010
       vs.                         )   Washington, D.C.
                                   )   September 14, 2023
GOOGLE LLC,                        )   9:30 a.m.
                                   )
          Defendant.               )   Day 3
_____)   Morning Session

TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:            Kenneth M. Dintzer
                               U.S. DEPARTMENT OF JUSTICE
                               1100 L Street, NW
                               Washington, D.C.
                               (202) 307-0340
                               Email:
                               kenneth.dintzer2@usdoj.gov

                               Joshua Hafenbrack
                               DOJ-ATR
                               455 5th Street NW
                               Washington, D.C. 20530
                               (202) 603-0857
                               Email:
                               joshua.hafenbrack@usdoj.gov

For Plaintiff
State of Colorado:             Jonathan Bruce Sallet
                               COLORADO DEPARTMENT OF LAW
                               Consumer Protection Section,
                               Antitrust Unit
                               Ralph L. Carr
                               Colorado Judicial Center
                               1300 Broadway
                               Suite 7th Floor
                               Denver, CO 80203
                               (720) 508-6000
                               Email: jon.sallet@coag.gov

                               William F. Cavanaugh, Jr.
                               PATTERSON BELKNAP
                               WEBB & TYLER LLP
                               1133 Avenue of the Americas
                               Suite 2200
                               New York, NY 10036-6710
                               (212) 335-2793
                               Email: wfcavanaugh@pbwt.com

For Defendant Google:          John E. Schmidtlein
                               WILLIAMS & CONNOLLY LLP
                               725 12th St., NW
                               Washington, D.C. 20005
                               (202) 434-5000
                               Email: jschmidtlein@wc.com

```
APPEARANCES CONTINUED:

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

– – –

WITNESS INDEX

– – –

WITNESSES            DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

PROF ANTONIO RANGEL  608   641

– – –

INDEX OF EXHIBITS

– – –

PLAINTIFF'S                              ADMITTED

D101                                         641

– – –

INDEX OF EXHIBITS

– – –

DEFENDANT'S                              ADMITTED

440                                          676

P R O C E E D I N G S

1
2          COURTROOM DEPUTY:  All rise.  This court is in
3   session, the Honorable Amit P. Mehta presiding.
4          THE COURT:  Good morning, everyone.  Please be
5   seated.
6          COURTROOM DEPUTY:  Good morning, Your Honor.
7   This is Civil Action 20-3010, United States of America,
8   et al., versus Google LLC.
9          Kenneth Dintzer for the DOJ Plaintiffs.
10          Jonathan Sallet and William Cavanaugh for
11   Plaintiff States.
12          John Schmidtlein on behalf of Google.
13          THE COURT:  All right.  Good morning again,
14   everybody.  I hope everybody had a nice evening.
15          All right.  Anything preliminarily we need to
16   discuss before we resume with Professor Rangel?
17          MR. SCHMIDTLEIN:  A couple of things, Your Honor.
18   I'm just going to hand up Google's exhibit list so you all
19   have that.
20          So you'll have that.
21          And then the only other thing I would note,
22   Your Honor.  You had asked me yesterday about the summary
23   judgment opinion and a couple of those issues.
24          THE COURT:  Yes.
25          MR. SCHMIDTLEIN:  I have had a chance to confer.

1    There are two figures that we would request be sealed, and

2    I'm happy to address that whenever Your Honor wants to take

3    that up.

4            THE COURT:  Yeah, why don't we get started with

5    testimony, and then we'll pick that up at some point today.

6            All right.  Is Dr. Rangel ready to go?

7            MR. HAFENBRACK:  Yes, Your Honor.

8            Joshua Hafenbrack for the United States.

9            I think Professor Rangel is ready to resume.

10           Your Honor, one housekeeping matter.  We have a

11    couple of changes, small changes to the redactions in the

12    slide deck we handed up yesterday.  So two options for

13    Your Honor.  We can either give you a new binder and swap it

14    out, or if you've made any scribbles or marks, we're happy

15    to hand up the pages themselves.

16           THE COURT:  Either way is fine.

17           MR. HAFENBRACK:  Okay.  I'll hand up new binders

18    if that would please the Court.

19           THE COURT:  All right.  Dr. Rangel, welcome.

20    Why don't you come on up back up.

21           THE WITNESS:  Good morning, Your Honor.

22           THE COURT:  Good morning.

23

24

25

1                              - - -

2    PROFESSOR ANTONIO RANGEL, WITNESS FOR THE PLAINTIFF, HAVING

3    BEEN PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED

4    FURTHER AS FOLLOWS:

5                   DIRECT EXAMINATION (CONTINUED)

6                              - - -

7    BY MR. HAFENBRACK:

8         Q    Professor Rangel, welcome back.

9         A    Good morning.

10        Q    Where -- we left off talking about the

11   introduction of a choice screen in Russia.  Do you recall

12   that?

13        A    I do.

14        Q    And just to remind the Court, what year did the

15   phased rollout of the choice screen in Russia begin?

16        A    Yes, of course.

17             To remind everybody after the overnight sleep,

18   Your Honor, in 2017, the Russian Federation authorities

19   asked Google to release a choice screen for Android.  This

20   choice screen -- and I'm building on a question that

21   I believe you asked yesterday -- was done in the following

22   way:

23             For users of Android devices that keep using their

24   device, this is released after an operating system upgrade,

25   whenever that takes place, and the choice screen only

1    applies to their Chrome browser, not to their widget, their

2    search widget.

3         Users of new devices encounter the choice screen

4    when they initiate their device, and the choice screen

5    applies both to the search widget and Chrome.

6         I'm mentioning this because the search widget is a

7    very important source of traffic.  The majority of traffic,

8    is my understanding, on Android devices across the world

9    goes through the search widget, and --

10        MR. SCHMIDTLEIN:  Your Honor, I would caution the

11   witness about revealing data around those types of issues in

12   open court because I think those are the types of things

13   that I think we have been sensitive about.

14        THE COURT:  Okay.  All right.

15        THE WITNESS:  I do my best, Your Honor.

16        I apologize, Counsel.

17        All I wanted to emphasize for the Court is that

18   the release takes place, and it's unlike -- unlike the Apple

19   Maps case that we discussed yesterday, as a behavioral

20   economist, I do not think of this as a choice screen that

21   gets introduced immediately, but it rolls over a period,

22   perhaps, of a couple of years.

23   BY MR. HAFENBRACK:

24        Q    And you mentioned the choice screen is implemented

25   on Android phones; is that right?

1      A     Correct.

2      Q     What about iPhones, personal computers, is there a

3  choice screen there?

4      A     The choice screen is specific to Android devices.

5      Q     Okay.

6            And what did the data around the introduction of a

7  choice screen in Russia show?

8      A     So, Your Honor, this is like it's redacted, but

9  I direct you to Slide 44 in your binder.

10           THE COURT:  Okay.

11           THE WITNESS:  I think it's maybe one back,

12  Your Honor.  I'm taking advantage, there are two that look

13  very similar.

14           That's the one.  You were correct, I apologize.

15  It's the professor in me.

16           THE COURT:  Doctor, would you mind just --

17           THE WITNESS:  Yeah.

18           THE COURT:  Thank you.

19           THE WITNESS:  So I'm going to describe this

20  qualitatively.

21           What you can see here, Your Honor, is in this

22  market.  Before the introduction of the choice screen that

23  is denoted by the vertical dash line, that are two search

24  engine, Google and Yandex, that have considerable market

25  share.  And those market shares are fairly stable in Android

1    devices.

2          After the introduction of the choice screen, there

3    is a period of decrease for Google in market share, of

4    increase for Yandex, which is the Russian search engine,

5    that has considerable market share.  And their order of --

6    their dominance flips.  Google was dominant initially, and

7    Yandex was behind, and as a result of the introduction of

8    this choice screen in android devices, it flips.

9    BY MR. HAFENBRACK:

10        Q    And what does that say to you as a behavioral

11   scientist about the effective defaults in this instance?

12        A    It is consistent with what this large body of work

13   in behavioral economics that we have been discussing leads

14   you to expect, that when you have a couple of options with

15   good brand, familiarity, and you remove a default, you move

16   back to a peer-choice no-default situation, which is what

17   the choice screen is doing here, Your Honor, there are going

18   to be sizable default effects.

19        THE COURT:  Was that data specific to current

20   users versus new users and how they made selections?

21        THE WITNESS:  Your Honor, this data, to the best

22   of my understanding, includes both users.  It's basically at

23   any point in time, you look at all the Android devices that

24   are active, whether they were the first device, a new device

25   or not for the user, and you see what happens to the search,

1    the statistics, as a function of time.

2            THE COURT:  I see.  Okay.

3    BY MR. HAFENBRACK:

4        Q    And, Professor Rangel, what happened to Google's

5    search share in Russia on devices, iPhones, computers, where

6    no choice screen was implemented?

7        A    So, Your Honor, in the next slide, also with data

8    related, you can see a slightly different statistic that

9    answers the question.

10           Here what is shown is, as a function of time, what

11   is the market share on Android -- of Google on Android

12   devices in green, on iOS devices in blue, and on personal

13   computers in orange.

14           And what you can see is that there's a sizable

15   decrease in Google market share in Android where the choice

16   screen was introduced and, therefore, Google's default

17   removed, but not in PCs or in phones, in iOS.

18           And this is important, as a behavioral economist,

19   because you could imagine that they could have been a

20   potential compound.  That somehow, either the relative

21   quality of search on Yandex for Russian searches, for the

22   kind of searches that Russian consumers were interested

23   somehow was changing around that time, and that the sizable

24   default effects that I described to you in the previous

25   slide could have been driven by that drift in product

1   quality.

2          If that were the case, you should see default

3   effects similar here in PCs and iPhones, and you do not.

4   They are specific, specific to Android where the choice

5   screen was introduced and the default removed.

6    Q    And from the last -- the three examples we

7   discussed, we discussed the Google Maps example and tablets

8   in the United States yesterday afternoon, we discussed the

9   Russian choice screen here this morning, do you draw any

10  conclusions about the power of search engine defaults on

11  mobile devices?

12   A    I think the body of market evidence, together with

13  the case documents that I have been discussing, together

14  with Google's own estimates about what would happen in Code

15  Red if they were to lose the Apple default, suggests that

16  they -- Google search engine defaults in mobile devices are

17  quite sizable.

18   Q    Are there particular behavioral factors that

19  affect whether consumers are willing or able to explicitly

20  decide to switch a search engine default?

21   A    Yes, there are.

22   Q    And could you discuss a couple of those.

23   A    Your Honor, yesterday we made this distinction

24  about the automaticity to have it driven mode of control for

25  individual searches, and the explicit mode of

```
 1   decision-making when a consumer sits back and considers

 2   changing the default or search engine and what steps need to

 3   happen.

 4          At that stage of explicitly considering, there are

 5   additional biases that behavioral economists have identified

 6   that come into play and exacerbate the power of defaults.

 7          One of them that we have been discussing

 8   throughout is the roll of mental effort, of cognitive cost.

 9   You have to do research, you have to think.  People don't

10   like this.  It's emphasized in the documents that I show you

11   from the Google behavioral economics teams.  This affects

12   our large, ten times larger than you think.

13          Then there are two others that I thought would be

14   useful for the Court to be aware of that have been

15   discovered by behavioral economists.

16          One of them is status quo bias, the other one is

17   loss aversion.

18          And to orient Your Honor to the slide, on the

19   right, I am mentioning, for each one of these mechanisms,

20   quotes from Google documents that address the specific role

21   that that mechanism, that I will describe for Your Honor in

22   a second, plays on defaults, on the power of defaults.

23   Q    How does status quo bias apply to Google search

24   defaults?

25   A    Your Honor, when consumers are in a situation in
```

1    which there is some status quo option, something that they

2    get to consume, they don't do something else.  A default is

3    a part of typical example of this.

4            When they explicitly consider changing, if they

5    are not sure, if they are confused, if they are uncertain,

6    they are biased, they tend to order, things being equal, to

7    retain the status quo.

8            And as a result, since the default is the status

9    quo, that benefits the default.

10   Q    And how does the concept of loss aversion apply to

11   Google search defaults?

12   A    Yes.

13           So loss aversion is another one of those very

14   fundamental concepts in behavioral economics about human

15   behavior, Your Honor.

16           If a perfectly Russian consumer, fully Russian,

17   were to sit down and consider changing from the Google

18   default to something else, they -- the computations, the

19   calculations that they will make would look roughly as

20   follows:

21           One of the benefits from changing, what do I gain,

22   what do I lose, what are the costs.  You take the benefits,

23   you subtract the costs, if the number is positive, I switch;

24   otherwise, I don't.

25           In other words, you count benefits and losses

1   exactly the same.

2           This is not how people, how human beings tend to

3   make these calculations.  What people tend to do is they

4   overweight, they overcount their losses.  So they take

5   benefits minus the losses blown up, amplified, and then they

6   change if the result is positive.

7           But because the losses are overblown, you only

8   switch if the benefits are sufficiently larger than the

9   costs.  And as a result, again, since the default is the

10  status quo, is the current option, you would only switch if

11  you have loss aversion, which a lot of consumers do, if the

12  benefits are sufficiently larger than the losses.

13          THE COURT:  And in a case like this where someone

14  is considering making a switch, what would the losses be?

15          THE WITNESS:  That's an excellent question,

16  Your Honor.

17          When consumers are deciding between products, and

18  the product in this case will be different search engine,

19  these products have different features.  So, for example,

20  when you query a search, there are many features that

21  describe the product.  You have the quality of the text, the

22  quality of the advertisements, the quality of the images,

23  the quality of the underlying index that is going to affect

24  the quality of the results, how good it is for the

25  particular type of searches that you tend to do.

1          So you can think of this as different features,

2   and the consumer will determine the preference for that

3   specific search engine as a function of how well it does in

4   the features that they care about.

5          So when I compare the current search engine to an

6   alternative, the features in which the other search engine

7   does better are gains, the features in which the other

8   search engine got worse are losses.

9   BY MR. HAFENBRACK:

10      Q    Professor Rangel, we've been talking a lot about

11   mobile devices, iPhones, Android phones.  Is it your --

12   you understand that mobile devices, including iPhones and

13   Android phones, have mobile app stores?

14      A    Yes, of course.

15      Q    And search engines, rival search engines that are

16   trying to compete with the Google default are available for

17   download in those mobile app stores; is that your

18   understanding?

19      A    Yes.  There are available browsers that have the

20   same default or other defaults, as well as search

21   applications with the same search engine or with other

22   search engines.

23      Q    And does the availability of those rival search

24   applications in the mobile app store undercut, in your view,

25   the power of Google's search defaults on iPhones and Android

1    phones?

2         A     Not in my opinion.

3         Q     Why is that?

4         A     If a consumer wants to escape the default by

5    downloading an application, they still need to go through

6    the -- many of the steps of the choice friction that we

7    discovered yesterday.  They need to understand that there

8    are defaults.  They need to understand that they can be

9    changed.  They need to understand which of the alternatives

10   that are available in the Apple store would allow them to

11   target the default engine that they want.  That's one thing.

12              And this has to do with the first three areas of

13   choice friction, Your Honor, that we discussed yesterday.

14              In addition, there is the issue that when you

15   download these apps, you may need to configure them and move

16   them in your phone, et cetera.  It's a lot of -- a little

17   bit of choice friction in addition.

18        Q     Did you see case evidence on how prevalently rival

19   search applications are used?

20        A     Sorry, I apologize, could you repeat the question?

21        Q     Oh, sure.

22              I'll ask it more simply.

23              Did you see evidence on the use of search

24   applications from mobile app stores?

25        A     Yes, I have seen evidence from the case documents.

1        Q    And what did you see?

2        A    So, Your Honor, when I -- I cite a number of

3   things in my reports, but to give an example for the Court,

4   I'm going to show you a document from Google and a

5   document -- and a document for third parties on the line.

6             So this is a presentation, again, from this

7   collaboration between Russian labs.  We have been talking

8   about them throughout my testimony on Google.

9             And this is a quote highlighted for you from

10  Dan Ariely, which is the behavioral economist head of the

11  company.  And he's responding, "Search is antithetical to

12  how people think about apps - people don't necessarily want

13  to go back and open a separate thing to search."

14       Q    Professor Rangel, are you familiar with the

15  Mozilla Firefox browser?

16       A    I am.

17       Q    And is it your understanding -- do you have an

18  understanding of whether the Firefox browser is the default

19  browser on either iPhones or Android phones?

20       A    In the United States, it is not the default

21  browser in any device.

22       Q    And did you see testimony from Mozilla's CEO on

23  the use of mobile app stores?

24       A    Yes, I have.

25       Q    What did you see?

1      A    So, Your Honor, this is a quote addressing this

2    specific point, but the CEO of the company that builds the

3    product, the Firefox browser, which I think is, as a

4    behavioral economist, quite interesting, because this is

5    someone, a CEO, that understands that they need to get

6    people to that other browser.  So one could imagine they're

7    quite interested in understanding how to compete.

8           And Mitchell Baker states, "Merely having an app"

9    store -- I'm sorry, "an app in The App Store is a very

10   difficult way to compete with preloaded defaults...because

11   each person who gets that phone has to make a conscious

12   decision."

13          In our world -- the language of behavioral

14   economics that we have been discussing that, deliver the

15   explicit decision to go through a lot of work, and the

16   language that we have been discussing and the terminology of

17   behavioral economics, a lot of choice friction, to get to

18   your product.

19          MR. HAFENBRACK:  And for the record, the document

20   with the Dan Ariely quote was UPX 847.

21   BY MR. HAFENBRACK:

22      Q    Professor Rangel, are you familiar with a choice

23   screen that was introduced in Europe?

24      A    I am.

25      Q    And what's your understanding of the European

1    choice screen?

2        A    Yes.

3            Your Honor, the European Union reached an

4    agreement with Google to introduce a choice screen in 2019.

5            The big idea, the main idea, is similar, analogous

6    to the Russian choice screen.  The details are different of

7    the implementation, but I will not use the Court's time on

8    that.

9            The only thing I want to mention is that this

10   choice screen was released in 2019 initially, and there were

11   complaints about how it was designed.

12           And it was redesigned in 2020 and launched again,

13   and, again, there were complaints, and it was redesigned,

14   and there was another version launched in 2021 addressing

15   the commentary.

16           I believe others may, in the court, have expertise

17   to talk about the details of this if this is useful for the

18   Court.

19           In -- yeah.  The data that I analyze was based on

20   the final version of the choice screen 2021.

21       Q    And what data did you see from the initial

22   implementation of the 2021 choice screen in Europe?

23       A    So, Your Honor, in this slide, I am providing data

24   that looks as follows.  Let me orient the Court.

25           So in my reports, I provide data for every

1    European country.  Here I'm only highlighting five of them

2    for you that are representative, including my beloved Spain

3    at the bottom.

4          What you see in the first column is a measure of

5    what was Google's search share in Android market devices

6    before the introduction of this choice screen.  And the data

7    is confidential, but I hope Your Honor can notice that there

8    is what can by fairly characterized as almost absolute

9    market dominance.

10          The choice screen is introduced, this version of

11   the choice screen.  And then I am depicting for you, in the

12   second column, what fraction of people selected, out of the

13   choice screen, Google as the default search engine.  It's a

14   different measure but it's informative.

15          And the final column, just to save mental effort

16   for the Court about doing subtractions, I am putting the

17   difference for you.

18          And what you can see, Your Honor, is that after

19   the choice screen, it's still a very strong dominance by

20   Google.

21          But there is a stark difference between the

22   two numbers.  Whereas the competition is nearly non-existent

23   before the choice screen, now it's present, it has a

24   fighting chance.

25          Q    And, Professor Rangel, as a behavioral scientist,

1    does Google getting the lion's share of choice screen

2    selections in Europe in this four-month snapshot of data

3    that we have surprise you?

4        A     No.

5        Q     And why not?

6        A     So, Your Honor, to understand the impact of either

7    introducing or removing a default, it's very important to

8    understand the following point.

9             It is not the same to start with a situation in

10   which there are a handful of brands that have some

11   familiarity and then you -- and people choose between them.

12   Then you introduce a default, and you see what happens.

13            Or you remove a default in which -- even with the

14   default, all of the brands have some usage, and then you

15   remove it.

16            Here is a situation in which the dominance as a

17   result of a number of factors, before introduction of the

18   choice screen, was so nearly absolute, and let's not forget,

19   Your Honor, I think this is very telling, again as a

20   behavioral economist, that for many people, to search is to

21   Google.  Google is a verb.

22            So when you start with the default with search

23   market dominance and then you remove it, there is -- you're

24   asking consumers to make choices among one brand that

25   they're incredibly familiar with and many others that are

1    non-existent in their mind.

2             So there is kind of a default echo at war there

3    intuitively that is going to affect the initial impact of

4    this choice screen.

5    Q    Did you, Professor Rangel, see evidence from

6    Google consistent with the opinion that brand recognition

7    was playing a large role in choice screen selections?

8    A    I have.

9    Q    And what did you see, sir?

10   A    So, Your Honor, let me give you the context for

11   this email from 2019 from Google.

12            As I mentioned a moment ago, when the choice

13   screen is initially introduced, there are issues about how

14   to design it and then on the revisions.

15            And this is an exchange in which Google personnel

16   is trying to understand what is the impact of particular

17   choices -- particular details in the choice architecture of

18   the choice screen on the likely selection of Google from

19   that choice screen.

20            And in the top part of the highlight, Your Honor,

21   what they are saying is that there is no need to worry a lot

22   about those details because they have very strong brand

23   recognition.

24            And, in fact, interestingly, again, for these

25   behavioral scientists, is one of the things that they're

1    worried about is the order in which Google shows up in that

2    choice screen.

3             And if you remember yesterday, we talk about the

4    order on the ballots, which we know from behavioral

5    economics can matter a lot.  They're not worried about it

6    because they believe the brand recognition is very, very

7    strong.

8             Now, in the second part of the email, they are

9    comparing this situation in the European choice screen with

10   the situation in Russia.  And they are explicitly stating

11   that that situation is different because there, when the

12   choice screen gets introduced, there is a competitor, Yandex

13   that, before the choice screen, has a substantial

14   market share.

15            MR. HAFENBRACK:  And that was UPX 1103.

16   BY MR. HAFENBRACK:

17   Q    Professor Rangel, switch gears, and let's briefly

18   discuss your second conclusion on the different default

19   effects on mobile devices versus personal computers.  What

20   conclusion did you reach about that?

21   A    Your Honor, my opinion is that the search engine

22   defaults have a stronger impact, a stronger effect on mobile

23   devices than on personal computers.

24   Q    And did you reach any conclusions about why that

25   is the case?

1        A     Yes.

2              I think the fundamental difference has to do with

3    the nature of the device interfaces.

4              Phones have very small screens.  They allow to

5    display a lot less information in the interfaces.  And that

6    bottom line leads to more choice friction.

7        Q     Did you see documents from Google consistent with

8    that opinion?

9        A     Yes.

10       Q     What did you see?

11       A     So, Your Honor, is a table organized in the same

12   thing, to facilitate the presentation for you.

13             Number of documents from Google, different years,

14   comparing or discussing default effects in mobile or in PCs,

15   as well as mechanisms.

16             So, for example, if you look at 2016 Apple

17   scenarios, this is the discussion of Code Red that has come

18   before, mobile defaults.  Defaults have more prominence in

19   mobile due to size and user interface.  Exactly the same

20   conclusion that behavioral economics leads you to.

21             And I also guide you to the confidential

22   information in the bottom right.  To remind the Court,

23   yesterday almost at the end, Your Honor, I was discussing

24   these documents from Google in which during this Code Red

25   analysis, they sit back and try to estimate what is the

1    impact of losing the Apple default, and they do that

2    separately for mobile devices and for personal computers.

3            As you can see in the lower right of that table,

4    confidentially, the -- their estimates, their own internal

5    estimates about the impact of losing those defaults is much,

6    much larger in mobile devices than on personal computers.

7            MR. HAFENBRACK:  And the documents on Slide 52 are

8    UPX 84, UPX 142, UPX 139, and UPX 148.

9    BY MR. HAFENBRACK:

10   Q    Professor Rangel, any documents, any testimony you

11   observed from industry participants on this topic?

12   A    Yes.  In my -- I've encountered also a number of

13   materials speaking on this issue from third parties.  There

14   are many in my report, but if you go to the next slide, here

15   is an example for you.

16           This is a quote from the deposition of

17   Rik van der Kooi, who is vice president of Microsoft, and in

18   his deposition, he was asked explicitly about this and

19   stated, "On a mobile platform, more than anywhere else, even

20   more than in the PC, default is the only thing that

21   matters."

22   Q    Professor Rangel, did you analyze the impact of

23   search defaults with respect to desktop computers?

24   A    I did.

25   Q    And what -- what examples did you look at?

1      A     So, Your Honor, these are -- I analyzed a number

2  of market events of -- similar to the ones we discuss

3  yesterday but in which the default changes take place in

4  personal computers, and I have prepared data for the Court

5  on a couple of those that are listed here.

6      Q     And, Professor Rangel, you mentioned earlier,

7  Firefox isn't the default browser on devices in the United

8  States; is that right?

9      A     Correct.

10     Q     And is that fact at all relevant to your analysis?

11     A     I think it is, it has some information, because if

12 you are dealing with the impact of defaults in a Firefox

13 user, you are probably dealing with a user that has some

14 additional tech savviness.  After all, this is someone who

15 has downloaded another browser and works with an intelligent

16 browser that is not already the default.

17     Q     And did you see documents from Google saying that

18 Firefox users tend to be tech savvier?

19     A     I have encountered a number of documents that are

20 consistent with this opinion, yes.

21     Q     Okay.

22           And do you have an understanding as to whether

23 Firefox is primarily downloaded and used on desktop

24 computers versus mobile devices?

25     A     My understanding, Your Honor, is that the vast,

1   vast majority of Firefox searches come from personal

2   computers.

3        Q    Okay.

4        A    In other words, Firefox is mostly a personal

5   computer browser.

6        Q    Are you familiar with a time period when Mozilla

7   switched the Firefox default?

8        A    I am.

9        Q    And could you describe for the Court your

10  understanding of that episode?

11           THE COURT:  I'm sorry, can I ask you a question?

12  How do you explain -- what I hear you saying is the same

13  user that would download Firefox would not necessarily do so

14  on the mobile, on a phone.  How do you explain that

15  difference and why that difference is so stark?

16           THE WITNESS:  Different -- this is not something

17  that I have analyzed, Your Honor.  I am going to use my role

18  to facilitate the Court's job.

19           In my opinion, users use different devices in

20  different modes and with different situations.  So it could

21  be that for a user that is at work, for the particular users

22  that they have Firefox, becomes very important, or they have

23  to deploy the computer in the house that is also used by the

24  child, there could be a number of reasons.

25           Whereas the capabilities of the default

1    applications were well.

2              I'm not saying, to be clear, Your Honor, that this

3    is a comprehensive description of why this is the case.  All

4    I'm trying to tell you is that given human nature, is not

5    necessarily my opinion, that all of the devices are kept

6    synchronized and are used in exactly the same way.

7    BY MR. HAFENBRACK:

8    Q     If you could describe for the Court your

9    understanding of the context of Mozilla switching the

10   Firefox default for a period of time.

11   A     Yes, Your Honor.

12             Before 2014, Firefox comes with -- the Firefox

13   browser comes with Google as the preinstalled default search

14   engine.

15             In 2014, they changed the default to Yahoo!.  That

16   default is -- stays on Yahoo! until 2017, and then is

17   switched back to Google.

18             And that introduces an interesting case for a

19   behavioral economist in which you start with one default,

20   switch it to another, and then you switch it back.

21   Q     And what did the data about that episode show?

22   A     So this data, Your Honor, again, confidential, but

23   let me orient you to what's happening.

24             As you can see, Google's market share -- this is

25   searches coming through the Firefox browser in personal

1    computers.

2            In green, you see the share for Google, in purple,

3    the share for Yahoo!, and the other colors are the other

4    search engines.

5            And what you see is -- before the change is stable

6    for Google.  There's a sharp and immediate decrease that it

7    stays narrowly constant as long as the default is Yahoo!,

8    and then it goes back nearly to where it was after you

9    switch back.

10           And interestingly, the decrease for Google is

11   almost one to one what you see the increase for Yahoo!

12   Q    And the data on this slide, is this looking at a

13   change in queries or revenues, to your understanding?

14   A    My understanding, this is a search in queries.

15   Q    And how did Google's -- to your understanding,

16   Google's revenue share loss compare to its query loss when

17   it lost the Yahoo! default -- the Firefox default?

18   A    My understanding is that the search in revenue was

19   larger than the search of queries.

20   Q    You mean the loss in revenues?

21   A    The loss in revenues.  I apologize.

22   Q    Okay.

23           Professor Rangel, did you analyze search patterns

24   on Microsoft Windows personal computers?

25   A    I did.

1    Q    And could you describe for the Court the default

2  browser and search engine configuration on Windows PCs?

3    A    Yes.

4         Maybe would this like to facilitate Your Honor's

5  curative load.

6         So on the right are Window-specific computers.

7  They come with Edge as the browser default and Bing as the

8  default search engine.

9         And in Macs what you see is Safari as the default

10  browser and Google as the default search engine.

11    Q    And what does the data in this comparison show

12  qualitatively since you can't speak to the specific --

13    A    Yeah.  So Your Honor can look at the graph and see

14  the changes in market share.  And if you look at this from

15  the point of view of Bing, it's a sevenfold difference,

16  seven times larger, 700 percent larger when Bing is the

17  default than when it is not.  That's a large default effect.

18    Q    Professor Rangel, just a couple questions on the

19  third point you analyzed, which was defaults in privacy

20  decisions in search.

21         What conclusions did you reach in that regard?

22    A    So, Your Honor, to remind the Court, there are

23  defaults in search engines and there are defaults in privacy

24  settings.

25         And my opinion is that the existence of both

1   affect consumers' privacy selections in search for very

2   similar mechanisms to the ones that we have been discussing.

3       Q    Could you provide for the Court an example of a

4   privacy-oriented search engine or two that you're thinking

5   about in this analysis?

6       A    Yes, I give you a couple.

7            DuckDuckGo would be an example.

8            Ecosia would be another one.

9       Q    And is it your understanding that those --

10  do you have an understanding as to whether those

11  privacy-oriented search engines have any default positions

12  on significant devices in the United States?

13      A    My understanding, Your Honor, is that in the

14  United States, they are not -- they don't have default

15  position in any devices.

16      Q    And do you have an opinion on whether that affects

17  their ability to compete with the Google defaults?

18      A    Yes, of course.

19      Q    And what is that?

20      A    We have seen, throughout the testimony in the body

21  of work, that the option that gets the default status gets a

22  bias on its favor, and the others get a bias against them.

23  And we've seen that that applies to Google in the case of

24  search and in the case of their, for example, podcast

25  application; it works both ways.

1          So if you have a privacy default search engine

2     that doesn't have a default and the competition does, the

3     competition benefits from the default, they don't.

4          Q     Have you seen any evidence that if the shoe was on

5     the other foot and one of these privacy-oriented search

6     engines had a default, they'd do better?

7          A     I have.

8          Q     What did you see?

9          A     Slide, please.

10          So, Your Honor, this an email.  We discussed it

11    briefly yesterday, but I can give you more detail now in the

12    answer to one of your questions.

13          This is an email from 2020 from our vice president

14    of the Brave browser to Yahoo! search.  And they are

15    describing an experiment that they run with the

16    privacy-oriented search engine DuckDuckGo in four countries

17    around the world, outside of the United States.

18          And they are saying, and I read -- what they do --

19    and I apologize, Your Honor, they make DuckDuckGo the

20    default search engine in Brave, and then they see what

21    happens.

22          And what they say is, "The data is very clear.

23    Default is sticky and powerful.  From these datasets, we see

24    that the DuckDuckGo default remains the default," remains

25    the default, it's not changed.  They're actually measuring

