```
 1                 IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,
     et al.,                             Civil Action
 4                    Plaintiffs,        No. 1:20-cv-3010

 5            vs.                        Washington, DC
                                         September 14, 2023
 6   GOOGLE, LLC,                        1:36 p.m.

 7                    Defendant.         Day 3
     _____/    Afternoon Session
 8

 9

10                   TRANSCRIPT OF BENCH TRIAL
             BEFORE THE HONORABLE AMIT P. MEHTA
11                UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For DOJ Plaintiffs:     KENNETH DINTZER
                             U.S. Department of Justice
14                           1100 L Street, NW
                             Washington, DC 20005
15
                             JOSHUA HAFENBRACK
16                           ERIN MURDOCK-PARK
                             RICHARD GOWER
17                           MEAGAN BELLSHAW
                             U.S. Department of Justice
18                           450 Fifth Street, NW
                             Washington, DC 20001
19

20   For Plaintiff           JONATHAN SALLET
     State of Colorado:      Colorado Department of Law
21                           CPS/Antitrust Section
                             1300 Broadway, 7th Floor
22                           Denver, CO 80203

23                           WILLIAM CAVANAUGH, JR.
                             Patterson, Belknap, Webb & Tyler, LLP
24                           1133 Avenue of the Americas #2200
                             Suite 2200
25                           New York, NY 10036
```

1    **APPEARANCES CONT:**

2    **For Defendant Google:    JOHN SCHMIDTLEIN**
                                Williams & Connolly, LLP
3                               725 12th Street, NW
                                Washington, DC 20005
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   **Court Reporter:           JEFF HOOK**
                                Official Court Reporter
24                              U.S. District & Bankruptcy Courts
                                333 Constitution Avenue, NW
25                              Washington, DC 20001

1

**I N D E X**

2   WITNESS                                                        PAGE

3   ANTONIO RANGEL

4     Continued Cross-Examination by Mr. Schmidtlein          735

5     Redirect Examination by Mr. Hafenbrack                  767

6

7   JAMES KOLOTOUROS

8     Direct Examination by Ms. Murdock-Park                  771

9

10

11

12

13

14

**E X H I B I T S**

15   EXHIBIT                                                        PAGE

16   Exhibit DX723:       ......Admitted into evidence......   746

17   Exhibit UPX7001      ......Admitted into evidence......   770

18   Exhibit UPX809:      ......Admitted into evidence......   810

19   Exhibit UPX558:      ......Admitted into evidence......   834

20   Exhibit UPX1011:     ......Admitted into evidence......   853

21

22

23

24

25

1          **P R O C E E D I N G S**

2          **THE COURT:**  Welcome back, everybody.  Mr Schmidtlein,

3     we're ready when you are.  I hope everybody had a nice lunch

4     hour.

5          **CONTINUED CROSS-EXAMINATION OF ANTONIO RANGEL**

6     **BY MR. SCHMIDTLEIN:**

7          **Q.**  Thank you, Your Honor.  Professor Rangel, before the

8     lunch break, I'd asked you a couple of questions about the

9     Amazon Fire, and just one last question to close the loop on

10    that.

11         The search box that we were talking about before the

12    break, do you know whether or not you can remove that search

13    box?

14         **A.**  I do not.

15         **Q.**  You didn't investigate -- in the same way you

16    investigated whether there was friction or what steps were

17    needed to be able to remove the Google search widget box on

18    Android devices, you didn't look into the steps that needed to

19    be taken or whether in fact the search box on an Amazon Fire

20    tablet could be removed at all?

21         **A.**  For this specific search bar, I investigated changing

22    the defaults, but not removing the bar.

23         **Q.**  Okay.  If you were to learn -- if you assume with me

24    that that search bar cannot be removed, would you agree that

25    that could affect the volume of Bing searches that are done

1    with that, particularly given, as we discussed before, you

2    can't change the -- there's no second default that you can set

3    for that box?

4        A.  Yes, that is possible.

5        Q.  Now, when you said previously that changing a default

6    search engine on an Apple or Android device is cognitively

7    costly, have you tried to quantify or calculate the cost?

8        A.  I have not carried data to quantify that specific

9    cost, no.

10       Q.  Okay.  Would you agree that if the choice architecture

11   that a company decides is to present a choice screen, that

12   there are cognitive costs for a consumer for trying to evaluate

13   and make a selection with a choice screen?

14       A.  Every mental operation, every consumption of

15   information, every decision, Your Honor, of everyone involves

16   some mental cost; some more than others.

17       Q.  Okay.  And have you evaluated, or tried to calculate

18   in any relative sense, the cognitive costs of changing a

19   default search engine with the cognitive costs of trying to

20   evaluate and make the best selection with a choice screen?

21       A.  In general, I'm not providing a quantitative

22   comparison of interfaces, especially interfaces that are close

23   by.  But having said that, counsel and Your Honor, there are

24   some interfaces that are so far apart that without quantifying,

25   my expectations as a behavioral economist is that there is a

1    difference in the degree of choice friction.  I can answer more

2    questions about that.

3         Q.  Okay.  But you haven't done that comparison for

4    purposes of your work here?

5         A.  I have not collected data on this.

6         Q.  Do you know what an app launcher is?

7         A.  The term is familiar.  The way you're asking the

8    question is making me doubt myself.

9         **THE COURT:**  Maybe if you rephrase.

10   **BY MR. SCHMIDTLEIN:**

11        Q.  Okay.  In the context of populating and getting sort

12   of prominent distribution on a default home screen or some

13   other real estate on a device, are you familiar with products

14   that software companies offer that are called application

15   launchers that can sort of launch sort of multiple devices into

16   a new user interface?

17        A.  I am not.

18        Q.  Now, you've referred to the term choice architecture

19   in your expert reports in this case, correct?

20        A.  I do.

21        Q.  And selecting a default search provider, whether it's

22   a browser or a device manufacturer, is an example of choice

23   architecture, right?

24        A.  Yes.

25        Q.  And would you agree that the selection of the default

1    search engine is an important product design decision for a

2    browser developer?

3        **A.**   I would agree.

4        **Q.**   And do you consider yourself an expert on browser

5    design?

6        **A.**   I apologize, your question coincided with the

7    coughing.  Could you repeat it?

8        **Q.**   Sure.  Do you consider yourself an expert on browser

9    design?

10       **A.**   I do not.

11       **Q.**   Would you agree that a browser developer has to make a

12   design decision about whether to select a default search engine

13   or find some other mechanism for a default to be employed with

14   its browser?

15       **A.**   Yes, and let me be specific.  When you construct, Your

16   Honor, a piece of software like a browser, which requires

17   access to a search engine -- this is unavoidable, the software

18   needs to have a way the first time a query is carried out of

19   finding out a search engine.  It can be through a default or it

20   can be through a choice screen, but somehow either the user

21   interface or the user interface plus user input is necessary to

22   determine those settings.

23       **Q.**   And you would agree that given the importance of

24   search engine functionality to a browser's functionality, that

25   having a default search engine through some mechanism is a good

1    product design?

2       A.   Yes, because it would not be an ideal product design

3    to have a user have to specifically select a search engine

4    every time that they do a query.

5       Q.   Now, you're not offering an opinion in this matter

6    that a browser developer's decision to select a default search

7    engine rather than employing some other mechanism for a default

8    selection has harmed consumers, correct?

9       A.   To be able to do that, I would have to carry a type of

10   analysis that is called a welfare analysis, Your Honor, that

11   quantifies the gains and losses.  I have not done that,

12   therefore I'm not offering an opinion.

13      Q.   So you're not offering an opinion that Apple's

14   decision to make Google the default search engine on the Safari

15   browser has harmed consumers, correct?

16      A.   I am not.

17      Q.   And the same would be true for Mozilla, correct?

18      A.   Yes.

19      Q.   And the same would be true for any Android OEM or any

20   carrier who has made some sort of default search engine

21   selection in their configuration of an Android device?

22      A.   Correct.

23      THE COURT:  Dr. Rangel, can I ask you a question:  You

24   haven't done any such consumer harm analysis, but can you just

25   give me an idea of what that would look like, how you would

1    construct a consumer harm analysis with respect to a product

2    that does not charge for its use?

3        **THE WITNESS:**  Of course, Your Honor.  I am going to --

4    there's a fundamental question:  How would a behavioral

5    economist approach it.  For every user, you would like to know

6    the following thing:  For different interfaces, how much is the

7    quality of the search experience that they get that will be

8    affected by the usage and by the quality of the results, the

9    well-being that they derive from there.  That would be the

10   value of the experience.  You would have to subtract from that,

11   for different interfaces, the effort of carrying out those

12   queries and access that information.  And different browsers,

13   as we have discussed, vary.  For example, counsel showed a

14   picture of the Firefox in which they remind you there are

15   different browsers, and for every query, if you want, you can

16   click.

17       In addition -- and this is essential for your question,

18   there is an issue of what is the cost associated with different

19   default options, with different ways, in counsel's way of

20   stating the question, of selecting a default, reaching a

21   default.  And there you will have to trade off the cost of

22   going through the choice screen with the impact of the

23   probability of selecting the incorrect browser and making a

24   mistake in the short term.  And if you wanted to -- that's for

25   a short-term analysis.  If you wanted to be more ambitious, you

1    would also want to ask, for different interfaces, what is the

2    probability that a user ends up experimenting with different

3    products, and maybe discover products, search engines that they

4    like more.  That's a potential that has to be taken into

5    account.  Because if somebody gets habitized and locked in in

6    the default search engine, there may be other options down the

7    line they prefer.  It's a complicated analysis.  And then you

8    would have to do that for different types of users which have

9    different preferences, different usage patterns, different

10   mental efforts, and aggregate it.  It's a complex calculation,

11   but it's conceptually very clear.

12       **THE COURT:**  Would you equate habituation to a product with

13   consumer harm?

14       **THE WITNESS:**  No, of course not, Your Honor.  You can --

15   the only key point about habits is the following:  If you

16   start -- and I'm going to phrase the question in the term of

17   search engine just to facilitate the discussion, Your Honor.

18   If you start using the default search engine, as we have been

19   discussing, and you develop a habit to use it, for that habit

20   to take place, it is necessary.  Otherwise, it will not occur

21   that you get a good consumer experience.  However, it's not

22   necessary that you get the best consumer experience; that's not

23   required by habituation.

24       So you asked the question:  Is it necessary that it

25   creates harm.  No, it is necessary that it generates a good

1    consumer experience.  But you may have a welfare loss in the

2    sense that you have habituated to a second best.  To be clear,

3    I am not testifying about what is the best search engine or the

4    second best, I have no opinion to offer about the relative

5    quality of Google.  This is about the behavioral mechanisms.

6         **THE COURT:**  Thank you.  Sorry, Mr. Schmidtlein.

7    **BY MR. SCHMIDTLEIN:**

8         **Q.**  Thank you, Your Honor.  Now, defaults are often used

9    by companies and governments to promote what the companies and

10   governments view as the recommended option, correct?

11        **A.**  I disagree with the phrasing.  I would say that they

12   are used -- they are a go-to tool in choice architecture to

13   induce consumers to choose an option that is desired by the

14   organization choosing the choice architecture.  Now, the

15   calculations that go behind them, it was a little bit -- I

16   heard it implicit in your question, it will vary across

17   organizations.

18        **Q.**  Do consumers interpret preset defaults as a

19   recommendation or endorsement by the manufacturer?

20        **A.**  There are -- yes, with qualifications, and I would

21   like to explain why to the Court.  There are cases, Your Honor,

22   in which defaults are interpreted by decision makers, by

23   consumers as an implicit recommendation of what is the right

24   product to use.  And this tends to be more relevant for

25   consumers that are not very sophisticated.  They don't know

1    what is quite the right option.  If they see something chosen

2    as the default, they think maybe there is a reason for that,

3    I'll go with that.  That's called implicit recommendation in

4    the world.  And, yes, it's one of the mechanisms that is at

5    work in amplifying the effect of the default bias.

6        Q.  Have you conducted any analysis in this case as to

7    whether consumers interpret a default search engine -- whether

8    selected by a browser developer, whether selected by a device

9    manufacturer -- as a recommendation or endorsement by that

10   browser or device manufacturer as to the best search engine?

11       A.  I have not collected data, Your Honor, on this, but I

12   have encountered case materials from the participants of the

13   market discussing this.

14       Q.  Okay.  And the materials that you've discussed -- I'm

15   sorry, the materials you've reviewed or seen from the case are

16   consistent with the notion that at least some consumers will

17   interpret the default as a recommendation or an evaluation by

18   the partner or the product manufacturer as to what they believe

19   is the best search engine?

20       A.  Yes.

21       Q.  And would you agree that there are circumstances where

22   users benefit from those recommendations?

23       A.  Are you asking me specifically about defaults or in

24   general?

25       Q.  About defaults.

1     **A.**   Conceptually, yes.  Conceptually.  I am not sure I

2     would answer in the affirmative, not necessarily in the field.

3     **Q.**   Well, you have -- you've made repeated references

4     during your testimony to consumers who are not informed or who

5     are confused or may not understand the products, their

6     workings, the quality, all of those things.

7          Would you agree that for those consumers, they could

8     benefit from the recommendation of a company like Apple or

9     Mozilla as to a default search engine?

10    **A.**   It would depend on the motives that are driving the

11    decision by those companies to select the default.

12    **Q.**   Did you do anything in this case to inform yourself as

13    to the processes, the motives, the way those companies went

14    about selecting default search engines?

15    **A.**   Yes.

16    **Q.**   What did you do?

17    **A.**   I read a large body of case materials in which

18    defaults, Your Honor, are -- and selection of defaults and

19    changes of defaults are discussed.  And within the limitations

20    of the case documents being read outside a meeting, I tried to

21    get a sense of the range of considerations and issues that are

22    debated in determining those decisions.

23    **Q.**   You're not offering any opinion in this case that the

24    default browser selection process that Apple or Mozilla or

25    Samsung or AT&T or any of the other Android carriers or

1  manufacturers was an inappropriate or ineffective process, are

2  you?

3      **A.**  I am not.

4      **Q.**  Now, the Court asked you some questions earlier about

5  whether there are instances where consumers get confused

6  between a browser and a search engine.

7      Do you remember that?

8      **A.**  I do.

9      **Q.**  Okay.  And you agree that there's at least some

10  population of people who fall into that category that, you

11  know, if they're using a -- they may not understand the

12  difference between a browser and a search engine?

13      **A.**  I agree.

14      **Q.**  Okay.  Would you agree that those consumers can

15  benefit from a recommendation from a browser developer or a

16  device manufacturer?

17      **A.**  I agree that those consumers can benefit from help for

18  any interface, any advice of how to make informed changes.  The

19  extent to which they benefit from the advice or the interfaces

20  provided by manufacturers, again, is going to depend on the

21  motives of those manufacturers.

22      **MR. SCHMIDTLEIN:**  Your Honor, may I approach?

23      **THE COURT:**  You may.

24  **BY MR. SCHMIDTLEIN:**

25      **Q.**  Let me show you what I've marked as -- it's marked for

1    identification, Your Honor, as DX723.  It's an article that

2    Professor Rangel is very familiar with.

3         Did you cite this article in your expert report?

4         **A.**   I do.

5         **MR. SCHMIDTLEIN:**   I don't know that I need to move it into

6    evidence because it's an article, but I'm -- I'd like to mark

7    it and use it for purposes of the examination.

8         **THE COURT:**   If you'd like to move it in, unless there's an

9    objection, I think it's appropriate to allow it.

10        **MR. HAFENBRACK:**   If you want to move it in, that's fine

11   with us, Your Honor.

12        **MR. SCHMIDTLEIN:**   Okay.  We'll move in DX723.

13        **THE COURT:**   Okay.

14        (Exhibit DX723 admitted into evidence)

15   **BY MR. SCHMIDTLEIN:**

16        **Q.**   Now, DX723 is a Harvard Business Review article,

17   correct?

18        **A.**   Correct.

19        **Q.**   And it's authored by several authors who I think you

20   are familiar with, correct?

21        **A.**   Yes.

22        **Q.**   And one of the authors is a gentleman named Eric

23   Johnson, right?

24        **A.**   Yes.

25        **Q.**   And you're familiar with Mr. Johnson?

1      **A.**   I am.

2      **Q.**   You think he is one of the leading experts or

3  authorities on sort of default behavioral economics?

4      **A.**   He has done seminal work in this area and written

5  extensively in this area.  The answer is yes.

6      **Q.**   Okay.  And you've -- even before you came to this

7  case, you'd read this article many times during your career?

8      **A.**   I have.

9      **Q.**   And would you agree that this article tries to

10  translate some concepts from behavioral economics into terms

11  that even lawyers might understand?

12      **A.**   I think that this article -- yes.  And to provide

13  context, this article, Your Honor, is a public service effort

14  by these authors to help companies think about how to setting

15  up mistakes, and more importantly, how to avoid making mistakes

16  in setting up those defaults.

17      **Q.**   And there's nothing in this article that you express

18  disagreement with, do you?

19      **A.**   There may be minor, minor quibbles somewhere, but not

20  at a high level.

21      **Q.**   Okay.  Would you agree that well-designed product or

22  service defaults benefit both company and -- companies and

23  consumers by simplifying decision making, enhancing

24  satisfaction, reducing risk and driving profitable purchases?

25      **THE COURT:**   I'm sorry, could you just restate the

1    question -- or not restate it, but repeat the question, pardon

2    me.

3        MR. SCHMIDTLEIN:  Sure, let me pull it up.  This is in the

4    first paragraph.

5        THE COURT:  I figured as much.  It's helpful to just track

6    it.

7    BY MR. SCHMIDTLEIN:

8        Q.  Can you highlight the sentence that starts:

9    "Well-designed product or service defaults benefit both company

10   and consumer by simplifying decision making, enhancing customer

11   satisfaction, reducing risk and driving profitable purchases."

12       A.  I agree.  I think the sentence -- this sentence has to

13   be understood in context.  I agree with the sentence in the

14   following extent:  If you're going to set a default, do it

15   carefully.  That is the big lesson of this article, because

16   there are companies and examples of making mistakes with this.

17       Q.  Okay.  If you go to the --

18       A.  I'm sorry, I apologize, to finish my previous

19   sentence.  May I, counsel?

20       Q.  Of course.

21       A.  If -- the reason I clarified that, Your Honor, is that

22   as has been discussed during the cross, a default needs to be

23   selected in many products, it's unavoidable: the car seat for a

24   child, the search engine for a browser.  But there is the

25   option of how -- which -- whether to select the default or not

1    or to use some form of choice screen that's part of the menu.

2    And I take this sentence as if you're going to use a default,

3    be careful.

4        **Q.**   Well --

5        **A.**   Because if it's well selected, it can be very valuable

6    within the class of defaults.  If it's poorly selected, it can

7    backfire.

8        **Q.**   And under certain circumstances that they evaluate in

9    here, depending on what environment you're in and what

10   circumstances are presented, you may not want to set a default,

11   correct?

12       **A.**   Yes.  The article, Your Honor, goes to talk about, for

13   example, something called hidden defaults -- which was a word

14   that was used before.  And that is an idea that you set up a

15   default and hide -- you work very hard to hide whether or not

16   it can be changed.  And interestingly, the article goes on to

17   mention that that may be something that companies may want the

18   consumer, when they describe this, either to make sure that --

19   to protect the consumer from theirselves or because it's in the

20   interest of the company.  Either may be a reason to do that.

21       **Q.**   Can we go to the next section.  This is on page -- the

22   bottom of page three, and then it spills over subsequently:

23   "In seeking a good default for all customers, firms will find

24   that no simple formula applies to all cases."

25       I assume you agree to that?

1      **A.**   Yes.

2      **Q.**   "However, to arrive at a benign default configuration

3  that will provide the greatest good to the greatest number, the

4  questions a firm should ask include:  What default would the

5  majority of customers be most likely to prefer?  What

6  configuration would we recommend to someone without a

7  preference?  Can we save our customers time or effort with a

8  given default?"

9      Do you agree with that, Professor?

10     **A.**   Yes.  If you are already decided that you are not

11  going to go with a choice screen type of solution and you're

12  going to choose a default, you want to address those kinds of

13  questions.  Your Honor, and I would like to relay this to the

14  question you asked me earlier:  How would you go about

15  computing this welfare analysis.  These are some types of

16  questions that would go in the welfare analysis.

17     Now, one qualification is this is an HBR, Harvard Business

18  Review, article so it's not precise.  It's not only what

19  default would the majority of customers prefer that you would

20  like to think in determining a benign default, you may want to

21  worry the people that prefer this search engine, by how much do

22  they prefer it -- the people that prefer this one, by how much.

23  Proper analysis would require this.  I don't fault the authors,

24  they're trying to provide a popular piece.  But just, again, to

25  link it to the question that Your Honor had before.

1          Q.   In the work that you did in this case, did you try to

2     get answers to those questions?

3          A.   I did not carry out, again, a welfare economics

4     analysis.  That would be necessary to carry out these

5     determinations.

6          Q.   And, again, you looked at the record in this case, I

7     think you said, to try to familiarize yourself with how various

8     players in the industry who did set defaults, sort of how they

9     went about doing that, right?

10         A.   Yes.

11         Q.   Okay.  And did you see any evidence in the case that,

12    for example, Apple considered what default would the majority

13    of its customers be most likely to prefer?  Did you see any

14    evidence of that?

15         A.   I've seen evidence that they considered that, yes.

16         Q.   And you saw evidence that Mozilla considered that,

17    too?

18         A.   I think that generally is a fair statement.

19         Q.   And did you see evidence of that with respect to

20    Android OEMs or carriers?

21         A.   I cannot recall for that specific one right now.

22         Q.   The next question:  "What configuration would we

23    recommend to someone without a preference?"

24              Did you analyze whether any of the entities, companies

25    that set Google as the default asked that question?

1      A.   Not phrased like that.

2      Q.   "Can we save our customers time or effort with a given

3   default?"  Did you evaluate the record in this case, for

4   example, to assess whether Apple considered that question?

5      A.   I have not carried an evaluation of that.

6      Q.   And is it fair to say you didn't carry that evaluation

7   as to any other browser or any other Android device or carrier?

8      A.   That is fair.

9      Q.   And you yourself didn't try to apply that analysis

10   with respect to any particular browser, Android OEM or Android

11   carrier in this case, correct?

12      A.   Correct, because that would be an example of a

13   quantification of the behavioral economics analysis that, as I

14   have already testified, I have not carried out.

15      Q.   Now, sir, I just want to turn briefly and ask you a

16   few questions, circle back on the defaults in consumer privacy

17   topic, which I think was your third conclusion that you

18   testified to.

19      You've not compared Google's search privacy policy against

20   any other search engine's privacy policy, have you?

21      A.   I have not.  My scope was limited to Google for the

22   privacy questions.

23      Q.   Have you evaluated Google search's quality against

24   DuckDuckGo or any other privacy search engine's quality?

25      A.   I am interpreting your question to quality of consumer

1    experience in return for the searches.  The answer is no.

2         Q.  Yeah, I was talking about search results only.

3         A.  Yes, the answer with that definition is no.

4         Q.  In reaching your opinions regarding privacy, did you

5    consider the work that Google has devoted to designing privacy

6    and security features in its search and advertising products?

7         A.  Not -- well, let me just be careful.  To some extent.

8         Q.  You're not here making any normative judgments about

9    whether Google's privacy policies are serving or not serving

10   consumer needs?

11        A.  I am not carrying out, again, a welfare evaluation of

12   that.  My testimony in privacy is limited to the point that

13   there is substantial bias towards the defaults, and therefore,

14   Your Honor, one cannot look at the choices in privacy and

15   conclude that people don't like privacy.  That's basically the

16   scope of my report on that.

17        Q.  And you haven't done any analysis in this case to

18   measure the potential trade-offs that consumers make or would

19   have to make between privacy and search engine quality?

20        A.  I have not.

21        Q.  And you haven't done any analysis in this case about

22   how consumers themselves view those trade-offs?

23        A.  Correct.

24        Q.  In other words, you're not offering an opinion today

25   that any particular percentage of users want more, the same or

1    less in terms of privacy policy for Google search?

2        A.  I am not quantifying that, no.

3        Q.  You're not offering any opinion in this case comparing

4    Google search's privacy policies with Bing or Yahoo's privacy

5    policies?

6        A.  I am not.

7        Q.  And you did not compare choice friction regarding

8    privacy policies for Google to see whether they are greater,

9    the same or less than the choice friction that exists with any

10   other search engine's privacy policies or settings?

11       A.  The precise level, no, just with one qualification,

12   counsel.  It may be useful for the Court to know there are some

13   browsers and some search engines that have privacy out of the

14   box by design.  One would not need to carry the analysis for

15   those particular ones.  But specifically for the question that

16   you're asking, the answer is no.

17       Q.  And Professor -- if we could pull up from his slides

18   slide 58.  Are you there?

19       A.  I am.

20       Q.  Okay.  This slide that you presented references the

21   Brave browser?

22       A.  Yes.

23       Q.  And its implementation of DuckDuckGo as the default

24   search engine in four countries outside the United States; is

25   that right?

1          A.   Correct.

2          Q.   And I believe you acknowledged that Brave, in your

3     terminology, would be characterized as a privacy-centric

4     browser?

5          A.   Yes.

6          Q.   And DuckDuckGo, in your vernacular, would be a

7     privacy-centric search engine?

8          A.   Yes.

9          Q.   And so consumers confronted with this product would

10    understand that the -- at least one of the significant

11    marketing aspects of this product would be privacy?

12         A.   I think that Brave browser's users have selected to do

13    that.  One clarification, all Brave browser users have been

14    selected in the same way.  Some of them are still searching

15    with Google.  Some of them have their search engine changed to

16    this highly privacy one, and there is a large default effect

17    within that class of similarly, Your Honor, selected users.

18         Q.   Do you know what market share the Brave browser with

19    DuckDuckGo as the default search engine has in any of these

20    countries?

21         A.   I cannot give you the number from the top of my head.

22    My understanding is it is fairly small.

23         Q.   And did you look -- in any of the choice screen

24    results that we looked at earlier, either in Russia or in

25    Europe, did you happen to evaluate what percentage of users

756

1    when presented with a choice screen chose Brave or DuckDuckGo?

2    **A.** I haven't. One small clarification -- I haven't, but

3    I think it may be useful for the discussion, which is that in

4    many of these choice screens, Your Honor, the consumer doesn't

5    have the ability to select any search engine. There are

6    criteria that determine what is shown. And there have been

7    concerns, for example, about the search engines that pop up in

8    some -- not in all of the incarnations -- not being these kind

9    of alternatives, but heavily advertisement oriented browsers.

10    But the answer is no.

11    **Q.** And the choice screens that you have looked at,

12    whether it was in Russia or in Europe, those choice screens

13    were decided upon by the local regulators, not Google, right?

14    **A.** Well, my understanding is that in some instances of

15    these choice screens, there was a procedure of bidding for

16    having the ability to be listed there. And there were

17    concerns, because some of the way -- my understanding is --

18    this is not my opinion, it's not my expertise, but you're

19    asking me and I'm providing context. My understanding is that,

20    for example, in some incarnations of this choice screen, Your

21    Honor, you didn't pay if you want the option to be listed, you

22    only pay if you got clicked and selected. And that created

23    some perversive incentives for search engines that were very

24    high an advertiser to put these very high bids with the

25    knowledge that they were very unlikely to be selected, but if

1    they were selected, which is when they only have to pay, they

2    would be very profitable.  And I believe that this has changed

3    across the incarnations.

4        Q.   Right.  The statistics that you showed on your

5    slide --

6        A.   Do not contain that.

7        Q.   I was going to say, was during a time period when it

8    was changed to address that?

9        A.   Correct.

10       Q.   Okay.  If we can go to tab 11 of his slides.  This was

11   the slide that you presented, I believe yesterday, about the

12   podcast default on Apple devices?

13       A.   Correct.

14       Q.   And I believe you -- well, let me ask you:  Is there

15   actually a default podcast on the device?

16       A.   In my experience, there is.  If, for example, I'm sent

17   a message, Your Honor, with a podcast that is suggested and I

18   click on it, it shows up there in my device.  I cannot testify

19   that happens in every device.

20       Q.   In this instance, Apple provides its own podcast

21   application, correct?

22       A.   That is correct.

23       Q.   In other words, Apple did not open up for public

24   bidding or public evaluation various other podcasters to be

25   able to be pre-loaded on the Apple device?

1          A.   I have no expertise to testify to that.

2          Q.   Well, you understand that Apple devices come

3     pre-loaded with Apple applications, not third-party

4     applications, correct?

5          A.   Yes.

6          Q.   So, in this instance, Apple did not, unlike it does

7     when it selects a default search engine for Safari, go out and

8     evaluate third parties to see who was the best podcast, right?

9          A.   You're asking me a question about specific Apple

10    business processes, I just don't know the answer.

11         Q.   Can we go to slide 19.

12         THE COURT:   Just to be clear, when you're talking about

13    podcast, you mean the podcasting app itself that hosts

14    podcasts, how you can reach a podcast?

15         MR. SCHMIDTLEIN:   It's like a library, that's correct.

16         THE COURT:   Okay, just want to make sure.

17    BY MR. SCHMIDTLEIN:

18         Q.   Now, slide 19 says -- the title of it, Google Prevents

19    Samsung and Other Android Partners from, and there's -- I

20    believe you offered testimony that this has to do with making

21    it difficult for users to change defaults; is that right?

22         A.   I would phrase it slightly different, which is that as

23    I testified yesterday, Your Honor, when we talk about sources

24    of choice friction, there are these three top stages that has

25    to do with realizing that there is a default: thinking about

1 the space, considering options, and only the final thing is the

2 clicks.  And what I'm saying is the requirement here that is

3 listed -- I need to be very careful with the confidentiality,

4 that is listed and highlighted in yellow increases that sort of

5 choice friction as compared to one in which that information

6 was shown on the screen.  That is the statement.

7  Q.  What agreement is being highlighted here?

8  A.  My understanding -- and I am going to start

9 speaking -- I don't think I'm going to violate confidentiality,

10 but of course I want to be extremely respectful.  In my

11 understanding, this is a modification of a MADA agreement that

12 was, yeah, an agreement that existed, it was signed, that was

13 modified.

14  Q.  So this is a mobile -- this is an Android mobile

15 application distribution agreement between Google and Samsung,

16 correct?

17  A.  The specific one shown, yes.

18  Q.  And I'll refer to this as the MADA.  The MADA provides

19 for a license for distribution of Google's applications,

20 correct?

21  A.  Yes.

22  Q.  And you're aware that there are certain placement

23 requirements that come with that license?

24  A.  Yes.

25  Q.  Is it your testimony that the Google mobile

1    application distribution agreement sets a default search

2    engine?

3        A.   I'm not providing testimony on the details of the

4    MADA.  My testimony here is very limited to the fact that that

5    specific provision that is listed there is associated with high

6    choice friction in trying to think about defaults, those first

7    layers.  That's what I'm saying here.

8        Q.   But, sir, if the MADA agreement does not in fact set a

9    default search engine, how can this provision block users or

10   make it more difficult for users to change the default?

11       A.   I assume that for this specific -- the next one on the

12   next page is different, it's about a specific browser.  But for

13   this one, I am assuming, in context, that if these companies

14   end up offering browsers and applications that have Google as

15   the default, this will apply.  I'm not saying that it has to

16   apply to every device -- every application on their device,

17   just to the extent that they use them.

18       Q.   Again, not getting into too much of the details,

19   because this is -- we're trying to keep this confidential, but

20   the language you have cited here refers to prohibitions on

21   certain behavior so that the device stays in compliance with

22   the agreement, including section 3.3 of the agreement.

23       Did you read section 3.3 of the agreement to determine

24   whether in fact a default search engine is part of that

25   section?

1        **MR. HAFENBRACK:**  I'll object to the extent he's asking for

2    a legal conclusion.

3    **BY MR. SCHMIDTLEIN:**

4       **Q.**  I'm just asking him if he read the agreement and he

5    knows what he's talking about.

6       **A.**  I have read all of these agreements.  I have not

7    processed them in the detail that a lawyer would, but I have

8    read them.

9       **Q.**  Your Honor, if I can approach, I'm going to hand up --

10    and do not put this on the screen, Andrew, I think what has

11    already been admitted as JX37.

12       Now, JX37 is the mobile application distribution agreement

13    between Google and Samsung.  I'll draw your attention to the

14    effective date, which is March 2017.  The language I think that

15    you have referred to in 5511 -- you know, which is the slide of

16    yours, is actually -- you may remember this, is an amendment

17    document that only has certain provisions that are amended?

18       **A.**  Yes.

19       **Q.**  And so, therefore, you sort of have to read the

20    documents together to cross-reference them, right?

21       **A.**  Correct.

22       **Q.**  Okay.  And I would ask you, sir, to turn in the

23    document to section 3.3.

24       **A.**  I am there.

25       **Q.**  You're there.  It's on page six, Your Honor.

1          **THE COURT:**  I'm with you.

2     BY MR. SCHMIDTLEIN:

3          **Q.**  And section 3.3 deals with placement requirements.

4     There's obviously a lot of language in here, but I would direct

5     your attention -- because I think this is the relevant portion,

6     to subsection four, which is about halfway down on the right

7     side of section 3.3.

8          **A.**  Could you give me one second?

9          **Q.**  Yes.

10         **A.**  I am in the section that you're referring to.

11         **Q.**  And take your time to muddle through, but I think

12    that's going to be the relevant section for our conversation.

13         **A.**  Thank you.

14         (Witness reviews document)

15         **A.**  I am sorry, legal writing slows my reading by a factor

16    of 10.  Okay, I think I have enough of a gist hopefully.  If

17    not, I may ask to be able to read it more carefully.  But,

18    please, go ahead.

19         **Q.**  Absolutely.  Now, section 3.3 broadly deals with the

20    placement requirements for the MADA that the Court has heard

21    about and seen on various demonstratives.  There's a reference

22    in here to default assist intent.  Do you see that?

23         **A.**  I do.

24         **Q.**  Do you know what default assist intent refers to?

25         **A.**  I do not.

1    **Q.**   You don't know whether that actually refers to the

2    search engine or an assistant product, do you?

3    **A.**   I do not.

4    **Q.**   Do you have an understanding as to what it would mean

5    to be the default for search intent on a device?

6    **A.**   Not with that language.

7    **Q.**   When you were putting together slide 19 and you were

8    providing an opinion about whether this language prevented

9    Samsung and Android partners from, let's just say, providing

10   certain information to users about whether they could take

11   action to change a default, what did you think you were opining

12   about?

13   **A.**   Yes, my -- I did not -- I do not consider -- I'm using

14   the present tense, my opinion associated with this particular

15   slide as one specific to any particular process.  I'm just

16   trying to illustrate with this that there is a recognition in

17   this, in the language of this as I understand it, that

18   reminders of the kinds of things that are listed there and the

19   possibility of changing some settings matter.  And in

20   particular, as a behavioral economist, it's my opinion that in

21   general they matter, and they are regulated by contracts in

22   general as a way of regulating the degree of choice friction.

23   **Q.**   So just stepping back, do you understand that as part

24   of the MADA agreement between Google and OEMs, Google licenses

25   royalty-free a suite of applications to a manufacturer to be

1    able to pre-load on their device, correct?

2        **A.**  Yes.

3        **Q.**  And the exchange that Google asks in return for the

4    free apps are certain placement requirements, for at least a

5    couple of those applications, right?

6        **A.**  That's one of the parts of the contract --

7        **Q.**  That's --

8        **A.**  -- or the agreement.

9        **Q.**  That's part of the deal, right?

10       **A.**  Yes.

11       **Q.**  We give these to you for free, we'd like them to be in

12    some certain specific places, right?

13       **A.**  Yes, there's an agreement that they get this or they

14    don't pay and vice versa.

15       **Q.**  And this language is designed to ensure that with that

16    as the deal, the OEM doesn't take money from somebody else to

17    come in and say, advertise to the user:  Oh, when you set it

18    all up, get rid of all the Google applications that have been

19    licensed and placed pursuant to this agreement.  That's the

20    purpose of this section, correct?

21       **MR. HAFENBRACK:**  I'll object.  He can't testify about the

22    purpose in the design of Google's contractual provision.

23       **THE COURT:**  I think that's fair.  I'll sustain the

24    objection.

25    **BY MR. SCHMIDTLEIN:**

1    Q.   Do you know what the purpose of this section is?

2    A.   I'm not qualified to evaluate that.

3    Q.   Can you turn to the next slide, slide 20.  This is

4    another slide that you put together regarding some provisions

5    in a Google agreement with Samsung, again, regarding sort of

6    some actions that are and are not allowed in the agreement?

7    A.   Correct.

8    Q.   Do you have an understanding as to what particular

9    conduct Samsung was engaged in that was the subject of the

10   letter you reference here?

11   A.   I do.

12   Q.   And describe that for us.

13   A.   Can I use specifics, because of the confidentiality?

14   Q.   Let me see if I can phrase a question in a way that

15   would be helpful.  Do you have an understanding as to what the

16   purpose for the restriction in the contract here was?

