# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | Case No. 1:20-cv-03010 (APM) |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| Google LLC, | |
| Defendant. | |
| State of Colorado, *et al.*, | Case No. 1:20-cv-03715 (APM) |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| Google LLC, | |
| Defendant. | |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Wendy H. Waszmer hereby withdraws as attorney of record for defendant Google LLC ("Google") in the above-captioned matters upon her retirement from the firm today. Wilson Sonsini Goodrich & Rosati, P.C. will continue as counsel for Google.

Dated: May 8, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

<u>s/ *Wendy H. Waszmer*</u>
Wendy H. Waszmer
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (866) 974-7329
Email: wwaszmer@wsgr.com

*Counsel for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

     I certify that on this 8th day of May 2024, I caused the foregoing Withdrawal of Appearance to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the CM/ECF system.

                                              s/ *Wendy H. Waszmer*
                                              Wendy H. Waszmer

Dated: May 8, 2024