IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                      Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Scott R. Ryther hereby withdraws as attorney of record for Plaintiff Utah Office of the Attorney General in the above-captioned matter. Plaintiff State of Utah will continue to be represented by Marie W.L. Martin who has filed an appearance in this matter.

Dated: May 10, 2024

                                              Respectfully submitted,

                                              */s/ Scott R. Ryther*
                                              Scott R. Ryther

                                              Utah Office of the Attorney General
                                              160 E. 300 South, Fifth Floor
                                              Salt Lake City, UT  84114
                                              Telephone: (385) 881-3742
                                              sryther@agutah.gov