IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,   )
                                    )
          Plaintiffs,               )
                                    )      CV No. 20-3010
      vs.                           )      Washington, D.C.
                                    )      September 18, 2023
GOOGLE LLC,                         )      9:30 a.m.
                                    )
          Defendant.                )      Day 5
_____)      Morning Session


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

```
APPEARANCES:

For DOJ Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov

                             Lara E.V. Trager
                             U.S. DEPARTMENT OF JUSTICE
                             Antitrust Division
                             450 5th Street NW
                             Washington, D.C. 20001
                             (202) 598-2685
                             Email: lara.trager@usdoj.gov

For Plaintiff
State of Colorado:           Jonathan Bruce Sallet
                             COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
                             Antitrust Unit
                             Ralph L. Carr
                             Colorado Judicial Center
                             1300 Broadway
                             Suite 7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: jon.sallet@coag.gov

                             William F. Cavanaugh, Jr.
                             PATTERSON BELKNAP
                             WEBB & TYLER LLP
                             1133 Avenue of the Americas
                             Suite 2200
                             New York, NY 10036-6710
                             (212) 335-2793
                             Email: wfcavanaugh@pbwt.com

For Defendant Google:        John E. Schmidtlein
                             Graham Safty
                             Kenneth Charles Smurzynski
                             WILLIAMS & CONNOLLY LLP
                             725 12th St., NW
                             Washington, D.C. 20005
                             (202) 434-5000
                             Email: jschmidtlein@wc.com
```

APPEARANCES CONTINUED:

Court Reporter:                     William P. Zaremba
                                    Registered Merit Reporter
                                    Certified Realtime Reporter
                                    Official Court Reporter
                                    E. Barrett Prettyman CH
                                    333 Constitution Avenue, NW
                                    Washington, D.C. 20001
                                    (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

WITNESSES            DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

BRIAN HIGGINS        1020  1084   1110
BRIAN HIGGINS        1078         1117
JERRY DISCHLER       1126

– – –

INDEX OF EXHIBITS

– – –

PLAINTIFF'S                              ADMITTED

UPX1026                                    1053

UPX0947                                    1057

UPX306                                     1060

UPX495                                     1063

UPX304                                     1066

UPX642                                     1070

PROCEEDINGS

1    COURTROOM DEPUTY:  All rise.  The Honorable

2    Amit P. Mehta presiding.

3    THE COURT:  Good morning, everyone.

4    COURTROOM DEPUTY:  Please be seated and come to

5    order.

6    Good morning, Your Honor.  This is Civil Action

7    20-3010, United States of America, et al. versus Google LLC.

8    Kenneth Dintzer for the DOJ Plaintiffs.

9    Jonathan Sallet and William Cavanaugh for

10   Plaintiff States.

11   John Schmidtlein on behalf of Google.

12   THE COURT:  Okay, everyone.  Good morning and

13   welcome back.  I hope everybody had a nice weekend.

14   All right.  Anything we need to discuss

15   preliminarily before we plow forward?

16   MR. DINTZER:  Nothing for the DOJ Plaintiffs,

17   Your Honor.

18   MR. CAVANAUGH:  No, Your Honor.

19   MR. SCHMIDTLEIN:  No, Your Honor.

20   THE COURT:  All right.  We're ready then with the

21   plaintiffs' next witness.

22   MS. TRAGER:  Good morning, Your Honor.

23   Laura Trager for the United States.

24   THE COURT:  Sorry, last name again.

1    MS. TRAGER:  Trager, T-r-a-g-e-r.

2    THE COURT:  Ms. Trager, good morning.

3    MS. TRAGER:  The United States calls Brian Higgins

4  of Verizon.

5    COURTROOM DEPUTY:  Please raise your right hand.

6    (Witness is placed under oath.)

7    COURTROOM DEPUTY:  Thank you.

8    THE COURT:  All right.  Mr. Higgins, welcome.

9    THE WITNESS:  Thank you.

10    THE COURT:  Ready when you are, Ms. Trager.

11    MS. TRAGER:  Your Honor, we have prepared binders

12  for the witness and the Court.  May I approach?

13    THE COURT:  Yes, you may.

14    MS. TRAGER:  Your Honor, I'd also like to note

15  that I understand Verizon's counsel, Judith Zahid of Zelle

16  Law is also here for Verizon and the witness.

17    THE COURT:  Ms. Zahid.

18    MS. ZAHID:  Good morning, Your Honor.

19    THE COURT:  Good morning.

20    MS. TRAGER:  And, Your Honor, as we have raised, a

21  portion of Mr. Higgins' exam will be in closed session

22  pursuant to the Court's practices due to confidentially

23  designations.

24    THE COURT:  Okay.

25

```
 1                         - - -

 2   BRIAN HIGGINS, WITNESS FOR THE PLAINTIFFS, SWORN

 3                  DIRECT EXAMINATION

 4                         - - -

 5   BY MS. TRAGER:

 6       Q    Good morning, Mr. Higgins.

 7       A    Good morning.

 8       Q    As a housekeeping matter, I just handed you a

 9   binder with some documents.  I'll let you know when we're

10   going to turn to those.

11       A    Okay.

12       Q    And, first, would you please say and spell your

13   full name for the record?

14       A    Sure.  It's Brian Higgins.  B-r-i-a-n,

15   H-i-g-g-i-n-s.

16       Q    And where do you work?

17       A    I work at Verizon.

18       Q    And, just briefly, have you and I met before?

19       A    No.

20       Q    And did you talk about the substance of your

21   testimony here today with anyone other than your attorneys?

22       A    No.

23       Q    Did you speak with anyone from Google about your

24   testimony?

25       A    No.
```

1    Q    How long have you worked at Verizon?

2    A    Since 1995.

3    Q    And that puts you at approximately how many years?

4    A    28 years.

5    Q    What is your current title?

6    A    Current title is chief customer experience

7    officer.

8    Q    First, would you please briefly describe Verizon's

9    consumer business in the United States?

10   A    Sure.

11        So the consumer business is made up of two primary

12   segments, you have mobile and then you have home.  And so we

13   provide on the mobile side connectivity and selling devices,

14   servicing those devices, all the end customer support.

15        And then in the home, in a similar fashion, we do

16   all the broadband connectivity, provide pay TV as well,

17   streaming services, and all the hardware that goes with that

18   as well.

19   Q    And we'll be focusing today on the mobile devices.

20   A    Yep, understood.

21   Q    Please describe your current responsibilities as

22   chief customer experience officer.

23   A    So for this role, I have responsibility for all

24   the user experience, customer journeys, and all of our

25   digital platforms, so things like Verizon.com as an example.

1    Q    And how long have you been chief customer

2  experience officer?

3    A    Since July.

4    Q    What title did you hold prior to your current

5  role?

6    A    Senior vice president device marketing and

7  product.

8    Q    And how long were you SVP of device marketing and

9  product?

10    A    Since 2017, until July of this year.  And that was

11  July of 2017.

12    Q    July of 2017.

13       Would you please describe your responsibilities at

14  Verizon starting in July of 2017 when you entered device

15  marketing?

16    A    Sure.

17       When it started off, I had responsibility for the

18  device portfolio, all the promotions that go with that, and

19  also the marketing that's associated with it, and also our

20  accessory portfolio.

21       As the years progressed, I also picked up the

22  product portfolio as well, so that is anything that Verizon

23  might sell that's a product that would sit on top of devices

24  or in association of devices, and also all the products that

25  sit in the home as well, things like your cable boxes,

1    routers, et cetera.

2        Q    During your term in device marketing, were there

3    any devices that Verizon sold in the U.S. that you did not

4    have responsibility for?

5        A    Certainly there were, yes.

6            So there are unlock devices; bring your device,

7    called BYOD, that customers could bring on to the Verizon

8    network.  So we didn't sell those, they would be on the

9    Verizon network.

10       Q    But for those devices that Verizon did sell, did

11   you have responsibility for all devices across the business?

12       A    I did, yes.  My team and I, yep.

13       Q    And while you were in device marketing, did you

14   negotiate commercial contracts with Verizon's partners?

15       A    I mean, my team and I did, correct.

16       Q    And is Google one of those partners?

17       A    Google is one of the partners, yes.

18       Q    Before we focus on those contracts, I'd like to

19   ask you to explain a few things about the U.S. smartphone

20   market as it relates to search in this case.

21           What types of mobile devices does Verizon sell to

22   U.S. consumers?

23       A    I mean, generally, you have iOS iPhone and you

24   have Android devices.  The Android devices will come from a

25   multitude of different manufacturers.

1    Q    You mentioned manufacturers.  Are you familiar

2    with the term "OEM"?

3    A    I am.

4    Q    What does OEM stand for?

5    A    Original equipment manufacturer.

6    Q    And we're going to focus on Android today.

7         Which OEMs does Verizon get the Android devices it

8    sells from?

9    A    It changes over the years.  If I look at today,

10   I'd say the dominant players would be Samsung and Google

11   Pixel.  But over the years, you also had LG, who's no longer

12   selling phones.  Motorola sells phones today.  But we've

13   sold other devices from companies that are no longer with us

14   like Palm and Red, et cetera.  So it's various companies.

15   Q    And are you familiar with the term "preloaded" in

16   the context of mobile applications and services?

17   A    I am.

18   Q    What, if any, Google applications come preloaded

19   on the Android devices that Verizon sells in the U.S.?

20   A    I couldn't give you the full list, but, I mean,

21   there are a number of them.  The Chrome browser is a good

22   example.  Gmail client is another good example.

23   Q    Does an app store come preloaded on the Android

24   devices Verizon sells in the U.S.?

25   A    It does come preloaded on those devices, that's

1  correct.

2      Q    Which one?

3      A    The Google Play Store.

4      Q    And has Verizon sold any Android devices in the

5  U.S. without Google's Play Store preloaded?

6      A    Not that I am aware of.

7      Q    In your view, could Verizon sell an Android

8  smartphone successfully in the U.S. that did not have an app

9  store on it?

10     A    An app store?

11          A device would need to have an app store on it in

12  order to be successful in my opinion.

13     Q    And why is that?

14     A    Because it allows customers to go in and download

15  new applications.

16     Q    While you were --

17     A    In an easy manner, I should say.  It makes it

18  easier and more efficient.

19     Q    And while you were in device marketing, were there

20  any app stores for Android phones that could reasonably

21  replace the Google Play Store?

22     A    There were other app stores.  Samsung devices as

23  an example, has their own app store.  I couldn't give you an

24  opinion about whether or not it could replace it.  I just

25  know there are others that are out there.

1    Q    And how, if at all, do the number of apps

2  available in the Google Play Store compare to the number

3  available in Samsung's app store?

4    A    I don't know.  I've never looked -- I don't have

5  any data to back that up.

6    Q    Okay.

7         And you mentioned Chrome.  Are you familiar with

8  the term "default search engine"?

9    A    Uh-huh, I am.

10   Q    What is the default search engine in the Chrome

11 browser?

12   A    For which devices?  What are you referring to?

13   Q    On Verizon's Android phones in the U.S.?

14   A    On Verizon's Android phones.  Okay.  So it's

15 Google.

16   Q    And how often is Chrome pre-installed on Verizon's

17 Android devices?

18   A    To the best of my knowledge, I believe it is

19 pre-installed all the time on Android devices.

20   Q    And where does the icon for Chrome appear on

21 Verizon and Android smartphones when it's preloaded?

22   A    I couldn't tell you exactly.  It's generally on

23 the home screen though.

24   Q    What is the "home screen"?

25   A    Home screen is the first screen you come up to

```
1    when you turn on a device.
2         Q    And are you familiar with the term "hot seat"?
3         A    I am.
4         Q    What is the hot seat on a device?
5         A    So the hot seat is generally the first row on the
6    home screen.  It sits -- actually it sits across all the
7    screens, but it's the first row on your device for Android.
8         Q    Can you elaborate on what you mean when you say
9    "it sits across all the screens"?
10        A    Meaning that -- think of it as a permanent row
11   that sits at the bottom of your device.  And as you swipe to
12   what's called a plus-one screen or a plus-two, which are the
13   screens that are to the right, that would remain constant on
14   the screens.
15        Q    And how does the hot seat position compare to
16   other placements on the phone with respect to usage?
17        A    It's generally considered to be preferred,
18   because, again, it's on the home screen and it's persistent
19   across the other screens as well.
20        Q    Setting aside browsers for a moment, Mr. Higgins,
21   are you familiar with the term "search entry point"?
22        A    I am, yes.
23        Q    What is a search entry point?
24        A    Different mechanisms for you to access search on
25   the device.  Could be voice, could be a hardware key.
```

1    Q    And is the search bar in a browser a search entry

2   point?

3    A    I would consider it that, yes.

4    Q    Are search entry points also sometimes referred to

5   as search access points?

6    A    I'm sure they could be.  I wouldn't refer to it

7   that way but I'm sure it could be.  Yeah.

8    Q    Okay.

9         Other than the browser search bar, what other

10  search entry points come preloaded on Verizon's U.S. Android

11  devices?

12   A    I couldn't tell you exactly.  Again, it varies.

13  Any answer I give you is probably not going to be correct

14  because each one of the devices are somewhat different at

15  times.

16        As an example, Samsung may be configured

17  differently than let's say a Google Pixel device.

18   Q    For those search entry points on Verizon's Android

19  phones in the U.S., are you aware of any that defaults to

20  anything other than Google upon coming out of the box?

21   A    I am not aware of that, no.

22   Q    Okay.

23        And are you familiar with the Google widget?

24   A    Google widget?  Specifically around search or...

25   Q    What is the Google widget, to your knowledge?

1    A    Any widget -- a widget could be anything that you

2  configure on a device for a multitude of different purposes.

3  So could there be a widget that's defined as search.  There

4  could be.  There are widgets for other purposes as well.

5  Time, calendar, whatever it may be.

6    Q    Apologies.  Yes, I did mean to tie it to search.

7         Are you familiar with Google's search widget?

8    A    I am.

9    Q    And what is that?

10   A    It's simply -- think of it as a small piece of

11 software that sits on your device that allows access to

12 search capability.

13   Q    And out of the box, where does the Google Search

14 widget sit on the device?

15   A    Again, any answer I give you is probably not going

16 to be accurate because all the devices, I think, are a

17 little bit different.

18        Generally, I believe it's on the home screen but

19 I couldn't tell you 100 percent that that's the case all the

20 time.

21   Q    Sitting here today, can you think of any Verizon

22 device that Verizon sells in the U.S. where the Google

23 Search widget does not sit across the home screen of the

24 device?

25   A    Can I think of one?  No.  But I couldn't tell you

1    that it's not possible.

2         Q    Okay.

3              So just before we move on, are you aware of any

4    Android phones in the U.S. on which Google is not the

5    default search engine?

6         A    In the U.S.?

7         Q    In the U.S., yes.

8         A    I don't have a view on that.  I don't track all

9    the phones across the U.S.

10        Q    Okay.

11             Mr. Higgins, I'd like to pivot and discuss some

12   terminology.

13             Are you familiar with the term "general search

14   engine"?

15        A    Yes.

16        Q    What is a general search engine?

17        A    General search engine, the way I think of it is

18   just crawling the web to identify general search queries and

19   bring back a response.

20        Q    And what are some examples of general search

21   engines?

22        A    Where is the nearest restaurant to me, what time

23   is it in Barcelona, think of any question you might ask.

24        Q    And that would be a query, what you just

25   described?

1       A     That's the way I would describe it, yes.

2       Q     And what are some examples of providers of general

3   search engines?

4       A     Oh, providers of general search?

5       Q     Yeah.

6       A     So you have Bing, you have DuckDuckGo.  There's

7   Yahoo! as well.  I would consider those all in the general

8   category.

9       Q     Along with Google?

10      A     Along with Google, yes.

11      Q     And are you familiar with the term vertical search

12  provider?

13      A     I am.

14      Q     What is a vertical search provider?

15      A     I think of a vertical search provider of someone

16  that provides responses in a specific area.  So if you take

17  Yelp as an example, and you query Yelp, they're likely going

18  to give you responses tied into restaurants as an example.

19      Q     Okay.

20            Is a general search engine different from a

21  vertical search provider?

22      A     I would view it that way, correct.

23      Q     How so?

24      A     General, again, is general knowledge so anything

25  that's available on the web.  And vertical is specifically

1    focused on a domain, again, using Yelp as an example, maybe

2    around restaurants would be an example.

3         Q    Okay.

4              During your time in device marketing, has Verizon

5    ever set a vertical search provider as the default search

6    engine on a device?

7         A    A vertical search provider as a default search

8    engine?  I am not aware of that happening.

9         Q    Have you ever recommended setting a vertical

10   search provider as the default search engine on a Verizon

11   device?

12        A    Not that I'm aware of, no.

13             I mean, my team and I, not that we're aware of,

14   no.

15        Q    Why not?

16        A    I don't -- I wouldn't see the value in assigning a

17   vertical search engine as a general search -- I mean,

18   generally speaking, the consumers would like to have some

19   search capability on their devices, and the preference would

20   be for a general as opposed to a specific vertical.

21   Verticals could be added later, they could be augmented or

22   in addition to on a device.  But I wouldn't think of that as

23   being the right approach from a device and product

24   standpoint.

25        Q    And now, Mr. Higgins, I'd like to turn our

1   attention to Google's contracts with Verizon.

2           MS. TRAGER:  And, Your Honor, at this time, my

3   questions will delve into content that has been designated

4   confidential by Google and third party Verizon?

5           THE COURT:  Okay.

6           MS. TRAGER:  I should pause here perhaps to see if

7   the States have questions during the open session.

8           THE COURT:  Let me ask you this:  Do you have

9   additional questions that can be done in an open session?

10          MS. TRAGER:  Not based on the designations that we

11  have, Your Honor.

12          THE COURT:  When you say the designations,

13  I'm not sure what you mean.

14          MS. TRAGER:  The material has been designated

15  confidential by both Google and Verizon.

16          THE COURT:  I see.

17          MS. TRAGER:  And it would get into the specifics

18  of that material.

19          THE COURT:  I see.  Okay.

20          MR. SALLET:  We have no questions in the open

21  session.  All of our questions will be reserved for the

22  closed session.

23          THE COURT:  All right.  We will have to then close

24  our session at this point.

25          If you're not affiliated with either side or with

1    Verizon, I'm going to ask you to please leave the courtroom

2    at this point and then we will re-open it once we have

3    concluded the confidential portion of the proceedings.

4              (Sealed closed session)





1036







1039

1040



1041

1042





1045



1046













1054







1060





1062



1063





1065







1068





1071



1072



1074













1084























1096









1100









1103



1106



1108









1111



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25          (Open court)

1    THE COURT:  Just bear with us.  We're still

2  waiting on confirmation that the media room has been

3  reconnected.

