```
1              BEFORE THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2

3   UNITED STATES OF AMERICA, et al., .
                                      .  Case Number 20-cv-3010
4           Plaintiffs,               .
                                      .
5      vs.                            .
                                      .  Washington, D.C.
6   GOOGLE LLC,                       .  September 18, 2023
                                      .  1:35 p.m.
7           Defendant.                .
    - - - - - - - - - - - - - - - - - -
8

9          PUBLIC TRANSCRIPT OF BENCH TRIAL, DAY 5
                       (AFTERNOON SESSION)
10          BEFORE THE HONORABLE AMIT P. MEHTA
                  UNITED STATES DISTRICT JUDGE
11

12  APPEARANCES:

13  For DOJ Plaintiffs:         DAVID DAHLQUIST, ESQ.
                                United States Department of Justice
14                              209 South LaSalle Street
                                Suite 600
15                              Chicago, Illinois 60604

16  For Plaintiffs State of
    Colorado and State of
17  Nebraska:                   WILLIAM F. CAVANAUGH, JR., ESQ.
                                Patterson Belknap Webb & Tyler LLP
18                              1133 Avenue of the Americas
                                Suite 2200
19                              New York, New York 10036

20  For the Defendant:          JOHN SCHMIDTLEIN, ESQ.
                                Williams & Connolly LLP
21                              680 Maine Avenue Southwest
                                Washington, D.C. 20024
22

23
                            -- continued --
24

25
```

1   APPEARANCES (CONTINUED):

2   For the Defendant:          MICHAEL SOMMER, ESQ.
                                Wilson Sonsini Goodrich & Rosati
3                               1301 Avenue of the Americas
                                40th Floor
4                               New York, New York 10019

5

6   Official Court Reporter:    SARA A. WICK, RPR, CRR
                                333 Constitution Avenue Northwest
7                               Room 4704-B
                                Washington, D.C. 20001
8                               202-354-3284

9

    Proceedings recorded by stenotype shorthand.
10  Transcript produced by computer-aided transcription.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C O N T E N T S

TESTIMONY

JERRY DISCHLER            Direct Examination.............. 1168
                          Direct Examination.............. 1229
                          Direct Examination.............. 1253
                          Direct Examination.............. 1281
                          Cross-Examination............... 1286

EXHIBITS RECEIVED

PSX191.................................................. 1188
UPX2001................................................. 1258

```
 1                      P R O C E E D I N G S
 2          (Call to order of the court.)
 3              THE COURT:  All right.  I hope everybody had a nice
 4     lunch break.
 5          Mr. Dahlquist, we are ready to go when you are.
 6              MR. DAHLQUIST:  Thank you, Your Honor.
 7     JERRY DISCHLER, WITNESS FOR THE PLAINTIFFS, RESUMED STAND
 8                     DIRECT EXAMINATION (Continued)
 9              BY MR. DAHLQUIST:
10     Q.  Mr. Dischler, welcome back from lunch.
11          Mr. Dischler, during the lunch break, did you speak with
12     anyone about your testimony today?
13     A.  No.
14     Q.  Thank you.  Mr. Dischler, I would like to talk to you about
15     the various types of advertisements that can be purchased on
16     Google.
17          Companies, advertising agencies, and even individuals can
18     purchase advertisements from Google; correct?
19     A.  Yes.
20     Q.  Even I could purchase an advertisement on Google; correct?
21     A.  You could.
22     Q.  Anyone who wants to buy an ad on Google starts with one of
23     Google's advertising front doors; isn't that correct?
24     A.  Not necessarily.
25     Q.  Let me be more specific.  Anyone who wants to buy an ad can
```

1    start with one of Google's front doors such as Google Ads,

2    ads.google.com, Search Ads 360, or other tools; correct?

3    A.    Correct.

4    Q.    An advertiser can also work with an advertising agency

5    partner to begin the process of purchasing an ad on Google;

6    correct?

7    A.    Yes.

8    Q.    The benefit of advertising on Google Search is the prospect

9    of receiving additional traffic to your business or website;

10   correct?

11   A.    Not necessarily.

12   Q.    Would you agree that a benefit of advertising on Google's

13   search engine results page is the prospect of receiving

14   additional traffic to your business?

15   A.    A benefit?  Yes.

16   Q.    A search query that's entered into the Google Search bar is

17   an example of user intent; correct?

18   A.    Typically, yes.

19   Q.    And Google's long-term -- let me start again.

20         Google's long-term success is based upon satisfying that

21   user intent; correct?

22   A.    Can you be more specific?

23   Q.    Certainly.  Sir, you believe that Google's long-term

24   success is based on the long-term user success, as well as the

25   long-term success of an advertiser; correct?

1   A.   Correct.

2   Q.   If the user's not satisfied, they're not going to come back

3   to Google anymore; correct?

4   A.   Correct.

5   Q.   And if an advertiser's not satisfied, they're not going to

6   keep advertising on Google; correct?

7   A.   Correct.

8   Q.   Google does not show an ad in response to all user queries;

9   correct?

10   A.   Correct.

11   Q.   Google only shows an ad in response to queries that are

12   called with commercial intent; would you agree?

13   A.   That's correct.

14   Q.   And Google defines commercial intent as any query that an

15   advertiser is willing to advertise on and that a user is willing

16   to click on; correct?

17   A.   Not necessarily.

18   Q.   Let me restate the question.  Would you agree that

19   commercial intent is when an advertiser is willing to place an

20   advertisement in response to a query and when a user is willing

21   to click on that ad?

22   A.   No.

23   Q.   Mr. Dischler, if I could ask you to take a look at your

24   deposition from September 28, 2020, and we can try to put it up

25   on the screen to make it -- well, the nonpublic screen, I guess.

1    Not possible?  Okay.  Then we're going to do this on the paper

2    route.

3        Mr. Dischler, if I could ask you to look at your deposition

4    binder in front of you, and let's turn to the September 28,

5    2020, deposition, page 183, line 3, through 183, line 9.  So

6    September 28, page 183, line 3, and 183, line 9.  Let me know

7    when you're there.

8        Are you on page 183, sir?

9    A.    I am.

10   Q.    Great.  Can you please take a look at page 183, line 3 to

11   line 9.

12       On September 28, were you asked the following question and

13   did you give the following answer:

14       "Question:  At this time are you trying to determine

15   whether there is commercial intent?

16       "Answer:  Commercial intent, we resolve definitionally,

17   which is if an advertiser is willing to advertise on it, we

18   think a user is willing to click on it.  Then it has commercial

19   intent."

20       Did you testify accordingly, sir?

21   A.    I did.

22   Q.    Thank you.  You can put that aside.

23       Sir, do you agree that a commercial search query is one

24   that an advertiser is willing to pay for?

25   A.    A commercial search query is typically one that an

1   advertiser is willing to pay for, but not exclusively.

2   Q.   One of Google's goals is to increase the number of

3   commercial queries; correct?

4   A.   Yes.

5   Q.   Google has previously put in place specific projects that

6   are aimed at increasing commercial queries; correct?

7   A.   That's correct.

8   Q.   And without going into details, was one such project called

9   Project Mercury?

10  A.   Yes.

11  Q.   And a goal of Project Mercury was to increase commercial

12  queries; correct?

13  A.   Correct.

14  Q.   Sir, I would like to now show you an example of some search

15  ads on Google, if we could go back to UPX12, please.  That's in

16  your other binder.  It was the same document we looked at

17  earlier, but UPX12 at .003.  And it's on the screen in front of

18  you as well or in your binder.

19       The title of the slide 3 is "The Search Results Page."  Let

20  me know when you're there.

21  A.   I am.

22  Q.   Sir, do you agree that in front of you, UPX12, page 003, is

23  an example of a search engine results page, or a SERP?

24  A.   Yes.

25  Q.   This is from the same -- UPX12 is the December 2020 search

1    ads overview presentation; correct?

2    A.    It appears to be in the same document, yes.

3    Q.    Sir, do you agree that Google offers two types of search

4    ads, text ads and shopping ads, which are reflected here on

5    UPX12?

6    A.    Two types of search ads are on UPX12.  Those are not the

7    only two offered by Google.

8    Q.    Let me restate the question.

9         Sir, do you agree that on UPX12 in front of you it's

10   showing an example of a SERP, shows two types of search ads that

11   are returned, text ads and shopping ads; correct?

12   A.    Correct.

13   Q.    A search ad is an advertised display -- let me restart the

14   question.

15        A search ad is an advertisement that's displayed on a

16   search engines result page in response to a user query; correct?

17   A.    Yes.

18   Q.    And because a search ad is in response to a specific user

19   query, it's a more targeted form of advertising; correct?

20   A.    No.

21   Q.    Sir, would you agree that because a search ad is in

22   response to a user query, it is a more focused type of

23   advertising?

24   A.    I don't think I can make that determination, no.

25   Q.    Let me ask one more time.  Sir, in comparison to broad or

1    diffuse general types of advertising such as TV, a search ad,

2    because it's in response to a query, is a more focused type of

3    advertising?

4    A.   I can't answer that question.  It's not precise.

5    Q.   Let's go down to your deposition, September 28, 2020, in

6    front of you in the other binder again.  And we're not able to

7    do this on the screen?  It will make it faster.  No?  Okay.

8         We're going to go the slow route, Your Honor.  I apologize.

9         THE COURT:  That's all right.  I think we're

10   technologically limited.

11        BY MR. DAHLQUIST:

12   Q.   If we could take a look at September 28, page 13, line 7,

13   through page 13, line 16.  Please let me know when you're there.

14   A.   Yes.

15   Q.   Sir, on September 28, were you deposed -- were you asked

16   the following question, and did you give the following answer:

17        "Question:  Are there any down sides where a search engine

18   results page is not as good a place to advertise as some other

19   form of media?

20        "Answer:  If you want to get very broad, reach a diffuse

21   audience like someone used for TV, the search results page is a

22   less optimal channel because it is a more focused.  In order to

23   search advertise, it's in response to a query."

24        Sir, on that date, were you asked that question, and did

25   you give that answer?

1    A.   Yes.

2              MR. DAHLQUIST:  Your Honor, at this point, with

3    this -- with respect to this one -- I don't have to do this with

4    all of them, but with respect to this one, I would like to move

5    the deposition testimony, page 13, line 7, to page 13, line 16,

6    as a party admission.

7              THE COURT:  Okay.

8              MR. DAHLQUIST:  I'm happy to proceed however you want,

9    Your Honor.  We can move each individual in.  We can submit it

10   as a designation later.  But for specific Q and As, we do think

11   it's important that it be moved in.

12             MR. SOMMER:  I'm confused, because the witness just

13   acknowledged the question and answer.  So I don't think there's

14   any dispute about his answer.

15             THE COURT:  No, there isn't.  I think the question is,

16   does it come into evidence as a deposition document or

17   transcript.

18             MR. SOMMER:  If it's coming in on the basis of an

19   inconsistent statement, on that basis, we would object.  But the

20   witness has been asked, and he's given his answer.  I think you

21   have your record.

22        I leave it to Your Honor.

23             THE COURT:  Okay.  I'll admit it as a prior consistent

24   statement.  Why don't we do this -- well, just let me know when

25   you want to introduce the ones that you want to substantively.

1    They're all substantive anyway since they're prior statements.

2              MR. DAHLQUIST:  Understood.  Thank you, Your Honor.  I

3    appreciate it.

4              BY MR. DAHLQUIST:

5    Q.   Sir, you can put that deposition aside.

6         Sir, do you agree that the search ads that appear on a

7    search engine results page such as the one in front of you on

8    UPX12 are typically sold on a cost-per-click basis?  Correct?

9    A.   Yes.

10   Q.   Sir, again, if I can ask you to close the deposition.  Are

11   you looking at the exhibit or the deposition?

12   A.   I'm looking at the exhibit.

13   Q.   Oh, I'm sorry.  I apologize.  I thought you were still

14   looking at the deposition.  I wanted to make sure we move

15   forward.

16        UPX12 is where we're at, page 3.  Are you there?

17   A.   Yes.

18   Q.   Great.  And let me restate the question.

19        Sir, a search ad is an advertisement that's displayed on a

20   search engine results page in response to a user query; correct?

21   A.   Yes.

22   Q.   And because a search ad is in response -- I apologize.  Let

23   me go backwards.

24        Advertisers pay Google on a cost per click, and Google

25   makes money as a result of those clicks; correct?

1    A.    Yes.

2    Q.    Both text ads and shopping ads are formats of a search ad;

3    correct?

4    A.    Yes.

5    Q.    Search ads sold on the search results page are not sold on

6    the basis of impressions; correct?

7    A.    That's correct.

8    Q.    And we're going to go to another document in your binder,

9    UPX1, and if we can put UPX1 up on the screen, Your Honor.  It's

10   in evidence, and there's no confidentiality with respect to

11   UPX1.

12          THE COURT:  Sir, can you clarify what you mean by "not

13   sold on the basis of impressions"?  I didn't understand what

14   that meant.

15          THE WITNESS:  So display ads and some other ads are

16   charged -- the advertiser pays just when it's showing up on the

17   screen.  For search ads, the advertisers only pays if the user

18   clicks on a link within their ad.

19       So the event of paying -- the transactible event isn't

20   merely viewing the ad, it's interacting with the ad.

21          THE COURT:  Okay.  And so does Google -- are there a

22   category of advertisements for which Google receives revenues

23   just for the display of the ad?

24          THE WITNESS:  Yes.

25          THE COURT:  There are?  Okay.

1    THE WITNESS:  Yes.

2    BY MR. DAHLQUIST:

3    Q.    Sir, on UPX1 right in front of you -- this may be some more

4    information to address the Court's question.  Around page 11 of

5    the document, the Bates stamp ends in 538, and the label of this

6    is "Impressions."

7         Let me know when you're there.

8    A.    Yes.

9    Q.    Great.  The title of this is "Impressions:  An impression

10   is counted each time your ad is shown."

11        Do you see that?

12   A.    Yes.

13   Q.    And at the very bottom, one of the comments says,

14   "Impressions in paid search are free."

15        Do you agree, sir, that impressions in paid search are

16   free?

17   A.    I do.

18   Q.    In response to a user query, the search ads that appear, no

19   advertiser is charged just for showing their ad; correct?

20   A.    That's correct.

21   Q.    A user has to click on it in order to be charged; correct?

22   A.    Yes.

23   Q.    On the next page of the same document, UPX1, the heading is

24   "Click:  When someone clicks your ad, like on the blue headline

25   of a text ad."

1       Do you see that page?

2  A.   Yes.

3  Q.   At the very bottom, the comment is, "It's worth noting that

4  in search you only get charged when someone actually clicks on

5  your ad, not when an impression is shown."

6       True?

7  A.   True.

8  Q.   Google sells some ads based on impressions; correct?

9  A.   It does.

10  Q.   However, search ads are not sold based on impressions;

11  correct?

12  A.   Correct.

13  Q.   I would like to turn to a specific -- let's go back to

14  UPX12 again, back to the same page we've been on, and talk about

15  text ads.  Actually, we're going to go in a little bit to, I

16  think, page 6 and talk about text ads, and I'm looking at the

17  page specifically .005, "anatomy of an ad."

18       Let me know when you're there.

19  A.   I am.

20  Q.   Sir, UPX12.005, is this an example of a text ad?

21  A.   It is.

22  Q.   And a text ad contains the ad content and the text

23  including possibly one, the URL, two, one to three headlines,

24  and three, a one to two description line; is that correct?

25  A.   That's correct.

1    Q.    And as depicted on UPX12.005; correct?

2    A.    It is.

3    Q.    Now, an advertiser can choose to add extensions onto that

4    text ad such as site links, call extensions, or other types of

5    information; correct?

6    A.    That's correct.

7    Q.    And, sir, do you agree that any type of advertiser can

8    purchase a text ad on Google?

9    A.    No.

10   Q.    Okay.  We're going to talk in a minute about shopping ads

11   and shopping ads which are focused on products.  So let me

12   restate my question.

13         Any type of advertiser who is interested in selling a

14   product or a service or any other type of -- anything else they

15   want to sell can purchase a text ad on Google?

16   A.    No, they need to comply with our policies.  We don't allow

17   some advertisers to advertise on Google.

18   Q.    Google moderates some content that it deems inappropriate

19   or unacceptable for displaying on the Google web site; correct?

20   A.    That's correct.

21   Q.    Other than those that are deemed in conflict with your

22   policy, any type of advertiser can purchase an ad on Google;

23   correct?

24   A.    That's correct.

25   Q.    Approximately 80 percent of the search ads that are sold by

1   Google are text ads; correct?

2   A.   I'm not sure of the exact figure today.

3   Q.   Sir, how about at the time of your deposition in 2020?  Was

4   the percentage of search ads that were sold by Google

5   approximately 80 percent?

6   A.   Yes.

7   Q.   And do you believe that number has gone up or down since

8   2020?

9   A.   I imagine it's gone down.

10  Q.   Do search ads -- I'm sorry.

11       Do text ads still represent the majority of search ads sold

12  by Google?

13  A.   Yes.

14  Q.   Still staying on UPX12, we're going to go back up a couple

15  pages to page 4.  I'd like to talk about shopping ads.

16       Sir, are shopping ads also known as PLAs, or product

17  listing ads?

18  A.   Yes.

19  Q.   They're synonymous?  They mean the same thing; correct?

20  A.   Yes.

21  Q.   And a product listing ad or a shopping ad is a search ad

22  that includes a picture, together with a price or other

23  descriptive information about a product; correct?

24  A.   Yes, a picture and other structured data.

25  Q.   Shopping ads are purchased by retailers who want to sell a

1    product; correct?

2    A.    Yes.

3    Q.    And as depicted on UPX12, in front of you at .003, there's

4    a demonstration of a shopping ad versus a text ad; correct?

5    A.    Yes, three shopping ads versus a text ad.

6    Q.    The largest purchasers of shopping ads on Google are

7    Amazon, Kohl's, Walmart, Macy's, Target, and other retailers;

8    correct?

9    A.    The largest purchasers of shopping ads are retailers, yes.

10   Q.    Is Amazon one of the largest purchasing -- purchasers of

11   shopping ads on Google?

12   A.    Yes.

13   Q.    Does Google advertise for its search services on Amazon?

14   A.    No.

15   Q.    Advertisers who sell services, something other than

16   products, are not eligible to purchase a shopping ad; correct?

17   A.    On Google?

18   Q.    Correct.

19   A.    Yes, that's correct.

20   Q.    Let me restate the question.  Advertisers who sell

21   services, something other than products, are not eligible to

22   purchase shopping ads on Google; correct?

23   A.    That's correct.

24   Q.    If an advertiser wants to sell a service, they have to

25   purchase a text ad on Google; correct?

1  A.   That's not correct.

2  Q.   If an advertiser is not eligible -- let me strike the

3  question.

4       An advertiser who is not selling a product but still wants

5  to advertise on Google would purchase a text ad; correct?

6  A.   Not necessarily, no.

7  Q.   There's other types of ads they could purchase; correct?

8  A.   That's correct.

9  Q.   If an advertiser who doesn't sell a product but sells a

10  service but still wants to purchase a search ad in response to a

11  query, their only option would be a text ad; correct?

12  A.   No.

13  Q.   Okay.  We'll move on.  Google has lots of advertisers who

14  buy text ads but do not buy shopping ads; correct?

15  A.   That's correct.

16  Q.   And the majority of advertisers on Google cannot buy

17  shopping ads or PLAs because they're not actually selling

18  physical products; correct?

19  A.   That's correct.

20  Q.   An advertiser can have an ad for both a -- let me strike

21  the question.

22       An advertiser can have an ad for the same product appear in

23  both the shopping ad or the PLA section, as well as in the text

24  ad section of a search engine results page; correct?

25  A.   Yes.

1    Q.   And I think we covered this, but just in case, a shopping

2    ad, similar to a text ad, is sold on a cost-per-click basis;

3    correct?

4    A.   Yes.

5    Q.   Not based on impressions; correct?

6    A.   That's correct.

7    Q.   However, shopping ads are more automated because they draw

8    on a product feed; correct?

9    A.   A shopping ad is typically more automated, and it does draw

10   on a product feed.

11   Q.   For a shopping ad, the advertiser creates the -- let me

12   strike the question.

13        For a shopping ad, Google creates the content that is then

14   displayed on a SERP in response to a query; correct?

15   A.   I'm not sure what you mean.  Can you clarify?

16   Q.   Let's start with text ads, which might be a little easier.

17        For an advertiser to place a text ad, the advertiser

18   creates the copy or the advertisement and places it with Google;

19   correct?

20   A.   They create creative fragments, and Google combines the

21   creative fragments based on a machine learning algorithm

22   typically.

23   Q.   We'll use "creative fragments."  So in a text ad, the

24   advertiser is the one that creates the creative fragments that

25   are displayed in the text ad in response to a query; correct?

1   A.   Yes.

2   Q.   But in a shopping ad, Google is the one that creates the

3   creative fragments as opposed to the advertiser; correct?

4   A.   No.  The advertiser provides product attributes and product

5   imagery, and we essentially do the same combination using

6   machine learning.  It's a similar process.

7   Q.   The advertiser uploads their product feed, their inventory,

8   other products that they'd like to advertise as a shopping ad,

9   and Google draws from that inventory in order to display it as a

10   shopping ad; correct?

11   A.   That's correct, similar to what we do with the creative

12   fragments and text ads, yes.

13   Q.   Would you agree that a text ad gives an advertiser more

14   control when their ad appears on a search engine results page?

15   A.   It does.

16   Q.   For a text ad, an advertiser can select a set of keywords

17   to direct the text ad to appear in response to specific user

18   queries?

19   A.   A specific set of user queries, yes.

20   Q.   But for a shopping ad, the advertiser does not select

21   keywords that will respond to a query; correct?

22   A.   That's correct.

23   Q.   And as an example, on UPX12, page 3, the PLAs or the

24   shopping ads are displayed alongside of other products, similar

25   products in sort of a carousel or a -- is that correct?

1    A.    The PLA unit is a carousel format with similar products on

2    it, yes.

3    Q.    And could you define a carousel for the Court?

4    A.    It's a scrollable horizontal unit on the page.

5    Q.    And that's different from a text ad, where an advertiser

6    gets a full line to themselves in order to promote their product

7    or service; correct?

8    A.    A horizontal and vertical space of their own, yes.

9    Q.    Sir, do you agree that shopping ads are much cheaper than

10   text ads?

11   A.    Not necessarily.

12   Q.    Sir, do you agree that in general shopping ads are much

13   cheaper than text ads?

14   A.    No.

15            MR. DAHLQUIST:  Your Honor, I have a confidential

16   document that I would like to show the witness.  We will not

17   display it on the screens.

18            THE COURT:  Okay.

19            BY MR. DAHLQUIST:

20   Q.    Sir, I've handed you a document marked PSX-191.  It's

21   confidential, so we're not going to read a lot of details of

22   this.  But I would like to ask you a question in response to the

23   question and answer we just had.

24        If you could turn to the second page, and this is a long

25   e-mail chain, as you can see, that's initiated by you in

```
1    June of 2017.
2    A.   Okay.
3    Q.   It's all the way in the back on page 724.  But I'm really
4    going to focus on page 2.  And sort of in the top quartile of
5    the page, there's an e-mail from you dated Friday, October 13,
6    2017, at 6:02 a.m.
7         Do you see that e-mail, sir?
8    A.   Yes.
9    Q.   And in that, there's two items, item 1 and item 2.
10        Item 2, can you please read the sentence in item 2, and
11   then I will re-ask my question.
12   A.   Yes.
13   Q.   Sir.  Do you agree that PLAs are much cheaper than text
14   ads?
15   A.   Today, it's not clear.
16   Q.   Okay.  Let me ask a different question.  Sir, as of the
17   time that you wrote this e-mail, which is in PSX191, dated
18   October 13, 2017, did you agree and do you believe that PLAs are
19   much cheaper than text ads?
20   A.   In -- on October 13, 2017, I thought that PLAs were cheaper
21   than text ads.
22   Q.   Thank you, sir.  You can put that document away.
23        MR. DAHLQUIST:  Your Honor, at this time -- I don't think
24   this document is in evidence yet.  So I will do a favor for my
25   plaintiff states and ask that we move in PSX191.
```

1    THE COURT:  Is there any objection?

2    MR. SOMMER:  No objection.

3    THE COURT:  All right.  It will be admitted.

4    (PSX191 received into evidence.)

5    BY MR. DAHLQUIST:

6    Q.   Sir, do you agree that members within the search teams a
7    believe that shopping ads and text ads are different products
8    with different goals?

9    A.   Can you repeat that question?

10   Q.   Sure.  Let me ask you, sir, do you believe that shopping
11   ads and text ads are different products with different goals?

12   A.   Not necessarily.  Shopping ads and text ads often have the
13   same goal.  They are a different product.

14   Q.   So you agree, sir, that text ads and shopping ads are
15   different products; correct?

16   A.   Yes.

17   Q.   Okay.  Do you agree that shopping ads and text ads have
18   different goals?

19   A.   The advertiser often has the same goal.  The teams have
20   slightly different goals because they're slightly different
21   product.

22   Q.   From the perspective of Google, do you believe that
23   shopping ads and text ads are different products with different
24   goals?

25   A.   Shopping ads -- from the perspective of Google, shopping

1    ads and text ads are different products.  The teams have

2    different goals.  The advertisers often have the same goal,

3    which is to sell products on their websites or apps.

4    Q.   I'm asking from your perspective in your chair at Google as

5    VP and GM of search ads, do you believe that search ads and text

6    ads have different goals?

7              MR. SOMMER:  Objection, Your Honor; asked and answered

8    twice.

9              THE COURT:  I will sustain it.  I think he did answer

10   the question.

11             MR. DAHLQUIST:  Thank you, Your Honor.  I will move

12   on.

13             BY MR. DAHLQUIST:

14   Q.   Sir, do you agree that text ads and PLAs or shopping ads

15   don't compete with each other?

16   A.   No.

17   Q.   Sir, would you agree that members of your team at search

18   ads at Google believe that the two formats, shopping ads and

19   text ads, are in their own world and don't compete?

20   A.   Members of my team have outlined with -- in great detail

21   that the two use two separate auctions.  But from the

22   perspective of the advertisers, those two products compete with

23   each other for advertiser budgets.

24   Q.   Sir, I'm asking from your perspective as general manager

25   and VP of search ads, do you and your team believe that text ads

1    and shopping ads are two different formats that are in their own

2    world and do not compete?

3    A.   I'm not sure how that question is different than your last

4    question, but I can answer it again, that shopping ads and text

5    ads use two separate auctions, and the customers that often use

6    both shopping ads and text ads have the same business objective

7    for those products, and therefore, the two products compete for

8    a singular advertiser budget.

9    Q.   All right, sir.  Let's look at the document, same document

10   in front of you, PSX191.

11   A.   This document?

12   Q.   Yes, correct, Your Honor -- I'm sorry, correct,

13   Mr. Dischler.  I'm on page 4, that ends in Bates stamp 723.

14   A.   Yes.

15   Q.   And in the bottom quartile of the document, there's an

16   e-mail from a gentleman with the first name Shiv on Friday,

17   June 23, 2017.

18        Do you see that?

19   A.   Yes.

20   Q.   And I'm sorry.  Who is Shiv?

21   A.   Shiv at the time was the head of engineering for search

22   advertising, including shopping ads.

23   Q.   And he reported directly to you?

24   A.   He did.

25   Q.   And he's a part of the search ads team, correct, at this

1    time?

2    A.   Actually, in 2017, I believe he was a peer of mine.

3    Q.   He was on the search ads team; correct?

4    A.   He was, yes.

5    Q.   And looking at the second sentence in PSX-191, Bates stamp

6    723, do you agree that your colleague, Shiv, stated, "Today

7    these two formats are siloed in their own world and don't

8    compete.  It will be worth looking at pricing from that point of

9    view"?  Correct?

10    A.   Yes.  He said exactly what I was saying, which is that the

11    two options don't compete, but the whole reason that we were

12    having this e-mail thread is because the same advertiser had the

13    same objective and was using two separate products to achieve

14    that objective.  We were trying to figure out what to do.

15    Q.   Sir, my question is very simple.  On that date, did your

16    peer, Shiv, state that the two ad formats, shopping ads and text

17    ads, are siloed in their own world and don't compete?  Yes or

18    no?

19          MR. SOMMER:  Objection; asked and answered.

20          THE COURT:  Hang on.  I'm not sure he answered that

21    precise question, but it's pretty clear what he's written.  So

22    we can move to the next question.

23          MR. DAHLQUIST:  Okay.  Thank you, Your Honor.

24          BY MR. DAHLQUIST:

25    Q.   Mr. Dischler, we're done with that document.

1    Mr. Dischler, in addition to the search ads that are still

2    displayed on UPX12, page 3, in front of us, Google also sells

3    other types of advertisements; correct?

4    A.    That's correct.

5    Q.    It sells something called display ads; correct?

6    A.    It does.

7    Q.    And anybody can buy a display ad from Google?  I could buy

8    a display ad; correct?

9    A.    Subject to the advertiser restrictions we have, yes.

10   Q.    Hopefully, I wouldn't put any illegal content.  Understood.

11       A display ad is a pictorial or image ad that can run

12   anywhere on the Internet; correct?

13   A.    No.

14   Q.    Would you agree that a display ad is a picture or an image

15   that can run across the Internet on any one of your owned and

16   operated properties?  Correct?

17   A.    No.

18   Q.    Okay.  If we can please take a look at your deposition, the

19   September 28, 2020, deposition, page 20, line 24, through

20   page 21, line 5.  So September 28, 2020, page 20.

21   A.    Okay.  What page again?  Apologies.

22   Q.    Certainly.  No problem.  It's page 20 of your September

23   deposition, and it starts on line 24.  It's over towards the

24   bottom.

25       Sir, would you agree on September 28 you were asked the

1    following question and you gave the following answer:

2         "Question:  What's a display ad?

3         "Answer:  It's not a particularly useful term anymore.

4    Typically, what it refers to is a pictorial image-based ad that

5    runs across the Internet off one of the large owned and operated

6    properties."

7         Were you asked that question, and did you give that answer?

8    A.   Off of one of the large owned and operated properties, yes.

9    Q.   And I apologize if I was imprecise in my question.

10   A.   Yeah.  Not on, yes.

11   Q.   And what does "off of one" of your properties, what does

12   that distinction mean, sir?

13   A.   That means that the properties are not owned by Google.

14   It's not running on the entire Internet.  It's only Internet

15   sites that are supported by the display networks that we operate

16   or other networks that we have access to, which is not the

17   entire Internet.  Many websites don't have display advertising

18   on them.  So --

19   Q.   A display ad does not appear on a SERP, which is on UPX12,

20   in response to a user query; correct?

21   A.   That's correct.

22   Q.   And the ads that are appearing on UPX12 in front of you,

23   none of these are display ads; correct?

24   A.   That's correct.

25   Q.   Google has never included display ads on a SERP in response

```
1    to a user query; correct?

2    A.    That's correct.

3              THE COURT:   Sorry.   What was the last question and

4    answer again?

5              MR. DAHLQUIST:   Certainly.

6              BY MR. DAHLQUIST:

7    Q.    Google has never included display ads on a search engine

8    results page in response to a query?

9              THE COURT:   Thank you.

10             BY MR. DAHLQUIST:

11   Q.    And I believe the answer is no.   Correct, sir?

12   A.    We have never put a display ad in response to a user query.

13   Q.    Google generally sells display ads based on impressions;

14   correct?

15   A.    Impressions or clicks.

16   Q.    In general, the primary way that Google sells display ads

17   is based on impressions; correct?

18   A.    I actually don't have the current stats.   It's pretty close

19   between impressions and clicks, I think, at this point.

20   Q.    As of the time of your deposition, was the primary method

21   that people purchased display ads --

22   A.    Yes.

23   Q.    -- by impressions; correct?

24   A.    Yes, by impressions.

25   Q.    And Google sells display ads -- by impressions, it's sold
```

1    on a cost per mill or cost per thousand basis; correct?

2    A.    Yes.

3    Q.    And this is different than how search ads are sold, which

4    are based primarily on a cost-per-click basis; correct?

5    A.    That's correct.

6           THE COURT:  Sorry.  Can you explain what you mean by

7    cost per mill/cost per thousand?  Is that a quantity?

8           THE WITNESS:  Let's say that you're on *The New York*

9    *Times,* and there are a thousand people who view a page on *The*

10   *New York Times*, and that includes an ad.  Then you would pay a

11   certain rate for 1,000 impressions of the ad, 1,000 people who

12   may or may not be seeing the ad but it's being rendered on the

13   page.