```
1    what you have asked several times, "in at least the
2    percentage, the sizable number there of machines."
3         Q    And, Professor Rangel, did you see --
4              THE COURT:  I'm sorry, what browser is used?
5              THE WITNESS:  This is a very specific browser.
6    It's called the Brave browser.
7              THE COURT:  Brave browser.  Okay.
8              THE WITNESS:  And this is referring, Your Honor,
9    for -- to be crystal clear, only for searchers coming
10   through that browser.
11             THE COURT:  Right.
12             MR. HAFENBRACK:  And, for the record, that was
13   UPX 955.
14   BY MR. HAFENBRACK:
15        Q    Professor Rangel, did you see any -- anything you
16   consider market evidence that speaks to the issue of whether
17   defaults can bias consumer choices in privacy?
18        A    Yes.
19        Q    What did you see?
20        A    I saw an example indicates documents, that is,
21   someone who has taught courses in behavioral economics for
22   many years quite striking.
23             Slide, please.
24             So I need to give you context, Your Honor.
25             In April 2021, Apple releases an operating system
```

1    upgrade.  I believe it's 14.5 for iOS, but please don't take

2    me to the mat on the number.  I believe it is.

3              And before that release, applications like

4    Facebook or many others, were able to track consumers, even

5    when they were not using the application, by default.  In

6    other words, the default was, you get tracked.

7              With this operating system, Apple introduces a

8    choice screen.  The first time you open any of those

9    applications, you see the choice screen on the right,

10   Your Honor, that explicitly, to continue using application,

11   asks the users, allow tracking, don't allow tracking.  You

12   press, that's it, it says the default, you go on.

13             Application by application.

14             Whereas, before this choice screen, the vast

15   majority of consumers were being tracked, they were not

16   opting out of the tracking default.

17             Afterwards, even one year after, 80 percent or

18   more were selecting "don't track."

19             And by way, interestingly, and that's maybe the

20   professor in me, the part that I find more interesting,

21   there was an earnings call with Facebook's chief financial

22   officer that said that that specific change cost the company

23   $10 billion.  This was reported in the media.

24        Q    And what does this data say to you about the power

25   of defaults?

1      A     I think it's telling you that just -- for example,

2   in this setting, just because people were selecting to be

3   tracked doesn't mean that they like being tracked.  You

4   cannot conclude that.  This is Behavioral Economics 101.

5           Once you give them a transparent option to make

6   the choice, they make a very different choice that is very

7   inconsistent with what we're -- they're suggested or infer

8   preferences before.

9      Q     Professor Rangel, did you analyze Google's default

10  privacy settings that it sets for users of the Google search

11  engine?

12     A     I have.

13     Q     And I'm wondering if you could provide the Court

14  with a brief description of your understanding of some of

15  the key default privacy settings in Google search.

16     A     Yeah.

17          I mean, there is a number of privacy-related

18  controls that have to do with whether or not Google is able

19  to serve you personalized advertisement with the

20  availability of third-party cookies, with how long your

21  search history is stored by Google, others related to

22  YouTube, et cetera.  There's a number of controls that

23  determine, in some sense, your -- the privacy of your

24  interactions with Google.

25     Q     How long by default does Google track user search

1    and location history?

2        A    At the time I wrote the reports, 18 months.

3        Q    And is there choice friction for users who might

4    want to change those privacy defaults?

5        A    Yes, I think there is -- there is considerable

6    choice friction of the four types that we described.

7        Q    And did you look at the steps in the fourth, the

8    last part of this choice friction process, that are

9    required?

10       A    I did, Your Honor.  I don't have a demonstration

11   to save the Court's valuable time, but there's a number of

12   those demonstrations in my reports step by step that the

13   Court can see if you desire.

14       Q    And do the controls take more than a click or two

15   to change?

16       A    Yes.

17       Q    Did you see documents from Google consistent with

18   the opinion that there's considerable choice friction with

19   Google's privacy controls?

20       A    Yes, I have seen and referenced or cite in my

21   reports a substantial number of case documents that

22   recognizes user confusion and what I would describe as

23   choice friction in these controls.

24       Q    And could you just briefly cite an example or two

25   for the Court.

1      A    So here is -- just have a couple of examples

2  for you.

3           Here is presentation, Your Honor, from 2019 on

4  privacy, I was given to -- by this -- the groups thinking

5  about this.

6           And the part in yellow that I'm highlighting has

7  to do with the controls.

8           And to -- one of the things that happens in these

9  discussions is that people talk about what is their

10  understanding of the typical user perception of this

11  particular aspect of the products, and they are summarizing

12  here.  For some users, I have no choice if I want to use the

13  product, controls are purposely hidden.

14           And next slide.

15           Here is -- this is highly redacted, but,

16  Your Honor, I can give you context.  It's a similar type of

17  presentation discussing views on what I would describe as a

18  choice architecture of other aspects of privacy controls.

19           And they're saying -- I apologize, I almost read

20  it.

21           As you can see, they're also emphasizing that

22  they're confusing and that there is substantial choice

23  friction.

24           MR. HAFENBRACK:  Mr. Penado, if you'd put up the

25  final slide, please, which just repeats Professor Rangel's

1    core conclusions.

2            And, Your Honor, the government would like to move

3    to introduce Professor Rangel's slide deck for the purpose

4    of completing his testimony.  The slide deck contains a lot

5    of redacted information that he otherwise would have said as

6    part of his trial testimony, and I think the record is going

7    to be much, much clearer if those portions of his slide deck

8    are introduced.

9            Otherwise, you know, the government would -- we

10   think we'd have to go into closed session to have him read

11   the numbers that he wasn't able to read in court for, by my

12   count, 16 slides.

13           THE COURT:  Okay.

14           Mr. Schmidtlein.

15           MR. SCHMIDTLEIN:  No objection.

16           THE COURT:  All right.  So they'll be admitted.

17           Are the underlying documents also being admitted?

18           MR. HAFENBRACK:  The underlying documents, many of

19   them have already been admitted and will come in through the

20   trial.  I'm not seeking to admit them right now.

21           THE COURT:  Okay.  All right.

22           All right.  Anything further?

23           MR. HAFENBRACK:  And we'll assign the slide deck

24   the appropriate UPX number.

25           THE COURT:  Okay.  I think it already has -- does

1    it already have one?

2            MR. HAFENBRACK:  It might have a -- yeah, it might

3    have a --

4            THE COURT:  At least it says UPX D101.

5            MR. HAFENBRACK:  Yep.  Okay.  So if that works,

6    we'll keep that.

7            THE COURT:  So that will be admitted.

8                        (United States Plaintiffs Exhibits D101

                                    received into evidence.)

9

10           MR. HAFENBRACK:  And with that, Your Honor, we

11   pass the witness for cross.

12           THE COURT:  Okay.  Before we do that, do Plaintiff

13   States have any questions of Dr. Rangel?

14           MR. CAVANAUGH:  No, Your Honor.

15                              - - -

16                       CROSS-EXAMINATION

17   BY MR. SCHMIDTLEIN:

18       Q    Good morning.

19       A    Good morning.

20       Q    And do you prefer to be called Professor or

21   Doctor?

22       A    I prefer to be called Antonio.  But given that

23   this is a court of law, Professor is fine.

24           THE COURT:  I think it depends on what the

25   default is.

1    BY MR. SCHMIDTLEIN:

2         Q    All right.  Well, I will -- I'll use Professor.

3              Professor Rangel, I just want to circle back to

4    the -- one of the last slides that you were just on, and in

5    particular, the Slide 60 on choice friction and privacy

6    settings.

7         A    One moment, please.

8         Q    Sure.

9         A    Yes.

10        Q    Okay.  And there's a -- under the control thing

11   there -- portion, it says "Current Perception."

12             You haven't formed an opinion or done any analysis

13   in this case as to what Google users' current perceptions

14   are as to Google's privacy -- privacy settings, have you?

15        A    I have not collected any data on that.  I am

16   relying qualitatively on a lot of experience on user

17   interfaces and what they do, and heavily on the case

18   documents.

19        Q    Okay.

20             But you would agree you're not an expert in search

21   engine privacy settings, are you?

22        A    I would agree I'm not.

23        Q    Okay.

24             And you would defer to other people who are more

25   expert in how privacy settings are set for search engines,

1    rather than yourself, wouldn't you?

2        A    I would defer to anyone after I see what they have

3    to say.  I cannot defer on the abstract, no.  No scientist

4    would.

5        Q    Okay.

6             Now, Professor, prior to your work in this case,

7    you had not done any work relating to search engines; isn't

8    that right?

9        A    Correct.

10        Q    You haven't written any articles or papers about

11    how users decide what search engine to use, correct?

12        A    That is correct.

13        Q    You have not written any articles or papers about

14    how companies decide to select a default search engine for a

15    browser or a computer or a mobile device, correct?

16        A    Correct.

17        Q    And am I correct, you've never worked for a

18    software company?

19        A    That is incorrect.

20        Q    I'm sorry?  That is --

21        A    That is incorrect.

22        Q    Incorrect.

23             Okay.  Which software company do you work for?

24        A    I have ran a startup for several years on a

25    locational technology.  I think all that as a technology

1    company.  Unfortunately, very, very, very far from the

2    successful one that you are representing.

3        Q    Have you ever been hired to provide any

4    professional services to a company about how to design a

5    process for deciding on a default search service?

6        A    I have never served in such consulting role.

7             I just want to say -- clarify again, I have spent

8    considerable time designing interfaces both in my research

9    capacity -- every experiment that we run, the design of

10   interfaces is critical -- and also in my startup.

11       Q    Okay.

12            But nobody has hired you in Silicon Valley to tell

13   them how to design a default for a search engine or a

14   browser or anything else?

15       A    They have not, Counsel.

16       Q    Okay.

17            And you're a professor at Cal Tech, right?

18       A    Yes.

19       Q    You've never been offered as an expert witness in

20   a legal proceeding to offer opinions about defaults for any

21   product; isn't that right?

22       A    That is correct.

23       Q    Now, on Slide 2 of your presentation, you used --

24   you have a default tip setting.  Can we pull that up,

25   Slide 2.

1          And I'll confess, I wasn't sure if you made
2    reference to a restaurant or -- but this could apply to any
3    number of commercial transactions, I suppose; is that right?
4         A    As you can see from the constant complaints in the
5    media about these tipping interfaces, they are starting to
6    appear anywhere.
7          They started initially in coffeehouses and taxi,
8    and a lot of the research has been done in taxies, but they
9    are pervasive.
10         I bought a bottle in a convenience store
11   yesterday, and they show me this interface.
12        Q    Now, does the tip you pay in this type of a user
13   interface for, let's say, a restaurant or a taxicab, does
14   that actually impact the quality of the food or the quality
15   of the cab ride that you've purchased?
16        A    Not immediately.
17         An economist, I'm not making that argument, but
18   could argue that over the long term, maybe they are down a
19   stream of facts if there are more revenue being reinvested.
20         But to be crystal clear, according to your
21   question, which I understand the answer is no.  You've just
22   got the service, it is what it is.  This is affecting the
23   tip.
24        Q    Okay.
25         When a default significantly impacts the quality

646

1    of the product experience, do you agree that consumers are
2    likely to be more aware of the default and switch if they
3    don't like it?
4         A    It's difficult to answer your question, Counsel,
5    because the vast majority of defaults do not affect the
6    experience of the product.
7         Q    But for those that do, wouldn't you expect users
8    to be much more likely to switch the default where it does
9    affect the quality of the product?
10        A    I apologize, this is not -- I'm not quibbling with
11   your question, and I just spaced out for one second.  Could
12   you please repeat the question.
13        Q    Sure.
14             Where a default significantly impacts the quality
15   of the product experience, do you agree that consumers are
16   more likely to be more aware of the default and switch the
17   default?
18        A    I understand now.  Thank you, Counsel.
19             So here is an example from the literature,
20   Your Honor, that is discussed sometimes that is consistent.
21             So, for example, if you have a car seat for
22   children, there are defaults about where you set up, for
23   example, the initial positions of the band where they're
24   locked.  That would be a default.  And the usability of the
25   product matters, yes.

1          So and this is a high-stakes problem, parents want

2    their children to be safe.  So yes, in that -- in a

3    situation like that with high stakes, people are being very

4    cautious, yes.

5       Q    Okay.

6          Now, regarding your conclusion that search engine

7    defaults generate a sizable and robust bias towards the

8    default, your opinion is focused on the first time a user is

9    confronted with a default, correct?

10      A    Not necessarily.

11      Q    Well, your opinion in this case is that when a

12   user is first confronted with a default or a changed

13   default, the user is likely to use that default, correct?

14      A    I am not thinking about it that way as a

15   behavioral economist.  I'm thinking about it in which there

16   are users that encounter these products with a default --

17   that come with different defaults or with a choice screen,

18   and they use them for search for a long period of time.

19          I'm not thinking -- maybe I'm misunderstanding

20   you, Counsel, but I'm not thinking just about the initial

21   moment, I'm thinking about the life of the product.

22      Q    So your opinion that defaults have a sizable and

23   robust effect is long term, not short term?

24      A    I think both.

25          I think if you are -- I would say two things,

1    Your Honor.

2            If you were to release a new product, a new

3    browser, for example, that has high demand, and you were to

4    compare a situation with a choice screen, just to be

5    specific, with one in which one of the search engines are

6    default, and you were to track, down the line, usage for the

7    different search engines in that browser, the search engine

8    that is a default would be at an advantage.  That's one

9    example over the course of this.

10           But you can also do other types of comparisons

11   similar to the market events that I have been discussing.

12   Q    Now, yesterday you also testified that your

13   opinion about bias towards the default, you were offering a

14   qualitative opinion, not a quantitative opinion; is that

15   right?

16   A    Yes.

17   Q    Okay.

18           And so you are not offering an opinion for any

19   specific device, browser, any of the devices at issue in

20   this case, you are not offering an opinion that if a default

21   had been changed from one company to another, you don't

22   assign any particular change in usage?  You don't have a

23   percentage or a range or anything; you have offered a

24   qualitative opinion only, correct?

25   A    That is fair.

1    Q    Have you formed any opinion in this case about

2 whether default general search engine bias is different

3 depending on which search engine is the default?

4    A    To answer your question, I want to define my words

5 so they make complete sense.

6         In my science, Your Honor, the definition of a

7 default effect is you take the same product when either

8 there is no default or something else is a default, and you

9 compare its market share in that controlled situation versus

10 when it is the default, okay?  And that difference, as we

11 have seen in dataset after dataset, is the estimate of the

12 default.

13        That difference is going to be -- depend by

14 device, by manufacturer, by search engine, by a lot of

15 things.  You will not expect the same thing, the same number

16 to apply.

17        And just to emphasize and clarify the point,

18 Counsel, we discussed the example of the European choice

19 screen earlier.  If you have a brand that is so dominant and

20 consumers are not familiar with the others, it's already at

21 ceiling.  Introducing a default in favor of that cannot

22 work, or introducing that choice screen.  It's going to

23 be -- have these default kind of echoes.  It's going to

24 depend on a lot of information on the market of the precise

25 measurement.

1          And my opinion is that that gap is there and tends

2    to be sizable and robust and large across the board.  But it

3    will depend, yes.

4          Q    So I appreciate your answer, but let me see if I

5    can get an answer to my question, which was a yes-or-no

6    question.

7               You have not formed any opinion in this case about

8    whether the impact of a default is different if the default

9    is Google or Bing or Yahoo! or DuckDuckGo?

10         A    Thank you for clarifying, Counsel.

11              I am not testifying the relative magnitude of the

12   impacts between them, I am not.

13         Q    Would you expect that if --

14         A    Can I add one thing.

15         Q    Sure.

16         A    I am not forming an opinion.  I just want to add

17   that if it's useful for the Court in the experiments that we

18   discussed when you compare, you can see the numbers from

19   both perspectives, you know?  But I am not, as part of my

20   conclusions of my opinions, no.

21         Q    Okay.  Thank you.

22              Would you expect that if a default is set to an

23   inferior product versus a superior product, do you have in

24   mind -- two scenarios, default set inferior; default set on

25   superior product.

1         Would you expect the bias, as you call it, to be

2    greater, the same, or different?

3         A    It is going to be very dependent on the savviness

4    of the consumer and on other experience.  But other things

5    being equal, and this is important, if you think that a

6    consumer, you know, likely to change over the years, is

7    they're going to depend on experience.  If they are not

8    satisfied with the searches, they are more likely to enter

9    the explicit mode at some point down the line.

10        Q    So you'd expect actually, certainly for a period

11   of time, that the bias, the degree of bias for default for

12   an inferior product actually might be larger than for the

13   superior product?

14        A    I will need to know a lot more about the details

15   before feeling comfortable giving you an answer.

16        Q    Now, in forming your opinion that there was a

17   sizable and robust bias towards the default, that

18   qualitative statement that you've made, are you comparing

19   that to sort of State 1 being default set to Company A, and

20   then what are you -- what are you comparing it to?  Are you

21   comparing it to a choice screen, or are you comparing it to

22   defaults set to Company B?

23        A    I think the comparison that applies to the

24   conclusion can be a number of comparisons, Your Honor.

25             It could be a comparison with what would happen if

1    you were to introduce a choice screen and wait for a while

2    for the market to settle, and for the reasons we have to

3    discuss, to wait for a while is important.

4         It could be a comparison between one default and

5    another default, although, of course, since default biases

6    apply in both cases, that would be kind of a double effect;

7    you remove the advantage for the current and then you add it

8    to the other one.

9         Or it could be a comparison with a hypothetical

10   but-for world, in the words of the legal profession, there

11   was never a default.

12   Q    I appreciate that.

13        I guess I'm asking, when you signed your expert

14   report and you set forth on the slides here that opinion

15   about sizable and robust, what did you specifically have in

16   mind?  Was it default choice screen or default, different

17   default?

18   A    I have in mind a situation in what would --

19   I think, both.  What would have happen if there was --

20   Google didn't have this default qualitatively, and what

21   would happen down the line if you were to move to a

22   situation in which there was a choice screen in some sense,

23   so a situation without defaults.

24   Q    So you say it applies to both?

25   A    Qualitatively, yes.  The details for further

1    analysis is going to depend on details.

2        Q    And I guess that's another way of saying, how you

3    define sizable and robust is a detail to be decided down the

4    line, how big that is?

5        A    But -- yes, but I think -- let me emphasize a

6    couple of things, and I will say, I don't want to waste your

7    time, but I think this is an important behavioral economics

8    point, Your Honor.

9            Let me remind you that behavioral economists have

10   studied defaults in a very large class of circumstances,

11   including circumstances like the tipping interface, like the

12   software, where the existence of the default, how to

13   overcome it, is very simple, and we find these large default

14   effects.

15           A lot of the logic of my case is, when I compare

16   it to the case of search, you have to expect qualitatively

17   the results are going to be larger here.

18           And in addition, that conclusion is consistent

19   with the case documents and the market evidence.  I just

20   want to remind you of that, Counsel.

21       Q    Can you pull up Slide 49.  This is redacted.

22           This is the European choice screen --

23       A    Yes.

24       Q    -- slide if you have it in front of you.

25       A    Yes.

1    Q    And here you've compared -- you've compared the

2    percentages of Google's query share, both pre and post

3    choice screen; is that correct?

4    A    Correct.

5    Q    And you've calculated the percentage differences

6    in these various countries, right?

7    A    With one qualification, yes.

8         These are different metrics.  One is kind of share

9    in the market.

10        The other one is percentage of selections out of

11   the choice screen.  They're trying to get at the same idea,

12   but they are not exactly the same measurement.

13   Q    Understood.

14        And it also -- I appreciate that clarification,

15   because that leads me to another question.

16        This doesn't capture the number of people who

17   chose somebody other than Google, tried it, didn't like it,

18   and went back to Google, correct?

19   A    Formally, it does not.

20   Q    And I believe you said that with the percentages

21   listed between September and December 2021, you said, Well,

22   at least with those percentages, the competitors have a

23   fighting chance.  Isn't that right?

24   A    That was my attempt at being foxy, yes.

25   Q    Okay.

1          Do you agree that -- is it your opinion that the

2     differences listed in the third column constitute a sizable

3     and robust effect?

4     A     Yes, in the following way, which is that -- let me

5     remind you that sometimes -- I have been listening to the

6     discussion in the court since the first day, including the

7     openings -- people are talking as if the default bias is a

8     single number.  The fact of default, it's a single number

9     that applies to all of the biases, in all circumstances is

10    the same.  As a behavior economist, that's -- I cannot agree

11    with that way of thinking about it.

12          If you're in a -- it's going to depend.

13          If you're in a situation in which, before the

14    default is removed, one of the companies is so extremely

15    dominant, as it is here, the moment you offer the choice

16    screen, by removing the default, and the consumers are faced

17    with a choice, the options are not -- and I'm only talking

18    about behavioral economics, I'm not talking about other

19    issues, they're not in an equal basis.  It takes a while for

20    getting familiarity.

21          So even though the number that you are referring

22    to, Counsel, is not nearly as large as some of the others

23    that we have seen, that is a very specific, very, very

24    corner case of a default effect.

25          My expectation as a behavioral economist is that

```
 1    this would wash itself over time.  I don't have data for

 2    this today, but that -- that would be my prediction.

 3         Q    But you're assuming -- that remark is assuming

 4    that the numbers here somehow don't reflect consumer demand

 5    and popularity for the products, correct?

 6         A    I would say this slightly different.  But I think

 7    we are in the same -- referring to the same concepts,

 8    Your Honor.

 9              I think that when there are defaults where there

10    are elements of a choice architecture that produce

11    substantial biases, you can find consumers that get

12    themselves using a product because it generates an adequate

13    experience they get habitized without having experience of

14    anything else.

15              Now, that -- because of that, you cannot conclude,

16    in the presence of those biases, that that's the product

17    that they prefer.  In the sense that an economist use, that

18    is the product that generates the best consumer experience

19    for them out of all products.

20              And if they, for whatever reason, end up trying

21    other products, they may discover that their preference has

22    changed.

23              So this is -- this is choice data that I think

24    very imperfectly will -- reveals through consumer liking

25    because of that.
```

1    Q    And based on the choice screen results you have on

2    this slide, you would agree that the Android OEMs and the

3    carriers, when they selected Google to be the default, they

4    were serving the desires and choices of their overwhelmingly

5    large percentage of their customers, correct?

6    A    I would not agree with the way you asked the

7    question, no.

8    Q    Faced with this data, if you were a browser

9    developer with a product in Europe and you were selecting

10   your default and trying to set the default in a way that was

11   responsive to consumer demand, is it your testimony that you

12   would choose something other than Google?

13   A    You are changing the words, and now I can give you

14   a different answer.

15        I'm not -- I'm a scientist.  I'll apply my science

16   to answer your questions.

17        Consumer demand is about what consumers do.  If I

18   were a browser manufacturer with the goal -- if my goal as a

19   manufacturer were to select as a default the option that

20   most people have chosen last year, the answer, I mean

21   logically, mechanically, of course, is yes.

22        But, again, for the reasons I explained, consumer

23   demand and preferences are not the same thing.  Just

24   clarifying.

25   Q    Consumer demand and preferences are not the same

1  thing.  Is that what you testified to?

2      A    In the presence of biases, no.  In many markets,

3  many situations, yes, you can infer what consumers like from

4  what they choose, many, many markets.  This is a

5  foundational cornerstone of economics.

6          But when there are biases that affect decisions

7  without changing the fundamentals of the decision, the

8  principle of revealed preference, that you can learn what

9  people like from what they choose, breaks town.

10     Q    Would you agree that companies typically use

11 consumer demand as a proxy for consumer preference?

12     A    I think that companies are in the business of

13 maximizing profits, and they would use consumer demand to

14 build models about what consumers would do.  That's it.  And

15 that's not the same, again, as preferences.

16     Q    Now, as part of your analyses in this case,

17 did you analyze the impact of total search volume where

18 Google is the default versus when some other search engine

19 is the default?

20     A    I don't think I have.

21     Q    So you offer no opinion on the question of if a

22 default is switched from Google to Bing for a browser, let's

23 say, the default and a browser, whether total search usage

24 from that browser would go down?

25     A    I have seen data, of course, in the case documents

1    and sitting in court over the last couple days that mention

2    those statistics.  I have not carried on an analysis of

3    that.

4                And the reason is I'm offering qualitative

5    opinions, applying behavioral economics, Your Honor.  When

6    you change a default search engine, even if people -- you

7    can have people that are frustrated a little bit that end up

8    searching more, not less, because when they try something,

9    they don't find what they want, that leads to an extra

10   search or an extra two search.

11               Of course, if the frustration gets much larger,

12   they may change the default search engine.

13               I have not analyzed this in sufficient detail to

14   be able to present an opinion.

15   Q    You haven't done any study about whether changing

16   the default search engine from Google to another search

17   engine would lower search advertising revenues shared with a

18   browser or an OEM or a carrier, have you?

19   A    I have not.  That's not in the scope of my

20   analysis.

21   Q    And have you reached any opinion in this case

22   about whether consumers are likely to use a browser more

23   often or a search box on an Android device more often when

24   Google is the default versus whether another search engine

25   is the default?

1      A     Same answer.

2      Q     Have you done any analysis of consumer

3  satisfaction with a browser when Google is the default

4  versus when another search engine is the default and the

5  browser?

6      A     I have not.

7      Q     Have you done any analysis of consumer

8  satisfaction with a computer or mobile device when Google is

9  the default as to whether another search engine is the

10 default?

11     A     No, Counsel.

12     Q     Now, if you can pull up Slide 55, this is the

13 Firefox default status.

14           Now, you looked at the search engine usage on

15 Firefox -- or I should say the search engine share on

16 Firefox when Google was the default and then they switched

17 to Yahoo! and then when they switched book to Google,

18 correct?

19     A     Yes, sir.

20     Q     And that's what Slide 55 depicts.

21           And just looking at the green number that you plot

22 at the top there, that's Google's search usage; is that

23 right?

24     A     Correct.

25     Q     Okay.

1          And, again, without blurting out the numbers,

2    starting in that period in 2014, going up to that period in

3    2017 when the default is switched, that percentage -- which

4    is a pretty large percentage, isn't it?

5          A    I think what you're referring to, I'm trying to be

6    helpful, Counsel, is that the number, the market search

7    share for Google, both when there's a default and when

8    there's not, is a sizable percentage.

9          Q    Okay.

10         A    But let me remind the Court that the measure of a

11   default effect has nothing to do with whether you choose

12   minority or not.  It has to do with a comparison --

13         Q    Understood.

14         A    -- what happens when you are and you are not the

15   default.

16         So to me, the important number there, as a

17   behavioral economist, is not Google's absolute level, it's

18   the size of the step.

19         Q    That might be the number that's important to you.

20   There may be some other numbers that are important to me.

21   That's what I want to talk to you about.

22         That high number, after the switch, that

23   percentage are all queries going to a search engine that was

24   not the default, correct?

25         A    Yes.

1      Q     And this analysis shows that Google was

2    overwhelmingly the demanded general search engine on Firefox

3    both when it was the default and when it wasn't the default,

4    correct?

5      A     You and I have different definition of

6    "overwhelmingly."

7            It is a very sizable number.  The European choice

8    screen data is overwhelming.  This one I would

9    characterize -- if -- I'm not trying to pick, it's just to

10   be crystal clear.

11     Q     So when you see a situation like this where a

12   default is switched but the overwhelming majority go back,

13   do you think that improved the browser experience for

14   Firefox users?

15     A     I think in my experience, reading case materials,

16   working with interfaces, Your Honor, and my knowledge of

17   behavioral economics, there is heterogeneity.  It's going to

18   depend on what and -- how and what the consumers search for.

19           In one extreme, there are people who are never

20   aware that the default was changed, and this shows up in the

21   case documents.  So for those, it must not be the case.

22           Then there are other people who may switch default

23   search engine on day one.  For them, immediately they are --

24   for some reason, either for habit, brand recognition, or

25   because they care more about the type of search results.

1    They change immediately.  There is a -- they scaturiented.

2       Q     In forming your opinions in this case, did you

3    reach any conclusion as to whether Mozilla's changing the

4    default search engine from Google to Yahoo! in 2014 harmed

5    the Firefox brand with consumers?

6       A     I do not.

7       Q     Did you see any evidence in the record in this

8    case that Firefox changing the default search engine from

9    Google to Yahoo! in 2014 harmed users' experience on

10   Firefox?

11      A     I have seen evidence talking about revenues and

12   things like that.  I think you're asking something more

13   specific.  I am sorry, my memory is fuzzy of the document.

14   It is discussed in the case materials.

15      Q     And did you see, in your review of the case

16   materials, evidence that Firefox's change from Google to

17   Yahoo! as the default in the Firefox browser harmed the

18   Firefox brand?

19      A     Same answer, it's fuzzy.  I don't recall right now

20   standing here.

21            THE COURT:  Mr. Schmidtlein, can I just interrupt

22   you and ask you how much longer in your cross.

23            MR. SCHMIDTLEIN:  I've still got a ways, so I'm

24   happy to break whenever Your Honor --

25            THE COURT:  Well, let's go ahead and break.  It's

1    11:00.  We'll take about 15 minutes, and then we'll return.

2    Thank you, everyone.

3              COURTROOM DEPUTY:  All rise.

4              This court stands in recess.

5              (Recess from 10:59 a.m. to 11:17 a.m.)

6              COURTROOM DEPUTY:  All rise.  The Honorable

7    Amit P. Mehta presiding again.

8              THE COURT:  Thank you, everyone.  Please be

9    seated.

10             Ready when you are, Mr. Schmidtlein.

11             MR. SCHMIDTLEIN:  Thank you, Your Honor.

12   BY MR. SCHMIDTLEIN:

13        Q    All right.  Professor Rangel, just a couple more

14   questions on Firefox and then we'll move on to something

15   else.

16             Did you study whether Mozilla's changing the

17   default search engine from Google to Yahoo! resulted in

18   Firefox users switching from Firefox to another browser?

19        A    I did not.

20        Q    Would you agree that if, in fact, one of the

21   consequences of Firefox switching the default from Google to

22   Yahoo! was that people left Firefox altogether, that that

23   would be very detrimental to Firefox?

24        A    It depends on the mission, the objective function

25   that Mozilla Firefox is pursuing.

1        Yeah, I don't know how much are they weighting

2   profits or statistics like traffic flow versus providing a

3   particular kind of user experience.  It depends.  I would

4   need to know more to give you an answer.  It's not an

5   unreasonable question, but it would depend on the company.

6        Q    Are you aware of companies that make it sort of a

7   practice or a goal or a mission to drive users away from

8   their products to their competitors' products?

9        A    I would not obviously characterize it in that

10  stark form, but there are companies in the world who, it is

11  my understanding, seek to maximize the specialized on a

12  fraction of the market and try to serve that market very

13  well, as opposed to just maximize revenue and other things.

14       Part of the reason I am answering this, Counsel,

15  is that it is not clear to me how much Mozilla is a standard

16  company that just maximizes profits on a stockholder value

17  versus it has other objectives.  I'm not providing Your

18  Honor testimony one way or another.  I just don't know.

19       Q    Do you know where Mozilla gets the overwhelming

20  majority of the revenue it takes to run the Firefox browser?

21       A    I do not.

22       Q    Do you have an opinion as to whether Mozilla

23  losing customers to other browsers could significantly

24  impact its ability to exist as an ongoing browser company?

25       A    Again, I would -- if -- there are assumptions in

666

1    which, of course, that would be the case.  There are

2    assumptions in which there are not.  To have an opinion, I

3    would need to know more about which case of the world we're

4    on.  And as I just mentioned before, my knowledge of the

5    organization itself is limited.

6        Q    Do you have any information or knowledge about how

7    browsers generate revenue in general?

8        A    My understanding is from overall exposure to the

9    case, Your Honor, is that when they have deals like for

10   particular features of the deal, the defaults would be an

11   example, revenue that they get from having defaults, or some

12   search engines are not the default but they are listed as

13   one of the options that can be switched to, and my

14   understanding is that those are also associated with

15   compensation to the browser.  And my understanding is that

16   there is also search associated revenue that comes to these

17   browsers.

18       Q    And you're not offering any opinion in this case

19   that Mozilla's decision to make Google the default search

20   engine on the Firefox browser harmed consumer welfare?

21       A    I am not.  I have not carried out the welfare

22   analysis necessary to be able to answer that question.

23       Q    And you're not offering an opinion in this case

24   that Mozilla's decision to make Google the default search

25   engine on Firefox was a bad choice architecture decision?

1       A     I am not.

2       Q     Now, during your questions and answers with

3  Mr. Hafenbrack, you did talk a little bit about Bing and

4  defaults on Windows; is that right?

5       A     Yes.

6       Q     Okay.

7             And have you formed any opinions in this case

8  about the impact of a Bing default, how that impacts

9  consumer bias in selecting a search engine?

10      A     As I have -- my opinion that the search engine

11 defaults, Your Honor, generate sizable bias is not specific

12 to Google.  When Bing is the default, it also gets an

13 advantage from that default bias.

14      Q     And, again, I think you may have already answered

15 this, but on a relative basis, you haven't tried to compare

16 whether the bias for Bing is larger, the same, or smaller

17 than the bias for Google when Google is the default?

18      A     I am not offering an opinion on that comparison.

19      Q     And you're aware that the overwhelming majority of

20 search queries on Windows PCs go to Google even though

21 Google is not the default on Windows PCs, correct?

22      A     Yes.

23            I'm also aware, Your Honor, that -- that is a

24 correct statistic.

25            It depends, the search of queries in Windows

1  computers that ends up on Google is also going to depend on

2  what browser is being used.  When consumers switch browsers,

3  the search for Google is very, very high.  With consumers

4  who stay with Edge, that is not the case.  But the other

5  statistic I agree with you, Counsel.

6      Q    Okay.

7           And just to follow-up on that point, I appreciate

8  the clarification, Edge is the default browser on all

9  Windows PCs, correct?

10     A    Yes.

11     Q    Google Chrome is not preloaded on any Windows PCs,

12 correct?

13     A    Correct.

14     Q    So regardless of whether Google is picking up

15 search usage on Windows PCs either through changing the

16 default on Internet Explorer or changing the default

17 overall, downloading Bing separately, downloading Chrome,

18 all of these require users to overcome what I think you've

19 called -- you've described as choice friction, correct?

20     A    Yes, with one -- the answer is yes, that's the

21 most important part.

22          But there is a twist to this particular product

23 that I think maybe useful for the Court.

24          For Windows users that encounter, as counsel

25 described, a machine without a Chrome default, they are

1    often targeted when they carry searches with what I would

2    call nudges that invite them to download Chrome.  And when

3    users download Chrome and end up using Chrome Google search

4    goes up.

5          Now, what is interesting to me as a behavioral

6    economist to that particular nudge, not only that it's quite

7    effective, but that it highlights "download Chrome because

8    it's a faster or a better browser."  It doesn't say download

9    Chrome because it has Google as the default.  It just

10   happens that if you have a user who follows that, they may

11   experience a better browser.  I'm offering no opinion on the

12   relative quality of the products.  But if they download

13   Chrome after encounter such a nudge and they end up using it

14   without changing the defaults, the de facto implicitly would

15   be searching with Google.  I just wanted to clarify that.

16        Q    Have you formed any opinion that people who

17   download Chrome are unaware that Google search is the

18   default on the Chrome browser?

19        A    I have not -- that -- I don't have that particular

20   opinion; however, Counsel, given the body of case materials

21   and thinking of the population of consumers as a whole,

22   knowing that there is a faction of them that they're not

23   aware of defaults, et cetera, it is hard to believe that

24   every consumer who downloads Chrome knows that it comes with

25   a Google default.

1    Q    I'm not asking about every consumer.

2    A    I am not forming an opinion.

3         I don't have a number to report to the Court on

4    this specific question.

5    Q    You certainly aren't offering an opinion that

6    people have been misled by Google in some way into believing

7    that some other search engine defaults on the Chrome

8    browser?

9    A    Let me be crystal clear on this:  I'm offering no

10   opinion, no opinion on Google's intentions.  All I can tell

11   you is, as you change the choice architecture, what happens,

12   what does behavioral economics tells you, that is it.

13   Q    Can we pull up slide 56.

14   A    This is from my slide.

15   Q    Yes.

16   A    Thank you, Counsel.

17   Q    Okay.  Do you have that in front of you?

18   A    Yes.

19   Q    So just to, again, reorient ourselves a little bit

20   on this slide, you're talking about default effects on PCs

21   across different operating systems, correct?

22   A    Yes.

23   Q    Okay.

24        And on the left side, you've got Apple's Mac

25   computers, right?

1    A    Correct.

2    Q    And the default on Apple Mac computers is Google,

3    right?

4    A    Yes.

5    Q    And you have there a market share for Bing on

6    Apple Mac computers, right?

7    A    In blue, yes.

8    Q    And then on the right side, you have Windows PC

9    computers, and on those computers, Bing is the default,

10   right?

11   A    Correct.

12   Q    And Edge is the default with Bing as the default

13   within Edge, right?

14   A    Correct.

15   Q    Okay.

16        And, there, you've got Bing's market share on

17   those computers even though Bing is the default, right?

18   A    Yes.

19   Q    Okay.

20        Both of these environments and the statistics you

21   provide, confirm that Google is overwhelmingly the most

22   popular search engine on both of these platforms, correct?

23   A    Yes.

24   Q    Okay.

25        And on the Bing -- excuse me, on the Windows PC