17   A.   I cannot testify for the purpose of the contract, for

18   the same reasons we discussed before.

19   Q.   In other words, this deals with a particular type of

20   dropdown menu and a placement of it on the SBrowser, which is

21   Samsung's browser, correct?

22   A.   Yes.

23   Q.   And you don't have any information as to whether there

24   were concerns at Google that the placement of that dropdown

25   menu would lead people to think that they were switching their

1   search -- not the default overall, but just switching it in

2   that particular search instance?

3        A.   You're asking me a question about Google's intent or

4   state of mind in some sense or thinking, I cannot testify -- I

5   don't know what the concerns inside Google were, I cannot know.

6   I know what I see in the document and the restrictions that it

7   required, which are consistent with the type of choice friction

8   that we have been discussing throughout.  But to your specific

9   question, I cannot testify what the thinking inside Google was.

10       Q.   Do you have an understanding as to what -- the

11  industry practice for switching defaults is through the

12  settings menu on a device?

13       A.   Not necessarily.

14       Q.   You don't know that in the connection of search

15  engines?

16       A.   In Safari, in the PC, for example, is something, Your

17  Honor, that after 20 plus years and having purchased over a

18  hundred Macs in my life for my lab I discovered for this case.

19  But it turns out that you can change the default search engine

20  without going to settings.  But in general, yes, you go through

21  settings.

22       Q.   You don't know whether this type of action here had

23  any material impact on people's ability to change the default

24  search engine, do you?

25       A.   I don't have data on this.  I have an expectation as a

1    behavioral economist.

2        **Q.**  But do you know what percentage of people have changed

3    the default search engine from Google to something else in the

4    SBrowser?

5        **A.**  I don't have that data.

6        **MR. SCHMIDTLEIN:**  No further questions, Your Honor.

7        **THE COURT:**  Any redirect examination?

8        <u>**REDIRECT EXAMINATION OF ANTONIO RANGEL**</u>

9    **BY MR. HAFENBRACK:**

10       **Q.**  Yes, Your Honor.  Professor Rangel, you recall

11   Mr. Schmidtlein asked you a couple of questions about

12   BlackBerries?

13       **A.**  Yes.

14       **Q.**  Can we pull up slide 42.  If you could turn to slide

15   42 in your binder, Professor Rangel, and let me know when

16   you're there.

17       **A.**  I am there.

18       **Q.**  And this is the slide showing Google's Code Red

19   calculations about its projections if it lost the Safari

20   default?

21       **A.**  Correct.

22       **Q.**  And can you tell us, what are the two data points?

23   And, again, without revealing specific percentage amounts, what

24   are the two data points that Google's relying on in this

25   document?

1      A.  Yes, Your Honor, counsel is referring to the things --

2  the icons labeled one and two that are associated, number one,

3  with the estimate for the Safari default impact, losing the

4  Safari default impact in mobile, and below for losing the

5  default in desktop.  And as we have discussed before, for

6  mobile, they're using as a data point the Google Maps event.

7  And for desktop, they are using the Firefox data from the PCs

8  that we discussed.

9      Q.  And is this a document from January 2021?

10      A.  Yes.

11      Q.  And did you review this document closely in preparing

12  your testimony?

13      A.  I have reviewed this document, yes, I have spent time

14  with it.

15      Q.  And in this document, do the Google executives that

16  are doing these projections refer to any BlackBerry data?

17      A.  I mean, not to the best of my recollection.

18      Q.  And in any of the Code Red documents that you've

19  reviewed, do you recall seeing any Google financial executives

20  referring to the BlackBerry data to project what might happen

21  if Google lost the search default today on Apple devices?

22      A.  I don't recall that.

23      Q.  Mr. Schmidtlein asked you a couple of questions about

24  an article written by Professor Eric Johnson?

25      A.  Yes.

1       **Q.**   And where is he a professor?

2       **A.**   Columbia University Business School.

3       **Q.**   Okay.  And have you seen any comments in the last few

4    days from Professor Johnson about this case and Google search

5    defaults?

6       **MR. SCHMIDTLEIN:**  Objection, Your Honor.

7       **MR. HAFENBRACK:**  And this is -- you know, we're not

8    attempting to admit it for the truth, it's 703.

9       **MR. SCHMIDTLEIN:**  They're admitting it for the truth.

10       **THE COURT:**  Well, I think -- I don't know what --

11       **MR. SCHMIDTLEIN:**  They want to bring Professor Johnson

12    here and get --

13       **THE COURT:**  Well, that's what I'm worried about.  I mean,

14    it sounds like you're trying to bring forth a third -- a

15    nonexpert -- at least a person who's not designated as an

16    expert here in this case, the opinion of that person.  And if

17    that's what you're trying to elicit, then that's not proper.

18       **MR. HAFENBRACK:**  Okay, I withdraw.  And, Your Honor, with

19    that, we have nothing further.

20       **THE COURT:**  Dr. Rangel, thank you very much for your time

21    and your testimony here.

22       **THE WITNESS:**  Thank you, Your Honor.

23       **THE COURT:**  Safe travels home, nice to meet you.

24       **THE WITNESS:**  Same, sir.

25       **MR. GOWER:**  Good afternoon, Your Honor.  Cameron Gower for

1    the United States.  Just one quick matter before we call our

2    next witness.  This returns to the summary exhibit that was

3    preliminarily entered during the Varian testimony.  We have

4    reached agreement with Google, and so we have a finalized copy

5    of the exhibit for you now.

6        **THE COURT:**  Okay, very good.  Can you have just restate

7    what the number is on the record?  I don't remember what it

8    was.

9        **MR. GOWER:**  This is UPX7001.  And just for the formality

10   of it, we'd like to move it into evidence.

11       **MR. SCHMIDTLEIN:**  No objection.

12       **THE COURT:**  So it will be admitted in as a summary.

13       (Exhibit UPX7001 admitted into evidence)

14       **THE COURT:**  And just to be clear, since this is a 1001

15   summary, you all are seeking to admit the underlying records,

16   correct?

17       **MR. GOWER:**  They are in evidence already.

18       **THE COURT:**  They're already in evidence either way?

19       **MR. GOWER:**  Yes.

20       **THE COURT:**  Okay, fine.

21       **MR. GOWER:**  And you'll see the citations in there to the

22   underlying documents.

23       **THE COURT:**  Gotcha, okay.

24       **MR. GOWER:**  Thank you.

25       **MS. MURDOCK-PARK:**  Good afternoon, Your Honor.  Erin

1    Murdock-Park for the United States.  We call Jim Kolotouros.

2    He is the Google vice president of android partnerships.  Your

3    Honor, because Mr. Kolotouros will be speaking about

4    contractual terms, we expect that we will have to seal part of

5    his session today.

6            **THE COURT:**  Okay.

7            **DEPUTY CLERK:**  Do you solemnly swear or affirm that the

8    testimony you're about to give this Court will be the truth,

9    the whole truth, and nothing but the truth?

10           **THE WITNESS:**  I do.

11           **DEPUTY CLERK:**  Thank you.

12           **THE COURT:**  Mr. Kolotouros, welcome.

13           **THE WITNESS:**  Thank you.

14           <u>**DIRECT EXAMINATION OF JAMES KOLOTOUROS**</u>

15   **BY MS. MURDOCK-PARK:**

16       **Q.**  Good afternoon, Mr. Kolotouros.  I'm Erin

17   Murdock-Park, we met at one of your depositions.

18       **A.**  Good afternoon.

19       **Q.**  I'm going to hand up a witness binder, if I may

20   approach.

21       **A.**  Thank you.

22           **THE COURT:**  Counsel, just for your -- well, let me ask you

23   this:  The closed session, approximately how far into your

24   examination do you expect to need to go into a closed session?

25           **MS. MURDOCK-PARK:**  My most earnest desire is we can get

1    there in about two hours.

2         **THE COURT:**  Well, that's an earnest desire.

3         **MS. MURDOCK-PARK:**  We'll see if it happens.

4         **THE COURT:**  My question is thus moot, so anyway.

5         **MS. MURDOCK-PARK:**  If we can't quite get there, then I

6    believe we could start the morning with a closed session so we

7    didn't have to go back and forth.

8         **THE COURT:**  Let's just see where we are at the end of the

9    day.  I was more focused on the next afternoon break.

10         **MS. MURDOCK-PARK:**  Oh, no, unfortunately.

11        **Q.**  Mr. Kolotouros, you have a binder in front of you, and

12   I will be asking you questions about the exhibits.  There's red

13   boxes around some of the terms in the exhibits.  That's

14   information that is designated as confidential.  We will put

15   redacted versions on the public screen, but I ask that anytime

16   you see a red box, you just don't speak the information in it,

17   okay?

18        **A.**  Okay.

19        **Q.**  Mr. Kolotouros, you've worked at Google for about 20

20   years, right?

21        **A.**  That's correct.

22        **Q.**  During those 20 years, you've held jobs in search

23   syndication, Chrome, Chrome and OS partnerships, and Android

24   development and partnerships?

25        **A.**  Android partnerships, that is correct.

1      Q.   And you've worked in Android partnerships since

2   January 2014?

3      A.   Yes.

4      Q.   Your current role is the vice president of Android

5   partnerships?

6      A.   Vice President, Android Platform Partnerships, that is

7   correct.

8      Q.   In your current position, you work with original

9   equipment manufacturers, known as OEMs?

10      A.   I do.

11      Q.   And you're in charge of OEM mobile Android

12   partnerships, correct?

13      A.   I'm responsible for most of the Android OEM

14   partnerships that we currently have in the ecosystem, that is

15   correct.

16      Q.   Since the spring of 2014, you've been responsible for

17   overseeing the administration of Android OEM contracts?

18      A.   I and my team have worked closely with broader teams

19   within Android to administer those contracts, that is correct.

20      Q.   So you're involved in negotiating those OEM contracts?

21      A.   That is correct.

22      Q.   Including the two core Android commercial contracts?

23      A.   Can you define the two core Android contracts for me,

24   please?

25      Q.   The mobile application distribution agreement and the

1    revenue share agreements?

2        A.   I would not frame those as the two core Android

3    agreements.

4        Q.   Okay.  They are two of the main agreements at Google,

5    would that be fair?

6        A.   I would say that the Android compatibility commitment

7    and the MADA are the two main agreements for the Android OEM

8    ecosystem.

9        Q.   And the revenue share agreements known -- different

10   terms for various partners such as the mobile incentive

11   agreement, you have responsibility for those contracts as well,

12   correct?

13       A.   For most of the larger OEMs, yes, but not all of them.

14       Q.   Not Apple, right?

15       A.   Apple's not an Android OEM, but there are some OEMs

16   over whom I do not work on their revenue share agreements.

17       Q.   You work on Samsung's revenue share agreements?

18       A.   I do.

19       Q.   And Motorola's revenue share agreements?

20       A.   Yes.

21       Q.   So let's talk about the MADA first.  Actually, let's

22   step back.

23       We mentioned Samsung and Motorola.  Those are the two

24   largest Android OEMs, correct?

25       **MR. SCHMIDTLEIN:**  Objection.

1    BY MS. MURDOCK-PARK:

2        Q.   Strike that.  Together, Samsung and Motorola

3    manufacture the majority of the Android phones for sale in the

4    United States, correct?

5        A.   I believe that to be the case.

6        Q.   And with respect to the MADA, generally speaking,

7    MADAs cover the distribution and placement of Google

8    applications, correct?

9        A.   MADAs cover the license for use of Google applications

10   along with certain placement obligations as well.

11       Q.   And so the MADA is the license to distribute Google

12   Mobile Services, which is known as GMS?

13       A.   It's intended to cover all Google services which are

14   available on Android-compatible devices, yes.

15       Q.   Including GMS?

16       A.   Including what is traditionally known as Google Mobile

17   Services, that is correct.

18       Q.   And I'd like to show you UPX129, which we understand

19   is in evidence -- and this is a redacted document.  We'll pull

20   it up on the screen in front of you.  I'd like to show you

21   first the first slide, it's titled MADA and RSA, Android

22   Commercial Agreements, August 2019.

23       Mr. Kolotouros, you've been responsible for overseeing

24   administration of OEM contracts since about the spring of 2014,

25   right?

1      **A.**  The negotiation and execution of the agreements, that

2   is correct.

3      **Q.**  So you're familiar with the contents of Android's

4   core -- of the MADA and the RSA?

5      **A.**  I am, yes.

6      **Q.**  Let's go to slide two, please.  It's titled Android's

7   Core Commercial Agreements.  If we could zoom in a little bit.

8   So I read core as reading two of the most important commercial

9   agreements, fair?

10      **A.**  Yes.

11      **Q.**  And there's two boxes on the left hand side of the

12   slide.  One says MADA, and then there's a plus sign and a box

13   that says RSA.  Do you see that?

14      **A.**  I do.

15      **Q.**  Meaning that the MADA and the RSA work together,

16   right?

17      **A.**  The -- both are optional agreements which the OEM can

18   enter into.  We do not enter into RSA agreements with all OEMs

19   in the ecosystem.  But the RSA is traditionally conditional on

20   GMS being on a MADA device.

21      **Q.**  And by that you mean that to have an RSA, you must

22   have a MADA, correct?

23      **A.**  As an Android OEM, most of the, if not all the,

24   revenue share agreements are with OEMs who have elected to

25   pre-load GMS on their devices, that is correct.

1      **Q.**  Can you think of any Android OEM in the United States

2  today that has a revenue share agreement but does not also have

3  a MADA?

4      **A.**  An Android OEM?

5      **Q.**  Yes.

6      **A.**  Amazon is an example of an Android OEM that doesn't

7  have a MADA.

8      **Q.**  And it has a revenue share agreement with Google?

9      **A.**  Oh, I'm sorry, they do not have a -- I'm sorry, my

10  apologies.  They do not have a revenue share agreement.  My

11  apologies, that was my misstatement.

12      **Q.**  Okay.  So just to make sure we have the record clear,

13  in the United States today, you cannot think of any Android OEM

14  that has a revenue share agreement but does not have a MADA?

15      **A.**  I think that is the case, yes.

16      **Q.**  So the first bullet next to the MADA box on slide two

17  says:  "Secures baseline distribution of our apps on Android,"

18  right?

19      **A.**  Yes.

20      **Q.**  And the first bullet next to RSA reads:  "Reinforces

21  MADA's distribution with additional protections for our revenue

22  generating services," right?

23      **A.**  Yes.

24      **Q.**  And the last bullet reads:  "Provides the mechanism to

25  help fund the ecosystem," correct?

1        **A.**   Yes.

2        **Q.**   Okay.  So with respect to the RSA reinforcing the

3    MADA's distribution, the agreements -- the MADA and the RSA are

4    complementary agreements, fair?

5        **A.**   I would say to the extent the RSA generally does not

6    happen unless an OEM has entered into a MADA, that is correct.

7        **Q.**   Let's go to slide three, which is titled MADA

8    Overview.  And I'd like to -- oh, take that down, please.  It

9    looks like we have a problem with a redaction on that version,

10   so we will skip over that for right now.  Let's go instead to

11   slide four, which does not have any redactions.  If we could

12   zoom up on that, which is:  "MADA vs. 2019:  Update rolling out

13   now (two-year contract.)"

14       Do you see that, Mr. Kolotouros?

15       **A.**   I do.

16       **Q.**   So for a device to be a GMS device, all GMS apps must

17   be pre-loaded, right?

18       **A.**   The 11 -- all 11 devices depicted here must be

19   pre-loaded as part of the bundle, that is correct.

20       **Q.**   Okay.  And the 11 GMS apps, if we start on the left

21   where there's a triangle, that represents Google Play?

22       **A.**   That is correct.

23       **Q.**   And then there's the plus sign, and there's lines for

24   non-deletable apps and for deletable apps, right?

25       **A.**   That is correct.

1     Q.   So some of the non-deletable apps include Chrome,

2     correct?

3     A.   Yes.

4     Q.   One of those.  And Google search is also one of the

5     non-deletable apps, correct?

6     A.   That is correct.

7     Q.   The other five GMS apps are considered flexible, which

8     also means deletable?

9     A.   That is correct.

10    Q.   So without a MADA, an OEM cannot distribute any GMS

11    app, right?

12    A.   Without a MADA, they do not have a license to pre-load

13    Google apps, that is correct.

14    Q.   So without a MADA, an OEM cannot distribute Google

15    search?

16    A.   Without a MADA, an OEM can still access Google search

17    via a browser implementation on their device, but not the

18    native Google app which is delivered via the form of an APK.

19    Q.   And please explain what an APK is.

20    A.   An APK is essentially the actual application package

21    which is part of the system or user partition that represents

22    the app, and is depicted oftentimes through an icon on one of

23    the home screens or one of the screens of the device.

24    Q.   So --

25    THE COURT:   I'm sorry, but do you just simply mean to say

1    that an OEM that doesn't have a MADA could -- somebody could

2    access Google search by downloading it from whatever app store

3    is on the phone?

4        THE WITNESS:  The application is not available on stores,

5    but via a browser that's on an Android device, they could

6    essentially -- if they had another browser on the phone, for

7    example, they could access Google search through the browser on

8    that device without having the native app that's built for it.

9        THE COURT:  I see.  So if you don't have a MADA, you can't

10   even get the Google search app from whatever store is on the

11   phone?

12       THE WITNESS:  That is correct, yes.  So Google search is

13   available in another --

14       THE COURT:  Just through the browser.

15       THE WITNESS:  -- implementation point, through the

16   browser, but not through the native application --

17       THE COURT:  Gotcha.

18       THE WITNESS:  -- that is correct.

19   BY MS. MURDOCK-PARK:

20       Q.  But with respect to browsers, without a MADA, an OEM

21   can't distribute Google Chrome, right?

22       A.  That is correct.

23       Q.  And without a MADA, an OEM cannot distribute Google

24   Play either, right?

25       A.  That is correct.

1    Q.   So, now, with respect to the 11 GMS apps, all 11 GMS

2    apps must be pre-loaded on a device, right?

3    A.   To the extent the OEM elects to pre-load the 11, they

4    come as a bundle as a level of apps, that's correct.

5    Q.   Okay.  So they're inseparable, those 11?

6    A.   The 11 apps come as a bundle, that is correct.

7    Q.   Google requires pre-installation of these 11 GMS

8    applications, because it doesn't want to rely on users choosing

9    to download any of the applications, right?

10   A.   It's not a requirement for any Android OEM to pre-load

11   GMS on the phone, it's a device-by-device election by the OEM.

12   Q.   But to the extent that the OEM elects to sign the MADA

13   and to load the GMS devices, Google does not want to rely on

14   users choosing to download the 11 GMS apps, right?

15   A.   Google prefers for the out-of-box experience on an

16   Android device with GMS to come pre-installed with key

17   utilities and functions --

18   **COURT REPORTER:**  Can you please slow down.  Thank you.

19   **THE WITNESS:**  Oh, I'm sorry, my apologies.  Google prefers

20   for an Android-compatible device, to the extent an OEM elects

21   to pre-load the bundle, to come with core services that we

22   believe are critical for the user experience which allows it to

23   compete, hopefully and successfully, with iPhone.  So we think

24   that just provides a consistent experience across devices that

25   have been elective to have GMS.

1    Q.   And by consistent experience -- strike that.

2    I'd like to go ahead and actually move ahead to UPX125,

3    which is another document in evidence and is another redacted

4    document.  We'll start with the first slide there.  If we can

5    go to the top of the page, it's an e-mail from Peter Chang to

6    you, correct?

7    A.   That is correct.

8    Q.   Who is Peter Chang?

9    A.   I believe Peter Chang was a member of the strategy and

10   operations team at the time.

11   Q.   It looks like Mr. Chang was responding to changes that

12   you'd recommended to a slide deck, right?

13   A.   That is correct.

14   Q.   I'm going to ask some questions about that slide deck,

15   but I actually want to go to the bottom of page two first.

16   There is an e-mail -- at the bottom, there's an e-mail from

17   Christian Veer to you at 11:53 a.m.  Do you see that?

18   A.   Yes.

19   Q.   And Mr. Veer is a director of product strategy and

20   operations for platforms and ecosystems?

21   A.   Yes, he was on the strategy and operations team, that

22   is correct.

23   Q.   Mr. Veer writes to you:  "Shall we have actual slides

24   on EU and Russia or just a placeholder with little content so

25   we can do it verbally?"

1      Do you see that?

2      **A.**   Yes.

3      **Q.**   And by EU, he means European Union?

4      **A.**   That is correct, yes.

5      **Q.**   You respond to Mr. Veer just above:  "All verbal on EU

6    and Russia," correct?

7      **A.**   Yes.

8      **Q.**   You didn't want to put anything related to EU or

9    Russia in writing?

10      **A.**   We didn't feel that a certain level of detail was

11    required for presentation to the audience assembled for this

12    particular deck, so getting a voice-over for this particular

13    content would have been just fine.

14      **Q.**   Let's go on to page six, which is the first page of

15    the linked slide deck, and it's titled Android Overview.

16      An Android overview is pretty much what it sounds like,

17    right, just a general summary of Android ecosystem

18    requirements?

19      **A.**   I think it goes beyond just requirements.  I think

20    we're trying to summarize the history of Android in its

21    original inception, and how it functions and operates as a

22    whole.

23      **Q.**   Let's go to page 18 of UPX125, and we'll pull that up

24    on the screen.  And the title of the slide is Google Play

25    Services/GMS Core is an Important Element of Play.

1    The question that the slide is asking is what is Google

2    Play Services and GMS core, right?

3    **A.**   That is correct, yes.  If you can give me one moment

4    to find the...

5    **Q.**   Of course.

6    **A.**   I'm sorry, please continue.

7    **Q.**   Sure.  Well, Google Play Services is a set of APIs,

8    right?

9    **A.**   It is a set of APIs, that is correct.

10   **Q.**   And API stands for application programming interfaces?

11   **A.**   I believe that is the acronym, yes.

12   **Q.**   So APIs are software?

13   **A.**   I think APIs are APIs, meaning they're not necessarily

14   an application that is interacted with by users as much as

15   developers.

16   **Q.**   Are APIs what cause hardware and software to talk to

17   each other, so to speak?

18   **A.**   APIs are, in this capacity, utilities that are

19   available to developers to make their apps better within the

20   Android-compatible ecosystem.

21   **Q.**   The first bullet on page 18 reads:  "Play Store

22   provides a set of Google APIs that help support functionality

23   of all Android applications, a.k.a GMS core APIs, Google Play

24   Services."

25   So it references GMS core APIs.  Those are the APIs that

1    support the 11 GMS applications?

2        **A.**   GMS core APIs are not specific to the bundle of 11

3    apps.  GMS core, in this context, is specific to APIs available

4    within Play Services that are available to all developers whose

5    app resides in the Play Store catalog.

6        **Q.**   If a developer -- strike that.

7        API features that support GMS for mobile devices are only

8    available in GMS core, right?

9        **A.**   I'm not as familiar with other areas where APIs may

10   exist, but I do know that GMS core represents the ones that are

11   intended for developers.

12       **Q.**   And developers like third-party application

13   developers?

14       **A.**   Yes.

15       **Q.**   And those third-party application developers rely on

16   APIs available from Google Play Services to function, right?

17       **A.**   They don't necessarily rely on them.  They're

18   available for their use, to the extent they choose to take

19   advantage of them, but they're not required for use.

20       **Q.**   But it looks like on slide -- or page 18, 826 out of

21   the top thousand Android apps use one or more GMS core APIs,

22   right?

23       **A.**   At the time, I believe that was the number, yes.

24       **Q.**   And the bullet above says:  "Used by GMS" -- meaning

25   Google Mobile Services, correct -- I'm sorry, the second bullet

1     on the slide?

2         **A.**  Yes.

3         **Q.**  "And also used by hundreds of thousands of third-party

4     apps," correct?

5         **A.**  That is correct.

6         **Q.**  We can go ahead and put UPX125 aside.  Both Google

7     Play Services and GMS core are only available to Google's MADA

8     partners, right?

9         **A.**  By GMS core, do you -- GMS core is sometimes used in

10    two different ways.  It can refer to the actual APIs or to the

11    set of 11 apps.  When you say GMS core in this context, do you

12    mean the set of 11 apps?

13        **Q.**  Well, does it -- for purposes of what's available to

14    OEMs, does it matter, aren't MADAs required for both?

15        **A.**  The MADA is required to license both the GMS

16    applications and also GMS core, otherwise known as Google Play

17    Services, that is correct.

18        **THE COURT:**  I'm sorry, can you say that again, just to

19    make sure I have these concepts in my head again.  So the MADA

20    is required for what, again?

21        **THE WITNESS:**  The MADA is the license to --

22        **THE COURT:**  No, I know that.  I'm sorry, the MADA is

23    required for what, GMS core and what else?

24        **THE WITNESS:**  The MADA's required as a license to access

25    GMS core.  If -- there's two loose uses of the term GMS core,

1   even within the company.  It applies to the Google Play

2   Services APIs, but also the set of 11 apps.  For purposes of

3   here, I think generally I considered GMS core to be the 11 apps

4   as part of a bundle, and then Google Play Services as the APIs

5   made available for developers, including Google.

6       THE COURT:  Gotcha.

7       THE WITNESS:  But that can create -- it is used a little

8   loosely between those two concepts.

9       THE COURT:  Thank you.  Ms. Murdock-Park, actually, let me

10  just interrupt.  It may be a good time to take a break.  It's

11  3:00 o'clock now, so why don't we take our afternoon break.

12  We'll resume a little bit after 3:15.  See you all shortly.

13      Mr. Kolotouros, I'll just ask you not to discuss your

14  testimony during the break with anyone.

15      THE WITNESS:  I'm sorry?

16      THE COURT:  Do not discuss your testimony with anyone

17  during the break.

18      THE WITNESS:  Oh, of course.

19      THE COURT:  Thank you, sir.

20      (Recess taken at 2:59 p.m.)

21      (Back on the record at 3:17 p.m.)

22      THE COURT:  Ms. Murdock-Park, whenever you're ready.

23  BY MS. MURDOCK-PARK:

24      Q.  Thank you, Your Honor.  I'm actually going to go back

25  to UPX125.  I was advised that I was overzealous on the

1     redactions and there were no redactions on the slide, so we can

2     go ahead and talk about it.  And this is slide three of UPX125,

3     and it's titled MADA Overview.

4          Do you see that in front of you, Mr. Kolotouros?

5          **A.**  I do.

6          **THE COURT:**  I think you mean 129, correct?

7          **MS. MURDOCK-PARK:**  My apologies.  Yes, Your Honor, 129.

8          **THE COURT:**  129, okay.

9     **BY MS. MURDOCK-PARK:**

10         **Q.**  So we are at slide three of 129, and there is a MADA

11    box.  Do you see that, Mr. Kolotouros?

12         **A.**  I do.

13         **Q.**  And underneath that box it says coverages -- or

14    coverage.  It looks like there's 2.3 billion active devices

15    that have MADA, correct?

16         **A.**  The 2.3 billion is in reference to the number of

17    devices that have been activated with GMS or that --

18         **Q.**  With GMS?

19         **A.**  -- bundled the 11 apps.  Yes.

20         **Q.**  And so GMS, and also covered by the MADA then, right?

21         **A.**  GMS as administered and licensed by the MADA, that is

22    correct.

23         **Q.**  And the approximately 1 billion activations a year,

24    that refers to the number of activations for GMS devices that

25    Google assumes for the following year?

1    **A.**   The rough -- for the past several years, the number of

2    GMS devices that have been activated during a calendar year is

3    approximately 900,000,000 to a billion.

4    **Q.**   If we go to -- there's a box that -- or, I'm sorry, in

5    the middle of the screen it says "we give," and then there's

6    three bullet points under that.

7    **THE COURT:**   Sorry, the 1 billion, that's the number of new

8    actual phones that come online, is that what that number

9    represents?

10   **THE WITNESS:**   It's the number of Android phones with GMS,

11   number of phones where the OEMs elected to pre-load GMS.  And

12   then it hits our servers and we register an activation of GMS.

13   **THE COURT:**   I see.  But that the overall activation number

14   doesn't necessarily go up by a full billion, because if people

15   are replacing a phone, that activation would fall off -- or is

16   this an aggregate number, the 2.3?

17   **THE WITNESS:**   The 2.3 is an aggregate, so as phones drop

18   out of the ecosystem.  I don't know if it's measured over

19   monthlies or dailies, but it represents phones that continue

20   to -- we continue to see activity on the phone.

21   **THE COURT:**   I see.  Okay, thank you.  Sorry about that.

22   **BY MS. MURDOCK-PARK:**

23   **Q.**   To go back to that point, Mr. Kolotouros, is

24   2.3 billion active devices right now the current number or is

25   it higher?

1          **A.**   I believe it is higher.

2          **Q.**   Do you know approximately what that number is?

3          **A.**   Approximately, I believe it is closer to I think

4     three, but I'm not -- I don't have a precise measurement.

5     That's plus or minus several hundred million, so...

6          **Q.**   Okay.  The three bullets in the middle of slide three

7     under "we give," it says:  "Play Store plus 10 Google apps."

8          That refers to the 11 GMS apps that we were talking about

9     earlier?

10         **A.**   Yes.

11         **Q.**   And the box on the right of the slide lists as gets

12    for Google:  "Play plus 10 apps pre-loaded," right?

13         **A.**   Yes.

14         **Q.**   And so that means that Google gets all 11 of these GMS

15    apps pre-loaded on any device -- any GMS device?

16         **A.**   Yes.  For the devices where the OEM has elected, yes,

17    there's the Play plus the 10.

18         **Q.**   And another get for Google is the search widget

19    pre-loaded as well, right?

20         **A.**   Pre-loaded and placed on the default home screen, that

21    is correct.

22         **Q.**   The default home screen, that's the screen -- like

23    when you first open up your phone, it's the first screen you

24    see?

25         **A.**   Or whenever you invoke the home button or the swipe

1    gesture to go back to home, you'll go back to the default home

2    screen.

3        Q.   Now, when -- with respect to the Google search widget,

4    the Google search widget, that's a visual representation of the

5    Google search app, correct?

6        A.   It's an access point for search where searches can be

7    conducted within the search box that the widget looks like.

8        Q.   We can go ahead and put down UPX129 for now.

9    Mr. Kolotouros, all Android OEMs that currently install GMS

10   apps have MADAs with Google, right?

11       A.   Yes.

12       Q.   And all OEMs that install GMS apps have had MADAs in

13   place for the entire time that they have distributed GMS,

14   correct?

15       A.   Generally, the installation of GMS takes place after

16   the MADA has been executed with the partner, that is correct.

17       Q.   So, for example, Samsung has had a MADA for the

18   entirety of the time it has distributed GMS apps, right?

19       A.   Yes, I believe so.  It predates my entry into the

20   group, but I believe they've had a MADA for the duration of the

21   time they are accessing and using -- or pre-loading GMS apps.

22       Q.   And your entry to the group was in the spring of 2014

23   approximately?

24       A.   January 2014, approximately.

25       Q.   To your knowledge, is there any Android OEM smartphone

1    in the United States that does not have GMS pre-loaded?

2         A.   I have not seen it.

3         Q.   You have a role in setting Google strategy with

4    respect to Google's OEM contracts in the mobile sphere, right?

5         A.   I have a role, yes.

6         Q.   But Sundar Pichai, who Alphabet's CEO, approves

7    Google's ultimate strategy with respect to the MADAs, right?

8         A.   I don't know what the ultimate approval authority or

9    chain looks like with respect to strategy.  I don't know if

10   it's just him or has a broader set of constituents engaged.

11        Q.   So sitting here today, you don't know if Mr. Pichai

12   approves Google's ultimate strategy with respect to Android

13   OEMs?

14        A.   I would believe he does, but I'm not a hundred percent

15   sure.

16        Q.   Let's talk about some of the specific MADA placement

17   requirements.  The MADA restricts where pre-loaded Google apps

18   are placed on a device out of the box, right?

19        A.   I don't know if I'd use the word restriction.  There

20   are placement obligations correlated with the bundle.

21        Q.   So the apps have to go in the places that they are

22   spelled out in the MADA?

23        A.   Yes, there are implementation guidelines in connection

24   with GMS -- or, the GMS apps.

25        Q.   I'd like to take a look at JX49.  This is another

1    document that's in evidence, and it is a redacted document.

2    Mr. Kolotouros, you're familiar with Motorola's 2018 MADA,

3    correct?

4         A.   I can't say I've read it, but I'm familiar that they

5    have a MADA, yes.

6         Q.   Okay.  You're familiar, though, with the MADA

7    generally for all Android OEMs, yes?

8         A.   Yes, I am.

9         Q.   I'd like to go to page nine and 10 of the Motorola

10   2018 MADA.  And I appreciate that everybody loves contracts, so

11   I will try not to go through too much of them.  But if we could

12   look at section 4.4 which discusses the placement requirements

13   in the MADA, correct?

14        A.   Yes.

15        Q.   If we could zoom in on the -- on page nine of section

16   4.4.  And subsection B1 requires that the Google search widget

17   is placed on the default home screen, correct?

18        A.   On B1 of 4.4?

19        Q.   Yes.

20        A.   That is correct.

21        Q.   All MADAs require the Google search widget to be

22   placed on the default home screen, right?

23        A.   That is correct.

24        Q.   And the MADA requirement to place the Google search

25   widget on the default home screen is non-negotiable for all

1    OEMs, right?

2        A.   I would say that is correct, yes.

3        Q.   The Google search widget must be set to Google search,

4    correct?

5        A.   That is correct, yes.

6        Q.   And that's discussed in the RSAs?

7        A.   I think the widget itself is part of the actual

8    application, so I don't know if it's possible to change the

9    default setting in the widget itself.

10       Q.   If we could go to page 10 of JX49, and zoom in on B2

11   and B3.  Section 4.4 B2 requires that the Google Play Store is

12   placed on the default home screen, correct?

13       A.   That is correct.

14       Q.   And all MADAs require the Play Store to be placed on

15   the default home screen?

16       A.   To the extent it's pre-loaded, yes.

17       Q.   To your knowledge, are there any devices that do not

18   have Play Store pre-loaded -- any GMS devices that don't have

19   Play Store pre-loaded?

20       A.   Not to my knowledge.

21       Q.   And section 4.43 requires a Google-labeled folder or

22   icon to be placed on the home screen, right?

23       A.   That is correct.

24       Q.   That Google folder provides direct access to some of

25   the GMS core and flexible apps?

1    **A.**  It provides two-click access.  I wouldn't say

2    immediate, because it's not like the Play Store or the search

3    widget.  But it provides two-click access via selecting the

4    folder, and then the applicable app which the user selects.

5    **Q.**  All MADAs require a Google-labeled folder or icon to

6    be placed on the default home screen, right?

7    **A.**  Yes.

8    **Q.**  We can go ahead and put down JX49.  And since we're

9    talking about placement requirements, I just want to make sure

10   we're all on the same page about what those are.  You mentioned

11   search access points before.

12   The Google search widget is one of those search access

13   points?

14   **A.**  Yes.

15   **Q.**  And another search access point is the address bar on

16   Chrome, which is known as the omnibox?

17   **A.**  Yes.

18   **Q.**  I'd like to show UPX76, which is in evidence.  UPX76

19   is a slide deck titled Search Entry Points on Android.  Have

20   you seen this document before, Mr. Kolotouros?

21   **A.**  I have not.

22   **Q.**  If we could go to slide two, please, and zoom in on

23   the text there where it says:  "You have marked this

24   privileged" -- "You have this marked privileged, but it is

25   shared with everyone at Google.  Is this working as intended?"

1      Is it fair that this deck was available for you to review?

2      **A.**  I'm sorry, is this a comment I included?

3      **Q.**  No, this is a comment on the slide deck itself.  So

4  I'm asking whether you would have had access to review the

5  document?

6      **A.**  Oh, I'm sorry.  To the extent that the document was

7  open to everyone at Google, then I would have had access to the

8  document, that is correct.

9      **Q.**  We'll go to slide 11, please, which is a slide titled

10 Search Entry Points on a Typical Android Phone.  And there's a

11 phone up on the screen with arrows to various search access

12 points.  If we could highlight the box that is -- I'm sorry,

13 the text that says quick search box.

14     Do you see that on the left side of the screen?

15     **A.**  I do.

16     **Q.**  And the quick search box is also called QSB, correct?

17     **A.**  That is correct.

18     **Q.**  And it's also known as the widget?

19     **A.**  Yes.

20     **Q.**  There's a bracket on the bottom right of the screen

21 where it shows -- pointing towards -- I guess to a folder.  The

22 bracket points to where the Google folder or Google icon must

23 be placed, correct?

24     **A.**  I believe that represents the Google folder, yes, if

25 that's what is being denoted by the -- with the parenthetical

1    or the arrow.  I'm sorry, can you repeat the question, please?

2        Q.  Sure.  I'm just trying to -- the icon on the little

3    right -- the right hand side of the screen at the bottom,

4    that's where -- the Google folder or the Google icon that's

5    required to be pre-loaded by the terms of the MADA, that's

6    where it's required to be placed?