4    (Pause)

5    THE COURT:  All right.  We're ready to proceed,

6  Mr. Schmidtlein.

7  BY MR. SCHMIDTLEIN:

8    Q    Mr. Higgins, are you familiar with a company

9  called Branch Metrics?

10   A    I am.

11   Q    And what is Branch Metrics?

12   A    The only thing I could offer is I believe they

13  specialize in on-device search but they could do other

14  things as well.

15   Q    Do you know whether Verizon personnel have spoken

16  to Branch Metrics about incorporating their technology onto

17  Verizon Android devices?

18   A    I do.

19   Q    And what do you know about those conversations?

20   A    Only that we're in discussions about ways in which

21  we could potentially improve the device experience.

22   Q    Okay.

23    And during the time that you were involved in the

24  Google relationship, did anyone from Google ever reach out

25  to you and instruct you not to work with Branch Metrics?

1    A    No, not with me.

2    Q    Did anyone on your team ever report to you that

3  they had received an outreach from Google instructing them

4  not to work with Branch Metrics?

5    A    No.

6    Q    Do you know whether Verizon actually has

7  incorporated any Branch Metrics technology on to any Android

8  devices?

9    A    I don't, just because it was underway and I've

10  since changed roles so I'm not sure if anything progressed

11  there or not.

12    Q    Okay.

13         MR. SCHMIDTLEIN:  Your Honor, we've marked DX737.

14  BY MR. SCHMIDTLEIN:

15    Q    Now, recognizing, Mr. Higgins, this is an internal

16  email from within Verizon in September of 2010, correct?

17    A    That's what it appears to be, correct.

18    Q    Okay.

19         And you were working at Verizon at the time, but

20  you were not involved in mobile devices at the time?

21    A    I was not.  That's correct.

22         MR. SCHMIDTLEIN:  Your Honor, we're offering this

23  into evidence not for the truth of the matter asserted.

24  I believe we have a hearsay objection.  This is an internal

25  circulation within Verizon at the time where they are

1   attaching various product reviews of a Verizon wireless

2   device that came with Bing preloaded as the default search

3   engine.

4            And we're not offering it for the truth of all the

5   articles, but we are offering it as a business record and we

6   have a business record declaration from Verizon as to the

7   document.

8            MS. TRAGER:  Your Honor, Mr. Higgins is not on

9   this document, and he's testified he's not involved with

10  this.  And this is, these are articles.

11           THE COURT:  Well, I guess the question is, if it's

12  been stipulated to as a business record, I think the ground

13  rules have been that you don't need to actually admit it

14  through a witness, that's a foundational witness.

15           Now, if Mr. Higgins hasn't seen this, he can't,

16  presumably, be able to testify to it or provide any

17  additional gloss other than what's in the document itself.

18           MS. TRAGER:  Thank you, Your Honor.

19  BY MR. SCHMIDTLEIN:

20      Q    So -- and just keep it down for now.

21           But, Mr. Higgins, when you were in the mobile

22  device space, would it be common for people within your

23  group to monitor product reviews for Verizon wireless

24  devices?

25      A    We do.

1    Q    And are you familiar with the Verizon Fascinate

2    that is the subject of this?

3    A    I don't.  I don't recall this device.

4    Q    Okay.

5         If you'll turn to page, I guess it's 9 of the

6    document, and it's the Bates number 5790, I'm not going to

7    regale you with all the various product reviews that are

8    incorporated in here, but I'll give you an example of one.

9         This is from cnnmoney.com.  "Verizon forces

10   Fascinate users to use Bing?"

11        And it's from a gentleman named Seth Weintraub.

12        It says, "I've been telling my friends and

13   colleagues on Verizon to wait for the Samsung Fascinate.

14   I'm sorry, I was wrong.  Get something else."

15        And it goes on.  "The latest Google Android phone

16   from Verizon is saddled with Bing for all of its search

17   features, according to Engadget's review this morning.  As

18   Google incorporates its search engine into a variety of

19   functions on the Android phone, it just kills the

20   experience."

21        MS. TRAGER:  Your Honor, objection; foundation,

22   relevance.

23        Counsel is reading an article into the record.

24        MR. SCHMIDTLEIN:  I'm going to ask him a question

25   about it, and I've listened to a lot of documents being read

1    into the record by the DOJ.

2              THE COURT:  All right.  Well, let's go ahead and

3    ask him.

4    BY MR. SCHMIDTLEIN:

5        Q    During all your years, were you were in charge of

6    mobile devices and you had agreements with Google that

7    Google was the default search engine on Verizon Android

8    devices, did you ever see a product review like this?

9        A    Well, I -- we certainly had seen product reviews,

10   some positive, some less than positive.

11             Product reviews specifically about this concern

12   that's raised here, no.

13       Q    You never saw a product review where anyone

14   complained about Google Search being preloaded on an Android

15   device?

16       A    No, I don't recall ever seeing one with that

17   complaint.

18       Q    And would you agree that product reviews from

19   reputable tech press and tech reviewers can impact sales of

20   mobile devices?

21       A    We take them seriously because they provide

22   product insights and we know consumers read the reviews as

23   well.  So, yes, we think it's meaningful.

24             MR. SCHMIDTLEIN:  I have no further questions.

25             THE COURT:  All right.  Any redirect from the

```
 1   plaintiffs?
 2             MS. TRAGER:  Yes, Your Honor, briefly.
 3                          -  -  -
 4                    REDIRECT EXAMINATION
 5   BY MS. TRAGER:
 6        Q    Mr. Higgins, defense counsel asked you some
 7   questions about Microsoft and DuckDuckGo earlier.
 8             Did Verizon solicit bid from Microsoft or
 9   DuckDuckGo before or while it was negotiating a renewal of
10   its deal with Google?
11        A    During what time frame?
12        Q    During your time in device marketing when you were
13   involved in the negotiations of the RSA?
14        A    I'm not aware of us soliciting bids.
15        Q    Do you have any reason to believe that Microsoft
16   or DuckDuckGo were aware of Verizon's Google agreement
17   expiring?
18        A    I don't have any insight into that and what they
19   may or may not know.
20        Q    Has Verizon ever sold a phone with multiple search
21   widgets on it?
22        A    Ever in the history of Verizon?
23        Q    To your knowledge.
24        A    I struggle to give you an answer.
25             We'd sell 40 to 50 devices every single year,
```

```
1    they're all different, different leaders in place.  I can't
2    give you a direct answer there.
3         Q    Can you think of, sitting here today, any device
4    on which there were two search widgets that Verizon sold?
5         A    I'm not aware of one, no, not that I can think of.
6         Q    Okay.
7              And, Mr. Higgins, Counsel asked you a few
8    questions about Branch Metrics.  What, if any, personal
9    involvement did you have with discussions with Branch
10   Metrics?
11        A    I had discussions with some members of my team.
12   I don't recall having any direct meetings with branch at all
13   but I know the team members did.
14        Q    And what, if any, responsibility do you have for
15   Branch Metrics' implementation, if any, on Verizon devices?
16        A    Well, if at the time if it was something new that
17   was going to come on to a device, I would review it with the
18   team, we'd talk about whether or not we thought it was going
19   to have a beneficial result from a consumer standpoint, and
20   then decide whether or not to move forward.  But we do that,
21   you know, we have hundreds of those conversations in a given
22   year about different things we can do on devices to help
23   differentiate Verizon.
24        Q    And are you familiar with any Branch Metrics'
25   implementation on a Verizon device?
```

1        A    Not that I recall.  Again, I don't recall that

2   anything was ever finalized or anything ever transpired.

3             MS. TRAGER:  Okay.  No further questions,

4   Your Honor.

5             THE COURT:  Okay.

6             Any redirect from Colorado Plaintiffs?

7             MR. CAVANAUGH:  No, Your Honor.

8             THE COURT:  All right.

9             Mr. Higgins, thank you very much for your time and

10  testimony.

11            THE WITNESS:  Okay.

12            Thank you.  I appreciate it.

13            THE COURT:  Good luck.

14            All right.  Plaintiffs ready with their next

15  witness?

16            MR. DAHLQUIST:  Hello, Your Honor.

17            David Dahlquist on behalf of the United States.

18            THE COURT:  Mr. Dahlquist, good morning.

19            MR. DAHLQUIST:  Good to see you again.

20            Your Honor, before we call the next witness,

21  there's an issue of confidentiality.  There's a dispute of

22  confidentiality that we would appreciate the Court

23  resolving.

24            THE COURT:  All right.

25            MR. DAHLQUIST:  We think it will help give us

```
 1    direction as to how much in or out of closed session we need
 2    to do with Mr. Dischler.
 3              THE COURT:  Okay.
 4              Is it something you'll get to in the first
 5    20 minutes or so of your examination or can you --
 6              MR. DAHLQUIST:  It is possible, yes.
 7              THE COURT:  Well, why don't you get started and
 8    then if you get to a point where we can then stop and break
 9    for lunch and I can take it up, the --
10              MR. DAHLQUIST:  And I will say, we can address the
11    argument and address it without going into closed session.
12    I can do it in open.
13              THE COURT:  Okay.  All right.  Go ahead.
14              MR. DAHLQUIST:  And this relates, Your Honor, to,
15    if we can just give a minute to have a transition, an
16    opening slide that my colleague, Mr. Dintzer, used in the
17    opening was slide 66.  And it included a quotation from
18    Mr. Dischler, who will be the next witness.  And,
19    Your Honor, I have -- I have a non-redacted version for
20    Your Honor.
21              Your Honor, the United States requests that this
22    redacted piece here be deemed not confidential for two
23    reasons.
24              First of all, Your Honor, this is a general
25    statement of pricing on behalf of the defendant at Google.
```

1    This is not specific to any -- to any specific launch or

2    other details, it's a generalized pricing policy.

3              And, second, this, under the *Hubbard* factors,

4    meets and satisfies the first, which is public interest.

5    This satisfies the public interest because, first, it's at

6    the score of the United States' complaint against Google, as

7    to how it earns money and creates -- and advances the money

8    machine that we've talked about since day one here.

9              This goes direct to, not only issues of product

10   market, which we are required to establish.

11             THE COURT:  Mr. Dahlquist, let me just interrupt

12   you.

13             MR. DAHLQUIST:  Certainly, Your Honor.

14             THE COURT:  Let me just hear from Mr. Schmidtlein

15   and your views on -- I mean, I guess the bottom line is

16   this -- sorry, what you're, this is simply -- reminds me of

17   that scene in *My Cousin Vinny* where the judge holds up the

18   number of fingers -- is this the information about which you

19   wish to elicit, this morning?

20             MR. DAHLQUIST:  Correct, Your Honor.

21             THE COURT:  So, Mr. Schmidtlein, your thoughts.

22             MR. SCHMIDTLEIN:  Your Honor, we're going to be in

23   private session for some not insignificant portion of

24   Mr. Dischler's testimony.  I don't think there's any dispute

25   about that.  So questions about price increases, regardless

1   of how he thinks he's framing them, are or trying to limit

2   them, we believe should be done in private session, that

3   that is commercially sensitive information to Google.  And I

4   don't know exactly how he's going to pitch it and then pivot

5   off of it into some other pricing conversation but we're

6   already going to be in a confidential session.

7          My suggestion is, do all this pricing stuff

8   however you want to do it.  If later upon having the context

9   and seeing how it all lands, they feel strongly that it

10  should be published or we should have aspects of it made

11  available, I think we can address that at the time.  But

12  it's much harder to fix something after the fact than it is

13  to go in the other direction.

14          MR. DAHLQUIST:  If I may, briefly respond,

15  Your Honor.

16          We fundamentally disagree with Google's position,

17  not surprising.

18          But this is how they price their product, and how

19  an entity prices its product, whether it's bananas in the

20  grocery store, or whether it's Google Search, in here, the

21  ad component of Google Search, which helps to fund it, is

22  not confidential and should not be confidential.  And if

23  they are unwilling to let the public know how they price

24  their product, that goes to the core of our issues here,

25  Your Honor.

1    So this does absolutely affect my examination

2   because it's a two-third, one-third flip.  With this

3   information public, I can do two-thirds in the public and

4   one-third in confidential session.  If this is confidential,

5   it's a complete reversal.  I'll have to do about one-third

6   in public and two-thirds in confidential.

7    Our understanding was that when we reference

8   specific documents, I will absolutely go into confidential

9   session that we have deemed -- or that Google has deemed

10  confidential, but when I'm asking generalized questions

11  related to price increases, we do not believe that should be

12  confidential.

13    THE COURT:  Okay.

14    So I think as long as we are -- if the examination

15  involves general questions and sort of big -- general

16  question about price increases, what goes into the question

17  of price increases, I think that's fine, and frankly,

18  balancing the various *Hubbard* factors ought to be, frankly,

19  in a public session.

20    If we do descend into specifics about particular

21  documents or markets or -- when I say markets, I mean,

22  particular -- some markets, I don't know.  I don't know how

23  this is all going to unfold.  But in other words, if it's

24  something like this, then I'm not -- I think it ought to

25  probably be public.  If it's something more specific to

1  something that is more commercially sensitive, then I might

2  be persuaded otherwise.

3         MR. SCHMIDTLEIN:  Obviously we're not talking

4  about the sale of bananas in a grocery store.  We're talking

5  about search advertising algorithms and auctions and the

6  proprietary features of those.  So if he's going to start

7  trying to tie increases into particular, you know,

8  proprietary aspects of Google's business, then those should

9  be in closed session.

10        So I don't know what he has in mind, but I do

11 think that that guideline should be followed.

12        MR. DAHLQUIST:  And, Your Honor, I want to follow

13 your guidance, I understand we might be on a thin razor here

14 and I want to make sure I respect Your Honor's wishes.

15        Can I state and reveal the two numbers that are

16 identified on slide 66 of the opening?

17        THE COURT:  I think so.  And if these are numbers

18 that are symbolic of what you plan to ask?

19        MR. DAHLQUIST:  They are.

20        THE COURT:  Or consistent with, I should say, then

21 that's fine.

22        Do you -- to Mr. Schmidtlein's question of whether

23 you intend to get into areas concerning the algorithms and

24 the auctions, is that something you wish to do in an open

25 session.

1    MR. DAHLQUIST:  I'm certainly going to get into

2    that, Your Honor, but I intend to do that in the closed

3    session.

4        THE COURT:  Okay.  All right.

5        So I think that probably strikes the right

6    balance, and is consistent for where we are.  So why don't

7    we go ahead and bring in our witness and at least get

8    started with him and then we'll break for lunch.

9        MR. DAHLQUIST:  We'll get started.  Thank you,

10   Your Honor.  I appreciate the guidance.

11       At this time, Your Honor, the United States calls

12   Mr. Jerry Dischler.

13       THE COURT:  Can you spell the last name?

14       MR. DAHLQUIST:  D-i-s-c-h-l-e-r.  And we're going

15   to take a deep dive into the advertising side of the

16   business now, Your Honor.

17       MR. SOMMER:  Michael Sommer.  I'm going to be

18   representing Google with respect to this witness.

19       THE COURT:  Okay.  Thank you, Counsel.

20       MR. SOMMER:  Your Honor, Michael Sommer

21   representing Google.

22       COURTROOM DEPUTY:  Before you have a seat, please

23   raise your right hand.

24       (Witness is placed under oath.)

25       COURTROOM DEPUTY:  Thank you.

1    THE COURT:  All right.  Mr. Dischler, welcome.

2    And if you'd like some water, we can get some for

3  you.

4    MR. DAHLQUIST:  May I proceed?

5    THE COURT:  You may.

6    MR. DAHLQUIST:  Thank you.

7                     - - -

8  JERRY DISCHLER, WITNESS FOR THE PLAINTIFFS, SWORN

9                DIRECT EXAMINATION

10                     - - -

11  BY MR. DAHLQUIST:

12    Q    Good morning, Mr. Dischler.

13    My name is David Dahlquist on behalf of the

14  Department of Justice.

15    Mr. Dischler, we've never met before, correct?

16    A    Correct.

17    Q    I'd like to ask you some questions about the work

18  you do at Google and specifically the Google ad business.

19    Mr. Dischler, your current title is VP and general

20  manager of the ads team, correct?

21    A    Correct.

22    Q    And you've held that position for about three

23  years; is that correct?

24    A    A little over three years.

25    Q    And you report to Mr. Raghavan at Google, correct?

1     A    To Dr. Raghavan, correct.

2     Q    Dr. Raghavan, my apologies.

3          And Dr. Raghavan reports directly to Mr. Pichai,

4     Google's CEO, correct?

5     A    Correct.

6     Q    And Mr. Raghavan's title is SVP of consumer

7     products; is that correct?

8     A    I'm not sure -- I think it's SVP of knowledge and

9     intelligence.

10    Q    Thank you.

11         Your job responsibilities include leading the team

12    of ad professionals in the tools that are used to support

13    all advertising at Google, correct?

14    A    That's correct.

15    Q    And before you became the VP and general manager

16    of the ads team, you were the vice president of the ad

17    platforms, correct?

18    A    No.

19    Q    What was your title prior to your current role?

20    A    My title was VP of product management, I believe.

21    Q    And as part of VP of product management, you

22    supervised or oversaw other products, including YouTube,

23    correct?

24    A    Incorrect.

25    Q    You oversaw advertising on other products such as

1128

1    YouTube, correct?

2         A    That's correct.

3         Q    Mr. Dischler, you were deposed multiple times in

4    this matter, correct?

5         A    Yes.

6         Q    You were deposed on September of 2020 and a second

7    deposition, which occurred over two days, December 7th and

8    December 8th of 2021, correct?

9         A    I don't remember the exact dates.

10        Q    Do you recall in your first deposition, the

11   September 28th, 2020, deposition, you testified not only on

12   behalf of yourself but also as a corporate representative on

13   behalf of Google, correct?

14        A    Yes.

15        Q    And in that role as testifying on behalf of

16   Google, you were designated as the person most knowledgeable

17   to testify on matters related to search advertising and

18   revenue from search advertising, correct?

19        A    I'm not sure whether I was considered most

20   knowledgeable relative to the other people you spoke with.