14       In contrast, if you're on a cost-per-click basis, that

15   means that you have to actually click on the ad, interact with

16   the ad in order to pay for it.

17          THE COURT:  Understood.  Thank you.

18          BY MR. DAHLQUIST:

19   Q.    Another type of a display ad is also called a banner ad?

20   You're familiar with banner ads?

21   A.    Yes.

22   Q.    And a banner ad is another type of picture or display ad;

23   correct?

24   A.    It's -- a banner ad is just a pictorial format, which is a

25   type of display ad.

1  Q.   And I'm from Chicago.  So it's the display ad that shows up

2  every time I click *The Chicago Tribune* home page; correct?

3  A.   You know, I haven't read *The Trib* in a while.

4  Q.   No problem.  I try to read it every once in a while.

5       Google sells banner ads based on impressions or cost per

6  mill; correct?

7  A.   Often, yes.

8  Q.   Again, banner ads are not sold on the basis of a click;

9  correct?

10  A.   Sometimes, yes, but most often not.

11  Q.   The predominant way or -- I guess the predominant way in

12  which banner ads are shown or sold is on a cost per mill or

13  impressions, not based on clicks; correct?

14  A.   That's right.

15  Q.   Google also sells ads called discovery ads; right?

16  A.   Yes.

17  Q.   And a discovery ad is based on a type of a feed; correct?

18  A.   It's an ad that shows up on feed services.

19  Q.   Would you agree that a discovery ad is a little bit more

20  akin to a social media advertising?  Correct?

21  A.   It's somewhat similar, yeah.

22  Q.   Discovery ads are not shown in response to a user query on

23  a SERP; correct?

24  A.   They're not, no.

25  Q.   And Google modeled -- discovery ads are a more -- a newer

1    type of ad that is sold by Google; correct?

2    A.    They are.

3    Q.    And Google modeled the format of discovery ads after

4    Instagram and Facebook; correct?

5    A.    Partially, yeah.

6    Q.    Sir, I think you hit on this a little bit before, but

7    Google sells search ads through an auction process; correct?

8    A.    Yes.

9    Q.    And I believe you stated that the auction for text ads is

10   different than the auction for shopping ads or PLAs; correct?

11   A.    It is.

12   Q.    They're completely separate auctions; correct?

13   A.    They are.

14   Q.    Now, it's possible, because we talked about that some

15   advertisers purchase both shopping ads and text ads, a single

16   advertiser can enter both auctions; correct?

17   A.    Yes.  Typically, they do.

18   Q.    Google designs an auction that determines the prices that

19   are charged to advertisers for their ad; correct?

20   A.    The auction determines the prices that advertisers are

21   charged for their ad up to their maximum willingness to pay.  So

22   the advertiser specifies either their maximum bid or the

23   business event that they want to achieve, and that represents

24   their maximum willingness to pay.

25   Q.    Sir, let me re-ask the question.  Would you agree that

1   Google designs an auction, and within the context of that

2   auction, the advertiser's ads are priced based on the results of

3   that auction?

4   A.   Yes.

5   Q.   So the auction determines which ads are shown; correct?

6   A.   Yes.  It is the final determination of which ads are shown.

7   There are other systems that do policy enforcement and disabling

8   and other things like that that also determine which ads are

9   shown.

10  Q.   Let me just make sure we're clear.  The auction

11  determines -- the auction and other components that are running

12  behind the scenes at Google determines which ads are shown in

13  response to a query; correct?

14  A.   Correct.

15  Q.   And the auction, as well as other computations at Google,

16  determine the prices that are charged the advertiser; correct?

17  A.   They -- the pricing is the result of the auction process.

18  Q.   And Google's search ads auctions are different from what

19  I'm used to, an in-person charity auction or an online eBay

20  auction, because it happens millions of times per second and

21  billions of times per day; correct?

22  A.   Probably not millions of times per second, but definitely,

23  we run a lot of them.

24  Q.   Approximately how many times per second would an ad auction

25  run?

1    A.   I actually -- I can't tell you -- I can't break it down by

2    seconds, but we run billions of auctions per day.

3    Q.   Billions of auctions per day are run for search ads -- for

4    search ad auctions; correct?

5    A.   Yes.

6    Q.   And Google employs data scientists, Ph.D.s, and auction

7    theorists in order to help design and improve these ad auctions;

8    correct?

9    A.   Yes.

10   Q.   I believe a witness that the Court is going to hear from,

11   Mr. Adam Juda, helps to lead the ad auction process at Google

12   for the search engines team; correct?

13   A.   He doesn't lead the ad auction process at Google.  He works

14   on the -- on designing the ad auction, along with a number of

15   other folks.

16   Q.   And I believe Mr. Juda has a Ph.D.; correct?

17   A.   He does, yes.

18   Q.   Google built an ad auction that is highly automated and

19   highly complex; correct?

20   A.   It's highly automated.  It's reasonably complex.

21   Q.   You need a Ph.D. in order to actually understand it; is

22   that correct?

23   A.   We have lots of talented folks, some with Ph.D.s, some

24   without, who understand the auction.

25   Q.   Google's ad auction or search ad auction is known as a

1    generalized second-price auction; is that correct?

2    A.   It's a variant of a generalized second-price auction.  It's

3    been customized in ways that you likely know.

4    Q.   And I'm going to try to be very basic here.  So I will

5    probably get some of this wrong, and I'm sure you will correct

6    me.

7         But a variant of a generalized second-price auction, as you

8    describe, is one where multiple bidders enter the auction, and

9    the winner pays one cent above the first runner-up; correct?

10   A.   That would be -- in a classic second-price auction, that is

11   how they would pay.  As you know, we have -- there are a number

12   of other factors that influence what the advertiser actually

13   pays.

14   Q.   And I'm just getting a generalized understanding of what a

15   second-price auction is.  A generalized second-price auction is

16   the winning bidder doesn't pay what their ultimate top bid was

17   but a little bit above what the first runner-up's bid was; is

18   that correct?

19   A.   Yes.  In a normal second-price auction, it could either be

20   a penny above or the actual second price, because they were

21   willing to pay more than the second price.

22   Q.   And because it's a second-price auction, the bid of the

23   runner-up is very important to determine the ultimate price that

24   is charged to the advertiser; correct?

25   A.   Yes.

1    Q.   And would you agree that Google seeks to have efficient

2    auctions, which means auctions with more than one participant?

3    Correct?

4    A.   Yes.

5    Q.   And Google believes that an efficient or a healthy auction

6    is one with more than one bidder; correct?

7    A.   Yes.

8    Q.   You believe that an auction that only has one person

9    interested is inefficient?

10   A.   Not necessarily.  It could be that there really is only one

11   participant who is relevant for the user.  Ultimately, user

12   relevance is the most important thing, and if there's one

13   bull's-eye, then, you know, they should pay the reserve price.

14   Q.   Google believes that an efficient or healthy auction is one

15   with more than one bidder; correct?

16   A.   For most queries, the answer is yes; for the example I just

17   gave you, the answer is no.

18   Q.   Sir, let me just make sure I get a clean answer to this.

19        You would agree that Google is interested in a healthy

20   auction, which is more than one bidder in an ad auction;

21   correct?

22           MR. SOMMER:  Objection, Your Honor; asked and answered

23   a couple of times now.  I think we've covered this.

24           THE COURT:  Agreed.  I understand what his answer is.

25           MR. DAHLQUIST:  I will move on.  Thank you, Your

1    Honor.

2              BY MR. DAHLQUIST:

3    Q.   Google benefits when there's more than one bidder in a

4    search ad auction; correct?

5    A.   Yes.

6    Q.   Google's revenue increases the more people that there are

7    in ad auctions; correct?

8    A.   Not necessarily, no.

9    Q.   Sir, do you agree that Google helps to meet its revenue

10   goals when there's more than one person in an ad auction?

11   Correct?

12   A.   Sometimes; sometimes not.

13   Q.   Sir, if you could take a look at your September 28th

14   deposition again in front of you, page 97, September 28, 2020,

15   page 97, line 16 through line 22.

16             MR. SOMMER:  Your Honor, there's nothing inconsistent

17   about the transcript and what the witness just testified to.

18             MR. DAHLQUIST:  I haven't asked the question, Your

19   Honor.

20             THE COURT:  Why don't we go just ahead and ask the

21   question that was asked during the deposition.

22             MR. DAHLQUIST:  Will do, Your Honor.

23             BY MR. DAHLQUIST:

24   Q.   Sir, on September 28, 2020, in your deposition, page 97,

25   line 16 through line 22, were you asked the following question,

1   and did you give the following answer?

2       "Question:  Right.  But you really didn't answer my

3   question.  My question is this:  It helps Google to meet its

4   revenue goals to have more people in their auctions; is that

5   correct?

6       "Answer:  Generally, having a healthy auction is beneficial

7   to Google."

8       Sir, did you give that answer to that question?

9   A.   I did.

10  Q.   Thank you.  You can put the deposition away.

11      Sir, Google does not tell advertisers if they're the only

12  bidder in an auction; correct?

13  A.   Advertisers can generally figure it out, but we don't have

14  a special determination to tell them that they're the only

15  bidder in an auction.

16  Q.   Let me ask my question again, and let me know if you don't

17  understand it.

18      Sir, Google does not tell advertisers if they're the only

19  bidder in an auction; correct?

20  A.   Deterministically, no.

21  Q.   And since text ad auctions and shopping auctions are

22  separate, any changes to the pricing in one auction does not

23  impact the pricing of another auction; correct?

24  A.   That's correct.

25  Q.   Sir, would you agree that Google defines the rules of the

1    search ad auction process?  Correct?

2    A.    Yes.

3    Q.    And Google defines the terms under which the search ad

4    auction sets various components, including reserve prices;

5    correct?

6    A.    Yes.

7    Q.    And Google can raise prices in search ads by setting the

8    reserve prices; correct?

9    A.    Within the constraints of -- not strictly correct, because

10   it's got to be within the constraints of the advertiser's

11   objective function.  The advertiser determines their maximum

12   willingness to pay or their return on investment target, and if

13   the reserve price is above that, then the advertiser won't

14   participate in the auction.  So we don't set the price.

15   Q.    Sir, let me ask my question again.  Do you agree that

16   Google can raise prices with the ability to define the terms of

17   the auction, including setting reserves and the auction

18   dynamics?  Correct?

19   A.    I believe I answered your question.  I'm not sure how I

20   could answer it differently, and -- I'm not sure I could answer

21   it differently.

22   Q.    Okay.

23   A.    We -- yes.

24          THE COURT:  And to be clear, I think we've touched on

25   this previously, but the reserve pricing is essentially the

1  floor?

2         THE WITNESS:  Yeah, it's the floor, and we tend to set

3  them pretty low.

4         THE COURT:  Okay.

5         BY MR. DAHLQUIST:

6  Q.  Google can control the auction dynamics that can result in

7  a higher cost per click, or CPC, for search ads; correct?

8  A.  A higher or lower CPC to be paid by a particular advertiser

9  for a particular search ad.

10 Q.  But Google controls that, whether it's higher or lower;

11 correct?

12 A.  Google controls -- Google controls the function that

13 determines the price of whether it's higher or lower, but

14 ultimately, it's whether the advertiser's relevant to the query

15 and their maximum willingness to pay and whether the user is

16 getting a good experience and all of those factors, as well as

17 the bids of the other advertisers that results in the eventual

18 price.

19 Q.  Sir, you're familiar with the term "ad launches"; correct?

20 A.  Yes.

21 Q.  And a launch to the Google ad auction is a modification or

22 a change to the auction process in some way, shape, or form;

23 correct?

24 A.  Yes.  An auction-related ad launch would be a change to the

25 auction.

1   Q.   And you have the authority to approve launches that impact

2   pricing and other components of the search ad's auction process;

3   correct?

4   A.   I'm one of the approvers, yes.

5   Q.   And you personally have approved launches that have

6   impacted the pricing of the search ads -- of search advertising

7   auction; correct?

8   A.   That have affected the prices, either positive or negative,

9   yes.

10  Q.   Google does approximately a thousand launches per year to

11  change its ad auction process; correct?

12  A.   Not just for the auction, no.  But, I mean, we do roughly a

13  thousand experiments per year in search ads quality.  I would

14  say 20 percent of them are related to the auction in some way,

15  and then only a fraction of those are actually launches.

16  Q.   Google implements a large number of launches in order to

17  modify or change the search ad auction process on a given year;

18  correct?

19  A.   Yes.

20  Q.   In addition to launches, Google has pricing levers or

21  pricing knobs that it can use to tune or change aspects of a

22  search ad's auction; correct?

23  A.   In addition to the launches?  No.

24  Q.   And let me make sure I understand definitionally.  Do you

25  agree that a pricing knob or a tuning is the same as a launch or

1    different from a launch?

2    A.   The way that a tuning would be implemented is through a

3    launch.  So you're talking about the same thing.

4    Q.   And how about a pricing knob?  Is that as a part of a

5    launch as well?

6    A.   Pricing knob is an informal way of talking about a

7    parameter tuning within the ad auction function.

8    Q.   So in talking about a launch, a launch is the umbrella

9    category, and below it can be a tuning or a pricing knob as

10   components of a launch; correct?

11   A.   To be precise, a launch can include a tuning.  Pricing knob

12   is another way of saying tuning.

13   Q.   Understood.  So pricing knob and tuning are synonymous in

14   your mind?

15   A.   There's -- a pricing-oriented tuning could be informally

16   referred to as a pricing knob.

17   Q.   Thank you, sir.  And Google has pricing knobs or tunings

18   that it can use to impact search ad pricing; correct?

19   A.   Yes.

20   Q.   Sir, Google has used launches and pricing knobs to raise

21   the prices in search ads by 5 percent previously; correct?

22   A.   We have had the -- launches, no; experiment, yes.

23   Q.   Sir, would you agree that for some launches Google has set

24   launches that have increased prices at 5 percent for the typical

25   advertiser on Google?  Correct?

1    A.   For the typical advertiser on Google?   I don't believe I

2    know of a launch that increased prices by 5 percent for a

3    typical advertiser on Google.   I know of an experiment that

4    affected prices by 5 percent for the typical advertiser on

5    Google but not a launch.

6    Q.   Sir, if we could turn to your deposition on September 28,

7    2020, page 59, and I'm focused on page 59, line 18, through

8    page 60, line 2.   Let me know when you're there.

9         Are you there, sir?

10   A.   Yes.

11   Q.   Sir, on September 28, were you asked the following

12   questions, and did you give the following answer:

13        "Answer:   And in some cases.

14        "Question:   And in some of the launches you recall have

15   increased prices 5 percent; is that correct?

16        "Answer:   Yes; for the typical advertiser, yes.   With every

17   advertiser, every advertiser behaves differently.   So I'm not

18   going to say across the board."

19        Sir, did you give that answer on September 28?

20   A.   I did.

21             MR. DAHLQUIST:   Your Honor, this is one of those

22   pieces of testimony that we respectfully request it be admitted

23   as a party admission.

24             THE COURT:   Okay.

25             MR. DAHLQUIST:   Thank you, Your Honor.

1    BY MR. DAHLQUIST:

2    Q.    Sir, would you agree that Google has raised search ad

3    prices by 10 percent for some queries?  Correct?

4    A.    By 10 percent for some queries?  It's possible, yes.

5    Q.    And when Google launched price increases of 5 percent on

6    search ads, it resulted in an increase in revenue to Google;

7    correct?

8    A.    Typically, it would result in an increase in revenue.

9    Q.    And when Google adopted a 5 percent price increase, it

10   resulted in fewer search ads being sold on Google; correct?

11   A.    Fewer search ads being sold?  I'm actually not -- I'm not

12   sure which launch you're referring to.  It may have resulted in

13   more search ads being sold; it may have resulted in fewer search

14   ads being sold.

15   Q.    I'm not referencing any specific launch right now.  So let

16   me just re-ask the question.

17        When Google adopted a 5 percent price increase, it resulted

18   in fewer search ads being sold; correct?

19   A.    Since I'm -- I'm having a hard time answering the question,

20   because I'm -- the framing of the question, when Google adopted

21   a 5 percent price increase, is vague.  And then based on the

22   parameters of whatever launch you're referring to, you're not

23   referring to a launch, it would result in potentially fewer

24   search ads being sold or more search ads being sold, depending

25   upon the mechanism that pricing increased.

1210

1      For example, if there were more participants in an auction

2   because we improved our targeting, it could increase prices

3   because there are more participants in the auction, and also,

4   since there are more participants in the auction, it would

5   result in more ads being sold because there are more clicks.

6   Q.   Sir, if we could turn to your deposition, September 28,

7   2020, page 61 of your deposition, and I'm looking at line 3

8   through line 8.

9      Are you there, sir?

10  A.   Yes.

11  Q.   Sir, on September 28, 2020, were you asked the following

12  question, and did you give the following answer:

13     "Question:  Do you know if when you adopted the most recent

14  5 percent increase across general advertisers for search ads,

15  whether it resulted in fewer ads being sold?

16     "Answer:  It likely resulted in fewer ads being sold, yes."

17     Did you give that answer, sir?

18  A.   I didn't say for certain.  I said "it likely."

19  Q.   Sir, my question simply is, did you give that answer to

20  that question?

21  A.   I gave that answer to that question.

22          MR. DAHLQUIST:  Your Honor, this is one of the other

23  pieces we request be moved in as a party admission.

24          THE COURT:  Okay.  It will be admitted.

25          MR. DAHLQUIST:  Thank you, Your Honor.

1      BY MR. DAHLQUIST:

2    Q.   Sir, would you agree that if Google implemented a

3    15 percent price increase on search ads it would keep enough

4    advertisers to increase revenue to Google?  Correct?

5    A.   I can't speculate on a hypothetical question like that.

6    I'm not sure.

7    Q.   Sir, do you have any reason to believe that it's not true

8    that if Google implemented a 15 percent price increase, it would

9    not result in an increase in revenue to Google?

10   A.   If we implemented a 15 percent price increase, it's very

11   possible that lots of advertisers would stop advertising on

12   Google and would instead reallocate their budgets to Facebook or

13   Tik-Tok or some other channel where they could get a better

14   return on investment.

15        So I think a 15 percent price increase would be a very

16   dangerous thing for Google to do.

17             MR. DAHLQUIST:  Your Honor, I move to strike the

18   answer as nonresponsive.

19             MR. SOMMER:  Objection.

20             THE COURT:  I'm not going to strike the answer.

21   Re-ask him the question, and we'll move forward.

22             BY MR. DAHLQUIST:

23   Q.   Sir, let me ask the question one more time.  Would you

24   agree, do you have any reason to believe that if Google

25   implemented a 15 percent price increase that the revenue at

1  Google would not go up?

2  A.   Yes.

3  Q.   Sir, if we can look at your deposition again, September 28,

4  2020, page 67, line 3, through 67, line 10.

5       Are you there, sir?

6  A.   I'm here.

7  Q.   Page 67, sir.  On September 28, did we ask the following

8  question, and did you give the following answer:

9       "Question:  Would you keep enough advertisers so that your

10  revenue would go up if you implemented a 15 percent increase?

11       "Answer:  I imagine that's what the author would say, yes.

12       "Question:  Do you have any reason to think that that's not

13  true?

14       "Answer:  No."

15       Did you give that answer to that question, sir, on

16  September 28?

17  A.   I'm reading through the previous page to make sure that I

18  understand this in context.

19  Q.   Sir, I'm only asking about this question.  You are free to

20  look at the rest, but I'm asking for a yes or no answer to this

21  question.

22       Were you asked that question, and did you give that answer?

23  A.   Am I allowed to read the previous page for 30 seconds?

24  Q.   Sir, don't look at your counsel for instruction on that.  I

25  would like you to look at me.  I'm asking you a question and an

```
 1   answer.
 2   A.   Yes, I was looking at you.
 3         MR. SOMMER:  Judge, there is no basis for counsel's
 4   comment right now about where the witness was looking.  He was
 5   looking at Mr. Dahlquist.  So I don't think we need that kind of
 6   colloquy.
 7         MR. DAHLQUIST:  Your Honor, I will re-ask the
 8   question.
 9         THE COURT:  Just re-ask the question.
10         BY MR. DAHLQUIST:
11   Q.   Sir --
12         THE COURT:  Hold on for a second.
13         BY MR. DAHLQUIST:
14   Q.   Were you asked the following question and did you give the
15   following answer on page 67, line 3, through 67, line 10 -- do
16   you see that, sir?
17   A.   I do.
18   Q.   So I'm going to re-ask it.
19         "Question:  Would you keep enough advertisers so that your
20   revenue would go up if you implemented a 15 percent increase?
21         "Answer:  I imagine that's what the author would say, yes.
22         "Question:  Do you have any reason to think that that's not
23   true?
24         "Answer:  No."
25         Yes or no, did you give that answer?
```

1    A.    That is the answer I gave on September 28, 2020, yes.

2    Q.    Thank you, sir.

3              MR. DAHLQUIST:  Your Honor, this is another piece that

4    we ask to be submitted as a party admission.

5              THE COURT:  It will be admitted.

6              MR. DAHLQUIST:  Thank you, sir.

7              BY MR. DAHLQUIST:

8    Q.    Mr. Dischler, would you agree that Google believes it can

9    implement a 15 percent price increase as long as it's done

10   gradually?

11   A.    No.

12   Q.    We'll return back to that question when we get to the

13   confidential session.

14         Sir, do you agree that Google uses launches to help meet

15   revenue targets?  Correct?

16   A.    Yes.

17   Q.    I would like to show you a document, UPX522.

18         And, Your Honor, this is a redacted e-mail.  Actually, we

19   should take it down, please.  That's not the redacted version.

20   Do we have the redacted version?  If not, we can do it on

21   papers.

22             MR. SCHMIDTLEIN:  We're having a lot of problems with

23   redacted versions getting shown on the screen.

24             MR. DAHLQUIST:  We're not here, sir.

25             THE COURT:  Let's dial it down a little bit, so to

1    speak.  We've all got our knobs to dial down.  I think it went

2    up and went down fairly quick.

3              BY MR. DAHLQUIST:

4    Q.   Sir, in front of you in the binder is UPX522.  Do you see

5    that document?

6    A.   I do.

7              MR. DAHLQUIST:  Your Honor, UPX522 is in evidence, and

8    it has limited redactions related to just the certain numbers.

9              BY MR. DAHLQUIST:

10   Q.   Mr. Dischler, as we look at the document, let's be careful

11   not to read the numbers, but the rest of it is not confidential.

12        Sir, is 522 an e-mail that you sent to a variety of members

13   of your team, including your boss, Dr. Raghavan, on May 3, 2019?

14   A.   Yes.

15   Q.   Sir, do you see, I think, the -- you sent the e-mail, and

16   in the largest paragraph at the top, I'm going to focus on the

17   second sentence.  Sir, did you write, "We are short X percent

18   queries and are ahead on ad launches, so are short X percent

19   revenue versus plan?"  Did you write that in October of -- I'm

20   sorry, May of 2019?

21   A.   I did.

22   Q.   The next sentence states, "If we don't hit plan, our sales

23   team doesn't get its quota for the second quarter in a row, and

24   we miss the street's expectation again, which is not what Ruth

25   signalled to the street.  So we get punished pretty badly in the

1    market."

2         Is that correct, sir?

3    A.    That is what I wrote.

4    Q.    And I believe "Ruth" refers to Ruth Porat, your chief

5    financial officer; correct?

6    A.    Yes.

7    Q.    The next line, you state, "We are shaking the cushions on

8    launches and have some candidates in May that will help, but if

9    these break in mid- to late May, we will only get half a quarter

10   of impact or less, which means we need X percent excess to where

11   we are today and can't do it alone."

12        Did you write that, sir?

13   A.    I did.

14   Q.    And sir, the search ads team was shaking the cushion on

15   launches to find more revenue; correct?

16   A.    What the search ads team was doing was to try to be

17   creative to see if there were any quality changes that we could

18   make that would improve the user experience and also improve

19   Google revenue with reasonable advertiser trade-offs.

20   Q.    Part of your goal of shaking the cushions was to find more

21   revenue for Google; correct?

22   A.    My goal was to get creative so that we could try to make

23   our quarter, yes.

24   Q.    Continuing down in the e-mail, the next full paragraph

25   states, "The question we are all faced with is how badly do we

```
 1    want to hit our numbers this quarter?  We need to make this
 2    choice ASAP."
 3         Do you see that sentence?
 4    A.   Yes.
 5    Q.   And the next sentence, you state, "I care more about
 6    revenue than the average person, but think we can all agree that
 7    for all of our teams trying to live in the high-cost areas,
 8    another $100,000 in stock price loss will not be great for
 9    morale, not to mention the huge impact on our sales team."
10         Did you write that, sir?
11    A.   Sir, you just --
12              MR. SOMMER:  Hold on one second, Counsel.
13         Your Honor, may I?
14              MR. DAHLQUIST:  I don't think that number --
15         (Counsel conferred.)
16              MR. DAHLQUIST:  Your Honor, I apologize.  I was just
17    informed that a number I read was redacted.  So I apologize for
18    that fact.  Let me re-ask the question without that.
19              BY MR. DAHLQUIST:
20    Q.   Mr. Dischler, did you write -- actually, I can ask the
21    question without redoing it.
22         Let me ask, Mr. Dischler, did you write in May of 2019 that
23    you care more about revenue than the average person?  Correct?
24    A.   Yes.  As the leader of the ads team, I should care more
25    about revenue than the average person.
```

1    Q.   And we can move on from that document, then, sir.

2         Your Honor, I'm about to start another section.  We can

3    push on or --

4              THE COURT:  We can go until 3:00 and then take our

5    break.

6              BY MR. DAHLQUIST:

7    Q.   I would like to turn to talking about the ad auction

8    dynamics that are used at Google specifically with respect to

9    the search ads auction.

10        We hit it a little bit earlier about reserve pricing;

11   correct?

12   A.   Yes.

13   Q.   And I would like to talk more.  Reserve pricing is the

14   minimum amount that an advertiser pays in order to win a search

15   ads auction; correct?

16   A.   It's the minimum amount that an advertiser can pay in order

17   to participate in the auction.  It's the lowest price that they

18   would pay for a given auction.

19   Q.   And Google does not tell advertisers if the price they're

20   paying is based on the bid or reserve price; is that correct?

21   A.   That's correct.

22   Q.   And Google has made tuning adjustments or pricing changes

23   to the reserve pricing before; correct?

24   A.   We have, typically to get bad advertisers out of the

25   auction.

1    Q.   And we talked before about the thousand or so

2    launches --let me strike that, the many launches that are made

3    to change or update the search ad auction process throughout any

4    given year.

5        The search ad team generally gives code names or specific

6    names to those launches; correct?

7    A.   In some cases, yes.

8    Q.   Are you familiar with the text ad format pricing launch?

9    A.   Yes.

10   Q.   And there would be many --

11   A.   There were several.

12   Q.   I agree.  There have been many launches that change the

13   format pricing of a text ad; correct?

14   A.   Correct.

15   Q.   And are the format pricing launches specific to text ads?

16   Correct?

17   A.   They are, yes.

18   Q.   And format pricing was an effort by Google to equalize the

19   value between the text ad position and the space it takes up on

20   the search engine results page; correct?

21   A.   Yeah.  It's just like not charging the same for a quarter

22   page and a half-page newspaper ad.  We charge people for space

23   in addition to position.

24   Q.   And Google has adjusted the pricing based on the size of

25   the text ad format; correct?

1    A.   Yes, in order to equalize the effect so that people pay

2    fairly for either an ad that shows at the top of the page or an

3    ad that's of a certain size that gets the same amount of

4    attention via clicks.

5    Q.   And in connection with text ad format pricing, Google has

6    made tuning adjustments to increase the cost per click; correct?

7    A.   In some cases, increase the cost per click; in some cases,

8    decrease the cost per click.  But the net has been to increase

9    because we weren't charging for formats before.

10   Q.   Are you familiar with a text ad auction launch named

11   momiji?

12   A.   Yes, but we'll have to look at the document, because there

13   are many of them.

14   Q.   And is momiji related to search -- I'm sorry.  Is momiji

15   related to text ad format pricing?

16   A.   I believe so, but we should probably look at the launch

17   document.

18   Q.   And I think the momiji launch occurred around 2017;

19   correct?

20   A.   I don't remember.

21   Q.   And sir, would you agree that a momiji is a small painted

22   doll with space in the base of the doll to hide secret messages?

23   Are you aware of that term?

24   A.   No.  We had a very creative Japanophile product manager.  I

25   didn't understand the provenance of Momiji.

1    Q.   I had to look that up, and I got the same result on Google

2    and Bing, by the way.

3         Momiji text ad launch was eventually approved and launched

4    into the search ad auction process; correct?

5    A.   A variant of it, perhaps.  I'm not 100 percent sure.

6    Again, I would have to look at the launch document.

7    Q.   Let me ask the general question.

8         Sir, do you agree that the momiji text ad launch resulted

9    in an increase in CPCs for advertisers?

10   A.   I would -- you're asking me questions about a specific

11   launch in 2017 when we run thousands of experiments a year

12   without looking at the documentation associated with the launch.

13   So I'm afraid I'm not sure.

14   Q.   We will come back to it in the confidential session, and we

15   will look at a document to give you a little bit more help.

16   A.   Great.

17   Q.   Are you familiar with the concept of squashing in reference

18   to the text ad auction?

19   A.   I am.

20   Q.   And squashing is an auction technique that compresses the

21   delta or the difference between the participants in a text ad

22   auction; correct?

23   A.   It is, to try to prevent runaway winners and to create a

24   chance for smaller advertisers to participate in the auction.

25   Q.   In squashing, the difference between the highest bidder and

1222

1    the next bidder is squashed or compressed; correct?

2    A.   That's correct.

3    Q.   And Google has implemented squashing in its text ad auction

4    dynamics; correct?

5    A.   It has.

6    Q.   And one of the effects of squashing text ads is that the

7    top winner of the auction pays more; correct?

8    A.   In some cases, yes.

9    Q.   On average, the winner pays more; correct?

10   A.   On average, yes.

11   Q.   And because -- sir, are you familiar with another text ad

12   launch called either randomization or the highly technical term

13   RGSP?  Are you familiar with that launch?

14   A.   Yes.

15   Q.   And RGSP stands for randomized general second-price launch;

16   correct?

17   A.   Randomized generalized second-price auction.

18   Q.   All right.  We're going to try to stay high level for this.

19   But -- well, let me say this:  RGSP is another text ad launch

20   that Google made in relation to the search ad auction for text

21   ads; correct?

22   A.   That's correct.

23   Q.   And while highly complex, the effect of the RGSP is that at

24   times the top bidder and the second-place bidder switch places;

25   correct?

1    A.    That's right.

2    Q.    And under RGSP, the runner-up can become the winner;

3    correct?

4    A.    That's correct.

5    Q.    And under RGSP, the winning bidder may not actually be the

6    highest bidder, because they flip places; correct?

7    A.    That's correct.

8    Q.    And in fact, under RGSP, the winning bidder may not have

9    the highest value or the highest-quality ad; correct?

10   A.    Based on our -- based on our metrics, that's correct.  And

11   the reason we do it is so that we don't have biases and

12   winner-takes-all dynamics.

13        The problem that we were having is that you have these very

14   big, successful businesses like Amazon or Booking, and people

15   think that they're such high quality that nobody else ever shows

16   up in the first place.

17        And for a healthy auction, what we do is some percentage of

18   the time we flip them to see if actually somebody may be better

19   in a category in order to improve the user experience for the

20   user.  Otherwise, Amazon always shows up on top, and you will

21   never be able to figure out if anybody is better than Amazon.

22   Q.    Sir, let me ask the question as simply as I can.  Under

23   RGSP, the winning bidder may not have the highest value or ad

24   rank; correct?

25   A.    The highest ad rank is correct.  It may have the highest

1   value.  We just may not be able to score it based on the

2   metrics, which is why we do RGSP, is to try to do some amount of

3   exploration.

4   Q.   Under RGSP, if an advertiser wants to make sure they win

5   the auction, they need to bid higher in order to avoid the

6   randomization process; correct?

7   A.   No, I don't believe that's the case.

8   Q.   Sir, would you agree that in some cases, under RGSP, the

9   highest bidder needs to bid higher in order to get the top spot

10  to avoid the randomization; correct?

11  A.   So I'm not 100 percent sure on this, but I'm pretty sure

12  that you can't avoid the randomization and that that's a part of

13  the mechanism.