```
 1    side of this -- and, again, without mentioning the
 2    percentage that we've got redacted out there -- this
 3    reflects that people switched in droves from Bing on a
 4    Windows device to Google, right?
 5         A    Yes, with the qualifications that I mentioned --
 6         Q    About Chrome?
 7         A    -- before.  About Chrome.
 8              And also that is one of them.
 9              And that there is -- let me just emphasize about
10    this, and I'm bringing my behavioral scientist hat.
11              Chrome is a popular browser.  And people are
12    accessing the device for that and the default effects are
13    strong, that will leave that.
14              The other thing I wanted to mention, Counsel, just
15    to put the numbers in perspective, is that Google is a very
16    powerful brand and that is also playing a role in
17    encountering this.
18         Q    And Google has a powerful brand because it has a
19    powerfully demanded and high quality product, right?
20         A    I think Google is used extremely highly across the
21    world, that would contribute to brand formation.  And it's a
22    company that has been able to deploy a product that has
23    become synonym with search, and, again, to Google is a verb.
24              And also because many individuals -- and I think
25    this is particularly relevant for the non-tech savvy section
```

 1   of the market -- when they start searching, they encounter

 2   the product through the defaults and other channels, so all

 3   of those reasons.

 4           THE COURT:  I'm sorry.  Can I ask you, in a case

 5   like this where you do see switching, is there any way to

 6   discern or have you seen evidence to discern why the

 7   switching is done?

 8           THE WITNESS:  I have not seen a specific evidence

 9   about the mechanisms.  As a behavioral scientist,

10   Your Honor, I would love to be able to understand exactly

11   for different types of consumers and in different devices

12   what is the event that leads them to switch.

13           I suspect that some consumers, before they buy up

14   their first PC or encounter Edge for the first time, for

15   example, they are used to use Google in other devices, and

16   they just immediately seek it.  That could be an option.

17           For others, they may get frustrated after some

18   search or may they hear from others.  I think it's a number

19   of channels.  I just have not seen the quantification that

20   you're asking which would be very interesting.

21   BY MR. SCHMIDTLEIN:

22      Q    When you see the degree of switching that occurs

23   based on these statistics on Windows PC computers,

24   do you have an opinion as to whether users would actually

25   be -- actually be better served if Google was the default

1    search engine on Windows PCs?

2        A    I don't have an opinion, Counsel, because it's

3    going to depend a lot on the numbers about how strong are

4    the preferences for consumers.

5            Some consumers prefer Bing, some consumers prefer

6    Google.  How strong are these differences, how likely are to

7    be affected by the defaults, and how strong, in economic

8    terms, monetize terms are the switching costs, and I have

9    not seen evidence of those.  I would need to quantify what

10   you're asking.

11       Q    So, again, focusing on this right side, we've got

12   a large percentage of users of Windows PCs who are moving

13   away from Bing and going to Google, right?

14       A    Yes.

15       Q    We have a relatively small percentage of people

16   who are continuing to use the default Bing, correct?

17       A    Yes.

18       Q    And within that small percentage of Bing users,

19   would you agree, because of the default bias, that there's

20   some unknown percentage of those people who actually would

21   rather use Google?

22       A    Yes.

23       Q    Now, these figures are PC figures.  And I know you

24   have offered some opinions in this case about the extent of

25   the bias on PCs versus mobile devices; is that right?

1        A    I have.

2        Q    Okay.

3             And in the course of reviewing the case record

4   here, did you find any evidence of situations involving

5   mobile devices where we see the type of situation that we

6   see on this slide 56 where we have a non-Google default and

7   a very, very large number of people who nonetheless move and

8   use Google?

9        A    I'm running through the list in my head, Counsel.

10            One second, please, Your Honor.

11       Q    Sure.

12       A    From the top of my head, Counsel, the key piece of

13   data related to that is the Firefox change also happened in

14   mobile devices, and I presented on my reports about that

15   with the caveat that, as we have discussed, Firefox is

16   mostly a PC -- a PC browser, most of the users of Firefox

17   are on PCs.

18            I am sorry, I'm blocking it right now if there are

19   other -- there's large number of piece of evidence that I

20   discussed.

21            MR. SCHMIDTLEIN:  May I approach, Your Honor?

22            Your Honor, this is Defendant's Exhibit 440.  It

23   is a document that was produced by Microsoft in this case.

24   And it is -- we have a business declaration -- business

25   records declaration to support its introduction.  I believe

1    the plaintiffs are -- well, we've provided it to them, and I

2    don't know if they still have an objection to it or not; but

3    I would like to move this into evidence.

4            MR. HAFENBRACK:  No objection from the government,

5    Your Honor.

6            THE COURT:  All right.  So Defense 440 is

7    admitted.

8                                      (Defense Exhibit 440
                                       received into evidence.)
9

10           MR. SCHMIDTLEIN:  All right.  Can you put this up

11   on the screen?

12   BY MR. SCHMIDTLEIN:

13       Q    I'll first ask you, is this one of the documents

14   that you reviewed in connection with forming your opinions

15   in this case?

16       A    I apologize, I cannot recognize.

17       Q    I can pull out your materials considered.  You put

18   one of those together for the case, right?

19       A    Yes, I would take your word for it.

20       Q    Okay.

21           I don't believe you did, but I'll confirm that,

22   but I don't believe you did.

23       A    It does not look familiar, but 53-year-old memory

24   has its limitations.

25       Q    I'm older than you are so I'll stipulate to that.

1          If you would turn to the page that is -- it's

2     page No. 10, and if you're scrolling down on the very, very

3     bottom corner it's page 4028.

4          THE COURT:  Just make sure, Mr. Schmidtlein,

5     I assume this is up on the public screen.

6          MR. SCHMIDTLEIN:  I'm going to have -- yes.  And

7     this has been cleared with Microsoft for publication.

8          THE COURT:  Okay.

9     BY MR. SCHMIDTLEIN:

10    Q    Now, sir, this is a document from 2010, the email

11    that attached this study.

12         And do you have an opinion about whether users'

13    familiarity, dexterity, ability to change defaults today is

14    greater than, the same, or less than in 2010?

15    A    I am not offering an opinion on that.  As a

16    behavioral economist, I would expect that as time has gone

17    up -- as time has passed and mobile devices have become such

18    highly used, and there are case materials on the frequency

19    of use, that familiarity has certainly not gone down.

20    Q    Okay.

21         Looking at this, this chart here, which reflects

22    an internal Microsoft analysis of RIM devices.  Do you know

23    what RIM device -- or what RIM stands for?

24    A    I do not know that acronym.

25    Q    Are you familiar with the company Research in

1     Motion, they manufacturer BlackBerry devices?

2          A     That's before my time, no.

3               I think they were popular in your profession but

4     not in mine.

5          Q     I know, economists, lawyers, you know, we're not

6     exactly --

7               Looking at this document, there are four different

8     BlackBerry, I assume, devices that are being represented

9     here, each of them being sold -- or it could actually be the

10    same device but being sold by different carriers, right?  So

11    we've got a Verizon device with Bing as the default.

12    Do you see that?

13              AT&T with Yahoo!.  T-Mobile with Yahoo!.  And

14    Sprint with Google.

15         A     I understand what you're pointing out, and seems

16    like a reasonable interpretation of the graph.

17              I just want to emphasize, I am going to answer

18    your questions taking as given, accepting as assumptions

19    what you're describing because I have not the document in my

20    memory.

21         Q     Right.  And that's what you've been doing

22    throughout the case.  You've been reading documents, and

23    you've been bringing your best knowledge to interpret them?

24         A     Of course, Counsel, that's fair, with one caveat,

25    that with some documents, I have had hours to be able to go

1    back and forth and understand the context and ask questions.

2    Here, I'm just saying I will take as given in my answers the

3    way you're describing the documents as is, just that's the

4    best I can do, to be helpful to the Court.

5         Q    Sure.

6              And the title of this slide, at least at the top

7    is, "Bing mobile browse on RIM achieves low penetration to

8    date, while client has almost no uptake; however, users do

9    search using Google," right?

10        A    Yes, that's the title.

11        Q    Okay.

12             And the device that's represented on the left

13   there, the Verizon device with Bing as the default, can you

14   tell the Court what percentage of users or searches on that

15   device are Google even though Bing is the default?

16        A    I hope as a teacher of basic statistics, I don't

17   make a mistake within this graph, but my understanding is

18   that Bing is 8 percent of the queries and Verizon devices of

19   this class and Google is 91 percent.

20        Q    And if we look at the AT&T device with Yahoo! as

21   the default, what are the percentages where Yahoo! gets

22   search usage versus Google?

23        A    Yahoo! would be 13 percent, Google would be

24   87 percent.

25        Q    And the T-Mobile device with Yahoo! as the

1    default?

2         A    Yahoo! would be 11 percent and Google would be

3    88 percent.

4         Q    And then the Google device that is sold by Sprint,

5    which Your Honor heard some testimony from I believe

6    Mr. Barton yesterday about, what are the percentages there?

7         A    Yahoo! would be 3 percent and Google would be

8    96 percent.

9         Q    Now, with respect to the Bing Verizon device, the

10   Yahoo! AT&T device, and the Yahoo! T-Mobile device,

11   do you believe that in those circumstances, because they are

12   the default, that those percentages that Bing and Yahoo!

13   received there show a sizable and robust bias towards them?

14        A    To answer that question, Counsel, I would really

15   need to know what would have a comparison -- actually,

16   I apologize, I want to be thoughtful.  One second, please.

17             THE WITNESS:  Let me just think through the graph

18   with your permission, Your Honor.

19             THE COURT:  Of course.

20             THE WITNESS:  I am ready.

21             I'm going to answer your question with just one

22   qualification.

23             Remember a default effect is the difference in the

24   similar type of the bias when it is the default or not.

25   I don't have the comparison here.

1          But based on the numbers that are plotted, the

2    advantage in the default for Bing, in this specific time of

3    devices at this specific time -- and let me remind you these

4    were very different interfaces generally, I don't know this

5    is the bias but generally in the market -- the default looks

6    small or bounded or not of a very large magnitude.

7    BY MR. SCHMIDTLEIN:

8        Q    Okay.

9             And have you seen any analyses or computations

10   around Windows Mobile devices and the impact of defaults on

11   Windows Mobile devices?

12       A    I don't recall.

13       Q    Now, you've testified about the circumstance when

14   Apple changed its mapping product on iOS devices from

15   Google to Apple Maps; is that right?

16       A    Yes.

17       Q    And you've relied heavily on internal data at

18   Google evaluating what happened immediately after that

19   switch and the impact it had on Google Maps, correct?

20       A    Yes, immediately and for the next two years in the

21   data that I have seen.

22       Q    Okay.

23            Now, prior to Apple launching its Apple Maps

24   technology, can you explain how Apple actually provided

25   maps' functionality on Apple's devices?

1      A    My understanding is that Google Maps was the

2    default application in Apple devices.

3      Q    What do you mean by a "default application"?

4      A    I don't have the ability to go back to a 2010

5    phone -- sorry, to a 2012 phone and play with it, so I am

6    doing the best with my current knowledge and memory of the

7    space at the time.

8           My understanding is that when you -- there are

9    many instances in which you, in another application, search

10   for a direction or you get a direction and you can look for

11   it from the other application and then a new app pops up

12   that provides directions or contextual information in a map.

13   The default would be the application that gets deployed when

14   you perform such operations.

15     Q    Okay.

16          When Apple was, I guess, to use your term, using

17   Google as the default -- and this is a little bit of a

18   technical question -- was it actually a Google application

19   made for iOS devices?

20     A    I am not sure because -- and, again, there are

21   limitations on my access to reconstructing those devices --

22   I cannot tell you if it was an app that was installed and

23   that that was what activated, or it could be that a browser

24   opened with a Google Maps.  I just don't know.

25     Q    Okay.

1           So you're not actually sure of sort of the

2    implementation of how Google Maps technology was invoked on

3    the device?

4        A    Correct.

5        Q    And when the switch was made to Apple Maps, was

6    that -- did Apple Maps now have an icon that was identified

7    as Apple Maps on the device?  How did that switch occur?

8        A    That is my understanding, my working assumption.

9        Q    But you don't know whether previously there was

10   actually a Google Maps --

11       A    I do not.

12       Q    -- icon on the screen?

13       A    I do not, Counsel.

14       Q    Okay.

15           Now, when Apple switched and introduced its own

16   Apple Maps product or service, was there a way to go somehow

17   inside of Apple Maps and change a default to Google Maps

18   inside the Maps icon?

19       A    I cannot go back to that operating system.

20           There is -- I cannot go back.

21       Q    Okay.

22           And you've helpfully explained the concept of sort

23   of a default Maps being invoked when, you know, I'm on a

24   website -- let's say I, you know, I find a restaurant or

25   something on my phone and they have the website and it's

1    kind of got a link to it and I can click on it and that will

2    open a map, right?

3        A    Yes.

4        Q    Okay.

5             And at that point in time, the device needs to

6    call on a mapping product or technology of some sort, right?

7        A    Yes.

8        Q    And, at the time and even up through today, when I

9    go and I tap on a link on an iPhone for an address, and that

10   opens up into Apple Maps, right?

11       A    That is my experience as well, and I've tried a

12   handful of iPhones, and I have had that experience

13   consistently.

14       Q    Okay.

15            Is there a way on iOS devices, back then and

16   even today, that if I want to go in and I want to change

17   that default -- in other words, I say -- you know, if I'm

18   somebody who would prefer Google Maps and I would like to be

19   able to go in forward, click on that link, and have it open

20   Google instead of Apple, is that functionality provided

21   within iOS devices?

22       A    Today?

23       Q    Yes.

24       A    I don't know.

25       Q    Has it ever been?

1      A     Same answer.

2      Q     So at the time you were looking at -- evaluating

3   the impact of the default from Maps to search, there's --

4   there was no way to change the default for Maps on iOS

5   devices, right?

6      A     I answered a moment ago that I don't know.  Now

7   you're asking me to say that I do not if there was and

8   I just cannot tell you.

9      Q     You don't know.

10         That wasn't important to you in evaluating how

11   robust the figures were for comparing the Apple Maps

12   situation?

13      A     No, and let me explain why because I think it's an

14   important point.

15         When these apps get released -- when Apple Maps

16   gets released and gets introduced, Your Honor, there is a

17   massive shift in traffic of Maps, as you saw in the data,

18   and customers access this in a number of ways.

19         And you are hinting, Counsel, at the idea that if

20   there is not a way of explicitly, especially at the time,

21   switching the default, that would be what behavioral

22   economists would consider, Your Honor, an example of extreme

23   choice friction, I mean, it's almost like extreme.

24      Q     A force default?

25      A     Yeah, it's an imposed force.  You cannot change

1    it, so you can think about it -- I hope I'm not being too

2    prophezoric, but like an infinite level of choice friction.

3            And so that, I'm taking that is into account the

4    data.

5            But the other thing that I wanted to emphasize is

6    that to me the part of this data that is so extremely

7    interesting, given that is data not per se about search, is

8    that when Apple itself needs to estimate what would happen

9    in mobile devices if it were to lose the search default for

10   which a default change is possible, when the company inside

11   does that, they use this data.  So whether or not there is

12   the ability to change that default or not, that I

13   acknowledge already I do not know, that is already taken

14   into account in Google's own usage of this.

15       Q    Okay.

16            Ask I think you misspoke before.  I think you said

17   Apple and I think you meant to say Google so I want the

18   record just to reflect for fairness that I think you meant

19   to say Google?

20       A    Yep.  Thank you for helping me --

21       Q    Sure.

22       A    -- correct the mistake.

23       Q    And is it your testimony that you've interpreted

24   Google's documents as accepting as the Bible truth that the

25   Apple Maps scenario would absolutely, positively play out

1    the same in search?

2        A    Not to your question.  But I -- my interpretation

3    of the case documents, and this is -- I encounter

4    repeatedly, is that when the company has internal meetings

5    to discuss this and faces the problem of estimating this,

6    which, for a business like Google, is a fundamental question

7    because it determines the value -- the economic value of

8    those defaults for themselves, Your Honor, when they sit

9    down and do that, they rely on this data.  This data is

10   discussed.  That, to me, seems like a very reasonable

11   interpretation of the case documents.

12            Whether they swear on the Bible that that is the

13   precise number, which was your question, no, of course,

14   I'm not testifying to that.

15       Q    It was one data point that was examined because

16   there actually had never been a situation where Google had

17   decided to switch from Google search to another search

18   provider for any of Apple's products, for Safari?

19       A    I think that --

20            THE COURT:  I think you misspoke.  You meant Apple

21   made the switch.

22            MR. SCHMIDTLEIN:  Thank you, Your Honor.

23            THE WITNESS:  Maybe the Court can keep a

24   competition to see who makes it more.

25            Just one small comment, Your Honor, Counsel, to

688

1   answer your question, I think that saying this was one data

2   point is, I want to qualify that, is definitely a data point

3   that they use, but I think it's more that it's just one out

4   of many or something like that.  In the documents that I

5   refer to and cite, you see that they used this to inform the

6   decision, because -- to get some data about what happened,

7   but they did construct financial analysis with implications

8   based on this assumption so they seem to be using this data

9   point.

10  BY MR. SCHMIDTLEIN:

11      Q    Did you do any investigation of the question of

12  user confusion about the source of Maps' functionality when

13  Apple switched from Google to Apple for Maps?

14      A    Not a specifically for Maps.

15      Q    Now, you testified a little bit earlier today

16  about the Russian choice screen.  Do you recall that?

17      A    Yes.

18      Q    Okay.

19           And aside from looking at the data that you

20  presented, did you do anything to educate yourself about

21  other factors that might explain why users choose a local

22  Russian search engine like Yandex over Google when presented

23  with a choice screen?

24      A    Very, very generally.

25      Q    Okay.

1          You didn't do any in-depth analysis of consumer

2    preferences in Russia?

3      A    I did not.

4      Q    And I take it you don't consider yourself an

5    expert on the Russian consumer economy, do you?

6      A    No.

7      Q    And you haven't done any analysis in this case to

8    evaluate Yandex's search quality versus Google's search

9    quality, have you?

10     A    I do not.  The only point I wanted to say about

11   this is that one of the things, Your Honor, that is

12   interesting about the Russian choice of screen, as was

13   discussed before, is that it offers a control because it

14   changes in some devices versus not.

15          So even though I cannot tell you exactly the

16   relative quality or things of that sort, I do see that the

17   choices screen kicks in deferentially in the devices for

18   which the default is removed but not the other ones.

19     Q    Did you evaluate marketing initiatives that Yandex

20   undertook around the time of the choice screen?

21     A    I did not.

22     Q    Did you evaluate the Russian regulators'

23   participation in and involvement in the regulatory

24   proceedings in Russia?

25     A    No.

1    Q    Did you evaluate or consider demands and

2  requirements that the Russian regulator made on Google in

3  terms of making peace with Yandex?

4    A    No.

5    Q    Now, you also have -- you've also taken a look at

6  the Silk browser.  Do you remember that?

7    A    Yes.

8    Q    And if we can pull up slide --

9    A    This is from my presentation, Counsel?

10   Q    Yes, I think it's slide 43.

11        And the Silk browser is an Amazon product,

12  correct?

13   A    Yes.

14   Q    And the Silk browser primarily is found on Amazon

15  tablets; is that right?

16   A    Yes, and it comes preinstalled.

17   Q    And the device you looked at was the Amazon Fire;

18  is that right?

19   A    Fire tablet.

20   Q    Fire tablet.  Okay.

21        What's the primary use -- do you have an

22  understanding as to what the primary use of Amazon Fire

23  tablets is?

24   A    There is -- I mean, I do not own one, Your Honor,

25  I actually use an iPad for some of my work.

1           My understanding is that this is a tablet.  From

2     playing with it, it has the full capabilities.  I'm

3     answering your question.  But it's also used a lot for

4     reading because it comes with some Amazon products like

5     Kindle.

6           Q    And is it also used a lot for streaming?

7           A    Yes, for Amazon Prime media too.

8                Basically, if you open the Silk browser,

9     Your Honor, has an interface, and just the tablet in

10    general, that allows you to access Amazon's products very

11    easily.

12          Q    Okay.

13               And did you do any analysis in this case to assess

14    whether Amazon Fire tablets are a significant source of

15    overall web search in the United States?

16          A    My very qualitative reading of the data is that

17    they are a small share, they are not substantial.  It's not

18    one of the main channels to the web.  But they are used for

19    search, it's just not one of the main.  I cannot give you a

20    number from a normal --

21          Q    Do you have even an order of magnitude?

22          A    I don't.  It's small.

23          Q    Very small.

24               More or less than 5 percent?

25          A    I apologize, I -- I don't remember the number.

1      Q     You didn't look at that.  Okay.

2            Now, are Amazon Fire tablets Android compatible

3   devices?

4      A     Could you ask me the question in a slightly

5   different -- I'm not quite sure I'm understanding what

6   you're asking me.  I'm sorry.

7      Q     Let me step back.

8            Do you know what operating system powers the

9   Amazon Fire tablets?

10     A     I don't think it's Android, but I am not sure.

11     Q     Okay.

12     A     The interface seems to be very -- you're asking me

13  something under the hood.  The interface is very different

14  from the one that I experience in Android.  Technical

15  underground, I just don't know which one it is.

16     Q     I'm going to ask you to make a couple of

17  assumptions for me --

18     A     Of course.

19     Q     -- that I don't think my friends back here are

20  going to disagree with.

21           The Android Fire tablet is based on open-source

22  Android operating system?

23     A     Understood.

24     Q     And it has been modified by Amazon such that it is

25  not an Android compatible device.  Does that --

1    do you understand what I mean?

2         A    I understand.

3              And even though I could not ping it, describe it

4    like you, if you're describing an assumption that is a fact,

5    the context is familiar of this distinctions, yes.

6         Q    Okay.  I just wanted to make sure --

7         A    I understand what you're speaking about.