7        A.  So this particular iconography depicts it in the

8    hotseat, which is not required per the MADA.  I believe the

9    folder can be anywhere on the default home screen.  And in this

10   particular instance, it's in the hotseat which is essentially a

11   set of icons which are not moved when you swipe right to left

12   on the device.

13       Q.  So the entire row at the bottom of the phone on slide

14   11, that's the hotseat?

15       A.  That's called the hotseat, yes.  And Google folder

16   placement in the hotseat is not a requirement in the MADA, just

17   the Google folder on the default home screen.

18       Q.  So the -- okay.  Is the Chrome app required to be in

19   the hotseat for pre-loading?

20       A.  No.

21       Q.  On the upper right side of the screen --

22       THE COURT:  I'm sorry, can I just ask a real quick

23   question?

24       MS. MURDOCK-PARK:  Of course.

25       THE COURT:  Are there search feature differences between

1    the Google app and then searching through Chrome?

2        **THE WITNESS:**  That's a very good question.  Not that I'm

3    aware of.  I think they both essentially direct a query to

4    Google which then fires a response back.  And then the question

5    is whether it's depicted via the search app or the Chrome

6    results page.  I don't know if the actual app itself lends

7    itself to incremental functionality beyond what is rendered in

8    a results page on a browser, for example.  So I think they're

9    identical, but I don't want to say a hundred percent sure if

10   the actual search app has unique functionality.  But I don't

11   think it does.

12       **THE COURT:**  Okay, thank you.

13       **MR. SCHMIDTLEIN:**  And I assumed you were talking about on

14   Android devices?

15       **THE COURT:**  Right.

16   **BY MS. MURDOCK-PARK:**

17       **Q.**  Mr. Kolotouros, on slide 11, at the top right it says:

18   "Other AGSA entry points."  AGSA stands for Android Google

19   search app, right?

20       **A.**  Yes, I believe so.

21       **Q.**  So the other AGSA entry points means that there are

22   other search app points on a typical Android phone?

23       **A.**  I believe that's what it means, yes.

24       **Q.**  You can put UPX76 aside.  You are not aware of any

25   Google-conducted analysis that indicates Google's MADA

1    requirements reflect consumer preferences, right?

2        A.   Outside of usage of the apps themselves, I've not seen

3    any such analysis or surveys.

4        Q.   But MADAs prohibit OEMs from taking certain actions on

5    GMS mobile devices that consumers might want, right?

6        A.   I'm not familiar with what prohibitions or

7    restrictions are in the MADA.  There are certain mobile

8    pre-load policies meant to prevent inappropriate content from

9    being pre-loaded on a device, just because we don't want to

10   correlate Google apps with a device that might have malicious

11   software on them.  But I don't know of any other restrictions

12   that are within the MADA with respect to how a device is

13   configured.

14       Q.   So if we could go to JX99, which is another redacted

15   document that is in evidence.  You're familiar with amendments

16   to the 2018 Motorola MADA, Mr. Kolotouros?

17       A.   What is the date on this one?

18       Q.   If we could go to -- well, it says the effective date

19   of January 1, 2018, but if we could go to the last slide,

20   please.  The date is January 10th, 2020, signed by Google.

21       A.   Okay.

22       Q.   JX99, it looks like it was signed by Jamie Rosenberg.

23   That's your former boss, right?

24       A.   That is correct.

25       Q.   If we could go back to page three, and if we could

1    zoom in on section 2.9.  Google's MADA -- strike that.

2         The amendment to Motorola's MADA reads that:  "The

3    following is added as section 4.41(v) of the agreement.  (v)

4    not include any processes, instructions, promotions, or other

5    means that directs, instructs or encourages the end user to

6    change the device from being in compliance with this agreement,

7    including this section 4.4," right?

8         A.  Yes.

9         Q.  And this provision is included in other MADAs as well,

10   correct?

11        A.  Okay.

12        Q.  Am I incorrect or is that right?

13        A.  I'm not familiar with this precise language, but I

14   would not be surprised if it did find its way to other MADAs as

15   part of the template.

16        Q.  So the section 2.9 means that an OEM couldn't instruct

17   the end user how to move the Google search widget off of the

18   device's home screen, correct?

19        A.  This language does not allow an OEM to essentially

20   encourage the -- a user to change the settings or the defaults

21   or the placements as has been configured per the MADA, that is

22   correct.

23        Q.  But also the OEM can't even tell the user how to do

24   that, right?  Not just encourage, but the OEM can't instruct

25   the end user how to do so?

1    **A.**  Yes, Romanette five, which mentions instructions,

2   would prohibit the OEM from instructing a user how to change

3   the configuration -- out-of-box configuration of a device.

4    **Q.**  How to change the configuration to be contrary to the

5   MADA, which one of the MADA terms is that the widget must be on

6   the default home screen?

7    **A.**  That is correct.

8    **Q.**  And --

9    **THE COURT:**  I'm sorry, does that extend to the -- the

10  prohibition on instructions, for example, does that extend to

11  places of information that are other than the phone?  So, for

12  example, say the Motorola website has information about a

13  particular phone, and it has some instructions about how to use

14  the phone.

15   Do you read this paragraph or do you understand this

16  paragraph to mean that you couldn't -- that Motorola could not

17  include instructions about how to re-configure the home page?

18   **THE WITNESS:**  No, I think it's specific to what is allowed

19  on the device itself, and to maintain the configuration for the

20  device out of box as intended by the MADA, and to not somehow

21  insert something which would implicate that configuration.

22   **THE COURT:**  Okay.

23  **BY MS. MURDOCK-PARK:**

24   **Q.**  Go ahead and put aside JX99.  Another question I

25  wanted to ask you about the MADA, Mr. Kolotouros, is about

1    launchers.  You've heard the term launcher before?

2         **A.**   I have.

3         **Q.**   And a launcher is an app that provides customization

4    and personalization over an Android device's display screen?

5         **A.**   Yeah, it's a broader user experience that essentially

6    administers how the user interacts with the phone on the app

7    tray, the plus one screen, the default home screen, et cetera.

8         **Q.**   And launchers are a search access point, right?

9         **A.**   They can be.  They can be.

10        **Q.**   And a launcher can also -- can be a search widget?

11        **A.**   A launcher can include a search widget as part of its

12   implementation that covers the UI on the phone, that is

13   correct.

14        **Q.**   MADAs prohibit launchers that do not comply with other

15   terms of the MADA, right?

16        **A.**   To the extent the launcher, as part of the out-of-box

17   experience, is not -- does not -- is not in compliance with the

18   implementation guidelines, then yes.

19        **Q.**   Carriers do not enter into MADAs, right?

20        **A.**   That is correct.

21        **Q.**   But carriers are bound by OEMs' MADAs?

22        **A.**   I don't know if they're bound by them.  I don't know

23   if there's a contractual relationship that binds an OEM to a

24   carrier with respect to the MADA.

25        **Q.**   Well, if an OEM builds an Android mobile device for a

1    particular carrier, then the carrier has to follow the same

2    terms of the MADA that the OEM must follow, right?

3         A.   To the extent they're applicable, yes.

4         Q.   So if Samsung wanted to build an Android mobile device

5    for AT&T, that device could not include instructions about how

6    to remove the Google search widget from the default home

7    screen?

8         A.   I believe that would be the case.

9         Q.   You are not aware of any Samsung or Motorola

10   smartphone sold in the United States at any time that was

11   pre-loaded with more than one search widget, correct?

12        A.   I'm not familiar with such a device.

13        Q.   So that means no?

14        A.   I'm not familiar with such a device.  I don't want to

15   speak to the inventory of phones that they've developed, but

16   I've not seen them.

17        Q.   Let's talk now about how Google reacts to OEMs trying

18   to vary some of the standard terms in their MADA, okay?

19        A.   Okay.

20        Q.   An OEM partner can request a waiver or a variance to

21   MADA terms, right?

22        A.   Yes.

23        Q.   And when an OEM requests a waiver, you have final say

24   in denying such a request but not in approving such a request,

25   right?

1    A.   I don't know if I have final say, but I weigh in with

2    a preference or an opinion with respect to denial and also

3    approval.

4    Q.   With respect to weighing in with an opinion on denial,

5    is your opinion usually accepted?

6    A.   I would say that's accurate, correct.

7    Q.   Google does not grant any waivers for the 11

8    pre-loaded GMS applications, correct?

9    A.   I have not seen a waiver for the bundle.

10   Q.   And for the bundle, you mean the 11 --

11   A.   The 11, that is correct, yes.

12   Q.   And you consider attempts to get variances for GMS

13   apps to be attempts to snap the MADA, right?

14   A.   It's an attempt to change the default configuration

15   for the MADA implementations, yes.

16   Q.   So an attempt to change the configuration is an

17   attempt to snap the MADA or break the MADA?

18   A.   I think break might be more accurate than the word

19   snap.  But yes, to essentially not adhere to the terms of the

20   MADA.

21   Q.   I'd like to show you UPX608, which is another document

22   in evidence.  The e-mail at the top of the first page is from

23   Sidney Lee.  Ms. Lee is a director of Android partnerships?

24   A.   Mr. Lee, yes.

25   Q.   Mr. Lee, my apologies.  And the subject of the e-mail

1    is Android REM revenue share 3.0, correct?

2        A.   OEM revenue share 3.0, that is correct.

3        Q.   Thank you.  Now, before we start talking about the

4    MADA, let's go to page four of UPX608.  This is an e-mail from

5    Donald Harrison, correct?

6        A.   That is correct.

7        Q.   And Mr. Harrison is your current supervisor?

8        A.   He's my manager's manager at this point.

9        Q.   Manager's manager, okay.  He's the president of global

10   partnerships and corporate development?

11       A.   Yes.

12       Q.   It looks like Mr. Harrison was e-mailing about the

13   revenue share agreement signed in mid 2020, fair?

14       A.   With several OEMs I believe, yes.

15       Q.   And so he was pointing out the number of devices

16   covered by core search and assistant protections, which are

17   redacted on the screen?

18       A.   Yes.

19       Q.   About halfway through his e-mail, Mr. Harrison writes:

20   "Here is the rundown of devices where distribution, enhanced

21   discoverability and defaults were secured, i.e., prominent

22   placement on the hotseat, DHS and plus one screens."

23       Do you see that?

24       A.   I do.

25       Q.   And we talked about the plus -- well, we talked about

1    the hotseat.  DHS refers to the designated hotseat?

2         **A.**   The default home screen.

3         **Q.**   Default home screen.  And plus one means one swipe

4    left from the home screen?

5         **A.**   Plus one means one swipe left from the home screen,

6    that is correct.

7         **Q.**   So just going over one?

8         **A.**   Yes, to the right.

9         **Q.**   And if we could go to the first bullet in the second

10   grouping there where it reads search, and then it says:  "Lens,

11   News, Podcast, Gboard," and then there's a redacted number.

12        The Gboard refers to the Google keyboard, correct?

13        **A.**   That is correct.

14        **Q.**   And you can run a Google search from the Google

15   keyboard?

16        **A.**   I don't know if you still can run a search through the

17   keyboard, but I believe at one point you could, and it still

18   might be possible.

19        **Q.**   And the redacted number next to that search bullet,

20   that shows the number of devices that are covered by the

21   revenue share agreements as of May 28th, 2020, Mr. Harrison's

22   e-mail?

23        **A.**   I think it's a projection of how many devices will be

24   covered by this -- these particular contracts.

25        **Q.**   Okay.  Which is it's exclusive of certain OEMs, fair?

1     **A.**   This is specific to certain OEMs that Sidney Lee's

2     team had signed.

3     **Q.**   If we could go to page three, there are some e-mail

4     exchange and the chain, and a Mr. Sabharwal asked you whether

5     there were any devices or countries where Chrome is no longer

6     distributed as part of GMS, right?

7     **A.**   Yes.

8     **Q.**   And you responded in the middle of page three,

9     correct?

10    **A.**   Yes.

11    **Q.**   If we could pull that up a little bit bigger.  You

12    write:  "Don, I think that somebody forgot to tell Anil that

13    Sundar authorized the removal of Chrome from GMS a few months

14    ago," right?

15    **A.**   Yes.

16    **Q.**   That was clearly a joke?

17    **A.**   A poor attempt at humor, that is correct.

18    **Q.**   You're kidding, because Mr. Pichai would never suggest

19    removing Chrome from GMS, right?

20    **A.**   No one would -- people would be sure to tell Anil

21    about it.

22    **Q.**   So there are no exceptions from any GMS MADA

23    obligations, are there?

24    **A.**   The -- we have given clean UI waivers in the past to

25    move the folder to a plus one screen or an app tray

1    implementation, one requested by Samsung in the past.  And we

2    still provide them with it whenever they come up, but they

3    don't come up very often -- with respect to the folder.

4        Q.  With respect to Chrome, has there ever been any MADA

5    variation that was approved for a change to the Chrome

6    requirements in the MADA?

7        A.  No, I don't recall seeing a request to remove Chrome

8    from the MADA or the bundle.

9        Q.  And you believe that Chrome exists to serve Google

10   search, right?

11       A.  I believe that Google search is available through

12   Chrome, but Chrome exists to provide connections -- a

13   connection to the internet and a browsing experience for a user

14   on a smartphone device.

15       Q.  We can go ahead and put UPX608 aside.  I'd like to

16   show you UPX809.  I believe that there is a relevance objection

17   to this e-mail.  And to be clear, I'm only going to look at the

18   e-mail from Mr. Kolotouros on page three.

19       **THE COURT:**  Is there an objection to referring to that

20   portion of the exhibit?

21       **MR. SCHMIDTLEIN:**  Yeah, I think the objection here is this

22   doesn't have anything to do with any deals that apply to the

23   United States.  This has to do with I think some sort of a deal

24   involving a Russian company or Russian-distributed devices.

25       **THE COURT:**  Okay.

1    **MS. MURDOCK-PARK:**  And if I could show the exhibit, Your

2    Honor, which relates directly to what Mr. Kolotouros just spoke

3    about with respect to Chrome and the MADA.

4        **THE COURT:**  Okay.  I'll overrule the objection.  I'll

5    allow questioning about it so long as it gets tied up to what

6    he's been testifying about.  Go ahead.

7    **BY MS. MURDOCK-PARK:**

8        **Q.**  If we could go to page three and the e-mail from

9    Mr. Kolotouros at 8:16 p.m. on October 9th, 2020.  You were

10   responding to an e-mail from Ms. Chernikova; is that correct,

11   Mr. Kolotouros?

12       **A.**  Yes.

13       **Q.**  And I'd like to go to the second bullet where you

14   write:  "I don't think I want Chrome in the hotseat if the user

15   sets the default.  Chrome exists to serve Google search."

16       Do you see that?

17       **A.**  I do.

18       **Q.**  So you believe that Chrome exists to serve Google

19   search in any market, right?

20       **A.**  I believe that in this capacity, I was sensitive to

21   Chrome's default search being set to something which was then

22   anticipated by the user.  So in an instance where Google's not

23   the default search engine in Chrome -- which is typically

24   expected or implemented usually, then the -- it can create user

25   confusion.  And I think that is why the Russian situation was

1    unique in the connection with Chrome and search.

2    Q.  So you believe that Chrome does not exist to serve

3    Google search in the United States, but it does in Russia?

4    A.  I believe it exists to serve Google search, but not

5    exclusively.  I think there's other benefit to what Chrome

6    provides, including access to the internet.

7    Q.  Google search does not exist to serve Chrome, right?

8    A.  I think the services interact with each other to

9    provide good access to the internet and a good access to

10   search.  It's the Russian implementation that makes the use

11   case in this particular instance geographically somewhat

12   unique.

13   **MS. MURDOCK-PARK:**  Your Honor, I'd move to admit UPX809.

14   **THE COURT:**  Okay, we'll admit it to the extent that it

15   involves that short e-mail.

16   (Exhibit UPX809 admitted into evidence)

17   **BY MS. MURDOCK-PARK:**

18   Q.  We can go ahead and take the document down.  Let's

19   switch gears and talk a little bit about Google's largest

20   Android OEM, Samsung.  You said that the Samsung partnership is

21   part of the scope of your responsibilities.

22   Do you communicate with Samsung regularly?

23   A.  Yes.

24   Q.  And you communicate with Samsung about the MADA and

25   the RSA?

1     A.   When they're being renewed, yes.  But otherwise, we

2     typically discuss product implementations and platform goals

3     and those kinds of things.

4     Q.   And your direct reports also regularly communicate

5     with Samsung?

6     A.   That is correct.

7     Q.   Is Christopher Li responsible for the Samsung

8     relationship?

9     A.   He's -- yes, he's more responsible from the standpoint

10    of day-to-day engagement and responsibility.

11    Q.   Samsung is headquartered in Suwon, South Korea?

12    A.   Yes.

13    Q.   And you've traveled to Samsung headquarters for work,

14    right?

15    A.   I have.

16    Q.   Samsung's upper level executives are based out of

17    their headquarters in Suwon?

18    A.   Yes, I believe so.

19    Q.   So would it be fair to say that Samsung is one of

20    Google's most important partners?

21    A.   Definitely one of if not the most important Android

22    OEM partners.  It would be hard for me to, on a relative basis,

23    assess if it's one of its most important partners across the

24    company, but I would make that assertion.

25    Q.   Google looks for ways to keep the Samsung partnership

1    beneficial to Google, correct?

2        A.   Google aspires to help Samsung be successful, and

3    hopefully contribute to Google's success as well.

4        Q.   And that includes giving Samsung the ability to

5    personalize the MADA in ways that are unavailable to other

6    OEMs?

7        A.   There are a few carve-outs within the MADA for

8    Samsung, but generally the vast majority of the terms are

9    consistent across OEMs.

10       Q.   And the -- I believe you referred to a clean UX before

11   that was with respect to Samsung?

12       MR. SCHMIDTLEIN:   Your Honor, if we're going to get into

13   talking about specific provisions or if she's going to start

14   trying to elicit testimony about specific provisions from the

15   Samsung MADA that are not in other OEMs' MADAs, I would ask

16   that those questions and answers be elicited in the closed

17   session.

18       THE COURT:   Okay.  Well, I guess the question is are any

19   of the -- are what you're about to ask him about these

20   carve-outs reflected in any of the records that have already

21   been admitted that can be discussed in an open session?

22       MS. MURDOCK-PARK:   I will move on from that question, Your

23   Honor.  I'm not going to ask about specific MADA terms with

24   respect to Samsung, at least in open session.

25       THE COURT:   Okay.

**BY MS. MURDOCK-PARK:**

Q.  Mr. Kolotouros, Samsung requested a waiver from Google for a GMS requirement in 2016, right?

A.  Can you be more specific, please?

Q.  Sure.  We had discussed that one of the MADA requirements for all OEMs is that the Google search widget must be placed on a device's default home screen, right?

A.  That is correct.

Q.  Did Samsung request a waiver of that requirement in about 2016?

A.  I believe so, yes.

Q.  I'd like to call out UPX741, which is in evidence, and there are no redactions to the document.  UPX741 is an August 23rd, 2016 e-mail from Jin Young Baik to you, right?

A.  Yes.

Q.  Ms. Baik requested clarification about Samsung's global MADA negotiations, right?

A.  Yes.

Q.  Specifically she asks for clarification about the MADA placement requirements?

A.  Yes.

Q.  And you responded to her:  "Let me state it more stringently, the widget and Play Store icon are staying."

Do you see that?

A.  I do.

1        **MR. SCHMIDTLEIN:**  Excuse me, counsel, can you provide us

2    with copies of this exhibit?

3        **MS. MURDOCK-PARK:**  Of UPX741?

4        **MR. SCHMIDTLEIN:**  Yes.

5        **THE COURT:**  It appears to have not been included in the

6    binder, but that's okay.

7        **MS. MURDOCK-PARK:**  Oh, my apologies.

8        **THE COURT:**  If somebody has a hard copy of it, that would

9    be -- just provide that to counsel.

10        **MS. MURDOCK-PARK:**  We can go ahead and take the document

11    down right now, and we will find copies of that.

12        **THE COURT:**  I mean, is there any reason not to question,

13    as long as you have it and the witness can see the entirety of

14    the document?

15        **MR. SCHMIDTLEIN:**  I was going to say, I'd like the witness

16    to have a full copy of the hard copy, if you have one.  I'll

17    see if we have one, if I can dig one out, but it wasn't in the

18    binder.

19        **THE COURT:**  No, I didn't see it either, but that's okay.

20        **MS. MURDOCK-PARK:**  I can -- we will move on.

21        **THE COURT:**  It looks like Mr. Schmidtlein has one in his

22    hands.

23        **MR. SCHMIDTLEIN:**  I've got one.  I'll hand it up to the

24    witness.

25        **THE WITNESS:**  Thank you.

1        **MS. MURDOCK-PARK:**  Our apologies, Mr. Kolotouros,

2   Mr. Schmidtlein.

3        **THE COURT:**  Can we bring that back up on the screen for

4   those of us who don't have a hard copy.  Thank you.

5        **MS. MURDOCK-PARK:**  Would you like us to get you a hard

6   copy, Your Honor?

7        **THE COURT:**  No, I've got plenty of documents.  Thank you.

8   **BY MS. MURDOCK-PARK:**

9        **Q.**  Mr. Kolotouros, with your response, "Let me state it

10  more stringently, the widget and Play Store icon are staying,"

11  you were expressing that there was no world in which Samsung

12  could remove the widget from the home screen of its GMS

13  devices, right?

14       **A.**  We had, without exception, not granted waivers with

15  respect to the widget or the Play Store, that is correct.

16       **Q.**  And you're not aware of any Samsung device today that

17  is not required to pre-install the Google widget on the default

18  home screen?

19       **A.**  There's no device that's required to install it, it's

20  obviously a device-by-device election.  But yes, amongst

21  Samsung devices that are Android-compatible, they have the

22  widget.

23       **Q.**  The same question with respect to Motorola devices,

24  you are not aware of any Motorola device that is not required

25  to pre-install the Google widget on the default home screen?

1    A.   That is correct.

2    Q.   We can go ahead and take down UPX741.  I'd like to

3    switch gears and talk about how Google shares its ad revenues,

4    so let's talk about some of the revenue share agreements.

5    A.   Okay.

6    Q.   You testified earlier that all OEMs who have revenue

7    share agreements also have a MADA, if I recall correctly?

8    A.   Yes.

9    Q.   And an OEM must have a MADA to even be eligible to

10   sign a revenue share agreement, right?

11   A.   Yeah, every -- yes, to have a revenue share agreement

12   that covers GMS access points, a MADA's required.

13   Q.   I'd like to go back to UPX129, which we had reviewed

14   before, and I'd like to go to slide five at this time.  There

15   are redactions on this one under the coverage.

16   Slide five explains that the revenue share agreements

17   reinforce MADA distribution and provide a mechanism to help

18   fund the ecosystem, right?

19   A.   Yes, that's what the slide says.

20   Q.   You agree with the slide, right?

21   A.   I believe that the revenue share agreements provide

22   protections for the promotion of Google services out of box.

23   And I personally think that the MADAs themselves are the

24   mechanism to fund the ecosystem via the presence of the widget

25   and the Play Store icon on the home screen.

1    **Q.**   So the numbers under the coverage box are redacted,

2    but like with on the MADA box, the number of actives, that

3    refers to the number of devices that are covered by revenue

4    share agreements?

5    **A.**   Yes, I think that's a fair assessment.

6    **Q.**   And the activations per year, that's the number of new

7    devices every year that are covered by revenue share

8    agreements?

9    **A.**   That is correct.

10   **Q.**   The middle box says as we give, search revenue share

11   on Android, yes?

12   **A.**   That is correct.

13   **Q.**   And then the box on the right says that Google gets

14   out-of-the-box search defaults and exclusivity, correct?

15   **A.**   Yes.

16   **Q.**   Defaults and search exclusivity are the goals of the

17   RSA, right?

18   **A.**   The goals of the RSA, more broadly, are to invest in

19   the OEMs in the ecosystem to help them compete more

20   successfully with iPhone.  Part of that is out-of-box search

21   defaults and out-of-box exclusivity for search, among other

22   things that are in the RSAs.

23   **Q.**   And the default and exclusivity provisions in the

24   revenue share agreements apply to various search access points

25   that we discussed earlier, correct?

1      A.   That is correct.

2      Q.   So that -- including the Google search widget which

3  defaults to Google search?

4      A.   It applies to alternative search services that could

5  be pre-loaded on the device, yes.

6      Q.   The revenue share agreement applies to alternative

7  search services, if I heard you right?

8      A.   Well, the revenue share deals ensure a consistent

9  out-of-box search experience for users.

10     Q.   So fair to say that all search access points on the

11 device, if you're going to the highest revenue share in the

12 RSA, all of those are set to Google search?

13     A.   Yes.

14     Q.   We can go ahead and take down UPX129.  Now, some OEMs

15 receive revenue share on new device activations, right?

16     A.   Yes.

17     THE COURT:   I'm sorry, what was the question again?

18 BY MS. MURDOCK-PARK:

19     Q.   That some OEMs receive revenue share on new device

20 activations?

21     A.   Meaning that's the payment -- I'm sorry, you mean

22 that's the payment trigger for revenue share or --

23     Q.   Well, I guess let me take a step back.  You've heard

24 the term install base before, right?

25     A.   Yes.

1      Q.   And can you explain to the Court what the install base

2    is?

3      A.   The install base is the accumulated devices that are

4    already in the field in connection with a particular OEM.

5      Q.   And some OEMs receive revenue share payments on

6    devices that are already activated and were covered by an

7    earlier revenue share agreement, right?

8      A.   Yes.

9      Q.   And then OEMs will receive revenue share payments on

10   new devices that are activated throughout the term of the RSA?

11     A.   Correct.

12     Q.   So if an OEM signed a revenue share agreement with

13   another search provider, the OEM would lose its install base

14   revenue share payments, right?

15     A.   To the extent the OEM did not do another search

16   revenue share deal with another provider.

17     Q.   But it wouldn't receive any revenue share payments on

18   the install base from Google?

19     A.   To the extent there wasn't an active revenue share

20   agreement with Google, they would not get paid on the install

21   base.

22     Q.   Google has revenue share agreements with AT&T, Verizon

23   and T-Mobile, right?

24     A.   I believe so, yes.

25     Q.   And Google has revenue share agreements with Samsung

1    and Motorola?

2         A.   Yes.

3         Q.   And Google had a revenue share agreement with LG

4    before LG exited the mobile device business in 2021?

5         A.   Yes.

6         Q.   You're involved with setting the terms of revenue

7    share agreements with Android OEMs, right?

8         A.   Yes.

9         Q.   So let's talk a little bit about how the RSA has

10   evolved over the years.  The MADA used to secure Google search

11   as the default search provider, right?

12        A.   It secured Google -- there was a term in the MADA that

13   secured default search on the access points, that is correct.

14        Q.   I'd like to pull up UPX616, which is a document in

15   evidence, and there's no redactions.  UPX616 is an e-mail from

16   you to Joan Braddi, right?

17        A.   Yes.

18        Q.   And Ms. Braddi was your boss at that time?

19        A.   She was my manager at that time.

20        Q.   Her current title is vice president of product

21   partnerships?

22        A.   I believe so.

23        Q.   The subject of the e-mail is Android Leads Update, L

24   Team Follow Up, right?

25        A.   Yes.

1    Q.   And that day's Android leads meeting discussed a
2    suggested change to the MADA, right?

3    A.   I was not present in the meeting, but I believe that's
4    what it's discussing, yes.

5    Q.   Well, you were explaining to your boss what happened
6    at that meeting, right?

7    A.   Yes.

8    Q.   And, specifically, you were reporting about
9    Mr. Pichai's recommendation that the default search language
10   should be removed from the MADA, right?

11   A.   Yes.

12   Q.   If we could highlight number two in the second
13   paragraph.  Mr. Pichai suggested softening the MADA to make it
14   more gentle, right?

15   A.   Yes.

16   Q.   And by softening the MADA, Mr. Pichai meant removing
17   the default language?

18   A.   I think that's one element of, quote, softening.  I
19   think there are other elements that could have been
20   contemplated in connection with the meeting.

21   Q.   Well, Mr. Pichai also suggested that OEM search
22   revenue share deals is a good place to reinsert this kind of
23   language and commitment, right?

24   A.   Yes.

25   Q.   And you sent this e-mail on September 4th, 2014?

1      A.   Yes.

2      Q.   September 2014 was near the end of a European

3 Commission investigation into Google search, right?

4      A.   I don't know if it was near the end or what their

5 chronology was with respect to the European ruling -- or

6 investigation.

7      Q.   You were aware that there was an investigation at the

8 European Union at that time?

9      A.   I don't know if it had been formally initiated at that

10 time in 2014, so I'm not really sure what the precise

11 sequencing of the statement of objection was.  And then moving

12 on beyond that, I'm not sure what the exact chronology is.

13      THE COURT:   Just a quick question.  Mr. Pichai's position

14 in 2014 was, at this time?

15      THE WITNESS:   He was either only the executive vice

16 president of Android and Chrome -- and I don't know when he was

17 elevated to CEO of Google.  It might have been during this

18 time, but I'm not a hundred percent sure.

19      THE COURT:   Okay, thank you.

20 BY MS. MURDOCK-PARK:

21      Q.   Mr. Kolotouros, at some point after you sent UPX616,

22 the search defaults were removed from the MADA, right?

23      A.   I believe so, yes.

24      Q.   And they were placed into the RSAs?

25      A.   I believe that is the sequence, yes.

1    **Q.**  We can go ahead and set the document aside, take it

2    down.  Now, in addition to defaults, the overall structure of

3    revenue share agreements has changed in other ways over the

4    years, right?

5    **A.**  Yes.

6    **Q.**  So specifically whether those agreements are

7    device-by-device or platform-wide?

8    **A.**  Or both.

9    **Q.**  Or both, exactly.  So -- but device-by-device means

10   that an OEM can enroll just some of the devices that it has

11   into revenue share, right?

12   **A.**  That is correct.

13   **Q.**  So -- and the OEM will earn revenue share on only

14   those agreements?

15   **A.**  Only those devices which it has elected to enroll into

16   the deal, that is correct.

17   **Q.**  So, for example, in a device-by-device only agreement,

18   Samsung had enrolled just its Galaxy S23 phone, and it would

19   receive revenue share only on proceeds from searches run on

20   that phone, covered search points on that phone?

21   **A.**  If a particular phone met the conditions correlated

22   with the configuration requirements, then yes, it could receive

23   a revenue share on that -- it would receive a revenue share on

24   that device.

25   **Q.**  And a platform-wide deal is basically an

1       all-or-nothing agreement?

2          **A.**   It basically implies that all devices must be enrolled

3       in the deal, that is correct.

4          **Q.**   So for an OEM to get any revenue share on any device,

5       all of its devices must be enrolled?

6          **A.**   All of its GMS devices must be enrolled, with the

7       exception of carve-outs for telecom operators which are usually

8       embedded into the deals.

9          **Q.**   So for Samsung, on a platform-wide deal, it would have

10      to enroll all of its mobile devices in order to get revenue

11      share on any device?

12         **A.**   If that was the way the tiering was structured, yes.

13         **Q.**   And before 2017, some OEM revenue share agreements

14      were platform-wide, right?

15         **A.**   Some were, yes.

16         **Q.**   And in about 2017, Google changed the RSA payment

17      structure to largely device-by-device?

18         **A.**   In 2016, late 2016, we went for the approvals to

19      migrate to a new structure, and began rolling it out

20      thereafter.

21         **Q.**   And it was generally -- that new structure is

22      generally referred to as RSA 2.0?

23         **A.**   Yes.

24         **Q.**   And in about 2019, Google started to revise the RSA

25      structure again, right?

1      A.   Generally, yes, that is true.

2      Q.   And, generally, the new structure is referred to as

3  RSA 3.0?

4      A.   Yes.

5      Q.   The revised revenue share structure was meant to

6  protect Google from key strategic risks, right?

7      A.   I would interpret the migration from 2.0 to 3.0

8  differently.

9      Q.   Well, the tiered framework of RSA 3.0 included both

10  platform-wide and device-by-device commitments, right?

11      A.   Which?

12      Q.   The RSA 3.0 structure includes both platform-wide and

13  device-by-device, right?

14      A.   Yes, yes, yes.

15      Q.   I'd like to go to UPX1077, which is in evidence.

16  UPX1077 is a slide deck titled PEX and BC Review:  Google

17  Distribution on Android Framework.

18      BC means business council, right?

19      A.   Yes.

20      Q.   And the business council is an approval entity within

21  Google comprised of mostly vice presidents?

22      A.   Vice presidents and senior/executive vice presidents,

23  that is correct.

24      Q.   The business council approves deals like the RSA?

25      A.   Yeah, RSA structures, yes.  Not specific deals, but

1    the overall framework for it.

2        Q.   The first slide of UPX1077 says in red:  "As presented

3    at BC," meaning that this slide deck was actually presented to

4    the business council in June 2019?

5        A.   I believe so, yes.

6        Q.   And you attended this business council meeting, right?

7        A.   I believe I did, yes.

8        Q.   Google distribution on Android framework is sometimes

9    referred to as GDAF, right?

10       A.   Yes.

11       Q.   If we could go to page six, which is titled New

12   Proposed Structure, GDAF:  Offer Partners Choice of Three Tiers

13   of RSA.  Do you see that?

14       A.   Give me one moment, please.  That's page six?

15       Q.   It should be slide six of UPX1077.

16       A.   I see it, my apologies.

17       Q.   And the old structure in the top level of the slide is

18   in various shades of blue.  That's the RSA 2.0 structure?

19       A.   Yes.

20       Q.   And in RSA 2.0, both the base and bonus tiers were

21   device-by-device, correct?

22       A.   I think there was only one tier in the -- there was a

23   bonus tier in the 2.0s, I'm sorry.  But yes, there was a base

24   tier and a bonus tier in RSA 2.0.  That was all

25   device-by-device elections.

1      Q.   And the new RSA 3.0 agreement is in the green boxes,

2   right?

3      A.   Yes.

4      Q.   And the core platform in light -- I'm sorry, the core

5   platform in light green is a platform-wide deal, right?

6      A.   Yes.

7      Q.   And then both the optimized experience and the Google

8   forward tiers are device-by-device?

9      A.   Yes.

10      Q.   Google forward is available to OEMs only?

11      A.   I don't know what is available to carriers.

12      Q.   If we could go to slide --

13      THE COURT:   I'm sorry, so what's the difference between

14   those options that are on the left versus the right?  Is it the

15   amount of the revenue share?

16      THE WITNESS:   The device-by-device deals are an

17   all-or-nothing structure where here are the configuration

18   requirements, if you meet them you get paid on the device; if

19   you don't meet them, you don't.  The new structure allows OEMs

20   more flexibility on what they want to opt into versus not.  At

21   the foundation -- or the core tier, that basically covers

22   defaults on first-party browsers and some assistant

23   discoverability elements.  And then they can elect to,

24   device-by-device beyond the core tier or the foundation tier,

25   earn more revenue share or potentially bounties if they

1    configured the device a certain way.

2        **THE COURT:**  That's on -- that's sort the right side of --

3        **THE WITNESS:**  That's the right side, yes.

4        **THE COURT:**  Gotcha, okay.

5    **BY MS. MURDOCK-PARK:**

6        **Q.**  If we could go to slide seven, that may answer part of

7    the Court's question.  There's some redacted numbers that set

8    out the various percentages of revenue share available on the

9    devices.  I'd like to first, Mr. Kolotouros, draw your

10   attention under the core experience platform.

11       The core experience requires OEM browser search defaults,

12   right?

13       **A.**  That's correct, yes.

14       **Q.**  And then under the optimized experience, it requires

15   full search exclusivity?

16       **A.**  That is correct.

17       **Q.**  And that's a higher revenue share than the core

18   experience, correct?

19       **A.**  And I also believe we pay more on certain access

20   points, but yes, that is correct.

21       **Q.**  And there's also -- Gboard is one of the defaults that

22   is required under the optimized experience?

23       **A.**  I believe so, yes.

24       **Q.**  Under Google forward, that requires Google apps to be

25   set as the default for all key functions, right?

1     **A.**   Sure, key functions, key utilities, yes.

2     **Q.**   And Play must be set as the primary or exclusive

3     source of all third-party downloads?

4     **A.**   Yes.

5     **Q.**   And all access points for search must be set to Google

6     on the Google forward tier?

7     **A.**   Yes.

8     **Q.**   And that's in exchange for the highest amount of rev

9     share that's available, correct?

10    **A.**   That is correct, yes.

11    **Q.**   I'd like to go to slide nine, which is titled Search

12    and Play Revenues are Top Priority for Google Forward Tier.

13    The question I had for you is actually in the notes where it

14    lists as P0 -- or, I'm sorry, it lists guiding principles.  Do

15    you see that?

16    **A.**   I do.

17    **Q.**   And P0 guiding principle -- that's like the primary

18    guiding principle, would that be fair?