21   I didn't speak with them.

22        Q    We, in the law, have weird definitions of things.

23             Do you recall that you were designated as a 30(b)

24   witness?  Do you recall that being testified in the

25   examination at all?

```
 1        A     No.

 2        Q     No.  Understood.

 3              Mr. Dischler, without revealing anything that was

 4   said, I assume you met with your counsel in preparation for

 5   your testimony today, correct?

 6        A     Correct.

 7        Q     Approximately how long did you meet with your

 8   counsel?

 9        A     15 hours.

10        Q     Mr. Dischler, as part of your role, you're

11   familiar with the revenue that Google earns from search

12   advertising, correct?

13        A     Yes.

14        Q     I'd like to show you a document now.  We'll hand

15   out a couple binders.

16              MR. DAHLQUIST:  May I approach, Your Honor?

17              THE COURT:  You may.

18   BY MR. DAHLQUIST:

19        Q     Mr. Dischler, I've handed you a binder that we'll

20   reference from time to time today.  We're also going to put

21   the documents on the screen so you'll have a redundant

22   method to take a look at it, whichever is easier for you.

23              But, Mr. Dintzer, I would like to show you what we

24   have designated as UPX12.

25              MR. DAHLQUIST:  And, Your Honor, this document is
```

1  in evidence and has confidentiality designations on it.  We

2  intend to publish on the public screen the redacted version

3  with your permission.

4           THE COURT:  Okay.

5           MR. DAHLQUIST:  If we could go, Ms. Gatas-Johnson,

6  to the next page of the cover page of UPX12.

7  BY MR. DAHLQUIST:

8       Q    The document is titled Search Ads Overview,

9  December 2020.  Do you see that?

10      A    I do.

11      Q    This is a documents that would have been prepared

12  by your team in search ads, correct?

13      A    Let me review the document.

14      Q    Certainly.

15           And my questions are just going to be to the first

16  page.

17           MR. DAHLQUIST:  Ms. Gatas-Johnson, if we could go

18  to the next page, which is entitled Search Ads and O & O

19  Revenue.

20           For the record, that is UPX12 at .002.

21           THE WITNESS:  This was likely partially prepared

22  by my team, but I can't be sure.

23  BY MR. DAHLQUIST:

24      Q    Understood.

25           I'd like to ask you a couple questions about the

1   first page, the first substantive page, which is entitled

2   Search Ads and O&O Revenue at .002.  Do you see that page?

3       A    I do.

4       Q    Mr. Dischler, do you agree that in 2019, Google

5   earned over $98 billion in search ads and O&O revenue,

6   correct?

7       A    That's correct.

8       Q    And the numbers redacted going forward so I don't

9   want you to reveal specifically.

10          But the bar chart goes up.  Do you agree that in

11  the 2020, you earned over $100 million, without stating a

12  specific number?

13      A    I agree that the -- it's redacted so I prefer not

14  to comment on that.

15      Q    Well, how about we go to the bottom.  It tells us

16  a little more information there.

17          The first line states, "First off we want to

18  remind you that we are all part of a most amazing business."

19          Do you see that?

20      A    I do.

21      Q    The next line states, "Search ads and O&O has

22  grown at an incredible rate over the past decade.

23  Typically, reaching in the high teens" -- the amount's

24  redacted -- "last year, and despite COVID, we'll exceed" --

25  again, redacted -- "this year."

1    Do you see that?

2    A    I do.

3    Q    So you intended to -- Google's revenue exceeded in

4    2020 what it was in 2019, correct?

5    A    Correct.

6    THE COURT:  Could somebody define O&O for me?

7    MR. DAHLQUIST:  Mr. Dischler.

8    THE WITNESS:  It's Google's owned and operated

9    properties.  So other Google properties would include things

10   like Maps, like Discover, like YouTube, things of this

11   nature.

12   THE COURT:  And this would be non-ad revenue

13   generated from the other properties?

14   THE WITNESS:  This would be ad revenue generated

15   for the other properties.

16   THE COURT:  I see.  Okay.

17   THE WITNESS:  And in this particular -- in this

18   particular chart, it is not including YouTube in the

19   definition of O&O.  Sometimes we're ambiguous about this.

20   THE COURT:  And does YouTube revenue, is that

21   reflected in these numbers?

22   THE WITNESS:  YouTube revenue is not reflected in

23   these numbers.

24   MR. DAHLQUIST:  And we'll certainly get to more

25   questions and specifics about YouTube revenue in a

1   confidential session, Your Honor.

2   BY MR. DAHLQUIST:

3       Q    Mr. Dischler, the O&O portion of the revenue on

4   UPX12 at 02 is very small, correct, without identifying a

5   specific amount?

6       A    It is small.

7       Q    And the majority of Google's search ads revenue

8   comes from mobile, correct.

9            And let me restate the question.  I apologize.

10           The majority of Google's search ads revenue comes

11  from search ads on mobile devices, correct?

12      A    I'm trying to figure out -- I believe that this is

13  something that we've publicly disclosed, so I'm comfortable

14  saying yes.

15      Q    And from 2012, per the chart on UPX12.002, from

16  2012 through today, search ads has had a year-to-year growth

17  in the high teens, correct?

18      A    That's incorrect.

19      Q    Mr. Dischler, would you agree that approximately

20  two-thirds of Google's total revenue comes from search ads?

21           MR. SOMMER:  Your Honor, I think we're treading

22  very close to what has been designated confidential and

23  beyond what is left unredacted in the document.

24           MR. DAHLQUIST:  I'm happy to return to that in the

25  confidential session, Your Honor.

1    MR. SOMMER:  Thank you.

2    THE COURT:  Well, I mean it's one thing to tread

3  close, it's one thing to get there.  So I'm not sure a

4  number like two-thirds is --

5    MR. SOMMER:  It's a little hard to unring the

6  bell.

7    THE COURT:  Well, he's already asked the question

8  so why don't we let him answer it.

9    Can you answer that question, sir?

10    MR. DAHLQUIST:  And I can restate it,

11  Mr. Dischler, if you've now forgotten.

12  BY MR. DAHLQUIST:

13    Q    My question is approximately two-thirds of

14  Google's total revenue comes from search ads, correct?

15    A    Incorrect.

16    MR. DAHLQUIST:  We'll return to this in the

17  confidential session, Your Honor, with some other documents.

18    Although, Your Honor, this brings up a quandary.

19    I have a prior inconsistent statement, and I'd

20  like to show it to the witness, but I understand there's

21  certain things that, because the entirety of Mr. Dischler's

22  deposition --

23    THE COURT:  Well, why don't know you just show it

24  to him and see --

25    MR. DAHLQUIST:  Okay.

1    THE COURT:  If you want to confront him with it,

2    you can walk up with the deposition transcript and confront

3    him with it without putting it on the public screen.

4    MR. DAHLQUIST:  If we can turn off the public

5    screen for the moment.

6    BY MR. DAHLQUIST:

7    Q    And, Mr. Dischler, you recall being deposed on

8    December 8th, 2021, correct?

9    A    I do.

10    MR. DAHLQUIST:  And, Ms. Gatas-Johnson, if we

11    could please put up the December 8th transcript, page 395,

12    line 7, through 395, line 20.

13    And hopefully that's just on for the Court and not

14    on for the public.  The public screen is off.  We'll give it

15    one more moment.  And that's December 8th, 2021.  Page 395,

16    line 7, through 395, line 20.

17    Apologies, Your Honor, for the patience, because

18    we're working out the kinks on the first time.

19    We're going to do it the old-fashioned way, which

20    I prefer.

21    Your Honor, may I approach?

22    THE COURT:  Sure.

23    Mr. Schmidtlein, I take it you've got -- sorry.

24    Counsel, you've got a copy of the deposition

25    transcript.

1       MR. DAHLQUIST:  I'll hand it now.

2       MR. SOMMER:  I've got it.

3       MR. DAHLQUIST:  Perfect.

4       Your Honor, I'm sure we'll figure out the screen

5  but just in case.

6  BY MR. DAHLQUIST:

7       Q    Mr. Dischler, I've now given you a second binder

8  with a variety of materials in it.  But the ones we're going

9  to focus on today are your depositions, and they have

10  individual dates on there.

11       If you could turn to the one that's marked

12  December 8th, and the pagination in there, if we can go to

13  page 395.

14       There we go.

15       At the same time, we got it on the screen.

16       Mr. Dischler, your choice.

17       You can keep it up if possible.  That's okay to be

18  on that screen just not public.  Put it up.

19       COURTROOM DEPUTY:  Can you take it off the screen?

20       MR. DAHLQUIST:  Sure.  We'll take it off the

21  screen.  It's downstairs?  Apologies.  Please take it down.

22  Thank you.

23       We'll go with the paper route.

24       THE WITNESS:  Okay.

25

 1    BY MR. DAHLQUIST:

 2        Q    Mr. Dischler, if you can look at page 395.

 3             On December 8th, were you asked the following

 4    question and did you give the following answer?

 5             "Okay.  Do you know approximately what percentage

 6    of Google's revenues are from search ads?

 7             "Answer:  Approximately, yes.

 8             "Question:  And what is that number?

 9             "Answer:  Approximately two-thirds.  Two-thirds of

10    our ads revenue, which is less than our overall company

11    revenue, and I don't have -- I think it's like 60 percent."

12             Mr. Dischler, on December 8th were you asked those

13    questions and did you give those answers?

14        A    I did.

15        Q    Thank you.

16             MR. SOMMER:  Your Honor, I just object.  It's not

17    an inconsistent statement, so I don't know what that was

18    for.

19             THE COURT:  Well, let's put it this way.  If

20    there's some clarification that needs to be made, you'll

21    have the opportunity, so...

22             MR. SOMMER:  Understood.

23             MR. DAHLQUIST:  Let me ask an additional question

24    that might help clarify all this.

25

1   BY MR. DAHLQUIST:

2       Q    Mr. Dischler, would you agree that the majority of

3   Google's total revenue comes from the advertising side of

4   the business, correct?

5       A    Yes.

6       Q    Thank you.

7            Mr. Dischler, one of your job responsibilities

8   includes sending Google's CEO, Mr. Pichai, a weekly revenue

9   update, correct?

10      A    Yes.

11      Q    And Mr. Pichai receives these weekly revenue

12  updates because it's important to him to understand the ads

13  revenue that's coming in, correct?

14      A    Correct.

15      Q    And search ads is the primary way that Google

16  makes money as a company, correct?

17      A    It is.

18           MR. DAHLQUIST:  Your Honor, I'm about to launch

19  into another section.  If you wanted to break, now would be

20  a good time or we could keep going?

21           THE COURT:  No, let's break.

22           Can I just ask a quick clarifying question?

23           Mr. Dischler, when you say "search ads," do you

24  mean the wide variety of search ads or are you focused on a

25  particular type of search ad?

1           THE WITNESS:  I mean, any ad that shows up on the

2     Google Search results page.

3           THE COURT:  Okay.  I just wanted to make sure

4     that's right.

5           All right.  Okay.  A little after 12:30.  We'll

6     resume at 1:35.

7           Mr. Dischler, during the break, I'll just ask you

8     not to discuss your testimony with anyone.

9           THE WITNESS:  Great.

10          THE COURT:  Thank you, sir.

11          COURTROOM DEPUTY:  All rise.  This Court stands in

12    recess.

13          (Recess from 12:32 p.m. to 1:35 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__September 18, 2023___ 

        William P. Zaremba, RMR, CRR

**BY MR. DAHLQUIST:**
**[10]** 1126/11 1129/18
1130/7 1130/23 1133/2
1134/12 1135/6 1136/6
1136/25 1137/25
**BY MR.**
**SCHMIDTLEIN: [10]**
1084/3 1094/11 1096/4
1097/23 1103/12
1108/5 1112/7 1113/14
1114/19 1116/4
**BY MS. ARTHUR: [1]**
1078/15
**BY MS. TRAGER: [20]**
1020/5 1034/19
1034/24 1043/7
1044/17 1051/19
1053/5 1053/25
1057/15 1060/15
1063/10 1066/20
1070/12 1072/1 1073/9
1074/1 1076/5 1110/3
1111/2 1117/5
**COURTROOM**
**DEPUTY: [10]** 1018/2
1018/5 1019/5 1019/7
1083/17 1083/20
1125/22 1125/25
1136/19 1139/11
**MR. CAVANAUGH: [2]**
1018/19 1119/7
**MR. DAHLQUIST: [33]**
1119/16 1119/19
1119/25 1120/6
1120/10 1120/14
1121/13 1121/20
1122/14 1124/12
1124/19 1125/1 1125/9
1125/14 1126/4 1126/6
1129/16 1129/25
1130/5 1130/17 1132/7
1132/24 1133/24
1134/10 1134/16
1134/25 1135/4
1135/10 1136/1 1136/3
1136/20 1137/23
1138/18
**MR. DINTZLER: [1]**
1018/17
**MR. SALLET: [1]**
1033/20
**MR. SCHMIDTLEIN:**
**[23]** 1018/20 1053/18
1057/11 1060/11
1062/25 1066/16
1070/8 1083/8 1083/25
1095/25 1106/21
1106/24 1107/3
1107/14 1107/17
1108/4 1109/13
1113/13 1113/22
1115/24 1116/24
1121/22 1124/3
**MR. SOMMER: [8]**
1125/17 1125/20
1133/21 1134/1 1134/5
1136/2 1137/16

**MS. ARTHUR: [5]**
1075/25 1078/5
1078/10 1082/11
1082/13
**MS. TRAGER: [43]**
1018/23 1019/1 1019/3
1019/11 1019/14
1019/20 1033/2 1033/6
1033/10 1033/14
1033/17 1034/18
1034/22 1043/5
1044/13 1051/18
1053/2 1053/22
1053/22 1057/10
1060/10 1062/24
1063/5 1066/15 1070/7
1071/24 1075/22
1076/1 1076/4 1078/4
1094/6 1107/10
1107/19 1107/22
1107/24 1109/16
1109/20 1111/22
1114/8 1114/18
1115/21 1117/2 1119/3
**MS. ZAHID: [1]**
1019/18
**THE COURT: [101]**
1018/4 1018/13
1018/21 1018/25
1019/2 1019/8 1019/10
1019/13 1019/17
1019/19 1019/24
1033/5 1033/8 1033/12
1033/16 1033/19
1033/23 1034/5
1034/12 1034/16
1034/23 1053/1
1053/20 1057/12
1060/12 1063/6
1066/17 1070/9
1071/25 1073/4
1073/20 1076/3
1077/17 1077/24
1078/3 1078/9 1082/15
1082/19 1082/22
1083/6 1083/10
1083/16 1083/22
1094/9 1095/16
1097/19 1103/7
1106/17 1106/23
1107/1 1107/6 1107/11
1107/16 1107/18
1107/21 1107/23
1107/25 1109/15
1109/18 1109/23
1110/25 1111/23
1112/1 1112/5 1114/11
1116/2 1116/25 1119/5
1119/8 1119/13
1119/18 1119/24
1120/3 1120/7 1120/13
1121/11 1121/14
1121/21 1123/13
1124/17 1124/20
1125/4 1125/13
1125/19 1126/1 1126/5
1129/17 1130/4 1132/6

1132/20 1134/2 1134/7
1134/23 1135/1
1135/22 1137/19
1138/21 1139/3
1139/10
**THE WITNESS: [22]**
1019/9 1053/3 1073/6
1073/22 1077/23
1077/25 1082/18
1082/21 1083/2
1083/15 1095/18
1097/22 1103/10
1119/11 1130/21
1132/8 1132/14
1132/17 1132/22
1136/24 1139/1 1139/9

**$**
**$100 [1]** 1131/11
**$100 million [1]**
1131/11
**$98 [1]** 1131/5
**$98 billion [1]** 1131/5

**.**
**.002 [2]** 1130/20
1131/2

**0**
**02 [1]** 1133/4
**0340 [1]** 1015/4

**1**
**100 percent [1]**
1029/19
**10036-6710 [1]**
1015/19
**1100 [1]** 1015/3
**1133 [1]** 1015/18
**12:30 [1]** 1139/5
**12:32 [1]** 1139/13
**12th [1]** 1015/23
**1300 [1]** 1015/13
**15 [1]** 1129/9
**18 [2]** 1014/5 1140/7
**1995 [1]** 1021/2
**1:35 [2]** 1139/6
1139/13

**2**
**20 [2]** 1135/12 1135/16
**20 minutes [1]** 1120/5
**20-3010 [1]** 1014/4
1018/8
**20001 [2]** 1015/8
1016/5
**20005 [1]** 1015/23
**2010 [1]** 1113/16
**2012 [2]** 1133/15
1133/16
**2017 [4]** 1022/10
1022/11 1022/12
1022/14
**2019 [2]** 1131/4 1132/4
**202 [4]** 1015/4 1015/8
1015/24 1016/5
**2020 [5]** 1128/6
1128/11 1130/9

**2021 [3]** 1128/8 1135/8
1135/15
**2023 [2]** 1014/5 1140/7
**212 [1]** 1015/19
**2200 [1]** 1015/18
**2685 [1]** 1015/8
**2793 [1]** 1015/19
**28 [1]** 1021/4
**28th [1]** 1128/11

**3**
**30 [1]** 1128/23
**3010 [2]** 1014/4 1018/8
**307-0340 [1]** 1015/4
**3249 [1]** 1016/5
**333 [1]** 1016/4
**335-2793 [1]** 1015/19
**354-3249 [1]** 1016/5
**395 [6]** 1135/11
1135/12 1135/15
1135/16 1136/13
1137/2

**4**
**40 [1]** 1117/25
**434-5000 [1]** 1015/24
**450 [1]** 1015/7

**5**
**50 [1]** 1117/25
**5000 [1]** 1015/24
**508-6000 [1]** 1015/15
**5790 [1]** 1115/6
**598-2685 [1]** 1015/8
**5th [1]** 1015/7

**6**
**60 percent [1]** 1137/11
**6000 [1]** 1015/15
**66 [2]** 1120/17 1124/16
**6710 [1]** 1015/19

**7**
**720 [1]** 1015/15
**725 [1]** 1015/23
**7th [2]** 1015/14 1128/7

**8**
**80203 [1]** 1015/14
**8th [7]** 1128/8 1135/8
1135/11 1135/15
1136/12 1137/3
1137/12

**9**
**9:30 [1]** 1014/6

**A**
**a.m [1]** 1014/6
**able [1]** 1114/16
**about [30]** 1020/20
1020/23 1023/19
1025/24 1112/16
1112/19 1112/20
1115/25 1116/11
1116/14 1117/7 1118/8
1118/18 1118/22
1121/8 1121/18