14  Q.   Sir, would Mr. Juda probably know more about the components

15  of RGSP than yourself?

16  A.   Dr. Juda would be able to tell you all the details on RGSP.

17  Q.   Okay.  And I apologize.  Dr. Juda.

18       Let me ask one more RGSP question.  Under RGSP, if an

19  advertiser is the only participant in an auction, they may be

20  randomly dropped from the auction entirely; do you agree?

21  A.   I'm not sure that effect if you're a single ton bidder.

22  Dr. Juda should be able to tell you if that's the case.

23  Q.   Under RGSP, Google increased its revenue; correct?

24  A.   I believe the answer is yes.

25  Q.   You've mentioned it a few times, but Google does not have a

1    single metric -- let me take a step back.

2         We talked about ad value or ad rank.  Google does not have

3    a single metric that's used to determine advertiser value;

4    correct?

5    A.    A single metric to determine advertiser value?  No.

6    Advertisers have very different metrics that they use in order

7    to assess their value.  It could be sales.  It could be gross

8    merchandise value.  It could be the lifetime value of a

9    customer.  So we couldn't have a single metric to measure

10   advertiser value.  They all have their own business objectives.

11   We try to help them achieve those objectives.

12   Q.    And you try to equalize or approximate what the advertiser

13   value might be, but you really don't know what the value is to

14   the advertiser; correct?

15   A.    Well, the advertisers tell us in some cases.  We have

16   automated bidding products that represent the majority of our

17   search ads revenue, and there, they're actually giving us an

18   advertiser value function.  And so if our price is too high and

19   we can't achieve that advertiser value, which is a business

20   objective, then they just don't participate in the auction.

21   We're trying to align our incentives with their incentives.

22   Q.    Sir, Google does not tell advertisers when it raises prices

23   on search ad prices; correct?

24   A.    Typically, we don't.  There have been a few cases where we

25   have.  We also don't tell them when we lower prices.

1226

1   Q.   Google can make pricing changes to the ad auction that are

2   not noticed by advertisers; correct?

3   A.   It's possible that advertisers won't notice them.  It's

4   possible that they will.

5   Q.   Google did not tell advertisers when it implemented the

6   RGSP randomization switch; correct?

7   A.   I'm actually not sure on that one.  We may have had a -- we

8   may have had a comms doc associated with it -- sorry, a

9   communications plan associated with it.  I'm not sure.

10  Q.   Based on your understanding, you do not believe that Google

11  informed advertisers when it implemented RGSP; correct?

12  A.   I said I wasn't sure.

13  Q.   Google did not tell advertisers when it implemented

14  squashing in the text ad bid process; correct?

15  A.   I'm not sure on that one either.  We sometimes do; we

16  sometimes don't.  We tend not to tell advertisers about pricing

17  changes.

18  Q.   Sir, if we could take a look at UPX461, which is another

19  document in your binder.

20       MR. DAHLQUIST:  And Your Honor, I don't believe --

21  there may be redactions on this.  Do we have the redacted

22  version?  We do?  Okay.

23       BY MR. DAHLQUIST:

24  Q.   I'm only focused on the first page of this one, sir.

25  A.   Okay.

1227

1    Q.   And you have an e-mail at the bottom half of UPX461?

2    A.   Yes.

3    Q.   It's an e-mail from you to a gentleman named Sundeep Jain,

4    from April of 2016.

5         Do you see that?

6    A.   Yes.

7    Q.   And sir, your e-mail, the third full sentence states, "We

8    never really had market pressure to clean up advertising.  Just

9    look at the state of ads and the particular search ads when

10   AdWords was announced."

11        Do you see that, sir?

12   A.   I do.

13   Q.   And do you agree that you never really had market pressure

14   to clean up advertising?  Correct?

15   A.   At the time of -- the point that I was making, at the time

16   when AdWords was released, the typical way of advertising was

17   through banner ads or pop-up ads that were obtrusive to the

18   user.

19        AdWords came in and created high-quality relevant

20   advertising that was relevant to the query and didn't just

21   accept the highest bidder but also had a user quality factor.

22        What I was saying was that there was no market pressure for

23   us to include the user quality factor in our advertising.  It

24   was more of a moral imperative that we thought it was the right

25   thing for the user, even though we would make less money in the

1   short term because we believed that we would make more money in

2   the long term.

3   Q.   Sir, when you wrote in April of 2016, you believed that you

4   never really had ad pressure to clean up advertising in 2016;

5   correct?

6   A.   What I was saying was exactly what I explained, that we

7   didn't have market pressure at the time when the product was

8   created in 2004 in order to clean up advertising, but we did it

9   anyway because we were focused on quality.

10         MR. DAHLQUIST:  Your Honor, I think that concludes

11   what I can do in a open session.

12      And so I think at this time we're ready to move to a

13   confidential session, but I want to give my colleagues at the

14   states opportunity to question in the open session.

15         MR. CAVANAUGH:  Your Honor, I probably have about a

16   half an hour of questions.

17         THE COURT:  Okay.  Let's go ahead and take our

18   afternoon break.  It's a little bit before 3:00.  We will resume

19   at 3:15.  See you all shortly.

20      (Recess taken from 2:58 p.m. to 3:17 p.m.)

21      (Call to order of the court.)

22         THE COURT:  Mr. Cavanaugh.

23         MR. CAVANAUGH:  Thank you, Your Honor.  Your Honor,

24   we've handed up some documents that I may refer to in my

25   examination.

1    DIRECT EXAMINATION

2          BY MR. CAVANAUGH:

3    Q.   We've met before.  My name is Bill Cavanaugh.  I'm counsel

4    for Colorado and Nebraska.

5          Sir, in your current position as vice president and general

6    manager of ads, you are responsible for the teams that build

7    advertising products --

8    A.   Yes.

9    Q.   -- for Google?  And that would include Google Ads and

10   SA360?

11   A.   Yes.

12   Q.   And in your prior position as vice president for ad

13   platforms and Google properties, you oversaw the product and

14   engineering teams that would work on those products; correct?

15   A.   The product team or product and engineering teams, yes.

16   Q.   Okay.  Now, Google Ads is Google's native tool for

17   advertisers to bid for the placement of ads on Google's SERP;

18   correct?

19   A.   That's correct.

20   Q.   And every native tool has a number of features, does it

21   not?

22   A.   It does.

23   Q.   Could you explain to the Court what a feature is?

24   A.   Some of the functionality for setting up ad campaigns for

25   managing the return on investment for configuring your ads,

1    measuring the value that you get, things of this nature, not

2    just for search ads but also for other ad types offered by

3    Google.  It's the way that advertisers interact with the system.

4    Q.   Now, one of the features in the Google Ads native tool is

5    what is known as auction-time bidding; correct?

6    A.   That's correct.

7    Q.   Okay.  And auction-time bidding is a -- it's a bidding

8    functionality that automatically adjusts the bid up or down in

9    real-time at the time of the auction; correct?

10   A.   That's correct.  So for those billions of auctions per day

11   that we were talking about, in a very short period of time, what

12   it does is it reacts to those auction dynamics in order to set

13   its bids.  Very technically complex.

14   Q.   And from Google's perspective, auction-time bidding is very

15   valuable to advertisers; correct?

16   A.   It's beneficial to advertisers, because it's better than

17   the other alternatives.

18   Q.   It lets them act on the most up-to-date information within

19   an ad auction; correct?

20   A.   That's correct.

21   Q.   And to distinguish that from traditionally intraday bidding

22   where bidding strategies can only be updated every six hours;

23   right?

24   A.   I'm not sure whether six hours -- I wouldn't anchor on six

25   hours, but certainly less frequently than an ad auction.

1    Q.    Sure.  And auction-time bidding can help advertisers get a
2    better return on their advertising investment than they would
3    with intraday bidding?
4    A.    That's correct.  It's one of the features that they can use
5    to get a better return on investment.  There are lots of others.
6    Q.    Auction-time bidding allows advertising customers to
7    optimize on their business objectives?
8    A.    Yes.  Any bidder allows customers to optimize based on
9    their business objectives.
10   Q.    And advertisers have been able to use auction-time bidding
11   in the Google Ads native tool since 2016; correct?
12   A.    I'm not sure of the exact date.
13   Q.    But around that time frame?
14   A.    I believe so.
15   Q.    Auction-time bidding on Google Ads has had a high adoption
16   rate by advertisers; correct?
17   A.    Yes, yes, it has had a high adoption rate.
18   Q.    And Google's goal is to have all advertisers on Google Ads
19   using auction-time bidding; right?
20   A.    Not all advertisers, but we would like -- the whole point
21   of bidding software is so that we can understand the
22   advertiser's underlying business objective so we can better
23   align our objectives with theirs.  So if we can understand their
24   business objective and it's representative of their business
25   objective, then yes, we like them to use the bidding software.

1    Q.    And Google benefits in the long run by advertisers adopting

2    auction-time bidding; correct?

3    A.    We believe we benefit in the long run, but it's a bit of a

4    bet.  It's possible that when the advertiser sets their business

5    objective, that Google is not able to meet their business

6    objective, in which case their business will go elsewhere.

7    Q.    But in the long run, if you're providing this advantageous

8    feature, that provides a potential significant benefit to

9    Google, does it not?

10   A.    We hope it does, but again, it's a little bit of a bet.  If

11   we can't achieve their business objectives, they might go to

12   Bing or Facebook or somewhere else.

13   Q.    Let's turn to search engine management tools.  If I refer

14   to them as SEM tools, you will understand that phrasing?

15   A.    Yes.

16   Q.    An SEM tool is a centralized tool used for management of

17   search ad campaigns across multiple platforms; right?

18   A.    That's right.

19   Q.    So an advertiser could use an SEM tool to place ads across

20   native tools like Microsoft Ads or Google Ads; right?

21   A.    That's correct.

22   Q.    And am I correct that for search engines like Yahoo! and

23   DuckDuckGo, they work through Microsoft Ads?

24   A.    I believe that Yahoo! and DuckDuckGo both use Microsoft ads

25   as the underlying technology, but there are other search engines

1    that have their own ad interfaces.

2    Q.    But I'm talking in the United States, we have Yahoo! and

3    DuckDuckGo.  They both work through --

4    A.    Microsoft Ad --

5    Q.    -- Microsoft Ad; right?

6    A.    -- functionality, yes.

7    Q.    And the other native tools you're referring to, those are

8    search engine platforms that operate outside the United States;

9    right?

10   A.    Let's be very precise.  So the SEM tools support a number

11   of search engines.  Many of our advertisers operate in the

12   United States and globally.  There are three search engines --

13   the four search engines that you described are the primary ones

14   used in the United States, and there are other search engines in

15   other markets.  But the underlying driver for the advertiser to

16   use across an SEM tool is so they can handle all of their search

17   engines and then also in many cases ads from Facebook and Amazon

18   using a single interface.

19   Q.    And so to just summarize what I think you just said, an SEM

20   tool provides a centralized and integrated environment that

21   makes advertising across multiple platforms easier and more

22   accessible --

23   A.    That's correct.

24   Q.    -- for advertisers; right?

25         If we could put up PSX854.034, which is a -- I showed this

1    in my opening.

2         Let me ask you, referring to the Google Search Ads 360,

3    this is Google's SEM tool; correct?

4    A.   That's correct.

5    Q.   And what we've depicted here is a basic overview as to how

6    an SEM tool operates?

7    A.   I mean, it's not strictly -- this is not strictly correct,

8    but --

9    Q.   Close enough?

10   A.   It depends on what point you're making.  I'm not sure --

11   Q.   I'm simply making the point that SA360 or other SEM tools

12   simply -- you work through them to get to the native tools of

13   different search engines; correct?

14   A.   That's not really how it works.  How it works is the -- you

15   can buy on Google Ads or you can buy on Microsoft using a front

16   end like Google Ads or Microsoft advertising or through an API,

17   an application programming interface, which is a standardized

18   way for machines to talk to each other.

19        SA360 or another SEM tool will use the application

20   programming interface.  They won't go directly in through the

21   front end and buy ads.

22        So that's the reason that the picture is not strictly

23   correct, that they wouldn't actually go through the native tool.

24   They'd use a separate interface.

25   Q.   And they do that through multiple -- they can do that

1235

1    through multiple native tools; correct?

2    A.    They do that through multiple application programming

3    interfaces that are offered by the providers that also offer the

4    native tools, yes.

5    Q.    Now, SA360 goes back to Google's acquisition of DoubleClick

6    in 2008; correct?

7    A.    That's correct.  I forget what year the DoubleClick

8    acquisition was, but SA360 was previously called DART Search,

9    which was a DoubleClick tool.

10   Q.    And at the time of Google's acquisition of DoubleClick,

11   DoubleClick Search was the predecessor to SA360; correct?

12   A.    That's correct.

13   Q.    Okay.  Peter, if we could go to PSX1109, which is already

14   in evidence, Your Honor.

15        Mr. Dischler, this is a -- I will represent to you this is

16   a public Google document from 2012.

17        You were employed by Google in 2012?

18   A.    I was.

19   Q.    All right.  And you were aware of Google's acquisition of

20   DoubleClick at the time?

21   A.    I was.

22   Q.    All right.  Now, if you would look at page 2, the second

23   full paragraph, it begins "we believe."  "We believe in

24   analytics-based marketing on Google, Bing, Yahoo! or any other

25   network or platform that delivers accountable results online.

1    We want online advertising to continue its growth trajectory and

2    will always be a neutral third party, helping you achieve the

3    highest return on investment, regardless of the online channel."

4        Sir, do you understand this to be Google representing to

5    advertisers that it will operate its SEM tool as a neutral third

6    party, regardless of what native tool is ultimately used?

7    A.   I'm not sure I understand the last part of your question.

8    Q.   Sure.

9    A.   What native tool is ultimately used?

10   Q.   Yes.  "Regardless of the online channel," and there's a

11   reference up there to Google, Bing, Yahoo!.  Those are different

12   general search engines, are they not?

13   A.   That's correct.

14   Q.   All right.  And so Google was representing that no matter

15   where an ad was going to appear, no matter what general search

16   engine it was, that if you used Google's SEM tool, it would be

17   a, quote, neutral third party; correct?

18   A.   That's the aim of the product, yes.

19   Q.   All right.  And Google has continued to promote that to

20   advertisers to this very day, has it not?

21   A.   I'm not sure what language they use today, but -- I'm not

22   sure what language they use today, but this is the aim of the

23   product, to be a neutral third party.

24   Q.   So the message hasn't changed since 2012?  Google still is

25   telling advertisers, Come to us on SA360 because we will -- we

1    are a neutral third party, no matter where you want to run your

2    ad, on Google, Bing, Yahoo!, or anywhere else; right?

3    A.    Whatever supported platforms are available in the tool, we

4    try to be a neutral third party.

5    Q.    Okay.  Now, DoubleClick Search was renamed SA360 in

6    July of 2018; right?

7    A.    I'm not sure what the timing was around that.

8    Q.    Google charges a fee to advertisers for utilizing SA360;

9    correct?

10   A.    It does.

11   Q.    Okay.  If an advertiser only wanted to bid for ads on

12   Google, there would be no reason to use SA360; right?

13   A.    There might be a reason to use SA360, but most advertisers

14   buy across multiple engines.

15   Q.    But if I was an advertiser and I just wanted to go -- I

16   recognize what Google's market share is, and I'm like, I'm only

17   going to advertise on Google, there would be no reason to use

18   SA360; right?

19   A.    There's an advanced large advertiser functionality that we

20   have that makes your life easier if you use SA360.  So it's

21   possible that we have advertisers using the platform who don't

22   benefit from cross-engine support.  Most do.

23   Q.    But if an advertiser wanted to just use Google Ads and they

24   went through SA360, they're incurring a fee they wouldn't

25   otherwise need to incur; right?

1   A.   Yeah, but I mean, large advertisers pay fees for all sorts

2   of things.   Sometimes they want premium support.   Sometimes they

3   want little additional features.   Their time is very valuable.

4   Q.   Now, you said SA -- I'm sorry.   Google's auction-time

5   bidding feature was available on Google Ads going back a number

6   of years; correct?

7   A.   Several years, yes.

8   Q.   All right.   And that was before it was available through

9   SA360; correct?

10  A.   Yeah, that's correct, because it was so technically

11  complicated that we didn't know whether it would be possible to

12  actually move over to SA360, but we figured out a way to do it

13  after several years of development.

14  Q.   And this was causing advertiser confusion; right?

15  A.   It was.

16  Q.   Advertisers were concerned about using the SA360 tool at

17  the time, because they thought they might get a better

18  performance if they went directly to Google Ads?

19  A.   Using auction-time bidding, which in some cases they did

20  and some cases they didn't.

21  Q.   And you had a project NYX?

22  A.   Yes.

23  Q.   How do you pronounce that?

24  A.   NYX.

25  Q.   That was the internal code name for the product that

1    integrates Google Ads' auction-time bidding into SA360?

2    A.   Yes.

3    Q.   And you had a role in approving project NYX?

4    A.   I did.

5    Q.   And project NYX -- you and others at Google viewed project

6    NYX as important because Google wanted advertisers to have the

7    best functionality across all search engines?

8    A.   We wanted -- we thought that it was important because we

9    wanted them to have the best functionality on Google.  Google

10   was the first company in market with something like auction-time

11   bidding, which again, the auction-time bidding functionality was

12   very technically complex.  Importing it over to a cross-engine

13   SEM tool was even more technically complex.

14        So since we were the first to market with that

15   functionality, we thought it was important.  Advertisers gave us

16   good feedback on it.  We wanted to support it in the product.

17   Q.   And project NYX incorporated auction-time bidding only for

18   Google Ads; correct?

19   A.   That's correct, because we were the only player in the

20   market who had auction-time bidding.

21   Q.   Microsoft Ads had real-time bidding going back to 2016, did

22   it not?

23   A.   I don't believe Microsoft Ads had real-time bidding back to

24   2016.

25   Q.   When do you think they incorporated that into their -- into

1   Microsoft Ads?

2   A.   I believe they did so after we did.  I mean, the feedback

3   that I got was that we were market-unique at the time.

4   Q.   Before you integrated auction-time bidding into SA360,

5   Microsoft Ads had real-time bidding on its native tool, did it

6   not?

7   A.   That's correct.

8   Q.   Now, when it was -- when auction-time bidding was

9   introduced for use through SA360, Google promoted the advantage

10  of that to advertisers, did it not?

11  A.   It did.  We said that we had auction-time bidding

12  functionality, and they knew that it was beneficial.

13  Q.   So if we could turn to PSX909, which is in evidence.

14      And Jason Krueger is the project manager on Search Ads 360;

15  correct?

16  A.   He is the product manager.

17  Q.   Okay.  So he would have been within your group?

18  A.   Yes.  He's the product manager for that particular feature

19  within Search Ads 360.  He was not the product management lead

20  for Search Ads 360 at the time.

21  Q.   If we could look at the last sentence on the first page, it

22  says, "During beta testing, hundreds of Search Ads 360

23  advertisers enabled Google Ads auction-time bidding and saw an

24  average lift in conversions of 15 to 30 percent at the same or

25  better ROI."

1   ROI is return on investment; correct?

2   A.   That's correct.

3   Q.   All right.  And the 15 to 30 percent in conversions,

4   conversions is when the user clicks?

5   A.   No.

6   Q.   It's when they -- explain to the Court what a conversion

7   is.

8   A.   A conversion is whatever event that an advertiser thinks is

9   significant.  It might be something like selling a product or

10  visiting a store, filling out a web form, making a phone call.

11  It's basically a significant business event for the advertiser.

12  Q.   So if I'm a retailer, in terms of a conversion would be not

13  only does the user click onto my link, but completes the

14  acquisition -- but then proceeds on the retailer's website to

15  purchase the product?

16  A.   To purchase the product -- different advertisers set up

17  different conversion events, but just consider it a significant

18  business event.

19  Q.   So 15 to 30 percent is a significant improvement?

20  A.   It's a significant benefit relative to our previous bidder

21  for the set of customers that were included in the beta.

22  Q.   And we can -- if you could now turn to PSX386.

23       It's also in evidence, Your Honor.

24            THE COURT:  Can I just ask one clarifying question?  I

25  think I know the answer, but just to be clear, when we talked

1    about search text ads and Google getting paid by click, click

2    literally just means clicking the ad?  That's when Google gets

3    paid as opposed to when a conversion occurs?

4              THE WITNESS:  That's correct.

5              THE COURT:  Thank you.

6              BY MR. CAVANAUGH:

7    Q.   This is a e-mail from Amit Varia to a number of

8    individuals.  And I would ask you -- why don't we take it off

9    the screen, and if you could go to page 2.

10        Judge -- just take it off the screen.

11        If you see, there's some bolded language about a third of

12   the way down the page.

13   A.   Okay.

14   Q.   This Mr. Breese report on the level of adoption of

15   auction-time bidding, meaning SA360 advertisers?

16   A.   Mr. Breese?  Blake Reese?

17   Q.   Yes.

18             THE COURT:  I think you mean Mr. Krueger, it looks

19   like.

20             THE WITNESS:  Yeah, Blake Reese just said --

21             BY MR. CAVANAUGH:

22   Q.   Oh, you're right.  My apologies.

23        Does Mr. Krueger report on -- thank you, Your Honor.

24        Does Mr. Krueger report on the level of adoption?  Does he

25   say "X percent plus of mixed customers are fully adopted"?

1243

A.   "80 percent of mixed customers are fully adopted."  Yeah, I
don't know what the -- so yes, I don't know what the denominator
is here, though.  I'm not sure if this means that 80 percent of
the people who were in the couple hundred advertiser beta now
are using it for all their campaigns.

Like I'm not sure what these depth and breadth metrics
refer to.  Like I don't think it's all -- because not all of the
advertisers who use SA360 use our automated bidding
functionality, and here, they rolled it out to a small
percentage of the advertisers.

So I think the impressive metrics that he's reporting on
are a relatively small population of folks using SA360.

Q.   Well, at least as to those customers that participated in
the beta testing, 80 percent of them were now fully adopted in
utilizing auction-time -- the auction-time bidding feature in
Google Tools through SA360; correct?

A.   Yes.

Q.   Okay.  And to the best of your understanding, have
advertisers continued to utilize the auction-time bidding
feature when utilizing SA360?

A.   I mean, for the advertisers who have bidding adopted, they
typically are going to use real-time bidding -- or auction-time
bidding, which is a form of real-time bidding.  The last stat
that I ran suggested that the -- that the minority of our
advertisers actually use our bidder within SA360.  Some of them

1    use their own bidder.  Some of them use manual bidders.  That

2    may have changed, though.  So I don't have the current stats.

3    It's not like every single customer of SA360 uses our bidding

4    technology, though.

5    Q.   Let me ask you to turn to PSX460 in the binder.

6         Your Honor, this again is admitted into evidence, and it

7    has redactions.  And based on the metadata, Your Honor, this is

8    a December 17, 2020, document.

9         And if we go to page 4, there's a heading "why use an SEM

10   tool."  Now, in your position in 2020 in advertising -- this

11   document is entitled "New Business Pitch" -- would you have been

12   involved in hearing this presentation or in reviewing it?

13   A.   No.  This is a sales presentation.

14   Q.   Okay.  If we could move down to page 7, last sentence on

15   the page, it reads, "As the experiences between Google Ads,

16   Microsoft Advertising, and SA360 diverge over the last few

17   years, we have had the strong feedback from users that they

18   would prefer a common experience that would mean users would not

19   need to learn two interfaces, allowing for a faster and more

20   seamless onboarding to new team members."

21        That's referencing to utilizing a SEM tool such as SA360

22   rather than an advertiser having to use separate native tools;

23   correct?

24   A.   That's correct, although -- although the truth is, for many

25   of our advertisers, they're often going into the native tools as

1   well.  We haven't fully solved that problem.

2   Q.   But the messaging that you were sending out in this --

3   Google was sending out in this pitch was utilize SA360, because

4   you're getting feedback from users that they want -- advertisers

5   that they didn't want to use two separate tools?

6   A.   That's right.  I mean, they would prefer to use a single

7   tool.  We haven't fully solved the problem, however.

8   Q.   Well, one thing that would solve that problem would be

9   providing the same level of features for each of the native

10  tools so that you could work seamlessly across those tools;

11  correct?

12  A.   That's not technically possible to do, though.

13  Q.   If we could turn to page 31.

14  A.   Can you give me the number in the bottom right-hand corner?

15  I'm not sure which is page 31.

16  Q.   I need to find it.

17            THE COURT:  924.

18            THE WITNESS:  Okay.  "Our ongoing enterprise vision"?

19            BY MR. DAHLQUIST:

20  Q.   "Our vision."

21  A.   "Our ongoing enterprise vision"?

22  Q.   On page 31, third paragraph, "Our vision is to continue to

23  invest heavily in improving the experience within individual

24  search engines and allow you to operate multiple search engines

25  with ease."

1    That's the mission that you're telling advertisers for

2    SA360; correct?

3    A.   That's correct.

4    Q.   Now, I believe you testified a moment ago that Microsoft

5    Ads has a similar feature to Google Ads called real-time

6    bidding; correct?

7    A.   Correct.

8    Q.   And at this time, Google does not offer real-time bidding

9    for Microsoft Ads through SA360; correct?

10   A.   I believe it's in beta.

11   Q.   But as of today, it's not available?  It's in testing?

12   A.   Yeah, I believe it's in beta.  The reason that we don't

13   offer it is because of an unsolved technical problem.

14   Q.   Counsel -- Mr. Dischler, why don't you just answer my

15   question.

16        Now, you are aware that Microsoft requested real-time

17   bidding support from Microsoft Ads on SA360 in the fall of 2019;

18   right?

19   A.   I don't recall the date, but that sounds roughly right.

20   Q.   And you were involved in discussions about whether SA360 --

21   whether Google would support real-time bidding for Microsoft Ads

22   through SA360; correct?

23   A.   Yes.

24   Q.   Okay.  And you are aware of Microsoft's dissatisfaction

25   with the pace at which Google was approaching the issue of

1    adopting real-time bidding through SA360; correct?

2    A.   I was.

3    Q.   Now, you didn't have any of those discussions directly

4    with --

5    A.   Actually, let me revise my testimony.

6    Q.   Sure.

7    A.   I was aware that they were generally not pleased with the

8    progress of feature adoption for a set of features.  I was not

9    aware that they were displeased with the support requests for

10   real-time bidding, again since that was an unsolved technical

11   problem that had yet to be discussed with them.

12   Q.   Well, you are aware that project people at Google had

13   supported doing alpha testing in the fall of 2019, aren't you?

14   A.   Pardon?  I'm not sure what you mean.

15   Q.   Were you aware that people working on SA360 at Google in

16   the fall of 2019 supported doing testing for real-time bidding

17   through SA360?

18   A.   I believe that they were supportive of engaging with

19   Microsoft to do experimentation to see if it was technically

20   possible to support that feature.  Again, the discussion that we

21   had on that feature was that we didn't know if it was possible

22   to actually support it.

23   Q.   And one way to figure that out would be to do some initial

24   testing; correct?

25   A.   Yes, which we subsequently did.

1  Q.   Subsequently, years later; correct?

2  A.   I don't believe it was years later.

3  Q.   Okay.  Well, was Microsoft told in March of 2020 that there

4  would not be any testing done?

5  A.   I'm not sure what Microsoft was told in March of 2020, I'm

6  afraid.

7  Q.   Okay.  Now, you're familiar with project amalgam?

8  A.   Yes.

9  Q.   And that was a new SA360, was it not?

10 A.   A new SA360?  It was the next version of our product on

11 upgraded infrastructure.

12 Q.   All right.  And it involves an integration of Google Ads

13 and SA360 on the Google Ads stack?

14 A.   Yes.

15 Q.   Okay.  The intended benefit of the project was better

16 support for features within Google Ads?

17 A.   That was the primary customer benefit.  The primary

18 internal benefit was that we had roughly 50 engineers who were

19 reimplementing existing Google Ads features for no particular

20 reason other than because it was on an SEM tool, and we thought

21 that if we converged the infrastructure, we could then use those

22 engineers to build value-added features like for other engines

23 and other features that our most sophisticated advertisers

24 wanted more quickly.

25 Q.   And before this, features often in Google Ads needed to be

1  engineered to work in SA360; correct?

2  A.   That's correct.  There's still a bit of engineering that

3  needs to happen on the back end even with amalgam.

4  Q.   But now Google Ads features automatically work in SA360?

5  A.   For the most part, yes, post-amalgam.  We're going to be

6  done at the end of the year.

7  Q.   Let's turn to a different subject.  Now, Amazon is one of

8  the largest advertisers on Google SERP?

9  A.   Yes.

10  Q.   Okay.  Google does not run ads on Amazon for Google Search?

11  A.   That's correct.

12  Q.   Now, if I do a search on Amazon for a product, I can

13  complete the transaction on the Amazon website; correct?

14  A.   Yes.

15  Q.   Okay.  In fact, that's the function of the Amazon site, to

16  start and complete a transaction all in one place; right?

17  A.   That's one function of the Amazon site.

18  Q.   When I do a search for a product on the Google SERP, I have

19  to go to the website of the seller to complete the transaction;

20  correct?

21  A.   Yes.

22  Q.   Now, if I do a search based on a product name on Google, I

23  will get the names of companies that sell that product; correct?

24  A.   The names of companies and potentially specific products

25  themselves and the names of manufacturers and review sites and

1    all sorts of things.

2    Q.   I might get newspaper articles about it?

3    A.   Sure.

4    Q.   Those companies that sell the product may not advertise on

5    Amazon because some of them directly compete against Amazon?

6    A.   That's correct.

7    Q.   Okay.  For example, companies like Walmart and Target

8    advertise on Google, but they don't advertise on Amazon because

9    they compete against Amazon for the sale of many of those

10   products; correct?

11   A.   That's correct.  Instead, they advertise on places like

12   Facebook and Tik-Tok and others.

13   Q.   And on Amazon, I can only see competitor products -- strike

14   that.

15       On Amazon, I can only see ads from sellers who are prepared

16   to sell their products through Amazon; correct?

17   A.   That's not correct.

18   Q.   I'm sorry?

19   A.   There are other ad formats on Amazon that don't require

20   that you sell on Amazon.  You can advertise a movie.  You can

21   advertise your brand.  In some cases, they direct traffic off of

22   Amazon onto merchant sites, which is kind of similar to how

23   Google Ads works.

24   Q.   The basic function of Amazon, though, I think you just

25   testified to a moment ago, is to complete the transaction within

1    the Amazon website; correct?

2    A.   That's -- most of their ads complete the transaction on

3    Amazon websites.  Amazon is a big company.  They have movies and

4    music, and they have seller tools, all sorts of things.

5    Q.   Now, over the years, you've had many conversations with

6    advertisers, have you not?

7    A.   Yes.

8    Q.   All right.  And that would include retailer advertisers?

9    A.   Yes.

10   Q.   Who run ads on Google?

11   A.   Yes.

12   Q.   Okay.  And you've not had any conversations with

13   advertisers comparing Google ad products with products sold by

14   Amazon; correct?

15   A.   We've had an enormous number of conversations with retail

16   advertisers and consumer packaged goods advertisers on the

17   relative effectiveness of Google versus Amazon advertising, as

18   Amazon has grown incredibly rapidly over the course of the past

19   five years.

20   Q.   Let me ask you to turn to page 554 of your transcript.  I

21   think that would be the December 8th.

22        Mr. Dischler, when you gave your deposition on January 8th

23   under oath, were you asked this question on page 554, line 5:

24        "Question:  And so in talking to retail advertisers" --

25             THE COURT:  Hang on, Mr. Cavanaugh.  You need to give

1252

1    me a minute to get there.

2              MR. CAVANAUGH:  I'm sorry, Your Honor.

3              THE COURT:  That's okay.  You said 554?

4              MR. CAVANAUGH:  Yes.  Line 5, Your Honor.

5              BY MR. CAVANAUGH:

6    Q.   You were asked this question:

7         "Question:  And so in talking to retail advertisers, is it

8    your testimony you never compare Google's advertising to

9    advertising offered by other companies?

10        "Answer:  That I never compare Google advertising to

11   advertising offered by other companies?  I have talked about

12   Google advertising on Facebook.  I don't believe I've had a

13   discussion on Google advertising relative to advertising on

14   Amazon for retail advertisers."

15        Were you asked that question, and did you give that answer,

16   sir, under oath?

17   A.   I did.

18             MR. CAVANAUGH:  Thank you.  Your Honor, I don't have

19   anything further in the public portion.  I have a few questions

20   in the confidential session.