8         Q    Okay.

9              Are you aware that the -- that Amazon has its own

10   app store?

11        A    Yes.

12        Q    Okay.

13             And the Amazon Appstore can be found on Fire

14   tablets, right?

15        A    Yes.

16        Q    And because the Amazon Fire tablet is not Android

17   compatible, the Google Play Store is not on a Fire tablet,

18   right?

19        A    Correct.  That's one of the things that get

20   negotiated, it is my understanding, with this -- under

21   operating systems to get access to the Play Store.

22        Q    Okay.

23             And so do you know whether there is a Google

24   search app available in the Amazon Appstore?

25        A    The question that you're asking is subtle because,

1    Your Honor, Google does not produce a Google search

2    application or a browser for the Amazon tablet.  That's,

3    I think, what counsel is referring to.

4              However, you can access Google in a number of ways

5    in the Amazon Fire tablet, including you can download from

6    the Amazon store something that smells and looks like a

7    Google application, even though it's not produced by Google,

8    it's produced by a third party, and it gives you Google

9    search.  And it even allows you to log in to your Google

10   account and returns a page that looks like a Google thing.

11        Q    But it's not Google, is it?

12        A    But let me -- as I said before, to be crystal

13   clear, it is not produced by Google.

14        Q    And there is no Google search application

15   designed, optimized, and made for Fire tablets, correct?

16        A    By Google, no.

17        Q    And the same is true for the Chrome browser,

18   correct?

19        A    Correct.

20        Q    Now, you understand Bing is the default search

21   engine for Silk?

22        A    It is.

23        Q    And have you tried to assess the magnitude of the

24   default bias in favor of Bing for the Silk browser?

25        A    I have.

1          THE COURT:  I'm sorry to interrupt you before you

2     move on to that question.

3          So the percentage that is Google search on --

4     through the Silk browser, is it -- would the search source

5     then be the user navigating to Google's website to conduct

6     the searches?

7          THE WITNESS:  Your Honor, to answer your question,

8     I need to offer one clarification first.

9          My understanding is that that search share in that

10    graph is not only through the Silk browser, it's through the

11    device.  So this Google search, it is my understanding, this

12    fraction, can come through, download in this third-party

13    application or going in Google in the Silk browser and

14    typing --

15         THE COURT:  The URL.

16         THE WITNESS:  -- the URL.

17         And the device also allows you to change the

18    default to Google, that's another option.  And it also

19    allows you to put a bookmark in your home page that if you

20    click it, without having to type, it did ask you there.  So

21    there are a number of ways.

22         But to the best of my memory, this is not specific

23    to the Silk browser.  It's generally to the tablet.

24         MR. SCHMIDTLEIN:  Your Honor, I'm going to hand up

25    what we've marked as Defendant's Demonstrative

1    Exhibit 1.014.

2    BY MR. SCHMIDTLEIN:

3        Q    Now, Professor, as part of your work in the case,

4    did you investigate what Fire tablets look like or did you

5    buy one or did you do something to familiarize yourself with

6    a Fire tablet?

7        A    Yeah, I did not purchase a Fire tablet, take it

8    out of the box like I did with the Galaxy phone, but I have

9    definitely spent time with a Fire tablet.

10       Q    Okay.

11            And the demonstrative we've marked here, I will

12   represent to you was my team's sort of best effort to go on

13   the Internet and try to capture a -- the Fire HD 10 tablet.

14   Does this look familiar to the types of Fire tablets that

15   you've seen or encountered?

16       A    It does.  Just to provide context for the Court,

17   the details of the applications that would be listed there,

18   may differ by devices.  I don't know if this is of the box

19   or a particular user.  But qualitative, definitely, yes.

20       Q    Okay.

21            Now, we've highlighted with the red there two

22   specific areas.  At the top, there's a search bar, and then

23   over on the left there, I think is the icon for the Silk

24   browser.  Do you recognize those?

25       A    I do.

1    Q    And were you aware, when you were doing your

2    analysis, that the Fire tablets come with a search bar?

3    A    I am aware and I have, yes.

4    Q    Okay.

5         And the search bar, as it suggests, is a place

6    where you can conduct web search, right?

7    A    Correct.

8    Q    And the search engine that is attached to that

9    search bar is Bing, correct?

10   A    Correct.

11   Q    And the default of the Silk browser is Bing, too,

12   we know, right?

13   A    Correct.

14   Q    Have you done any analysis as to what percentage

15   of search on Fire tablets goes through the search box versus

16   the Silk browser?

17   A    Not for this specific device, no.

18   Q    Okay.

19        I mean, for any Amazon devices?

20   A    I have not.

21   Q    Okay.

22        Have you investigated whether switching the

23   default on the Bing -- or on the Silk browser, how that

24   compares in terms of steps, complexity, and everything else,

25   how that compares to switching the default on, let's say,

1  Chrome or Safari?

2      A    I have investigated how to change the default both

3  in the Silk browser and the search bar on this device, Your

4  Honor.  I am not offering generally opinions about the

5  comparative degree of difficulty of choice friction for

6  reasons that were discussed yesterday.

7           I can tell you in this specific device that for

8  the Silk browser, qualitatively, this unit is on the same

9  order as Safari and the other things, they vary, the details

10 vary.  And, again, let me emphasize I'm not providing a

11 ranking.  I can tell you that changing default on the search

12 bar on this tablet was beyond my capabilities.

13     Q    It's impossible, isn't it?

14     A    I don't want to say it is impossible because

15 I work at Cal Tech, and there are some very smart coders

16 there, but I can certainly not do it.  I was not able to

17 figure out how to do it.

18     Q    There is no methodology within the settings menu

19 or anywhere else on that device where you can find a

20 drop-down menu like you can with Safari or Chrome or even

21 Bing or even Edge to change the default on that search bar,

22 correct?

23     A    I wasn't -- your description of the user interface

24 matches my investigations.

25     Q    It is hard coded to Bing, correct?

1      A      I do a lot of coding and computer science, too.

2    I'm not sure if I would use the word "hard coded," but it's

3    definitely not possible -- I couldn't figure it out, after

4    spending substantial amount of time, both with the user

5    interface and searching online.

6      Q      Do you have an opinion as to whether that feature

7    of the search bar could impact the search usage on Silk

8    browsers?

9      A      If people who search in this tablet, Your Honor,

10   search automatically with the search bar, they will be

11   searching with Bing because it cannot be changed, of course.

12     Q      Now, you offered some opinions around the concept

13   of hidden defaults or sort of whether people can immediately

14   recognize what the default search engine is that they're

15   using; is that right?

16     A      I am not sure I would offer -- I would call that

17   opinions on hidden defaults, but I certainly have testified

18   that there is confusion, evidence of confusion about whether

19   there are defaults or what is the default or what are the

20   options available.

21     Q      Okay.

22            And is it -- have you offered an opinion in this

23   case that there is confusion either around when people

24   search on Android in the search widget or on Safari when

25   people search on the Safari browser?

1    A    My opinion about the user confusion is largely

2  more general than that based on the number of case

3  documents.

4          But, Your Honor, there have been a number of

5  documents that I have seen related to a specific

6  intervention on specific devices that talk about confusion.

7          For example, we mentioned yesterday, the Waldo

8  experiment, carried out by Firefox, in which they impose

9  this change in default.  And there is -- in that particular

10  context, there is also a discussion of user confusion and

11  unawareness of this issues by the consumers.

12   Q    This is DXD or Demonstrative -- Defendant's

13  Demonstrative Exhibits 1 -- 001 through 004.

14          Now, the first page here, do you recognize this as

15  a -- the Safari interface on desktop?

16   A    It looks qualitatively, the details of other --

17  they vary by use, but, yes, qualitatively.

18   Q    Yeah.  I mean, the favorites -- obviously, there's

19  a certain favorites that come preloaded, but I'm not asking

20  you about that, I'm not going to ask you to focus on that.

21          And when the user searches Safari on desktop, when

22  they start to type in here "pizza near me," right there it

23  says "search Google," correct?

24   A    It says Google -- in there, yes.  Sorry, yes.

25   Q    So in the actual search bar for Safari, the Google

1    brand is identified, right?

2         A    That is what it says, yes.

3         Q    And then let's look and see what it says when --

4    if you hit enter?

5         A    Do you want me to turn the page?

6         Q    Yes, please.  And we'll flip it on the screen if

7    that's easier.

8              So this is what you get on the desktop in terms of

9    search results.  Again, the Google brand prominently in the

10   left upper -- upper-hand left.

11             Are you offering an opinion that when a user gets

12   these search results, that they're confused as to whether

13   this is Google or some other search engine?

14        A    We might make a behavioral economist out of you

15   yet, Counsel.

16             It is mesmerizing, I agree, that given that you

17   encounter queues of this sort, including often in the page

18   of returns, Google is marked, there are still users that

19   seem to be confused about what is generating the searches

20   and existence of defaults.  It is mesmerizing.  We are a

21   complex and not fully rationale species, Counsel.

22        Q    Have you done any analysis as to the percentage of

23   people having typed into the search bar that says Google

24   search and then gotten a search results page that has

25   Google's brand prominently located at the top of the page?

1   Have you conducted any analysis to estimate how many people

2   are nonetheless confused?

3          A    I have not.

4          Q    Let's go to the next one.

5               THE COURT:  Can I ask you, are there any studies

6   out there that measure whether people have an understanding

7   of the difference between a search engine and a browser?

8               THE WITNESS:  I think that that's a fundamental

9   question, Your Honor.

10              Part of the confusion in my opinion here is that

11  people don't understand this space enough.  They don't

12  understand the difference between searching and browser.

13  Some people may not understand the difference between Google

14  and search.  So we are just with a fraction of the

15  population that is like that, which I do not have a

16  quantification for, Counsel.  The fact that it exists

17  confusions about those issues is not.

18              Now, if you have a population that is more

19  sophisticated, I would expect as a behavioral economist once

20  they see a page like this, is the end of the story.  But

21  we're talking about a market that covers this almost

22  everyone on Earth and there's a lot of variation on

23  technical savviness.

24         Q    The next slide we've got here, which is 3, slide 3

25  of DXD01, this is a -- the mobile Safari experience.

1           And, again, you start to type "pizza near me" at

2   the top and it tells you "Google search," correct?

3       A    Yes.

4       Q    And then on the right-hand side -- again, these

5   are the search results on a mobile device with the Google

6   brand prominently displayed at the very, very top of the

7   page, correct?

8       A    It's analogous to the previous case, yes.

9       Q    Okay.

10          And you're not offering any opinion in this case

11  that -- about the extent or degree of any user confusion of

12  people who are using Safari on mobile?

13      A    It's -- as I explained before, this is a

14  qualitative opinion, not a quantification that is precise

15  about the distribution of different types of user confusion,

16  much less across devices.

17      Q    Let's look at the next slide.

18          Firefox on desktop.

19          The Firefox browser on desktop, the search bar

20  located below the Firefox brand there, before you type

21  anything into it, it says, "search with Google or enter

22  address," correct?

23      A    Yes.

24          And there are -- one thing that may be useful for

25  the Court to know, if I may, Counsel, just for a second,

1    different -- as we discussed yesterday, there are different

2    levels of choice friction.  One of them is thinking about

3    the space, aware that there are different options.

4            And the interfaces of the different products

5    differ on the extent to which they queue you to this.

6            So from a point of view of choice architecture,

7    this is a situation in which at the moment of searching, if

8    you are paying attention, not everybody is but if you are,

9    you are already told, what is the search engine.

10   Q    You mean, if you're awake?

11   A    Again, Your Honor -- sorry, Counsel, I beg you to

12   study human nature more.  I mean, we are an irrational

13   species.  Sometimes you may be looking at this and you're

14   thinking about something else or not paying attention.

15           I don't want to push this point, it's obvious the

16   information is there.  I'm just telling you that just

17   because something is there doesn't mean people are

18   processing.  That is just a fundamental finding of a

19   decade -- sorry, a century of psychology.

20   Q    You're not offering any opinion in this case about

21   any quantification at all of users who are confused when

22   using Firefox as to whether or not they're using Google --

23   they're getting Google search results or some other search

24   results, are you?

25   A    I'm not providing a quantification.  I want to

1    remind, aside discussing my reports, and I've mentioned in

2    my testimony that there are case documents from Firefox

3    showing that some users are.  What is that number?  I cannot

4    testify.

5         Q    And, in fact, Firefox, given its experience when

6    it switched to Yahoo!, Firefox has a great deal of incentive

7    to remind people that they're getting Google search results,

8    right?

9         A    I can -- I'm not ready to answer that question.

10        Q    Can you go to slide 8, skip ahead.

11             So this is an Android device.  And the search bar

12   on that device, what is that?

13        A    Are you referring to the icon in the left?

14        Q    No.  I'm just referring to that, the bar there.

15   I've highlighted it there.

16        A    Of course.  Sorry.

17             Your Honor, that is the Google search widget that

18   comes preinstalled in Android devices.

19        Q    And on the slides that you presented yesterday --

20        A    Are you referring to the demo?

21        Q    I am.

22             -- the title of -- before you started those

23   slides, "the steps to change the Android search widget."  Is

24   that a mistake?

25        A    I take your editing suggestion, it's a valid one.

1    It would have been better to say the Google default Android

2    search widget or something like that.

3         Q    Okay.

4              This widget here is Google -- is the Google search

5    application, correct?

6         A    Yes.

7         Q    It wasn't designed to have a drop-downs or

8    defaults because it's Google, right?

9         A    If you're -- I am not sure what you're referring

10   to.  I apologize.  Could you ask me the question slightly

11   differently?

12        Q    Sure.

13             This widget we're looking at on the screen, it's

14   Google search?

15        A    It is Google search, yes.

16        Q    It is not a generic widget?

17        A    It's not a browser, yes.

18        Q    Okay.

19             It's not a generic search box where users can go

20   and make other selections, right?

21        A    That is correct.  It's a widget designed to access

22   Google search specifically.

23        Q    And you're not offering any opinion in this case

24   that when people type their searches into the Google search

25   widget, that they're confused as to what search engine

1    results they're going to get?

2        A    I'm -- I am not quantifying what fraction of users

3    know that when they are using that search widget, they are

4    specifically searching with widget.

5            Based on the body of case materials, I suspect

6    that there's some user confusion about what they're

7    searching with, for some of them.  For others, they will be

8    aware that this is a Google search widget.

9        Q    Okay.

10           You testified yesterday and you took us through a

11   series of slides about changing the search provider on an

12   Android device like this, correct?

13       A    To be a specific, to give an illustration to the

14   Court, I just showed the case of a user who wanted to take

15   out the Google search widget and add Bing search widget.

16   That was a very specific change of many that one could

17   consider.

18       Q    And you testified that you thought there was

19   choice friction involved in changing out the Google search

20   widget and installing another search widget, right?

21       A    I did.  And to be crystal clear, just to remind

22   the Court, there is choice friction in understanding the

23   space and carrying out the research; and then, in the demo,

24   I focused on the existence of choice friction on

25   implementing the steps, both.

1    Q    Professor, I've given you pretty free range here.

2   I've tried to ask you some very, very specific questions,

3   mostly "yes" or "no" questions, and I'm getting a lot of

4   feedback, so try to stay focused on my question if possible.

5    A    Of course.

6    Q    Have you done any particular empirical study or

7   research as to how many people want to change the Google

8   search widget out, and they can't figure out how to do that?

9    A    I have not collected data, no.

10    Q    And you haven't seen any data that suggests that

11   any sizable number of people don't know how to search with

12   another search engine on an Android device if that's what

13   they want?

14    A    Specific to that issue, I have not.

15    Q    Did you actually try to time how long it takes to

16   change the default in Safari?

17    A    Not with a stopwatch.  And definitely not the way

18   I would do it, which is depending on how fresh it's in your

19   memory and how many times you do it, it will change, I've

20   not, but I can give you a qualitative sense.

21        Also I'm not trying to avoid, I think this is not

22   a yes/no question, but it depends on which path you take,

23   too.

24    Q    Okay.

25        Is it your testimony that it is difficult for

1    users who want to change the Safari default to learn or find

2    out information about how to do that?

3         A    Do you want me to take a simplistic assumption in

4    your question that they already understand the space and

5    it's only -- they have a particular goal in changing mind

6    and they're starting from that point?  I just want to

7    understand your question.

8         Q    No.  If I get -- you know, I have an iPhone, I'm

9    using Safari for whatever reason, whatever experience I've

10   had, I've decided I would like to use something other than

11   Google, is it your testimony that it is difficult for people

12   of that mind to figure out and find information about how to

13   do it?

14        A    That is not my testimony.  I would have to

15   elaborate on that to give you a full answer.  It's going to

16   depend on the type of user and what is their knowledge and

17   mental space.

18        Q    There's lots of information available on the web

19   to teach you how to do that, correct?

20        A    If you were to type -- I'm answering your

21   question.  If you were to type what steps necessary to

22   change the default, you will get a response within the first

23   few links in Google.  That is, of course, the case.

24             But part of -- just to put this in context of my

25   qualitative opinion is in comparing that choice friction

710

1    with the choice friction, for example, in the tipping

2    interface which I don't even need to search, it's there in

3    your face, it already matters.

4            So compare to that, even though it's easier to

5    find information, you still have more choice friction.

6    Q    Did you perform a search, something like this, on

7    an Apple device to get a sense of the information that was

8    out there and available to consumers who wanted to switch?

9    A    Yes, and I wanted to understand what would be the

10   experience of consumers so I had to do things like this.

11   Q    So in this, the top search result there -- the

12   search results there, are you familiar with something called

13   a "snippet"?

14   A    Not by that term right now.

15   Q    Okay.

16           In other words, this isn't just a link that you'd

17   have to click on and then go inside the article to find the

18   responsive information, right?

19   A    It would be on the web page.

20   Q    The Google search engine is snippetting out the

21   actual text to tell a user how to switch to Google search,

22   right?

23   A    Yes.

24   Q    And if that wasn't helpful enough to you, I see

25   here that it looks like there are about 38 million results

1    you've got to choose from, if that -- if laying out the

2    three steps right there is too difficult for you to

3    understand, right?

4        A    No.  Although I suspect that the 37 million

5    results may be at a movie called how to change your default

6    in Safari but, yes.

7        Q    Oh, over lunch, you can do it and you can scroll

8    down and you'll find more YouTube videos on how to do this

9    than you can imagine.

10       A    That is correct.

11            MR. SCHMIDTLEIN:  Your Honor, we're probably at

12   a -- actually, one more question.

13   BY MR. SCHMIDTLEIN:

14       Q    Have you reached an opinion in this case as to

15   whether choice friction for changing default search engines

16   on Microsoft Windows is greater, the same, or less than on

17   Android or Safari?

18       A    Your Honor, I have also investigated the choice

19   friction in Edge and in Windows computers.  I cannot, again,

20   provide a ranking, but I can testify that the choice

21   friction in Bing is substantial.

22            Just to give you an example, and I, again, just

23   talking about the final step, if you go to the settings on

24   Edge to try to access what you have to do, it asks you to

25   scroll and scroll more than in Safari.  And again, I'm not

1    providing over all comparison.  I'm just illustrating so it

2    is substantial.  And then they ask you to confirm and it

3    gives you nudges and reminders.

4           So there is in that device substantial choice

5    friction associated with changing the default.

6    Q    And not just substantial choice friction,

7    substantially more choice friction than on Apple or Android,

8    correct?

9    A    I am not ready to quantify the comparison.  I just

10   can testify that it's very substantial.

11          MR. SCHMIDTLEIN:  If this is a good breaking point

12   for Your Honor, I'm happy to break now or continue, whatever

13   you prefer.

14          THE COURT:  No.  This is a good time to break.

15          All right.  So 12:30.  We'll resume -- it's a

16   little after 12:30 so why don't we plan to resume at 1:35

17   and then we'll see everybody after lunch.  Thank you very

18   much.

19          COURTROOM DEPUTY:  All rise.  This Court stands in

20   recess.

21          (Recess from 12:31 p.m. to 1:35 p.m.)

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__September 14, 2023___    _____

                        William P. Zaremba, RMR, CRR