19    **A.**   Yes.

20    **Q.**   So the primary guiding principle is that core search

21    and Play provisions are non-negotiable, correct?

22    **A.**   That's what is written, yes.

23    **Q.**   Is that accurate?

24    **A.**   I think revenue shares are generally intended to help

25    invest -- to invest in the OEMs to succeed versus iPhone and in

1      the ecosystem, and to sell more phones.  So that's my

2      general -- that's my general P0.

3           Q.  Okay.  But here it says that core search and Play

4      provisions are non-negotiable meaning that Google does not

5      negotiate with any of the platform-wide commitments on search?

6           A.  I don't think there are any platform-wide commitments

7      with respect to the Play provisions.  And under the search

8      provisions, it's just the defaults.  The exclusivity is on the

9      device-by-device basis.

10          Q.  I misspoke, I meant defaults.  Thank you for

11     correcting me.  We can go ahead and put the document aside.

12          Search default provisions, they're an important part of

13     revenue share agreements, right?

14          A.  Search defaults?

15          Q.  Uh-huh.

16          A.  Yes.

17          Q.  Google search benefits from being set as the default

18     on various search access points, correct?

19          A.  To the extent there's a consistent search experience

20     out of box, yes, we believe it's good for the user, and also

21     can drive more queries through Google, that's correct.

22          Q.  So Google finds defaults to be valuable?

23          A.  Yes.

24          Q.  And you consider any deal that invests in devices

25     without Google search as the default to be a waste of time and

1    money, right?

2        A.   I think that securing defaults is an important part of

3    a device experience, but there are other components of a deal

4    that matter as well.

5        Q.   But with respect specifically to search as the

6    default, if the default can be secured, you consider it to be a

7    waste of time and money not to secure the default, right?

8        A.   Can you repeat the question, please?

9        Q.   With respect to if a default is available, right, if a

10   default can be secured because it's permissible, you consider

11   not securing that default to be a waste of time and money,

12   right?

13       A.   If we're not securing the default, the prospect of

14   revenue share being paid goes down, so the investment in the

15   deal itself is implicated.  So the setting of the default is

16   what will ideally generate revenue, which can then be paid to

17   the OEM to invest in them and invest in the experience.

18       Q.   And also earn Google more money?

19       A.   To the extent the user maintains the search defaults,

20   yes.

21       Q.   Search exclusivity provisions are also an important

22   part of RSAs, right?

23       A.   Yes.

24       Q.   Google finds exclusivity to be valuable?

25       A.   Yes.

1    Q.  Google decided to keep search exclusivity provisions

2   in revenue share agreements even though some OEM partners

3   pushed back, right?

4    A.  We decided to keep them in the deals, yes.

5    Q.  But some OEM partners did push back on those search

6   exclusivity provisions, correct?

7    A.  I'm trying to recall the instances when that might

8   have happened.  I can't -- I might just be drawing a blank, but

9   I can't recall specific times, but it doesn't mean it hasn't

10  happened on the default -- or on the exclusivity provisions.

11   Q.  Let's go to UPX558.

12  THE COURT:  Counsel, before you do that, I'm sorry, this

13  may be an elementary question, I may be missing something.

14  Sorry if I am.  You mentioned default provisions and

15  exclusivity provisions in the RSA?

16  THE WITNESS:  Yes.

17  THE COURT:  What's the difference?

18  THE WITNESS:  The default basically -- for example, in a

19  browser, sets the default for what search is accessed if

20  someone conducts a search in the address bar, for example.  And

21  then the exclusivity is what -- with respect to a search

22  widget -- or search application makes that search application

23  the only search application pre-loaded on the device out of

24  box.  But it doesn't persist for the lifetime of the device, it

25  only exists in the out-of-box experience, because it's possible

1    for a user to download any search application out of the Play

2    Store.  So it's called out-of-box exclusivity, because it's

3    specific to the out-of-box experience versus the lifetime of a

4    device.

5        THE COURT:  But it does not mean it's a permanent -- it

6    does not mean permanence?

7        THE WITNESS:  Absolutely not, the exclusivity is specific

8    to out of box.

9        THE COURT:  Okay, thank you.

10   BY MS. MURDOCK-PARK:

11       Q.  With respect to the search widget, though,

12   Mr. Kolotouros, you said that the Google search widget can

13   never be changed from Google search, right?

14       A.  I don't -- the widget can be removed very easily, but

15   the default or the actual search itself cannot be changed, I

16   believe that is correct.

17       MS. MURDOCK-PARK:  I'd like to go to UPX558.  I understand

18   there's a hearsay objection about this document.

19       MR. SCHMIDTLEIN:  There's portions of this document that

20   purport to be notes of a meeting with Samsung where there is

21   embedded hearsay, I think, within the document.  So I'm not

22   sure what portions she's going to offer it for.  If it's for

23   portions that are e-mail communications between Google

24   employees, there's no objection.  To the extent that it's the

25   embedded hearsay of things that Samsung people supposedly said

1   and somebody's now repeating, that's the portion we have an

2   objection to.

3        THE COURT:  Okay.  Counsel, what are you intending to

4   elicit from this e-mail?

5        MS. MURDOCK-PARK:  Certainly, Your Honor.  Mr. Kolotouros

6   was at a meeting with Samsung, and I am asking him about his

7   understanding of some of the comments that Samsung made with

8   respect to exclusivity requirements.

9        THE COURT:  Okay.  So we're looking, for example, on --

10       MS. MURDOCK-PARK:  I'm looking, for example, at page seven

11  under TL;DR.

12       THE COURT:  Okay.  So I guess what I would say is that

13  I'll admit them not for the truth of what Samsung is saying,

14  but to the extent that these were statements made to Google or

15  a Google executive, what they understood is Samsung's request

16  or comments, criticisms, and what, if any, steps Google took in

17  response to those comments.

18       (Exhibit UPX558 admitted into evidence)

19  BY MS. MURDOCK-PARK:

20       Q.  Thank you, Your Honor.  We can go ahead and put up

21  UPX558.  I'm going to start at page one, which is dated

22  June 11, 2016, correct?

23       A.  Yes.

24       Q.  The subject is KR in Two Weeks.  That means Korea?

25       A.  Yes.

1    **Q.**  If we go to page three, there's an e-mail that

2    attaches notes on meetings with Samsung, and that's dated

3    April 29th, 2015?

4    **A.**  Okay.

5    **Q.**  So these are notes from a meeting on April 29th, 2015,

6    fair?

7    **A.**  Yes.

8    **Q.**  If we go to page seven where it says afternoon

9    session, and if we could pull out from afternoon session to the

10   end of the bullet points.  It lists as attendees Ornella, Jim,

11   Felix and Ashish.  And I presume you are the Jim listed there?

12   **A.**  Yes, that's safe to assume.

13   **Q.**  Who are Ornella, Felix and Ashish?

14   **A.**  Ornella Indonie was my manager at the time.  Felix Lin

15   was the vice president of Android partner engineering.  Ashish

16   Pimplapure was a member of my team.

17   **Q.**  And from Samsung, it lists Hankil Yoon, Peter Ku and

18   others.  And who were Hankil Yoon and Peter Ku at Samsung?

19   **A.**  Hankil Yoon and Peter Ku were Korea-based leaders on

20   the Samsung partnerships/product teams.

21   **Q.**  And under meeting notes, discussion on revenue share,

22   it lists TL;DR.  And that means too long; didn't read, right?

23   **A.**  Or it's just a summary.  I actually don't know what

24   the acronym means, I'm afraid.

25   **Q.**  Fair, I had to learn it.  It says:  "TL;DR, Samsung

836

1  pushed back strongly on, one, coupling revenue share with

2  upgrades and, two, exclusivity requirements," right?

3     **A.**  Yes.

4     **Q.**  And it says that higher revenue share, 30 percent

5  versus 25 percent also, correct?

6     **A.**  Yes.

7     **Q.**  And then it also says no exclusivity at the fourth

8  bullet point?

9     **A.**  Yes.

10     **Q.**  And with respect to no exclusivity, Samsung didn't get

11  what it wanted?

12     **A.**  Well, Samsung was pushing back on everything at this

13  point with respect to the negotiation, so we -- this was

14  probably early-ish in the process of a two-year negotiation.

15  And so we had offered a higher revenue share to them, and they

16  had been pushing back on the conditions we were correlating

17  with that particular deal on a device-by-device basis.  So my

18  apologies for the -- in this particular phase of the

19  relationship, it was basically during hard negotiating where

20  they were pushing back on everything.

21     **Q.**  Okay.  So they pushed back hard on no exclusivity as

22  one of the things?

23     **A.**  It's listed here they pushed back hard.  The extent to

24  which they were genuinely pushing back or just negotiating

25  hard, that's not for me to say.

1    Q.  Did Samsung get its request for no exclusivity?

2    A.  No.

3    Q.  And we can go ahead and put the document aside.  I'm

4  going to come back to that later, Your Honor.

5    Now, Mr. Kolotouros, under the RSA's exclusivity

6  provisions, Google is the only search provider that can be

7  pre-loaded on the device, right?

8    A.  That is the typical provision correlated with search

9  exclusivity, is out-of-box exclusivity or pre-loaded.

10    Q.  And all search access points on the device must be set

11  to Google?

12    A.  As part of the -- within the current Samsung deal, as

13  part of the device-by-device elective part, I think that's

14  where that provision sits.

15    Q.  Okay.  But more broadly for revenue share agreements

16  generally, all search access points on the device must be set

17  to Google?

18    A.  In the device-by-device tier, I believe that's

19  correct.

20    Q.  And, again, more broadly for all RSAs, Google is the

21  only search provider that can be pre-loaded -- just to make

22  sure we're clear?

23    A.  Generally speaking, in connection with search

24  exclusivity, it's out-of-box exclusivity with respect to

25  pre-loading.

1      Q.   Now, I'd like to, within the confines of

2   confidentiality, speak about some of the specific agreements

3   that Google has with OEMs, and the first is Motorola.

4      The Motorola 2020 revenue share agreement largely follows

5   the RSA 3.0 template, correct?

6      A.   I would say that the Motorola deal from 2020 actually

7   strays, because it is not a revenue share percentage as much as

8   a fixed monthly payment that is then governed by the enrollment

9   of devices in the deal.

10      Q.   It includes two tiers of devices, though?

11      A.   It includes a foundation tier and a premier tier, that

12   is correct.

13      Q.   And Motorola's -- it's called the mobile incentive

14   agreement, or MIA?

15      A.   Yes, I believe so.

16      Q.   And Motorola's MIA includes provisions about

17   alternative search services, right?

18      A.   I believe so, yes.  Can I see the exhibit with that

19   contract, please?

20      Q.   Well, I'm not asking about any specific provision.

21   Just to be clear, I'm asking generally at this point.  And if

22   you don't remember, that's --

23      A.   Well, I just want to be able to specifically look at

24   the -- if I'm -- it's not general if we're looking at a

25   specific contract, so that's why I would just like to make sure

1    I can see the contract.

2        Q.   Sure.  I want to make sure I'm giving you the right

3    number, and that it is in your binder.  If you go to UPX5399,

4    which should be all the way in the back.

5        A.   Mobile incentive agreement.

6        Q.   And I can point you to --

7        A.   Okay.

8        Q.   And, again, it's --

9        A.   I see it, thank you.  I'm sorry for the delay.

10       Q.   No, of course.  Again, without reading the specific

11   provision, basically an alternative search service is a --

12       THE COURT:  Sorry, can I interrupt for a moment?

13       MS. MURDOCK-PARK:  Of course.

14       THE COURT:  In looking at this document, is this

15   something -- and the contents of it, that you have with

16   Motorola discussed the forum in which it ought to be discussed;

17   in other words, it ought to be in a confidential session versus

18   a public one?

19       MS. MURDOCK-PARK:  The specific questions that I have, we

20   requested Google's position and Motorola's position on the

21   general contents.  And I'm not going to ask about any specific

22   terms.  So what -- my understanding is what I'm about to ask is

23   acceptable within the confines of what I'm asking, and I will

24   request -- or just speak about specific provisions and

25   specifics in the confidential session.

1      **THE COURT:**  Okay, as long as there's a general

2   understanding of how to proceed.

3      **MR. SCHMIDTLEIN:**  I think that's right.  And I think --

4   actually, I think we both have agreed that nothing about this

5   contract should go up on the screen --

6      **MS. MURDOCK-PARK:**  Yes.

7      **MR. SCHMIDTLEIN:**  -- in terms of the actual --

8      **MS. MURDOCK-PARK:**  In terms of the public, yes.

9      **THE COURT:**  Right, okay.

10   BY MS. MURDOCK-PARK:

11      Q.  And so very broadly, Mr. Kolotouros, not specific to

12   the Motorola agreement, an alternative search service is a

13   competing search service, right?

14      A.  It's a service which is similar to Google search,

15   that's correct.

16      Q.  Okay.  And it's a service that returns results from

17   being connected to the web?

18      A.  General web search results when connected, that is

19   correct.

20      Q.  And under the 2020 Motorola mobile incentive

21   agreement, it could not install such an alternative search

22   service on foundation or premier tier devices, right?

23      A.  At such time that the deal was signed, that is the way

24   the language was written.  And it was later found to be a

25   drafting error and corrected.

841

1      Q.   And by that you mean now only foundation -- I'm sorry,

2    that Google waived the limitation on foundation tier devices

3    prohibiting alternative search services?

4      A.   I believe so, yes.

5      Q.   And let's move to the 2020 Samsung RSA.  You had a

6    role in drafting the terms of the Samsung 2020 RSA, right?

7      A.   Yes.

8      Q.   And it took a while to negotiate?

9      A.   I think the negotiation was measured in months, which

10   compared to 2017 and '16 was actually more abridged compared to

11   the prior experience.

12     Q.   How long did it take in 2017 and 2016 to negotiate?

13     A.   Up to maybe 18 months, plus or minus.

14     Q.   So I'd like to look at one of the documents from the

15   Samsung negotiations.  If we could go to UPX643.  This is a

16   redacted document that is in evidence.

17        UPX643 is a June 25th, 2020 e-mail from Christopher Li to

18   you, right?

19     A.   Yes.

20     Q.   And you said Mr. Li was one of your direct reports?

21     A.   Yes.

22     Q.   The subject of the call is -- I'm sorry, the subject

23   is call between Patrick and Hiroshi.  Hiroshi refers to Hiroshi

24   Lockheimer, who is the senior vice president of platforms and

25   ecosystems at Google?

1      **A.**   That's correct.

2      **Q.**   And Patrick refers to Patrick Chomet, Samsung's

3   corporate executive vice president, products and experience?

4      **A.**   That's correct.

5      **Q.**   At the bottom of UPX643, the first page, your former

6   supervisor was asking you to send some notes to Mr. Lockheimer

7   about possible issues that Samsung might raise in contract

8   negotiations?

9      **A.**   Yes.

10     **Q.**   I'd like to draw your attention to your response in

11  the middle of page one.  You wrote at the first bullet:  "We

12  suspect that they drove some of the complaints against us, both

13  in Europe and Korea," right?

14     **A.**   Yes.

15     **Q.**   And by the complaints, you meant the complaints

16  against Google to the EU and Korean antitrust authorities?

17     **A.**   Yes.

18     **Q.**   And you also wrote about halfway down:  "Maybe we need

19  to reconsider our model for MADA," right?

20     **A.**   Yes.

21     **Q.**   So the Samsung negotiations included discussion about

22  both the RSA and the MADA, right?

23     **A.**   We were not discussing the MADA.  The context for this

24  e-mail was we were at a stalemate, and we were not where we

25  wanted to be in the overall context of the conversation and

1    negotiation, which is why I was questioning what the notes

2    should be and include, and what do we even mention for the

3    notes for Hiroshi.

4        Q.   In June 2020, was Google negotiating MADA terms as

5    well as RSA terms with Samsung?

6        A.   I don't believe so, for the RSA had my complete

7    attention at that point in time.

8        Q.   Okay.  There were multiple amendments executed to

9    Samsung's MADA, right?

10       A.   I believe added as extensions, that's correct.

11       Q.   You forwarded your e-mail to Christopher Li who sent

12   you some notes, right?

13       A.   Yes.

14       Q.   I'm going to put some of those notes on the screen now

15   at pages four and five.  There's a box on the left, and the box

16   on the left indicates a point that Samsung might make in the

17   negotiations; is that fair?

18       A.   Yes.

19       Q.   And the bullets on the right indicate Google's

20   intended response?

21       A.   Yes -- well, potential response if it's brought up,

22   yes.

23       Q.   So Samsung is questioning whether Google sees Samsung

24   as a strategic partner, right?

25       A.   Yes.

1    **Q.** And the second bullet of Google's proposed response

2    says that Google views its Samsung partnership expansively and

3    strategically, correct?

4    **A.** That is correct.

5    **Q.** And that bullet goes on to explain that Google's

6    proposal allows Samsung and Google more and more to start

7    acting as one unit to the market, right?

8    **A.** That is correct.

9    **Q.** So the relationship between Google and Samsung is

10   extremely close, right?

11   **A.** I would argue, yes.

12   **Q.** And they want to act as one company in the

13   marketplace?

14   **A.** I wouldn't say acting as one company.  We do work

15   closely together on many initiatives, including Wear OS.  We

16   wanted to support them via go-to-market activities to help them

17   sell more successfully into the premium marketplace globally.

18   **COURT REPORTER:** I'm sorry, can you slow down, please.

19   **THE WITNESS:** My apologies.  So I think that we want --

20   this is referencing as one unit to the market via go-to-market

21   activity, which was contemplated in the go-to-market deal that

22   we did with Samsung later that year.

23   **BY MS. MURDOCK-PARK:**

24   **Q.** And you mentioned premier devices.  Samsung sells a

25   large proportion of premier Android devices, right?

1      **A.**   A very large proportion of premium devices within the

2      Android ecosystem flow through Samsung, that is correct.

3      **Q.**   Thank you.  Premium, I said premier.  What are premium

4      Android devices?

5      **A.**   There's different categories between ultra premium and

6      premium and mass premium.  Generally, premium is 700 and above,

7      ultra premium is a thousand and above, mass premium is 400 and

8      above.  So there's different categories, but premium is

9      generally 400 and above, but we try to focus more on 700 and

10     above these days.

11     **Q.**   And so you're saying that with respect to Samsung,

12     Google and Samsung were trying to work together to bring more

13     premium devices to market, right?

14     **A.**   We were trying to both help them -- we were trying to

15     collaborate more closely with them to bring higher quality

16     premium devices to market, a better multi-device experience

17     including Wear OS to market.  And then help them with their

18     go-to-market channel and marketing activities, succeed in

19     selling those devices into the market to compete more

20     successfully with iPhone.

21     **Q.**   We can go ahead and put the document aside.  Google

22     and Samsung did reach an agreement on revenue share, correct?

23     **A.**   We did.

24     **Q.**   One of the terms of the RSA -- and I'm not asking

25     about the specific definition, relates to alternative search

1    service, right?

2        **A.**   Yes.

3        **Q.**   I'm going to show you UPX314, which has a relevance

4    objection.   And the document is public -- or, there's no

5    redactions, but --

6        **THE COURT:**   Okay.   What's the relevance objection?

7        **MR. SCHMIDTLEIN:**   This goes to our objection about issues

8    relating to Branch Metrics, which is not a search engine and

9    not part of the relevant market in this case.

10       **THE COURT:**   Okay.   I'll allow it, it's got some probative

11   value.   Ultimately the question of whether it's in or out of

12   the market -- and I guess maybe they're not suggesting it is,

13   but it has some probative value here.   And it's not more

14   prejudicial than probative, so I'll allow it.   Go ahead.

15   **BY MS. MURDOCK-PARK:**

16       **Q.**   Thank you, Your Honor.   I hope to show you its

17   relevance.   UPX314 is an e-mail exchange between you and

18   Christopher Li dated June 10th, 2020, correct?

19       **A.**   Yes.

20       **Q.**   And let's go to the bottom of page one where you

21   receive an e-mail from Anna Kartasheva, right?

22       **A.**   Yes.

23       **Q.**   Ms. Kartasheva is part of the Android business

24   development team?

25       **A.**   I think she was a part of the strategy team as opposed

1    to the partnership, sort of business development team.

2         Q.   So is she one of the individuals who provides guidance

3    on structuring RSAs?

4         A.   Guidance on the overall Android ecosystem, in fact.

5    She provides a lot of guidance on a lot of topics, including

6    RSAs.

7         Q.   And in the second paragraph of Ms. Kartasheva's

8    e-mail, she says:  "It was brought to Android BD team attention

9    recently that Samsung partnered with Branch.io for building out

10   Samsung Finder."

11        Branch.io refers to Branch Metrics?

12        A.   I believe so, yes.

13        Q.   And Samsung Finder is an on-device search, right?

14        A.   Samsung Finder is intended to be an on-device search,

15   I believe so, yes.

16        Q.   In the third paragraph, Ms. Kartasheva writes that

17   Google had permitted Samsung Finder previously, right?

18        A.   I see that, yes.

19        Q.   And she said that Samsung pointed to gaps in what

20   Google search was able to do with this type of search.  Was she

21   referring to on-device search?

22        A.   I believe so, yes.

23        THE COURT:  Can you tell me what you mean by on-device

24   search?  Does that include --

25        THE WITNESS:  It would mean --

1    **THE COURT:**  -- to search on the internet?

2    **THE WITNESS:**  -- if not connected.  It's actually the

3    opposite, if you're not connected, like what's on the device.

4    So what apps are on the device, what settings, if you're

5    looking for settings, those kinds of things.

6    **THE COURT:**  So it's a search of what's on the phone?

7    **THE WITNESS:**  What's on the phone, including the corpus of

8    content that might be on the phone itself without being

9    connected.

10   **THE COURT:**  Gotcha, okay.  Thank you for the explanation.

11   BY MS. MURDOCK-PARK:

12   **Q.**  Ms. Kartasheva continues to write:  "Now with Branch

13   partnership, Samsung Finder has grown into search experience

14   across multiple apps through deep linking."

15   Deep linking means searching through multiple apps at once

16   instead of just one?

17   **A.**  I think across multiple apps implies several apps on

18   the phone, and deep linking applies to what is available within

19   those specific applications.

20   **Q.**  You forwarded Ms. Kartasheva's e-mail to Christopher

21   Li, right?

22   **A.**  I believe he was already on the thread, but I then,

23   yes, just asked him a question about the e-mail.

24   **Q.**  If we could go to Mr. Kolotouros' e-mail.  You write:

25   "How bad is this, i.e., how ubiquitous on Samsung devices?  And

1   do we think they created an alternate access point which we'll

2   now need to weigh in on with an opinion?"

3       You were asking whether Samsung had created an alternative

4   search access point with Branch on S Finder, right?

5       **A.**   Yes.

6       **Q.**   And --

7       **A.**   Well, I was wondering if S Finder had become an

8   alternative -- had become a search access point, which might be

9   covered as part of a revenue share deal potentially.

10      **Q.**   And then by extension, Branch Metrics powered

11  S Finder.  S Finder was an alternative search access point, if

12  I understand you right?

13      **A.**   We generally don't mix the notion of alternative

14  search access point.  They're either -- it's either a search

15  access point or it's not.  I don't think we had treated

16  S Finder as a search access point, because it was specific to

17  being on-device search.  And then the question I'm posing is --

18  it's a little bit confusing, because I say alternate access

19  point.  Had they created a new access point is a more accurate

20  way of representing what I was asking Chris.

21      **Q.**   You were asking whether S Finder, powered by Branch

22  Metric, was a search access point; would that be fair?

23      **A.**   It didn't necessarily need to be powered by Branch, I

24  was just wondering if S Finder was evolving into something more

25  akin to an access point that we typically look at versus just

1    an on-device search utility.

2        Q.  And Mr. Li responded to your e-mail, correct?

3        A.  Yes.

4        Q.  And he said:  "We do cover it in our new term sheet

5    (the piece around connected results being a no-go now)", right?

6        A.  Yes.

7        Q.  And Mr. Li is referring to alternative search

8    services, right?

9        A.  Yes, although I don't know if the connected results

10   language found its way into the final contract.

11       Q.  And RSAs, including Samsung's RSA, prohibit

12   alternative search services, right?

13       A.  Revenue share agreements -- typically as part of the

14   pre-load, if they're elected to be in that tier, would, yes, as

15   part of the out-of-box experience.  Not a lot of alternate

16   search services or alternative search services.

17       Q.  We can go ahead and put that document aside.

18       THE COURT:  Sorry, before you do that, can you just help

19   me understand what this technology purports to do.  I mean,

20   there's an example toward the bottom of the first page that

21   talks about searching for pizza, for example.  And it will show

22   you Yelp recommendations for restaurants, or if you look for

23   shoes, it will show you recommendations from Amazon or eBay.  I

24   understood you to say that this technology searches what's on

25   the device.

1          So how, if you're not connected to the internet, do you

2     get these kind of search results with something like Branch

3     Metrics from these apps?

4          **THE WITNESS:**  So I didn't know what Branch was doing then,

5     and I don't know what they're doing now either.  So I just

6     don't know how the implementation is manifested on Samsung

7     devices.  Searching within Yelp, the S Finder seems like it's

8     an okay implementation.  So I was trying to assess with Chris

9     what's going on, how many devices is it on, and I just didn't

10    know what the experience looked like.

11         **THE COURT:**  But when you say -- maybe I'm just not

12    following it.  When you say on-device, in other words, it's not

13    that it's not disconnected from the internet, it's just

14    searching the applications that are actually on the device, but

15    not applications that are not on the device?

16         **THE WITNESS:**  It's searching applications that are on the

17    device I believe, and then providing links to -- deep links

18    into that application via being connected.  So it's not

19    specific to connected or not connected anymore.  Now it's

20    basically something which takes advantage of what its knowledge

21    of the apps on the phone are, and then provides results in

22    connection with those apps.  I've never used it myself, so I

23    don't want to speak authoritatively to the exact experience.

24         **THE COURT:**  Okay, thanks.  I'm sure we'll hear more about

25    it later, but go ahead.

1      **MS. MURDOCK-PARK:**  Yes, Your Honor, we'll have Alex Austin

2   here, who's Branch's former CEO, and he can explain a little

3   bit more the deep linking.

4      **THE COURT:**  Okay.

5   BY MS. MURDOCK-PARK:

6      **Q.**  Mr. Kolotouros, I'd like to change focus a bit and

7   talk about RSA strikes --

8      **THE COURT:**  Counsel, I just want to -- it's about 10 of

9   5:00, so just in terms of your questioning.

10      **MS. MURDOCK-PARK:**  I can finish these questions hopefully

11   in just a few minutes.  And then, unfortunately, my most

12   earnest desire was not quite met, so I'm going to have possibly

13   20 more minutes in open session in the morning, and then --

14      **THE COURT:**  Why don't we get through what we can get

15   through, and then at the end of the day we can discuss how best

16   to proceed tomorrow.

17      **MS. MURDOCK-PARK:**  Okay.  There's a stop in -- we'll

18   proceed however Your Honor would like.

19      **THE COURT:**  Okay.

20   BY MS. MURDOCK-PARK:

21      **Q.**  Let's talk about RSA strikes.  You've heard the term

22   strike, Mr. Kolotouros?

23      **A.**  I have.

24      **Q.**  A strike refers to Samsung failing to comply with a

25   particular term in the RSA, correct?

1     **A.**   Yes, I think that's a safe way of defining it.

2     **Q.**   I'd like to -- well, strike that.

3         Samsung has received strikes before, right?

4     **A.**   Not in the current deal from 2020, but in prior deals

5     they have, yes.

6     **Q.**   I'd like to show UPX1011, which is a redacted

7     document.  And there is an objection to completeness on this

8     document.

9         **THE COURT:**  I'm sorry, what's the number again?

10        **MS. MURDOCK-PARK:**  1011.  And 1011 is an e-mail and a

11    slide deck.  My understanding is that the objection is to the

12    fact that the deck is a draft, but I may be mistaken.

13        **MR. SCHMIDTLEIN:**  We'll withdraw the objection.

14        **THE COURT:**  Okay, thank you.  So 1011 will be admitted

15    then.

16        (Exhibit UPX1011 admitted into evidence)

17    **BY MS. MURDOCK-PARK:**

18    **Q.**   The first page of UPX10111 is an e-mail from

19    Christopher Li to you, correct?

20    **A.**   I think it's a comment that I was plussed into from

21    the document itself which then triggered an e-mail being sent

22    to me, that is correct.

23    **Q.**   So it's showing that you and Mr. Li were

24    collaboratively working on a document?

25    **A.**   I think Chris was working on the deck and asking for

1    feedback, that's correct.

2        Q.   And the deck you referred to was the slide deck about

3    Samsung's commercial status in July 2019?

4        A.   Yes.

5        Q.   If we could go to page two of UPX1011.  That shows the

6    slide deck you were collaborating on with Mr. Li?

7        A.   Yes.

8        Q.   We can go now to page 18, which is titled Search

9    Revenue Share Strike Status.  There's part -- the bottom part

10   of the slide is redacted.

11       A.   Okay.

12       Q.   But the first bullet notes:  "Google identified three

13   strikes and sent notice to Samsung in late 2017 and early

14   2018," right?

15       A.   Yes.

16       Q.   Then it says:  "Strike one and two sent December 2017,

17   breach of alternative services on new tabs," right?

18       A.   Yes.

19       Q.   "Strike three sent in February 2018, breach of

20   dropdown default not being set correctly," right?

21       A.   That is correct.

22       Q.   And the alternative services listed on strikes one and

23   two, that includes alternative search services?

24       A.   I don't recall the precise nature of strikes one and

25   two.

1    Q.  But do -- as a general matter, do alternative services

2  include alternative search services?

3    A.  I'm sorry, can you ask the question again?

4    Q.  Sure.  As a general matter, do alternative services

5  include alternative search services?

6    A.  Do alternative services -- there are alternative --

7  there are alternate search services.  I don't know what

8  alternative services here is referencing unless they're

9  referencing alternate -- or alternative search services.

10    Q.  We can go ahead and put UPX1011 aside.  I'd like to

11  talk about the third strike that was referenced that we were

12  just looking at.  If we could pull up UPX853, which is in

13  evidence.

14    And UPX853 is a January 17th, 2018 e-mail from Christopher

15  Li to you, right?

16    A.  Okay.

17    Q.  The subject is action required, Samsung lettered

18  upgrade and compliance?

19    A.  This is 653?

20    Q.  853.

21    A.  Sorry.

22    Q.  I may have misspoken.

23    A.  Everything's a blur.  Okay.

24    Q.  So the subject of the e-mail is action required,

25  Samsung lettered upgrade and compliance.  Do you see that?

1      **A.**  Yes.

2      **Q.**  So I'd like to draw your attention to your e-mail

3   response on January 16th, 2018 where you say:  "We also need to

4   make sure that by January 31st, they OTA an update to

5   SBrowser."

6          And by OTA, you mean over-the-air?

7      **A.**  Yes.

8      **Q.**  So:  "They OTA an update to SBrowser so that it does

9   not make the dropdown search default selection permanent.  This

10   is articulated within the center column of Exhibit F."

11          You were referring to Exhibit F from the Samsung RSA in

12   effect at the time?

13      **A.**  Yes.

14      **Q.**  And the dropdown search default selection, can you

15   explain what that is for the Court?

16      **A.**  Yes.  It's actually a misstatement in the e-mail,

17   because the dropdown search election allowed for the user, upon

18   typing a query into the address bar, to identify alternate

19   search services they could elect to perform the search itself

20   for the keyword that was input.  But in connection with that

21   particular implementation, there was no notice to user of the

22   default being changed to the extent they actually just asked

23   for a different search provider for that particular query.

24      **Q.**  Okay.  But generally speaking, so the dropdown menu,

25   if you're in the address bar, you click on something and it

1    drops down different options, right?

2        A.   Yes.

3        Q.   And so you were stating that you needed to make sure

4    the SBrowser was updated so that default search selection was

5    not permanent?

6        A.   It wasn't a default selection as much as a search

7    selection for that particular query.  Because the default

8    changing for search status or search default for SBrowser was

9    in just the regular settings menu.  There was no notice to a

10   user that, by selecting an alternative search provider, the

11   default was being changed.  And that was the issue at hand with

12   that particular provision in the agreement, and I treated it as

13   an implementation glitch.

14       Q.   Okay.  So Samsung had set up a device so when the user

15   changed the search provider in the SBrowser dropdown menu, the

16   user's search provider selection became the default?

17       A.   Yes.

18       Q.   Okay.  And you objected to Samsung allowing the user's

19   dropdown menu selection to change the default search browser?

20       A.   We were sensitive to the user's selection of an

21   alternate search service changing the whole default for the

22   browser search setting in the browser without notifying the

23   user of such default change.

24       Q.   So Google sent a notification of the breach to

25   Samsung?

1    **A.**   I believe we did send a strike, that is correct.

2    **Q.**   And Samsung ended up complying with Google's

3    notification?

4    **A.**   I believe so, yes.

5    **Q.**   And we'll discuss that notification in the

6    confidential session.  You can put UPX853 aside.

7    **THE COURT:**  Counsel, why don't we put up -- why don't we

8    pause for the day now.  But I'd just like to follow up on this,

9    because I'm not sure I have this fully.  SBrowser is what it

10   sounds like, it's an alternative browser to Chrome?

11   **THE WITNESS:**  It's Samsung's first-party browser, that is

12   correct.

13   **THE COURT:**  Right, okay.  So that browser was designed in

14   a way that it has a search bar in the same way that Chrome has

15   a search bar?

16   **THE WITNESS:**  It's a multi-bar.  It's an address bar that

17   fulfills -- you type in addresses or conduct queries, correct.

18   **THE COURT:**  And so with the Samsung browser, a user could

19   press that bar, and there would be a dropdown menu for

20   different search engines; is that right?

21   **THE WITNESS:**  There's a toggle on the right that indicates

22   there's a dropdown menu available.  And then if a user toggled

23   that menu, they could scroll down the options available to

24   select an alternate search or another search engine for the

25   particular query in the address bar.

1       **THE COURT:**  And so what was happening, in your estimation,

2  was that when a user did that, instead of just using an

3  alternative search engine for that particular query, it was

4  actually defaulting the search engine on the browser?

5       **THE WITNESS:**  It was resetting the default for the actual

6  bar itself, yes.

7       **THE COURT:**  Gotcha, okay.

8       **MS. MURDOCK-PARK:**  Your Honor, I am informed that

9  Mr. Pichai became the CEO on August 10th, 2015.  That came up

10  from one of our earlier questions.

11       **THE COURT:**  Okay.  So he was not CEO at the time we looked

12  at that particular e-mail?

13       **MS. MURDOCK-PARK:**  Correct.

14       **THE COURT:**  Gotcha.

15       **THE WITNESS:**  That's the September 2014 e-mail-ish?

16       **MS. MURDOCK-PARK:**  Yes.

17       **THE WITNESS:**  Apologies for not knowing that.  I'm sure

18  I'll be hearing about it at some point.

19       **THE COURT:**  Well, thank you.  So, Mr. Kolotouros, we'll

20  begin tomorrow at 9:30, so if you would just be here before

21  then.  And I'll ask you, please, not to discuss your testimony

22  with anyone overnight.

23       **THE WITNESS:**  Of course.

24       **THE COURT:**  Thank you, sir.

25       **THE WITNESS:**  Thank you, Your Honor.

1    THE COURT:  Why don't we have Mr. Kolotouros leave the

2  courtroom, and then let's just talk logistics for tomorrow.

3    THE WITNESS:  I assume I leave this here?

4    THE COURT:  Yes, please.  Thank you.

5    (Witness not present)

6    THE COURT:  So just logistically with Mr. Kolotouros, what

7  is your current thinking about public versus closed, and how

8  much time you're thinking about?

9    MS. MURDOCK-PARK:  I believe that the first 20 or so

10  minutes are open, and we can get through everything there.  And

11  then there's another 20 to 30 minutes in a closed session that

12  will discuss some contractual provisions that we can't discuss

13  in open court.

14    THE COURT:  Okay.  Are Colorado plaintiffs going to have

15  any questions for Mr. Kolotouros?

16    MR. SALLET:  Not at this point, Your Honor.  I don't

17  anticipate any.

18    THE COURT:  Well, let me ask you this:  Do you need the

19  public session to set up the 20 to 30 minutes you want to do in

20  closed session?

21    MS. MURDOCK-PARK:  No, Your Honor, we don't, provided that

22  we can come back and ask more questions in public session.

23    THE COURT:  What I'm trying to figure out is sort of one

24  less movement, and so whether we can just start the morning in

25  a closed session with your questions, and then we'll follow

1    with Google's questions in a closed session.  And then once

2    that's done, obviously if you have redirect on closed matters,

3    you'll get that, too.  And then we can reopen and then begin

4    again with what you need to complete publicly, and then Google

5    can complete its public examination.

6        **MS. MURDOCK-PARK:**  We have no objection to that, Your

7    Honor.

8        **THE COURT:**  Does that make sense?