1121/25 1121/25
1123/5 1123/16
1123/20 1124/4 1124/5
1126/17 1126/22
1130/25 1131/15
1132/19 1132/25
1138/18
**above [1]** 1140/4
**above-titled [1]** 1140/4
**absolutely [2]** 1123/1
1123/8
**access [3]** 1027/24
1028/5 1029/11
**accessory [1]** 1022/20
**according [1]** 1115/17
**accurate [1]** 1029/16
**across [6]** 1023/11
1027/6 1027/9 1027/19
1029/23 1030/9
**Action [1]** 1018/7
**actually [3]** 1027/6
1113/6 1114/13
**ad [8]** 1122/21 1126/18
1127/12 1127/16
1132/12 1132/14
1138/25 1139/1
**added [1]** 1032/21
**addition [1]** 1032/22
**additional [3]** 1033/9
1114/17 1137/23
**address [3]** 1120/10
1120/11 1122/11
**admit [1]** 1114/13
**ADMITTED [1]** 1017/11
**ads [20]** 1126/20
1127/16 1130/8
1130/12 1130/18
1131/2 1131/5 1131/21
1133/7 1133/10
1133/11 1133/16
1133/20 1134/14
1137/6 1137/10
1138/12 1138/15
1138/23 1138/24
**advances [1]** 1121/7
**advertising [8]** 1124/5
1125/15 1127/13
1127/25 1128/17
1128/18 1129/12
1138/3
**affect [1]** 1123/1
**affiliated [1]** 1033/25
**after [2]** 1122/12
1139/5
**again [9]** 1018/25
1027/18 1028/12
1029/15 1031/24
1032/1 1119/1 1119/19
1131/25
**against [1]** 1121/6
**agree [6]** 1116/18
1131/4 1131/10
1131/13 1133/19
1138/2
**agreement [1]** 1117/16
**agreements [1]** 1116/6
**ahead [3]** 1116/2
1120/13 1125/7

## A

**aided [1]** 1016/7
**al [2]** 1014/3 1018/8
**algorithms [2]** 1124/5 1124/23
**all [47]** 1018/2 1018/15 1018/21 1019/8 1021/14 1021/16 1021/17 1021/23 1021/24 1022/18 1022/24 1023/11 1026/1 1026/19 1027/6 1027/9 1029/16 1029/19 1030/8 1031/7 1033/21 1033/23 1112/5 1114/4 1115/7 1115/16 1116/2 1116/5 1116/25 1118/1 1118/12 1119/8 1119/14 1119/24 1120/13 1120/24 1122/7 1122/9 1123/23 1125/4 1126/1 1127/13 1128/25 1131/18 1137/24 1139/5 1139/11
**allows [2]** 1025/14 1029/11
**Along [2]** 1031/9 1031/10
**already [2]** 1122/6 1134/7
**also [10]** 1019/14 1019/16 1022/19 1022/19 1022/21 1022/24 1024/11 1028/4 1128/12 1129/20
**Although [1]** 1134/18
**am [11]** 1024/3 1024/17 1025/6 1026/9 1027/3 1027/22 1028/21 1029/8 1031/13 1032/8 1112/10
**amazing [1]** 1131/18
**ambiguous [1]** 1132/19
**AMERICA [2]** 1014/3 1018/8
**Americas [1]** 1015/18
**AMIT [2]** 1014/9 1018/3
**Amit P. Mehta [1]** 1018/3
**amount [1]** 1133/5
**amount's [1]** 1131/23
**Android [24]** 1023/24 1023/24 1024/6 1024/7 1024/19 1024/23 1025/4 1025/7 1025/20 1026/13 1026/14 1026/17 1026/19 1026/21 1027/7 1028/10 1028/18 1030/4 1112/17 1113/7 1115/15 1115/19 1116/7 1116/14
**another [2]** 1024/22

**answer [9]** 1028/13 1029/15 1117/24 1118/2 1134/8 1134/9 1137/4 1137/7 1137/9
**answers [1]** 1137/13
**Antitrust [2]** 1015/7 1015/12
**any [29]** 1023/3 1024/18 1025/4 1025/20 1026/5 1028/13 1028/19 1029/1 1029/15 1029/21 1030/3 1030/23 1113/7 1113/7 1114/16 1116/25 1117/15 1117/18 1118/3 1118/8 1118/12 1118/14 1118/15 1118/24 1119/6 1121/1 1121/1 1121/24 1139/1
**anyone [6]** 1020/21 1020/23 1112/24 1113/2 1116/13 1139/8
**anything [9]** 1018/15 1022/22 1028/20 1029/1 1031/24 1113/10 1119/2 1119/2 1129/3
**apologies [4]** 1029/6 1127/2 1135/17 1136/21
**apologize [1]** 1133/9
**app [8]** 1024/23 1025/8 1025/10 1025/11 1025/20 1025/22 1025/23 1026/3
**appear [1]** 1026/20
**APPEARANCES [2]** 1014/11 1015/25
**appears [1]** 1113/17
**applications [3]** 1024/16 1024/18 1025/15
**appreciate [3]** 1119/12 1119/22 1125/10
**approach [4]** 1019/12 1032/23 1129/16 1135/21
**approximately [7]** 1021/3 1129/7 1133/19 1134/13 1137/5 1137/7 1137/9
**apps [1]** 1026/1
**are [48]** 1019/10 1023/6 1024/1 1024/13 1024/15 1024/21 1025/25 1025/25 1026/7 1026/12 1027/2 1027/12 1027/13 1027/21 1028/4 1028/14 1028/19 1028/23 1029/4 1029/7 1029/16 1030/3 1030/13 1030/20 1031/2 1031/11 1112/8 1113/25 1114/5 1114/10 1115/1 1115/7

**area [1]** 1031/16
**areas [1]** 1124/23
**argument [1]** 1120/11
**around [2]** 1028/24 1032/2
**article [1]** 1115/23
**articles [2]** 1114/5 1114/16 1116/25 1117/15 1117/18 1118/3 1118/18 1118/12 1118/2 1134/8 1134/9 1137/4 1137/7 1137/9
**as [49]** 1019/20 1020/8 1021/16 1021/18 1021/21 1021/25 1022/21 1022/22 1022/25 1023/20 1025/22 1027/10 1027/11 1027/19 1028/5 1028/16 1029/3 1029/4 1029/10 1031/7 1031/17 1031/18 1032/1 1032/5 1032/7 1032/10 1032/17 1032/20 1032/22 1112/14 1114/2 1114/5 1114/6 1114/12 1115/17 1116/22 1120/1 1121/6 1123/14 1123/14 1127/21 1127/25 1128/12 1128/15 1128/16 1128/23 1129/10 1129/24 1138/16
**aside [1]** 1027/20
**ask [12]** 1023/19 1030/23 1033/8 1034/1 1115/24 1116/3 1124/18 1126/17 1130/25 1137/23 1138/22 1139/7
**asked [5]** 1117/6 1118/7 1134/7 1137/3 1137/12
**asking [1]** 1123/10
**aspects [2]** 1122/10 1124/8
**asserted [1]** 1113/23
**assigning [1]** 1032/16
**associated [1]** 1022/19
**association [1]** 1022/24
**assume [1]** 1129/4
**attaching [1]** 1114/1
**attention [1]** 1033/1
**attorneys [1]** 1020/21
**auctions [2]** 1124/5 1124/24
**augmented [1]** 1032/21
**available [4]** 1026/2 1026/3 1031/25 1122/11
**Avenue [2]** 1015/18

**aware [10]** 1025/6 1028/19 1028/21 1030/3 1032/8 1032/12 1032/13 1117/14 1117/16 1118/5

## B

**back [3]** 1018/14 1026/5 1030/19
**balance [1]** 1125/6
**balancing [1]** 1123/18
**bananas [2]** 1122/19 1124/4
**bar [3]** 1028/1 1028/9 1131/10
**Barcelona [1]** 1030/23
**Barrett [1]** 1016/4
**based [1]** 1033/10
**Bates [1]** 1115/6
**be [50]** 1018/5 1019/21 1021/19 1023/8 1024/10 1025/12 1027/17 1027/25 1027/25 1028/6 1028/7 1028/13 1028/16 1029/1 1029/3 1029/4 1029/5 1029/16 1030/24 1032/2 1032/20 1032/21 1032/21 1033/9 1033/21 1113/17 1114/16 1114/22 1120/18 1120/22 1121/22 1122/2 1122/6 1122/10 1122/22 1123/11 1123/18 1123/25 1124/2 1124/9 1124/11 1124/13 1125/17 1130/15 1130/22 1132/12 1132/14 1136/17 1137/20 1138/19
**bear [1]** 1112/1
**became [1]** 1127/15
**because [11]** 1025/14 1027/18 1028/14 1029/16 1113/9 1116/21 1121/5 1123/2 1134/21 1135/17 1138/12
**been [9]** 1022/1 1033/3 1033/14 1112/2 1114/12 1114/12 1115/12 1130/11 1133/22
**before [10]** 1014/9 1018/16 1020/18 1023/18 1030/3 1117/9 1119/20 1125/22 1126/15 1127/15 1127/15
**behalf [7]** 1018/12 1119/17 1120/25 1126/13 1128/12 1128/13 1128/15
**being [5]** 1032/23 1115/25 1116/14 1128/24 1135/7

**believe [9]** 1026/18 1029/18 1112/12 1113/24 1117/15 1122/2 1123/11 1127/20 1133/12
**BELKNAP [1]** 1015/17
**bell [1]** 1134/6
**BENCH [1]** 1014/9
**beneficial [1]** 1118/19
**best [1]** 1026/18
**beyond [1]** 1133/23
**bid [1]** 1117/8
**bids [1]** 1117/14
**big [1]** 1123/15
**billion [1]** 1131/5
**binder [3]** 1020/9 1129/19 1136/7
**binders [1]** 1019/11 1129/15
**Bing [4]** 1031/6 1114/2 1115/10 1115/16
**bit [1]** 1029/17
**both [1]** 1033/15
**bottom [3]** 1027/11 1121/15 1131/15
**box [2]** 1028/20 1029/13
**boxes [1]** 1022/25
**branch [11]** 1112/9 1112/11 1112/16 1112/25 1113/4 1113/7 1118/8 1118/9 1118/12 1118/15 1118/24
**break [5]** 1120/8 1125/8 1138/19 1138/21 1139/7
**Brian [3]** 1019/3 1020/2 1020/14
**briefly [4]** 1020/18 1021/8 1117/2 1122/14
**bring [4]** 1023/6 1023/7 1030/19 1125/7
**brings [1]** 1134/18
**broadband [1]** 1021/16
**Broadway [1]** 1015/13
**browser [4]** 1024/21 1026/11 1028/1 1028/9
**browsers [1]** 1027/20
**Bruce [1]** 1015/10
**business [11]** 1021/9 1021/11 1023/11 1114/5 1114/6 1114/12 1124/8 1125/16 1126/18 1131/18 1138/4
**BYOD [1]** 1023/7

## C

**cable [1]** 1022/25
**calendar [1]** 1029/5
**call [1]** 1119/20
**called [2]** 1023/7 1027/12 1112/9
**calls [2]** 1019/3 1125/11
**came [1]** 1114/2
**can [28]** 1027/8 1029/21 1029/25

**C**

**can... [25]** 1033/9 1116/19 1118/3 1118/5 1118/22 1120/5 1120/8 1120/9 1120/10 1120/12 1120/15 1122/11 1123/3 1124/15 1125/13 1126/2 1134/9 1134/10 1135/2 1135/4 1136/12 1136/17 1136/19 1137/2 1138/22
**can't [3]** 1114/15 1118/1 1130/22
**capability [2]** 1029/12 1032/19
**Carr [1]** 1015/12
**case [3]** 1023/20 1029/19 1136/5
**category [1]** 1031/8
**Cavanaugh [2]** 1015/16 1018/10
**Center [1]** 1015/13
**CEO [2]** 1127/4 1138/8
**certain [1]** 1134/21
**certainly [6]** 1023/5 1116/9 1121/13 1125/1 1130/14 1132/24
**Certified [1]** 1016/3
**certify [1]** 1140/2
**cetera [2]** 1023/1 1024/14
**CH [1]** 1016/4
**changed [1]** 1113/10
**changes [1]** 1024/9
**charge [1]** 1116/5
**Charles [1]** 1015/22
**chart [3]** 1131/10 1132/18 1133/15
**chief [1]** 1021/6 1021/22 1022/1
**choice [1]** 1136/16
**Chrome [5]** 1024/21 1026/7 1026/10 1026/16 1026/20
**circulation [1]** 1113/25
**Civil [1]** 1018/7
**clarification [1]** 1137/20
**clarify [1]** 1137/24
**clarifying [1]** 1138/22
**client [1]** 1024/22
**close [3]** 1033/23 1133/22 1134/3
**closed [7]** 1019/21 1033/22 1034/4 1120/1 1120/11 1124/9 1125/2
**cnnmoney.com [1]** 1115/9
**CO [1]** 1015/14
**coag.gov [1]** 1015/15
**colleague [1]** 1120/16
**colleagues [1]** 1115/13
**Colorado [4]** 1015/10 1015/11 1015/13 1119/6
**COLUMBIA [1]** 1014/1
**come [8]** 1018/5

1024/23 1024/25 1026/25 1028/10 1118/17
**comes [5]** 1133/8 1133/10 1133/20 1134/14 1138/3
**comfortable [1]** 1133/13
**coming [2]** 1028/20 1138/13
**comment [1]** 1131/14
**commercial [1]** 1023/14
**commercially [2]** 1122/3 1124/1
**common [1]** 1114/22
**companies [2]** 1024/13 1024/14
**company [3]** 1112/8 1137/10 1138/16
**compare [2]** 1026/2 1027/15
**complained [1]** 1116/14
**complaint [2]** 1116/17 1121/6
**complete [1]** 1123/5
**component [1]** 1122/21
**computer [1]** 1016/7
**computer-aided [1]** 1016/7
**concern [1]** 1116/11
**concerning [1]** 1124/23
**concluded [1]** 1034/3
**confidential [17]** 1033/4 1033/15 1034/3 1120/22 1122/6 1122/22 1122/22 1123/4 1123/4 1123/6 1123/8 1123/10 1123/12 1133/1 1133/22 1133/25 1134/17
**confidentiality [3]** 1119/21 1119/22 1130/1
**confidentially [1]** 1019/22
**configure [1]** 1029/2
**configured [1]** 1028/16
**confirmation [1]** 1112/2
**confront [2]** 1135/1 1135/2
**connectivity [2]** 1021/13 1021/16
**CONNOLLY [1]** 1015/22
**consider [2]** 1028/3 1031/7
**considered [2]** 1027/17 1128/19
**consistent [2]** 1124/20 1125/6
**constant [1]** 1027/13

1016/4
**consumer [5]** 1015/11 1021/9 1021/11 1118/19 1127/6
**consumers [3]** 1023/22 1032/18 1116/22
**content [1]** 1033/3
**context [2]** 1024/16 1122/8
**CONTINUED [1]** 1016/1
**contracts [3]** 1023/14 1023/18 1033/1
**conversation [1]** 1122/5
**conversations [2]** 1112/19 1118/21
**copy [1]** 1135/24
**core [1]** 1122/24
**corporate [1]** 1128/12
**correct [48]** 1023/15 1025/1 1028/13 1031/22 1113/16 1113/17 1113/21 1121/20 1126/15 1126/16 1126/20 1126/21 1126/23 1126/25 1127/1 1127/4 1127/5 1127/7 1127/13 1127/14 1127/17 1127/23 1128/1 1128/2 1128/4 1128/8 1128/13 1128/18 1129/5 1129/6 1129/12 1130/12 1131/6 1131/7 1132/4 1132/5 1133/4 1133/8 1133/11 1133/17 1134/14 1135/8 1138/4 1138/9 1138/13 1138/14 1138/16 1140/3
**could [22]** 1023/7 1025/7 1025/20 1025/24 1027/25 1027/25 1028/6 1028/7 1029/1 1029/3 1029/4 1032/21 1032/21 1112/12 1112/13 1112/21 1130/5 1130/17 1132/6 1135/11 1136/11 1138/20
**couldn't [6]** 1024/20 1025/23 1026/22 1028/12 1029/19 1029/25
**counsel [8]** 1019/15 1115/23 1117/6 1118/7 1125/19 1129/4 1129/8 1135/24
**couple [2]** 1129/15 1130/25
**court [8]** 1014/1 1016/2 1016/3 1019/12 1111/25 1119/22 1135/13 1139/11

**courtroom [1]** 1034/1
**Cousin [1]** 1121/17
**cover [1]** 1130/6
**COVID [1]** 1131/24
**crawling [1]** 1030/18
**creates [1]** 1121/7
**CROSS [1]** 1017/4
**CRR [2]** 1140/2 1140/8
**current [6]** 1021/5 1021/6 1021/21 1022/4 1126/19 1127/19
**customer [5]** 1021/6 1021/14 1021/22 1021/24 1022/1
**customers [2]** 1023/7 1025/14
**CV [1]** 1014/4

**D**

**D-i-s-c-h-l-e-r [1]** 1125/14
**D.C [5]** 1014/5 1015/3 1015/8 1015/23 1016/5
**Dahlquist [4]** 1119/17 1119/18 1121/11 1126/13
**data [1]** 1026/5
**Date [1]** 1140/7
**dates [2]** 1128/9 1136/10
**David [1]** 1119/17 1126/13
**David Dahlquist [1]** 1119/17
**day [2]** 1014/7 1121/8
**days [1]** 1128/7
**deal [1]** 1117/10
**decade [1]** 1131/22
**December [9]** 1128/7 1128/8 1130/9 1135/8 1135/11 1135/15 1136/12 1137/3 1137/12
**December 7th [1]** 1128/7
**December 8th [6]** 1128/8 1135/8 1135/11 1136/12 1137/3 1137/12
**decide [1]** 1118/20
**declaration [1]** 1114/6
**deemed [3]** 1120/22 1123/9 1123/9
**deep [1]** 1125/15
**default [8]** 1026/8 1026/10 1030/5 1032/5 1032/7 1032/10 1114/2 1116/7
**defaults [1]** 1028/19
**defendant [3]** 1014/7 1015/21 1120/25
**defense [1]** 1117/6
**define [1]** 1132/6
**defined [1]** 1029/3
**definition [1]** 1132/19
**definitions [1]** 1128/22
**delve [1]** 1033/3