21             THE COURT:  Okay.  All right.  So we're going to go

22   into another confidential session once more.  And so if you are

23   not affiliated with either of the parties, I'm going to ask you

24   to please leave the courtroom, and we will take a minute to

25   disconnect the public line.



1        (The following occurred under seal.)









1258





1260



















1269

















1277





1279

















17        (End of sealed proceedings.)

18              THE COURT:  All right, Counsel.

19                        CROSS-EXAMINATION

20              BY MR. SOMMER:

21   Q.   Good afternoon, Mr. Dischler.

22   A.   Good afternoon.

23   Q.   The Court learned a little bit about you.  I'm going to ask

24   a few more questions about your background to fill it out.

25   Okay?

1    A.    Okay.

2    Q.    Very briefly, describe your educational background.

3    A.    I have a bachelor's degree from the University of Chicago,

4    and I have an MBA from the Wharton School at the University of

5    Pennsylvania.

6    Q.    When did you start working at Google?

7    A.    2005.

8    Q.    And when was it that you assumed your current role as vice

9    president and general manager of the ads team?

10    A.    June 2020.

11    Q.    Okay.  Just briefly describe the jobs you held before that

12    at Google.

13    A.    I was the product manager for three years, focused on

14    payments and commerce.  Then in 2009, I switched over to the ads

15    team.  I was a product manager on Google Ads qualities, the guts

16    of the search ad system.  I then was responsible for search ads

17    product management.  I took on the buying tools, YouTube ads

18    product management and engineering and search ads engineering,

19    and then the entire product sweep for advertising.

20    Q.    Thank you.  All right.  So I'm going to ask you probably in

21    the course of my examination questions about all the topics that

22    were covered by both the DOJ plaintiff and the state plaintiffs.

23    I want to quickly sort of lay out those topics and get a -- ask

24    you a couple of questions.

25          The first topic you were asked about that I want to cover

1    is search ads and the importance of ads quality.  What role does

2    quality play in Google's search ads products?

3    A.    We discussed it a little bit before.  The objective of the

4    search ads quality team is to show delightful ads to our users

5    that satisfy their user needs.  If we're able to do that, then

6    the users will come back.  Then we want to offer a good value to

7    our advertisers.  And then if those two things happen in the

8    long term, then that leads to long-term revenue for Google.

9    Q.    If one of those things or both of those things fail, what

10   happens then?

11   A.    People will go to one of a number of other folks who

12   provide ad solutions on the Internet or otherwise.

13   Q.    Okay.  Another topic we'll discuss in a little more depth

14   tomorrow will be ads innovation.

15        Does Google innovate?  We've heard a little bit about some

16   of these launches.  Does Google innovate in the ad space?

17   A.    Constantly.

18   Q.    Okay.  And why?

19   A.    In order to be market competitive.  We want to -- I mean,

20   there are two reasons.  We want to offer good value to our users

21   and our advertisers, and the second is, we're not the only game

22   in town.

23   Q.    Okay.  Let me ask you about one innovation.  I take it

24   you're familiar with something called performance max?

25   A.    Yes.

1    Q.   Can you describe to the Court what that is?

2    A.   Performance max is a way to buy across a wide number of

3    surfaces on Google and then elsewhere on the Internet.  The idea

4    is that through machine learning, the creatives can be generated

5    using AI.  The bidding can be done automatically based on an

6    advertiser's business objective.  And then the matching of user

7    and advertiser intent can also be done through artificial

8    intelligence.

9         The idea is that an advertiser can come to us.  They can

10   provide us with a set of creative assets and a business

11   objective.  And then we earn the right to dynamically create the

12   ad and show wherever it's most relevant for the user.

13   Q.   And has performance max launched recently?

14   A.   It launched about a year and a half, two years ago, and

15   it's been our fastest growing ad product.

16   Q.   You were asked various questions about advertisers

17   measuring the value they get out of Google Ads.  You heard terms

18   like ROI and others.

19        Can you briefly describe your understanding of what

20   advertisers find important when deciding how to spend their

21   digital advertising budget?

22   A.   Advertisers have various business objectives.  If you're a

23   local store, then you may care about foot traffic.  If you're a

24   gardener, then you may want the phone to ring.  If you're an

25   e-commerce retailer, then you want people to purchase.  If you

1    sell subscription services, you may want them to be on your

2    subscription service for a long time.

3         So advertisers have different value functions, and what we

4    try to do is to get their value function from them expressed via

5    business objective, and then achieve that business function so

6    we align their incentives for the long term.

7    Q.   And this term we used, the acronym ROI, return on

8    investment, how does that play an important role as you

9    understand it for advertisers?

10   A.   Advertisers are constantly looking at their return on

11   investment, and they're doing it not only on Google, but also on

12   other channels like Facebook or Amazon or LinkedIn or Bing.

13   Q.   Let me throw out one other acronym.  Are you familiar with

14   ROAS?

15   A.   Yes.  That's the return on ad spend.

16   Q.   Okay.  Is that another measure that advertisers will look

17   at?

18   A.   Yeah.  Basically what they do is they take a look at how

19   much they're spending on advertising, and they take a look at

20   how much they get in sales or business, and they compare the

21   two.

22   Q.   And does Google provide advertisers with tools that allow

23   them to track their ROI or ROAS?

24   A.   Absolutely.  Not only can they track them, but actually,

25   the majority of our advertisers bid based on those criteria.  So

1    if we're unable to achieve their targets, then they will just

2    stop spending.

3    Q.    Okay.  And how does Google know what their criteria are,

4    what their ROI goals are?

5    A.    They tell us.

6    Q.    Okay.  And again, if you're not giving advertisers the

7    value they're seeking, based on your experience, what happens?

8    A.    They'll go someplace else, or they'll stop advertising.  So

9    a good example of this was during the -- during the pandemic,

10    there was a lot of uncertainty because people didn't know

11    whether they could sell.  And so they brought their targets down

12    in order to -- in order to preserve optionality, because nobody

13    knew what the effects would be on business.

14          THE COURT:  Sir, can I ask just a basic question?  Can

15    you help me conceptualize what you mean by an advertiser tells

16    Google what its ROI goal is?  What does that look like when

17    somebody sits down at a terminal to input information on behalf

18    of an advertiser?

19          THE WITNESS:  What they will do is they will tell us

20    that for every dollar -- for every dollar that they get in

21    sales, they're willing to spend 10 cents on advertising, let's

22    say.  And that target may be different for different categories.

23          So let's say that you have two different car models.  One

24    is a basic car model which may have a lower margin, and one is a

25    fancy car model.  What they'll do is they'll set targets that

```
 1    are depending upon their profit margin.  More sophisticated

 2    advertisers do it based on customer lifetime value so that they

 3    have these very sophisticated statistical models where they say

 4    this customer is likely to be worth more in year 3 than another

 5    customer, and they're willing to pay more for that.  So this is

 6    how they express those business objectives.

 7         And then we have a bidder that tries to achieve those

 8    objectives by buying certain ads in order to achieve their

 9    target.  If we can't achieve their target, they stop spending.

10    And often, they're taking a look across multiple channels.  So

11    they will just spend someplace else, like Facebook or Amazon or

12    others.

13              THE COURT:  If I'm a car person, I'm somebody who is

14    regularly searching for cars, the algorithms or the software

15    will detect that, and advertisers can make decisions -- the

16    inputs will make decisions for them as to what the ROI should be

17    for advertising to somebody like me?

18              THE WITNESS:  That's correct.  We have these machine

19    learning algorithms that will try to predict how likely you are

20    in order -- based on your query, as well as based on

21    personalization, but primarily your query how likely you are to

22    be able to achieve their business objectives.  And then they

23    will bid accordingly to achieve that objective.

24              BY MR. SOMMER:

25    Q.   Another topic we'll get a little -- we'll get into a little
```

1    more tomorrow that you were asked about is the ads auction.  At

2    a high level, is Google's search ads auction designed to account

3    for user quality?

4    A.    Yes.  So remember before I said that we had a variant in

5    the generalized second-price auction.  How the generalized

6    second-price auction works is that the winner of the auction

7    pays the runner-up or slightly more than the runner-up would

8    pay.

9         What that means, though, is that the advertiser who has the

10   highest willingness to pay would win.  They need not necessarily

11   be relevant to the user.  So it could be that somebody trying to

12   sell cars think that they would be the highest willingness to

13   pay on whether queries.  If we just had a regular generalized

14   second-price auction, then they would be the highest bidder we

15   would show on whether queries.

16        Instead, what we do is we have a consumer cost component

17   which says how relevant is this likely to be for the user, and

18   then we only show the ads if they have a significant willingness

19   to pay and we think they'll be relevant for the user.

20   Q.    And that's what you refer to as user quality, that the user

21   is actually getting something relevant to their query?

22   A.    That's correct.

23   Q.    Okay.  And why is it that Google places such an emphasis on

24   user quality in the ad auction?

25   A.    Because we want users to come back to Google and search for

1    lots of commercial topics, lots of topics generally, but

2    commercial topics are important, too, so that we can earn the

3    right to show great ads to them in the future.

4    Q.    Is there a long-term value function that's built into the

5    auction process?

6    A.    Yes.

7    Q.    Can you describe that to the Court?

8    A.    It's -- I mean, we have a function called LTV, which is

9    basically our best -- our best approximation of what the

10   long-term user costs are for any given point in time.  It's

11   based on a series of machine learning models.

12   Q.    Now, one additional thing related to this on user quality.

13   If you showed more ads in response to a query, wouldn't that

14   generate more revenue for Google?

15   A.    It would.

16   Q.    Okay.  Why don't you do that?

17   A.    Because it may not generate -- first of all, it may or may

18   not generate more long-term revenue for Google, because we're so

19   focused on quality.

20        And the second is, you know, we have four ads on top.  We

21   have -- up to four ads on top -- for a few percentage of queries

22   that are highly commercial, we have four ads on top.  We have a

23   few ads on the bottom.  We no longer have ads on the right-hand

24   side.  We want there to be a lot of organic value on the page in

25   order to deliver value for our users.

1    And at the end of the day, it's sort of a gut call of the

2    maximum that we're willing to show, which is, in fact, less than

3    the other search engines are willing to show in terms of overall

4    ad load.

5    Q.   You anticipated my next question.  Bing, for example, do

6    they show more ads?

7    A.   They do, yes.

8    Q.   How about some of the search verticals like Yelp?

9    A.   They show more ads on top.

10   Q.   There are more and more I could list; correct?

11   A.   Yes.

12   Q.   Now, you were asked a lot about pricing --

13         THE COURT:  Counsel, if I could interrupt.  It sounds

14   like you're switching topics here a little bit.  It's 5:00.

15   Unless you want to wrap something up quickly.

16         MR. SOMMER:  No, that's fine, Judge.

17         THE COURT:  Why don't we stop for the day.  It's 5:00.

18   We will resume tomorrow at 9:30.

19   Mr. Dischler, we will see you tomorrow morning and will

20   continue your testimony.  I ask you not to discuss your

21   testimony with anyone overnight.

22         MR. SOMMER:  Judge, one thing I wanted to do before we

23   adjourn for the day is hand up Google's exhibits, which are

24   being offered without objection.

25         THE COURT:  Mr. Dischler, feel free to step down.

1          All right.  Any other housekeeping matters?

2               MR. DAHLQUIST:  No, Your Honor.

3               MR. CAVANAUGH:  No, Your Honor.

4               MR. SCHMIDTLEIN:  No, Your Honor.

5               THE COURT:  All right.  See you in the morning.

6          (Proceedings adjourned at 5:01 p.m.)

1     CERTIFICATE OF OFFICIAL COURT REPORTER

2

3          I, Sara A. Wick, certify that the foregoing is a

4     correct transcript from the record of proceedings in the

5     above-entitled matter.

6

7

8     /s/ Sara A. Wick_____          September 19, 2023____

9     SIGNATURE OF COURT REPORTER              DATE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$100,000** [1] - 1217:8

**/**

**/s** [1] - 1297:8

**0**

**003** [3] - 1172:17,
1172:22, 1182:3
**005** [1] - 1179:17

**1**

**1** [1] - 1187:9
**1,000** [2] - 1195:11
**10** [5] - 1209:3,
1209:4, 1212:4,
1213:15, 1291:21
**100** [2] - 1221:5,
1224:11
**10019** [1] - 1166:4
**10036** [1] - 1165:19
**11** [1] - 1178:4
**1133** [1] - 1165:18
**1168** [1] - 1167:3
**1188** [1] - 1167:8
**1229** [1] - 1167:3
**1253** [1] - 1167:4
**1258** [1] - 1167:8
**1281** [1] - 1167:4
**1286** [1] - 1167:5
**13** [7] - 1174:12,
1174:13, 1175:5,
1187:5, 1187:18,
1187:20
**1301** [1] - 1166:3
**15** [11] - 1211:3,
1211:8, 1211:10,
1211:15, 1211:25,
1212:10, 1213:20,
1214:9, 1240:24,
1241:3, 1241:19
**16** [4] - 1174:13,
1175:5, 1202:15,
1202:25
**17** [1] - 1244:8
**18** [2] - 1165:6, 1208:7
**183** [6] - 1171:5,
1171:6, 1171:8,
1171:10
**19** [1] - 1297:8
**1:35** [1] - 1165:6

**2**

**2** [7] - 1187:4, 1187:9,
1187:10, 1208:8,

1235:22, 1242:9
**20** [4] - 1192:19,
1192:20, 1192:22,
1206:14
**20-cv-3010** [1] -
1165:3
**20001** [1] - 1166:7
**20024** [1] - 1165:21
**2004** [1] - 1228:8
**2005** [1] - 1287:7
**2008** [1] - 1235:6
**2009** [1] - 1287:14
**2012** [3] - 1235:16,
1235:17, 1236:24
**2016** [6] - 1227:4,
1228:3, 1228:4,
1231:11, 1239:21,
1239:24
**2017** [8] - 1187:1,
1187:6, 1187:18,
1187:20, 1190:17,
1191:2, 1220:18,
1221:11
**2018** [1] - 1237:6
**2019** [6] - 1215:13,
1215:20, 1217:22,
1246:17, 1247:13,
1247:16
**202-354-3284** [1] -
1166:8
**2020** [20] - 1170:24,
1171:5, 1172:25,
1174:5, 1181:3,
1181:8, 1192:19,
1192:20, 1202:14,
1202:24, 1208:7,
1210:7, 1210:11,
1212:4, 1214:1,
1244:8, 1244:10,
1248:3, 1248:5,
1287:10
**2023** [2] - 1165:6,
1297:8
**209** [1] - 1165:14
**21** [1] - 1192:20
**22** [2] - 1202:15,
1202:25
**2200** [1] - 1165:18
**23** [1] - 1190:17
**24** [2] - 1192:19,
1192:23
**28** [21] - 1170:24,
1171:4, 1171:6,
1171:12, 1174:5,
1174:12, 1174:15,
1192:19, 1192:20,
1192:25, 1202:14,
1202:24, 1208:6,
1208:11, 1208:19,
1210:6, 1210:11,

1212:3, 1212:7,
1212:16, 1214:1
**28th** [1] - 1202:13
**2:58** [1] - 1228:20

**3**

**3** [12] - 1171:5, 1171:6,
1171:10, 1172:19,
1176:16, 1185:23,
1192:2, 1210:7,
1212:4, 1213:15,
1215:13, 1292:4
**30** [4] - 1212:23,
1240:24, 1241:3,
1241:19
**31** [3] - 1245:13,
1245:15, 1245:22
**333** [1] - 1166:6
**360** [6] - 1169:2,
1234:2, 1240:14,
1240:19, 1240:20,
1240:22
**3:00** [2] - 1218:4,
1228:18
**3:15** [1] - 1228:19
**3:17** [1] - 1228:20

**4**

**4** [3] - 1181:15,
1190:13, 1244:9
**40th** [1] - 1166:3
**4704-B** [1] - 1166:7

**5**

**5** [14] - 1165:9,
1192:20, 1207:21,
1207:24, 1208:2,
1208:4, 1208:15,
1209:5, 1209:9,
1209:17, 1209:21,
1210:14, 1251:23,
1252:4
**50** [1] - 1248:18
**522** [1] - 1215:12
**538** [1] - 1178:5
**554** [3] - 1251:20,
1251:23, 1252:3
**59** [2] - 1208:7
**5:00** [2] - 1295:14,
1295:17
**5:01** [1] - 1296:6

**6**

**6** [1] - 1179:16
**60** [1] - 1208:8
**600** [1] - 1165:14

**60604** [1] - 1165:15
**61** [1] - 1210:7
**67** [5] - 1212:4,
1212:7, 1213:15
**680** [1] - 1165:21
**6:02** [1] - 1187:6

**7**

**7** [3] - 1174:12,
1175:5, 1244:14
**723** [2] - 1190:13,
1191:6
**724** [1] - 1187:3

**8**

**8** [1] - 1210:8
**80** [5] - 1180:25,
1181:5, 1243:1,
1243:3, 1243:14
**8th** [2] - 1251:21,
1251:22

**9**

**9** [3] - 1171:5, 1171:6,
1171:11
**924** [1] - 1245:17
**97** [3] - 1202:14,
1202:15, 1202:24
**9:30** [1] - 1295:18

**A**

**a.m** [1] - 1187:6
**ability** [1] - 1204:16
**able** [9] - 1174:6,
1223:21, 1224:1,
1224:16, 1224:22,
1231:10, 1232:5,
1288:5, 1292:22
**above-entitled** [1] -
1297:5
**absolutely** [1] -
1290:24
**accept** [1] - 1227:21
**access** [1] - 1193:16
**accessible** [1] -
1233:22
**accordingly** [2] -
1171:20, 1292:23
**account** [1] - 1293:2
**accountable** [1] -
1235:25
**achieve** [13] -
1191:1, 1197:23,
1225:11, 1225:19,
1232:11, 1236:2,
1290:5, 1291:1,

1292:7, 1292:8,
1292:9, 1292:22,
1292:23
**acknowledged** [1] -
1175:13
**acquisition** [5] -
1235:5, 1235:8,
1235:10, 1235:19,
1241:14
**acronym** [2] - 1290:7,
1290:13
**act** [1] - 1230:18
**actual** [1] - 1200:20
**Ad** [2] - 1233:4,
1233:5
**ad** [169] - 1168:22,
1168:25, 1169:5,
1170:8, 1170:11,
1170:21, 1173:13,
1173:15, 1173:18,
1173:21, 1174:1,
1176:19, 1176:22,
1177:2, 1177:18,
1177:20, 1177:23,
1178:10, 1178:19,
1178:24, 1178:25,
1179:5, 1179:17,
1179:20, 1179:22,
1180:4, 1180:8,
1180:15, 1180:22,
1181:21, 1182:4,
1182:5, 1182:16,
1182:25, 1183:5,
1183:10, 1183:11,
1183:20, 1183:22,
1183:23, 1183:24,
1184:2, 1184:9,
1184:11, 1184:13,
1184:17, 1184:23,
1184:25, 1185:2,
1185:8, 1185:10,
1185:13, 1185:14,
1185:16, 1185:17,
1185:20, 1186:5,
1188:6, 1191:16,
1192:7, 1192:8,
1192:11, 1192:14,
1193:2, 1193:4,
1193:19, 1194:12,
1195:10, 1195:11,
1195:12, 1195:15,
1195:16, 1195:19,
1195:22, 1195:24,
1195:25, 1196:1,
1196:17, 1196:18,
1196:19, 1197:1,
1197:19, 1197:21,
1198:24, 1199:4,
1199:7, 1199:11,
1199:13, 1199:14,

1199:18, 1199:25,
1201:20, 1202:4,
1202:7, 1202:10,
1203:21, 1204:1,
1204:3, 1205:9,
1205:19, 1205:21,
1205:24, 1206:11,
1206:17, 1207:7,
1207:18, 1209:2,
1215:18, 1218:7,
1219:3, 1219:5,
1219:8, 1219:13,
1219:19, 1219:22,
1219:25, 1220:2,
1220:3, 1220:5,
1220:10, 1220:15,
1221:3, 1221:4,
1221:8, 1221:18,
1221:21, 1222:3,
1222:11, 1222:19,
1222:20, 1223:9,
1223:23, 1223:25,
1225:2, 1225:23,
1226:1, 1226:14,
1228:4, 1229:12,
1229:24, 1230:2,
1230:19, 1230:25,
1232:17, 1233:1,
1236:15, 1237:2,
1242:2, 1250:19,
1251:13, 1287:16,
1288:12, 1288:16,
1289:12, 1289:15,
1290:15, 1293:24,
1295:4
**ad's** [2] - 1206:2,
1206:22
**Adam** [1] - 1199:11
**add** [1] - 1180:3
**added** [1] - 1248:22
**addition** [4] - 1192:1,
1206:20, 1206:23,
1219:23
**additional** [4] -
1169:9, 1169:14,
1238:3, 1294:12
**address** [1] - 1178:4
**adjourn** [1] - 1295:23
**adjourned** [1] - 1296:6
**adjusted** [1] - 1219:24
**adjustments** [2] -
1218:22, 1220:6
**adjusts** [1] - 1230:8
**admission** [4] -
1175:6, 1208:23,
1210:23, 1214:4
**admit** [1] - 1175:23
**admitted** [5] - 1188:3,
1208:22, 1210:24,
1214:5, 1244:6

**adopted** [8] - 1209:9,
1209:17, 1209:20,
1210:13, 1242:25,
1243:1, 1243:14,
1243:21
**adopting** [2] - 1232:1,
1247:1
**adoption** [5] -
1231:15, 1231:17,
1242:14, 1242:24,
1247:8
**ads** [189] - 1172:15,
1173:1, 1173:4,
1173:6, 1173:10,
1173:11, 1176:6,
1177:2, 1177:5,
1177:15, 1177:17,
1178:18, 1179:8,
1179:10, 1179:15,
1179:16, 1180:10,
1180:11, 1180:25,
1181:1, 1181:4,
1181:10, 1181:11,
1181:15, 1181:16,
1181:17, 1181:25,
1182:5, 1182:6,
1182:9, 1182:11,
1182:22, 1183:7,
1183:14, 1183:17,
1184:7, 1184:16,
1185:12, 1185:24,
1186:9, 1186:10,
1186:12, 1186:13,
1187:14, 1187:19,
1187:21, 1188:7,
1188:11, 1188:12,
1188:14, 1188:17,
1188:23, 1188:25,
1189:1, 1189:5,
1189:6, 1189:14,
1189:18, 1189:19,
1189:25, 1190:1,
1190:4, 1190:5,
1190:6, 1190:22,
1190:25, 1191:3,
1191:16, 1191:17,
1192:1, 1192:5,
1193:22, 1193:23,
1193:25, 1194:7,
1194:13, 1194:16,
1194:21, 1194:25,
1195:3, 1195:20,
1196:5, 1196:8,
1196:12, 1196:15,
1196:22, 1196:25,
1197:3, 1197:7,
1197:9, 1197:10,
1197:15, 1198:2,
1198:5, 1198:6,
1198:8, 1198:12,
1198:18, 1199:3,

1204:7, 1205:7,
1206:6, 1206:13,
1207:21, 1209:6,
1209:10, 1209:11,
1209:13, 1209:14,
1209:18, 1209:24,
1210:5, 1210:14,
1210:15, 1210:16,
1211:3, 1216:14,
1216:16, 1217:24,
1218:9, 1218:15,
1219:15, 1222:6,
1222:21, 1225:17,
1227:9, 1227:17,
1229:6, 1229:17,
1229:25, 1230:2,
1232:19, 1232:24,
1233:17, 1234:21,
1237:11, 1242:1,
1249:10, 1250:15,
1251:2, 1251:10,
1287:9, 1287:14,
1287:16, 1287:17,
1287:18, 1288:1,
1288:2, 1288:4,
1288:14, 1292:8,
1293:1, 1293:2,
1293:18, 1294:3,
1294:13, 1294:20,
1294:21, 1294:22,
1294:23, 1295:6,
1295:9
**Ads** [42] - 1169:1,
1169:2, 1229:9,
1229:16, 1230:4,
1231:11, 1231:15,
1231:18, 1232:20,
1232:23, 1234:2,
1234:15, 1234:16,
1237:23, 1238:5,
1238:18, 1239:18,
1239:21, 1239:23,
1240:1, 1240:5,
1240:14, 1240:19,
1240:20, 1240:22,
1240:23, 1244:15,
1246:5, 1246:9,
1246:17, 1246:21,
1248:12, 1248:13,
1248:16, 1248:19,
1248:25, 1249:4,
1250:23, 1287:15,
1289:17
**Ads'** [1] - 1239:1
**ads.google.com** [1] -
1169:2
**advanced** [1] -
1237:19
**advantage** [1] -
1240:9

**advantageous** [1] -
1232:7
**advertise** [15] -
1170:15, 1171:17,
1174:18, 1174:23,
1180:17, 1182:13,
1183:5, 1185:8,
1237:17, 1250:4,
1250:8, 1250:11,
1250:20, 1250:21
**advertised** [1] -
1173:13
**advertisement** [5] -
1168:20, 1170:20,
1173:15, 1176:19,
1184:18
**advertisements** [4] -
1168:15, 1168:18,
1177:22, 1192:3
**advertiser** [79] -
1169:4, 1169:25,
1170:15, 1170:19,
1171:17, 1171:24,
1172:1, 1177:16,
1178:19, 1180:3,
1180:7, 1180:13,
1180:22, 1182:24,
1183:2, 1183:4,
1183:9, 1183:20,
1183:22, 1184:11,
1184:17, 1184:24,
1185:3, 1185:4,
1185:7, 1185:13,
1185:16, 1185:20,
1186:5, 1188:19,
1189:23, 1190:8,
1191:12, 1192:9,
1197:16, 1197:22,
1198:16, 1200:12,
1200:24, 1204:11,
1204:13, 1205:8,
1207:25, 1208:1,
1208:3, 1208:4,
1208:16, 1208:17,
1216:19, 1218:14,
1218:16, 1224:4,
1224:19, 1225:3,
1225:5, 1225:10,
1225:12, 1225:14,
1225:18, 1225:19,
1232:4, 1232:19,
1233:15, 1237:11,
1237:15, 1237:19,
1237:23, 1238:14,
1241:8, 1241:11,
1243:4, 1244:22,
1289:7, 1289:9,
1291:15, 1291:18,
1293:9
**advertiser's** [6] -

1170:5, 1198:2,
1204:10, 1205:14,
1231:22, 1289:6
**advertisers** [92] -
1176:24, 1177:17,
1180:17, 1182:15,
1182:20, 1183:13,
1183:16, 1189:2,
1189:22, 1197:15,
1197:19, 1197:20,
1203:11, 1203:13,
1203:18, 1205:17,
1210:14, 1211:4,
1211:11, 1212:9,
1213:19, 1218:19,
1221:9, 1221:24,
1221:24, 1225:6,
1225:15, 1225:22,
1226:2, 1226:3,
1226:5, 1226:11,
1226:13, 1226:16,
1229:17, 1230:3,
1230:15, 1230:16,
1231:1, 1231:10,
1231:16, 1231:18,
1231:20, 1232:1,
1233:11, 1233:24,
1236:5, 1236:20,
1236:25, 1237:8,
1237:13, 1237:21,
1238:1, 1238:16,
1239:6, 1239:15,
1240:10, 1240:23,
1241:16, 1242:15,
1243:8, 1243:10,
1243:19, 1243:21,
1243:25, 1244:25,
1245:4, 1246:1,
1248:23, 1249:8,
1251:6, 1251:8,
1251:13, 1251:16,
1251:24, 1252:7,
1252:14, 1288:7,
1288:21, 1289:16,
1289:20, 1289:22,
1290:3, 1290:9,
1290:10, 1290:16,
1290:22, 1290:25,
1291:6, 1292:2,
1292:15
**Advertising** [1] -
1244:16
**advertising** [43] -
1168:17, 1168:23,
1169:4, 1169:8,
1169:12, 1170:6,
1173:19, 1173:23,
1174:1, 1174:3,
1190:22, 1193:17,
1196:20, 1206:6,
1211:11, 1227:8,

1227:14, 1227:16, 1227:20, 1227:23, 1228:4, 1228:8, 1229:7, 1231:2, 1231:6, 1233:21, 1234:16, 1236:1, 1244:10, 1251:17, 1252:8, 1252:9, 1252:10, 1252:11, 1252:12, 1252:13, 1287:19, 1289:21, 1290:19, 1291:8, 1291:21, 1292:17

**AdWords** [3] - 1227:10, 1227:16, 1227:19

**affected** [2] - 1206:8, 1208:4

**affiliated** [1] - 1252:23

**afraid** [2] - 1221:13, 1248:6

**afternoon** [3] - 1228:18, 1286:21, 1286:22

**AFTERNOON** [1] - 1165:9

**agencies** [1] - 1168:17

**agency** [1] - 1169:4

**ago** [3] - 1246:4, 1250:25, 1289:14

**agree** [45] - 1169:12, 1170:12, 1170:18, 1171:23, 1172:22, 1173:3, 1173:9, 1173:21, 1176:6, 1178:15, 1180:7, 1185:13, 1186:9, 1186:12, 1187:13, 1187:18, 1188:6, 1188:14, 1188:17, 1189:14, 1189:17, 1191:6, 1192:14, 1192:25, 1196:19, 1197:25, 1201:1, 1201:19, 1202:9, 1203:25, 1204:15, 1206:25, 1207:23, 1209:2, 1211:2, 1211:24, 1214:8, 1214:14, 1217:6, 1219:12, 1220:21, 1221:8, 1224:8, 1224:20, 1227:13

**agreed** [1] - 1201:24

**ahead** [3] - 1202:20, 1215:18, 1228:17

**AI** [1] - 1289:5

**aided** [1] - 1166:10

**aim** [2] - 1236:18, 1236:22

**aimed** [1] - 1172:6

**akin** [1] - 1196:20

**al** [1] - 1165:3

**algorithm** [1] - 1184:21

**algorithms** [2] - 1292:14, 1292:19

**align** [3] - 1225:21, 1231:23, 1290:6

**allow** [3] - 1180:16, 1245:24, 1290:22

**allowed** [1] - 1212:23

**allowing** [1] - 1244:19

**allows** [2] - 1231:6, 1231:8

**alone** [1] - 1216:11

**alongside** [1] - 1185:24

**alpha** [1] - 1247:13

**alternatives** [1] - 1230:17

**amalgam** [3] - 1248:7, 1249:3, 1249:5

**Amazon** [33] - 1182:7, 1182:10, 1182:13, 1223:14, 1223:20, 1223:21, 1233:17, 1249:7, 1249:10, 1249:12, 1249:13, 1249:15, 1249:17, 1250:5, 1250:8, 1250:9, 1250:13, 1250:15, 1250:16, 1250:19, 1250:20, 1250:22, 1250:24, 1251:1, 1251:3, 1251:14, 1251:17, 1251:18, 1252:14, 1290:12, 1292:11

**AMERICA** [1] - 1165:3

**Americas** [2] - 1165:18, 1166:3

**AMIT** [1] - 1165:10

**Amit** [1] - 1242:7

**amount** [4] - 1218:14, 1218:16, 1220:3, 1224:2

**analytics** [1] - 1235:24

**analytics-based** [1] - 1235:24

**anatomy** [1] - 1179:17

**anchor** [1] - 1230:24

**announced** [1] - 1227:10

**answer** [43] - 1171:13, 1174:4, 1174:16, 1174:25, 1175:13, 1175:14, 1175:20, 1186:23, 1189:9, 1190:4, 1193:1,

1193:7, 1194:4, 1194:11, 1201:16, 1201:17, 1201:18, 1201:24, 1203:1, 1203:2, 1203:8, 1204:20, 1208:12, 1208:19, 1210:12, 1210:17, 1210:19, 1210:21, 1211:18, 1211:20, 1212:8, 1212:15, 1212:20, 1212:22, 1213:1, 1213:15, 1213:25, 1214:1, 1224:24, 1241:25, 1246:14, 1252:15

**Answer** [12] - 1171:16, 1174:20, 1193:3, 1203:6, 1208:13, 1208:16, 1210:16, 1212:11, 1212:14, 1213:21, 1213:24, 1252:10