**BY MR. HAFENBRACK: [10]** 608/7 609/23 611/9 612/3 617/9 620/21 625/16 627/9 630/7 635/14

**BY MR. SCHMIDTLEIN: [10]** 641/17 642/1 664/12 673/21 676/12 677/9 681/7 688/10 696/2 711/13

**COURTROOM DEPUTY: [5]** 606/2 606/6 664/3 664/6 712/19

**MR. CAVANAUGH: [1]** 641/14

**MR. HAFENBRACK: [13]** 607/7 607/17 620/19 625/15 627/7 635/12 639/24 640/18 640/23 641/2 641/5 641/10 676/4

**MR. SCHMIDTLEIN: [13]** 606/17 606/25 609/10 640/15 663/23 664/11 675/21 676/10 677/6 687/22 695/24 711/11 712/11

**THE COURT: [39]** 606/4 606/13 606/24 607/4 607/16 607/19 607/22 609/14 610/10 610/16 610/18 611/19 612/2 616/13 629/11 635/4 635/7 635/11 640/13 640/16 640/21 640/25 641/4 641/7 641/12 641/24 663/21 663/25 664/8 673/4 676/6 677/4 677/8 680/19 687/20 695/1 695/15 702/5 712/14

**THE WITNESS: [17]** 607/21 609/15 610/11 610/17 610/19 611/21 616/15 629/16 635/5 635/8 673/8 680/17 680/20 687/23 695/7 695/16 702/8

**$**

**$10 [1]** 636/23

**0**

**001 [1]** 700/13
**004 [1]** 700/13
**0340 [1]** 603/4
**0857 [1]** 603/8

**1**

**1.014 [1]** 696/1
**10 [2]** 677/2 696/13
**10036-6710 [1]** 603/19
**101 [1]** 637/4
**10:59 [1]** 664/5

**1100 [1]** 603/3
**1103 [1]** 625/15
**1133 [1]** 603/18
**11:00 [1]** 664/1
**11:17 [1]** 664/5
**12:30 [2]** 712/15 712/16
**12:31 [1]** 712/21
**12th [1]** 603/22
**13 percent [1]** 679/23
**1300 [1]** 603/13
**139 [1]** 627/8
**14 [2]** 602/5 713/7
**14.5 [1]** 636/1
**142 [1]** 627/8
**148 [1]** 627/8
**15 [1]** 664/1
**16 [1]** 640/12
**18 [1]** 638/2
**1:35 [2]** 712/16 712/21

**2**

**20-3010 [2]** 602/4 606/7
**20001 [1]** 604/5
**20005 [1]** 603/22
**2010 [3]** 677/10 677/14 682/4
**2012 [1]** 682/5
**2014 [5]** 630/12 630/15 661/2 663/4 663/9
**2016 [1]** 626/16
**2017 [3]** 608/18 630/16 661/3
**2019 [4]** 621/4 621/10 624/11 639/3
**202 [4]** 603/4 603/8 603/23 604/5
**2020 [2]** 621/12 634/13
**2021 [5]** 621/14 621/20 621/22 635/25 654/21
**2023 [2]** 602/5 713/7
**20530 [1]** 603/7
**212 [1]** 603/19
**2200 [1]** 603/18
**2793 [1]** 603/19

**3**

**3 percent [1]** 680/7
**3010 [2]** 602/4 606/7
**307-0340 [1]** 603/4
**3249 [1]** 604/5
**333 [1]** 604/4
**335-2793 [1]** 603/19
**354-3249 [1]** 604/5
**37 million [1]** 711/4
**38 million [1]** 710/25

**4**

**4028 [1]** 677/3
**43 [1]** 690/10
**434-5000 [1]** 603/23
**44 [1]** 610/9
**440 [3]** 675/22 676/6 676/8
**455 [1]** 603/7
**49 [1]** 653/21

**5 percent [1]** 691/24
**5000 [1]** 603/23
**508-6000 [1]** 603/15
**52 [1]** 627/7
**53-year-old [1]** 676/23
**55 [2]** 660/12 660/20
**56 [2]** 670/13 675/6
**5th [1]** 603/7

**6**

**60 [1]** 642/5
**6000 [1]** 603/15
**603-0857 [1]** 603/8
**6710 [1]** 603/19

**7**

**700 [1]** 632/16
**720 [1]** 603/15
**725 [1]** 603/22
**7th [1]** 603/14

**8**

**8 percent [1]** 679/18
**80 percent [1]** 636/17
**80203 [1]** 603/14
**84 [1]** 627/8
**847 [1]** 620/20
**87 percent [1]** 679/24
**88 percent [1]** 680/3

**9**

**91 percent [1]** 679/19
**955 [1]** 635/13
**96 percent [1]** 680/8
**9:30 [1]** 602/6

**A**

**a.m [3]** 602/6 664/5 664/5
**ability [5]** 633/17 665/24 677/13 682/4 686/12
**able [11]** 613/19 636/4 637/18 640/11 659/14 666/22 672/22 673/10 678/25 684/19 698/16
**about [101]** 606/22 608/10 609/11 609/13 610/2 611/11 613/10 613/14 613/24 615/14 617/4 617/10 619/8 619/12 621/11 621/17 622/16 624/13 624/22 625/1 625/3 625/5 627/18 630/21 633/5 636/24 639/5 639/9 643/10 643/13 644/4 644/20 645/5 646/22 647/14 647/15 647/20 647/21 648/13 649/1 650/7 651/14 652/15 655/11 655/18 655/18 657/17 658/14 659/15 659/22 661/21 662/25 663/11 664/1 666/3 666/6 667/3 667/8

672/7 672/9 673/9 674/3 674/24 675/14 677/12 680/6 681/13 686/1 686/7 688/6 688/12 688/16 688/20 689/10 689/12 693/7 698/4 699/18 700/1 700/6 700/20 701/19 702/17 702/21 703/11 703/15 704/2 704/14 704/20 707/6 707/11 709/2 709/12 710/25 711/23
**above [1]** 713/4
**above-titled [1]** 713/4
**absolute [3]** 622/8 623/18 661/17
**absolutely [1]** 686/25
**abstract [1]** 643/3
**accepting [2]** 678/18 686/24
**access [7]** 682/21 685/18 691/10 693/21 694/4 706/21 711/24
**accessing [1]** 672/12
**according [1]** 645/20
**account [3]** 686/3 686/14 694/10
**achieves [1]** 679/7
**acknowledge [1]** 686/13
**acronym [1]** 677/24
**across [5]** 609/8 650/2 670/21 672/20 703/16
**Action [1]** 606/7
**activated [1]** 682/23
**active [1]** 611/24
**actual [2]** 700/25 710/21
**actually [17]** 634/25 645/14 651/10 651/12 673/24 673/25 674/20 678/9 680/15 681/24 682/18 683/1 683/10 687/16 690/25 708/15 711/12
**add [4]** 650/14 650/16 652/7 707/15
**addition [3]** 618/14 618/17 653/18
**additional [2]** 614/5 628/14
**address [4]** 607/2 614/20 684/9 703/22
**addressing [2]** 620/1 621/14
**adequate [1]** 656/12
**admit [1]** 640/20
**admitted [7]** 605/10 605/15 640/16 640/17 640/19 641/7 676/7
**advantage [5]** 610/12 648/8 652/7 667/13 681/2
**advertisement [1]** 637/19
**advertisements [1]**

**advertising [1]** 659/17
**affect [7]** 613/19 616/23 624/3 633/1 646/5 646/9 658/6
**affected [1]** 674/7
**affecting [1]** 645/22
**affects [2]** 614/11 633/16
**after [16]** 608/17 608/24 611/2 622/18 628/14 631/8 636/17 643/2 649/11 661/22 669/13 673/17 681/18 699/3 712/16 712/17
**afternoon [1]** 613/8
**Afterwards [1]** 636/17
**again [28]** 606/13 616/9 619/6 621/12 621/13 623/19 624/24 630/22 644/7 657/22 658/15 661/1 664/7 665/25 667/14 670/19 672/1 672/23 674/11 682/20 698/10 701/9 703/1 703/4 704/11 711/19 711/22 711/25
**against [1]** 633/22
**ago [2]** 624/12 685/6
**agree [13]** 642/20 642/22 646/1 646/15 655/1 655/10 657/2 657/6 658/10 664/20 668/5 674/19 701/16
**agreement [1]** 621/4
**ahead [2]** 663/25 705/10
**aided [1]** 604/7
**al [2]** 602/3 606/8
**all [36]** 606/2 606/13 606/15 606/18 607/6 607/19 609/14 609/17 611/23 623/14 628/10 628/14 630/3 630/5 640/16 640/21 640/22 642/2 643/25 655/9 655/9 656/19 661/23 664/3 664/6 664/13 668/8 668/18 670/10 673/2 676/6 676/10 704/21 712/1 712/15 712/19
**allow [4]** 618/10 626/4 636/11 636/11
**allows [1]** 691/10 694/9 695/17 695/19
**almost [7]** 622/8 626/23 631/11 639/19 679/8 685/23 702/21
**already [10]** 628/16 640/19 640/25 641/1 649/20 667/14 686/13 686/13 704/9 709/4 710/3
**also [28]** 612/7 626/21 627/12 629/23 639/21 640/17 644/10 648/10 648/12 654/14 666/14

**A**

also... [17] 666/16 667/12 667/23 668/1 672/8 672/16 672/24 675/13 690/5 690/5 691/3 691/6 695/17 695/18 700/10 708/21 711/18
alternative [1] 617/6
alternatives [1] 618/9
although [2] 652/5 711/4
altogether [1] 664/22
am [35] 614/19 619/16 620/24 621/23 622/11 622/16 629/8 629/17 642/15 643/17 647/14 650/11 650/12 650/16 650/19 663/13 665/14 666/21 667/1 667/18 670/2 675/18 677/15 678/17 680/20 682/5 682/20 692/10 697/3 698/4 699/16 705/21 706/9 707/2 712/9
am sorry [1] 663/13
Amazon [18] 690/11 690/14 690/17 690/22 691/4 691/7 691/14 692/2 692/9 692/24 693/9 693/13 693/16 693/24 694/2 694/5 694/6 697/19
Amazon Appstore [2] 693/13 693/24
Amazon Fire [5] 690/17 690/22 691/14 692/2 693/16
Amazon's [1] 691/10
AMERICA [2] 602/3 606/7
Americas [1] 603/18
AMIT [3] 602/9 606/3 664/7
Amit P. Mehta [2] 606/3 664/7
among [1] 623/24
amount [1] 699/4
amplified [1] 616/5
analogous [2] 621/5 703/8
analyses [2] 658/16 681/9
analysis [20] 626/25 628/10 633/5 642/12 653/1 659/2 659/20 660/2 660/7 662/1 666/22 677/22 688/7 689/1 689/7 691/13 697/2 697/14 701/22 702/1
analyze [5] 621/19 627/22 631/23 637/9 658/17
analyzed [4] 628/1 629/17 632/19 659/13
android [35] 608/19 608/23 609/8 609/25

611/23 612/11 612/11 612/15 613/4 617/11 617/13 617/25 619/19 622/5 657/2 659/23 692/2 692/10 692/14 692/21 692/22 692/25 693/16 699/24 705/11 705/18 705/23 706/1 707/12 708/12 711/17 712/7
another [20] 615/13 621/14 628/15 630/20 633/8 648/21 652/5 653/2 654/15 659/16 659/24 660/4 660/9 664/18 665/18 682/9 687/17 695/18 707/20 708/12
answer [23] 634/12 645/21 646/4 649/4 650/4 650/5 651/15 657/14 657/16 657/20 660/1 663/19 665/4 666/22 668/20 678/17 680/14 680/21 685/1 688/1 695/7 705/9 709/15
answered [2] 667/14 685/6
answering [3] 665/14 691/3 709/20
answers [3] 612/9 667/2 679/2
antithetical [1] 619/11
Antitrust [1] 603/12
ANTONIO [2] 608/2 641/22
any [58] 607/14 611/23 613/9 619/21 625/24 627/10 627/10 633/11 633/15 634/4 635/15 636/8 641/13 642/12 642/15 643/7 643/10 643/13 644/3 644/20 645/2 648/18 648/19 648/22 649/1 650/7 659/15 659/21 660/2 660/7 663/3 663/7 666/6 666/18 667/7 668/11 669/16 673/5 675/4 681/9 687/18 688/11 689/1 689/7 691/13 697/14 697/19 701/22 702/1 702/5 703/10 703/11 704/20 704/21 706/23 708/6 708/10 708/11
anyone [1] 643/2
anything [8] 606/15 635/15 640/22 644/14 648/23 656/14 688/20 703/21
anywhere [3] 627/19 645/6 698/19
apologize [11] 609/16 610/14 618/20 631/21 634/19 639/19 646/10

706/10
app [12] 617/13 617/17 617/24 618/24 619/23 620/8 620/9 620/9 682/11 682/22 693/10 693/24
appear [1] 645/6
APPEARANCES [2] 602/11 603/24
Apple [34] 609/18 613/15 618/10 626/16 627/1 635/25 636/7 671/2 671/6 681/14 681/15 681/23 681/23 681/24 682/2 682/16 683/5 683/6 683/7 683/15 683/16 683/17 684/10 684/20 685/11 685/15 686/8 686/17 686/25 687/20 688/13 688/13 710/7 712/7
Apple's [3] 670/24 681/25 687/18
application [17] 618/5 633/25 636/5 636/10 636/13 636/13 682/2 682/3 682/9 682/11 682/18 694/2 694/7 694/14 695/13 706/5
applications [8] 617/21 617/24 618/19 618/24 620/1 636/3 636/9 696/17
applies [6] 609/1 609/5 633/23 651/23 652/24 655/9
apply [6] 614/23 615/10 645/2 649/16 652/6 657/15
applying [1] 659/5
appreciate [4] 650/4 652/12 654/14 668/7
approach [1] 675/21
appropriate [1] 640/24
apps [3] 618/15 619/12 685/15
Appstore [2] 693/13 693/24
April [1] 635/25
architecture [6] 624/17 639/18 656/10 666/25 670/11 704/6
are [191]
areas [2] 618/12 696/22
aren't [1] 670/5
argue [1] 645/18
argument [1] 645/17
Ariely [2] 619/10 620/20
around [8] 609/11 610/6 612/23 634/17 681/10 689/20 699/12 699/23
article [1] 710/17
articles [2] 643/10

as [117]
aside [2] 688/19 705/1
ask [15] 618/22 629/11 663/22 673/4 676/13 679/1 686/16 692/4 692/16 695/20 700/20 702/5 706/10 708/2 712/2
asked [6] 606/22 608/19 608/21 627/18 635/1 657/6
asking [11] 623/24 652/13 663/12 670/1 673/20 674/10 685/7 692/6 692/12 693/25 700/19
asks [2] 636/11 711/24
aspect [1] 639/11
aspects [1] 639/18
assess [2] 691/13 694/23
assign [2] 640/23 648/22
associated [3] 666/14 666/16 712/5
assume [2] 677/5 678/8
assuming [2] 656/3 656/3
assumption [4] 683/8 688/8 693/4 709/3
assumptions [4] 665/25 666/2 678/18 692/17
ATR [1] 603/6
attached [2] 677/11 697/8
attempt [1] 654/24
attention [2] 704/8 704/14
authorities [1] 608/18
automatically [1] 699/10
automaticity [1] 613/24
availability [2] 617/23 637/20
available [7] 617/16 617/19 618/10 693/24 699/20 709/18 710/8
Avenue [2] 603/18 604/4
aversion [4] 614/17 615/10 615/13 616/11
avoid [1] 708/21
awake [1] 704/10
aware [13] 614/14 646/2 646/16 662/20 665/6 667/19 667/23 669/23 693/9 697/1 697/3 704/3 707/8
away [2] 665/7 674/13

**B**

back [21] 607/20 608/8 610/11 611/16 614/1 619/13 626/25 630/17

20/20 631/8 631/9 642/3 654/18 662/12 679/1 682/4 683/19 683/20 684/15 692/7 692/19
bad [1] 666/25
Baker [1] 620/8
ballots [1] 625/4
band [1] 646/23
bar [14] 696/22 697/2 697/5 697/9 698/3 698/12 698/21 699/7 699/10 700/25 701/23 703/19 705/11 705/14
Barrett [1] 604/4
Barton [1] 680/6
based [8] 621/19 657/1 673/23 681/1 688/8 692/21 700/2 707/5
basic [1] 679/16
basically [2] 611/22 691/8
basis [2] 655/19 667/15
be [95] 606/4 607/1 611/18 614/13 614/14 616/14 616/18 618/8 628/18 629/21 629/24 630/2 633/7 633/8 635/9 637/22 640/7 640/16 641/7 641/20 641/22 645/20 646/2 646/8 646/16 646/24 647/2 648/4 648/8 649/13 649/23 650/2 651/1 651/3 651/12 651/24 651/25 652/4 652/6 652/9 653/3 653/17 656/2 657/3 659/14 661/5 661/19 661/20 662/10 662/21 664/8 664/23 666/1 666/10 666/13 666/22 669/15 670/9 673/10 673/16 673/20 673/25 673/25 674/7 678/9 678/25 679/4 679/23 679/23 680/2 680/2 680/7 680/7 680/16 682/13 682/23 684/18 685/21 688/8 692/12 693/13 694/12 695/5 696/17 699/10 699/11 701/19 703/24 704/13 707/7 707/21 707/21 710/9 710/19 711/5
because [38] 609/6 609/12 612/19 616/7 620/4 624/22 625/6 625/11 628/11 637/2 646/5 654/15 656/12 656/15 656/25 659/8 662/25 669/7 669/9 672/18 672/24 674/2 674/19 678/19 680/11 682/20 685/13 687/7 687/15 688/6 689/13 691/4 693/16 693/25

**B**
**because...** [4] 698/14
699/11 704/17 706/8
**become** [2] 672/23
677/17
**becomes** [1] 629/22
**been** [31] 608/3 609/13
611/13 612/19 612/25
613/13 614/7 614/14
617/10 619/7 620/14
620/16 633/2 640/19
644/3 644/19 645/8
648/11 648/21 655/5
670/6 672/22 677/7
678/21 678/22 678/23
684/25 687/16 692/24
700/4 706/1
**before** [27] 602/9
606/16 610/22 622/6
622/23 623/17 625/13
626/18 630/12 631/5
636/3 636/14 637/8
641/12 651/15 655/13
666/4 672/7 673/13
678/2 686/16 689/13
694/12 695/1 703/13
703/20 705/22
**beg** [1] 704/11
**begin** [1] 608/15
**behalf** [1] 606/12
**behavior** [2] 615/15
655/10
**behavioral** [37] 609/19
611/10 611/13 612/18
613/18 614/5 614/11
614/15 615/14 619/10
620/4 620/13 620/17
622/25 623/20 624/25
625/4 626/20 630/19
635/21 637/4 647/15
653/7 653/9 655/18
655/25 659/5 661/17
662/17 669/5 670/12
672/10 673/9 677/16
685/21 701/14 702/19
**behind** [1] 611/7
**being** [15] 615/6
636/15 637/3 640/17
645/19 647/3 651/5
651/19 654/24 668/2
678/8 678/9 678/10
683/23 686/1
**beings** [1] 616/2
**believe** [12] 608/21
621/16 625/6 636/1
636/2 654/20 669/23
675/25 676/21 676/22
680/5 680/11
**believing** [1] 670/6
**BELKNAP** [1] 603/17
**beloved** [1] 622/2
**below** [1] 703/20
**BENCH** [1] 602/9
**benefits** [8] 615/9
615/21 615/22 615/25
616/5 616/8 616/12
634/3
**best** [8] 609/15 611/21

682/6 695/22 696/12
**better** [6] 617/7 634/6
669/8 669/11 673/25
706/1
**between** [10] 616/17
619/7 622/21 623/11
650/12 652/4 654/21
702/7 702/12 702/13
**beyond** [1] 698/12
**bias** [24] 614/16
614/23 633/22 633/22
635/17 647/7 648/13
649/2 651/1 651/11
651/11 651/17 655/7
667/9 667/11 667/13
667/16 667/17 674/19
674/25 680/13 680/24
681/5 694/24
**biased** [1] 615/6
**biases** [7] 614/5 652/5
655/9 656/11 656/16
658/2 658/6
**Bible** [2] 686/24 687/12
**big** [2] 621/5 653/4
**billion** [1] 636/23
**binder** [2] 607/13
610/9
**binders** [1] 607/17
**Bing** [38] 632/7 632/15
632/16 650/9 658/22
667/3 667/8 667/12
667/16 668/17 671/5
671/9 671/12 671/17
671/25 672/3 674/5
674/13 674/16 674/18
678/11 679/7 679/13
679/15 679/18 680/9
680/12 681/2 694/20
694/24 697/9 697/11
697/23 698/21 698/25
699/11 707/15 711/21
**Bing's** [1] 671/16
**bit** [6] 618/17 659/7
667/3 670/19 682/17
688/15
**BlackBerry** [2] 678/1
678/8
**blocking** [1] 675/18
**blown** [1] 616/5
**blue** [2] 612/12 671/7
**blurting** [1] 661/1
**board** [1] 650/2
**body** [5] 611/12 613/12
633/20 669/20 707/5
**book** [1] 660/17
**bookmark** [1] 695/19
**both** [18] 609/5 611/22
632/25 633/25 644/8
647/24 650/19 652/6
652/19 652/24 654/2
661/7 662/3 671/20
671/22 698/2 699/4
707/25
**bottle** [1] 645/10
**bottom** [4] 622/3 626/6
626/22 677/3
**bought** [1] 645/10

**box** [5] 659/23 696/8
696/18 697/15 706/19
**brand** [17] 611/15
623/24 624/6 624/22
625/6 649/19 662/24
663/5 663/18 672/16
672/18 672/21 701/1
701/9 701/25 703/6
703/20
**brands** [2] 623/10
623/14
**Brave** [4] 634/14
634/20 635/6 635/7
**break** [4] 663/24
663/25 712/12 712/14
**breaking** [1] 712/11
**breaks** [1] 658/9
**brief** [1] 637/14
**briefly** [3] 625/17
634/11 638/24
**bringing** [1] 672/10
678/23
**Broadway** [1] 603/13
**browse** [1] 679/7
**browser** [74] 609/1
619/15 619/18 619/19
619/21 620/3 620/6
628/7 628/15 628/16
629/5 630/13 630/25
632/2 632/7 632/10
634/14 635/4 635/5
635/6 635/7 635/10
643/15 644/14 648/3
648/7 648/19 657/8
658/24 659/18 659/22
660/3 660/5 662/13
663/17 664/18 665/20
665/24 666/15 666/20
668/2 668/8 669/8
669/11 669/18 670/8
672/11 675/16 682/23
690/6 690/11 690/14
691/8 694/2 694/17
694/24 695/4 695/10
695/13 695/23 696/24
697/11 697/16 697/23
698/3 698/8 699/25
702/7 702/12 703/19
706/17
**browsers** [6] 617/19
665/23 666/7 666/17
668/2 699/8
**Bruce** [1] 603/10
**build** [1] 658/14
**building** [1] 608/20
**builds** [1] 620/2
**business** [4] 658/12
675/24 675/24 687/6
**buy** [2] 673/13 696/5

**C**
**cab** [1] 645/15
**Cal** [2] 644/17 698/15
**Cal Tech** [1] 698/15
**calculated** [1] 654/5
**calculations** [2] 615/19

**call** [5] 636/21 651/1
669/2 684/6 699/16
**called** [6] 635/6 641/20
641/22 668/19 710/12
711/5
**can** [69] 607/13 610/21
612/8 612/14 617/1
618/8 622/7 622/8
622/18 625/5 627/3
629/11 630/24 632/13
634/11 635/17 638/13
639/16 639/21 644/24
645/4 648/10 650/5
650/14 650/18 651/24
653/21 656/11 657/13
658/3 658/8 659/7
660/12 663/21 666/13
670/10 670/13 673/4
676/10 676/17 679/4
679/13 681/24 682/10
684/1 686/1 687/23
690/8 693/13 694/4
694/5 695/12 697/6
698/7 698/11 698/16
698/19 698/20 699/13
702/5 705/9 705/10
706/19 708/20 711/7
711/7 711/9 711/20
712/10
**can't** [2] 632/12 708/8
**cannot** [16] 637/4
643/3 649/21 655/10
656/15 676/16 682/22
683/19 683/20 685/8
685/25 689/15 691/19
699/11 705/3 711/19
**capabilities** [3] 629/25
691/2 698/12
**capacity** [1] 644/9
**capture** [2] 654/16
696/13
**car** [1] 646/21
**care** [2] 617/4 662/25
**Carr** [1] 603/12
**carried** [3] 659/2
666/21 700/8
**carrier** [1] 659/18
**carriers** [2] 657/3
678/10
**carry** [1] 669/1
**carrying** [1] 707/23
**case** [66] 609/19 613/2
613/13 616/13 616/18
618/18 618/25 625/25
630/3 630/18 633/23
633/24 638/21 642/13
642/17 643/6 647/11
648/20 649/1 650/7
653/15 653/16 653/19
655/24 658/16 658/25
659/21 662/15 662/21
662/21 663/2 663/8
663/14 663/15 666/1
666/3 666/9 666/18
666/23 667/7 668/4
669/20 673/4 674/24
675/3 675/23 676/15

687/3 687/11 689/7
691/13 696/3 699/23
700/2 703/8 703/10
704/20 705/2 706/23
707/5 707/14 709/23
711/14
**cases** [1] 652/6
**caution** [1] 609/10
**cautious** [1] 647/4
**Cavanaugh** [2] 603/16
606/10
**caveat** [2] 675/15
678/24
**ceiling** [1] 649/21
**Center** [1] 603/13
**century** [1] 704/19
**CEO** [3] 619/22 620/2
620/5
**certain** [1] 700/19
**certainly** [5] 651/10
670/5 677/19 698/16
699/17
**Certified** [1] 604/3
**certify** [1] 713/2
**cetera** [3] 618/16
637/22 669/23
**CH** [1] 604/4
**chance** [3] 606/25
622/24 654/23
**change** [33] 616/6
631/5 631/13 636/22
638/4 638/15 648/22
651/6 659/6 659/12
663/1 663/16 670/11
675/13 677/13 683/17
684/16 685/4 685/25
686/10 686/12 695/17
698/2 698/21 700/9
705/23 707/16 708/7
708/16 708/19 709/1
709/22 711/5
**changed** [9] 618/9
630/15 634/25 647/12
648/21 656/22 662/20
681/14 699/11
**changes** [5] 607/11
607/11 628/3 632/14
689/14
**changing** [20] 612/23
614/2 615/4 615/17
615/21 657/13 658/7
659/15 663/3 663/8
664/16 668/15 668/16
669/14 698/11 707/11
707/19 709/5 711/15
712/5
**channels** [3] 673/2
673/19 691/18
**characterize** [2] 662/9
665/9
**characterized** [1]
622/8
**chart** [1] 677/21
**chief** [1] 636/21
**child** [1] 629/24
**children** [2] 646/22
647/2

**C**

**choice [106]** 608/11 608/15 608/19 608/20 608/25 609/3 609/4 609/20 609/24 610/3 610/4 610/7 610/22 611/2 611/8 611/16 611/17 612/6 612/15 613/4 613/9 618/6 618/13 618/17 620/17 620/22 621/1 621/4 621/6 621/10 621/20 621/22 622/6 622/10 622/11 622/13 622/19 622/23 623/1 623/18 624/4 624/7 624/12 624/17 624/18 624/19 625/2 625/9 625/12 625/13 626/6 636/8 636/9 636/14 637/6 637/6 638/3 638/6 638/8 638/18 638/23 639/12 639/18 639/22 642/5 647/17 648/4 649/18 649/22 651/21 652/1 652/16 652/22 653/22 654/3 654/11 655/15 655/17 656/10 656/23 657/1 662/7 666/25 668/19 670/11 685/23 686/2 688/16 688/23 689/12 689/20 698/5 704/2 704/6 707/19 707/22 707/24 709/25 710/1 710/5 711/15 711/18 711/20 712/4 712/6 712/7
**choices [5]** 623/24 624/17 635/17 657/4 689/17
**choose [7]** 623/11 657/12 658/4 658/9 661/11 688/21 711/1
**chose [1]** 654/17
**chosen [1]** 657/20
**Chrome [21]** 609/1 609/5 668/11 668/17 668/25 669/2 669/3 669/3 669/7 669/9 669/13 669/17 669/18 669/24 670/7 672/6 672/7 672/11 694/17 698/1 698/20
**circle [1]** 642/3
**circumstance [1]** 681/13
**circumstances [4]** 653/10 653/11 655/9 680/11
**cite [4]** 619/2 638/20 638/24 688/5
**Civil [1]** 606/7
**clarification [3]** 654/14 668/8 695/8
**clarify [3]** 644/7 649/17 669/15
**clarifying [2]** 650/10 657/24

**class [2]** 679/10 679/19
**clear [9]** 630/2 634/22 635/9 645/20 662/10 665/15 670/9 694/13 707/21
**cleared [1]** 677/7
**clearer [1]** 640/7
**click [5]** 638/14 684/1 684/19 695/20 710/17
**client [1]** 679/8
**closed [1]** 640/10
**CO [1]** 603/14
**coag.gov [1]** 603/15
**Code [3]** 613/14 626/17 626/24
**coded [2]** 698/25 699/2
**coders [1]** 698/15
**coding [1]** 699/1
**coffeehouses [1]** 645/7
**cognitive [1]** 614/8
**collaboration [1]** 619/7
**collected [2]** 642/15 708/9
**Colorado [3]** 603/10 603/11 603/13
**colors [1]** 631/3
**COLUMBIA [1]** 602/1
**column [4]** 622/4 622/12 622/15 655/22
**come [10]** 607/20 614/6 626/17 629/1 632/7 640/19 647/17 695/12 697/2 700/19
**comes [7]** 630/12 630/13 666/16 669/24 690/16 691/4 705/18
**comfortable [1]** 651/15
**coming [2]** 630/25 635/9
**comment [1]** 687/25
**commentary [1]** 621/15
**commercial [1]** 645/3
**companies [6]** 643/14 655/14 658/10 658/12 665/6 665/10
**company [1]** 619/11 620/2 636/22 643/18 643/23 644/1 644/4 648/21 651/19 651/22 665/5 665/16 665/24 672/22 677/25 686/10 687/4
**comparative [1]** 698/5
**compare [8]** 617/5 631/16 648/4 649/9 650/18 653/15 667/15 710/4
**compared [2]** 654/1 654/1
**compares [2]** 697/24 697/25
**comparing [8]** 625/9 626/14 651/18 651/20 651/21 651/21 685/11 709/25

**comparison [2]** 632/11 651/23 651/25 652/4 652/9 661/12 667/18 680/15 680/25 712/1 712/9
**comparisons [2]** 648/10 651/24
**compatible [2]** 692/2 692/25 693/17
**compensation [1]** 666/15
**compete [4]** 617/16 620/7 620/10 633/17
**competition [4]** 622/22 634/2 634/3 687/24
**competitor [1]** 625/12
**competitors [1]** 654/22
**competitors' [1]** 665/8
**complaints [3]** 621/11 621/13 645/4
**complete [1]** 649/5
**completing [1]** 640/4
**complex [1]** 701/21
**complexity [1]** 697/24
**compound [1]** 612/20
**comprehensive [1]** 630/3
**computations [2]** 615/18 681/9
**computer [6]** 604/7 629/5 629/23 643/15 660/8 699/1
**computer-aided [1]** 604/7
**computers [23]** 610/2 612/5 612/13 625/19 625/23 627/2 627/6 627/23 628/4 628/24 629/2 631/1 631/24 632/6 668/1 670/25 671/2 671/6 671/9 671/9 671/17 673/23 711/19
**concept [3]** 615/10 683/22 699/12
**concepts [2]** 615/14 656/7
**conclude [2]** 637/4 656/15
**conclusion [7]** 625/18 625/20 626/20 647/6 651/24 653/18 663/3
**conclusions [5]** 613/10 625/24 632/21 640/1 650/20
**conduct [2]** 695/5 697/6
**conducted [1]** 702/1
**confer [1]** 606/25
**confess [1]** 645/1
**confidential [3]** 622/7 626/21 630/22
**confidentially [1]** 627/4
**configuration [1]** 632/2
**configure [1]** 618/15
**confirm [3]** 671/21

**confronted [2]** 647/9 647/12
**confused [6]** 615/5 701/12 701/19 702/2 704/21 706/25
**confusing [1]** 639/22
**confusion [12]** 638/22 688/12 699/18 699/18 699/23 700/1 700/6 700/10 702/10 703/11 703/15 707/6
**confusions [1]** 702/17
**connection [1]** 676/14
**CONNOLLY [1]** 603/21
**conscious [1]** 620/11
**consequences [1]** 664/21
**consider [7]** 615/4 615/17 635/16 685/22 689/4 690/1 707/17
**considerable [5]** 610/24 611/5 638/5 638/18 644/8
**considered [1]** 676/17
**considering [4]** 614/4 616/14
**considers [1]** 614/1
**consistent [7]** 611/12 624/6 626/7 628/20 638/17 646/20 653/18
**consistently [1]** 684/13
**constant [2]** 631/7 645/4
**constitute [1]** 655/2
**Constitution [1]** 604/4
**construct [1]** 688/7
**consulting [1]** 644/6
**consume [1]** 615/2
**consumer [26]** 603/11 614/1 615/16 617/2 618/4 635/17 651/4 651/6 656/4 656/18 656/24 657/11 657/17 657/22 657/25 658/11 658/11 658/13 660/2 660/7 666/20 667/9 669/24 670/1 689/1 689/5
**consumers [30]** 612/22 613/19 614/25 616/11 616/17 623/24 636/4 636/15 646/1 646/15 649/20 655/16 656/11 657/17 658/3 658/14 659/22 662/18 663/5 668/2 668/3 669/21 673/11 673/13 674/4 674/5 674/5 700/11 710/8 710/10
**consumers' [1]** 633/1
**contains [1]** 640/4
**context [9]** 624/10 630/9 635/24 639/16 679/1 693/5 696/16 700/10 709/24
**contextual [1]** 682/12

**continue [2]** 636/10 712/12
**CONTINUED [2]** 604/1 608/5
**continuing [1]** 674/16
**contribute [1]** 672/21
**control [3]** 613/24 642/10 689/13
**controlled [1]** 649/9
**controls [8]** 637/18 637/22 638/14 638/19 638/23 639/7 639/13 639/18
**convenience [1]** 645/10
**cookies [1]** 637/20
**core [1]** 640/1
**corner [2]** 655/24 677/3
**cornerstone [1]** 658/5
**correct [59]** 610/1 610/14 628/9 643/9 643/11 643/12 643/15 643/16 643/17 644/22 647/9 647/13 648/24 654/3 654/4 654/18 656/5 657/5 660/18 660/24 661/24 662/4 667/21 667/24 668/9 668/12 668/13 668/19 670/21 671/1 671/11 671/14 671/22 674/16 681/19 683/4 686/22 690/12 693/19 694/15 694/18 694/19 697/7 697/9 697/10 697/13 698/22 698/25 700/23 703/2 703/7 703/22 706/5 706/21 707/12 709/19 711/10 712/8 713/3
**cost [2]** 614/8 636/22
**costs [4]** 615/22 615/23 616/9 674/18
**could [29]** 612/19 612/19 612/25 613/22 618/20 620/6 629/9 629/20 629/24 630/8 632/1 633/3 637/13 638/24 645/2 645/18 646/11 651/25 652/4 652/9 665/23 673/16 678/9 682/23 692/4 693/3 699/7 706/10 707/10
**couldn't [1]** 699/3
**counsel [32]** 609/16 644/15 646/4 646/18 647/20 649/18 650/10 653/20 655/22 660/11 661/6 665/14 668/5 668/24 669/20 670/16 672/14 674/2 675/9 675/12 678/24 680/14 683/13 685/19 687/25 690/9 694/3 701/15 701/21 702/16 703/25 704/11

**C**

count [2] 615/25 640/12
countries [2] 634/16 654/6
country [1] 622/1
couple [14] 606/17 606/23 607/11 609/22 611/14 613/22 628/5 632/18 633/6 639/1 653/6 659/1 664/13 692/16
course [18] 608/16 617/14 633/18 648/9 652/5 657/21 658/25 659/11 666/1 675/3 678/24 680/19 687/13 692/18 699/11 705/16 708/5 709/23
courses [1] 635/21
court [41] 602/1 604/2 604/3 606/2 607/18 608/14 609/12 609/17 614/14 619/3 621/16 621/18 621/24 622/16 626/22 628/4 629/9 630/8 632/1 632/22 633/3 637/13 638/13 638/25 640/11 641/23 650/17 655/6 659/1 661/10 664/4 668/23 670/3 679/4 679/14 687/23 696/16 703/25 707/14 707/22 712/19
Court's [3] 621/7 629/18 638/11
covers [1] 702/21
critical [1] 644/10
cross [4] 605/4 641/11 641/16 663/22
CROSS-EXAMINATION [1] 641/16
CRR [2] 713/2 713/8
crystal [6] 635/9 645/20 662/10 670/9 694/12 707/21
curative [1] 632/5
current [7] 611/19 616/10 617/5 642/11 642/13 652/7 682/6
customers [3] 657/5 665/23 685/18
CV [1] 602/4

**D**

D.C [5] 602/5 603/3 603/7 603/22 604/5
D101 [2] 641/4 641/8
Dan [2] 619/10 620/20
Dan Ariely [2] 619/10 620/20
dash [1] 610/23
data [43] 609/11 610/6 611/19 611/21 612/7 621/19 621/21 621/23 621/25 622/6 623/2 628/4 630/21 630/22 631/12 632/11 634/22

656/23 657/8 658/25 662/8 675/13 681/17 681/21 685/17 686/4 686/6 686/7 686/11 687/9 687/9 687/15 688/1 688/2 688/6 688/8 688/19 691/16 708/9 708/10
dataset [2] 649/11 649/11
datasets [1] 634/23
date [2] 679/8 713/7
day [3] 602/7 655/6 662/23
days [1] 659/1
de [1] 669/14
de facto [1] 669/14
deal [2] 666/10 705/6
dealing [2] 628/12 628/13
deals [1] 666/9
decade [1] 704/19
December [1] 654/21
decide [3] 613/20 643/11 643/14
decided [3] 653/3 687/17 709/10
deciding [2] 616/17 644/5
decision [8] 614/1 620/12 620/15 658/7 666/19 666/24 666/25 688/6
decision-making [1] 614/1
decisions [2] 632/20 658/6
deck [5] 607/12 640/3 640/4 640/7 640/23
declaration [2] 675/24 675/25
decrease [4] 611/3 612/15 631/6 631/10
default [229]
default is [1] 641/25
defaults [51] 611/11 613/10 613/16 614/6 614/22 614/22 614/24 615/11 617/20 617/25 618/8 625/22 626/18 626/18 627/5 627/23 628/12 632/19 632/23 632/23 633/17 635/17 636/25 638/4 644/20 646/5 646/22 647/7 647/17 647/22 651/22 652/23 653/10 656/9 666/10 666/11 667/4 667/11 669/14 669/23 670/7 673/2 674/7 677/13 681/10 687/8 699/13 699/17 699/19 701/20 706/8
defaults...because [1] 620/10
Defendant [2] 602/7 603/21

605/15 675/22 695/25 700/12
Defendant's Exhibit 440 [1] 675/22
Defense [2] 676/6 676/8
defer [3] 642/24 643/2 643/3
deferentially [1] 689/17
define [2] 649/4 653/3
definitely [5] 688/2 696/9 696/19 699/3 708/17
definition [1] 649/6 662/5
degree [4] 651/11 673/22 698/5 703/11
deliver [1] 620/14
demand [8] 648/3 656/4 657/11 657/17 657/23 657/25 658/11 658/13
demanded [2] 662/2 672/19
demands [1] 690/1
demo [2] 705/20 707/23
demonstration [1] 638/10
demonstrations [1] 638/12
demonstrative [4] 695/25 696/11 700/12 700/13
denoted [1] 610/23
Denver [1] 603/14
DEPARTMENT [2] 603/2 603/11
depend [11] 649/13 649/24 650/3 651/7 653/1 655/12 662/18 665/5 668/1 674/3 709/16
dependent [1] 651/3
depending [2] 649/3 708/18
depends [5] 641/24 664/24 665/3 667/25 708/22
depicting [1] 622/11
depicts [1] 660/20
deploy [2] 629/23 672/22
deployed [1] 682/13
deposition [2] 627/16 627/18
depth [1] 689/1
der [1] 627/17
describe [9] 610/19 614/21 616/21 629/9 630/8 632/1 638/22 639/17 693/3
described [4] 612/24 638/6 668/19 668/25
describing [4] 634/15 678/19 679/3 693/4

637/14 698/23
design [4] 624/14 644/4 644/9 644/13
designed [4] 621/11 694/15 706/7 706/21
designing [1] 644/8
desire [1] 638/13
desires [1] 657/4
desktop [7] 627/23 628/23 700/15 700/21 701/8 703/18 703/19
detail [3] 634/11 653/3 659/13
details [10] 621/6 621/17 624/17 624/22 651/14 652/25 653/1 696/17 698/9 700/16 704/2
determine [2] 617/2 637/23