9        **MR. SCHMIDTLEIN:**  Yeah, that makes sense to us.

10       **THE COURT:**  And that way we'll only have to clear the

11   courtroom one time -- or, really we'll be able to invite people

12   in, I should say, which will be a little easier than clearing

13   the courtroom.  So let's proceed in that fashion.  We'll begin

14   at 9:30 tomorrow with a closed session, which will be

15   approximately 45 minutes or so.  And then once that's

16   concluded, we'll reopen the courtroom and then proceed publicly

17   until our first morning break.

18       And then in terms of Mr. Kolotouros, how long are we -- do

19   we think he'll be done tomorrow?

20       **MR. SCHMIDTLEIN:**  Yes, Your Honor.

21       **THE COURT:**  And then so we'll be ready with another

22   witness or two tomorrow; is that right?

23       **MS. BELLSHAW:**  Yes, Your Honor.  We actually wanted to

24   clarify with the Court what time you'd like to end tomorrow's

25   session?

1        **THE COURT:**  Tomorrow's Thursday, right -- tomorrow's

2  Friday.

3        **MS. BELLSHAW:**  Tomorrow's Friday.

4        **THE COURT:**  The plan would be to go until approximately

5  12:30, because I have matters starting at 1:30 in the

6  afternoon.

7        **MS. BELLSHAW:**  Thank you, Your Honor.  So if we'll be

8  going until 12:30, then we anticipate finishing the testimony

9  of Mr. Kolotouros, and then calling Mr. Higgins from Verizon.

10  We expect that at least some of his testimony would take place

11  in a confidential session.  And it's possible that we could get

12  to Mr. Yoo tomorrow, and then it's possible that some of that

13  testimony could also take place in confidential session,

14  although I'm not sure how much we would get through.

15        **THE COURT:**  And Mr. Higgins is, you said, from Verizon?

16        **MS. BELLSHAW:**  Yes, Your Honor.  And then Mr. Yoo is a

17  former employee of Google.

18        **THE COURT:**  Well, we'll see where we are, and we'll

19  proceed accordingly.  I forgot tomorrow is a half day, so we'll

20  go from -- I mean, we've got matters at 9:00, right?

21        **DEPUTY CLERK:**  Yes.

22        **THE COURT:**  So we can't start any earlier.  So we'll just

23  start at 9:30 and go until 12:30 tomorrow.

24        **MS. BELLSHAW:**  Thank you, Your Honor.  And we just had one

25  additional housekeeping matter.  I just wanted to clarify a

1  statement that Mr. Schmidtlein made earlier, that DOJ's not

2  agreed with Google or any third party that the courtroom should

3  be closed.  But we are not opposing the request, given the

4  confidentiality assertions.

5      **THE COURT:**  Okay, gotcha.

6      **MS. BELLSHAW:**  Thank you.

7      **THE COURT:**  Anything else?  Okay, we'll see everybody in

8  the morning.  Thank you.

9          (Proceedings adjourned at 5:04 p.m.)

1                          **C E R T I F I C A T E**

2

3                    I, **Jeff M. Hook, Official Court Reporter,**

4     certify that the foregoing is a true and correct transcript of

5     the record of proceedings in the above-entitled matter.

6

7

8

9        September 15, 2023                        _____

10              **DATE**                                   **Jeff M. Hook**

BY MR. HAFENBRACK: [1] 767/8
BY MR. SCHMIDTLEIN: [10] 735/5 737/9 742/6 745/23 746/14 748/6 758/16 761/2 762/1 764/24
BY MS. MURDOCK-PARK: [24] 771/14 774/25 780/18 787/22 788/8 789/21 798/15 801/22 809/6 810/16 812/25 815/7 818/17 822/19 828/4 833/9 834/18 840/9 844/22 846/14 848/10 852/4 852/19 853/16
COURT REPORTER: [2] 781/17 844/17
DEPUTY CLERK: [3] 771/6 771/10 862/20
MR. GOWER: [6] 769/24 770/8 770/16 770/18 770/20 770/23
MR. HAFENBRACK: [5] 746/9 760/25 764/20 769/6 769/17
MR. SALLET: [1] 860/15
MR. SCHMIDTLEIN: [25] 745/21 746/4 746/11 748/2 758/14 767/5 769/5 769/8 769/10 770/10 774/24 798/12 808/20 812/11 813/25 814/3 814/14 814/22 833/18 840/2 840/6 846/6 853/12 861/8 861/19
MS. BELLSHAW: [6] 861/22 862/2 862/6 862/15 862/23 863/5
MS. MURDOCK-PARK: [33] 770/24 771/24 772/2 772/4 772/9 788/6 797/23 808/25 810/12 812/21 814/2 814/6 814/9 814/19 814/25 815/4 833/16 834/4 834/9 839/12 839/18 840/5 840/7 851/25 852/9 852/16 853/9 859/7 859/12 859/15 860/8 860/20 861/5
THE COURT: [123] 735/1 737/8 739/22 741/11 742/5 745/22 746/7 746/12 747/24 748/4 758/11 758/15 761/25 764/22 767/6 769/9 769/12 769/19

769/22 770/5 770/11 770/13 770/17 770/19 770/22 771/5 771/11 771/21 772/1 772/3 772/7 779/24 780/8 780/13 780/16 786/17 786/21 787/5 787/8 787/15 787/18 787/21 788/5 788/7 789/6 789/12 789/20 797/21 797/24 798/11 798/14 801/8 801/21 808/18 808/24 809/3 810/13 812/17 812/24 814/4 814/7 814/11 814/18 814/20 815/2 815/6 818/16 822/12 822/18 827/12 828/1 828/3 832/11 832/16 833/4 833/8 834/2 834/8 834/11 839/11 839/13 839/25 840/8 846/5 846/9 847/22 847/25 848/5 848/9 850/17 851/10 851/23 852/3 852/7 852/13 852/18 853/8 853/13 858/6 858/12 858/17 858/25 859/6 859/10 859/13 859/18 859/23 859/25 860/3 860/5 860/13 860/17 860/22 861/7 861/9 861/20 861/25 862/3 862/14 862/17 862/21 863/4 863/6
THE WITNESS: [42] 740/2 741/13 769/21 769/23 771/9 771/12 780/3 780/11 780/14 780/17 781/18 786/20 786/23 787/6 787/14 787/17 789/9 789/16 798/1 801/17 814/24 822/14 827/15 828/22 832/15 832/17 833/6 844/18 847/24 848/1 848/6 851/3 851/15 858/10 858/15 858/20 859/4 859/14 859/16 859/22 859/24 860/2

'
'16 [1] 841/10

.
......Admitted [5] 734/16 734/17 734/18 734/19 734/20

1
1 billion [2] 788/23 789/7
10 [7] 762/16 790/7 790/12 790/17 793/9 794/10 852/8
1001 [1] 770/14
10036 [1] 732/25
1011 [3] 853/10 853/10 853/14
10th [3] 799/20 846/18 859/9
11 [27] 757/10 778/18 778/18 778/20 781/1 781/1 781/3 781/5 781/6 781/7 781/14 785/1 785/2 786/11 786/12 787/2 787/3 788/19 790/8 790/14 796/9 797/14 798/17 804/7 804/10 804/11 834/22
1100 [1] 732/14
1133 [1] 732/24
11:53 [1] 782/17
129 [4] 788/6 788/7 788/8 788/10
12:30 [2] 862/5 862/8
12:30 tomorrow [1] 862/23
12th [1] 733/3
1300 [1] 732/21
14 [1] 732/5
16th [1] 856/3
17th [1] 855/14
18 [5] 783/23 784/21 785/20 841/13 854/8
19 [3] 758/11 758/18 763/7
1:20-cv-3010 [1] 732/4
1:30 in [1] 862/5
1:36 [1] 732/6

2
2.0 [5] 824/22 825/7 826/18 826/20 826/24
2.0s [1] 826/23
2.3 [2] 789/16 789/17
2.3 billion [3] 788/14 788/16 789/24
2.9 [2] 800/1 800/16
20 [8] 765/3 766/17 772/19 772/22 852/13 860/9 860/11 860/19
20001 [2] 732/18 733/25
20005 [2] 732/14 733/3
2014 [10] 773/2 773/16 775/24 791/22 791/24 821/25 822/2 822/10 822/14 855/19
2015 [3] 835/3 835/5 859/9
2016 [7] 813/3 813/10 813/14 824/18 824/18 834/22 841/12
2017 [7] 761/14 824/13 824/16 841/10 841/12 854/13 854/16
2018 [8] 793/2 793/10 799/16 799/16 854/14 854/14 855/14 856/3
2019 [5] 775/22 778/12 824/24 826/4 854/3
2020 [13] 799/20

805/13 806/21 809/9 838/4 838/6 840/20 841/5 841/6 841/17 843/4 846/18 853/4
2021 [2] 768/9 820/4
2023 [1] 732/5
2200 [2] 732/24 732/24
23rd [1] 813/14
25 percent [1] 836/5
25th [1] 841/17
28th [1] 806/21
29th [2] 835/3 835/5
2:59 p.m [1] 787/20

3
3.0 [8] 805/1 805/2 825/3 825/7 825/9 825/12 827/1 838/5
3.3 [6] 760/22 760/23 761/23 762/3 762/7 762/19
30 [2] 860/11 860/19
30 percent [1] 836/4
3010 [1] 732/4
31st [1] 856/4
333 [1] 733/24
3:00 [1] 787/11
3:15 [1] 787/12
3:17 p.m [1] 787/21

4
4.4 [5] 793/12 793/16 793/18 794/11 800/7
4.41 [1] 800/3
4.43 [1] 794/21
400 [2] 845/7 845/9
42 [2] 767/14 767/15
45 [1] 861/15
450 [1] 732/18
4th [1] 821/25

5
5511 [1] 761/15
58 [1] 754/18
5:00 [1] 852/9
5:04 p.m [1] 863/9

6
653 [1] 855/19

7
700 [2] 845/6 845/9
703 [1] 769/8
725 [1] 733/3
735 [1] 734/4
746 [1] 734/16
767 [1] 734/5
770 [1] 734/17
771 [1] 734/8
7th [1] 732/21

8
80203 [1] 732/22
810 [1] 734/18
826 [1] 785/20
834 [1] 734/19
853 [2] 734/20 855/20

8:16 p.m [1] 809/9

9
900,000,000 [1] 789/3
9:00 [1] 862/20
9:30 [1] 859/20
9:30 and [1] 862/23
9:30 tomorrow [1] 861/14
9th [1] 809/9

A
a bit [1] 852/6
a.k.a [1] 784/23
a.m [1] 782/17
ability [4] 756/5 756/16 766/23 812/4
able [8] 735/17 739/9 757/25 762/17 764/1 838/23 847/20 861/11
above [8] 783/5 785/24 845/6 845/7 845/8 845/9 845/10 864/5
above-entitled [1] 864/5
abridged [1] 841/10
Absolutely [2] 762/19 833/7
acceptable [1] 839/23
accepted [1] 804/5
access [40] 738/17 740/12 779/16 780/2 780/7 786/24 791/6 794/24 795/1 795/3 795/11 795/12 795/15 796/4 796/7 796/11 802/8 810/6 810/9 810/9 816/12 817/24 818/10 820/13 828/19 829/5 830/18 837/10 837/16 849/1 849/4 849/8 849/11 849/14 849/15 849/16 849/18 849/19 849/22 849/25
accessed [1] 832/19
accessing [1] 791/21
accordingly [1] 862/19
account [1] 741/5
accumulated [1] 819/3
accurate [4] 804/6 804/18 829/23 849/19
acknowledged [1] 755/2
acronym [2] 784/11 835/24
across [7] 742/16 757/3 781/24 811/23 812/9 848/14 848/17
act [1] 844/12
acting [1] 844/7 844/14
action [5] 732/3 763/11 766/22 855/17 855/24
actions [2] 765/6 799/4
activated [4] 788/17 789/2 819/6 819/10
activation [3] 789/12 789/13 789/15

866

**A**

activations [5] 788/23
788/24 817/6 818/15
818/20
active [3] 788/14
789/24 819/19
actives [1] 817/2
activities [2] 844/16
845/18
activity [2] 789/20
844/21
actual [10] 779/20
782/23 786/10 789/8
794/7 798/6 798/10
833/15 840/7 859/5
actually [20] 757/15
761/16 763/1 774/21
782/2 782/15 787/9
787/24 826/3 829/13
835/23 838/6 840/4
841/10 848/2 851/14
856/16 856/22 859/4
861/23
ad [1] 816/3
added [2] 800/3
843/10
addition [2] 740/17
823/2
additional [2] 777/21
862/25
address [8] 750/12
757/8 795/15 832/20
856/18 856/25 858/16
858/25
addresses [1] 858/17
adhere [1] 804/19
adjourned [1] 863/9
administer [1] 773/19
administered [1]
788/21
administers [1] 802/6
administration [2]
773/17 775/24
admit [5] 769/8 770/15
810/13 810/14 834/13
admitted [9] 746/14
761/11 770/12 770/13
810/16 812/21 834/18
853/14 853/16
admitting [1] 769/9
advantage [2] 785/19
851/20
advertise [1] 764/17
advertisement [1]
756/9
advertiser [1] 756/24
advertising [1] 753/6
advice [2] 745/18
745/19
advised [1] 787/25
affect [1] 735/25
affected [1] 740/8
affirm [1] 771/7
affirmative [1] 744/2
afraid [1] 835/24
afternoon [10] 732/7
769/25 770/25 771/16

771/18 772/9 787/11
835/8 835/9 862/6
again [19] 745/20
750/24 751/3 751/6
753/11 760/18 765/5
767/23 786/18 786/19
786/20 818/17 824/25
837/20 839/8 839/10
853/9 855/3 861/4
against [4] 752/19
752/23 842/12 842/16
789/16 789/17
ago [1] 807/14
agree [19] 735/24
736/10 737/25 738/3
738/11 738/23 743/21
744/7 745/9 745/13
745/14 745/17 747/9
747/21 748/12 748/13
749/25 750/9 816/20
agreed [2] 840/4 863/2
agreement [44] 759/7
759/11 759/12 759/15
760/1 760/8 760/22
760/22 760/23 761/4
761/12 763/24 764/8
764/13 764/19 765/5
765/6 770/4 773/25
774/11 777/2 777/8
777/10 777/14 800/3
800/6 805/13 816/10
816/11 818/6 819/7
819/12 819/20 820/3
823/17 824/1 827/1
838/4 838/14 839/5
840/12 840/21 845/22
857/12
agreements [38] 761/6
774/1 774/3 774/4
774/7 774/9 774/16
774/17 774/19 775/22
776/1 776/7 776/9
776/17 776/18 776/24
778/3 778/4 806/21
816/4 816/7 816/16
816/21 817/4 817/8
817/24 819/22 819/25
820/7 823/3 823/6
823/14 824/13 830/13
832/2 837/15 838/2
850/13
AGSA [3] 798/18
798/18 798/21
ahead [23] 762/18
782/2 782/2 786/6
788/2 791/8 795/8
801/24 808/15 809/6
810/18 814/10 816/2
818/14 823/1 830/11
834/20 837/3 845/21
846/14 850/17 851/25
855/10
air [1] 856/6
akin [1] 849/25
al [1] 732/3
Alex [1] 852/1
all-or-nothing [2] 824/1

827/17
allow [5] 746/9 800/19
809/5 846/10 846/14
allowed [3] 765/6
801/18 856/17
allowing [1] 857/18
allows [3] 781/22
827/19 844/6
along [1] 775/10
Alphabet's [1] 792/6
alternate [8] 849/1
849/18 850/15 855/7
855/9 856/18 857/21
858/24
alternative [29] 818/4
818/6 838/17 839/11
840/12 840/21 841/3
845/25 849/3 849/8
849/11 849/13 850/7
850/12 850/16 854/17
854/22 854/23 855/1
855/2 855/4 855/5
855/6 855/6 855/8
855/9 857/10 858/10
859/3
alternatives [1] 756/9
although [2] 850/9
862/14
Amazon [4] 735/9
735/19 777/6 850/23
Amazon Fire [2] 735/9
735/19
ambitious [1] 740/25
amended [1] 761/17
amendment [2] 761/16
800/2
amendments [2]
799/15 843/8
AMERICA [1] 732/3
Americas [1] 732/24
AMIT [1] 732/10
among [1] 817/21
amongst [1] 815/20
amount [2] 827/15
829/8
amounts [1] 767/23
amplifying [1] 743/5
analysis [18] 739/10
739/10 739/24 740/1
740/25 741/7 743/6
750/15 750/16 750/23
751/4 752/9 752/13
753/7 753/21 754/14
798/25 799/3
analyze [1] 751/24
Andrew [1] 761/10
android [81] 735/18
736/6 739/19 739/21
744/25 751/20 752/7
752/10 752/10 758/19
759/14 763/9 771/2
772/23 772/25 773/1
773/4 773/6 773/11
773/13 773/17 773/19
773/22 773/23 774/2
774/6 774/7 774/15
774/24 775/3 775/14
775/21 776/23 777/1

777/4 777/6 777/13
777/17 780/5 781/10
781/16 781/20 783/15
783/16 783/17 783/20
784/20 784/23 785/21
789/10 791/9 791/25
792/12 793/7 795/19
796/10 798/14 798/18
798/22 802/4 802/25
803/4 804/23 805/1
810/20 811/21 815/21
817/11 820/7 820/23
821/1 822/16 825/17
826/8 835/15 844/25
845/2 845/4 846/23
847/4 847/8
Android's [2] 776/3
776/6
Android-compatible [4]
775/14 781/20 784/20
815/21
Anil [2] 807/12 807/20
Anna [1] 846/21
anticipate [2] 860/17
862/8
anticipated [1] 809/22
antitrust [2] 732/21
842/16
ANTONIO [3] 734/3
735/5 767/8
anymore [1] 851/19
apart [1] 736/24
API [2] 784/10 785/7
APIs [19] 784/7 784/9
784/12 784/13 784/13
784/16 784/18 784/22
784/23 784/25 784/25
785/2 785/3 785/9
785/16 785/21 786/10
787/2 787/4
APK [3] 779/18 779/19
779/20
apologies [11] 777/10
777/11 781/19 788/7
804/25 814/7 815/1
826/16 836/18 844/19
859/17
apologize [2] 738/6
748/18
app [21] 737/6 758/13
779/11 779/18 779/22
780/2 780/8 780/10
785/5 791/5 795/4
797/18 798/1 798/5
798/6 798/10 798/19
798/22 802/3 802/6
807/25
APPEARANCES [2]
732/12 733/1
appears [1] 814/5
Apple [15] 736/6 744/8
744/24 751/12 752/4
757/12 757/20 757/23
757/25 758/2 758/3
758/6 758/9 768/21
774/14
Apple's [2] 739/13
774/15

applicable [2] 795/4
803/3
application [20] 737/14
757/21 759/15 760/1
760/16 761/12 773/25
779/20 780/4 780/16
784/10 784/14 785/12
785/15 794/8 832/22
832/22 832/23 833/1
851/18
applications [19] 758/3
758/4 759/19 760/14
763/25 764/5 764/18
775/8 775/9 781/8
781/9 784/23 785/1
786/16 804/8 848/19
851/14 851/15 851/16
applies [5] 749/24
787/1 818/4 818/6
848/18
apply [5] 752/9 760/15
760/16 808/22 817/24
appreciate [1] 793/10
approach [4] 740/5
745/22 761/9 771/20
appropriate [1] 746/9
approval [2] 792/8
804/3 825/20
approvals [1] 824/18
approved [1] 808/5
approves [1] 792/6
792/12 825/24
approving [1] 803/24
approximately [9]
771/23 788/23 789/3
790/2 790/3 791/23
791/24 861/15 862/4
apps [48] 764/4
777/17 778/16 778/20
778/24 778/24 779/1
779/5 779/7 779/13
781/1 781/2 781/4
781/6 781/14 784/19
785/3 785/21 786/4
786/11 786/12 787/2
787/3 788/19 790/7
790/8 790/12 790/15
791/10 791/12 791/18
791/21 792/17 792/21
792/24 794/25 799/2
799/10 804/13 828/24
848/4 848/14 848/15
848/17 848/17 851/3
851/21 851/22
April [2] 835/3 835/5
April 29th [2] 835/3
835/5
architecture [5] 736/10
737/18 737/23 742/12
742/14
are any [1] 812/18
area [2] 747/4 747/5
areas [1] 785/9
argue [1] 844/11
around [2] 772/13
850/5
arrive [1] 750/2
arrow [1] 797/1

867

## A

arrows [1] 796/11
article [14] 746/1 746/3
746/6 746/16 747/7
747/9 747/12 747/13
747/17 748/15 749/12
749/16 750/18 768/24
articulated [1] 856/10
Ashish [3] 835/11
835/13 835/15
aside [11] 786/6
798/24 801/24 808/15
823/1 830/11 837/3
845/21 850/17 855/10
858/6
aspects [1] 755/11
aspires [1] 812/2
assembled [1] 783/11
assertion [1] 811/24
assertions [1] 863/4
assess [3] 752/4
811/23 851/8
assessment [1] 817/5
assist [2] 762/22
762/24
assistant [3] 763/2
805/16 827/22
associated [4] 740/18
760/5 763/14 768/2
assume [5] 735/23
749/25 760/11 835/12
860/3
assumed [1] 798/13
assumes [1] 788/25
assuming [1] 760/13
attaches [1] 835/2
attempt [4] 804/14
804/16 804/17 807/17
attempting [1] 769/8
attempts [2] 804/12
804/13
attended [1] 826/6
attendees [1] 835/10
attention [7] 761/13
762/5 828/10 842/10
843/7 847/8 856/2
audience [1] 783/11
August [3] 775/22
813/14 859/9
August 10th [1] 859/9
August 2019 [1]
775/22
August 23rd [1] 813/14
Austin [1] 852/1
authored [1] 746/19
authoritatively [1]
851/23
authorities [2] 747/3
842/16
authority [1] 792/8
authorized [1] 807/13
authors [4] 746/19
746/22 747/14 750/23
available [22] 775/14
780/4 780/13 784/19
785/3 785/4 785/8
785/16 785/18 786/7

786/13 787/5 796/1
808/11 827/10 827/11
828/8 829/9 831/9
848/18 858/22 858/23
Avenue [2] 732/24
733/24
avoid [1] 747/15
aware [7] 759/22 798/3
798/24 803/9 815/16
815/24 822/7

## B

B1 [2] 793/16 793/18
B2 [2] 794/10 794/11
B3 [1] 794/11
back [27] 735/2 752/16
763/23 772/7 774/22
787/21 787/24 789/23
791/1 791/1 798/4
799/25 815/3 816/13
818/23 832/3 832/5
836/1 836/12 836/16
836/20 836/21 836/23
836/24 837/4 839/4
860/22
backfire [1] 749/7
bad [1] 848/25
Baik [2] 813/14 813/16
Bankruptcy [1] 733/24
bar [14] 735/21 735/22
735/24 795/15 832/20
856/18 856/25 858/14
858/15 858/16 858/16
858/19 858/25 859/6
base [8] 818/24 819/1
819/3 819/13 819/18
819/21 826/20 826/23
based [2] 811/16
835/19
baseline [1] 777/17
basically [8] 753/15
823/25 824/2 827/21
832/18 836/19 839/11
851/20
basis [3] 811/22 830/9
836/17
BC [3] 825/16 825/18
826/3
BD [1] 847/8
became [2] 857/16
859/9
become [2] 849/7
849/8
began [1] 824/19
begin [3] 859/20 861/3
861/13
behavior [1] 760/21
behavioral [8] 736/25
740/4 742/5 747/3
747/10 752/13 763/20
767/1
behind [1] 742/15
Belknap [1] 732/23
BELLSHAW [1] 732/17
below [1] 768/4
BENCH [1] 732/9
beneficial [1] 812/1
benefit [8] 743/22

744/8 745/16 745/17
745/19 747/22 748/9
810/5
benefits [1] 830/17
benign [2] 750/2
750/20
best [10] 736/20
741/22 742/2 742/3
742/4 743/10 743/19
758/8 768/17 852/15
better [2] 784/19
845/16
beyond [4] 783/19
798/7 822/12 827/24
bias [2] 743/5 753/13
bidding [2] 756/15
757/24
bids [1] 756/24
big [1] 748/15
bigger [1] 807/11
billion [7] 788/14
788/16 788/23 789/3
789/7 789/14 789/24
binder [6] 767/15
771/19 772/11 814/6
814/18 839/3
binds [1] 802/23
Bing [2] 735/25 754/4
bit [9] 742/15 776/7
787/12 807/11 810/19
820/9 849/18 852/3
852/6
BlackBerries [1]
767/12
BlackBerry [2] 768/16
768/20
blank [1] 832/8
block [1] 760/9
blue [1] 826/18
blur [1] 855/23
body [1] 744/17
bonus [3] 826/20
826/23 826/24
boss [3] 799/23 820/18
821/5
both [17] 747/22 748/9
776/17 786/6 786/14
786/15 798/3 823/8
823/9 825/9 825/12
826/20 827/7 840/4
842/12 842/22 845/14
bottom [10] 749/22
782/15 782/16 796/20
797/3 797/13 842/5
846/20 850/20 854/9
bound [2] 802/21
802/22
bounties [1] 827/25
box [42] 735/11 735/13
735/17 735/19 736/3
754/14 772/16 776/12
777/16 781/15 788/11
788/13 789/4 790/11
791/7 792/18 796/12
796/13 796/16 801/3
801/20 802/16 816/22
817/1 817/2 817/10
817/13 817/14 817/20

817/21 818/9 830/20
832/24 832/25 833/2
833/3 833/8 837/9
837/24 843/15 843/15
850/15
boxes [3] 772/13
776/11 827/1
bracket [2] 796/20
796/22
Braddi [2] 820/16
820/18
Branch [9] 846/8
847/11 848/12 849/4
849/10 849/21 849/23
851/2 851/4
Branch's [1] 852/2
Branch.io [2] 847/9
847/11
Brave [6] 754/21 755/2
755/12 755/13 755/18
756/1
breach [3] 854/17
854/19 857/24
break [10] 735/8
735/12 772/9 787/10
787/11 787/14 787/17
804/17 804/18 861/17
briefly [1] 752/15
bring [5] 769/11
769/14 815/3 845/12
845/15
broader [3] 773/18
792/10 802/5
broadly [5] 762/19
817/18 837/15 837/20
840/11
Broadway [1] 732/21
brought [2] 843/21
847/8
browser [42] 737/22
738/2 738/4 738/8
738/11 738/14 738/16
739/6 739/15 740/23
743/8 743/10 744/24
745/6 745/12 745/15
748/24 752/7 752/10
754/21 755/4 755/13
755/18 760/12 765/21
779/17 780/5 780/6
780/7 780/14 780/16
798/8 828/11 832/19
857/19 857/22 857/22
858/10 858/11 858/13
858/18 859/4
browser's [2] 738/24
755/12
browsers [7] 740/12
740/15 754/13 756/9
760/14 780/20 827/22
browsing [1] 808/13
build [1] 803/4
building [1] 847/9
builds [1] 802/25
built [1] 780/8
bullet [16] 777/16
777/20 777/24 784/21
785/24 785/25 789/6
806/9 806/19 809/13

817/21 818/9 830/20
832/24 832/25 833/2
833/3 833/8 837/9
837/24 843/15 843/15
850/15
boxes [3] 772/13
776/11 827/1
bracket [2] 796/20
796/22
Braddi [2] 820/16
820/18
Branch [9] 846/8
847/11 848/12 849/4
849/10 849/21 849/23
851/2 851/4
Branch's [1] 852/2
Branch.io [2] 847/9
847/11
Brave [6] 754/21 755/2
755/12 755/13 755/18
756/1
breach [3] 854/17
854/19 857/24
break [10] 735/8
735/12 772/9 787/10
787/11 787/14 787/17
804/17 804/18 861/17
briefly [1] 752/15
bring [5] 769/11
769/14 815/3 845/12
845/15
broader [3] 773/18
792/10 802/5
broadly [5] 762/19
817/18 837/15 837/20
840/11
Broadway [1] 732/21
brought [2] 843/21
847/8
browser [42] 737/22
738/2 738/4 738/8
738/11 738/14 738/16
739/6 739/15 740/23
743/8 743/10 744/24
745/6 745/12 745/15
748/24 752/7 752/10
754/21 755/4 755/13
755/18 760/12 765/21
779/17 780/5 780/6
780/7 780/14 780/16
798/8 828/11 832/19
857/19 857/22 857/22
858/10 858/11 858/13
858/18 859/4
browser's [2] 738/24
755/12
browsers [7] 740/12
740/15 754/13 756/9
760/14 780/20 827/22
browsing [1] 808/13
build [1] 803/4
building [1] 847/9
builds [1] 802/25
built [1] 780/8
bullet [16] 777/16
777/20 777/24 784/21
785/24 785/25 789/6
806/9 806/19 809/13

835/10 836/8 842/11
844/1 844/5 854/12
bullets [2] 790/6
843/19
bundle [10] 778/19
781/4 781/6 781/21
785/2 787/4 792/20
804/9 804/10 808/8
bundle as [1] 781/4
bundled [1] 788/19
business [12] 746/16
750/17 758/10 769/2
820/4 825/18 825/20
825/24 826/4 826/6
846/23 847/1
button [1] 790/25

## C

calculate [2] 736/7
736/17
calculation [1] 741/10
calculations [2] 742/15
767/19
calendar [1] 789/2
call [5] 770/1 771/1
813/12 841/22 841/23
called [8] 737/14
739/10 743/3 749/13
796/16 797/15 833/2
838/13
calling [1] 862/9
came [2] 747/6 859/9
Cameron [1] 769/25
can [112] 735/12
736/2 737/1 737/15
738/19 738/20 739/23
739/24 740/15 741/14
745/14 745/17 748/8
749/5 749/6 749/16
749/21 750/7 752/2
757/10 758/11 758/14
760/9 761/9 765/3
765/13 765/14 766/19
767/14 767/22 770/6
771/25 773/23 776/17
777/1 779/16 781/18
782/4 782/25 784/3
786/6 786/10 786/18
787/7 788/1 791/6
791/8 795/8 797/1
797/9 797/22 798/24
802/9 802/9 802/10
802/10 802/11 803/20
806/14 806/16 808/15
809/24 810/18 812/21
813/4 814/1 814/10
814/13 814/17 814/20
815/3 816/2 818/14
819/1 823/1 823/10
827/23 830/11 830/21
831/6 831/8 831/10
831/16 833/12 833/14
834/20 837/3 837/6
837/21 838/18 838/1
839/6 839/12 844/18
845/21 847/23 850/17
850/18 852/2 852/10
852/14 852/15 854/8

**C**

can... [9]  855/3 855/10 856/14 858/6 860/10 860/22 860/24 861/3 861/5

capacity [2]  784/18 809/20

car [1]  748/23

career [1]  747/7

careful [3]  749/3 753/7 759/3

carefully [2]  748/15 762/17

carried [4]  736/8 738/18 752/5 752/14

carrier [6]  739/20 752/7 752/11 802/24 803/1 803/1

carriers [5]  744/25 751/20 802/19 802/21 827/11

carry [5]  739/9 751/3 751/4 752/6 754/14

carrying [2]  740/11 753/11

carve [3]  812/7 812/20 824/7

carve-outs [3]  812/7 812/20 824/7

case [25]  737/19 743/6 743/12 743/15 744/12 744/17 744/20 744/23 747/7 751/1 751/6 751/11 752/3 752/11 753/17 753/21 754/3 766/18 769/4 769/16 775/5 777/15 803/8 810/11 846/9

cases [2]  742/21 749/24

catalog [1]  785/5

categories [2]  845/5 845/8

category [1]  745/10

cause [1]  784/16

CAVANAUGH [1]  732/23

center [1]  856/10

centric [2]  755/3 755/7

CEO [5]  792/6 822/17 852/2 859/9 859/11

certain [15]  749/8 759/22 760/21 761/17 763/10 764/4 764/12 775/10 783/10 799/4 799/7 806/25 807/1 828/1 828/19

Certainly [1]  834/5

certify [1]  864/4

cetera [1]  802/7

chain [2]  792/9 807/4

Chang [4]  782/5 782/8 782/9 782/11

change [18]  736/2 758/21 760/10 763/11 766/19 766/23 794/8 800/6 800/20 801/2

801/4 804/14 804/16 808/5 821/2 852/6 857/19 857/23

change the [1]  736/2

changed [12]  749/16 755/15 757/2 757/8 767/2 823/3 824/16 833/13 833/15 856/22 857/11 857/15

changes [3]  744/19 745/18 782/11

changing [6]  735/21 736/5 736/18 763/19 857/8 857/21

channel [1]  845/18

characterized [1]  755/3

charge [2]  740/2 773/11

Chernikova [1]  809/10

child [1]  748/24

choice [28]  736/10 736/11 736/13 736/20 737/1 737/18 737/22 738/20 740/22 742/12 742/14 749/1 750/11 754/7 754/9 755/23 756/1 756/4 756/11 756/12 756/15 756/20 758/24 759/5 760/6 763/22 766/7 826/12

choices [1]  753/14

Chomet [1]  842/2

choose [3]  742/13 750/12 785/18

choosing [3]  742/14 781/8 781/14

chose [1]  756/1

chosen [1]  743/1

Chris [3]  849/20 851/8 853/25

Christian [1]  782/17

Christopher [7]  811/7 841/17 843/11 846/18 848/20 853/19 855/14

Chrome [29]  772/23 772/23 779/1 780/21 795/16 797/18 798/1 798/5 807/5 807/13 807/19 808/4 808/5 808/7 808/9 808/12 808/12 809/3 809/14 809/15 809/18 809/23 810/1 810/2 810/5 810/7 822/16 858/10 858/14