**Denver [1]** 1015/14
**DEPARTMENT [4]** 1015/2 1015/6 1015/11 1126/14
**deposed [3]** 1128/3 1128/6 1135/7
**deposition [6]** 1128/7 1128/10 1128/11 1134/22 1135/2 1135/24
**depositions [1]** 1136/9
**descend [1]** 1123/20
**describe [4]** 1021/8 1021/21 1022/13 1031/1
**described [1]** 1030/25
**designated [6]** 1033/3 1033/14 1128/16 1128/23 1129/24 1133/22
**designations [4]** 1019/23 1033/10 1033/12 1130/1
**despite [1]** 1131/24
**details [1]** 1121/2
**device [35]** 1022/6 1022/8 1022/14 1022/18 1023/2 1023/6 1023/13 1025/11 1025/19 1027/1 1027/4 1027/7 1027/11 1027/25 1028/17 1029/2 1029/11 1029/14 1029/22 1029/24 1032/4 1032/6 1032/11 1032/22 1032/23 1112/13 1112/21 1114/2 1114/22 1115/3 1116/15 1117/12 1118/3 1118/17 1118/25
**devices [37]** 1021/13 1021/14 1021/19 1022/23 1022/24 1023/3 1023/6 1023/10 1023/11 1023/24 1023/24 1024/7 1024/13 1024/19 1024/24 1024/25 1025/5 1025/22 1026/4 1026/17 1026/19 1028/11 1028/14 1029/16 1032/19 1112/17 1113/8 1113/20 1114/24 1116/6 1116/8 1116/20 1117/25 1118/6 1118/22 1133/11 1118/25
**did [21]** 1020/20 1020/23 1022/4 1023/3 1023/10 1023/10 1023/12 1023/13 1023/15 1025/8 1029/6 1112/24 1113/2 1116/8 1117/8 1118/9 1118/13 1129/7 1137/4 1137/13

**did... [1]** 1137/14
**did you [6]** 1020/20 1022/4 1023/13 1129/7 1137/4 1137/13
**didn't [2]** 1023/8 1128/21
**different [9]** 1023/25 1027/24 1028/14 1029/2 1029/17 1031/20 1118/1 1118/1 1118/22
**differentiate [1]** 1118/23
**differently [1]** 1028/17
**digital [1]** 1021/25
**Dintzer [4]** 1015/2 1018/9 1120/16 1129/23
**direct [6]** 1017/4 1020/3 1118/2 1118/12 1121/9 1126/9
**direction [2]** 1120/1 1122/13
**directly [1]** 1127/3
**disagree [1]** 1122/16
**Dischler [26]** 1120/2 1120/18 1125/12 1126/1 1126/8 1126/12 1126/15 1126/19 1128/3 1129/3 1129/10 1129/19 1131/4 1132/7 1133/3 1133/19 1134/11 1135/7 1136/7 1136/16 1137/2 1137/12 1138/2 1138/7 1138/23 1139/7
**Dischler's [2]** 1121/24 1134/21
**disclosed [1]** 1133/13
**Discover [1]** 1132/10
**discuss [3]** 1018/15 1030/11 1139/8
**discussions [3]** 1112/20 1118/9 1118/11
**dispute [2]** 1119/21 1121/24
**DISTRICT [3]** 1014/1 1014/1 1014/10
**dive [1]** 1125/15
**Division [1]** 1015/7
**do [44]** 1020/16 1021/15 1026/1 1033/8 1112/13 1112/15 1112/18 1112/19 1113/6 1114/25 1117/15 1118/14 1118/20 1118/22 1120/2 1120/12 1122/7 1122/8 1123/3 1123/5 1123/11 1123/20 1124/10 1124/22 1124/24 1125/2 1126/18 1128/10 1128/23 1128/24 1130/9 1130/10 1131/2 1131/3 1131/4 1131/10

1132/1 1132/2 1135/9 1135/19 1137/5 1138/23
**do you [7]** 1020/16 1124/22 1128/10 1128/23 1128/24 1131/4 1131/10
**do you have [3]** 1033/8 1117/15 1118/14
**do you know [2]** 1112/19 1117/5
**Do you see [4]** 1130/9 1131/2 1131/19 1132/1
**document [9]** 1114/7 1114/9 1114/17 1115/6 1129/14 1129/25 1130/8 1130/13 1133/23
**documents [7]** 1020/9 1115/25 1123/8 1123/21 1129/21 1130/11 1134/17
**does [11]** 1023/21 1024/4 1024/7 1024/23 1024/25 1026/20 1027/15 1029/13 1029/23 1123/1 1132/20
**DOJ [4]** 1015/2 1018/9 1018/17 1116/1
**domain [1]** 1032/1
**dominant [1]** 1024/10
**don't [26]** 1026/4 1026/4 1030/8 1030/8 1032/16 1113/9 1114/13 1115/3 1115/3 1116/16 1117/18 1118/12 1119/1 1120/7 1121/24 1122/4 1123/22 1123/22 1124/10 1125/6 1128/9 1131/8 1134/8 1134/23 1137/11 1137/17
**done [2]** 1033/9 1122/2
**down [2]** 1114/20 1136/21
**download [1]** 1025/14
**downstairs [1]** 1136/21
**Dr. [3]** 1127/1 1127/2 1127/3
**Dr. Raghavan [3]** 1127/1 1127/2 1127/3
**DuckDuckGo [4]** 1031/6 1117/7 1117/9 1117/16
**due [1]** 1019/22
**during [8]** 1023/2 1032/4 1033/7 1112/23 1116/5 1117/11 1117/12 1139/7
**DX737 [1]** 1113/13

### E

**E.V [1]** 1015/6
**each [1]** 1028/14

**earned [2]** 1131/5 1131/11
**earns [2]** 1121/7 1129/11
**do you [7]** 1020/16
**easier [2]** 1025/18 1129/22
**easy [1]** 1025/17
**efficient [1]** 1025/18
**either [1]** 1033/25
**elaborate [1]** 1027/8
**elicit [1]** 1121/19
**else [1]** 1115/14
**email [6]** 1015/4 1015/9 1015/15 1015/20 1015/24 1113/16
**end [1]** 1021/14
**Engadget's [1]** 1115/17
**engine [14]** 1026/8 1026/10 1030/5 1030/14 1030/16 1030/17 1031/20 1032/6 1032/8 1032/10 1032/17 1114/3 1115/18 1116/7
**engines [2]** 1030/21 1031/3
**entered [1]** 1022/14
**entirety [1]** 1134/21
**entitled [2]** 1130/18 1131/1
**entity [1]** 1122/19
**entry [6]** 1027/21 1027/23 1028/1 1028/4 1028/10 1028/18
**equipment [1]** 1024/5
**establish [1]** 1121/10
**et [4]** 1014/3 1018/8 1023/1 1024/14
**et cetera [1]** 1023/1 1024/14
**ever [10]** 1032/5 1032/9 1112/24 1113/2 1116/8 1116/16 1117/20 1117/22 1119/2 1119/2
**every [1]** 1117/25
**everybody [1]** 1018/14
**everyone [2]** 1018/4 1018/13
**evidence [2]** 1113/23 1130/1
**exact [1]** 1128/9
**exactly [1]** 1026/22 1028/12 1122/4
**exam [1]** 1019/12
**examination [7]** 1020/3 1117/4 1120/5 1123/1 1123/14 1126/9 1128/25
**example [10]** 1021/25 1024/22 1024/22 1025/23 1028/16 1031/17 1031/18 1032/1 1032/2 1115/8
**examples [1]** 1030/20

**exceed [1]** 1131/24
**exceeded [1]** 1132/3
**EXHIBITS [1]** 1017/9
**experience [6]** 1021/6 1021/22 1021/24 1022/2 1112/21 1115/20
**expiring [1]** 1117/17
**explain [1]** 1023/19

### F

**fact [1]** 1122/12
**factors [2]** 1121/3 1123/18
**familiar [13]** 1024/1 1024/15 1026/7 1027/2 1027/21 1028/23 1029/7 1030/13 1031/11 1112/8 1115/1 1118/24 1129/11
**Fascinate [3]** 1115/1 1115/10 1115/13
**fashion [1]** 1021/15
**fashioned [1]** 1135/19
**features [2]** 1115/17 1124/6
**feel [1]** 1122/9
**few [2]** 1023/19 1118/7
**figure [2]** 1133/12 1136/4
**finalized [1]** 1119/2
**fine [2]** 1123/17 1124/21
**fingers [1]** 1121/18
**first [16]** 1020/12 1021/8 1026/25 1027/5 1027/7 1120/4 1120/24 1121/4 1121/5 1128/10 1130/15 1131/1 1131/1 1131/17 1131/17 1135/18
**fix [1]** 1122/12
**flip [1]** 1123/2
**Floor [1]** 1015/14
**focus [3]** 1023/18 1024/6 1136/9
**focused [2]** 1032/1 1138/24
**focusing [1]** 1021/19
**follow [1]** 1124/12
**followed [1]** 1124/11
**following [2]** 1137/3 1137/4
**forces [1]** 1115/9
**foregoing [1]** 1140/3
**forgotten [1]** 1134/11
**forward [3]** 1018/16 1118/20 1131/8
**foundation [1]** 1115/21
**foundational [1]** 1114/14
**frame [1]** 1117/11
**framing [1]** 1122/1
**frankly [2]** 1123/17 1123/18
**friends [1]** 1115/12
**full [2]** 1020/13

**functions [1]** 1115/19
**fund [1]** 1122/21
**fundamentally [1]** 1122/16
**further [2]** 1116/24 1119/3

### G

**Gatas [3]** 1130/5 1130/17 1135/10
**general [18]** 1030/13 1030/16 1030/17 1030/18 1030/20 1031/2 1031/4 1031/7 1031/20 1031/24 1031/24 1032/17 1032/20 1120/24 1123/15 1123/15 1126/19 1127/15
**generalized [2]** 1121/2 1123/10
**generally [6]** 1023/23 1026/22 1027/5 1027/17 1029/18 1032/18
**generated [2]** 1132/13 1132/14
**gentleman [1]** 1115/11
**get [13]** 1024/7 1033/17 1115/14 1120/4 1120/7 1120/8 1124/23 1125/1 1125/7 1125/9 1126/2 1132/24 1134/3
**give [13]** 1024/20 1025/23 1028/13 1029/15 1031/18 1115/8 1117/24 1118/2 1119/25 1120/15 1135/14 1137/4 1137/13
**given [2]** 1118/21 1136/7
**gloss [1]** 1114/17
**Gmail [1]** 1024/22
**go [13]** 1022/18 1025/14 1116/2 1120/13 1122/13 1123/8 1125/7 1130/5 1130/17 1131/15 1136/12 1136/14 1136/23
**go ahead [2]** 1116/2 1120/13
**goes [6]** 1021/17 1115/15 1121/9 1122/24 1123/16 1131/10
**going [25]** 1020/10 1024/6 1028/13 1029/15 1031/17 1034/1 1115/6 1115/24 1118/17 1118/18 1120/11 1121/22 1122/4 1122/6 1123/23 1124/6 1125/1 1125/14 1125/17 1129/20

**G**

**going... [5]** 1130/15
1131/8 1135/19 1136/8
1138/20
**good [16]** 1018/4
1018/7 1018/13
1018/23 1019/2
1019/18 1019/19
1020/6 1020/7 1024/21
1024/22 1119/13
1119/18 1119/19
1126/12 1138/20
**good morning [10]**
1018/4 1018/13
1018/23 1019/2
1019/18 1019/19
1020/6 1020/7 1119/18
1126/12
**GOOGLE [54]** 1014/6
1015/21 1018/8
1018/12 1020/23
1023/16 1023/17
1024/10 1024/18
1025/3 1025/21 1026/2
1026/15 1028/17
1028/20 1028/23
1028/24 1028/25
1029/13 1029/22
1030/4 1031/9 1031/10
1033/4 1033/15
1112/24 1112/24
1113/3 1115/15
1115/18 1116/6 1116/7
1116/14 1117/10
1117/16 1120/25
1121/6 1122/3 1122/20
1122/21 1123/9
1125/18 1125/21
1126/18 1126/18
1126/25 1127/13
1128/13 1128/16
1129/11 1131/4 1132/9
1138/15 1139/2
**Google LLC [1]** 1018/8
**Google's [15]** 1025/5
1029/7 1033/1 1122/16
1124/8 1127/4 1132/3
1132/8 1133/7 1133/10
1133/20 1134/14
1137/6 1138/3 1138/8
**got [4]** 1135/23
1135/24 1136/2
1136/15
**Graham [1]** 1015/21
**Great [1]** 1139/9
**grocery [2]** 1122/20
1124/4
**ground [1]** 1114/12
**group [1]** 1114/23
**grown [1]** 1131/22
**growth [1]** 1133/16
**guess [3]** 1114/11
1115/5 1121/15
**guidance [2]** 1124/13
1125/10
**guideline [1]** 1124/11

**H**

**H-i-g-g-i-n-s [1]**
1020/15
**had [8]** 1018/14
1022/17 1024/11
1113/3 1116/6 1116/9
1118/11 1133/16
**hand [4]** 1019/5
1125/23 1129/14
1136/1
**handed [2]** 1020/8
1129/19
**happening [1]** 1032/8
**happy [1]** 1133/24
**hard [1]** 1134/5
**harder [1]** 1122/12
**hardware [2]** 1021/17
1027/25
**has [14]** 1025/4
1025/23 1032/4 1033/3
1033/14 1112/2 1113/6
1117/20 1123/9
1124/10 1130/1
1131/21 1133/16
1133/22
**hasn't [1]** 1114/15
**have [52]** 1019/11
1019/20 1020/18
1021/1 1021/12
1021/12 1021/23
1022/1 1023/4 1023/11
1023/23 1023/24
1025/8 1025/11 1026/4
1030/8 1031/6 1031/6
1032/9 1032/18 1033/7
1033/8 1033/11
1033/20 1033/23
1034/2 1112/15
1113/24 1114/6
1114/13 1116/24
1117/15 1117/18
1118/9 1118/14
1118/19 1118/21
1120/15 1120/19
1120/19 1122/10
1123/5 1123/9 1125/22
1128/22 1129/21
1129/24 1130/11
1134/19 1136/9
1137/11 1137/21
**having [2]** 1118/12
1122/8
**he [3]** 1114/15 1122/1
1124/10
**he's [6]** 1114/9 1114/9
1122/1 1122/4 1124/6
1134/7
**hear [1]** 1121/14
**hearsay [1]** 1113/24
**held [1]** 1126/22
**Hello [1]** 1119/16
**help [3]** 1118/22
1119/25 1137/24
**helps [1]** 1122/21
**here [12]** 1019/16
1020/21 1029/21
1033/6 1115/8 1116/12
1118/3 1120/22 1121/8

**however [1]**
1124/13
**Higgins [16]** 1019/3
1019/8 1020/2 1020/6
1020/14 1027/20
1030/11 1032/25
1112/8 1113/15 1114/8
1114/15 1114/21
1117/6 1118/7 1119/9
**Higgins' [1]** 1019/21
**high [2]** 1131/23
1133/17
**him [8]** 1115/24 1116/3
1125/8 1134/8 1134/24
1135/1 1135/3 1138/12
**history [1]** 1117/22
**hold [1]** 1022/4
**holds [1]** 1121/17
**home [10]** 1021/12
1021/15 1022/25
1026/23 1026/24
1026/25 1027/6
1027/18 1029/18
1029/23
**Honor [49]** 1018/7
1018/18 1018/19
1018/20 1018/23
1019/11 1019/14
1019/18 1019/20
1033/2 1033/11
1113/13 1113/22
1114/8 1114/18
1115/21 1117/2 1119/4
1119/7 1119/16
1119/20 1120/14
1120/19 1120/20
1120/21 1120/24
1121/13 1121/20
1121/22 1122/15
1122/25 1124/12
1125/2 1125/10
1125/11 1125/16
1125/20 1129/16
1129/25 1133/1
1133/21 1133/25
1134/17 1134/18
1135/17 1135/21
1136/4 1137/16
1138/18
**Honor's [1]** 1124/14
**HONORABLE [2]**
1014/9 1018/2
**hope [1]** 1018/14
**hopefully [1]** 1135/13
**hot [4]** 1027/2 1027/4
1027/5 1027/15
**hours [1]** 1129/9
**housekeeping [1]**
1020/8
**how [19]** 1021/1
1021/3 1022/1 1022/8
1026/1 1026/16
1027/15 1031/23
1120/1 1121/7 1122/1
1122/4 1122/9 1122/18
1122/18 1122/23
1123/22 1129/7
1131/15

**Hubbard [2]** 1121/3
1123/18
**huh [1]** 1026/9
**hundreds [1]** 1118/21

**I**

**I also [1]** 1022/21
**I am [10]** 1024/3
1024/17 1025/6 1026/9
1027/22 1028/21
1029/8 1031/13 1032/8
1112/10
**I apologize [1]** 1133/9
**I assume [1]** 1129/4
**I believe [6]** 1026/18
1029/18 1112/12
1113/24 1127/20
1133/12
**I can [5]** 1118/5 1120/9
1120/12 1123/3
1134/10
**I can't [1]** 1118/1
**I couldn't [6]** 1024/20
1025/23 1026/22
1028/12 1029/19
1029/25
**I did [4]** 1023/12
1023/15 1029/6
1137/14
**I didn't [1]** 1128/21
**I don't [6]** 1030/8
1032/16 1113/9 1115/3
1121/24 1128/9
**I don't have [4]** 1026/4
1030/8 1117/18
1137/11
**I don't recall [3]**
1115/3 1118/12 1119/1
**I guess [2]** 1115/5
1121/15
**I have [5]** 1021/23
1116/24 1120/19
1120/19 1134/19
**I hope [1]** 1018/14
**I just [3]** 1020/8
1137/16 1139/3
**I know [1]** 1118/13
**I mean [5]** 1023/15
1023/23 1032/17
1123/21 1139/1
**I recall [1]** 1119/1
**I should [3]** 1025/17
1033/6 1124/20
**I think [10]** 1029/16
1030/17 1031/15
1114/12 1122/11
1123/17 1123/24
1127/8 1133/21
1137/11
**I understand [2]**
1124/13 1134/20
**I want [2]** 1124/12
1124/14
**I was [3]** 1113/21
1115/14 1128/19
**I will [2]** 1120/10
1123/8

**I work [1]** 1020/17
**I wouldn't [3]** 1028/6
1032/16 1032/22
**I'd [9]** 1019/14 1023/18
1024/10 1030/11
1032/25 1126/17
1129/14 1130/25
1134/19
**I'll [5]** 1020/9 1115/8
1123/5 1136/1 1139/7
**I'm [23]** 1028/6 1028/7
1032/12 1033/13
1034/1 1113/10 1115/6
1115/14 1115/24
1117/14 1118/5
1123/10 1123/24
1125/1 1125/17 1127/8
1128/19 1133/12
1133/13 1133/24
1134/3 1136/4 1138/18
**I'm going [3]** 1034/1
1115/24 1125/17
**I'm not [4]** 1115/6
1117/14 1118/5
1123/24
**I'm not sure [4]**
1033/13 1113/10
1127/8 1128/19
**I'm sorry [1]** 1115/14
**I'm sure [2]** 1028/6
1028/7
**I've [7]** 1026/4 1113/9
1115/12 1115/25
1129/19 1136/2 1136/7
**icon [1]** 1026/20
**identified [1]** 1124/16
**identify [1]** 1030/18
**identifying [1]** 1133/4
**impact [1]** 1116/19
**implementation [2]**
1118/15 1118/25
**important [1]** 1138/12
**improve [1]** 1112/21
**include [2]** 1127/11
1132/9
**included [1]** 1120/17
**includes [1]** 1138/8
**including [2]** 1127/22
1132/18
**inconsistent [2]**
1134/19 1137/17
**incorporated [2]**
1113/7 1115/8
**incorporates [1]**
1115/18
**incorporating [1]**
1112/16
**incorrect [3]** 1127/24
1133/18 1134/15
**increases [5]** 1121/25
1123/11 1123/16
1123/17 1124/7
**incredible [1]** 1131/22
**INDEX [2]** 1017/2
1017/9
**individual [1]** 1136/10
**information [4]**
1121/18 1122/3 1123/3