**answered** [5] - 1189:7, 1191:19, 1191:20, 1201:22, 1204:19

**answering** [1] - 1209:19

**anticipated** [1] - 1295:5

**anyway** [2] - 1176:1, 1228:9

**API** [1] - 1234:16

**apologies** [2] - 1192:21, 1242:22

**apologize** [7] - 1174:8, 1176:13, 1176:22, 1193:9, 1217:16, 1217:17, 1224:17

**appear** [6] - 1176:6, 1178:18, 1183:22, 1185:17, 1193:19, 1236:15

**APPEARANCES** [2] - 1165:12, 1166:1

**appearing** [1] - 1193:22

**application** [3] - 1234:17, 1234:19, 1235:2

**appreciate** [1] - 1176:3

**approaching** [1] - 1246:25

**approve** [1] - 1206:1

**approved** [2] - 1206:5, 1221:3

**approvers** [1] - 1206:4

**approving** [1] - 1239:3

**approximate** [1] - 1225:12

**approximation** [1] - 1294:9

**apps** [1] - 1189:3

**April** [2] - 1227:4, 1228:3

**areas** [1] - 1217:7

**articles** [1] - 1250:2

**artificial** [1] - 1289:7

**ASAP** [1] - 1217:2

**aside** [2] - 1171:22, 1176:5

**aspects** [1] - 1206:21

**assess** [1] - 1225:7

**assets** [1] - 1289:10

**associated** [3] - 1221:12, 1226:8, 1226:9

**assumed** [1] - 1287:8

**attention** [1] - 1220:4

**attributes** [1] - 1185:4

**auction** [127] - 1197:7, 1197:9, 1197:10, 1197:18, 1197:20, 1198:1, 1198:2, 1198:3, 1198:5, 1198:10, 1198:11, 1198:15, 1198:17, 1198:19, 1198:20, 1198:24, 1199:6, 1199:11, 1199:13, 1199:14, 1199:18, 1199:24, 1199:25, 1200:1, 1200:2, 1200:7, 1200:8, 1200:10, 1200:15, 1200:19, 1200:22, 1201:5, 1201:8, 1201:14, 1201:20, 1202:4, 1202:10, 1203:6, 1203:12, 1203:15, 1203:19, 1203:22, 1203:23, 1204:1, 1204:4, 1204:14, 1204:17, 1205:6, 1205:21, 1205:22, 1205:24, 1205:25, 1206:2, 1206:7, 1206:11, 1206:12, 1206:14, 1206:17, 1206:22, 1207:7, 1210:1, 1210:3, 1210:4, 1218:7, 1218:9, 1218:15, 1218:17, 1218:18, 1218:25, 1219:3, 1220:10, 1221:4, 1221:18,

1221:20, 1221:22, 1221:24, 1222:3, 1222:7, 1222:17, 1222:20, 1223:17, 1224:5, 1224:19, 1224:20, 1225:20, 1226:1, 1230:5, 1230:7, 1230:9, 1230:12, 1230:14, 1230:19, 1230:25, 1231:1, 1231:6, 1231:10, 1231:15, 1231:19, 1232:2, 1238:4, 1238:19, 1239:1, 1239:10, 1239:17, 1239:20, 1240:4, 1240:8, 1240:11, 1240:23, 1242:15, 1243:15, 1243:19, 1243:22, 1293:1, 1293:2, 1293:5, 1293:6, 1293:14, 1293:24, 1294:5

**auction-related** [1] - 1205:24

**auction-time** [25] - 1230:5, 1230:7, 1230:14, 1231:1, 1231:6, 1231:10, 1231:15, 1231:19, 1232:2, 1238:4, 1238:19, 1239:1, 1239:10, 1239:11, 1239:17, 1239:20, 1240:4, 1240:8, 1240:11, 1240:23, 1242:15, 1243:15, 1243:19, 1243:22

**auctions** [16] - 1189:21, 1190:5, 1197:12, 1197:16, 1198:18, 1199:2, 1199:3, 1199:4, 1199:7, 1201:2, 1202:7, 1203:4, 1203:21, 1230:10

**audience** [1] - 1174:21

**author** [2] - 1212:11, 1213:21

**authority** [1] - 1206:1

**automated** [6] - 1184:7, 1184:9, 1199:18, 1199:20, 1225:16, 1243:8

**automatically** [3] - 1230:8, 1249:4, 1289:5

**available** [4] - 1237:3,

1238:5, 1238:8,
1246:11
**Avenue** [4] - 1165:18,
1165:21, 1166:3,
1166:6
**average** [6] - 1217:6,
1217:23, 1217:25,
1222:9, 1222:10,
1240:24
**avoid** [3] - 1224:5,
1224:10, 1224:12
**aware** [8] - 1220:23,
1235:19, 1246:16,
1246:24, 1247:7,
1247:9, 1247:12,
1247:15

# B

**bachelor's** [1] -
1287:3
**background** [2] -
1286:24, 1287:2
**backwards** [1] -
1176:23
**bad** [1] - 1218:24
**badly** [2] - 1215:25,
1216:25
**banner** [8] - 1195:19,
1195:20, 1195:22,
1195:24, 1196:5,
1196:8, 1196:12,
1227:17
**bar** [1] - 1169:16
**base** [1] - 1220:22
**based** [32] - 1169:20,
1169:24, 1179:8,
1179:10, 1184:5,
1184:21, 1193:4,
1194:13, 1194:17,
1195:4, 1196:5,
1196:13, 1196:17,
1198:2, 1209:21,
1218:20, 1219:24,
1223:10, 1224:1,
1226:10, 1231:8,
1235:24, 1244:7,
1249:22, 1289:5,
1290:25, 1291:7,
1292:2, 1292:20,
1294:11
**basic** [5] - 1200:4,
1234:5, 1250:24,
1291:14, 1291:24
**basis** [11] - 1175:18,
1175:19, 1176:8,
1177:6, 1177:13,
1184:2, 1195:1,
1195:4, 1195:14,
1196:8, 1213:3

**Bates** [3] - 1178:5,
1190:13, 1191:5
**become** [1] - 1223:2
**BEFORE** [2] - 1165:1,
1165:10
**begin** [1] - 1169:5
**begins** [1] - 1235:23
**behalf** [1] - 1291:17
**behaves** [1] - 1208:17
**behind** [1] - 1198:12
**believes** [3] - 1201:5,
1201:14, 1214:8
**Belknap** [1] - 1165:17
**below** [1] - 1207:9
**BENCH** [1] - 1165:9
**beneficial** [3] -
1203:6, 1230:16,
1240:12
**benefit** [10] - 1169:8,
1169:12, 1169:15,
1232:3, 1232:8,
1237:22, 1241:20,
1248:15, 1248:17,
1248:18
**benefits** [2] - 1202:3,
1232:1
**best** [5] - 1239:7,
1239:9, 1243:18,
1294:9
**bet** [2] - 1232:4,
1232:10
**beta** [6] - 1240:22,
1241:21, 1243:4,
1243:14, 1246:10,
1246:12
**better** [10] - 1211:13,
1223:18, 1223:21,
1230:16, 1231:2,
1231:5, 1231:22,
1238:17, 1240:25,
1248:15
**between** [5] - 1194:19,
1219:19, 1221:21,
1221:25, 1244:15
**biases** [1] - 1223:11
**bid** [13] - 1197:22,
1200:16, 1200:17,
1200:22, 1218:20,
1224:5, 1224:9,
1226:14, 1229:17,
1230:8, 1237:11,
1290:25, 1292:23
**bidder** [25] - 1200:16,
1201:6, 1201:15,
1201:20, 1202:3,
1203:12, 1203:15,
1203:19, 1221:25,
1222:1, 1222:24,
1223:5, 1223:6,
1223:8, 1223:23,

1224:9, 1224:21,
1227:21, 1231:8,
1241:20, 1243:25,
1244:1, 1292:7,
1293:14
**bidders** [2] - 1200:8,
1244:1
**bidding** [47] -
1225:16, 1230:5,
1230:7, 1230:14,
1230:21, 1230:22,
1231:1, 1231:3,
1231:6, 1231:10,
1231:15, 1231:19,
1231:21, 1231:25,
1232:2, 1238:5,
1238:19, 1239:1,
1239:11, 1239:17,
1239:20, 1239:21,
1239:23, 1240:4,
1240:5, 1240:8,
1240:11, 1240:23,
1242:15, 1243:8,
1243:15, 1243:19,
1243:21, 1243:22,
1243:23, 1244:3,
1246:6, 1246:8,
1246:17, 1246:21,
1247:1, 1247:10,
1247:16, 1289:5
**bids** [2] - 1205:17,
1230:13
**big** [2] - 1223:14,
1251:3
**Bill** [1] - 1229:3
**billions** [4] - 1198:21,
1199:2, 1199:3,
1230:10
**binder** [8] - 1171:4,
1172:16, 1172:18,
1174:6, 1177:8,
1215:4, 1226:19,
1244:5
**Bing** [7] - 1221:2,
1232:12, 1235:24,
1236:11, 1237:2,
1290:12, 1295:5
**bit** [15] - 1179:15,
1196:19, 1197:6,
1200:17, 1214:25,
1218:10, 1221:15,
1228:18, 1232:3,
1232:10, 1249:2,
1286:23, 1288:3,
1288:15, 1295:14
**Blake** [2] - 1242:16,
1242:20
**blue** [1] - 1178:24
**board** [1] - 1208:18
**bolded** [1] - 1242:11

**booking** [1] - 1223:14
**boss** [1] - 1215:13
**bottom** [7] - 1178:13,
1179:3, 1190:15,
1192:24, 1227:1,
1245:14, 1294:23
**brand** [1] - 1250:21
**breadth** [1] - 1243:6
**break** [6] - 1168:4,
1168:11, 1199:1,
1216:9, 1218:5,
1228:18
**Breese** [2] - 1242:14,
1242:16
**briefly** [3] - 1287:2,
1287:11, 1289:19
**broad** [2] - 1173:25,
1174:20
**brought** [1] - 1291:11
**budget** [2] - 1190:8,
1289:21
**budgets** [3] - 1189:23,
1211:12
**build** [1] - 1229:6,
1248:22
**built** [2] - 1199:18,
1294:4
**bull's** [1] - 1201:13
**bull's-eye** [1] -
1201:13
**Business** [1] -
1244:11
**business** [26] -
1169:9, 1169:14,
1190:6, 1197:23,
1225:10, 1225:19,
1231:7, 1231:9,
1231:22, 1231:24,
1232:4, 1232:5,
1232:6, 1232:11,
1241:11, 1241:18,
1289:6, 1289:10,
1289:22, 1290:5,
1290:20, 1291:13,
1292:6, 1292:22
**businesses** [1] -
1223:14
**buy** [12] - 1168:22,
1168:25, 1183:14,
1183:16, 1192:7,
1234:15, 1234:21,
1237:14, 1289:2
**buying** [1] - 1287:17,
1292:8
**BY** [32] - 1168:9,
1174:11, 1176:4,
1178:2, 1186:19,
1188:5, 1189:13,
1191:24, 1194:6,
1194:10, 1195:18,

1202:2, 1202:23,
1205:5, 1209:1,
1211:1, 1211:22,
1213:10, 1213:13,
1214:7, 1215:3,
1215:9, 1217:19,
1218:6, 1226:23,
1229:2, 1242:6,
1242:21, 1245:19,
1252:5, 1286:20,
1292:24

# C

**campaigns** [3] -
1229:24, 1232:17,
1243:5
**candidates** [1] -
1216:8
**cannot** [1] - 1183:16
**car** [4] - 1291:23,
1291:24, 1291:25,
1292:13
**care** [4] - 1217:5,
1217:23, 1217:24,
1289:23
**careful** [1] - 1215:10
**carousel** [3] -
1185:25, 1186:1,
1186:3
**cars** [1] - 1292:14,
1293:12
**Case** [1] - 1165:3
**case** [4] - 1184:1,
1224:7, 1224:22,
1232:6
**cases** [12] - 1208:13,
1219:7, 1220:7,
1222:8, 1224:8,
1225:15, 1225:24,
1233:17, 1238:19,
1238:20, 1250:21
**categories** [1] -
1291:22
**category** [3] -
1177:22, 1207:9,
1223:19
**causing** [1] - 1238:14
**CAVANAUGH** [11] -
1165:17, 1228:15,
1228:23, 1229:2,
1242:6, 1242:21,
1252:2, 1252:4,
1252:5, 1252:18,
1296:3
**Cavanaugh** [3] -
1228:22, 1229:3,
1251:25
**cent** [1] - 1200:9
**centralized** [2] -

1232:16, 1233:20
**cents** [1] - 1291:21
**certain** [5] - 1195:11, 1210:18, 1215:8, 1220:3, 1292:8
**certainly** [4] - 1169:23, 1192:22, 1194:5, 1230:25
**CERTIFICATE** [1] - 1297:1
**certify** [1] - 1297:3
**chain** [1] - 1186:25
**chair** [1] - 1189:4
**chance** [1] - 1221:24
**change** [7] - 1205:22, 1205:24, 1206:11, 1206:17, 1206:21, 1219:3, 1219:12
**changed** [2] - 1236:24, 1244:2
**changes** [5] - 1203:22, 1216:17, 1218:22, 1226:1, 1226:17
**channel** [4] - 1174:22, 1211:13, 1236:3, 1236:10
**channels** [2] - 1290:12, 1292:10
**charge** [1] - 1219:22
**charged** [8] - 1177:16, 1178:19, 1178:21, 1179:4, 1197:19, 1197:21, 1198:16, 1200:24
**charges** [1] - 1237:8
**charging** [2] - 1219:21, 1220:9
**charity** [1] - 1198:19
**cheaper** [5] - 1186:9, 1186:13, 1187:13, 1187:19, 1187:20
**Chicago** [4] - 1165:15, 1196:1, 1196:2, 1287:3
**chief** [1] - 1216:4
**choice** [1] - 1217:2
**choose** [1] - 1180:3
**clarify** [2] - 1177:12, 1184:15
**clarifying** [1] - 1241:24
**classic** [1] - 1200:10
**clean** [5] - 1201:18, 1227:8, 1227:14, 1228:4, 1228:8
**clear** [5] - 1187:15, 1191:21, 1198:10, 1204:24, 1241:25
**click** [19] - 1170:16,

1170:21, 1171:18, 1176:8, 1176:24, 1178:21, 1184:2, 1195:4, 1195:14, 1195:15, 1196:2, 1196:8, 1205:7, 1220:6, 1220:7, 1220:8, 1241:13, 1242:1
**Click** [1] - 1178:24
**clicking** [1] - 1242:2
**clicks** [10] - 1176:25, 1177:18, 1178:24, 1179:4, 1194:15, 1194:19, 1196:13, 1210:5, 1220:4, 1241:4
**close** [3] - 1176:10, 1194:18, 1234:9
**code** [2] - 1219:5, 1238:25
**colleague** [1] - 1191:6
**colleagues** [1] - 1228:13
**colloquy** [1] - 1213:6
**Colorado** [2] - 1165:16, 1229:4
**COLUMBIA** [1] - 1165:1
**combination** [1] - 1185:5
**combines** [1] - 1184:20
**coming** [1] - 1175:18
**comment** [2] - 1179:3, 1213:4
**comments** [1] - 1178:13
**commerce** [2] - 1287:14, 1289:25
**commercial** [14] - 1170:12, 1170:14, 1170:19, 1171:15, 1171:16, 1171:18, 1171:23, 1171:25, 1172:3, 1172:6, 1172:11, 1294:1, 1294:2, 1294:22
**common** [1] - 1244:18
**comms** [1] - 1226:8
**communications** [1] - 1226:9
**companies** [7] - 1168:17, 1249:23, 1249:24, 1250:4, 1250:7, 1252:9, 1252:11
**company** [2] - 1239:10, 1251:3
**compare** [3] - 1252:8,

1252:10, 1290:20
**comparing** [1] - 1251:13
**comparison** [1] - 1173:25
**compete** [10] - 1189:15, 1189:19, 1189:22, 1190:2, 1190:7, 1191:8, 1191:11, 1191:17, 1250:5, 1250:9
**competitive** [1] - 1288:19
**competitor** [1] - 1250:13
**complete** [5] - 1249:13, 1249:16, 1249:19, 1250:25, 1251:2
**completely** [1] - 1197:12
**completes** [1] - 1241:13
**complex** [6] - 1199:19, 1199:20, 1222:23, 1230:13, 1239:12, 1239:13
**complicated** [1] - 1238:11
**comply** [1] - 1180:16
**component** [1] - 1293:16
**components** [5] - 1198:11, 1204:4, 1206:2, 1207:10, 1224:14
**compressed** [1] - 1222:1
**compresses** [1] - 1221:20
**computations** [1] - 1198:15
**computer** [1] - 1166:10
**computer-aided** [1] - 1166:10
**concept** [1] - 1221:17
**conceptualize** [1] - 1291:15
**concerned** [1] - 1238:16
**concludes** [1] - 1228:10
**conferred** [1] - 1217:15
**confidential** [8] - 1186:15, 1186:21, 1214:13, 1215:11, 1221:14, 1228:13, 1252:20, 1252:22

**confidentiality** [1] - 1177:10
**configuring** [1] - 1229:25
**conflict** [1] - 1180:21
**confused** [1] - 1175:12
**confusion** [1] - 1238:14
**connection** [1] - 1220:5
**Connolly** [1] - 1165:20
**consider** [1] - 1241:19
**consistent** [1] - 1175:23
**constantly** [2] - 1288:17, 1290:10
**Constitution** [1] - 1166:6
**constraints** [2] - 1204:9, 1204:10
**consumer** [2] - 1251:16, 1293:16
**contains** [1] - 1179:22
**content** [4] - 1179:22, 1180:18, 1184:13, 1192:10
**context** [2] - 1198:1, 1212:18
**continue** [3] - 1236:1, 1245:22, 1295:20
**Continued** [1] - 1168:8
**continued** [3] - 1165:23, 1236:19, 1243:19
**CONTINUED** [1] - 1166:1
**continuing** [1] - 1216:24
**contrast** [1] - 1195:14
**control** [2] - 1185:14, 1205:6
**controls** [3] - 1205:10, 1205:12
**converged** [1] - 1248:21
**conversations** [3] - 1251:5, 1251:12, 1251:15
**conversion** [5] - 1241:6, 1241:8, 1241:12, 1241:17, 1242:3
**conversions** [3] - 1240:24, 1241:3, 1241:4
**copy** [1] - 1184:18
**corner** [1] - 1245:14
**Correct** [1] - 1194:11

**correct** [297] - 1168:18, 1168:20, 1168:23, 1169:2, 1169:3, 1169:6, 1169:10, 1169:17, 1169:21, 1169:25, 1170:1, 1170:3, 1170:4, 1170:6, 1170:7, 1170:9, 1170:10, 1170:13, 1170:16, 1172:3, 1172:6, 1172:7, 1172:12, 1172:13, 1173:1, 1173:11, 1173:12, 1173:16, 1173:19, 1176:8, 1176:20, 1176:25, 1177:3, 1177:6, 1177:7, 1178:19, 1178:20, 1178:21, 1179:8, 1179:11, 1179:12, 1179:24, 1179:25, 1180:1, 1180:5, 1180:6, 1180:19, 1180:20, 1180:23, 1180:24, 1181:1, 1181:19, 1181:23, 1182:1, 1182:4, 1182:8, 1182:16, 1182:18, 1182:19, 1182:22, 1182:23, 1182:25, 1183:1, 1183:5, 1183:7, 1183:8, 1183:11, 1183:14, 1183:15, 1183:18, 1183:19, 1183:24, 1184:3, 1184:5, 1184:6, 1184:8, 1184:14, 1184:19, 1184:25, 1185:3, 1185:10, 1185:11, 1185:21, 1185:22, 1185:25, 1186:7, 1188:15, 1190:12, 1190:25, 1191:3, 1191:9, 1192:3, 1192:4, 1192:5, 1192:8, 1192:12, 1192:16, 1193:20, 1193:21, 1193:23, 1193:24, 1194:1, 1194:2, 1194:14, 1194:17, 1194:23, 1195:1, 1195:4, 1195:5, 1195:23, 1196:2, 1196:6, 1196:9, 1196:13, 1196:17, 1196:20, 1196:23, 1197:1, 1197:4, 1197:7,

1197:10, 1197:12, 1197:16, 1197:19, 1198:5, 1198:13, 1198:14, 1198:16, 1198:21, 1199:4, 1199:8, 1199:12, 1199:16, 1199:19, 1199:22, 1200:1, 1200:5, 1200:9, 1200:18, 1200:24, 1201:3, 1201:6, 1201:15, 1201:21, 1202:4, 1202:7, 1202:11, 1203:5, 1203:12, 1203:19, 1203:23, 1203:24, 1204:1, 1204:5, 1204:8, 1204:9, 1204:18, 1205:7, 1205:11, 1205:19, 1205:23, 1206:3, 1206:7, 1206:11, 1206:18, 1206:22, 1207:10, 1207:18, 1207:21, 1207:25, 1208:15, 1209:3, 1209:7, 1209:10, 1209:18, 1211:4, 1214:15, 1216:2, 1216:5, 1216:15, 1216:21, 1217:23, 1218:11, 1218:15, 1218:20, 1218:21, 1218:23, 1219:6, 1219:13, 1219:14, 1219:16, 1219:20, 1219:25, 1220:6, 1220:19, 1221:4, 1221:22, 1222:1, 1222:2, 1222:4, 1222:7, 1222:9, 1222:16, 1222:21, 1222:22, 1222:25, 1223:3, 1223:4, 1223:6, 1223:7, 1223:9, 1223:10, 1223:24, 1223:25, 1224:6, 1224:10, 1224:23, 1225:4, 1225:14, 1225:23, 1226:2, 1226:6, 1226:11, 1226:14, 1227:14, 1228:5, 1229:14, 1229:18, 1229:19, 1230:5, 1230:6, 1230:9, 1230:10, 1230:15, 1230:19, 1230:20, 1231:4, 1231:11, 1231:16, 1232:2, 1232:21, 1232:22,

1233:23, 1234:3, 1234:4, 1234:7, 1234:13, 1234:23, 1235:1, 1235:6, 1235:7, 1235:11, 1235:12, 1236:13, 1236:17, 1237:9, 1238:6, 1238:9, 1238:10, 1239:18, 1239:19, 1240:7, 1240:15, 1241:1, 1241:2, 1242:4, 1243:16, 1244:23, 1244:24, 1245:11, 1246:2, 1246:3, 1246:6, 1246:7, 1246:9, 1246:22, 1247:1, 1247:24, 1248:1, 1249:1, 1249:2, 1249:11, 1249:13, 1249:20, 1249:23, 1250:6, 1250:10, 1250:11, 1250:16, 1250:17, 1251:1, 1251:14, 1292:18, 1293:22, 1295:10, 1297:4
**cost** [16] - 1176:8, 1176:24, 1184:2, 1195:1, 1195:4, 1195:7, 1195:14, 1196:5, 1196:12, 1205:7, 1217:7, 1220:6, 1220:7, 1220:8, 1293:16
**cost-per-click** [4] - 1176:8, 1184:2, 1195:4, 1195:14
**costs** [1] - 1294:10
**counsel** [5] - 1212:24, 1217:15, 1229:3, 1246:14, 1295:13
**Counsel** [2] - 1217:12, 1286:18
**counsel's** [1] - 1213:3
**counted** [1] - 1178:10
**couple** [4] - 1181:14, 1201:23, 1243:4, 1287:24
**course** [2] - 1251:18, 1287:21
**Court** [8] - 1166:6, 1186:3, 1199:10, 1229:23, 1241:6, 1286:23, 1289:1, 1294:7
**COURT** [48] - 1165:1, 1168:3, 1174:9, 1175:7, 1175:15, 1175:23, 1177:12,

1177:21, 1177:25, 1186:18, 1188:1, 1188:3, 1189:9, 1191:20, 1194:3, 1194:9, 1195:6, 1195:17, 1201:24, 1202:20, 1204:24, 1205:4, 1208:24, 1210:24, 1211:20, 1213:9, 1213:12, 1214:5, 1214:25, 1218:4, 1228:17, 1228:22, 1241:24, 1242:5, 1242:18, 1245:17, 1251:25, 1252:3, 1252:21, 1286:18, 1291:14, 1292:13, 1295:13, 1295:17, 1295:25, 1296:5, 1297:1, 1297:9
**court** [2] - 1168:2, 1228:21
**Court's** [1] - 1178:4
**courtroom** [1] - 1252:24
**cover** [1] - 1287:25
**covered** [3] - 1184:1, 1201:23, 1287:22
**CPC** [2] - 1205:7, 1205:8
**CPCs** [1] - 1221:9
**create** [3] - 1184:20, 1221:23, 1289:11
**created** [2] - 1227:19, 1228:8
**creates** [5] - 1184:11, 1184:13, 1184:18, 1184:24, 1185:2
**creative** [10] - 1184:20, 1184:21, 1184:23, 1184:24, 1185:3, 1185:11, 1216:17, 1216:22, 1220:24, 1289:10
**creatives** [1] - 1289:4
**criteria** [2] - 1290:25, 1291:3
**cross** [2] - 1237:22, 1239:12
**Cross** [1] - 1167:5
**CROSS** [1] - 1286:19
**cross-engine** [2] - 1237:22, 1239:12
**CROSS-EXAMINATION** [1] - 1286:19
**Cross-Examination.. ............** [1] - 1167:5
**CRR** [1] - 1166:6

**current** [4] - 1194:18, 1229:5, 1244:2, 1287:8
**cushion** [1] - 1216:14
**cushions** [2] - 1216:7, 1216:20
**customer** [6] - 1225:9, 1244:3, 1248:17, 1292:2, 1292:4, 1292:5
**customers** [7] - 1190:5, 1231:6, 1231:8, 1241:21, 1242:25, 1243:1, 1243:13
**customized** [1] - 1200:3

# D

**D.C** [3] - 1165:5, 1165:21, 1166:7
**Dahlquist** [2] - 1168:5, 1213:5
**DAHLQUIST** [54] - 1165:13, 1168:6, 1168:9, 1174:11, 1175:2, 1175:8, 1176:2, 1176:4, 1178:2, 1186:15, 1186:19, 1187:23, 1188:5, 1189:11, 1189:13, 1191:23, 1191:24, 1194:5, 1194:6, 1194:10, 1195:18, 1201:25, 1202:2, 1202:18, 1202:22, 1202:23, 1205:5, 1208:21, 1208:25, 1209:1, 1210:22, 1210:25, 1211:1, 1211:17, 1211:22, 1213:7, 1213:10, 1213:13, 1214:3, 1214:6, 1214:7, 1214:24, 1215:3, 1215:7, 1215:9, 1217:14, 1217:16, 1217:19, 1218:6, 1226:20, 1226:23, 1228:10, 1245:19, 1296:2
**dangerous** [1] - 1211:16
**DART** [1] - 1235:8
**data** [2] - 1181:24, 1199:6
**date** [5] - 1174:24, 1191:15, 1230:18, 1231:12, 1246:19

**DATE** [1] - 1297:9
**dated** [2] - 1187:5, 1187:17
**DAVID** [1] - 1165:13
**DAY** [1] - 1165:9
**December** [3] - 1172:25, 1244:8, 1251:21
**deciding** [1] - 1289:20
**decisions** [2] - 1292:15, 1292:16
**decrease** [1] - 1220:8
**deemed** [1] - 1180:21
**deems** [1] - 1180:18
**Defendant** [3] - 1165:7, 1165:20, 1166:2
**define** [2] - 1186:3, 1204:16
**defines** [3] - 1170:14, 1203:25, 1204:3
**definitely** [1] - 1198:22
**definitionally** [2] - 1171:16, 1206:24
**degree** [1] - 1287:3
**delightful** [1] - 1288:4
**deliver** [1] - 1294:25
**delivers** [1] - 1235:25
**delta** [1] - 1221:21
**demonstration** [1] - 1182:4
**denominator** [1] - 1243:2
**Department** [1] - 1165:13
**depicted** [3] - 1180:1, 1182:3, 1234:5
**deposed** [1] - 1174:15
**deposition** [24] - 1170:24, 1171:3, 1171:5, 1174:5, 1175:5, 1175:16, 1176:5, 1176:10, 1176:11, 1176:14, 1181:3, 1192:18, 1192:19, 1192:23, 1194:20, 1202:14, 1202:21, 1202:24, 1203:10, 1208:6, 1210:6, 1210:7, 1212:3, 1251:22
**depth** [2] - 1243:6, 1288:13
**describe** [6] - 1200:8, 1287:2, 1287:11, 1289:1, 1289:19, 1294:7
**described** [1] - 1233:13

**description** [1] - 1179:24
**descriptive** [1] - 1181:23
**design** [1] - 1199:7
**designation** [1] - 1175:10
**designed** [1] - 1293:2
**designing** [1] - 1199:14
**designs** [2] - 1197:18, 1198:1
**detail** [1] - 1189:20
**details** [3] - 1172:8, 1186:21, 1224:16
**detect** [1] - 1292:15
**determination** [3] - 1173:24, 1198:6, 1203:14
**determine** [6] - 1171:14, 1198:8, 1198:16, 1200:23, 1225:3, 1225:5
**determines** [7] - 1197:18, 1197:20, 1198:5, 1198:11, 1198:12, 1204:11, 1205:13
**deterministically** [1] - 1203:20
**development** [1] - 1238:13
**dial** [2] - 1214:25, 1215:1
**difference** [2] - 1221:21, 1221:25
**different** [32] - 1186:5, 1187:16, 1188:7, 1188:8, 1188:11, 1188:13, 1188:15, 1188:18, 1188:20, 1188:23, 1189:1, 1189:2, 1189:6, 1190:1, 1190:3, 1195:3, 1197:10, 1198:18, 1207:1, 1225:6, 1234:13, 1236:11, 1241:16, 1241:17, 1249:7, 1290:3, 1291:22, 1291:23
**differently** [3] - 1204:20, 1204:21, 1208:17
**diffuse** [2] - 1174:1, 1174:20
**digital** [1] - 1289:21
**direct** [2] - 1185:17, 1250:21
**DIRECT** [2] - 1168:8,

1229:1
**Direct** [4] - 1167:3, 1167:3, 1167:4, 1167:4
**directly** [5] - 1190:23, 1234:20, 1238:18, 1247:3, 1250:5
**disabling** [1] - 1198:7
**DISCHLER** [2] - 1167:3, 1168:7
**Dischler** [18] - 1168:10, 1168:11, 1168:14, 1170:23, 1171:3, 1190:13, 1191:25, 1192:1, 1214:8, 1215:10, 1217:20, 1217:22, 1235:15, 1246:14, 1251:22, 1286:21, 1295:19, 1295:25
**disconnect** [1] - 1252:25
**discovery** [6] - 1196:15, 1196:17, 1196:19, 1196:22, 1196:25, 1197:3
**discuss** [2] - 1288:13, 1295:20
**discussed** [2] - 1247:11, 1288:3
**discussion** [2] - 1247:20, 1252:13
**discussions** [2] - 1246:20, 1247:3
**display** [26] - 1173:13, 1177:15, 1177:23, 1185:9, 1186:17, 1192:5, 1192:7, 1192:8, 1192:11, 1192:14, 1193:2, 1193:15, 1193:17, 1193:19, 1193:23, 1193:25, 1194:7, 1194:12, 1194:13, 1194:16, 1194:21, 1194:25, 1195:19, 1195:22, 1195:25, 1196:1
**displayed** [6] - 1173:15, 1176:19, 1184:14, 1184:25, 1185:24, 1192:2
**displaying** [1] - 1180:19
**displeased** [1] - 1247:9
**dispute** [1] - 1175:14
**dissatisfaction** [1] - 1246:24
**distinction** [1] -

1193:12
**distinguish** [1] - 1230:21
**DISTRICT** [3] - 1165:1, 1165:1, 1165:10
**diverge** [1] - 1244:16
**doc** [1] - 1226:8
**document** [27] - 1172:16, 1173:2, 1175:16, 1177:8, 1178:5, 1178:23, 1186:16, 1186:20, 1187:22, 1187:24, 1190:9, 1190:11, 1190:15, 1191:25, 1214:17, 1215:5, 1215:10, 1218:1, 1220:12, 1220:17, 1221:6, 1221:15, 1226:19, 1235:16, 1244:8, 1244:11
**documentation** [1] - 1221:12
**documents** [1] - 1228:24
**DOJ** [2] - 1165:13, 1287:22
**doll** [2] - 1220:22
**dollar** [2] - 1291:20
**done** [6] - 1191:25, 1214:9, 1248:4, 1249:6, 1289:5, 1289:7
**doors** [2] - 1168:23, 1169:1
**DoubleClick** [7] - 1235:5, 1235:7, 1235:9, 1235:10, 1235:11, 1235:20, 1237:5
**down** [16] - 1174:5, 1174:17, 1181:7, 1181:9, 1199:1, 1214:19, 1214:25, 1215:1, 1215:2, 1216:24, 1230:8, 1242:12, 1244:14, 1291:11, 1291:17, 1295:25
**Dr** [4] - 1215:13, 1224:16, 1224:17, 1224:22
**draw** [2] - 1184:7, 1184:9
**draws** [1] - 1185:9
**driver** [1] - 1233:15
**dropped** [1] - 1224:20
**DuckDuckGo** [3] - 1232:23, 1232:24, 1233:3