determines [1] 687/7
detrimental [1] 664/23
developer [1] 657/9
device [43] 608/24 609/4 611/24 611/24 619/21 626/3 643/15 648/19 649/14 659/23 660/8 672/4 672/12 677/23 678/10 678/11 679/12 679/13 679/15 679/20 679/25 680/4 680/9 680/10 680/10 683/3 683/7 684/5 690/17 692/25 695/11 695/17 697/17 698/3 698/7 698/19 703/5 705/11 705/12 707/12 708/12 710/7 712/4
devices [56] 608/23 609/3 609/8 610/4 611/1 611/8 611/23 612/5 612/12 612/12 613/11 613/16 617/11 617/12 622/5 625/19 625/23 627/2 627/6 628/7 628/24 629/19 630/5 633/12 633/15 648/19 673/11 673/15 674/25 675/5 675/14 677/7 677/22 678/1 678/8 679/18 681/3 681/10 681/11 681/14 681/25 682/12 682/19 682/21 684/15 684/21 685/5 686/9 689/14 689/17 692/3 696/18 697/19 700/6 703/16 705/18
dexterity [1] 677/13
did [62] 608/14 610/6 618/18 618/23 619/1 619/22 619/25 621/21 624/5 624/9 625/20 625/24 626/7 626/10 627/22 627/24 627/25 628/17 630/21 631/15 631/23 631/25 632/21 634/8 635/3 635/15

638/19 637/9 638/7 638/10 638/17 652/15 658/17 663/2 663/7 663/15 664/16 664/19 667/3 675/4 676/21 676/22 683/6 683/7 688/7 688/11 688/20 689/3 689/19 689/21 689/22 690/1 691/13 695/20 696/4 696/4 696/5 696/7 696/8 707/21 708/15 710/6
did you [16] 625/20 625/24 627/22 627/25 631/23 632/21 637/9 638/7 652/15 658/17 663/2 664/16 696/4 696/4 710/6
didn't [4] 652/20 654/17 689/1 692/1
differ [2] 696/18 704/5
difference [12] 622/17 622/21 626/2 629/15 629/15 632/15 649/10 649/13 680/23 702/7 702/12 702/13
differences [3] 654/5 655/2 674/6
different [37] 612/8 616/18 616/19 617/1 621/6 622/14 625/11 625/18 626/13 629/16 629/19 629/20 629/20 637/6 647/17 648/7 649/2 650/8 651/2 652/16 654/8 656/6 657/14 662/5 670/21 673/11 673/11 678/7 673/10 681/4 681/24 692/5 692/13 703/15 704/1 704/1 704/3 704/4
differently [1] 706/11
difficult [5] 620/10 646/4 708/25 709/11 711/2
difficulty [1] 698/5
Dintzer [2] 603/2 606/9
direct [3] 605/4 608/5 610/9
direction [2] 682/10 682/10
directions [1] 682/12
disagree [1] 692/20
discern [2] 673/6 673/6
discover [1] 656/21
discovered [2] 614/15 618/7
discuss [6] 606/16 613/22 625/18 628/2 652/3 687/5
discussed [16] 609/19 613/7 613/7 613/8 618/13 634/10 646/20 649/18 650/18 663/14 675/15 675/20 687/10 689/13 698/6 704/1
discussing [11] 611/13 613/13 614/7 620/14

**D**

discussing... [7]
620/16 626/14 626/23
633/2 639/17 648/11
705/1
discussion [3] 626/17
655/6 700/10
discussions [1] 639/9
display [1] 626/5
displayed [1] 703/6
distinction [1] 613/23
distinctions [1] 693/5
distribution [1] 703/15
DISTRICT [3] 602/1
602/1 602/10
do [102] 608/11 608/13
609/15 609/20 613/3
613/9 614/9 615/2
615/21 615/22 616/3
616/11 616/25 618/12
619/17 626/2 627/1
628/22 629/12 629/13
629/14 633/10 633/16
634/6 634/18 637/18
638/14 639/7 641/12
641/12 641/20 642/17
643/23 646/1 646/5
646/7 646/15 648/10
650/23 655/1 657/17
658/14 661/11 661/12
662/13 663/6 665/19
665/21 665/22 666/6
670/17 673/5 673/24
677/12 677/22 677/24
678/12 679/4 679/8
680/11 682/3 683/11
683/13 685/7 686/13
687/9 688/11 688/16
688/20 689/1 689/5
689/10 689/16 690/6
690/21 690/24 691/13
691/21 692/8 693/1
693/23 696/5 696/24
696/25 698/16 698/17
699/1 699/6 700/14
701/5 702/15 708/8
708/18 708/19 709/2
709/3 709/13 709/19
710/10 711/7 711/8
711/24
do you [12] 608/11
613/9 629/12 629/14
643/23 646/1 646/15
655/1 688/16 689/5
690/6 700/14
do you believe [1]
680/11
do you have [13]
619/17 628/22 633/10
633/16 650/23 665/22
666/6 670/17 673/24
677/12 690/21 691/21
699/6
do you know [2]
677/22 693/23
Do you recognize [1]
696/24
Do you see [1] 678/12

do you understand... [1]
693/1
Doctor [2] 610/16
641/21
document [9] 619/4
619/5 619/5 620/19
663/13 675/23 677/10
678/7 678/19
documents [31]
613/13 614/10 614/20
618/25 626/7 626/13
626/24 627/7 627/10
628/17 628/19 635/20
638/17 638/21 640/17
640/18 642/18 653/19
658/25 662/21 676/13
678/22 678/25 679/3
686/24 687/3 687/11
688/4 700/3 700/5
705/2
does [23] 611/10
614/23 615/10 617/3
617/7 617/23 623/1
632/11 634/2 636/24
637/25 640/25 645/12
645/13 646/8 654/19
670/12 676/23 686/11
692/25 694/1 696/14
696/16
doesn't [5] 634/2 637/3
654/16 669/8 704/17
doing [5] 611/17
622/16 678/21 682/6
697/1
DOJ [3] 603/2 603/6
606/9
DOJ-ATR [1] 603/6
dominance [5] 611/6
622/9 622/19 623/16
623/23
dominant [3] 611/6
649/19 655/15
don't [53] 607/4 607/20
614/9 615/2 615/24
619/12 633/14 634/3
636/1 636/11 636/18
638/10 646/3 648/21
648/22 653/6 656/1
656/4 658/20 659/9
663/19 665/1 665/18
669/19 670/3 674/2
676/2 676/21 676/22
679/16 680/25 681/4
681/12 682/4 682/24
683/9 684/24 685/6
685/9 689/4 691/22
691/25 692/10 692/15
692/19 696/18 698/14
702/11 702/11 704/15
708/11 710/2 712/16
done [12] 608/21
642/12 643/7 645/8
659/15 660/2 660/7
673/7 689/7 697/14
701/22 708/6
double [1] 652/6
down [12] 615/17
645/18 648/6 651/9

677/2 677/19 687/9
698/20 711/8
download [11] 617/17
618/15 629/13 669/2
669/3 669/7 669/8
669/12 669/17 694/5
695/12
downloaded [2]
628/15 628/23
downloading [3] 618/5
668/17 668/17
downloads [1] 669/24
downs [1] 706/7
Dr. [3] 607/6 607/19
641/13
Dr. Rangel [3] 607/6
607/19 641/13
draw [1] 613/9
drift [1] 612/25
drive [1] 665/7
driven [2] 612/25
613/24
drop [2] 698/20 706/7
drop-down [1] 698/20
drop-downs [1] 706/7
droves [1] 672/3
DuckDuckGo [5] 633/7
634/16 634/19 634/24
650/9
due [1] 626/19
during [2] 626/24
667/2
DXD [1] 700/12
DXD01 [1] 702/25

**E**

each [3] 614/19 620/11
678/9
earlier [3] 628/6 649/19
688/15
earnings [1] 636/21
Earth [1] 702/22
easier [2] 701/7 710/4
easily [1] 691/11
echo [1] 624/2
echoes [1] 649/23
economic [2] 674/7
687/7
economics [15] 611/13
614/11 615/14 620/14
620/17 625/5 626/20
635/21 637/4 653/7
655/18 658/5 659/5
662/17 670/12
economist [16] 609/20
612/18 619/10 620/4
623/20 630/19 645/17
647/15 655/10 655/25
656/17 661/17 669/6
677/16 701/14 702/16
economists [5] 614/5
614/15 653/9 678/5
685/22
economy [1] 689/5
Ecosia [1] 633/8
Edge [9] 632/7 668/4
668/8 671/12 671/13

editing [1] 705/25
educate [1] 688/20
effect [9] 625/22
632/17 647/23 649/7
652/6 655/3 655/24
661/11 680/23
effective [2] 611/11
669/7
effects [8] 611/18
612/24 613/3 625/19
626/14 653/14 670/20
672/12
effort [3] 614/8 622/15
696/12
either [9] 607/13
607/16 612/20 619/19
623/6 649/7 662/24
668/15 699/23
elaborate [1] 709/15
elements [1] 656/10
else [10] 615/2 615/18
627/19 644/14 649/8
656/14 664/15 697/24
698/19 704/14
email [10] 603/4 603/8
603/15 603/20 603/23
624/11 625/8 634/10
634/13 677/10
emphasize [7] 609/17
649/17 653/5 672/9
678/17 686/5 698/10
emphasized [1] 614/10
emphasizing [1]
639/21
empirical [1] 708/6
encounter [8] 609/3
647/16 668/24 669/13
673/1 673/14 687/3
701/17
encountered [3]
627/12 628/19 696/15
encountering [1]
672/17
end [6] 626/23 656/20
659/7 669/3 669/13
702/20
ends [1] 668/1
engine [66] 610/24
611/4 613/10 613/16
613/20 614/2 616/18
617/3 617/5 617/6
617/8 617/21 618/11
622/13 625/21 630/14
632/2 632/8 632/10
633/4 634/1 634/16
634/20 637/11 642/21
643/11 643/14 644/13
647/6 648/7 649/2
649/3 649/14 658/18
659/6 659/12 659/16
659/17 659/24 660/4
660/9 660/14 660/15
661/23 662/2 662/23
663/4 663/8 664/17
666/20 666/25 667/9
667/10 670/7 671/22

697/8 699/14 701/13
702/7 704/9 706/25
708/12 710/20
engines [13] 617/15
617/15 617/22 631/4
632/23 633/11 634/6
642/25 643/7 648/5
648/7 666/12 711/15
enough [2] 702/11
710/24
enter [3] 651/8 701/4
703/21
environments [1]
671/20
episode [1] 629/10
630/21
equal [2] 615/6 651/5
655/19
escape [1] 618/4
especially [4] 685/20
649/11 686/8 702/1
estimate [2] 626/25
649/11 686/8 702/1
estimates [3] 613/14
627/4 627/5
estimating [1] 687/5
et [5] 602/3 606/8
618/16 637/22 669/23
et al [1] 606/8
et cetera [3] 618/16
637/22
Europe [4] 620/23
621/22 623/2 657/9
European [7] 620/25
621/3 622/1 625/9
649/18 653/22 662/7
evaluate [4] 689/8
689/19 689/22 690/1
evaluating [3] 681/18
685/2 685/10
even [20] 623/13
627/19 636/4 636/17
655/21 659/6 667/20
671/17 679/15 684/18
684/16 689/15 691/21
693/3 694/7 694/9
698/20 698/21 710/2
710/4
evening [1] 606/14
event [1] 673/12
events [2] 628/2
648/11
ever [2] 644/3 684/25
every [4] 621/25 644/9
669/24 670/1
everybody [5] 606/14
606/14 608/17 704/8
712/17
everyone [4] 606/4
664/2 664/8 702/22
everything [1] 697/24
evidence [20] 613/12
618/18 618/23 618/25
624/5 634/4 635/16
641/8 653/19 663/7
663/11 663/16 673/6
673/8 674/9 675/4
675/19 676/3 676/8

evidence... [1] 699/18
exacerbate [1] 614/6
exactly [7] 616/1
626/19 630/6 654/12
673/10 678/6 689/15
EXAMINATION [2]
608/5 641/16
examined [1] 687/15
example [24] 613/7
615/3 616/19 619/3
626/16 627/15 633/3
633/7 633/24 635/20
637/1 638/24 646/19
646/21 646/23 648/3
648/9 649/18 666/11
673/15 685/22 700/7
710/1 711/22
examples [3] 613/6
627/25 639/1
excellent [1] 616/15
exchange [1] 624/15
excuse [1] 671/25
exhibit [4] 606/18
675/22 676/8 696/1
Exhibit 1.014 [1] 696/1
EXHIBITS [1] 605/8
605/13 641/8 700/13
exist [1] 665/24
existence [4] 632/25
653/12 701/20 707/24
existent [2] 622/22
624/1
exists [1] 702/16
expect [10] 611/14
646/7 649/15 650/13
650/22 651/1 651/10
653/16 677/16 702/19
expectation [1] 655/25
experience [21] 642/16
646/1 646/6 646/15
651/4 651/7 656/13
656/13 656/18 662/13
662/15 663/9 665/3
669/11 684/11 684/12
692/14 702/25 705/5
709/9 710/10
experiment [3] 634/15
644/9 700/8
experiments [1]
650/17
expert [5] 642/20
642/25 644/19 652/13
689/5
expertise [1] 621/16
explain [5] 629/12
629/14 681/24 685/13
688/21
explained [3] 657/22
683/22 703/13
explicit [3] 613/25
620/15 651/9
explicitly [7] 613/19
614/4 615/4 625/10
627/18 636/10 685/20
Explorer [1] 668/16
exposure [1] 666/8
extent [3] 674/24

extra [2] 659/9 659/10
extreme [3] 662/19
685/22 685/23
extremely [3] 655/14
672/20 686/6

F
face [1] 710/3
Facebook [1] 636/4
Facebook's [1] 636/21
faced [2] 655/16 657/8
faces [1] 687/5
facilitate [3] 626/12
629/18 632/4
fact [7] 624/24 628/10
655/8 664/20 693/4
702/16 705/5
faction [1] 669/22
facto [1] 669/14
factors [3] 613/18
623/17 688/21
facts [1] 645/19
fair [2] 648/25 678/24
fairly [2] 610/25 622/8
fairness [1] 686/18
familiar [10] 619/14
620/22 623/25 629/6
649/20 676/23 677/25
693/5 696/14 710/12
familiarity [5] 611/15
623/11 655/20 677/13
677/19
familiarize [1] 696/5
far [1] 644/1
faster [1] 669/8
favor [3] 633/22 649/21
694/24
favorites [2] 700/18
700/19
feature [1] 699/6
features [7] 616/19
616/20 617/1 617/4
617/6 617/7 666/10
Federation [1] 608/18
feedback [1] 708/4
feeling [1] 651/15
few [1] 709/23
fighting [2] 622/24
654/23
figure [4] 698/17 699/3
708/8 709/12
figures [4] 607/1
674/23 674/23 685/11
final [4] 621/20 622/15
639/25 711/23
financial [2] 636/21
688/7
find [12] 636/20 653/13
656/11 659/9 675/4
683/24 698/19 709/1
709/12 710/5 710/17
711/8
finding [1] 704/18
fine [2] 607/16 641/23
Fire [21] 690/17 690/19
690/20 690/22 691/14
692/2 692/9 692/12

694/5 694/15 696/4
696/6 696/7 696/9
696/13 696/14 697/2
697/15
Fire HD 10 [1] 696/13
Firefox [48] 619/15
619/18 620/3 628/7
628/12 628/18 628/23
629/1 629/4 629/7
629/13 629/22 630/10
630/12 630/12 630/25
631/17 660/13 660/15
660/16 662/2 662/14
662/5 663/8 663/10
663/17 663/18 664/14
664/18 664/18 664/21
664/22 664/23 664/25
665/20 666/20 666/25
675/13 675/15 675/16
700/8 703/18 703/19
703/20 704/22 705/2
705/5 705/6
Firefox's [1] 663/16
first [13] 611/24 618/12
622/4 636/8 647/8
647/12 655/6 673/14
673/14 676/13 695/8
700/14 709/22
five [1] 622/1
flip [1] 701/6
flips [2] 611/6 611/8
Floor [1] 603/14
flow [1] 665/2
focus [1] 700/20
focused [3] 647/8
707/24 708/4
focusing [1] 674/11
follow [1] 668/7
follow-up [1] 668/7
following [3] 608/21
623/8 655/4
follows [4] 608/4
615/20 621/24 669/10
food [1] 645/14
foot [1] 634/5
force [2] 685/24 685/25
foregoing [1] 713/3
forget [1] 623/18
form [1] 665/10
Formally [1] 654/19
formation [1] 672/21
formed [5] 642/12
649/1 650/7 667/7
669/16
forming [5] 650/16
651/16 663/2 670/2
676/14
forth [1] 652/14 679/1
forward [1] 684/19
found [2] 690/14
693/13
foundational [1] 658/5
four [4] 623/2 634/16
638/6 678/7
four-month [1] 623/2
fourth [1] 638/7
foxy [1] 654/24

665/12 695/12 702/14
707/2
free [1] 708/1
frequency [1] 677/18
fresh [1] 708/18
friction [29] 618/6
618/13 618/17 620/17
626/6 638/3 638/6
638/8 638/18 638/23
639/23 642/5 668/19
685/23 686/2 698/5
704/2 707/19 707/22
707/24 709/25 710/1
710/5 711/15 711/19
711/21 712/5 712/6
712/7
friends [1] 692/19
front [2] 653/24 670/17
frustrated [2] 659/7
673/17
frustration [1] 659/11
full [2] 691/2 709/15
fully [2] 615/16 701/21
function [4] 612/1
612/10 617/3 664/24
functionality [3]
681/25 684/20 688/12
fundamental [5]
615/14 626/2 687/6
702/8 704/18
fundamentals [1]
658/7
further [3] 608/4
640/22 652/25
fuzzy [2] 663/13
663/19

G
gain [1] 615/21
gains [1] 617/7
Galaxy [1] 696/8
gap [1] 650/1
gears [1] 625/17
general [5] 649/2 662/2
666/7 691/10 700/2
generally [5] 681/4
681/5 688/24 695/23
698/4
generate [3] 647/7
666/7 667/11
generates [2] 656/12
656/18
generating [1] 701/19
generic [2] 706/16
706/19
get [22] 607/4 615/2
620/5 620/17 633/22
636/6 650/5 654/11
656/11 656/13 666/11
673/17 682/10 685/15
688/6 693/19 693/21
701/8 707/1 709/8
709/22 712/7
gets [13] 609/21
620/11 625/12 633/21
633/21 659/11 665/19
667/12 679/21 682/13

686/16 685/16 701/11
getting [5] 623/1
655/20 704/23 705/7
708/3
give [15] 607/13 619/3
624/10 633/6 634/11
635/24 637/5 639/16
657/13 665/4 691/19
707/13 708/20 709/15
711/22
given [10] 630/4 639/4
641/22 669/20 678/12
679/2 686/7 701/16
705/5 708/1
gives [2] 694/8 712/3
giving [1] 651/15
go [25] 607/6 618/5
619/13 620/15 627/14
636/12 640/10 658/24
662/12 663/25 667/20
678/25 682/4 682/13
683/19 683/20 684/9
684/16 684/19 696/12
702/4 705/10 706/19
710/17 711/23
go ahead [1] 663/25
goal [4] 657/18 657/18
665/7 709/5
goes [4] 609/9 631/8
669/4 697/15
going [2] 606/18
610/19 611/17 616/23
619/4 624/3 629/17
640/6 649/13 649/22
649/23 651/3 651/7
653/1 653/17 655/12
661/2 661/23 662/17
668/1 674/3 674/13
692/16 692/20 695/13
695/24 700/20 707/1
709/15
gone [2] 677/16 677/19
good [12] 606/4 606/6
606/13 607/21 607/22
608/9 611/15 616/24
641/18 641/19 712/11
712/14
Good morning [5]
606/4 606/13 607/21
607/22 608/9
GOOGLE [181]
Google LLC [1] 606/8
Google's [21] 606/18
612/4 612/16 613/14
617/25 622/5 630/24
631/15 631/16 637/9
638/19 642/14 654/2
660/22 661/17 670/10
686/14 686/24 689/8
695/5 701/25
got [11] 617/8 645/22
663/23 670/24 671/16
672/2 674/11 678/11
684/1 702/24 711/1
gotten [1] 701/24
government [3] 640/2
640/9 676/4

**G**

**graph [5]** 632/13 678/16 679/17 680/17 695/10
**great [1]** 705/6
**greater [3]** 651/2 677/14 711/16
**green [3]** 612/12 631/2 660/21
**groups [1]** 639/4
**guess [3]** 652/13 653/2 682/16
**guide [1]** 626/21

**H**

**habit [1]** 662/24
**habitized [1]** 656/13
**had [13]** 606/14 606/22 606/25 634/6 643/7 648/21 678/25 681/19 684/12 687/16 687/16 709/10 710/10
**Hafenbrack [3]** 603/6 607/8 667/3
**hand [6]** 606/18 607/15 607/17 695/24 701/10 703/4
**handed [1]** 607/12
**handful [2]** 623/10 684/12
**happen [6]** 613/14 614/3 651/25 652/19 652/21 686/8
**happened [4]** 612/4 675/13 681/18 688/6
**happening [1]** 630/23
**happens [7]** 611/25 623/12 634/21 639/8 661/14 669/10 670/11
**happy [4]** 607/2 607/14 663/24 712/12
**hard [3]** 669/23 698/25 699/2
**harmed [4]** 663/4 663/9 663/17 666/20
**has [39]** 611/5 618/12 620/11 622/23 625/13 626/2 626/17 628/11 628/13 628/15 635/21 639/6 640/25 644/12 645/8 648/3 656/21 661/11 661/12 665/17 669/9 672/18 672/18 672/22 672/22 676/24 677/7 677/16 677/17 677/19 679/8 684/25 687/4 691/2 691/9 692/24 693/9 701/24 705/6
**hat [1]** 672/10
**have [196]**
**haven't [6]** 642/12 643/10 659/15 667/15 689/7 708/10
**having [6]** 608/2 620/8 656/13 666/11 695/20 701/23
**HD [1]** 696/13

640/11
**he's [1]** 619/11
**head [3]** 619/10 675/9 675/12
**hear [2]** 629/12 673/18
**heard [1]** 680/5
**heavily [2]** 642/17 681/17
**helpful [3]** 661/6 679/4 710/24
**helpfully [1]** 683/22
**helping [1]** 686/20
**here [34]** 610/21 611/17 612/10 613/3 613/9 622/1 623/16 627/14 628/5 639/1 639/3 639/12 639/15 646/19 652/14 653/17 654/1 655/15 656/4 663/20 675/4 677/21 678/9 679/2 680/25 692/19 696/11 700/14 700/22 702/10 702/24 706/4 708/1 710/25
**heterogeneity [1]** 662/17
**hidden [1]** 639/13 699/13 699/17
**high [6]** 647/1 647/3 648/3 661/22 668/3 672/19
**high-stakes [1]** 647/1
**highlight [1]** 624/20
**highlighted [1]** 619/9 696/21 705/15
**highlighting [2]** 622/1 639/6
**highlights [1]** 669/7
**highly [3]** 639/15 672/20 677/18
**him [1]** 640/10
**hinting [1]** 685/19
**hired [2]** 644/3 644/12
**his [4]** 627/18 640/4 640/6 640/7
**history [2]** 637/21 638/1
**hit [1]** 701/4
**home [1]** 695/19
**Honor [98]** 606/6 606/17 606/22 607/2 607/7 607/10 607/13 607/21 608/18 609/10 609/15 610/8 610/12 610/21 611/17 611/21 612/7 613/23 614/18 614/21 614/25 615/15 616/16 618/13 619/2 620/1 621/3 621/23 622/7 622/18 623/6 623/19 624/10 624/20 625/21 626/11 626/23 628/1 628/25 629/17 630/2 630/11 630/22 632/13 632/22 633/13 634/10 634/19 635/8 635/24 636/10 638/10

641/10 641/14 646/20 648/1 649/6 651/24 653/8 656/8 659/5 662/16 663/24 664/11 665/18 666/9 667/11 667/23 673/10 675/10 675/21 675/22 676/5 680/5 680/18 685/16 685/22 687/8 687/22 687/25 689/11 690/24 691/9 694/1 695/7 695/24 698/4 699/9 700/4 702/9 704/11 705/17 711/11 711/18 712/12
**Honor's [1]** 632/4
**HONORABLE [3]** 602/9 606/3 664/6
**hood [1]** 692/13
**hope [4]** 606/14 622/7 679/16 686/1
**hours [1]** 678/25
**house [1]** 629/23
**housekeeping [1]** 607/10
**how [56]** 611/20 614/23 615/10 616/2 616/2 616/24 617/3 618/18 619/12 620/7 621/11 624/13 629/12 629/14 631/15 637/20 637/25 642/25 643/11 643/14 644/4 644/13 653/2 653/4 653/12 662/18 663/22 665/1 665/15 666/6 667/8 674/3 674/6 674/6 674/7 681/24 683/2 683/7 685/10 697/23 697/25 698/2 698/17 702/1 708/7 708/8 708/11 708/15 708/18 708/19 709/2 709/12 709/19 710/21 711/5 711/8
**however [3]** 669/20 679/8 694/4
**human [4]** 615/14 616/2 630/4 704/12
**hypothetical [1]** 652/9

**I**

**I also [1]** 626/21
**I am [33]** 614/19 619/16 620/24 621/23 622/11 622/16 629/8 629/17 642/15 647/14 650/11 650/12 650/16 650/19 665/14 666/21 667/1 667/18 670/2 675/18 677/15 678/17 680/20 682/5 682/20 692/10 697/3 698/4 699/16 705/21 706/9 707/2 712/9
**I apologize [10]** 609/16 610/14 618/20 631/21

680/16 691/25 706/10
**I assume [2]** 677/5 678/8
**I believe [6]** 608/21 621/16 636/2 654/20 675/25 680/5
**I can [13]** 634/11 639/16 657/13 670/10 676/17 679/4 684/1 698/7 698/11 698/16 705/9 708/20 711/20
**I cannot [10]** 643/3 655/10 676/16 682/22 683/19 683/20 689/15 691/19 705/3 711/19
**I couldn't [1]** 699/3
**I did [7]** 631/25 638/10 664/19 689/3 689/21 696/8 707/21
**I direct [1]** 610/9
**I don't [10]** 615/24 658/20 676/21 676/22 679/16 691/22 691/25 692/10 692/19 710/2
**I don't have [7]** 638/10 656/1 669/19 670/3 674/2 680/25 682/4
**I don't recall [2]** 663/19 681/12
**I guess [3]** 652/13 653/2 682/16
**I have [43]** 606/25 613/13 619/24 624/8 628/4 628/19 629/17 637/12 639/12 642/15 643/24 644/6 644/7 648/11 652/18 655/5 658/20 658/25 659/2 659/13 659/19 662/5 663/1 666/21 667/10 669/9 673/8 674/8 675/1 678/25 681/21 684/12 694/25 696/8 697/3 697/20 698/2 700/5 702/3 708/9 708/14 709/8 711/18
**I hope [3]** 622/7 679/16 686/1
**I just [13]** 642/3 644/7 646/11 650/16 666/4 669/15 673/19 682/24 685/8 692/15 693/6 709/6 712/9
**I know [1]** 674/23
**I mean [7]** 637/17 657/20 685/23 690/24 693/1 697/19 704/12
**I say [1]** 684/17
**I should [1]** 660/15
**I think [48]** 607/9 609/12 609/13 610/11 613/12 620/3 623/19 626/2 628/11 637/1 638/5 640/6 640/25 641/24 643/25 647/24 647/25 651/23 652/19 653/5 653/7 656/6

660/9 656/23 658/12
661/5 662/15 663/12
667/14 668/18 668/23
672/20 672/24 673/18
678/3 685/13 686/16
686/16 686/17 686/18
687/20 688/1 688/3
690/10 694/3 696/23
702/8 708/21
**I thought [1]** 614/13
**I understand [4]** 645/21 646/18 693/2 693/7
**I want [7]** 621/9 649/4 661/21 680/16 684/16 686/17 704/25
**I wanted [3]** 609/17 686/5 710/9
**I was [3]** 626/23 639/4 698/16
**I will [7]** 614/21 621/7 642/2 651/14 653/6 679/2 696/11
**I work [1]** 698/15
**I'll [8]** 607/17 618/22 642/2 645/1 657/15 676/13 676/21 676/25
**I'm [75]** 606/18 607/2 608/20 609/6 610/12 610/19 619/4 620/9 622/1 629/11 630/2 630/4 635/4 637/13 639/6 640/20 642/22 643/20 645/17 646/10 647/15 647/19 647/19 647/20 647/21 652/13 655/17 655/18 657/15 657/15 659/4 661/5 662/9 663/23 665/17 667/23 669/11 670/1 670/9 672/10 673/4 675/9 675/18 676/25 677/6 679/2 680/21 683/23 684/17 686/1 686/3 687/14 691/2 692/5 692/5 692/6 692/16 695/1 695/24 698/10 699/2 700/19 700/20 704/16 704/25 705/9 705/14 707/2 708/3 708/21 709/20 711/25 712/1 712/12
**I'm going [4]** 610/19 677/6 680/21 692/16
**I'm just [4]** 679/2 704/16 705/14 712/1
**I'm not [20]** 630/2 640/20 645/17 646/10 647/19 655/18 657/15 662/9 665/17 670/1 686/1 687/14 692/5 698/10 700/19 700/20 704/25 705/9 708/21 711/25
**I'm not sure [1]** 699/2
**I'm sorry [5]** 620/9 629/11 635/4 643/20

**I**

I'm sorry... [1] 673/4
I'm thinking [1] 647/21
I've [10] 627/12 663/23
684/11 705/1 705/15
708/1 708/2 708/19
709/9 709/10
icon [5] 683/6 683/12
683/18 696/23 705/13
idea [4] 621/5 621/5
654/11 685/19
identified [3] 614/5
683/6 701/1
illustrating [1] 712/1
illustration [1] 707/13
images [1] 616/22
imagine [3] 612/19
620/6 711/9
immediate [1] 631/6
immediately [8] 609/21
645/16 662/23 663/1
673/16 681/18 681/20
699/13
impact [17] 623/6
624/3 624/16 625/22
627/1 627/5 627/22
628/12 645/14 650/8
658/17 665/24 667/8
681/10 681/19 685/3
699/7
impacts [4] 645/25
646/14 650/12 667/8
imperfectly [1] 656/24
implementation [3]
621/7 621/22 683/2
implemented [2]
609/24 612/6
implementing [1]
707/25
implications [1] 688/7
implicitly [1] 669/14
important [13] 609/7
612/18 623/7 629/22
651/5 652/3 653/7
661/16 661/19 661/20
668/21 685/10 685/14
impose [1] 700/8
imposed [1] 685/25
impossible [2] 698/13
698/14
improved [1] 662/13
incentive [1] 705/6
includes [1] 611/22
including [6] 617/12
622/2 653/11 655/6
694/5 701/17
inconsistent [1] 637/7
incorrect [3] 643/19
643/21 643/22
increase [2] 611/4
631/11
incredibly [1] 623/25
index [4] 605/2 605/8
605/13 616/23
indicates [1] 635/20
individual [1] 613/25
individuals [1] 672/24
industry [1] 627/11

inferior [3] 650/23
650/24 651/12
infinite [1] 686/2
inform [1] 688/5
information [14] 626/5
626/22 628/11 640/5
649/24 666/6 682/12
704/16 709/2 709/12
709/18 710/5 710/7
710/18
informative [1] 622/14
initial [4] 621/21 624/3
646/23 647/20
initially [4] 611/6
621/10 624/13 645/7
initiate [1] 609/4
initiatives [1] 689/19
inside [4] 683/17
683/18 686/10 710/17
installed [1] 682/22
installing [1] 707/20
instance [1] 611/11
instances [1] 682/9
instead [1] 684/20
intelligent [1] 628/15
intentions [1] 670/10
interactions [1] 637/24
interested [2] 612/22
620/7
interesting [7] 620/4
630/18 636/20 669/5
673/20 686/7 689/12
interestingly [3]
624/24 631/10 636/19
interface [1] 626/19
645/11 645/13 653/11
691/9 692/12 692/13
698/23 699/5 700/15
710/2
interfaces [1] 626/3
626/5 642/17 644/8
644/10 645/5 662/16
681/4 704/4
internal [4] 627/4
677/22 681/17 687/4
Internet [1] 668/16
696/13
interpret [1] 678/23
interpretation [3]
678/16 687/2 687/11
interpreted [1] 686/23
interrupt [2] 663/21
695/1
intervention [1] 700/6
introduce [1] 621/4
623/12 640/3 652/1
introduced [10] 609/21
612/16 613/5 620/23
622/10 624/13 625/12
640/8 683/15 685/16
introduces [2] 630/18
636/7
introducing [3] 623/7
649/21 649/22
introduction [8]
608/11 610/6 610/22
611/2 611/7 622/6

intuitively [1] 624/3
investigate [1] 696/4
investigated [3]
697/22 698/2 711/18
investigation [1]
688/11
investigations [1]
698/24
invite [1] 669/2
invoked [2] 683/2
683/23
involved [1] 707/19
involvement [1] 689/23
involving [1] 675/4
iOS [8] 612/12 612/17
636/1 681/14 682/19
684/15 684/21 685/4
iPad [1] 690/25
iPhone [2] 684/9 709/8
iPhones [8] 610/2
612/5 613/3 617/11
617/12 617/25 619/19
684/12
irrational [1] 704/12
is [471]
is that correct [1]
654/3
is there [4] 610/2 638/3
673/5 684/15
isn't [7] 628/7 643/7
644/21 654/23 661/4
698/13 710/16
issue [5] 618/14
627/13 635/16 648/19
708/14
issues [6] 606/23
609/11 624/13 655/19
700/11 702/17
it [202]
It would be [1] 710/19
it's [73] 609/18 610/8
610/11 610/15 611/22
614/10 618/16 622/13
622/14 622/19 622/23
623/7 632/15 634/25
635/6 636/1 637/1
639/16 646/4 649/20
649/22 649/23 650/17
655/8 655/12 661/17
662/9 662/17 663/19
663/25 665/4 669/6
669/8 672/21 673/18
674/2 677/1 677/3
683/25 685/13 685/23
685/25 688/3 688/3
690/10 691/3 691/17
691/19 691/22 692/10
694/7 694/8 694/11
695/10 695/23 698/13
699/2 703/8 703/13
704/15 705/25 706/8
706/13 706/17 706/19
706/21 708/18 709/5
709/15 710/2 710/4
712/10 712/15
it's an [1] 685/25
its [11] 631/16 633/22

J

job [1] 629/18
John [2] 603/21 606/12
John Schmidtlein [1]
606/12
jon.sallet [1] 603/15
Jonathan [2] 603/10
606/10
Jonathan Sallet [1]
606/10
Joshua [2] 603/6 607/8
Joshua Hafenbrack [1]
607/8
joshua.hafenbrack [1]
603/9
Jr [1] 603/16
jschmidtlein [1]
603/23
JUDGE [1] 602/10
judgment [1] 606/23
Judicial [1] 603/13
just [69] 606/18 608/14
610/16 622/15 632/18
637/1 637/2 638/24
639/1 639/25 642/3
642/4 644/7 645/21
646/11 647/20 648/4
649/17 650/16 653/19
657/23 660/21 662/9
663/21 664/13 665/13
665/16 665/18 666/4
668/7 669/9 669/15
670/19 672/9 672/14
673/16 673/19 677/4
678/17 679/2 679/3
680/17 680/21 682/24
685/8 686/18 687/25
688/3 691/9 691/19
692/15 693/6 696/16
702/14 703/25 704/16
704/16 704/18 705/14
707/14 707/21 709/6
709/24 710/16 711/22
711/22 712/1 712/6
712/9
JUSTICE [1] 603/2

K

keep [3] 608/23 641/6
687/23
Kenneth [2] 603/2
606/9
kenneth.dintzer2 [1]
603/5
kept [1] 630/5
key [2] 637/15 675/12
kicks [1] 689/17
kind [7] 612/22 624/2
649/23 652/6 654/8
665/3 684/1
Kindle [1] 691/5
know [36] 625/4 640/9

676/24 681/14 681/23
683/15 693/9 705/5
itself [3] 656/1 666/5
686/8

710/19 651/6 651/14
665/1 665/4 665/18
665/19 666/3 674/23
676/2 677/22 677/24
678/5 678/5 680/15
681/4 682/24 683/9
683/23 683/24 684/17
684/24 685/6 685/9
686/13 692/8 692/15
693/23 696/18 697/12
703/25 707/3 708/11
709/8
knowing [1] 669/22
knowledge [6] 662/16
666/4 666/6 678/23
682/6 709/16
knows [1] 669/24
Kooi [1] 627/17

L

labs [1] 619/7
language [2] 620/13
620/16
large [14] 611/12
614/12 624/7 632/17
650/2 653/10 653/13
655/22 657/5 661/4
674/12 675/7 675/19
681/6
largely [1] 700/1
larger [11] 614/12
616/8 616/12 627/6
631/19 632/16 632/16
651/12 653/17 659/11
667/16
last [5] 613/6 638/8
642/4 657/20 659/1
launched [2] 621/12
621/14
launching [1] 681/23
law [2] 603/11 641/23
lawyers [1] 678/5
laying [1] 711/1
leads [6] 611/13 626/6
626/20 654/15 659/9
673/12
learn [2] 658/8 709/1
least [4] 635/1 641/4
652/22 679/6
leave [1] 672/13
left [8] 608/10 664/22
670/24 679/12 696/23
701/10 701/10 705/13
legal [2] 644/20 652/10
less [6] 626/5 659/8
677/14 691/24 703/16
711/16
let [16] 621/24 624/10
630/23 650/4 653/5
653/9 655/4 661/10
670/9 672/9 680/17
681/3 685/13 692/7
694/12 698/10
let's [10] 623/18
625/17 645/13 658/22
663/25 683/24 697/25
701/3 702/4 703/17
level [2] 661/17 686/2

723

**L**

**levels [1]** 704/2
**life [1]** 647/21
**like [43]** 610/8 614/10
616/13 632/4 636/3
637/3 640/2 646/3
647/3 653/11 653/11
654/17 658/3 658/9
662/11 663/12 665/2
666/9 673/5 676/3
678/16 684/18 685/23
686/2 687/6 687/10
688/4 688/22 691/4
693/4 694/6 694/10
696/4 696/8 698/20
702/15 702/20 706/2
707/12 709/10 710/6
710/10 710/25
**likely [9]** 624/18 646/2
646/8 646/16 647/13
651/6 651/8 659/22
674/6
**liking [1]** 656/24
**limitations [2]** 676/24
682/21
**limited [1]** 666/5
**line [7]** 610/23 619/5
626/6 648/6 651/9