Chrome's [1]  809/21

chronology [2]  822/5 822/12

circle [1]  752/16

circumstances [3]  743/21 749/8 749/10

citations [1]  770/21

cite [1]  746/3

cited [1]  760/20

Civil [1]  732/3

clarification [1]  755/13 756/2 813/16 813/19

clarified [1]  748/21

clarify [2]  861/24 862/25

class [2]  749/6 755/17

clean [2]  807/24 812/10

clear [9]  741/11 742/2 758/12 770/14 777/12 808/17 837/22 838/21 861/10

clearing [1]  861/12

clearly [1]  807/16

click [5]  740/16 757/18 795/1 795/3 856/25

clicked [1]  756/22

clicks [1]  759/2

close [3]  735/9 736/22 844/10

closed [12]  771/23 771/24 772/6 812/16 860/7 860/11 860/20 860/25 861/1 861/2 861/14 863/3

closely [4]  768/11 773/18 844/15 845/15

closer [1]  790/3

CO [1]  732/22

Code [2]  767/18 768/18

cognitive [3]  736/12 736/18 736/19

cognitively [1]  736/6

coincided [1]  738/6

collaborate [1]  845/15

collaborating [1]  854/6

collaboratively [1]  853/24

collected [2]  737/5 743/11

Colorado [3]  732/20 732/20 860/14

COLUMBIA [2]  732/1 769/2

column [1]  856/10

comment [3]  796/2 796/3 853/20

comments [4]  769/3 834/7 834/16 834/17

commercial [5]  773/22 775/22 776/7 776/8 854/3

Commission [2]  774/6 821/23

commitment [2]  774/6 821/23

commitments [3]  825/10 830/5 830/6

communicate [3]  810/22 810/24 811/4

communications [1]  833/23

companies [11]  737/14 742/9 742/9 744/11 744/13 747/14 747/22 748/16 749/17 751/24 760/13

company [10]  736/11 744/8 747/22 748/9 749/20 787/1 808/24 811/24 844/12 844/14

clarify [2]  861/24

compare [1]  754/7

compared [4]  752/19 759/5 841/10 841/10

comparing [1]  754/3

comparison [2]  736/22 737/3

compatibility [1]  774/6

compatible [4]  775/14 781/20 784/20 815/21

compete [3]  781/23 817/19 845/19

competing [1]  840/13

complaints [3]  842/12 842/15 842/15

complementary [1]  778/4

complete [3]  843/6 861/4 861/5

completeness [1]  853/7

complex [1]  741/10

compliance [5]  760/21 800/6 802/17 855/18 855/25

complicated [1]  741/7

comply [2]  802/14 852/24

complying [1]  858/2

components [1]  831/3

comprised [1]  825/21

computing [1]  750/15

concepts [3]  747/10 786/19 787/8

conceptually [3]  741/11 744/1 744/1

concerns [4]  756/7 756/17 765/24 766/5

conclude [1]  753/15

concluded [1]  861/16

conclusion [2]  752/17 761/2

conditional [1]  776/19

conditions [2]  823/21 836/16

conduct [2]  765/9 858/17

conducted [3]  743/6 791/7 798/25

conducts [1]  832/20

confidential [7]  760/19 772/14 839/17 839/25 858/6 862/11 862/13

confidentiality [5]  759/3 759/9 765/13 838/2 863/4

configuration [13]  739/21 750/2 750/6 751/22 801/3 801/3 801/4 801/19 801/21 804/14 804/16 823/22 827/17

configure [1]  801/17

configured [3]  799/13 800/21 828/1

confines [2]  838/1 839/23

confronted [1]  755/9

confused [2]  744/5

745/5

confusing [1]  849/18

confusion [1]  809/25

connected [11]  840/17 840/18 848/2 848/3 848/9 850/5 850/9 851/1 851/18 851/19 851/19

connection [9]  766/14 792/23 808/13 810/1 819/4 821/20 837/23 851/22 856/20

connections [1]  808/12

Connolly [1]  733/2

consider [8]  738/4 738/8 753/5 763/13 804/12 830/24 831/6 831/10

considerations [1]  744/21

considered [6]  751/12 751/15 751/16 752/4 779/7 787/3

considering [1]  759/1

consistent [7]  743/16 766/7 781/24 782/1 812/9 818/8 830/19

constituents [1]  792/10

Constitution [1]  733/24

construct [2]  738/15 740/1

consumer [15]  736/12 739/24 740/1 741/13 741/21 741/22 742/1 748/10 749/18 749/19 752/16 752/25 753/10 756/4 799/1

consumers [18]  739/8 739/15 742/13 742/18 742/23 742/25 743/7 743/16 744/4 744/7 745/5 745/14 745/17 747/23 753/18 753/22 755/9 799/5

consumption [1]  736/14

CONT [1]  733/1

contain [1]  757/6

contemplated [2]  821/20 844/21

content [4]  782/24 783/13 799/8 848/8

contents [1]  776/3 839/15 839/21

context [9]  737/11 747/13 748/13 756/19 760/13 785/3 786/11 842/23 842/25

continue [3]  784/6 789/19 789/20

Continued [2]  734/4 735/5

continues [1]  848/12

contract [10]  764/6 765/16 765/17 778/13 838/19 838/25 839/1 840/5 842/7 850/10

contracts [11]  763/21

**C**

contracts... [10]  773/17
773/19 773/20 773/22
773/23 774/11 775/24
792/4 793/10 806/24
contractual [4]  764/22
771/4 802/23 860/12
contrary [1]  801/4
contribute [1]  812/3
conversation [2]
762/12 842/25
copies [2]  814/2
814/11
copy [6]  770/4 814/8
814/16 814/16 815/4
815/6
core [36]  773/22
773/23 774/2 776/4
776/7 776/8 781/21
783/25 784/2 784/23
784/25 785/2 785/3
785/8 785/10 785/21
786/7 786/9 786/9
786/11 786/16 786/23
786/25 786/25 787/3
794/25 805/16 827/4
827/4 827/21 827/24
828/10 828/11 828/17
829/20 830/3
corporate [2]  805/10
842/3
corpus [1]  848/7
corrected [1]  840/25
correcting [1]  830/11
correctly [2]  816/7
854/20
correlate [1]  799/10
correlated [3]  792/20
823/21 837/8
correlating [1]  836/16
cost [5]  736/7 736/9
736/16 740/18 740/21
costly [1]  736/7
costs [3]  736/12
736/18 736/19
coughing [1]  738/7
council [5]  825/18
825/20 825/24 826/4
826/6
counsel [12]  736/23
740/13 748/19 754/12
768/1 771/22 814/1
814/9 832/12 834/3
852/8 858/7
counsel's [1]  740/19
countries [3]  754/24
755/20 807/5
couple [4]  735/8 764/5
767/11 768/23
coupling [1]  836/1
course [10]  740/3
741/14 748/20 759/10
784/5 787/18 797/24
839/10 839/13 859/23
court [13]  732/1
733/23 733/23 742/21
745/4 754/12 762/20

771/8 819/1 856/15
860/13 861/24 864/3
Court's [1]  828/7
courtroom [5]  860/2
861/11 861/13 861/16
863/2
Courts [1]  733/24
cover [4]  775/7 775/9
775/13 850/4
coverage [3]  788/14
816/15 817/1
coverages [1]  788/13
covered [9]  788/20
805/16 806/20 806/24
817/3 817/7 819/6
823/20 849/9
covers [3]  802/12
816/12 827/21
CPS [1]  732/21
CPS/Antitrust [1]
732/21
create [2]  787/7
809/24
created [4]  756/22
849/1 849/3 849/19
creates [1]  741/25
criteria [1]  756/6
critical [1]  781/22
criticisms [1]  834/16
cross [4]  734/4 735/5
748/22 761/20
Cross-Examination [2]
734/4 735/5
cross-reference [1]
761/20
current [8]  773/4 773/8
789/24 805/7 820/20
837/12 853/4 860/7
currently [2]  773/14
791/9
customer [1]  748/10
customers [6]  749/23
750/5 750/7 750/19
751/13 752/2
customization [1]
802/3
cv [1]  732/4

**D**

dailies [1]  789/19
data [11]  736/8 737/5
743/11 766/25 767/5
767/22 767/24 768/6
768/7 768/16 768/20
date [5]  761/14 799/17
799/18 799/20 864/10
dated [3]  834/21 835/2
846/18
day [7]  732/7 772/9
811/10 811/10 852/15
858/8 862/19
day's [1]  821/1
day-to-day [1]  811/10
days [2]  769/4 845/10
DC [5]  732/5 732/14
732/18 733/3 733/25
deal [20]  764/9 764/16
808/23 819/16 823/16

823/25 824/3 824/9
827/5 830/24 831/3
831/15 836/17 837/12
838/6 838/9 840/23
844/21 849/9 853/4
deals [12]  762/3
762/19 765/19 808/22
818/8 821/22 824/8
825/24 825/25 827/16
832/4 853/4
debated [1]  744/22
December [1]  854/16
December 2017 [1]
854/16
decided [4]  750/10
756/13 832/1 832/4
decides [1]  736/11
decision [9]  736/15
738/1 738/12 739/6
739/14 742/22 744/11
747/23 748/10
decisions [1]  744/22
deck [15]  782/12
782/14 783/12 783/15
795/19 796/1 796/3
825/16 826/3 853/11
853/12 853/25 854/2
854/2 854/6
deep [5]  848/14
848/15 848/18 851/17
852/3
default [129]  736/2
736/5 736/19 737/12
737/21 737/25 738/12
738/13 738/19 738/25
739/6 739/7 739/14
739/20 740/19 740/20
740/21 741/6 741/18
743/2 743/5 743/7
743/17 744/9 744/11
744/14 744/24 747/3
748/14 748/22 748/25
749/2 749/10 749/15
749/23 750/2 750/4
750/8 750/12 750/19
750/20 751/12 751/25
752/3 754/23 755/16
755/19 757/12 757/15
758/7 758/25 760/1
760/9 760/10 760/15
760/24 762/22 762/24
763/5 763/11 766/1
766/19 766/23 767/3
767/20 768/3 768/4
768/5 768/21 790/20
790/22 791/1 793/17
793/22 793/25 794/9
794/12 794/15 795/6
797/9 797/17 801/6
802/7 803/6 804/14
806/2 806/3 809/15
809/21 809/23 813/7
815/17 815/25 817/23
820/11 820/13 821/9
821/17 828/25 830/12
830/17 830/25 831/6
831/6 831/7 831/9
831/10 831/11 831/13

831/15 832/10 832/14
832/18 832/19 833/15
854/20 856/9 856/14
856/22 857/4 857/6
857/7 857/8 857/11
857/16 857/19 857/21
857/23 859/5
defaulting [1]  859/4
defaults [38]  735/22
742/8 742/18 742/22
743/23 743/25 744/18
744/18 744/19 747/16
747/22 748/9 749/6
749/13 751/8 752/16
753/13 758/21 760/6
766/1 769/5 800/20
805/21 817/14 817/16
817/21 818/3 822/22
823/2 827/22 828/11
828/21 830/8 830/10
830/14 830/22 831/2
831/19
Defendant [2]  732/7
733/2
define [1]  773/23
defining [1]  853/1
Definitely [1]  811/21
definition [2]  753/3
845/25
degree [2]  737/1
763/22
delay [1]  839/9
deletable [5]  778/24
778/24 779/1 779/5
779/8
delivered [1]  779/18
demonstratives [1]
762/21
denial [2]  804/2 804/4
denoted [1]  796/25
Denver [1]  732/22
denying [1]  803/24
Department [3]  732/13
732/17 732/20
depend [2]  744/10
745/20
depending [1]  749/9
depicted [3]  778/18
779/22 798/5
depicts [1]  797/7
depositions [1]  771/17
derive [1]  740/9
describe [2]  749/18
765/12
design [8]  738/1 738/5
738/9 738/12 739/1
739/2 754/14 764/22
designated [3]  769/15
772/14 806/1
designed [4]  747/21
748/9 764/15 858/13
designing [1]  753/5
desire [3]  771/25
772/2 852/12
desired [1]  742/13
desktop [2]  768/5
768/7
detail [2]  761/7 783/10

details [2]  760/3
760/18
determinations [1]
751/5
determine [3]  738/22
756/6 760/23
determining [2]  744/22
750/20
develop [1]  741/19
developed [1]  803/15
developer [5]  738/2
738/11 743/8 745/15
785/6
developer's [1]  739/6
developers [8]  784/15
784/19 785/4 785/11
785/12 785/13 785/15
787/5
development [4]
772/24 805/10 846/24
847/1
device [114]  736/6
737/13 737/22 739/21
743/8 743/10 745/16
752/7 757/15 757/18
757/19 757/25 760/16
760/16 760/21 763/5
764/1 766/12 776/20
778/16 778/16 779/17
779/23 780/5 780/8
781/2 781/11 781/11
781/16 781/20 790/15
790/15 792/18 797/12
799/9 799/10 799/12
800/6 801/3 801/19
801/20 802/25 803/4
803/5 803/12 803/14
808/14 815/16 815/19
815/20 815/20 815/24
818/5 818/11 818/15
818/19 820/4 823/7
823/7 823/9 823/9
823/17 823/17 823/24
824/4 824/11 824/17
824/17 825/10 825/10
825/13 825/13 826/21
826/21 826/25 826/25
827/8 827/8 827/16
827/24 827/18 827/21
827/24 828/1 830/9
830/9 831/3 832/23
832/24 833/4 836/17
836/17 837/7 837/10
837/13 837/13 837/16
837/18 837/18 845/16
847/13 847/14 847/21
847/23 848/3 848/4
849/17 850/1 850/25
851/12 851/14 851/15
851/17 857/14
device's [3]  800/18
802/4 813/7
device-by-device [17]
781/11 815/20 823/7
823/9 823/17 824/17
825/10 825/13 826/21
826/25 827/8 827/16
827/24 830/9 836/17

**D**

device-by-device... [2] 837/13 837/18
devices [57] 735/18 737/15 757/12 758/2 768/21 775/14 776/25 778/18 781/13 781/24 785/7 788/14 788/17 788/24 789/2 789/24 790/16 794/17 794/18 798/14 799/5 805/15 805/20 806/20 806/23 807/5 808/24 815/13 815/21 815/23 817/3 817/7 819/3 819/6 819/10 823/10 823/15 824/2 824/5 824/6 824/10 828/9 830/24 838/9 838/10 840/22 841/2 844/24 844/25 845/1 845/4 845/13 845/16 845/19 848/25 851/7 851/9
devoted [1] 753/5
DHS [1] 805/22 806/1
difference [4] 737/1 745/12 827/13 832/17
differences [1] 797/25
different [21] 740/6 740/11 740/12 740/15 740/18 740/19 741/1 741/2 741/8 741/9 741/9 741/9 758/22 760/12 774/9 786/10 845/5 845/8 856/23 857/1 858/20
differently [1] 825/8
difficult [2] 758/21 760/10
dig [1] 814/17
DINTZER [1] 732/13
direct [7] 734/8 762/4 771/14 794/24 798/3 811/4 841/20
directly [1] 809/2
director [2] 782/19 804/23
directs [1] 800/5
disagree [1] 742/11
disagreement [1] 747/18
disconnected [1] 851/13
discover [1] 741/3
discoverability [2] 805/21 827/23
discovered [1] 766/18
discuss [8] 787/13 787/16 811/2 852/15 858/5 859/21 860/12 860/12
discussed [15] 736/1 740/13 743/14 744/19 748/22 765/18 768/5 768/8 794/6 812/21 813/5 817/25 821/1 839/16 839/16

discusses [1] 793/12
discussing [5] 741/19 743/13 766/8 821/4 842/23
discussion [4] 741/17 756/3 835/21 842/21
display [1] 802/4
distribute [5] 775/11 779/10 779/14 780/21 780/23
distributed [4] 791/13 791/18 807/6 808/24
distribution [14] 737/12 759/15 759/19 760/1 761/12 773/25 775/7 777/17 777/21 778/3 805/20 816/17 825/17 826/8
DISTRICT [4] 732/1 732/1 732/10 733/24
document [40] 761/17 761/23 762/14 766/6 767/25 768/9 768/11 768/13 768/15 775/19 782/3 782/4 793/1 793/1 795/20 796/5 796/6 796/8 799/15 804/21 810/18 813/13 814/10 814/14 820/14 823/1 830/11 833/18 833/19 833/21 837/3 839/14 841/16 845/21 846/4 850/17 853/7 853/8 853/21 853/24
documents [6] 744/20 761/20 768/18 770/22 815/7 841/14
DOJ [1] 732/13
DOJ's [1] 863/1
Don [1] 807/12
Donald [1] 805/5
done [9] 735/25 737/3 739/11 739/24 747/4 753/17 753/21 861/2 861/19
doubt [1] 737/8
down [16] 741/6 762/6 778/8 781/18 791/8 795/8 810/18 814/11 816/2 818/14 823/2 831/14 842/18 844/18 857/1 858/23
download [3] 781/9 781/14 833/1
downloading [1] 780/2
downloads [1] 829/3
DR [3] 834/11 835/22 835/25
Dr. [2] 739/23 769/20
Dr. Rangel [2] 739/23 769/20
draft [1] 853/12
drafting [2] 840/25 841/6
draw [4] 761/13 828/9 842/10 856/2
drawing [1] 832/8
drive [1] 830/21

driving [3] 744/10 747/24 748/11
drop [1] 789/17
dropdown [11] 765/20 765/24 854/20 856/9 856/14 856/17 856/24 857/15 857/19 858/19 858/22
drops [1] 857/1
drove [1] 842/12
DuckDuckGo [5] 752/24 754/23 755/6 755/19 756/1
duration [1] 791/20
during [11] 744/4 747/7 748/22 757/7 770/3 772/22 787/14 787/17 789/2 822/17 836/19
DX723 [5] 734/16 746/1 746/12 746/14 746/16

**E**

e-mail [39] 782/5 782/16 782/16 804/22 804/25 805/4 805/19 806/22 807/3 808/17 808/18 809/8 809/10 810/15 813/14 820/15 820/23 821/25 833/23 834/4 835/1 841/17 842/24 843/11 846/17 846/21 847/8 848/20 848/23 848/24 850/2 853/10 853/18 853/21 855/14 855/24 856/2 856/16 859/12
e-mail-ish [1] 859/15
e-mailing [1] 805/12
earlier [10] 745/4 750/14 755/24 790/9 816/6 817/25 819/7 859/10 862/22 863/1
early [2] 836/14 854/13
early-ish [1] 836/14
earn [3] 823/13 827/25 831/18
earnest [3] 771/25 772/2 852/12
easier [1] 861/12
easily [1] 833/14
eBay [1] 850/23
economics [4] 747/3 747/10 751/3 752/13
economist [4] 736/25 740/5 763/20 767/1
ecosystem [13] 773/14 774/8 776/19 777/25 783/17 784/20 789/18 816/18 816/24 817/19 830/1 845/2 847/4
ecosystems [2] 782/20 841/25
effect [3] 743/5 755/16 856/12
effective [2] 761/14 799/18

effort [4] 740/11 747/13 750/7 752/2
efforts [1] 741/10
either [11] 738/20 749/18 749/20 755/24 770/18 780/24 814/19 822/15 849/14 849/14 851/5
elect [2] 827/23 856/19
elected [5] 776/24 789/11 790/16 823/15 850/14
election [3] 781/11 815/20 856/17
elections [1] 826/25
elective [2] 781/25 837/13
elects [3] 781/3 781/12 781/20
element [2] 783/25 821/18
elementary [1] 832/13
elements [2] 821/19 827/23
elevated [1] 822/17
elicit [3] 769/17 812/14 834/4
elicited [1] 812/16
eligible [1] 816/9
else [4] 764/16 767/3 786/23 863/7
embedded [3] 824/8 833/21 833/25
employed [1] 738/13
employee [1] 862/17
employees [1] 833/24
employing [1] 739/7
encountered [1] 743/12
encourage [2] 800/20 800/24
encourages [1] 800/5
end [10] 760/14 772/8 800/5 800/17 800/25 822/2 822/4 835/10 852/15 861/24
ended [1] 858/2
endorsement [2] 742/19 743/9
ends [1] 741/2
engaged [2] 765/9 792/10
engagement [1] 811/10
engine [43] 736/6 736/19 738/1 738/12 738/17 738/19 738/24 738/25 739/3 739/7 739/14 739/20 741/6 741/17 741/18 742/3 743/7 743/10 743/19 744/9 745/6 745/12 745/24 750/21 753/19 754/24 757/7 755/15 755/19 756/5 758/7 760/2 760/9 760/24 763/2 766/19 766/24 767/3 809/23 846/8

858/24 859/3 859/4
engine's [3] 752/20 752/24 754/10
engineering [1] 835/15
engines [7] 741/3 744/14 754/13 756/7 756/23 766/15 858/20
enhanced [1] 805/22
enhancing [2] 747/23 748/10
enough [1] 762/16
enroll [3] 823/10 823/15 824/10
enrolled [4] 823/18 824/2 824/5 824/6
enrollment [1] 838/8
ensure [2] 764/15 818/8
enter [3] 776/18 776/18 802/19
entered [2] 770/3 778/6
entire [2] 791/13 797/13
entirety [2] 791/18 814/13
entities [1] 751/24
entitled [1] 864/5
entity [1] 825/20
entry [6] 791/19 791/22 795/19 796/10 798/18 798/21
environment [1] 749/9
equate [1] 741/12
equipment [1] 773/9
Eric [2] 746/22 768/24
ERIN [3] 732/16 770/25 771/16
error [1] 840/25
especially [1] 736/22
essential [1] 740/17
essentially [1] 779/20 780/6 797/10 798/3 800/19 802/5 804/19
estate [1] 737/13
estimate [1] 768/3
estimation [1] 859/1
et [2] 732/3 802/7
EU [5] 782/24 783/3 783/5 783/8 842/16
Europe [3] 755/25 756/12 842/13
European [4] 783/3 822/2 822/5 822/8
evaluate [7] 736/12 736/20 749/8 752/3 755/25 758/8 765/2
evaluated [2] 736/17 752/23
evaluation [5] 743/17 752/5 752/6 753/11 757/24
even [8] 747/6 747/11 780/10 787/1 800/23 816/9 832/2 843/2
event [1] 768/6
everybody [4] 735/2 735/3 793/10 863/7

**E**

everyone [3]  736/15
795/25 796/7
Everything's [1]  855/23
evidence [30]  734/16
734/17 734/18 734/19
734/20 746/6 746/14
751/11 751/14 751/15
751/16 751/19 770/10
770/13 770/17 770/18
775/19 782/3 793/1
795/18 799/15 804/22
810/16 813/12 820/15
825/15 834/18 841/16
853/16 855/13
evolved [1]  820/10
evolving [1]  849/24
exact [2]  822/12
851/23
exactly [1]  823/9
examination [10]  734/4
734/5 734/8 735/5
746/7 767/7 767/8
771/14 771/24 861/5
example [23]  737/22
740/13 749/13 751/12
752/4 752/12 756/7
756/20 757/16 766/16
777/6 780/7 791/17
798/8 801/10 801/12
823/17 832/18 832/20
834/9 834/10 850/20
850/21
examples [1]  748/16
exception [2]  815/14
824/7
exceptions [1]  807/22
exchange [4]  764/3
807/4 829/8 846/17
exclusive [2]  806/25
829/2
exclusively [1]  810/5
exclusivity [26]  817/14
817/16 817/21 817/23
828/15 830/8 831/21
831/24 832/1 832/6
832/10 832/15 832/21
833/2 833/7 834/8
836/2 836/7 836/10
836/21 837/1 837/5
837/9 837/9 837/24
837/24
Excuse [1]  814/1
executed [2]  791/16
843/8
execution [1]  776/1
executive [4]  822/15
825/22 834/15 842/3
executives [3]  768/15
768/19 811/16
exhibit [19]  734/15
734/16 734/17 734/18
734/19 734/20 746/14
770/2 770/5 770/13
808/20 809/1 810/16
814/2 834/18 838/18
853/16 856/10 856/11

Exhibit DX723 [1]
746/14
Exhibit F [2]  856/10
856/11
exhibits [2]  772/12
772/13
exist [3]  785/10 810/2
810/7
existed [1]  759/12
exists [7]  754/9 808/9
808/12 809/15 809/18
810/4 832/25
exited [1]  820/4
expansively [1]  844/2
expect [3]  771/4
771/24 862/10
expectation [1]  766/25
expectations [1]
736/25
expected [1]  809/24
experience [33]  740/7
740/10 741/21 741/22
742/1 753/1 757/16
781/15 781/22 781/24
782/1 802/5 802/17
808/13 818/9 827/7
828/10 828/11 828/14
828/18 828/22 830/19
831/3 831/17 832/25
833/3 841/11 842/3
845/16 848/13 850/15
851/10 851/23
experimenting [1]
741/2
expert [5]  737/19
738/4 738/8 746/3
769/16
expertise [2]  756/18
758/1
experts [1]  747/2
explain [6]  742/21
779/19 819/1 844/5
852/2 856/15
explaining [1]  821/5
explains [1]  816/16
explanation [1]  848/10
express [1]  747/17
expressing [1]  815/11
extend [2]  801/9
801/10
extension [1]  849/10
extensions [1]  843/10
extensively [1]  747/5
extent [23]  745/19
748/14 753/7 760/17
761/1 778/5 781/3
781/12 781/20 785/18
794/16 796/6 802/16
803/3 810/14 819/15
819/19 830/19 831/19
833/24 834/14 836/23
856/22
extremely [2]  759/10
844/10

**F**

facilitate [1]  741/17
fact [6]  735/19 760/4

760/8 760/24 847/4
853/12
factor [1]  762/15
failing [1]  852/24
fair [18]  751/18 752/6
752/8 764/23 774/5
776/9 778/4 796/1
805/13 806/25 811/19
817/5 818/10 829/18
835/6 835/25 843/17
849/22
fairly [1]  755/22
fall [2]  745/10 789/15
familiar [15]  737/7
737/13 746/2 746/20
746/25 776/3 785/9
793/2 793/4 793/6
799/6 799/15 800/13
803/12 803/14
familiarize [1]  751/7
far [2]  736/24 771/23
fashion [1]  861/13
fault [1]  750/23
feature [1]  797/25
features [2]  753/6
785/7
February [1]  854/19
February 2018 [1]
854/19
feedback [1]  854/1
feel [1]  783/10
Felix [3]  835/11 835/13
835/14
few [5]  752/16 769/3
807/13 812/7 852/11
field [2]  744/2 819/4
Fifth [1]  732/18
figure [1]  860/23
figured [1]  748/5
final [4]  759/1 803/23
804/1 850/10
finalized [1]  770/4
financial [1]  768/19
find [5]  738/13 749/23
784/4 800/14 814/11
Finder [13]  847/10
847/13 847/14 847/17
848/13 849/4 849/7
849/11 849/11 849/16
849/21 849/24 851/7
finding [1]  738/19
finds [2]  830/22 831/24
fine [3]  746/10 770/20
783/13
finish [2]  748/18
852/10
finishing [1]  862/8
Fire [2]  735/9 735/19
Firefox [2]  740/14
768/7
fires [1]  798/4
firm [1]  750/4
firms [1]  749/23
first [28]  738/18 748/4
760/6 774/21 775/21
775/21 777/16 777/20
782/4 782/15 783/14
784/21 790/23 790/23

804/22 806/9 826/2
827/22 828/9 838/3
842/5 842/11 850/20
853/18 854/12 858/11
860/9 861/17
first-party [2]  827/22
858/11
five [5]  779/7 801/1
816/14 816/16 843/15
fixed [1]  838/8
flexibility [1]  827/20
flexible [2]  779/7
794/25
Floor [1]  732/21
flow [1]  845/2
focus [2]  845/9 852/6
focused [1]  772/9
folder [13]  794/21
794/24 795/4 795/5
796/21 796/22 796/24
797/4 797/9 797/15
797/17 807/25 808/3
follow [5]  803/1 803/2
820/24 858/8 860/25
following [6]  740/6
741/15 748/14 788/25
800/3 851/12
follows [1]  838/4
For Plaintiff [1]  732/20
for the [1]  839/9
foregoing [1]  864/4
forgot [2]  807/12
862/19
form [2]  749/1 779/18
formality [1]  770/9
formally [1]  822/9
former [4]  799/23
842/5 852/2 862/17
formula [1]  749/24
forth [2]  769/14 772/7
forum [1]  839/16
forward [5]  827/8
827/10 828/24 829/6
829/12
forwarded [2]  843/11
848/20
found [2]  840/24
850/10
foundation [6]  827/21
827/24 838/11 840/22
841/1 841/2
four [5]  754/24 762/6
778/11 805/4 843/15
fourth [1]  836/7
frame [1]  774/2
framework [4]  825/9
825/17 826/1 826/8
free [3]  763/25 764/4
764/11
friction [9]  735/16
737/1 754/7 754/9
758/24 759/5 760/6
763/22 766/7
Friday [2]  862/2 862/3
from GMS [1]  807/19
front [3]  772/11 775/20
788/4
fulfills [1]  858/17

full [3]  789/14 814/16
828/15
fully [1]  858/9
function [1]  785/16
functionality [5]  738/24
738/24 784/22 798/7
798/10
functions [4]  781/17
783/21 828/25 829/1
fund [3]  777/25 816/18
816/24
fundamental [1]  740/4
further [2]  767/6
769/19

**G**

gains [1]  739/11
Galaxy [1]  823/18
gaps [1]  847/19
Gboard [3]  806/11
806/12 828/21
GDAF [2]  826/9
826/12
gears [2]  810/19 816/3
general [14]  736/21
743/24 763/21 763/22
766/20 783/17 830/2
830/2 838/24 839/21
840/1 840/18 855/1
855/4
generally [19]  751/18
775/6 778/5 787/3
791/15 793/7 812/8
824/21 824/22 825/1
825/2 829/24 837/16
837/23 838/21 845/6
845/9 849/13 856/24
generate [1]  831/16
generates [1]  741/25
generating [1]  777/22
gentle [1]  821/14
gentleman [1]  746/22
genuinely [1]  836/24
geographically [1]
810/11
gesture [1]  791/1
gets [5]  741/5 790/11
790/14 809/5 817/13
gist [1]  762/16
given [6]  736/1 738/23
750/8 752/2 807/24
863/3
giving [2]  812/4 839/2
glitch [1]  857/13
global [2]  805/9 813/17
globally [1]  844/17
GMS [73]  775/12
775/15 776/20 776/25
778/16 778/16 778/20
779/7 779/10 781/1
781/1 781/7 781/11
781/13 781/14 781/16
781/25 783/25 784/2
784/23 784/25 785/1
785/2 785/3 785/7
785/8 785/10 785/21
785/24 786/7 786/9
786/9 786/11 786/15

**G**

GMS... [39] 786/16
786/23 786/25 786/25
787/3 788/17 788/18
788/20 788/21 788/24
789/2 789/10 789/11
789/12 790/8 790/14
790/15 791/9 791/12
791/13 791/15 791/18
791/21 792/1 792/24
792/24 794/18 794/25
799/5 804/8 804/12
807/6 807/13 807/19
807/22 813/3 815/12
816/12 824/6
go to [2] 799/18
827/12
go-to [1] 742/12
go-to-market [4]
844/16 844/20 844/21
845/18
goals [3] 811/2 817/16
817/18
goes [6] 749/12
749/16 783/19 831/14
844/5 846/7
good [16] 738/25
741/21 741/25 749/23
750/3 769/25 770/6
770/25 771/16 771/18
787/10 798/2 810/9
810/9 821/22 830/20
GOOGLE [193]
Google's [23] 752/19
753/9 759/19 764/22
766/3 767/18 767/24
786/7 792/4 792/7
792/12 798/25 800/1
809/22 810/19 811/20
812/3 839/20 843/19
844/1 844/5 858/2
861/1
Google-conducted [1]
798/25
Google-labeled [2]
794/21 795/5
gotcha [8] 770/23
780/17 787/6 828/4
848/10 859/7 859/14
863/5
governed [1] 838/8
governments [2] 742/9
742/10
GOWER [2] 732/16
769/25
grant [1] 804/7
granted [1] 815/14
greater [1] 754/8
greatest [2] 750/3
750/3
green [2] 827/1 827/5
group [2] 791/20
791/22
grouping [1] 806/10
grown [1] 848/13
guess [5] 796/21
812/18 818/23 834/12

846/12
guidance [3] 847/2
847/4 847/5
guidelines [2] 792/23
802/18
guiding [4] 829/14
829/17 829/18 829/20

**H**

habit [2] 741/19
741/19
habitized [1] 741/5
habits [1] 741/15
habituated [1] 742/2
habituation [2] 741/12
741/23
HAFENBRACK [2]
732/15 734/5
half [1] 862/19
halfway [3] 762/6
805/19 842/18
hand [6] 761/9 771/19
776/11 797/3 814/23
857/11
hands [1] 814/22
Hankil [3] 835/17
835/18 835/19
happen [3] 755/25
768/20 778/6
happened [3] 821/5
832/8 832/10
happening [1] 859/1
happens [2] 757/19
772/3
hard [10] 749/15
811/22 814/8 814/16
815/4 815/5 836/19
836/21 836/23 836/25
hardware [1] 784/16
harm [4] 739/24 740/1
741/13 741/25
harmed [2] 739/8
739/15
Harrison [4] 805/5
805/7 805/12 805/19
Harrison's [1] 806/21
Harvard [2] 746/16
750/17
HBR [1] 750/17
head [2] 755/21
786/19
headquartered [1]
811/11
headquarters [2]
811/13 811/17
hear [1] 851/24
heard [6] 742/16
762/20 802/1 818/7
818/23 852/21
hearing [1] 859/18
hearsay [3] 833/18
833/21 833/25
heavily [1] 756/9
held [1] 772/22
help [12] 741/17
747/14 777/25 784/22
812/2 816/17 817/19
829/24 844/16 845/14

845/17 850/18
helpful [2] 748/5
765/15
hidden [1] 749/13
hide [2] 749/15 749/15
Higgins [2] 862/9
862/15
high [4] 747/20 756/24
756/24 760/5
higher [6] 789/25
790/1 828/17 836/4
836/15 845/15
highest [2] 818/11
829/8
highlight [3] 748/8
796/12 821/12
highlighted [2] 759/4
759/7
highly [1] 755/16
Hiroshi [4] 841/23
841/23 841/23 843/3
history [1] 783/20
hits [1] 789/12
home [31] 737/12
769/23 779/23 790/20
790/22 790/25 791/1
791/1 793/17 793/22
793/25 794/12 794/15
794/22 795/6 797/9
797/17 800/18 801/6
801/17 802/7 803/6
806/2 806/3 806/4
806/5 813/7 815/12
815/18 815/25 816/25
Honor [61] 735/7
736/15 736/23 738/16
739/10 740/3 741/14
741/17 742/8 742/21
743/11 744/18 745/22
746/1 746/11 747/13
748/21 749/12 750/13
750/25 753/14 755/17
756/4 756/21 757/17
758/23 761/9 761/25
766/17 767/6 767/10
768/1 769/6 769/18
769/22 769/25 770/25
771/3 787/24 788/7
809/2 810/13 812/12
812/23 815/6 834/5
834/20 837/4 846/16
852/1 852/18 859/8
859/25 860/16 860/21
861/7 861/20 861/23
862/7 862/16 862/24
HONORABLE [1]
732/10
HOOK [3] 733/23
864/3 864/10
hope [2] 735/3 846/16
hopefully [4] 762/16
781/23 812/3 852/10
hosts [1] 758/13
hotseat [10] 797/8
797/10 797/14 797/15
797/16 797/19 805/22
806/1 806/1 809/14
hour [1] 735/4

hours [1] 772/1
housekeeping [1]
862/25
huh [1] 830/15
humor [1] 807/17
hundred [5] 766/18
790/5 792/14 798/9
822/18
hundreds [1] 786/3

**I**

i.e [2] 805/21 848/25
icon [9] 779/22 794/22
795/5 796/22 797/2
797/4 813/23 815/10
816/25
iconography [1] 797/7
icons [2] 768/2 797/11
idea [2] 739/25 749/14
ideal [1] 739/2
ideally [1] 831/16
identical [1] 798/9
identification [1] 746/1
identified [1] 854/12
identify [1] 856/18
illustrate [1] 763/16
immediate [1] 795/2
impact [4] 740/22
766/23 768/3 768/4
implementation [12]
754/23 779/17 780/15
792/23 802/12 802/18
808/1 810/10 851/6
851/8 856/21 857/13
implementations [2]
804/15 811/2
implemented [1]
809/24
implicate [1] 801/21
implicated [1] 831/15
implicit [3] 742/16
742/23 743/3
implies [2] 824/2
848/17
importance [1] 738/23
important [9] 738/1
776/8 783/25 811/20
811/21 811/23 830/12
831/2 831/21
importantly [1] 747/15
in light [1] 827/4
inappropriate [2] 745/1
799/8
incarnations [3] 756/8
756/20 757/3
incentive [4] 774/10
838/13 839/5 840/20
incentives [1] 756/23
inception [1] 783/21
include [10] 750/4
779/1 800/4 801/17
802/11 803/5 843/2
847/24 855/2 855/5
included [5] 796/2
800/9 814/5 825/9
842/21
includes [6] 812/4
825/12 838/10 838/11

838/16 854/23
including [13] 760/22
773/22 775/15 775/16
787/5 800/7 810/6
818/2 844/15 845/17
847/5 848/7 850/11
incorrect [2] 740/23
800/12
increases [1] 759/4
incremental [1] 798/7
indicate [1] 843/19
indicates [3] 798/25
843/16 858/21
individuals [1] 847/2
Indonie [1] 835/14
induce [1] 742/13
industry [2] 751/8
766/11
ineffective [1] 745/1
inform [1] 744/12
information [9] 736/15
740/12 759/5 763/10
765/23 772/14 772/16
801/11 801/12
informed [3] 744/4
745/18 859/8
initiated [1] 822/9
initiatives [1] 844/15
input [2] 738/21
856/20
inseparable [1] 781/5
insert [1] 801/21
inside [2] 766/5 766/9
install [12] 791/9
791/12 815/17 815/19
815/25 818/24 819/1
819/3 819/13 819/18
819/20 840/21
installation [2] 781/7
791/15
installed [1] 781/16
instance [6] 757/20
758/6 766/2 797/10
809/22 810/11
instances [3] 745/5
756/14 832/7
instead [3] 778/10
848/16 859/2
instruct [2] 800/16
800/24
instructing [1] 801/2
instructions [6] 800/4
801/1 801/10 801/13
801/17 803/5
instructs [1] 800/5
intended [7] 775/13
785/11 795/25 801/20
829/24 843/20 847/14
intending [1] 834/3
intent [4] 762/22
762/24 763/5 766/3
interact [1] 810/8
interacted [1] 784/14
interacts [1] 802/6
interest [1] 749/20
interestingly [1] 749/16
interface [4] 737/16
738/21 738/21 745/18

873

**I**

interfaces [8]  736/22
736/22 736/24 740/6
740/11 741/1 745/19
784/10
internet [6]  808/13
810/6 810/9 848/1
851/1 851/13
interpret [4]  742/18
743/7 743/17 825/7
interpreted [1]  742/22
interpreting [1]  752/25
interrupt [2]  787/10
839/12
into [40]  734/16
734/17 734/18 734/19
734/20 735/18 737/15
741/4 745/10 746/5
746/14 747/10 760/18
770/10 770/13 771/23
771/24 776/18 776/18
778/6 791/19 802/19
810/16 812/12 822/3
822/24 823/11 823/15
824/8 827/20 834/18
844/17 845/19 848/13
849/24 850/10 851/18
853/16 853/20 856/18
inventory [1]  803/15
invest [5]  817/18
829/25 829/25 831/17
831/17
investigate [1]  735/15
investigated [2]  735/16
735/21
investigation [3]  822/3
822/6 822/7
investment [1]  831/14
invests [1]  830/24
invite [1]  861/11
invoke [1]  790/25
involved [2]  773/20
820/6
involves [2]  736/15
810/15
involving [1]  808/24
iPhone [4]  781/23
817/20 829/25 845/20
ish [2]  836/14 859/15
issue [2]  740/18
857/11
issues [3]  744/21
842/7 846/7