**I**

**information... [1]** 1131/16
**insight [1]** 1117/18
**insights [1]** 1116/22
**insignificant [1]** 1121/23
**installed [2]** 1026/16 1026/19
**instruct [1]** 1112/25
**instructing [1]** 1113/3
**intelligence [1]** 1127/9
**intend [3]** 1124/23 1125/2 1130/2
**intended [1]** 1132/3
**interest [2]** 1121/4 1121/5
**internal [1]** 1113/15 1113/24
**interrupt [1]** 1121/11
**involved [4]** 1112/23 1113/20 1114/9 1117/13
**involvement [1]** 1118/9
**involves [1]** 1123/15
**iOS [1]** 1023/23
**iPhone [1]** 1023/23
**is [91]** 1018/7 1019/6 1019/16 1021/5 1021/6 1021/11 1022/22 1023/16 1023/17 1024/21 1024/22 1025/13 1026/10 1026/16 1026/18 1026/24 1026/25 1027/4 1027/5 1027/23 1028/1 1028/13 1028/25 1029/9 1029/15 1030/4 1030/16 1030/17 1030/22 1030/23 1031/14 1031/20 1031/24 1031/25 1112/11 1112/12 1113/15 1113/24 1114/8 1114/10 1114/11 1115/2 1115/9 1115/16 1115/23 1120/4 1120/6 1120/24 1121/1 1121/4 1121/15 1121/16 1121/18 1122/3 1122/7 1122/12 1122/18 1122/21 1123/4 1123/23 1124/1 1124/24 1125/6 1125/24 1126/13 1126/19 1126/24 1127/6 1127/7 1129/22 1129/25 1130/8 1130/11 1130/18 1130/20 1131/1 1132/18 1132/20 1132/22 1133/4 1133/6 1133/12 1133/23 1134/4 1134/13 1135/14 1137/8 1137/10 1138/15 1138/17 1140/3

**is that correct [2]** 1126/23 1127/7
**issue [1]** 1119/21
**issues [2]** 1121/9 1122/24
**it [93]** 1022/17 1022/19 1023/20 1024/7 1024/9 1024/25 1025/9 1025/11 1025/14 1025/17 1025/17 1026/14 1025/24 1026/18 1027/6 1027/6 1027/9 1027/10 1028/3 1028/6 1028/7 1028/12 1029/5 1029/6 1029/10 1030/17 1030/20 1031/1 1031/22 1033/17 1034/2 1113/9 1113/17 1114/4 1114/5 1114/13 1114/16 1114/20 1114/22 1115/12 1115/15 1115/19 1115/25 1117/9 1117/21 1118/16 1118/17 1118/18 1119/12 1119/25 1120/4 1120/6 1120/9 1120/11 1120/12 1120/17 1121/7 1122/4 1122/5 1122/8 1122/9 1122/9 1122/10 1122/12 1122/21 1123/24 1129/22 1130/1 1131/15 1132/4 1132/18 1133/6 1134/8 1134/10 1134/20 1134/23 1135/1 1135/3 1135/3 1135/14 1135/19 1135/23 1136/1 1136/2 1136/8 1136/15 1136/17 1136/18 1136/19 1136/20 1136/21 1137/19 1138/17

**it's [36]** 1020/14 1024/14 1026/14 1026/21 1026/22 1027/7 1027/17 1027/18 1027/18 1029/10 1029/18 1030/1 1114/11 1115/5 1115/6 1115/11 1116/23 1121/2 1121/5 1122/12 1122/19 1122/20 1123/2 1123/5 1123/23 1123/25 1127/8 1131/13 1132/8 1134/2 1134/3 1134/5 1136/21 1137/11 1137/16 1138/12
**its [4]** 1115/16 1115/18 1117/10 1122/19
**itself [1]** 1114/17

**J**

**Jerry [2]** 1125/12 1126/8

**John [2]** 1015/21 1018/12
**John Schmidtlein [1]** 1018/12
**Johnson [3]** 1130/5 1130/17 1135/10
**jon.sallet [1]** 1015/15
**Jonathan [1]** 1015/10 1018/10
**journeys [1]** 1021/24
**Jr [1]** 1015/16
**jschmidtlein [1]** 1015/24
**judge [2]** 1014/10 1121/17
**Judicial [1]** 1015/13
**Judith [1]** 1019/15
**July [5]** 1022/3 1022/10 1022/11 1022/12 1022/14
**just [22]** 1020/8 1020/18 1025/24 1030/3 1030/18 1030/24 1112/1 1113/9 1114/20 1115/19 1120/15 1121/11 1121/14 1130/15 1134/23 1135/13 1136/5 1136/18 1137/16 1138/22 1139/3 1139/7
**JUSTICE [3]** 1015/2 1015/6 1126/14

**K**

**keep [3]** 1114/20 1136/17 1138/20
**Kenneth [3]** 1015/2 1015/22 1018/9
**kenneth.dintzer2 [1]** 1015/5
**key [1]** 1027/25
**kills [1]** 1115/19
**kinks [1]** 1135/18
**know [19]** 1020/9 1025/25 1026/4 1112/15 1112/19 1113/6 1116/22 1117/19 1118/13 1118/21 1122/4 1122/23 1123/22 1123/22 1124/7 1124/10 1134/23 1137/5 1137/17
**knowledge [5]** 1026/18 1028/25 1031/24 1117/23 1127/8
**knowledgeable [2]** 1128/16 1128/20

**L**

**lands [1]** 1122/9
**Lara [1]** 1015/6
**lara.trager [1]** 1015/9
**last [3]** 1018/25 1125/13 1131/24
**later [2]** 1032/21

**latest [1]** 1115/15
**launch [2]** 1121/1 1138/18
**Laura [1]** 1018/24
**Laura Trager [1]** 1018/24
**law [3]** 1015/11 1019/16 1128/22
**leaders [1]** 1118/1
**leading [1]** 1127/11
**least [1]** 1125/7
**leave [1]** 1034/1
**left [1]** 1133/23
**less [2]** 1116/10 1137/10
**let [9]** 1020/9 1033/8 1121/11 1121/14 1122/23 1130/13 1133/9 1134/8 1137/23
**let's [4]** 1028/17 1116/2 1137/19 1138/21
**LG [1]** 1024/11
**like [21]** 1019/14 1021/25 1022/25 1023/18 1024/14 1030/11 1032/18 1032/25 1116/8 1123/24 1126/2 1126/17 1129/14 1129/23 1130/25 1132/10 1132/10 1132/10 1134/20 1137/11
**likely [2]** 1031/17 1130/21
**limit [1]** 1122/1
**line [7]** 1121/15 1131/17 1131/21 1135/12 1135/12 1135/16 1135/16
**line 20 [2]** 1135/12 1135/16
**line 7 [2]** 1135/12 1135/16
**list [1]** 1024/20
**listened [1]** 1115/25
**little [5]** 1029/17 1126/24 1131/16 1134/5 1139/5
**LLC [2]** 1014/6 1018/8
**LLP [2]** 1015/17 1015/22
**long [5]** 1021/1 1022/1 1022/8 1023/14 1129/7
**longer [2]** 1024/11 1024/13
**look [3]** 1024/9 1129/22 1137/2
**looked [1]** 1026/4
**lot [1]** 1115/25
**luck [1]** 1119/13
**lunch [2]** 1120/9 1125/8

**M**

**machine [1]** 1121/8

**made [3]** 1021/11 1122/10 1137/20
**majority [3]** 1133/7 1133/10 1138/2
**make [2]** 1124/14 1139/3
**makes [2]** 1025/17 1138/16
**management [2]** 1127/20 1127/21
**manager [2]** 1126/20 1127/15
**manner [1]** 1025/17
**manufacturer [1]** 1024/5
**manufacturers [2]** 1023/25 1024/1
**many [1]** 1021/3
**Maps [1]** 1132/10
**marked [2]** 1113/13 1136/11
**market [2]** 1023/20 1121/10
**marketing [9]** 1022/6 1022/8 1022/15 1022/19 1023/2 1023/13 1025/19 1032/4 1117/12
**markets [3]** 1123/21 1123/21 1123/22
**material [2]** 1033/14 1033/18
**materials [1]** 1136/8
**matter [4]** 1020/8 1113/23 1128/4 1140/4
**matters [1]** 1128/17
**may [12]** 1019/12 1019/13 1028/16 1029/5 1117/19 1117/19 1122/14 1126/4 1126/5 1129/16 1129/17 1135/21
**maybe [1]** 1032/1
**me [10]** 1030/22 1033/8 1113/1 1121/11 1121/14 1121/16 1130/13 1132/6 1133/9 1137/23
**mean [13]** 1023/15 1023/23 1024/20 1027/8 1029/6 1032/13 1032/17 1033/13 1121/15 1123/21 1134/2 1138/24 1139/1
**Meaning [1]** 1027/10
**meaningful [1]** 1116/23
**mechanical [1]** 1016/6
**mechanisms [1]** 1027/24
**media [1]** 1112/2
**meet [1]** 1129/7
**meetings [1]** 1118/12
**meets [1]** 1121/4
**MEHTA [2]** 1014/9 1018/3
**members [2]** 1118/11 1118/13

**M**

**mentioned [2]** 1024/1 1026/7
**Merit [1]** 1016/2
**met [3]** 1020/18 1126/15 1129/4
**method [1]** 1129/22
**Metrics [8]** 1112/9 1112/11 1112/16 1112/25 1113/4 1113/7 1118/8 1118/10
**Metrics' [2]** 1118/15 1118/24
**Michael [2]** 1125/17 1125/20
**Microsoft [3]** 1117/7 1117/8 1117/15
**might [5]** 1022/23 1030/23 1124/1 1124/13 1137/24
**million [1]** 1131/11
**mind [1]** 1124/10
**minute [1]** 1120/15
**minutes [1]** 1120/5
**mobile [11]** 1021/12 1021/13 1021/19 1023/21 1024/16 1113/20 1114/21 1116/6 1116/20 1133/8 1133/11
**moment [3]** 1027/20 1135/5 1135/15
**money [3]** 1121/7 1121/7 1138/16
**monitor [1]** 1114/23
**more [6]** 1025/18 1123/25 1124/1 1131/16 1132/24 1135/15
**morning [14]** 1014/7 1018/4 1018/7 1018/13 1018/23 1019/2 1019/18 1019/19 1020/6 1020/7 1115/17 1119/18 1121/19 1126/12
**most [3]** 1128/16 1128/19 1131/18
**Motorola [1]** 1024/12
**move [2]** 1030/3 1118/20
**Mr. [55]** 1019/8 1019/21 1020/6 1027/20 1030/11 1032/25 1112/6 1112/12 1113/15 1114/8 1114/15 1114/21 1117/6 1118/7 1119/9 1119/18 1120/2 1120/16 1120/18 1121/11 1121/14 1121/21 1121/24 1124/22 1125/12 1126/1 1126/12 1126/15 1126/19 1126/25 1127/3 1127/6 1128/3 1129/3 1129/10 1129/19 1129/23
1133/19 1134/11 1134/21 1135/7 1135/23 1136/7 1136/16 1137/2 1137/12 1138/2 1138/7 1138/8 1138/11 1138/23 1139/7
**Mr. Dahlquist [2]** 1119/18 1121/11
**Mr. Dintzer [2]** 1120/16 1129/23
**Mr. Dischler [24]** 1120/2 1120/18 1126/1 1126/12 1126/15 1126/19 1128/3 1129/3 1129/10 1129/19 1131/4 1132/7 1133/3 1133/19 1134/11 1135/7 1136/7 1136/16 1137/2 1137/12 1138/2 1138/7 1138/23 1139/7
**Mr. Dischler's [2]** 1121/24 1134/21
**Mr. Higgins [13]** 1019/8 1020/6 1027/20 1030/11 1032/25 1112/8 1113/15 1114/8 1114/15 1114/21 1117/6 1118/7 1119/9
**Mr. Higgins' [1]** 1019/21
**Mr. Jerry [1]** 1125/12
**Mr. Pichai [3]** 1127/3 1138/8 1138/11
**Mr. Raghavan [1]** 1126/25
**Mr. Raghavan's [1]** 1127/6
**Mr. Schmidtlein [4]** 1126/1 1121/14 1121/21 1135/23
**Mr. Schmidtlein's [1]** 1124/22
**Ms. [6]** 1019/2 1019/10 1019/17 1130/5 1130/17 1135/10
**Ms. Gatas-Johnson [3]** 1130/5 1130/17 1135/10
**Ms. Trager [2]** 1019/2 1019/10
**Ms. Zahid [1]** 1019/17
**much [3]** 1119/9 1120/1 1122/12
**multiple [2]** 1117/20 1128/3
**multitude [2]** 1023/25 1029/2
**my [18]** 1023/12 1023/15 1025/12 1026/18 1032/13 1033/2 1115/12 1118/11 1120/16 1121/17 1122/7 1123/1 1126/13 1127/2 1127/20 1130/15 1130/22 1134/13

**name [4]** 1018/25 1020/13 1125/13 1126/13
**named [1]** 1115/11
**nature [1]** 1132/11
**nearest [1]** 1030/22
**need [4]** 1018/15 1025/11 1114/13 1120/1
**needs [1]** 1137/20
**negotiate [1]** 1023/14
**negotiating [1]** 1117/9
**negotiations [1]** 1117/13
**network [2]** 1023/8 1023/9
**never [3]** 1026/4 1116/13 1126/15
**new [3]** 1015/19 1025/15 1118/16
**next [7]** 1018/22 1119/14 1119/20 1120/18 1130/6 1130/18 1131/21
**nice [1]** 1018/14
**no [25]** 1014/4 1018/19 1018/20 1020/19 1020/22 1020/25 1024/11 1024/13 1028/21 1029/25 1032/12 1032/14 1033/20 1113/1 1113/5 1116/12 1116/16 1116/24 1118/5 1119/3 1119/7 1127/18 1129/1 1129/2 1138/21
**non [2]** 1120/19 1132/12
**non-ad [1]** 1132/12
**non-redacted [1]** 1120/19
**not [57]** 1023/3 1025/6 1025/8 1025/24 1028/13 1028/21 1029/15 1029/23 1030/1 1030/4 1032/8 1032/12 1032/13 1032/15 1033/10 1033/13 1033/25 1112/25 1113/1 1113/4 1113/10 1113/11 1113/20 1113/21 1113/23 1114/4 1114/8 1114/9 1115/6 1117/14 1117/19 1118/5 1118/5 1118/18 1118/20 1119/1 1120/22 1121/1 1121/9 1121/23 1122/17 1122/22 1122/22 1123/11 1123/24 1124/3 1127/8 1128/11 1128/19 1131/13 1132/18 1132/22 1134/3 1135/13 1136/18 1137/16 1139/8
**note [1]** 1019/14

**Nothing [1]** 1136/8
**now [10]** 1032/25 1113/15 1114/15 1114/20 1125/16 1129/14 1134/11 1136/1 1136/7 1138/19
**number [8]** 1024/21 1026/1 1026/2 1115/6 1121/18 1131/12 1134/4 1137/8
**numbers [5]** 1124/15 1124/17 1131/8 1132/21 1132/23
**NW [4]** 1015/3 1015/7 1015/23 1016/4
**NY [1]** 1015/19

**O**

**oath [2]** 1019/6 1125/24
**object [1]** 1137/16
**objection [2]** 1113/24 1115/21
**Obviously [1]** 1124/3
**occurred [1]** 1128/7
**OEM [2]** 1024/2 1024/4
**OEMs [1]** 1024/7
**off [7]** 1022/17 1122/5 1131/17 1135/4 1135/14 1136/19 1136/20
**offer [1]** 1112/12
**offering [3]** 1113/22 1114/4 1114/5
**officer [3]** 1021/7 1021/22 1022/2
**Official [1]** 1016/3
**often [1]** 1026/16
**Oh [1]** 1031/4
**okay [34]** 1018/13 1019/24 1020/11 1026/6 1026/14 1028/8 1028/22 1030/2 1030/10 1031/19 1032/3 1033/5 1033/19 1112/22 1113/12 1113/18 1115/4 1118/6 1119/3 1119/5 1119/11 1120/3 1120/13 1123/13 1125/4 1125/19 1130/4 1132/16 1134/25 1136/17 1136/24 1137/5 1139/3 1139/5
**old [1]** 1135/19
**old-fashioned [1]** 1135/19
**once [1]** 1034/2
**one [18]** 1023/16 1023/17 1025/2 1027/12 1028/14 1029/25 1115/8 1116/16 1118/5 1121/8 1123/2 1123/4 1123/5 1134/2 1134/3 1135/15 1136/11 1138/7
**one-third [1]** 1123/2 1123/4 1123/5

**ones [1]** 1136/8
**only [4]** 1112/12 1112/20 1121/9 1128/11
**open [7]** 1033/7 1033/9 1033/20 1034/2 1111/25 1122/10 1124/24
**opening [3]** 1120/16 1120/17 1124/16
**operated [1]** 1132/8
**opinion [2]** 1025/17 1025/24
**opportunity [1]** 1137/21
**opposed [1]** 1032/20
**order [2]** 1018/6 1025/12
**Original [1]** 1024/5
**other [22]** 1020/21 1024/13 1025/22 1027/16 1027/19 1028/9 1028/9 1028/20 1029/4 1112/13 1114/17 1121/2 1122/5 1122/13 1123/23 1127/22 1127/25 1128/20 1132/9 1132/13 1132/15 1134/17
**others [1]** 1025/25
**otherwise [1]** 1124/2
**ought [2]** 1123/18 1123/24
**our [10]** 1021/24 1022/19 1032/25 1033/21 1033/24 1122/24 1123/7 1125/7 1137/10 1137/10
**out [9]** 1025/25 1028/20 1029/13 1112/24 1120/1 1129/15 1133/12 1135/18 1136/4
**outreach [1]** 1113/3
**over [7]** 1024/9 1024/11 1126/24 1128/7 1131/5 1131/11 1131/22
**overall [1]** 1137/10
**oversaw [2]** 1127/22 1127/25
**Overview [1]** 1130/8
**own [1]** 1025/23
**owned [1]** 1132/8