**during** [5] - 1168:11, 1202:21, 1240:22, 1291:9
**dynamically** [1] - 1289:11
**dynamics** [6] - 1204:18, 1205:6, 1218:8, 1222:4, 1223:12, 1230:12

# E

**e-commerce** [1] - 1289:25
**e-mail** [14] - 1186:25, 1187:5, 1187:7, 1187:17, 1190:16, 1191:12, 1214:18, 1215:12, 1215:15, 1216:24, 1227:1, 1227:3, 1227:7, 1242:7
**earn** [2] - 1289:11, 1294:2
**ease** [1] - 1245:25
**easier** [3] - 1184:16, 1233:21, 1237:20
**eBay** [1] - 1198:19
**educational** [1] - 1287:2
**effect** [3] - 1220:1, 1222:23, 1224:21
**effectiveness** [1] - 1251:17
**effects** [2] - 1222:6, 1291:13
**efficient** [3] - 1201:1, 1201:5, 1201:14
**effort** [1] - 1219:18
**either** [7] - 1197:22, 1200:19, 1206:8, 1220:2, 1222:12, 1226:15, 1252:23
**eligible** [3] - 1182:16, 1182:21, 1183:2
**elsewhere** [2] - 1232:6, 1289:3
**emphasis** [1] - 1293:23
**employed** [1] - 1235:17
**employs** [1] - 1199:6
**enabled** [1] - 1240:23
**end** [6] - 1234:16, 1234:21, 1249:3, 1249:6, 1286:17, 1295:1
**ends** [2] - 1178:5, 1190:13
**enforcement** [1] -

1198:7
**engaging** [1] - 1247:18
**engine** [14] - 1169:13, 1172:23, 1174:17, 1176:7, 1176:20, 1183:24, 1185:14, 1194:7, 1219:20, 1232:13, 1233:8, 1236:16, 1237:22, 1239:12
**engineered** [1] - 1249:1
**engineering** [6] - 1190:21, 1229:14, 1229:15, 1249:2, 1287:18
**engineers** [2] - 1248:18, 1248:22
**engines** [17] - 1173:16, 1199:12, 1232:22, 1232:25, 1233:11, 1233:12, 1233:13, 1233:14, 1233:17, 1234:13, 1236:12, 1237:14, 1239:7, 1245:24, 1248:22, 1295:3
**enormous** [1] - 1251:15
**enter** [2] - 1197:16, 1200:8
**entered** [1] - 1169:16
**enterprise** [2] - 1245:18, 1245:21
**entire** [3] - 1193:14, 1193:17, 1287:19
**entirely** [1] - 1224:20
**entitled** [2] - 1244:11, 1297:5
**environment** [1] - 1233:20
**equalize** [3] - 1219:18, 1220:1, 1225:12
**ESQ** [4] - 1165:13, 1165:17, 1165:20, 1166:2
**essentially** [2] - 1185:5, 1204:25
**et** [1] - 1165:3
**event** [6] - 1177:19, 1197:23, 1241:8, 1241:11, 1241:18
**events** [1] - 1241:17
**eventual** [1] - 1205:17
**eventually** [1] - 1221:3
**evidence** [9] - 1175:16, 1177:10, 1187:24, 1188:4, 1215:7, 1235:14,

1240:13, 1241:23,
1244:6
**exact** [2] - 1181:2,
1231:12
**exactly** [2] - 1191:10,
1228:6
**EXAMINATION** [3] -
1168:8, 1229:1,
1286:19
**examination** [2] -
1228:25, 1287:21
**Examination**............
[4] - 1167:3, 1167:3,
1167:4, 1167:4
**Examination**............
. [1] - 1167:5
**example** [11] -
1169:17, 1172:14,
1172:23, 1173:10,
1179:20, 1185:23,
1201:16, 1210:1,
1250:7, 1291:9,
1295:5
**excess** [1] - 1216:10
**exclusively** [1] -
1172:1
**exhibit** [2] - 1176:11,
1176:12
**exhibits** [1] - 1295:23
**EXHIBITS** [1] - 1167:7
**existing** [1] - 1248:19
**expectation** [1] -
1215:24
**experience** [6] -
1205:16, 1216:18,
1223:19, 1244:18,
1245:23, 1291:7
**experiences** [1] -
1244:15
**experiment** [2] -
1207:22, 1208:3
**experimentation** [1] -
1247:19
**experiments** [2] -
1206:13, 1221:11
**explain** [3] - 1195:6,
1229:23, 1241:6
**explained** [1] - 1228:6
**exploration** [1] -
1224:3
**express** [1] - 1292:6
**expressed** [1] -
1290:4
**extensions** [2] -
1180:3, 1180:4
**eye** [1] - 1201:13

---

# F

**Facebook** [8] -

---

1197:4, 1211:12,
1232:12, 1233:17,
1250:12, 1252:12,
1290:12, 1292:11
**faced** [1] - 1216:25
**fact** [4] - 1217:18,
1223:8, 1249:15,
1295:2
**factor** [2] - 1227:21,
1227:23
**factors** [2] - 1200:12,
1205:16
**fail** [1] - 1288:9
**fairly** [2] - 1215:2,
1220:2
**fall** [3] - 1246:17,
1247:13, 1247:16
**familiar** [10] - 1195:20,
1205:19, 1219:8,
1220:10, 1221:17,
1222:11, 1222:13,
1248:7, 1288:24,
1290:13
**fancy** [1] - 1291:25
**faster** [2] - 1174:7,
1244:19
**fastest** [1] - 1289:15
**favor** [1] - 1187:24
**feature** [1] - 1229:23,
1232:8, 1238:5,
1240:18, 1243:15,
1243:20, 1246:5,
1247:8, 1247:20,
1247:21
**features** [12] -
1229:20, 1230:4,
1231:4, 1238:3,
1245:9, 1247:8,
1248:16, 1248:19,
1248:22, 1248:23,
1248:25, 1249:4
**fee** [2] - 1237:8,
1237:24
**feed** [5] - 1184:8,
1184:10, 1185:7,
1196:17, 1196:18
**feedback** [4] -
1239:16, 1240:2,
1244:17, 1245:4
**fees** [1] - 1238:1
**few** [7] - 1224:25,
1225:24, 1244:16,
1252:19, 1286:24,
1294:21, 1294:23
**fewer** [7] - 1209:10,
1209:11, 1209:13,
1209:18, 1209:23,
1210:15, 1210:16
**figure** [5] - 1181:2,
1191:14, 1203:13,

---

1223:21, 1247:23
**figured** [1] - 1238:12
**fill** [1] - 1286:24
**filling** [1] - 1241:10
**final** [1] - 1198:6
**financial** [1] - 1216:5
**fine** [1] - 1295:16
**first** [10] - 1190:16,
1200:9, 1200:17,
1223:16, 1226:24,
1239:10, 1239:14,
1240:21, 1287:25,
1294:17
**five** [1] - 1251:19
**flip** [1] - 1223:6,
1223:18
**Floor** [1] - 1166:3
**floor** [2] - 1205:1,
1205:2
**focus** [2] - 1187:4,
1215:16
**focused** [9] - 1173:22,
1174:2, 1174:22,
1180:11, 1208:7,
1226:24, 1228:9,
1287:13, 1294:19
**folks** [4] - 1199:15,
1199:23, 1243:12,
1288:11
**following** [17] -
1171:12, 1171:13,
1174:16, 1193:1,
1202:25, 1203:1,
1208:11, 1208:12,
1210:11, 1210:12,
1212:7, 1212:8,
1213:14, 1213:15,
1253:1
**foot** [1] - 1289:23
**FOR** [2] - 1165:1,
1168:7
**foregoing** [1] - 1297:3
**forget** [1] - 1235:7
**form** [5] - 1173:19,
1174:19, 1205:22,
1241:10, 1243:23
**format** [10] - 1186:1,
1195:24, 1197:3,
1219:8, 1219:13,
1219:15, 1219:18,
1219:25, 1220:5,
1220:15
**formats** [7] - 1177:2,
1189:18, 1190:1,
1191:7, 1191:16,
1220:9, 1250:19
**forward** [2] - 1176:15,
1211:21
**four** [4] - 1233:13,
1294:20, 1294:21,

---

1294:22
**fraction** [1] - 1206:15
**fragments** [6] -
1184:20, 1184:21,
1184:23, 1184:24,
1185:3, 1185:12
**frame** [1] - 1231:13
**framing** [1] - 1209:20
**free** [4] - 1178:14,
1178:16, 1212:19,
1295:25
**frequently** [1] -
1230:25
**Friday** [1] - 1187:5,
1190:16
**front** [17] - 1168:23,
1169:1, 1171:4,
1172:17, 1172:22,
1173:9, 1174:6,
1176:7, 1178:3,
1182:3, 1190:10,
1192:2, 1193:22,
1202:14, 1215:4,
1234:15, 1234:21
**full** [4] - 1186:6,
1216:24, 1227:7,
1235:23
**fully** [5] - 1242:25,
1243:1, 1243:14,
1245:1, 1245:7
**function** [1] -
1204:11, 1205:12,
1207:7, 1225:18,
1249:15, 1249:17,
1250:24, 1290:4,
1290:5, 1294:4,
1294:8
**functionality** [10] -
1229:24, 1230:8,
1233:6, 1237:19,
1239:7, 1239:9,
1239:11, 1239:15,
1240:12, 1243:9
**functions** [1] - 1290:3
**future** [1] - 1294:3

---

# G

**game** [1] - 1288:21
**gardener** [1] - 1289:24
**general** [11] - 1174:1,
1186:12, 1189:24,
1194:16, 1210:14,
1221:7, 1222:15,
1229:5, 1236:12,
1236:15, 1287:9
**generalized** [9] -
1200:1, 1200:2,
1200:7, 1200:14,
1200:15, 1222:17,

---

1293:5, 1293:13
**generally** [6] -
1194:13, 1203:6,
1203:13, 1219:5,
1247:7, 1294:1
**generate** [3] -
1294:14, 1294:17,
1294:18
**generated** [1] - 1289:4
**gentleman** [2] -
1190:16, 1227:3
**given** [5] - 1175:20,
1206:17, 1218:18,
1219:4, 1294:10
**globally** [1] - 1233:12
**GM** [1] - 1189:5
**goal** [8] - 1172:11,
1188:13, 1188:19,
1189:2, 1216:20,
1216:22, 1231:18,
1291:16
**goals** [11] - 1172:2,
1188:8, 1188:11,
1188:18, 1188:20,
1188:24, 1189:2,
1189:6, 1202:10,
1203:4, 1291:4
**Goodrich** [1] - 1166:2
**goods** [1] - 1251:16
**GOOGLE** [1] - 1165:6
**Google** [221] -
1168:16, 1168:18,
1168:20, 1168:22,
1169:1, 1169:5,
1169:8, 1169:16,
1170:3, 1170:6,
1170:8, 1170:11,
1170:14, 1172:5,
1172:15, 1173:3,
1173:7, 1176:24,
1177:21, 1177:22,
1179:8, 1180:8,
1180:15, 1180:17,
1180:18, 1180:19,
1180:22, 1181:1,
1181:4, 1181:12,
1182:6, 1182:11,
1182:13, 1182:17,
1182:22, 1182:25,
1183:5, 1183:13,
1183:16, 1184:13,
1184:18, 1184:20,
1185:2, 1185:9,
1188:22, 1188:25,
1189:4, 1189:18,
1192:2, 1192:7,
1193:13, 1193:25,
1194:7, 1194:13,
1194:16, 1194:25,
1196:5, 1196:15,

1196:25, 1197:1,
1197:3, 1197:7,
1197:18, 1198:1,
1198:12, 1198:15,
1199:6, 1199:11,
1199:13, 1199:18,
1201:1, 1201:5,
1201:14, 1201:19,
1202:3, 1202:9,
1203:3, 1203:7,
1203:11, 1203:18,
1203:25, 1204:3,
1204:7, 1204:16,
1205:6, 1205:10,
1205:12, 1205:21,
1206:10, 1206:16,
1206:20, 1207:17,
1207:20, 1207:23,
1207:25, 1208:1,
1208:3, 1208:5,
1209:2, 1209:5,
1209:6, 1209:9,
1209:10, 1209:17,
1209:20, 1211:2,
1211:4, 1211:8,
1211:9, 1211:12,
1211:16, 1211:24,
1212:1, 1214:8,
1214:14, 1216:19,
1216:21, 1218:8,
1218:19, 1218:22,
1219:18, 1219:24,
1220:5, 1221:1,
1222:3, 1222:20,
1224:23, 1224:25,
1225:2, 1225:22,
1226:1, 1226:5,
1226:10, 1226:13,
1229:9, 1229:13,
1229:16, 1230:3,
1230:4, 1231:11,
1231:15, 1231:18,
1232:1, 1232:5,
1232:9, 1232:20,
1234:2, 1234:15,
1234:16, 1235:16,
1235:17, 1235:24,
1236:4, 1236:11,
1236:14, 1236:19,
1236:24, 1237:2,
1237:8, 1237:12,
1237:17, 1237:23,
1238:5, 1238:18,
1239:1, 1239:5,
1239:6, 1239:9,
1239:18, 1240:9,
1240:23, 1242:1,
1242:2, 1243:16,
1244:15, 1245:3,
1246:5, 1246:8,
1246:21, 1246:25,

1247:12, 1247:15,
1248:12, 1248:13,
1248:16, 1248:19,
1248:25, 1249:4,
1249:8, 1249:10,
1249:18, 1249:22,
1250:8, 1250:23,
1251:10, 1251:13,
1251:17, 1252:10,
1252:12, 1252:13,
1287:6, 1287:12,
1287:15, 1288:8,
1288:15, 1288:16,
1289:3, 1289:17,
1290:11, 1290:22,
1291:3, 1291:16,
1293:23, 1293:25,
1294:14, 1294:18
**Google's** [25] -
1168:23, 1169:1,
1169:12, 1169:19,
1169:20, 1169:23,
1172:2, 1198:18,
1199:25, 1202:6,
1229:16, 1229:17,
1230:14, 1231:18,
1234:3, 1235:5,
1235:10, 1235:19,
1236:16, 1237:16,
1238:4, 1252:8,
1288:2, 1293:2,
1295:23
**gradually** [1] -
1214:10
**great** [7] - 1171:10,
1176:18, 1178:9,
1189:20, 1217:8,
1221:16, 1294:3
**gross** [1] - 1225:7
**group** [1] - 1240:17
**growing** [1] - 1289:15
**grown** [1] - 1251:18
**growth** [1] - 1236:1
**guess** [2] - 1170:25,
1196:11
**gut** [1] - 1295:1
**guts** [1] - 1287:15

# H

**half** [5] - 1216:9,
1219:22, 1227:1,
1228:16, 1289:14
**half-page** [1] -
1219:22
**hand** [3] - 1245:14,
1294:23, 1295:23
**handed** [2] - 1186:20,
1228:24
**handle** [1] - 1233:16

**hang** [2] - 1191:20,
1251:25
**happy** [1] - 1175:8
**hard** [1] - 1209:19
**head** [1] - 1190:21
**heading** [2] - 1178:23,
1244:9
**headline** [1] - 1178:24
**headlines** [1] -
1179:23
**healthy** [5] - 1201:5,
1201:14, 1201:19,
1203:6, 1223:17
**hear** [1] - 1199:10
**heard** [2] - 1288:15,
1289:17
**hearing** [1] - 1244:12
**heavily** [1] - 1245:23
**held** [1] - 1287:11
**help** [7] - 1199:7,
1214:14, 1216:8,
1221:15, 1225:11,
1231:1, 1291:15
**helping** [1] - 1236:2
**helps** [3] - 1199:11,
1202:9, 1203:3
**hide** [1] - 1220:22
**high** [8] - 1217:7,
1222:18, 1223:15,
1225:18, 1227:19,
1231:15, 1231:17,
1293:2
**high-cost** [1] - 1217:7
**high-quality** [1] -
1227:19
**higher** [6] - 1205:7,
1205:8, 1205:10,
1205:13, 1224:5,
1224:9
**highest** [13] - 1221:25,
1223:6, 1223:9,
1223:23, 1223:25,
1224:9, 1227:21,
1236:3, 1293:10,
1293:12, 1293:14
**highest-quality** [1] -
1223:9
**highly** [6] - 1199:18,
1199:19, 1199:20,
1222:12, 1222:23,
1294:22
**hit** [4] - 1197:6,
1215:22, 1217:1,
1218:10
**hold** [2] - 1213:12,
1217:12
**home** [1] - 1196:2
**Honor** [46] - 1168:6,
1174:8, 1175:2,
1175:9, 1175:22,

1176:2, 1177:9,
1186:15, 1187:23,
1189:7, 1189:11,
1190:12, 1191:23,
1201:22, 1202:1,
1202:16, 1202:19,
1202:22, 1208:21,
1208:25, 1210:22,
1210:25, 1211:17,
1213:7, 1214:3,
1214:18, 1215:7,
1217:13, 1217:16,
1218:2, 1226:20,
1228:10, 1228:15,
1228:23, 1235:14,
1241:23, 1242:23,
1244:6, 1244:7,
1252:2, 1252:4,
1252:18, 1296:2,
1296:3, 1296:4
**HONORABLE** [1] -
1165:10
**hope** [2] - 1168:3,
1232:10
**hopefully** [1] -
1192:10
**horizontal** [2] -
1186:4, 1186:8
**hour** [1] - 1228:16
**hours** [3] - 1230:22,
1230:24, 1230:25
**housekeeping** [1] -
1296:1
**huge** [1] - 1217:9
**hundred** [1] - 1243:4
**hundreds** [1] -
1240:22
**hypothetical** [1] -
1211:5

# I

**idea** [2] - 1289:3,
1289:9
**illegal** [1] - 1192:10
**Illinois** [1] - 1165:15
**image** [3] - 1192:11,
1192:14, 1193:4
**image-based** [1] -
1193:4
**imagery** [1] - 1185:5
**imagine** [3] - 1181:9,
1212:11, 1213:21
**impact** [5] - 1203:23,
1206:1, 1207:18,
1216:10, 1217:9
**impacted** [1] - 1206:6
**imperative** [1] -
1227:24
**implement** [1] -

1214:9
**implemented** [11] -
1207:2, 1211:2,
1211:8, 1211:10,
1211:25, 1212:10,
1213:20, 1222:3,
1226:5, 1226:11,
1226:13
**implements** [1] -
1206:16
**importance** [1] -
1288:1
**important** [9] -
1175:11, 1200:23,
1201:12, 1239:6,
1239:8, 1239:15,
1289:20, 1290:8,
1294:2
**importing** [1] -
1239:12
**imprecise** [1] - 1193:9
**impression** [2] -
1178:9, 1179:5
**impressions** [16] -
1177:6, 1177:13,
1178:15, 1179:8,
1179:10, 1184:5,
1194:13, 1194:15,
1194:17, 1194:19,
1194:23, 1194:24,
1194:25, 1195:11,
1196:5, 1196:13
**Impressions** [3] -
1178:6, 1178:9,
1178:14
**impressive** [1] -
1243:11
**improve** [4] - 1199:7,
1216:18, 1223:19
**improved** [1] - 1210:2
**improvement** [1] -
1241:19
**improving** [1] -
1245:23
**in-person** [1] -
1198:19
**inappropriate** [1] -
1180:18
**incentives** [3] -
1225:21, 1290:6
**include** [4] - 1207:11,
1227:23, 1229:9,
1251:8
**included** [3] -
1193:25, 1194:7,
1241:21
**includes** [2] -
1181:22, 1195:10
**including** [5] -
1179:23, 1190:22,

1204:4, 1204:17,
1215:13
**inconsistent** [2] -
1175:19, 1202:16
**incorporated** [2] -
1239:17, 1239:25
**increase** [23] - 1172:2,
1172:11, 1209:6,
1209:8, 1209:9,
1209:17, 1209:21,
1210:2, 1210:14,
1211:3, 1211:4,
1211:8, 1211:9,
1211:10, 1211:15,
1211:25, 1212:10,
1213:20, 1214:9,
1220:6, 1220:7,
1220:8, 1221:9
**increased** [5] -
1207:24, 1208:2,
1208:15, 1209:25,
1224:23
**increases** [2] - 1202:6,
1209:5
**increasing** [1] -
1172:6
**incredibly** [1] -
1251:18
**incur** [1] - 1237:25
**incurring** [1] -
1237:24
**individual** [2] -
1175:9, 1245:23
**individuals** [2] -
1168:17, 1242:8
**inefficient** [1] - 1201:9
**influence** [1] -
1200:12
**informal** [1] - 1207:6
**informally** [1] -
1207:15
**information** [5] -
1178:4, 1180:5,
1181:23, 1230:18,
1291:17
**informed** [2] -
1217:17, 1226:11
**infrastructure** [2] -
1248:11, 1248:21
**initial** [1] - 1247:23
**initiated** [1] - 1186:22
**innovate** [2] -
1288:15, 1288:16
**innovation** [2] -
1288:14, 1288:23
**input** [1] - 1291:17
**inputs** [1] - 1292:16
**Instagram** [1] - 1197:4
**instead** [3] - 1211:12,
1250:11, 1293:16

**instruction** [1] -
1212:24
**integrated** [2] -
1233:20, 1240:4
**integrates** [1] - 1239:1
**integration** [1] -
1248:12
**intelligence** [1] -
1289:8
**intended** [1] - 1248:15
**intent** [9] - 1169:17,
1169:21, 1170:12,
1170:14, 1170:19,
1171:15, 1171:16,
1171:19, 1289:7
**interact** [2] - 1195:15,
1230:3
**interacting** [1] -
1177:20
**interested** [3] -
1180:13, 1201:9,
1201:19
**interface** [4] -
1233:18, 1234:17,
1234:20, 1234:24
**interfaces** [3] -
1233:1, 1235:3,
1244:19
**internal** [2] - 1238:25,
1248:18
**Internet** [8] - 1192:12,
1192:15, 1193:5,
1193:14, 1193:17,
1288:12, 1289:3
**interrupt** [1] - 1295:13
**intraday** [2] - 1230:21,
1231:3
**introduce** [1] -
1175:25
**introduced** [1] -
1240:9
**inventory** [2] - 1185:7,
1185:9
**invest** [1] - 1245:23
**investment** [9] -
1204:12, 1211:14,
1229:25, 1231:2,
1231:5, 1236:3,
1241:1, 1290:8,
1290:11
**involved** [2] - 1244:12,
1246:20
**involves** [1] - 1248:12
**issue** [1] - 1246:25
**item** [4] - 1187:9,
1187:10
**items** [1] - 1187:9

**J**

**Jain** [1] - 1227:3
**January** [1] - 1251:22
**Japanophile** [1] -
1220:24
**Jason** [1] - 1240:14
**JERRY** [2] - 1167:3,
1168:7
**jobs** [1] - 1287:11
**JOHN** [1] - 1165:20
**JR** [1] - 1165:17
**Juda** [6] - 1199:11,
1199:16, 1224:14,
1224:16, 1224:17,
1224:22
**Judge** [1] - 1295:16
**judge** [3] - 1213:3,
1242:10, 1295:22
**JUDGE** [1] - 1165:10
**July** [1] - 1237:6
**June** [3] - 1187:1,
1190:17, 1287:10
**Justice** [1] - 1165:13

**K**

**keep** [4] - 1170:6,
1211:3, 1212:9,
1213:19
**keywords** [2] -
1185:16, 1185:21
**kind** [2] - 1213:5,
1250:22
**knob** [7] - 1206:25,
1207:4, 1207:6,
1207:9, 1207:11,
1207:13, 1207:16
**knobs** [4] - 1206:21,
1207:17, 1207:20,
1215:1
**known** [3] - 1181:16,
1199:25, 1230:5
**Kohl's** [1] - 1182:7
**Krueger** [4] - 1240:14,
1242:18, 1242:23,
1242:24

**L**

**label** [1] - 1178:5
**language** [3] -
1236:21, 1236:22,
1242:11
**large** [5] - 1193:5,
1193:8, 1206:16,
1237:19, 1238:1
**largest** [5] - 1182:6,
1182:9, 1182:10,
1215:16, 1249:8

**LaSalle** [1] - 1165:14
**last** [7] - 1190:3,
1194:3, 1236:7,
1240:21, 1243:23,
1244:14, 1244:16
**late** [1] - 1216:9
**launch** [29] - 1205:21,
1205:24, 1206:25,
1207:1, 1207:3,
1207:5, 1207:8,
1207:10, 1207:11,
1208:2, 1208:5,
1209:12, 1209:15,
1209:22, 1209:23,
1219:8, 1220:10,
1220:16, 1220:18,
1221:3, 1221:6,
1221:8, 1221:11,
1221:12, 1222:12,
1222:13, 1222:15,
1222:19
**launched** [4] - 1209:5,
1221:3, 1289:13,
1289:14
**launches** [23] -
1205:19, 1206:1,
1206:5, 1206:10,
1206:15, 1206:16,
1206:20, 1206:23,
1207:20, 1207:22,
1207:23, 1207:24,
1208:14, 1214:14,
1215:18, 1216:8,
1216:15, 1219:2,
1219:6, 1219:12,
1219:15, 1288:16
**lay** [1] - 1287:23
**lead** [3] - 1199:11,
1199:13, 1240:19
**leader** [1] - 1217:24
**leads** [1] - 1288:8
**learn** [1] - 1244:19
**learned** [1] - 1286:23
**learning** [5] - 1184:21,
1185:6, 1289:4,
1292:19, 1294:11
**least** [1] - 1243:13
**leave** [2] - 1175:22,
1252:24
**less** [5] - 1174:22,
1216:10, 1227:25,
1230:25, 1295:2
**level** [5] - 1222:18,
1242:14, 1242:24,
1245:9, 1293:2
**levers** [1] - 1206:20
**life** [1] - 1237:20
**lifetime** [2] - 1225:8,
1292:2
**lift** [1] - 1240:24

**likely** [7] - 1200:3,
1210:16, 1210:18,
1292:4, 1292:19,
1292:21, 1293:17
**limited** [2] - 1174:10,
1215:8
**line** [31] - 1171:5,
1171:6, 1171:10,
1171:11, 1174:12,
1174:13, 1175:5,
1179:24, 1186:6,
1192:19, 1192:20,
1192:23, 1202:15,
1202:25, 1208:7,
1208:8, 1210:7,
1210:8, 1212:4,
1213:15, 1216:7,
1251:23, 1252:4,
1252:25
**link** [2] - 1177:18,
1241:13
**LinkedIn** [1] - 1290:12
**links** [1] - 1180:4
**list** [1] - 1295:10
**listing** [2] - 1181:17,
1181:21
**literally** [1] - 1242:2
**live** [1] - 1217:7
**LLC** [1] - 1165:6
**LLP** [2] - 1165:17,
1165:20
**load** [1] - 1295:4
**local** [1] - 1289:23
**long-term** [9] -
1169:19, 1169:20,
1169:23, 1169:24,
1169:25, 1288:8,
1294:4, 1294:10,
1294:18
**look** [26] - 1170:23,
1171:3, 1171:10,
1174:12, 1190:9,
1192:18, 1202:13,
1212:3, 1212:20,
1212:24, 1212:25,
1215:10, 1220:12,
1220:16, 1221:1,
1221:6, 1221:15,
1226:18, 1227:9,
1235:22, 1240:21,
1290:16, 1290:18,
1290:19, 1291:16,
1292:10
**looked** [1] - 1172:16
**looking** [12] - 1176:11,
1176:12, 1176:14,
1179:16, 1191:5,
1191:8, 1210:7,
1213:2, 1213:4,
1213:5, 1221:12,

1290:10
**looks** [1] - 1242:18
**loss** [1] - 1217:8
**low** [1] - 1205:3
**lower** [5] - 1205:8,
1205:10, 1205:13,
1225:25, 1291:24
**lowest** [1] - 1218:17
**LTV** [1] - 1294:8
**lunch** [3] - 1168:4,
1168:10, 1168:11

## M

**machine** [5] -
1184:21, 1185:6,
1289:4, 1292:18,
1294:11
**machines** [1] -
1234:18
**Macy's** [1] - 1182:7
**mail** [14] - 1186:25,
1187:5, 1187:7,
1187:17, 1190:16,
1191:12, 1214:18,
1215:12, 1215:15,
1216:24, 1227:1,
1227:3, 1227:7,
1242:7
**Maine** [1] - 1165:21
**majority** [4] - 1181:11,
1183:16, 1225:16,
1290:25
**management** [5] -
1232:13, 1232:16,
1240:19, 1287:17,
1287:18
**manager** [9] -
1189:24, 1220:24,
1229:6, 1240:14,
1240:16, 1240:18,
1287:9, 1287:13,
1287:15
**managing** [1] -
1229:25
**manual** [1] - 1244:1
**manufacturers** [1] -
1249:25
**March** [2] - 1248:3,
1248:5
**margin** [2] - 1291:24,
1292:1
**marked** [1] - 1186:20
**market** [11] - 1216:1,
1227:8, 1227:13,
1227:22, 1228:7,
1237:16, 1239:10,
1239:14, 1239:20,
1240:3, 1288:19
**market-unique** [1] -

1240:3
**marketing** [1] -
1235:24
**markets** [1] - 1233:15
**matching** [1] - 1289:6
**matter** [4] - 1236:14,
1236:15, 1237:1,
1297:5
**matters** [1] - 1296:1
**max** [3] - 1288:24,
1289:2, 1289:13
**maximum** [6] -
1197:21, 1197:22,
1197:24, 1204:11,
1205:15, 1295:2
**MBA** [1] - 1287:4
**mean** [17] - 1177:12,
1181:19, 1184:15,
1193:12, 1195:6,
1206:12, 1234:7,
1238:1, 1240:2,
1242:18, 1243:21,
1244:18, 1245:6,
1247:14, 1288:19,
1291:15, 1294:8
**meaning** [1] - 1242:15
**means** [7] - 1193:13,
1195:15, 1201:2,
1216:10, 1242:2,
1243:3, 1293:9
**meant** [1] - 1177:14
**measure** [2] - 1225:9,
1290:16
**measuring** [2] -
1230:1, 1289:17
**mechanism** [2] -
1209:25, 1224:13
**media** [2] - 1174:19,
1196:20
**meet** [4] - 1202:9,
1203:3, 1214:14,
1232:5
**MEHTA** [1] - 1165:10
**members** [5] - 1188:6,
1189:17, 1189:20,
1215:12, 1244:20
**mention** [1] - 1217:9
**mentioned** [1] -
1224:25
**merchandise** [1] -
1225:8
**merchant** [1] -
1250:22
**Mercury** [2] - 1172:9,
1172:11
**merely** [1] - 1177:20
**message** [1] - 1236:24
**messages** [1] -
1220:22
**messaging** [1] -

1245:2
**met** [1] - 1229:3
**metadata** [1] - 1244:7
**method** [1] - 1194:20
**metric** [4] - 1225:1,
1225:3, 1225:5,
1225:9
**metrics** [5] - 1223:10,
1224:2, 1225:6,
1243:6, 1243:11
**MICHAEL** [1] - 1166:2
**Microsoft** [20] -
1232:20, 1232:23,
1232:24, 1233:4,
1233:5, 1234:15,
1234:16, 1239:21,
1239:23, 1240:1,
1240:5, 1244:16,
1246:4, 1246:9,
1246:16, 1246:17,
1246:21, 1247:19,
1248:3, 1248:5
**Microsoft's** [1] -
1246:24
**mid** [1] - 1216:9
**might** [7] - 1184:16,
1225:13, 1232:11,
1237:13, 1238:17,
1241:9, 1250:2
**mill** [3] - 1195:1,
1196:6, 1196:12
**mill/cost** [1] - 1195:7
**millions** [2] - 1198:20,
1198:22
**mind** [1] - 1207:14
**mine** [1] - 1191:2
**minimum** [2] -
1218:14, 1218:16
**minority** [1] - 1243:24
**minute** [3] - 1180:10,
1252:1, 1252:24
**miss** [1] - 1215:24
**mission** [1] - 1246:1
**mixed** [2] - 1242:25,
1243:1
**model** [2] - 1291:24,
1291:25
**modeled** [2] -
1196:25, 1197:3
**models** [3] - 1291:23,
1292:3, 1294:11
**moderates** [1] -
1180:18
**modification** [1] -
1205:21
**modify** [1] - 1206:17
**moment** [2] - 1246:4,
1250:25
**momiji** [7] - 1220:11,
1220:14, 1220:18,