652/21 653/4
**link [4]** 684/1 684/9
684/19 710/16
**links [1]** 709/23
**lion's [1]** 623/1
**list [2]** 606/18 675/9
**listed [3]** 628/5 654/21
655/2 666/12 696/17
**listening [1]** 655/5
**literature [1]** 646/19
**little [7]** 618/16 659/7
667/3 670/19 682/17
688/15 712/16
**LLC [2]** 602/6 606/8
**LLP [2]** 603/17 603/21
**load [1]** 632/5
**local [1]** 688/21
**located [2]** 701/25
703/20
**location [1]** 638/1
**locational [1]** 643/25
**locked [1]** 646/24
**log [1]** 694/9
**logic [1]** 653/15
**logically [1]** 657/21
**long [7]** 631/7 637/20
637/25 645/18 647/18
647/23 708/15
**longer [1]** 663/22
**look [17]** 610/12
611/23 615/19 626/16
627/25 632/13 632/14
638/7 676/23 679/20
682/10 690/15 692/1
696/4 696/14 701/3
703/17
**looked [2]** 660/14
690/17
**looking [8]** 631/12
660/21 677/21 678/7
706/13
**looks [6]** 621/24 681/5
694/6 694/10 700/16
710/25
**lose [3]** 613/15 615/22
686/9
**losing [3]** 627/1 627/5
665/23
**loss [8]** 614/17 615/10
615/13 616/11 631/16
631/16 631/20 631/21
**losses [7]** 615/25
616/4 616/5 616/7
616/12 616/14 617/8
**lost [1]** 631/17
**lot [21]** 616/11 617/10
618/16 620/15 620/17
624/21 625/5 626/5
640/4 642/16 645/8
649/14 649/24 651/14
653/15 674/3 691/3
691/6 699/1 702/22
708/3
**lots [1]** 709/18
**love [1]** 673/10
**low [1]** 679/7
**lower [2]** 627/3 659/17
**lunch [2]** 711/7 712/17

**M**

**Mac [3]** 670/24 671/2
671/6
**machine [1]** 668/25
**machines [1]** 635/2
**Macs [1]** 632/9
**made [10]** 607/14
611/20 613/23 645/1
651/18 682/19 683/5
687/21 690/2 694/15
**magnitude [4]** 650/11
681/6 691/21 694/23
**main [3]** 621/5 691/18
691/19
**majority [7]** 609/7
629/1 636/15 646/5
662/12 665/20 667/19
**make [17]** 615/19
616/3 620/11 623/24
634/19 637/5 637/6
649/5 665/6 666/19
666/24 677/4 679/17
692/16 693/6 701/14
706/20
**makes [1]** 687/24
**making [4]** 614/1
616/14 645/17 690/3
**manufacturer [4]**
649/14 657/18 657/19
678/1
**many [19]** 616/20
618/6 623/20 623/25
627/14 635/22 636/4
640/18 658/2 658/3
658/4 658/4 672/24
682/9 688/4 702/1
707/16 708/7 708/19
**map [2]** 682/12 684/2
**mapping [2]** 701/19
684/6
**Maps [27]** 609/19
613/7 681/15 681/19
681/23 682/1 682/24
683/2 683/5 683/6
683/7 683/10 683/16
683/17 683/17 683/18
683/23 684/10 684/18
685/3 685/4 685/11
685/15 685/17 686/25
688/13 688/14
**maps' [2]** 681/25
688/12
**marked [3]** 695/25
696/11 701/18
**market [30]** 610/22
610/24 610/25 611/3
611/5 612/11 612/15
613/12 622/5 622/9
623/23 625/14 628/2
630/24 632/14 635/16
648/11 649/9 649/24
652/2 653/19 654/9
661/6 665/12 665/12
671/5 671/16 673/1
681/5 702/21
**market share [1]**
625/14
**marketing [1]** 689/19
**markets [2]** 658/2
658/4
**marks [1]** 607/14
**massive [1]** 685/17
**mat [1]** 636/2
**matches [1]** 698/24
**materials [8]** 627/13
662/15 663/14 663/16
669/20 676/17 677/18
707/5
**matter [3]** 607/10
625/5 713/4
**matters [3]** 627/21
646/25 710/3
**maximize [2]** 665/11
665/13
**maximizes [1]** 665/16
**maximizing [1]** 658/13
**may [17]** 618/15
621/16 656/21 659/12
661/20 662/22 667/14
669/10 673/17 673/18
675/21 696/18 702/13
703/24 703/25 704/13
711/5
**maybe [7]** 610/11
632/4 636/19 645/18
647/19 668/23 687/23
**me [40]** 606/22 610/15
621/24 624/10 630/23
636/2 636/20 645/11
650/4 653/5 653/9
654/15 655/4 661/10
661/16 661/20 665/15
669/5 670/9 671/25
672/9 680/17 681/3
685/7 685/13 686/6
686/20 687/10 692/4
692/17 694/12 698/10
700/22 701/5 703/1
706/10 709/3
**mean [13]** 631/20
637/3 637/17 657/20
682/3 685/23 690/24
693/1 697/19 700/18
704/10 704/12 704/17
**meant [3]** 686/17
686/18 687/20
**measure [4]** 622/4
622/14 661/10 702/6
**measurement [2]**
649/25 654/12
**measuring [1]** 634/25
**mechanical [1]** 604/6
**mechanically [1]**
657/21
**mechanism [1]** 614/21
**mechanisms [4]**
614/19 626/15 633/2
673/9
**media [3]** 636/23 645/5
691/7
**meetings [1]** 687/4
**MEHTA [3]** 602/9 606/3
664/7
**memory [6]** 663/13
676/23 678/20 682/6
695/22 708/19
**mental [3]** 614/8
622/15 709/17
**mention [3]** 621/9
659/1 672/14
**mentioned [7]** 609/24
624/12 628/6 666/4
672/5 700/7 705/1
**mentioning [3]** 609/6
614/19 672/1
**menu [2]** 698/18
698/20
**Merely [1]** 620/8
**Merit [1]** 604/2
**mesmerizing [2]**
701/16 701/20
**methodology [1]**
698/18
**metrics [1]** 654/8
**Microsoft [6]** 627/17
631/24 675/23 677/7
677/22 711/16
**might [7]** 638/3 641/2
641/2 651/12 661/19
688/21 701/14
**million [2]** 710/25
711/4
**mind [7]** 610/16 624/1
650/24 652/16 652/18
709/5 709/12
**mine [1]** 678/4
**minority [1]** 661/12
**minus [1]** 616/5
**minutes [1]** 604/7
**misled [1]** 670/6
**mission [2]** 664/24
665/7
**misspoke [2]** 686/16

**mistake [3]** 679/17
686/22 705/24
**misunderstanding [1]**
647/19
**Mitchell [1]** 620/8
**mobile [35]** 613/11
613/16 617/11 617/12
617/13 617/17 617/24
618/24 619/23 625/19
625/22 626/14 626/18
626/19 627/2 627/6
627/19 628/24 629/14
643/15 660/8 674/25
675/5 675/14 677/17
678/13 679/7 679/25
680/10 681/10 681/11
686/9 702/25 703/5
703/12
**mode [3]** 613/24
613/25 651/9
**models [1]** 658/14
**modes [1]** 629/20
**modified [1]** 692/24
**moment [6]** 624/12
642/7 647/21 655/15
685/6 704/7
**monetize [1]** 674/8
**month [1]** 623/2
**months [1]** 638/2
**more [36]** 618/22 626/6
626/18 627/19 627/20
634/11 636/18 636/20
638/14 642/24 645/19
646/2 646/8 646/16
646/16 651/8 651/14
659/8 659/22 659/23
662/25 663/12 664/13
665/4 666/3 666/3 687/24
688/3 691/24 700/2
702/18 704/12 710/5
711/8 711/12 711/25
712/7
**morning [10]** 602/7
606/4 606/6 606/13
607/21 607/22 608/9
613/9 641/18 641/19
**most [4]** 657/20 668/21
671/21 675/16
**mostly [1]** 629/4
675/16 708/3
**Motion [1]** 678/1
**move [8]** 611/15
611/15 640/2 652/21
664/14 675/7 676/3
695/2
**movie [1]** 711/5
**moving [1]** 674/12
**Mozilla [7]** 619/15
629/6 630/9 664/25
665/15 665/19 665/22
**Mozilla's [5]** 619/22
663/3 664/16 666/19
666/24
**Mr. [7]** 639/24 640/14
663/21 664/10 667/3
677/4 680/6
**Mr. Barton [1]** 680/6

# M

**Mr. Hafenbrack [1]** 667/3
**Mr. Penado [1]** 639/24
**Mr. Schmidtlein [4]** 640/14 663/21 664/10 677/4
**much [11]** 627/5 627/6 640/7 640/7 646/8 659/11 663/22 665/1 665/15 703/16 712/18
**must [1]** 662/21
**my [83]** 609/8 609/15 611/22 618/2 619/3 619/8 621/25 622/2 625/21 627/12 627/14 628/25 629/17 629/19 630/5 631/14 631/18 632/25 633/13 638/12 638/20 640/11 644/8 644/10 649/4 649/6 650/1 650/5 650/19 650/20 653/15 654/24 655/25 656/2 657/15 657/18 659/19 662/15 662/16 663/13 665/11 666/4 666/8 666/13 666/15 667/10 670/14 672/10 675/9 675/12 675/14 678/2 678/19 679/2 679/17 682/1 682/6 682/8 682/21 683/8 683/8 683/25 684/11 687/2 690/9 690/25 691/1 691/16 692/19 693/20 695/9 695/11 695/22 696/12 698/12 698/24 700/1 702/10 705/1 705/2 708/4 709/14 709/24

# N

**narrowly [1]** 631/7
**nature [3]** 626/3 630/4 704/12
**navigating [1]** 695/5
**near [2]** 700/22 703/1
**nearly [4]** 622/22 623/18 631/8 655/22
**necessarily [4]** 619/12 629/13 630/5 647/10
**necessary [2]** 666/22 709/21
**need [17]** 606/15 614/2 618/5 618/7 618/8 618/9 618/15 620/5 624/21 635/24 651/14 665/4 666/3 674/9 680/15 695/8 710/2
**needs [2]** 684/5 686/8
**negotiated [1]** 693/20
**never [6]** 643/17 644/6 644/19 652/11 662/19 687/16
**new [9]** 603/19 607/13 607/17 609/3 611/20 611/24 648/2 648/2 682/11
next [1] 612/7
**639/14 681/20 702/4 702/24 703/17
**nice [1]** 606/14
**no [41]** 602/4 611/16 612/6 623/4 624/21 639/12 640/15 641/14 643/3 643/3 645/21 649/8 650/5 650/20 657/7 658/2 658/21 660/11 669/11 670/9 670/10 676/4 678/2 679/8 685/4 685/13 687/13 689/6 689/25 690/4 694/14 694/16 697/17 698/18 705/14 708/3 708/9 708/22 709/8 711/4 712/14
**no-default [1]** 611/16
**No. [1]** 677/2
**nobody [1]** 644/12
**non [4]** 622/22 624/1 672/25 675/6
**non-existent [2]** 622/22 624/1
**non-Google [1]** 675/6
**non-tech [1]** 672/25
**nonetheless [2]** 675/7 702/2
**normal [1]** 691/20
**not [192]**
**note [1]** 606/21
**nothing [1]** 661/11
**notice [1]** 622/7
**now [39]** 622/23 625/8 634/11 640/20 643/6 644/23 645/12 646/18 647/6 648/12 651/16 656/15 657/13 658/16 660/12 660/14 663/19 667/2 669/5 674/23 675/18 677/10 680/9 681/13 681/23 683/6 683/15 685/6 688/15 690/5 692/2 694/20 696/3 696/21 699/12 700/14 702/18 710/14 712/12
**nudge [2]** 669/6 669/13
**nudges [2]** 669/2 712/3
**number [42]** 615/23 619/2 623/17 626/13 627/12 628/1 628/19 629/24 635/2 636/2 637/17 637/22 638/11 638/21 640/24 645/3 649/15 651/24 654/16 655/8 655/8 655/21 660/21 661/6 661/16 661/19 661/22 662/7 670/3 673/18 675/7 675/19 685/18 687/13 691/20 691/25 694/4 695/21 700/2 700/4 705/3 708/11
**numbers [9]** 622/22 640/11 650/18 656/4 661/1 661/20 672/10

# N

**NW [4]** 603/3 603/7 603/22 604/4
**NY [1]** 603/19

# O

**objection [3]** 640/15 676/2 676/4
**objective [1]** 664/24
**objectives [1]** 665/17
**observed [1]** 627/11
**obvious [1]** 704/15
**obviously [2]** 665/9 700/18
**occur [1]** 683/7
**occurs [1]** 673/22
**OEM [1]** 659/18
**OEMs [1]** 657/2
**off [1]** 608/10
**offer [5]** 644/20 655/15 658/21 695/8 699/16
**offered [5]** 644/19 648/23 674/24 699/12 699/22
**offering [16]** 648/13 648/18 648/20 659/4 666/18 666/23 667/18 669/11 670/5 670/9 677/15 698/4 701/11 703/10 704/20 706/23
**offers [1]** 689/13
**officer [1]** 636/22
**Official [1]** 604/3
**often [4]** 659/23 659/23 669/1 701/17
**Oh [2]** 618/21 711/7
**okay [72]** 607/17 609/14 610/5 610/10 612/2 628/21 629/3 631/22 635/7 640/13 640/21 640/25 641/5 641/12 642/10 642/19 642/23 643/5 643/23 644/11 644/16 645/24 647/5 648/17 649/10 650/21 654/25 660/25 661/9 667/6 668/6 670/17 670/23 671/15 671/19 671/24 675/2 676/20 677/8 677/20 679/11 681/8 681/22 682/15 682/25 683/14 683/21 684/4 684/14 686/15 688/18 688/25 690/20 691/12 692/1 692/11 693/6 693/8 693/22 696/10 696/20 697/4 697/18 697/21 699/21 703/9 706/3 706/18 707/9 708/24 710/15
**old [1]** 676/23
**older [1]** 676/25
**once [2]** 637/5 702/19
**one [70]** 607/10 610/11 610/14 614/7 614/16 614/16 614/19 615/13 615/21 618/11 620/6
631/11 631/11 633/8 634/5 634/12 636/17 639/8 641/1 642/4 642/7 644/2 646/11 648/5 648/5 648/8 648/21 650/14 652/4 652/8 654/7 654/8 654/10 655/14 662/8 662/19 662/23 664/20 665/18 666/13 668/20 672/8 675/10 676/13 676/18 678/24 680/16 680/21 687/15 687/25 688/1 688/3 689/11 690/24 691/18 691/19 692/14 692/15 693/19 695/8 696/5 702/4 703/24 704/2 705/25 707/16 711/12
**ones [3]** 628/2 633/2 689/18
**ongoing [1]** 665/24
**online [1]** 699/5
**only [14]** 606/21 608/25 616/7 616/10 621/9 622/1 627/20 635/9 648/24 655/17 669/6 689/10 695/10 709/5
**open [7]** 609/12 619/13 636/8 684/2 684/19 691/8 692/21
**open-source [1]** 692/21
**opened [1]** 682/24
**openings [1]** 655/7
**opens [1]** 684/10
**operating [8]** 608/24 635/25 636/7 670/21 683/19 692/8 692/22 693/21
**operations [1]** 682/14
**opinion [59]** 606/23 618/2 624/6 625/21 626/8 628/20 629/19 630/5 632/25 633/16 638/18 642/12 647/8 647/11 647/22 648/13 648/14 648/14 648/18 648/20 648/24 649/1 650/1 650/7 650/16 651/16 652/14 655/1 658/21 659/14 659/21 665/22 666/2 666/18 666/23 667/10 667/18 669/11 669/16 669/20 670/2 670/5 670/10 670/10 673/24 674/2 677/12 677/15 699/6 699/22 700/1 700/11 702/10 703/10 703/14 704/20 706/23 709/25 711/14
**opinions [10]** 644/20 650/20 659/5 663/2 667/7 674/24 676/14 698/4 699/12 699/17
proposed [1] 665/13
**optimized [1]** 694/15
**opting [1]** 636/16
**option [7]** 615/1 616/10 633/21 637/5 657/19 673/16 695/18
**options [6]** 607/12 611/14 655/17 666/13 699/20 704/3
**orange [1]** 612/13
**order [6]** 611/5 615/6 625/1 625/4 691/21 698/9
**organization [1]** 666/5
**organized [1]** 626/11
**orient [3]** 614/18 621/24 630/23
**oriented [4]** 633/4 633/11 634/5 634/16
**other [48]** 606/21 614/16 615/25 617/6 617/7 617/20 617/21 620/6 629/4 631/3 631/3 634/5 636/6 639/18 642/24 648/10 651/4 651/4 652/8 654/10 654/17 655/18 656/21 657/12 658/18 661/20 662/22 665/13 665/17 665/23 668/4 670/7 672/14 673/2 673/15 675/19 682/11 684/17 686/5 688/21 689/18 698/9 700/16 701/13 704/23 706/20 709/10 710/16
**others [11]** 614/13 621/16 623/25 633/22 636/4 637/21 649/20 655/22 673/17 673/18 707/7
**otherwise [3]** 615/24 640/5 640/9
**our [3]** 614/12 620/13 634/13
**ourselves [1]** 670/19
**out [29]** 607/14 622/12 636/16 646/11 654/10 656/19 661/1 666/21 672/2 676/17 678/15 686/25 688/3 696/8 698/17 699/3 700/8 701/14 702/6 707/15 707/17 707/23 708/8 708/8 709/2 709/12 710/8 710/20 711/1
**outside [1]** 634/17
**over [10]** 609/21 645/18 648/9 651/6 656/1 659/1 688/22 696/23 711/7 712/1
**overall [3]** 666/8 668/17 691/15
**overblown [1]** 616/7
**overcome [2]** 653/13 668/18
**overcount [1]** 616/4
**overnight [1]** 608/17

**overweight [1]** 616/4
**overwhelming [4]** 662/8 662/12 665/19 667/19
**overwhelmingly [4]** 657/4 662/2 662/6 671/21
**own [6]** 613/14 627/4 683/15 686/14 690/24 693/9

**P**

**P. [2]** 606/3 664/7
**p.m [2]** 712/21 712/21
**page [13]** 677/1 677/2 677/3 694/10 695/19 700/14 701/5 701/17 701/24 701/25 702/20 703/7 710/19
**page 4028 [1]** 677/3
**page No. 10 [1]** 677/2
**pages [1]** 607/15
**papers [2]** 643/10 643/13
**parents [1]** 647/1
**part [15]** 615/3 624/20 625/8 636/20 638/8 639/6 640/6 650/19 658/16 665/14 668/21 686/6 696/3 702/10 709/24
**participants [1]** 627/11
**participation [1]** 689/23
**particular [17]** 613/18 616/25 624/16 624/17 629/21 639/11 642/5 648/22 665/3 666/10 668/22 669/6 669/19 696/19 700/9 708/6 709/5
**particularly [1]** 672/25
**parties [2]** 619/5 627/13
**party [3]** 637/20 694/8 695/12
**pass [1]** 641/11
**passed [1]** 677/17
**path [1]** 708/22
**patterns [1]** 631/23
**PATTERSON [1]** 603/17
**pay [1]** 645/12
**paying [2]** 704/8 704/14
**pbwt.com [1]** 603/20
**PC [8]** 627/20 671/8 671/25 673/14 673/23 674/23 675/16 675/16
**PCs [14]** 612/17 613/3 626/14 632/2 667/20 667/21 668/9 668/11 668/15 670/20 674/1 674/12 674/25 675/17
**peace [1]** 690/3
**peer [1]** 611/16
**peer-choice [1]** 611/16

**penetration [1]** 679/7
**people [45]** 614/9 616/2 616/3 619/12 619/12 620/6 622/12 623/11 623/20 637/2 639/9 642/24 647/3 654/16 655/7 657/20 658/9 659/6 659/7 662/19 662/22 664/22 669/16 670/6 672/3 672/11 674/15 674/20 675/7 699/9 699/13 699/23 699/25 701/23 702/1 702/6 702/11 702/13 703/12 704/17 705/7 706/24 708/7 708/11 709/11
**per [1]** 686/7
**percent [11]** 632/16 636/17 679/18 679/19 679/23 679/24 680/2 680/3 680/7 680/8 691/24
**percentage [18]** 635/2 648/23 654/5 654/10 657/5 661/3 661/4 661/8 661/23 672/2 674/12 674/15 674/18 674/20 679/14 695/3 697/14 701/22
**percentages [6]** 654/2 654/20 654/22 679/21 680/6 680/12
**perception [2]** 639/10 642/11
**perceptions [1]** 642/13
**perfectly [1]** 615/16
**perform [2]** 682/14 710/6
**perhaps [1]** 609/22
**period [8]** 609/21 611/3 629/6 630/10 647/18 651/10 661/2 661/2
**permission [1]** 680/18
**person [1]** 620/11
**personal [11]** 610/2 612/12 625/19 625/23 627/2 627/6 628/4 629/1 629/4 630/25 631/24
**personalized [1]** 637/19
**personnel [1]** 624/15
**perspective [1]** 672/15
**perspectives [1]** 650/19
**pervasive [1]** 645/9
**phased [1]** 608/15
**phone [7]** 618/16 620/11 629/14 682/5 682/5 683/25 696/8
**phones [7]** 609/25 612/17 617/11 617/13 618/1 619/19 626/4
**pick [2]** 607/5 662/9
**picking [1]** 689/14

**675/19
**ping [1]** 693/3
**pizza [2]** 700/22 703/1
**place [4]** 608/25 609/18 628/3 697/5
**Plaintiff [4]** 603/10 606/11 608/2 641/12
**PLAINTIFF's [2]** 605/5 605/10
**plaintiffs [5]** 602/4 603/2 606/9 641/8 676/1
**plan [1]** 712/16
**platform [1]** 627/19
**platforms [1]** 671/22
**play [5]** 614/6 682/5 686/25 693/17 693/21
**playing [1]** 624/7 672/16 691/2
**plays [1]** 614/22
**please [12]** 606/4 607/18 634/9 635/23 636/1 639/25 642/7 646/12 664/8 675/10 680/16 701/6
**plot [1]** 660/21
**plotted [1]** 681/1
**podcast [1]** 633/24
**point [21]** 607/5 611/23 620/2 623/8 632/15 632/19 649/17 651/9 653/8 668/7 684/5 685/14 687/15 688/2 688/2 688/9 689/10 704/6 704/15 709/6 712/11
**pointing [1]** 678/15
**pops [1]** 682/11
**popular [3]** 671/22 672/11 678/3
**popularity [1]** 656/5
**population [3]** 669/21 702/15 702/18
**portion [1]** 642/11
**portions [1]** 640/7
**position [1]** 633/15
**positions [2]** 633/11 646/23
**positive [2]** 615/23 616/6
**positively [1]** 686/25
**possible [3]** 686/10 699/3 708/4
**post [1]** 654/2
**potential [1]** 612/20
**power [5]** 613/10 614/6 614/22 617/25 636/24
**powerful [3]** 634/23 672/16 672/18
**powerfully [1]** 672/19
**powers [1]** 692/8
**practice [1]** 665/7
**pre [1]** 654/2
**precise [3]** 649/24 687/13 703/14
**prediction [1]** 656/2
**prefer [7]** 641/20

**674/5 684/18 712/13
**preference [4]** 617/2 656/21 658/8 658/11
**preferences [6]** 637/8 657/23 657/25 658/15 674/4 689/2
**preinstalled [3]** 630/13 690/16 705/18
**preliminarily [1]** 606/15
**preloaded [3]** 620/10 668/11 700/19
**prepared [1]** 628/4
**presence [2]** 656/16 658/2
**present [2]** 622/23 659/14
**presentation [6]** 619/6 626/12 639/3 639/17 644/23 690/9
**presented [4]** 675/14 688/20 688/22 705/19
**president [2]** 627/17 634/13
**presiding [2]** 606/3 664/7
**press [1]** 636/12
**pretty [2]** 661/4 708/1
**Prettyman [1]** 604/4
**prevalently [1]** 618/18
**previous [2]** 612/24 703/8
**previously [2]** 608/3 683/9
**primarily [2]** 628/23 690/14
**primary [2]** 690/21 690/22
**Prime [1]** 691/7
**principle [1]** 658/8
**prior [2]** 643/6 681/23
**privacy [22]** 632/19 632/23 633/1 633/4 633/11 634/1 634/5 634/16 635/17 637/10 637/15 637/17 637/23 638/4 638/19 639/4 639/18 642/5 642/14 642/14 642/21 642/25
**privacy-oriented [4]** 633/4 633/11 634/5 634/16
**privacy-related [1]** 637/17
**probably [2]** 628/13 711/11
**problem [2]** 647/1 687/5
**proceeding [1]** 644/20
**proceedings [4]** 602/9 604/6 689/24 713/4
**process [2]** 638/8 644/5
**processing [1]** 704/18
**produce [2]** 656/10 694/1
**produced [5]** 604/7

**product [32]** 612/25 616/18 616/21 620/3 620/18 639/13 644/21 646/1 646/6 646/9 646/15 646/25 647/21 648/2 649/7 650/23 650/23 650/25 651/12 651/13 656/12 656/16 656/18 657/9 668/22 672/19 672/22 673/2 681/14 683/16 684/6 690/11
**products [14]** 616/17 616/19 639/11 647/16 656/5 656/19 656/21 665/8 665/8 669/12 687/18 691/4 691/10 704/4
**profession [2]** 652/10 678/3
**professional [1]** 644/4
**professor [32]** 606/16 607/9 608/2 608/8 610/15 612/4 617/10 619/14 620/22 622/25 624/5 625/17 627/10 627/22 628/6 631/23 632/18 635/3 635/15 636/20 637/9 639/25 640/3 641/20 641/23 642/2 642/3 643/6 644/17 664/13 696/3 708/1
**Professor Rangel [19]** 606/16 608/8 612/4 617/10 619/14 620/22 622/25 624/5 625/17 627/10 627/22 628/6 631/23 632/18 635/15 637/9 642/3 664/13
**Professor Rangel's [1]** 640/3
**profits [3]** 658/13 665/2 665/16
**prominence [1]** 626/18
**prominently [3]** 701/9 701/25 703/6
**prophezoric [1]** 686/2
**Protection [1]** 603/11
**provide [7]** 621/25 633/3 637/13 644/3 671/21 696/16 711/20
**provided [3]** 676/1 681/24 684/20
**provider [2]** 687/18 707/11
**provides [1]** 682/12
**providing [6]** 621/23 665/2 665/17 698/10 704/25 712/1
**proxy [1]** 658/11
**psychology [1]** 704/19
**public [1]** 677/5
**publication [1]** 677/7
**pull [6]** 644/24 653/21

726

Case 1:20-cv-03590-JEB Document 851 Filed 05/07/24 Page 125 of 130

**P**

pull... [4] 660/12
670/13 676/17 690/8
purchase [1] 696/7
purchased [1] 645/15
purple [1] 631/2
purpose [1] 640/3
purposely [1] 639/13
pursuing [1] 664/25
push [1] 704/15
put [6] 639/24 672/15
676/10 676/17 695/19
709/24
putting [1] 622/16

**Q**

qualification [2] 654/7
680/22
qualifications [1]
672/5
qualify [1] 688/2
qualitative [9] 648/14
648/24 651/18 659/4
691/16 696/19 703/14
708/20 709/25
qualitatively [9] 610/20
632/12 642/16 652/20
652/25 653/16 698/8
700/16 700/17
quality [17] 612/21
613/1 616/21 616/22
616/22 616/23 616/24
645/14 645/14 645/25
646/9 646/14 669/12
672/19 689/8 689/9
689/16
quantification [5]
673/19 702/16 703/14
704/21 704/25
quantify [2] 674/9
712/9
quantifying [1] 707/2
quantitative [1] 648/14
queries [7] 631/13
631/14 631/19 661/23
667/20 667/25 679/18
query [3] 616/20
631/16 654/2
question [40] 608/20
612/9 616/15 618/20
629/11 645/21 646/4
646/11 646/12 649/4
650/5 650/6 654/15
657/7 658/21 665/5
666/22 670/4 680/14
680/21 682/18 687/2
687/6 687/13 688/1
688/11 691/3 692/4
693/25 695/2 695/7
702/9 705/9 706/10
708/4 708/22 709/4
709/7 709/21 711/12
questions [10] 632/18
634/12 641/13 657/16
664/14 667/2 678/18
679/1 708/2 708/3
queue [1] 704/5
queues [1] 701/17

**R**

quibbling [1] 640/6
quite [6] 613/17 620/4
620/7 635/22 669/6
692/5
quo [6] 614/16 614/23
615/1 615/7 615/9
616/10
quote [4] 619/9 620/1
620/20 627/16
quotes [1] 614/20

Ralph [1] 603/12
ran [1] 643/24
range [2] 648/23 708/1
Rangel [24] 606/16
607/6 607/9 607/19
608/2 608/8 612/4
617/10 619/14 620/22
622/25 624/5 625/17
627/10 627/22 628/6
631/23 632/18 635/3
635/15 637/9 641/13
642/3 664/13
Rangel's [2] 639/25
640/3
ranking [2] 698/11
711/20
rather [2] 643/1 674/21
rationale [1] 701/21
reach [2] 625/20
625/24 632/21 663/3
reached [3] 621/3
659/21 711/14
read [4] 634/18 639/19
640/10 640/11
reading [4] 662/15
678/22 691/4 691/16
ready [6] 607/6 607/9
664/10 680/20 705/9
712/9
really [1] 680/13
Realtime [1] 604/3
reason [5] 656/20
659/4 662/24 665/14
709/9
reasonable [2] 678/16
687/10
reasons [5] 629/24
652/2 657/22 673/3
698/6
recall [4] 608/11
663/19 681/12 688/16
received [3] 641/8
676/8 680/13
recess [4] 664/4 664/5
712/20 712/21
recognition [4] 624/6
624/23 625/6 662/24
recognize [4] 676/16
696/24 699/14 700/14
recognizes [1] 638/22
reconstructing [1]
682/21
record [7] 620/19
635/12 640/6 663/7
675/3 686/18 713/3
recorded [1] 604/6

**RECROSS** [1] 605/4
red [4] 613/15 626/17
626/24 696/21
redacted [5] 610/8
639/15 640/5 653/21
672/2
redactions [1] 607/11
redesigned [2] 621/12
621/13
**REDIRECT** [1] 605/4
refer [1] 688/5
reference [1] 645/2
referenced [1] 638/20
referring [9] 635/8
655/21 656/7 661/5
694/3 705/13 705/14
705/20 706/9
reflect [2] 656/4 686/18
reflects [2] 672/3
677/21
regard [1] 632/21
regarding [1] 647/6
regardless [1] 668/14
Registered [1] 604/2
regulator [1] 690/2
regulators' [1] 689/22
regulatory [1] 689/23
reinvested [1] 645/19
related [5] 612/8
637/17 637/21 675/13
700/5
relating [1] 643/7
relative [5] 612/20
650/11 667/15 669/12
689/16
relatively [1] 674/15
release [4] 608/19
609/18 636/3 648/2
released [4] 608/24
621/10 685/15 685/16
releases [1] 635/25
relevant [2] 628/10
672/25
relied [1] 681/17
rely [1] 687/9
relying [1] 642/16
remains [2] 634/24
634/24
remark [1] 656/3
remember [4] 625/3
680/23 690/6 691/25
remind [12] 608/14
608/17 626/22 632/22
653/9 653/20 655/5
661/10 681/3 705/1
705/7 707/21
reminders [1] 712/3
remove [5] 611/15
623/13 623/15 623/23
652/7
removed [4] 612/17
613/5 655/14 689/18
removing [2] 623/7
655/16
reorient [1] 670/19
repeat [2] 618/20
612/6

repeats [1] 639/25
report [3] 627/14
652/14 670/3
reported [1] 636/23
Reporter [4] 604/2
604/2 604/3 604/3
reports [7] 619/3
621/25 638/2 638/12
638/21 675/14 705/1
represent [1] 696/12
representative [1]
622/2
represented [2] 678/8
679/12
representing [1] 644/2
request [1] 607/1
require [1] 668/18
required [1] 638/9
requirements [1] 690/2
research [6] 614/9
644/8 645/8 677/25
707/23 708/7
respect [2] 627/23
680/9
responding [1] 619/11
response [1] 709/22
responsive [2] 657/11
710/18
restaurant [3] 645/2
645/13 683/24
result [6] 611/7 615/8
616/6 616/9 623/17
710/11
resulted [1] 664/17
results [15] 616/24
653/17 657/1 662/25
701/9 701/12 701/24
703/5 704/23 704/24
705/7 707/1 710/12
710/25 711/5
resume [2] 606/16
607/9 712/15 712/16
**RESUMED** [1] 608/3
retain [1] 615/7
return [1] 664/1
returns [2] 694/10
701/18
revealed [1] 658/8
revealing [1] 609/11
reveals [1] 656/24
revenue [8] 631/16
631/18 645/19 665/13
665/20 666/7 666/11
666/16
revenues [5] 631/13
631/20 631/21 659/17
663/11
review [1] 663/15
reviewed [1] 676/14
reviewing [1] 675/3
revisions [1] 624/14
ride [1] 645/15
right [73] 603/13
606/15 607/6 607/19
609/14 609/25 614/19
622/6 622/7 623/8
626/6 635/11 636/9

**RIK** [4] 640/16 640/20 640/21
640/22 642/2 643/8
644/17 644/21 645/3
648/15 654/6 654/23
660/23 663/19 664/13
667/4 670/25 671/3
671/6 671/8 671/10
671/13 671/17 672/4
672/19 674/11 674/13
674/25 675/18 676/6
676/10 676/18 678/10
678/21 679/9 681/15
684/2 684/6 684/10
685/5 690/15 690/18
693/14 693/18 697/6
697/12 699/15 700/22
701/1 703/4 705/8
706/8 706/20 707/20
710/14 710/18 710/22
711/2 711/3 712/15
right-hand [1] 703/4
Rik [1] 627/17
Rik van der Kooi [1]
627/17
RIM [4] 677/22 677/23
677/23 679/7
rise [4] 606/2 664/3
664/6 712/19
rival [3] 617/15 617/23
618/18
RMR [2] 713/2 713/8
robust [9] 647/7
647/23 650/2 651/17
652/15 653/3 655/3
680/13 685/11
role [5] 614/20 624/7
629/17 644/6 672/16
roll [1] 614/8
rollout [1] 608/15
rolls [1] 609/21
roughly [1] 615/19
run [3] 634/15 644/9
665/20
running [1] 675/9
Russia [7] 608/11
608/15 610/7 612/5
625/10 689/2 689/24
Russian [15] 608/18
611/4 612/21 612/22
613/9 615/16 615/16
619/7 621/6 688/16
688/22 689/5 689/12
689/22 690/2

**S**

Safari [18] 632/9
687/18 698/1 698/9
698/20 699/24 699/25
700/15 700/21 700/25
702/25 703/12 708/16
709/1 709/9 711/6
711/17 711/25
safe [1] 647/2
said [6] 636/22 640/5
654/20 654/21 686/16
694/12
Sallet [2] 603/10
606/10

**S**

**same [30]** 616/1
617/20 617/21 623/9
626/11 626/19 629/12
630/6 649/7 649/15
649/15 651/2 654/11
654/12 655/10 656/7
656/7 657/23 657/25
658/15 660/1 663/19
667/16 677/14 678/10
685/1 687/1 694/17
698/8 711/16
**satisfaction [2]** 660/3
660/8
**satisfied [1]** 651/8
**save [2]** 622/15 638/11
**savvier [1]** 628/18
**savviness [3]** 628/14
651/3 702/23
**savvy [1]** 672/25
**saw [2]** 635/20 685/17
**say [22]** 611/10 634/22
636/24 643/3 644/7
645/13 647/25 652/24
653/6 656/6 658/23
660/15 669/8 683/24
684/17 685/7 686/17
686/19 689/10 697/25
698/14 706/1
**saying [9]** 624/21
628/17 629/12 630/2
634/18 639/19 653/2
679/2 688/1
**says [9]** 636/12 641/4
642/11 700/23 700/24
701/2 701/3 701/23
703/21
**scaturiented [1]** 663/1
**scenario [1]** 686/25
**scenarios [2]** 626/17
650/24
**Schmidtlein [6]** 603/21
606/12 640/14 663/21
664/10 677/4
**science [3]** 649/6
657/15 699/1
**scientist [6]** 611/11
622/25 643/3 657/15
672/10 673/9
**scientists [1]** 624/25
**scope [1]** 659/19
**screen [71]** 608/11
608/15 608/19 608/20
608/25 609/3 609/4
609/20 609/24 610/3
610/4 610/7 610/22
611/2 611/8 611/17
612/6 612/16 613/5
613/9 620/23 621/1
621/4 621/6 621/10
621/20 621/22 622/6
622/10 622/11 622/13
622/19 622/23 623/1
623/18 624/4 624/7
624/13 624/18 624/19
625/2 625/9 625/12
625/13 636/8 636/9
636/14 647/17 648/4

652/1 652/16 652/22
653/22 654/3 654/11
655/16 657/1 662/8
676/11 677/5 683/12
688/16 688/23 689/12
689/17 689/20 701/6
706/13
**screens [1]** 626/4
**scribbles [1]** 607/14
**scroll [3]** 711/7 711/25
711/25
**scrolling [1]** 677/2
**se [1]** 686/7
**sealed [1]** 607/1
**search [210]**
**searchers [1]** 635/9
**searches [13]** 612/21
612/22 613/25 616/25
629/1 630/25 651/8
669/1 679/14 695/6
700/21 701/19 706/24
**searching [9]** 659/8
669/15 673/1 699/5
699/11 702/12 704/7
707/4 707/7
**seat [1]** 646/21
**seated [2]** 606/5 664/9
**second [8]** 614/22
622/12 625/8 625/18
646/11 675/10 680/16
703/25
**section [2]** 603/11
672/25
**see [56]** 610/21 611/25
612/2 612/8 612/14
613/2 618/18 618/23
619/1 619/22 619/25
621/21 622/4 622/18
623/12 624/5 624/9
626/7 626/10 627/3
628/17 630/24 631/2
631/5 631/11 632/9
632/13 634/8 634/20
634/23 635/3 635/15
635/19 636/9 638/13
638/17 639/21 643/2