**J**

JAMES [2]  734/7
771/14
Jamie [1]  799/22
January [8]  768/9
773/2 791/24 799/19
799/20 855/14 856/3
856/4
January 1 [1]  799/19
January 10th [1]
799/20
January 16th [1]  856/3
January 17th [1]

855/14
January 2014 [2]
773/2 791/24
January 2021 [1]
768/9
January 31st [1]  856/4
JEFF [3]  733/23 864/3
864/10
Jim [3]  771/1 835/10
835/11
Jin [1]  813/14
Joan [1]  820/16
jobs [1]  772/22
JOHN [1]  733/2
Johnson [5]  746/23
746/25 768/24 769/4
769/11
joke [1]  807/16
JONATHAN [1]  732/20
JOSHUA [1]  732/15
JR [1]  732/23
JUDGE [1]  732/10
judgments [1]  753/8
July [1]  854/3
July 2019 [1]  854/3
June [5]  826/4 834/22
841/17 843/4 846/18
June 10th [1]  846/18
June 11 [1]  834/22
June 2019 [1]  826/4
June 2020 [1]  843/4
June 25th [1]  841/17
Justice [2]  732/13
732/17
JX37 [2]  761/11
761/12
JX49 [3]  792/25
794/10 795/8
JX99 [3]  799/14
799/22 801/24

**K**

Kartasheva [4]  846/21
846/23 847/16 848/12
Kartasheva's [2]  847/7
848/20
keep [4]  760/19
811/25 832/1 832/4
KENNETH [1]  732/13
key [6]  741/15 781/16
825/6 828/25 829/1
829/1
keyboard [3]  806/12
806/15 806/17
keyword [1]  856/20
kidding [1]  807/18
kind [3]  756/8 821/22
851/2
kinds [4]  750/12
763/18 811/3 848/5
knowing [1]  859/17
knowledge [5]  756/25
791/25 794/17 794/20
851/20
known [7]  773/9 774/9
775/12 775/16 786/16
795/16 796/18
knows [1]  761/5

**KOLOTOUROS [41]**
734/7 771/1 771/3
771/12 771/14 771/16
772/11 772/19 775/23
778/14 787/13 788/4
788/11 789/23 791/9
793/2 795/20 798/17
799/16 801/25 808/18
809/2 809/9 809/11
813/2 815/1 815/9
822/21 828/9 833/12
834/5 837/5 840/11
852/6 852/22 859/19
860/1 860/6 860/15
861/18 862/9
Kolotouros' [1]  848/24
Korea [4]  811/11
834/24 835/19 842/13
Korea-based [1]
835/19
Korean [1]  842/16
KR [1]  834/24
Ku [3]  835/17 835/18
835/19

**L**

lab [1]  766/18
labeled [3]  768/2
794/21 795/5
language [14]  760/20
761/14 762/4 763/6
763/8 763/17 764/15
800/13 800/19 821/9
821/17 821/23 840/24
850/10
large [4]  744/17
755/16 844/25 845/1
largely [2]  824/17
838/4
larger [1]  774/13
largest [2]  774/24
810/19
last [4]  735/9 769/3
777/24 799/19
late [2]  824/18 854/13
later [4]  837/4 840/24
844/22 851/25
launch [1]  737/15
launcher [6]  737/6
802/1 802/3 802/10
802/11 802/16
launchers [4]  737/15
802/1 802/8 802/14
Law [1]  732/20
lawyer [1]  761/7
lawyers [1]  747/11
layers [1]  760/7
lead [1]  765/25
leaders [1]  835/19
leading [1]  747/2
leads [2]  820/23 821/1
learn [2]  735/23
835/25
least [7]  743/16 745/9
755/10 764/4 769/15
812/24 862/10
leave [2]  860/1 860/3
Lee [4]  804/23 804/23

804/24 804/25
Lee's [1]  807/1
left [9]  776/11 778/20
796/14 797/11 806/4
806/5 827/14 843/15
843/16
legal [2]  761/2 762/15
lends [1]  798/6
Lens [1]  806/10
less [3]  754/1 754/9
860/24
lesson [1]  748/15
letter [1]  765/10
lettered [2]  855/17
855/25
level [6]  747/20 754/11
781/4 783/10 811/16
826/17
LG [2]  820/3 820/4
Li [12]  811/7 841/17
841/20 843/11 846/18
848/21 850/2 850/7
853/19 853/23 854/6
855/15
library [1]  758/15
license [8]  759/19
759/23 775/9 775/11
779/12 786/15 786/21
786/24
license to [1]  786/21
licensed [2]  764/19
788/21
licenses [1]  763/24
life [1]  766/18
lifetime [2]  832/24
833/3
light [2]  827/4 827/5
likely [2]  750/5 751/13
limitation [1]  841/2
limitations [1]  744/19
limited [3]  752/21
753/12 760/4
Lin [1]  835/14
line [1]  741/7
lines [1]  778/23
link [1]  750/25
linked [1]  783/15
linking [4]  848/14
848/15 848/18 852/3
links [2]  851/17 851/17
listed [9]  756/16
756/21 759/3 759/4
760/5 763/18 835/11
836/23 854/22
lists [6]  790/11 829/14
829/14 835/10 835/17
835/22
little [12]  742/15 776/7
782/24 787/7 787/12
797/2 807/11 810/19
820/9 849/18 852/2
861/12
LLC [1]  732/6
LLP [2]  732/23 733/2
load [10]  764/1 776/25
779/12 781/3 781/10
781/13 781/21 789/11
799/8 850/14

loaded [23]  757/25
758/3 778/17 778/19
781/2 790/12 790/15
790/19 790/20 792/1
792/17 794/16 794/18
794/19 797/5 799/9
803/11 804/8 818/5
832/23 837/7 837/9
837/21
loading [3]  791/21
797/19 837/25
local [1]  756/13
locked [1]  741/5
Lockheimer [2]  841/24
842/6
logistically [1]  860/6
logistics [1]  860/2
long [6]  809/5 814/13
835/22 840/1 841/12
861/18
longer [1]  807/5
look [11]  735/18
739/25 753/14 755/23
792/25 793/12 808/17
838/23 841/14 849/25
850/22
look at [1]  838/23
looked [5]  751/6
755/24 756/11 851/10
859/11
looking [6]  834/9
834/10 838/24 839/14
848/5 855/12
looks [10]  778/9
782/11 785/20 788/14
791/7 792/9 799/22
805/12 811/25 814/21
loop [1]  735/9
loose [1]  786/25
loosely [1]  787/8
lose [1]  819/13
losing [2]  768/3 768/4
loss [1]  742/1
losses [1]  739/11
lost [2]  767/19 768/21
lot [4]  762/4 847/5
847/5 850/15
loves [1]  793/10
lunch [2]  735/3 735/8

**M**

Macs [1]  766/18
MADA [110]  759/11
759/18 759/18 760/4
760/8 762/20 763/24
774/7 774/21 775/6
775/11 775/21 776/4
776/12 776/15 776/20
776/22 777/3 777/7
777/14 777/16 778/3
778/6 778/7 778/12
779/10 779/12 779/14
779/16 780/1 780/9
780/20 780/23 781/12
786/7 786/15 786/19
786/21 786/22 788/3
788/10 788/15 788/20
788/21 791/16 791/17

**M**

MADA... [64] 791/20 792/16 792/17 792/22 793/2 793/5 793/6 793/10 793/13 793/24 797/5 797/8 797/16 798/25 799/7 799/12 799/16 800/1 800/2 800/21 801/5 801/5 801/20 801/25 802/15 802/24 803/2 803/18 803/21 804/13 804/15 804/17 804/17 804/20 805/4 807/22 808/4 808/6 808/8 809/3 810/24 812/5 812/7 812/15 812/23 813/5 813/17 813/19 816/7 816/9 816/17 817/2 820/10 820/12 821/12 821/10 821/13 821/16 822/22 842/19 842/22 842/23 843/4 843/9
MADA's [4] 777/21 778/3 786/24 816/12
MADAs [17] 775/7 775/9 786/14 791/10 791/12 792/7 793/21 794/14 795/5 799/4 800/9 800/14 802/14 802/19 802/21 812/15 816/23
mail [40] 782/5 782/16 782/16 804/22 804/25 805/4 805/19 806/22 807/3 808/17 808/18 809/8 809/10 810/15 813/14 820/15 820/23 835/1 841/17 842/24 843/11 846/17 846/21 847/8 848/20 848/23 848/24 850/2 853/10 853/18 853/21 855/14 855/24 856/2 856/16 859/12 859/15
mailing [1] 805/12
main [2] 774/4 774/7
maintain [1] 801/19
maintains [1] 831/19
majority [5] 750/5 750/19 751/12 775/3 812/8
make Google [1] 739/14
makers [1] 742/22
makes [3] 810/10 832/22 861/9
making [8] 737/8 740/23 747/15 747/23 748/10 748/16 753/8 758/20
malicious [1] 790/6
manager [4] 805/8 805/9 820/19 835/14
manager's [2] 805/8 805/9

manifested [1] 851/6
manufacture [1] 775/3
manufacturer [7] 737/22 742/19 743/9 743/10 743/18 745/16 763/25
manufacturers [4] 745/1 745/20 745/21 773/9
many [6] 747/7 748/23 756/4 806/23 844/15 851/9
Maps [1] 768/6
March [1] 761/14
March 2017 [1] 761/14
mark [1] 746/6
marked [4] 745/25 745/25 795/23 795/24
market [15] 743/13 755/18 809/19 844/7 844/16 844/20 844/20 844/21 845/13 845/16 845/17 845/18 845/19 846/9 846/12
marketing [2] 755/11 845/18
marketplace [2] 844/13 844/17
mass [2] 845/6 845/7
material [1] 766/23
materials [4] 743/12 743/14 743/15 744/17
matter [10] 739/5 763/19 763/21 770/1 786/14 831/4 855/1 855/4 862/25 864/5
matters [3] 861/2 862/5 862/20
may [26] 741/6 742/1 744/5 745/11 745/22 745/23 747/19 748/19 749/10 749/17 749/17 749/20 750/20 754/12 756/3 761/16 762/17 771/19 785/9 787/10 806/21 828/6 832/13 832/13 853/12 855/22
May 28th [1] 806/21
maybe [7] 737/9 741/3 743/2 841/13 842/18 846/12 851/11
MEAGAN [1] 732/17
mean [21] 758/13 763/4 768/17 769/13 776/21 779/25 786/12 788/6 801/16 804/10 814/12 818/21 832/9 833/5 833/6 841/1 847/23 847/25 850/19 856/6 862/20
meaning [6] 776/15 784/13 785/24 818/21 826/3 830/4
means [16] 779/8 783/3 790/14 798/21 798/23 800/5 800/16 803/13 806/3 806/5 823/9 825/18 834/24

835/22 835/24 848/15
meant [5] 799/8 821/16 825/5 830/10 842/15
measure [1] 753/18
measured [2] 789/18 841/9
measurement [1] 790/4
mechanism [6] 738/13 738/25 739/7 777/24 816/17 816/24
mechanisms [2] 742/5 743/4
meet [3] 769/23 827/18 827/19
meeting [10] 744/20 821/1 821/3 821/6 821/20 826/6 833/20 834/6 835/5 835/21
meetings [1] 835/2
MEHTA [1] 732/10
member [2] 782/9 835/16
mental [3] 736/14 736/16 741/10
mention [2] 749/17 843/2
mentioned [4] 774/23 795/10 832/14 844/24
mentions [1] 801/1
menu [11] 749/1 765/20 765/25 766/12 856/24 857/9 857/15 857/19 858/19 858/22 858/23
message [1] 757/17
met [3] 771/17 823/21 852/12
Metric [1] 849/22
Metrics [4] 846/8 847/11 849/10 851/3
MIA [2] 838/14 838/16
mid [1] 805/13
middle [5] 789/5 790/6 807/8 817/10 842/11
might [13] 747/11 768/20 799/5 799/10 804/18 806/18 822/17 832/7 832/8 842/7 843/16 848/8 849/8
migrate [1] 824/19
migration [1] 825/7
million [1] 790/5
mind [1] 766/4
minor [2] 747/19 747/19
minus [2] 790/5 841/13
minutes [6] 852/11 852/13 860/10 860/11 860/19 861/15
missing [1] 832/13
misspoke [1] 830/10
misspoken [1] 855/22
misstatement [2] 777/11 856/16
mistake [1] 740/24
mistaken [1] 853/12

mistakes [3] 747/15 747/15 748/16
mix [1] 849/13
mobile [24] 759/14 759/14 759/25 761/12 768/4 768/6 773/11 773/25 774/10 775/12 775/16 785/7 785/25 792/4 799/5 799/7 802/25 803/4 819/23 820/4 824/10 838/13 839/5 840/20
model [1] 842/19
modification [1] 759/11
modified [1] 759/13
moment [3] 784/3 826/14 839/12
money [5] 764/16 831/1 831/7 831/11 831/18
monthlies [1] 789/19
monthly [1] 838/8
months [3] 807/13 841/9 841/13
moot [1] 772/4
more [43] 736/16 737/1 740/25 741/4 742/24 747/15 753/25 760/10 762/17 772/9 785/21 803/11 804/18 811/9 813/4 813/22 815/10 817/18 817/19 821/14 827/20 827/25 828/19 830/1 830/21 831/18 837/15 837/20 841/10 844/6 844/6 844/17 845/9 845/12 845/15 845/19 846/13 849/19 849/24 851/24 852/3 852/13 860/22
morning [5] 772/6 852/13 860/24 861/17 863/8
most [11] 750/5 751/13 771/25 773/13 774/13 776/8 776/23 811/20 811/21 811/23 852/11
mostly [1] 825/21
motives [3] 744/10 744/13 745/21
Motorola [16] 774/23 775/2 793/9 799/16 801/12 801/16 803/9 815/23 815/24 820/1 838/3 838/4 838/6 839/16 840/12 840/20
Motorola's [6] 774/19 793/2 800/2 838/13 838/16 839/20
move [12] 746/5 746/8 746/10 746/12 770/10 782/2 800/17 807/25 810/13 812/22 814/20 841/5
moved [1] 797/11
movement [1] 860/24
moving [1] 822/11

Mozilla [4] 739/17 744/9 744/24 751/16
Mr Schmidtlein [1] 735/2
Mr. [75] 742/6 746/25 767/11 768/23 771/3 771/12 771/16 772/11 772/19 775/23 778/14 782/11 782/19 782/23 783/5 787/13 788/4 788/11 789/23 791/9 792/11 793/2 795/20 798/17 799/16 801/25 804/24 804/25 805/7 805/12 805/19 806/21 807/4 807/18 808/18 809/2 809/9 809/11 813/2 814/21 815/1 815/2 815/9 821/9 821/21 821/10 821/13 821/16 821/21 822/13 822/21 828/9 833/3 834/5 837/5 840/11 841/20 842/6 848/24 850/2 850/7 852/6 852/22 853/23 854/6 859/9 859/19 860/1 860/6 860/15 861/18 862/9 862/9 862/12 862/15 862/16 863/1
Mr. Chang [1] 782/11
Mr. Harrison [3] 805/7 805/12 805/19
Mr. Harrison's [1] 806/21
Mr. Higgins [2] 862/9 862/15
Mr. Johnson [1] 746/25
Mr. Kolotouros [38] 771/3 771/12 771/16 772/11 772/19 775/23 778/14 787/13 788/4 788/11 789/23 791/9 793/2 795/20 798/17 799/16 801/25 808/18 809/2 809/9 809/11 813/2 815/1 815/9 822/21 828/9 833/2 834/5 837/5 840/11 852/6 852/22 859/9 860/1 860/6 860/15 861/18 862/9
Mr. Kolotouros' [1] 848/24
Mr. Lee [2] 804/24 804/25
Mr. Li [5] 841/20 850/2 850/7 853/23 854/6
Mr. Lockheimer [1] 842/6
Mr. Pichai [6] 792/11 807/18 821/13 821/16 821/21 859/9
Mr. Pichai's [1] 821/9 822/13
Mr. Sabharwal [1] 807/4

## M

Mr. Schmidtlein [6] 742/6 767/11 768/23 814/21 815/2 863/1
Mr. Veer [3] 782/19 782/23 783/5
Mr. Yoo [2] 862/12 862/16
Ms. [11] 787/9 787/22 804/23 809/10 813/16 820/18 846/23 847/7 847/16 848/12 848/20
Ms. Baik [1] 813/16
Ms. Braddi [1] 820/18
Ms. Chernikova [1] 809/10
Ms. Kartasheva [3] 846/23 847/16 848/12
Ms. Kartasheva's [2] 847/7 848/20
Ms. Lee [1] 804/23
Ms. Murdock-Park [2] 787/9 787/22
much [13] 740/6 748/5 750/21 750/22 760/18 769/20 783/16 784/14 793/11 838/7 857/6 860/8 862/14
muddle [1] 762/11
multi [2] 845/16 858/16
multi-bar [1] 858/16
multi-device [1] 845/16
multiple [5] 737/15 843/8 848/14 848/15 848/17
MURDOCK [6] 732/16 734/8 771/1 771/17 787/9 787/22
MURDOCK-PARK [4] 732/16 734/8 771/1 771/17
must [17] 776/21 778/16 778/18 781/2 794/3 796/22 801/5 803/2 813/6 816/9 824/2 824/5 824/6 829/2 829/5 837/10 837/16
myself [2] 737/8 851/22

## N

named [1] 746/22
native [3] 779/18 780/8 780/16
nature [1] 854/24
near [2] 822/2 822/4
necessarily [6] 744/2 766/13 784/13 785/17 789/14 849/23
necessary [6] 738/21 741/20 741/22 741/24 741/25 751/4
need [10] 746/5 754/14 759/3 771/24 842/18 849/2 849/23 856/3 860/18 861/4

needed [3] 735/17 735/18 857/3
needs [3] 738/18 748/22 753/10
negotiable [3] 793/25 829/21 830/4
negotiate [3] 830/5 841/8 841/12
negotiating [4] 773/20 836/19 836/24 843/4
negotiation [5] 776/1 836/13 836/14 841/9 843/1
negotiations [5] 813/17 841/15 842/8 842/21 843/17
new [16] 732/15 737/16 789/7 817/6 818/15 818/19 819/10 824/19 824/21 825/2 826/11 827/1 827/19 849/19 850/4 854/17
News [1] 806/11
next [10] 749/21 751/22 760/11 760/12 765/3 770/2 772/9 777/16 777/20 806/19
nice [2] 735/3 769/23
nine [3] 793/9 793/15 829/11
no-go [1] 850/5
non [6] 778/24 779/1 779/5 793/25 829/21 830/4
non-deletable [3] 778/24 779/1 779/5
non-negotiable [3] 793/25 829/21 830/4
nonexpert [1] 769/15
normative [1] 753/8
not have [1] 777/9
notes [11] 829/13 833/20 835/2 835/5 835/21 842/6 843/1 843/3 843/12 843/14 854/12
notice [3] 854/13 856/21 857/9
notification [1] 857/24 858/3 858/5
notifying [1] 857/22
notion [2] 743/16 849/13
number [26] 750/3 755/21 768/2 770/7 785/23 788/16 788/24 789/1 789/7 789/8 789/10 789/11 789/13 789/16 789/24 790/2 805/15 806/11 806/19 806/20 817/2 817/3 817/6 821/12 839/3 853/9
numbers [2] 817/1 828/7
NW [4] 732/14 732/18 733/3 733/24
NY [1] 732/25

## O

o'clock [1] 787/11
object [2] 761/1 764/21
objected [1] 857/18
objection [20] 746/9 764/24 769/6 770/11 774/25 808/16 808/19 808/21 809/4 822/11 833/18 833/24 834/2 846/4 846/6 846/7 853/7 853/11 853/13 861/6
obligations [3] 775/10 792/20 807/23
obviously [3] 762/4 815/20 861/2
occur [1] 741/20
October [1] 809/9
October 9th [1] 809/9
OEM [58] 739/19 752/10 764/16 773/11 773/13 773/17 773/20 774/7 774/15 775/24 776/17 776/23 777/1 777/4 777/6 777/13 778/6 779/10 779/14 779/16 780/1 780/20 780/23 781/3 781/10 781/11 781/12 781/20 790/16 791/25 792/4 800/16 800/19 800/23 800/24 801/2 802/23 802/25 803/2 803/20 803/23 805/2 810/20 811/22 816/9 819/4 819/12 819/13 819/15 821/21 823/10 823/13 824/4 824/13 828/11 831/17 832/2 832/5
OEMs [34] 751/20 763/24 773/9 774/13 774/15 774/24 776/18 776/24 786/14 789/11 791/9 791/12 792/13 793/7 794/1 799/4 803/17 805/14 806/25 807/1 812/6 812/9 813/6 816/6 817/19 818/14 818/19 819/15 819/9 820/7 827/10 827/19 829/25 838/3
OEMs' [2] 802/21 812/15
off [3] 740/21 789/15 800/17
offer [4] 737/14 742/4 826/12 833/22
offered [2] 758/20 836/15
offering [7] 739/5 739/12 739/13 744/23 753/24 754/3 760/14
Official [2] 733/23 864/3
offs [2] 753/18 753/22
often [2] 742/8 808/3
oftentimes [1] 779/22

old [1] 826/17
omnibox [1] 795/16
on-device [7] 847/13 847/14 847/21 847/23 849/17 850/1 851/12
once [3] 848/15 861/1 861/15
one [83] 759/9 743/4 746/22 747/2 750/17 750/22 751/21 753/14 754/11 754/14 755/10 755/13 755/16 756/2 759/5 759/17 760/11 760/13 762/8 763/15 764/6 768/2 768/2 770/1 771/17 776/12 779/4 779/4 779/22 779/23 784/3 785/21 795/12 799/17 801/5 802/7 803/11 805/22 806/3 806/3 806/5 806/5 806/7 806/17 807/20 807/25 808/1 811/19 811/21 811/23 813/5 814/16 814/17 814/17 814/21 814/23 816/15 821/18 826/14 826/22 828/21 834/21 836/1 836/22 839/18 841/14 841/20 842/11 844/7 844/12 844/14 844/20 845/24 846/20 847/2 848/16 854/16 854/22 854/24 859/10 860/23 861/11 862/24
ones [2] 754/15 785/10
online [1] 789/8
only [23] 741/15 750/18 753/2 756/22 757/1 759/1 761/17 785/7 786/7 808/17 822/15 823/13 823/15 823/17 823/19 826/22 827/10 832/23 832/25 837/6 837/21 841/1 861/10
open [8] 757/23 790/23 796/7 812/21 812/24 852/13 860/10 860/13
operates [1] 783/21
operation [1] 736/14
operations [3] 782/10 782/20 782/21
operators [1] 824/7
opining [1] 763/11
opinion [16] 739/5 739/12 739/13 742/4 744/23 753/24 754/3 756/18 763/8 763/14 763/20 769/16 804/2 804/4 804/5 849/2
opinions [1] 753/4
opposed [1] 846/25
opposing [1] 863/3
opposite [1] 848/3
opt [1] 827/20

optimized [3] 827/7 828/14 828/22
option [5] 742/10 742/13 743/1 748/25 756/21
optional [1] 776/17
options [6] 740/19 741/6 759/1 827/14 857/1 858/23
order [1] 824/10
organization [1] 742/14
organizations [1] 742/17
oriented [1] 756/9
original [2] 773/8 783/21
Ornella [3] 835/10 835/13 835/14
OS [3] 772/23 844/15 845/17
OTA [3] 856/4 856/6 856/8
others [2] 736/16 835/18
otherwise [3] 741/20 786/16 811/1
ought [2] 839/16 839/17
out [44] 738/18 738/19 740/11 751/3 751/4 752/14 753/11 754/13 758/7 766/19 778/12 781/15 785/20 789/18 792/18 792/22 801/3 801/20 802/16 805/15 811/16 813/12 814/17 816/22 817/14 817/20 817/21 818/9 824/19 828/8 830/20 832/23 832/25 833/1 833/2 833/3 833/8 835/9 837/9 837/24 846/11 847/9 850/15 860/23
out-of-box [12] 781/15 801/3 802/16 817/20 817/21 818/9 832/25 833/2 833/3 837/9 837/24 850/15
out-of-the-box [1] 817/14
outs [3] 812/7 812/20 824/7
outside [3] 744/20 754/24 799/2
over [11] 749/22 766/17 774/16 778/10 783/12 789/18 802/4 806/7 820/10 823/3 856/6
over-the-air [1] 856/6
overall [6] 766/1 789/13 823/2 826/1 842/25 847/4
overnight [1] 859/22
overrule [1] 809/4
overseeing [2] 773/17 775/23
overview [4] 778/8

**O**

overview... [3] 783/15
783/16 788/3
overzealous [1] 787/25
own [1] 757/20

**P**

p.m [5] 732/6 787/20
787/21 809/9 863/9
P0 [3] 829/14 829/17
830/2
package [1] 779/20
page [40] 734/2
734/15 749/21 749/22
760/12 761/25 782/5
782/15 783/14 783/14
783/23 784/21 785/20
793/9 793/15 794/10
795/10 798/6 798/8
799/25 801/17 804/22
805/4 807/3 807/8
808/18 809/8 826/11
826/14 834/10 834/21
835/1 835/8 842/5
842/11 846/20 850/20
853/18 854/5 854/8
pages [1] 843/15
paid [4] 819/20 827/18
831/14 831/16
paragraph [6] 748/4
801/15 801/16 821/13
847/7 847/16
pardon [1] 748/1
parenthetical [1]
796/25
PARK [6] 732/16
734/8 771/1 771/17
787/9 787/22
part [30] 749/1 760/24
763/23 764/9 771/4
778/19 779/21 787/4
794/7 800/15 802/11
802/16 807/6 810/21
817/20 828/6 830/12
831/2 831/22 837/12
837/13 837/13 846/9
846/23 846/25 849/9
850/13 850/15 854/9
854/9
participants [1] 743/12
particular [29] 752/10
753/25 754/15 763/14
763/15 763/20 765/8
765/19 766/2 783/12
783/12 797/7 797/10
801/13 803/1 806/24
810/11 819/4 823/21
836/17 836/18 852/25
856/21 856/23 857/7
857/12 858/25 859/3
859/12
particularly [1] 736/1
parties [1] 758/8
partition [1] 779/21
partner [5] 743/18
791/16 803/20 835/15
843/24

partnered [1] 847/9
partners [10] 758/19
763/9 774/10 786/8
811/20 811/22 811/23
826/12 832/2 832/5
partnership [5] 810/20
811/25 844/2 847/1
848/13
partnerships [13]
771/2 772/23 772/24
772/25 773/1 773/5
773/6 773/12 773/14
804/23 805/10 820/21
835/20
partnerships/product
[1] 835/20
parts [1] 764/6
party [8] 758/3 785/12
785/15 786/3 827/22
829/3 858/11 863/2
past [3] 789/1 807/24
808/1
Patrick [3] 841/23
842/2 842/2
patterns [1] 741/9
Patterson [1] 732/23
pause [1] 858/8
pay [5] 756/21 756/22
757/1 764/14 828/19
payment [4] 818/21
818/22 824/16 838/8
payments [4] 819/5
819/9 819/14 819/17
PC [1] 766/16
PCs [1] 768/7
people [10] 745/10
750/21 750/22 753/15
765/25 767/2 789/14
807/20 833/25 861/11
people's [1] 766/23
per [3] 797/8 800/21
817/6
percent [5] 792/14
798/9 822/18 836/4
836/5
percentage [5] 753/25
755/25 767/2 767/23
838/7
percentages [1] 828/8
perform [1] 856/19
period [1] 757/7
permanence [1] 833/6
permanent [3] 833/5
856/9 857/5
permissible [1] 831/10
permitted [1] 847/17
persist [1] 832/24
person [2] 769/15
769/16
personalization [1]
802/4
personalize [1] 812/5
personally [1] 816/23
perversive [1] 756/23
Peter [6] 782/5 782/8
782/9 835/17 835/18
835/19
PEX [1] 825/16

phase [1] 836/18
phone [25] 780/3
780/6 780/11 781/11
789/15 789/20 790/23
796/10 796/11 797/13
798/22 801/11 801/13
801/14 802/6 802/12
823/18 823/20 823/20
823/21 848/6 848/7
848/8 848/18 851/21
phones [8] 775/3
789/8 789/10 789/11
789/17 789/19 803/15
830/1
phrase [3] 741/16
758/22 765/14
phrased [1] 752/1
phrasing [1] 742/11
Pichai [7] 792/6
792/11 807/18 821/13
821/16 821/21 859/9
Pichai's [2] 821/9
822/13
picture [1] 740/14
piece [3] 738/16
750/24 850/5
Pimplapure [1] 835/16
pizza [1] 850/21
place [7] 741/20
791/13 791/15 793/24
821/22 862/10 862/13
placed [13] 764/19
790/20 792/18 793/17
793/22 794/12 794/14
794/22 795/6 796/23
797/6 813/7 822/24
placeholder [1] 782/24
placement [15] 759/22
762/3 762/20 764/4
765/20 765/24 775/7
775/10 792/16 792/20
793/12 795/9 797/16
805/22 813/20
placements [1] 800/21
places [3] 764/12
792/21 801/11
Plaintiff [1] 732/20
plaintiffs [3] 732/4
732/13 860/14
plan [1] 862/4
platform [14] 773/6
811/2 823/7 823/25
824/9 824/14 825/10
825/12 827/4 827/5
827/5 828/10 830/5
830/6
platform-wide [9] 823/7
823/25 824/9 824/14
825/10 825/12 827/5
830/5 830/6
platforms [2] 782/20
841/24
Play [33] 778/21
780/24 783/24 783/25
784/2 784/7 784/21
784/23 785/4 785/5
785/16 786/7 786/16
787/1 787/4 790/7

790/12 790/17 794/11
794/14 794/18 794/19
795/2 813/23 815/10
815/15 816/25 829/2
829/12 829/21 830/3
830/7 833/1
players [1] 751/8
please [18] 762/18
773/24 776/6 778/8
779/19 781/18 784/6
795/22 796/9 797/1
799/20 813/4 826/14
831/8 838/19 844/18
859/21 860/4
plenty [1] 815/7
plus [15] 738/21
766/17 776/12 778/23
790/5 790/7 790/12
790/17 802/7 805/22
805/25 806/3 806/5
807/25 841/13
plussed [1] 853/20
podcast [8] 757/12
757/15 757/17 757/20
758/8 758/13 758/14
806/11
podcasters [1] 757/24
podcasting [1] 758/13
podcasts [1] 758/14
point [30] 741/15
753/12 768/6 780/15
789/23 791/6 795/15
802/8 805/8 806/17
822/21 836/8 836/13
838/21 839/6 843/7
843/16 849/1 849/4
849/8 849/11 849/14
849/15 849/16 849/19
849/19 849/22 849/25
859/18 860/16
pointed [1] 847/19
pointing [2] 796/21
805/15
points [23] 767/22
767/24 789/6 795/11
795/13 795/19 796/10
796/12 796/22 798/18
798/21 798/22 816/12
817/24 818/10 820/13
823/20 828/20 829/5
830/18 835/10 837/10
837/16
policies [6] 753/9
754/4 754/5 754/8
754/10 799/8
policy [3] 752/19
752/20 754/1
poor [1] 807/17
poorly [1] 749/6
pop [1] 756/7
popular [1] 750/24
populating [1] 737/11
population [1] 745/10
portion [3] 762/5
808/20 834/1
portions [3] 833/19
833/22 833/23
posing [1] 849/17

position [4] 773/8
822/13 839/20 839/20
possibility [1] 763/19
possible [7] 736/4
794/8 806/18 832/25
842/7 862/11 862/12
possibly [1] 852/12
potential [3] 741/4
753/18 843/21
potentially [2] 827/25
849/9
powered [3] 849/10
849/21 849/23
practice [1] 766/11
pre [39] 757/25 758/3
764/1 776/25 778/17
778/19 779/12 781/2
781/3 781/7 781/10
781/16 781/21 789/11
790/12 790/15 790/19
790/20 791/21 792/1
792/17 794/16 794/18
794/19 797/5 797/19
799/8 799/9 803/11
804/8 815/17 815/25
818/5 832/23 837/7
837/9 837/21 837/25
850/14
pre-install [2] 815/17
815/25
pre-installation [1]
781/7
pre-installed [1] 781/16
pre-load [9] 764/1
776/25 779/12 781/3
781/10 781/21 789/11
799/8 850/14
pre-loaded [23] 757/25
758/3 778/17 778/19
781/2 790/12 790/15
790/19 790/20 792/1
792/17 794/16 794/18
794/19 797/5 799/9
803/11 804/8 818/5
832/23 837/7 837/9
837/21
pre-loading [3] 791/21
797/19 837/25
precise [6] 750/18
754/11 790/4 800/13
822/10 854/24
predates [1] 791/19
prefer [7] 741/7 750/5
750/19 750/21 750/22
750/22 751/13
preference [3] 750/7
751/23 804/2
preferences [2] 741/9
799/1
prefers [2] 781/15
781/19
prejudicial [1] 846/14
preliminarily [1] 770/3
premier [5] 838/11
840/22 844/24 844/25
845/3
premium [13] 844/17
845/1 845/3 845/3

**P**

premium... [9] 845/5
845/6 845/6 845/6
845/7 845/7 845/8
845/13 845/16
preparing [1] 768/11
presence [1] 816/24
present [4] 736/11
763/14 821/3 860/5
presentation [1]
783/11
presented [6] 749/10
754/20 756/1 757/11
826/2 826/3
preset [1] 742/18
president [9] 771/2
773/4 773/6 805/9
820/20 822/16 835/15
841/24 842/3
presidents [3] 825/21
825/22 825/22
press [1] 858/19
presume [1] 835/11
pretty [1] 783/16
prevent [1] 799/8
prevented [1] 763/8
Prevents [1] 758/18
previous [1] 748/18
previously [2] 736/5
847/17
primary [3] 829/2
829/17 829/20
principle [3] 829/17
829/18 829/20
principles [1] 829/14
prior [2] 841/11 853/4
Priority [1] 829/12
privacy [22] 752/16
752/19 752/20 752/22
752/24 753/4 753/5
753/9 753/12 753/14
753/15 753/19 754/1
754/4 754/4 754/8
754/10 754/13 755/3
755/7 755/11 755/16
privacy-centric [2]
755/3 755/7
privileged [2] 795/24
795/24
probability [2] 740/23
741/2
probably [1] 836/14
probative [3] 846/10
846/13 846/14
problem [1] 778/9
procedure [1] 756/15
proceed [6] 840/2
852/16 852/18 861/13
861/16 862/19
proceedings [2] 863/9
864/5
proceeds [1] 823/19
process [4] 744/24
745/1 763/15 836/14
processed [1] 761/7
processes [3] 744/13
758/10 800/4

product [16] 738/1
739/1 739/2 740/1
741/12 742/24 743/18
747/21 748/9 755/9
755/11 763/2 782/19
811/2 820/20 835/20
products [7] 737/13
741/3 741/3 744/5
748/23 753/6 842/3
professor [10] 735/7
746/2 750/9 754/17
767/10 767/15 768/24
769/1 769/4 769/11
Professor Johnson [2]
769/4 769/11
Professor Rangel [4]
735/7 746/2 767/10
767/15
profitable [3] 747/24
748/11 757/2
programming [1]
784/10
prohibit [4] 799/4
801/2 802/14 850/11
prohibiting [1] 841/3
prohibition [1] 801/10
prohibitions [2] 760/20
799/6
project [1] 768/20
projection [1] 806/23
projections [2] 767/19
768/16
prominent [2] 737/12
805/21
promote [1] 742/9
promotion [1] 816/22
promotions [1] 800/4
proper [2] 750/23
769/17
proportion [2] 844/25
845/1
proposal [1] 844/6
proposed [2] 826/12
844/1
prospect [1] 831/13
protect [2] 749/19
825/6
protections [3] 777/21
805/16 816/22
provide [10] 747/12
750/3 750/24 808/2
808/12 810/9 814/1
814/9 816/17 816/21
provided [2] 745/20
860/21
provider [10] 737/21
819/13 819/16 820/11
837/6 837/21 856/23
857/10 857/15 857/16
provides [13] 757/20
759/18 777/24 781/24
784/22 794/24 795/1
795/3 802/3 810/6
847/2 847/5 851/21
providing [6] 736/21
756/19 760/3 763/8
763/9 851/17
provision [9] 760/5