**P**

**P. [1]** 1018/3
**p.m [2]** 1139/13 1139/13
**page [13]** 1115/5 1130/6 1130/6 1130/16 1130/18 1131/1 1131/1 1131/2 1135/11 1135/15 1136/13 1137/2 1139/2
**page 395 [4]** 1135/11 1135/15 1136/13

**P**

page 395... [1] 1137/2
pagination [1] 1136/12
Palm [1] 1024/14
paper [1] 1136/23
part [3] 1127/21
1129/10 1131/18
partially [1] 1130/21
particular [6] 1123/20
1123/22 1124/7
1132/17 1132/18
1138/25
partners [3] 1023/14
1023/16 1023/17
party [1] 1033/4
past [1] 1131/22
patience [1] 1135/17
PATTERSON [1]
1015/17
pause [2] 1033/6
1112/4
pay [1] 1021/16
pbwt.com [1] 1015/20
people [2] 1114/22
1128/20
per [1] 1133/15
percent [2] 1029/19
1137/11
percentage [1] 1137/5
Perfect [1] 1136/3
perhaps [1] 1033/6
permanent [1] 1027/10
permission [1] 1130/3
persistent [1] 1027/18
person [1] 1128/16
personal [1] 1118/8
personnel [1] 1112/15
persuaded [1] 1124/2
phone [4] 1027/16
1115/15 1115/19
1117/20
phones [8] 1024/12
1024/12 1025/20
1026/13 1026/14
1028/19 1030/4 1030/9
Pichai [3] 1127/3
1138/8 1138/11
picked [1] 1022/21
piece [2] 1029/10
1120/22
pitch [1] 1122/4
pivot [2] 1030/11
1122/4
Pixel [2] 1024/11
1028/17
place [1] 1118/1
placed [2] 1019/6
1125/24
placements [1]
1027/16
Plaintiff [2] 1015/10
1018/11
PLAINTIFF's [2]
1017/5 1017/11
plaintiffs [9] 1014/4
1015/2 1018/9 1018/17
1020/2 1117/1 1119/6
1119/14 1126/8

plan [1] 1124/18
platforms [2] 1021/25
1127/17
Play [4] 1025/3 1025/5
1025/21 1026/2
players [1] 1024/10
please [10] 1018/5
1019/5 1020/12 1021/8
1021/21 1022/13
1034/1 1125/22
1135/11 1136/21
plow [1] 1018/16
plus [2] 1027/12
1027/12
plus-one [1] 1027/12
plus-two [1] 1027/12
point [6] 1027/21
1027/23 1028/2
1033/24 1034/2 1120/8
points [4] 1028/4
1028/5 1028/10
1028/18
policy [1] 1121/2
portfolio [3] 1022/18
1022/20 1022/22
portion [1] 1019/21
1034/3 1121/23 1133/3
position [3] 1027/15
1122/16 1122/18
positive [2] 1116/10
1116/10
possible [3] 1030/1
1120/6 1136/17
potentially [1] 1112/21
practices [1] 1019/22
pre [2] 1026/16
1026/19
pre-installed [2]
1026/16 1026/19
prefer [2] 1131/13
1135/20
preference [1] 1032/19
preferred [1] 1027/17
preliminarily [1]
1018/16
preloaded [9] 1024/15
1024/18 1024/23
1024/25 1025/5
1026/21 1028/10
1114/2 1116/14
preparation [1] 1129/4
prepared [3] 1019/11
1130/11 1130/21
president [2] 1022/6
1127/16
presiding [1] 1018/3
press [1] 1116/19
presumably [1]
1114/16
Prettyman [1] 1016/4
price [6] 1121/25
1122/18 1122/23
1123/11 1123/16
1123/17
prices [1] 1122/19
pricing [4] 1120/25
1121/2 1122/5 1122/7

1138/15
prior [3] 1022/4
1127/19 1134/19
private [2] 1121/23
1122/2
probably [4] 1028/13
1029/15 1123/25
1125/5
proceed [2] 1112/5
1126/4
proceedings [4]
1014/9 1016/6 1034/3
1140/4
produced [1] 1016/7
product [20] 1022/7
1022/9 1022/22
1022/23 1032/23
1114/1 1114/23 1115/7
1116/8 1116/9 1116/11
1116/13 1116/18
1116/22 1121/9
1122/18 1122/19
1122/24 1127/20
1127/21
products [4] 1022/24
1127/7 1127/22
1127/25
professionals [1]
1127/12
progressed [2]
1022/21 1113/10
promotions [1]
1022/18
properties [4] 1132/9
1132/9 1132/13
1132/15
proprietary [2] 1124/6
1124/8
Protection [1] 1015/11
provide [4] 1021/13
1021/16 1114/16
1116/21
provider [7] 1031/12
1031/14 1031/15
1031/21 1032/5 1032/7
1032/10
providers [2] 1031/2
1031/4
provides [1] 1031/16
public [14] 1121/4
1121/5 1122/23 1123/3
1123/3 1123/6 1123/19
1123/25 1130/2 1135/3
1135/4 1135/14
1135/14 1136/18
publicly [1] 1133/13
publish [1] 1130/2
published [1] 1122/10
purposes [2] 1029/2
1029/4
pursuant [1] 1019/22
put [4] 1129/20
1135/11 1136/18
1137/19
puts [1] 1021/3
putting [1] 1135/3

**Q**

quandary [1] 1134/18
queries [1] 1030/18
query [2] 1030/24
1031/17
question [14] 1030/23
1114/11 1115/24
1123/16 1123/16
1124/22 1133/9 1134/7
1134/9 1134/13 1137/4
1137/8 1137/23
1138/22
questions [17] 1033/3
1033/7 1033/9 1033/20
1033/21 1116/24
1117/7 1118/8 1119/3
1121/25 1123/10
1123/15 1126/17
1130/15 1130/25
1132/25 1137/13
quick [1] 1138/22
quotation [1] 1120/17

**R**

Raghavan [4] 1126/25
1127/1 1127/2 1127/3
Raghavan's [1] 1127/6
raise [2] 1019/5
1125/23
raised [2] 1019/20
1116/12
Ralph [1] 1015/12
rate [1] 1131/22
razor [1] 1124/13
re [1] 1034/2
re-open [1] 1034/2
reach [1] 1112/24
reaching [1] 1131/23
read [2] 1115/25
1116/22
reading [1] 1115/23
ready [4] 1018/21
1019/10 1112/5
1119/14
Realtime [1] 1016/3
reason [1] 1117/15
reasonably [1]
1025/20
reasons [1] 1120/23
recall [9] 1115/3
1116/16 1118/12
1119/1 1119/1 1128/10
1128/23 1128/24
1135/7
received [1] 1113/3
receives [1] 1138/11
recess [2] 1139/12
1139/13
recognizing [1]
1113/15
recommended [1]
1032/9
reconnected [1]
1112/3
record [8] 1020/13
1114/5 1114/6 1114/12
1115/23 1116/1
1130/20 1140/3

recorded [1] 1016/6
RECROSS [1] 1017/4
Red [1] 1024/14
redacted [7] 1120/19
1120/22 1130/2 1131/8
1131/13 1131/24
1131/25
redirect [4] 1017/4
1116/25 1117/4 1119/6
redundant [1] 1129/21
refer [1] 1028/6
reference [2] 1123/7
1129/20
referred [1] 1028/4
referring [1] 1026/12
reflected [2] 1132/21
1132/22
regale [1] 1115/7
regardless [1] 1121/25
Registered [1] 1016/2
related [2] 1123/11
1128/17
relates [1] 1023/20
1120/14
relationship [1]
1112/24
relative [1] 1128/20
relevance [1] 1115/22
remain [1] 1027/13
remember [1] 1128/9
remind [1] 1131/18
reminds [1] 1121/16
renewal [1] 1117/9
replace [2] 1025/21
1025/24
report [2] 1113/2
1126/25
Reporter [4] 1016/2
1016/2 1016/3 1016/3
reports [1] 1127/3
representative [1]
1128/12
representing [2]
1125/18 1125/21
reputable [1] 1116/19
requests [1] 1120/21
required [1] 1121/10
reserved [1] 1033/21
resolving [1] 1119/23
respect [3] 1027/16
1124/14 1125/18
respond [1] 1122/14
response [1] 1030/19
responses [2] 1031/16
1031/18
responsibilities [4]
1021/21 1022/13
1127/11 1138/7
responsibility [5]
1021/23 1022/17
1023/4 1023/11
1118/14
restate [2] 1133/9
1134/10
restaurant [1] 1030/22
restaurants [2]
1031/18 1032/2
result [1] 1118/19

**R**

**results [1]** 1139/2
**resume [1]** 1139/6
**return [2]** 1133/24
1134/16
**reveal [2]** 1124/15
1131/9
**revealing [1]** 1129/3
**revenue [22]** 1128/18
1129/11 1130/19
1131/2 1131/5 1132/3
1132/12 1132/14
1132/20 1132/22
1132/25 1133/3 1133/7
1133/10 1133/20
1134/14 1137/10
1137/11 1138/3 1138/8
1138/11 1138/13
**revenues [1]** 1137/6
**reversal [1]** 1123/5
**review [5]** 1115/17
1116/8 1116/13
1118/17 1130/13
**reviewers [1]** 1116/19
**reviews [7]** 1114/1
1114/23 1115/7 1116/9
1116/11 1116/18
1116/22
**right [20]** 1018/15
1018/21 1019/5 1019/8
1027/13 1032/23
1033/23 1112/5 1116/2
1116/25 1119/8
1119/14 1119/24
1120/13 1125/4 1125/5
1125/23 1126/1 1139/4
1139/5
**rise [2]** 1018/2 1139/11
**RMR [2]** 1140/2 1140/8
**role [5]** 1021/23 1022/5
1127/19 1128/15
1129/10
**roles [1]** 1113/10
**room [1]** 1112/2
**route [1]** 1136/23
**routers [1]** 1023/1
**row [3]** 1027/5 1027/7
1027/10
**RSA [1]** 1117/13
**rules [1]** 1114/13

**S**

**saddled [1]** 1115/16
**Safty [1]** 1015/21
**said [1]** 1129/4
**sale [1]** 1124/4
**sales [1]** 1116/19
**Sallet [2]** 1015/14
1018/10
**same [1]** 1136/15
**Samsung [4]** 1024/10
1025/22 1028/16
1115/13
**Samsung's [1]** 1026/3
**satisfies [2]** 1121/4
1121/5
**saw [1]** 1116/13
**say [10]** 1020/12

1027/8 1028/17
1033/12 1120/10
1123/21 1124/20
1138/23
**saying [1]** 1133/14
**says [1]** 1115/12
**scene [1]** 1121/17
**Schmidtlein [1]**
1015/21 1018/12
1112/6 1121/14
1121/21 1135/23
**Schmidtlein's [1]**
1124/22
**score [1]** 1121/6
**screen [19]** 1026/23
1026/24 1026/25
1026/25 1027/6
1027/12 1027/18
1029/18 1029/23
1129/21 1130/2 1135/3
1135/5 1135/14 1136/4
1136/15 1136/18
1136/19 1136/21
**screens [5]** 1027/7
1027/9 1027/13
1027/14 1027/19
**Sealed [1]** 1034/4
**search [74]** 1023/20
1026/8 1026/10
1027/21 1027/23
1027/24 1028/1 1028/1
1028/4 1028/5 1028/9
1028/10 1028/18
1028/24 1029/3 1029/6
1029/7 1029/12
1029/13 1029/23
1030/5 1030/13
1030/16 1030/17
1030/18 1030/20
1031/3 1031/4 1031/11
1031/14 1031/15
1031/20 1031/21
1032/5 1032/5 1032/7
1032/7 1032/10
1032/10 1032/17
1032/17 1032/19
1112/13 1114/2
1115/16 1115/18
1116/7 1116/14
1117/20 1118/4
1122/20 1122/21
1124/5 1128/17
1128/18 1129/11
1130/8 1130/12
1130/18 1131/2 1131/5
1131/21 1133/7
1133/10 1133/11
1133/16 1133/20
1134/14 1137/6
1138/15 1138/23
1138/24 1138/25
1139/2
**seat [5]** 1027/2 1027/4
1027/5 1027/15
1125/22
**seated [1]** 1018/5
**second [3]** 1121/3

section [2] 1015/11
1138/19
**see [12]** 1032/16
1033/6 1033/16
1033/19 1116/8
1119/19 1130/9 1131/2
1131/19 1132/1
1132/16 1134/24
**seeing [2]** 1116/16
1122/9
**seen [1]** 1114/15
1116/9
**segments [1]** 1021/12
**sell [6]** 1022/23 1023/8
1023/10 1023/21
1025/7 1117/25
**selling [2]** 1021/13
1024/12
**sells [5]** 1024/8
1024/12 1024/19
1024/24 1029/22
**sending [1]** 1138/8
**Senior [1]** 1022/6
**sensitive [2]** 1122/3
1124/1
**September [5]** 1014/5
1113/16 1128/6
1128/11 1140/7
**September 28th [1]**
1128/11
**seriously [1]** 1116/21
**services [2]** 1021/17
1024/16
**servicing [1]** 1021/14
**session [22]** 1014/7
1019/21 1033/7 1033/9
1033/21 1033/22
1033/24 1034/4 1120/1
1120/11 1121/23
1122/2 1122/6 1123/4
1123/9 1123/19 1124/9
1124/25 1125/3 1133/1
1133/25 1134/17
**set [1]** 1032/5
**Seth [1]** 1115/11
**setting [1]** 1027/20
1032/9
**should [10]** 1025/17
1033/6 1122/2 1122/10
1122/10 1122/22
1123/11 1124/8
1124/11 1124/20
**show [4]** 1129/14
1129/23 1134/20
1134/23
**shows [1]** 1139/1
**side [4]** 1021/13
1033/25 1125/15
1138/3
**similar [1]** 1021/15
**simply [2]** 1029/10
1121/16
**since [5]** 1021/2
1022/3 1022/10
1113/10 1121/8
**single [1]** 1117/25
**sir [2]** 1134/9 1139/10

1029/14 1029/23
**sits [5]** 1027/6 1027/6
1027/9 1027/11
1029/11
**sitting [2]** 1029/21
1118/3
**slide [3]** 1120/16
1120/17 1124/16
**small [3]** 1029/10
1133/4 1133/6
**smartphone [2]**
1023/19 1025/8
**smartphones [1]**
1026/21
**Smurzynski [1]**
1015/22
**so [39]** 1021/11
1021/12 1021/23
1021/25 1022/22
1023/6 1023/8 1024/14
1026/14 1027/5 1029/3
1030/3 1031/6 1031/16
1031/23 1031/24
1113/10 1114/20
1116/23 1120/5
1121/21 1121/25
1123/1 1123/14 1124/6
1124/10 1124/17
1125/5 1125/6 1129/21
1131/8 1131/13 1132/3
1132/9 1133/13 1134/3
1134/8 1137/17
1137/21
**So I think [2]** 1123/14
1125/5
**So it's [2]** 1024/14
1026/14
**So this does [1]**
1123/1
**software [1]** 1029/11
**sold [5]** 1023/3
1024/13 1025/4
1117/20 1118/4
**solicit [1]** 1117/8
**soliciting [1]** 1117/14
**some [17]** 1020/9
1030/11 1030/20
1031/2 1032/18
1116/10 1116/10
1117/6 1118/11
1121/23 1122/5
1123/22 1126/2 1126/2
1126/17 1134/17
1137/20
**somebody [1]** 1132/6
**someone [1]** 1031/15
**something [9]** 1115/14
1118/16 1120/4
1122/12 1123/24
1123/25 1124/1
1124/24 1133/3
**sometimes [2]** 1028/4
1132/19
**somewhat [1]** 1028/14
**Sommer [2]** 1125/17
1125/20
**sorry [4]** 1018/25

1015/14 1121/16
1135/23
**sort [1]** 1123/15
**space [1]** 1114/22
**speak [2]** 1020/23
1128/21
**speaking [1]** 1032/18
**specialize [1]** 1112/13
**specific [8]** 1031/16
1032/20 1121/1 1121/1
1123/8 1123/25
1131/12 1133/5
**specifically [5]**
1028/24 1031/25
1116/11 1126/18
1131/9
**specifics [3]** 1033/17
1123/20 1132/25
**spell [2]** 1020/12
1125/13
**spoke [1]** 1128/20
**spoken [1]** 1112/15
**St [1]** 1015/23
**stand [1]** 1024/4
**standpoint [2]** 1032/24
1118/19
**stands [1]** 1139/11
**start [1]** 1124/6
**started [4]** 1022/17
1120/7 1125/8 1125/9
**starting [1]** 1022/14
**state [2]** 1015/10
1124/15
**statement [3]** 1120/25
1134/19 1137/17
**states [14]** 1014/1
1014/3 1014/10 1018/8
1018/11 1018/24
1019/3 1021/9 1033/7
1119/17 1120/21
1125/11 1131/17
1131/21
**States' [1]** 1121/6
**stating [1]** 1131/11
**stenography [1]**
1016/6
**still [1]** 1112/1
**stipulated [1]** 1114/12
**stop [1]** 1120/8
**store [12]** 1025/3
1025/3 1025/5 1025/9
1025/10 1025/11
1025/21 1025/23
1026/2 1026/3 1122/20
1124/4
**stores [2]** 1025/20
1025/22
**streaming [1]** 1021/17
**Street [2]** 1015/3
1015/7
**strikes [1]** 1125/5
**strongly [1]** 1122/9
**struggle [1]** 1117/24
**stuff [1]** 1122/7
**subject [1]** 1115/2
**substance [1]** 1020/20
**substantive [1]** 1131/1
**successful [1]** 1025/12

**S**

**successfully [1]**
1025/8
**such [1]** 1127/25
**suggestion [1]** 1122/7
**Suite [2]** 1015/14
1015/18
**supervised [1]**
1127/22
**support [2]** 1021/14
1127/12
**sure [16]** 1020/14
1021/10 1022/16
1028/6 1028/7 1033/13
1113/10 1124/14
1127/8 1128/19
1130/22 1134/3
1135/22 1136/4
1136/20 1139/3
**surprising [1]** 1122/17
**SVP [3]** 1022/8 1127/6
1127/8
**swipe [1]** 1027/11
**SWORN [2]** 1020/2
1126/8
**symbolic [1]** 1124/18