1220:21, 1221:3,
1221:8
**Momiji** [1] - 1220:25
**money** [3] - 1176:25,
1227:25, 1228:1
**moral** [1] - 1227:24
**morale** [1] - 1217:9
**morning** [2] - 1295:19,
1296:5
**most** [11] - 1196:10,
1201:12, 1201:16,
1210:13, 1230:18,
1237:13, 1237:22,
1248:23, 1249:5,
1251:2, 1289:12
**move** [14] - 1175:4,
1175:9, 1176:14,
1183:13, 1187:25,
1189:11, 1191:22,
1201:25, 1211:17,
1211:21, 1218:1,
1228:12, 1238:12,
1244:14
**moved** [2] - 1175:11,
1210:23
**movie** [1] - 1250:20
**movies** [1] - 1251:3
**MR** [79] - 1168:6,
1168:9, 1174:11,
1175:2, 1175:8,
1175:12, 1175:18,
1176:2, 1176:4,
1178:2, 1186:15,
1186:19, 1187:23,
1188:2, 1188:5,
1189:7, 1189:11,
1189:13, 1191:19,
1191:23, 1191:24,
1194:5, 1194:6,
1194:10, 1195:18,
1201:22, 1201:25,
1202:2, 1202:16,
1202:18, 1202:22,
1202:23, 1205:5,
1208:21, 1208:25,
1209:1, 1210:22,
1210:25, 1211:1,
1211:17, 1211:19,
1211:22, 1213:3,
1213:7, 1213:10,
1213:13, 1214:3,
1214:6, 1214:7,
1214:22, 1214:24,
1215:3, 1215:7,
1215:9, 1217:12,
1217:14, 1217:16,
1217:19, 1218:6,
1226:20, 1226:23,
1228:10, 1228:15,
1228:23, 1229:2,

1242:6, 1242:21,
1245:19, 1252:2,
1252:4, 1252:5,
1252:18, 1286:20,
1292:24, 1295:16,
1295:22, 1296:2,
1296:3, 1296:4
**multiple** [9] - 1200:8,
1232:17, 1233:21,
1234:25, 1235:1,
1235:2, 1237:14,
1245:24, 1292:10
**music** [1] - 1251:4

## N

**name** [4] - 1190:16,
1229:3, 1238:25,
1249:22
**named** [2] - 1220:10,
1227:3
**names** [5] - 1219:5,
1219:6, 1249:23,
1249:24, 1249:25
**native** [16] - 1229:16,
1229:20, 1230:4,
1231:11, 1232:20,
1233:7, 1234:12,
1234:23, 1235:1,
1235:4, 1236:6,
1236:9, 1240:5,
1244:22, 1244:25,
1245:9
**nature** [1] - 1230:1
**Nebraska** [2] -
1165:17, 1229:4
**necessarily** [9] -
1168:24, 1169:11,
1170:17, 1183:6,
1186:11, 1188:12,
1201:10, 1202:8,
1293:10
**need** [11] - 1180:16,
1199:21, 1213:5,
1216:10, 1217:1,
1224:5, 1237:25,
1244:19, 1245:16,
1251:25, 1293:10
**needed** [1] - 1248:25
**needs** [3] - 1224:9,
1249:3, 1288:5
**negative** [1] - 1206:8
**net** [1] - 1220:8
**network** [1] - 1235:25
**networks** [2] -
1193:15, 1193:16
**neutral** [6] - 1236:2,
1236:5, 1236:17,
1236:23, 1237:1,
1237:4

**never** [9] - 1193:25, 1194:7, 1194:12, 1223:21, 1227:8, 1227:13, 1228:4, 1252:8, 1252:10
**new** [3] - 1244:20, 1248:9, 1248:10
**New** [7] - 1165:19, 1166:4, 1195:8, 1195:10, 1244:11
**newer** [1] - 1196:25
**newspaper** [2] - 1219:22, 1250:2
**next** [9] - 1178:23, 1191:22, 1215:22, 1216:7, 1216:24, 1217:5, 1222:1, 1248:10, 1295:5
**nice** [1] - 1168:3
**nobody** [2] - 1223:15, 1291:12
**none** [1] - 1193:23
**nonpublic** [1] - 1170:25
**nonresponsive** [1] - 1211:18
**normal** [1] - 1200:19
**Northwest** [1] - 1166:6
**nothing** [1] - 1202:16
**notice** [1] - 1226:3
**noticed** [1] - 1226:2
**noting** [1] - 1179:3
**Number** [1] - 1165:3
**number** [15] - 1172:2, 1181:7, 1199:14, 1200:11, 1206:16, 1217:14, 1217:17, 1229:20, 1233:10, 1238:5, 1242:7, 1245:14, 1251:15, 1288:11, 1289:2
**numbers** [3] - 1215:8, 1215:11, 1217:1
**NYX** [6] - 1238:21, 1238:24, 1239:3, 1239:5, 1239:6, 1239:17

## O

**oath** [2] - 1251:23, 1252:16
**object** [1] - 1175:19
**objection** [7] - 1188:1, 1188:2, 1189:7, 1191:19, 1201:22, 1211:19, 1295:24
**objective** [15] - 1190:6, 1191:13,
1191:14, 1204:11, 1225:20, 1231:22, 1231:24, 1231:25, 1232:5, 1232:6, 1288:3, 1289:6, 1289:11, 1290:5, 1292:23
**objectives** [10] - 1225:10, 1225:11, 1231:7, 1231:9, 1231:23, 1232:11, 1289:22, 1292:6, 1292:8, 1292:22
**obtrusive** [1] - 1227:17
**occurred** [2] - 1220:18, 1253:1
**occurs** [1] - 1242:3
**October** [4] - 1187:5, 1187:18, 1187:20, 1215:19
**OF** [5] - 1165:1, 1165:3, 1165:9, 1297:1, 1297:9
**offer** [5] - 1235:3, 1246:8, 1246:13, 1288:6, 1288:20
**offered** [6] - 1173:7, 1230:2, 1235:3, 1252:9, 1252:11, 1295:24
**offers** [1] - 1173:3
**officer** [1] - 1216:5
**OFFICIAL** [1] - 1297:1
**Official** [1] - 1166:6
**offs** [1] - 1216:19
**often** [9] - 1188:12, 1188:19, 1189:2, 1190:5, 1196:7, 1196:10, 1244:25, 1248:25, 1292:10
**onboarding** [1] - 1244:20
**once** [2] - 1196:4, 1252:22
**one** [61] - 1168:22, 1169:1, 1171:23, 1171:25, 1172:2, 1172:8, 1173:25, 1175:3, 1175:4, 1176:7, 1178:13, 1179:23, 1179:24, 1182:10, 1184:24, 1185:2, 1192:15, 1193:5, 1193:8, 1193:11, 1200:8, 1200:9, 1201:2, 1201:6, 1201:8, 1201:10, 1201:12, 1201:14, 1201:15,
1201:20, 1202:3, 1202:10, 1203:22, 1206:4, 1208:21, 1210:22, 1211:23, 1217:12, 1222:6, 1224:18, 1226:7, 1226:15, 1226:24, 1230:4, 1231:4, 1241:24, 1245:8, 1247:23, 1249:7, 1249:16, 1249:17, 1288:9, 1288:11, 1288:23, 1290:13, 1291:23, 1291:24, 1294:12, 1295:22
**ones** [2] - 1175:25, 1233:13
**ongoing** [2] - 1245:18, 1245:21
**online** [5] - 1198:19, 1235:25, 1236:1, 1236:3, 1236:10
**open** [2] - 1228:11, 1228:14
**opening** [1] - 1234:1
**operate** [5] - 1193:15, 1233:8, 1233:11, 1236:5, 1245:24
**operated** [3] - 1192:16, 1193:5, 1193:8
**operates** [1] - 1234:6
**opportunity** [1] - 1228:14
**opposed** [2] - 1185:3, 1242:3
**optimal** [1] - 1174:22
**optimize** [2] - 1231:7, 1231:8
**option** [1] - 1183:11
**optionality** [1] - 1291:12
**options** [1] - 1191:11
**order** [25] - 1168:2, 1174:22, 1178:21, 1185:9, 1186:6, 1195:16, 1199:7, 1199:21, 1206:16, 1218:14, 1218:16, 1220:1, 1223:19, 1224:5, 1224:9, 1225:6, 1228:8, 1228:21, 1230:12, 1288:19, 1291:12, 1292:8, 1292:20, 1294:25
**organic** [1] - 1294:24
**oriented** [1] - 1207:15
**otherwise** [3] - 1223:20, 1237:25,
1288:12
**outlined** [1] - 1189:20
**outside** [1] - 1233:8
**overall** [1] - 1295:3
**overnight** [1] - 1295:21
**oversaw** [1] - 1229:13
**overview** [2] - 1173:1, 1234:5
**own** [8] - 1186:8, 1189:19, 1190:1, 1191:7, 1191:17, 1225:10, 1233:1, 1244:1
**owned** [4] - 1192:15, 1193:5, 1193:8, 1193:13

## P

**p.m** [4] - 1165:6, 1228:20, 1296:6
**pace** [1] - 1246:25
**packaged** [1] - 1251:16
**Page** [1] - 1172:19
**page** [74] - 1169:13, 1171:5, 1171:6, 1171:8, 1171:10, 1172:22, 1172:23, 1173:16, 1174:12, 1174:13, 1174:18, 1174:21, 1175:5, 1176:7, 1176:16, 1176:20, 1177:5, 1178:4, 1178:23, 1179:1, 1179:14, 1179:16, 1179:17, 1181:15, 1183:24, 1185:14, 1185:23, 1186:4, 1186:24, 1187:3, 1187:4, 1187:5, 1190:13, 1192:2, 1192:19, 1192:20, 1192:21, 1192:22, 1194:8, 1195:9, 1195:13, 1196:2, 1202:14, 1202:15, 1202:24, 1208:7, 1208:8, 1210:7, 1212:4, 1212:7, 1212:17, 1212:23, 1213:15, 1219:20, 1219:22, 1220:2, 1226:24, 1235:22, 1240:21, 1242:9, 1242:12, 1244:9, 1244:14, 1244:15, 1245:13, 1245:15, 1245:22,
1251:20, 1251:23, 1294:24
**pages** [1] - 1181:15
**paid** [5] - 1178:14, 1178:15, 1205:8, 1242:1, 1242:3
**painted** [1] - 1220:21
**pandemic** [1] - 1291:9
**paper** [1] - 1171:1
**papers** [1] - 1214:21
**paragraph** [4] - 1215:16, 1216:24, 1235:23, 1245:22
**parameter** [1] - 1207:7
**parameters** [1] - 1209:22
**pardon** [1] - 1247:14
**part** [6] - 1190:25, 1207:4, 1216:20, 1224:12, 1236:7, 1249:5
**partially** [1] - 1197:5
**participant** [3] - 1201:2, 1201:11, 1224:19
**participants** [4] - 1210:1, 1210:3, 1210:4, 1221:21
**participate** [4] - 1204:14, 1218:17, 1221:24, 1225:20
**participated** [1] - 1243:13
**particular** [5] - 1205:8, 1205:9, 1227:9, 1240:18, 1248:19
**particularly** [1] - 1193:3
**parties** [1] - 1252:23
**partner** [1] - 1169:5
**party** [10] - 1175:6, 1208:23, 1210:23, 1214:4, 1236:2, 1236:6, 1236:17, 1236:23, 1237:1, 1237:4
**past** [1] - 1251:18
**Patterson** [1] - 1165:17
**pay** [22] - 1171:24, 1172:1, 1176:24, 1195:10, 1195:16, 1197:21, 1197:24, 1200:11, 1200:16, 1200:21, 1201:13, 1204:12, 1205:15, 1218:16, 1218:18, 1220:1, 1238:1, 1292:5, 1293:8, 1293:10, 1293:13,

1293:19
**paying** [2] - 1177:19,
1218:20
**payments** [1] -
1287:14
**pays** [8] - 1177:16,
1177:17, 1200:9,
1200:13, 1218:14,
1222:7, 1222:9,
1293:7
**peer** [2] - 1191:2,
1191:16
**Pennsylvania** [1] -
1287:5
**penny** [1] - 1200:20
**people** [14] - 1194:21,
1195:9, 1195:11,
1202:6, 1203:4,
1219:22, 1220:1,
1223:14, 1243:4,
1247:12, 1247:15,
1288:11, 1289:25,
1291:10
**per** [24] - 1176:8,
1176:24, 1184:2,
1195:1, 1195:4,
1195:7, 1195:14,
1196:5, 1196:12,
1198:20, 1198:21,
1198:22, 1198:24,
1199:2, 1199:3,
1205:7, 1206:10,
1206:13, 1220:6,
1220:7, 1220:8,
1230:10
**percent** [35] - 1180:25,
1181:5, 1206:14,
1207:21, 1207:24,
1208:2, 1208:4,
1208:15, 1209:3,
1209:4, 1209:5,
1209:9, 1209:17,
1209:21, 1210:14,
1211:3, 1211:8,
1211:10, 1211:15,
1211:25, 1212:10,
1213:20, 1214:9,
1215:17, 1215:18,
1216:10, 1221:5,
1224:11, 1240:24,
1241:3, 1241:19,
1242:25, 1243:1,
1243:3, 1243:14
**percentage** [4] -
1181:4, 1223:17,
1243:10, 1294:21
**performance** [4] -
1238:18, 1288:24,
1289:2, 1289:13
**perhaps** [1] - 1221:5

**period** [1] - 1230:11
**person** [7] - 1198:19,
1201:8, 1202:10,
1217:6, 1217:23,
1217:25, 1292:13
**personalization** [1] -
1292:21
**personally** [1] -
1206:5
**perspective** [6] -
1188:22, 1188:25,
1189:4, 1189:22,
1189:24, 1230:14
**Peter** [1] - 1235:13
**Ph.D** [2] - 1199:16,
1199:21
**Ph.D.s** [2] - 1199:6,
1199:23
**phone** [2] - 1241:10,
1289:24
**phrasing** [1] - 1232:14
**physical** [1] - 1183:18
**pictorial** [3] - 1192:11,
1193:4, 1195:24
**picture** [5] - 1181:22,
1181:24, 1192:14,
1195:22, 1234:22
**piece** [1] - 1214:3
**pieces** [2] - 1208:22,
1210:23
**Pitch** [1] - 1244:11
**pitch** [1] - 1245:3
**PLA** [2] - 1183:23,
1186:1
**place** [8] - 1170:19,
1172:5, 1174:18,
1184:17, 1222:24,
1223:16, 1232:19,
1249:16
**placement** [1] -
1229:17
**places** [5] - 1184:18,
1222:24, 1223:6,
1250:11, 1293:23
**plaintiff** [2] - 1187:25,
1287:22
**PLAINTIFFS** [1] -
1168:7
**plaintiffs** [1] - 1287:22
**Plaintiffs** [3] - 1165:4,
1165:13, 1165:16
**plan** [3] - 1215:19,
1215:22, 1226:9
**PLAs** [8] - 1181:16,
1183:17, 1185:23,
1187:13, 1187:18,
1187:20, 1189:14,
1197:10
**platform** [2] - 1235:25,
1237:21

**platforms** [5] -
1229:13, 1232:17,
1233:8, 1233:21,
1237:3
**play** [2] - 1288:2,
1290:8
**player** [1] - 1239:19
**pleased** [1] - 1247:7
**plus** [1] - 1242:25
**point** [8] - 1175:2,
1191:8, 1194:19,
1227:15, 1231:20,
1234:10, 1234:11,
1294:10
**policies** [1] - 1180:16
**policy** [2] - 1180:22,
1198:7
**pop** [1] - 1227:17
**pop-up** [1] - 1227:17
**population** [1] -
1243:12
**Porat** [1] - 1216:4
**portion** [1] - 1252:19
**position** [5] - 1219:19,
1219:23, 1229:5,
1229:12, 1244:10
**positive** [1] - 1206:8
**possible** [12] - 1171:1,
1197:14, 1209:4,
1211:11, 1226:3,
1226:4, 1232:4,
1237:21, 1238:11,
1245:12, 1247:20,
1247:21
**possibly** [1] - 1179:23
**post** [1] - 1249:5
**post-amalgam** [1] -
1249:5
**potential** [1] - 1232:8
**potentially** [2] -
1209:23, 1249:24
**precise** [4] - 1174:4,
1191:21, 1207:11,
1233:10
**predecessor** [1] -
1235:11
**predict** [1] - 1292:19
**predominant** [2] -
1196:11
**prefer** [2] - 1244:18,
1245:6
**premium** [1] - 1238:2
**prepared** [1] - 1250:15
**presentation** [3] -
1173:1, 1244:12,
1244:13
**preserve** [1] - 1291:12
**president** [3] - 1229:5,
1229:12, 1287:9
**pressure** [5] - 1227:8,

1227:13, 1227:22,
1228:4, 1228:7
**pretty** [5] - 1191:21,
1194:18, 1205:3,
1215:25, 1224:11
**prevent** [1] - 1221:23
**previous** [3] -
1212:17, 1212:23,
1241:20
**previously** [4] -
1172:5, 1204:25,
1207:21, 1235:8
**price** [37] - 1181:22,
1200:1, 1200:2,
1200:7, 1200:10,
1200:15, 1200:19,
1200:20, 1200:21,
1200:22, 1200:23,
1201:13, 1204:13,
1204:14, 1205:13,
1205:18, 1209:5,
1209:9, 1209:17,
1209:21, 1211:3,
1211:8, 1211:10,
1211:15, 1211:25,
1214:9, 1217:8,
1218:17, 1218:19,
1218:20, 1222:15,
1222:17, 1225:18,
1293:5, 1293:6,
1293:14
**priced** [1] - 1198:2
**prices** [18] - 1197:18,
1197:20, 1198:16,
1204:4, 1204:7,
1204:8, 1204:16,
1206:8, 1207:21,
1207:24, 1208:2,
1208:4, 1208:15,
1209:3, 1210:2,
1225:22, 1225:23,
1225:25
**pricing** [35] - 1191:8,
1198:17, 1203:22,
1203:23, 1204:25,
1206:2, 1206:6,
1206:20, 1206:21,
1206:25, 1207:4,
1207:6, 1207:9,
1207:11, 1207:13,
1207:15, 1207:16,
1207:17, 1207:18,
1207:20, 1209:25,
1218:10, 1218:13,
1218:22, 1218:23,
1219:8, 1219:13,
1219:15, 1219:18,
1219:24, 1220:5,
1220:15, 1226:1,
1226:16, 1295:12

**pricing-oriented** [1] -
1207:15
**primarily** [2] - 1195:4,
1292:21
**primary** [5] - 1194:16,
1194:20, 1233:13,
1248:17
**problem** [8] - 1192:22,
1196:4, 1223:13,
1245:1, 1245:7,
1245:8, 1246:13,
1247:11
**problems** [1] -
1214:22
**proceed** [1] - 1175:8
**proceedings** [2] -
1286:17, 1297:4
**Proceedings** [2] -
1166:9, 1296:6
**proceeds** [1] -
1241:14
**process** [16] - 1169:5,
1185:6, 1197:7,
1198:17, 1199:11,
1199:13, 1204:1,
1205:22, 1206:2,
1206:11, 1206:17,
1219:3, 1221:4,
1224:6, 1226:14,
1294:5
**produced** [1] -
1166:10
**product** [43] -
1180:14, 1181:16,
1181:21, 1181:23,
1182:1, 1183:4,
1183:9, 1183:22,
1184:8, 1184:10,
1185:4, 1185:7,
1186:6, 1188:13,
1188:21, 1220:24,
1228:7, 1229:13,
1229:15, 1236:18,
1236:23, 1238:25,
1239:16, 1240:16,
1240:18, 1240:19,
1241:9, 1241:15,
1241:16, 1248:10,
1249:12, 1249:18,
1249:22, 1249:23,
1250:4, 1287:13,
1287:15, 1287:17,
1287:18, 1287:19,
1289:15
**products** [28] -
1180:11, 1182:16,
1182:21, 1183:18,
1185:8, 1185:24,
1185:25, 1186:1,
1188:7, 1188:11,

1188:15, 1188:23,
1189:1, 1189:3,
1189:22, 1190:7,
1191:13, 1225:16,
1229:7, 1229:14,
1249:24, 1250:10,
1250:13, 1250:16,
1251:13, 1288:2
**profit** [1] - 1292:1
**programming** [3] -
1234:17, 1234:20,
1235:2
**progress** [1] - 1247:8
**project** [10] - 1172:8,
1238:21, 1239:3,
1239:5, 1239:17,
1240:14, 1247:12,
1248:7, 1248:15
**Project** [2] - 1172:9,
1172:11
**projects** [1] - 1172:5
**promote** [2] - 1186:6,
1236:19
**promoted** [1] - 1240:9
**pronounce** [1] -
1238:23
**properties** [6] -
1192:16, 1193:6,
1193:8, 1193:11,
1193:13, 1229:13
**prospect** [2] - 1169:8,
1169:13
**provenance** [1] -
1220:25
**provide** [3] - 1288:12,
1289:10, 1290:22
**providers** [1] - 1235:3
**provides** [5] - 1185:4,
1232:8, 1233:20
**providing** [2] - 1232:7,
1245:9
**PSX-191** [2] - 1186:20,
1191:5
**PSX1109** [1] - 1235:13
**PSX191** [4] - 1187:17,
1187:25, 1188:4,
1190:10
**PSX191**......................
............................ [1]
- 1167:8
**PSX386** [1] - 1241:22
**PSX460** [1] - 1244:5
**PSX854.034** [1] -
1233:25
**PSX909** [1] - 1240:13
**public** [3] - 1235:16,
1252:19, 1252:25
**PUBLIC** [1] - 1165:9
**punished** [1] -
1215:25

**purchase** [15] -
1168:18, 1168:20,
1180:8, 1180:15,
1180:22, 1182:16,
1182:22, 1182:25,
1183:5, 1183:7,
1183:10, 1197:15,
1241:15, 1241:16,
1289:25
**purchased** [3] -
1168:15, 1181:25,
1194:21
**purchasers** [3] -
1182:6, 1182:9,
1182:10
**purchasing** [2] -
1169:5, 1182:10
**push** [1] - 1218:3
**put** [10] - 1170:24,
1171:22, 1172:5,
1176:5, 1177:9,
1187:22, 1192:10,
1194:12, 1203:10,
1233:25

## Q

**qualities** [1] - 1287:15
**quality** [16] - 1206:13,
1216:17, 1223:9,
1223:15, 1227:19,
1227:21, 1227:23,
1228:9, 1288:1,
1288:2, 1288:4,
1293:3, 1293:20,
1293:24, 1294:12,
1294:19
**quantity** [1] - 1195:7
**quarter** [5] - 1215:23,
1216:9, 1216:23,
1217:1, 1219:21
**quartile** [2] - 1187:4,
1190:15
**queries** [14] - 1170:8,
1170:11, 1172:3,
1172:6, 1172:12,
1185:18, 1185:19,
1201:16, 1209:3,
1209:4, 1215:18,
1293:13, 1293:15,
1294:21
**query** [28] - 1169:16,
1170:14, 1170:20,
1171:23, 1171:25,
1173:16, 1173:19,
1173:22, 1174:2,
1174:23, 1176:20,
1178:18, 1183:11,
1184:14, 1184:25,
1185:21, 1193:20,

1194:1, 1194:8,
1194:12, 1196:22,
1198:13, 1205:14,
1227:20, 1292:20,
1292:21, 1293:21,
1294:13
**questions** [8] -
1208:12, 1221:10,
1228:16, 1252:19,
1286:24, 1287:21,
1287:24, 1289:16
**quick** [1] - 1215:2
**quickly** [3] - 1248:24,
1287:23, 1295:15
**quota** [1] - 1215:23
**quote** [1] - 1236:17

## R

**Raghavan** [1] -
1215:13
**raise** [3] - 1204:7,
1204:16, 1207:20
**raised** [1] - 1209:2
**raises** [1] - 1225:22
**ran** [1] - 1243:24
**randomization** [5] -
1222:12, 1224:6,
1224:10, 1224:12,
1226:6
**randomized** [2] -
1222:15, 1222:17
**randomly** [1] -
1224:20
**rank** [3] - 1223:24,
1223:25, 1225:2
**rapidly** [1] - 1251:18
**rate** [3] - 1195:11,
1231:16, 1231:17
**rather** [1] - 1244:22
**re** [8] - 1187:11,
1197:25, 1209:16,
1211:21, 1213:7,
1213:9, 1213:18,
1217:18
**re-ask** [8] - 1187:11,
1197:25, 1209:16,
1211:21, 1213:7,
1213:9, 1213:18,
1217:18
**reach** [1] - 1174:20
**reacts** [1] - 1230:12
**read** [7] - 1186:21,
1187:10, 1196:3,
1196:4, 1212:23,
1215:11, 1217:17
**reading** [1] - 1212:17
**reads** [1] - 1244:15
**ready** [2] - 1168:5,
1228:12

**real** [13] - 1230:9,
1239:21, 1239:23,
1240:5, 1243:22,
1243:23, 1246:5,
1246:8, 1246:16,
1246:21, 1247:1,
1247:10, 1247:16
**real-time** [13] - 1230:9,
1239:21, 1239:23,
1240:5, 1243:22,
1243:23, 1246:5,
1246:8, 1246:16,
1246:21, 1247:1,
1247:10, 1247:16
**reallocate** [1] -
1211:12
**really** [8] - 1187:3,
1201:10, 1203:2,
1225:13, 1227:8,
1227:13, 1228:4,
1234:14
**reason** [12] - 1191:11,
1211:7, 1211:24,
1212:12, 1213:22,
1223:11, 1234:22,
1237:12, 1237:13,
1237:17, 1246:12,
1248:20
**reasonable** [1] -
1216:19
**reasonably** [1] -
1199:20
**reasons** [1] - 1288:20
**RECEIVED** [1] -
1167:7
**received** [1] - 1188:4
**receives** [1] - 1177:22
**receiving** [2] - 1169:9,
1169:13
**recent** [1] - 1210:13
**recently** [1] - 1289:13
**Recess** [1] - 1228:20
**recognize** [1] -
1237:16
**record** [2] - 1175:21,
1297:4
**recorded** [1] - 1166:9
**redacted** [6] -
1214:18, 1214:19,
1214:20, 1214:23,
1217:17, 1226:21
**redactions** [3] -
1215:8, 1226:21,
1244:7
**redoing** [1] - 1217:21
**Reese** [2] - 1242:16,
1242:20
**refer** [4] - 1228:24,
1232:13, 1243:7,
1293:20

**reference** [2] -
1221:17, 1236:11
**referencing** [2] -
1209:15, 1244:21
**referred** [1] - 1207:16
**referring** [5] -
1209:12, 1209:22,
1209:23, 1233:7,
1234:2
**refers** [2] - 1193:4,
1216:4
**reflected** [1] - 1173:4
**regardless** [3] -
1236:3, 1236:6,
1236:10
**regular** [1] - 1293:13
**regularly** [1] - 1292:14
**reimplementing** [1] -
1248:19
**related** [6] - 1205:24,
1206:14, 1215:8,
1220:14, 1220:15,
1294:12
**relation** [1] - 1222:20
**relative** [3] - 1241:20,
1251:17, 1252:13
**relatively** [1] - 1243:12
**released** [1] - 1227:16
**relevance** [1] -
1201:12
**relevant** [9] - 1201:11,
1205:14, 1227:19,
1227:20, 1289:12,
1293:11, 1293:17,
1293:19, 1293:21
**remember** [2] -
1220:20, 1293:4
**renamed** [1] - 1237:5
**rendered** [1] - 1195:12
**repeat** [1] - 1188:9
**report** [3] - 1242:14,
1242:23, 1242:24
**reported** [1] - 1190:23
**Reporter** [1] - 1166:6
**REPORTER** [2] -
1297:1, 1297:9
**reporting** [1] -
1243:11
**represent** [3] -
1181:11, 1225:16,
1235:15
**representative** [1] -
1231:24
**representing** [2] -
1236:4, 1236:14
**represents** [1] -
1197:23
**request** [2] - 1208:22,
1210:23
**requested** [1] -

1246:16
**requests** [1] - 1247:9
**require** [1] - 1250:19
**reserve** [9] - 1201:13,
1204:4, 1204:8,
1204:13, 1204:25,
1218:10, 1218:13,
1218:20, 1218:23
**reserves** [1] - 1204:17
**resolve** [1] - 1171:16
**respect** [4] - 1175:3,
1175:4, 1177:10,
1218:8
**respectfully** [1] -
1208:22
**respond** [1] - 1185:21
**response** [23] -
1170:8, 1170:11,
1170:20, 1173:16,
1173:18, 1173:22,
1174:2, 1174:23,
1176:20, 1176:22,
1178:18, 1183:10,
1184:14, 1184:25,
1185:17, 1186:22,
1193:20, 1193:25,
1194:8, 1194:12,
1196:22, 1198:13,
1294:13
**responsible** [2] -
1229:6, 1287:16
**rest** [2] - 1212:20,
1215:11
**restart** [1] - 1173:13
**restate** [5] - 1170:18,
1173:8, 1176:18,
1180:12, 1182:20
**restrictions** [1] -
1192:9
**result** [9] - 1173:16,
1176:25, 1198:17,
1205:6, 1209:8,
1209:23, 1210:5,
1211:9, 1221:1
**resulted** [8] - 1209:6,
1209:10, 1209:12,
1209:13, 1209:17,
1210:15, 1210:16,
1221:8
**results** [14] - 1169:13,
1172:23, 1174:18,
1174:21, 1176:7,
1176:20, 1177:5,
1183:24, 1185:14,
1194:8, 1198:2,
1205:17, 1219:20,
1235:25
**Results** [1] - 1172:19
**resume** [2] - 1228:18,
1295:18

**RESUMED** [1] -
1168:7
**retail** [4] - 1251:15,
1251:24, 1252:7,
1252:14
**retailer** [3] - 1241:12,
1251:8, 1289:25
**retailer's** [1] - 1241:14
**retailers** [3] - 1181:25,
1182:7, 1182:9
**return** [11] - 1204:12,
1211:14, 1214:12,
1229:25, 1231:2,
1231:5, 1236:3,
1241:1, 1290:7,
1290:10, 1290:15
**returned** [1] - 1173:11
**revenue** [23] - 1202:6,
1202:9, 1203:4,
1209:6, 1209:8,
1211:4, 1211:9,
1211:25, 1212:10,
1213:20, 1214:15,
1215:19, 1216:15,
1216:19, 1216:21,
1217:6, 1217:23,
1217:25, 1224:23,
1225:17, 1288:8,
1294:14, 1294:18
**revenues** [1] -
1177:22
**review** [1] - 1249:25
**reviewing** [1] -
1244:12
**revise** [1] - 1247:5
**RGSP** [18] - 1222:13,
1222:15, 1222:19,
1222:23, 1223:2,
1223:5, 1223:8,
1223:23, 1224:2,
1224:4, 1224:8,
1224:15, 1224:16,
1224:18, 1224:23,
1226:6, 1226:11
**right-hand** [2] -
1245:14, 1294:23
**ring** [1] - 1289:24
**ROAS** [2] - 1290:14,
1290:23
**ROI** [8] - 1240:25,
1241:1, 1289:18,
1290:7, 1290:23,
1291:4, 1291:16,
1292:16
**role** [4] - 1239:3,
1287:8, 1288:1,
1290:8
**rolled** [1] - 1243:9
**Room** [1] - 1166:7
**Rosati** [1] - 1166:2

**roughly** [3] - 1206:12,
1246:19, 1248:18
**route** [2] - 1171:2,
1174:8
**row** [1] - 1215:23
**RPR** [1] - 1166:6
**rules** [1] - 1203:25
**run** [13] - 1192:11,
1192:15, 1198:23,
1198:25, 1199:2,
1199:3, 1221:11,
1232:1, 1232:3,
1232:7, 1237:1,
1249:10, 1251:10
**runaway** [1] - 1221:23
**runner** [6] - 1200:9,
1200:17, 1200:23,
1223:2, 1293:7
**runner-up** [5] -
1200:9, 1200:23,
1223:2, 1293:7
**runner-up's** [1] -
1200:17
**running** [2] - 1193:14,
1198:11
**runs** [1] - 1193:5
**Ruth** [3] - 1215:24,
1216:4