645/4 650/4 650/18
662/11 663/7 663/15
673/5 673/22 675/5
675/6 678/12 687/24
688/5 689/16 701/3
702/20 710/24 712/17
**seek [2]** 665/11 673/16
**seeking [1]** 640/20
**seem [2]** 688/8 701/19
**seems [3]** 678/15
687/10 692/12
**seen [18]** 618/25
633/20 633/23 634/4
638/20 649/11 655/23
658/25 663/11 673/6
673/8 673/19 674/9
681/9 681/21 696/15
700/5 708/10
**select [2]** 643/14
657/19
**selected [2]** 622/12

**selecting [4]** 636/18
637/2 657/9 667/9
**selection [1]** 624/18
**selections [6]** 611/20
623/2 624/7 633/1
654/10 706/20
**sense [6]** 637/23 649/5
652/22 656/17 708/20
710/7
**sensitive [1]** 609/13
**separate [1]** 619/13
**separately [2]** 627/2
668/17
**September [3]** 602/5
654/21 713/7
**series [1]** 707/11
**serve [2]** 637/19
665/12
**served [2]** 644/6
673/25
**service [3]** 644/5
645/22 683/16
**services [1]** 644/4
**serving [1]** 657/4
**session [3]** 602/7
606/3 640/10
**set [9]** 642/25 646/22
650/22 650/24 650/24
651/19 651/22 652/14
657/10
**sets [1]** 637/10
**setting [2]** 637/2
644/24
**settings [9]** 632/24
637/10 637/15 642/6
642/14 642/21 642/25
698/18 711/23
**settle [1]** 652/7
**seven [1]** 632/16
**sevenfold [1]** 632/15
**several [2]** 635/1
643/24
**share [23]** 610/25
611/3 611/5 612/5
612/11 612/15 622/5
623/1 625/14 630/24
631/2 631/3 631/16
632/14 649/9 654/2
654/8 660/15 661/7
671/5 671/16 691/17
695/9
**shared [1]** 659/17
**shares [1]** 610/25
**sharp [1]** 631/6
**shift [1]** 685/17
**shoe [1]** 634/4
**short [1]** 647/23
**should [2]** 613/2
660/15
**show [7]** 610/7 614/10
619/4 630/21 632/11
645/11 680/13
**showed [1]** 707/14
**showing [1]** 705/3
**shown [1]** 612/10
**shows [3]** 625/1 662/1
662/20

**[245]** Page 126 of 130
672/1 674/11 703/4
**signed [1]** 652/13
**significant [2]** 633/12
691/14
**significantly [3]**
645/25 646/14 665/23
**Silicon [1]** 644/12
**Silk [17]** 690/6 690/11
690/14 691/8 694/21
694/24 695/4 695/10
695/13 695/23 696/23
697/11 697/16 697/23
698/3 698/8 699/7
**similar [8]** 610/13
613/3 621/5 628/2
633/2 639/16 648/11
680/24
**simple [1]** 653/13
**simplistic [1]** 709/3
**simply [1]** 618/22
**since [5]** 615/8 616/9
632/12 652/5 655/6
**single [2]** 655/8 655/8
**sir [3]** 624/9 660/19
677/10
**sit [3]** 615/17 626/25
687/8
**sits [1]** 614/1
**sitting [1]** 659/1
**situation [19]** 611/16
614/25 623/9 623/16
625/9 625/10 625/11
647/3 648/4 649/9
652/18 652/22 652/23
655/13 662/11 675/5
685/12 687/16 704/7
**situations [3]** 629/20
658/3 675/4
**sizable [17]** 611/18
612/14 612/23 613/17
635/2 647/7 647/22
650/2 651/17 652/15
653/3 655/2 661/8
662/7 667/11 680/13
708/11
**size [2]** 626/19 661/18
**skip [1]** 705/10
**sleep [1]** 608/17
**slide [36]** 607/12 610/9
612/7 612/25 614/18
621/23 627/7 627/14
631/12 634/9 635/23
639/14 639/25 640/3
640/4 640/7 640/23
642/5 644/23 644/25
653/21 653/24 657/2
660/12 660/20 670/13
670/14 670/20 675/6
679/6 690/8 690/10
702/24 702/24 703/17
705/10
**Slide 2 [1]** 644/25
**slide 3 [1]** 702/24
**Slide 49 [1]** 653/21
**Slide 55 [2]** 660/12
660/20
**slides [6]** 640/12 642/4

627/14 705/19 705/23
707/11
**slightly [4]** 612/8 656/6
692/4 706/10
**small [9]** 607/11 626/4
674/15 674/18 681/6
687/25 691/17 691/22
691/23
**smaller [1]** 667/16
**smart [1]** 698/15
**smells [1]** 694/6
**snapshot [1]** 623/2
**snippet [1]** 710/13
**snippetting [1]** 710/20
**so [93]** 606/18 606/20
607/12 610/8 610/19
612/7 615/13 616/4
616/19 617/1 617/5
619/2 619/6 620/1
620/6 621/23 621/25
623/6 623/18 623/22
624/2 624/10 626/11
626/16 628/1 629/13
629/15 629/20 630/22
632/6 632/13 632/22
634/1 634/10 635/24
639/1 640/16 641/5
641/7 646/19 646/21
647/1 647/2 647/22
648/18 649/5 649/19
650/4 651/10 652/23
652/24 655/14 655/21
656/23 658/21 661/16
662/11 662/21 663/23
668/14 670/19 673/2
674/11 676/6 676/25
678/10 682/5 683/1
685/2 686/1 686/3
686/6 686/11 686/17
688/8 689/15 693/23
695/3 695/11 695/20
700/25 701/8 702/14
704/6 705/11 708/4
710/4 710/10 710/11
712/1 712/4 712/15
712/16
**So this data [1]** 630/22
**So this Google [1]**
695/11
**So this is [4]** 619/6
656/23 701/8 705/11
**software [3]** 643/18
643/23 653/12
**sold [3]** 678/9 678/10
680/4
**some [40]** 607/5 615/1
623/10 623/14 628/11
628/13 637/14 637/23
639/12 651/9 652/22
655/22 658/18 661/20
662/24 666/11 670/6
670/7 673/13 673/17
674/5 674/5 674/20
674/24 678/25 680/5
684/6 688/6 689/14
690/25 691/4 698/15
699/12 701/13 702/13
704/23 705/3 707/6

**S**

**some... [2]** 707/7 708/2
**somebody [2]** 654/17 684/18
**somehow [4]** 612/20 612/23 656/4 683/16
**someone [4]** 616/13 620/5 628/14 635/21
**something [20]** 615/1 615/2 615/18 629/16 649/8 657/12 659/8 663/12 664/14 683/25 688/4 692/13 694/6 696/5 704/14 704/17 706/2 709/10 710/6 710/12
**sometimes [3]** 646/20 655/5 704/13
**sophisticated [1]** 702/19
**sorry [15]** 618/20 620/9 629/11 635/4 643/20 663/13 673/4 675/18 682/5 692/6 695/1 700/24 704/11 704/19 705/16
**sort [9]** 651/19 665/6 683/1 683/22 684/6 689/16 696/12 699/13 701/17
**source [5]** 609/7 688/12 691/14 692/21 695/4
**space [6]** 682/7 702/11 704/3 707/23 709/4 709/17
**spaced [1]** 646/11
**Spain [1]** 622/2
**speak [1]** 632/12
**speaking [2]** 627/13 693/7
**speaks [1]** 635/16
**specialized [1]** 665/11
**species [2]** 701/21 704/13
**specific [30]** 610/4 611/19 613/4 613/4 614/20 617/3 620/2 632/6 632/12 635/5 636/22 648/5 648/19 655/23 663/13 667/11 670/4 673/8 681/2 681/3 695/22 696/22 697/17 698/7 700/5 700/6 707/13 707/16 708/2 708/14
**specifically [4]** 652/15 688/14 706/22 707/4
**spending [1]** 699/4
**spent [2]** 644/7 696/9
**Sprint [2]** 678/14 680/4
**St [1]** 603/22
**stable [2]** 610/25 631/5
**stage [1]** 614/4
**stakes [2]** 647/1 647/3
**STAND [1]** 608/3
**standard [1]** 665/15
**standing [1]** 663/20

677/23 712/19
**stark [3]** 622/21 629/15 665/10
**start [6]** 623/9 623/22 630/19 673/1 700/22 703/1
**started [3]** 607/4 645/7 705/22
**starting [3]** 645/5 661/2 709/6
**startup [2]** 643/24 644/10
**State [2]** 603/10 651/19
**stated [1]** 627/19
**statement [1]** 651/18
**states [16]** 602/1 602/3 602/10 606/7 606/11 607/8 613/8 619/20 620/8 628/8 633/12 633/14 634/17 641/8 641/13 691/15
**stating [1]** 625/10
**statistic [3]** 612/8 667/24 668/5
**statistics [6]** 612/1 659/2 665/2 671/20 673/23 679/16
**status [8]** 614/16 614/23 615/1 615/7 615/8 616/10 633/21 660/13
**stay [2]** 668/4 708/4
**stays [2]** 630/16 631/7
**stenography [1]** 604/6
**step [5]** 638/12 638/12 661/18 692/7 711/23
**steps [8]** 614/2 618/6 638/7 697/24 705/23 707/25 709/21 711/2
**sticky [1]** 634/23
**still [6]** 618/5 622/19 663/23 676/2 701/18 710/5
**stipulate [1]** 676/25
**stockholder [1]** 665/16
**stopwatch [1]** 708/17
**store [9]** 617/24 618/10 620/9 620/9 645/10 693/10 693/17 693/21 694/6
**stored [1]** 637/21
**stores [4]** 617/13 617/17 618/24 619/23
**story [1]** 702/20
**stream [1]** 645/19
**streaming [1]** 691/6
**Street [2]** 603/3 603/7
**striking [1]** 635/22
**strong [7]** 622/19 624/22 625/7 672/13 674/3 674/6 674/7
**stronger [2]** 625/22 625/22
**studied [1]** 653/10
**studies [1]** 702/5
**study [5]** 659/15 664/16 677/11 704/12

**substantial [11]** 625/13 638/21 639/22 656/11 691/17 699/4 711/21 712/2 712/4 712/6 712/10
**substantially [1]** 712/7
**subtle [1]** 693/25
**subtract [1]** 615/23
**subtractions [1]** 622/16
**successful [1]** 644/2
**such [5]** 644/6 669/13 677/17 682/14 692/24
**sufficient [1]** 659/13
**sufficiently [2]** 616/8 616/12
**suggested [1]** 637/7
**suggestion [1]** 705/25
**suggests [3]** 613/15 697/5 708/10
**Suite [2]** 603/14 603/18
**summarizing [1]** 639/11
**summary [1]** 606/22
**superior [3]** 650/23 650/25 651/13
**support [1]** 675/25
**suppose [1]** 645/3
**sure [19]** 615/5 618/21 642/8 645/1 646/13 650/15 675/11 677/4 679/5 682/20 683/1 686/21 692/5 692/10 693/6 699/2 699/16 706/9 706/12
**surprise [1]** 623/3
**suspect [3]** 673/13 707/5 711/4
**swap [1]** 607/13
**swear [1]** 687/12
**switch [23]** 613/20 615/23 616/8 616/10 616/14 625/17 630/20 630/20 631/9 646/2 662/22 668/2 673/12 681/19 683/5 683/7 687/17 687/21 710/8 710/21
**switched [12]** 629/7 630/17 658/22 660/16 660/17 661/3 662/12 666/13 672/3 683/15 688/13 705/6
**switching [10]** 630/9 664/18 664/21 673/5 673/7 673/22 674/8 685/21 697/22 697/25
**SWORN [1]** 608/3
**synchronized [1]** 630/6
**synonym [1]** 672/23
**system [6]** 608/24 635/25 636/7 683/19 692/8 692/22
**systems [2]** 670/21 693/21

**T-Mobile [3]** 678/13 679/25 680/10
**table [2]** 626/11 627/3
**tablet [16]** 690/19 690/20 691/1 691/9 692/21 693/16 693/17 694/2 694/5 695/23 696/6 696/7 696/9 696/13 698/12 699/9
**tablets [12]** 613/7 690/15 690/23 691/14 692/2 692/9 693/14 694/15 696/4 696/14 697/2 697/15
**take [16]** 607/2 615/22 616/4 628/3 636/1 638/14 649/7 664/1 676/19 679/2 689/4 696/7 705/25 707/14 708/22 709/3
**taken [2]** 686/13 690/5
**takes [5]** 608/25 609/18 655/19 665/20 708/15
**taking [3]** 610/12 678/18 686/5
**talk [6]** 621/17 625/3 639/9 661/21 667/3 700/6
**talking [10]** 608/10 617/10 619/7 655/7 655/17 655/18 663/11 670/20 702/21 711/23
**tap [1]** 684/9
**target [1]** 618/11
**targeted [1]** 669/1
**taught [1]** 635/21
**taxi [1]** 645/7
**taxicab [1]** 645/13
**taxies [1]** 645/8
**teach [1]** 709/19
**teacher [1]** 679/16
**team's [1]** 696/12
**teams [1]** 614/11
**tech [5]** 628/14 628/18 644/17 672/25 698/15
**technical [3]** 682/18 692/14 702/23
**technology [5]** 643/25 643/25 681/24 683/2 684/6
**tell [10]** 630/4 644/12 670/10 679/14 682/22 685/8 689/15 698/7 698/11 710/21
**telling [3]** 623/19 637/1 704/16
**tells [2]** 670/12 703/2
**ten [1]** 614/12
**tend [5]** 615/6 616/2 616/3 616/25 628/18
**tends [1]** 650/1
**term [5]** 645/18 647/23 647/23 682/16 710/14
**terminology [1]** 620/16
**terms [5]** 674/8 674/8 690/3 697/24 701/8

**testified [8]** 608/3 648/12 658/1 681/13 688/15 699/17 707/10 707/18
**testify [3]** 705/4 711/20 712/10
**testifying [2]** 650/11 687/14
**testimony [15]** 607/5 619/8 619/22 627/10 633/20 640/4 640/6 657/11 665/18 680/5 686/23 705/2 708/25 709/11 709/14
**text [2]** 616/21 710/21
**than [25]** 614/12 616/8 616/12 625/23 627/6 627/19 627/20 631/19 632/17 638/14 643/1 651/12 654/17 657/12 667/17 676/25 677/14 677/14 691/24 700/2 709/10 711/9 711/16 711/25 712/7
**Thank [11]** 610/18 646/18 650/10 650/21 664/2 664/8 664/11 670/16 686/20 687/22 712/17
**Thank you [6]** 650/10 650/21 664/11 686/20 687/22 712/17
**that [611]**
**that's [30]** 610/14 616/15 618/11 632/17 636/12 636/19 648/8 653/2 655/10 656/16 658/14 658/15 659/19 660/20 660/22 661/19 661/21 668/20 678/2 678/21 678/24 679/3 679/10 679/12 693/19 694/2 695/18 701/7 702/8 708/12
**their [23]** 608/23 609/1 609/1 609/1 609/4 611/5 611/6 616/4 624/1 627/4 627/4 633/17 633/24 639/9 647/2 656/21 657/4 657/5 665/8 665/8 673/14 706/24 709/16
**them [27]** 614/7 614/16 618/10 618/15 618/16 619/8 622/1 623/11 633/22 637/5 640/10 640/20 644/13 647/18 650/12 656/19 662/23 669/2 669/22 672/8 673/12 676/1 678/9 678/23 680/13 704/2 707/7
**themselves [3]** 607/15 656/12 687/8
**then [34]** 606/21 607/5 614/13 616/5 622/11 623/11 623/12 623/14 623/23 624/14 630/17

**T**

**then... [23]** 630/20
631/8 634/20 651/20
652/7 660/16 660/17
662/22 664/1 664/14
671/8 680/4 682/11
684/15 695/5 696/22
701/3 701/24 703/4
707/23 710/17 712/2
712/17

**there [129]**

**there's [16]** 612/14
631/6 637/22 638/11
638/18 642/10 661/7
661/8 674/19 675/19
685/3 696/22 700/18
702/22 707/6 709/18

**therefore [1]** 612/16

**these [28]** 614/19
616/3 616/19 618/15
624/24 626/24 628/1
634/5 634/23 638/23
639/8 645/5 647/16
649/23 653/13 654/6
654/8 666/16 668/18
671/20 671/22 673/23
674/6 674/23 681/3
685/15 701/12 703/4

**they [137]**

**they'd [1]** 634/6

**they'll [1]** 640/16

**they're [23]** 620/6
623/25 624/25 625/5
634/25 637/7 639/19
639/21 639/22 646/23
651/7 654/11 655/19
669/22 699/14 701/12
704/22 704/23 705/7
706/25 707/1 707/6
709/6

**thing [15]** 606/21
618/11 619/13 621/9
626/12 627/20 642/10
649/15 650/14 657/23
658/1 672/14 686/5
694/10 703/24

**things [17]** 606/17
609/12 615/6 619/3
624/25 639/8 647/25
649/15 651/4 653/6
663/12 665/13 689/11
689/16 693/19 698/9
710/10

**think [62]** 607/9 609/12
609/13 609/20 610/11
613/12 614/9 614/12
617/1 619/12 620/3
623/19 626/2 628/11
637/1 638/5 640/6
640/10 640/25 641/24
643/25 647/24 647/25
651/5 651/23 652/19
653/5 653/7 656/6
656/9 656/23 658/12
658/20 661/5 662/13
662/15 663/12 667/14
668/18 668/23 672/20
672/24 673/18 678/3

686/16 686/16 686/17
686/18 687/19 687/20
688/1 688/3 690/10
692/10 692/19 694/3
696/23 702/8 708/21

**thinking [11]** 633/4
639/4 647/14 647/15
647/19 647/20 647/21
655/11 669/21 704/2
704/14

**third [7]** 619/5 627/13
632/19 637/20 655/2
694/8 695/12

**third-party [2]** 637/20
695/12

**this [223]**

**This is Civil [1]** 606/7

**those [36]** 606/23
609/11 609/12 610/25
613/22 615/13 617/17
617/23 624/22 627/5
628/5 633/9 633/10
636/8 638/4 638/12
640/7 646/7 654/22
656/16 659/2 662/21
666/14 671/9 671/17
673/3 674/9 674/20
676/18 680/11 680/12
682/21 687/8 696/24
702/17 705/22

**though [8]** 655/21
667/20 671/17 679/15
689/15 693/3 694/7
710/4

**thought [2]** 614/13
707/18

**thoughtful [1]** 680/16

**three [3]** 613/6 618/12
711/2

**through [19]** 609/9
618/5 620/15 630/25
635/10 640/19 656/24
668/15 673/2 675/9
680/17 684/8 695/4
695/10 695/10 695/12
697/15 700/13 707/10

**throughout [4]** 614/8
619/8 633/20 678/22

**time [32]** 611/23 612/1
612/10 612/23 621/7
629/6 630/10 636/8
638/2 638/11 644/8
647/8 647/18 651/11
653/7 656/1 673/14
677/16 677/17 678/2
681/2 681/3 682/7
684/5 684/8 685/2
685/20 689/20 696/9
699/4 708/15 712/14

**times [4]** 614/12
632/16 635/1 708/19

**tip [3]** 644/24 645/12
645/23

**tipping [3]** 645/5
653/11 710/1

**title [3]** 679/6 679/10
705/22

**today [7]** 607/5 656/2
677/13 684/8 684/16
684/22 688/15

**together [3]** 613/12
613/13 676/18

**told [1]** 704/9

**too [6]** 686/1 691/7
697/11 699/1 708/23
711/2

**took [1]** 707/10

**top [9]** 624/20 660/22
675/12 679/6 696/22
701/25 703/2 703/6
710/11

**topic [1]** 627/11

**total [2]** 658/17 658/23

**towards [4]** 647/7
648/13 651/17 680/13

**town [1]** 658/9

**track [4]** 636/4 636/18
637/25 648/6

**tracked [4]** 636/6
636/15 637/3 637/3

**tracking [3]** 636/11
636/11 636/16

**traffic [4]** 609/7 609/7
665/2 685/17

**transactions [1]** 645/3

**transcript [3]** 602/9
604/6 713/3

**transcription [1]** 604/7

**transparent [1]** 637/5

**trial [5]** 602/9 640/6
640/20

**tried [5]** 654/17 667/15
684/11 694/23 708/2

**true [1]** 694/17

**truth [1]** 686/24

**try [7]** 626/25 659/8
665/12 696/13 708/4
708/15 711/24

**trying [9]** 617/16
624/16 630/4 654/11
656/20 657/10 661/5
662/9 708/21

**turn [2]** 677/1 701/5

**twist [1]** 668/22

**two [14]** 607/1 607/12
610/12 610/23 614/13
622/22 633/4 638/14
638/24 647/25 650/24
659/10 681/20 696/21

**two numbers [1]**
622/22

**TYLER [1]** 603/17

**type [14]** 616/25
639/16 645/12 662/25
675/5 680/24 695/20
700/22 703/1 703/20
706/24 709/16 709/20
709/21

**typed [1]** 701/23

**types [7]** 609/11
609/12 638/6 648/10
673/11 696/14 703/15

**typical [2]** 615/3
639/10

**typing [1]** 695/14

**U**

**U.S [1]** 603/2

**unaware [1]** 669/17

**unawareness [1]**
700/11

**uncertain [1]** 615/5

**under [3]** 642/10
692/13 693/20

**undercut [1]** 617/24

**underground [1]**
692/15

**underlying [3]** 616/23
640/17 640/18

**understand [23]**
617/12 618/7 618/8
618/9 623/6 623/8
624/16 645/21 646/18
673/10 678/15 679/1
693/1 693/2 693/7
694/20 702/11 702/12
702/13 709/4 709/7
710/9 711/3

**understanding [36]**
609/8 611/22 617/18
619/17 619/18 620/7
620/25 628/22 628/25
629/10 630/9 631/13
631/14 631/15 631/18
633/9 633/10 633/13
637/14 639/10 665/11
666/8 666/14 666/15
679/17 682/1 682/8
683/8 690/22 691/1
692/5 693/20 695/9
695/11 702/6 707/22

**understands [1]** 620/5

**Understood [3]** 654/13
661/13 692/23

**undertook [1]** 689/20

**Unfortunately [1]**
644/1

**Union [1]** 621/3

**unit [2]** 603/12 698/8

**UNITED [13]** 602/1
602/3 602/10 606/7
607/8 613/8 619/20
628/7 633/12 633/14
634/17 641/8 691/15

**United States [4]**
619/20 633/12 633/14
634/17

**United States of [1]**
607/7

**unknown [1]** 674/20

**unlike [2]** 609/18
609/18

**unreasonable [1]**
665/5

**until [1]** 630/16

**up [35]** 606/18 607/3
607/5 607/12 607/15
607/17 607/20 607/20
616/5 625/1 639/24
644/24 646/22 653/21
656/20 659/7 660/12

**typically [1]** 658/18

662/20 662/20 668/1
667/2 668/14 669/3
669/4 669/13 670/13
673/13 676/10 677/5
677/17 682/11 684/8
684/10 690/8 695/24

**upgrade [2]** 608/24
636/1

**upper [2]** 701/10
701/10

**upper-hand [1]** 701/10

**uptake [1]** 679/8

**UPX [9]** 620/20 625/15
627/8 627/8 627/8
627/8 635/13 640/24
641/4

**UPX 955 [1]** 635/13

**URL [2]** 695/15 695/16

**us [1]** 707/10

**usability [1]** 646/24

**usage [10]** 623/14
648/6 648/22 658/23
660/14 660/22 668/15
679/22 686/14 699/7

**usdoj.gov [2]** 603/5
603/9

**use [28]** 618/23 619/23
621/7 629/17 629/19
639/12 642/2 643/11
647/13 647/18 656/17
658/10 658/13 659/22
673/15 674/16 674/21
675/8 677/19 682/16
686/11 688/3 690/21
690/22 690/25 699/2
700/17 709/10

**used [14]** 618/19
628/23 629/23 630/6
635/4 644/23 668/2
672/20 673/15 677/18
688/5 691/3 691/6
691/18

**useful [5]** 614/14
621/17 650/17 668/23
703/24

**user [31]** 611/25
626/19 628/13 628/13
629/13 629/21 637/25
638/22 639/10 642/16
645/12 647/8 647/12
647/13 665/3 669/10
688/12 695/5 696/19
698/23 699/4 700/1
700/10 700/21 701/11
703/11 703/15 707/6
707/14 709/16 710/21

**users [34]** 608/23
609/3 611/20 611/20
611/22 628/18 629/19
629/21 636/11 637/10
638/3 639/12 643/11
646/7 647/16 662/10
664/18 665/7 668/18
668/24 669/3 673/24
674/12 674/18 675/16
679/8 679/14 688/21
701/18 704/21 705/3
706/19 707/2 709/1

**U**

users' [3] 642/13 663/9 677/12
using [15] 608/23 636/5 636/10 656/12 669/3 669/13 679/9 682/16 688/8 699/15 703/12 704/22 704/22 707/3 709/9

**V**

valid [1] 705/25
Valley [1] 644/12
valuable [1] 638/11
value [3] 665/16 687/7 687/7
van [1] 627/17
variation [1] 702/22
various [1] 654/6
vary [3] 698/9 698/10 700/17
vast [4] 628/25 629/1 636/14 646/5
verb [2] 623/21 672/23
Verizon [4] 678/11 679/13 679/18 680/9
version [3] 621/14 621/20 622/10
versus [16] 606/8 611/20 625/19 628/24 649/9 650/23 658/18 659/24 660/4 665/2 665/17 674/25 679/22 689/8 689/14 697/15
vertical [1] 610/23
very [57] 609/7 610/13 615/13 620/9 622/19 623/7 623/19 624/22 625/6 625/6 626/4 629/22 633/1 634/22 635/5 637/6 637/6 644/1 644/1 644/1 647/3 651/3 653/10 653/13 655/23 655/23 655/23 656/24 662/7 664/23 665/12 668/3 668/3 672/15 673/20 675/7 675/7 677/2 677/2 681/4 681/6 687/10 688/24 688/24 691/10 691/16 691/23 692/12 692/13 698/15 703/6 703/6 707/16 708/2 708/2 712/10 712/17
vice [2] 627/17 634/13
videos [1] 711/8
view [3] 617/24 632/15 704/6
views [1] 639/17
volume [1] 658/17
vs [1] 602/5

**W**

wait [2] 652/1 652/3
Waldo [1] 700/7
want [29] 618/11 619/12 621/9 638/4

647/1 649/4 650/16 653/6 653/20 659/9 661/21 678/17 680/16 684/16 684/16 686/17 688/2 698/14 701/5 704/15 704/25 708/7 708/13 709/1 709/3 709/6
wanted [9] 609/17 669/15 672/14 686/5 689/10 693/6 707/14 710/8 710/9
wants [2] 607/2 618/4
war [1] 624/2
was [74] 608/21 611/6 611/7 611/19 612/6 612/16 612/23 613/5 620/20 620/23 621/10 621/11 621/12 621/13 621/14 621/19 622/5 623/18 624/7 625/15 626/23 627/18 631/8 631/18 632/19 634/4 635/12 636/6 636/21 636/23 639/4 650/5 651/16 652/11 652/16 652/19 652/22 654/24 657/10 660/16 661/23 662/1 662/3 662/20 664/22 666/25 673/25 675/23 682/1 682/16 682/18 682/22 682/22 682/23 683/2 683/5 683/5 683/6 683/9 683/16 685/4 685/7 687/13 687/15 687/15 688/1 689/12 690/17 696/12 698/12 698/16 707/16 707/18 710/7
wash [1] 656/1
Washington [5] 602/5 603/3 603/7 603/22 604/5
wasn't [7] 640/11 645/1 662/3 685/10 698/23 706/7 710/24
waste [1] 653/6
way [20] 607/16 608/22 620/10 630/6 636/19 647/14 653/2 655/4 655/11 657/6 657/10 665/18 670/6 673/5 679/3 683/16 684/15 685/4 685/20 708/17
ways [5] 633/25 663/23 685/18 694/4 695/21
wc.com [1] 603/23
we [59] 606/15 606/16 607/1 607/4 607/10 607/12 607/13 608/10 609/13 609/19 611/13 613/6 613/7 613/8 613/23 614/7 618/6 618/13 619/7 620/14 620/16 623/3 625/3 625/4 628/2 633/2 633/20 634/10 634/23

641/12 644/9 644/24 649/10 649/18 650/17 652/2 653/13 655/23 656/7 670/13 674/15 675/5 675/5 675/6 675/15 675/24 679/20 690/8 697/12 700/7 701/14 701/20 702/14 704/1 704/12 712/16
we'd [1] 640/10
we'll [9] 607/5 640/23 641/6 664/1 664/1 664/14 701/6 712/15 712/17
we're [7] 607/14 637/7 666/3 678/5 702/21 706/13 711/11
we've [10] 617/10 633/23 672/2 674/11 676/1 678/11 695/25 696/11 696/21 702/24
web [5] 691/15 691/18 697/6 709/18 710/19
WEBB [1] 603/17
website [3] 683/24 683/25 695/5
weighting [1] 665/1
welcome [2] 607/19 608/8
welfare [1] 666/20 666/21
well [11] 617/3 617/20 626/15 630/1 642/2 647/11 654/21 663/25 665/13 676/1 684/11
went [1] 654/18
were [37] 610/14 611/24 612/22 613/2 613/15 615/17 621/10 621/13 630/1 636/4 636/5 636/15 636/15 636/18 637/2 642/4 648/2 648/3 648/6 648/13 652/1 652/21 657/4 657/9 657/9 657/19 678/3 681/4 685/2 685/11 686/9 697/1 697/1 698/6 709/20 709/21 709/21
wfcavanaugh [1] 603/20
what [134]
what's [3] 620/25 630/23 690/21
whatever [4] 656/20 709/9 709/9 712/12
when [81] 609/4 611/14 614/1 614/25 615/4 616/17 616/20 617/5 618/14 619/2 623/22 624/12 625/11 629/6 631/16 632/16 632/17 636/5 645/25 647/11 649/7 649/10 650/18 652/13 653/15 656/9 657/3 658/6 658/18 659/5 659/8

660/8 660/16 660/17 661/3 661/7 661/7 661/14 662/3 662/3 662/11 664/10 666/9 667/12 667/17 668/2 669/1 669/2 673/1 673/22 680/24 681/13 682/8 682/13 682/16 683/5 683/15 683/23 684/8 685/15 685/15 686/8 686/10 687/4 687/8 688/12 688/22 697/1 699/23 699/24 700/21 700/21 701/3 701/11 704/21 705/5 706/24 707/3
whenever [3] 607/2 608/25 663/24
where [23] 608/10 612/5 612/15 613/4 616/13 631/8 646/8 646/14 646/22 646/23 653/12 656/9 658/17 662/11 665/19 673/5 675/5 675/6 679/21 687/16 697/6 698/19 706/19
Whereas [3] 622/22 629/25 636/14
whether [36] 611/24 613/19 619/18 628/22 633/10 633/16 635/16 637/18 649/2 650/8 658/23 659/15 659/22 659/24 660/9 661/11 663/3 664/16 665/22 667/16 668/14 673/24 677/12 683/9 686/11 687/12 691/14 693/23 697/22 699/6 699/13 699/18 701/12 702/6 704/22 711/15
which [50] 611/4 611/16 615/1 616/11 617/6 617/7 618/9 619/10 620/3 623/10 623/13 623/16 624/15 625/1 625/4 626/24 628/3 630/19 632/19 639/25 643/23 645/21 647/15 648/5 649/3 650/5 652/22 655/4 655/13 661/3 666/1 666/2 666/3 673/20 677/21 680/5 682/9 686/10 687/6 687/13 689/18 692/15 700/8 702/15 702/24 704/5 704/7 708/18 708/22 710/2
while [4] 652/1 652/3 655/19 679/8
who [26] 620/11 627/17 628/14 635/21 638/3 642/24 654/16 662/19 662/22 665/10 668/4 669/10 669/16

660/24 674/12 674/16 674/20 675/7 684/18 687/24 699/19 703/12 704/21 707/14 709/1 710/8
whole [1] 669/21
why [11] 607/4 607/20 618/3 623/5 625/24 629/15 630/3 673/6 685/13 688/21 712/16
Why don't [1] 607/20
widget [22] 609/1 609/2 609/5 609/6 609/9 699/24 705/17 705/23 706/2 706/4 706/13 706/16 706/21 706/25 707/3 707/4 707/8 707/15 707/15 707/20 707/20 708/8
will [21] 614/21 615/19 616/18 617/2 621/7 640/19 641/7 642/2 649/15 650/3 651/14 653/6 656/24 672/13 679/2 684/1 696/11 699/10 707/7 708/19 709/22
William [5] 603/16 604/2 606/10 713/2 713/8
William Cavanaugh [1] 606/10
WILLIAMS [1] 603/21
willing [1] 613/19
Window [1] 632/6
Window-specific [1] 632/6
Windows [20] 631/24 632/2 667/4 667/20 667/21 667/25 668/9 668/11 668/15 668/24 671/8 671/25 672/4 673/23 674/1 674/12 681/10 681/11 711/16 711/19
Windows PC [1] 671/8
Windows PCs [7] 667/20 667/21 668/9 668/11 668/15 674/1 674/12
within [6] 671/13 674/18 679/17 684/21 698/18 709/22
without [8] 652/23 656/13 658/7 661/1 668/25 669/14 672/1 695/20
witness [5] 605/2 608/2 609/11 641/11 644/19
WITNESSES [1] 605/4
wondering [1] 637/13
word [2] 676/19 699/2
words [8] 615/25 629/4 636/6 649/4 652/10 657/13 684/17 710/16
work [11] 611/12 620/15 629/21 633/21

731

**W**

work... [7] 643/6 643/7 643/23 649/22 690/25 696/3 698/15
worked [1] 643/17
working [2] 662/16 683/8
works [3] 628/15 633/25 641/5
world [7] 609/8 620/13 634/17 652/10 665/10 666/3 672/21
worried [2] 625/1 625/5
worry [1] 624/21
worse [1] 617/8
would [98] 606/21 607/1 607/18 609/10 610/16 613/14 614/13 615/19 616/10 616/14 618/10 629/13 629/13 632/4 633/7 633/8 638/22 639/17 640/2 640/5 640/9 642/20 642/22 642/24 643/2 643/4 646/24 647/25 648/8 650/13 650/22 651/1 651/25 652/6 652/18 652/19 652/21 656/1 656/2 656/6 657/2 657/6 657/12 658/10 658/13 658/14 658/24 659/17 662/8 664/20 664/23 665/3 665/5 665/9 665/25 666/1 666/3 666/10 669/1 669/14 672/21 673/10 673/20 673/24 674/9 674/19 674/20 676/3 676/19 677/1 677/16 679/23 679/23 680/2 680/2 680/7 680/7 680/14 680/15 682/13 684/18 684/18 685/21 685/22 686/8 686/25 695/4 696/17 699/2 699/16 699/16 702/19 706/1 708/18 709/10 709/14 710/9 710/19
wouldn't [2] 643/1 646/7
written [2] 643/10 643/13
wrote [1] 638/2

**Y**

Yahoo [26] 630/15 630/16 631/3 631/7 631/11 631/17 634/14 650/9 660/17 663/4 663/9 663/17 664/17 664/22 678/13 678/13 679/20 679/21 679/23 679/25 680/2 680/7 680/10 680/10 680/12 705/6
Yandex [8] 610/24

625/12 688/22 689/19 690/3
Yandex's [1] 689/8
yeah [10] 607/4 610/17 621/19 632/13 637/16 641/2 665/1 685/25 696/7 700/18
year [4] 608/14 636/17 657/20 676/23
years [6] 609/22 626/13 635/22 643/24 651/6 681/20
yellow [1] 639/6
Yep [2] 641/5 686/20
yes [92] 606/24 607/7 608/16 613/21 615/12 617/14 617/19 618/25 619/24 621/2 626/1 626/9 627/12 628/20 630/11 632/3 633/6 633/18 635/18 638/5 638/16 638/20 642/9 644/18 646/25 647/2 647/4 648/16 650/3 650/5 652/25 653/5 653/23 653/25 654/7 654/24 655/4 657/21 658/3 660/19 661/25 667/5 667/22 668/10 668/20 668/20 670/15 670/18 670/22 671/4 671/7 671/18 671/23 672/5 674/14 674/17 674/22 676/19 677/6 679/10 681/16 681/20 684/3 684/7 684/23 688/17 690/7 690/10 690/13 690/16 691/7 693/5 693/11 693/15 696/19 697/3 700/17 700/24 700/24 701/2 701/6 703/3 703/8 703/23 706/6 706/15 706/17 708/3 708/22 710/9 710/23 711/6
yes/no [1] 708/22
yesterday [20] 606/22 607/12 608/21 609/19 613/8 613/23 618/7 618/13 625/3 626/23 628/3 634/11 645/11 648/12 680/6 698/6 700/7 704/1 705/19 707/10
yet [1] 701/15
York [1] 603/19
you [483]
you understand [2] 617/12 694/20
you'd [3] 639/24 651/10 710/16
you'll [2] 606/20 711/8
you're [33] 623/23 633/4 642/20 644/17 655/12 655/13 656/3 661/5 663/12 666/18 666/23 667/19 670/20

678/15 678/19 679/3 683/1 685/7 692/6 692/12 693/4 693/7 693/25 703/10 704/10 704/13 704/20 706/9 706/9 706/23
you've [23] 607/14 643/17 644/19 645/15 645/21 651/18 654/1 654/1 654/5 668/18 668/19 670/24 671/16 678/21 678/22 678/23 681/13 681/17 683/22 686/23 690/5 696/15 711/1
your [172]
Your Honor [92] 606/6 606/17 606/22 607/2 607/7 607/10 607/13 608/18 609/10 609/15 610/8 610/12 610/21 611/17 611/21 612/7 613/23 614/18 614/21 614/25 615/15 616/16 618/13 619/2 620/1 621/3 621/23 622/7 622/18 623/6 623/19 624/10 624/20 625/21 626/11 626/23 628/1 628/25 629/17 630/2 630/11 630/22 632/13 632/22 633/13 634/10 634/19 635/8 635/24 636/10 638/10 639/3 639/16 641/14 646/20 648/1 649/6 651/24 653/8 656/8 659/5 662/16 663/24 664/11 666/9 667/11 667/23 673/10 675/10 675/21 675/22 676/5 680/5 680/18 685/22 687/8 687/22 687/25 689/11 690/24 691/9 694/1 695/7 695/24 699/9 700/4 702/9 704/11 705/17 711/11 711/18 712/12
yourself [4] 643/1 688/20 689/4 696/5
YouTube [2] 637/22 711/8

**Z**

Zaremba [3] 604/2 713/2 713/8