760/9 764/22 800/9
837/8 837/14 838/20
839/11 857/12
provisions [20] 761/17
765/4 812/13 812/14
817/23 829/21 830/4
830/7 830/8 830/12
831/21 832/1 832/6
832/10 832/14 832/15
837/6 838/16 839/24
860/12
public [11] 747/13
757/23 757/24 772/15
839/18 840/8 846/4
860/7 860/19 860/22
861/5
publicly [2] 861/4
861/16
pull [9] 748/3 754/17
767/14 775/19 783/23
807/11 820/14 835/9
855/12
purchased [1] 766/17
purchases [2] 747/24
748/11
purport [1] 833/20
purports [1] 850/19
purpose [5] 764/20
764/22 765/1 765/16
765/17
purposes [4] 737/4
746/7 786/13 787/2
pursuant [1] 764/19
push [1] 832/5
pushed [4] 832/3
836/1 836/21 836/23
pushing [4] 836/12
836/16 836/20 836/24
put [20] 756/24 761/10
765/4 772/14 783/8
786/6 791/8 795/8
798/24 801/24 808/15
830/11 834/20 837/3
843/14 845/21 857/17
855/10 858/6 858/7
putting [1] 763/7

**Q**

QSB [1] 796/16
qualification [2] 750/17
754/11
qualifications [1]
742/20
qualified [1] 765/2
quality [9] 740/7 740/8
742/5 744/6 752/23
752/24 752/25 753/19
845/15
quantification [1]
752/13
quantifies [1] 739/11
quantify [2] 736/7
736/8
quantifying [2] 736/24
754/2
quantitative [1] 736/21
queries [3] 740/12
830/21 858/17

query [9] 738/18 739/4
740/15 798/3 856/18
856/23 857/7 858/25
859/3
quibbles [1] 747/19
quick [5] 770/1 796/13
796/16 797/22 822/13
quite [3] 743/1 772/5
852/12
quote [1] 821/18

**R**

raise [1] 842/7
range [1] 744/21
RANGEL [9] 734/3
735/5 735/7 739/23
746/2 767/8 767/10
767/15 769/20
rather [1] 739/7
re [1] 801/17
re-configure [1] 801/17
reach [2] 758/14
845/22
reached [1] 770/4
reaching [2] 740/20
753/4
reacts [1] 803/17
read [13] 744/17
744/20 747/7 760/23
761/4 761/6 761/8
761/19 762/17 776/8
793/4 801/15 835/22
reading [3] 762/15
776/8 839/10
reads [5] 777/20
777/24 784/21 800/2
806/10
ready [3] 735/3 787/22
861/21
real [2] 737/13 797/22
realizing [1] 758/25
really [2] 822/10
861/11
reason [4] 743/2
748/21 749/20 814/12
reasons [1] 765/18
recall [9] 751/21
767/10 768/19 768/22
808/7 816/7 832/7
832/9 854/24
receive [9] 818/15
818/19 819/5 819/9
819/17 823/19 823/22
823/23 846/21
received [1] 853/3
recently [1] 847/9
Recess [1] 787/20
recognition [1] 763/16
recollection [1] 768/17
recommend [2] 750/6
751/23
recommendation [8]
742/19 742/23 743/3
743/9 743/17 744/8
745/15 821/9
recommendations [3]
743/22 850/22 850/23
recommended [2]

742/10 782/12
reconsider [1] 842/19
record [6] 751/6 752/3
770/7 777/12 787/21
864/5
records [2] 770/15
812/20
red [6] 767/18 768/18
772/12 772/16 826/2
redacted [13] 772/15
775/19 782/3 793/1
799/14 805/17 806/11
806/19 817/1 828/7
841/16 853/6 854/10
redaction [1] 778/9
redactions [7] 778/11
788/1 788/1 813/13
816/15 820/15 846/5
redirect [4] 734/5
767/7 767/8 861/2
reducing [2] 747/24
748/11
refer [3] 759/18 768/16
786/10
reference [4] 761/20
762/21 765/10 788/16
referenced [1] 855/11
references [3] 744/3
754/20 784/25
referencing [3] 844/20
855/8 855/9
referred [7] 737/18
761/15 812/10 824/22
825/2 826/9 854/2
referring [7] 762/10
768/1 768/20 808/19
847/21 850/7 856/11
refers [12] 760/20
762/24 763/1 788/24
790/8 806/1 806/12
817/3 841/23 842/2
847/11 852/24
reflect [1] 799/1
reflected [1] 812/20
regarding [4] 753/4
754/7 765/4 765/5
register [1] 789/12
regular [1] 857/9
regularly [2] 810/22
811/4
regulated [1] 763/21
regulating [1] 763/22
regulators [1] 756/13
reinforce [1] 816/17
Reinforces [1] 777/20
reinforcing [1] 778/2
reinsert [1] 821/22
related [1] 783/8
relates [2] 809/2
845/25
relating [1] 846/8
relationship [4] 802/23
811/8 836/19 844/9
relative [3] 736/18
742/4 811/22
relay [1] 750/13
relevance [4] 808/16
846/3 846/6 846/17

# R

relevant [4] 742/24
762/5 762/12 846/9
rely [4] 781/8 781/13
785/15 785/17
relying [1] 767/24
REM [1] 805/1
remember [4] 745/7
761/16 770/7 838/22
remind [1] 740/14
reminders [1] 763/18
removal [1] 807/13
remove [5] 735/12
735/17 803/6 808/7
815/12
removed [5] 735/20
735/24 821/10 822/22
833/14
removing [3] 735/22
807/19 821/16
rendered [1] 798/7
renewed [1] 811/1
reopen [2] 861/3
861/16
repeat [4] 738/7 748/1
797/1 831/8
repeated [1] 744/3
repeating [1] 834/1
rephrase [1] 737/9
replacing [1] 789/15
report [2] 746/3 753/16
Reporter [3] 733/23
733/23 864/3
reporting [1] 821/8
reports [3] 737/19
811/4 841/20
representation [1]
791/4
representing [1]
849/20
represents [6] 778/21
779/21 785/10 789/9
789/19 796/24
request [9] 803/20
803/24 803/24 808/7
813/9 834/15 837/1
839/24 863/3
requested [4] 808/1
813/2 813/16 839/20
requests [1] 803/23
require [4] 750/23
793/21 794/14 795/5
required [20] 741/23
766/7 783/11 785/19
786/14 786/15 786/20
786/23 786/24 797/5
797/6 797/8 797/18
815/17 815/19 815/24
816/12 828/22 855/17
855/24
requirement [6] 759/2
781/10 793/24 797/16
813/3 813/9
requirements [17]
759/23 762/3 762/20
764/4 783/18 783/19
792/7 793/12 795/9

799/1 808/6 813/6
813/20 823/22 827/18
834/8 836/2
requires [8] 738/16
781/7 793/16 794/11
794/21 828/11 828/14
828/24
resetting [1] 859/5
resides [1] 785/5
respect [34] 740/1
751/19 752/10 775/6
778/2 780/20 781/1
791/3 792/4 792/7
792/9 792/12 799/12
802/24 804/2 804/4
808/3 808/4 809/3
812/11 812/24 815/15
815/23 822/5 830/7
831/5 831/9 832/21
833/11 834/8 836/10
836/13 837/24 845/11
respectful [1] 759/10
respond [1] 783/5
responded [3] 807/8
813/22 850/2
responding [2] 782/11
809/10
response [8] 798/4
815/9 834/17 842/10
843/20 843/21 844/1
856/3
responsibilities [1]
810/21
responsibility [2]
774/11 811/10
responsible [5] 773/13
773/16 775/23 811/7
811/9
restate [3] 747/25
748/1 770/6
restaurants [1] 850/22
restriction [2] 765/16
792/19
restrictions [3] 766/6
799/7 799/11
restricts [1] 792/17
results [11] 740/8
753/2 755/24 798/6
798/8 840/16 840/18
850/5 850/9 851/2
851/21
resume [1] 787/12
return [2] 753/1 764/3
returns [2] 770/2
840/16
rev [1] 829/8
revealing [1] 767/23
revenue [74] 774/1
774/9 774/16 774/17
774/19 776/24 777/2
777/8 777/10 777/14
777/21 805/1 805/2
805/13 806/21 816/4
816/6 816/10 816/11
816/16 816/21 817/3
817/7 817/10 817/24
818/6 818/8 818/11
818/15 818/19 818/22

819/5 819/7 819/9
819/12 819/14 819/16
819/17 819/19 819/22
819/25 820/3 820/6
821/22 823/3 823/11
823/13 823/19 823/23
823/23 824/4 824/10
824/13 825/5 827/15
827/25 828/8 828/17
829/24 830/13 831/14
831/16 832/2 835/21
836/1 836/4 836/15
837/15 838/4 838/7
845/22 849/9 850/13
854/9
revenues [2] 816/3
829/12
review [6] 746/16
750/18 768/11 796/1
796/4 825/16
reviewed [4] 743/15
768/13 768/19 816/13
reviews [1] 762/14
revise [1] 824/24
revised [1] 825/5
RICHARD [1] 732/16
rid [1] 764/18
right [179]
risk [2] 747/24 748/11
risks [1] 825/6
role [4] 773/4 792/3
792/5 841/6
rolling [2] 778/12
824/19
Romanette [1] 801/1
Rosenberg [1] 799/22
rough [1] 789/1
row [1] 797/13
royalty [1] 763/25
royalty-free [1] 763/25
RSA [43] 775/21 776/4
776/13 776/15 776/18
776/19 776/21 777/20
778/2 778/3 778/5
810/25 817/17 817/18
818/12 819/10 820/9
824/16 824/22 824/24
825/3 825/9 825/12
825/24 825/25 826/13
826/18 826/20 826/24
827/1 832/15 838/5
841/5 841/6 842/22
843/5 843/6 845/24
850/11 852/7 852/21
852/25 856/11
RSA's [1] 837/5
RSAs [8] 794/6 817/22
822/24 831/22 837/20
847/3 847/6 850/11
ruling [1] 822/5
run [3] 806/14 806/16
823/19
rundown [1] 805/20
Russia [6] 755/24
756/12 782/24 783/6
783/9 810/3
Russian [4] 808/24
808/24 809/25 810/10

Russian-distributed [1]
808/24

# S

S Finder [7] 849/4
849/7 849/11 849/11
849/16 849/21 849/24
S23 [1] 823/18
Sabharwal [1] 807/4
Safari [6] 739/14 758/7
766/16 767/19 768/3
768/4
safe [3] 769/23 835/12
853/1
sale [1] 775/3
SALLET [1] 732/20
same [12] 735/15
739/17 739/19 753/25
754/9 755/14 765/18
769/24 795/10 803/1
815/23 858/14
Samsung [90] 744/25
758/19 759/15 761/13
763/9 765/5 765/9
774/23 775/2 791/17
803/4 803/9 808/1
810/20 810/20 810/22
810/24 811/5 811/7
811/11 811/13 811/19
811/25 812/2 812/4
812/8 812/11 812/15
812/24 813/2 813/9
815/11 815/16 815/21
819/25 823/18 824/9
833/20 833/25 834/6
834/7 834/13 835/2
835/17 835/18 835/20
835/25 836/10 836/12
837/1 837/12 841/5
841/6 841/15 842/7
842/21 843/5 843/16
843/23 843/23 844/2
844/6 844/9 844/22
844/24 845/2 845/11
845/12 845/22 847/9
847/10 847/13 847/14
847/17 847/19 848/13
848/25 849/3 851/6
852/24 853/3 854/13
855/17 855/25 856/11
857/14 857/18 857/25
858/2 858/18
Samsung's [10] 765/21
774/17 811/16 813/16
834/15 842/2 843/9
850/11 854/3 858/11
satisfaction [2] 747/24
748/11
save [2] 750/7 752/2
saw [1] 751/16
saying [5] 759/2 760/7
760/15 834/13 845/11
SBrowser [8] 765/20
767/4 856/5 856/8
857/4 857/8 857/15
858/9
SCHMIDTLEIN [9]
733/2 734/4 735/2

742/6 767/11 768/23
814/21 815/2 863/1
School [1] 769/2
scope [3] 752/21
753/16 810/21
screen [56] 736/11
736/13 736/20 737/12
738/20 740/22 749/1
750/11 755/23 756/1
756/20 759/6 761/10
772/15 775/20 783/24
789/5 790/20 790/22
790/22 790/23 791/2
793/17 793/22 793/25
794/12 794/15 794/22
795/6 796/11 796/14
796/20 797/3 797/9
797/17 797/21 800/18
801/6 802/4 802/7
802/7 803/7 805/17
806/2 806/3 806/4
806/5 807/25 813/7
815/3 815/12 815/18
815/25 816/25 840/5
843/14
screens [7] 756/4
756/11 756/12 756/15
779/23 779/23 805/22
scroll [1] 858/23
seal [1] 771/4
search [242]
search's [2] 752/23
754/4
searches [5] 735/25
753/1 791/6 823/19
850/24
searching [7] 755/14
798/1 848/15 850/21
851/7 851/14 851/16
seat [1] 748/23
second [10] 736/2
742/2 742/4 762/8
785/25 806/9 809/13
821/12 844/1 847/7
section [21] 732/21
749/21 760/22 760/23
760/25 761/23 762/3
762/7 762/10 762/12
762/19 764/20 765/1
793/12 793/15 794/11
794/21 800/1 800/3
800/7 800/16
secure [2] 820/10
831/7
secured [5] 805/21
820/12 820/13 831/6
831/10
Secures [1] 777/17
securing [3] 831/2
831/11 831/13
security [1] 753/6
seeing [2] 768/19
808/7
seeking [2] 749/23
770/15
seems [1] 851/7
sees [1] 843/23
select [7] 738/12 739/3

879

**S**

select... [5]  739/6
744/11 748/25 756/5
858/24
selected [11]  743/8
743/8 748/23 749/5
749/6 755/12 755/14
755/17 756/22 756/25
757/1
selecting [6]  737/21
740/20 740/23 744/14
795/3 857/10
selection [15]  736/13
736/20 737/25 739/8
739/21 744/18 744/24
856/9 856/14 857/4
857/6 857/7 857/16
857/19 857/20
selects [2]  758/7 795/4
sell [2]  830/1 844/17
selling [1]  845/19
sells [1]  844/24
seminal [1]  747/4
send [2]  842/6 858/1
senior [2]  825/22
841/24
senior/executive [1]
825/22
sense [6]  736/18 742/2
744/21 766/4 861/8
861/9
sensitive [2]  809/20
857/20
sent [9]  757/16 821/25
822/21 843/11 853/21
854/13 854/16 854/19
857/24
sentence [6]  748/8
748/12 748/12 748/13
748/19 749/2
September [4]  732/5
821/25 822/2 859/15
September 2014 [2]
822/2 859/15
September 4th [1]
821/25
sequence [1]  822/25
sequencing [1]  822/11
serve [6]  808/9 809/15
809/18 810/2 810/4
810/7
servers [1]  789/12
service [11]  747/13
747/22 748/9 839/11
840/12 840/13 840/14
840/16 840/22 846/1
857/21
service is [1]  839/11
services [38]  775/12
775/13 775/17 777/22
781/21 783/25 784/2
784/7 784/24 785/4
785/16 785/25 786/7
786/17 787/2 787/4
810/8 816/22 818/4
818/7 838/17 841/3
850/8 850/12 850/16

850/16 854/17 854/22
854/23 855/1 855/2
855/4 855/5 855/6
855/7 855/8 855/9
856/19
Services/GMS [1]
783/25
serving [2]  753/9 753/9
session [24]  732/7
771/5 771/23 771/24
772/6 812/17 812/21
812/24 835/9 835/9
839/17 839/25 852/13
858/6 860/11 860/19
860/20 860/22 860/25
861/1 861/14 861/25
862/11 862/13
set [30]  736/2 748/14
749/10 749/14 751/8
751/25 760/8 764/17
784/7 784/9 784/22
786/11 786/12 787/2
792/10 794/3 797/11
809/21 818/12 823/1
828/7 828/25 829/2
829/5 830/17 837/10
837/16 854/20 857/14
860/19
sets [3]  760/1 809/15
832/19
setting [7]  747/14
747/16 792/3 794/9
820/6 831/15 857/22
settings [10]  738/22
754/10 763/19 766/12
766/20 766/21 800/20
848/4 848/5 857/9
seven [3]  828/6 834/10
835/8
several [5]  746/19
789/1 790/5 805/14
848/17
shades [1]  826/18
Shall [1]  782/23
share [73]  755/18
774/1 774/9 774/16
774/17 774/19 776/24
777/2 777/8 777/10
777/14 805/1 805/2
805/13 806/21 816/4
816/7 816/10 816/11
816/16 816/21 817/4
817/7 817/10 817/24
818/6 818/8 818/11
818/15 818/19 818/22
819/5 819/7 819/9
819/12 819/14 819/16
819/17 819/19 819/22
819/25 820/3 820/7
821/22 823/3 823/11
823/13 823/19 823/23
823/23 824/4 824/11
824/13 825/5 827/15
827/25 828/8 828/17
829/9 830/13 831/14
832/2 835/21 836/1
836/4 836/15 837/15
838/4 838/7 845/22

849/9 850/13 854/9
shared [1]  795/25
shares [2]  816/3
829/24
sheet [1]  850/4
shoes [1]  850/23
short [3]  740/24
740/25 810/15
short-term [1]  740/25
shortly [1]  787/12
show [12]  745/25
775/18 775/20 795/18
804/21 808/16 809/11
846/3 846/16 850/21
850/23 853/6
showed [2]  740/13
757/4
showing [2]  767/18
853/23
shown [3]  756/6 759/6
759/17
shows [4]  757/18
796/21 806/20 854/5
side [7]  762/7 776/11
796/14 797/3 797/21
828/2 828/3
Sidney [2]  804/23
807/1
sign [4]  776/12 778/23
781/12 816/10
signed [7]  759/12
799/20 799/22 805/13
807/2 819/12 840/23
significant [1]  755/10
similar [1]  840/14
similarly [1]  755/17
simple [1]  749/24
simplifying [2]  747/23
748/10
simply [1]  779/25
sits [1]  837/14
sitting [1]  792/11
situation [1]  809/25
six [5]  761/25 783/14
826/11 826/14 826/15
skip [1]  778/10
slide [58]  754/18
754/20 757/5 757/11
758/11 758/18 761/15
763/7 763/15 765/3
765/3 765/4 767/14
767/14 767/18 775/21
776/6 776/12 777/16
778/7 778/11 782/4
782/12 782/14 783/15
783/24 784/1 785/20
786/1 788/1 788/2
788/10 790/6 790/11
795/19 795/22 796/3
796/9 796/9 797/13
798/17 799/19 816/14
816/16 816/19 816/20
825/16 826/2 826/3
826/15 826/17 827/12
828/6 829/11 853/11
854/2 854/6 854/10
slides [3]  754/17
757/10 782/23

slightly [1]  758/22
slow [2]  781/18 844/18
slows [1]  762/15
small [2]  755/22 756/2
smartphone [3]  791/25
803/10 808/14
snap [3]  804/13
804/17 804/19
softening [3]  821/13
821/16 821/18
software [6]  737/14
738/16 738/17 784/12
784/16 799/11
sold [1]  803/10
solemnly [1]  771/7
solution [1]  750/11
somebody [5]  741/5
764/16 780/1 807/12
814/8
somebody's [1]  834/1
somehow [2]  738/20
801/20
someone [3]  750/6
751/23 832/20
sometimes [2]  786/9
826/8
somewhat [1]  810/11
somewhere [1]  747/19
sophisticated [1]
742/25
sorry [40]  742/6
743/15 747/25 748/18
762/15 777/9 777/9
779/25 781/19 784/6
785/25 786/18 786/22
787/15 789/4 789/7
789/21 796/2 796/6
796/12 797/1 797/22
801/9 818/17 818/21
826/23 827/4 827/13
829/14 832/12 832/14
839/9 839/12 841/1
841/22 844/18 850/18
853/9 855/3 855/21
sort [13]  737/11
737/15 737/15 739/20
747/3 751/8 759/4
761/19 765/5 808/23
828/2 847/1 860/23
sounds [3]  769/14
783/16 858/10
source [1]  829/3
sources [1]  758/23
South [1]  811/11
space [1]  759/1
speak [6]  772/16
784/17 803/15 838/2
839/24 851/23
speaking [5]  759/9
771/3 775/6 837/23
856/24
specific [38]  735/21
736/8 738/15 751/21
758/9 759/17 760/5
760/11 760/12 763/15
764/12 766/8 767/23
785/2 785/3 792/16
801/18 807/1 812/13

812/14 812/23 813/4
825/25 832/9 833/3
833/7 838/2 838/20
838/25 839/10 839/19
839/21 839/24 840/11
845/25 848/19 849/16
851/19
specifically [8]  739/3
743/23 754/15 813/19
821/8 823/6 831/5
838/23
specifics [2]  765/13
839/25
spelled [1]  792/22
spent [1]  768/13
sphere [1]  792/4
spills [1]  749/22
spoke [1]  809/2
spring [3]  773/16
775/24 791/22
stages [1]  758/24
stalemate [1]  842/24
standard [1]  803/18
standpoint [1]  811/9
stands [2]  784/10
798/18
start [13]  741/16
741/18 759/8 772/6
778/20 782/4 805/3
812/13 834/21 844/6
860/24 862/22 862/23
started [1]  824/24
starting [1]  862/5
starts [1]  748/8
state [4]  732/20 766/4
813/22 815/9
statement [4]  751/18
759/6 822/11 863/1
statements [1]  834/14
STATES [13]  732/1
732/3 732/10 754/24
770/1 771/1 775/4
777/1 777/13 792/1
803/10 808/23 810/3
stating [2]  740/20
857/3
statistics [1]  757/4
status [3]  854/3 854/9
857/8
staying [2]  813/23
815/10
stays [1]  760/21
step [2]  774/22 818/23
stepping [1]  763/23
steps [3]  735/16
735/18 834/16
still [5]  755/14 779/16
806/16 806/17 808/2
stop [1]  852/17
store [15]  780/2
780/10 784/21 785/5
790/7 794/11 794/14
794/18 794/19 795/2
813/23 815/10 815/15
816/25 833/2
stores [1]  780/4
strategic [2]  825/6
843/24

## S

strategically [1] 844/3
strategy [8] 782/9
782/19 782/21 792/3
792/7 792/9 792/12
846/25
strays [1] 838/7
Street [3] 732/14
732/18 733/3
strike [12] 775/2 782/1
785/6 800/1 852/22
852/24 853/2 854/9
854/16 854/19 855/11
858/1
strikes [6] 852/7
852/21 853/3 854/13
854/22 854/24
stringently [2] 813/23
815/10
strongly [1] 836/1
structure [13] 823/2
824/17 824/19 824/21
824/25 825/2 825/5
825/12 826/12 826/17
826/18 827/17 827/19
structured [1] 824/12
structures [1] 825/25
structuring [1] 847/3
subject [8] 765/9
804/25 820/23 834/24
841/22 841/22 855/17
855/24
subsection [2] 762/6
793/16
subsequently [1]
749/22
substantial [1] 753/13
subtract [1] 740/10
succeed [2] 829/25
845/18
success [1] 812/3
successful [1] 812/2
successfully [4] 781/23
817/20 844/17 845/20
suggest [1] 807/18
suggested [4] 757/17
821/2 821/13 821/21
suggesting [1] 846/12
suite [2] 732/24 763/25
summarize [1] 783/20
summary [5] 770/2
770/12 770/15 783/17
835/23
Sundar [2] 792/6
807/13
supervisor [2] 805/7
842/6
support [4] 784/22
785/1 785/7 844/16
supposedly [1] 833/25
sure [30] 738/8 744/1
748/3 749/18 758/16
777/12 784/7 786/19
792/15 795/9 797/2
798/9 807/20 813/5
822/10 822/12 822/18
829/1 833/22 837/22

surprised [1] 800/14
surveys [1] 799/3
suspect [1] 842/12
sustain [1] 764/23
Suwon [2] 811/11
811/17
swear [1] 771/7
swipe [4] 790/25
797/11 806/3 806/5
switch [2] 810/19
816/3
switching [3] 765/25
766/1 766/11
syndication [1] 772/23
system [1] 779/21

## T

T-Mobile [1] 819/23
tab [1] 757/10
tablet [1] 735/20
tabs [1] 854/17
talk [15] 749/12 758/23
774/21 784/16 788/2
792/16 803/17 810/19
816/3 816/4 820/9
852/7 852/21 855/11
860/2
talked [2] 805/25
805/25
talking [9] 735/11
753/2 758/12 761/5
790/8 795/9 798/13
805/3 812/13
talks [1] 850/21
team [10] 773/18
782/10 782/21 807/2
820/24 835/16 846/24
846/25 847/1 847/8
teams [2] 773/18
835/20
technology [2] 850/19
850/24
telecom [1] 824/7
template [2] 800/15
838/5
tends [1] 742/24
tense [1] 763/14
term [13] 737/7 737/18
740/24 740/25 741/16
786/25 802/1 818/24
819/10 820/12 850/4
852/21 852/25
terminology [1] 755/3
terms [24] 747/10
754/1 771/4 772/13
774/10 797/5 801/5
802/15 803/2 803/18
803/21 804/19 812/8
812/23 820/6 839/22
840/7 840/8 841/6
843/4 843/5 845/24
852/9 861/18
testified [4] 752/14
752/18 758/23 816/6

testify [6] 757/18 758/1
764/21 765/17 766/4
766/9
testifying [2] 742/3
809/6
testimony [17] 744/4
753/12 758/20 759/25
760/3 760/4 768/12
769/21 770/3 771/8
787/14 787/16 812/14
859/21 862/8 862/10
862/13
thanks [1] 851/24
the plus [1] 805/25
theirselves [1] 749/19
thereafter [1] 824/20
therefore [3] 739/12
753/13 761/19
thinking [5] 758/25
766/4 766/9 860/7
860/8
third [11] 752/17 758/3
758/8 769/14 785/12
785/15 786/3 829/3
847/16 855/11 862/3
third-party [5] 758/3
785/12 785/15 786/3
829/3
though [4] 793/6 832/2
833/11 838/10
thousand [2] 785/21
845/7
thousands [1] 786/3
thread [1] 848/22
three [18] 749/22
758/24 778/7 788/2
788/10 789/6 790/4
790/6 790/6 799/25
807/3 807/8 808/18
809/8 826/12 835/1
854/12 854/19
throughout [2] 766/8
819/10
Thursday [1] 862/1
thus [1] 772/4
tied [1] 809/5
tier [15] 826/22 826/23
826/24 826/24 827/21
827/24 827/24 829/6
829/12 837/18 838/11
838/11 840/22 841/2
850/14
tiered [1] 825/9
tiering [1] 824/12
tiers [4] 826/12 826/20
827/8 838/10
times [2] 747/7 832/9
title [3] 758/18 783/24
820/20
titled [11] 775/21 776/6
778/7 783/15 788/3
795/19 796/9 825/16
826/11 829/11 854/9
TL [3] 834/11 835/22
835/25
today [7] 753/24
768/21 771/5 777/2
777/13 792/11 815/16

together [7] 761/20
763/7 765/4 775/2
776/15 844/15 845/12
toggle [1] 858/21
toggled [1] 858/22
tomorrow [9] 852/16
859/20 860/2 861/14
861/19 861/22 862/12
862/19 862/23
tomorrow's [4] 861/24
862/1 862/1 862/3
took [2] 834/16 841/8
tool [1] 742/12
top [8] 755/21 758/24
782/5 785/21 798/17
804/22 826/17 829/12
topic [1] 752/17
topics [1] 847/5
toward [1] 850/20
towards [2] 753/13
796/21
track [1] 748/5
trade [3] 740/21
753/18 753/22
trade-offs [2] 753/18
753/22
traditionally [2] 775/16
776/19
transcript [2] 732/9
864/4
translate [1] 747/10
traveled [1] 811/13
travels [1] 769/23
tray [2] 802/7 807/25
treated [2] 849/15
857/12
TRIAL [1] 732/9
triangle [1] 778/21
tried [3] 736/7 736/17
744/20
tries [1] 747/9
trigger [1] 818/22
triggered [1] 853/21
true [4] 739/17 739/19
825/1 864/4
truth [6] 769/8 769/9
771/8 771/9 771/9
834/13
try [5] 751/1 751/7
752/9 793/11 845/9
trying [18] 736/12
736/19 750/24 760/6
760/19 763/16 769/14
769/17 783/20 797/2
803/17 812/14 832/7
845/12 845/14 845/14
851/8 860/23
trying to [1] 797/2
turn [4] 752/15 761/22
765/3 767/14
turns [1] 766/19
two [32] 767/22 767/24
768/2 772/1 773/22
773/23 774/2 774/4
774/7 774/23 776/6
776/8 776/11 777/16
778/13 782/15 786/10
786/25 787/8 795/1

795/3 795/22 821/12
834/24 836/2 836/14
836/10 854/5 854/16
854/23 854/25 861/22
two-click [2] 795/1
795/3
two-year [2] 778/13
836/14
Tyler [1] 732/23
type [7] 739/9 750/11
765/19 766/7 766/22
847/20 858/17
types [2] 741/8 750/15
typical [1] 796/10
798/22 837/8
typically [4] 809/23
811/2 849/25 850/13
typing [1] 856/18

## U

U.S [3] 732/13 732/17
733/24
ubiquitous [1] 848/25
Uh [1] 830/15
UI [2] 802/12 807/24
ultimate [1] 792/7
792/8 792/12
Ultimately [1] 846/11
ultra [2] 845/5 845/7
unavailable [1] 812/5
unavoidable [2] 738/17
748/23
under [14] 749/8 789/6
790/7 816/15 817/1
828/10 828/14 828/22
828/24 830/7 834/11
835/21 837/5 840/20
underlying [2] 770/15
770/22
underlying documents
[1] 770/22
underneath [1] 788/13
understood [3] 748/13
834/15 850/24
unfortunately [2]
772/10 852/11
Union [2] 783/3 822/8
unique [3] 798/10
810/1 810/12
unit [2] 844/7 844/20
UNITED [13] 732/1
732/3 732/10 754/24
770/1 771/1 775/4
777/1 777/13 792/1
803/10 808/23 810/3
University [1] 769/2
unless [3] 746/8 778/6
855/8
unlike [1] 758/6
unlikely [1] 756/25
up [39] 741/2 747/15
747/16 748/3 749/14
754/17 756/7 757/18
757/23 760/14 761/9
764/18 767/14 771/19
775/20 778/12 783/23
789/14 790/23 796/11
807/11 808/2 808/3

**U**

up... [16]  809/5 814/23
815/3 820/14 820/24
834/20 840/5 841/13
843/21 855/12 857/14
858/2 858/7 858/8
859/9 860/19
update [4]  778/12
820/23 856/4 856/8
updated [1]  857/4
upgrade [2]  855/18
855/25
upgrades [1]  836/2
upon [2]  756/13
856/17
upper [2]  797/21
811/16
UPX1011 [5]  734/20
853/6 853/16 854/5
855/10
UPX10111 [1]  853/18
UPX1077 [4]  825/15
825/16 826/2 826/15
UPX125 [5]  782/2
783/23 786/6 787/25
788/2
UPX129 [4]  775/18
791/8 816/13 818/14
UPX314 [2]  846/3
846/17
UPX5399 [1]  839/3
UPX558 [5]  734/19
832/11 833/17 834/18
834/21
UPX608 [3]  804/21
805/4 808/15
UPX616 [3]  820/14
820/15 822/21
UPX643 [3]  841/15
841/17 842/5
UPX7001 [3]  734/17
770/9 770/13
UPX741 [4]  813/12
813/13 814/3 816/2
UPX76 [3]  795/18
795/18 798/24
UPX809 [4]  734/18
808/16 810/13 810/16
UPX853 [3]  855/12
855/14 858/6
usage [3]  740/8 741/9
799/2
use [15]  740/2 741/19
742/24 746/7 749/1
749/2 760/17 765/13
775/9 785/18 785/19
785/21 792/19 801/13
810/10
used [9]  742/8 742/12
749/14 785/24 786/3
786/9 787/7 820/10
851/22
useful [2]  754/12 756/3
user [34]  737/16
738/20 738/21 738/21
739/3 740/5 741/2
764/17 779/21 781/22

795/4 800/5 800/17
800/20 800/23 800/25
801/2 802/5 802/6
808/13 809/14 809/22
809/24 830/20 831/19
833/1 856/17 856/21
857/10 857/14 857/23
858/18 858/22 859/2
user's [3]  857/16
857/18 857/20
users [15]  741/8
743/22 753/25 755/12
755/13 755/17 755/25
758/21 760/9 760/10
763/10 781/8 781/14
784/14 818/9
uses [1]  786/25
using [7]  741/18
745/11 763/13 768/6
768/7 791/21 859/2
usually [3]  804/5
809/24 824/7
utilities [3]  781/17
784/18 829/1
utility [1]  850/1
UX [1]  812/10

**V**

valuable [3]  749/5
830/22 831/24
value [3]  740/10
846/11 846/13
Varian [1]  770/3
variance [1]  803/20
variances [1]  804/12
variation [1]  808/5
various [9]  751/7
757/24 762/21 774/10
796/11 817/24 826/18
828/8 830/18
vary [3]  740/13 742/16
803/18
vast [1]  812/8
Veer [4]  782/17 782/19
782/23 783/5
verbal [1]  783/5
verbally [1]  782/25
Verizon [3]  819/22
862/9 862/15
vernacular [1]  755/6
versa [1]  764/14
version [1]  778/9
versions [1]  772/15
versus [8]  827/14
827/20 829/25 833/3
836/5 839/17 849/25
860/7
via [1]  779/17 779/18
780/5 795/3 798/5
816/24 844/16 844/20
851/18
vice [12]  764/14 771/2
773/4 773/6 820/20
822/15 825/21 825/22
825/22 835/15 841/24
842/3
view [2]  742/10 753/22
views [1]  844/2

violate [1]  759/9
visual [1]  791/4
voice [1]  783/12
voice-over [1]  783/12
volume [1]  735/25

**W**

waived [1]  841/2
waiver [5]  803/20
803/23 804/9 813/2
813/9
waivers [3]  804/7
807/24 815/14
want to [1]  852/8
Washington [5]  732/5
732/14 732/18 733/3
733/25
waste [3]  830/25 831/7
831/11
way [21]  735/15 737/7
738/18 740/19 744/13
755/14 756/17 763/22
765/14 770/18 800/14
824/12 828/1 839/4
840/23 849/20 850/10
853/1 858/14 858/14
861/10
ways [5]  740/19
786/10 811/25 812/5
823/3
Wear [2]  844/15
845/17
web [2]  840/17 840/18
Webb [1]  732/23
website [1]  801/12
Weeks [1]  834/24
weigh [2]  804/1 849/2
weighing [1]  804/4
welcome [2]  735/2
771/12
welfare [6]  739/10
742/1 750/15 750/16
751/3 753/11
well-being [1]  740/9
well-designed [2]
747/21 748/9
what's [10]  786/13
827/13 832/17 846/6
848/3 848/6 848/7
850/24 851/9 853/9
whenever [3]  787/22
790/25 808/2
who's [2]  769/15 852/2
whole [3]  771/9 783/22
857/21
whose [1]  785/4
wide [9]  823/7 823/25
824/9 824/14 825/10
825/12 827/5 830/5
830/6
widget [34]  735/17
790/18 791/3 791/4
791/7 793/16 793/21
793/25 794/3 794/7
794/9 795/3 795/12
796/18 800/17 801/5
802/10 802/11 803/6
803/11 813/6 813/23

815/10 815/12 815/15
815/17 815/22 815/25
816/24 818/2 832/22
833/11 833/12 833/14
833/25 834/2 835/17
Williams [1]  733/2
withdraw [2]  769/18
853/13
within [19]  744/19
749/6 755/17 773/19
784/19 785/4 787/1
791/7 799/12 812/7
825/20 833/21 837/12
838/1 839/23 845/1
848/18 851/7 856/10
without [17]  736/24
750/6 751/23 766/20
767/23 779/10 779/12
779/14 779/16 780/8
780/20 780/23 815/14
830/25 839/10 848/8
857/22
witness [9]  734/2
762/14 770/2 771/19
814/13 814/15 814/24
860/5 861/22
wondering [2]  849/7
849/24
word [3]  749/13 792/19
804/18
words [5]  753/24
757/23 765/19 839/17
851/12
work [13]  737/4 743/5
747/4 749/15 751/1
753/5 773/8 774/16
774/17 776/15 811/13
844/14 845/12
worked [3]  772/19
773/1 773/18
working [3]  795/25
853/24 853/25
workings [1]  744/6
world [2]  743/4 815/11
worried [1]  769/13
worry [1]  750/21
write [4]  807/12 809/14
848/12 848/24
writes [3]  782/23
805/19 847/16
writing [2]  762/15
783/9
written [4]  747/4
768/24 829/22 840/24
wrote [2]  842/11
842/18

**Y**

Yahoo's [1]  754/4
year [8]  778/13 788/23
788/25 789/2 817/6
817/7 836/14 844/22
years [6]  766/17
772/20 772/22 789/1
820/10 823/4
yellow [1]  759/4
Yelp [2]  850/22 851/7
yesterday [2]  757/11

758/23
Yoo [2]  862/12 862/16
Yoon [3]  835/17
835/18 835/19
York [1]  732/25
you go [1]  748/17
you say [1]  851/11
Young [1]  813/14

**Z**

zoom [6]  776/7 778/12
793/15 794/10 795/22
800/1