**T**

**T-r-a-g-e-r [1]** 1019/1
**take [9]** 1031/16
1116/21 1120/9
1125/15 1129/22
1135/23 1136/19
1136/20 1136/21
**talk [2]** 1020/20
1118/18
**talked [1]** 1121/8
**talking [2]** 1124/3
1124/4
**team [12]** 1023/12
1023/15 1032/13
1113/2 1118/11
1118/13 1118/18
1126/20 1127/11
1127/16 1130/12
1130/22
**tech [2]** 1116/19
1116/19
**technology [2]**
1112/16 1113/7
**teens [2]** 1131/23
1133/17
**tell [4]** 1026/22
1028/12 1029/19
1029/25
**telling [1]** 1115/12
**tells [1]** 1131/15
**term [8]** 1023/2 1024/2
1024/15 1026/8 1027/2
1027/21 1030/13
1031/11
**terminology [1]**
1030/12
**testified [3]** 1114/9
1128/11 1128/24
**testify [2]** 1114/16
1128/17
**testifying [1]** 1128/15

testimony [6] 1020/11
1020/24 1119/10
1121/24 1129/5 1139/8
**than [8]** 1020/21
1028/9 1028/17
1028/20 1114/17
1116/10 1122/12
1137/10
**thank [15]** 1019/7
1019/9 1114/18 1119/9
1119/12 1125/9
1125/19 1125/25
1126/6 1127/10 1134/1
1136/22 1137/15
1138/6 1139/10
**Thank you [11]** 1019/7
1019/9 1114/18
1119/12 1125/9
1125/25 1126/6
1127/10 1134/1
1137/15 1138/6
**that [130]**
**that's [23]** 1022/19
1022/23 1024/25
1029/3 1029/19 1031/1
1031/25 1113/17
1113/21 1114/14
1116/12 1123/17
1124/21 1127/14
1128/2 1131/7 1133/18
1135/13 1135/15
1136/11 1136/17
1138/13 1139/4
**their [6]** 1025/23
1032/19 1112/16
1119/14 1122/18
1122/24
**them [6]** 1024/21
1113/3 1116/21 1122/1
1122/2 1128/21
**then [14]** 1018/21
1021/12 1021/15
1033/23 1034/2
1118/20 1120/8 1120/8
1122/4 1123/24 1124/1
1124/8 1124/20 1125/8
**there [19]** 1023/2
1023/5 1023/6 1024/21
1025/19 1025/22
1025/25 1025/25
1029/3 1029/3 1029/4
1113/11 1118/2 1118/4
1131/16 1134/3
1136/10 1136/12
1136/14
**there's [6]** 1031/6
1119/21 1119/21
1121/24 1134/20
1137/20
**these [5]** 1114/10
1124/17 1132/21
1132/23 1138/11
**they [15]** 1023/8
1028/6 1032/21
1112/12 1112/13
1113/3 1113/25
1116/21 1117/18
1122/9 1122/18

1124/19 1136/9
**they're [2]** 1031/17
1118/1
**thin [1]** 1124/13
**thing [3]** 1112/12
1134/2 1134/3
**things [9]** 1021/25
1022/25 1023/19
1112/14 1118/22
1128/22 1132/9
1132/10 1134/21
**think [25]** 1027/10
1029/10 1029/16
1029/21 1029/25
1030/17 1030/23
1031/15 1032/22
1114/12 1116/23
1118/3 1118/5 1119/25
1121/24 1122/11
1123/14 1123/17
1123/24 1124/11
1124/17 1125/5 1127/8
1133/21 1137/11
**thinks [1]** 1122/1
**third [5]** 1033/4 1123/2
1123/2 1123/4 1123/5
**thirds [7]** 1123/3
1123/6 1133/20 1134/4
1134/13 1137/9 1137/9
**this [58]** 1018/7
1021/23 1022/10
1023/20 1033/2 1033/8
1033/24 1034/2
1113/15 1113/22
1113/24 1114/9
1114/10 1114/10
1114/15 1115/2 1115/3
1115/9 1115/17 1116/8
1116/11 1120/14
1120/21 1120/24
1121/1 1121/3 1121/5
1121/9 1121/16
1121/16 1121/18
1121/19 1122/7
1122/18 1123/1 1123/2
1123/4 1123/23
1123/24 1125/11
1125/18 1128/4
1129/25 1130/11
1130/21 1131/25
1132/10 1132/12
1132/14 1132/17
1132/17 1132/19
1133/12 1134/16
1134/18 1137/19
1137/24 1139/11
**those [15]** 1020/10
1021/14 1023/8
1023/10 1023/16
1023/18 1024/25
1028/18 1031/7
1112/19 1118/21
1124/6 1124/8 1137/12
1137/13
**though [1]** 1026/23
**thought [1]** 1118/18
**thoughts [1]** 1121/21

1126/24
**through [4]** 1114/14
1133/16 1135/12
1135/16
**tie [2]** 1029/6 1124/7
**tied [1]** 1031/18
**time [21]** 1026/19
1029/5 1029/20
1030/22 1032/4 1033/2
1112/23 1113/19
1113/20 1113/25
1117/11 1117/12
1118/16 1119/9
1122/11 1125/11
1129/20 1129/20
1135/18 1136/15
1138/20
**times [2]** 1028/15
1128/3
**title [7]** 1021/5 1021/6
1022/4 1126/19 1127/6
1127/19 1127/20
**titled [2]** 1130/8 1140/4
**today [11]** 1020/21
1021/19 1024/6 1024/9
1024/12 1029/21
1118/3 1129/5 1129/20
1133/16 1136/9
**tools [1]** 1127/12
**top [1]** 1022/12
**total [3]** 1133/20
1134/14 1138/3
**track [1]** 1030/8
**Trager [5]** 1015/6
1018/24 1019/1 1019/2
1019/10
**transcript [6]** 1014/9
1016/6 1135/2 1135/11
1135/25 1140/3
**transcription [1]**
1016/7
**transition [1]** 1120/15
**transpired [1]** 1119/2
**tread [1]** 1134/2
**treading [1]** 1133/21
**TRIAL [1]** 1014/9
**truth [2]** 1113/23
1114/4
**trying [3]** 1122/1
1124/7 1133/12
**turn [6]** 1020/10
1027/1 1032/25 1115/5
1135/4 1136/11
**TV [1]** 1021/16
**two [14]** 1021/11
1027/12 1118/4
1120/22 1123/2 1123/3
1123/6 1124/15 1128/7
1133/20 1134/4
1134/13 1137/9 1137/9
**two-third [1]** 1123/2
**two-thirds [7]** 1123/3
1123/6 1133/20 1134/4
1134/13 1137/9 1137/9
**TYLER [1]** 1015/17
**type [1]** 1138/25
**types [1]** 1023/21

typically [1] 1131/23

**U**

**U.S [17]** 1015/2 1015/6
1023/3 1023/19
1023/22 1024/19
1024/24 1025/5 1025/8
1026/13 1028/10
1028/19 1029/22
1030/4 1030/6 1030/7
1030/9
**Uh [1]** 1026/9
**Uh-huh [1]** 1026/9
**under [3]** 1019/6
1121/3 1125/24
**understand [4]**
1019/15 1124/13
1134/20 1138/12
**understanding [1]**
1123/7
**understood [4]**
1021/20 1129/2
1130/24 1137/22
**underway [1]** 1113/9
**unfold [1]** 1123/23
**Unit [1]** 1015/12
**UNITED [11]** 1014/1
1014/3 1014/10 1018/8
1018/24 1019/3 1021/9
1119/17 1120/21
1121/6 1125/11
**United States [7]**
1018/8 1018/24 1019/3
1021/9 1119/17
1120/21 1125/11
**United States' [1]**
1121/6
**unlock [1]** 1023/6
**unredacted [1]**
1133/23
**unring [1]** 1134/5
**until [1]** 1022/10
**unwilling [1]** 1122/23
**up [13]** 1021/11
1022/21 1026/5
1026/25 1120/9
1121/17 1131/10
1134/18 1135/2
1135/11 1136/17
1136/18 1139/1
**update [1]** 1138/9
**updates [1]** 1138/12
**upon [2]** 1028/20
1122/8
**UPX12 [4]** 1129/24
1130/6 1130/20 1133/4
**UPX12.002 [1]** 1133/15
**us [5]** 1024/13 1112/1
1117/14 1119/25
1131/15
**usage [1]** 1027/16
**usdoj.gov [2]** 1015/5
1015/9
**use [1]** 1115/10
**used [2]** 1120/16
1127/12
**user [1]** 1021/24
**users [1]** 1115/10

**U**

using [1] 1032/1

**V**

value [1] 1032/16
varies [1] 1028/12
variety [3] 1115/18
1136/8 1138/24
various [4] 1024/14
1114/1 1115/7 1123/18
Verizon [46] 1019/4
1019/16 1020/17
1021/1 1022/14
1022/22 1023/3 1023/7
1023/9 1023/10
1023/21 1024/7
1024/19 1024/24
1025/4 1025/7 1026/21
1029/21 1029/22
1032/4 1032/10 1033/1
1033/4 1033/15 1034/1
1112/15 1112/17
1113/6 1113/16
1113/19 1113/25
1114/1 1114/6 1114/23
1115/1 1115/9 1115/13
1115/16 1116/7 1117/8
1117/20 1117/22
1118/4 1118/15
1118/23 1118/25
Verizon's [9] 1019/15
1021/8 1023/14
1026/13 1026/14
1026/16 1028/10
1028/18 1117/16
Verizon.com [1]
1021/25
version [2] 1120/19
1130/2
versus [1] 1018/8
vertical [10] 1031/11
1031/14 1031/15
1031/21 1031/25
1032/5 1032/7 1032/9
1032/17 1032/20
Verticals [1] 1032/21
very [3] 1119/9 1133/4
1133/22
vice [2] 1022/6 1127/16
view [3] 1025/7 1030/8
1031/22
views [1] 1121/15
Vinny [1] 1121/17
voice [1] 1027/25
VP [4] 1126/19 1127/15
1127/20 1127/21
vs [1] 1014/5

**W**

wait [1] 1115/13
waiting [1] 1112/2
walk [1] 1135/2
want [6] 1122/8
1124/12 1124/14
1131/9 1131/17 1135/1
wanted [2] 1138/19
1139/3
was [19] 1022/10

1115/14 1116/7 1117/9
1118/16 1118/17
1118/18 1119/2
1120/17 1123/7
1127/19 1127/20
1128/19 1129/3
1130/21 1132/4
1137/17
Washington [5] 1014/5
1015/3 1015/8 1015/23
1016/5
water [1] 1126/2
way [7] 1028/7 1030/17
1031/1 1031/22
1135/19 1137/19
1138/15
ways [1] 1112/20
wc.com [1] 1015/24
we [63] 1018/15
1018/16 1019/11
1019/20 1021/12
1021/15 1023/8
1023/18 1030/3
1033/10 1033/20
1033/23 1034/2 1034/2
1112/21 1113/24
1114/5 1114/5 1114/25
1116/9 1116/21
1116/22 1116/23
1118/18 1118/20
1118/21 1118/22
1119/20 1119/22
1119/25 1120/1 1120/8
1120/10 1120/15
1121/10 1122/2
1122/10 1122/11
1122/16 1123/7 1123/9
1123/11 1123/14
1123/20 1124/13
1125/6 1125/7 1126/2
1128/22 1129/23
1130/1 1130/5 1130/17
1131/15 1131/17
1131/18 1134/8 1135/4
1135/10 1136/12
1136/14 1136/15
1138/20
we believe [1] 1122/2
we will [2] 1033/23
1034/2
we'd [2] 1117/25
1118/18
we'll [13] 1021/19
1125/8 1125/9 1129/14
1129/19 1131/24
1132/24 1134/16
1135/14 1136/4
1136/20 1136/23
1139/5
we're [20] 1018/21
1020/9 1024/6 1032/13
1112/1 1112/5 1112/20
1113/22 1114/4
1121/22 1122/5 1124/3
1124/4 1125/14
1129/20 1132/19
1133/21 1135/18

we've [5] 1024/12
1113/13 1121/8
1126/15 1133/13
web [2] 1030/18
1031/25
WEBB [1] 1015/17
weekend [1] 1018/14
weekly [2] 1138/8
1138/11
Weintraub [1] 1115/11
weird [1] 1128/22
welcome [1] 1018/14
1019/8 1126/1
well [19] 1021/16
1021/18 1022/22
1022/25 1027/19
1029/4 1031/7 1112/14
1114/11 1116/2 1116/9
1116/23 1118/16
1120/7 1131/15 1134/2
1134/7 1134/23
1137/19
were [24] 1022/8
1023/2 1023/5 1023/13
1025/16 1025/19
1025/19 1025/22
1112/23 1113/19
1113/20 1114/21
1116/5 1116/5 1117/12
1117/16 1118/4
1127/16 1128/3 1128/6
1128/16 1128/23
1137/3 1137/12
wfcavanaugh [1]
1015/20
what [40] 1021/5
1022/4 1023/21 1024/4
1024/18 1026/10
1026/12 1026/24
1027/4 1027/8 1027/23
1028/9 1028/25 1029/9
1030/16 1030/20
1030/22 1030/24
1031/2 1031/14
1033/13 1112/11
1112/19 1113/17
1117/11 1117/18
1118/8 1118/14
1121/16 1123/16
1124/10 1124/18
1127/19 1129/23
1132/4 1133/22
1133/23 1137/5 1137/8
1137/17
what's [2] 1027/12
1114/17
whatever [1] 1029/5
when [14] 1019/10
1020/9 1022/14
1022/17 1026/21
1027/1 1027/8 1033/12
1114/21 1117/12
1123/7 1123/10
1123/21 1138/23
where [10] 1020/16
1026/20 1029/13
1029/22 1030/22

1120/8 1121/17 1125/6
whether [9] 1025/24
1112/15 1113/6
1118/18 1118/20
1122/19 1122/20
1124/22 1128/19
which [16] 1024/7
1025/2 1026/12
1027/12 1030/4
1112/20 1118/4 1121/4
1121/10 1121/18
1122/21 1128/7
1130/18 1131/1
1135/19 1137/10
whichever [1] 1129/22
while [4] 1023/13
1025/16 1025/19
1117/9
who [1] 1120/18
who's [1] 1024/11
why [6] 1025/13
1032/15 1120/7 1125/6
1134/8 1134/23
wide [1] 1138/24
widget [9] 1028/22
1028/24 1028/25
1029/1 1029/1 1029/3
1029/7 1029/14
1029/23
widgets [3] 1029/4
1117/21 1118/4
will [10] 1019/21
1023/24 1033/3
1033/21 1033/23
1034/2 1119/25
1120/10 1120/18
1123/8
William [5] 1015/16
1016/2 1018/10 1140/2
1140/8
William Cavanaugh [1]
1018/10
WILLIAMS [1] 1015/22
wireless [2] 1114/1
1114/23
wish [2] 1121/19
1124/24
wishes [1] 1124/14
within [3] 1113/16
1113/25 1114/22
without [6] 1025/5
1120/11 1129/3
1131/11 1133/4 1135/3
witness [17] 1017/2
1018/22 1019/6
1019/12 1019/16
1020/2 1114/14
1114/14 1119/15
1119/20 1120/18
1125/7 1125/18
1125/24 1126/8
1128/24 1134/20
WITNESSES [1]
1017/4
words [1] 1123/23
work [5] 1020/16
1020/17 1112/25

worked [1] 1021/1
working [2] 1113/19
1135/18
would [29] 1020/12
1021/8 1022/13
1022/23 1023/8
1024/10 1025/11
1027/13 1028/3
1030/24 1031/1 1031/7
1031/22 1032/2
1032/18 1032/19
1033/17 1114/22
1116/18 1118/17
1119/22 1129/23
1130/11 1132/9
1132/12 1132/14
1133/19 1138/2
1138/19
wouldn't [3] 1028/6
1032/16 1032/22
wrong [1] 1115/14

**Y**

Yahoo [1] 1031/7
Yeah [2] 1028/7 1031/5
year [7] 1022/10
1117/25 1118/22
1131/24 1131/25
1133/16 1133/16
years [8] 1021/3
1021/4 1022/21 1024/9
1024/11 1116/5
1126/23 1126/24
Yelp [3] 1031/17
1031/17 1032/1
yep [2] 1021/20
1023/12
yes [21] 1019/13
1023/5 1023/12
1023/17 1027/22
1028/3 1029/6 1030/7
1030/15 1031/1
1031/10 1116/23
1117/2 1126/6 1128/5
1128/14 1129/13
1133/14 1137/7 1138/5
1138/10
York [1] 1015/19
you [191]
you know [1] 1118/21
you'd [1] 1126/2
you'll [4] 1115/5
1120/4 1129/21
1137/20
you're [3] 1033/25
1121/16 1129/10
you've [4] 1126/22
1134/11 1135/23
1135/24
your [94] 1018/7
1018/18 1018/19
1018/20 1018/23
1019/5 1019/11
1019/14 1019/18
1019/20 1020/12
1020/20 1020/21
1020/23 1021/5

**your... [79]** 1021/21
1022/4 1022/13
1022/25 1023/2 1023/6
1025/7 1027/7 1027/11
1028/25 1029/11
1032/4 1033/2 1033/11
1113/2 1113/13
1113/22 1114/8
1114/18 1114/22
1115/21 1116/5 1117/2
1117/12 1117/23
1119/4 1119/7 1119/9
1119/16 1119/20
1120/5 1120/14
1120/19 1120/20
1120/21 1120/24
1121/13 1121/15
1121/20 1121/21
1121/22 1122/15
1122/25 1124/12
1124/13 1124/14
1125/2 1125/10
1125/11 1125/16
1125/20 1125/23
1126/19 1127/11
1127/19 1127/19
1128/10 1129/4 1129/5
1129/7 1129/10
1129/16 1129/25
1130/3 1130/12 1133/1
1133/21 1133/25
1134/17 1134/18
1135/17 1135/21
1136/4 1136/9 1136/16
1137/16 1138/7
1138/18 1139/8
**Your Honor [44]**
1018/18 1018/19
1018/20 1018/23
1019/11 1019/14
1019/18 1019/20
1033/2 1033/11
1113/13 1113/22
1114/8 1114/18
1115/21 1119/4 1119/7
1119/16 1119/20
1120/14 1120/19
1120/20 1120/21
1120/24 1121/13
1121/20 1121/22
1122/15 1122/25
1124/12 1125/10
1125/16 1125/20
1129/16 1133/1
1133/21 1133/25
1134/17 1134/18
1135/17 1135/21
1136/4 1137/16
1138/18
**Your Honor's [1]**
1124/14
**yourself [1]** 1128/12
**YouTube [7]** 1127/22
1128/1 1132/10
1132/18 1132/20
1132/22 1132/25

**Z**

**Zahid [2]** 1019/15
1019/17
**Zaremba [3]** 1016/2
1140/2 1140/8
**Zelle [1]** 1019/15