---

**S**

---

**SA** [1] - 1238:4
**SA360** [43] - 1229:10,
1234:11, 1234:19,
1235:5, 1235:8,
1235:11, 1236:25,
1237:5, 1237:8,
1237:12, 1237:13,
1237:18, 1237:20,
1237:24, 1238:9,
1238:12, 1238:16,
1239:1, 1240:4,
1240:9, 1242:15,
1243:8, 1243:12,
1243:16, 1243:20,
1243:25, 1244:3,
1244:16, 1244:21,
1245:3, 1246:2,
1246:9, 1246:17,
1246:20, 1246:22,
1247:1, 1247:15,
1247:17, 1248:9,
1248:10, 1248:13,
1249:1, 1249:4
**sale** [1] - 1250:9
**sales** [6] - 1215:22,
1217:9, 1225:7,
1244:13, 1290:20,
1291:21
**SARA** [1] - 1166:6

**Sara** [2] - 1297:3,
1297:8
**satisfied** [2] - 1170:2,
1170:5
**satisfy** [1] - 1288:5
**satisfying** [1] -
1169:20
**saw** [1] - 1240:23
**scenes** [1] - 1198:12
**SCHMIDTLEIN** [3] -
1165:20, 1214:22,
1296:4
**School** [1] - 1287:4
**scientists** [1] - 1199:6
**score** [1] - 1224:1
**screen** [9] - 1170:25,
1172:17, 1174:7,
1177:9, 1177:17,
1214:23, 1242:9,
1242:10
**screens** [1] - 1186:17
**scrollable** [1] - 1186:4
**seal** [1] - 1253:1
**sealed** [1] - 1286:17
**seamless** [1] -
1244:20
**seamlessly** [1] -
1245:10
**search** [128] - 1169:13,
1169:16, 1171:23,
1171:25, 1172:14,
1172:23, 1172:25,
1173:3, 1173:6,
1173:10, 1173:13,
1173:15, 1173:16,
1173:18, 1173:21,
1174:1, 1174:17,
1174:21, 1174:23,
1176:6, 1176:7,
1176:19, 1176:20,
1176:22, 1177:2,
1177:5, 1177:17,
1178:14, 1178:15,
1178:18, 1179:4,
1179:10, 1180:25,
1181:4, 1181:10,
1181:11, 1181:21,
1182:13, 1183:10,
1183:24, 1185:14,
1188:6, 1189:5,
1189:17, 1189:25,
1190:21, 1190:25,
1191:3, 1192:1,
1194:7, 1195:3,
1197:7, 1198:18,
1199:3, 1199:4,
1199:12, 1199:25,
1202:4, 1204:1,
1204:3, 1204:7,
1205:7, 1205:9,

1206:2, 1206:6,
1206:13, 1206:17,
1206:22, 1207:18,
1207:21, 1209:2,
1209:6, 1209:10,
1209:11, 1209:13,
1209:18, 1209:24,
1210:14, 1211:3,
1216:14, 1216:16,
1218:9, 1218:14,
1219:3, 1219:5,
1219:20, 1220:14,
1221:4, 1222:20,
1225:17, 1225:23,
1227:9, 1230:2,
1232:13, 1232:17,
1232:22, 1232:25,
1233:8, 1233:11,
1233:12, 1233:13,
1233:14, 1233:16,
1234:13, 1236:12,
1236:15, 1239:7,
1242:1, 1245:24,
1249:12, 1249:18,
1249:22, 1287:16,
1287:18, 1288:1,
1288:2, 1288:4,
1293:2, 1293:25,
1295:3, 1295:8
**Search** [13] - 1169:2,
1169:8, 1169:16,
1172:19, 1234:2,
1235:8, 1235:11,
1237:5, 1240:14,
1240:19, 1240:20,
1240:22, 1249:10
**searching** [1] -
1292:14
**second** [28] - 1186:24,
1191:5, 1198:20,
1198:22, 1199:24,
1200:1, 1200:2,
1200:7, 1200:10,
1200:15, 1200:19,
1200:20, 1200:21,
1200:22, 1213:12,
1215:17, 1215:23,
1217:12, 1222:15,
1222:17, 1222:24,
1235:22, 1288:21,
1293:5, 1293:6,
1293:14, 1294:20
**second-place** [1] -
1222:24
**second-price** [13] -
1200:1, 1200:2,
1200:7, 1200:10,
1200:15, 1200:19,
1200:22, 1222:15,
1222:17, 1293:5,

1293:6, 1293:14
**seconds** [2] - 1199:2, 1212:23
**secret** [1] - 1220:22
**section** [3] - 1183:23, 1183:24, 1218:2
**see** [20] - 1178:11, 1179:1, 1186:25, 1187:7, 1190:18, 1213:16, 1215:4, 1215:15, 1216:17, 1217:3, 1223:18, 1227:5, 1227:11, 1228:19, 1242:11, 1247:19, 1250:13, 1250:15, 1295:19, 1296:5
**seeing** [1] - 1195:12
**seeking** [1] - 1291:7
**seeks** [1] - 1201:1
**select** [2] - 1185:16, 1185:20
**sell** [14] - 1180:15, 1181:25, 1182:15, 1182:20, 1182:24, 1183:9, 1189:3, 1249:23, 1250:4, 1250:16, 1250:20, 1290:1, 1291:11, 1293:12
**seller** [2] - 1249:19, 1251:4
**sellers** [1] - 1250:15
**selling** [4] - 1180:13, 1183:4, 1183:17, 1241:9
**sells** [10] - 1179:8, 1183:9, 1192:2, 1192:5, 1194:13, 1194:16, 1194:25, 1196:5, 1196:15, 1197:7
**SEM** [16] - 1232:14, 1232:16, 1232:19, 1233:10, 1233:16, 1233:19, 1234:3, 1234:6, 1234:11, 1234:19, 1236:5, 1236:16, 1239:13, 1244:9, 1244:21, 1248:20
**sending** [2] - 1245:2, 1245:3
**sent** [2] - 1215:12, 1215:15
**sentence** [9] - 1187:10, 1191:5, 1215:17, 1215:22, 1217:3, 1217:5, 1227:7, 1240:21,

1244:14
**separate** [8] - 1189:21, 1190:5, 1191:13, 1197:12, 1203:22, 1234:24, 1244:22, 1245:5
**September** [25] - 1165:6, 1170:24, 1171:4, 1171:6, 1171:12, 1174:5, 1174:12, 1174:15, 1192:19, 1192:20, 1192:22, 1192:25, 1202:13, 1202:14, 1202:24, 1208:6, 1208:11, 1208:19, 1210:6, 1210:11, 1212:3, 1212:7, 1212:16, 1214:1, 1297:8
**series** [1] - 1294:11
**SERP** [9] - 1172:23, 1173:10, 1184:14, 1193:19, 1193:25, 1196:23, 1229:17, 1249:8, 1249:18
**service** [5] - 1180:14, 1182:24, 1183:10, 1186:7, 1290:2
**services** [5] - 1182:13, 1182:15, 1182:21, 1196:18, 1290:1
**session** [7] - 1214:13, 1221:14, 1228:11, 1228:13, 1228:14, 1252:20, 1252:22
**SESSION** [1] - 1165:9
**set** [11] - 1185:16, 1185:19, 1204:14, 1205:2, 1207:23, 1230:12, 1241:16, 1241:21, 1247:8, 1289:10, 1291:25
**sets** [2] - 1204:4, 1232:4
**setting** [3] - 1204:7, 1204:17, 1229:24
**several** [3] - 1219:11, 1238:7, 1238:13
**shaking** [3] - 1216:7, 1216:14, 1216:20
**shape** [1] - 1205:22
**share** [1] - 1237:16
**Shiv** [4] - 1190:16, 1190:20, 1191:6, 1191:16
**shiv** [1] - 1190:21
**shopping** [49] - 1173:4, 1173:11, 1177:2, 1180:10,

1180:11, 1181:15, 1181:16, 1181:21, 1181:25, 1182:4, 1182:5, 1182:6, 1182:9, 1182:11, 1182:16, 1182:22, 1183:14, 1183:17, 1183:23, 1184:1, 1184:7, 1184:9, 1184:11, 1184:13, 1185:2, 1185:8, 1185:10, 1185:20, 1185:24, 1186:9, 1186:12, 1188:7, 1188:10, 1188:12, 1188:14, 1188:17, 1188:23, 1188:25, 1189:14, 1189:18, 1190:1, 1190:4, 1190:6, 1190:22, 1191:16, 1197:10, 1197:15, 1203:21
**short** [4] - 1215:17, 1215:18, 1228:1, 1230:11
**shorthand** [1] - 1166:9
**shortly** [1] - 1228:19
**show** [13] - 1170:8, 1172:14, 1186:16, 1214:17, 1288:4, 1289:12, 1293:15, 1293:18, 1294:3, 1295:2, 1295:3, 1295:6, 1295:9
**showed** [2] - 1233:25, 1294:13
**showing** [3] - 1173:10, 1177:16, 1178:19
**shown** [9] - 1178:10, 1179:5, 1196:12, 1196:22, 1198:5, 1198:6, 1198:9, 1198:12, 1214:23
**shows** [7] - 1170:11, 1173:10, 1196:1, 1196:18, 1220:2, 1223:15, 1223:20
**side** [1] - 1294:24
**sides** [1] - 1174:17
**signalled** [1] - 1215:25
**SIGNATURE** [1] - 1297:9
**significant** [7] - 1232:8, 1241:9, 1241:11, 1241:17, 1241:19, 1241:20, 1293:18

**siloed** [2] - 1191:7, 1191:17
**similar** [8] - 1184:2, 1185:6, 1185:11, 1185:24, 1186:1, 1196:21, 1246:5, 1250:22
**simple** [1] - 1191:15
**simply** [4] - 1210:19, 1223:22, 1234:11, 1234:12
**single** [9] - 1197:15, 1224:21, 1225:1, 1225:3, 1225:5, 1225:9, 1233:18, 1244:3, 1245:6
**singular** [1] - 1190:8
**site** [4] - 1180:4, 1180:19, 1249:15, 1249:17
**sites** [3] - 1193:15, 1249:25, 1250:22
**sits** [1] - 1291:17
**six** [3] - 1230:22, 1230:24
**size** [2] - 1219:24, 1220:3
**slide** [1] - 1172:19
**slightly** [3] - 1188:20, 1293:7
**slow** [1] - 1174:8
**small** [3] - 1220:21, 1243:9, 1243:12
**smaller** [1] - 1221:24
**social** [1] - 1196:20
**software** [3] - 1231:21, 1231:25, 1292:14
**sold** [25] - 1176:8, 1177:5, 1177:13, 1179:10, 1180:25, 1181:4, 1181:11, 1184:2, 1194:25, 1195:3, 1196:8, 1196:12, 1197:1, 1209:10, 1209:11, 1209:13, 1209:14, 1209:18, 1209:24, 1210:5, 1210:15, 1210:16, 1251:13
**solutions** [1] - 1288:12
**solve** [1] - 1245:8
**solved** [2] - 1245:1, 1245:7
**someone** [3] - 1174:21, 1178:24, 1179:4
**someplace** [2] - 1291:8, 1292:11

**sometimes** [7] - 1196:10, 1202:12, 1226:15, 1226:16, 1238:2
**somewhat** [1] - 1196:21
**somewhere** [1] - 1232:12
**SOMMER** [15] - 1166:2, 1175:12, 1175:18, 1188:2, 1189:7, 1191:19, 1201:22, 1202:16, 1211:19, 1213:3, 1217:12, 1286:20, 1292:24, 1295:16, 1295:22
**Sonsini** [1] - 1166:2
**sophisticated** [3] - 1248:23, 1292:1, 1292:3
**sorry** [12] - 1176:13, 1181:10, 1190:12, 1190:20, 1194:3, 1195:6, 1215:20, 1220:14, 1226:8, 1238:4, 1250:18, 1252:2
**sort** [4] - 1185:25, 1187:4, 1287:23, 1295:1
**sorts** [3] - 1238:1, 1250:1, 1251:4
**sounds** [2] - 1246:19, 1295:13
**South** [1] - 1165:14
**Southwest** [1] - 1165:21
**space** [5] - 1186:8, 1219:19, 1219:22, 1220:22, 1288:16
**special** [1] - 1203:14
**specific** [13] - 1168:25, 1169:22, 1172:5, 1173:18, 1175:10, 1179:13, 1185:17, 1185:19, 1209:15, 1219:5, 1219:15, 1221:10, 1249:24
**specifically** [2] - 1179:17, 1218:8
**specifies** [1] - 1197:22
**speculate** [1] - 1211:5
**spend** [4] - 1289:20, 1290:15, 1291:21, 1292:11
**spending** [3] - 1290:19, 1291:2, 1292:9

**spot** [1] - 1224:9
**squashed** [1] - 1222:1
**squashing** [6] -
1221:17, 1221:20,
1221:25, 1222:3,
1222:6, 1226:14
**stack** [1] - 1248:13
**stamp** [3] - 1178:5,
1190:13, 1191:5
**STAND** [1] - 1168:7
**standardized** [1] -
1234:17
**stands** [1] - 1222:15
**start** [6] - 1169:1,
1169:19, 1184:16,
1218:2, 1249:16,
1287:6
**starts** [2] - 1188:22,
1192:23
**stat** [1] - 1243:23
**State** [2] - 1165:16,
1165:16
**state** [5] - 1191:16,
1216:7, 1217:5,
1227:9, 1287:22
**statement** [2] -
1175:19, 1175:24
**statements** [1] -
1176:1
**states** [5] - 1187:25,
1215:22, 1216:25,
1227:7, 1228:14
**STATES** [3] - 1165:1,
1165:3, 1165:10
**States** [5] - 1165:13,
1233:2, 1233:8,
1233:12, 1233:14
**statistical** [1] - 1292:3
**stats** [2] - 1194:18,
1244:2
**stay** [1] - 1222:18
**staying** [1] - 1181:14
**stenotype** [1] - 1166:9
**step** [2] - 1225:1,
1295:25
**still** [8] - 1176:13,
1181:11, 1181:14,
1183:4, 1183:10,
1192:1, 1236:24,
1249:2
**stock** [1] - 1217:8
**stop** [5] - 1211:11,
1291:2, 1291:8,
1292:9, 1295:17
**store** [2] - 1241:10,
1289:23
**strategies** [1] -
1230:22
**street** [1] - 1215:25
**Street** [1] - 1165:14

**street's** [1] - 1215:24
**strictly** [4] - 1204:9,
1234:7, 1234:22
**strike** [7] - 1183:2,
1183:20, 1184:12,
1211:17, 1211:20,
1219:2, 1250:13
**strong** [1] - 1244:17
**structured** [1] -
1181:24
**subject** [2] - 1192:9,
1249:7
**submit** [1] - 1175:9
**submitted** [1] - 1214:4
**subscription** [2] -
1290:1, 1290:2
**subsequently** [2] -
1247:25, 1248:1
**substantive** [1] -
1176:1
**substantively** [1] -
1175:25
**success** [4] - 1169:20,
1169:24, 1169:25
**successful** [1] -
1223:14
**suggested** [1] -
1243:24
**Suite** [2] - 1165:14,
1165:18
**summarize** [1] -
1233:19
**Sundeep** [1] - 1227:3
**support** [10] -
1233:10, 1237:22,
1238:2, 1239:16,
1246:17, 1246:21,
1247:9, 1247:20,
1247:22, 1248:16
**supported** [4] -
1193:15, 1237:3,
1247:13, 1247:16
**supportive** [1] -
1247:18
**surfaces** [1] - 1289:3
**sustain** [1] - 1189:9
**sweep** [1] - 1287:19
**switch** [2] - 1222:24,
1226:6
**switched** [1] - 1287:14
**switching** [1] -
1295:14
**synonymous** [2] -
1181:19, 1207:13
**system** [2] - 1230:3,
1287:16
**systems** [1] - 1198:7

**T**

**talented** [1] - 1199:23
**Target** [2] - 1182:7,
1250:7
**target** [4] - 1204:12,
1291:22, 1292:9
**targeted** [1] - 1173:19
**targeting** [1] - 1210:2
**targets** [4] - 1214:15,
1291:1, 1291:11,
1291:25
**team** [18] - 1189:17,
1189:20, 1189:25,
1190:25, 1191:3,
1199:12, 1215:13,
1215:23, 1216:14,
1216:16, 1217:9,
1217:24, 1219:5,
1229:15, 1244:20,
1287:9, 1287:15,
1288:4
**teams** [7] - 1188:6,
1188:19, 1189:1,
1217:7, 1229:6,
1229:14, 1229:15
**technical** [3] -
1222:12, 1246:13,
1247:10
**technically** [6] -
1230:13, 1238:10,
1239:12, 1239:13,
1245:12, 1247:19
**technique** [1] -
1221:20
**technologically** [1] -
1174:10
**technology** [2] -
1232:25, 1244:4
**tend** [2] - 1205:2,
1226:16
**term** [18] - 1169:19,
1169:20, 1169:23,
1169:24, 1169:25,
1193:3, 1205:19,
1220:23, 1222:12,
1228:1, 1228:2,
1288:8, 1290:6,
1290:7, 1294:4,
1294:10, 1294:18
**terminal** [1] - 1291:17
**terms** [5] - 1204:3,
1204:16, 1241:12,
1289:17, 1295:3
**testified** [3] - 1202:17,
1246:4, 1250:25
**testify** [1] - 1171:20
**TESTIMONY** [1] -
1167:2
**testimony** [7] -

1168:12, 1175:5,
1208:22, 1247:5,
1252:8, 1295:20,
1295:21
**testing** [7] - 1240:22,
1243:14, 1246:11,
1247:13, 1247:16,
1247:24, 1248:4
**text** [72] - 1173:4,
1173:11, 1177:2,
1178:25, 1179:15,
1179:16, 1179:20,
1179:22, 1180:4,
1180:8, 1180:15,
1181:1, 1181:11,
1182:4, 1182:5,
1182:25, 1183:5,
1183:11, 1183:14,
1183:23, 1184:2,
1184:16, 1184:17,
1184:23, 1184:25,
1185:12, 1185:13,
1185:16, 1185:17,
1186:5, 1186:10,
1186:13, 1187:13,
1187:19, 1187:21,
1188:7, 1188:11,
1188:12, 1188:14,
1188:17, 1188:23,
1189:1, 1189:5,
1189:14, 1189:19,
1189:25, 1190:4,
1190:6, 1191:16,
1197:9, 1197:15,
1203:21, 1219:8,
1219:13, 1219:15,
1219:19, 1219:25,
1220:5, 1220:10,
1220:15, 1221:3,
1221:8, 1221:18,
1221:21, 1222:3,
1222:6, 1222:11,
1222:19, 1222:20,
1226:14, 1242:1
**THE** [59] - 1165:1,
1165:1, 1165:10,
1168:3, 1168:7,
1174:9, 1175:7,
1175:15, 1175:23,
1177:12, 1177:15,
1177:21, 1177:24,
1177:25, 1178:1,
1186:18, 1188:1,
1188:3, 1189:9,
1191:20, 1194:3,
1194:9, 1195:6,
1195:8, 1195:17,
1201:24, 1202:20,
1204:24, 1205:2,
1205:4, 1208:24,
1210:24, 1211:20,

1213:9, 1213:12,
1214:5, 1214:25,
1218:4, 1228:17,
1228:22, 1241:24,
1242:4, 1242:5,
1242:18, 1242:20,
1245:17, 1245:18,
1251:25, 1252:3,
1252:21, 1286:18,
1291:14, 1291:19,
1292:13, 1292:18,
1295:13, 1295:17,
1295:25, 1296:5
**theirs** [1] - 1231:23
**themselves** [2] -
1186:6, 1249:25
**theorists** [1] - 1199:7
**therefore** [1] - 1190:7
**thinks** [1] - 1241:8
**third** [9] - 1227:7,
1236:2, 1236:5,
1236:17, 1236:23,
1237:1, 1237:4,
1242:11, 1245:22
**thousand** [6] - 1195:1,
1195:7, 1195:9,
1206:10, 1206:13,
1219:1
**thousands** [1] -
1221:11
**thread** [1] - 1191:12
**three** [5] - 1179:23,
1179:24, 1182:5,
1233:12, 1287:13
**throughout** [1] -
1219:3
**throw** [1] - 1290:13
**Tik** [2] - 1211:13,
1250:12
**Tik-Tok** [2] - 1211:13,
1250:12
**timing** [1] - 1237:7
**title** [2] - 1172:19,
1178:9
**today** [6] - 1168:12,
1181:2, 1187:15,
1191:6, 1216:11,
1236:21, 1236:22,
1246:11
**together** [1] - 1181:22
**Tok** [2] - 1211:13,
1250:12
**tomorrow** [4] -
1288:14, 1293:1,
1295:18, 1295:19
**ton** [1] - 1224:21
**took** [1] - 1287:17
**tool** [26] - 1229:16,
1229:20, 1230:4,
1231:11, 1232:16,

1232:19, 1233:16,
1233:20, 1234:3,
1234:6, 1234:19,
1234:23, 1235:9,
1236:5, 1236:6,
1236:9, 1236:16,
1237:3, 1238:16,
1239:13, 1240:5,
1244:10, 1244:21,
1245:7, 1248:20
**Tools** [1] - 1243:16
**tools** [18] - 1169:2,
1232:13, 1232:14,
1232:20, 1233:7,
1233:10, 1234:11,
1234:12, 1235:1,
1235:4, 1244:22,
1244:25, 1245:5,
1245:10, 1251:4,
1287:17, 1290:22
**top** [12] - 1187:4,
1200:16, 1215:16,
1220:2, 1222:7,
1222:24, 1223:20,
1224:9, 1294:20,
1294:21, 1294:22,
1295:9
**topic** [3] - 1287:25,
1288:13, 1292:25
**topics** [6] - 1287:21,
1287:23, 1294:1,
1294:2, 1295:14
**touched** [1] - 1204:24
**towards** [1] - 1192:23
**town** [1] - 1288:22
**track** [2] - 1290:23,
1290:24
**trade** [1] - 1216:19
**trade-offs** [1] -
1216:19
**traditionally** [1] -
1230:21
**traffic** [4] - 1169:9,
1169:14, 1250:21,
1289:23
**trajectory** [1] - 1236:1
**transactible** [1] -
1177:19
**transaction** [5] -
1249:13, 1249:16,
1249:19, 1250:25,
1251:2
**transcript** [4] -
1175:17, 1202:17,
1251:20, 1297:4
**Transcript** [1] -
1166:10
**TRANSCRIPT** [1] -
1165:9
**transcription** [1] -

1166:10
**TRIAL** [1] - 1165:9
**Trib** [1] - 1196:3
**Tribune** [1] - 1196:2
**tries** [1] - 1292:7
**true** [5] - 1179:6,
1179:7, 1211:7,
1212:13, 1213:23
**truth** [1] - 1244:24
**try** [13] - 1170:24,
1196:4, 1200:4,
1216:16, 1216:22,
1221:23, 1222:18,
1224:2, 1225:11,
1225:12, 1237:4,
1290:4, 1292:19
**trying** [5] - 1171:14,
1191:14, 1217:7,
1225:21, 1293:11
**tune** [1] - 1206:21
**tuning** [10] - 1206:25,
1207:2, 1207:7,
1207:9, 1207:11,
1207:12, 1207:13,
1207:15, 1218:22,
1220:6
**tunings** [1] - 1207:17
**turn** [13] - 1171:4,
1179:13, 1186:24,
1208:6, 1210:6,
1218:7, 1232:13,
1240:13, 1241:22,
1244:5, 1245:13,
1249:7, 1251:20
**TV** [2] - 1174:1,
1174:21
**twice** [1] - 1189:8
**two** [25] - 1173:3,
1173:6, 1173:7,
1173:10, 1179:23,
1179:24, 1187:9,
1189:18, 1189:21,
1189:22, 1190:1,
1190:5, 1190:7,
1191:7, 1191:11,
1191:13, 1191:16,
1244:19, 1245:5,
1288:7, 1288:20,
1289:14, 1290:21,
1291:23
**Tyler** [1] - 1165:17
**type** [11] - 1173:22,
1174:2, 1180:7,
1180:13, 1180:14,
1180:22, 1195:19,
1195:22, 1195:25,
1196:17, 1197:1
**types** [9] - 1168:15,
1173:3, 1173:6,
1173:10, 1174:1,

1180:4, 1183:7,
1192:3, 1230:2
**typical** [6] - 1207:24,
1208:1, 1208:3,
1208:4, 1208:16,
1227:16
**typically** [11] -
1169:18, 1171:25,
1176:8, 1184:9,
1184:22, 1193:4,
1197:17, 1209:8,
1218:24, 1225:24,
1243:22

## U

**ultimate** [2] - 1200:16,
1200:23
**ultimately** [4] -
1201:11, 1205:14,
1236:6, 1236:9
**umbrella** [1] - 1207:8
**unable** [1] - 1291:1
**unacceptable** [1] -
1180:19
**uncertainty** [1] -
1291:10
**under** [12] - 1204:3,
1223:2, 1223:5,
1223:8, 1223:22,
1224:4, 1224:8,
1224:18, 1224:23,
1251:23, 1252:16,
1253:1
**underlying** [3] -
1231:22, 1232:25,
1233:15
**understood** [3] -
1192:10, 1195:17,
1207:13
**Understood** [1] -
1176:2
**unique** [1] - 1240:3
**unit** [2] - 1186:1,
1186:4
**UNITED** [3] - 1165:1,
1165:3, 1165:10
**United** [5] - 1165:13,
1233:2, 1233:8,
1233:12, 1233:14
**University** [2] -
1287:3, 1287:4
**unless** [1] - 1295:15
**unsolved** [2] -
1246:13, 1247:10
**up** [36] - 1170:24,
1177:9, 1177:16,
1181:7, 1181:14,
1196:1, 1196:18,
1197:21, 1200:9,

1200:23, 1212:1,
1212:10, 1213:20,
1215:2, 1219:19,
1221:1, 1223:2,
1223:16, 1223:20,
1227:8, 1227:14,
1227:17, 1228:4,
1228:8, 1228:24,
1229:24, 1230:8,
1230:18, 1233:25,
1236:11, 1241:16,
1293:7, 1294:21,
1295:15, 1295:23
**up's** [1] - 1200:17
**up-to-date** [1] -
1230:18
**update** [1] - 1219:3
**updated** [1] - 1230:22
**upgraded** [1] -
1248:11
**uploads** [1] - 1185:7
**UPX1** [5] - 1177:9,
1177:11, 1178:3,
1178:23
**UPX12** [16] - 1172:15,
1172:17, 1172:22,
1172:25, 1173:5,
1173:6, 1173:9,
1176:8, 1176:16,
1179:14, 1181:14,
1182:3, 1185:23,
1192:2, 1193:19,
1193:22
**UPX12.005** [2] -
1179:20, 1180:1
**UPX2001**..................
.......................... [1]
- 1167:8
**UPX461** [2] - 1226:18,
1227:1
**UPX522** [3] - 1214:17,
1215:4, 1215:7
**URL** [1] - 1179:23
**useful** [1] - 1193:3
**user** [44] - 1169:17,
1169:21, 1169:24,
1170:8, 1170:15,
1170:20, 1171:18,
1173:16, 1173:18,
1173:22, 1176:20,
1177:17, 1178:18,
1178:21, 1185:17,
1185:19, 1193:20,
1194:1, 1194:12,
1196:22, 1201:11,
1205:15, 1216:18,
1223:19, 1223:20,
1227:18, 1227:21,
1227:23, 1227:25,
1241:4, 1241:13,

1288:5, 1289:6,
1289:12, 1293:3,
1293:11, 1293:17,
1293:19, 1293:20,
1293:24, 1294:10,
1294:12
**user's** [1] - 1170:2
**users** [8] - 1244:17,
1244:18, 1245:4,
1288:4, 1288:6,
1288:20, 1293:25,
1294:25
**uses** [2] - 1214:14,
1244:3
**utilize** [2] - 1243:19,
1245:3
**utilizing** [4] - 1237:8,
1243:15, 1243:20,
1244:21

## V

**vague** [1] - 1209:21
**valuable** [2] - 1230:15,
1238:3
**value** [27] - 1219:19,
1223:9, 1223:23,
1224:1, 1225:2,
1225:3, 1225:5,
1225:7, 1225:8,
1225:10, 1225:13,
1225:18, 1225:19,
1230:1, 1248:22,
1288:6, 1288:20,
1289:17, 1290:3,
1290:4, 1291:7,
1292:2, 1294:4,
1294:24, 1294:25
**value-added** [1] -
1248:22
**Varia** [1] - 1242:7
**variant** [4] - 1200:2,
1200:7, 1221:5,
1293:4
**variety** [1] - 1215:12
**various** [5] - 1168:15,
1204:4, 1289:16,
1289:22
**version** [4] - 1214:19,
1214:20, 1226:22,
1248:10
**versions** [1] - 1214:23
**versus** [4] - 1182:4,
1182:5, 1215:19,
1251:17
**vertical** [1] - 1186:8
**verticals** [1] - 1295:8
**via** [2] - 1220:4,
1290:4
**vice** [3] - 1229:5,

1229:12, 1287:8
**view** [2] - 1191:9, 1195:9
**viewed** [1] - 1239:5
**viewing** [1] - 1177:20
**vision** [4] - 1245:18, 1245:20, 1245:21, 1245:22
**visiting** [1] - 1241:10
**VP** [2] - 1189:5, 1189:25
**vs** [1] - 1165:5

## W

**Walmart** [2] - 1182:7, 1250:7
**wants** [6] - 1168:22, 1168:25, 1182:24, 1183:4, 1183:10, 1224:4
**Washington** [3] - 1165:5, 1165:21, 1166:7
**ways** [1] - 1200:3
**web** [2] - 1180:19, 1241:10
**Webb** [1] - 1165:17
**website** [5] - 1169:9, 1241:14, 1249:13, 1249:19, 1251:1
**websites** [3] - 1189:3, 1193:17, 1251:3
**welcome** [1] - 1168:10
**Wharton** [1] - 1287:4
**whole** [2] - 1191:11, 1231:20
**Wick** [2] - 1297:3, 1297:8
**WICK** [1] - 1166:6
**wide** [1] - 1289:2
**WILLIAM** [1] - 1165:17
**Williams** [1] - 1165:20
**willing** [13] - 1170:15, 1170:19, 1170:20, 1171:17, 1171:18, 1171:24, 1172:1, 1200:21, 1291:21, 1292:5, 1295:2, 1295:3
**willingness** [7] - 1197:21, 1197:24, 1204:12, 1205:15, 1293:10, 1293:12, 1293:18
**Wilson** [1] - 1166:2
**win** [3] - 1218:14, 1224:4, 1293:10
**winner** [6] - 1200:9, 1222:7, 1222:9,

1223:2, 1223:12, 1293:6
**winner-takes-all** [1] - 1223:12
**winners** [1] - 1221:23
**winning** [4] - 1200:16, 1223:5, 1223:8, 1223:23
**witness** [6] - 1175:12, 1175:20, 1186:16, 1199:10, 1202:17, 1213:4
**WITNESS** [11] - 1168:7, 1177:15, 1177:24, 1178:1, 1195:8, 1205:2, 1242:4, 1242:20, 1245:18, 1291:19, 1292:18
**works** [5] - 1199:13, 1234:14, 1250:23, 1293:6
**world** [4] - 1189:19, 1190:2, 1191:7, 1191:17
**worth** [3] - 1179:3, 1191:8, 1292:4
**wrap** [1] - 1295:15
**write** [6] - 1215:17, 1215:19, 1216:12, 1217:10, 1217:20, 1217:22
**written** [1] - 1191:21
**wrote** [3] - 1187:17, 1216:3, 1228:3

## Y

**Yahoo** [5] - 1232:22, 1232:24, 1233:2, 1235:24, 1237:2
**Yahoo!** [1] - 1236:11
**year** [9] - 1206:10, 1206:13, 1206:17, 1219:4, 1221:11, 1235:7, 1249:6, 1289:14, 1292:4
**years** [10] - 1238:6, 1238:7, 1238:13, 1244:17, 1248:1, 1248:2, 1251:5, 1251:19, 1287:13, 1289:14
**Yelp** [1] - 1295:8
**York** [6] - 1165:19, 1166:4, 1195:8, 1195:10
**yourself** [1] - 1224:15
**YouTube** [1] - 1287:17